**Fill in this information to identify the case:**

Debtor name    Meta Materials Inc.

United States Bankruptcy Court for the:    DISTRICT OF NEVADA

Case number (if known)    24-50792

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals    12/15

| Part 1: | Summary of Assets |
|---|---|

1.   **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*................................................................................... $ _____0.00

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*................................................................................. $ _____34,830,652.99

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*................................................................................... $ _____34,830,652.99

| Part 2: | Summary of Liabilities |
|---|---|

2.   **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*................... $ _____0.00

3.   **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*...................................... $ _____0.00

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................................. +$ _____5,177,997.86

4.   **Total liabilities** ...............................................................................................................
    Lines 2 + 3a + 3b
$ _____5,177,997.86

**Fill in this information to identify the case:**

Debtor name    Meta Materials Inc.

United States Bankruptcy Court for the:    DISTRICT OF NEVADA

Case number (if known)    24-50792

☐ Check if this is an amended filing

## Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:    Cash and cash equivalents

**1. Does the debtor have any cash or cash equivalents?**

☐ No.   Go to Part 2.
☒ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | Chase | Checking | 5780 | $36,252.82 |
| 3.2. | Silicon Valley Bank | Checking | 7741 | $707.74 |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| | $36,960.56 |
|---|---|

### Part 2:    Deposits and Prepayments

**6. Does the debtor have any deposits or prepayments?**

☐ No.   Go to Part 3.
☒ Yes Fill in the information below.

7.    **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

| 7.1. | FTI Consulting (net retainer) | $1,646.14 |
|---|---|---|
| 7.2. | Stretto (retainer) | $10,000.00 |

Debtor    Meta Materials Inc.                                            Case number *(If known)*  24-50792
_____
Name

8.    **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

| | | |
|---|---|---|
| 8.1. | Consulting Agreement between Meta Materials Inc. and E10 Consulting LLC for the benefit of Dan Eaton | $100,000.00 |
| 8.2. | Consulting Agreement between Meta Materials Inc. and Bdalcom LLC for the benefit of Uzi Sasson | $100,000.00 |
| 8.3. | Prepaid D&O Insurance | $1,669,863.45 |
| 8.4. | Hub International - Amortizing Inv #3402300 for Hub International for Feb 2024 and moving the rest into prepaids | $7,180.34 |
| 8.5. | Consulting Fees - Headoffice - Consulting Fees - Finance - Headoffice/ for services rendered in MAY GL: 72160-315-30 | $8,034.48 |
| 8.6. | HUB International - AfCo Payment | $278,512.37 |
| 8.7. | Hub International - Commercial Property Renewal 2023-2024 | $11,444.43 |

9.    **Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.                          $2,186,681.21

---

**Part 3:    Accounts receivable**

10. **Does the debtor have any accounts receivable?**

☒ No.   Go to Part 4.
☐ Yes Fill in the information below.

---

**Part 4:    Investments**

13. **Does the debtor own any investments?**

☐ No.   Go to Part 5.
☒ Yes Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|
| 14.    **Mutual funds or publicly traded stocks not included in Part 1**<br>Name of fund or stock: | | |
| 15.    **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture** | | |

Debtor    Meta Materials Inc.                                      Case number *(if known)*  24-50792
_____Name_____

| | Name of entity: | % of ownership | | |
|---|---|---|---|---|
| 15.1. | Metamaterial Exchangeco Inc. | 100% | % | Unknown |
| 15.2. | 2798831 ONTARIO INC. | 100% | % | Unknown |
| 15.3. | Metamaterial Inc. | 100% | % | Unknown |
| 15.4. | Metamaterial Technologies Canada Inc. | 100% | % | Unknown |
| 15.5. | Medical Wireless Sensing Ltd. | 100% | % | Unknown |
| 15.6. | Metamaterial Technologies USA Inc. | 100% | % | Unknown |
| 15.7. | META MATERIALS SINGLE MEMBER S.A. | 100% | % | Unknown |
| 15.8. | 1315115 B.C. Ltd | 100% | % | Unknown |
| 15.9. | Nanotech Security Corp. | 100% | % | Unknown |

16.     **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**
Describe:

17.     **Total of Part 4.**
Add lines 14 through 16.    Copy the total to line 83.

$0.00

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☒ No.    Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☒ No.    Go to Part 7.
☐ Yes Fill in the information below.

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com                                                        Best Case Bankruptcy

Debtor    Meta Materials Inc.                                    Case number *(If known)*  24-50792
          Name

---

| Part 7: | **Office furniture, fixtures, and equipment; and collectibles** |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☒ No.    Go to Part 8.
☐ Yes Fill in the information below.

---

| Part 8: | **Machinery, equipment, and vehicles** |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☒ No.    Go to Part 9.
☐ Yes Fill in the information below.

---

| Part 9: | **Real property** |
|---|---|

**54. Does the debtor own or lease any real property?**

☒ No.    Go to Part 10.
☐ Yes Fill in the information below.

---

| Part 10: | **Intangibles and intellectual property** |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No.    Go to Part 11.
☒ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.    **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61.    **Internet domain names and websites**<br>www.metamaterial.com | Unknown | | Unknown |
| 62.    **Licenses, franchises, and royalties** | | | |
| 63.    **Customer lists, mailing lists, or other compilations** | | | |
| 64.    **Other intangibles, or intellectual property**<br>Substantially all Intellectual Property is held by debtor's subsidiaries. | $0.00 | | Unknown |
| 65.    **Goodwill** | | | |

66.    **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

$0.00

67.    **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
☒ No
☐ Yes

68.    **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
☒ No
☐ Yes

69.    **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
☒ No
☐ Yes

| Part 11: | **All other assets** |
|---|---|

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor   Meta Materials Inc.                                          Case number *(If known)*  24-50792
_____Name_____

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.   Go to Part 12.
☒ Yes Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

**71.   Notes receivable**
Description (include name of obligor)

**72.   Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

NOL - MMAT - standalone                              Tax year  Multiple              $29,684,749.38

**73.   Interests in insurance policies or annuities**

Hub International Midwest West - D&O Insurance                            $2,922,261.84

**74.   Causes of action against third parties (whether or not a lawsuit has been filed)**

Short seller litigation                                                     Unknown
**Nature of claim**       Market Manipulation
**Amount requested**            $0.00

Meta Materials Inc. v. Georgios Palikaras and Lamda Guard
Technologies Inc.
Supreme Court of Nova Scotia
Case No. TBA                                                               Unknown
**Nature of claim**       Tort
**Amount requested**            $0.00

Landlord (350 Arbor, LLC, WVP Arbor LLC, MHM Arbor,
LLC, KP Arbor, LLC) lockout/property in possession of
creditor                                                                   Unknown
**Nature of claim**       Lease
**Amount requested**            $0.00

**75.   Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

D&O premium credit                                                         Unknown
**Nature of claim**       Insurance
**Amount requested**            $0.00

**76.   Trusts, equitable or future interests in property**

**77.   Other property of any kind not already listed** *Examples:* Season tickets, country club membership

Official Form 206A/B                Schedule A/B Assets - Real and Personal Property                page 5

Debtor    Meta Materials Inc.                                    Case number *(If known)*  24-50792
_____Name_____

78.   **Total of Part 11.**                                                                    | $32,607,011.22 |

      Add lines 71 through 77. Copy the total to line 90.

79.   **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
      ☒ No
      ☐ Yes

Debtor    Meta Materials Inc.
Name                                                    Case number *(If known)*  24-50792

---

| Part 12: | Summary |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** Copy line 5, Part 1 | $36,960.56 | |
| 81. **Deposits and prepayments.** Copy line 9, Part 2. | $2,186,681.21 | |
| 82. **Accounts receivable.** Copy line 12, Part 3. | $0.00 | |
| 83. **Investments.** Copy line 17, Part 4. | $0.00 | |
| 84. **Inventory.** Copy line 23, Part 5. | $0.00 | |
| 85. **Farming and fishing-related assets.** Copy line 33, Part 6. | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** Copy line 43, Part 7. | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** Copy line 51, Part 8. | $0.00 | |
| 88. **Real property.** Copy line 56, Part 9...............................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** Copy line 66, Part 10. | $0.00 | |
| 90. **All other assets.** Copy line 78, Part 11. | + $32,607,011.22 | |
| 91. **Total.** Add lines 80 through 90 for each column | $34,830,652.99 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $34,830,652.99 |

**Fill in this information to identify the case:**

Debtor name    Meta Materials Inc.

United States Bankruptcy Court for the:    DISTRICT OF NEVADA

Case number (if known)    24-50792

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☒ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Fill in this information to identify the case:**

Debtor name ___Meta Materials Inc.___

United States Bankruptcy Court for the: ___DISTRICT OF NEVADA___

Case number (if known) ___24-50792___

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims
12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
|---|---|

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

    ☒ No. Go to Part 2.

    ☐ Yes. Go to line 2.

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

**3.1** | **Nonpriority creditor's name and mailing address**
Allison Christilaw
c/o Meta Materials Inc.
5880 W. Las Positas Blvd, Suite 51
Pleasanton, CA 94588

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** _D&O indemnification claim_

Is the claim subject to offset? ☒ No  ☐ Yes

**Amount of claim: $0.00**

---

**3.2** | **Nonpriority creditor's name and mailing address**
Amster, Rothstein & Ebenstein LLP
405 Lexington Avenue 48th Floor
New York, NY 10174

**Date(s) debt was incurred** _9/23/2023_
**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Service_

Is the claim subject to offset? ☒ No  ☐ Yes

**Amount of claim: $53,794.73**

---

**3.3** | **Nonpriority creditor's name and mailing address**
Andrea Alu
221 Engle St.
Tenafly, NJ 07670

**Date(s) debt was incurred** _8/31/2023_
**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Service_

Is the claim subject to offset? ☒ No  ☐ Yes

**Amount of claim: $20,000.00**

---

**3.4** | **Nonpriority creditor's name and mailing address**
Apaton Finance GmbH
Ellernstraße 34
30175 Hannover, Germany

**Date(s) debt was incurred** _6/6/2023_
**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Service_

Is the claim subject to offset? ☒ No  ☐ Yes

**Amount of claim: $13,373.00**

---

**3.5** | **Nonpriority creditor's name and mailing address**
BDO USA, LLP
One International Place 4th Floor
Boston, MA 02110

**Date(s) debt was incurred** _6/30/2023_
**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Service_

Is the claim subject to offset? ☒ No  ☐ Yes

**Amount of claim: $3,348.08**

| Debtor | Meta Materials Inc. | Case number (if known) | 24-50792 |
|---|---|---|---|
| | Name | | |

---

**3.6**

**Nonpriority creditor's name and mailing address**
Borden Ladner Gervais LLP
World Exchange Plaza
100 Queen Street
Suite 1300
Ottawa, ON, Canada K1P 1J9

**Date(s) debt was incurred** 10/18/2023

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Service

Is the claim subject to offset? ☒ No ☐ Yes

$8,169.12

---

**3.7**

**Nonpriority creditor's name and mailing address**
Broadridge ICS
PO Box 416423
Boston, MA 02241-6423

**Date(s) debt was incurred** 11/29/2023

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Service

Is the claim subject to offset? ☒ No ☐ Yes

$366,994.67

---

**3.8**

**Nonpriority creditor's name and mailing address**
Brown Rudnick LLP
One Financial Center
Boston, MA 02111

**Date(s) debt was incurred** 2/21/2024

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Service

Is the claim subject to offset? ☒ No ☐ Yes

$80,527.50

---

**3.9**

**Nonpriority creditor's name and mailing address**
Brownstein Hyatt Farber Schreck LLP
675 15th Street, Suit 2900
Denver, CO 80202

**Date(s) debt was incurred** 1/24/2024

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Service

Is the claim subject to offset? ☒ No ☐ Yes

$10,002.60

---

**3.10**

**Nonpriority creditor's name and mailing address**
CO Match GmbH
Wilhelmstraße 118
Berlin, 10963

**Date(s) debt was incurred** 4/20/2023

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Service

Is the claim subject to offset? ☒ No ☐ Yes

$28,844.82

---

**3.11**

**Nonpriority creditor's name and mailing address**
Consilio LLC
1828 L Street NW Suite 1070
Washington, DC 20036

**Date(s) debt was incurred** 4/20/2023

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Service

Is the claim subject to offset? ☒ No ☐ Yes

$195,265.56

---

**3.12**

**Nonpriority creditor's name and mailing address**
D.F. KING & CO., INC.
48 Wall Street
New York, NY 10005

**Date(s) debt was incurred** 12/29/2023

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Service

Is the claim subject to offset? ☒ No ☐ Yes

$54,164.40

---

**3.13**

**Nonpriority creditor's name and mailing address**
Dan Eaton
c/o Meta Materials Inc.
5880 W. Las Positas Blvd, Suite 51
Pleasanton, CA 94588

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** D&O indemnification claim

Is the claim subject to offset? ☒ No ☐ Yes

$0.00

---

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    Meta Materials Inc.                                      Case number (if known)    24-50792
_____
Name

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $780.00 |
|---|---|---|---|

**3.14**

Nonpriority creditor's name and mailing address
Diversified Benefit Services, Inc.
PO Box 260
Hartland, WI 53029

Date(s) debt was incurred  5/1/2024

Last 4 digits of account number

As of the petition filing date, the claim is: *Check all that apply.*    $780.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Service

Is the claim subject to offset?  ☒ No    ☐ Yes

---

**3.15**

Nonpriority creditor's name and mailing address
DLA Piper LLP (US)
650 South Exeter Street, Suite 1100
Baltimore, MD 21202

Date(s) debt was incurred  3/30/2024

Last 4 digits of account number

As of the petition filing date, the claim is: *Check all that apply.*    $70,410.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Service

Is the claim subject to offset?  ☒ No    ☐ Yes

---

**3.16**

Nonpriority creditor's name and mailing address
DocuSign, Inc.
221 Main Street Suite 1550
San Francisco, CA 94105

Date(s) debt was incurred  12/22/2023

Last 4 digits of account number

As of the petition filing date, the claim is: *Check all that apply.*    $95.32

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Service

Is the claim subject to offset?  ☒ No    ☐ Yes

---

**3.17**

Nonpriority creditor's name and mailing address
Donnelley Financial Solutions
PO Box 842282
Boston, MA 02284

Date(s) debt was incurred  5/5/2023

Last 4 digits of account number

As of the petition filing date, the claim is: *Check all that apply.*    $87,736.25

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Service

Is the claim subject to offset?  ☒ No    ☐ Yes

---

**3.18**

Nonpriority creditor's name and mailing address
Ducera Partners LLC
11 Times Square, 36th Floor
New York, NY 10036

Date(s) debt was incurred  5/5/2024

Last 4 digits of account number

As of the petition filing date, the claim is: *Check all that apply.*    $102,130.57

☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim:  Service

Is the claim subject to offset?  ☒ No    ☐ Yes

---

**3.19**

Nonpriority creditor's name and mailing address
E*Trade Financial Corporate Services, In
3 Edison Drive
Alpharetta, GA 30005

Date(s) debt was incurred  10/26/2023

Last 4 digits of account number

As of the petition filing date, the claim is: *Check all that apply.*    $14,725.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Service

Is the claim subject to offset?  ☒ No    ☐ Yes

---

**3.20**

Nonpriority creditor's name and mailing address
Financial Accounting Standards Board
PO Box 418272
Boston, MA 02241-8272

Date(s) debt was incurred  5/2/2024

Last 4 digits of account number

As of the petition filing date, the claim is: *Check all that apply.*    $100.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Service

Is the claim subject to offset?  ☒ No    ☐ Yes

---

**3.21**

Nonpriority creditor's name and mailing address
Fish & Richardson P.C.
One Marina Park Drive
Boston, MA 02210-1878

Date(s) debt was incurred  11/5/2023

Last 4 digits of account number

As of the petition filing date, the claim is: *Check all that apply.*    $306,293.30

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Service

Is the claim subject to offset?  ☒ No    ☐ Yes

---

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    Meta Materials Inc.
_____
Name                                         Case number (if known)    24-50792

| | | |
|---|---|---|
| 3.22 | **Nonpriority creditor's name and mailing address**<br>FW Cook<br>Two Allen Center<br>1200 Smith Street, Suite 1100<br>Houston, TX 77002 | $13,420.00 |

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _12/22/2023_

**Basis for the claim:** _Service_

Last 4 digits of account number _

Is the claim subject to offset?  ☒ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.23 | **Nonpriority creditor's name and mailing address**<br>Hybrid Financial Ltd<br>222 Bay Street, Suite 2600<br>PO Box 37<br>Toronto, ON, M5K 1B7 | $60,000.00 |

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _12/22/2023_

**Basis for the claim:** _Service_

Last 4 digits of account number _

Is the claim subject to offset?  ☒ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.24 | **Nonpriority creditor's name and mailing address**<br>ICR LLC<br>761 Main Ave<br>Norwalk, CT 06851 | $284,428.83 |

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _5/1/2023_

**Basis for the claim:** _Service_

Last 4 digits of account number _

Is the claim subject to offset?  ☒ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.25 | **Nonpriority creditor's name and mailing address**<br>Idtechex<br>One Boston Place<br>Suite 2600<br>Boston, MA 02108 | $100,000.00 |

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _10/29/2023_

**Basis for the claim:** _Service_

Last 4 digits of account number _

Is the claim subject to offset?  ☒ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.26 | **Nonpriority creditor's name and mailing address**<br>Infinite Equity Inc.<br>PO Box 720151<br>San Francisco, CA 94172 | $11,825.00 |

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _11/3/2023_

**Basis for the claim:** _Service_

Last 4 digits of account number _

Is the claim subject to offset?  ☒ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.27 | **Nonpriority creditor's name and mailing address**<br>Jennifer Charaso<br>c/o Meta Materials Inc.<br>5880 W. Las Positas Blvd, Suite 51<br>Pleasanton, CA 94588 | $0.00 |

**As of the petition filing date, the claim is:** *Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _D&O indemnification claim_

Last 4 digits of account number _

Is the claim subject to offset?  ☒ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.28 | **Nonpriority creditor's name and mailing address**<br>John R. Harding<br>5880 W. Las Positas Blvd, Suite 51<br>Pleasanton, CA 94588 | $0.00 |

**As of the petition filing date, the claim is:** *Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _D&O indemnification claim_

Last 4 digits of account number _

Is the claim subject to offset?  ☒ No  ☐ Yes

---

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | Meta Materials Inc. | Case number (if known) | 24-50792 |
|---|---|---|---|
| | Name | | |

---

**3.29**

**Nonpriority creditor's name and mailing address**
Jupia Consultants Inc
71 Park Street
Moncton, New Brunswick E1C 2B2

**Date(s) debt was incurred** 10/20/2023

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Service

Is the claim subject to offset? ☒ No ☐ Yes

$10,648.12

---

**3.30**

**Nonpriority creditor's name and mailing address**
Kenneth Hannah
c/o Meta Materials Inc.
5880 W. Las Positas Blvd, Suite 51
Pleasanton, CA 94588

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** D&O indemnification claim

Is the claim subject to offset? ☒ No ☐ Yes

$0.00

---

**3.31**

**Nonpriority creditor's name and mailing address**
LADENBURG THALMANN & CO INC.
640 5th Ave, 4th floor
New York, NY 10019

**Date(s) debt was incurred** 10/29/2023

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Service

Is the claim subject to offset? ☒ No ☐ Yes

$43,001.00

---

**3.32**

**Nonpriority creditor's name and mailing address**
Lathrop GPM
P.O. Box 7410148
Chicago, IL 60674-0148

**Date(s) debt was incurred** 6/28/2023

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Service

Is the claim subject to offset? ☒ No ☐ Yes

$93,042.01

---

**3.33**

**Nonpriority creditor's name and mailing address**
Law office of Kim & Chang
39, Sajik-ro 8-gil, Jongno-gu
Seoul, Gyeonggi-do, 03170

**Date(s) debt was incurred** 9/28/2023

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Service

Is the claim subject to offset? ☒ No ☐ Yes

$4,741.00

---

**3.34**

**Nonpriority creditor's name and mailing address**
LeBlanc Flanery PLLC
2929 Allen Parkway, Suite 200
Houston, TX 77019

**Date(s) debt was incurred** 1/30/2024

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Service

Is the claim subject to offset? ☒ No ☐ Yes

$1,125.00

---

**3.35**

**Nonpriority creditor's name and mailing address**
Lewis Silkin LLP
Arbor, 255 Blackfriars Road
London SE1 9AX

**Date(s) debt was incurred** 1/25/2024

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Service

Is the claim subject to offset? ☒ No ☐ Yes

$12,642.19

---

**3.36**

**Nonpriority creditor's name and mailing address**
Lincoln Park Capital Fund, LLC
440 North Wells St., Suite 410
Chicago, IL 60654

**Date(s) debt was incurred** 12/31/2023

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Service

Is the claim subject to offset? ☒ No ☐ Yes

$400,000.00

---

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor   Meta Materials Inc.                                                Case number (if known)    24-50792
_____Name_____

| 3.37 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $105,000.00 |
|---|---|---|---|

Lux Research Inc.
100 Franklin St. 8th Floor
Boston, MA 02110

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  3/17/2023

**Basis for the claim:**  Service

Last 4 digits of account number __

Is the claim subject to offset?   ☒ No   ☐ Yes

---

| 3.38 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $6,712.85 |
|---|---|---|---|

MAJOR & GROVE International Law Firm
95 Akti Miaouli
Piraeus 18538, Greece

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  3/1/2024

**Basis for the claim:**  Service

Last 4 digits of account number __

Is the claim subject to offset?   ☒ No   ☐ Yes

---

| 3.39 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $36,451.00 |
|---|---|---|---|

Mark L Brongersma
1011 Lemon Street
Menlo Park, CA 94025

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  9/20/2023

**Basis for the claim:**  Service

Last 4 digits of account number __

Is the claim subject to offset?   ☒ No   ☐ Yes

---

| 3.40 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $15,728.00 |
|---|---|---|---|

McAndrews, Held & Malloy, Ltd
500 W Madison St. 34th Fl
Chicago, IL 60661

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  9/30/2023

**Basis for the claim:**  Service

Last 4 digits of account number __

Is the claim subject to offset?   ☒ No   ☐ Yes

---

| 3.41 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $22,663.87 |
|---|---|---|---|

Mediant Communications Inc.
PO Box 29976
New York, NY 10087-9976

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  12/29/2023

**Basis for the claim:**  Capex

Last 4 digits of account number __

Is the claim subject to offset?   ☒ No   ☐ Yes

---

| 3.42 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $31,260.00 |
|---|---|---|---|

MentumTech LLC
18694 Sea Turtle Ln
Boca Raton, FL 33498

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  7/28/2023

**Basis for the claim:**  Service

Last 4 digits of account number __

Is the claim subject to offset?   ☒ No   ☐ Yes

---

| 3.43 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $72,692.46 |
|---|---|---|---|

MINTZ LEVIN COHN FERRIS GLOVSKY &
POPEO
One Financial Center
Boston, MA 02111

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  4/3/2023

**Basis for the claim:**  Service

Last 4 digits of account number __

Is the claim subject to offset?   ☒ No   ☐ Yes

---

| 3.44 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $15,000.00 |
|---|---|---|---|

Nader Engheta
2077 Fox Creek Road
Berwyn, PA 19312

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  9/30/2023

**Basis for the claim:**  Service

Last 4 digits of account number __

Is the claim subject to offset?   ☒ No   ☐ Yes

---

Debtor    Meta Materials Inc.
          _____         Case number (if known)   24-50792
          Name

---

**3.45**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $52,284.96 |
|---|---|---|

ONE MAN SUPPORT
21-23 RUE DU DEPART
PARIS 75014

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  7/31/2023

Basis for the claim:  Service

Last 4 digits of account number ___

Is the claim subject to offset?  ☒ No   ☐ Yes

---

**3.46**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $21,532.53 |
|---|---|---|

Patsnap UK LTD
Building 3, Chiswick Business Park
566 Chiswick High road
London W4 5YA

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  11/1/2023

Basis for the claim:  Service

Last 4 digits of account number ___

Is the claim subject to offset?  ☒ No   ☐ Yes

---

**3.47**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|

Philippe Morali
c/o Meta Materials Inc.
5880 W. Las Positas Blvd,
Suite 51
Pleasanton, CA 94588

☒ Contingent
☒ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Basis for the claim:  D&O indemnification claim

Last 4 digits of account number ___

Is the claim subject to offset?  ☒ No   ☐ Yes

---

**3.48**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $69,640.00 |
|---|---|---|

Polsinelli PC
900 W 48th Place, Suite 900
Kansas City, MO 64112

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  3/24/2023

Basis for the claim:  Service

Last 4 digits of account number ___

Is the claim subject to offset?  ☒ No   ☐ Yes

---

**3.49**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $800.00 |
|---|---|---|

Public Company Account Oversight Board
PO Box 418631
Boston, MA 02241-8631

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  5/2/2024

Basis for the claim:  Service

Last 4 digits of account number ___

Is the claim subject to offset?  ☒ No   ☐ Yes

---

**3.50**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $172,613.65 |
|---|---|---|

Say Technologies LLC
85 Willow Road
Menlo Park, CA 94025

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  12/21/2024

Basis for the claim:  Service

Last 4 digits of account number ___

Is the claim subject to offset?  ☒ No   ☐ Yes

---

**3.51**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $30,000.00 |
|---|---|---|

Shareholder Intelligence Service LLC
151 Rowayton Avenue
Rowayton, CT 06853

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  7/5/2024

Basis for the claim:  Service

Last 4 digits of account number ___

Is the claim subject to offset?  ☒ No   ☐ Yes

---

**3.52**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,150.00 |
|---|---|---|

Squire Patton Boggs
1841 Page Mill Road, Suite 150
Palo Alto, CA 94304

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  9/15/2023

Basis for the claim:  Raw Material

Last 4 digits of account number ___

Is the claim subject to offset?  ☒ No   ☐ Yes

---

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com

Debtor  Meta Materials Inc.
_____
Name

Case number (if known)  24-50792
_____

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,000.00 |
|---|---|---|---|
| | SRAX, Inc.<br>2629 Townsgate Rd, Suite 215<br>Westlake Village, CA 91361 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred**  11/8/2023 | **Basis for the claim:** Service | |
| | **Last 4 digits of account number** | Is the claim subject to offset?  ☒ No   ☐ Yes | |

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $123,062.50 |
|---|---|---|---|
| | The Nasdaq Stock Market, LLC<br>151 W. 42nd Street<br>New York, NY 10036 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred**  7/27/2023 | **Basis for the claim:** Service | |
| | **Last 4 digits of account number** | Is the claim subject to offset?  ☒ No   ☐ Yes | |

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,761.47 |
|---|---|---|---|
| | TRGR Advertising Ltd.<br>1215 13 Street SW 106<br>Calgary, AB T2G 3J4, CA | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred**  8/31/2023 | **Basis for the claim:** Service | |
| | **Last 4 digits of account number** | Is the claim subject to offset?  ☒ No   ☐ Yes | |

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | Uzi Sasson<br>c/o Meta Materials Inc.<br>5880 W. Las Positas Blvd, Suite 51<br>Pleasanton, CA 94588 | ☒ Contingent<br>☒ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** | **Basis for the claim:** D&O indemnification claim | |
| | **Last 4 digits of account number** | Is the claim subject to offset?  ☒ No   ☐ Yes | |

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | Vyomesh Joshi<br>c/o Meta Materials Inc.<br>5880 W. Las Positas Blvd, Suite 51<br>Pleasanton, CA 94588 | ☒ Contingent<br>☒ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** | **Basis for the claim:** D&O indemnification claim | |
| | **Last 4 digits of account number** | Is the claim subject to offset?  ☒ No   ☐ Yes | |

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $85,500.00 |
|---|---|---|---|
| | Water Tower Research LLC<br>200 2nd Ave South, Suite 718<br>Saint Petersburg, FL 33701 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred**  4/7/2023 | **Basis for the claim:** Service | |
| | **Last 4 digits of account number** | Is the claim subject to offset?  ☒ No   ☐ Yes | |

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,818,822.50 |
|---|---|---|---|
| | Wilson Sonsini Goodrich & Rosati<br>PO Box 742866<br>Los Angeles, CA 90015 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred**  5/7/2023 | **Basis for the claim:** Service | |
| | **Last 4 digits of account number** | Is the claim subject to offset?  ☒ No   ☐ Yes | |

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $31,694.00 |
|---|---|---|---|
| | YPC - Streetwise Reports<br>295 Palmas Inn Way,<br>Suite 104, PMB 115<br>Humacao, PR 00791 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred**  5/16/2023 | **Basis for the claim:** Service | |
| | **Last 4 digits of account number** | Is the claim subject to offset?  ☒ No   ☐ Yes | |

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

Debtor   Meta Materials Inc.
_____
Name

Case number (if known)   24-50792
_____

## Part 3:   List Others to Be Notified About Unsecured Claims

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

## Part 4:   Total Amounts of the Priority and Nonpriority Unsecured Claims

5.   Add the amounts of priority and nonpriority unsecured claims.



| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ 0.00 |
| **5b. Total claims from Part 2** | 5b. + | $ 5,177,997.86 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 5,177,997.86 |

**Fill in this information to identify the case:**

Debtor name   Meta Materials Inc.

United States Bankruptcy Court for the:   DISTRICT OF NEVADA

Case number (if known)   24-50792

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                     12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules.   There is nothing else to report on this form.
   ☒ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal   Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1.   State what the contract or lease is for and the nature of the debtor's interest | Lease (Maryland) (Ref No. 202210024) |
| State the term remaining | Effective date 9/14/2022 |
| List the contract number of any government contract | 30 CCC, LLC 10960 Grantchester Way Suite 110 Columbia, MD 21044 |
| 2.2.   State what the contract or lease is for and the nature of the debtor's interest | Service Agreement (Ref No. 202210028) |
| State the term remaining | Effective date 12/14/2022 |
| List the contract number of any government contract | A Friend GmbH Sternenstrasse 14, 8002 Zurich, Switzerland |
| 2.3.   State what the contract or lease is for and the nature of the debtor's interest | Services Access Agreement (Ref No. 202210016) |
| State the term remaining | Effective date 9/11/2022 |
| List the contract number of any government contract | EquityEdge by Morgan Stanley (Solium Capital ULC) Suite 1500 600-3rd Ave SW Calgary, AB T2P 0G5 |
| 2.4.   State what the contract or lease is for and the nature of the debtor's interest | Lease (Greek Office) (Ref No. 202110001) |
| State the term remaining | Agreement end date 10/31/2031 |
| List the contract number of any government contract | Everty Property AP10 Single Member Societe Anonyme Municipality of Chalandri, Attica, at 30 Vasileos Georgiou B' av. & Mikras Asias str. Greece |

Debtor 1  Meta Materials Inc.                                      Case number *(if known)*  24-50792

First Name        Middle Name        Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.5.** State what the contract or lease is for and the nature of the debtor's interest — Lease (Greek Office) (Ref No. 202110002)

State the term remaining — Agreement end date 10/31/2031

List the contract number of any government contract

Everty Property AP10
Single Member Societe Anonyme
Municipality of Chalandri, Attica, at 30
Vasileos Georgiou B' av. & Mikras Asias str.
Greece

---

**2.6.** State what the contract or lease is for and the nature of the debtor's interest — Equity Support Proposal (Ref No. 202210012)

State the term remaining — Effective date 10/27/2022

List the contract number of any government contract

Infinite Equity
PO Box 720151
San Francisco, CA 94172

---

**2.7.** State what the contract or lease is for and the nature of the debtor's interest — Service Agreement (Ref No. 202210013)

State the term remaining — Effective date 8/1/2022

List the contract number of any government contract

Inteum Company
9720 NE 120th PL, #101
Kirkland, WA 98034

---

**2.8.** State what the contract or lease is for and the nature of the debtor's interest — Consulting Agreement (Ref No. 202210011)

State the term remaining — Effective date 12/15/2022

List the contract number of any government contract

LG Energy Solution, Ltd.
Parc. 1 Tower 108
Yeoui-dacro, Yeongdeungpo-gu
Seoul, 07335, Republic of Korea

---

**2.9.** State what the contract or lease is for and the nature of the debtor's interest — Consulting Agreement (Ref No. 202210005)

State the term remaining — Effective dates 7/1/2022

List the contract number of any government contract

Medical Wireless Sensing
QMB Innovation Centre
42 New Road
London, F12AX, UK

---

Debtor 1    Meta Materials Inc.                                                                     Case number *(if known)*    24-50792
First Name              Middle Name              Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | Consulting Agreement (Ref No. 202210009) | |
|---|---|---|---|
| | State the term remaining | Effective date 9/1/2022 | Medical Wireless Sensing QMB Innovation Centre 42 New Road London, F12AX, UK |
| | List the contract number of any government contract | | |

| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | Consulting Agreement (Ref No. 202210010) | |
|---|---|---|---|
| | State the term remaining | Effective date 9/1/2022 | Medical Wireless Sensing QMB Innovation Centre 42 New Road London, F12AX, UK |
| | List the contract number of any government contract | | |

| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | Master Services Agreement for Research (Ref No. 202210015) | |
|---|---|---|---|
| | State the term remaining | Effective date 8/16/2022 | Molecular Rebar Design 13477 Fitzhugh Rd Austin, TX 78736 |
| | List the contract number of any government contract | | |

| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | Equity Edge Online and Employee Stock Plan Services Agreement | |
|---|---|---|---|
| | State the term remaining | Effective date 12/6/2022 | Morgan Stanley (E*TRADE Financial Corporate Services, Inc.) 3 Edison Drive Alpharetta, GA 30005 |
| | List the contract number of any government contract | | |

| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | Consulting Agreement | |
|---|---|---|---|
| | State the term remaining | Effective date 05/2/2022 | On Search Partners, LLC 102 First Street, Suite 201 Hudson, OH 44236 |
| | List the contract number of any government contract | | |

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com

Debtor 1  Meta Materials Inc.

First Name        Middle Name        Last Name

Case number (*if known*)  24-50792

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.15. | State what the contract or lease is for and the nature of the debtor's interest | Supply Agreement (Ref No. 202210026) | |
|---|---|---|---|
| | State the term remaining | Effective date 9/29/2022 | |
| | List the contract number of any government contract | | PPG Industries 264 Bodwell St Avon, MA 02322 |

| 2.16. | State what the contract or lease is for and the nature of the debtor's interest | Amendment No. 1 to Supply Agreement (Ref No. 202210027) | |
|---|---|---|---|
| | State the term remaining | Effective date 11/4/2022 | |
| | List the contract number of any government contract | | PPG Industries 264 Bodwell St Avon, MA 02322 |

| 2.17. | State what the contract or lease is for and the nature of the debtor's interest | Subscription Services Agreement (Ref No. 202210019) | |
|---|---|---|---|
| | State the term remaining | Effective date 10/15/2022 | |
| | List the contract number of any government contract | | Water Tower Research 200 2nd Ave South, Suite 718 Saint Petersburg, FL 33701 |

**Fill in this information to identify the case:**

Debtor name _____Meta Materials Inc._____

United States Bankruptcy Court for the: _____DISTRICT OF NEVADA_____

Case number (if known) _____24-50792_____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☒ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | _____ | Street _____<br>City      State      Zip Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.2 | _____ | Street _____<br>City      State      Zip Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.3 | _____ | Street _____<br>City      State      Zip Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.4 | _____ | Street _____<br>City      State      Zip Code | _____ | ☐ D<br>☐ E/F<br>☐ G |

**Fill in this information to identify the case:**

Debtor name    Meta Materials Inc.

United States Bankruptcy Court for the:   DISTRICT OF NEVADA

Case number (if known)   24-50792

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.   Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.   Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.   18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☒   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☒   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☒   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☒   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☒   *Schedule H: Codebtors* (Official Form 206H)
☒   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐   Amended *Schedule*
☐   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐   Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   08/09/2024

X *Uzi Sasson*
   Signed by:
   1B8FAEEE2D9D4C8...
   Signature of individual signing on behalf of debtor

   Uzi Sasson
   Printed name

   Chief Executive Officer
   Position or relationship to debtor

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy