# United States Bankruptcy Court
## District of Nevada

In re: Meta Materials Inc.
Debtor(s)

Case No. 24-50792
Chapter 7

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for  Meta Materials Inc.  in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

☒ None [*Check if applicable*]

08/09/2024
Date

*/s/ Andrea J. Driggs*
Bradley A. Cosman (AZ 026223)
Andrea J. Driggs (NV 15211)
Signature of Attorney or Litigant
Counsel for  Meta Materials Inc.
Perkins Coie LLP
2525 E. Camelback Road, Suite 500
Phoenix, AZ 85016-4227
602.351.8000
bcosman@perkinscoie.com
adriggs@perkinscoie.com