# United States Bankruptcy Court
## District of Nevada

In re  Meta Materials Inc.  
                Debtor(s)

Case No. 24-50792  
Chapter 7

## VERIFICATION OF CREDITOR MATRIX

I, the Chief Executive Officer of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: 08/09/2024

Signed by:  
Uzi Sasson  
1B8FAEEE2D9D4C6...

Uzi Sasson/Chief Executive Officer  
Signer/Title

30 CCC, LLC
10960 GRANTCHESTER WAY
SUITE 110
COLUMBIA, MD 21044


350 ARBOR, LLC ET AL.
C/O TODD ROTHBARD
LAW OFFICE OF TODD ROTHBARD
100 SARATOGA
SANTA CLARA, CA 95051


A FRIEND GMBH
STERNENSTRASSE 14, 8002
ZURICH, SWITZERLAND


ALLISON CHRISTILAW
C/O META MATERIALS INC.
5880 W. LAS POSITAS BLVD
SUITE 51
PLEASANTON, CA 94588


AMSTER, ROTHSTEIN & EBENSTEIN LLP
405 LEXINGTON AVENUE
48TH FLOOR
NEW YORK, NY 10174


ANALYTICAL ANSWER, INC.
4 ARROW DRIVE
WOBURN, MA 01801


ANDREA ALU
221 ENGLE ST.
TENAFLY, NJ 07670


APATON FINANCE GMBH
ELLERNSTRA?E 34
30175 HANNOVER, GERMANY

ARDUCAM TECHNOLOGY CO., LIMITED
4TH FLOOR, BUILDING C10, EAST DISTRICT
ZIDONG INTERNATIONAL CREATIVE PARK,
NO. 2 ZIDONG ROAD, QIXIA DISTRICT.
NANJING, JIANGSU, 210000


ASTRO CHEMICALS, INC
126 MEMORIAL DRIVE
SPRINGFIELD, MA 01104


BDO USA, LLP
ONE INTERNATIONAL PLACE
4TH FLOOR
BOSTON, MA 02110


BORDEN LADNER GERVAIS LLP
WORLD EXCHANGE PLAZA
100 QUEEN STREET SUITE 1300
OTTAWA ON, CANADA K1P 1J9


BRIAN M LEAVITT
DBA PROCESS
INNOVATIONS
PO BOX 70734
NORTH DARTMOUTH, MA 02747-0703


BROADRIDGE ICS
PO BOX 416423
BOSTON, MA 02241-6423


BROWN RUDNICK LLP
ONE FINANCIAL CENTER
BOSTON, MA 02111


BROWNSTEIN HYATT FARBER
SCHRECK LLP
675 15TH STREET, SUITE 2900
DENVER, CO 80202


CHRISTIAN ATTAR
2302 FANNIN ST., SUITE 500
HOUSTON, TX 77002

CO MATCH GMBH
WILHELMSTRA?E 118
BERLIN, 10963


CONSILIO LLC
1828 L STREET NW SUITE 1070
WASHINGTON, DC 20036

CORNERSTONE RESEARCH, INC.
2 EMBARCADERO CTR FI 20
SAN FRANCISCO, CA 94111


D.F. KING & CO., INC.
48 WALL STREET
NEW YORK, NY 10005


DAN EATON
C/O META MATERIALS INC.
5880 W. LAS POSITAS BLVD
SUITE 51
PLEASANTON, CA 94588


DIVERSIFIED BENEFIT SERVICES, INC.
PO BOX 260
HARTLAND, WI 53029


DLA PIPER LLP (US)
650 SOUTH EXETER STREET
SUITE 1100
BALTIMORE, MD 21202


DOCUSIGN, INC.
221 MAIN STREET SUITE 1550
SAN FRANCISCO, CA 94105


DONNELLEY FINANCIAL SOLUTIONS
PO BOX 842282
BOSTON, MA 02284


DST CONTROL AB
GILLBERGAGATAN 41C
LINK?PING, 58273

DUCERA PARTNERS LLC
11 TIMES SQUARE, 36TH FLOOR
NEW YORK, NY 10036

E*TRADE FINANCIAL CORPORATE SERVICES, INC.
3 EDISON DRIVE
ALPHARETTA, GA 30005

EQUITYEDGE BY MORGAN STANLEY
(SOLIUM CAPITAL ULC)
SUITE 1500 600-3RD AVE SW
CALGARY, AB T2

EVERTY PROPERTY AP10
SINGLE MEMBER SOCIETE ANONYME
MUNICIPALITY OF CHALANDRI, ATTICA, AT 30
VASILEOS GEORGIOU B'AV. & MIKRAS ASIAS STR.
GREECE

FINANCIAL ACCOUNTING STANDARDS
BOARD
PO BOX 418272
BOSTON, MA 02241-8272

FISH & RICHARDSON P.C.
ONE MARINA PARK DRIVE
BOSTON, MA 02210-1878

FW COOK
TWO ALLEN CENTER
1200 SMITH STREET, SUITE 1100
HOUSTON, TX 77002

HYBRID FINANCIAL LTD
222 BAY STREET, SUITE 2600
PO BOX 37
TORONTO, ON, M5K 1B7

ICR LLC
761 MAIN AVE
NORWALK, CT 06851

IDTECHEX
ONE BOSTON PLACE SUITE 2600
BOSTON, MA 02108


INFINITE EQUITY INC.
PO BOX 720151
SAN FRANCISCO, CA 94172


INTEUM COMPANY
9720 NE 120TH PL, #101
KIRKLAND, WA 98034


JENNIFER CHARASO
C/O META MATERIALS INC.
5880 W. LAS POSITAS BLVD
SUITE 51
PLEASANTON, CA 94588


JOHN R. HARDING
C/O META MATERIALS INC.
5880 W. LAS POSITAS BLVD
SUITE 51
PLEASANTON, CA 94588


JUPIA CONSULTANTS INC
71 PARK STREET
MONCTON, NEW BRUNSWICK E1C 2B2


KENNETH HANNAH
C/O META MATERIALS INC.
5880 W. LAS POSITAS BLVD
SUITE 51
PLEASANTON, CA 94588


LADENBURG THALMANN & CO INC.
640 5TH AVE, 4TH FLOOR
NEW YORK, NY 10019


LATHROP GPM
P.O. BOX 7410148
CHICAGO, IL 60674-0148

LAW OFFICE OF KIM & CHANG
39, SAJIK-RO 8-GIL,
JONGNO-GU SEOUL,
GYEONGGI-DO, 03170


LEBLANC FLANERY PLLC
2929 ALLEN PARKWAY, SUITE 200
HOUSTON, TX 77019


LEWIS SILKIN LLP
ARBOR, 255 BLACKFRIARS ROAD
LONDON SE1 9AX


LG ENERGY SOLUTION, LTD.
PARC. 1 TOWER 108 YEOUI-DACRO,
YEONGDEUNGPO-GU SEOUL, 0733


LINCOLN PARK CAPITAL FUND, LLC
440 NORTH WELLS ST., SUITE 410
CHICAGO, IL 60654


LUX RESEARCH INC.
100 FRANKLIN ST. 8TH FLOOR
BOSTON, MA 02110


MAJOR & GROVE INTERNATIONAL LAW FIRM
95 AKTI MIAOULI
PIRAEUS 18538, GREECE


MARK L BRONGERSMA
1011 LEMON STREET
MENLO PARK, CA 94025


MCANDREWS, HELD & MALLOY, LTD
500 W MADISON ST. 34TH FL
CHICAGO, IL 60661


MEDIANT COMMUNICATIONS INC.
PO BOX 29976
NEW YORK, NY 10087-9976

MEDICAL WIRELESS SENSING QMB
INNOVATION CENTRE
42 NEW ROAD LONDON, F12AX, UK


MENTUMTECH  LLC
18694 SEA TURTLE LN
BOCA RATON, FL 33498


MINTZ LEVIN COHN FERRIS GLOVSKY & POPEO
ONE FINANCIAL CENTER
BOSTON, MA 02111


MOLECULAR REBAR DESIGN
13477 FITZHUGH RD
AUSTIN, TX 78736


MORGAN STANLEY
(E*TRADE FINANCIAL CORPORATE SERVICES, INC.)
3 EDISON DRIVE
ALPHARETTA, GA 30005


NADER ENGHETA
2077 FOX CREEK ROAD
BERWYN, PA 19312


ON SEARCH PARTNERS, LLC
102 FIRST STREET, SUITE 201
HUDSON, OH 44236


ONE MAN SUPPORT
21-23 RUE DU
DEPART PARIS 75014


PATSNAP UK LTD
BUILDING 3, CHISWICK BUSINESS PARK
566 CHISWICK HIGH ROAD
LONDON W4 5YA

PHILIPPE MORALI
C/O META MATERIALS INC.
5880 W. LAS POSITAS BLVD
SUITE 51
PLEASANTON, CA 94588


POLSINELLI PC
900 W 48TH PLACE, SUITE 900
KANSAS CITY, MO 64112


PPG INDUSTRIES
264 BODWELL ST
AVON, MA 02322


PUBLIC COMPANY ACCOUNT OVERSIGHT
BOARD
PO BOX 418631
BOSTON, MA 02241-8631


SAY TECHNOLOGIES LLC
85 WILLOW ROAD
MENLO PARK, CA 94025


SHAREHOLDER INTELLIGENCE SERVICE LLC
151 ROWAYTON AVENUE
ROWAYTON, CT 06853


SQUIRE PATTON BOGGS
1841 PAGE MILL ROAD, SUITE 150
PALO ALTO, CA 94304


SRAX, INC.
2629 TOWNSGATE RD, SUITE 215
WESTLAKE VILLAGE, CA 91361


THE NASDAQ STOCK MARKET, LLC
151 W. 42ND STREET
NEW YORK, NY 10036

TRGR ADVERTISING LTD.
1215 13 STREET SW 106
CALGARY, AB T2G 3J4, CA


UZI SASSON
C/O META MATERIALS INC.
5880 W. LAS POSITAS BLVD
SUITE 51
PLEASANTON, CA 94588


VYOMESH JOSHI
C/O META MATERIALS INC.
5880 W. LAS POSITAS BLVD
SUITE 51
PLEASANTON, CA 94588


WATER TOWER RESEARCH
200 2ND AVE SOUTH, SUITE 718
SAINT PETERSBURG, FL 33701


WILSON SONSINI GOODRICH & ROSATI
PO BOX 742866
LOS ANGELES, CA 90015


YPC - STREETWISE REPORTS
295 PALMAS INN WAY, SUITE 104,
PMB 115
HUMACAO, PR 00791