United States Bankruptcy Court
District of Nevada

In re:     Case No. 24-50792-hlb
METRA MATERIALS INC.

META MATERIALS INC.     Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0978-3    User: admin    Page 1 of 3
Date Rcvd: Aug 12, 2024    Form ID: amd309d    Total Noticed: 77

The following symbols are used throughout this certificate:
**Symbol   Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 14, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | META MATERIALS INC., 5880 W. LAS POSITAS BLVD, SUITE 51, PLEASANTON, CA 94588-8552 |
| 12375526 | + | 30 CCC, LLC, 10960 Grantchester Way, Suite 110, Columbia, MD 21044-6112 |
| 12375527 | + | 350 Arbor, LLC et al., c/o Todd Rothbard, Law Office of Todd Rothbard, 100 Saratoga, Santa Clara, CA 95051-7337 |
| 12375528 | | A Friend GmbH, Sternenstrasse 14, 8002, Zurich, Switzerland |
| 12375535 | + | ASTRO CHEMICALS, INC, 126 MEMORIAL DRIVE, Springfield, MA 01104-3227 |
| 12375529 | + | Allison Christilaw, c/o Meta Materials Inc., 5880 W. Las Positas Blvd, Suite 51, Pleasanton, CA 94588-8552 |
| 12375530 | + | Amster, Rothstein & Ebenstein LLP, 405 Lexington Avenue, 48th Floor, New York, NY 10174-0002 |
| 12375531 | + | Analytical Answer, Inc., 4 Arrow Drive, Woburn, MA 01801-2087 |
| 12375532 | + | Andrea Alu, 221 Engle St., Tenafly, NJ 07670-2139 |
| 12375533 | | Apaton Finance GmbH, Ellernstra?e 34, 30175 Hannover, Germany |
| 12375536 | + | BDO USA, LLP, One International Place, 4th Floor, Boston, MA 02110-2672 |
| 12375537 | | Borden Ladner Gervais LLP, World Exchange Plaza, 100 Queen Street, Suite 1300 Ottawa, ON, Canada K1P 1J9 |
| 12375538 | | Brian M Leavitt, dba Process Innovations, PO Box 70734, North Dartmouth, MA 02747-0703 |
| 12375540 | + | Brown Rudnick LLP, One Financial Center, Boston, MA 02111-2600 |
| 12375543 | | CO Match GmbH, Wilhelmstra?e 118, Berlin, 10963 |
| 12375542 | #+ | Christian Attar, 2302 Fannin St., Suite 500, Houston, TX 77002-9136 |
| 12375545 | + | Cornerstone Research, Inc., 2 Embarcadero Ctr Fl 20, San Francisco, CA 94111-3823 |
| 12375546 | + | D.F. KING & CO., INC., 48 Wall Street, New York, NY 10005-2922 |
| 12375549 | + | DLA Piper LLP (US), 650 South Exeter Street, Suite 1100, Baltimore, MD 21202-4576 |
| 12375552 | | DST CONTROL AB, Gillbergagatan 41c, Link?ping, 58273 |
| 12375547 | + | Dan Eaton, c/o Meta Materials Inc., 5880 W. Las Positas Blvd, Suite 51, Pleasanton, CA 94588-8552 |
| 12375548 | + | Diversified Benefit Services, Inc., PO Box 260, Hartland, WI 53029-0260 |
| 12375551 | + | Donnelley Financial Solutions, PO Box 842282, Boston, MA 02284-2282 |
| 12375553 | + | Ducera Partners LLC, 11 Times Square, 36th Floor, New York, NY 10036-6600 |
| 12375554 | + | ETrade Financial Corporate Services, Inc., 3 Edison Drive, Alpharetta, GA 30005-3912 |
| 12375555 | | EquityEdge by Morgan Stanley, Solium Capital ULC, Suite 1500, 600-3rd Ave SW, Calgary, AB T2 |
| 12375556 | | Everty Property AP10, Single Member Societe Anonyme, Municipality of Chalandri, Attica, at 30, Vasileos Georgiou B'av. & Mikras Asias s, Greece |
| 12375559 | + | FW Cook, Two Allen Center, 1200 Smith Street, Suite 1100, Houston, TX 77002-4372 |
| 12375557 | | Financial Accounting Standards Board, PO Box 418272, Boston, MA 02241-8272 |
| 12375558 | | Fish & Richardson P.C., One Marina Park Drive, Boston, MA 02210-1878 |
| 12375560 | | Hybrid Financial Ltd, 222 Bay Street, Suite 2600, PO Box 37 Toronto, ON, M5K 1B7 |
| 12375561 | + | ICR LLC, 761 Main Ave, Norwalk, CT 06851-1080 |
| 12375562 | + | Idtechex, One Boston Place Suite 2600, Boston, MA 02108-4420 |
| 12375563 | + | Infinite Equity, PO Box 720151, San Francisco, CA 94172-0151 |
| 12375565 | + | Inteum Company, 9720 NE 120th PL, #101, Kirkland, WA 98034-4285 |
| 12375566 | + | Jennifer Charaso, c/o Meta Materials Inc., 5880 W. Las Positas Blvd, Suite 51, Pleasanton, CA 94588-8552 |
| 12375567 | + | John R. Harding, 5880 W. Las Positas Blvd, Suite 51, Pleasanton, CA 94588-8552 |
| 12375568 | | Jupia Consultants Inc, 71 Park Street, Moncton, New Brunswick E1C 2B2 |
| 12375569 | + | Kenneth Hannah, c/o Meta Materials Inc., 5880 W. Las Positas Blvd, Suite 51, Pleasanton, CA 94588-8552 |
| 12375570 | + | LADENBURG THALMANN & CO INC., 640 5th Ave, 4th floor, New York, NY 10019-6102 |
| 12375571 | | Lathrop GPM, P.O. Box 7410148, Chicago, IL 60674-0148 |
| 12375573 | + | LeBlanc Flanery PLLC, 2929 Allen Parkway, Suite 200, Houston, TX 77019-7123 |
| 12375576 | #+ | Lincoln Park Capital Fund, LLC, 440 North Wells St., Suite 410, Chicago, IL 60654-4975 |

| District/off: 0978-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Aug 12, 2024 | Form ID: amd309d | Total Noticed: 77 |

| | | |
|---|---|---|
| 12375577 | + | Lux Research Inc., 100 Franklin St. 8th Floor, Boston, MA 02110-1524 |
| 12375578 | | MAJOR & GROVE International Law Firm, 95 Akti Miaouli, Piraeus 18538, Greece |
| 12375584 | + | MINTZ LEVIN COHN FERRIS GLOVSKY & POPEO, One Financial Center, Boston, MA 02111-2657 |
| 12375579 | + | Mark L Brongersma, 1011 Lemon Street, Menlo Park, CA 94025-6112 |
| 12375580 | + | McAndrews, Held & Malloy, Ltd, 500 W Madison St. 34th Fl, Chicago, IL 60661-4584 |
| 12375582 | | Medical Wireless Sensing, QMB Innovation Centre, 42 New Road London, F12AX, UK |
| 12375583 | + | MentumTech LLC, 18694 Sea Turtle Ln, Boca Raton, FL 33498-4923 |
| 12375585 | + | Molecular Rebar Design, 13477 Fitzhugh Rd, Austin, TX 78736-6514 |
| 12375586 | + | Morgan Stanley, ETRADE Financial Corporate, Services, Inc., 3 Edison Drive, Alpharetta, GA 30005-3912 |
| 12375587 | + | Nader Engheta, 2077 Fox Creek Road, Berwyn, PA 19312-2142 |
| 12375589 | | ONE MAN SUPPORT, 21-23 RUE DU DEPART, PARIS 75014 |
| 12375588 | + | On Search Partners, LLC, 102 First Street, Suite 201, Hudson, OH 44236-5386 |
| 12375593 | + | PPG Industries, 264 Bodwell St, Avon, MA 02322-1119 |
| 12375591 | + | Philippe Morali, c/o Meta Materials Inc., 5880 W. Las Positas Blvd, Suite 51, Pleasanton, CA 94588-8552 |
| 12375592 | + | Polsinelli PC, 900 W 48th Place, Suite 900, Kansas City, MO 64112-1899 |
| 12375594 | | Public Company Account Oversight Board, PO Box 418631, Boston, MA 02241-8631 |
| 12375598 | + | SRAX, Inc., 2629 Townsgate Rd, Suite 215, Westlake Village, CA 91361-2985 |
| 12375595 | + | Say Technologies LLC, 85 Willow Road, Menlo Park, CA 94025-3656 |
| 12375596 | + | Shareholder Intelligence Service LLC, 151 Rowayton Avenue, Rowayton, CT 06853-1433 |
| 12375597 | + | Squire Patton Boggs, 1841 Page Mill Road, Suite 150, Palo Alto, CA 94304-1217 |
| 12375600 | | TRGR Advertising Ltd., 1215 13 Street SW 106, Calgary, AB T2G 3J4, CA |
| 12375599 | + | The Nasdaq Stock Market, LLC, 151 W. 42nd Street, New York, NY 10036-6563 |
| 12375601 | + | Uzi Sasson, c/o Meta Materials Inc., 5880 W. Las Positas Blvd, Suite 51, Pleasanton, CA 94588-8552 |
| 12375602 | + | Vyomesh Joshi, c/o Meta Materials Inc., 5880 W. Las Positas Blvd, Suite 51, Pleasanton, CA 94588-8552 |
| 12375603 | + | Water Tower Research, 200 2nd Ave South, Suite 718, Saint Petersburg, FL 33701-4313 |
| 12375605 | + | YPC - Streetwise Reports, 295 Palmas Inn Way, Suite 104, PMB 115, Humacao, PR 00791-6257 |

TOTAL: 69

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: adriggs@perkinscoie.com | Aug 13 2024 00:08:00 | ANDREA J. DRIGGS, PERKINS COIE LLP, 2525 EAST CAMELBACK ROAD, SUITE 500, PHOENIX, AZ 85016 |
| tr | + | EDI: BCWLOVATO.COM | Aug 13 2024 04:06:00 | CHRISTINA W. LOVATO, P.O. BOX 18417, RENO, NV 89511-0417 |
| 12375541 | | Email/Text: bankruptcynotices@bhfs.com | Aug 13 2024 00:08:00 | Brownstein Hyatt Farber Schreck LLP, 675 15th Street, Suit 2900, Denver, CO 80202 |
| 12375539 | ^ | MEBN | Aug 13 2024 00:03:51 | Broadridge ICS, PO Box 416423, Boston, MA 02241-6423 |
| 12375544 | + | Email/Text: mflanagan@consilio.com | Aug 13 2024 00:08:00 | Consilio LLC, 1828 L Street NW Suite 1070, Washington, DC 20036-5146 |
| 12375550 | + | Email/Text: billing@docusign.com | Aug 13 2024 00:09:00 | DocuSign, Inc., 221 Main Street Suite 1550, San Francisco, CA 94105-1947 |
| 12375581 | | Email/Text: billingsupport@mediantonline.com | Aug 13 2024 00:08:00 | Mediant Communications Inc., PO Box 29976, New York, NY 10087-9976 |
| 12375604 | + | Email/Text: jdoyle@wsgr.com | Aug 13 2024 00:08:00 | Wilson Sonsini Goodrich & Rosati, PO Box 742866, Los Angeles, CA 90074-2866 |

TOTAL: 8

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 12375534 | | ARDUCAM TECHNOLOGY CO., LIMITED, 4th floor, Building C10, East District, Zidong International Creative Park, No., Zidong Road, Qixia District., Nanjing, Jiangsu, 210000 |

| District/off: 0978-3 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Aug 12, 2024 | Form ID: amd309d | Total Noticed: 77 |

| | | |
|---|---|---|
| 12375575 | | LG Energy Solution, Ltd., Parc. 1 Tower 108, Yeoui-dacro, Yeongdeungpo-gu, Seoul, 0733 |
| 12375572 | | Law office of Kim & Chang, 39, Sajik-ro 8-gil, Jongno-gu, Seoul, Gyeonggi-do, 03170 |
| 12375574 | | Lewis Silkin LLP, Arbor, 255 Blackfriars Road, London SE1 9AX |
| 12375590 | | Patsnap UK LTD, Building 3, Chiswick Business Park, 566 Chiswick High road, London W4 5YA |
| 12375564 | *+ | Infinite Equity Inc., PO Box 720151, San Francisco, CA 94172-0151 |

TOTAL: 5 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 14, 2024                        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 12, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ANDREA J. DRIGGS | on behalf of Debtor META MATERIALS INC. adriggs@perkinscoie.com |
| CHRISTINA W. LOVATO | trusteelovato@att.net  NV26@ecfcbis.com |
| U.S. TRUSTEE - RN - 7 | USTPRegion17.RE.ECF@usdoj.gov |

TOTAL: 3

| Information to identify the case: | | | |
|---|---|---|---|
| Debtor | META MATERIALS INC.<br>Name | EIN: | 74–3237581 |
| United States Bankruptcy Court | District of Nevada | Date case filed for chapter: | 7    8/9/24 |
| Case number: | 24–50792–hlb | | |

Official Form 309D (For Corporations or Partnerships)

# AMENDED
## Notice of Chapter 7 Bankruptcy Case –– Proof of Claim Deadline Set

03/24

For the debtor listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.

This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

Do not file this notice with any proof of claim or other filing in the case.

| | | | |
|---|---|---|---|
| 1. | **Debtor's full name** | META MATERIALS INC. | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 5880 W. LAS POSITAS BLVD, SUITE 51<br>PLEASANTON, CA 94588 | |
| 4. | **Debtor's attorney**<br>Name and address | ANDREA J. DRIGGS<br>PERKINS COIE LLP<br>2525 EAST CAMELBACK ROAD<br>SUITE 500<br>PHOENIX, AZ 85016 | Contact phone 602–351–8328<br>Email adriggs@perkinscoie.com |
| 5. | **Bankruptcy trustee**<br>Name and address | CHRISTINA W. LOVATO<br>P.O. BOX 18417<br>RENO, NV 89511 | Contact phone (775) 851 1424 |
| 6. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at<br>https://pacer.uscourts.gov. | 300 Booth Street<br>Reno, NV 89509 | Office Hours 9:00 AM – 4:00 PM<br><br>Contact phone (775) 326–2100<br><br>Date: 8/12/24 |
| 7. | **Meeting of creditors**<br>The debtor's representative must attend the meeting to be questioned under oath.<br>Creditors may attend, but are not required to do so. | **September 5, 2024 at 02:00 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**Zoom video meeting. Go to Zoom.us/join, Enter Meeting ID 203 264 8863, and Passcode 2236554201, OR call 1 775 285 9435** |
| | | **For additional meeting information go to https://www.justice.gov/ust/moc** | |

For more information, see page 2 >

Debtor **META MATERIALS INC.** Case number **24–50792–hlb**

| | | |
|---|---|---|
| 8. | **Deadlines**<br>The bankruptcy clerk's office must receive proofs of claim by the following deadlines. | **Deadline for all creditors to file a proof of claim Filing deadline: 10/18/24 (except governmental units):**<br><br>**Deadline for governmental units to file a proof   Filing deadline: 2/5/25 of claim:**<br><br>A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office. If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br><br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. |
| 9. | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. |
| 10. | **Liquidation of the debtor's property and payment of creditors' claims** | The bankruptcy trustee listed on the front of this notice will collect and sell the debtor's property. If the trustee can collect enough money, creditors may be paid some or all of the debts owed to them, in the order specified by the Bankruptcy Code. To ensure you receive any share of that money, you must file a proof of claim, as described above. |