Cameron M. Gulden, Assistant United States Trustee
State Bar #MN 310931
UNITED STATES DEPARTMENT OF JUSTICE
Office of the United States Trustee
300 Booth Street, Room 3009
Reno, NV 89509
Telephone: (202) 384-4921
E-mail: *cameron.m.gulden@usdoj.gov*

Attorney for the United States Trustee
      TRACY HOPE DAVIS

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re | Case No. 24-50792-hlb |
| META MATERIALS INC., | Chapter 7 |
| Debtor(s). | |

### APPOINTMENT OF CHRISTINA W. LOVATO AS TRUSTEE AND DESIGNATION OF BOND

    Pursuant to the Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors & Notice of Appointment of Interim Trustee Christina W. Lovato in this case (ECF No. 3), the United States Trustee hereby reaffirms the appointment of **Christina W. Lovato** as interim Chapter 7 trustee in the above-entitled case. The blanket bond for Chapter 7 trustees, previously on file with the Court, is hereby designated as the required Bond for **Christina W. Lovato** in this case.

Dated: August 15, 2024

Respectfully submitted,

TRACY HOPE DAVIS
UNITED STATES TRUSTEE

By:   */s/ Cameron M. Gulden*
     Cameron M. Gulden
     Assistant United States Trustee