Jeffrey L. Hartman, Esq.
Nevada Bar No. 1607
HARTMAN & HARTMAN
510 W. Plumb Lane, Suite B
Reno, NV 89509
T: (775) 324-2800
F: (775) 324-1818
notices@bankruptcyreno.com
(proposed) Attorney for Christina Lovato, Trustee

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>META MATERIALS INC.,<br><br>Debtor. | Case No.: 24-50792-hlb<br>(Chapter 7)<br><br>EX PARTE APPLICATION BY CHAPTER 7 TRUSTEE TO EMPLOY HARTMAN & HARTMAN AS TRUSTEE'S ATTORNEY PURSUANT TO 11 U.S.C. § 327(a)<br><br>Hearing Date:  N/A<br>Hearing Time: |

Pursuant to 11 U.S.C. §§ 327 and 328(a) and F.R.Bankr.P. 2014, Christina Lovato, the duly appointed and acting trustee ("Trustee"), hereby applies to this Court for an order approving the employment of Hartman & Hartman, a Professional Corporation ("Hartman") as her attorney in the Chapter 7 bankrupt estate of META MATERIALS INC.  In support of this Application, the Trustee respectfully represents as follows:

1.    Debtor META MATERIALS INC. filed a Chapter 7 Petition on August 9, 2024 ("Petition Date") and  Christina Lovato was duly appointed as the Chapter 7 trustee ("Trustee").

2.    The Trustee seeks to employ Hartman & Hartman ("Hartman") to represent her in connection with this case.  The Trustee anticipates that Hartman & Hartman will assist her in fulfilling her duties under 11 U.S.C. § 704 and, where necessary and advisable, pursuing claims which the estate may hold against third persons. The Trustee believes retention of an attorney is necessary to represent her in the following matters:

1

       a.       To continue investigation of financial transactions which occurred prior to or after the bankruptcy filing to determine if assets are recoverable pursuant to 11 U.S.C. §§ 544, 547, 548 or 549, or any other applicable legal principles;

       b.       To assist the Trustee in conducting any necessary litigation to recover assets for the estate; and

       c.       To assist the Trustee in other matters as directed by the Trustee related to the general administration of the Chapter 7 estate.

3.       The Trustee has chosen Hartman & Hartman because Jeffrey L. Hartman, Esq. is admitted to practice in this Court, has knowledge and experience in bankruptcy matters, and is otherwise qualified to represent the Trustee.

4.       The terms of the employment of Hartman & Hartman to which the Trustee has agreed, subject to subsequent approval by this Court under 11 U.S.C. §§ 329 and 330, are as follows:

The Trustee will compensate Hartman & Hartman on an hourly basis at the preferred rates charged by Hartman & Hartman's professionals in trustee cases, to-wit:

| | |
|---|---|
| Jeffrey L. Hartman | $525.00 per hour |
| Contract attorney | $185.00 per hour |
| Legal Assistant | $125.00-$250.00 per hour (depending upon experience) |

These hourly rates are subject to periodic adjustments to reflect economic and other conditions, and, on occasion, to reflect counsel's and legal assistant's increased experience and expertise in the area of bankruptcy law.  Hartman & Hartman will make periodic application for compensation in accordance with the applicable provisions of the Bankruptcy Code and Rules, and, if at the completion of the case the results merit it, Hartman & Hartman may make application to the Court for the allowance of a premium above its designated hourly rates.

5.       To the best of the Trustee's knowledge, Hartman & Hartman does not represent an interest adverse to the estate in the matters upon which it is to be engaged and is a disinterested person as that term is defined in 11 U.S.C. § 101(14).

6. The only present connection which Hartman & Hartman and/or its employees have with Debtor, debtor's creditors, any other party of interest, their respective attorneys and accountants, the United States Trustee, or any person employed in the office of the United States Trustee which are out of the ordinary course of business is as follows:[1]

None.

WHEREFORE, the Trustee requests that employment of Hartman & Hartman be approved by this Court, effective August 10, 2024, for the purpose and on the terms and conditions set forth above.

DATED: August 21, 2024.

HARTMAN & HARTMAN

*/s/ Jeffrey L. Hartman*
Jeffrey L. Hartman, Esq. (proposed)
Attorney for Christina Lovato, Trustee

APPROVED

*/s/ Christina Lovato*
Christina Lovato,
Trustee

---

[1] The type of connections considered to be in the ordinary course of business (and which are not further discussed herein) are those relationships such as banking/financing/credit card relationships, telephone and utility service, newspaper subscriptions, cable television service, and suppliers/repair services with which Hartman & Hartman and its employees do business in the ordinary course.

3