Jeffrey L. Hartman, Esq.
Nevada Bar No. 1607
HARTMAN & HARTMAN
510 W. Plumb Lane, Suite B
Reno, NV 89509
T: (775) 324-2800
F: (775) 324-1818
notices@bankruptcyreno.com
(proposed) Attorney for Christina Lovato, Trustee

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| In re | Case No.: 24-50792-hlb |
|---|---|
| META MATERIALS INC., | (Chapter 7) |
| Debtor. | DECLARATION OF JEFFREY L. HARTMAN IN SUPPORT OF TRUSTEE'S EX PARTE APPLICATION TO EMPLOY HARTMAN & HARTMAN |
| | Hearing Date:  N/A |
| | Hearing Time: |

Jeffrey L. Hartman, under penalty of perjury of the laws of the United States, declares:

1. I was admitted to the practice of law in the State of Nevada in 1982. I am a member in good standing of the Nevada State Bar and am admitted to practice in this Court.

2. I was first certified as a Business Bankruptcy Specialist by the American Board of Certification in 1993 and by the State Bar of Nevada since 2006. My CV is attached as Exhibit A.

3. Hartman & Hartman does not hold any interest adverse to the estate in the matters upon which it is about to be engaged.

4. To the best of my knowledge, the only present connections which Hartman & Hartman and/or its employees have with estates' creditors, other parties in interest and their respective attorneys and accountants, the United States Trustee, and any person employed in the office of the United States Trustee, which are out of the ordinary course of business are as follows:

1

1  From time to time over the last 10 years, I have represented Trustee Lovato as a trustee in numerous cases filed in the District of Nevada.

5. As required by F.R.Bankr.P. 2014 and Nevada Supreme Court Rule 158, I, on behalf of Hartman & Hartman, also disclose generally that Hartman & Hartman has the following connections within the legal community relevant to this case: None.

DATED: August 21, 2024.

/s/ Jeffrey L. Hartman
Jeffrey L. Hartman