# EXHIBIT A

# EXHIBIT A

**JEFFREY L. HARTMAN C.V.**

- Undergraduate B.S. Degree in Logistics, Arizona State University 1975

- Juris Doctorate, University of San Diego, 1982

- Admitted to Nevada Bar September 1982, District of Nevada and Court of Appeals for the Ninth Circuit

- Since 1993, Hartman has been nationally certified as a Business Bankruptcy Law specialist by the American Board of Certification. Since 2007, the year in which the State Bar of Nevada began recognizing areas of specialization, Mr. Hartman has been recognized as a Business Bankruptcy Specialist. Hartman also is a longtime member of the American Bankruptcy Institute, is AV Peer Review Rated by Martindale-Hubbell, and also is listed in the Bar Registry of Pre-Eminent Lawyers. Since 2007 Hartman has been named a Nevada Super Lawyer through a nomination and polling process conducted by Law & Politics Magazine and has been listed in Best Lawyers in America since 1991.

- Hartman has served on various committees of the State Bar of Nevada including the Fee Dispute Committee and the Northern Nevada Disciplinary Committee for which he served as Vice Chair.  Hartman is a member of the Washoe County Bar Association and the American Bar Association.

- Hartman served on the Bankruptcy Court Local Rules Committee periodically from 1991 through the 2015 revision process.

- Notable reported decisions include <u>In re Lemons & Associates, Inc.</u>, 67 B.R. 198 (Bankr. D. Nev. 1987) and <u>In re Robert L. Helms Construction & Development, Inc</u>., 110 F.3d 1470 (9th Cir. 1997), rev'd on rehearing *en banc*, 139 F.3d 702 (9th Cir. 1998).

- Hartman has completed the "Mediating the Litigated Case" course at the Straus Institute For Dispute Resolution, Pepperdine School of Law.

- Hartman has practiced exclusively in the field of bankruptcy law and related matters for the past 42 years. During this time, Hartman has represented businesses and individuals in all aspects of the practice including trustees and debtors in chapters 7, 11, 12 and 13, secured creditors with interests in real and personal property, unsecured creditors' committees, and real property and equipment lessors.  Hartman also has been appointed as Special Counsel by the Attorney General of Ohio to represent the Ohio Insurance Commissioner in connection with the unusual filing of bankruptcy cases in Nevada and California by liquidating insurance companies.