Jeffrey L. Hartman, Esq.
Nevada Bar No. 1607
HARTMAN & HARTMAN
510 W. Plumb Lane, Suite B
Reno, NV 89509
T: (775) 324-2800
F: (775) 324-1818
notices@bankruptcyreno.com
(proposed) Attorney for Christina Lovato, Trustee

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>META MATERIALS INC.,<br><br>   Debtor. | Case No.: 24-50792-hlb<br>(Chapter 7)<br><br>CERTIFICATE OF SERVICE<br><br>Hearing Date:   N/A<br>Hearing Time: |

I certify that I am an employee of Hartman & Hartman, and that on August 21, 2024, I caused to be served the following document(s):

> EX PARTE APPLICATION BY CHAPTER 7 TRUSTEE TO EMPLOY HARTMAN & HARTMAN AS TRUSTEE'S ATTORNEY PURSUANT TO 11 U.S.C. § 327(a) – ECF No. 15
>
> DECLARATION OF JEFFREY L. HARTMAN IN SUPPORT OF TRUSTEE'S EX PARTE APPLICATION TO EMPLOY HARTMAN & HARTMAN – ECF No. 16

I caused to be served the above-named document(s) as indicated below:

   ✔ a. Via ECF:

- ANDREA J. DRIGGS    adriggs@perkinscoie.com, bcosman@perkinscoie.com;kmcclure@perkinscoie.com;scarnall@perkinscoie.com;docketphx@perkinscoie.com;

- JEFFREY L HARTMAN    notices@bankruptcyreno.com, abg@bankruptcyreno.com

1

- CHRISTINA W. LOVATO    trusteelovato@att.net, NV26@ecfcbis.com
- U.S. TRUSTEE - RN - 7    USTPRegion17.RE.ECF@usdoj.gov

I declare under penalty of perjury that the foregoing is true and correct.

DATED: August 21, 2024.

                                /s/ *Angie Gerbig*
                                Angie Gerbig