_____
Honorable Hilary L. Barnes
United States Bankruptcy Judge



Entered on Docket
August 26, 2024

_____

Jeffrey L. Hartman, Esq.
Nevada Bar No. 1607
HARTMAN & HARTMAN
510 W. Plumb Lane, Suite B
Reno, NV 89509
T: (775) 324-2800
F: (775) 324-1818
notices@bankruptcyreno.com
(proposed) Attorney for Christina Lovato, Trustee

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>META MATERIALS INC.,<br><br>Debtor. | Case No.: 24-50792-hlb<br>(Chapter 7)<br><br>**ORDER APPROVING TRUSTEE'S<br>EX PARTE APPLICATION TO EMPLOY<br>HARTMAN & HARTMAN**<br><br>Hearing Date: N/A<br>Hearing Time: |

The Court having considered the Ex Parte Application of Christina Lovato, Trustee for the estate of META MATERIALS INC., seeking authority to employ Hartman & Hartman as her attorney, and the Court being satisfied that Hartman & Hartman does not hold or represent any interest adverse to the estate, is a disinterested person within the meaning of 11 U.S.C. § 101, and that the United States Trustee has interposed no objection to the Application,

1

IT IS HEREBY ORDERED that the employment of Hartman & Hartman be and hereby is approved on the terms and conditions set forth in the Trustee's Application To Employ Hartman & Hartman, effective August 10, 2024, subject, however, to approval by this Court under 11 U.S.C. § 330, after notice and hearing, of all compensation and reimbursement requested by Hartman & Hartman.

Submitted by:

HARTMAN & HARTMAN

<u>/s/ Jeffrey L. Hartman</u>
Jeffrey L. Hartman, Esq.
Attorney for Trustee

# # #