Jeffrey L. Hartman, Esq.
Nevada Bar No. 1607
HARTMAN & HARTMAN
510 W. Plumb Lane, Suite B
Reno, NV 89509
T: (775) 324-2800
F: (775) 324-1818
notices@bankruptcyreno.com
Attorney for Christina Lovato, Trustee

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>META MATERIALS INC.,<br><br>     Debtor. | Case No.: 24-50792-hlb<br>(Chapter 7)<br><br>**DECLARATION OF CHRISTINA LOVATO IN SUPPORT OF EX PARTE APPLICATION FOR ORDER AUTHORIZING TRUSTEE TO INCUR EXPENSE FOR PRESERVING ELECTRONIC STORED DATA**<br><br>**Hearing Date:  N/A**<br>**Hearing Time:** |

Christina Lovato, under penalty of perjury of the laws of the United States declares:

1.      I am the duly appointed and acting trustee in this case. [ECF No. 14].

2.      I have personal knowledge of the matters stated herein.

3.      This case was filed on August 9, 2024 and I was appointed to administer the Estate. The Schedules of Assets and Liabilities filed by the Debtor indicate that it owns 100% of the equity interest in nine subsidiaries, several of which are entities operating in Nova Scotia, Canada.

4.      The Debtor was a publicly held entity, trading on the U.S. based National Association of Securities Dealers Automated Quotations ("NASDAQ"). Shortly before the petition was filed, NADAQ de-listed Meta Materials, Inc. ("Meta").

5.      In communications with Meta representatives, I learned that the corporate books and records, including tax related information, are stored on cloud-based platforms, including

DropBox and Office365/SharePoint. I worked with Meta representatives to download the information to a secure site hosted by OneHub.

6.    At the time the petition was filed, there were several actions pending involving Meta involving securities issues, including:

United States District Court, Eastern District of New York, case no. 1:24-CV-1927

Todd Targgart, individually and on behalf
of all others similarly situated, Plaintiff,
v.
Next Bridge Hydrocarbons, Inc.,
Ken Rice, George Palikaras, et al.

United States District Court, Southern District of New York, case no. 1:24-CV-004806

Securities And Exchange Commission
v.
John Brda and George Palikaras

7.    In the unrelated case of In re Double Jump, Inc., case no. 19-50102, pending before Judge Spraker, I engaged Oscar Delatorre and Cyber Discovery, Inc., in Miami, Florida, for similar services.

DATED: August 27, 2024.


/s/ Christina Lovato
Christina Lovato

2