Jeffrey L. Hartman, Esq.
Nevada Bar No. 1607
HARTMAN & HARTMAN
510 W. Plumb Lane, Suite B
Reno, NV 89509
T: (775) 324-2800
F: (775) 324-1818
notices@bankruptcyreno.com
(proposed) Attorney for Christina Lovato, Trustee

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>META MATERIALS INC.,<br><br>     Debtor. | Case No.: 24-50792-hlb<br>(Chapter 7)<br><br><br>CERTIFICATE OF SERVICE<br><br><br>Hearing Date:   N/A<br>Hearing Time: |

I certify that I am an employee of Hartman & Hartman, and that on August 27, 2024, I caused to be served the following document(s):

EX PARTE APPLICATION FOR AUTHORITY TO INCUR EXPENSE FOR PRESERVING ELECTRONIC STORED DATA – ECF No. 19

DECLARATION OF CHRISTINA LOVATO IN SUPPORT OF EX PARTE APPLICATION FOR ORDER AUTHORIZING TRUSTEE TO INCUR EXPENSE FOR PRESERVING ELECTRONIC STORED DATA – ECF No. 20

I caused to be served the above-named document(s) as indicated below:

✔ a.  Via ECF:

- ANDREA J. DRIGGS    adriggs@perkinscoie.com, bcosman@perkinscoie.com;kmcclure@perkinscoie.com;scarnall@perkinscoie.com;docketphx@perkinscoie.com

- JEFFREY L HARTMAN    notices@bankruptcyreno.com, abg@bankruptcyreno.com

1

1    • CHRISTINA W. LOVATO    trusteelovato@att.net, NV26@ecfcbis.com

2    • U.S. TRUSTEE - RN - 7    USTPRegion17.RE.ECF@usdoj.gov

3

4    I declare under penalty of perjury that the foregoing is true and correct.

5    DATED: August 27, 2024.

6                                          /s/ Angie Gerbig
                                           Angie Gerbig

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28