_____
Honorable Hilary L. Barnes
United States Bankruptcy Judge

Entered on Docket
August 30, 2024

_____

Jeffrey L. Hartman, Esq.
Nevada Bar No. 1607
HARTMAN & HARTMAN
510 W. Plumb Lane, Suite B
Reno, NV 89509
T: (775) 324-2800
F: (775) 324-1818
notices@bankruptcyreno.com
Attorney for Christina Lovato, Trustee

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>META MATERIALS INC.,<br><br>Debtor. | Case No.: 24-50792-hlb<br>(Chapter 7)<br><br>**ORDER APPROVING EX PARTE APPLICATION AND AUTHORIZING TRUSTEE TO INCUR EXPENSE FOR PRESERVING ELECTRONIC STORED DATA**<br><br>Hearing Date:  N/A<br>Hearing Time: |

The Court having considered the Ex Parte Application of Christina Lovato, Trustee for the estate of Meta Materials Inc., seeking authority to incur expense for preserving electronic stored data ("Application") and supporting Declaration.  Good cause appearing,

IT IS HEREBY ORDERED that the Ex Parte Application is APPROVED, and Trustee Lovato is authorized to incur an initial expense not to exceed $7,500 for matters related to taking control of and preserving the Debtor's books and records.

1

1  Submitted by:

2  HARTMAN & HARTMAN

3

4  /s/ Jeffrey L. Hartman
   Jeffrey L. Hartman, Esq.
5  Attorney for Trustee

6                                            # # #