Jeffrey L. Hartman, Esq.
Nevada Bar No. 1607
HARTMAN & HARTMAN
510 W. Plumb Lane, Suite B
Reno, NV 89509
T: (775) 324-2800
F: (775) 324-1818
notices@bankruptcyreno.com
Attorney for Christina Lovato, Trustee

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

In re

META MATERIALS INC.,

Debtor.

Case No.: 24-50792-hlb
(Chapter 7)

EX PARTE APPLICATION FOR ORDER ESTABLISHING BAR DATE FOR PROOFS OF INTEREST

Hearing Date:   N/A
Hearing Time:

Christina Lovato, chapter 7 trustee ("Trustee Lovato"), for the estate of Meta Materials, Inc. ("Estate" or "Debtor"), files her Ex Parte Application For Order Establishing Bar Date For Proofs Of Interest. This Application is supported by the separately filed Declaration of Christina Lovato.

This case was filed on August 9, 2024 and Trustee Lovato was appointed to administer the Estate. The Schedules of Assets and Liabilities filed by the Debtor indicate that it owns 100% of the equity interest in nine subsidiaries, several of which are entities operating in Nova Scotia, Canada. The Debtor was a publicly held entity, trading on the U.S. based National Association of Securities Dealers Automated Quotations ("NASDAQ"). Shortly before the petition was filed, NASDAQ de-listed Meta Materials, Inc.

On August 12, 2024, an Amended Notice of Chapter 7 case and Proof of Claim Deadline was filed, establishing October 18, 2024 as the last date for filing proofs of claim. [ECF No. 12].

1

1  Trustee Lovato determined that the Debtor's 188 equity interest owners had not received notification of the chapter 7 petition. The Trustee worked with Debtor's counsel to have the matrix updated to include those equity interest owners, which occurred on August 22, 2024. Local Rule 3001(a)(1) provides: Each proof of claim must be completed and filed with the court using the most current Official Form. Each proof of interest must be filed using the local form available on the court's website. https://www.nvb.uscourts.gov/rules-forms/rules/local-rules/3001/

  Although it is too early to determine whether this will be a solvent estate with a return to equity, the Trustee concludes the equity interest owners are entitled to participate in the process and should have an opportunity to file proofs of interest. Accordingly, Trustee Lovato requests the Court enter an Order establishing December 18, 2024 as the last date for equity interest holders to file proofs of interest.

  DATED: September 10, 2024.

HARTMAN & HARTMAN

*/s/ Jeffrey L. Hartman*
Jeffrey L. Hartman, Esq.,
Attorney for Trustee

2