Jeffrey L. Hartman, Esq.
Nevada Bar No. 1607
HARTMAN & HARTMAN
510 W. Plumb Lane, Suite B
Reno, NV 89509
T: (775) 324-2800
F: (775) 324-1818
notices@bankruptcyreno.com
Attorney for Christina Lovato, Trustee

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>META MATERIALS INC.,<br><br>Debtor. | Case No.: 24-50792-hlb<br>(Chapter 7)<br><br>DECLARATION OF CHRISTINA LOAVTO IN SUPPORT OF EX PARTE APPLICATION FOR ORDER ESTABLISHING BAR DATE FOR PROOFS OF INTEREST<br><br>Hearing Date:  N/A<br>Hearing Time: |

Christina Lovato, under penalty of perjury of the laws of the United States declares:

1. I am the duly appointed and acting trustee in this case.

2. I have personal knowledge of the matters stated herein.

3. This case was filed on August 9, 2024 and I was appointed to administer the Estate. The Schedules of Assets and Liabilities filed by the Debtor indicate that it owns 100% of the equity interest in nine subsidiaries, several of which are entities operating in Nova Scotia, Canada.

4. The Debtor was a publicly held entity, trading on the U.S. based National Association of Securities Dealers Automated Quotations ("NASDAQ"). Shortly before the petition was filed, NASDAQ de-listed Meta Materials, Inc.

5. On August 12, 2024, an Amended Notice of Chapter 7 case and Proof of Claim Deadline was filed, establishing October 18, 2024 as the last date for filing proofs of claim. [ECF No. 12].

1

6. I became aware that the Debtor's 188 equity interest owners had not received notification of the chapter 7 petition. I worked with Debtor's counsel to have the matrix updated to include those equity interest owners, which occurred on August 22, 2024.

7. Although it is too early to determine whether this will be a solvent estate with a return to equity, I conclude the equity interest owners are entitled to participate in the process and should have an opportunity to file proofs of interest.

DATED: September 10, 2024.

/s/ Christina Lovato
Christina Lovato