_____
Honorable Hilary L. Barnes
United States Bankruptcy Judge

Entered on Docket
September 12, 2024

_____

Jeffrey L. Hartman, Esq.
Nevada Bar No. 1607
HARTMAN & HARTMAN
510 W. Plumb Lane, Suite B
Reno, NV 89509
T: (775) 324-2800
F: (775) 324-1818
notices@bankruptcyreno.com
Attorney for Christina Lovato, Trustee

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>META MATERIALS INC.,<br><br>Debtor. | Case No.: 24-50792-hlb<br>(Chapter 7)<br><br>**ORDER APPROVING EX PARTE APPLICATION AND ESTABLISHING BAR DATE FOR PROOFS OF INTEREST**<br><br>**Hearing Date:** N/A<br>**Hearing Time:** |

The Court having considered the Ex Parte Application of Christina Lovato, Trustee for the estate of Meta Materials Inc., seeking an order establishing bar date for Proofs of Interest ("Application") and supporting Declaration. Good cause appearing,

IT IS HEREBY ORDERED that the Ex Parte Application is APPROVED.

IT IS FURTHER ORDERED that December 18, 2024 is the last date for equity interest holders to file proofs of interest.

1

IT IS FURTHER ORDERED that notice of the bar date of December 18, 2024 shall be given to the equity interest holders forthwith and proof of service filed with the Court.

Submitted by:

HARTMAN & HARTMAN

/s/ Jeffrey L. Hartman
Jeffrey L. Hartman, Esq.
Attorney for Trustee

# # #