Jeffrey L. Hartman, Esq.
Nevada Bar No. 1607
HARTMAN & HARTMAN
510 W. Plumb Lane, Suite B
Reno, NV 89509
T: (775) 324-2800
F: (775) 324-1818
notices@bankruptcyreno.com
Attorney for Christina Lovato, Trustee

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

In re

META MATERIALS INC.,

Debtor.

Case No.: 24-50792-hlb
(Chapter 7)

NOTICE OF ORDER AND BAR DATE FOR PROOFS OF INTEREST

Hearing Date:  N/A
Hearing Time:

Proofs of Interest Bar Date: 12/18/24

PLEASE TAKE NOTICE that on September 12, 2024, the Honorable Hilary L. Barnes, United States Bankruptcy Judge, signed an order in this case [ECF No. 26] ("the Order") directing that equity interest holders shall file proofs of interest with the United States Bankruptcy Court, District of Nevada, Clerk of the Court, First Floor, 300 Booth Street, Reno, Nevada 89509, on or before December 18, 2024.

Proof(s) of Interest forms may be obtained and should confirm substantially to Local Bankruptcy Form No. NVB 3001 and must be filed on or before December 18, 2024. https://www.nvb.uscourts.gov/rules-forms/forms/local-forms/#admin

YOU ARE HEREBY FURTHER NOTIFIED THAT, PURSUANT TO THE TERMS OF THIS NOTICE OF ORDER, ANY CREDITOR AND ANY PARTY IN INTEREST REQUIRED TO FILE CLAIMS HEREUNDER BUT FAILING TO DO SO BY THE DATE HEREIN REQUIRED, SHALL BE FOREVER BARRED, ESTOPPED, AND ENJOINED FROM

ASSERTING SUCH CLAIMS OR INTERESTS AGAINST THE DEBTOR, THE ESTATE OR THE TRUSTEE, AND SHALL BE BARRED FROM PARTICIPATING IN ANY DISTRIBUTION OF ASSETS.

Copies of the Ex Parte Motion upon which the Order was entered and other pleadings and documents relevant to this case and this Notice are available for inspection during regular business hours at the above described offices of the Clerk of the United States Bankruptcy Court or can be requested from the Trustee's counsel Jeffrey L. Hartman, Esq., and should be consulted for further information and details concerning the matters contained in this Notice.

<u>Creditors with a foreign address</u> - If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case.

DATED: September 12, 2024.

HARTMAN & HARTMAN

*/s/ Jeffrey L. Hartman*
Jeffrey L. Hartman, Esq.,
Attorney for Trustee