Matthew L. Johnson (6004)
Russell G. Gubler (10889)
JOHNSON & GUBLER, P.C.
8831 West Sahara Avenue
Las Vegas, Nevada 89117
Phone: (702) 471-0065
Fax: (702) 471-0075
mjohnson@mjohnsonlaw.com
*Attorneys for Creditors*
*David Sokolove, David Chester,*
*and Jonathan Edwards*

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In Re: | Case No.: 24-50792-HLB |
| | Chapter 7 |
| META MATERIALS INC., | |
| | **NOTICE OF APPEARANCE** |
| Debtor. | **AND REQUEST FOR SPECIAL** |
| | **NOTICE** |

PLEASE TAKE NOTICE that pursuant to Bankruptcy Rule 9010(b) and Bankruptcy Rule 2002, DAVID SOKOLOVE, DAVID CHESTER, AND JONATHAN EDWARDS (collectively "Creditors"), Creditors in the above-referenced case, hereby requests notice of all hearings, actions, contested matters, and adversary proceedings in this case, together with copies of all notices, pleadings, motions, responses, and other related materials that are issued or filed in connection with these proceedings by the Court, Debtors, or other parties in interest.

/ / /

/ / /

/ / /

-1-

All such documents should be mailed to the following:

JOHNSON & GUBLER, P.C.
ATTN: MATTHEW L. JOHNSON, ESQ.
8831 WEST SAHARA AVENUE
LAS VEGAS NV 89117
MJOHNSON@MJOHNSONLAW.COM

In addition, Creditors, through their counsel, Matthew L. Johnson, Esq., requests that their counsel be added to the master mailing list in this case.

DATED: September 13, 2024.

                    JOHNSON & GUBLER, P.C.

                    */s/ Matthew L. Johnson*
                    Matthew L. Johnson (6004)
                    Russell G. Gubler (10889)
                    8831 W. Sahara Avenue
                    Las Vegas, NV 89117
                    Phone: (702) 471-0065
                    Fax: (702) 471-0075
                    mjohnson@mjohnsonlaw.com
                    *Attorneys for Creditors*
                    *David Sokolove, David Chester,*
                    *and Jonathan Edwards*

**JOHNSON & GUBLER, P.C.**
LAKES BUSINESS PARK
8831 WEST SAHARA AVENUE
LAS VEGAS, NEVADA 89117
(702) 471-0065
(702) 471-0075

**CERTIFICATE OF SERVICE**

I hereby certify that I am an employee of JOHNSON & GUBLER, P.C. and that on September 13, 2024, I caused to be served a true and correct copy of the **NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE** in the following manner:

☒ (ELECTRONIC SERVICE) Under Local Rule 5005 of the United States Bankruptcy Court for the District of Nevada, the above-referenced document was electronically filed on the date hereof and served through the Notice of Electronic Filing automatically generated by that Court's facilities.

☐ (UNITED STATES MAIL) By depositing a copy of the above-referenced document for mailing in the United States Mail, first-class postage prepaid, at Las Vegas, Nevada, to the parties listed on the attached service list, at their last known mailing addresses, on the date written above.

☐ (OVERNIGHT COURIER) By depositing a true and correct copy of the above-referenced document for overnight delivery via Federal Express, at a collection facility maintained for such purpose, addressed to the parties on the attached service list, at their last known delivery address, on the date above written.

☐ (FACSIMILE) That I served a true and correct copy of the above-referenced document via facsimile, to the facsimile numbers indicated, to those persons listed on the attached service list, on the date above written.

DATED September 13, 2024.

/s/ Annabelle Nudo
An employee of JOHNSON & GUBLER, P.C.

-3-