Jeffrey L. Hartman, Esq.
Nevada Bar No. 1607
HARTMAN & HARTMAN
510 W. Plumb Lane, Suite B
Reno, NV 89509
T: (775) 324-2800
F: (775) 324-1818
notices@bankruptcyreno.com
Attorney for Christina Lovato, Trustee

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>META MATERIALS INC.,<br><br>Debtor. | Case No.: 24-50792-hlb<br>(Chapter 7)<br><br>CERTIFICATE OF SERVICE<br><br>Hearing Date:   N/A<br>Hearing Time: |

I certify that I am an employee of Hartman & Hartman, and that on September 12 and 16, 2024, I caused to be served the following document(s):

> ORDER APPROVING EX PARTE APPLICATION AND ESTABLISHING BAR DATE FOR PROOFS OF INTEREST – ECF No. 26
>
> NOTICE OF ORDER AND BAR DATE FOR PROOFS OF INTEREST – ECF No. 27

I caused to be served the above-named document(s) as indicated below:

✔ a. Via ECF:

- ANDREA J. DRIGGS    adriggs@perkinscoie.com, bcosman@perkinscoie.com;kmcclure@perkinscoie.com;scarnall@perkinscoie.com;docketphx@perkinscoie.com
- JEFFREY L HARTMAN    notices@bankruptcyreno.com, abg@bankruptcyreno.com
- CHRISTINA W. LOVATO    trusteelovato@att.net, NV26@ecfcbis.com

1

- U.S. TRUSTEE - RN - 7    USTPRegion17.RE.ECF@usdoj.gov

✔ b. Via U. S. Mail, postage prepaid, on September 16, 2024, addressed to all those persons/entities listed on the attached list of creditors[1] maintained by the Court, and addressed to the following:

> IOANNIS PAPAGIANNIS
> FLAT 84 GREENHILL
> PRINCE ARTHUR ROAD
> CAMDEN NW3 5TZ
> LONDON

> VTB CAPITAL NANOTECHNOLOGY INVESTMENT LTD.
> FOURTH FL, ONE CAPITAL PL
> PO BOX 847
> GRAND CAYMAN  KY1-1103
> CAYMAN ISLANDS

> STEVEN A CARLSON
> 993 MEMORIAL DRIVE, APT 101
> CAMBRIDGE, MA 02138-4898

> STEVEN A CARLSON REVOCABLE TRUST
> 993 MEMORIAL DRIVE, APT 101
> CAMBRIDGE, MA 02138-4898

> BROOKS J. GRAVES
> 19 LAKEWAY DRIVE
> HEATH, TX 75032-7610

I declare under penalty of perjury that the foregoing is true and correct.

DATED: September 18, 2024.

                                        /s/ Angie Gerbig
                                        Angie Gerbig

---

[1]"BAD" - known bad address; not served by mail.
"CHNG" - address changed.
"DUP" - address appears more than once and is served only one time by mail.
"ECF" - CM/ECF subscriber or user – receives email notification of case activity; not served by mail.
"INC" - incomplete address; not served by mail.
"N-RMV" - party requested removal; not served by mail.

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0978-3<br>Case 24-50792-hlb<br>District of Nevada<br>Reno<br>Thu Sep 12 14:55:24 PDT 2024 | META MATERIALS INC.<br>5880 W. LAS POSITAS BLVD, SUITE 51<br>PLEASANTON, CA 94588-8552 | United States Bankruptcy Court<br>300 Booth Street<br>Reno, NV 89509-1360 |
| 30 CCC, LLC<br>10960 Grantchester Way<br>Suite 110<br>Columbia, MD 21044-6112 | 350 Arbor, LLC et al.<br>c/o Todd Rothbard<br>Law Office of Todd Rothbard<br>100 Saratoga<br>Santa Clara, CA 95051-7337 | A Friend GmbH<br>Sternenstrasse 14, 8002<br>Zurich, Switzerland |
| ALESSANDRA POSTEMA-DROLET<br>180 W GRAY ST APT 1526<br>HOUSTON, TX 77019-5586 | ALEXANDER P MCCRORY<br>35 ST JAMES'S CRESCENT<br>BELFAST GB-ANN BT12 6DW<br>UNITED KINGDOM | ALTERNATIVE EQUITIES LLC<br>PO BOX 10464<br>PHOENIX, AZ 85064-0464 |
| AMBER OLDHAM<br>2032 INA MAE AVE<br>DEL CITY, OK 73115-1558 | ANDREA L SWYDEN<br>10133 NW 99TH ST<br>YUKON OK 73099-8753 | ANDREW M ROBERTSON<br>1000 SPRINGHARBOR WALK<br>WOODSTOCK<br>WOODSTOCK, GA 30188-5725 |
| ANGELA D MANN<br>1885 FM 2673<br>H-46<br>CANYON LAKE, TX 78133-4765 | ANGLER OIL AND GAS<br>3300 NORTH A STREET BLDG 8 #190<br>MIDLAND, TX 79705-5405 | ANN SIUDZINSKI<br>1056 SOUTH ALKIRE ST<br>LAKEWOOD CO 80228 |
| ANNE GABRIEL<br>1853 KELBERG AVE<br>HOFFMAN EST, IL 60192-4807 | ANNE LAMBERT<br>47 PLEASANT STREET<br>CHESTER NOVA SCOTIA B0J1J0<br>CANADA | ANNE SMITH<br>117 CHARLOTTE ST<br>FREDERICTON<br>NEW BRUNSWICK E3B 1L3 CANADA |
| ANTHONY ANTONIADES<br>8523 EDENTON ROAD<br>FULTON, MD 20759-9635 | ANTHONY M SPAGNOLETTI-DIMINUCO<br>2101 UNIT 2<br>DIVISION ST<br>MELROSE PARK IL 60160-1952 | ANTHONY MICHAEL GABRIEL<br>1853 KELBERG AVE<br>HOFFMAN EST, IL 60192-4807 |
| AST TRUST COMPANY (CANADA)<br>AS DEPOSITORY<br>1 TORONTO STREET SUITE 1200<br>TORONTO, ON M5C2V6 CANADA | ASTRO CHEMICALS, INC<br>126 MEMORIAL DRIVE<br>Springfield, MA 01104-3227 | Allison Christilaw<br>c/o Meta Materials Inc.<br>5880 W. Las Positas Blvd<br>Suite 51<br>Pleasanton, CA 94588-8552 |
| Amster, Rothstein & Ebenstein LLP<br>405 Lexington Avenue<br>48th Floor<br>New York, NY 10174-0002 | Analytical Answer, Inc.<br>4 Arrow Drive<br>Woburn, MA 01801-2087 | Andrea Alu<br>221 Engle St.<br>Tenafly, NJ 07670-2139 |
| Apaton Finance GmbH<br>Ellernstra?e 34<br>30175 Hannover, Germany | BDO USA, LLP<br>One International Place<br>4th Floor<br>Boston, MA 02110-2672 | BEN NIELSEN<br>440 S ALDER ST<br>COLVILLE, WA 99114-3302 |

| | | |
|---|---|---|
| BLACK HILLS PROPERTIES, LLLP<br>8449 GREENWOOD DRIVE<br>NIWOT, CO 80503-7245 | BLIAXU LO<br>2915 W 4TH ST APT 7<br>APPLETON, WI 54914-4346 | BONNIE SEGGELINK<br>2604 SKPWITH DRIVE<br>PLANO, TX 75023-1428 |
| BRANDON DERKSEN<br>1258 ORION WAY<br>ST PETERS, MO 63376-5224 | BRENDEN MORROW<br>3528 CENTENARY AVE<br>DALLAS, TX 75225-5013 | BRENT WHITLEY REVOCABLE TRUST<br>ATTN: BRENT WHITLEY<br>23830 30 ROAD<br>NESS CITY, KS 67560-6113 |
| BROOKS J GRAVES<br>9 LAKEWAY DRIVE<br>HEATH, TX 75032-7610 | Borden Ladner Gervais LLP<br>World Exchange Plaza<br>100 Queen Street<br>Suite 1300 Ottawa<br>ON, Canada K1P 1J9 | Brian M Leavitt<br>dba Process Innovations<br>PO Box 70734<br>North Dartmouth, MA 02747-0703 |
| (p)BROADRIDGE FINANCIAL SOLUTIONS<br>1155 LONG ISLAND AVENUE<br>EDGEWOOD NY 11717-8309 | Broadridge ICS<br>PO Box 416423<br>Boston, MA 02241-6423 | Brown Rudnick LLP<br>One Financial Center<br>Boston, MA 02111-2600 |
| (p)BROWNSTEIN HYATT FARBER SCHRECK LLP<br>675 15TH STREET<br>SUITE 2900<br>DENVER CO 80202-4287 | CALVIN XIONG<br>4617 W WETHERSFIELD RD<br>GLENDALE, AZ 85304-2331 | CARLSON FAMILY OPTODOT TRUST<br>29 STAGE HARBOR RD<br>CHATHAM, MA 02633-2268 |
| CEDE & CO (FAST ACCOUNT)<br>570 WASHINGTON BLVD<br>JERSEY CITY, NJ 07310-1617 | CHAD URBANSKI<br>7596 SENECA PLACE<br>LA MESA, CA 91942-8867 | CHARLES A DAVIS<br>220 N. RESIDENT ST<br>WHARTON, TX 77488-3952 |
| CHARLES SCHROEDER<br>8293 E. CARRIAGE LANE<br>PARKER, CO 80134-6303 | CHARLES SCHWAB & CO INC<br>ATTN: SEC OPS<br>2423 E LINCOLN DR<br>PHOENIX AZ 85016-1215 | CHARLES WHEELER<br>1797 QUEENSBURY CIR<br>HOFFMAN EST, IL 60169-6837 |
| CHRIS BRITTEN<br>3711 N PURDUE AVE<br>FRESNO, CA 93727-7946 | CHRIS MUELLER<br>449 MARMORA AVE<br>TAMPA, FL 33606-3821 | CHRISTINE BYRNE<br>5227 NY-22<br>AMENIA NY 12501 |
| CHRISTOFI KONTOS<br>189 VICTORIA DR<br>CLARK, NJ 07066-2035 | CHRISTOPHER HOLGUIN<br>3595 S ORION CIR<br>APT V<br>WEST VALLEY CITY, UT 84119-6130 | CHRISTOPHER K TAYLOR<br>1689 ABBEY OAK DR<br>VIENNA, VA 22182-1972 |
| CHRISTOPHER MADISON<br>4829 ORINDA AVE<br>VIEW PARK, CA 90043-1605 | CHRISTOPHER WALLACE<br>3000 S HULEN<br>SUITE 124 NUMBER 153<br>FORT WORTH, TX 76109-1914 | CO Match GmbH<br>Wilhelmstra?e 118<br>Berlin, 10963 |

CRE INVESTMENTS LLC
4260 COURT DRIVE
SANTA CRUZ, CA 95062-5213

CYRUS ENTERPRISES, LLC
5801 PIEDMONT DR
ENGLEWOOD, CO 80111-1132

Christian Attar
2302 Fannin St., Suite 500
Houston, TX 77002-9136

Consilio LLC
1828 L Street NW Suite 1070
Washington, DC 20036-5146

Cornerstone Research, Inc.
2 Embarcadero Ctr Fl 20
San Francisco, CA 94111-3823

D&L MOTORS INC
130 MAIN STREET
FREDERICTON NEW BRUNSWICK E3A1C7
CANADA

D.F. KING & CO., INC.
48 Wall Street
New York, NY 10005-2922

DANIEL GEORGE HAAS
901 MARLBORO RD
LOTHIAN, MD 20711-2414

DAVID A STRAZ JR FOUNDATION TRUST
C/O SEACOST BANK RENAI CRABTREE
1031 W MORSE BLVD STE 323
WINTER PARK, FL 32789-3750

DAVID MOSHER
35 KESTREL COURT
HALIBUT BAY B3V1P5
CANADA

DAVID SOKOLOVE
6231 PGA BOULEVARD, SUITE 104
BOX 388
PALM BEACH GARDENS, FL 33418-4033

DAVID W AVISON
31D LIBERTY SQUARE RD
BOXBORO, MA 01719-1641

DEANNA EVERHART
311 W WALLACE ST
APT 311
BURGAW, NC 28425-5240

DEBRA A PAULISON
828 E LEMON ST
LAKELAND, FL 33801-5157

DECOMPIEGNE PROPERTY COMPANY
NO 20 LTD
500 W TEXAS AVENUE STE 940
MIDLAND, TX 79701-4292

DICOT HOLDINGS LTD
483 RUSSELL HILL ROAD,
TORONTO, ONTARIO M5P2S8
CANADA

DIG MEDIA INC.
1200-736 GRANVILLE ST
VANCOUVER BRITISH COLUMBIA V6Z1G3
CANADA

DLA Piper LLP (US)
650 South Exeter Street
Suite 1100
Baltimore, MD 21202-4576

DST CONTROL AB
41C GILLBERGAGATAN
LINK PING, SW 58273

DST CONTROL AB
Gillbergagatan 41c
Link?ping, 58273

Dan Eaton
c/o Meta Materials Inc.
5880 W. Las Positas Blvd
Suite 51
Pleasanton, CA 94588-8552

David Chester
c/o JOHNSON & GUBLER, P.C.
8831 W. Sahara Avenue
Las Vegas, NV 89117-5865

Diversified Benefit Services, Inc.
PO Box 260
Hartland, WI 53029-0260

DocuSign, Inc.
221 Main Street Suite 1550
San Francisco, CA 94105-1947

Donnelley Financial Solutions
PO Box 842282
Boston, MA 02284-2282

Ducera Partners LLC
11 Times Square, 36th Floor
New York, NY 10036-6600

E*Trade Financial Corporate Services, Inc.
3 Edison Drive
Alpharetta, GA 30005-3912

ELEN HUNANYAN
118 N EVERETT ST APT 7
GLENDALE, CA 91206-4447

ELLIOT RAY RUSSELL
2511 DOUGLAS DR N
MINNEAPOLIS, MN 55422-3361

EQUINITI AS EXCHANGE AGENT FOR
24438 META MATERIALS INC OLD
55 CHALLENGER ROAD
RIDGEFIELD PARK NJ 07660-2102

| | | |
|---|---|---|
| EQUINITI AS EXCHANGE AGENT FOR 29153<br>TORCHLIGHT ENERGY RESOURCES INC<br>55 CHALLENGER ROAD<br>RIDGEFIELD PARK NJ 07660-2102 | ERIC M LESLIE<br>1414 8TH STREET SW SUITE 610<br>CALGARY, AB T2R1J6<br>CANADA | ERIKA NAVARRO COELLO<br>19 MONTELLO ST<br>LEWISTON, ME 04240-5242 |
| EUGENIA CORRALES<br>14134 AMHERST COURT<br>LOS ALTOS CA 94022-1801 | EquityEdge by Morgan Stanley<br>Solium Capital ULC<br>Suite 1500<br>600-3rd Ave SW<br>Calgary, AB T2 | Everty Property AP10<br>Single Member Societe Anonyme<br>Municipality of Chalandri, Attica, at 30<br>Vasileos Georgiou B'av. & Mikras As<br>Greece |
| FABIAN BUSTAMANTE<br>UNIT 1608 125 PARKWAY FOREST DRIVE<br>TORONTO ON M2J1L9<br>CANADA | FREDERICO BASTOS<br>PRACETA DIONISIO MATIAS 2, 1ESQ<br>2770-051 PACO DE ARCOS<br>OEIRAS PORTUGAL | FW Cook<br>Two Allen Center<br>1200 Smith Street, Suite 1100<br>Houston, TX 77002-4372 |
| Financial Accounting Standards Board<br>PO Box 418272<br>Boston, MA 02241-8272 | Fish & Richardson P.C.<br>One Marina Park Drive<br>Boston, MA 02210-1878 | GARY STURM<br>124 SUNSET DR<br>SAINT JAMES, MN 56081-1304 |
| GEORGE PALIKARAS<br>17 JULIES WALK<br>HALIFAX NOVA SCOTIA B3M2Z8<br>CANADA | GREG MCCABE<br>P.O. BOX 11188<br>MIDLAND, TX 79702-8188 | HARJIT BHAMBRA<br>111,212 EAST 3RD STREET<br>NORTH VANCOUVER BC V7L0C6<br>CANADA |
| HILLTECH PROPERTIES LTD<br>113 CORPORATE DRIVE<br>MIDLAND, TX 79705-2105 | HUMBERTO IBARRA<br>480 ROOSEVELT AVE<br>REDWOOD CITY, CA 94061-2243 | Hybrid Financial Ltd<br>222 Bay Street, Suite 2600<br>PO Box 37 Toronto, ON, M5K 1B7 |
| IB HOLDINGS NY LLC<br>168 COLERIDGE ST<br>BROOKLYN, NY 11235-4131 | ICR LLC<br>761 Main Ave<br>Norwalk, CT 06851-1080 | IGNITE TECHNOLOGY VENTURES<br>436 UTTERBACK STORE RD<br>GREAT FALLS, VA 22066-3009 |
| INCUBATOR VENTURES LLC<br>1 SENECA TOWER SUITE 2400<br>BUFFALO, NY 14203-2850 | IRA FBO JACK PIRKEY PERSHING LLC<br>AS CUST ROLLOVER ACCOUNT<br>4517 HWY 275 N<br>CUMBY TX 75433 | IRENE C GRAVIER<br>4614 CELIA WAY UNIT 101<br>BELLINGHAM, WA 98226-7226 |
| Idtechex<br>One Boston Place Suite 2600<br>Boston, MA 02108-4420 | Infinite Equity<br>PO Box 720151<br>San Francisco, CA 94172-0151 | Inteum Company<br>9720 NE 120th PL, #101<br>Kirkland, WA 98034-4285 |
| JEFFREY MEAD KURZON<br>216A OLD JAFFREY RD<br>PETERBOROUGH, NH 03458-1825 | JEFFREY P REED TR FBO RAMPART GRYPHON TRUST<br>UA 04-21-2021<br>24928 103RD AVE SE APT D302<br>KENT, WA 98030-5195 | JENS SCHAUMANN<br>PFRONDORFER STRASSE 44<br>TUBINGEN 72074<br>GERMANY |

| | | |
|---|---|---|
| JEREMIAH J TWEEDY<br>1029 CUMBERLAND HEIGHTS RD<br>CLARKSVILLE, TN 37040-6907 | JIMMY JACOB GEORGE &<br>RIBA JACOB JT TEN<br>407 BURGUNDY BLVD<br>WARRINGTON, PA 18976-2465 | JOHN & THERESA HILLMAN FAMILY<br>PROPERTIES LP<br>1501 COUNTRY CLUB DRIVE<br>MIDLAND, TX 79701-5732 |
| JOHN & THERESA HILLMAN PROPERTIES LP<br>PO BOX 50187<br>MIDLAND, TX 79710-0187 | JOHN ALLEN BURGE<br>421 ROOSEVELT ST<br>SAN MARCOS, TX 78666-6231 | JOHN AND THERESA HILLMAN PROPERTIES<br>PO BOX 50187<br>MIDLAND, TX 79710-0187 |
| JOHN P HOPPE &<br>PAMELA L HOPPE JT TEN<br>416 HUBBARD CIR<br>PLANO, IL 60545-1976 | JOHN R HARDING<br>P.O. BOX 1071<br>DAVIDSON, NC 28036-1071 | JOHN WILLIAM PUSSEHL<br>2192 WILDERNESS TRL<br>BARNHART, MO 63012-1266 |
| JONATHON PATRICK HEWITT<br>BOX 1936<br>VENICE, FL 34284-1936 | JORDAN C BILLUPS &<br>JANA BILLUPS JT TEN<br>4605 HAPPY HOLLOW RD<br>ASHEBORO, NC 27205-1691 | JOSPEH G ROTH<br>7258 MARBLEHEAD DRIVE<br>HUDSON, OH 44236-1732 |
| JSTM ENERGY<br>PO BOX 5441<br>MIDLAND, TX 79704-5441 | JULIE K MEYERS<br>27 WADSWORTH RD<br>ASHLAND, MA 01721-2522 | Jennifer Charaso<br>c/o Meta Materials Inc.<br>5880 W. Las Positas Blvd<br>Suite 51<br>Pleasanton, CA 94588-8552 |
| John R. Harding<br>5880 W. Las Positas Blvd<br>Suite 51<br>Pleasanton, CA 94588-8552 | Jonathan Edwards<br>c/o JOHNSON & GUBLER, P.C.<br>8831 W. Sahara Avenue<br>Las Vegas, NV 89117-5865 | Jupia Consultants Inc<br>71 Park Street<br>Moncton, New Brunswick E1C 2B2 |
| KASHIF MALIK<br>2965 JADE LANE<br>OTTAWA ONTARIO K4B1K1<br>CANADA | KEVIN HONDERS<br>6 RUE DES BOUQUETINS C2-12<br>TOULOUSE FR-J 31200<br>FRANCE | KYLE HINDS<br>311 N PROSPECT ST<br>APT B<br>AMARILLO TX 79106-7402 |
| Kenneth Hannah<br>c/o Meta Materials Inc.<br>5880 W. Las Positas Blvd<br>Suite 51<br>Pleasanton, CA 94588-8552 | LADENBURG THALMANN & CO INC.<br>640 5th Ave, 4th floor<br>New York, NY 10019-6102 | LARK INVESTMENTS INC.<br>220 DUNCAN MILL ROAD, SUITE 615<br>TORONTO ONTARIO, M3B 3J5<br>CANADA |
| LARS H WOHLFAHRT<br>ELPER HOEHE 2<br>HERTEN DE-NW 45701<br>GERMANY | LAURA MULROONEY<br>12 REGENT STREET,<br>CHESTER, NOVA SCOTIA B0J1J0<br>CANADA | LINDA DEFALCO<br>4220 SCHOOL RD<br>TEMPERANCE, MI 48182-9755 |
| LINDA MOSHER<br>35 KESTREL COURT<br>HALIBUT BAY B3V1P5<br>CANADA | LUKE A GRYBOWSKI<br>517 ONTARIO ST<br>FULTON, NY 13069-1330 | Lathrop GPM<br>P.O. Box 7410148<br>Chicago, IL 60674-0148 |

| | | |
|---|---|---|
| LeBlanc Flanery PLLC<br>2929 Allen Parkway, Suite 200<br>Houston, TX 77019-7123 | Lincoln Park Capital Fund, LLC<br>440 North Wells St., Suite 410<br>Chicago, IL 60654-4975 | Lux Research Inc.<br>100 Franklin St. 8th Floor<br>Boston, MA 02110-1524 |
| MAJOR & GROVE International Law Firm<br>95 Akti Miaouli<br>Piraeus 18538, Greece | MANUEL J BARRAGAN III<br>11121 PINON AVE<br>HESPERIA, CA 92345-2257 | MARK TENORIO &<br>SHELLEY TENORIO TEN ENT<br>9530 COMPASS POINT DR S UNIT 7<br>SAN DIEGO, CA 92126-8526 |
| MATTHEW J MARCUS<br>728 S 28TH ST<br>HARRISBURG, PA 17111-1124 | MATTHEW J MARCUS &<br>CLAIRE MARCUS JT TEN<br>728 S 28TH ST<br>HARRISBURG, PA 17111-1124 | MATTHEW J MARCUS CUST EVELYN G MARCUS<br>UNDER THE PA UNIF TRAN MIN ACT UNTIL AGE<br>728 S 28TH ST<br>HARRISBURG, PA 17111-1124 |
| MATTHEW RYAN HAID<br>94 ROSEBUD LN<br>HURRICANE, WV 25526-5677 | MAURICE GUITTON<br>42 DUFFERIN STREET PO BOX 627<br>LUNENBURG NOVA SCOTIA<br>CANADA B0J2C0 | MELVIN T BARON<br>3117 LECANTO ST<br>HOLIDAY, FL 34691-3151 |
| MICHAEL ANTHONY NUNZIATA<br>232 3RD AVE NE<br>CALGARY ALBERTA T2E0H2<br>CANADA | MICHAEL D. IBSEN<br>PO BOX 250565<br>LITTLE ROCK, AR 72225-0565 | MICHAEL GRAVES<br>4559 HAMILTON BLVD<br>SIOUX CITY, IA 51104-1142 |
| MICHAEL MARTIN<br>126 CIRCLE DR<br>SPRINGFIELD, IL 62703-4807 | MICHAEL WILLYOUNG<br>57 RIVERS EDGE LANE<br>PALM COAST, FL 32137-4506 | MICHELLE LYNN BRIENT<br>33561 VIA DE AGUA<br>SAN JUAN CAPISTRANO CA 92675-4932 |
| MIKE VAN DONGEN<br>VENLOONSTRAAT 18<br>LOON OP ZAND NL-NB 5175 CB<br>NETHERLANDS | MINTZ LEVIN COHN FERRIS GLOVSKY & POPEO<br>One Financial Center<br>Boston, MA 02111-2657 | Mark L Brongersma<br>1011 Lemon Street<br>Menlo Park, CA 94025-6112 |
| McAndrews, Held & Malloy, Ltd<br>500 W Madison St. 34th Fl<br>Chicago, IL 60661-4584 | (p)MEDIANT COMMUNICATIONS  INC<br>ATTN ATTN JOSEPH SIMONOWICH<br>400 REGENCY FOREST DRIVE<br>SUITE 200<br>CARY NC 27518-7703 | Medical Wireless Sensing<br>QMB Innovation Centre<br>42 New Road London, F12AX, UK |
| MentumTech LLC<br>18694 Sea Turtle Ln<br>Boca Raton, FL 33498-4923 | Molecular Rebar Design<br>13477 Fitzhugh Rd<br>Austin, TX 78736-6514 | Morgan Stanley<br>E*TRADE Financial Corporate<br>Services, Inc.<br>3 Edison Drive<br>Alpharetta, GA 30005-3912 |
| NAN DORA KINGSLEY TR UA 05/18/16<br>THE KINGSLEY FAMILY TRUST<br>803 COUNTRY CLUB DR<br>OJAI, CA 93023-3711 | NAN KINGSLEY<br>1125 BROOKMEADE DR<br>NASHVILLE, TN 37204-4149 | NELSON BAQUET<br>14 HYDE RD<br>BLOOMFIELD, NJ 07003-3019 |

| | | |
|---|---|---|
| NEVILLE GOVENDER<br>5 CAMDEN<br>HEATH, TX 75032-6675 | NHAN LE<br>123 HENDON DR NW<br>CALGARY ALBERTA T2K 1Y9<br>CANADA | NICHOLAS B REARICH<br>8032 HESPERIDES AVE<br>LAS VEGAS, NV 89131-8132 |
| Nader Engheta<br>2077 Fox Creek Road<br>Berwyn, PA 19312-2142 | OLIVIA BRADLEY<br>7716 MARY EVE RD<br>SHREVEPORT, LA 71106-6015 | OMAR B THANNOUN<br>6419 N VANDIVER RD APT 2315<br>SAN ANTONIO, TX 78209-4485 |
| ONE MAN SUPPORT<br>21-23 RUE DU DEPART<br>PARIS 75014 | OPTODOT CORPORATION<br>31 MACARTHUR AVE<br>ATTN: STEVEN A. CARLSON<br>DEVENS, MA 01434-4443 | On Search Partners, LLC<br>102 First Street, Suite 201<br>Hudson, OH 44236-5386 |
| PATRICK KNIGHT<br>7026 ROBB ST<br>ARVADA, CO 80004-1361 | PATRYK WOJCIECH ROZKUSZKA<br>696 ROOSEVELT ST<br>HAZLETON, PA 18201-2643 | PETER DESISTO<br>4 TILDEN RD<br>CANTON, MA 02021-1652 |
| PETER STAUDUHAR<br>121 SPRING ST<br>DULUTH, MN 55808-1144 | PHILIP J CLAYTON<br>6 VINE AVENUE CLECKHEATON<br>BRADFORD GB-BRD BD19 3DW<br>UNITED KINGDOM | PIERRE FOURNIER<br>114 CENTURY DRIVE<br>MONCTON NEWS BRUNSWICK E1E2Y3<br>CANADA |
| PPG Industries<br>264 Bodwell St<br>Avon, MA 02322-1119 | PRABIN PRADHAN<br>86 GASTON ROAD APT 318<br>DARTMOUTH NS B2Y3W6<br>CANADA | Philippe Morali<br>c/o Meta Materials Inc.<br>5880 W. Las Positas Blvd<br>Suite 51<br>Pleasanton, CA 94588-8552 |
| Polsinelli PC<br>900 W 48th Place, Suite 900<br>Kansas City, MO 64112-1899 | Public Company Account Oversight Board<br>PO Box 418631<br>Boston, MA 02241-8631 | QUALITY SERVICES INC<br>559 RODI ROAD<br>PITTSBURGH, PA 15235-4579 |
| RAM RAMKUMAR<br>38 PHEASANT LANE<br>ETOBICOKE<br>ONTARIO M9A 1T4 CANADA | RAMON A CLAYTON<br>1474 E 250TH ST<br>EUCLID, OH 44117-1205 | RAY GARCIA<br>3710 ALMOND CREEK DR<br>HOUSTON, TX 77059-3701 |
| RICHARD J D'AMATO<br>19 CHAPEL HILL DRIVE<br>SOUTH HADLEY, MA 01075-1605 | RICHARD M HART<br>603 BELMONT AVE<br>MONTREAL QCH3Y2WI<br>CANADA | ROBERT JOSEPH WIRE III<br>2251 NE PINECREST LAKES BLVD<br>JENSEN BEACH, FL 34957-5094 |
| ROBERT MONTGOMERY<br>496 LOIS LANE<br>LINO LAKES, MN 55014-3011 | ROBERT PETERS<br>19 MONTELLO ST<br>LEWISTON, ME 04240-5242 | ROBERT S SLATTERY<br>126 HENDERSON BEND RD<br>KNOXVILLE, TN 37931-6127 |

ROBIN LIONHEART
4501 RIVERSHYRE WAY
RALEIGH, NC 27616-7412

ROGER DENT
7 WYCHWOOD PARK
TORONTO ONTARIO M6G 2V5
CANADA

ROGER WURTELE
5913 GLEN HEATHER DRIVE
PLANO, TX 75093-4561

RONALD ZELAZO
772 SANTA FE TRL
FRANKLIN LAKES, NJ 07417-2224

ROSCOE T LINSTADT
5191 UNIONTOWN RD
SAN DIEGO, CA 92117-1267

RYAN MICHAEL SOBOLIK &
JESSICA JEAN SOBOLIK JT TEN
636 WILSON AVE
MINTO ND 58261-6116

RYAN THOMAS FRANZ
6750 LONG LEAF BRANCH DR
JACKSONVILLE, FL 32222-4228

Ronke Adeyemo
7301 Parkway Drive
Hanover, MD 21076-1159

SANDRA POSTMAN
8523 EDENTON ROAD
FULTON, MD 20759-9635

SCOTT SWAZEY
1260 WINDIMER DR
LOS ALTOS, CA 94024-7115

SEAN THORNTON DENNEY
744 W GARY AVE
GILBERT, AZ 85233-2068

SEED CAPITAL PARTNERS II LLC
1 SENECA TOWER SUITE 2400
BUFFALO, NY 14203-2850

SETH ALLEN
3438 W. LILY GARDEN LN.
SOUTH JORDAN, UT 84095-2804

SETH HODGES
1914 MADRONA DR SE
PORT ORCHARD, WA 98366-2735

SRAX, Inc.
2629 Townsgate Rd, Suite 215
Westlake Village, CA 91361-2985

STEFANO FASULO
10 CARDINAL DR
WALLINGFORD CT 06492-4828

SUNDANCE VENTURES LLC
ATTN:PETER SOUNDANCE TOUREK
20829 GRANADA AVENUE CT N
FOREST LAKE, MN 55025-8151

SUSAN LAMBIE
7 WYCHWOOD PARK
TORONTO
ONTARIO M6G 2V5
CANADA

Say Technologies LLC
85 Willow Road
Menlo Park, CA 94025-3656

Shareholder Intelligence Service LLC
151 Rowayton Avenue
Rowayton, CT 06853-1433

Squire Patton Boggs
1841 Page Mill Road, Suite 150
Palo Alto, CA 94304-1217

TANGLEWOOD EQUITIES L P
ATTN:TOM KENNEDY GENERAL PARTNER
225 GREENFIELD PKWY STE 202
LIVERPOOL, NY 13088-6667

TARQUINUS BUNCH
1496 MARJORIE AVE
CLAREMONT, CA 91711-3542

THE SCOTT SWAZEY TRUST
AS AMENDED AND RESTATED IN 2021
1260 WINDIMER DR
LOS ALTOS, CA 94024-7115

THOMAS B JAHNCKE LIVING TR
UTAA 1/15/81 ATTN:THOMAS JAHNCKE
21779 TAHOE LANE
LAKE FOREST, CA 92630-1932

THOMAS MAYBERRY
119 SOUTH 7TH ST
SAINT JAMES, MN 56081-1755

THOMAS VOGL
DECHBETTENER WEINBERG 1
REGENSBURG DE-BY 93051
GERMANY

THOROUGHBRED CAPITAL ADVISORS LLC
478 STROCKS GROVE
UPPER BLACK EDDY, PA 18972-9642

TIMOTHY HAMEL &
DANIELLE HAMEL JT TEN TOD
BOX 54
BARNSTABLE, MA 02630-0054

TIMOTHY S HAMEL
BOX 54
BARNSTABLE, MA 02630-0054

TOBI KNIGHT  
7026 ROBB ST  
ARVADA, CO 80004-1361

TOM KENNEDY  
225 GREENFIELD PKWY  
SUITE 202  
LIVERPOOL, NY 13088-6667

TOM WELCH  
47 PLEASANT STREET  
CHESTER  
NOVA SCOTIA B0J1J0 CANADA

TRGR Advertising Ltd.  
1215 13 Street SW 106  
Calgary, AB T2G 3J4, CA

The Nasdaq Stock Market, LLC  
151 W. 42nd Street  
New York, NY 10036-6563

U.S. Securities and Exchange Commission  
801 Cherry Street, Suite 1900  
Fort Worth, TX 76102-6819

U.S. TRUSTEE - RN - 7  
300 BOOTH STREET, STE 3009  
RENO, NV 89509-1362

ULINE  
12575 ULINE DRIVE  
PLEASANT PRAIRIE, WI 53158-3686

Uzi Sasson  
c/o Meta Materials Inc.  
5880 W. Las Positas Blvd  
Suite 51  
Pleasanton, CA 94588-8552

VINCENT CHEN  
76 E BRADFORD AVE  
CEDAR GROVE, NJ 07009-1987

VINCENT THOMAS  
38149 ANASTASIA WAY  
PALMDALE, CA 93550-5144

VREJ HAMAYAN  
1754 N NORMANDIE AVE  
LOS ANGELES, CA 90027-3905

VTB CAPITAL DE INVESTMENT  
HOLDING CYPRUS LIMITED  
EKATERINIS KORNAROV 30 NICOSIA  
CYPRUS

Vyomesh Joshi  
c/o Meta Materials Inc.  
5880 W. Las Positas Blvd  
Suite 51  
Pleasanton, CA 94588-8552

WALTER K VANATTA AND CATHY J. VANATTA  
957 SLOANS CIR  
CRAIG, CO 81625-1430

WAYNE M MARIANI  
209 WHITE HAWK DR  
VONORE, TN 37885-5369

WES-TEX DRILLING COMPANY, L.P.  
PO BOX 3739  
ABILENE, TX 79604-3739

WESTON FARRY  
2823 SURFRIDER AVE  
VENTURA, CA 93001-4137

WILLIAM C CARPENTER JR &  
PAMELA S CAPLES JT TEN  
680 T STREET  
SPRINGFIELD, OR 97477-2395

WILLIAM HUFF  
304 SKIPPING CEDAR ST  
SAN MARCOS, TX 78666-3855

WILLIS PETROLEUM SERVICES  
4910 RUSTIC TRAIL  
MIDLAND, TX 79707-1418

WS INVESTMENT COMPANY LLC  
650 PAGE MILL ROAD  
PALO ALTO, CA 94304-1001

Water Tower Research  
200 2nd Ave South, Suite 718  
Saint Petersburg, FL 33701-4313

Wilson Sonsini Goodrich & Rosati  
PO Box 742866  
Los Angeles, CA 90074-2866

YEQING SU  
1028 ROBIE STREET  
HALIFAX NOVA SCOTIA B3H3C5  
CANADA

YPC - Streetwise Reports  
295 Palmas Inn Way, Suite 104, PMB 115  
Humacao, PR 00791-6257

ZENITH PETROLEUM CORPORATION  
7951 E MAPLEWOOD AVE  
GREENWOOD VILLAGE, CO 80111-4723

ZENITHKUMAR GANDHI  
39095 PLUMBROOK DRIVE  
FARMINGTON HILLS MI 48331-2971

ANDREA J. DRIGGS  
PERKINS COIE LLP  
2525 EAST CAMELBACK ROAD  
SUITE 500  
PHOENIX, AZ 85016-4227

CHRISTINA W. LOVATO  
P.O. BOX 18417  
RENO, NV 89511-0417

ECF

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Broadridge Financial Solutions
1155 long Island Avanue
Edgewood, NY 11717

Brownstein Hyatt Farber Schreck LLP
675 15th Street, Suit 2900
Denver, CO 80202

Mediant Communications Inc.
PO Box 29976
New York, NY 10087-9976

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)ARDUCAM TECHNOLOGY CO., LIMITED
4th floor, Building C10, East District
Zidong International Creative Park, No.
Zidong Road, Qixia District.
Nanjing, Jiangsu, 210000

(u)IOANNIS PAPAGIANNIS
FLAT 84 GREENHILL
PRINCE ARTHUR ROAD
CAMDEN NW3 5TZ LONDON

(d)Infinite Equity Inc.
PO Box 720151
San Francisco, CA 94172-0151

(d)JOHN AND THERESA HILLMAN
PROPERTIES LP
PO BOX 50187
MIDLAND, TX 79710-0187

(u)LG Energy Solution, Ltd.
Parc. 1 Tower 108
Yeoui-dacro, Yeongdeungpo-gu
Seoul, 0733

(u)Law office of Kim & Chang
39, Sajik-ro 8-gil, Jongno-gu
Seoul, Gyeonggi-do, 03170

(u)Lewis Silkin LLP
Arbor, 255 Blackfriars Road
London SE1 9AX

(u)Patsnap UK LTD
Building 3, Chiswick Business Park
566 Chiswick High road
London W4 5YA

(d)VTB CAPITAL DE INVESTMENT HOLDING
CYPRUS LIMITED
EKATERINIS KORNAROV 30
NICOSIA
CYPRUS

(u)VTB CAPITAL NANOTECHNOLOGY
INVESTMENT LTD.
FOURTH FL, ONE CAPITAL PL
PO BOX 847 GRAND CAYMAN

End of Label Matrix
Mailable recipients    269
Bypassed recipients     10
Total                  279