Jeffrey L. Hartman, Esq.
Nevada Bar No. 1607
HARTMAN & HARTMAN
510 W. Plumb Lane, Suite B
Reno, NV 89509
T: (775) 324-2800
F: (775) 324-1818
notices@bankruptcyreno.com
Attorney for Christina Lovato, Trustee

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>META MATERIALS INC.,<br><br>Debtor. | Case No.: 24-50792-hlb<br>(Chapter 7)<br><br>**DECLARATION OF CHRISTINA LOVATO IN SUPPORT OF EX PARTE APPLICATION FOR ORDER REJECTING LEASE OF NONRESIDENTIAL REAL PROPERTY**<br><br>Hearing Date:  N/A<br>Hearing Time: |

Christina Lovato, under penalty of perjury of the laws of the United States declares:

1. I am the duly appointed and acting trustee in this case. [ECF No. 14].

2. I have personal knowledge of the matters stated herein.

3. This chapter 7 case was filed on August 9, 2024. I was appointed to administer the Meta Materials, Inc. ("MMI") assets. The schedules of assets and liabilities disclose that MMI owns directly, or indirectly the equity interest in nine subsidiaries, two of which are in receivership in Halifax, Nova Scotia.

4. I am in direct communication with Jonathan Krieger, the Canadian Court appointed receiver in Toronto, Canada.

5. Schedule G indicates that MMI is the lessee of commercial premises located at 10440 Little Patuxent Parkway, Columbia, Maryland 21044 ("the Premises"). [ECF No. 5, page

1

19 of 24]. I have reviewed a copy of the Lease dated September 14, 2022. The Premises comprise approximately 11,600 square feet with rent at the rate of approximately $27,000 per month.

6. Recently, I was able to connect with Howard Hughes Property Management and counsel for the Lessor of the Premises, 30 CCC LLC, a Delaware limited liability company. I have learned that the Lessor has been unable to access the Premises which appear to have been abandoned. In addition, there is a security system in place which has prevented the Lessor from gaining access to the Premises. I am attempting to contact the security company and establish access.

7. The Lessor is holding a security deposit in the amount of $80,038.74.

8. I have concluded that there is no benefit to the estate to attempt to retain the Premises and request an Order Rejecting Lease Of Nonresidential Real Property effective as of October 8, 2024.

DATED: October 2, 2024.

*/s/ Christina Lovato*
Christina Lovato