_____
Honorable Hilary L. Barnes
United States Bankruptcy Judge



Entered on Docket
October 02, 2024

_____

Jeffrey L. Hartman, Esq.
Nevada Bar No. 1607
HARTMAN & HARTMAN
510 W. Plumb Lane, Suite B
Reno, NV 89509
T: (775) 324-2800
F: (775) 324-1818
notices@bankruptcyreno.com
Attorney for Christina Lovato, Trustee

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>META MATERIALS INC.,<br><br>Debtor. | Case No.: 24-50792-hlb<br>(Chapter 7)<br><br>**ORDER REJECTING LEASE OF NONRESIDENTIAL REAL PROPERTY**<br><br>Hearing Date:   N/A<br>Hearing Time: |

The Court having considered the Ex Parte Application of Christina Lovato, Trustee for the estate of Meta Materials Inc., seeking authority to reject the lease of commercial premises located at 10440 Little Patuxent Parkway, Columbia, Maryland 21044 ("the Lease") ("Ex Parte Application") and supporting Declaration. Good cause appearing,

IT IS HEREBY ORDERED that the Ex Parte Application is APPROVED, and the lease of nonresidential real property is deemed rejected, effective as of October 8, 2024.

Submitted by:

HARTMAN & HARTMAN

*/s/ Jeffrey L. Hartman*
Jeffrey L. Hartman, Esq.
Attorney for Trustee

# # #