NVB 4002 (Rev. 7/16)

1  NVB 4002 Rev (7/16)  Jeffrey L. Hartman, Esq./NV Bar No. 1607/Hartman & Hartman
510 W. Plumb Lane, Suite B, Reno, NV 89509
T: (775) 324-2800/notices@bankruptcyreno.com

Name, Address, Telephone No., Bar Number, Fax No. & E-mail address

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

\* \* \* \* \* \*

In re:  ) BK- 24-50792-hlb
METAL MATERIALS INC.,  )
  ) Chapter: 7
  )
  ) Trustee:
Debtor.  )
  ) **CHANGE OF ADDRESS OF:**
  ) **( ) DEBTOR**
  ) **(✓) CREDITOR**
  ) **( ) OTHER**
_____  )

I request that notice be sent to the following address: (please print)

JUPIA CONSULTANTS INC.
Name
55 RUE ACADIE
Address
COCAGNE, NB

E4R 0A3              CANADA
City         State         Zip Code

Please check the applicable boxes:

☑  The change of address is applicable only in the above captioned case.

☐  The change of address is also applicable in the following related cases: (*please list the case numbers*) _____.

☐  Check here if you are a Debtor or Joint Debtor and you receive court orders and notices by email (DeBN) rather than by U.S. mail to your mailing address. Please provide your DeBN account number below (DeBN account numbers can be located in the subject line of all emailed court orders and notices.)

|   |   |
|---|---|
| 1 |   |
| 2 | Debtor's DeBN account number _____ |
| 3 | Joint Debtor's DeBN account number _____ |

DATE: 10/07/24

*/s/ Jeffrey L. Hartman*
SIGNATURE
Attorney for Trustee

**NOTE**: Please submit an original and one copy for the record.