NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | PROOF OF INTEREST |
|---|---|

**Name of Debtor:**
Meta Materials Inc.

**Case Number:**
24-50792-hlb

**1.** **Name and address of holder of the Equity Interest** (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

Greg McCabe
P.O. Box 11188
Midland Tx 79702

Telephone Number: 432-684-0018

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

☐ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

**RECEIVED AND FILED**

**OCT - 8 2024**

**U.S. BANKRUPTCY COURT**
**MARY A. SCHOTT, CLERK**

**COURT USE ONLY**

**NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.**

**Account or other number by which Interest holder identifies Debtor:**
Carter Terry - 815-10039 and AST - 0000010191

Check here if this claim:
☐ replaces a previously filed Proof of Interest dated: _____
☐ amends a previously filed Proof of Interest dated: _____

**2.** **Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:**
Greg McCabe
P.O. Box 11188 Midland, TX 79702

Telephone Number: 432-684-0018

**3.** **Date Equity Interest was acquired:** 05/16/2016

**4.** **Total amount of member interest:** 120,001

**5.** **Certificate number(s):** _____

**6.** **Type of Equity Interest:**
Please indicate the type of Equity Interest you hold:
■ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
☐ Check this box if your Equity Interest is based on anything else and describe that interest:
**Description:** _____

**7.** **Supporting Documents:** Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**8.** **Date-Stamped Copy:** To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

**9. Signature:**
Check the appropriate box. ☒ a Shareholder
☐ I am the creditor. ☐ I am the creditor's authorized agent. (Attach copy of power of attorney, if any.) ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.) ☐ I am a guarantor, surety, endorser, or other codebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: Greg McCabe
Title: Individual
Company: ___ Address and telephone number (if different from notice address above):
_____
_____

(Signature)    10-4-24 (Date)

Telephone number: 432-684-0018    email: gregmccabe@aol.com

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

GREG MCCABE
PO BOX 11188

# ACCOUNT STATEMENT
## AUGUST 1, 2024 - AUGUST 31, 2024

Account number:
815-10039
Page 4 of 5

## ASSET DETAIL

The Estimated Annualized Income ("EAI") for certain securities could include a return of principal or capital gains, in which case EAI depicted on this account statement would be overstated. EAI is only an estimate of income generated by the investment and the actual income may be higher or lower. In the event the investment matures, is sold or called, the full EAI may not be realized.

* The Unrealized Gain/Loss may not reflect your investments' total return. Specifically, the net cost may include dividend and capital gains distributions which have been reinvested. Additionally, the information that appears in these columns may be based on information provided by you or at your direction. RBC has not verified such data. Please see "About Your Statement" on page 2 for further information.

Your Financial Professional has elected to display Asset Detail with the following options: asset purchases (tax lots) consolidated.

### EQUITY

#### US Small Cap Equity

| DESCRIPTION | SYMBOL/CUSIP | QUANTITY | MARKET PRICE | MARKET VALUE | NET COST * | UNREALIZED GAIN/LOSS * | ESTIMATED ANNUALIZED INCOME |
|---|---|---|---|---|---|---|---|
| META MATERIALS INC COMMON STOCK | MMATQ | 34,861.000 | $0.450 | $15,687.45 | N/A | N/A | |
| ............ | | | | | | ----------- ; | : - |

**TOTAL EQUITY**

**TOTAL ASSETS**

## ACTIVITY DETAIL

Realized gain/loss column includes fees and commissions. It does not include accrued interest.

* Information that appears in these columns may be based on information provided by you or at your direction, RBC has not verified such data. Please see "About Your Statement" on page 2 for further information.

No activity this period.

## OPEN ORDERS

| DATE ENTERED | DESCRIPTION | SYMBOL | QUANTITY REMAINING | ORDER TYPE | PRICE LIMIT | ORDER LIFE |
|---|---|---|---|---|---|---|
| - - - , | ...... | : | | | - | .. : |
| | , | | | | | |

$0.00



AST → EQ
AST is now EQ

EQUINITI TRUST COMPANY, LLC
OPERATIONS CENTER
PO BOX 500
NEWARK, NJ 07101

GREG MCCABE
P.O. BOX 11188
MIDLAND, TX 79702-8188

| | |
|---|---|
| Statement Date: | May 1, 2024 |
| Company Name: | META MATERIALS INC (NEW) |
| Company Number: | 27756 |
| Stock Exchange: | NASD |
| Company Ticker Symbol: | MMAT |
| CUSIP: | 59134N302 |
| Account Number: | 0000010191 |

www.astfinancial.com
help@equiniti.com
800-937-5449

# Transaction Advice

**IMPORTANT: Retain this statement for your investment and tax records.**

| Account Balance | Restricted | Unrestricted | Total | | Account Value | |
|---|---|---|---|---|---|---|
| DRS/Book Entry Shares | 85,140.000 | | 85,140.000 | | Market Value Date | 05/01/2024 |
| Plan Shares | | | | | Market Value Price | $3.360 |
| Certificated Shares | | | | | | |
| Total Shares | | | 85,140.000 | | Total Market Value | $286,070.40 |

Stock quotes are provided for informational purposes only. The quotes are supplied by an independent third-party as of a particular date. AST does not guarantee the accuracy of such information as at the date of this statement or at any future date. Neither AST nor its provider will be liable for any errors, incompleteness, or delays in the information herein, or for any actions taken in reliance thereon.

# Transaction Details:

| Transaction Date | Transaction Number | Transaction Type | Shares Debited or Credited |
|---|---|---|---|
| | | SHARES EXCHANGED (#24498) | |
| 05/01/2024 | BK0000213 | Exchange Company: META MATERIALS INC (OLD) | 85,140.000 |



A portion or all of the shares represented by this Advice are subject to either an Issuer restriction or a regulatory restriction under the Securities Act of 1933 and cannot be transferred without the approval of the Issuer or Legal Counsel for the Issuer.

AST01277560000010191



0.001.001.00001

# META MATERIALS INC (NEW) Shareowner Disclosure

A full copy of any rights, privileges, restrictions, and conditions which may be attached to the securities covered by this statement can be obtained by writing to the Secretary of the Company

## Access your stock accounts online

Visit astfinancial.com today to conveniently manage your stock accounts anytime, anywhere.
• View your account details including balances and transaction history
• Manage your payment method for dividends and sales proceeds
• Request check replacements
• Buy or sell shares
• Update your contact information
• Download statements and tax forms

**ONLINE ACCOUNT ACCESS:**
Accessing the AST website is designed to be simple and secure. In order to access your account online, please follow these steps:
Step 1:  Go to www.astfinancial.com
Step 2:  Click **Login** located at the top right hand corner of the page.
Step 3:  Click **First Time Here? Register** under **Shareholder Central** and complete the short registration process to create your unique login ID.  If you are a non – U.S. shareholder please select **Registration for Non-US Holders** on the top of the page and complete the short registration process. You will need to know the AST Company Number which is printed on the bottom right hand corner of this letter.  Your PIN number will then be mailed to the address of record for the account.
If you are unable to log into your account, it may be that your Social Security Number/TIN is not on file with AST. You will need to complete and return the tax form, W9 form (domestic shareholders), W8 BEN (foreign individual), or W8 BEN-E (foreign entity). The forms are available at www.astfinancial.com/knowledge-center/forms. Once AST receives your tax form your Social Security Number/TIN will be updated and your account will become certified.

## Important Information

• If you have only fractional shares, they cannot be transferred.
• If you have at least one share:
  • If your broker is a participant in the Direct Registration System (DRS), your broker may request your shares from AST via the DRS.  You must provide your broker with the Company's CUSIP, your shareholder account number, your taxpayer identification number, the name in which the shares are registered, and the number of shares you wish to transfer.  Please note, your broker may request a copy of this Direct Registration Statement.

  • If your broker is not a participant in the Direct Registration System (DRS), please write to AST at the address listed above, instructing AST to credit your brokerage account. You must include your AST account number, the name of your brokerage institution, your brokerage account number, and the number of shares that you wish to transfer. Your letter of instruction must be signed by all owners listed in the account registration and the signatures must be medallion guaranteed by a bank, broker or other financial institution that is a member of a Securities Transfer Association-approved medallion program such as STAMP, SEMP, or MSP. Please include a copy of this Direct Registration Statement.  Please coordinate with your broker to ensure that they will accept share delivery via the DRS.

Jeffrey L. Hartman, Esq.
Nevada Bar No. 1607
HARTMAN & HARTMAN
510 W. Plumb Lane, Suite B
Reno, NV 89509
T: (775) 324-2800
F: (775) 324-1818
notices@bankruptcyreno.com
Attorney for Christina Loveto, Trustee

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

In re

META MATERIALS INC.,

    Debtor.

Case No.:24-50792-hlb
(Chapter 7)

NOTICE OF ORDER AND BAR DATE FOR PROOFS OF INTEREST

Hearing Date:  N/A
Hearing Time:

Proofs of Interest Bar Date: 12/18/24

PLEASE TAKE NOTICE that on September 12, 2024, the Honorable Hilary L. Barnes, United States Bankruptcy Judge, signed an order in this case [ECF No. 26] ("the Order") directing that equity interest holders shall file proofs of interest with the United States Bankruptcy Court, District of Nevada, Clerk of the Court, First Floor, 300 Booth Street, Reno, Nevada 89509, on or before December 18, 2024.

Proof(s) of Interest forms may be obtained and should confirm substantially to Local Bankruptcy Form No. NVB 3001 and must be filed on or before December 18, 2024. https://www.nvb.uscourts.gov/rules-forms/forms/local-forms/#admin

YOU ARE HEREBY FURTHER NOTIFIED THAT, PURSUANT TO THE TERMS OF THIS NOTICE OF ORDER, ANY CREDITOR AND ANY PARTY IN INTEREST REQUIRED TO FILE CLAIMS HEREUNDER BUT FAILING TO DO SO BY THE DATE HEREIN REQUIRED, SHALL BE FOREVER BARRED, ESTOPPED, AND ENJOINED FROM

ASSERTING SUCH CLAIMS OR INTERESTS AGAINST THE DEBTOR, THE ESTATE OR THE TRUSTEE, AND SHALL BE BARRED FROM PARTICIPATING IN ANY DISTRIBUTION OF ASSETS.

    Copies of the Ex Parte Motion upon which the Order was entered and other pleadings and documents relevant to this case and this Notice are available for inspection during regular business hours at the above described offices of the Clerk of the United States Bankruptcy Court or can be requested from the Trustee's counsel Jeffrey L. Hartman, Esq., and should be consulted for further information and details concerning the matters contained in this Notice.

    Creditors with a foreign address - If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case.

DATED: September 12, 2024.

HARTMAN & HARTMAN

/s/ Jeffrey L. Hartman
Jeffrey L. Hartman, Esq.,
Attorney for Trustee



Case 24-50792-hlb    Doc 26    Entered 09/12/24 10:45:16    Page 1 of 2

Honorable Hilary L. Barnes
United States Bankruptcy Judge

Entered on Docket
September 12, 2024

Jeffrey L. Hartman, Esq.
Nevada Bar No. 1607
HARTMAN & HARTMAN
510 W. Plumb Lane, Suite B
Reno, NV 89509
T: (775) 324-2800
F: (775) 324-1818
notices@bankruptcyreno.com
Attorney for Christina Lovato, Trustee

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

In re

META MATERIALS INC.,

Debtor.

Case No. 24-50792-hlb
(Chapter 7)

ORDER APPROVING EX PARTE APPLICATION AND ESTABLISHING BAR DATE FOR PROOFS OF INTEREST

Hearing Date:  N/A
Hearing Time:

The Court having considered the Ex Parte Application of Christina Lovato, Trustee for the estate of Meta Materials Inc., seeking an order establishing bar date for Proofs of Interest ("Application") and supporting Declaration. Good cause appearing,

IT IS HEREBY ORDERED that the Ex Parte Application is APPROVED.

IT IS FURTHER ORDERED that December 18, 2024 is the last date for equity interest holders to file proofs of interest.

1

---

Case 24-50792-hlb    Doc 26    Entered 09/12/24 10:45:16    Page 2 of 2

IT IS FURTHER ORDERED that notice of the bar date of December 18, 2024 shall be given to the equity interest holders forthwith and proof of service filed with the Court.

Submitted by:

HARTMAN & HARTMAN

/s/ Jeffrey L. Hartman
Jeffrey L. Hartman, Esq.
Attorney for Trustee

###

2