NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | | **PROOF OF INTEREST** |
|---|---|---|
| Name of Debtor: MetaMaterials INC. | Case Number: 24-50792-hlb | |

1. Name and address of holder of the Equity Interest (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

   Laura Entrekin
   17442 Melancon Road
   Livingston, LA 70754

   Telephone Number: 1 (985) 516-4345

   ☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

   ☑ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

   ☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

   **RECEIVED AND FILED**

   OCT - 8 2024

   U.S. BANKRUPTCY COURT
   MARY A. SCHOTT, CLERK

   COURT USE ONLY

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

Account or other number by which Interest holder identifies Debtor: 2020 - 8054

Check here if this claim:
☐ replaces a previously filed Proof of Interest dated: _____
☐ amends a previously filed Proof of Interest dated: _____

2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:

   Charles Schwab + Company
   3000 Schwab Way
   Westlake TX 76262
   Telephone Number: 1 (800) 435-4000

3. Date Equity Interest was acquired:
   see attached for details

4. Total amount of member interest: 1500 Shares

5. Certificate number(s): _____

6. Type of Equity Interest:
   Please indicate the type of Equity Interest you hold:
   ☑ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
   ☐ Check this box if your Equity Interest is based on anything else and describe that interest.
   Description: _____

7. Supporting Documents: Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
   DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. Date-Stamped Copy: To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

9. Signature:
   Check the appropriate box.
   ☑ I am the creditor.    ☐ I am the creditor's authorized agent. (Attach copy of power of attorney, if any.)    ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)    ☐ I am a guarantor, surety, endorser, or other codebtor. (See Bankruptcy Rule 3005.)

   I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

   Print Name: Laura Entrekin
   Title: _____
   Company: ___ Address and telephone number (if different from notice address above): _____

   (Signature) Laura Entrekin    (Date) 10/04/2024

   Telephone number: 1(985) 516-4345    email: lentrekinnp@yahoo.com

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

# charles SCHWAB

## Schwab Personal Choice Retirement Account® (PCRA) of

VANGUARD GROUP TTEE
OCHSNER CLINIC FNDN 401K ROTH
FBO LAURA ENTREKIN

Account Number: 2020-8054
Statement Period: August 1-31, 2024

## Account Summary

Ending Account Value as of 08/31: **$5,693.06**
Beginning Account Value as of 08/01: **$9,560.89**

|  | This Statement | Previous Statement |
|---|---|---|
| Beginning Value | $9,560.89 | $10,486.80 |
| Deposits | 0.00 | 0.00 |
| Withdrawals | 0.00 | 0.00 |
| Dividends and Interest | 0.00 | 0.00 |
| Transfer of Securities | 0.00 | 0.00 |
| Market Appreciation/(Depreciation) | (3,867.83) | (925.91) |
| Expenses | 0.00 | 0.00 |
| **Ending Value** w | **$5,693.06** | **$9,560.89** |

Account Ending Value reflects the market value of your cash and investments. It does not include pending transactions, unpriced securities or assets held outside Schwab's custody.

## Your Retirement Plan Provider

VANGUARD FIDUCIARY TR CO
OCHSNER CLINIC FNDN 401K
100 VANGUARD BLVD
MALVERN PA 19355-2331

The custodian of your brokerage account is: Charles Schwab & Co., Inc. Member SIPC. For questions about this statement, please contact the Schwab dedicated PCRA Call Center at 1-888-393-PCRA (7272).

## Commitment to Transparency

Client Relationship Summaries and Best Interest disclosures are at schwab.com/transparency.
Charles Schwab & Co., Inc. Member SIPC.

## Online Assistance

Visit us online at schwab.com
Visit schwab.com/stmt to explore the features and benefits of this statement.

VANGUARD GROUP TTEE
OCHSNER CLINIC FNDN 401K ROTH
FBO LAURA ENTREKIN
571 FOREST LOOP
MANDEVILLE LA 70471-2637



**Schwab Personal Choice Retirement Account® (PCRA)** of

VANGUARD GROUP TTEE
OCHSNER CLINIC FNDN 401K ROTH
FBO LAURA ENTREKIN

Statement Period
**August 1-31, 2024**

## Asset Allocation

| | This Period | Current Allocation |
|---|---|---|
| Cash and Cash Investments | 0.01 | <1% |
| Equities | 5,693.05 | 100% |
| **Total** | **$5,693.06** | **100%** |

## Top Account Holdings This Period

| SYMBOL CUSIP | Description | Market Value | % of Accounts |
|---|---|---|---|
| RSLS | RESHAPE LIFESCIENCES INC | 5,018.05 | 88% |
| MMATQ | META MATLS INC | 675.00 | 12% |
| | TD BANK NA | 0.01 | <1% |

## Income Summary

(Bar chart: Jan–Dec, Dollars ($) 0–20)

| | This Period | YTD |
|---|---|---|
| Bank Sweep Interest | 0.00 | 0.61 |
| Cash Dividends | 0.00 | 17.90 |
| **Total Income** | **$0.00** | **$18.51** |

## Gain or (Loss) Summary

| All Positions | Gain | (Loss) | Net |
|---|---|---|---|
| This Period | 0.00 | 0.00 | 0.00 |
| YTD | 0.00 | (44,592.86) | (44,592.86) |
| **Unrealized** | | | **($39,109.17)** |

Values may not reflect all of your gains/losses; Schwab has provided accurate gain and loss information wherever possible for most investments. Cost basis may be incomplete or unavailable for some of your holdings and may change or be adjusted in certain cases. Please login to your account at Schwab.com for real-time gain/loss information. Statement information should not be used for tax preparation, instead refer to official tax documents. For additional information refer to Terms and Conditions.



## Schwab Personal Choice Retirement Account® (PCRA) of

VANGUARD GROUP TTEE
OCHSNER CLINIC FNDN 401K ROTH
FBO LAURA ENTREKIN

Statement Period
August 1-31, 2024

### Positions - Summary

| Beginning Value as of 08/01 | + | Transfer of Securities(In/Out) | + | Dividends Reinvested | + | Cash Activity | + | Change in Market Value | = | Ending Value as of 08/31 | | Cost Basis | | Unrealized Gain/(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| $9,560.89 | | $0.00 | | $0.00 | | $0.00 | | ($3,867.83) | | $5,693.06 | | $51,484.16 | | ($39,109.17) |

Values may not reflect all of your gains/losses. Cost basis may change and be adjusted in certain cases. Statement information should not be used for tax preparation, instead refer to official tax documents. For additional gain or (loss) information refer to Terms and Conditions.

### Cash and Cash Investments

| Type | Symbol | Description | Quantity | Price($) | Beginning Balance($) | Ending Balance($) | Change in Period Balance($) | Pending/Unsettled Cash($) | Interest/ Yield Rate | % of Acct |
|---|---|---|---|---|---|---|---|---|---|---|
| Bank Sweep | | TD BANK NA A,B | | | 0.01 | 0.01 | 0.00 | | 0.45% | <1% |
| **Total Cash and Cash Investments** | | | | | **$0.01** | **$0.01** | **$0.00** | | | **<1%** |

### Positions - Equities

| Symbol | Description | Quantity | Price($) | Market Value($) | Cost Basis($) | Unrealized Gain/(Loss)($) | Est. Yield | Est. Annual Income($) | % of Acct |
|---|---|---|---|---|---|---|---|---|---|
| CLAZF | CLARITAS PHARMACEUTICA F | 111,218.0000 | 0.00000 | 0.00 | 9,080.66 | (9,080.66) | N/A | 0.00 | 0.00 |
| MMATQ | META MATLS INC | 1,500.0000 | 0.45000 | 675.00 | 28,082.63 | (27,407.63) | N/A | 0.00 | 12% |
| RSLS | RESHAPE LIFESCIENCES INC | 31,168.0000 | 0.16100 | 5,018.05 | 7,638.93 | (2,620.88) | N/A | 0.00 | 88% |
| **Total Equities** | | | | **$5,693.05** | **$44,802.22** | **($39,109.17)** | | **$0.00** | **100%** |

### Positions - Unpriced Securities

| Symbol | Description | Quantity | Price($) | Market Value($) | Cost Basis($) | Unrealized Gain/(Loss)($) | Est. Yield | Est. Annual Income($) |
|---|---|---|---|---|---|---|---|---|
| | NEXT BRIDGE HYDROCARBONS | 5,101.0000 | | $0.00 | 6,681.94 † | N/A | N/A | |
| **Total Unpriced Securities** | | | | **$0.00** | **$6,681.94** | **$0.00** | | **$0.00** |

Estimated Annual Income ("EAI") and Estimated Yield ("EY") calculations are for informational purposes only. The actual income and yield might be lower or higher than the estimated amounts. EY is based upon EAI and the current price of the security and will fluctuate. For certain types of securities, the calculations could include a return of principal or capital gains in which case EAI and EY would be overstated. EY and EAI are not promptly updated to reflect when an issuer has missed a regular payment or announced changes to future payments, in which case EAI and EY will continue to display at a prior rate.

Case 24-50792-hlb    Doc 45    Entered 10/09/24 09:32:08    Page 5 of 13



# Schwab Personal Choice Retirement Account® (PCRA) of

VANGUARD GROUP TTEE
OCHSNER CLINIC FNDN 401K ROTH
FBO LAURA ENTREKIN

Statement Period
August 1-31, 2024

## Transactions - Summary

| Beginning Cash* as of 08/01 | + | Deposits | + | Withdrawals* | + | Purchases | + | Sales/Redemptions | + | Dividends/Interest | + | Expenses | = | Ending Cash* as of 08/31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| $0.01 | | $0.00 | | $0.00 | | $0.00 | | $0.00 | | $0.00 | | $0.00 | | $0.01 |

*Cash (includes any cash debit balance) held in your account plus the value of any cash invested in a sweep money fund.

Other Activity: **$0.00**   Other activity includes transactions which don't affect the cash balance such as stock transfers, splits, etc.

## Bank Sweep for Benefit Plans Activity

| Date | Description | Amount | Date | Description | Amount | Date | Description | Amount |
|---|---|---|---|---|---|---|---|---|
| 08/01 | Beginning Balance A,B | $0.01 | 08/31 | Ending Balance A,B | $0.01 | 08/30 | Interest Rate* B | 0.45% |

*Your interest period was 07/16/24 - 08/15/24. B

## Endnotes For Your Account

W  Excluding unpriced securities (see Investment Detail).
†  Data for this holding has been edited or provided by a third party.
A  Bank Sweep for Benefit Plans deposits are held at FDIC-insured Program Banks, which are listed in the Cash Features Disclosure Statement.

B  For the Bank Sweep and Bank Sweep for Benefit Plans features, interest is paid for a period that differs from the Statement Period. Balances include interest paid as indicated on your statement by Schwab or one or more of its Program Banks. These balances do not include interest that may have accrued during the Statement Period after interest is paid. The interest paid may include interest that accrued in the prior Statement Period.

## Terms and Conditions

This Account statement is furnished solely by Charles Schwab & Co., Inc. ("Schwab") for your Schwab Personal Choice Retirement Account® ("Account") at Schwab. Schwab is a registered broker-dealer and, provides brokerage and custody services for your Account. Schwab is a wholly owned subsidiary of The Charles Schwab Corporation. Other wholly owned subsidiaries of The Charles Schwab Corporation include the following Schwab "Affiliates": Charles Schwab Investment Management, Inc. ("CSIM"); Charles Schwab Investment Advisory, Inc. ("CSIA"); Schwab Wealth Advisory, Inc. ("SWAI"); Schwab Retirement Plan Services, Inc.; and Charles Schwab Bank, CSIA, CSIM, and SWAI provide investment advisory services. Schwab Retirement Plan Services, Inc. provides recordkeeping and related services with respect to retirement and other benefit plans. Charles Schwab Bank provides trust and custody services with respect to retirement and other benefit plans. This Account statement may identify an independent retirement plan service provider or "Advisor." The independent retirement plan service provider or Advisor may provide services with respect to your Account but is not affiliated with Schwab. The independent retirement plan service provider or Advisor is independently owned and operated and are not Schwab Affiliates. Schwab maintains agreements with certain independent retirement plan service providers and Advisors under which Schwab may provide such companies with services related to your Account. However, Schwab neither endorses nor recommends any particular independent retirement plan service provider or Advisor or

investment strategy and has no responsibility to monitor trading by any independent retirement plan service provider or Advisor on your Account. **GENERAL INFORMATION AND KEY TERMS:** If you receive any other communication from any source other than Schwab, or other authorized affiliate of Schwab which purports to represent your holdings at Schwab, you should verify its content with this statement. **Accrued Income:** Accrued Income is the sum of the total accrued interest and/or accrued dividends on positions held in your Account, but the interest and/or dividends have not been received into your account. Schwab makes no representation that the amounts shown (or any other amount) will be received. Accrued amounts are not covered by SIPC account protection until actually received and held in the Account. **AIP (Automatic Investment Plan) Customers:** Schwab receives remuneration in connection with certain transactions effected through Schwab. If you participate in a systematic investment program through Schwab, the additional information normally detailed on a trade confirmation will be provided upon request. **Average Daily Balance:** Average daily composite of all cash balances that earn interest and all loans from Schwab that are charged interest. Interest cycles may differ from statement cycles. **Bank Sweep and Bank Sweep for Benefit Plans Features:** Schwab acts as your agent and custodian in establishing and maintaining your Deposit Account(s) as a feature for your PCRA account. Deposit accounts held through these bank sweep features constitute direct obligations of one or more FDIC insured banks ("Program Banks") that are not

4 of 6



# Schwab Personal Choice Retirement Account® (PCRA) of

VANGUARD GROUP TTEE
OCHSNER CLINIC FNDN 401K ROTH
FBO LAURA ENTREKIN

Statement Period
August 1-31, 2024

## Terms and Conditions (continued)

obligations of Schwab. Funds swept to Program Banks are eligible for deposit insurance from the FDIC up to the applicable limits for each bank for funds held in the same insurable capacity. The balance in the Deposit Accounts can be withdrawn on your order and the proceeds returned to your brokerage account or permitted to you as provided in your Account Agreement. For information on FDIC insurance and its limits, as well as other important disclosures about the bank sweep feature(s), please refer to the Cash Features Disclosure Statement available online or from a Schwab representative. **Cash:** Any Free Credit Balance owed by us to you payable upon demand which, although accounted for on our books of record, is not segregated and may be used in the conduct of this firm's business. **Credit Interest:** If, on any given day, the interest that Schwab calculates for your Account is less than $.005, you will not earn any interest on that day. **Dividend Reinvestment Customers:** Dividend reinvestment transactions of Schwab dividends, for which an independent broker-dealer acted as the buying agent. The time of these transactions, the exchange upon which these transactions occurred, and the name of the person from whom the security was purchased will be furnished upon written request. **Estimated Annual Income:** Estimated annual income is derived from information provided by outside parties. Schwab cannot guarantee the accuracy of such information. Since the interest and dividends are subject to change at any time, they should not be relied upon exclusively for making investment decisions. **Fees and Charges:** Includes Margin Interest, Retirement Plan Service Provider Fees, and Management Fees that may be charged during the statement period. Contact your Retirement Plan Service Provider and/or your Investment Advisor if you have questions about his or her fees. **Gain (or Loss):** Unrealized Gain or (Loss) and Realized Gain or (Loss) sections ("Gain/Loss Section(s)") contain a gain or a loss summary of your Account. This information has been provided on this statement at the request of your Advisor. This information is not a solicitation or a recommendation to buy or sell. It may, however, be helpful for investment and tax planning strategies. Schwab does not provide tax advice and encourages you to consult with your tax professional. Please view the Cost Basis Disclosure Statement for additional information on how gain (or loss) is calculated and how Schwab reports adjusted cost basis information to the IRS. **Interest:** For the Bank Sweep and Bank Sweep for Benefit Plans features, interest is paid for a period that differs from the Statement Period. Balances include interest paid as indicated on your statement by Schwab or one of its Program Banks. These balances do not include interest that may have accrued during the Statement Period after interest is paid. The interest paid may include interest that accrued in the prior Statement Period. For the Bank Sweep feature, interest accrues daily from the 16th day of the prior month and is credited/posted on the first business day after the 15th of the current month. If, on any given day, the interest that Schwab calculates for the Free Credit Balances in the Bank Sweep feature in your brokerage account is less than $.005, you will not accrue any interest on that day. For balances held at Program Banks in the Bank Sweep and Bank Sweep for Benefit Plans features, interest will accrue even if the amount is less than $.005, but interest will not be credited if less than $.005. **Market Price:** The most recent price evaluation available to Schwab on the last business day of the statement period, normally the last trade price or bid as of market close. Unpriced securities denote that no market evaluation update is currently available. Price evaluations are obtained from outside parties. Schwab shall have no responsibility for the accuracy or timeliness of any such valuations. Assets Not Held at Schwab are not held in your Account or covered by the Account's SIPC account protection and are not otherwise in Schwab's custody and are being provided as a courtesy to you. Information on Assets Not Held at Schwab, including but not limited to valuations, is reported solely based on information you provide to Schwab. Schwab can neither validate nor certify the existence of Assets Not Held at Schwab or the accuracy, completeness or timeliness of the information about Assets Not Held at Schwab, whether provided by you or otherwise. Descriptions of Assets Not Held at Schwab may be abbreviated or truncated. Some securities, especially thinly traded equities in the OTC market or foreign markets, may not report the most current price and are indicated as State Priced. Certain Limited Partnerships (direct participation programs) and unlisted Real Estate Investment Trust (REIT) securities, for

which you may see a value on your monthly Account statement that reflects the issuer's appraised estimated value, are not listed on a national securities exchange, and are generally illiquid. Even if you are able to sell such securities, the price received may be less than the per share appraised estimated value provided in the account statement. **Market Value:** The Market Value is computed by multiplying the Market Price by the Quantity of Shares. This is the dollar value of your present holdings in your specified Schwab Account or a summary of the Market Value summed over multiple Accounts. **Non-Publicly Traded Securities:** All assets shown on this statement, other than certain direct investments which may be held by a third party, are held in your Account. Values of certain Non-Publicly Traded Securities may be furnished by a third party as provided by Schwab's Account Agreement. Schwab shall have no responsibility for the accuracy of such timeliness of such valuations. The Securities Investor Protection Corporation (SIPC) does not cover many limited partnership interests. **Option Customers:** Be aware of the following: (1) Commissions and other charges related to the execution of option transactions, are included in confirmations of such transactions furnished to you at the time such transactions occur and are made available promptly upon request; (2) You should advise us promptly of any material changes in your investment objectives or financial situation; (3) Exercise assignment notices for option contracts are allocated among customer short positions pursuant to an automated procedure which randomly selects from among all customer short option positions those contracts which are subject to exercise, including positions established on the day of assignment; (4) Realized gain/loss of underlying securities is adjusted to reflect the premiums of assigned or exercised options. Please consult your tax advisor or IRS publication 550, Investment Income and Expenses, for additional information on Options. **Restricted Securities:** See your Account Agreement for information regarding your responsibilities concerning the sale or control of restricted securities. **Schwab Sweep Money Funds:** Includes the primary money market funds into which Free Credit Balances may be automatically invested pursuant to your Account Agreement. Schwab or an affiliate acts and receives compensation as the Investment Advisor, Shareholder Service Agent and Distributor for the Schwab Sweep Money Funds. The amount of such compensation is disclosed in the prospectus. The yield information for Schwab Sweep Money Funds is the current 7-day yield as of the statement period. Yields vary. If, on any given day, the accrued daily dividend for your selected sweep money fund as calculated for your account is less than 1/2 of 1 cent ($0.005), your account will not earn a dividend for that day. In addition, if you do not accrue at least 1 daily dividend of $0.01 during a pay period, you will not receive a money market dividend for that period. Schwab and the Schwab Sweep Money Fund's investment advisor may be voluntarily reducing a portion of a Schwab Sweep Money Fund's expenses. Without these reductions, yields would have been lower. **Securities Products and Services:** Securities products and services are offered by Charles Schwab & Co., Inc., Member SIPC. Securities products and services, including unswept intraday funds and net credit balances held in brokerage accounts are not deposits or other obligations of, or guaranteed by, any bank, are not FDIC insured, and are subject to investment risk and may lose value. SIPC does not cover balances held at Program Banks in the Bank Sweep and Bank Sweep for Benefit Plans features. **Short Positions:** Securities sold short will be identified with an "S" in Investment Detail. The market value of these securities will be expressed as a debit and will be netted against any long positions in Total Account Value. **Wire Transfers and Check Transactions:** If, upon prompt examination, you find that your records and ours disagree, or if you suspect that a wire transfer is unauthorized, a check or endorsement is altered or forged, or checks are missing or stolen, call us immediately at the Schwab Customer Service number listed on the front of this statement. If you do not so notify us in writing promptly, but in no event later than 10 days after we send or make available your statement to you, you agree that the statement activity and Account balance are correct for all purposes with respect to those transactions. You agree to cooperate with us in the investigation of your claim, including giving us an affidavit containing whatever reasonable information we require concerning your Account, the wire or check transaction, and the circumstances surrounding the loss. You agree that we have a reasonable period of time to investigate the facts and circumstances surrounding any claimed loss, and that we have no

**charles SCHWAB**

# Schwab Personal Choice Retirement Account® (PCRA) of

VANGUARD GROUP TTEE
OCHSNER CLINIC FNDN 401K ROTH
FBO LAURA ENTREKIN

Statement Period
August 1-31, 2024

## Terms and Conditions (continued)

obligation to provisionally credit your Account. **Yield to Maturity:** This is the actual average annual return on a note if held to maturity. **IN CASE OF QUESTIONS:** If you are a participant with a Schwab Personal Choice Retirement Account® (PCRA) and you have questions about this statement, or specific Schwab Account transactions, contact the dedicated Schwab PCRA Call Center at **888-393-PCRA (7272)**. If you are a Plan Trustee or Sponsor, please contact your Retirement Plan Service Provider shown on the cover page of this statement. **IN CASE OF ERRORS OR DISCREPANCIES IN BROKERAGE TRANSACTIONS:** If you find an error or discrepancy relating to your brokerage activity (other than an electronic funds transfer), you must notify us promptly, but no later than 10 days after this statement is sent or made available to you. If this statement shows that we have mailed or delivered security certificate(s) that you have not received, you should notify Schwab immediately. Any oral communications should be reconfirmed in writing to further protect your rights, including rights under the Securities Investor Protection Act (SIPA). If you do not so notify us, you agree that the statement activity and Account balance are correct for all purposes with respect to those brokerage transactions. **IN CASE OF COMPLAINTS:** If you have a complaint regarding your Schwab statement, products or services, please write to Client Service & Support at Charles Schwab & Co., Inc., P.O. Box 982603 El Paso, TX 79998-2603, or call customer service at **800-435-4000**. **Address Changes:**

If you fail to notify Schwab in writing of any change of address or phone number, you may not receive important notifications about your Account, and trading or other restrictions might be placed on your Account. **Additional Information:** We are required by law to report to the Internal Revenue Service certain adjusted cost basis information (if applicable) and plan disbursements issued at the client's direction during the calendar year. Schwab or an affiliate acts as the Investment Advisor, Transfer Agent, Shareholder Service Agent and Distributor for the Schwab Money Funds. Schwab or an affiliate is compensated by the Schwab Money Funds for acting in each of these capacities other than as Distributor. The amount of such compensation is disclosed in the prospectus. For accounts managed by CSIA or CSIM you are charged an asset-based fee which is described in the relevant disclosure brochure. Additional information will be provided upon written request. A financial statement for your inspection is available at Schwab's offices or a copy will be mailed to you upon written request. Any third-party trademarks appearing herein are the property of their respective owners. Charles Schwab & Co., Inc., Charles Schwab Bank, Charles Schwab Premier Bank, and Charles Schwab Trust Bank are separate but affiliated companies and subsidiaries of the Charles Schwab Corporation. © 2024 Charles Schwab & Co., Inc. ("Schwab"). All rights reserved. **Member SIPC.**
(O1PCRA) (1017-7MAX)

## Positions

 PCRA Trust ...054

☑ Group by Security Type  ☑ Condensed Table View

### Account Summary

| Total Accounts Value | Total Cash & Cash Invest | Total Market Value | Total Day Change | Total Cost Basis | Total Gain/Loss[3] |
|---|---|---|---|---|---|
| $5,192.12 | $0.00 | $5,192.12 | -$82.93 (-1.57%) | $49,025.48 | -$37,151.42 (-87.74%) |

### Positions Details *

| Symbol ↑ | | Name | Qty | Price | Price Chng | $ Mkt Val | $ Day Chng | Cost Basis | |
|---|---|---|---|---|---|---|---|---|---|
| **▼ Equities** | | | | | | | | | |
| 180634206 | ≡˅ | CLARITAS PHARMAC... | 111,218 | $0.00[4] | N/A | $0.11[4] | N/A | $9,080.66 | |
| 629999590 | ≡˅ | NEXT BRIDGE HYDR... | 5,101 | N/A | N/A | N/A | N/A | $6,681.94[2] | |
| ICBU | ≡˅ | IMD COS NC | 1,400,608 | $0.0033 | -$0.000075 | $4,622.01 | -$112.05 | $5,180.25 | |
| MMATQ | ≡˅ | META MATLS INC | 1,500 | $0.38 | +$0.01 | $570.00 | +$15.00 | $28,032.63 | |
| Total Equities | | | | | | $5,192.12 | -$97.05 | $49,025.48 | -$ |
| **▼ Cash & Money Market** | | | | | | | | | |
| Cash & Cash Investments[1] | | | | | | $0.00 | +$0.00 | — | |
| Total Cash & Money Market | | | | | | $0.00 | +$0.00 | N/A | |
| **Account Total** | | | | | | $5,192.12 | -$97.05 | $49,025.48 | -$ |

### Disclosures & Footnotes

Equities market data is provided from multiple sources including but not limited to Cboe One, Nasdaq Basic/Last Sale and the National Market System Plan.

For Mutual Funds, the Net Asset Value (NAV) is a daily calculation occurring after market close. This process may take 2 to 4 hours before a final NAV is displayed to t

Mutual fund values for Day Change and Price Change will be reset to zero approximately 4 hours before market open on Monday, and approximately 1 hour before ma Change and Price Change will appear if there is a valid value to present. If there is no quote, Day Change and/or Price Change values will show N/A.

Option quotes are delayed for non-paying professional users or clients of unknown status.

Options data is provided by the Options Price Reporting Authority.

Streaming quotes may update as frequently as once per second. Streaming may be disabled to maintain system performance.

* Streamed data includes Price, Price Change, 52 Week High, 52 Week Low and Volume.
Quantity, Market Value, Day Change, Gain/Loss, % of Account, Intrinsic Value, In the Money, Cost Basis, Margin Requirement, and Cost/Share update every 5 minute

To update your streaming preferences, go to Profile and then go to Streaming Quotes.

As your agreement for the receipt and use of market data provides, the securities markets (1) reserve all rights to the market data that they make available; (2) do not either to their negligence or to any cause beyond their reasonable control.

1. The Cash Balance or Total Cash value reflects the aggregate amount of your bank account(s), money market funds, unswept or intra-day cash, credit or debit balan at one or more FDIC-Insured banks (collectively, the "Program Banks"). Brokerage products and services (including unswept or intra-day cash, net credit or debit balan Co., Inc. (Member SIPC) are not deposits or obligations of the Program Banks, are subject to investment risk, are not FDIC insured, may lose value, and are not Prog Schwab Bank, SSB; Charles Schwab Premier Bank, SSB, and Charles Schwab Trust Bank are separate entities and are all affiliates of The Charles Schwab Corporat has been accrued since the last interest payment was made to your account.
2. Data for this holding has been edited.
3. The Real Time Gain/Loss calculation is provided for informational purposes only and is an estimate of your unrealized daily gains or losses. It does not include all th your tax gains or losses or for reporting these gains or losses on your tax return, and are not binding on the IRS.
4. The value reported may not reflect the current price.

(0423-3S3E, 1023-3N02)
Today's Date: 03:18 PM ET, 09/30/2024

Check the background of Charles Schwab or one of its investment professionals on FINRA'S BrokerCheck.

Lot Details: MMATQ - META MATLS INC

Cost Basis Calculator   Help   Export   Print

| Open Date | Quantity | Price | Cost/Share | Market Value | Cost Basis | Gain/Loss $ | Gain/Loss % | Holding Period |
|---|---|---|---|---|---|---|---|---|
| 02/08/2024 | 257 | $0.38 | $2.80 | $97.66 | $719.34 | -$621.68 | -86.42% | Short Term |
| 02/01/2024 | 4 | $0.38 | $3.70 | $1.52 | $14.80 | -$13.28 | -89.73% | Short Term |
| 01/25/2024 | 140.055126 | $0.38 | $5.80 | $53.22 | $811.71 | -$758.49 | -93.44% | Short Term |
| 01/24/2024 | 189.362136 | $0.38 | $5.90 | $71.96 | $1,116.41 | -$1,044.45 | -93.55% | Short Term |
| 01/24/2024 | 96.87271 | $0.38 | $5.90 | $36.81 | $571.12 | -$534.31 | -93.55% | Short Term |
| 01/24/2024 | 13.940464 | $0.38 | $5.85 | $5.30 | $81.51 | -$76.21 | -93.5% | Short Term |
| 01/12/2024 | 0.670503 | $0.38 | $6.23 | $0.25 | $4.18 | -$3.93 | -94.02% | Short Term |
| 01/11/2024 | 131.118418 | $0.38 | $6.15 | $49.82 | $806.82 | -$757.00 | -93.83% | Short Term |
| 12/01/2023 | 1.561172 | $0.38 | $10.28 | $0.59 | $16.05 | -$15.46 | -96.32% | Short Term |
| 11/28/2023 | 51.108362 | $0.38 | $8.40 | $19.42 | $429.50 | -$410.08 | -95.48% | Short Term |
| 11/02/2023 | 37.748334 | $0.38 | $11.74 | $14.34 | $443.21 | -$428.87 | -96.76% | Short Term |
| 10/20/2023 | 22.556931 | $0.38 | $18.98 | $8.57 | $428.16 | -$419.59 | -98% | Short Term |
| 10/05/2023 | 37.027793 | $0.38 | $22.06 | $14.07 | $816.96 | -$802.89 | -98.28% | Short Term |
| 08/10/2023 | 35.026291 | $0.38 | $22.41 | $13.31 | $785.05 | -$771.74 | -98.3% | Long Term |
| 08/10/2023 | 0.580436 | $0.38 | $23.41 | $0.22 | $13.59 | -$13.37 | -98.38% | Long Term |
| 08/10/2023 | 0.030023 | $0.38 | $23.32 | $0.01 | $0.70 | -$0.69 | -98.57% | Long Term |
| 08/01/2023 | 0.730548 | $0.38 | $24.50 | $0.28 | $17.90 | -$17.62 | -98.44% | Long Term |

| Date | Shares | Price | Cost | Value | Gain/Loss | % | Term |
|---|---|---|---|---|---|---|---|
| 07/27/2023 | 32.544428 | $0.38 | $21.27 | $12.37 | -$679.98 | -98.21% | Long Term |
| 07/27/2023 | 0.010008 | $0.38 | $20.98 | $0.00 | -$0.21 | -100% | Long Term |
| 07/13/2023 | 41.861421 | $0.38 | $19.07 | $15.91 | -$782.21 | -98.01% | Long Term |
| 07/13/2023 | 0.050038 | $0.38 | $18.99 | $0.02 | -$0.95 | -97.89% | Long Term |
| 07/13/2023 | 0.010008 | $0.38 | $18.98 | $0.00 | -$0.19 | -100% | Long Term |
| 06/29/2023 | 39.980009 | $0.38 | $19.98 | $15.19 | -$783.81 | -98.1% | Long Term |
| 06/29/2023 | 0.020015 | $0.38 | $19.99 | $0.01 | -$0.40 | -97.5% | Long Term |
| 06/28/2023 | 0.920691 | $0.38 | $19.29 | $0.35 | -$17.41 | -98.03% | Long Term |
| 06/15/2023 | 36.497395 | $0.38 | $21.89 | $13.87 | -$785.19 | -98.26% | Long Term |
| 05/31/2023 | 70.292762 | $0.38 | $24.78 | $26.71 | -$1,715.24 | -98.47% | Long Term |
| 05/18/2023 | 36.15714 | $0.38 | $22.10 | $13.74 | -$785.46 | -98.28% | Long Term |
| 05/08/2023 | 0.010008 | $0.38 | $20.98 | $0.00 | -$0.21 | -100% | Long Term |
| 05/04/2023 | 42.862173 | $0.38 | $18.65 | $16.29 | -$782.92 | -97.96% | Long Term |
| 05/02/2023 | -0.910684 | $0.38 | -$18.99 | -$0.35 | -$16.94 | -97.98% | Long Term |
| 04/21/2023 | 44.583465 | $0.38 | $18.99 | $16.94 | -$829.51 | -98% | Long Term |
| 04/18/2023 | 0.010008 | $0.38 | $21.98 | $0.00 | -$0.22 | -100% | Long Term |
| 04/13/2023 | 20.625482 | $0.38 | $38.55 | $7.84 | -$787.29 | -99.01% | Long Term |
| 04/13/2023 | 0.100075 | $0.38 | $39.47 | $0.04 | -$3.91 | -98.99% | Long Term |
| 03/29/2023 | 0.390293 | $0.38 | $42.81 | $0.15 | -$16.56 | -99.1% | Long Term |
| 03/29/2023 | 0.010008 | $0.38 | $42.97 | $0.00 | -$0.43 | -100% | Long Term |
| 03/23/2023 | 16.402312 | $0.36 | $46.71 | $6.23 | -$792.76 | -99.22% | Long Term |

| Date | Shares | Price | Value | Col6 | Col7 | Col8 | Term |
|---|---|---|---|---|---|---|---|
| 03/09/2023 | 14.080569 | $0.38 | $56.75 | $5.35 | $799.03 | -$793.68 | -99.33% | Long Term |
| 03/06/2023 | 0.28021 | $0.38 | $60.85 | $0.11 | $17.05 | -$16.94 | -99.35% | Long Term |
| 02/23/2023 | 12.539412 | $0.38 | $67.57 | $4.76 | $847.23 | -$842.47 | -99.44% | Long Term |
| 02/17/2023 | 12.199157 | $0.38 | $69.34 | $4.64 | $845.86 | -$841.22 | -99.45% | Long Term |
| 01/31/2023 | 0.050038 | $0.38 | $100.92 | $0.02 | $5.05 | -$5.03 | -99.6% | Long Term |
| 01/23/2023 | 0.070053 | $0.38 | $105.49 | $0.03 | $7.39 | -$7.36 | -99.59% | Long Term |
| 10/12/2022 | 1.761322 | $0.38 | $80.94 | $0.67 | $142.56 | -$141.89 | -99.53% | Long Term |
| 09/08/2022 | 0.020015 | $0.38 | $80.44 | $0.01 | $1.61 | -$1.60 | -99.38% | Long Term |
| 07/13/2022 | 8.68652 | $0.38 | $96.93 | $3.30 | $841.96 | -$838.66 | -99.61% | Long Term |
| 07/13/2022 | 0.050038 | $0.38 | $97.53 | $0.02 | $4.88 | -$4.86 | -99.59% | Long Term |
| 06/29/2022 | 9.997504 | $0.38 | $105.92 | $3.80 | $1,058.94 | -$1,055.14 | -99.64% | Long Term |
| 06/01/2022 | 0.990744 | $0.38 | $187.86 | $0.38 | $186.12 | -$185.74 | -99.8% | Long Term |
| 03/16/2022 | 0.020015 | $0.38 | $164.88 | $0.01 | $3.30 | -$3.29 | -99.7% | Long Term |
| 02/25/2022 | -0.010008 | $0.38 | -$174.86 | -$0.00 | -$1.75 | -$1.75 | -100% | Long Term |
| 02/08/2022 | 0.140105 | $0.38 | $162.81 | $0.05 | $22.81 | -$22.76 | -99.78% | Long Term |
| 10/07/2021 | 0.690518 | $0.38 | $500.62 | $0.26 | $345.69 | -$345.43 | -99.92% | Long Term |
| 07/29/2021 | 2.37178 | $0.38 | $354.73 | $0.90 | $841.33 | -$840.43 | -99.89% | Long Term |
| 07/14/2021 | 2.1316 | $0.38 | $394.70 | $0.81 | $841.35 | -$840.54 | -99.9% | Long Term |
| 06/15/2021 | 3.101928 | $0.38 | $325.31 | $1.18 | $1,009.10 | -$1,007.92 | -99.88% | Long Term |
| 06/15/2021 | 2.363374 | $0.38 | $325.73 | $0.90 | $769.83 | -$768.93 | -99.88% | Long Term |
| 05/19/2021 | 6.923947 | $0.36 | $147.24 | $2.63 | $1,019.45 | -$1,016.82 | -99.74% | Long Term |

| Date | Shares | Price | Cost | Proceeds | Gain/Loss | % | Term |
|---|---|---|---|---|---|---|---|
| 05/12/2021 | 0.04003 | $0.38 | $379.72 | $0.02 | -$15.20 | -$15.18 | -99.87% | Long Term |
| 05/05/2021 | 5.649941 | $0.38 | $144.75 | $2.15 | -$815.70 | -99.74% | Long Term |
| 04/23/2021 | 6.333104 | $0.38 | $134.33 | $2.41 | -$848.32 | -99.72% | Long Term |
| 04/20/2021 | 0.856643 | $0.38 | $124.19 | $0.33 | -$106.39 | -$106.06 | -99.69% | Long Term |
| 03/22/2021 | 3.63738 | $0.38 | $124.95 | $1.38 | -$454.48 | -$453.10 | -99.7% | Long Term |
| 03/22/2021 | 0.989743 | $0.38 | $122.61 | $0.38 | -$121.35 | -$120.97 | -99.69% | Long Term |
| 03/10/2021 | 0.195146 | $0.38 | $359.68 | $0.07 | -$70.19 | -$70.12 | -99.9% | Long Term |
| 02/24/2021 | 0.181486 | $0.38 | $161.67 | $0.07 | -$29.34 | -$29.27 | -99.76% | Long Term |
| **Total** | **1,500** | | $570.00 | $28,082.63 | -$27,512.63 | -97.97% | |

Note: table has been reconstructed; columns shown above include rows 05/12/2021 ($379.72 / $0.02 / -$15.20 / -$15.18 / -99.87%) and 05/05/2021 ($144.75 / $2.15 / -$817.85 / -$815.70 / -99.74%).