NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | | PROOF OF INTEREST |
|---|---|---|

Name of Debtor: Meta Materials Inc.

Case Number: 24-50792-hlb

1. Name and address of holder of the Equity Interest (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

Micayla Entrekin
17442 Melancon Road
Livingston LA 70754

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

☑ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

RECEIVED AND FILED
OCT - 8 2024
U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

Telephone Number: 1 (985) 705-9175

COURT USE ONLY

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

Account or other number by which Interest holder identifies Debtor: 28033313

Check here if this claim:
☐ replaces a previously filed Proof of Interest dated: _____
☐ amends a previously filed Proof of Interest dated: _____

2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:

The Vanguard Group
100 Vanguard Blvd
Malvern, PA 19355

Telephone Number: 1 (800) 662-2739

3. Date Equity Interest was acquired:
10/18/2022
1/10/2023
4/20/2023
5/26/2023

See attached for details

4. Total amount of member interest: 74 shares

5. Certificate number(s): _____

6. Type of Equity Interest:
Please indicate the type of Equity Interest you hold:
☑ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
☐ Check this box if your Equity Interest is based on anything else and describe that interest.
Description: _____

7. Supporting Documents: Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. Date-Stamped Copy: To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

9. Signature:
Check the appropriate box.
☑ I am the creditor.   ☐ I am the creditor's authorized agent. (Attach copy of power of attorney, if any.)   ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)   ☐ I am a guarantor, surety, endorser, or other codebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: Micayla Entrekin
Title: _____
Company: Address and telephone number (if different from notice address above): _____

(Signature) Micayla Entrekin    (Date) 10/04/2024

Telephone number: 1 (985) 705-9175    email: micaylaentrekin7890@gmail.com

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

# Vanguard®

Do Not Use For Account Transactions
PO BOX 3009
MONROE, WI 53566-8309

MICAYLA LOEGAN ENTREKIN
17442 MELANCON RD
LIVINGSTON LA 70754-3014

Assets listed in this statement are held by Vanguard Brokerage Services® (VBS), a division of Vanguard Marketing Corporation (VMC), member FINRA and SIPC. Summary data are provided solely as a service and are for informational purposes only.

June 30, 2024, quarter-to-date statement
View your statements online at vanguard.com.

Client Services: 800-662-2739

20240630 125354 RSBJMSJ6 404M 000000682886507 L

**Vanguard®**

Client Services: 800-662-2739

## Statement overview

**$223.34**
Total value of all accounts as of June 30, 2024

| Accounts | Value on 03/31/2024 | Value on 06/30/2024 |
|---|---|---|
| Micayla Loegan Entrekin— | | |
| **Roth IRA brokerage account** | **$227.66** | **$223.34** |

### Asset mix

| | | Value on 06/30/2024 |
|---|---|---|
| ■ 99.8% | Stocks | $222.98 |
| ■ 0.0% | Fixed Income | 0.00 |
| ■ 0.2% | Short-term reserves | 0.36 |
| ▦ 0.0% | Other | 0.00 |
| | | $223.34 |

Your asset mix percentages are based on your holdings as of the prior month-end.

# Vanguard®

Client Services: 800-662-2739

## Roth IRA brokerage account—XXXX3313

Micayla Loegan Entrekin

## Account overview

**Total account value as of June 30, 2024** **$223.34**

### Year-to-date income

| | |
|---|---|
| Taxable income | $0.00 |
| Nontaxable income | 0.00 |
| **Total** | **$0.00** |

### Retirement summary

| | |
|---|---|
| 2024 contributions | $0.00 |
| 2023 contributions | 178.00 |
| 2024 distributions | 0.00 |

## Balances and holdings for Vanguard Brokerage Account—XXXX3313

Your securities are held in your cash account, unless otherwise noted. This section only shows securities that were held in the account at the end of the time period indicated.

### Sweep program

| Name | Quantity | Price on 06/30/2024 | Balance on 03/31/2024 | Balance on 06/30/2024 |
|---|---|---|---|---|
| VANGUARD FEDERAL MONEY MARKET FUND 7-day SEC Yield: 5.30% | 0.3600 | $1.00 | $0.36 | $0.36 |
| **Total Sweep Balance** | | | **$0.36** | **$0.36** |

### Stocks

| Symbol | Name | Total cost | Quantity | Price on 06/30/2024 | Balance on 03/31/2024 | Balance on 06/30/2024 |
|---|---|---|---|---|---|---|
| KYNC | KYN CAPITAL GROUP INC | $3.21 | 255.0000 | $0.0009 | $0.12 | $0.24 |

June 30, 2024, quarter-to-date statement

**Vanguard**

Client Services: 800-662-2739

## Roth IRA brokerage account—XXXX3313

Micayla Loegan Entrekin

### Balances and holdings for Vanguard Brokerage Account—XXXX3313 continued

**Stocks** continued

| Symbol | Name | total cost | Quantity | Price on 06/30/2024 | Balance on 03/31/2024 | Balance on 06/30/2024 |
|---|---|---|---|---|---|---|
| MMAT | META MATERIALS INC NEW | 6,178.58 | 74.0000 | 3.0100 | 227.18 | 222.74 |
| — | NEXT BRIDGE HYDROCARBONS INC | — | 6,964.0000 | — | — | — |

**Total Est. annual income: $0.00; Est. yield: 0.00%**  $227.30  $222.98

Note: Securities that display "–" in the price column are unpriced and do not reflect in your portfolio value.

### Account activity for Vanguard Brokerage Account—XXXX3313

This section shows transactions that have settled by June 28, 2024.

**Income summary**

| | Dividends | Interest | Tax-exempt interest | Short-term capital gains | Long-term capital gains | Other income |
|---|---|---|---|---|---|---|
| June | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Year-to-date | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

### Completed transactions

If you had an adjustment to a dividend or interest payment from a previous month, the monthly amount shown under the Income Summary section of your brokerage statement may be overstated.

June 30, 2024, quarter-to-date statement

**Vanguard®**

Client Services: 800-662-2739

# Disclosures

**Cost basis information**

Vanguard is required to report cost basis information to the IRS for sales of covered securities in taxable (nonretirement) accounts. Covered securities are generally stock or mutual funds acquired on or after January 1, 2011 and 2012, respectively. Unless you select another method, we'll use the "first in, first out" (FIFO) accounting method for sales of stocks and exchange-traded funds (ETFs) and the "average cost" method for sales of mutual funds. For more cost basis information go to investor.vanguard.com/taxes/cost-basis

Summary cost basis information provided on this statement is for informational purposes only. You can review your cost basis information online before making investment decisions.

**Gain or loss.** The gain or loss realized by the sale or redemption, calculated by subtracting the cost from the proceeds. Gains and losses are generally short-term if the security was held a year or less, and long-term if held more than a year.

**For our brokerage clients**

Your brokerage cash and/or securities are held in custody by Vanguard Brokerage Services, a division of Vanguard Marketing Corporation, member FINRA and SIPC. Vanguard funds not held through your Vanguard Brokerage Services (VBS) account are held by The Vanguard Group, Inc., and are not protected by SIPC.

**I. General information and key terms**

**Advice.** Vanguard Brokerage Services doesn't provide tax, investment, or legal advisory services, and no one associated with Vanguard Brokerage Services is authorized to render such advice.

**Direct Participation Program (DPP) and Real Estate Investment Trust (REIT).** DPP and REIT securities are generally illiquid. The value of the security will be different than its purchase price. Any estimated value on your statement may not be realized when you seek to liquidate the security.

**Financial statement.** A Vanguard Brokerage financial statement is available for your inspection at any time upon request to Vanguard Brokerage Services.

**Free credit balance.** Any free credit balance carried for your account represents funds payable on demand, which, although properly accounted for on Vanguard Brokerage's books of record, aren't segregated and may be used in the conduct of its business to the extent permitted by law. Your settlement fund may be liquidated upon your request and the proceeds remitted to you.

**Dividend reinvestment.** When reinvesting dividends of eligible stocks, ETFs, and closed-end funds, Vanguard Brokerage Services combines cash distributions from the accounts of all clients who have requested reinvestment in the same security, and then uses that combined total to purchase additional shares of the security in the open market. The new shares are divided proportionately among the clients' accounts, in whole and fractional shares rounded to three decimal places. If the total purchase can't be completed in one trade, clients will receive shares purchased at the weighted average price paid by Vanguard Brokerage Services. Participants in our free dividend reinvestment program should refer to the "Completed transactions" area of the "Account activity for Vanguard Brokerage Account" section of their Vanguard statements for details of transaction history and dates.

For dividend reinvestment of mutual funds held in your brokerage account, the instructions are provided to the fund and the "settlement date" and "trade date" on your statement will generally represent the day the transaction is entered in your account record. Call Vanguard Brokerage Services with any questions.

**Reporting brokerage account discrepancies.** Promptly report in writing any inaccuracies or discrepancies in your Vanguard Brokerage account (including unauthorized trading) to Vanguard Brokerage Services. Any oral communication must be confirmed in writing to further protect your rights, including your rights under the Securities Investor Protection Act.

**Margin accounts.** If you maintain a margin account, this is a combined statement of your general account and a special memorandum account maintained for you under Regulation T issued by the Board of Governors of the Federal Reserve System. The permanent record of the separate account as required by Regulation T is available for your inspection upon request to Vanguard Brokerage Services. All securities must be held in your margin account. Note that purchases of open-end mutual funds and Vanguard ETFs® will settle in your cash account and after 30 days be moved into your margin account.

**Money market fund transactions.** Vanguard Brokerage Services may elect to send a monthly statement, in lieu of an immediate confirmation, for transactions executed pursuant to a periodic plan or an investment company plan, or executed in shares of any open-end registered money market mutual fund.

**Orphaned fractional share transactions.** Vanguard Brokerage Services may elect to send a monthly statement, in lieu of an immediate confirmation, for transactions executed to liquidate orphaned fractional share positions. Orphaned fractional share positions are fractional share positions

June 30, 2024, quarter-to-date statement

Page 5 of 8

**Vanguard®**

Client Services: 800-662-2739

held without a corresponding whole share position. Liquidations of these positions are executed by Vanguard Brokerage Services on a principal basis at the previous day's closing price, and the proceeds are credited to your account. No transaction fee is charged.

**Open orders.** A good-till-canceled (GTC) order will remain in effect for 60 calendar days after the business day on which the order was placed. If the 60th day falls during a weekend or on a holiday, the order will be canceled on the next business day before the markets open. GTC orders are automatically entered on a "do not reduce" (DNR) basis. The limit price won't be adjusted when a stock goes "ex-dividend." Orders for securities undergoing corporate actions such as, but not limited to, stock splits, stock dividends, special cash dividends, and spin-offs may be canceled before the market opening on the ex-dividend date of the corporate action. You must maintain records of all open orders. Be sure to review your open GTC orders periodically.

**Option accounts.** Information regarding commissions and charges related to the execution of an options transaction is provided in the transaction confirmation sent to you at the time of the transaction. These are also available upon request. You should advise us promptly of any changes in your investment objectives or financial situation.

**Tax information.** After year-end, Vanguard Brokerage Services is required to provide tax information to the IRS and other governmental authorities. At that time, you'll receive necessary information on the annual tax information statement; use that statement to prepare your tax filings. Note that certain types of assets typically need corrected tax forms.

**Trade execution.** Vanguard Brokerage Services may have acted as principal, agent, or both in the placement of trades for your account. Details are provided upon request to Vanguard Brokerage Services.

**Average pricing.** If average price transaction is indicated on this statement, details regarding the actual execution prices are available upon request to Vanguard Brokerage Services.

**When issued.** A short form of "when, as, and if issued." The term indicates a conditional transaction in a security authorized for issuance but not as yet actually issued. All "when issued" transactions are on an "if" basis, to be settled if and when the actual security is issued.

## II. Portfolio holdings

The net market value of the securities in your account, including short positions, is reflected in this statement on a trade-date basis at the close of the statement period. The market prices have been obtained from quotation services that we believe to be reliable; however, we can't guarantee their accuracy. Securities for which a price isn't available are marked " — " and are omitted from the total. Prices listed reflect quotations on the statement date. Current prices are listed to help you track your account and aren't suitable for tax purposes. Account balances provided on the statement are displayed in short-form using only two decimal places.

June 30, 2024, quarter-to-date statement

Please logon to your account at Vanguard.com to review your account balances. Accrued interest represents interest earned but not yet received. Fund data on vanguard.com is generally updated mid-month. Depending on when you log on, there may be a difference between the asset mix shown on your statement and the data shown online. There also may be a difference between your fund's actual asset allocation and its target allocation. For more information about your fund's target allocation, go to vanguard.com.

**Estimated values on statements.** Vanguard Brokerage Services relies on external vendors to provide estimated, periodic valuation and market-price information for securities listed in your account statement. From time to time, this information isn't available or isn't received in time for posting to your account statement. In this case, the valuation or market price on your statement is marked " — " and the security hasn't been valued for purposes of calculating account totals. For owners of auction-rate securities: If an estimated valuation is provided on your account statement for auction-rate securities, please note that due to market illiquidity, you may not be able to sell the security at or near the estimated valuation listed on your account statement.

The estimated annual income (EAI) and estimated yield (EY) figures are estimates and are for informational purposes only. EAI represents estimated income to be distributed by a specific position. EAI may be negative on short positions. EY represents the estimated yield of a specific position based on its EAI and current price. EY reflects only the income generated by an investment. It does not reflect changes in the investment's price, which may fluctuate. EAI and EY for certain types of securities includes return of principal or capital gains, in which case the EAI and EY is not limited to realizable income. Actual income and yield may be higher or lower than the estimated amounts. These figures should not be considered a forecast or guarantee of future results. They are computed using information from providers believed to be reliable; however, no assurance can be made as to the accuracy. Since interest and dividend rates are subject to change at any time and may be affected by current and future economic, political, and business conditions, they should not be relied on for making investment, trading, or tax decisions. The money market settlement fund 7 day SEC yield is calculated by annualizing its daily income distributions for the previous 7 days, which is not the same methodology for calculating EY for other positions held in your account(s). Calculation methodologies differ by security type. Certain security types estimate the annual yield based on historical actual income paid while others estimate future yield based on existing conditions. Please contact Vanguard Brokerage Services for current information regarding your investments and the current estimated valuations of your holdings.

**Vanguard®**

Client Services: 800-662-2739

**Asset mix for some funds recalculated by Vanguard.** If the "Asset mix" section of your "Statement overview" page has a footnote that reads "Recalculated values are included," the asset allocation breakdown of particular funds within your portfolio among stocks, bonds, and short-term reserves has been calculated using long positions, margin credit or debit balances; short positions have been excluded. Certain funds employ trading strategies, such as risk hedging, short selling, and use of leverage and derivatives, that could result in significant short positions that can't be displayed using a standard asset allocation pie chart. Exclusion of these short positions may have a significant impact on the "Asset mix" pie chart. For more information about the strategies or holdings of a particular fund, see the fund's prospectus.

**S&P Rating.** Copyright 2021, S&P Global Market Intelligence. Reproduction of S&P Credit Ratings ("Ratings") in any form is prohibited except with the prior written permission of S&P Global Market Intelligence (together with its affiliates, "S&P Global"). S&P Global does not guarantee the accuracy, completeness, timeliness or availability of any information, including Ratings, and is not responsible for any errors or omissions (negligent or otherwise), regardless of the cause, or for the results obtained from the use of Ratings. S&P Global shall not be liable for any damages, costs, expenses, legal fees, or losses (including lost income or lost profit and opportunity costs) in connection with any use of Ratings. Ratings are statements of opinions and are not statements of fact or recommendations to purchase, hold or sell securities. They do not address the market value of securities or the suitability of securities for investment purposes, and should not be relied on as investment advice.

June 30, 2024, quarter-to-date statement

Page 7 of 8

**Vanguard**

This page left blank intentionally.



Search

Your stock

# META MATERIALS INC NEW

Go to Holdings summary

Micayla Loegan Entrekin — Roth IRA Brokerage Account — 28033313

## MMATQ
### META MATERIALS INC NEW



### Your stock

**Balance**     Definitions    **Holding options**

| | | | |
|---|---|---|---|
| Current balance | $27.38 | Service | Status |
| Quantity | 74.000 | Dividends and capital gains | Fund    Edit |
| Price as of 09/30/2024 | $0.37 | Cost basis method | FIFO    View/Change |
| Previous-day value | $27.38 | | |
| Unrealized gain/loss | ↓ -$6,151.20 | | |

**Cost basis summary**

## Stock Snapshot

**Latest trade**

Last trade 09/30/2024, 3:51 p.m., ET

| Last traded price | $ Change | % Change | |
|---|---|---|---|
| $0.37 | ↓ $0.00 | ↓ 0.0% | Refresh |
| Bid | Ask | Size | Volume |
| $0.00 | $0.00 | 0x0 | 7,468 |

Prices Provided by Thomson Reuters, delayed at least 20 minutes. **Disclaimer**

**Latest news**

**Sector Update: Tech Stocks Advance Late Afternoon**
06/25/24 4:0 AM

**Sector Update: Tech Stocks Rise Tuesday Afternoon**
06/25/24 1:54 AM

**Update: Meta Materials, 2 Former CEOs Face Charges of Market Manipulation, Fraud, SEC Says**
06/25/24 12:31 PM

Meta Materials, Former CEOs Face Charges of Market Manipulation, Fraud, SEC Says

V.                                                                                    Search

## Cost basis – Unrealized gains/losses

Cost basis information may not be available for all accounts or holdings.

Search holdings

[ MMAT ]

Search your account holdings here. Use commas to separate search terms. Results will automatically show in the expanded table(s) below.

## Self-managed accounts



You have no unrealized gains or losses in this account.

### Micayla Loegan Entrekin — Roth IRA Brokerage Account — 28033313

| Symbol ▲ Name ◆ STOCKS: | Cost basis method ◆ | Quantity ◆ | Cost per share ◆ | Total cost ◆ | as of 09/30/2024 03:59 PM, ET Market value ◆ | Short term capital gain/loss ◆ | Long term capital gain/loss ◆ | Total capital gain/loss ◆ | Percent gain/loss ◆ |
|---|---|---|---|---|---|---|---|---|---|
| MMATQ META MATERIALS INC NEW | FIFO | 74.0000 | — | $6,178.58 | $27.38 | — | ↓ -$6,151.20 | ↓ -$6,151.20 | ↓ -99.56% |

Hide lot details

| Date acquired (noncovered shares) ▲ | | Quantity ◆ | Cost per share ◆ | Total cost ◆ | as of 09/30/2024 03:59 PM, ET Market value ◆ | Short term capital gain/loss ◆ | Long term capital gain/loss ◆ | Total capital gain/loss ◆ | Percent gain/loss ◆ |
|---|---|---|---|---|---|---|---|---|---|
| 10/18/2022 | | 66.7326 | $89.91 | $5,999.63 | $24.69 | — | ↓ -$5,974.94 | ↓ -$5,974.94 | ↓ -99.59% |
| 01/10/2023 | | 0.0101 | $109.90 | $1.11 | $0.00 | — | ↓ -$1.11 | ↓ -$1.11 | ↓ -99.66% |
| 04/20/2023 | | 0.0101 | $19.80 | $0.20 | $0.00 | — | ↓ -$0.20 | ↓ -$0.20 | ↓ -98.13% |
| 05/26/2023 | | 7.2472 | $24.51 | $177.64 | $2.68 | — | ↓ -$174.96 | ↓ -$174.96 | ↓ -98.49% |

Cost basis information is not updated and may be incomplete until a few business days after any sales, purchases, or adjustments.

Due to rounding, there may be a small difference (pennies) between the total amounts that appear on this page and your tax forms for each account.

Your "cost basis" related to any security you hold refers to the price you paid for that security and can be adjusted by items such as return of capital, commission, or transaction fees. Please visit our website for more detailed information on cost basis. When "covered" securities are sold, Vanguard reports the cost basis to you and the IRS; however, when "noncovered" securities are sold, Vanguard does not report the cost basis to the IRS. You are responsible for tracking and reporting the cost basis of your securities. In cases where the cost basis of a security is unknown,