NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | | PROOF OF INTEREST |
|---|---|---|

Name of Debtor: **MMAT**  
Case Number: **24-50792 hlb**

1. Name and address of holder of the Equity Interest (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

   Michelle Brient
   33561 Via De Agua
   S.J.C. CA 92675

   Telephone Number: 949-230-3412

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

☐ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

**COURT USE ONLY**

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

Account or other number by which Interest holder identifies Debtor:

Check here if this claim:
☐ replaces a previously filed Proof of Interest dated: _____
☐ amends a previously filed Proof of Interest dated: _____

2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:
   Michelle Brient (Individual)
   Michelle Brient (Roth IRA)
   Telephone Number: 949-230-3412

3. Date Equity Interest was acquired: ~~09/23/2024~~
   Various Dates
   See Attached

4. Total amount of member interest: **8445 sh**

5. Certificate number(s): Shares held at Charles Schwab and AST

6. Type of Equity Interest:
   Please indicate the type of Equity Interest you hold:
   ☐ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
   ☒ Check this box if your Equity Interest is based on anything else and describe that interest:
   Description: Shareholder (Individual shares are held at AST and Roth Ira shares are held at Charles Schwab)

7. Supporting Documents: Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
   DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. Date-Stamped Copy: To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

9. Signature:
   Check the appropriate box.
   ☒ I am the creditor.    ☐ I am the creditor's authorized agent.    ☐ I am the trustee, or the debtor,    ☐ I am a guarantor, surety, endorser, or other codebtor.
   Shareholder (Attach copy of power of attorney, if any.)    or their authorized agent.    (See Bankruptcy Rule 3005.)
   (See Bankruptcy Rule 3004.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: Michelle Brient
Title: Shareholder
Company:__ Address and telephone number (if different from notice address above):
33561 Via De Aqya San Juan Capistrano CA 92675

(Signature)    10/1/24  (Date)

Telephone number: 949-230-3412    email:

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

Attn: BK Court of NV
Case # 24-50792

Please find enclosed my claim as a shareholder of MMAT shares. I hold two accounts: one with Charles Schwab in a Roth IRA and another directly registered with the transfer agent AST/ Equiniti.

I urge the court to investigate or allow for the investigation of possible illegal activities, including naked short selling and counterfeiting of MMAT shares. Additionally, I request that potential illegal activities by the board of directors be examined.

Furthermore, I respectfully request that the court allow George Palakaris, the founder and former CEO who was forcefully removed, to provide information regarding any illegal activities that may have occurred following his removal.

These actions have been detrimental to the downfall of MMAT and have caused significant financial harm to all shareholders.

Thank you for your attention to this matter.

Sincerely,

Michelle Brient



Operations Center
PO Box 500
Newark, NJ 07101
astfinancial.com,
help@astfinancial.com
(800) 937-5449

September 29, 2024

*Individual*

MICHELLE LYNN BRIENT
33561 VIA DE AGUA
SAN JUAN CAPISTRANO CA 92675

Registration:   MICHELLE LYNN BRIENT
Company:        META MATERIALS INC (NEW)
Account:        27756 - 0000010202
To Whom It May Concern:

As of Sunday, September 29, 2024, the open holdings in META MATERIALS INC (NEW) account number 0000010202 are:

**Certificates:**

| Certificate Number | Issuance Date | Amount |
|---|---|---|
| Total Shares | | 0.000 |

If you are not in possession of any of the certificates listed, notify us immediately by reporting them lost or stolen on our website or in writing to the AST address above – Attn: Lost Securities. Please include the missing certificate number(s).

**Book Entry/DRS Shares (electronically held)**

| DRS Number | Issuance Date | Amount |
|---|---|---|
| BK*0000225 | 01-Aug-2024 | 145.000 |
| BK*0000229 | 04-Sep-2024 | 142.000 |
| Total Shares | | 287.000 |

*Plus 2 shares left at Charles Schwab Individual Account*

**Dividend Reinvestment or Direct Stock Purchase Shares**
Total Shares    0.000

**Total Market Value:**  As of 27-Sep-2024  $152.11

Share prices are as of close of business the business day preceding this letter and are provided by a third party. AST does not guarantee the accuracy of such information and neither AST nor its provider will be liable for any informational errors, or for any actions taken in reliance on such prices.

Sincerely,
AST Shareholder Services

insactions found from 10/04/2020 to 10/04/2024

| Date ▼ | Action | Symbol / Description | Quantity | Price | Fees & Comm | Amount |
|---|---|---|---|---|---|---|
| 08/02/2024 | Journal | MMAT META MATLS INC | -145 | | | |
| 08/02/2024 | Journal | MMAT META MATLS INC | 145 | | | |
| 08/01/2024 | Delivered | MMAT META MATLS INC | -145 | | | |
| 07/30/2024 | Journal | MMAT META MATLS INC | -145 | | | |
| 07/30/2024 | Journal | MMAT META MATLS INC | 145 | | | |
| 07/29/2024 | Journal | MMAT META MATLS INC | -145 | | | |
| 07/29/2024 | Journal | MMAT META MATLS INC | 145 | | | |
| 06/05/2024 | Buy | MMAT META MATLS INC | 15 | $3.3692 | | -$50.5 |
| 06/04/2024 | Buy | MMAT META MATLS INC | 20 | $3.9899 | | -$79.8 |

| Date | Action | Symbol / Description | Quantity | Price | Fees & Comm | Amount |
|---|---|---|---|---|---|---|
| 05/31/2024 | Buy | MMAT META MATLS INC | 30 | $3.9748 | | -$119.2 |
| 05/21/2024 | Buy | MMAT META MATLS INC | 25 | $3.39 | | -$84.7 |
| 05/20/2024 | Buy | MMAT META MATLS INC | 50 | $2.47 | | -$123.5 |
| 05/07/2024 | Buy | MMAT META MATLS INC | 20 | $2.35 | | -$47.0 |
| 01/29/2024 | Reverse Split | MMAT META MATLS INC | 129 | | | |
| 01/24/2024 | Buy | MMAT META MATLS INC | 2,900 | $0.0569 | | -$165.0 |
| 12/11/2023 | Buy | MMAT META MATLS INC | 1,000 | $0.0699 | | -$69.9 |
| 12/06/2023 | Buy | MMAT META MATLS INC | 2,500 | $0.05 | | -$125.0 |
| 11/22/2023 | Buy | MMAT META MATLS INC | 1,000 | $0.08 | | -$80.0 |
| 11/06/2023 | Journaled Shares | MMAT TDA TRAN - TRANSFER OF SECURITY OR | -5,500 | | | |

| Date ▼ | Action | Symbol / Description | Quantity | Price | Fees & Comm | Amount |
|---|---|---|---|---|---|---|
| | | OPTION OUT (MMAT) | | | | |
| 11/06/2023 | Internal Transfer | MMAT META MATLS INC | 5,500 | | | |
| 10/31/2023 | Buy | MMAT TDA TRAN - Bought 500 (MMAT) @0.1239 | 500 | $0.1239 | | -$61.9 |
| 10/18/2023 | Buy | MMAT TDA TRAN - Bought 2500 (MMAT) @0.2012 | 2,500 | $0.2012 | | -$503.0 |
| 10/17/2023 | Buy | MMAT TDA TRAN - Bought 1754 (MMAT) @0.2064 | 1,754 | $0.2064 | | -$362.0 |
| 10/17/2023 | Buy | MMAT TDA TRAN - Bought 746 (MMAT) @0.2065 | 746 | $0.2065 | | -$154.0 |

Page Total: -$2,025.77

a-day transactions are subject to change.

kerage Account Balances are from the previous market close, but also may include new activity that will be posted to r account at after market close. Balances are subject to change.

ik sweep information can be found on your Statements. Current Balance bank sweep information can be found on th ances page.

23-3U5Y, 0924-CLCV)



Roth Contributory IRA of

MICHELLE LYNN BRIENT
CHARLES SCHWAB & CO INC CUST
ROTH CONTRIBUTORY IRA

Account Nickname
Roth

Statement Period
August 1-31, 2024

## Positions - Equities

| Symbol | Description | Quantity | Price($) | Market Value($) | Cost Basis($) | Unrealized Gain/(Loss)($) | Est. Yield | Est. Annual Income($) | % of Acct |
|---|---|---|---|---|---|---|---|---|---|
| GANX | GAIN THERAPEUTICS INC | 160.0000 | 1.09000 | 174.40 | 702.24 | (527.84) | N/A | 0.00 | 22% |
| GNS | GENIUS GROUP LTD    F | 407.0000 | 0.96520 | 392.84 | 2,659.69 | (2,266.85) | N/A | 0.00 | 48% |
| GTII | GLOBAL TECH INDS GP | 4,755.0000 | 0.03000 | 142.65 | 4,145.28 | (4,002.63) | N/A | 0.00 | 18% |
|  | GLOBAL TECH INDS GP | 190.0000 | 0.03000 | 5.70 | N/A | N/A | N/A | 0.00 | <1% |
| MMATQ | META MATLS INC | 202.0000 | 0.45000 | 90.90 | 5,471.98 | (5,381.08) | N/A | 0.00 | 11% |
| **Total Equities** |  |  |  | **$806.49** | **$12,979.19** | **($12,178.40)** |  | **$0.00** | **100%** |

## Positions - Unpriced Securities

| Symbol | Description | Quantity | Price($) | Market Value($) | Cost Basis($) | Unrealized Gain/(Loss)($) | Est. Yield | Est. Annual Income($) |
|---|---|---|---|---|---|---|---|---|
|  | NEXT BRIDGE HYDROCARBONS | 460.0000 |  |  | 1,210.45 | N/A |  |  |
| **Total Unpriced Securities** |  |  |  | **$0.00** | **$1,210.45** | **$0.00** |  | **$0.00** |

Estimated Annual Income ("EAI") and Estimated Yield ("EY") calculations are for informational purposes only. The actual income and yield might be lower or higher than the estimated amounts. EY is based upon EAI and the current price of the security and will fluctuate. For certain types of securities, the calculations could include a return of principal or capital gains in which case EAI and EY would be overstated. EY and EAI are not promptly updated to reflect when an issuer has missed a regular payment or announced changes to future payments, in which case EAI and EY will continue to display at a prior rate.

## Transactions - Summary

| Beginning Cash* as of 08/01 | + | Deposits | + | Withdrawals | + | Purchases | + | Sales/Redemptions | + | Dividends/Interest | + | Expenses | = | Ending Cash* as of 08/31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| $2.28 |  | $0.00 |  | $0.00 |  | ($0.89) |  | $2.36 |  | $0.00 |  | $0.00 |  | $3.75 |

Other Activity  $0.00      Other activity includes transactions which don't affect the cash balance such as stock transfers, splits, etc.

*Cash (includes any cash debit balance) held in your account plus the value of any cash invested in a sweep money fund.

## Transaction Details

| Date | Category | Action | Symbol/CUSIP | Description | Quantity | Price/Rate per Share($) | Charges/Interest($) | Amount($) | Realized Gain/(Loss)($) |
|---|---|---|---|---|---|---|---|---|---|
| 08/12 | Sale |  | MMAT | META MATLS INC | (2.0000) | 0.8900 |  | 1.78 | (947.76) (LT) |

insactions found from 10/04/2020 to 10/04/2024

| Date ▼ | Action | Symbol / Description | Quantity | Price | Fees & Comm | Amoui |
|---|---|---|---|---|---|---|
| 08/09/2024 | Sell | MMAT META MATLS INC | 2 | $0.89 | | $1.7 |
| 08/09/2024 | Buy | MMAT META MATLS INC | 1 | $0.8899 | | -$0.8 |
| 02/07/2024 | Buy | MMAT META MATLS INC | 99 | $2.9489 | | -$291.9 |
| 02/06/2024 | Buy | MMAT META MATLS INC | 1 | $2.95 | | -$2.9 |
| 01/29/2024 | Reverse Split | MMAT META MATLS INC | 103 | | | |
| 01/23/2024 | Buy | MMAT META MATLS INC | 1,500 | $0.0667 | | -$100.0 |
| 01/17/2024 | Buy | MMAT META MATLS INC | 1,000 | $0.0837 | | -$83.7 |
| 11/06/2023 | Journaled Shares | MMAT TDA TRAN - TRANSFER OF SECURITY OR OPTION OUT (MMAT) | -7,720 | | | |

| Date ▼ | Action | Symbol / Description | Quantity | Price | Fees & Comm | Amount |
|---|---|---|---|---|---|---|
| 11/06/2023 | Internal Transfer | MMAT META MATLS INC | 7,720 | | | |
| 10/12/2023 | Buy | MMAT TDA TRAN - Bought 155 (MMAT) @0.2167 | 155 | $0.2167 | | -$33.5 |
| 07/31/2023 | Buy | MMAT TDA TRAN - Bought 400 (MMAT) @0.2673 | 400 | $0.2673 | | -$106.9 |
| 05/31/2023 | Buy | MMAT TDA TRAN - Bought 500 (MMAT) @0.2198 | 500 | $0.2198 | | -$109.9 |
| 05/16/2023 | Buy | MMAT TDA TRAN - Bought 500 (MMAT) @0.2046 | 500 | $0.2046 | | -$102.3 |
| 04/21/2023 | Buy | MMAT TDA TRAN - Bought 500 (MMAT) @0.1920 | 500 | $0.192 | | -$96.0 |
| 04/14/2023 | Buy | MMAT TDA TRAN - Bought 500 (MMAT) @0.2160 | 500 | $0.216 | | -$108.0 |

| Date | Action | Symbol / Description | Quantity | Price | Fees & Comm | Amount |
|---|---|---|---|---|---|---|
| 04/14/2023 | Buy | MMAT<br>TDA TRAN - Bought 500 (MMAT) @0.2100 | 500 | $0.21 | | -$105.0 |
| 04/12/2023 | Buy | MMAT<br>TDA TRAN - Bought 295 (MMAT) @0.3926 | 295 | $0.3926 | | -$115.8 |
| 04/12/2023 | Buy | MMAT<br>TDA TRAN - Bought 250 (MMAT) @0.3751 | 250 | $0.3751 | | -$93.7 |
| 04/06/2023 | Buy | MMAT<br>TDA TRAN - Bought 200 (MMAT) @0.4186 | 200 | $0.4186 | | -$83.7 |
| 04/03/2023 | Buy | MMAT<br>TDA TRAN - Bought 250 (MMAT) @0.4396 | 250 | $0.4396 | | -$109.9 |
| 03/15/2023 | Buy | MMAT<br>TDA TRAN - Bought 200 (MMAT) @0.5171 | 200 | $0.5171 | | -$103.4 |
| 03/01/2023 | Buy | MMAT<br>TDA TRAN - Bought 825 | 825 | $0.60 | | -$495.0 |

| Date ▼ | Action | Symbol / Description | Quantity | Price | Fees & Comm | Amount |
|---|---|---|---|---|---|---|
| | | (MMAT)<br>@0.6000 | | | | |
| 02/23/2023 | Buy | MMAT<br>TDA TRAN -<br>Bought 220<br>(MMAT)<br>@0.6700 | 220 | $0.67 | | -$147.4 |
| 02/17/2023 | Buy | MMAT<br>TDA TRAN -<br>Bought 145<br>(MMAT)<br>@0.7000 | 145 | $0.70 | | -$101.5 |
| 02/15/2023 | Buy | MMAT<br>TDA TRAN -<br>Bought 140<br>(MMAT)<br>@0.7300 | 140 | $0.73 | | -$102.2 |
| 02/13/2023 | Buy | MMAT<br>TDA TRAN -<br>Bought 200<br>(MMAT)<br>@0.7579 | 200 | $0.7579 | | -$151.5 |
| 02/06/2023 | Buy | MMAT<br>TDA TRAN -<br>Bought 270<br>(MMAT)<br>@0.9300 | 270 | $0.93 | | -$251.1 |
| 01/26/2023 | Buy | MMAT<br>TDA TRAN -<br>Bought 110<br>(MMAT)<br>@1.0300 | 110 | $1.03 | | -$113.3 |
| 11/21/2022 | Buy | MMAT | 350 | $2.1699 | | -$759.4 |

| Date ▼ | Action | Symbol / Description | Quantity | Price | Fees & Comm | Amount |
|---|---|---|---|---|---|---|
|  |  | TDA TRAN - Bought 350 (MMAT) @2.1699 |  |  |  |  |
| 11/10/2022 | Buy | MMAT<br>TDA TRAN - Bought 20 (MMAT) @1.2850 | 20 | $1.285 |  | -$25.7 |
| 11/08/2022 | Buy | MMAT<br>TDA TRAN - Bought 70 (MMAT) @1.5750 | 70 | $1.575 |  | -$110.2 |
| 10/25/2022 | Buy | MMAT<br>TDA TRAN - Bought 105 (MMAT) @0.9604 | 105 | $0.9604 |  | -$100.8 |
| 06/17/2022 | Buy | MMAT<br>TDA TRAN - Bought 75 (MMAT) @1.4354 | 75 | $1.4354 |  | -$107.6 |
| 05/13/2022 | Buy | MMAT<br>TDA TRAN - Bought 75 (MMAT) @1.3350 | 75 | $1.335 |  | -$100.1 |
| 05/12/2022 | Buy | MMAT<br>TDA TRAN - Bought 45 (MMAT) @1.2300 | 45 | $1.23 |  | -$55.3 |

| Date ▼ | Action | Symbol / Description | Quantity | Price | Fees & Comm | Amount |
|---|---|---|---|---|---|---|
| 04/28/2022 | Buy | MMAT TDA TRAN - Bought 40 (MMAT) @1.2200 | 40 | $1.22 | | -$48.8 |
| 04/22/2022 | Buy | MMAT TDA TRAN - Bought 11 (MMAT) @1.2750 | 11 | $1.275 | | -$14.0 |
| 04/22/2022 | Buy | MMAT TDA TRAN - Bought 40 (MMAT) @1.2749 | 40 | $1.2749 | | -$51.0 |
| 04/08/2022 | Buy | MMAT TDA TRAN - Bought 43 (MMAT) @1.5196 | 43 | $1.5196 | | -$65.3 |
| 03/16/2022 | Buy | MMAT TDA TRAN - Bought 55 (MMAT) @1.7350 | 55 | $1.735 | | -$95.4 |
| 03/16/2022 | Buy | MMAT TDA TRAN - Bought 4 (MMAT) @1.7050 | 4 | $1.705 | | -$6.8 |
| 03/08/2022 | Buy | MMAT TDA TRAN - Bought 12 | 12 | $1.625 | | -$19.5 |

| Date ▼ | Action | Symbol / Description | Quantity | Price | Fees & Comm | Amount |
|---|---|---|---|---|---|---|
|  |  | (MMAT) @1.6250 |  |  |  |  |
| 02/07/2022 | Buy | MMAT<br>TDA TRAN - Bought 85 (MMAT) @1.7000 | 85 | $1.70 |  | -$144.5 |
| 02/02/2022 | Buy | MMAT<br>TDA TRAN - Bought 75 (MMAT) @1.8000 | 75 | $1.80 |  | -$135.0 |
| 02/02/2022 | Buy | MMAT<br>TDA TRAN - Bought 200 (MMAT) @1.9499 | 200 | $1.9499 |  | -$389.9 |
| 11/23/2021 | Buy | MMAT<br>TDA TRAN - Bought 30 (MMAT) @3.7053 | 30 | $3.7053 |  | -$111.1 |
| 11/16/2021 | Buy | MMAT<br>TDA TRAN - Bought 20 (MMAT) @4.4450 | 20 | $4.445 |  | -$88.9 |
| 11/04/2021 | Buy | MMAT<br>TDA TRAN - Bought 110 (MMAT) @4.9067 | 110 | $4.9067 |  | -$539.7 |
| 10/25/2021 | Buy | MMAT | 45 | $4.649 |  | -$209.2 |

| Date ▼ | Action | Symbol / Description | Quantity | Price | Fees & Comm | Amount |
|---|---|---|---|---|---|---|
| | | TDA TRAN - Bought 45 (MMAT) @4.6490 | | | | |
| 10/25/2021 | Buy | MMAT TDA TRAN - Bought 50 (MMAT) @4.6550 | 50 | $4.655 | | -$232.7 |

Page Total: **-$6,419.74**

a-day transactions are subject to change.

kerage Account Balances are from the previous market close, but also may include new activity that will be posted to r account at after market close. Balances are subject to change.

ık sweep information can be found on your Statements. Current Balance bank sweep information can be found on th ances page.

23-3U5Y, 0924-CLCV)

**ıkerage Products: Not FDIC Insured • No Bank Guarantee • May Lose ue**

Charles Schwab Corporation provides a full range of brokerage, banking and ncial advisory services through its operating subsidiaries. Its broker-dealer sidiary, Charles Schwab & Co. Inc. (Member SIPC), and its affiliates offer ıstment services and products. Its banking subsidiary, Charles Schwab Bank, ł (member FDIC and an Equal Housing Lender), provides deposit and lending rices and products. This site is designed for U.S. residents. Non-U.S. residents subject to country-specific restrictions. Learn more about our services for non-Residents , Charles Schwab Hong Kong clients , Charles Schwab UK clients. © 4 Charles Schwab & Co., Inc. All rights reserved. Member SIPC. Unauthorized ess is prohibited. Usage will be monitored.

Account: ...24
Today's Date: 12:43 PM E
10/04/202