NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | **PROOF OF INTEREST** |
|---|---|

| Name of Debtor:<br>**META MATERIALS INC.** | Case Number:<br>**24-50792** | |
|---|---|---|

| 1. Name and address of holder of the Equity Interest (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"): | ☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars. | |
|---|---|---|

**Michael Edward Satterfield**
**1208 SW 2nd Ct Apt 3**
**Fort Lauderdale, FL 33312**

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

■ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

Telephone Number: **954-699-7989**

COURT USE ONLY

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

| Account or other number by which Interest holder identifies Debtor:<br>1529-1318,2717-4323,9528-0844,6591-5093,4009-6252 | Check here if this claim:<br>☐ replaces a previously filed Proof of Interest dated: _____<br>☐ amends a previously filed Proof of Interest dated: _____ |
|---|---|

| 2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:<br>Charles Schwab & Co., Inc. Omaha Operations Center 200 S 108th Ave Omaha, NE 68154<br>Telephone Number: **877-519-1403** | 3. Date Equity Interest was acquired:<br>**Various - See Attachments** |
|---|---|

| 4. Total amount of member interest: **2602** | 5. Certificate number(s): **N/A -- Held electronically** |
|---|---|

6. Type of Equity Interest:
Please indicate the type of Equity Interest you hold:
☐ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
■ Check this box if your Equity Interest is based on anything else and describe that interest:
Description: Stock Holder

7. **Supporting Documents:** Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. **Date-Stamped Copy:** To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

9. Signature:
Check the appropriate box.
■ I am the creditor.    ☐ I am the creditor's authorized agent.    ☐ I am the trustee, or the debtor,    ☐ I am a guarantor, surety, endorser, or other codebtor.
(Attach copy of power of attorney, if any.)    or their authorized agent.    (See Bankruptcy Rule 3005.)
(See Bankruptcy Rule 3004.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: **Michael Edward Satterfield**
Title: **Mr.**
Company: ___ Address and telephone number (if different from notice address above): 

(Signature)                    (Date) **10/12/2024**

Telephone number: **954-699-7989**    email: **mikes4550 earthlink.net**

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*



**charles SCHWAB**

Roth Contributory IRA of

MICHAEL EDWARD SATTERFIELD
CHARLES SCHWAB & CO INC CUST
ROTH CONTRIBUTORY IRA

0930-00000-ID21516O7-161306 *1 #1

Visit us online at schwab.com
and benefits of this statement.
Visit schwab.com/stmt to explore the features

**Online Assistance**

Charles Schwab & Co., Inc. Member SIPC.
disclosures are at schwab.com/transparency.
Client Relationship Summaries and Best Interest
**Commitment to Transparency**

archived up to 10 years online.
visit schwab.com/login. Statements are
For the most current records on your account

24/7 Customer Service
1-800-435-4000
Call your Schwab Representative
**Customer Service and Trading:**

**Manage Your Account**

MICHAEL EDWARD SATTERFIELD
CHARLES SCHWAB & CO INC CUST
ROTH CONTRIBUTORY IRA
1208 SW 2ND CT.
APT. 3
FORT LAUDERDALE FL       33312-1622

Account Number
⬤-6252

Statement Period
September 1-30, 2024

## Account Summary

| Ending Account Value as of 09/30 | Beginning Account Value as of 09/01 |
|---|---|
| $411.44 | $432.20 |



| | This Statement | YTD |
|---|---|---|
| Beginning Value | $432.20 | $2,033.76 |
| Deposits | 0.00 | 0.00 |
| Withdrawals | 0.00 | 0.00 |
| Dividends and Interest | 0.12 | 1.07 |
| Transfer of Securities | 0.00 | 0.00 |
| Market Appreciation/(Depreciation) | (20.88) | (1,623.39) |
| Expenses | 0.00 | 0.00 |
| **Ending Value** | **$411.44** | **$411.44** |

Account Ending Value reflects the market value of your cash and investments. It does not include pending
transactions, unpriced securities or assets held outside Schwab's custody.

**charles SCHWAB**

## Roth Contributory IRA of

MICHAEL EDWARD SATTERFIELD
CHARLES SCHWAB & CO INC CUST
ROTH CONTRIBUTORY IRA

Statement Period
September 1-30, 2024

## Asset Allocation

$411.44

| | This Period Allocation | Current Period Allocation |
|---|---|---|
| ■ Cash and Cash Investments | 314.87 | 77% |
| ■ Equities | 96.57 | 23% |
| **Total** | **$411.44** | **100%** |

## Top Account Holdings This Period

| SYMBOL CUSIP | Description | Market Value | % of Accounts |
|---|---|---|---|
| MMATQ | CHARLES SCHWAB BANK | 314.87 | 77% |
| | META MATLS INC | 96.57 | 23% |

## Gain or (Loss) Summary

| | All Positions | | |
|---|---|---|---|
| | Gain | (Loss) | Net |
| This Period | 0.00 | 0.00 | 0.00 |
| YTD | 0.00 | 0.00 | 0.00 |
| **Unrealized** | | | **($49,571.43)** |

## Income Summary

| | This Period | YTD |
|---|---|---|
| Bank Sweep Interest | 0.12 | 1.07 |
| **Total Income** | **$0.12** | **$1.07** |

### Retirement Details

| Contributions | 2023 | 2024 |
|---|---|---|
| **Total YTD ($)** | **0.00** | **0.00** |



Dollars ($)  (Jan–Dec bar chart; Sep 0.12)

Values may not reflect all of your gains/losses; Schwab has provided accurate gain and loss information wherever possible for most investments. Cost basis may be incomplete or unavailable for some of your holdings and may change or be adjusted in certain cases. Please login to your account at Schwab.com for real-time gain/loss information. Statement information should not be used for tax preparation, instead refer to official tax documents. For additional information refer to Terms and Conditions.

## A Message About Your Account

### Statement of Financial Condition

The most recent statement of financial condition for Charles Schwab & Co., Inc. (CS&Co) may be obtained at no cost at http://www.schwab.com/legal/financials or by calling 1-800-435-4000. For clients of independent investment advisors, contact Schwab Alliance at 1-800-647-5465. International clients, call +1-415-667-7870 and Charles Schwab Hong Kong clients, call +852-2101-0500. At June 30, and July 31, 2024, CS&Co had net capital of $8.8 billion and $9.0 billion, respectively, and a net capital requirement of $1.7 billion and $1.8



# Roth Contributory IRA of

MICHAEL EDWARD SATTERFIELD
CHARLES SCHWAB & CO INC CUST
ROTH CONTRIBUTORY IRA

Statement Period
September 1-30, 2024

## A Message About Your Account (continued)

billion, respectively. A copy of the report may be requested via: Investor Relations, 211 Main Street, San Francisco, CA 94105. Independent investment advisors are not owned by, affiliated with, or supervised by CS&Co.

## Positions - Summary

| Beginning Value as of 09/01 | + | Transfer of Securities(In/Out) | + | Dividends Reinvested | + | Cash Activity | + | Change in Market Value | = | Ending Value as of 09/30 | Cost Basis | Unrealized Gain/(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| $432.20 | | $0.00 | | $0.00 | | $0.12 | | ($20.88) | | $411.44 | $49,668.00 | ($49,571.43) |

Values may not reflect all of your gains/losses; Schwab has provided accurate gain and loss information wherever possible for most investments. Cost basis may be incomplete or unavailable for some of your holdings and may change or be adjusted in certain cases. Statement information should not be used for tax preparation, instead refer to official tax documents. For additional information refer to Terms and Conditions.

## Cash and Cash Investments

| Type | Symbol | Description | Quantity | Price($) | Beginning Balance($) | Ending Balance($) | Cost Basis($) | Change in Period Balance($) | Pending/Unsettled Cash($) | Interest/ Yield Rate | % of Acct |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Bank Sweep | | CHARLES SCHWAB BANK<sup>X,2</sup> | | | 314.75 | 314.87 | | 0.12 | | 0.20% | |
| **Total Cash and Cash Investments** | | | | | **$314.75** | **$314.87** | | **$0.12** | | | **77%** |

## Positions - Equities

| Symbol | Description | Quantity | Price($) | Market Value($) | Cost Basis($) | Unrealized Gain/(Loss)($) | Est. Yield | Est Annual Income($) | % of Acct |
|---|---|---|---|---|---|---|---|---|---|
| MMATQ | META MATLS INC | 261.0000 | 0.37000 | 96.57 | 49,668.00 | (49,571.43) | N/A | 0.00 | 23% |
| **Total Equities** | | | | **$96.57** | **$49,668.00** | **($49,571.43)** | | **$0.00** | **23%** |

Estimated Annual Income ("EAI") and Estimated Yield ("EY") calculations are for informational purposes only. The actual income and yield might be lower or higher than the estimated amounts. EY is based upon EAI and the current price of the security and will fluctuate. For certain types of securities, the calculations could include a return of principal or capital gains in which case EAI and EY would be overstated. EY and EAI are not promptly updated to reflect when an issuer has missed a regular payment or announced changes to future payments, in which case EAI and EY will continue to display at a prior rate.



## Roth Contributory IRA of

MICHAEL EDWARD SATTERFIELD
CHARLES SCHWAB & CO INC CUST
ROTH CONTRIBUTORY IRA

Statement Period
September 1-30, 2024

## Transactions - Summary

| Beginning Cash as of 09/01 | + | Deposits | + | Withdrawals | + | Purchases | + | Sales/Redemptions | + | Dividends/Interest | + | Expenses | = | Ending Cash as of 09/30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| $314.75 | | $0.00 | | $0.00 | | $0.00 | | $0.00 | | $0.12 | | $0.00 | | $314.87 |

Other Activity **$0.00**    Other activity includes transactions which don't affect the cash balance such as stock transfers, splits, etc.

Cash (includes any cash debit balance) held in your account plus the value of any cash invested in a sweep money fund.

## Transaction Details

Date column represents the Settlement/Process date for each transaction.

| Date | Category | Action | Symbol/ CUSIP | Description | Quantity | Price/Rate per Share($) | Charges/ Interest($) | Amount($) | Realized Gain/Loss($) |
|---|---|---|---|---|---|---|---|---|---|
| 09/16 | Interest | Bank Interest ˣ·ᶻ | | BANK INT 081624-091524 | | | | 0.12 | |
| **Total Transactions** | | | | | | | | **$0.12** | **$0.00** |

## Bank Sweep Activity

| Date | Description | Amount | | Date | Description | Amount |
|---|---|---|---|---|---|---|
| 09/01 | **Beginning Balance** ˣ·ᶻ | $314.75 | | 09/30 | **Ending Balance** ˣ·ᶻ | $314.87 |
| 09/15 | BANK INTEREST - CHARLES SCHWAB BANK ˣ·ᶻ | 0.12 | | 09/30 | **Interest Rate** ·ᶻ | **0.20%** |

·Your interest period was 08/16/24 - 09/15/24. ᶻ

## Endnotes For Your Account

X    Bank Sweep deposits are held at FDIC-insured Program Banks, which are listed in the Cash
     Features Disclosure Statement.

Z    For the Bank Sweep and Bank Sweep for Benefit Plans features, interest is paid for a period
     that differs from the Statement Period. Balances include interest paid as indicated on your
     statement by Schwab or one or more of its Program Banks. These balances do not include
     interest that may have accrued during the Statement Period after interest is paid. The interest
     paid may include interest that accrued in the prior Statement Period.

## Terms and Conditions

**GENERAL INFORMATION AND KEY TERMS:** This Account statement is furnished solely by Charles
Schwab & Co., Inc. ("Schwab") for your Account at Schwab ("Account"). Unless otherwise defined herein,
capitalized terms have the same meanings as in your Account Agreement. If you receive any other
communication from any source other than Schwab which purports to represent your holdings at Schwab

(including balances held at a Depository Institution) you should verify its content with this statement.
**Accrued Income:** Accrued Income is the sum of the total accrued interest and/or accrued dividends on
positions held in your Account, but the interest and/or dividends have not been received into your Account.
Schwab makes no representation that the amounts shown (or any other amount) will be received. Accrued



Roth Contributory IRA of

MICHAEL EDWARD SATTERFIELD
CHARLES SCHWAB & CO INC CUST
ROTH CONTRIBUTORY IRA

Statement Period
September 1-30, 2024

# Terms and Conditions (continued)

amounts are not covered by SIPC account protection until actually received and held in your Account. **AIP (Automatic Investment Plan) Customers:** Schwab receives remuneration in connection with certain transactions effected through Schwab. If you participate in a systematic investment program through Schwab, the additional information normally detailed on a trade confirmation will be provided upon request. **Average Daily Balance:** Average daily composite of all cash balances that earn interest and all loans from Schwab that are charged interest. **Bank Sweep and Bank Sweep for Benefit Plans Features:** Schwab acts as your agent and custodian in establishing and maintaining your Deposit Accounts(s) as a feature of the Bank Sweep and Bank Sweep for Benefit Plans features. Deposit accounts held through these bank sweep features constitute direct obligations of one or more Program Banks (each, a "Program Banks") that are not obligations of Schwab. Funds swept to Program Banks are eligible for deposit insurance from the FDIC up to the applicable limits for each bank for funds held in the same insurable capacity. The balance in the Deposit Accounts can be withdrawn on your order and the proceeds returned to your brokerage Account or remitted to you as provided in your Account Agreement. For information on FDIC insurance and its limits, as well as other important disclosures about the bank sweep feature(s) in your Account(s), please refer to the Cash Features Disclosure Statement available online or from a Schwab representative. **Cash:** Any Free Credit Balance owed by us to you payable upon demand which, although accounted for on our books of record, is not segregated and may be used in the conduct of this firm's business. **Dividend Reinvestment Customers:** Dividend reinvestment transactions were effected by Schwab acting as a principal for its own account, except for the reinvestment of Schwab dividends, for which an independent broker-dealer acted as the buying agent. Further information on these transactions will be furnished upon written request. **Gain (or Loss):** Unrealized Gain or (Loss) and Realized Gain or (Loss) sections ("Gain/Loss Section(s)") contain a request of your Advisor, if applicable. This information is not a solicitation or a recommendation to buy or sell. **Schwab does not provide tax advice and encourages you to consult with your tax professional. Please view the Cost Basis Disclosure Statement for additional information on how Schwab reports adjusted cost basis information to the IRS. Interest:** For the Schwab One Interest, Bank Sweep, and Bank Sweep for Benefit Plans features, interest is paid for a period that may differ from the Statement Period. Balances include interest paid as indicated on your statement by Schwab or one or more of its Program Banks. These balances do not include interest that may have accrued during the Statement Period after interest is paid. The interest paid may include interest that accrued in the prior Statement Period. For the Schwab One Interest feature, interest accrues daily from the second-to-last business day of the prior month and is posted on the second-to-last business day of the current month. For the Bank Sweep and Bank Sweep for Benefit Plans features, interest accrues daily from the 15th day of the prior month and is credited/posted on the first business day after the 15th of the current month. If, on any given day, the interest that Schwab calculates for the Free Credit Balances in the Schwab One Interest feature is less than $.005, you will not accrue any interest on that balance for that day. **Margin Account Customers:** This is a combined statement of your margin account and special memorandum account maintained for you under Section 220.5 of Regulation T issued by the Board of Governors of the Federal Reserve System. The permanent record of the separate account as required by Regulation T is available for your inspection. Securities purchased on margin are Schwab's collateral for the loan to you. It is important that you fully understand the risks involved in trading securities on margin. These risks include: 1) You can lose more funds than you deposit in the margin account; 2) Schwab can force the sale of securities or other assets in any of your account(s) to maintain the required account equity without contacting you; 3) You are not entitled to choose which assets are liquidated nor are you entitled to an extension of time on a margin call; 4) Schwab can increase its "house" maintenance margin requirements at any time without advance written notice to you. **Market Price:** The most recent price evaluation available to Schwab on the last business day

of the report period, normally the last trade price or bid as of market close. Unpriced securities denote that no market evaluation update is currently available. Price evaluations are obtained from outside parties. Schwab shall have no responsibility for the accuracy or timeliness of any such valuations. Assets Not Held at Schwab are not held in your Account or covered by the Accounts's SIPC account protection and are not otherwise in Schwab's custody and are being provided as a courtesy to you. Information on Assets Not Held at Schwab, including but not limited to valuations, is reported solely based on information you provide to Schwab. Schwab can neither validate nor certify the existence of Assets Not Held at Schwab or the accuracy, completeness or timeliness of the information about Assets Not Held at Schwab, whether provided by you or otherwise. Descriptions of Assets Not Held at Schwab may be abbreviated or truncated. Some securities, especially thinly traded equities in the OTC market or foreign markets, may not report the most current price and/or unlisted Real Estate Investment Trust (REIT) securities. Certain Limited Partnerships (client participation programs) and unlisted Real Estate Investment Trust (REIT) securities. You may see a value on your monthly Account statement that reflects the issuer's appraised estimated value, are not listed on a national securities exchange, and are generally illiquid. Even if you are able to sell such securities, the price received may be less than the per share appraised estimated value provided in the statement. **Market Value:** The Market Value is computed by multiplying the Market Price by the Quantity of Shares. This is the dollar value of your present holdings in your specified Schwab Account or a summary of this statement. Market Value summed over multiple investments which may be held by a third party, are held in your Account. Values of certain Non-Publicly Traded Securities may be furnished by a third party as provided by Schwab's Account Agreement. Schwab shall have no responsibility for the accuracy or timeliness of such valuations. The Securities Investor Protection Corporation (SIPC) does not cover many limited partnership interests. **Non-Publicly Traded Securities:** All assets shown on this statement, other than direct investments which may be held by a third party, are held in your Account. **Schwab Sweep Money Funds:** Includes the primary money market funds into which Free Credit Balances may be automatically invested pursuant to your Account Agreement. Schwab or an affiliate acts and receives compensation as the Investment Advisor, Shareholder Service Agent and Distributor for the Schwab Sweep Money Funds. The amount of such compensation is disclosed in the prospectus. The yield information for Schwab Sweep Money Funds is the current 7-day yield as of the statement period. Yields vary. For any given day, if the Schwab Sweep Money Fund daily dividend for your selected sweep money fund as calculated for your account is less than ½ of 1 cent ($0.005), your account will not earn a dividend for that day. In addition, if you do not accrue at least 1 daily dividend of $0.01 during a pay period, you will not receive a money market dividend for that period. Schwab and the Schwab Sweep Money Fund's investment advisor may be voluntarily reducing a portion of a Schwab Sweep Money Fund's expenses. Without these reductions, yields would have been lower. **Securities Products and Services:** Securities products and services are offered by Charles Schwab & Co., Inc. Member **SIPC. Securities products and services, including unswept intraday funds and net credit balances held in brokerage accounts are not deposits or other obligations of, or guaranteed by, any bank, are not FDIC insured, and are subject to investment risk and may lose value. SIPC does not cover balances held at Program Banks in the Bank Sweep and Bank Sweep for Benefit Plans features.** Please see your Cash Feature Disclosure Statement for more information on insurance coverage. **Yield to Maturity:** This is the actual average annual return on a note if held to maturity. **IN CASE OF ERRORS OR DISCREPANCIES: If you find an error or discrepancy relating to your brokerage activity (other than an electronic fund transfer) you must notify us promptly, but no later than 10 days after this statement is sent or made available to you. If this statement shows that we have mailed or delivered security certificate(s) that you have not received, notify Schwab immediately. You may call us at 800-435-4000. (Outside the U.S., call +1-415-667-8400.) If you're a client of an independent investment advisor, call us at 800-515-2157. Any oral communications should be re-confirmed in writing to further protect your rights, including under the Securities Investor Protection Act (SIPA). If you do not so notify us, you agree that the statement activity and Account balance are correct for all purposes with respect to those brokerage**

CHARLES SCHWAB

Roth Contributory IRA of

MICHAEL EDWARD SATTERFIELD
CHARLES SCHWAB & CO INC CUST
ROTH CONTRIBUTORY IRA

Statement Period
September 1-30, 2024

## Terms and Conditions (continued)

transactions. **IN CASE OF COMPLAINTS:** If you have a complaint regarding your Schwab statement, products or services, please write to Client Service & Support at Charles Schwab & Co., Inc., P.O. Box 982603, El Paso, TX 79998-2603, or call customer service at **800-435-4000**. (Outside the U.S., call **+1-415-667-8400**.) If you're a client of an independent investment advisor, call us at 800-515-2157. **Address Changes:** If you fail to notify Schwab in writing of any change of address or phone number, you may not receive important notifications about your Account, and trading or other restrictions might be placed on your Account. **Additional Information:** We are required by law to report to the Internal Revenue Service adjusted cost basis information (if applicable), certain payments to you and credits to your Account during

the calendar year. Retain this statement for income tax purposes. A financial statement for your inspection is available at Schwab's offices or a copy will be mailed to you upon written request. Any third-party trademarks appearing herein are the property of their respective owners. Charles Schwab & Co., Inc., Charles Schwab Bank, Charles Schwab Premier Bank, and Charles Schwab Trust Bank are separate but affiliated companies and subsidiaries of the Charles Schwab Corporation. © 2024 Charles Schwab & Co., Inc. ("Schwab"). All rights reserved. **Member SIPC.** (O1CUSTNC) (0822-20UL)

6 of 6

**Transaction History for Roth Contributory IRA ...252**

# Transactions found from 09/29/2020 to 09/29/2024

| Date ▾ | Action | Symbol / Description | Quantity | Price | Fees & Comm | Amount |
|---|---|---|---|---|---|---|
| 01/29/2024 | Reverse Split | MMAT META MATLS INC | 261 | | | |
| 11/22/2022 | Buy | MMAT META MATLS INC | 4,483 | $2.02 | | -$9,055.66 |
| 11/22/2022 | Buy | MMAT META MATLS INC | 400 | $2.02 | | -$808.00 |
| 11/22/2022 | Buy | MMAT META MATLS INC | 100 | $2.02 | | -$202.00 |
| 11/22/2022 | Buy | MMAT META MATLS INC | 400 | $2.02 | | -$808.00 |
| 11/22/2022 | Buy | MMAT META MATLS INC | 200 | $2.02 | | -$404.00 |
| 11/22/2022 | Buy | MMAT META MATLS INC | 100 | $2.02 | | -$202.00 |
| 11/22/2022 | Buy | MMAT META MATLS INC | 100 | $2.02 | | -$202.00 |
| 11/22/2022 | Buy | MMAT META MATLS INC | 230 | $2.02 | | -$464.60 |

Transaction History | Charles Schwab

| Date ▾ | Action | Symbol / Description | Quantity | Price | Fees & Comm | Amount |
|---|---|---|---|---|---|---|
| 11/22/2022 | Buy | MMAT<br>META MATLS<br>INC | 370 | $2.02 | | -$747.40 |
| 11/22/2022 | Buy | MMAT<br>META MATLS<br>INC | 500 | $2.02 | | -$1,010.00 |
| 11/22/2022 | Buy | MMAT<br>META MATLS<br>INC | 100 | $2.02 | | -$202.00 |
| 11/22/2022 | Buy | MMAT<br>META MATLS<br>INC | 500 | $2.02 | | -$1,010.00 |
| 11/22/2022 | Buy | MMAT<br>META MATLS<br>INC | 100 | $2.02 | | -$202.00 |
| 11/22/2022 | Buy | MMAT<br>META MATLS<br>INC | 331 | $2.02 | | -$668.62 |
| 11/22/2022 | Buy | MMAT<br>META MATLS<br>INC | 600 | $2.02 | | -$1,212.00 |
| 11/22/2022 | Buy | MMAT<br>META MATLS<br>INC | 500 | $2.02 | | -$1,010.00 |
| 11/22/2022 | Buy | MMAT<br>META MATLS<br>INC | 269 | $2.02 | | -$543.38 |
| 11/22/2022 | Buy | MMAT<br>META MATLS<br>INC | 100 | $2.02 | | -$202.00 |

| Date ▾ | Action | Symbol / Description | Quantity | Price | Fees & Comm | Amount |
|---|---|---|---|---|---|---|
| 11/22/2022 | Buy | MMAT<br>META MATLS<br>INC | 500 | $2.02 | | -$1,010.00 |
| 11/22/2022 | Buy | MMAT<br>META MATLS<br>INC | 92 | $2.02 | | -$185.84 |
| 11/22/2022 | Buy | MMAT<br>META MATLS<br>INC | 100 | $2.02 | | -$202.00 |
| 11/22/2022 | Buy | MMAT<br>META MATLS<br>INC | 800 | $2.02 | | -$1,616.00 |
| 11/22/2022 | Buy | MMAT<br>META MATLS<br>INC | 700 | $2.02 | | -$1,414.00 |
| 11/22/2022 | Buy | MMAT<br>META MATLS<br>INC | 800 | $2.02 | | -$1,616.00 |
| 11/22/2022 | Buy | MMAT<br>META MATLS<br>INC | 100 | $2.02 | | -$202.00 |
| 11/22/2022 | Buy | MMAT<br>META MATLS<br>INC | 100 | $2.02 | | -$202.00 |
| 11/22/2022 | Buy | MMAT<br>META MATLS<br>INC | 1,000 | $2.02 | | -$2,020.00 |
| 11/22/2022 | Buy | MMAT<br>META MATLS<br>INC | 900 | $2.02 | | -$1,818.00 |

| Date ▾ | Action | Symbol / Description | Quantity | Price | Fees & Comm | Amount |
|---|---|---|---|---|---|---|
| 11/22/2022 | Buy | MMAT<br>META MATLS<br>INC | 900 | $2.02 | | -$1,818.00 |
| 11/22/2022 | Buy | MMAT<br>META MATLS<br>INC | 100 | $2.02 | | -$202.00 |
| 11/22/2022 | Buy | MMAT<br>META MATLS<br>INC | 100 | $2.02 | | -$202.00 |
| 11/22/2022 | Buy | MMAT<br>META MATLS<br>INC | 1,800 | $2.02 | | -$3,636.00 |
| 11/22/2022 | Buy | MMAT<br>META MATLS<br>INC | 1,800 | $2.02 | | -$3,636.00 |
| 11/22/2022 | Buy | MMAT<br>META MATLS<br>INC | 25 | $2.02 | | -$50.50 |
| 11/22/2022 | Buy | MMAT<br>META MATLS<br>INC | 100 | $2.02 | | -$202.00 |
| 11/22/2022 | Buy | MMAT<br>META MATLS<br>INC | 2,400 | $2.02 | | -$4,848.00 |
| 11/22/2022 | Buy | MMAT<br>META MATLS<br>INC | 100 | $2.02 | | -$202.00 |
| 11/22/2022 | Buy | MMAT<br>META MATLS<br>INC | 2,200 | $2.02 | | -$4,444.00 |

| Date ▾ | Action | Symbol / Description | Quantity | Price | Fees & Comm | Amount |
|--------|--------|---------------------|----------|-------|-------------|--------|
| 06/03/2022 | Buy | MMAT<br>META MATLS<br>INC | 24 | $1.80 | | -$43.20 |
| 06/03/2022 | Buy | MMAT<br>META MATLS<br>INC | 36 | $1.80 | | -$64.80 |
| 06/29/2021 | Reverse<br>Split | MMAT<br>META MATLS<br>INC | 2,000 | | | |

**Page Total: -$48,588.00**

Intra-day transactions are subject to change.

Brokerage Account Balances are from the previous market close, but also may include new activity that will be posted to your account at after market close. Balances are subject to change.

Bank sweep information can be found on your Statements. Current Balance bank sweep information can be found on the Balances page.

(1123-3U5Y, 0924-CLCV)

**Brokerage Products: Not FDIC Insured • No Bank Guarantee • May Lose Value**

Account: …252
Today's Date: 05:57 PM ET, 09/29/2024

The Charles Schwab Corporation provides a full range of brokerage, banking and financial advisory services through its operating subsidiaries. Its broker-dealer subsidiary, Charles Schwab & Co. Inc. (Member SIPC), and its affiliates offer investment services and products. Its banking subsidiary, Charles Schwab Bank, SSB (member FDIC and an Equal Housing Lender), provides deposit and lending services and products. This site is designed for U.S. residents. Non-U.S. residents are subject to country-specific restrictions. Learn more about our services for non-US Residents , Charles Schwab Hong Kong clients , Charles Schwab UK clients. © 2024 Charles Schwab & Co., Inc. All rights reserved. Member SIPC. Unauthorized access is prohibited. Usage will be monitored.



# Schwab One® Account of

MICHAEL EDWARD SATTERFIELD

0980-00000-ID221607-161127*1 #1

## Manage Your Account

**Customer Service and Trading:**
Call your Schwab Representative
1-800-435-4000
24/7 Customer Service

For the most current records on your account visit schwab.com/login. Statements are archived up to 10 years online.

**Commitment to Transparency**
Client Relationship Summaries and Best Interest disclosures are at schwab.com/transparency. Charles Schwab & Co., Inc. Member SIPC.

**Online Assistance**

Visit us online at schwab.com

Visit schwab.com/stmt to explore the features and benefits of this statement.

MICHAEL EDWARD SATTERFIELD
1208 SW 2ND CT.
APT. 3
FORT LAUDERDALE FL      33312-1622

Account Number
⬤ -5093

Account Nickname
Old TD account

Statement Period
September 1-30, 2024

## Account Summary

| | Ending Account Value as of 09/30 | Beginning Account Value as of 09/01 |
|---|---|---|
| | $44.81 | $45.02 |

| | This Statement | YTD |
|---|---|---|
| Beginning Value | $45.02 | $60.27 |
| Deposits | 0.00 | 0.00 |
| Withdrawals | 0.00 | 0.00 |
| Dividends and Interest | 0.02 | 0.17 |
| Transfer of Securities | 0.00 | 0.00 |
| Market Appreciation/(Depreciation) | (0.23) | (15.63) |
| Expenses | 0.00 | 0.00 |
| **Ending Value** | **$44.81** | **$44.81** |

Account Ending Value reflects the market value of your cash and investments. It does not include pending transactions, unpriced securities or assets held outside Schwab's custody.

Oct'23  Nov  Dec  Jan'24  Feb  Mar  Apr  May  Jun  Jul  Aug  Sep

$74.7
$59.7
$44.8
$29.8
$14.9
$0.0



# Schwab One® Account of

MICHAEL EDWARD SATTERFIELD

Account Nickname
Old TD account

Statement Period
September 1-30, 2024

## Asset Allocation



$44.81

Total

|  |  | This Period | Current Allocation |
|---|---|---|---|
| ■ | Cash and Cash Investments | 41.16 | 92% |
| ■ | Equities | 3.65 | 8% |
| | **Total** | **$44.81** | **100%** |

Investment Objective:
Growth

## Top Account Holdings This Period

| SYMBOL CUSIP | Description | Market Value | % of Accounts |
|---|---|---|---|
| FUNN | TD BANK USA NA | 41.16 | 92% |
| MMATQ | AMFIL TECHNOLOGIES | 2.54 | 6% |
| | META MATLS INC | 1.11 | 2% |

## Gain or (Loss) Summary

| | Short-Term (ST) | | | Long-Term (LT) | | | |
|---|---|---|---|---|---|---|---|
| | Gain | (Loss) | Net | Gain | (Loss) | Net | |
| This Period | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| YTD | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| **Unrealized** | | | | | | **($1,312.75)** | |

## Income Summary

| Federal Tax Status | This Period | | | YTD | | |
|---|---|---|---|---|---|---|
| | Tax-Exempt | Taxable | Tax-Exempt | | | Taxable |
| Bank Sweep Interest | 0.00 | 0.02 | 0.00 | | | 0.17 |
| **Total Income** | **$0.00** | **$0.02** | **$0.00** | | | **$0.17** |

Jan  Feb  Mar  Apr  May  Jun  Jul  Aug  Sep  Oct  Nov  Dec

0.02

Dollars ($)
0    0.2   0.4   0.6   0.8   1

Values may not reflect all of your gains/losses and may be rounded up to the nearest dollar. Schwab has provided accurate gain and loss information wherever possible for most investments. Cost basis may be incomplete or unavailable for some of your holdings and may change or be adjusted in certain cases. Please login to your account at Schwab.com for real-time gain/loss information. Statement information should not be used for tax preparation, instead refer to official tax documents. For additional information refer to Terms and Conditions.



charles SCHWAB

## Schwab One® Account of

MICHAEL EDWARD SATTERFIELD

Account Nickname
Old TD account

Statement Period
September 1-30, 2024

## A Message About Your Account

### Statement of Financial Condition

The most recent statement of financial condition for Charles Schwab & Co., Inc. (CS&Co) may be obtained at no cost at http://www.schwab.com/legal/financials or by calling 1-800-435-4000. For clients of independent investment advisors, contact Schwab Alliance at 1-800-647-5465. International clients, call +1-415-667-7870 and Charles Schwab Hong Kong clients, call +852-2101-0500. At June 30, and July 31, 2024, CS&Co had net capital of $8.8 billion and $9.0 billion, respectively, and a net capital requirement of $1.7 billion and $1.8 billion, respectively. A copy of the report may be requested via: Investor Relations, 211 Main Street, San Francisco, CA 94105. Independent investment advisors are not owned by, affiliated with, or supervised by CS&Co.

Values may not reflect all of your gains/losses. Schwab has provided accurate gain and loss information wherever possible for most investments. Cost basis may be incomplete or unavailable for some of your holdings and may change or be adjusted in certain cases. Statement information should not be used for tax preparation. Instead refer to official tax documents. For additional information refer to Terms and Conditions.

## Positions - Summary

| Beginning Value as of 09/01 | + | Transfer of Securities(In/Out) | + | Dividends Reinvested | + | Cash Activity | + | Change in Market Value | = | Ending Value as of 09/30 | Cost Basis | Unrealized Gain/(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| $45.02 | + | $0.00 | + | $0.00 | + | $0.02 | + | ($0.23) | = | $44.81 | $1,316.40 | ($1,312.75) |

## Cash and Cash Investments

| Type | Symbol | Description | Quantity | Price($) | Beginning Balance($) | Ending Balance($) | Change in Period Balance($) | Pending/Unsettled Cash($) | Interest/ Yield Rate | % of Acct |
|---|---|---|---|---|---|---|---|---|---|---|
| Bank Sweep | | TD BANK USA NA ˣ·ᶻ | | | 41.14 | 41.16 | 0.02 | | 0.20% | 92% |
| **Total Cash and Cash Investments** | | | | | **$41.14** | **$41.16** | **$0.02** | | | **92%** |

## Positions - Equities

| Symbol | Description | Quantity | Price($) | Market Value($) | Cost Basis($) | Unrealized Gain/(Loss)($) | Est. Yield | Est. Annual Income($) | % of Acct |
|---|---|---|---|---|---|---|---|---|---|
| FUNN | AMFIL TECHNOLOGIES | 500.0000 | 0.00507 | 2.54 | 90.45 | (87.91) | N/A | 0.00 | 6% |
| MMATQ | META MATLS INC | 3.0000 | 0.37000 | 1.11 | 1,225.95 | (1,224.84) | N/A | 0.00 | 2% |
| **Total Equities** | | | | **$3.65** | **$1,316.40** | **($1,312.75)** | | **$0.00** | **8%** |

Estimated Annual Income ("EAI") and Estimated Yield ("EY") calculations are for informational purposes only. The actual income and yield might be lower or higher than the estimated amounts. EY is based upon EAI and the current price of the security and will fluctuate. For certain types of securities, the calculations could include a return of principal or capital gains in which case EAI and EY would be overstated. EY and EAI are not promptly updated to reflect when an issuer has missed a regular payment or announced changes to future payments, in which case EAI and EY will continue to display at a prior rate.



# Schwab One® Account of
MICHAEL EDWARD SATTERFIELD

Account Nickname
Old TD account
Statement Period
September 1-30, 2024

## Transactions - Summary

| | Beginning Cash* as of 09/01 | + | Deposits | + | Withdrawals | + | Purchases | + | Sales/Redemptions | + | Dividends/Interest | + | Expenses | = | Ending Cash* as of 09/30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | $41.14 | + | $0.00 | + | $0.00 | + | $0.00 | + | $0.00 | + | $0.02 | + | $0.00 | = | $41.16 |

Other Activity $0.00

Cash (includes any cash debit balance) held in your account plus the value of any cash invested in a sweep money fund.

Other activity includes transactions which don't affect the cash balance such as stock transfers, splits, etc.

## Transaction Details

| Date | Category | Action | Symbol/ CUSIP | Description | Quantity | Price/Rate per Share($) | Charges/ Interest($) | Amount($) | Realized Gain/(Loss)($) |
|---|---|---|---|---|---|---|---|---|---|
| 09/16 | Interest | Bank Interest X-Z | | BANK INT 081624-091524 | | | | 0.02 | |
| **Total Transactions** | | | | | | | | **$0.02** | **$0.00** |

Date column represents the Settlement/Process date for each transaction.

## Bank Sweep Activity

| Date | Description | Amount | | Date | Description | Amount |
|---|---|---|---|---|---|---|
| 09/01 | **Beginning Balance** X-Z | $41.14 | | 09/30 | **Ending Balance** X-Z | $41.16 |
| 09/15 | BANK INTEREST - TD BANK USA NA X-Z | 0.02 | | 09/30 | **Interest Rate** *-Z | **0.20%** |

\* Your interest period was 08/16/24 - 09/15/24. z

## Endnotes For Your Account

X   Bank Sweep deposits are held at FDIC-insured Program Banks, which are listed in the Cash Features Disclosure Statement.

z   For the Bank Sweep and Bank Sweep for Benefit Plans features, interest is paid for a period that differs from the Statement Period. Balances include interest paid as indicated on your statement by Schwab or one or more of its Program Banks. These balances do not include interest that may have accrued during the Statement Period after interest is paid. The interest paid may include interest that accrued in the prior Statement Period.

## Terms and Conditions

**GENERAL INFORMATION AND KEY TERMS:** This Account statement is furnished solely by Charles Schwab & Co., Inc. ("Schwab") for your Account at Schwab ("Account"). Unless otherwise defined herein, capitalized terms have the same meanings as in your Account Agreement. If you receive any other communication from any source other than Schwab which purports to represent your holdings at Schwab (including balances held at a Depository Institution) you should verify its content with this statement. **Accrued Income:** Accrued Income is the sum of the total accrued interest and/or accrued dividends on positions held in your Account, but the interest and/or dividends have not been received into your Account. Schwab makes no representation that the amounts shown (or any other amount) will be received. Accrued



**charles SCHWAB**

Schwab One® Account of

MICHAEL EDWARD SATTERFIELD

Account Nickname
Old TD Account

Statement Period
September 1-30, 2024

## Terms and Conditions (continued)

amounts are not covered by SIPC account protection until actually received and held in the Account. **AIP (Automatic Investment Plan) Customers:** Schwab receives remuneration in connection with certain transactions effected through Schwab. If you participate in a systematic investment program through Schwab, the additional information normally detailed on a trade confirmation will be provided upon request. Schwab will not send a confirmation of one or more of all such balances that earn interest and all loans from **Average Daily Balance:** Average daily composite of all cash balances that earn interest and all loans from Schwab that are charged interest. **Bank Sweep and Bank Sweep for Benefit Plans Features:** Schwab acts as your agent and custodian in establishing and maintaining your Deposit Account(s) as a feature of the obligations of one or more FDIC insured banks ("Program Banks") that are not obligations of Schwab. Funds swept to Program Banks are eligible for deposit insurance from the FDIC up to the applicable limits for each bank for funds held in the same insurable capacity. The balance in the Deposit Accounts can be withdrawn on your order and the proceeds returned to your brokerage Account or remitted to you as provided in your Account Agreement. For more complete information on FDIC insurance and its limits, as well as other important disclosures about the bank sweep feature(s) in your Account(s), please refer to the Cash Features Disclosure Statement available online or from a Schwab representative. **Dividend Reinvestment Customers:** Dividend reinvestment transactions were effected by Schwab acting as a principal for its own account, except for the reinvestment of Schwab dividends, for which an independent broker-dealer acted as the agent. Further information on these transactions will be furnished upon written request. **Gain (or Loss):** Unrealized Gain or (Loss) and Realized Gain or (Loss) sections ("Gain/Loss Section(s)") contain a request of your Advisor, if applicable. This information is not a solicitation of a recommendation to buy or sell. Schwab does not provide tax advice and encourages you to consult with your tax professional. Please view the Cost Basis Disclosure Statement for additional information on how gain (or loss) is calculated and how Schwab reports adjusted cost basis information to the IRS. **Interest:** For the Schwab One Interest, Bank Sweep, and Bank Sweep for Benefit Plans features, interest is owed by the 15th day of the following month. For the Free Credit Balances feature, interest is indicated on your statement by Schwab or one or more of the Program Banks. These balances do not include interest that has accrued during the prior Statement Period. For the Schwab One Interest feature, interest accrues daily from that accrued in the prior Statement Period after interest is paid. The interest paid may include interest the second-to-last business day of the month and is posted on the second-to-last business day of the current month. For the Bank Sweep and Bank Sweep for Benefit Plans features, interest accrues daily from the first business day of the prior month and is credited/posted on the 15th of the current month. If, on any given day, the interest that Schwab calculates for the Free Credit Balances in the Schwab day, the Free Credit Balances feature is less than $.005, you will not accrue any interest on that day. For the Bank Sweep and Bank Sweep for Benefit Plans features, interest accrues daily from this is a combined statement of your margin account and special memorandum account maintained for you under Section 220.5 of Regulation T issued by the Board of Governors of the Federal Reserve System. The permanent record of the separate account as required by Regulation T is available for your inspection. **Margin Account Customers:** **Securities** purchased on margin are Schwab's collateral for the loan to you. It is important that you fully understand the risks involved in trading securities on margin. These risks include: 1) You can lose more funds than you deposit in the margin account; 2) Schwab can force the sale of securities or other assets in any of your Account(s) to maintain the required account equity without contacting you; 3) You are not entitled to choose which assets are liquidated nor are you entitled to an extension of time on a margin call; 4) notice that can increase its "house" maintenance margin requirements at any time without advance written

of the report period, normally the last trade price or bid as of market close. Unpriced securities denote that no market evaluation update is currently available. Price evaluations are obtained from outside parties. Schwab shall have no responsibility for the accuracy or timeliness of any such valuations. Assets Not Held at Schwab are not held in your Account or covered by the Account's SIPC account protection and are not otherwise in Schwab's custody and are being provided as a courtesy to you. Information on Assets Not Held at Schwab, including but not limited to valuations, is reported solely based on information you provide to Schwab. Schwab can neither validate nor certify the existence of Assets Not Held at Schwab, whether accuracy, completeness or timeliness of the information about Assets Not Held at Schwab. Descriptions of Assets Not Held at Schwab may be abbreviated or truncated, provided by you or otherwise. Descriptions of Assets Not Held at Schwab may be abbreviated or truncated. Some securities, especially thinly traded equities in the OTC market or foreign markets, may not report the most current price and are indicated as State Priced. Certain Limited Partnerships (direct participation programs) and unlisted Real Estate Investment Trust (REIT) securities, for which you may see a value on your monthly Account statement that reflects the issuer's appraised estimated value, even if you are able to sell such securities, the price national securities exchange, and are generally illiquid. Even if you are able to sell such securities, the price Market Value: The Market Value is computed by multiplying the Market Price by the Quantity of Shares. This is the dollar value of your present holdings in your specified Schwab Account, or a summary of this Market Value shown over multiple accounts which may be held by a third party, are held in your Account. statement, other than certain direct investments which may be held by a third party, are held in your Account. Values of certain Non-Publicly Traded Securities: All assets reflected in your Account, other than certain direct investments which may be held by a third party as provided by Schwab's given day, the market value of $0.01 during a pay period, you will not receive a primary market dividend for that period. Schwab and the Schwab Sweep Money Fund's investment advisor may be voluntarily reducing a portion of a Schwab Sweep Money Fund's expenses. Without these reductions, yields would have been lower. **Securities Products and Services:** Securities products and services are offered by Charles Schwab & Co., Inc., **Member SIPC. Securities products and services, including unswept intraday funds and net credit balances held in brokerage accounts are not deposits or other obligations of, or guaranteed by, any bank, are not FDIC insured, and are subject to investment risk and may lose value. SIPC does not cover balances held at Program Banks in the Bank Sweep and Bank Sweep for Benefit Plans features.** Please see your Cash Feature Disclosure Statement for more information on insurance coverage. **Yield to Maturity:** This is the actual average annual return on a note if held to maturity. **IN CASE OF ERRORS OR DISCREPANCIES: If you find an error or discrepancy relating to your brokerage activity (other than an electronic fund transfer) you must notify us promptly, but no later than 10 days after this statement is sent or made available to you. If this statement shows that we have mailed or delivered security certificate(s) that you have not received, notify Schwab immediately. You may call us at 800-435-4000. (Outside the U.S., call +1-415-667-8400.) If you're a client of an independent investment advisor, call us at 800-515-2157. Any oral communications should be re-confirmed in writing to further protect your rights, including rights under the Securities Investor Protection Act (SIPA). If you do not so notify us, you agree that the statement activity and Account balance are correct for all purposes with respect to those brokerage**

**charles SCHWAB**

Schwab One® Account of

MICHAEL EDWARD SATTERFIELD

## Terms and Conditions (continued)

**Transactions. IN CASE OF COMPLAINTS:** If you have a complaint regarding your Schwab statement, products or services, please write to Client Service & Support at Charles Schwab & Co., Inc., P.O. Box 982603 El Paso, TX 79998-2603, or call customer service at **800-435-4000.** (Outside the U.S., call **+1-415-667-8400.**) If you're a client of an independent investment advisor, call us at 800-515-2157.

**Address Changes:** If you fail to notify Schwab in writing of any change of address or phone number, you may not receive important notifications about your Account, and trading or other restrictions might be placed on your Account. **Additional Information:** We are required by law to report to the Internal Revenue Service adjusted cost basis information (if applicable), certain payments to you and credits to your Account during

the calendar year. Retain this statement for income tax purposes. A financial statement for your inspection is available at Schwab's offices or a copy will be mailed to you upon written request. Any third-party trademarks appearing herein are the property of their respective owners. Charles Schwab & Co., Inc., Charles Schwab Bank, Charles Schwab Premier Bank, and Charles Schwab Trust Bank are separate but affiliated companies and subsidiaries of the Charles Schwab Corporation. © 2024 Charles Schwab & Co., Inc. ("Schwab"). All rights reserved. **Member SIPC.** (O1CUSTNC) (0822-20UL)

Transaction History for Old TD account ...093

## Transactions found from 09/29/2020 to 09/29/2024

| Date ▾ | Action | Symbol / Description | Quantity | Price | Fees & Comm | Amount |
|---|---|---|---|---|---|---|
| 01/29/2024 | Reverse Split | MMAT META MATLS INC | 3 | | | |
| 11/06/2023 | Journaled Shares | MMAT TDA TRAN - TRANSFER OF SECURITY OR OPTION OUT (MMAT) | -255 | | | |
| 11/06/2023 | Internal Transfer | MMAT META MATLS INC | 255 | | | |
| 09/12/2023 | Buy | MMAT TDA TRAN - Bought 100 (MMAT) @0.2177 | 100 | $0.2177 | | -$21.77 |
| 09/12/2023 | Sell | MMAT TDA TRAN - Sold 100 (MMAT) @0.2133 | 100 | $0.2133 | $0.01 | $21.32 |
| 03/15/2022 | Buy | MMAT TDA TRAN - Bought 30 (MMAT) @1.6850 | 30 | $1.685 | | -$50.55 |
| 03/15/2022 | Buy | MMAT TDA TRAN - Bought 100 | 100 | $1.685 | | -$168.50 |

| Date ▾ | Action | Symbol / Description | Quantity | Price | Fees & Comm | Amount |
|--------|--------|---------------------|----------|-------|-------------|--------|
| | | (MMAT) @1.6850 | | | | |
| 03/15/2022 | Sell | MMAT TDA TRAN - Sold 100 (MMAT) @1.6801 | 100 | $1.6801 | $0.01 | $168.00 |
| 06/28/2021 | Journaled Shares | MMAT TDA TRAN - MANDATORY REVERSE SPLIT (MMAT) | 225 | | | |

Page Total: **-$51.50**

Intra-day transactions are subject to change.

Brokerage Account Balances are from the previous market close, but also may include new activity that will be posted to your account at after market close. Balances are subject to change.

Bank sweep information can be found on your Statements. Current Balance bank sweep information can be found on the Balances page.

(1123-3U5Y, 0924-CLCV)

**Brokerage Products: Not FDIC Insured • No Bank Guarantee • May Lose Value**

Account: ...093
Today's Date: 05:57 PM ET, 09/29/2024

The Charles Schwab Corporation provides a full range of brokerage, banking and financial advisory services through its operating subsidiaries. Its broker-dealer subsidiary, Charles Schwab & Co. Inc. (Member SIPC), and its affiliates offer investment services and products. Its banking subsidiary, Charles Schwab Bank, SSB (member FDIC and an Equal Housing Lender), provides deposit and lending services and products. This site is designed for U.S. residents. Non-U.S. residents are subject to country-specific restrictions. Learn more about our services for non-US Residents , Charles Schwab Hong Kong clients , Charles Schwab UK clients. © 2024 Charles Schwab & Co., Inc. All rights reserved. Member SIPC. Unauthorized access is prohibited. Usage will be monitored.

Transaction History for Old TD account ...093

## Transactions found from 09/29/2020 to 09/29/2024

| Date ▾ | Action | Symbol / Description | Quantity | Price | Fees & Comm | Amount |
|---|---|---|---|---|---|---|
| 06/28/2021 | Journaled Shares | TRCH TDA TRAN - MANDATORY REVERSE SPLIT (TRCH) | -450 | | | |
| 04/12/2021 | Buy | TRCH TDA TRAN - Bought 250 (TRCH) @1.7778 | 250 | $1.7778 | | -$444.45 |
| 02/17/2021 | Buy | TRCH TDA TRAN - Bought 200 (TRCH) @3.6500 | 200 | $3.65 | | -$730.00 |

Page Total: **-$1,174.45**

Intra-day transactions are subject to change.

Brokerage Account Balances are from the previous market close, but also may include new activity that will be posted to your account at after market close. Balances are subject to change.

Bank sweep information can be found on your Statements. Current Balance bank sweep information can be found on the Balances page.

(1123-3U5Y, 0924-CLCV)

**Brokerage Products: Not FDIC Insured • No Bank Guarantee • May Lose Value**

The Charles Schwab Corporation provides a full range of brokerage, banking and financial advisory services through its operating subsidiaries. Its broker-dealer subsidiary, Charles Schwab & Co. Inc. (Member SIPC), and its affiliates offer investment services and products. Its banking subsidiary, Charles Schwab Bank, SSB (member FDIC and an Equal Housing Lender), provides deposit and lending services and products. This site is designed for U.S. residents. Non-U.S. residents are subject to country-specific restrictions. Learn more about our services for non-US Residents , Charles Schwab Hong Kong clients , Charles Schwab UK clients.

Account: ...093
Today's Date: 05:57 PM ET, 09/29/2024

© 2024 Charles Schwab & Co., Inc. All rights reserved. Member SIPC.
Unauthorized access is prohibited. Usage will be monitored.




**charles SCHWAB**

Rollover IRA of

MICHAEL EDWARD SATTERFIELD
CHARLES SCHWAB & CO INC CUST
IRA ROLLOVER

Account Number
●●●●-0844

Statement Period
September 1-30, 2024

## Account Summary

Ending Account Value as of 09/30
**$5,930.11**

Beginning Account Value as of 09/01
**$6,046.31**

| | This Statement | YTD |
|---|---|---|
| Beginning Value | $6,046.31 | $18,572.26 |
| Deposits | 0.00 | 0.00 |
| Withdrawals | 0.00 | 0.00 |
| Dividends and Interest | 0.19 | 1.67 |
| Transfer of Securities | 0.00 | 0.00 |
| Market Appreciation/(Depreciation) | (116.39) | (12,643.82) |
| Expenses | 0.00 | 0.00 |
| **Ending Value** | **$5,930.11** | **$5,930.11** |

Account Ending Value reflects the market value of your cash and investments. It does not include pending transactions, unpriced securities or assets held outside Schwab's custody.

Oct'23  Nov  Dec  Jan'24  Feb  Mar  Apr  May  Jun  Jul  Aug  Sep

$31.9K
$26.2K
$20.5K
$14.9K
$9.2K
$3.5K

---

MICHAEL EDWARD SATTERFIELD
CHARLES SCHWAB & CO INC CUST
IRA ROLLOVER
1208 SW 2ND CT.
APT. 3
FORT LAUDERDALE FL    33312-1622

---

## Manage Your Account

### Customer Service and Trading:

Call your Schwab Representative
1-800-435-4000
24/7 Customer Service

### Online Assistance

Visit us online at schwab.com

For the most current records on your account visit schwab.com/login. Statements are archived up to 10 years online.

### Commitment to Transparency

Client Relationship Summaries and Best Interest disclosures are at schwab.com/transparency.

Charles Schwab & Co., Inc. Member SIPC.

Visit schwab.com/stmt to explore the features and benefits of this statement.

0930-00000-0231607-161141*1 #1

**charles SCHWAB**

## Rollover IRA of

MICHAEL EDWARD SATTERFIELD
CHARLES SCHWAB & CO INC CUST
IRA ROLLOVER

Statement Period
September 1-30, 2024

## Asset Allocation



| | | This Period | Current Allocation |
|---|---|---|---|
| ■ | Cash and Cash Investments | 488.94 | 8% |
| ■ | Equities | 5,413.12 | 91% |
| □ | Other Assets | 28.05 | <1% |
| | **Total** | **$5,930.11** | **100%** |

$5.93K

## Top Account Holdings This Period

| SYMBOL CUSIP | Description | | Market Value | % of Accounts |
|---|---|---|---|---|
| VZLA | VIZSLA SILVER CORP | F | 1,920.00 | 32% |
| AZZTF | AZTEC MINERALS CORP | F | 1,048.80 | 18% |
| MMATQ | META MATLS INC | | 735.56 | 12% |
| IRVRF | IRVING RES INC | F | 500.00 | 8% |
| | CHARLES SCHWAB BANK | | 488.94 | 8% |

## Gain or (Loss) Summary

| | All Positions | | |
|---|---|---|---|
| | Gain | (Loss) | Net |
| This Period | 0.00 | (2.86) | (2.86) |
| YTD | 0.00 | (2.86) | (2.86) |
| **Unrealized** | | | **($432,875.32)** |

Values may not reflect all of your gains/losses; Schwab has provided accurate gain and loss information wherever possible for most investments. Cost basis may be incomplete or unavailable for some of your holdings and may change or be adjusted in certain cases. Please login to your account at Schwab.com for real-time gain/loss information. Statement information should not be used for tax preparation, instead refer to official tax documents. For additional information refer to Terms and Conditions.

## Income Summary



| | This Period | YTD |
|---|---|---|
| Bank Sweep Interest | 0.19 | 1.67 |
| **Total Income** | **$0.19** | **$1.67** |

## Retirement Details

| Contributions | 2023 | 2024 |
|---|---|---|
| **Total YTD ($)** | 0.00 | 0.00 |

2 of 8



**charles SCHWAB**

Rollover IRA of

MICHAEL EDWARD SATTERFIELD
CHARLES SCHWAB & CO INC CUST
IRA ROLLOVER

Statement Period
September 1-30, 2024

## A Message About Your Account

### Statement of Financial Condition

The most recent statement of financial condition for Charles Schwab & Co., Inc. (CS&Co) may be obtained at no cost at http://www.schwab.com/legal/financials or by calling 1-800-435-4000. For clients of independent investment advisors, contact Schwab Alliance at 1-800-647-5465. International clients, call +1-415-667-7870 and Charles Schwab Hong Kong clients, call +852-2101-0500. At June 30, and July 31, 2024, CS&Co had net capital of $8.8 billion and $9.0 billion, respectively, and a net capital requirement of $1.7 billion and $1.8 billion, respectively. A copy of the report may be requested via: Investor Relations, 211 Main Street, San Francisco, CA 94105. Independent investment advisors are not owned by, affiliated with, or supervised by CS&Co.

## Positions - Summary

| Beginning Value as of 09/01 | + | Transfer of Securities(In/Out) | + | Dividends Reinvested | + | Cash Activity | + | Change in Market Value | = | Ending Value as of 09/30 | Cost Basis | Unrealized Gain/(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| $6,046.31 | + | $0.00 | + | $0.00 | + | $0.19 | + | ($116.39) | = | $5,930.11 | $438,288.44 [i] | ($432,875.32) [i] |

## Cash and Cash Investments

| Type | Symbol | Description | Beginning Balance($) | Ending Balance($) | Change in Period Balance($) | Interest/ Yield Rate |
|---|---|---|---|---|---|---|
| Bank Sweep | | CHARLES SCHWAB BANK [X,Z] | 488.05 | 488.94 | 0.89 | 0.20% |
| **Total Cash and Cash Investments** | | | **$488.05** | **$488.94** | **$0.89** | |

## Positions - Equities

| Symbol | Description | Quantity | Price($) | Market Value($) | Cost Basis($) | Unrealized Gain/(Loss)($) | Pending/Unsettled Cash($) | Est. Annual Income($) | Est. Yield | % of Acct |
|---|---|---|---|---|---|---|---|---|---|---|
| AZZTF | AZTEC MINERALS CORP    F | 8,000.0000 | 0.13110 | 1,048.80 | 2,080.00 | (1,031.20) | N/A | 0.00 | 0.00 | 18% |
| IRVRF | IRVING RES INC    F | 2,000.0000 | 0.25000 | 500.00 | 5,800.00 | (5,300.00) | N/A | 0.00 | 0.00 | 8% |
| LOMLF | LION ONE METALS LTD    F | 1,000.0000 | 0.25879 | 258.79 | 1,810.00 | (1,551.21) | N/A | 0.00 | 0.00 | 4% |
| MCDMF | MACDONALD MINES EXPL L F | 9,000.0000 | 0.02600 | 234.00 | 5,900.00 | (5,666.00) | N/A | 0.00 | 0.00 | 4% |
| MMATQ | META MATLS INC | 1,988.0000 | 0.37000 | 735.56 | 396,856.18 | (396,120.62) | N/A | 0.00 | 0.00 | 12% |
| NSRPF | NOVO RES CORP    F | 6,700.0000 | 0.07024 | 470.61 | 13,176.00 | (12,705.39) | N/A | 0.00 | 0.00 | 8% |

Values may not reflect all of your gains/losses. Schwab has provided accurate gain and loss information wherever possible for most investments. Cost basis may be incomplete or unavailable for some of your holdings and may change or be adjusted in certain cases. Statement information should not be used for tax preparation, instead refer to official tax documents. For additional information refer to Terms and Conditions.

**charles SCHWAB**

**Rollover IRA of**

MICHAEL EDWARD SATTERFIELD
CHARLES SCHWAB & CO INC CUST
IRA ROLLOVER

**Statement Period**
September 1-30, 2024

## Positions - Equities (continued)

| Symbol | Description | Quantity | Price($) | Market Value($) | Cost Basis($) | Unrealized Gain/(Loss)($) | Est. Yield | Est. Annual Income($) | % of Acct |
|---|---|---|---|---|---|---|---|---|---|
| PRGOF | PINNACLE SILVER & GOLD F | 8,583.0000 | 0.02000 | 171.66 | 8,010.15 | (7,838.49) | N/A | 0.00 | 3% |
| CUFF | VIZSLA COPPER CORP F | 476.0000 | 0.05915 | 28.16 | 3,939.35 | (3,911.19) | N/A | 0.00 | <1% |
| VROYF | VIZSLA ROYALTIES CORP F | 33.0000 | 1.38000 | 45.54 | 356.76 | (311.22) | N/A | 0.00 | <1% |
| VZLA | VIZSLA SILVER CORP F | 1,000.0000 | 1.92000 | 1,920.00 | 360.00 | 1,560.00 | N/A | 0.00 | 32% |
| **Total Equities** | | | | **$5,413.12** | **$438,288.44** | **($432,875.32)** | | **$0.00** | **91%** |

## Positions - Other Assets

| Symbol | Description | Quantity | Price($) | Market Value($) | Cost Basis($) | Unrealized Gain/(Loss)($) | Est. Yield | Est. Annual Income($) | % of Acct |
|---|---|---|---|---|---|---|---|---|---|
| RYWF | VIZSLA ROYALTIES 24 WTF WARRANTS EXERCISE EXP: 12/20/2024 | 33.0000 | 0.85000 | 28.05 | N/A | N/A | N/A | N/A | <1% |
| **Total Other Assets** | | | | **$28.05** | **$0.00** | **N/A** | | **$0.00** | **<1%** |

Estimated Annual Income ("EAI") and Estimated Yield ("EY") calculations are for informational purposes only. The actual income and yield might be lower or higher than the estimated amounts. EY is based upon EAI and the current price of the security and will fluctuate. For certain types of securities, the calculations could include a return of principal or capital gains in which case EAI and EY would be overstated. EY and EAI are not promptly updated to reflect when an issuer has missed a regular payment or announced changes to future payments, in which case EAI and EY will continue to display at a prior rate.

## Transactions - Summary

| Beginning Cash* as of 09/01 | + | Deposits | + | Withdrawals | + | Purchases | + | Sales/Redemptions | + | Dividends/Interest | + | Expenses | = | Ending Cash* as of 09/30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| $488.05 | | $0.00 | | $0.00 | | $0.00 | | $0.70 | | $0.19 | | $0.00 | | $488.94 |

Other Activity  $0.00

Other cash (includes any cash debit balance) held in your account plus the value of any cash invested in a sweep money fund.

Other activity includes transactions which don't affect the cash balance such as stock transfers, splits, etc.

## Transaction Details

| Date | Category | Action | Symbol/ CUSIP | Description | Quantity | Price/Rate per Share($) | Charges/ Interest($) | Amount($) | Realized Gain/(Loss)($) |
|---|---|---|---|---|---|---|---|---|---|
| 09/11 | Other Activity | Reverse Split | | VIZSLA ROYALTIES 25 WTF WARRANTS EXP 12/31/25 | 33.0000 | | | | |
| | | | | VIZSLA ROYALTIES 24 WTF WARRANTS EXP 12/31/25 | 33.0000 | | | | |



**charles SCHWAB**

Rollover IRA

MICHAEL EDWARD SATTERFIELD
CHARLES SCHWAB & CO INC CUST
IRA ROLLOVER

Statement Period
September 1-30, 2024

## Transaction Details (continued)

| Date | Category | Action | Symbol/CUSIP | Description | Quantity | Price/Rate per Share($) | Charges/Interest($) | Amount($) | Realized Gain/Loss($) |
|---|---|---|---|---|---|---|---|---|---|
| | Other Activity | | | | | | | | |
| 09/11 | | Reverse Split | | VIZSLA ROYALTIES 25 XXX REVERSE SPLIT | (333.0000) | | | | |
| 09/12 | Redemption | Cash-In-Lieu | | VIZSLA ROYALTIES 25 WTF WARRANTS EXP 12/31/25 | | | | 0.25 | |
| 09/13 | Redemption | Cash-In-Lieu | VRWWF | VIZSLA ROYALTIES 25 WTF WARRANTS EXP 12/31/25 | | | | 0.03 | |
| 09/13 | Redemption | Cash-In-Lieu | VROYF | VIZSLA ROYALTIES CORP F CLASS EQUITY | | | | 0.38 | |
| 09/16 | Redemption | Cash-In-Lieu | VROYF | VIZSLA ROYALTIES CORP F CLASS EQUITY | | | | 0.04 | |
| 09/16 | Interest | Bank Interest ˣ'ᶻ | | BANK INT 081624-091524 | | | | 0.19 | |
| **Total Transactions** | | | | | | | | **$0.89** | **$0.00** |

The date column represents the Settlement/Process date for each transaction.

## Bank Sweep Activity

| Date | Description | Amount | | Date | Description | Amount |
|---|---|---|---|---|---|---|
| 09/01 | **Beginning Balance** ˣ'ᶻ | **$488.05** | | 09/16 | BANK CREDIT FROM BROKERAGE ˣ | 0.45 |
| 09/13 | BANK CREDIT FROM BROKERAGE ˣ | 0.25 | | 09/30 | **Ending Balance** ˣ'ᶻ | **$488.94** |
| 09/15 | BANK INTEREST - CHARLES SCHWAB BANK ˣ'ᶻ | 0.19 | | 09/30 | **Interest Rate** ᶻ | **0.20%** |

Your interest period was 08/16/24 - 09/15/24. ᶻ

## Endnotes For Your Account

i   Value includes incomplete, missing or cost basis that is not tracked due to the security type. If cost basis is not available for an investment, you may be able to provide updates. For questions, please refer to the contact information on the first page of this statement.

X   Bank Sweep deposits are held at FDIC-insured Program Banks, which are listed in the Cash Features Disclosure Statement.

z   For the Bank Sweep and Bank Sweep for Benefit Plans features, interest is paid for a period that differs from the Statement Period. Balances include interest paid as indicated on your statement by Schwab or one or more of its Program Banks. These balances do not include interest that may have accrued during the Statement Period after interest is paid. The interest paid may include interest that accrued in the prior Statement Period.

## Terms and Conditions

**GENERAL INFORMATION AND KEY TERMS:** This Account statement is furnished solely by Charles Schwab & Co., Inc. ("Schwab") for your Account at Schwab ("Account"). Unless otherwise defined herein,

5 of 8



charles SCHWAB

MICHAEL EDWARD SATTERFIELD
CHARLES SCHWAB & CO INC CUST
IRA ROLLOVER

Rollover IRA of

Statement Period
September 1-30, 2024

# Terms and Conditions (continued)

Capitalized terms have the same meanings used in your Account Agreement. If you receive any other communication from any source other than Schwab which purports to represent your holdings at Schwab (including balances held at a Depository Institution) you should verify its content with this statement or your brokerage Account(s).

**Accrued Income:** Accrued Income is the sum of the total accrued interest and/or accrued dividends on securities swept to Program Banks are eligible for deposit insurance from the FDIC up to the applicable limits for each bank for funds held in the same insurable capacity. The balance in the Deposit Accounts can be withdrawn on your order and are the proceeds returned to your brokerage Account or remitted to you as provided in your Account Agreement. For information on FDIC insurance and its limits, as well as other important disclosures about the bank sweep feature(s) in your Account(s), please refer to the Cash Features Disclosure Statement available online or from a Schwab representative.

**Automatic Investment Plan) Customers:** Schwab receives remuneration in connection with certain transactions effected through Schwab. If you participate in a systematic investment program through Schwab, the additional information normally detailed on a trade confirmation will be provided upon request.

**Average Daily Balance:** Average daily composite of all cash balances that earn interest and all loans from which you are charged interest. **Bank Sweep and Bank Sweep for Benefit Plans Features:** Schwab receives remuneration in connection with certain transactions effected through Schwab. Deposit accounts held through these bank sweep features constitute direct obligations of one or more FDIC-insured banks ("Program Banks") that are not obligations of Schwab. Funds swept to Program Banks are eligible for deposit insurance from the FDIC up to the applicable limits for each bank for funds held in the same insurable capacity.

**Dividend Reinvestment Customers:** Dividend reinvestment transactions were effected by Schwab acting as a principal for its own account, except for the reinvestment of Schwab dividends, for which an independent broker-dealer acted as the Buying Agent. Further information on these transactions will be furnished upon written request. Gain (or Loss): Unrealized Gain or (Loss) and Realized Gain or (Loss) sections ("Gain/Loss Section(s)") contain a request of your Advisor, if applicable. This information is not a solicitation or a recommendation to buy or sell. **Schwab does not provide tax advice and encourages you to consult with your tax professional. Please view the Cost Basis Disclosure Statement for additional information on how Schwab reports adjusted cost basis information to the IRS.**

**Interest:** For the Schwab One Interest, Bank Sweep, and Bank Sweep for Benefit Plans features, interest is paid for a period that may differ from the Statement Period. Balances include interest paid as indicated on your statement by Schwab or one or more of its Program Banks. These balances do not include interest that may have accrued during the Statement Period after interest is paid. The interest paid may include interest that accrued in the prior Statement Period. For the Schwab One Interest feature, interest accrues daily from the second-to-last business day of the prior month and is posted on the second-to-last business day of the current month. For the Bank Sweep and Bank Sweep for Benefit Plans features, interest accrues daily from the 16th day of the prior month and is credited/posted on the 15th of the current month. If, on any given day, the interest that Schwab calculates for the Free Credit Balances in the Schwab One Interest feature in your brokerage Account is less than $.005, you will not accrue any interest on that day. For balances held at banks affiliated with Schwab in the Bank Sweep and Bank Sweep for Benefit Plans features, interest will accrue even if the amount is less than $.005. **Margin Account Customers:** This is a combined statement of your margin account and special memorandum account maintained for you under Section 220.5 of Regulation T issued by the Board of Governors of the Federal Reserve System. The permanent record of the separate account as required by Regulation T is available for your inspection. Securities purchased on margin are Schwab's collateral for the loan to you. It is important that you fully

understand the risks involved in trading securities on margin. These risks include: 1) You can lose more funds than you deposit in the margin account; 2) Schwab can force the sale of securities or other assets in any of your account(s) to maintain the required account equity without contacting you; 3) You are entitled to choose which assets are liquidated nor are you entitled to an extension of time on a margin call; 4) Schwab can increase its "house" maintenance margin requirements at any time without advance written notice to you. **Market Price:** The most recent price evaluation available to Schwab on the last business day of the report period, normally the last trade price or bid as of market close. Unpriced securities denote that no market evaluation update is currently available. Price evaluations are obtained from outside parties at Schwab shall have no responsibility for the accuracy or timeliness of any such valuations. Assets Not Held at Schwab are not held in your Account or covered by the Account's SIPC account protection and are not otherwise in Schwab's custody and are being provided as a courtesy to you. Information on Assets Not Held at Schwab. Schwab can neither validate nor certify the existence of Assets Not Held at Schwab, whether accuracy, completeness or timeliness of the information about Assets Not Held at Schwab or provide to Schwab, including but not limited to valuations, is reported solely based on information you provide to provided by you or otherwise. Descriptions of Assets Not Held at Schwab may be abbreviated or truncated. Some securities, especially thinly traded equities in the OTC market or foreign markets, may not report the most current price and are indicated as State Priced. Certain Limited Partnerships (direct participation programs) and unlisted Real Estate Investment Trust (REIT) securities, for which you may have a valuation national securities exchange, and are generally illiquid. Even if you are able to sell such securities, the price received may be less than the per share appraised estimated value provided in the account statement. **Market Value:** The Market Value is computed by multiplying the Market Price by the Quantity of Shares. This is the dollar value of your present holdings in your specified Account or a summary of this Market Value summed over multiple accounts. **Non-Publicly Traded Securities:** All assets shown on this statement, other than certain direct investments which may be held by a third party, are held in your Account at Schwab & Co., Inc. Member SIPC. Non-Publicly Traded Securities may be furnished by a third party as provided by Schwab's compensation as the Investment Advisor, Shareholder Service Agent and Distributor for the Schwab Sweep Money Funds. The annual amount of such compensation is disclosed in the prospectus. The yield information for a Schwab Sweep Money Funds is the current 7-day yield as of the statement period. Yields vary. If, on any given day, the interest that Schwab calculates for your selected sweep money fund as calculated for your account is less than ½ of 1 cent ($0.005), your account will not earn a dividend for that day. In addition, if you do not accrue at least 1 daily dividend of $0.01 during a pay period, you will not receive a money market dividend for that period. Schwab and the Schwab Sweep Money Funds investment advisor may be voluntarily reducing a portion of a Schwab Sweep Money Fund's expenses. Without these reductions, yields would have been lower. **Securities Products and Services:** Securities products and services are offered by Charles Schwab & Co., Inc. Member SIPC. **Securities products and services, including unswept Intraday funds and net credit balances held in brokerage accounts are not deposits or other obligations of, or guaranteed by any bank, are not FDIC insured, and are subject to investment risk and may lose value. SIPC does not cover balances held at Program Banks in the Bank Sweep and Bank Sweep for Benefit Plans features.** Please see your Cash Feature Disclosure Statement for more information on insurance coverage. **Securities Held to Maturity:** This is the actual average annual return on a note if held to maturity. **IN CASE OF ERRORS OR DISCREPANCIES: If you find an error or discrepancy relating to your brokerage activity (other than an electronic fund transfer) you must notify us promptly, but no later than 10 days after this statement is sent to you. If this statement shows that**

**charles SCHWAB**

Rollover IRA of

MICHAEL EDWARD SATTERFIELD
CHARLES SCHWAB & CO INC CUST
IRA ROLLOVER

Statement Period
September 1-30, 2024

## Terms and Conditions (continued)

We have mailed or delivered security certificate(s) that you have not received, notify Schwab immediately. You may call us at **800-435-4000**. (Outside the U.S., call **+1-415-667-8400**.) If you're a client of an independent investment advisor, call us at **800-515-2157**. Any oral communications should be re-confirmed in writing to further protect your rights, including rights under the Securities Investor Protection Act (SIPA). If you do not so notify us, you agree that the statement activity and Account balance are correct for all purposes with respect to those brokerage transactions. **IN CASE OF COMPLAINTS:** If you have a complaint regarding your Schwab statement, products or services, please write to Client Service & Support at Charles Schwab & Co., Inc. P.O. Box 982603, El Paso, TX 79998-2603, or call customer service at **800-435-4000**. (Outside the U.S., call **+1-415-667-8400**.) If you're a client of an independent investment advisor, call us at 800-515-2157. **Address Changes:** If you fail to notify Schwab in writing of any change of address or phone number, you

may not receive important notifications about your Account, and trading or other restrictions might be placed on your Account. **Additional Information:** We are required by law to report to the Internal Revenue Service adjusted cost basis information (if applicable), certain payments to you and credits to your Account during the calendar year. Retain this statement for income tax purposes. A financial statement for your inspection is available at Schwab's offices or a copy will be mailed to you upon written request. Any third-party trademarks appearing herein are the property of their respective owners. Charles Schwab & Co., Inc., Charles Schwab Bank, Charles Schwab Premier Bank, and Charles Schwab Trust Bank are separate but affiliated companies and subsidiaries of the Charles Schwab Corporation. © 2024 Charles Schwab & Co., Inc. ("Schwab"). All rights reserved. **Member SIPC.** (0101USTNC) (0822-20UL)

*This page intentionally left blank.*

Transaction History for Rollover IRA ...844

## Transactions found from 09/29/2020 to 09/29/2024

| Date ▾ | Action | Symbol / Description | Quantity | Price | Fees & Comm | Amount |
|---|---|---|---|---|---|---|
| 01/29/2024 | Reverse Split | MMAT META MATLS INC | 1,988 | | | |
| 11/22/2022 | Buy | MMAT META MATLS INC | 83,007 | $2.02 | | -$167,674.14 |
| 11/22/2022 | Buy | MMAT META MATLS INC | 3,970 | $2.02 | | -$8,019.40 |
| 11/22/2022 | Buy | MMAT META MATLS INC | 6,000 | $2.02 | | -$12,120.00 |
| 11/22/2022 | Buy | MMAT META MATLS INC | 1,600 | $2.02 | | -$3,232.00 |
| 11/22/2022 | Buy | MMAT META MATLS INC | 200 | $2.02 | | -$404.00 |
| 11/22/2022 | Buy | MMAT META MATLS INC | 2,500 | $2.02 | | -$5,050.00 |
| 11/22/2022 | Buy | MMAT META MATLS INC | 2,500 | $2.02 | | -$5,050.00 |
| 11/22/2022 | Buy | MMAT META MATLS INC | 1,000 | $2.02 | | -$2,020.00 |
| 11/22/2022 | Buy | MMAT | 80 | $2.02 | | -$161.60 |

| Date ▾ | Action | Symbol / Description | Quantity | Price | Fees & Comm | Amount |
|---|---|---|---|---|---|---|
| | | META MATLS INC | | | | |
| 11/22/2022 | Buy | MMAT META MATLS INC | 600 | $2.02 | | -$1,212.00 |
| 11/22/2022 | Buy | MMAT META MATLS INC | 1,400 | $2.02 | | -$2,828.00 |
| 11/22/2022 | Buy | MMAT META MATLS INC | 250 | $2.02 | | -$505.00 |
| 11/22/2022 | Buy | MMAT META MATLS INC | 1,000 | $2.02 | | -$2,020.00 |
| 11/22/2022 | Buy | MMAT META MATLS INC | 3,000 | $2.02 | | -$6,060.00 |
| 11/22/2022 | Buy | MMAT META MATLS INC | 700 | $2.02 | | -$1,414.00 |
| 11/22/2022 | Buy | MMAT META MATLS INC | 100 | $2.02 | | -$202.00 |
| 11/22/2022 | Buy | MMAT META MATLS INC | 1,100 | $2.02 | | -$2,222.00 |
| 11/22/2022 | Buy | MMAT META MATLS INC | 200 | $2.015 | | -$403.00 |
| 11/22/2022 | Buy | MMAT META MATLS INC | 300 | $2.015 | | -$604.50 |

Transaction History | Charles Schwab

| Date ▾ | Action | Symbol / Description | Quantity | Price | Fees & Comm | Amount |
|---|---|---|---|---|---|---|
| 11/22/2022 | Buy | MMAT<br>META MATLS<br>INC | 1,600 | $2.015 | | -$3,224.00 |
| 11/22/2022 | Buy | MMAT<br>META MATLS<br>INC | 2,500 | $2.015 | | -$5,037.50 |
| 11/22/2022 | Buy | MMAT<br>META MATLS<br>INC | 2,500 | $2.015 | | -$5,037.50 |
| 11/22/2022 | Buy | MMAT<br>META MATLS<br>INC | 2,500 | $2.015 | | -$5,037.50 |
| 11/22/2022 | Buy | MMAT<br>META MATLS<br>INC | 10,075 | $2.02 | | -$20,351.50 |
| 11/22/2022 | Buy | MMAT<br>META MATLS<br>INC | 100 | $2.02 | | -$202.00 |
| 11/22/2022 | Buy | MMAT<br>META MATLS<br>INC | 2 | $2.02 | | -$4.04 |
| 11/22/2022 | Buy | MMAT<br>META MATLS<br>INC | 3,500 | $2.02 | | -$7,070.00 |
| 11/22/2022 | Buy | MMAT<br>META MATLS<br>INC | 1,209 | $2.02 | | -$2,442.18 |
| 11/22/2022 | Buy | MMAT<br>META MATLS<br>INC | 8,369 | $2.02 | | -$16,905.38 |
| 11/22/2022 | Buy | MMAT | 5,082 | $2.02 | | -$10,265.64 |

| Date ▾ | Action | Symbol / Description | Quantity | Price | Fees & Comm | Amount |
|--------|--------|---------------------|----------|-------|-------------|--------|
| | | META MATLS INC | | | | |
| 11/22/2022 | Buy | MMAT META MATLS INC | 12 | $2.02 | | -$24.24 |
| 11/22/2022 | Buy | MMAT META MATLS INC | 6 | $2.02 | | -$12.12 |
| 11/22/2022 | Buy | MMAT META MATLS INC | 13,400 | $2.02 | | -$27,068.00 |
| 11/22/2022 | Buy | MMAT META MATLS INC | 15,245 | $2.02 | | -$30,794.90 |
| 11/22/2022 | Buy | MMAT META MATLS INC | 1,000 | $2.02 | | -$2,020.00 |
| 11/22/2022 | Buy | MMAT META MATLS INC | 500 | $2.02 | | -$1,010.00 |
| 11/22/2022 | Buy | MMAT META MATLS INC | 500 | $2.02 | | -$1,010.00 |
| 11/22/2022 | Buy | MMAT META MATLS INC | 4 | $2.02 | | -$8.08 |
| 11/22/2022 | Buy | MMAT META MATLS INC | 389 | $2.02 | | -$785.78 |
| 12/13/2021 | Buy | MMAT META MATLS INC | 4,400 | $3.1353 | | -$13,795.32 |

| Date ▾ | Action | Symbol / Description | Quantity | Price | Fees & Comm | Amount |
|---|---|---|---|---|---|---|
| 12/03/2021 | Buy | MMAT<br>META MATLS<br>INC | 200 | $3.19 | | -$638.00 |
| 11/30/2021 | Buy | MMAT<br>META MATLS<br>INC | 450 | $3.4999 | | -$1,574.96 |
| 11/26/2021 | Buy | MMAT<br>META MATLS<br>INC | 1,000 | $3.826 | | -$3,826.00 |
| 06/29/2021 | Reverse<br>Split | MMAT<br>META MATLS<br>INC | 14,750 | | | |

Page Total: **-$379,346.28**

Intra-day transactions are subject to change.

Brokerage Account Balances are from the previous market close, but also may include new activity that will be posted to your account at after market close. Balances are subject to change.

Bank sweep information can be found on your Statements. Current Balance bank sweep information can be found on the Balances page.

(1123-3U5Y, 0924-CLCV)

**Brokerage Products: Not FDIC Insured • No Bank Guarantee • May Lose Value**

Account: ...844
Today's Date: 05:57 PM ET,
09/29/2024

The Charles Schwab Corporation provides a full range of brokerage, banking and financial advisory services through its operating subsidiaries. Its broker-dealer subsidiary, Charles Schwab & Co. Inc. (Member SIPC), and its affiliates offer investment services and products. Its banking subsidiary, Charles Schwab Bank, SSB (member FDIC and an Equal Housing Lender), provides deposit and lending services and products. This site is designed for U.S. residents. Non-U.S. residents are subject to country-specific restrictions. Learn more about our services for non-US Residents , Charles Schwab Hong Kong clients , Charles Schwab UK clients. © 2024 Charles Schwab & Co., Inc. All rights reserved. Member SIPC. Unauthorized access is prohibited. Usage will be monitored.

**Transaction History for Rollover IRA ...844**

# Transactions found from 09/29/2020 to 09/29/2024

| Date ▾ | Action | Symbol / Description | Quantity | Price | Fees & Comm | Amount |
|---|---|---|---|---|---|---|
| 06/10/2021 | Buy | TRCH TORCHLIGHT ENERGY RE | 102 | $2.9666 | | -$302.59 |
| 06/10/2021 | Buy | TRCH TORCHLIGHT ENERGY RE | 200 | $2.9666 | | -$593.32 |
| 06/10/2021 | Buy | TRCH TORCHLIGHT ENERGY RE | 200 | $2.9666 | | -$593.32 |
| 06/10/2021 | Buy | TRCH TORCHLIGHT ENERGY RE | 200 | $2.9666 | | -$593.32 |
| 06/10/2021 | Buy | TRCH TORCHLIGHT ENERGY RE | 88 | $2.9666 | | -$261.06 |
| 06/10/2021 | Buy | TRCH TORCHLIGHT ENERGY RE | 600 | $2.9666 | | -$1,779.96 |
| 06/10/2021 | Buy | TRCH TORCHLIGHT ENERGY RE | 10 | $2.9666 | | -$29.67 |
| 06/10/2021 | Buy | TRCH TORCHLIGHT ENERGY RE | 100 | $2.9666 | | -$296.66 |
| 01/28/2021 | Buy | TRCH TORCHLIGHT ENERGY RE | 1,400 | $1.42 | | -$1,988.00 |

| Date ▾ | Action | Symbol / Description | Quantity | Price | Fees & Comm | Amount |
|--------|--------|---------------------|----------|-------|-------------|--------|
| 01/28/2021 | Buy | TRCH TORCHLIGHT ENERGY RE | 100 | $1.42 | | -$142.00 |
| 01/28/2021 | Buy | TRCH TORCHLIGHT ENERGY RE | 1,500 | $1.45 | | -$2,175.00 |

Page Total: **-$8,754.90**

Intra-day transactions are subject to change.

Brokerage Account Balances are from the previous market close, but also may include new activity that will be posted to your account at after market close. Balances are subject to change.

Bank sweep information can be found on your Statements. Current Balance bank sweep information can be found on the Balances page.

(1123-3U5Y, 0924-CLCV)

**Brokerage Products: Not FDIC Insured • No Bank Guarantee • May Lose Value**

Account: ...844
Today's Date: 05:57 PM ET, 09/29/2024

The Charles Schwab Corporation provides a full range of brokerage, banking and financial advisory services through its operating subsidiaries. Its broker-dealer subsidiary, Charles Schwab & Co. Inc. (Member SIPC), and its affiliates offer investment services and products. Its banking subsidiary, Charles Schwab Bank, SSB (member FDIC and an Equal Housing Lender), provides deposit and lending services and products. This site is designed for U.S. residents. Non-U.S. residents are subject to country-specific restrictions. Learn more about our services for non-US Residents , Charles Schwab Hong Kong clients , Charles Schwab UK clients. © 2024 Charles Schwab & Co., Inc. All rights reserved. Member SIPC. Unauthorized access is prohibited. Usage will be monitored.



**charles SCHWAB**

# Schwab One® Account of

MICHAEL EDWARD SATTERFIELD
DESIGNATED BENE PLAN/TOD

0950-00000-ID2081607-160844 *1 #1

## Manage Your Account

### Customer Service and Trading:
Call your Schwab Representative
1-800-435-4000
24/7 Customer Service

For the most current records on your account visit schwab.com/login. Statements are archived up to 10 years online.

### Commitment to Transparency
Client Relationship Summaries and Best Interest disclosures are at schwab.com/transparency.
Charles Schwab & Co., Inc. Member SIPC.

### Online Assistance
⊕ Visit us online at schwab.com

Visit schwab.com/stmt to explore the features and benefits of this statement.

MICHAEL EDWARD SATTERFIELD
DESIGNATED BENE PLAN/TOD
1208 SW 2ND CT.
APT. 3
FORT LAUDERDALE FL      33312-1622

Account Number
⬤-1318

Statement Period
September 1-30, 2024

## Account Summary

| Ending Account Value as of 09/30 | Beginning Account Value as of 09/01 |
|---|---|
| $5,197.31 | $5,197.58 |

| | This Statement | YTD |
|---|---|---|
| Beginning Value | $5,197.58 | $10,177.59 |
| Deposits | 0.00 | 0.00 |
| Withdrawals | 0.00 | (2,800.00) |
| Dividends and Interest | 1.50 | 17.52 |
| Transfer of Securities | 0.00 | 0.00 |
| Market Appreciation/(Depreciation) | (1.77) | (2,197.80) |
| Expenses | 0.00 | 0.00 |
| **Ending Value** | **$5,197.31** | **$5,197.31** |

Account Ending Value reflects the market value of your cash and investments. It does not include pending transactions, unpriced securities or assets held outside Schwab's custody.

Oct23  Nov  Dec  Jan'24  Feb  Mar  Apr  May  Jun  Jul  Aug  Sep

$23.0K
$19.1K
$15.2K
$11.3K
$7.4K
$3.5K



## Schwab One® Account of

MICHAEL EDWARD SATTERFIELD
DESIGNATED BENE PLAN/TOD

**Statement Period**
September 1-30, 2024

### Asset Allocation



| | This Period Allocation | Current % |
|---|---|---|
| Cash and Cash Investments | 4,920.29 | 95% |
| Equities | 277.02 | 5% |
| **Total** | **$5,197.31** | **100%** |

### Top Account Holdings This Period

| SYMBOL/CUSIP | Description | Market Value | % of Accounts |
|---|---|---|---|
| | Cash | 4,920.29 | 95% |
| MMATQ | META MATLS INC | 129.50 | 2% |
| ERGOF | PINNACLE SILVER & GOLD F | 103.32 | 2% |
| MCDMF | MACDONALD MINES EXPL L F | 44.20 | <1% |

### Gain or (Loss) Summary

| | Short-Term (ST) | | | Long-Term (LT) | | |
|---|---|---|---|---|---|---|
| | Gain | (Loss) | Net | Gain | (Loss) | Net |
| This Period | 0.00 | (2,264.28) | (2,264.28) | 0.00 | (433.00) | (433.00) |
| YTD | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Unrealized** | | | | | | **($42,184.16)** |

### Income Summary

| | This Period | | | YTD | |
|---|---|---|---|---|---|
| Federal Tax Status | Tax-Exempt | Taxable | Tax-Exempt | Taxable | |
| Schwab One® Interest | 0.00 | 1.50 | 0.00 | 17.52 | |
| **Total Income** | **$0.00** | **$1.50** | **$0.00** | **$17.52** | |

Values may not reflect all of your gains/losses and may be rounded up to the nearest dollar. Schwab has provided accurate gain and loss information wherever possible for most investments. Cost basis may be incomplete or unavailable for some of your holdings and may change or be adjusted in certain cases. Please login to your account at Schwab.com for real-time gain/loss information. Statement information should not be used for tax preparation, instead refer to official tax documents. For additional information refer to Terms and Conditions.



**Schwab One® Account** of

MICHAEL EDWARD SATTERFIELD
DESIGNATED BENE PLAN/TOD

Statement Period
September 1-30, 2024

## Statement of Financial Condition

The most recent statement of financial condition for Charles Schwab & Co., Inc. (CS&Co) may be obtained at no cost at http://www.schwab.com/legal/financials or by calling 1-800-435-4000. For clients of independent investment advisors, contact Schwab Alliance at 1-800-647-5465. International clients, call +1-415-667-7870 and Charles Schwab Hong Kong clients, call +852-2101-0500. At June 30, and July 31, 2024, CS&Co had net capital of $8.8 billion and $9.0 billion, respectively, and a net capital requirement of $1.7 billion and $1.8 billion, respectively. A copy of the report may be requested via: Investor Relations, 211 Main Street, San Francisco, CA 94105. Independent investment advisors are not owned by, affiliated with, or supervised by CS&Co.

## Positions - Summary

| Beginning Value as of 09/01 | + | Transfer of Securities(In/Out) | + | Dividends Reinvested | + | Cash Activity | + | Change in Market Value | = | Ending Value as of 09/30 | Cost Basis | Unrealized Gain/(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| $5,197.58 | + | $0.00 | + | $0.00 | + | $1.50 | + | ($1.77) | = | $5,197.31 | $42,461.18 | ($42,184.16) |

Values may not reflect all of your gains/losses. Schwab has provided accurate gain and loss information wherever possible for most investments. Cost basis may be incomplete or unavailable for some of your holdings and may change or be adjusted in certain cases. Statement information should not be used for tax preparation, instead refer to official tax documents. For additional information refer to Terms and Conditions.

## Cash and Cash Investments

| Type | Symbol | Description | Quantity | Price($) | Beginning Balance($) | Ending Balance($) | Change in Period Balance($) | Pending/Unsettled Cash($) | Interest/ Yield Rate |
|---|---|---|---|---|---|---|---|---|---|
| Cash | | | | | 4,918.79 | 4,920.29 | 1.50 | 0.00 | 95% |
| **Total Cash and Cash Investments** | | | | | **$4,918.79** | **$4,920.29** | **$1.50** | | **95%** |

## Positions - Equities

| Symbol | Description | Quantity | Price($) | Market Value($) | Cost Basis($) | Unrealized Gain/(Loss)($) | Est. Yield | Est. Annual Income($) | % of Acct |
|---|---|---|---|---|---|---|---|---|---|
| MCDMF | MACDONALD MINES EXPL L F | 1,700.0000 | 0.02600 | 44.20 | 1,190.00 | (1,145.80) | N/A | 0.00 | <1% |
| MMATQ | META MATLS INC | 350.0000 | 0.37000 | 129.50 | 36,710.60 | (36,581.10) | N/A | 0.00 | 2% |
| NRGOF | PINNACLE SILVER & GOLD F | 5,166.0000 | 0.02000 | 103.32 | 4,560.58 | (4,457.26) | N/A | 0.00 | 2% |
| **Total Equities** | | | | | **$277.02** | **$42,461.18** | **($42,184.16)** | | **$0.00** | **5%** |

Estimated Annual Income ("EAI") and Estimated Yield ("EY") calculations are for informational purposes only. The actual income and yield might be lower or higher than the estimated amounts. EY is based upon EAI and the current price of the security and will fluctuate. For certain types of securities, the calculations could include a return of principal or capital gains in which case EAI and EY would be overstated. EY and EAI are not promptly updated to reflect when an issuer has missed a regular payment or announced changes to future payments, in which case EAI and EY will continue to display at a prior rate.



**Schwab One® Account** of

MICHAEL EDWARD SATTERFIELD
DESIGNATED BENE PLAN/TOD

Statement Period
September 1-30, 2024

## Transactions - Summary

| Beginning Cash* as of 09/01 | + | Deposits | + | Withdrawals | + | Purchases | + | Sales/Redemptions | + | Dividends/Interest | + | Expenses | = | Ending Cash* as of 09/30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| $4,918.79 | | $0.00 | | $0.00 | | $0.00 | | $0.00 | | $1.50 | | $0.00 | | $4,920.29 |

*Cash (includes any cash debit balance) held in your account plus the value of any cash invested in a sweep money fund.

Other Activity **$0.00**    Other activity includes transactions which don't affect the cash balance such as stock transfers, splits, etc.

Date column represents the Settlement/Process date for each transaction.

*08/29 through 09/26; $1.50 based on .381% average Schwab One® interest rate paid on 29 days in which your account had an average daily balance of $4,919.57.

## Transaction Details

| Date | Category | Action | Symbol/CUSIP | Description | Quantity | Price/Rate per Share($) | Charges/Interest($) | Amount($) | Realized Gain/(Loss)($) |
|---|---|---|---|---|---|---|---|---|---|
| 09/27 | Interest | Credit Interest | | SCHWAB1 INT 08/29-09/26 | | | | 1.50 | |
| **Total Transactions** | | | | | | | | **$1.50** | **$0.00** |

## Terms and Conditions

**GENERAL INFORMATION AND KEY TERMS:** This Account statement is furnished solely by Charles Schwab & Co., Inc. ("Schwab") for your Account at Schwab ("Account"). Unless otherwise defined herein, capitalized terms have the same meanings as in your Account Agreement. If you receive any other communication from any source other than Schwab which purports to represent your holdings at Schwab (including balances held at a Depository Institution) you should verify its content with this statement. **Accrued Income:** Accrued Income is the sum of the total accrued interest and/or accrued dividends on positions held in your Account, but the interest and/or dividends have not been received into your Account. Accrued amounts are not covered by SIPC account protection until actually received and held in the Account. **AIP (Automatic Investment Plan) Customers:** Schwab receives remuneration in connection with certain transactions effected through Schwab. If you participate in a systematic investment program through Schwab, the additional information normally detailed on a trade confirmation will be provided upon request. **Average Daily Balance:** Average daily composite of all cash balances that earn interest and all loans from Schwab that are charged interest. **Bank Sweep and Bank Sweep for Benefit Plans Features:** Schwab acts as your agent and custodian in establishing and maintaining your Deposit Account(s) as a feature of your brokerage Account(s). Deposit accounts held through these bank sweep features constitute direct obligations of one or more FDIC insured banks ("Program Banks") that are not obligations of Schwab. Funds swept to Program Banks are eligible for deposit insurance from the FDIC up to the applicable limits for each bank for funds held in the same insurable capacity. The balance in the Deposit Accounts can be withdrawn on your order and the proceeds returned to your brokerage Account or remitted to you as provided in your Account Agreement. For information on FDIC insurance and its limits, as well as other important disclosures about the bank sweep feature(s) in your Account(s), please refer to the Cash Features Disclosure Statement available online or from a Schwab representative. **Cash:** Any Free Credit Balance

owed by us to you payable upon demand which, although accounted for on our books of record, is not segregated and may be used in the conduct of this firm's business. **Dividend Reinvestment Customers:** Dividend reinvestment transactions were effected by Schwab acting as a principal for its own account, except for the reinvestment of Schwab dividends, for which an independent broker-dealer acted as the buying agent. Further information on these transactions will be furnished upon request. **Gain (or Loss):** Unrealized Gain or (Loss) and Realized Gain or (Loss) sections ("Gain/Loss Section(s)") contain a gain or a loss summary of your Account. This information has been provided on this statement at the request of your Advisor, if applicable. This information is not a solicitation or a recommendation to buy or sell. **Schwab does not provide tax advice and encourages you to consult with your tax professional. Please view the Cost Basis Disclosure Statement for additional information on how gain (or loss) is calculated and how Schwab reports adjusted cost basis information to the IRS. Interest:** For the Schwab One® Interest, Bank Sweep, and Bank Sweep for Benefit Plans features, interest paid for a period that may differ from the Statement Period. Balances include interest paid as indicated on your statement by Schwab or one or more of its Program Banks. These balances do not include interest that may have accrued during the Statement Period after interest is paid. The interest paid may include interest that accrued in the prior Statement Period. For the Bank Sweep and Bank Sweep for Benefit Plans features, interest accrues daily from the second-to-last business day of the prior month and is posted on the second-to-last business day of the current month. If, on any given day, the interest that Schwab calculates for the Free Credit Balances in the Schwab One Interest feature in your brokerage Account is less than $.005, you will not accrue any interest on that day. For balances held at banks affiliated with Schwab in the Bank Sweep and Bank Sweep for Benefit Plans features, interest will accrue even if the amount is less than $.005. **Margin Account Customers:**

4 of 6



Schwab One® Account of

MICHAEL EDWARD SATTERFIELD
DESIGNATED BENE PLAN/TOD

Statement Period
September 1-30, 2024

# Terms and Conditions (continued)

This is a combined statement of your margin account and special memorandum account maintained for you under Section 220.5 of Regulation T issued by the Board of Governors of the Federal Reserve System. The permanent record of the separate account as required by Regulation T is available for your inspection. Securities purchased on margin are Schwab's collateral for the loan to you. It is important that you fully understand the risks involved in trading securities on margin. These risks include: 1) You can lose more funds than you deposit in the margin account; 2) Schwab can force the sale of securities or other assets in any of your account(s) to maintain the required account equity without contacting you; 3) You are not entitled to choose which assets are liquidated nor are you entitled to an extension of time on a margin call; 4) Schwab can increase its "house" maintenance margin requirements at any time without advance written notice to you. Market Price: The most recent price evaluation available to Schwab on the last business day of the report period, normally the last trade price or the bid as of market close. Unpriced securities denote that no market evaluation update is currently available. Price evaluations are obtained from outside parties. Schwab shall have no responsibility for the accuracy or timeliness of any such valuations. Assets Not Held at Schwab are not held in your Account or covered by the Account's SIPC account protection and are not otherwise in Schwab's custody) and are being provided as a courtesy to you. Information on Assets Not Held at Schwab, including but not limited to valuations, is reported solely based on information you provide to Schwab. Schwab can neither validate nor certify the existence of Assets Not Held at Schwab or their accuracy, completeness or timeliness of the information about Assets Not Held at Schwab, whether provided by you or otherwise. Descriptions of Assets Not Held at Schwab may be abbreviated or truncated. Some securities, especially thinly traded equities in the OTC market or foreign markets, may not report the last current price and are indicated as State Priced. Certain Limited Partnerships (direct participation programs) and unlisted Real Estate Investment Trust (REIT) securities, for which you may see a value on your monthly Account statement that reflects the issuer's appraised estimated value, are not listed on a national securities exchange, and are generally illiquid. Even if you are able to sell such securities, the price received may be less than the per share appraised estimated value provided in the account statement. Market Value: The Market Value is computed by multiplying the Market Price by the Quantity of Shares. This is the dollar value of your present holdings in your specified Schwab Account or a summary of the Market Value summed over multiple accounts. Non-Publicly Traded Securities: All assets shown on this statement, other than certain direct investments which may be held by a third party, are held in your Account. Values of certain Non-Publicly Traded Securities may be furnished by a third party as provided by Schwab's Account Agreement. Schwab shall have no responsibility for the accuracy or timeliness of such valuations. The Securities Investor Protection Corporation (SIPC) does not cover many limited partnership interests. Schwab Sweep Money Funds: Includes the primary money market funds into which Free Credit Balances are automatically invested pursuant to your Account Agreement. Schwab or an affiliate acts and receives compensation as the Investment Advisor, Shareholder Service Agent and Distributor for the Schwab Sweep Money Funds. The amount of such compensation is disclosed in the prospectus. The yield information for Schwab Sweep Money Funds is the current 7-day yield as of the statement period. Yields vary. If on any

given day, the accrued daily dividend for your selected sweep money fund as calculated for your account is less than ½ of 1 cent ($0.005), your account will not earn a dividend for that day. In addition, if you do not accrue at least 1 daily dividend of $0.01 during a pay period, you will not receive a money market dividend for that period. Schwab and the Schwab Sweep Money Funds' investment advisor may be voluntarily reducing a portion of a Schwab Sweep Money Fund's expenses. Without these reductions, yields would have been lower. Securities Products and Services: Securities products and services are offered by Charles Schwab & Co., Inc. Member SIPC. Securities products and services, including unswept intraday funds and net credit balances held in brokerage accounts are not deposits or other obligations of, or guaranteed by, any bank, are not FDIC insured, and are subject to investment risk and may lose value. SIPC does not cover balances held at Program Banks in the Bank Sweep and Bank Sweep for Benefit Plans features. Please see your Cash Feature Disclosure Statement for more information on insurance coverage. Yield to Maturity: This is the actual average annual return on a note if held to maturity. IN CASE OF ERRORS OR DISCREPANCIES: If you find an error or discrepancy relating to your brokerage activity (other than an electronic fund transfer) you must notify us promptly, but no later than 10 days after we mailed or delivered security certificate(s) that you have not received, notify Schwab immediately. You may call us at 800-435-4000. (Outside the U.S., call +1-415-667-8400.) If you're a client of an independent investment advisor, call us at 800-515-2157. Any oral communications should be re-confirmed in writing to further protect your rights, including rights under the Securities Investor Protection Act (SIPA). If you do not so notify us, you agree that the statement activity and Account balance are correct for all purposes with respect to those brokerage transactions. IN CASE OF COMPLAINTS: If you have a complaint regarding your Schwab statement, products or services, please write to Client Service & Support at Charles Schwab & Co., Inc., P.O. Box 982603, El Paso, TX 79998-2603, or call customer service at 800-435-4000. (Outside the U.S., call +1-415-667-8400.) If you're a client of an independent investment advisor, call us at 800-515-2157. Address Changes: If you fail to notify Schwab in writing of any change of address or phone number, you may not receive important notifications about your Account, and trading or other restrictions might be placed on your Account. Additional Information: We are required by law to report to the Internal Revenue Service the adjusted cost basis information (if applicable), certain payments to you and credits to your Account during the calendar year. Retain this statement for income tax purposes. A financial statement for your inspection is available at Schwab's offices or a copy will be mailed to you upon written request. Any third-party trademarks appearing herein are the property of their respective owners. Charles Schwab & Co., Inc., Charles Schwab Bank, Charles Schwab Premier Bank, and Charles Schwab Trust Bank are separate but affiliated companies and subsidiaries of the Charles Schwab Corporation. © 2024 Charles Schwab & Co., Inc. ("Schwab"). All rights reserved. (0101USTNC) (0822-20UL)

This page intentionally left blank.



Schwab One® Account of

MICHAEL EDWARD SATTERFIELD

Account Number
•••-4323

Statement Period
September 1-30, 2024

0930-00000-ID2111607-161201 *1 #1

**Manage Your Account**

**Online Assistance**

🖥  Visit us online at schwab.com

**Commitment to Transparency**

Charles Schwab & Co., Inc. Member SIPC.
Disclosures are at schwab.com/transparency.
Client Relationship Summaries and Best Interest

**Customer Service and Trading:**
Call your Schwab Representative
1-800-435-4000
24/7 Customer Service

For the most current records on your account
visit schwab.com/login. Statements are
archived up to 10 years online.

Visit schwab.com/stmt to explore the features
and benefits of this statement.

MICHAEL EDWARD SATTERFIELD
1208 SW 2ND CT.
APT. 3
FORT LAUDERDALE FL    33312-1622

## Account Summary

Ending Account Value as of 09/30
**$26,615.05**

Beginning Account Value as of 09/01
**$27,177.04**



| | This Statement | YTD |
|---|---|---|
| Beginning Value | $27,177.04 | $28,159.41 |
| Deposits | 0.00 | 0.00 |
| Withdrawals | 0.00 | 0.00 |
| Dividends and Interest | 4.42 | 82.07 |
| Transfer of Securities | 0.00 | 0.00 |
| Market Appreciation/(Depreciation) | (566.41) | (1,626.43) |
| Expenses | 0.00 | 0.00 |
| **Ending Value** | **$26,615.05** | **$26,615.05** |

Account Ending Value reflects the market value of your cash and investments. It does not include pending
transactions, unpriced securities or assets held outside Schwab's custody.



# charles SCHWAB

## Schwab One® Account of

MICHAEL EDWARD SATTERFIELD

**Statement Period**
September 1-30, 2024

## Asset Allocation

$26.61K

| | This Period | Current Allocation |
|---|---|---|
| ■ Cash and Cash Investments | 14,900.37 | 56% |
| ■ Equities | 11,701.08 | 44% |
| □ Other Assets | 13.60 | <1% |
| **Total** | **$26,615.05** | **100%** |

## Top Account Holdings This Period

| SYMBOL/CUSIP | Description | Market Value | % of Accounts |
|---|---|---|---|
| | Cash | 14,900.37 | 56% |
| GME | GAMESTOP CORP NEW | 6,879.00 | 26% |
| VZLA | VIZSLA SILVER CORP  F | 4,800.00 | 18% |
| VROYF | VIZSLA ROYALTIES CORP  F | 22.08 | <1% |
| CRYWF | VIZSLA ROYALTIES  24 WTFW... | 13.60 | <1% |

## Gain or (Loss) Summary

| | Short-Term (ST) | | | Long-Term (LT) | | |
|---|---|---|---|---|---|---|
| | Gain | (Loss) | Net | Gain | (Loss) | Net |
| This Period | 0.00 | (15.28) | (15.28) | 0.00 | 0.00 | 0.00 |
| YTD | 0.00 | (15.28) | (15.28) | 0.00 | 0.00 | 0.00 |
| **Unrealized** | | | | | | **($1,625.38)** |

Values may not reflect all of your gains/losses and may be rounded up to the nearest dollar. Schwab has provided accurate gain and loss information wherever possible for most investments. Cost basis may be incomplete or unavailable for some of your holdings and may change or be adjusted in certain cases. Please login to your account at Schwab.com for real-time gain/loss information. Statement information should not be used for tax preparation. Instead refer to official tax documents. For additional information refer to Terms and Conditions.

## Income Summary

| Federal Tax Status | This Period | | | YTD | | |
|---|---|---|---|---|---|---|
| | Tax-Exempt | Taxable | Tax-Exempt | Taxable | | |
| Bank Sweep Interest | 0.00 | 4.42 | 0.00 | 10.00 | | |
| Schwab One® Interest | 0.00 | 0.00 | 0.00 | 72.07 | | |
| **Total Income** | **$0.00** | **$4.42** | **$0.00** | **$82.07** | | |

## Margin Loan Information

| Opening Margin Loan Balance | Closing Margin Loan Balance | Funds Available to Withdraw * | Securities Buying Power * |
|---|---|---|---|
| $0.00 | $0.00 | $14,900.37 | $43,384.00 |

**Margin Loan Rates Vary by Balance**
**11.25% - 13.07%**

* Values include any cash plus the amount available using margin borrowing.
For more information about the margin feature, please visit schwab.com/margin.

Dollars ($)

Jan Feb Mar Apr May Jun Jul Aug Sep Oct Nov Dec

Sep 4.42



**charles SCHWAB**

## Schwab One® Account of

MICHAEL EDWARD SATTERFIELD

Statement Period
September 1-30, 2024

### Statement of Financial Condition

The most recent statement of financial condition for Charles Schwab & Co., Inc. (CS&Co) may be obtained at no cost at http://www.schwab.com/legal/financials or by calling 1-800-435-4000. For clients of independent investment advisors, contact Schwab Alliance at 1-800-647-5465. International clients, call +1-415-667-7870 and Charles Schwab Hong Kong clients, call +852-2101-0500. At June 30, and July 31, 2024, CS&Co had net capital of $8.8 billion and $9.0 billion, respectively, and a net capital requirement of $1.7 billion and $1.8 billion, respectively. A copy of the report may be requested via: Investor Relations, 211 Main Street, San Francisco, CA 94105. Independent investment advisors are not owned by, affiliated with, or supervised by CS&Co.

### Positions - Summary

| Beginning Value as of 09/01 | + | Transfer of Securities(In/Out) | + | Dividends Reinvested | + | Cash Activity | + | Change in Market Value | = | Ending Value as of 09/30 | | Cost Basis | | Unrealized Gain/(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| $27,177.04 | | $0.00 | | $0.00 | | $4.42 | | ($566.41) | | $26,615.05 | | $13,326.46 ⁱ | | ($1,625.38) ⁱ |

Values may not reflect all of your gains/losses. Schwab has provided accurate gain and loss information wherever possible for most investments. Cost basis may be incomplete or unavailable for some of your holdings and may change or be adjusted in certain cases. Statement information should not be used for tax preparation, instead refer to official tax documents. For additional information refer to Terms and Conditions.

### Cash and Cash Investments

| Type | Symbol | Description | Quantity | Price($) | Beginning Balance($) | Ending Balance($) | Change in Period Balance($) | Pending/Unsettled Cash($) | Interest/ Yield Rate | % of Acct |
|---|---|---|---|---|---|---|---|---|---|---|
| Cash | | | | | 14,894.56 | 14,900.37 | 5.81 | 0.00 | 56% | 56% |
| **Total Cash and Cash Investments** | | | | | **$14,894.56** | **$14,900.37** | **$5.81** | | | |

### Positions - Equities

| Symbol | Description | Quantity | Price($) | Market Value($) | Cost Basis($) | Unrealized Gain/(Loss)($) | Est. Yield | Est. Annual Income($) | % of Acct |
|---|---|---|---|---|---|---|---|---|---|
| GME | GAMESTOP CORP NEW (M) | 300.0000 | 22.93000 | 6,879.00 | 8,775.00 | (1,896.00) | N/A | 0.00 | 26% |
| CROYF | VIZSLA ROYALTIES CORP  F | 16.0000 | 1.38000 | 22.08 | 427.71 | (405.63) | N/A | 0.00 | <1% |
| VZLA | VIZSLA SILVER CORP  F (M) | 2,500.0000 | 1.92000 | 4,800.00 | 4,123.75 | 676.25 | N/A | 0.00 | 18% |
| **Total Equities** | | | | | **$11,701.08** | **$13,326.46** | **($1,625.38)** | | **$0.00** | **44%** |

3 of 6



# Schwab One® Account of

MICHAEL EDWARD SATTERFIELD

Statement Period
September 1-30, 2024

## Positions - Other Assets

| Symbol | Description | Quantity | Price($) | Market Value($) | Cost Basis($) | Unrealized Gain/(Loss)($) | Est. Yield | Est. Annual Income($) | % of Acct |
|---|---|---|---|---|---|---|---|---|---|
| VRYWF | VIZSLA ROYALTIES 24 WTF WARRANTS EXERCISE EXP: 12/20/24 | 16.0000 | 0.85000 | 13.60 | N/A<sup>i</sup> | N/A<sup>i</sup> | N/A | N/A | <1% |

**Total Other Assets** | | | | **$13.60** | **$0.00** | **$0.00** | | **$0.00** | **<1%**

<sup>i</sup> Estimated Annual Income ("EAI") and Estimated Yield ("EY") calculations are for informational purposes only. The actual income and yield might be lower or higher than the estimated amounts. EY is based upon EAI and the current price of the security and will fluctuate. For certain types of securities, the calculations could include a return of principal or capital gains in which case EAI would be overstated. EY and EAI are not promptly updated to reflect when an issuer has missed a regular payment or announced changes to future payments, in which case EAI and EY will continue to display at a prior rate.

## Transactions - Summary

| Beginning Cash<sup>1</sup> as of 09/01 | + | Deposits | + | Withdrawals | + | Purchases | + | Sales/Redemptions | + | Dividends/Interest | + | Charges/Interest($) | - | Expenses | = | Ending Cash<sup>1</sup> as of 09/30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| $14,894.56 | + | $0.00 | + | $0.00 | + | $0.00 | + | $1.39 | + | $4.42 | + | | - | $0.00 | = | $14,900.37 |

<sup>1</sup>Cash (includes any cash debit balance) held in your account plus the value of any cash invested in a sweep money fund.

Other activity includes transactions which don't affect the cash balance such as stock transfers, splits, etc.

Other Activity  **$0.00**

## Transactions Details

| Date | Category | Action | Symbol/ CUSIP | Description | Quantity | Price/Price per Share($) | Charges/ Interest($) | Amount($) | Realized Gain/(Loss)($) |
|---|---|---|---|---|---|---|---|---|---|
| 09/11 | Other Activity | Reverse Split | | VIZSLA ROYALTIES 25 WTF WARRANTS EXP 12/31/25 | 16.0000 | | | | |
| | Other Activity | Reverse Split | | VIZSLA ROYALTIES 25 XXX REVERSE SPLIT | (166.0000) | | | | |
| 09/12 | Redemption | Cash-In-Lieu | VRYWF | VIZSLA ROYALTIES 25 WTF WARRANTS EXP 12/31/25 | | | | 0.49 | |
| 09/12 | Redemption | Cash-In-Lieu | | VIZSLA ROYALTIES EXP 12/31/25 | | | | | |
| 09/13 | Redemption | Cash-In-Lieu | VRYWF | VIZSLA ROYALTIES CORP F CLASS EQUITY | | | | 0.06 | |
| | Redemption | Cash-In-Lieu | VROYF | VIZSLA ROYALTIES CORP F CLASS EQUITY | | | | 0.76 | |
| | Redemption | Cash-In-Lieu | VROYF | VIZSLA ROYALTIES CORP F CLASS EQUITY | | | | 0.08 | |



**charles SCHWAB**

# Schwab One® Account of

MICHAEL EDWARD SATTERFIELD

Statement Period
September 1-30, 2024

## Transaction Details (continued)

| Date | Category | Action | Symbol/CUSIP | Description | Quantity | Price/Rate per Share($) | Charges/Interest($) | Amount($) | Realized Gain/Loss($) |
|------|----------|--------|--------------|-------------|----------|------------------------|---------------------|-----------|----------------------|
| 09/27 | Credit Interest | | | SCHWAB1 INT 08/29-09/26 | | | | 4.42 | |
| **Total Transactions** | | | | | | | | **$5.81** | **$0.00** |

## Endnotes For Your Account

(M)   Denotes a security that is marginable. Some mutual fund or ETF investments may not be immediately marginable.

i   Value includes incomplete, missing or cost basis that is not tracked due to the security type. If cost basis is not available for an investment, you may be able to provide updates. For questions, please refer to the contact information on the first page of this statement.

## Terms and Conditions

**GENERAL INFORMATION AND KEY TERMS:** This Account statement is furnished solely by Charles Schwab & Co., Inc. ("Schwab") for your Account at Schwab ("Account"). Unless otherwise defined herein, capitalized terms have the same meanings as in your Account Agreement. If you receive any other communication from any source other than Schwab which purports to represent your holdings at Schwab (including balances held at a Depository Institution) you should verify its content with this statement. **Accrued Income:** Accrued Income is the sum of the total accrued interest and/or accrued dividends on positions held in your Account, but the amount and/or dividends that have been received into your Account. Schwab makes no representation that the amounts shown (or any other amount) will be received. Accrued amounts are not covered by SIPC account protection until actually received and held in the Account. AIP (Automatic Investment Plan) Customers: Schwab receives remuneration in connection with certain transactions effected through Schwab. If you participate in a systematic investment program through Schwab, the additional information normally detailed on a trade confirmation will be provided upon request. **Average Daily Balance:** Average daily composite of all cash balances that earn interest and all loans from Schwab that are charged interest. **Bank Sweep and Bank Sweep for Benefit Plans Features:** Schwab acts as your agent and custodian in establishing and maintaining your Deposit Account(s) as a feature of the Bank Sweep and Bank Sweep for Benefit Plans features. Deposit accounts held through these bank sweep features constitute direct obligations of one or more FDIC-insured banks ("Program Banks") that are not obligations of Schwab. Funds swept to Program Banks are eligible for deposit insurance from the FDIC up to the applicable limits per bank for each bank for funds held in the same insurable capacity. The balance in the Deposit Accounts can be withdrawn on your order and the proceeds returned to your brokerage Account or remitted to you as provided in your Account Agreement. For information on FDIC insurance and its limits, as well as other important disclosures about the bank sweep feature(s) in your Account(s), please refer to the Cash Features Disclosure Statement available online or from a Schwab representative. **Cash:** Any Free Credit Balance owed by us to you payable upon demand which, although accounted for on our books of record, is not segregated and may be used in the conduct of this firm's business. **Dividend Reinvestment Customers:** Dividend reinvestment transactions were effected by Schwab acting as a principal for its own Account, except for the reinvestment of Schwab dividends, for which an independent broker-dealer acted as the buying agent. Further information on these transactions will be furnished upon request. **Gain (or Loss):** Unrealized Gain or (Loss) and Realized Gain or (Loss) sections ("Gain/Loss Section(s)") contain a gain or a loss summary of your Account. This information has been provided on this statement at the request of your Advisor, if applicable. This information is not a solicitation or a recommendation to buy or

sell. **Schwab does not provide tax advice and encourages you to consult with your tax professional. Please view the Cost Basis Disclosure Statement for additional information on how gain (or loss) is calculated and how Schwab reports adjusted cost basis information to the IRS. Interest:** For the Schwab One® Interest, Bank Sweep, and Bank Sweep for Benefit Plans features, interest is paid for a period that may differ from the Statement Period. Balances include interest paid as indicated on your statement by Schwab or one or more of its Program Banks. These balances do not include interest that may have accrued during the Statement Period after interest is paid. The interest paid may include interest that accrued in the prior Statement Period. For the Schwab One Interest feature, interest accrues daily from the second-to-last business day of the prior month and is posted on the second-to-last business day of the current month. If, on any given day, the interest that Schwab calculates for the Free Credit Balances in the Schwab One Interest feature in your brokerage Account is less than $.005, you will not accrue any interest on that day. For balances held at banks affiliated with Schwab in the Bank Sweep and Bank Sweep for Benefit Plans features, interest will accrue even if the amount is less than $.005. **Margin Account Customers:** This is a combined statement of your margin account and special memorandum account maintained for you under Section 220.5 of Regulation T issued by the Board of Governors of the Federal Reserve System. The permanent record of the separate account as required by Regulation T is available for your inspection. Securities purchased on margin are Schwab's collateral for the loan to you. It is important for you to fully understand the risks involved in trading securities on margin. 1) You can lose more funds than you deposit in the margin account. 2) Schwab can force the sale of securities or other assets in any of your account(s) to maintain the required account equity without contacting you. 3) You are not entitled to choose which assets are liquidated nor are you entitled to an extension of time on a margin call. 4) Schwab can increase its "house" maintenance margin requirements at any time without advance written notice to you. **Market Price:** The most recent price evaluation available to Schwab on the last business day of the report period, normally the last trade price or bid as of market close. Unpriced securities denote that no market evaluation update is currently available. Price evaluations are obtained from outside parties. Schwab shall have no responsibility for the accuracy or timeliness of any such valuations. Assets Not Held at Schwab are not held in your Account or covered by the Account's SIPC account protection and are not otherwise in Schwab's custody and are being provided as a courtesy to you. Information on Assets Not Held at Schwab, including but not limited to valuations, is reported solely based on information you provide to



Schwab One® Account of

MICHAEL EDWARD SATTERFIELD

Statement Period
September 1-30, 2024

# Terms and Conditions (continued)

Schwab. Schwab can neither validate nor certify the existence of Assets Not Held at Schwab or the accuracy, completeness or timeliness of the information about Assets Not Held at Schwab, whether provided by you or otherwise. Descriptions of Assets Not Held at Schwab may be abbreviated or truncated. Some securities, especially thinly traded equities in the OTC market or foreign markets, may not report the most current price and are indicated as State Priced. Certain Limited Partnerships (direct participation programs) and unlisted Real Estate Investment Trust (REIT) securities, for which you see a value on your monthly Account statement that reflects the issuer's appraised estimated value, are not listed on a national securities exchange, and are generally illiquid. Even if you are able to sell such securities, the price received may be less than the per share appraised estimated value provided in the account statement.

**Market Value:** The Market Value is the dollar value of your present holdings in your specified Schwab Account or a summary of the account. This is the dollar value of your present holdings in your specified Schwab Account or a summary of the account. Market Value is computed by multiplying the Market Price by the Quantity of Shares. Market Value summed over multiple accounts. **Non-Publicly Traded Securities:** All assets shown on this statement other than certain direct investments which may be held by a third party, are held in your Account. Values of certain Non-Publicly Traded Securities may be furnished by a third party as provided by Schwab's Account Agreement. Schwab shall have no responsibility for the accuracy or timeliness of such valuations. The Securities Investor Protection Corporation (SIPC) does not cover many limited partnership interests, may be automatically invested pursuant to your Account Agreement. Schwab or an affiliate acts and receives compensation as the Investment Advisor, Shareholder Service Agent and Distributor for the Schwab Sweep Money Funds. The amount of such compensation is disclosed in the prospectus. The yield information for Schwab Sweep Money Funds is the current 7-day yield as of the statement period. Yields vary. If on any business day, your account earns a dividend for that day. In addition, if you do not accrue at least 1 day's dividend of $0.01 during a pay period, you will not receive a money market dividend for that period. Accrued Schwab and the Schwab Sweep Money Funds investment advisor may be voluntarily reducing a portion of a Schwab Sweep Money Fund's expenses. Without these reductions, yields would have been lower. **Securities Products and Services:** Securities products and services are offered by Charles Schwab & Co., Inc. **Member SIPC. Securities products and services, including unswept intraday funds and net credit balances held in brokerage accounts are not deposits or other obligations of,**

or guaranteed by, any bank, are not FDIC insured, and are subject to investment risk and may lose value. SIPC does not cover balances held at Program Banks in the Bank Sweep and Bank Sweep for Benefit Plans features. Please see your Cash Feature Disclosure Statement for more information on insurance coverage. **Yield to Maturity:** This is the actual average annual return on a note if held to maturity. **IN CASE OF ERRORS OR DISCREPANCIES: If you find an error or discrepancy relating to your brokerage activity (other than an electronic fund transfer) you must notify us promptly, but no later than 10 days after this statement is sent or made available to you. If this statement shows that we have mailed or delivered security certificate(s) that you have not received, notify Schwab immediately.** You may call us at 800-435-4000. (Outside the U.S., call +1-415-667-8400.) If you're a client of an independent investment advisor, call us at 800-515-2157. Any oral communications should be re-confirmed in writing to further protect your rights, including rights under the **Securities Investor Protection Act (SIPA). If you do not so notify us, you agree that the statement activity and Account balance are correct for all purposes with respect to those brokerage transactions. IN CASE OF COMPLAINTS:** If you have a complaint regarding your Schwab statement, products or services, please write to Client Service & Support at Charles Schwab & Co., Inc., P.O. Box 982603, El Paso, TX, 79998-2603, or call customer service at 800-435-4000. (Outside the U.S., call +1-415-667-8400.) If you're a client of an independent investment advisor, call us at 800-515-2157. **Address Changes:** If you fail to notify Schwab in writing of any change of address or phone number, you may not receive important notifications about your Account, and trading or other restrictions might be placed on your Account. **Additional Information:** We are required by law to report to the Internal Revenue Service adjusted cost basis information (if applicable), certain payments to you and credits to your Account during the calendar year. Retain this statement for income tax purposes. A financial statement for your inspection is available at Schwab's offices or a copy will be mailed to you upon written request. Any third-party trademarks appearing herein are the property of their respective owners. Charles Schwab & Co., Inc., Charles Schwab Bank, Charles Schwab Premier Bank, and Charles Schwab Trust Bank are separate but affiliated companies and subsidiaries of the Charles Schwab Corporation. © 2024 Charles Schwab & Co., Inc. ("Schwab"). All rights reserved. **Member SIPC.** (O1CUSTNC) (0822-20UL)

6 of 6

Transaction History for Designated Bene Individual ...318

## Transactions found from 09/29/2020 to 09/29/2024

| Date ▾ | Action | Symbol / Description | Quantity | Price | Fees & Comm | Amount |
|---|---|---|---|---|---|---|
| 01/29/2024 | Reverse Split | MMAT META MATLS INC | 350 | | | |
| 01/22/2024 as of 01/19/2024 | Expired | MMAT 01/19/2024 10.00 C CALL META MATLS INC $10 EXP 01/19/24 | -50 | | | |
| 01/22/2024 as of 01/19/2024 | Expired | MMAT 01/19/2024 1.00 C CALL META MATLS INC $1 EXP 01/19/24 | -100 | | | |
| 01/22/2024 as of 01/19/2024 | Expired | MMAT 01/19/2024 0.50 C CALL META MATLS INC $0.5 EXP 01/19/24 | -300 | | | |
| 12/12/2023 | Journaled Shares | MMAT META MATLS INC | 10,000 | $0.0704 | | |
| 09/28/2023 | Buy to Open | MMAT 01/19/2024 0.50 C CALL META MATLS INC $0.5 EXP 01/19/24 | 51 | $0.03 | $33.71 | -$186.71 |

*[Handwritten note next to 12/12/2023 row:]* Shares transferred from another account w/ Schwab, ending 323 (last page) bought on 10/19/2023

| Date ▾ | Action | Symbol / Description | Quantity | Price | Fees & Comm | Amount |
|---|---|---|---|---|---|---|
| 09/27/2023 | Buy to Open | MMAT 01/19/2024 0.50 C CALL META MATLS INC $0.5 EXP 01/19/24 | 2 | $0.03 | $1.32 | -$7.32 |
| 09/25/2023 | Buy to Open | MMAT 01/19/2024 0.50 C CALL META MATLS INC $0.5 EXP 01/19/24 | 84 | $0.03 | $55.52 | -$307.52 |
| 09/15/2023 | Buy to Open | MMAT 01/19/2024 0.50 C CALL META MATLS INC $0.5 EXP 01/19/24 | 49 | $0.03 | $32.39 | -$179.39 |
| 09/08/2023 | Buy to Open | MMAT 01/19/2024 0.50 C CALL META MATLS INC $0.5 EXP 01/19/24 | 114 | $0.03 | $75.35 | -$417.35 |
| 04/21/2023 | Buy | MMAT META MATLS INC | 5,000 | $0.1854 | | -$926.98 |
| 03/23/2023 | Buy to Open | MMAT 01/19/2024 1.00 C CALL META MATLS INC $1 EXP 01/19/24 | 100 | $0.11 | $65.99 | -$1,165.99 |
| 03/16/2023 | Buy | MMAT | 3,020 | $0.4996 | | -$1,508.79 |

Transaction History | Charles Schwab

| Date ▾ | Action | Symbol / Description | Quantity | Price | Fees & Comm | Amount |
|---|---|---|---|---|---|---|
| | | META MATLS INC | | | | |
| 01/23/2023 as of 01/20/2023 | Expired | MMAT 01/20/2023 1.50 C CALL META MATLS INC $1.5 EXP 01/20/23 | -150 | | | |
| 01/23/2023 as of 01/20/2023 | Expired | MMAT 01/20/2023 2.50 C CALL META MATLS INC $2.5 EXP 01/20/23 | -50 | | | |
| 01/23/2023 as of 01/20/2023 | Expired | MMAT 01/20/2023 5.00 C CALL META MATLS INC $5 EXP 01/20/23 | -75 | | | |
| 01/23/2023 as of 01/20/2023 | Expired | MMAT 01/20/2023 2.00 C CALL META MATLS INC $2 EXP 01/20/23 | -100 | | | |
| 12/27/2022 | Buy to Open | MMAT 01/20/2023 1.50 C CALL META MATLS INC $1.5 EXP 01/20/23 | 150 | $0.04 | $98.94 | -$698.94 |
| 12/09/2022 | Buy to Open | MMAT 01/20/2023 2.50 C | 49 | $0.14 | $32.29 | -$718.29 |

Transaction History | Charles Schwab

| Date ▾ | Action | Symbol / Description | Quantity | Price | Fees & Comm | Amount |
|---|---|---|---|---|---|---|
| | | CALL META MATLS INC $2.5 EXP 01/20/23 | | | | |
| 12/09/2022 | Buy to Open | MMAT 01/20/2023 2.00 C CALL META MATLS INC $2 EXP 01/20/23 | 20 | $0.20 | $13.19 | -$413.19 |
| 12/09/2022 | Buy to Open | MMAT 01/20/2023 2.00 C CALL META MATLS INC $2 EXP 01/20/23 | 30 | $0.20 | $19.78 | -$619.78 |
| 12/06/2022 | Buy to Open | MMAT 01/20/2023 2.50 C CALL META MATLS INC $2.5 EXP 01/20/23 | 1 | $0.14 | $0.65 | -$14.65 |
| 11/28/2022 | Buy | MMAT META MATLS INC | 6,330 | $1.83 | | -$11,583.90 |
| 11/23/2022 | Buy | MMAT META MATLS INC | 36 | $1.80 | | -$64.80 |
| 11/23/2022 | Buy | MMAT META MATLS INC | 100 | $1.80 | | -$180.00 |
| 11/23/2022 | Buy | MMAT META MATLS INC | 2,864 | $1.80 | | -$5,155.20 |

| Date ▾ | Action | Symbol / Description | Quantity | Price | Fees & Comm | Amount |
|---|---|---|---|---|---|---|
| 11/16/2022 | Buy to Open | MMAT 01/20/2023 5.00 C CALL META MATLS INC $5 EXP 01/20/23 | 74 | $0.12 | $48.80 | -$936.80 |
| 11/16/2022 | Buy to Open | MMAT 01/20/2023 5.00 C CALL META MATLS INC $5 EXP 01/20/23 | 1 | $0.12 | $0.65 | -$12.65 |
| 10/19/2022 | Buy to Open | MMAT 01/20/2023 2.00 C CALL META MATLS INC $2 EXP 01/20/23 | 50 | $0.10 | $33.00 | -$533.00 |
| 08/23/2022 | Buy to Open | MMAT 01/19/2024 10.00 C CALL META MATLS INC $10 EXP 01/19/24 | 50 | $0.08 | $33.00 | -$433.00 |
| 07/22/2022 | Buy | MMAT META MATLS INC | 1,036 | $0.9251 | | -$958.40 |
| 07/22/2022 | Buy | MMAT META MATLS INC | 164 | $0.9251 | | -$151.72 |
| 04/06/2022 | Buy | MMAT META MATLS INC | 1,250 | $1.5693 | | -$1,961.63 |

| Date ▾ | Action | Symbol / Description | Quantity | Price | Fees & Comm | Amount |
|---|---|---|---|---|---|---|
| 01/12/2022 | Buy | MMAT<br>META MATLS<br>INC | 275 | $2.27 | | -$624.25 |
| 12/13/2021 | Buy | MMAT<br>META MATLS<br>INC | 525 | $3.1397 | | -$1,648.34 |
| 11/30/2021 | Buy | MMAT<br>META MATLS<br>INC | 350 | $3.5161 | | -$1,230.64 |
| 11/26/2021 | Buy | MMAT<br>META MATLS<br>INC | 500 | $3.805 | | -$1,902.50 |
| 11/26/2021 | Journal | MMAT<br>META MATLS<br>INC | -3,550 | | | |
| 11/26/2021 | Journal | MMAT<br>META MATLS<br>INC | 3,550 | | | |
| 07/29/2021 | Sell | MMAT<br>META MATLS<br>INC | 395 | $3.7101 | $0.01 | $1,465.48 |
| 07/29/2021 | Sell | MMAT<br>META MATLS<br>INC | 5 | $3.7101 | | $18.55 |
| 07/29/2021 | Sell | MMAT<br>META MATLS<br>INC | 400 | $3.715 | $0.01 | $1,485.99 |
| 07/29/2021 | Sell | MMAT<br>META MATLS<br>INC | 200 | $3.715 | | $743.00 |
| 07/29/2021 | Buy | MMAT | 1,000 | $3.7094 | | -$3,709.40 |

Transaction History | Charles Schwab

| Date ▾ | Action | Symbol / Description | Quantity | Price | Fees & Comm | Amount |
|---|---|---|---|---|---|---|
| | | META MATLS INC | | | | |
| 07/28/2021 | Sell | MMAT META MATLS INC | 500 | $3.5001 | $0.01 | $1,750.04 |
| 07/28/2021 | Buy | MMAT META MATLS INC | 500 | $3.5353 | | -$1,767.65 |
| 07/28/2021 | Sell | MMAT META MATLS INC | 2,000 | $3.321 | $0.03 | $6,641.97 |
| 07/28/2021 | Buy | MMAT META MATLS INC | 1,900 | $3.3999 | | -$6,459.81 |
| 07/28/2021 | Buy | MMAT META MATLS INC | 100 | $3.3999 | | -$339.99 |
| 07/26/2021 | Sell | MMAT META MATLS INC | 1,000 | $3.605 | $0.02 | $3,604.98 |
| 07/26/2021 | Buy | MMAT META MATLS INC | 1,000 | $3.645 | | -$3,645.00 |
| 07/26/2021 | Sell | MMAT META MATLS INC | 1,000 | $3.615 | $0.02 | $3,614.98 |
| 07/26/2021 | Buy | MMAT META MATLS INC | 1,000 | $3.6264 | | -$3,626.40 |
| 07/21/2021 | Sell | MMAT META MATLS INC | 1,500 | $3.8334 | $0.03 | $5,750.07 |

| Date ▾ | Action | Symbol / Description | Quantity | Price | Fees & Comm | Amount |
|---|---|---|---|---|---|---|
| 07/21/2021 | Buy | MMAT<br>META MATLS<br>INC | 1,500 | $3.8498 | | -$5,774.70 |
| 07/21/2021 | Sell | MMAT<br>META MATLS<br>INC | 1,000 | $3.927 | $0.02 | $3,926.98 |
| 07/21/2021 | Buy | MMAT<br>META MATLS<br>INC | 1,000 | $3.965 | | -$3,965.00 |
| 07/21/2021 | Sell | MMAT<br>META MATLS<br>INC | 1,000 | $4.19 | $0.02 | $4,189.98 |
| 07/21/2021 | Buy | MMAT<br>META MATLS<br>INC | 1,000 | $4.0878 | | -$4,087.80 |
| 07/21/2021 | Sell | MMAT<br>META MATLS<br>INC | 1,000 | $4.015 | $0.02 | $4,014.98 |
| 07/21/2021 | Buy | MMAT<br>META MATLS<br>INC | 1,000 | $3.8688 | | -$3,868.80 |
| 06/29/2021 | Reverse Split | MMAT<br>META MATLS<br>INC | 3,550 | | | |

Page Total: **-$34,579.28**

Intra-day transactions are subject to change.

Brokerage Account Balances are from the previous market close, but also may include new activity that will be posted to your account at after market close. Balances are subject to change.

Bank sweep information can be found on your Statements. Current Balance bank sweep information can be found on the Balances page.

(1123-3U5Y, 0924-CLCV)

**Brokerage Products: Not FDIC Insured • No Bank Guarantee • May Lose Value**

Account: ...318
Today's Date: 05:57 PM ET,
09/29/2024

The Charles Schwab Corporation provides a full range of brokerage, banking and financial advisory services through its operating subsidiaries. Its broker-dealer subsidiary, Charles Schwab & Co. Inc. (Member SIPC), and its affiliates offer investment services and products. Its banking subsidiary, Charles Schwab Bank, SSB (member FDIC and an Equal Housing Lender), provides deposit and lending services and products. This site is designed for U.S. residents. Non-U.S. residents are subject to country-specific restrictions. Learn more about our services for non-US Residents , Charles Schwab Hong Kong clients , Charles Schwab UK clients. © 2024 Charles Schwab & Co., Inc. All rights reserved. Member SIPC. Unauthorized access is prohibited. Usage will be monitored.

Transaction History for Designated Bene Individual ...318

# Transactions found from 09/29/2020 to 09/29/2024

| Date ▾ | Action | Symbol / Description | Quantity | Price | Fees & Comm | Amount |
|---|---|---|---|---|---|---|
| 06/16/2021 | Sell | TRCH TORCHLIGHT ENERGY RE | 500 | $6.1029 | $0.02 | $3,051.43 |
| 06/16/2021 | Buy | TRCH TORCHLIGHT ENERGY RE | 500 | $6.0466 | | -$3,023.30 |
| 06/15/2021 | Sell | TRCH TORCHLIGHT ENERGY RE | 500 | $5.4314 | $0.01 | $2,715.69 |
| 06/15/2021 | Buy | TRCH TORCHLIGHT ENERGY RE | 500 | $5.265 | | -$2,632.50 |
| 06/15/2021 | Sell | TRCH TORCHLIGHT ENERGY RE | 500 | $5.93 | $0.02 | $2,964.98 |
| 06/15/2021 | Buy | TRCH TORCHLIGHT ENERGY RE | 500 | $5.9199 | | -$2,959.95 |
| 06/15/2021 | Sell | TRCH TORCHLIGHT ENERGY RE | 500 | $5.0212 | $0.01 | $2,510.59 |
| 06/15/2021 | Buy | TRCH TORCHLIGHT ENERGY RE | 500 | $4.9564 | | -$2,478.20 |
| 06/14/2021 | Sell | TRCH TORCHLIGHT ENERGY RE | 250 | $3.54 | | $885.00 |

| Date ▾ | Action | Symbol / Description | Quantity | Price | Fees & Comm | Amount |
|--------|--------|--------------------|----------|-------|-------------|--------|
| 06/14/2021 | Buy | TRCH<br>TORCHLIGHT<br>ENERGY RE | 250 | $3.574 | | -$893.50 |
| 06/14/2021 | Sell | TRCH<br>TORCHLIGHT<br>ENERGY RE | 500 | $3.5229 | $0.01 | $1,761.44 |
| 06/14/2021 | Buy | TRCH<br>TORCHLIGHT<br>ENERGY RE | 500 | $3.505 | | -$1,752.50 |
| 10/28/2020 | Journal | TRCH<br>TORCHLIGHT<br>ENERGY RE | -7,100 | | | |
| 10/28/2020 | Journal | TRCH<br>TORCHLIGHT<br>ENERGY RE | 7,100 | | | |

Page Total: **$149.18**

Intra-day transactions are subject to change.

Brokerage Account Balances are from the previous market close, but also may include new activity that will be posted to your account at after market close. Balances are subject to change.

Bank sweep information can be found on your Statements. Current Balance bank sweep information can be found on the Balances page.

(1123-3U5Y, 0924-CLCV)

**Brokerage Products: Not FDIC Insured • No Bank Guarantee • May Lose Value**

Account: ...318
Today's Date: 05:57 PM ET, 09/29/2024

The Charles Schwab Corporation provides a full range of brokerage, banking and financial advisory services through its operating subsidiaries. Its broker-dealer subsidiary, Charles Schwab & Co. Inc. (Member SIPC), and its affiliates offer investment services and products. Its banking subsidiary, Charles Schwab Bank, SSB (member FDIC and an Equal Housing Lender), provides deposit and lending services and products. This site is designed for U.S. residents. Non-U.S. residents are subject to country-specific restrictions. Learn more about our services for non-US Residents , Charles Schwab Hong Kong clients , Charles Schwab UK clients. © 2024 Charles Schwab & Co., Inc. All rights reserved. Member SIPC. Unauthorized access is prohibited. Usage will be monitored.

Transaction History for Individual ...323

# Transactions found from 10/12/2020 to 10/12/2024

| Date ▾ | Action | Symbol / Description | Quantity | Price | Fees & Comm | Amount |
|--------|--------|---------------------|----------|-------|-------------|--------|
| 12/12/2023 | Journaled Shares | MMAT META MATLS INC | -10,000 | $0.0704 | *Shares transferred to account ending 1318* | |
| 10/19/2023 | Buy | MMAT META MATLS INC | 10,000 | $0.1952 | | -$1,952.00 |

Page Total: **-$1,952.00**

Intra-day transactions are subject to change.

Brokerage Account Balances are from the previous market close, but also may include new activity that will be posted to your account at after market close. Balances are subject to change.

Bank sweep information can be found on your Statements. Current Balance bank sweep information can be found on the Balances page.

(1123-3U5Y, 0924-CLCV)

**Brokerage Products: Not FDIC Insured • No Bank Guarantee • May Lose Value**

The Charles Schwab Corporation provides a full range of brokerage, banking and financial advisory services through its operating subsidiaries. Its broker-dealer subsidiary, Charles Schwab & Co. Inc. (Member SIPC), and its affiliates offer investment services and products. Its banking subsidiary, Charles Schwab Bank, SSB (member FDIC and an Equal Housing Lender), provides deposit and lending services and products. This site is designed for U.S. residents. Non-U.S. residents are subject to country-specific restrictions. Learn more about our services for non-US Residents , Charles Schwab Hong Kong clients , Charles Schwab UK clients. © 2024 Charles Schwab & Co., Inc. All rights reserved. Member SIPC. Unauthorized access is prohibited. Usage will be monitored.

Account: ...323
Today's Date: 04:31 PM ET, 10/12/2024

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
### WASHINGTON, D.C. 20549

---

# FORM 8-K

---

### CURRENT REPORT
### Pursuant to Section 13 or 15(d)

#### of the Securities Exchange Act of 1934

Date of Report (Date of earliest event reported): January 23, 2024

---

# Meta Materials Inc.

##### (Exact name of Registrant as Specified in Its Charter)

---

| Nevada | 001-36247 | 74-3237581 |
|---|---|---|
| (State or Other Jurisdiction of Incorporation) | (Commission File Number) | (IRS Employer Identification No.) |

**60 Highfield Park Dr**
**Dartmouth, Nova Scotia, Canada**          **B3A 4R9**
(Address of Principal Executive Offices)          (Zip Code)

### Registrant's Telephone Number, Including Area Code: 902 482-5729

#### Not Applicable
##### (Former Name or Former Address, if Changed Since Last Report)

---

Check the appropriate box below if the Form 8-K filing is intended to simultaneously satisfy the filing obligation of the registrant under any of the following provisions:

☐   Written communications pursuant to Rule 425 under the Securities Act (17 CFR 230.425)

☐   Soliciting material pursuant to Rule 14a-12 under the Exchange Act (17 CFR 240.14a-12)

☐   Pre-commencement communications pursuant to Rule 14d-2(b) under the Exchange Act (17 CFR 240.14d-2(b))

☐   Pre-commencement communications pursuant to Rule 13e-4(c) under the Exchange Act (17 CFR 240.13e-4(c))

#### Securities registered pursuant to Section 12(b) of the Act:

| Title of each class | Trading Symbol(s) | Name of each exchange on which registered |
|---|---|---|
| Common Stock, par value $0.001 per share | MMAT | The Nasdaq Stock Market LLC |

Indicate by check mark whether the registrant is an emerging growth company as defined in Rule 405 of the Securities Act of 1933 (§ 230.405 of this chapter) or Rule 12b-2 of the Securities Exchange Act of 1934 (§ 240.12b-2 of this chapter).

Emerging growth company ☐

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☐

**Item 3.03.   Material Modification to Rights of Security Holders.**

The disclosure set forth in Item 5.03 below is hereby incorporated by reference into this Item 3.03.

**Item 5.03.   Amendments to Articles of Incorporation or Bylaws; Change in Fiscal Year.**

*Series C Preferred Stock Distribution*

As previously disclosed, on January 23, 2024, the board of directors (the "*Board*") of Meta Materials Inc., a Nevada corporation ("*META*" or the "*Company*"), declared a distribution of one share of newly designated Series C Preferred Stock, par value $0.001 per share ("*Series C Preferred Stock*"), for each outstanding share of the Company's common stock, par value $0.001 per share ("*Common Stock*"), and each voting right represented by the Company's Series B Preferred Stock, par value $0.001 per share ("*Series B Preferred Stock*"), held of record on February 2, 2024 (the "*Record Date*").

*General; Transferability.* The Board adopted resolutions providing that shares of Series C Preferred Stock will be uncertificated. As a result, outstanding shares of Series C Preferred Stock will be represented in book-entry form. The certificate of designation governing Series C Preferred Stock (the "*Certificate of Designation*") provides that shares of Series C Preferred Stock may not be transferred by any holder thereof except in connection with a transfer by such holder of any shares of Common Stock held by such holder, in which case a number of shares of Series C Preferred Stock equal to the number of shares of Common Stock to be transferred by such holder will be automatically transferred to the transferee of such shares of Common Stock.

*Voting Rights.* Each share of Series C Preferred Stock will entitle the holder thereof to 1,000 votes per share (and, for the avoidance of doubt, each fraction of a share of Series C Preferred Stock will have a ratable number of votes). Thus, each share of Series C Preferred Stock will entitle the holder thereof to 1,000 votes. The outstanding shares of Series C Preferred Stock will vote together with the outstanding shares of Common Stock as a single class exclusively with respect to (1) any proposal to adopt an amendment to our Articles of Incorporation to increase the authorized shares of Common Stock from 10,000,000 shares of Common Stock to a minimum of 250,000,000 shares of Common Stock in accordance with the terms of such amendment (the "*Authorized Share Proposal*"), and (2) any proposal to adjourn any meeting of stockholders called for the purpose of voting on the Authorized Share Proposal (the "*Adjournment Proposal*"). The Series C Preferred Stock will not be entitled to vote on any other matter, except to the extent required under the Nevada law.

Unless otherwise provided on any applicable proxy or ballot with respect to the voting on the Authorized Share Proposal or the Adjournment Proposal, as applicable, the holder of each share of Series C Preferred Stock (or fraction thereof) entitled to vote on the Authorized Share Proposal or the Adjournment Proposal, as applicable, at any meeting of stockholders held to vote on the Authorized Share Proposal will be cast in the same manner as the vote, if any, of the holder of the share of Common Stock (or fraction thereof) in respect of which such share of Series C Preferred Stock (or fraction thereof) was issued as a dividend is cast on the Authorized Share Proposal or the Adjournment Proposal, as applicable, and the proxy or ballot with respect to shares of Common Stock held by any holder on whose behalf such proxy or ballot is submitted will be deemed to include all shares of Series C Preferred Stock (or fraction thereof) held by such holder. Holders of Series C Preferred Stock will not receive a separate ballot or proxy to cast votes with respect to the Series C Preferred Stock on the Authorized Share Proposal or the Adjournment Proposal brought before any meeting of stockholders held to vote on the Authorized Share Proposal.

*Dividend Rights.* The holders of Series C Preferred Stock, as such, will not be entitled to receive dividends of any kind.

*Liquidation Preference.* The Series C Preferred Stock will rank senior to the Common Stock and Series B Preferred Stock as to any distribution of our assets upon a liquidation, dissolution or winding up of the Company, whether voluntarily or involuntarily (a "*Dissolution*"). Upon any Dissolution, each holder of outstanding shares of Series C Preferred Stock will be entitled to be paid out of our assets available for distribution to stockholders, prior and in preference to any distribution to the holders of Common Stock, an amount in cash equal to $0.0001 per outstanding share of Series C Preferred Stock.

*Redemption.* All shares of Series C Preferred Stock that are not present in person or by proxy at any meeting of stockholders held to vote on the Authorized Share Proposal as of immediately prior to the opening of the polls at such meeting (the "*Initial Redemption Time*") will automatically be redeemed by us at the Initial Redemption Time without further action on our part or on the part of the holder of shares of Series C Preferred Stock (the "*Initial Redemption*"). Any outstanding shares of Series C Preferred Stock that have not been redeemed pursuant to the Initial Redemption will automatically be redeemed in whole, but not in part, at the close of business on the earlier of (i) the business day established by the Board in its sole discretion and (ii) automatically without further action or formality on the part of the Company or the holder thereof upon the approval by the Company's stockholders of the Authorized Share Proposal at any meeting of the stockholders held for the purpose of voting on such proposal.

Each share of Series C Preferred Stock redeemed in accordance with the Certificate of Designation will be deemed to be redeemed immediately prior to the redemption time described above. From and after such redemption time, each share of Series C Preferred Stock

redeemed pursuant to the Certificate of Designation will no longer be deemed to be outstanding and all rights in respect of such share of Series C Preferred Stock will cease, except for the right to receive $0.001 in cash.

*Miscellaneous.* The Series C Preferred Stock is not convertible into, or exchangeable for, shares of any other class or series of our stock or other securities. The Series C Preferred Stock has no stated maturity and is not subject to any sinking fund.

The Certificate of Designation was filed with the Nevada Secretary of State and became effective on January 26, 2024. The foregoing description of the Series C Preferred Stock does not purport to be complete and is qualified in its entirety by reference to the Certificate of Designation, which is filed as Exhibit 3.1 to this Current Report on Form 8-K, and is incorporated herein by reference.

*Reverse Stock Split*

On January 26, 2024, the Company filed a Certificate of Change (the "*Certificate of Change*") with the Nevada Secretary of State to effect the previously announced one-for-one hundred reverse split of the Company's issued and outstanding Common Stock (the "*Reverse Stock Split*"), and the Reverse Stock Split became effective in accordance with the terms of the Certificate of Amendment at 12:01 a.m. Pacific Time on January 29, 2024 (the "*Effective Time*"). The Reverse Stock Split was approved by the Board in accordance with Nevada law.

At the Effective Time, every one hundred shares of Common Stock issued and outstanding were automatically combined into one share of Common Stock, without any change in the par value per share. The exercise prices and the number of shares issuable upon exercise of outstanding stock options, equity awards and warrants, and the number of shares available for future issuance under the equity incentive plans have been adjusted in accordance with their respective terms. The Reverse Stock Split will affect all stockholders uniformly and will not alter any stockholder's percentage interest in the Company's Common Stock. The Company will not issue any fractional shares in connection with the Reverse Stock Split. Instead, fractional shares will be rounded up to the next largest whole number. The Reverse Stock Split will not modify the relative rights or preferences of the Common Stock.

The Company's transfer agent, Equiniti Trust Company, LLC, is the exchange agent for the Reverse Stock Split and will correspond with stockholders of record regarding the Reverse Stock Split. Stockholders owning shares via a broker or other nominee will have their positions automatically adjusted to reflect the Reverse Stock Split.

The Company's common stock will begin trading on the Nasdaq Capital Market on a split-adjusted basis on Monday, January 29, 2024. The new CUSIP number for the Common Stock following the Reverse Stock Split is 59134N302.

The foregoing description of the Certificate of Change does not purport to be complete and is subject to, and is qualified in its entirety by reference to the Certificate of Change, which is filed as Exhibit 3.2 to this Current Report on Form 8-K, and is incorporated herein by reference.

**Item 7.01.   Regulation FD Disclosure.**

On January 23, 2024, the Company issued press releases announcing the Reversed Stock Split and the Series C Preferred Stock distribution. A copy of the press releases are furnished as Exhibits 99.1 and 99.2, respectively, to this Current Report on Form 8-K and are incorporated herein by reference.

The information in Item 7.01 shall not be deemed "filed" for purposes of Section 18 of the Securities Exchange Act of 1934, as amended (the "*Exchange Act*"), nor shall it be deemed incorporated by reference in any filing under the Securities Act of 1933, as amended, or the Exchange Act, except as shall be expressly set forth by specific reference in such filing.

**Item 9.01.   Financial Statements and Exhibits.**

*(d) Exhibits.*

| Exhibit No. | Description |
|---|---|
| 3.1 | Certificate of Designation of Series C Preferred Stock, filed on January 26, 2024. |
| 3.2 | Certificate of Change, filed on January 26, 2024. |
| 99.1 | Press Release, dated January 23, 2024 (regarding Reverse Stock Split). |
| 99.2 | Press Release, dated January 23, 2024 (regarding Series C Preferred Stock distribution). |
| 104 | Cover Page Interactive Data File (embedded within Inline XBRL document). |

### SIGNATURES

Pursuant to the requirements of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned thereunto duly authorized.

**META MATERIALS INC.**

Date:    January 29, 2024

By:    /s/ *Uzi Sasson*

Uzi Sasson
President and Chief Executive Officer

EX-3.1 2 mmat-ex3_1.htm EX-3.1

Exhibit 3.1

DocuSign Envelope ID: 5FB39C22-BE6D-4C6D-BF48-5F3B947AD7D5



**FRANCISCO V. AGUILAR**
Secretary of State
202 North Carson Street
Carson City, Nevada 89701-4201
(775) 684-5708
Website: www.nvsos.gov

| | |
|---|---|
| Filed in the Office of | Business Number E0768622007-2 |
| *F.H.Aguilar* | Filing Number 20243781398 |
| Secretary of State State Of Nevada | Filed On 1/26/2024 8:36:00 AM |
| | Number of Pages 7 |

# Certificate, Amendment or Withdrawal of Designation

### NRS 78.1955, 78.1955(6)

☒ Certificate of Designation
☐ Certificate of Amendment to Designation - Before Issuance of Class or Series
☐ Certificate of Amendment to Designation - After Issuance of Class or Series
☐ Certificate of Withdrawal of Certificate of Designation

**TYPE OR PRINT - USE DARK INK ONLY - DO NOT HIGHLIGHT**

| | |
|---|---|
| **1. Entity Information:** | Name of entity:<br>Meta Materials Inc.<br><br>Entity or Nevada Business Identification Number (NVID):   NV20071747429 |
| **2. Effective date and time:** | For Certificate of Designation or Amendment to Designation Only (Optional):    Date: \_\_\_\_\_    Time: \_\_\_\_\_<br>(must not be later than 90 days after the certificate is filed) |
| **3. Class or series of stock:** (Certificate of Designation only) | The class or series of stock being designated within this filing:<br>Series C Preferred Stock |
| **4. Information for amendment of class or series of stock:** | The original class or series of stock being amended within this filing:<br>\_\_\_\_\_ |
| **5. Amendment of class or series of stock:** | ☐ Certificate of Amendment to Designation- Before Issuance of Class or Series<br>   As of the date of this certificate no shares of the class or series of stock have been issued.<br><br>☐ Certificate of Amendment to Designation- After Issuance of Class or Series<br>   The amendment has been approved by the vote of stockholders holding shares in the corporation entitling them to exercise a majority of the voting power, or such greater proportion of the voting power as may be required by the articles of incorporation or the certificate of designation. |
| **6. Resolution:** Certificate of Designation and Amendment to Designation only) | By resolution of the board of directors pursuant to a provision in the articles of incorporation this certificate establishes OR amends the following regarding the voting powers, designations, preferences, limitations, restrictions and relative rights of the following class or series of stock.*<br><br>NOW, THEREFORE, BE IT RESOLVED, that, pursuant to authority conferred upon the Board of Directors by the Articles ... (SEE ATTACHED.) |
| **7. Withdrawal:** | Designation being Withdrawn: \_\_\_\_\_    Date of Designation: \_\_\_\_\_<br><br>No shares of the class or series of stock being withdrawn are outstanding.<br><br>The resolution of the board of directors authorizing the withdrawal of the certificate of designation establishing the class or series of stock: * |
| **8. Signature:** (Required) | X *Ugi Sasson*<br>7A434E38D157AA3...<br>Signature of Officer    Date:   01/25/2024 |

\* Attach additional page(s) if necessary
This form must be accompanied by appropriate fees.

Page 1 of 1
Revised: 12/12/2022

DocuSign Envelope ID: 5FB39C22-BE6D-4C6D-BF48-5F3B947AD7D5

## META MATERIALS INC.

### CERTIFICATE OF DESIGNATION
### OF
### SERIES C PREFERRED STOCK

(Pursuant to Section 78.1955 of the Nevada Revised Statutes)

The undersigned, Uzi Sasson, the duly appointed Chief Executive Officer and President of Meta Materials Inc., a corporation organized and existing under the laws of the State of Nevada (the "*Corporation*"), does hereby certify that:

1. The Corporation is authorized to issue 200,000,000 shares of preferred stock, par value $0.001 per share (the "*Preferred Stock*");

2. The Board of Directors of the Corporation (the "*Board of Directors*"), in accordance with the Corporation's Amended and Restated Articles of Incorporation, dated as of June 24, 2021 (as may be amended and/or restated from time to time, the "*Articles of Incorporation*"), adopted the following resolutions by unanimous written consent as of January 22, 2024, with the same force and effect as if adopted at a meeting of the Board of Directors duly called and held:

WHEREAS, the Articles of Incorporation provides for a class of capital stock of the Corporation known as preferred stock, consisting of 200,000,000 shares, par value $0.001 per share (the "*Preferred Stock*"), issuable from time to time in one or more series,

WHEREAS, the Board of Directors is expressly authorized, by resolution or resolutions, to provide, out of the unissued shares of Preferred Stock, for series of Preferred Stock and, with respect to each such series, to fix the number of shares constituting such series, and the designation of such series, the voting powers, designations, preferences, limitations, restrictions and relative rights of the shares of such series, to the full extent now or hereafter permitted by the laws of the State of Nevada and the Nevada Revised Statues ("*NRS*"); and

WHEREAS, pursuant to such authority, the Board of Directors desires to fix the voting powers, designations, preferences, limitations, restrictions and relative rights relating to a series of Preferred Stock.

NOW, THEREFORE, BE IT RESOLVED, that, pursuant to authority conferred upon the Board of Directors by NRS 78.1955 and the Articles of Incorporation, (1) a series of Preferred Stock be, and hereby is, authorized by the Board of Directors, (2) the Board of Directors hereby authorizes the issuance of shares of Series C Preferred Stock as provided for herein, and (3) the Board of Directors hereby fixes the designations, powers, preferences and rights, and the qualifications, limitations or restrictions thereof, of such shares of Preferred Stock, in addition to any provisions set forth in the Articles of Incorporation that are applicable to all series of the Preferred Stock, as follows:

DocuSign Envelope ID: 5FB39C22-BE6D-4C6D-BF48-5F3B947AD7D5

## TERMS OF SERIES C PREFERRED STOCK

1.    <u>Designation, Amount and Par Value</u>. The series of Preferred Stock created hereby shall be designated as the Series C Preferred Stock (the "*Series C Preferred Stock*"), and the number of shares so designated shall be 10,000,000. Each share of Series C Preferred Stock shall have a par value of $0.001 per share.

2.    <u>Dividends</u>. The holders of Series C Preferred Stock, as such, shall not be entitled to receive dividends of any kind.

3.    <u>Voting Rights</u>. Except as otherwise provided by the Articles of Incorporation of the Corporation or required by law, the holders of shares of Series C Preferred Stock shall have the following voting rights:

3.1    Except as otherwise provided herein, each outstanding share of Series C Preferred Stock shall have 1,000 votes per share (and, for the avoidance of doubt, each fraction of a share of Series C Preferred Stock shall have a ratable number of votes). The outstanding shares of Series C Preferred Stock shall vote together with the outstanding shares of common stock, par value $0.001 per share (the "*Common Stock*"), of the Corporation and the votes represented by the outstanding share of Series B Preferred Stock, par value $0.001 per share (the "*Series B Preferred Stock*"), as a single class exclusively with respect to the Authorized Share Proposal (as defined below) and the Adjournment Proposal (as defined below) and shall not be entitled to vote on any other matter except to the extent required under the NRS. Notwithstanding the foregoing, and for the avoidance of doubt, each share of Series C Preferred Stock (or fraction thereof) redeemed pursuant to the Initial Redemption (as defined below) shall have no voting power with respect to, and the holder of each share of Series C Preferred Stock (or fraction thereof) redeemed pursuant to the Initial Redemption shall have no voting power with respect to any such share of Series C Preferred Stock (or fraction thereof) on, the Authorized Share Proposal, the Adjournment Proposal or any other matter brought before any meeting of stockholders held to vote on the Authorized Share Proposal. As used herein, the term "*Authorized Share Proposal*" means any proposal to adopt an amendment to the Articles of Incorporation of the Corporation to increase the authorized shares of Common Stock from 10,000,000 shares of Common Stock to a minimum of 250,000,000 shares of Common Stock in accordance with the terms of such amendment. As used herein, the term "*Adjournment Proposal*" means any proposal to adjourn any meeting of stockholders called for the purpose of voting on the Authorized Share Proposal.

3.2    Unless otherwise provided on any applicable proxy or ballot with respect to the voting on the Authorized Share Proposal or the Adjournment Proposal, the 1,000 votes per share of Series C Preferred Stock (or fraction thereof) entitled to vote on the Authorized Share Proposal, the Adjournment Proposal or any other matter brought before any meeting of stockholders held to vote on the Authorized Share Proposal shall be cast in the same manner as the vote, if any, of:

(a)    each share of Common Stock (or fraction thereof) in respect of which such share of Series C Preferred Stock (or fraction thereof) was issued as a distribution is cast on the Authorized Share Proposal, the Adjournment Proposal or such other matter, as applicable; and

2

DocuSign Envelope ID: 5FB39C22-BE6D-4C6D-BF48-5F3B947AD7D5

(b)    each Exchangeable Share (as defined in the Certificate of Designation for the Series B Preferred Stock, as filed with the Office of the Nevada Secretary of State on June 28, 2021), as exercised by TSX Trust Company, as successor to AST Trust Company (Canada) AST Trust (Canada) (the "*Trustee*") through the Series B Preferred Stock in accordance with that certain Voting and Exchange Trust Agreement made as of June 28, 2021 (the "*Voting Agreement*"), is cast on the Authorized Share Proposal, the Adjournment Proposal or such other matter, as applicable;

where the proxy or ballot with respect to the shares of Common Stock held by any holder on whose behalf such proxy or ballot is submitted and with respect to the votes exercised by proxy by the Trustee in accordance with Series B Preferred Stock and the Voting Agreement will be deemed to include all shares of Series C Preferred Stock (or fraction thereof) held by such holder. Holders of Series C Preferred Stock will not receive a separate ballot or proxy to cast votes with respect to the Series C Preferred Stock on the Authorized Share Proposal, the Adjournment Proposal or any other matter brought before any meeting of stockholders held to vote on the Authorized Share Proposal.

4.    Rank; Liquidation.

4.1    The Series C Preferred Stock shall rank senior to the Common Stock and to the Series B Preferred Stock as to any distribution of assets upon a liquidation, dissolution or winding up of the Corporation, whether voluntarily or involuntarily (a "*Dissolution*"). For the avoidance of any doubt, but without limiting the foregoing, neither the merger or consolidation of the Corporation with or into any other entity, nor the sale, lease, exchange or other disposition of all or substantially all of the Corporation's assets shall, in and of itself, be deemed to constitute a Dissolution.

4.2    Upon any Dissolution, each holder of outstanding shares of Series C Preferred Stock shall be entitled to be paid out of the assets of the Corporation available for distribution to stockholders, prior and in preference to any distribution to the holders of Common Stock, an amount in cash equal to $0.001 per outstanding share of Series C Preferred Stock.

5.    Redemption.

5.1    All shares of Series C Preferred Stock that are not present in person or by proxy at any meeting of stockholders held to vote on the Authorized Share Proposal as of immediately prior to the opening of the polls at such meeting (the "*Initial Redemption Time*") shall automatically be redeemed by the Corporation at the Initial Redemption Time without further action or formality on the part of the Corporation or the holder thereof (the "*Initial Redemption*").

5.2    Any outstanding shares of Series C Preferred Stock that have not been redeemed pursuant to an Initial Redemption shall be redeemed in whole, but not in part, (a) if such redemption is ordered by the Board of Directors in its sole discretion, automatically and effective on such time and date specified by the Board of Directors in its sole discretion or (b) automatically without further action or formality on the part of the Corporation or the holder thereof upon the approval by the Corporation's stockholders of the Authorized Share Proposal at any meeting of the stockholders held for the purpose of voting on such proposal (any such redemption pursuant to

3

DocuSign Envelope ID: 5FB39C22-BE6D-4C6D-BF48-5F3B947AD7D5

this Section 5.2, the "*Subsequent Redemption*" and, together with the Initial Redemption, the "*Redemptions*"). As used herein, the "*Subsequent Redemption Time*" shall mean the effective time of the Subsequent Redemption, and the "*Redemption Time*" shall mean (y) with respect to the Initial Redemption, the Initial Redemption Time and (z) with respect to the Subsequent Redemption, the Subsequent Redemption Time.

5.3    Each share of Series C Preferred Stock redeemed in any Redemption pursuant to this Section 5 shall be redeemed in consideration for the right to receive an amount equal to $0.001 in cash for each whole share of Series C Preferred Stock that are "beneficially owned" by the "beneficial owner" (as such terms are defined below) thereof as of immediately prior to the applicable Redemption Time and redeemed pursuant to such Redemption, payable upon receipt by the Corporation of a written request submitted by the applicable holder to the corporate secretary of the Corporation (each a "*Redemption Payment Request*") following the applicable Redemption Time. Such Redemption Payment Request shall (a) be in a form reasonably acceptable to the Corporation (b) set forth in reasonable detail the number of shares of Series C Preferred Stock beneficially owned by the holder at the applicable Redemption Time and include evidence reasonably satisfactory to the Corporation regarding the same, and (c) set forth a calculation specifying the amount in cash owed to such Holder by the Corporation with respect to the shares of Series C Preferred Stock that were redeemed at the applicable Redemption Time. As used herein, "*Person*" shall mean any individual, firm, corporation, partnership, limited liability company, trust or other entity, and shall include any successor (by merger or otherwise) to such entity. As used herein, a Person shall be deemed the "*beneficial owner*" of, and shall be deemed to "*beneficially own*," any securities which such Person is deemed to beneficially own, directly or indirectly, within the meaning of Rule 13d-3 of the General Rules and Regulations under the Securities Exchange Act of 1934, as amended.

5.4    From and after the time at which any shares of Series C Preferred Stock are called for redemption (whether automatically or otherwise) in accordance with Section 5.1 or Section 5.2, such shares of Series C Preferred Stock shall cease to be outstanding, and the only right of the former holders of such shares of Series C Preferred Stock, as such, will be to receive the applicable redemption price, if any. The shares of Series C Preferred Stock redeemed by the Corporation pursuant to this Certificate of Designation shall, upon such redemption, be automatically retired and restored to the status of authorized but unissued shares of Preferred Stock.

5.5    Notwithstanding anything to the contrary herein or otherwise, and for the avoidance of doubt, any shares of Series C Preferred Stock (or fraction thereof) that have been redeemed pursuant to an Initial Redemption shall not be deemed to be outstanding for the purpose of voting or determining the number of votes entitled to vote on any matter submitted to stockholders (including the Authorized Share Proposal, the Adjournment Proposal or any other matter brought before any meeting of stockholders held to vote on the Authorized Share Proposal) from and after the time of the Initial Redemption. Notice of any meeting of stockholders for the submission to stockholders of any proposal to approve the Authorized Share Proposal shall constitute notice of a redemption of shares of Series C Preferred Stock pursuant to an Initial Redemption and result in the automatic redemption of the applicable shares of Series C Preferred Stock (and/or fractions thereof) pursuant to the Initial Redemption at the Initial Redemption Time pursuant to Section 5.1 hereof. Notice by the Corporation of the approval by the Corporation's stockholders of the Authorized Share Proposal, whether by press release or a filing with the Securities and Exchange

4

DocuSign Envelope ID: 5FB39C22-BE6D-4C6D-BF48-5F3B947AD7D5

Commission, shall constitute a notice of redemption of shares of Series C Preferred Stock pursuant to a Subsequent Redemption and result in the automatic redemption of the applicable shares of Series C Preferred Stock (and/or fractions thereof) pursuant to the Subsequent Redemption at the Subsequent Redemption Time pursuant to Section 5.2 hereof. In connection with the filing of this Certificate of Designation, the Corporation has set apart funds for payment for the redemption of all shares of Series C Preferred Stock pursuant to the Redemptions and shall continue to keep such funds apart for such payment through the payment of the purchase price for the redemption of all such shares. Notwithstanding anything herein to the contrary, the Corporation shall not be required to pay any redemption proceeds to any holder of Series C Preferred Stock if the amount of the payment would be less than $100.00.

6.      Transfer. Shares of Series C Preferred Stock will be uncertificated and represented in book-entry form. No share of Series C Preferred Stock may be transferred by the holder thereof except in connection with a transfer by such holder of the corresponding share of Common Stock held thereby, in which case a number of shares of Series C Preferred Stock equal to the number of shares of Common Stock to be transferred by such holder shall be automatically transferred to the transferee of such shares of Common Stock. Each Series C Preferred Stock shall at all times be attached to the corresponding share of Common Stock or Series B Preferred Stock in respect of which such Series C Preferred Stock was issued as a distribution. Notice of the foregoing restrictions on transfer shall be given in accordance with NRS 78.235.

7.      Fractional Shares. The Series C Preferred Stock may be issued in whole shares or in any fraction of a share that is one one-thousandth (1/1,000th) of a share or any integral multiple of such fraction, which fractions shall entitle the holder, in proportion to such holder's fractional shares, to exercise voting rights, participate in distributions upon a Dissolution and have the benefit of any other rights of holders of Series C Preferred Stock.

8.      Severability. Whenever possible, each provision hereof shall be interpreted in a manner as to be effective and valid under applicable law, but if any provision hereof is held to be prohibited by or invalid under applicable law, then such provision shall be ineffective only to the extent of such prohibition or invalidity, without invalidating or otherwise adversely affecting the remaining provisions hereof.

*[Remainder of page intentionally left blank.]*

DocuSign Envelope ID: 5FB39C22-BE6D-4C6D-BF48-5F3B947AD7D5

IN WITNESS WHEREOF, the undersigned has executed this Certificate of Designation of Series C Preferred Stock on behalf of the Corporation as of January 25, 2024.

META MATERIALS INC.

By: _Uzi Sasson_ (DocuSigned by)

Name: Uzi Sasson

Title: Chief Executive Officer and President

[Signature Page to Certificate of Designation]

EX-99.2 5 mmat-ex99_2.htm EX-99.2

Exhibit 99.2

**Meta Materials Announces Distribution of Series C Preferred Stock to Holders of its Common Stock**

HALIFAX, NS / ACCESSWIRE / January 23, 2024 / Meta Materials Inc. (the "Company" or "META") (Nasdaq: MMAT), an advanced materials and nanotechnology company, today announced that its Board of Directors declared a distribution of one share of newly designated Series C Preferred Stock, par value $0.001 per share, for each outstanding share of the Company's common stock and each voting right represented by the Company's Series B Preferred Stock held of record as of 5:00 p.m. Eastern Time on February 2, 2024. The shares of Series C Preferred Stock will be distributed to such recipients at 5:30 p.m. Eastern Time on February 2, 2024. The outstanding shares of Series C Preferred Stock will vote together with the outstanding shares of the Company's common stock, as a single class, exclusively with respect to a proposal to increase the Company's authorized shares as well as any proposal to adjourn any meeting of stockholders called for the purpose of voting on the increase in authorized shares, and will not be entitled to vote on any other matter, except to the extent required under the Nevada law. Subject to certain limitations, each outstanding share of Series C Preferred Stock will have 1,000 votes per share.

All shares of Series C Preferred Stock that are not present in person or by proxy at the meeting of stockholders held to vote on the increase in authorized shares as of immediately prior to the opening of the polls at such meeting will automatically be redeemed by the Company. Any outstanding shares of Series C Preferred Stock that have not been so redeemed will be redeemed if such redemption is ordered by the Company's Board of Directors or automatically upon the approval by the Company's stockholders of an amendment to the Company's articles of incorporation effecting the increase of authorized shares at such meeting.

The Series C Preferred Stock will be uncertificated, and no shares of Series C Preferred Stock will be transferable by any holder thereof except in connection with a transfer by such holder of any shares of the Company's common stock held by such holder. In that case, a number of shares of Series C Preferred Stock equal to the number of shares of the Company's common stock to be transferred by such holder would be transferred to the transferee of such shares of common stock.

Further details regarding the Series C Preferred Stock will be contained in a Current Report on Form 8-K to be filed by the Company with the Securities and Exchange Commission. In addition, the Company also intends to file a notice of special meeting of the Company's stockholders and a preliminary proxy statement to consider the approval of an increase in the Company's authorized shares as described herein, if necessary.

**About Meta Materials Inc.**

Meta Materials Inc. (META) is an advanced materials and nanotechnology company. We develop new products and technologies using innovative sustainable science. Advanced materials can improve everyday products that surround us, making them smarter and more sustainable. META® technology platforms enable global brands to develop new products to improve performance for customers in aerospace and defense, consumer electronics, 5G communications, batteries, authentication, automotive and clean energy. Learn more at www.metamaterial.com.

**Media and Investor Inquiries**

Rob Stone
Vice President, Corporate Development and Communications
Meta Materials Inc.
media@metamaterial.com
ir@metamaterial.com

**Forward Looking Information**

This press release includes forward-looking information or statements within the meaning of Canadian securities laws and within the meaning of Section 27A of the Securities Act of 1933, as amended, Section 21E of the Securities Exchange Act of 1934, as amended, and the Private Securities Litigation Reform Act of 1995, regarding the Company, which may include, but are not limited to, statements with respect to the business strategies, product development, restructuring plans and operational activities of the Company. Often but not always, forward-looking information can be identified by the use of words such as "pursuing", "potential", "predicts", "projects", "seeks", "plans", "expect", "intends", "anticipated", "believes" or variations (including negative variations) of such words and phrases, or statements that certain actions, events or results "may", "could", "should", "would" or "will" be taken, occur or be achieved. Such statements are based on the current expectations and views of future events of the management of the Company and are based on assumptions and subject to risks and uncertainties. Although the management of the Company believes that the assumptions underlying these statements are reasonable, they may prove to be incorrect. The forward-looking events and circumstances discussed in this release may not occur and could differ materially as a result of known and unknown risk factors and uncertainties affecting the Company, the capabilities of our facilities, research and development projects of the Company, the total available market and market potential of the products of the Company, the market position of the Company, the need to raise more capital and the ability to do so, the scalability of the Company's production ability, capacity for new customer engagements, material selection programs timeframes, the ability to reduce production costs, enhance metamaterials manufacturing capabilities and extend market reach into new applications and industries, the ability to accelerate commercialization plans, the possibility of new customer contracts, the continued engagement of our employees, the technology industry, market strategic and operational activities, and management's ability to manage and operate the business. More details about these and other risks that may impact the Company's businesses are described under the heading "Forward-Looking Information" and under the heading "Risk Factors" in the Company's Form 10-K filed with the SEC on March 23, 2023, in the Company's Form 10-K/A filed with the SEC on March 24, 2023, in the Company's Form 10-Q filed with the SEC on November 13, 2023, and in subsequent filings made by Meta Materials with the SEC, which are available on SEC's website at www.sec.gov. Although the Company has attempted to identify important factors that could cause actual actions, events or results to differ materially from those described in forward-looking statements, there may be other factors that cause actions, events or results to differ from those anticipated, estimated or intended. Accordingly, readers should not place undue reliance on any forward-looking statements or information. No forward-looking statement can be guaranteed. Except as required by applicable securities laws, forward-looking statements speak only as of the date on which they are made and the Company does not undertake any obligation to publicly update or revise any forward-looking statement, whether as a result of new information, future events, or otherwise, except to the extent required by law.

Page | 2