NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | PROOF OF INTEREST |
|---|---|

Name of Debtor:
**META MATERIALS INC.**

Case Number:
**24-50792**

1. Name and address of holder of the Equity Interest (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

JONATHAN ALLUN BRUNT
6352 ALDERWOOD LANE
DELTA, BC. V4E 3E8
CANADA

Telephone Number:
778-288-3527

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

☒ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

COURT USE ONLY

Account or other number by which Interest holder identifies Debtor:
22XHB2, 22XHB2-J, 519HR9S

Check here if this claim:
☐ replaces a previously filed Proof of Interest dated: _____
☐ amends a previously filed Proof of Interest dated: _____

2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:
TD WATERHOUSE CANADA INC. 3500 STEELES AVENUE EAST, TOWER 2, SECOND FLOOR, MARKHAM, ONTARIO, L3R 0X1

Telephone Number: 1-800-465-5463

3. Date Equity Interest was acquired:
2022: Jan 6, 10, Jun 24, APR 20, Feb 17, APR 7, 20, 26
2021: Jun 2, AUG 16, 17, 18, NOV 17, 19, DEC 20,
APR 14, May 3, SEP 7, SEP 2, SEP 15, OCT 19, 26,
2022: May 9, JULY 15,      DEC 1, 15, 20
2024: DEC 20

4. Total amount of member interest: 11,263,214,348
= 836

5. Certificate number(s): _____

6. Type of Equity Interest:
Please indicate the type of Equity Interest you hold:
☒ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
☐ Check this box if your Equity Interest is based on anything else and describe that interest:
Description: _____

7. Supporting Documents: Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. Date-Stamped Copy: To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

9. Signature:
Check the appropriate box.
☒ I am the creditor.   ☐ I am the creditor's authorized agent. (Attach copy of power of attorney, if any.)   ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)   ☐ I am a guarantor, surety, endorser, or other codebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: Jonathan Allun Brunt
Title:
Company: ___ Address and telephone number (if different from notice address above):

(Signature)

OCT 15, 2024
(Date)

Telephone number: 778 288 3527   email: BMMAT6352@gmail.com

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*



**TD Direct Investing**

# Your investment account statement

November 1, 2023 to December 31, 2023

Account number: ██XHB2
Account type: Direct Trading - CDN
Account currency: Canadian dollars

MR JONATHAN ALLUN BRUNT



### Do you have a question?

For questions about your statement or further information, we provide support Monday through Friday, in 4 languages:

| | |
|---|---|
| **English:** | **1-800-465-5463** |
| **French:** | **1-800-361-2684** |
| **Cantonese:** | **1-800-838-3223 option 1** |
| **Mandarin:** | **1-800-838-3223 option 2** |

# Your account at a glance

⟳ **You need to know**

Please see **page 2** for important information about your account.

| | This period (Nov 1 - Dec 31, 2023) | Last period (Jul 1 - Oct 31, 2023) | Year to date (Jan 1 - Dec 31, 2023) |
|---|---|---|---|
| Beginning balance | $189.56 | $318.60 | $1,776.62 |
| Change in your account balance | -$88.52 | -$129.04 | -$1,675.58 |
| **Ending balance** | **$101.04** | **$189.56** | **$101.04** |

▸ US dollars converted to Canadian dollars at **1.3240** as of Dec 31, 2023

# Holdings in your account

on December 31, 2023

| Description | Quantity or par value ($) | Price ($) | Book cost ($) | Market value ($) | Unrealized gain or loss ($) | % of your holdings |
|---|---|---|---|---|---|---|
| Cash | | | 4.89 | 4.89 | 0.00 | 4.84% |
| **COMMON SHARES** | | | | | | |
| META MATERIALS INC (MMAT) | 1,100 SEG | 0.066U | 7,448.73 | 96.15 | -7,352.58 | 95.16% |
| **Total Portfolio** | | | **$7,453.62** | **$101.04** | | **100.00%** |

▸ The US dollar conversion rate we used to convert your month-end market values to Canadian dollars is **1.3240**

▸ Book costs are converted to Canadian dollars at the exchange rate used at the time of the transaction

▸ U=US dollars

*Order-Execution-Only Account.*

TD Waterhouse Canada Inc.
Member - Canadian Investor Protection Fund



**Regulated by**
Investment Industry Regulatory
Organization of Canada



**TD Direct Investing**

# Your investment account statement

February 1, 2024 to March 31, 2024

Account number: ●XHB2
Account type: Direct Trading - CDN
Account currency: Canadian dollars

MR JONATHAN ALLUN BRUNT



### Do you have a question?

For questions about your statement or further information, we provide support Monday through Friday, in 4 languages:

| | |
|---|---|
| English: | **1-800-465-5463** |
| French: | **1-800-361-2684** |
| Cantonese: | **1-800-838-3223 option 1** |
| Mandarin: | **1-800-838-3223 option 2** |

## Your account at a glance

| | This period (Feb 1 - Mar 31, 2024) | Last period (Jan 1 - Jan 31, 2024) | Year to date (Jan 1 - Mar 31, 2024) |
|---|---|---|---|
| Beginning balance | $35.09 | $101.04 | $101.04 |
| Change in your account balance | -$10.75 | -$65.95 | -$76.70 |
| **Ending balance** | **$24.34** | **$35.09** | **$24.34** |

**You need to know**

Please see page 2 for important information about your account.

▸ US dollars converted to Canadian dollars at **1.3530** as of Mar 31, 2024

## Holdings in your account

on March 31, 2024

| Description | Quantity or par value ($) | Price ($) | Book cost ($) | Market value ($) | Unrealized gain or loss ($) | % of your holdings |
|---|---|---|---|---|---|---|
| Cash | | | -21.36 | -21.36 | 0.00 | -87.76% |
| **COMMON SHARES** | | | | | | |
| META MATERIALS INC-NEW (**MMAT**) | 10 SEG | 3.070ᴜ | 6,771.57 | 41.55 | -6,730.02 | 170.71% |
| META MATERIALS INC-NEW (**MMAT**) | 1 | 3.070ᴜ | 677.16 | 4.15 | -673.01 | 17.05% |
| **Total Portfolio** | | | **$7,427.37** | **$24.34** | | **100.00%** |

▸ The US dollar conversion rate we used to convert your month-end market values to Canadian dollars is **1.3530**

▸ Book costs are converted to Canadian dollars at the exchange rate used at the time of the transaction

▸ U=US dollars

*Order-Execution-Only Account.*

D Waterhouse Canada Inc.
Member - Canadian Investor Protection Fund



**Regulated by**
Investment Industry Regulatory
Organization of Canada



**TD Direct Investing**

# Your investment account statement

November 1, 2023 to December 31, 2023

Account number: ▇XHB2
Account type: Direct Trading - US
Account currency: US dollars

MR JONATHAN ALLUN BRUNT

### Do you have a question?

For questions about your statement or further information, we provide support Monday through Friday, in 4 languages:

| English: | 1-800-465-5463 |
| French: | 1-800-361-2684 |
| Cantonese: | 1-800-838-3223 option 1 |
| Mandarin: | 1-800-838-3223 option 2 |

## Your account at a glance

🛈 **You need to know**

Please see **page 2** for important information about your account.

| | This period (Nov 1 - Dec 31, 2023) | Last period (Jul 1 - Oct 31, 2023) | Year to date (Jan 1 - Dec 31, 2023) |
|---|---|---|---|
| Beginning balance | $3,187.67 | $5,653.38 | $40,773.60 |
| Change in your account balance | -$1,442.71 | -$2,465.71 | -$39,028.64 |
| **Ending balance** | **$1,744.96** | **$3,187.67** | **$1,744.96** |

## Holdings in your account

on December 31, 2023

| Description | Quantity or par value ($) | Price ($) | Book cost ($) | Market value ($) | Unrealized gain or loss ($) | % of your holdings |
|---|---|---|---|---|---|---|
| Cash | | | 13.72 | 13.72 | 0.00 | 0.79% |
| **COMMON SHARES** | | | | | | |
| META MATERIALS INC (MMAT) | 26,231 SEG | 0.066 | 56,651.00 | 1,731.24 | -54,919.76 | 99.21% |
| **Total Portfolio** | | | **$56,664.72** | **$1,744.96** | | **100.00%** |

*Order-Execution-Only Account.*

D Waterhouse Canada Inc.
Member - Canadian Investor Protection Fund

**Regulated by**
Investment Industry Regulatory
Organization of Canada

IIROC



**TD Direct Investing**

# Your investment account statement

February 1, 2024 to March 31, 2024

Account number: ██XHB2
Account type: Direct Trading - US
Account currency: US dollars

MR JONATHAN ALLUN BRUNT



### Do you have a question?

For questions about your statement or further information, we provide support Monday through Friday, in 4 languages:

| | |
|---|---|
| English: | 1-800-465-5463 |
| French: | 1-800-361-2684 |
| Cantonese: | 1-800-838-3223 option 1 |
| Mandarin: | 1-800-838-3223 option 2 |

## Your account at a glance

☼ **You need to know**

Please see page 2 for important information about your account.

| | This period (Feb 1 - Mar 31, 2024) | Last period (Jan 1 - Jan 31, 2024) | Year to date (Jan 1 - Mar 31, 2024) |
|---|---|---|---|
| Beginning balance | $1,018.38 | $1,744.96 | $1,744.96 |
| Change in your account balance | -$197.25 | -$726.58 | -$923.83 |
| **Ending balance** | **$821.13** | **$1,018.38** | **$821.13** |

## Holdings in your account
on March 31, 2024

| Description | Quantity or par value ($) | Price ($) | Book cost ($) | Market value ($) | Unrealized gain or loss ($) | % of your holdings |
|---|---|---|---|---|---|---|
| Cash | | | 13.72 | 13.72 | 0.00 | 1.67% |
| **COMMON SHARES** | | | | | | |
| META MATERIALS INC-NEW (MMAT) | 263 SEG | 3.070 | 56,651.00 | 807.41 | -55,843.59 | 98.33% |
| **Total Portfolio** | | | **$56,664.72** | **$821.13** | | **100.00%** |

*Order-Execution-Only Account.*

TD Waterhouse Canada Inc.
Member - Canadian Investor Protection Fund

**IIROC**

**Regulated by**
Investment Industry Regulatory
Organization of Canada



**TD Direct Investing**

# Your TFSA statement

November 1, 2023 to December 31, 2023

Account number: ⬛XHB2-J
Account type: Tax-Free Savings Account - CDN
Account currency: Canadian dollars

### Do you have a question?

For questions about your statement or further information, we provide support Monday through Friday, in 4 languages:

| | |
|---|---|
| **English:** | **1-800-465-5463** |
| **French:** | **1-800-361-2684** |
| **Cantonese:** | **1-800-838-3223 option 1** |
| **Mandarin:** | **1-800-838-3223 option 2** |

MR JONATHAN ALLUN BRUNT

## Your account at a glance

> **You need to know**
> Please see **page 2** for important information about your account.

| | This period<br>(Nov 1 - Dec 31, 2023) | Last period<br>(Jul 1 - Oct 31, 2023) | Year to date<br>(Jan 1 - Dec 31, 2023) |
|---|---|---|---|
| Beginning balance | $5,117.09 | $8,670.94 | $23,525.00 |
| Change in your account balance | -$1,392.02 | -$3,553.85 | -$19,799.93 |
| **Ending balance** | **$3,725.07** | **$5,117.09** | **$3,725.07** |

‣ US dollars converted to Canadian dollars at **1.3240** as of Dec 31, 2023

## Holdings in your account

on December 31, 2023

| Description | Quantity or<br>par value ($) | Price ($) | Book<br>cost ($) | Market<br>value ($) | Unrealized<br>gain<br>or loss ($) | %<br>of your<br>holdings |
|---|---|---|---|---|---|---|
| **DOMESTIC** | | | | | | |
| Cash | | | -1.98 | -1.98 | 0.00 | -0.05% |
| **TOTAL DOMESTIC** | | | **-$1.98** | **-$1.98** | | **-0.05%** |
| **FOREIGN** | | | | | | |
| **COMMON SHARES** | | | | | | |
| GAMESTOP CORP<br>CL-A **(GME)** | 80 SEG | 17.530u | 5,430.43 | 1,857.47 | -3,572.96 | 49.86% |
| META MATERIALS INC<br>**(MMAT)** | 21,387 SEG | 0.066u | 94,012.96 | 1,869.58 | -92,143.38 | 50.19% |
| **TOTAL FOREIGN** | | | **$99,443.39** | **$3,727.05** | | **100.05%** |
| **Total Portfolio** | | | **$99,441.41** | **$3,725.07** | | **100.00%** |

‣ The US dollar conversion rate we used to convert your month-end market values to Canadian dollars is **1.3240**

‣ Book costs are converted to Canadian dollars at the exchange rate used at the time of the transaction

‣ U=US dollars

*Order-Execution-Only Account.*

TD Waterhouse Canada Inc.
Member - Canadian Investor Protection Fund



**Regulated by**
Investment Industry Regulatory
Organization of Canada



**TD Direct Investing**

# Your TFSA statement
February 1, 2024 to March 31, 2024

Account number: XHB2-J
Account type: Tax-Free Savings Account - CDN
Account currency: Canadian dollars

### Do you have a question?

For questions about your statement or further information, we provide support Monday through Friday, in 4 languages:

| | |
|---|---|
| **English:** | **1-800-465-5463** |
| **French:** | **1-800-361-2684** |
| **Cantonese:** | **1-800-838-3223 option 1** |
| **Mandarin:** | **1-800-838-3223 option 2** |



MR JONATHAN ALLUN BRUNT

## Your account at a glance

> **You need to know**
>
> Please see page 2 for important information about your account.

| | This period<br>(Feb 1 - Mar 31, 2024) | Last period<br>(Jan 1 - Jan 31, 2024) | Year to date<br>(Jan 1 - Mar 31, 2024) |
|---|---|---|---|
| Beginning balance | $2,625.74 | $3,725.07 | $3,725.07 |
| Change in your account balance | -$382.84 | -$1,099.33 | -$1,482.17 |
| **Ending balance** | **$2,242.90** | **$2,625.74** | **$2,242.90** |

> US dollars converted to Canadian dollars at **1.3530** as of Mar 31, 2024

## Holdings in your account
on March 31, 2024

| Description | Quantity or<br>par value ($) | Price ($) | Book<br>cost ($) | Market<br>value ($) | Unrealized<br>gain<br>or loss ($) | %<br>of your<br>holdings |
|---|---|---|---|---|---|---|
| **DOMESTIC** | | | | | | |
| Cash | | | -1.98 | -1.98 | 0.00 | -0.09% |
| **TOTAL DOMESTIC** | | | **-$1.98** | **-$1.98** | | **-0.09%** |
| **FOREIGN** | | | | | | |
| **COMMON SHARES** | | | | | | |
| GAMESTOP CORP<br>CL-A (**GME**) | 80 SEG | 12.520u | 5,430.43 | 1,355.66 | -4,074.77 | 60.44% |
| META MATERIALS<br>INC-NEW (**MMAT**) | 214 SEG | 3.070u | 94,012.96 | 889.22 | -93,123.74 | 39.65% |
| **TOTAL FOREIGN** | | | **$99,443.39** | **$2,244.88** | | **100.09%** |
| **Total Portfolio** | | | **$99,441.41** | **$2,242.90** | | **100.00%** |

> The US dollar conversion rate we used to convert your month-end market values to Canadian dollars is **1.3530**

> Book costs are converted to Canadian dollars at the exchange rate used at the time of the transaction

> U=US dollars

*Order-Execution-Only Account.*

TD Waterhouse Canada Inc.
Member - Canadian Investor Protection Fund



**Regulated by**
Investment Industry Regulatory
Organization of Canada



**TD Direct Investing**

# Your RSP statement
November 1, 2023 to December 31, 2023

Account number: ●●9HR9-S
Account type: Self-Directed RSP - CDN
Account currency: Canadian dollars

MR JONATHAN ALLUN BRUNT

### Do you have a question?

For questions about your statement or further information, we provide support Monday through Friday, in 4 languages:

| | |
|---|---|
| **English:** | **1-800-465-5463** |
| **French:** | **1-800-361-2684** |
| **Cantonese:** | **1-800-838-3223 option 1** |
| **Mandarin:** | **1-800-838-3223 option 2** |

## Your account at a glance

### ✏ You need to know

Please see **page 2** for important information about your account.

| | This period (Nov 1 - Dec 31, 2023) | Last period (Aug 1 - Oct 31, 2023) | Year to date (Jan 1 - Dec 31, 2023) |
|---|---|---|---|
| Beginning balance | $6,256.46 | $12,305.91 | $60,564.61 |
| Change in your account balance | -$3,026.09 | -$6,049.45 | -$57,334.24 |
| **Ending balance** | **$3,230.37** | **$6,256.46** | **$3,230.37** |

‣ US dollars converted to Canadian dollars at **1.3240** as of Dec 31, 2023

## Holdings in your account
on December 31, 2023

| Description | Quantity or par value ($) | Price ($) | Book cost ($) | Market value ($) | Unrealized gain or loss ($) | % of your holdings |
|---|---|---|---|---|---|---|
| **DOMESTIC** | | | | | | |
| Cash | | | -56.94 | -56.94 | 0.00 | -1.76% |
| **TOTAL DOMESTIC** | | | **-$56.94** | **-$56.94** | | **-1.76%** |
| **FOREIGN** | | | | | | |
| **COMMON SHARES** | | | | | | |
| META MATERIALS INC (MMAT) | 37,605 SEG | 0.066U | 106,716.26 | 3,287.31 | -103,428.95 | 101.76% |
| **TOTAL FOREIGN** | | | **$106,716.26** | **$3,287.31** | | **101.76%** |
| **Total Portfolio** | | | **$106,659.32** | **$3,230.37** | | **100.00%** |

‣ The US dollar conversion rate we used to convert your month-end market values to Canadian dollars is **1.3240**

‣ Book costs are converted to Canadian dollars at the exchange rate used at the time of the transaction

‣ U=US dollars

Order-Execution-Only Account.

TD Waterhouse Canada Inc.
Member - Canadian Investor Protection Fund



**Regulated by**
Investment Industry Regulatory
Organization of Canada



**TD Direct Investing**

# Your RSP statement

January 1, 2024 to January 31, 2024

Account number: ██9HR9-S
Account type: Self-Directed RSP - CDN
Account currency: Canadian dollars

### Do you have a question?

For questions about your statement or further information, we provide support Monday through Friday, in 4 languages:

| | |
|---|---|
| English: | 1-800-465-5463 |
| French: | 1-800-361-2684 |
| Cantonese: | 1-800-838-3223 option 1 |
| Mandarin: | 1-800-838-3223 option 2 |

MR JONATHAN ALLUN BRUNT

## Your account at a glance

> **You need to know**
> Please see **page 2** for important information about your account.

| | This period<br>(Jan 1 - Jan 31, 2024) | Last period<br>(Nov 1 - Dec 31, 2023) | Year to date<br>(Jan 1 - Jan 31, 2024) |
|---|---|---|---|
| Beginning balance | $3,230.37 | $6,256.46 | $3,230.37 |
| Change in your account balance | -$1,378.74 | -$3,026.09 | -$1,378.74 |
| **Ending balance** | **$1,851.63** | **$3,230.37** | **$1,851.63** |

▸ US dollars converted to Canadian dollars at **1.3430** as of Jan 31, 2024

## Holdings in your account
on January 31, 2024

| Description | Quantity or<br>par value ($) | Price ($) | Book<br>cost ($) | Market<br>value ($) | Unrealized<br>gain<br>or loss ($) | %<br>of your<br>holdings |
|---|---|---|---|---|---|---|
| **DOMESTIC** | | | | | | |
| Cash | | | -83.19 | -83.19 | 0.00 | -4.49% |
| **TOTAL DOMESTIC** | | | **-$83.19** | **-$83.19** | | **-4.49%** |
| **FOREIGN** | | | | | | |
| **COMMON SHARES** | | | | | | |
| META MATERIALS<br>INC-NEW (**MMAT**) | 377 SEG | 3.820u | 106,716.26 | 1,934.82 | -104,781.44 | 104.49% |
| **TOTAL FOREIGN** | | | **$106,716.26** | **$1,934.82** | | **104.49%** |
| **Total Portfolio** | | | **$106,633.07** | **$1,851.63** | | **100.00%** |

▸ The US dollar conversion rate we used to convert your month-end market values to Canadian dollars is **1.3430**
▸ Book costs are converted to Canadian dollars at the exchange rate used at the time of the transaction
▸ U=US dollars

*Order-Execution-Only Account.*

D Waterhouse Canada Inc.
lember - Canadian Investor Protection Fund



**Regulated by**
Investment Industry Regulatory
Organization of Canada



## Definitions

### An explanation of terms shown in the tables above

***Book cost for long positions*** is the total amount paid to purchase a security including any transaction charges related to the purchase, adjusted for reinvested distributions, return of capital and corporate actions.

***Book cost for short positions*** is the total amount received for the security, net of any transaction charges related to the sale, adjusted for any distribution (other than dividends), returns of capital and corporate actions.

***Market value*** is the price of the security or fund multiplied by the quantity held.

***Unrealized Gain or Loss*** is the gain or loss that would be incurred, if your holdings were liquidated as at the end of the statement period. It is calculated by subtracting book cost from market value.

## Activity in your account this period

| Date | Activity | Description | Quantity | Price ($) | Amount ($) | Cash balance ($) |
|------|----------|-------------|----------|-----------|------------|------------------|
| | **Beginning cash balance** | | | | | **-56.94** |
| Jan 10 | GST Charged | GST CHARGED | | | -1.25 | -58.19 |
| Jan 10 | Admin Fee Charged | MAINTENANCE FEE | | | -25.00 | -83.19 |
| Jan 29 | Reverse Split | META MATERIALS INC * | -37,605 | | 106,716.26 | 106,633.07 |
| Jan 29 | Reverse Split | META MATERIALS INC-NEW | 377 | | -106,716.26 | -83.19 |
| **Jan 31** | **Ending cash balance** | | | | | **-$83.19** |

## Your RSP contribution information

You can claim the contributions you made in the first 60 days of 2024 on your 2023 tax return.

| | |
|---|---|
| First 60 days | **$0.00** |
| Remainder of the year | **$0.00** |

## ⓘ Important information about your account

In May 2024, the standard trade settlement period for North American Capital Markets is expected to be reduced from the current two business days to one business day after the trade date. This will impact most trades in securities. The change is expected to take effect Monday, May 27 for Canadian capital markets and Tuesday, May 28 for U.S. capital markets. Once implemented, your trades in Canadian and U.S. markets will settle one business day sooner.

*Order-Execution-Only Account.*

**TD Direct Investing**

# Your RSP statement

February 1, 2024 to February 29, 2024

Account number: ⬛9HR9-S
Account type: Self-Directed RSP - CDN
Account currency: Canadian dollars

### Do you have a question?

For questions about your statement or further information, we provide support Monday through Friday, in 4 languages:

| | |
|---|---|
| **English:** | **1-800-465-5463** |
| **French:** | **1-800-361-2684** |
| **Cantonese:** | **1-800-838-3223 option 1** |
| **Mandarin:** | **1-800-838-3223 option 2** |

MR JONATHAN ALLUN BRUNT

## Your account at a glance

**You need to know**

Please see **page 2** for important information about your account.

| | This period (Feb 1 - Feb 29, 2024) | Last period (Jan 1 - Jan 31, 2024) | Year to date (Jan 1 - Feb 29, 2024) |
|---|---|---|---|
| Beginning balance | $1,851.63 | $3,230.37 | $3,230.37 |
| Change in your account balance | -$434.98 | -$1,378.74 | -$1,813.72 |
| **Ending balance** | **$1,416.65** | **$1,851.63** | **$1,416.65** |

‣ US dollars converted to Canadian dollars at **1.3560** as of Feb 29, 2024

## Holdings in your account

on February 29, 2024

| Description | Quantity or par value ($) | Price ($) | Book cost ($) | Market value ($) | Unrealized gain or loss ($) | % of your holdings |
|---|---|---|---|---|---|---|
| **DOMESTIC** | | | | | | |
| Cash | | | 14.63 | 14.63 | 0.00 | 1.03% |
| **TOTAL DOMESTIC** | | | **$14.63** | **$14.63** | | **1.03%** |
| **FOREIGN** | | | | | | |
| **COMMON SHARES** | | | | | | |
| META MATERIALS INC-NEW (**MMAT**) | 348 ʊᴇɢ | 2.970ᴜ | 98,507.32 | 1,402.02 | -97,105.30 | 98.97% |
| **TOTAL FOREIGN** | | | **$98,507.32** | **$1,402.02** | | **98.97%** |
| **Total Portfolio** | | | **$98,521.95** | **$1,416.65** | | **100.00%** |

‣ The US dollar conversion rate we used to convert your month-end market values to Canadian dollars is **1.3560**

‣ Book costs are converted to Canadian dollars at the exchange rate used at the time of the transaction

‣ U=US dollars

*Order-Execution-Only Account.*

TD Waterhouse Canada Inc.
Member – Canadian Investor Protection Fund



**Regulated by**
Investment Industry Regulatory Organization of Canada



## Definitions

### An explanation of terms shown in the tables above

**Book cost for long positions** is the total amount paid to purchase a security including any transaction charges related to the purchase, adjusted for reinvested distributions, return of capital and corporate actions.

**Book cost for short positions** is the total amount received for the security, net of any transaction charges related to the sale, adjusted for any distribution (other than dividends), returns of capital and corporate actions.

**Market value** is the price of the security or fund multiplied by the quantity held.

**Unrealized Gain or Loss** is the gain or loss that would be incurred, if your holdings were liquidated as at the end of the statement period. It is calculated by subtracting book cost from market value.

## Activity in your account this period

| Date | Activity | Description | Quantity | Price ($) | Amount ($) | Cash balance ($) |
|------|----------|-------------|----------|-----------|------------|------------------|
| | **Beginning cash balance** | | | | | **-83.19** |
| Feb 20 | GST Charged | CREDIT HANDLING FEE | | | -0.75 | -83.94 |
| Feb 20 | Admin Fee Charged | CREDIT HANDLING FEE | | | -15.00 | -98.94 |
| Feb 22 | Sell | META MATERIALS INC-NEW CONV TO CAD @33.11 %US PR CREDIT SELLOUT- PT | -29 | 4.425 | 113.57 | 14.63 |
| Feb 29 | **Ending cash balance** | | | | | **$14.63** |

## Your RSP contribution information

You can claim the contributions you made in the first 60 days of 2024 on your 2023 tax return.

| | |
|---|---|
| First 60 days | $0.00 |
| Remainder of the year | $0.00 |

## ⓘ Important information about your account

In May 2024, the standard trade settlement period for North American Capital Markets is expected to be reduced from the current two business days to one business day after the trade date. This will impact most trades in securities. The change is expected to take effect Monday, May 27 for Canadian capital markets and Tuesday, May 28 for U.S. capital markets. Once implemented, your trades in Canadian and U.S. markets will settle one business day sooner.

*Order-Execution-Only Account.*

**TD Direct Investing**
*3500 STEELES AVE E*
*TOWER 2, 2ND FLOOR*
*MARKHAM ON L3R 0X1*

**TD Direct Investing**

**Transaction Confirmation**

MR JONATHAN ALLUN BRUNT
VANCOUVER BC  V6J 1T2

**Account number and type**
HR9S - TD Waterhouse Self-Directed
RSP/LRSP/LIRA - CDN

**Questions?**
**Contact an Investment Representative**
Toll Free 1 (800) 465-5463

## Transaction on January 06, 2022

▸ **For settlement on:** January 10, 2022
▸ **Processed on:** January 06, 2022

| Transaction | Security Description | Quantity | Price ($) | Amount ($) |
|---|---|---|---|---|
| You bought | META MATERIALS INC GR-484298 | 26,750 | 2.54 | |

**Ticker symbol: MMAT**
Security number: 43665R
CUSIP ID: 59134N104
Trade number: 002966
Trade processed by: 9BBC

| | | |
|---|---|---|
| Gross transaction amount | | USD 67,945.00 |
| *Plus* Commission | | 9.99 |
| *Plus* Premium on USD Funds converted at 29.10% | | 19,774.90 |
| *Equals* **Net transaction amount** | | CAD $87,729.89 |

*As agent*, *TD Direct Investing confirms the above purchase on a U.S. OTC marketplace for settlement in your account.*

## Important information

Please review the information in this Transaction Confirmation carefully and let us know within 10 calendar days if there are any discrepancies.

Clients' accounts are protected by the Canadian Investor Protection Fund in keeping within specified limits. A brochure describing the nature and limits of coverage is available upon request.

**Abbreviations used in the security descriptions**
RS   = Restricted shares
NVS = Non–voting shares
RVS = Restricted voting shares
SVS = Subordinate voting shares
MVS = Multiple voting shares
/D   = DSC (Deferred Sales Charge)
/NL = No Load

**Disclosure of sources of revenue**
TD Direct Investing and/or parties related to us may earn revenue in addition to commission from the following sources: currency conversion charges on certain trades and mutual fund transactions, fees paid by issuers and others in connection with corporate actions and new issues, the sale of fixed income products, trailer fees paid by mutual fund companies, and remuneration paid by U.S. market makers and exchanges in connection with U.S. trades. For more information, see the TD Waterhouse Canada Inc. Account and Service Agreements and Disclosure Documents booklet. It is also available online at www.td.com/ca/en/investing/direct-investing.

The name of the salesperson, dealer and/or market in this transaction will be provided upon request.

TD Direct Investing is a division of TD Waterhouse Canada Inc., a subsidiary of The Toronto-Dominion Bank.

**Thank you for choosing TD Direct Investing.**

**TD Waterhouse Canada Inc. - Member of the Canadian Investor Protection Fund**
00167574 0000003923 20220106 59134N104 43665R

Order execution account
No advice or recommendations provided.

**TD Direct Investing**
*3500 STEELES AVE E*
*TOWER 2, 2ND FLOOR*
*MARKHAM ON L3R 0X1*

**TD Direct Investing**

## Transaction Confirmation

MR JONATHAN ALLUN BRUNT

VANCOUVER BC  V6J 1T2

**Account number and type**
⬤HR9S - TD Waterhouse Self-Directed
RSP/LRSP/LIRA - CDN

**Questions?**
Contact an Investment Representative
Toll Free 1 (800) 465-5463

## Transaction on January 10, 2022

▸ **For settlement on:** January 12, 2022
▸ **Processed on:** January 10, 2022

| Transaction | Security Description | Quantity | Price ($) | Amount ($) |
|---|---|---|---|---|
| You bought | META MATERIALS INC IH-482400 | 650 | 2.20 | |

| | | | |
|---|---|---|---|
| | Gross transaction amount | | USD  1,430.00 |
| *Plus* | Commission | | 9.99 |
| *Plus* | Premium on USD Funds converted at 28.89% | | 416.01 |
| *Equals* | **Net transaction amount** | | **CAD $1,856.00** |

Ticker symbol: MMAT
Security number: 43665R
CUSIP ID: 59134N104
Trade number: 004985
Trade processed by: 9BBC

*As agent, TD Direct Investing confirms the above purchase on a U.S. OTC marketplace for settlement in your account.*

## Important information

Please review the information in this Transaction Confirmation carefully and let us know within 10 calendar days if there are any discrepancies.

Clients' accounts are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of coverage is available upon request.

**Abbreviations used in the security descriptions**
RS  = Restricted shares
NVS = Non–voting shares
RVS = Restricted voting shares
SVS = Subordinate voting shares
MVS = Multiple voting shares
/D  = DSC (Deferred Sales Charge)
/NL = No Load

**Disclosure of sources of revenue**
TD Direct Investing and/or parties related to us may earn revenue in addition to commission from the following sources: currency conversion charges on certain trades and mutual fund transactions, fees paid by issuers and others in connection with corporate actions and new issues, the sale of fixed income products, trailer fees paid by mutual fund companies, and remuneration paid by U.S. market makers and exchanges in connection with U.S. trades. For more information, see the TD Waterhouse Canada Inc. Account and Service Agreements and Disclosure Documents booklet. It is also available online at www.td.com/ca/en/investing/direct-investing.

The name of the salesperson, dealer and/or market in this transaction will be provided upon request.

TD Direct Investing is a division of TD Waterhouse Canada Inc., a subsidiary of The Toronto-Dominion Bank.

**Thank you for choosing TD Direct Investing.**

**TD Waterhouse Canada Inc. - Member of the Canadian Investor Protection Fund**
00178425 000003925 20220110 59134N104 43665R

Order execution account
No advice or recommendations provided.



**TD Direct Investing**
*3500 STEELES AVE E*
*TOWER 2, 2ND FLOOR*
*MARKHAM ON L3R 0X1*

**TD Direct Investing**

MR JONATHAN ALLUN BRUNT

VANCOUVER BC  V6K 2H4

## Transaction Confirmation

**Account number and type**
⬤HR9S - TD Waterhouse Self-Directed
RSP/LRSP/LIRA - CDN

**Questions?**
**Contact an Investment Representative**
Toll Free 1 (800) 465-5463

## Transaction on June 24, 2022

▸ **For settlement on:** June 28, 2022
▸ **Processed on:** June 24, 2022

| Transaction | Security Description | Quantity | Price ($) | Amount ($) |
|---|---|---|---|---|
| You bought | META MATERIALS INC MW-531588 | 205 | 1.25 | |

**Ticker symbol: MMAT**
Security number: 43665R
CUSIP ID: 59134N104
Trade number: 000312
Trade processed by: 9BBC

|  |  |  |
|---|---|---|
| Gross transaction amount | | USD  256.25 |
| *Plus*  Commission | | 9.99 |
| *Plus*  Premium on USD Funds converted at 31.19% | | 83.04 |
| *Equals* **Net transaction amount** | | **CAD $349.28** |

*As agent, TD Direct Investing confirms the above purchase on a U.S. OTC marketplace for settlement in your account.*

## Important information

Please review the information in this Transaction Confirmation carefully and let us know within 10 calendar days if there are any discrepancies.

Clients' accounts are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of coverage is available upon request.

**Abbreviations used in the security descriptions**
RS  = Restricted shares
NVS = Non–voting shares
RVS = Restricted voting shares
SVS = Subordinate voting shares
MVS = Multiple voting shares
/D   = DSC (Deferred Sales Charge)
/NL = No Load

**Disclosure of sources of revenue**
TD Direct Investing and/or parties related to us may earn revenue in addition to commission from the following sources: currency conversion charges on certain trades and mutual fund transactions, fees paid by issuers and others in connection with corporate actions and new issues, the sale of fixed income products, trailer fees paid by mutual fund companies, and remuneration paid by U.S. market makers and exchanges in connection with U.S. trades. For more information, see the TD Waterhouse Canada Inc. Account and Service Agreements and Disclosure Documents booklet. It is also available online at www.td.com/ca/en/investing/direct-investing.

The name of the salesperson, dealer and/or market in this transaction will be provided upon request.

TD Direct Investing is a division of TD Waterhouse Canada Inc., a subsidiary of The Toronto-Dominion Bank.

**Thank you for choosing
TD Direct Investing.**

Order execution account
No advice or recommendations provided.



**TD Direct Investing**
*3500 STEELES AVE E*
*TOWER 2, 2ND FLOOR*
*MARKHAM ON L3R 0X1*

**TD Direct Investing**

## Transaction Confirmation

MR JONATHAN ALLUN BRUNT

VANCOUVER BC  V6K 2H4

**Account number and type**
⬤HR9S - TD Waterhouse Self-Directed
RSP/LRSP/LIRA - CDN

**Questions?**
**Contact an Investment Representative**
Toll Free 1 (800) 465-5463

## Transaction on June 24, 2022

▸ **For settlement on:** June 28, 2022
▸ **Processed on:** June 24, 2022

| Transaction | Security Description | Quantity | Price ($) | Amount ($) |
|---|---|---|---|---|
| You bought | META MATERIALS INC OM-534039 | 10,000 | 1.28 | |

| | | | |
|---|---|---|---|
| | Gross transaction amount | | USD 12,800.00 |
| *Plus* | Commission | | 9.99 |
| *Plus* | Premium on USD Funds converted at 31.00% | | 3,971.10 |
| *Equals* | **Net transaction amount** | | **CAD $16,781.09** |

**Ticker symbol: MMAT**
Security number: 43665R
CUSIP ID: 59134N104
Trade number: 004904
Trade processed by: 9BBC

*As agent, TD Direct Investing confirms the above purchase on a U.S. OTC marketplace for settlement in your account.*

## Important information

Please review the information in this Transaction Confirmation carefully and let us know within 10 calendar days if there are any discrepancies.

Clients' accounts are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of coverage is available upon request.

**Abbreviations used in the security descriptions**
RS  = Restricted shares
NVS = Non–voting shares
RVS = Restricted voting shares
SVS = Subordinate voting shares
MVS = Multiple voting shares
/D  = DSC (Deferred Sales Charge)
/NL = No Load

**Disclosure of sources of revenue**
TD Direct Investing and/or parties related to us may earn revenue in addition to commission from the following sources: currency conversion charges on certain trades and mutual fund transactions, fees paid by issuers and others in connection with corporate actions and new issues, the sale of fixed income products, trailer fees paid by mutual fund companies, and remuneration paid by U.S. market makers and exchanges in connection with U.S. trades. For more information, see the TD Waterhouse Canada Inc. Account and Service Agreements and Disclosure Documents booklet. It is also available online at www.td.com/ca/en/investing/direct-investing.

The name of the salesperson, dealer and/or market in this transaction will be provided upon request.

TD Direct Investing is a division of TD Waterhouse Canada Inc., a subsidiary of The Toronto-Dominion Bank.

**Thank you for choosing TD Direct Investing.**

**TD Waterhouse Canada Inc. - Member of the Canadian Investor Protection Fund**
00108120 0000004043 20220624 59134N104 43665R

Order execution account
No advice or recommendations provided.



**TD Direct Investing**
*3500 STEELES AVE E*
*TOWER 2, 2ND FLOOR*
*MARKHAM ON L3R 0X1*

**TD Direct Investing**

MR JONATHAN ALLUN BRUNT
██████████████████████5
VANCOUVER BC  V6K 2H4

## Transaction Confirmation

**Account number and type**
██HR9S - TD Waterhouse Self-Directed
RSP/LRSP/LIRA - CDN

**Questions?**
**Contact an Investment Representative**
Toll Free 1 (800) 465-5463

## Transaction on February 20, 2024

▸ **For settlement on:** February 22, 2024
▸ **Processed on:** February 20, 2024

| Transaction | Security Description | Quantity | Price ($) | Amount ($) |
|---|---|---|---|---|
| **You sold** | META MATERIALS INC-NEW CREDIT SELLOUT- PT | 29 | 4.425 | |

| | | | | |
|---|---|---|---|---|
| **Ticker symbol: MMAT** | | Gross transaction amount | | USD  128.33 |
| Security number: 43666F | *Less* | Commission | | -43.00 |
| CUSIP ID: 59134N302 | *Less* | US tax | | -0.01 |
| Trade number: 005121 | *Plus* | Premium on USD Funds converted at 33.11% | | 28.25 |
| Trade processed by: RMZK | | | | |
| | *Equals* | **Net transaction amount** | | **CAD $113.57** |

*As agent, TD Direct Investing confirms the above sale on a U.S. OTC marketplace for settlement in your account.*

## Important information

Please review the information in this Transaction Confirmation carefully and let us know within 10 calendar days if there are any discrepancies.

Clients' accounts are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of coverage is available upon request.

**Abbreviations used in the security descriptions**
RS   = Restricted shares
NVS = Non–voting shares
RVS = Restricted voting shares
SVS = Subordinate voting shares
MVS = Multiple voting shares
/D    = DSC (Deferred Sales Charge)
/NL  = No Load

**Disclosure of sources of revenue**
TD Direct Investing and/or parties related to us may earn revenue in addition to commission from the following sources: currency conversion charges on certain trades and mutual fund transactions, fees paid by issuers and others in connection with corporate actions and new issues, the sale of fixed income products, trailer fees paid by mutual fund companies, and remuneration paid by U.S. market makers and exchanges in connection with U.S. trades. For more information, see the TD Waterhouse Canada Inc. Account and Service Agreements and Disclosure Documents booklet. It is also available online at www.td.com/ca/en/investing/direct-investing.

The name of the salesperson, dealer and/or market in this transaction will be provided upon request.

TD Direct Investing is a division of TD Waterhouse Canada Inc., a subsidiary of The Toronto-Dominion Bank.

®The TD logo and other TD trademarks are the property of The Toronto-Dominion Bank or its subsidiaries.

**Thank you for choosing TD Direct Investing.**

**TD Waterhouse Canada Inc. - Member of the Canadian Investor Protection Fund**
00117250 0000004468 20240220 59134N302 43666F

Order execution account
No advice or recommendations provided.



**TD Direct Investing**
3500 STEELES AVE E
TOWER 2, 2ND FLOOR
MARKHAM ON L3R 0X1

TD Direct Investing

### Transaction Confirmation

MR JONATHAN ALLUN BRUNT
VANCOUVER BC  V6J 1T2

**Account number and type**
____HB2J - TD Waterhouse Tax-Free
Savings Account - CDN

**Questions?**
Contact an Investment Representative
Toll Free 1 (800) 465-5463

## Transaction on June 02, 2021

▸ For settlement on: June 04, 2021
▸ Processed on: June 02, 2021

| Transaction | Security Description | Quantity | Price ($) | Amount ($) |
|---|---|---|---|---|
| You bought | METAMATERIAL INC | 1,000 | 4.15 | |
| | JL-413769 | | | |

| | | |
|---|---|---|
| | *Gross transaction amount* | CAD  4,150.00 |
| *Plus* | *Commission* | 9.99 |
| *Equals* | *Net transaction amount* | CAD $4,159.99 |

Security number: 436657
CUSIP ID: 59134F101
Trade number: 003020
Trade processed by: 9BBC

*As agent, TD Direct Investing confirms the above purchase on the CNQ Pure Trading market for settlement in your account.*

---

### Important information

Please review the information in this Transaction Confirmation carefully and let us know within 10 calendar days if there are any discrepancies.

Clients' accounts are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of coverage is available upon request.

Abbreviations used in the security descriptions
RS    = Restricted shares
NVS  = Non-voting shares
RVS  = Restricted voting shares
SVS  = Subordinate voting shares
MVS = Multiple voting shares
/D   = DSC (Deferred Sales Charge)
/NL  = No Load

**Disclosure of sources of revenue**
TD Direct Investing and/or parties related to us may earn revenue in addition to commission from the following sources: currency conversion charges on certain trades and mutual fund transactions, fees paid by issuers and others in connection with corporate actions and new issues, the sale of fixed income products, trailer fees paid by mutual fund companies, and remuneration paid by U.S. market makers and exchanges in connection with U.S. trades. For more information, see the TD Waterhouse Canada Inc. Account and Service Agreements and Disclosure Documents booklet. It is also available online at www.td.com/ca/en/investing/direct-investing.

The name of the salesperson, dealer and/or market in this transaction will be provided upon request.

TD Direct Investing is a division of TD Waterhouse Canada Inc., a subsidiary of The Toronto-Dominion Bank.

**Thank you for choosing TD Direct Investing.**

TD Waterhouse Canada Inc. - Member of the Canadian Investor Protection Fund

Order execution account
No advice or recommendations provided

Page 1 of 1

---

**TD Direct Investing**
3500 STEELES AVE E
TOWER 2, 2ND FLOOR
MARKHAM ON L3R 0X1

TD Direct Investing

### Transaction Confirmation

MR JONATHAN ALLUN BRUNT
VANCOUVER BC  V6J 1T2

**Account number and type**
____HB2J - TD Waterhouse Tax-Free
Savings Account - CDN

**Questions?**
Contact an Investment Representative
Toll Free 1 (800) 465-5463

## Transaction on August 16, 2021

▸ For settlement on: August 18, 2021
▸ Processed on: August 16, 2021

| Transaction | Security Description | Quantity | Price ($) | Amount ($) |
|---|---|---|---|---|
| You bought | META MATERIALS INC | 230 | 3.01 | |
| | VX-438616 | | | |

| | | |
|---|---|---|
| | *Gross transaction amount* | USD  692.30 |
| *Plus* | *Commission* | 9.99 |
| *Plus* | *Premium on USD Funds converted at* | |
| | 27.64% | 194.11 |
| *Equals* | *Net transaction amount* | CAD $896.40 |

Ticker symbol: MMAT
Security number: 43665R
CUSIP ID: 59134N104
Trade number: 005215
Trade processed by: 9BBC

*As agent, TD Direct Investing confirms the above purchase on a U.S. OTC marketplace for settlement in your account.*

---

### Important information

Please review the information in this Transaction Confirmation carefully and let us know within 10 calendar days if there are any discrepancies.

Clients' accounts are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of coverage is available upon request.

Abbreviations used in the security descriptions
RS    = Restricted shares
NVS  = Non-voting shares
RVS  = Restricted voting shares
SVS  = Subordinate voting shares
MVS = Multiple voting shares
/D   = DSC (Deferred Sales Charge)
/NL  = No Load

**Disclosure of sources of revenue**
TD Direct Investing and/or parties related to us may earn revenue in addition to commission from the following sources: currency conversion charges on certain trades and mutual fund transactions, fees paid by issuers and others in connection with corporate actions and new issues, the sale of fixed income products, trailer fees paid by mutual fund companies, and remuneration paid by U.S. market makers and exchanges in connection with U.S. trades. For more information, see the TD Waterhouse Canada Inc. Account and Service Agreements and Disclosure Documents booklet. It is also available online at www.td.com/ca/en/investing/direct-investing.

The name of the salesperson, dealer and/or market in this transaction will be provided upon request.

TD Direct Investing is a division of TD Waterhouse Canada Inc., a subsidiary of The Toronto-Dominion Bank.

**Thank you for choosing TD Direct Investing.**

TD Waterhouse Canada Inc. - Member of the Canadian Investor Protection Fund

Order execution account
No advice or recommendations provided

Page 1 of 1



**TD Direct Investing**
3560 STEELES AVE E
TOWER 2, 2ND FLOOR
MARKHAM ON L3R 0X1

TD Direct Investing

### Transaction Confirmation

MR JONATHAN ALLUN BRUNT
VANCOUVER BC  V6J 1T2

**Account number and type**
XHB2J - TD Waterhouse Tax-Free
Savings Account - CDN

**Questions?**
Contact an Investment Representative
Toll Free 1 (800) 465-5463

## Transaction on August 17, 2021
▸ For settlement on: August 19, 2021
▸ Processed on: August 17, 2021

| Transaction | Security Description | Quantity | Price ($) | Amount ($) |
|---|---|---|---|---|
| You bought | META MATERIALS INC | 450 | 2.9797 | |
| | IP-434559 | | | |

| | | | |
|---|---|---|---|
| | Gross transaction amount | | USD 1,340.87 |
| Plus | Commission | | 9.99 |
| Plus | Premium on USD Funds converted at 28.19% | | 380.81 |
| | Equals Net transaction amount | | CAD $1,731.67 |

Ticker symbol: MMAT
Security number: 43665R
CUSIP ID: 59134N104
Trade number: 003077
Trade processed by: 9BBC

*As agent, TD Direct Investing confirms the above purchase on a U.S. OTC marketplace for settlement in your account.*

### Important information

Please review the information in this Transaction Confirmation carefully and let us know within 10 calendar days if there are any discrepancies.

Clients' accounts are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of coverage is available upon request.

**Abbreviations used in the security descriptions**
RS    = Restricted shares
NVS  = Non-voting shares
RVS  = Restricted voting shares
SVS  = Subordinate voting shares
MVS = Multiple voting shares
/D    = DSC (Deferred Sales Charge)
/NL  = No Load

**Disclosure of sources of revenue**
TD Direct Investing and/or parties related to us may earn revenue in addition to commission from the following sources: currency conversion charges on certain trades and mutual fund transactions, fees paid by issuers and others in connection with corporate actions and new issues, the sale of fixed income products, trailer fees paid by mutual fund companies, and remuneration paid by U.S. market makers and exchanges in connection with U.S. trades. For more information, see the TD Waterhouse Canada Inc. Account and Service Agreements and Disclosure Documents booklet. It is also available online at www.td.com/ca/en/investing/direct-investing.

The name of the salesperson, dealer and/or market in this transaction will be provided upon request.

TD Direct Investing is a division of TD Waterhouse Canada Inc., a subsidiary of The Toronto-Dominion Bank.

**Thank you for choosing TD Direct Investing.**

TD Waterhouse Canada Inc. - Member of the Canadian Investor Protection Fund

Order execution account
No advice or recommendations provided.

Page 1 of 1

---



**TD Direct Investing**
3560 STEELES AVE E
TOWER 2, 2ND FLOOR
MARKHAM ON L3R 0X1

TD Direct Investing

### Transaction Confirmation

MR JONATHAN ALLUN BRUNT
VANCOUVER BC  V6J 1T2

**Account number and type**
XHB2J - TD Waterhouse Tax-Free
Savings Account - CDN

**Questions?**
Contact an Investment Representative
Toll Free 1 (800) 465-5463

## Transaction on August 17, 2021
▸ For settlement on: August 19, 2021
▸ Processed on: August 17, 2021

| Transaction | Security Description | Quantity | Price ($) | Amount ($) |
|---|---|---|---|---|
| You bought | META MATERIALS INC | 69 | 2.99 | |
| | CY-436347 | | | |

| | | | |
|---|---|---|---|
| | Gross transaction amount | | USD 206.31 |
| Plus | Commission | | 9.99 |
| Plus | Premium on USD Funds converted at 28.19% | | 60.97 |
| | Equals Net transaction amount | | CAD $277.27 |

Ticker symbol: MMAT
Security number: 43665R
CUSIP ID: 59134N104
Trade number: 002486
Trade processed by: 9BBC

*As agent, TD Direct Investing confirms the above purchase on a U.S. OTC marketplace for settlement in your account.*

### Important information

Please review the information in this Transaction Confirmation carefully and let us know within 10 calendar days if there are any discrepancies.

Clients' accounts are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of coverage is available upon request.

**Abbreviations used in the security descriptions**
RS    = Restricted shares
NVS  = Non-voting shares
RVS  = Restricted voting shares
SVS  = Subordinate voting shares
MVS = Multiple voting shares
/D    = DSC (Deferred Sales Charge)
/NL  = No Load

**Disclosure of sources of revenue**
TD Direct Investing and/or parties related to us may earn revenue in addition to commission from the following sources: currency conversion charges on certain trades and mutual fund transactions, fees paid by issuers and others in connection with corporate actions and new issues, the sale of fixed income products, trailer fees paid by mutual fund companies, and remuneration paid by U.S. market makers and exchanges in connection with U.S. trades. For more information, see the TD Waterhouse Canada Inc. Account and Service Agreements and Disclosure Documents booklet. It is also available online at www.td.com/ca/en/investing/direct-investing.

The name of the salesperson, dealer and/or market in this transaction will be provided upon request.

TD Direct Investing is a division of TD Waterhouse Canada Inc., a subsidiary of The Toronto-Dominion Bank.

**Thank you for choosing TD Direct Investing.**

TD Waterhouse Canada Inc. - Member of the Canadian Investor Protection Fund

Order execution account
No advice or recommendations provided.

Page 1 of 1



**TD Direct Investing**
3500 STEELES AVE E
TOWER 2, 2ND FLOOR
MARKHAM ON L3R 0X1

**TD Direct Investing**

### Transaction Confirmation

MR JONATHAN ALLUN BRUNT
VANCOUVER BC  V6J 1T2

**Account number and type**
HB2J - TD Waterhouse Tax-Free
Savings Account - CDN

**Questions?**
Contact an Investment Representative
Toll Free 1 (800) 465-5463

## Transaction on August 17, 2021
▸ For settlement on: August 19, 2021
▸ Processed on: August 17, 2021

| Transaction | Security Description | Quantity | Price ($) | Amount ($) |
|---|---|---|---|---|
| You bought | META MATERIALS INC | 100 | 2.895 | |
| | VE-436262 | 540 | 2.8997 | |
| | | 640 | | |

| | | | |
|---|---|---|---|
| Ticker symbol: MMAT | | Gross transaction amount | USD  1,855.34 |
| Security number: 43665R | Plus | Commission | 9.99 |
| CUSIP ID: 59134N104 | Plus | Premium on USD Funds converted at | |
| Trade number: 005940 | | 28.49% | 531.43 |
| Trade processed by: 9BBC | | **Equals Net transaction amount** | **CAD $2,396.76** |

As agent, TD Direct Investing confirms the above purchase on a U.S. OTC marketplace for
settlement in your account.

### Important information

Please review the information in this Transaction
Confirmation carefully and let us know within
10 calendar days if there are any discrepancies.

Clients' accounts are protected by the Canadian
Investor Protection Fund within specified limits.
A brochure describing the nature and limits of
coverage is available upon request.

Abbreviations used in the
security descriptions
RS   = Restricted shares
NVS  = Non-voting shares
RVS  = Restricted voting shares
SVS  = Subordinate voting shares
MVS  = Multiple voting shares
/D   = DSC (Deferred Sales Charge)
/NL  = No Load

**Disclosure of sources of revenue**
TD Direct Investing and/or parties related to us may
earn revenue in addition to commission from the
following sources: currency conversion charges on
certain trades and mutual fund transactions, fees
paid by issuers and others in connection with
corporate actions and new issues, the sale of fund
income products, trailer fees paid by mutual fund
companies, and remuneration paid by U.S. market
makers and exchanges in connection with U.S.
trades. For more information, see the TD
Waterhouse Canada Inc. Account and Service
Agreements and Disclosure Documents booklet.
It is also available online at
www.td.com/ca/en/investing/direct-investing.

The name of the salesperson, dealer and/or market in
this transaction will be provided upon request.

TD Direct Investing is a division of TD Waterhouse
Canada Inc., a subsidiary of The Toronto-Dominion
Bank.

**Thank you for choosing
TD Direct Investing.**

TD Waterhouse Canada Inc. - Member of the Canadian Investor Protection Fund
Order execution account
No advice or recommendations provided.
Page 1 of 1

---

**TD Direct Investing**
3500 STEELES AVE E
TOWER 2, 2ND FLOOR
MARKHAM ON L3R 0X1

**TD Direct Investing**

### Transaction Confirmation

MR JONATHAN ALLUN BRUNT
VANCOUVER BC  V6J 1T2

**Account number and type**
HB2J - TD Waterhouse Tax-Free
Savings Account - CDN

**Questions?**
Contact an Investment Representative
Toll Free 1 (800) 465-5463

## Transaction on August 18, 2021
▸ For settlement on: August 20, 2021
▸ Processed on: August 18, 2021

| Transaction | Security Description | Quantity | Price ($) | Amount ($) |
|---|---|---|---|---|
| You bought | META MATERIALS INC | 530 | 2.82 | |
| | SY-437720 | | | |

| | | | |
|---|---|---|---|
| Ticker symbol: MMAT | | Gross transaction amount | USD  1,494.60 |
| Security number: 43665R | Plus | Commission | 9.99 |
| CUSIP ID: 59134N104 | Plus | Premium on USD Funds converted at | |
| Trade number: 000967 | | 28.19% | 424.14 |
| Trade processed by: 9BBC | | **Equals Net transaction amount** | **CAD $1,928.73** |

As agent, TD Direct Investing confirms the above purchase on a U.S. OTC marketplace for
settlement in your account.

### Important information

Please review the information in this Transaction
Confirmation carefully and let us know within
10 calendar days if there are any discrepancies.

Clients' accounts are protected by the Canadian
Investor Protection Fund within specified limits.
A brochure describing the nature and limits of
coverage is available upon request.

Abbreviations used in the
security descriptions
RS   = Restricted shares
NVS  = Non-voting shares
RVS  = Restricted voting shares
SVS  = Subordinate voting shares
MVS  = Multiple voting shares
/D   = DSC (Deferred Sales Charge)
/NL  = No Load

**Disclosure of sources of revenue**
TD Direct Investing and/or parties related to us may
earn revenue in addition to commission from the
following sources: currency conversion charges on
certain trades and mutual fund transactions, fees
paid by issuers and others in connection with
corporate actions and new issues, the sale of fund
income products, trailer fees paid by mutual fund
companies, and remuneration paid by U.S. market
makers and exchanges in connection with U.S.
trades. For more information, see the TD
Waterhouse Canada Inc. Account and Service
Agreements and Disclosure Documents booklet.
It is also available online at
www.td.com/ca/en/investing/direct-investing.

The name of the salesperson, dealer and/or market in
this transaction will be provided upon request.

TD Direct Investing is a division of TD Waterhouse
Canada Inc., a subsidiary of The Toronto-Dominion
Bank.

**Thank you for choosing
TD Direct Investing.**

TD Waterhouse Canada Inc. - Member of the Canadian Investor Protection Fund
Order execution account
No advice or recommendations provided.
Page 1 of 1

 **TD Direct Investing**
*3500 STEELES AVE E*
*TOWER 2, 2ND FLOOR*
*MARKHAM ON L3R 0X1*

**TD Direct Investing**

## Transaction Confirmation

MR JONATHAN ALLUN BRUNT

VANCOUVER BC  V6J 1T2

**Account number and type**
████████HB2J - TD Waterhouse Tax-Free
Savings Account - CDN

**Questions?**
**Contact an Investment Representative**
Toll Free 1 (800) 465-5463

### Transaction on November 17, 2021

▸ For settlement on: November 19, 2021
▸ Processed on: November 17, 2021

| Transaction | Security Description | Quantity | Price ($) | Amount ($) |
|---|---|---|---|---|
| You bought | META MATERIALS INC | 2,340 | 4.47 | |
| | LO-467581 | | | |

| | | | |
|---|---|---|---|
| | Gross transaction amount | | USD 10,459.80 |
| *Plus* | Commission | | 9.99 |
| *Plus* | Premium on USD Funds converted at 27.75% | | 2,905.37 |
| *Equals* | Net transaction amount | | CAD $13,375.16 |

Ticker symbol: MMAT
Security number: 43665R
CUSIP ID: 59134N104
Trade number: 000838
Trade processed by: 9BBC

*As agent, TD Direct Investing confirms the above purchase on a U.S. OTC marketplace for settlement in your account.*

### Important information

Please review the information in this Transaction Confirmation carefully and let us know within 10 calendar days if there are any discrepancies.

Clients' accounts are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of coverage is available upon request.

**Abbreviations used in the security descriptions**
RS = Restricted shares
NVS = Non-voting shares
RVS = Restricted voting shares
SVS = Subordinate voting shares
MVS = Multiple voting shares
JD = DSC (Deferred Sales Charge)
INL = No Load

**Disclosure of sources of revenue**
TD Direct Investing and/or parties related to us may earn revenue in addition to commission from the following sources: currency conversion charges on certain trades and mutual fund transactions, fees paid by issuers and others in connection with corporate actions and new issues, the sale of fixed income products, trailer fees paid by mutual fund companies, and remuneration paid by U.S. market makers and exchanges in connection with U.S. trades. For more information, see the TD Waterhouse Canada Inc. Account and Service Agreements and Disclosure Documents booklet. It is also available online at www.td.com/ca/en/investing/direct-investing.

**Thank you for choosing TD Direct Investing.**

The name of the salesperson, dealer and/or market in this transaction will be provided upon request.

**TD Waterhouse Canada Inc. - Member of the Canadian Investor Protection Fund**
Order execution account
No advice or recommendations provided
Page 1 of 1

---

 **TD Direct Investing**
*3500 STEELES AVE E*
*TOWER 2, 2ND FLOOR*
*MARKHAM ON L3R 0X1*

**TD Direct Investing**

## Transaction Confirmation

MR JONATHAN ALLUN BRUNT

VANCOUVER BC  V6J 1T2

**Account number and type**
████████HB2J - TD Waterhouse Tax-Free
Savings Account - CDN

**Questions?**
**Contact an Investment Representative**
Toll Free 1 (800) 465-5463

### Transaction on November 19, 2021

▸ For settlement on: November 23, 2021
▸ Processed on: November 19, 2021

| Transaction | Security Description | Quantity | Price ($) | Amount ($) |
|---|---|---|---|---|
| You bought | META MATERIALS INC | 1,650 | 4.20 | |
| | LO-467581 | | | |

| | | | |
|---|---|---|---|
| | Gross transaction amount | | USD 6,930.00 |
| *Plus* | Commission | | 9.99 |
| *Plus* | Premium on USD Funds converted at 28.29% | | 1,963.32 |
| *Equals* | Net transaction amount | | CAD $8,903.31 |

Ticker symbol: MMAT
Security number: 43665R
CUSIP ID: 59134N104
Trade number: 002451
Trade processed by: 9BBC

*As agent, TD Direct Investing confirms the above purchase on a U.S. OTC marketplace for settlement in your account.*

### Important information

Please review the information in this Transaction Confirmation carefully and let us know within 10 calendar days if there are any discrepancies.

Clients' accounts are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of coverage is available upon request.

**Abbreviations used in the security descriptions**
RS = Restricted shares
NVS = Non-voting shares
RVS = Restricted voting shares
SVS = Subordinate voting shares
MVS = Multiple voting shares
JD = DSC (Deferred Sales Charge)
INL = No Load

**Disclosure of sources of revenue**
TD Direct Investing and/or parties related to us may earn revenue in addition to commission from the following sources: currency conversion charges on certain trades and mutual fund transactions, fees paid by issuers and others in connection with corporate actions and new issues, the sale of fixed income products, trailer fees paid by mutual fund companies, and remuneration paid by U.S. market makers and exchanges in connection with U.S. trades. For more information, see the TD Waterhouse Canada Inc. Account and Service Agreements and Disclosure Documents booklet. It is also available online at www.td.com/ca/en/investing/direct-investing.

**Thank you for choosing TD Direct Investing.**

The name of the salesperson, dealer and/or market in this transaction will be provided upon request.

**TD Waterhouse Canada Inc. - Member of the Canadian Investor Protection Fund**
Order execution account
No advice or recommendations provided
Page 1 of 1



**TD Direct Investing**
*3500 STEELES AVE E*
*TOWER 2, 2ND FLOOR*
*MARKHAM ON L3R 0X1*

**TD Direct Investing**

### Transaction Confirmation

MR JONATHAN ALLUN BRUNT

VANCOUVER BC  V6K 2H4

**Account number and type**
██HB2J - TD Waterhouse Tax-Free
Savings Account - CDN

**Questions?**
**Contact an Investment Representative**
Toll Free 1 (800) 465-5463

### Transaction on April 20, 2022

› For settlement on: April 22, 2022
› Processed on: April 20, 2022

| Transaction | Security Description | | Quantity | Price ($) | Amount ($) |
|---|---|---|---|---|---|
| You bought | META MATERIALS INC | | 160 | 1.4099 | |
| | VT-518345 | | | | |

| | | | | |
|---|---|---|---|---|
| | | Gross transaction amount | | USD 225.58 |
| Ticker symbol: MMAT | | | | |
| Security number: 43665R | *Plus* | Commission | | 9.99 |
| CUSIP ID: 59134N104 | *Plus* | Premium on USD Funds converted at | | |
| Trade number: 000713 | | 27.09% | | 63.82 |
| Trade processed by: 9BBC | *Equals* **Net transaction amount** | | | **CAD $299.39** |

*As agent, TD Direct Investing confirms the above purchase on a U.S. OTC marketplace for settlement in your account.*

### Important Information

Please review the information in this Transaction Confirmation carefully and let us know within 10 calendar days if there are any discrepancies.

Clients' accounts are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of coverage is available upon request.

**Abbreviations used in the security descriptions**
RS  = Restricted shares
NVS = Non-voting shares
RVS = Restricted voting shares
SVS = Subordinate voting shares
MVS = Multiple voting shares
DSC  = DSC (Deferred Sales Charge)
NL  = No Load

**Disclosure of sources of revenue**
TD Direct Investing and/or parties related to us may earn revenue in addition to commission from the following sources: currency conversion charges on certain trades and mutual fund transactions, fees paid by issuers and others in connection with corporate actions and new issues, the sale of fixed income products, trailer fees paid by mutual fund companies, and remuneration paid by U.S. market makers and exchanges in connection with U.S. trades. For more information, see the TD Waterhouse Canada Inc. Account and Service Agreements and Disclosure Documents booklet. It is also available online at www.td.com/ca/en/investing/direct-investing.

The name of the salesperson, dealer and/or market in this transaction will be provided upon request.

TD Direct Investing is a division of TD Waterhouse Canada Inc., a subsidiary of The Toronto-Dominion Bank.

**Thank you for choosing**
**TD Direct Investing.**

TD Waterhouse Canada Inc. - Member of the Canadian Investor Protection Fund
0004408; 0000003996; 20220420 59134N104 43665R

Order execution account
No advice or recommendation provided.

Page 1 of 1



**TD Direct Investing**
3500 STEELES AVE E
TOWER 2, 2ND FLOOR
MARKHAM ON L3R 0X1

TD Direct Investing

### Transaction Confirmation

MR JONATHAN ALLUN BRUNT
VANCOUVER BC V6J 1T2

**Account number and type**
HB2B - Cash Account - US

**Questions?**
Contact an Investment Representative
Toll Free 1 (800) 465-5463

## Transaction on December 20, 2021
▸ For settlement on: December 22, 2021
▸ Processed on: December 20, 2021

| Transaction | Security Description | Quantity | Price ($) | Amount ($) |
|---|---|---|---|---|
| You sold | META MATERIALS INC-A PFD | 1,801 | 1.41 | |
| | LW-477362 | | | |

| | | |
|---|---|---|
| | Gross transaction amount | USD 2,539.41 |
| Security number: 43664T | Less Commission | -9.99 |
| CUSIP No: 59134N203 | Less US tax | -0.02 |
| Trade number: 002775 | **Equals Net transaction amount** | **USD $2,529.40** |
| Trade processed by: 9BBC | | |

*As agent, TD Direct Investing confirms the above sale on a U.S. OTC marketplace for settlement in your account.*

### Important information

Please review the information in this Transaction Confirmation carefully and let us know within 10 calendar days if there are any discrepancies.

Clients' accounts are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of coverage is available upon request.

**Abbreviations used in the security descriptions**
RS = Restricted shares
NVS = Non-voting shares
RVS = Restricted voting shares
SVS = Subordinate voting shares
MVS = Multiple voting shares
:D = DSC (Deferred Sales Charge)
:NL = No Load

**Disclosure of sources of revenue**
TD Direct Investing and/or parties related to us may earn revenue in addition to commission from the following sources; currency conversion charges on certain trades and mutual fund transactions, fees paid by issuers and others in connection with corporate actions and new issues, the sale of fixed income products, trailer fees paid by mutual fund companies, and remuneration paid by U.S. market makers and exchanges in connection with U.S. trades. For more information, see the TD Waterhouse Canada Inc. Account and Service Agreements and Disclosure Documents booklet. It is also available online at www.td.com/ca/en/investing/direct-investing.

The name of the salesperson, dealer and/or market in this transaction will be provided upon request.

TD Direct Investing is a division of TD Waterhouse Canada Inc., a subsidiary of The Toronto-Dominion Bank.

**Thank you for choosing
TD Direct Investing.**

TD Waterhouse Canada Inc. - Member of the Canadian Investor Protection Fund

Order execution account
No advice or recommendations provided.
Page 1 of 1

---

**TD Direct Investing**
3500 STEELES AVE E
TOWER 2, 2ND FLOOR
MARKHAM ON L3R 0X1

TD Direct Investing

### Transaction Confirmation

MR JONATHAN ALLUN BRUNT
VANCOUVER BC V6J 1T2

**Account number and type**
HB2B - Cash Account - US

**Questions?**
Contact an Investment Representative
Toll Free 1 (800) 465-5463

## Transaction on February 17, 2022
▸ For settlement on: February 22, 2022
▸ Processed on: February 17, 2022

| Transaction | Security Description | Quantity | Price ($) | Amount ($) |
|---|---|---|---|---|
| You bought | META MATERIALS INC | 4,750 | 1.89 | |
| | PX-499127 | | | |

| | | |
|---|---|---|
| | Gross transaction amount | USD 8,977.50 |
| Ticker symbol: MMAT | Plus Commission | 9.99 |
| Security number: 43665R | **Equals Net transaction amount** | **USD $8,987.49** |
| CUSIP ID: 59134N104 | | |
| Trade number: 001981 | | |
| Trade processed by: 9BBC | | |

*As agent, TD Direct Investing confirms the above purchase on a U.S. OTC marketplace for settlement in your account.*

### Important information

Please review the information in this Transaction Confirmation carefully and let us know within 10 calendar days if there are any discrepancies.

Clients' accounts are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of coverage is available upon request.

**Abbreviations used in the security descriptions**
RS = Restricted shares
NVS = Non-voting shares
RVS = Restricted voting shares
SVS = Subordinate voting shares
MVS = Multiple voting shares
:D = DSC (Deferred Sales Charge)
:NL = No Load

**Disclosure of sources of revenue**
TD Direct Investing and/or parties related to us may earn revenue in addition to commission from the following sources; currency conversion charges on certain trades and mutual fund transactions, fees paid by issuers and others in connection with corporate actions and new issues, the sale of fixed income products, trailer fees paid by mutual fund companies, and remuneration paid by U.S. market makers and exchanges in connection with U.S. trades. For more information, see the TD Waterhouse Canada Inc. Account and Service Agreements and Disclosure Documents booklet. It is also available online at www.td.com/ca/en/investing/direct-investing.

The name of the salesperson, dealer and/or market in this transaction will be provided upon request.

TD Direct Investing is a division of TD Waterhouse Canada Inc., a subsidiary of The Toronto-Dominion Bank.

**Thank you for choosing
TD Direct Investing.**

TD Waterhouse Canada Inc. - Member of the Canadian Investor Protection Fund

Order execution account
No advice or recommendations provided.
Page 1 of 1

 **TD Direct Investing**
3500 STEELES AVE E
TOWER 2, 2ND FLOOR
MARKHAM ON L3R 0X1

**TD Direct Investing**

### Transaction Confirmation

MR JONATHAN ALLUN BRUNT
VANCOUVER BC  V6K 2H4

**Account number and type**
●●●HB2B - Cash Account - US

**Questions?**
Contact an Investment Representative
Toll Free 1 (800) 465-5463

## Transaction on April 07, 2022

▸ For settlement on: April 11, 2022
▸ Processed on: April 07, 2022

| Transaction | Security Description | Quantity | Price ($) | Amount ($) |
|---|---|---|---|---|
| You bought | META MATERIALS INC QN-514172 | 2,805 | 1.55 | |
| | Gross transaction amount | | | USD 4,347.75 |
| | Plus  Commission | | | 9.99 |
| | Equals Net transaction amount | | | USD $4,357.74 |

Ticker symbol: MMAT
Security number: 43665R
CUSIP ID: 59134N104
Trade number: 000750
Trade processed by: 9BBC

*As agent, TD Direct Investing confirms the above purchase on a U.S. OTC marketplace for settlement in your account.*

### Important information

Please review the information in this Transaction Confirmation carefully and let us know within 10 calendar days if there are any discrepancies.

Clients' accounts are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of coverage is available upon request.

**Abbreviations used in the security descriptions**
RS = Restricted shares
NVS = Non-voting shares
RVS = Restricted voting shares
SVS = Subordinate voting shares
MVS = Multiple voting shares
/D = DSC (Deferred Sales Charge)
/NL = No Load

**Disclosure of sources of revenue**
TD Direct Investing and/or parties related to us may earn revenue in addition to commission from the following sources: currency conversion charges on certain trades and mutual fund transactions, fees paid by issuers and others in connection with corporate actions and new issues, the sale of fixed income products, trailer fees paid by mutual fund companies, and remuneration paid by U.S. market makers and exchanges in connection with U.S. trades. For more information, see the TD Waterhouse Canada Inc. Account and Service Agreements and Disclosure Documents booklet. It is also available online at www.td.com/ca/en/investing/direct-investing.

The name of the salesperson, dealer and/or market in this transaction will be provided upon request.

TD Direct Investing is a division of TD Waterhouse Canada Inc., a subsidiary of The Toronto-Dominion Bank.

**Thank you for choosing
TD Direct Investing.**

**TD Waterhouse Canada Inc. - Member of the Canadian Investor Protection Fund**
0006-N2 0005031668 2022/07 59134N104 43665R

Order execution account
No advice or recommendations provided.

Page 1 of 1

---

 **TD Direct Investing**
3500 STEELES AVE E
TOWER 2, 2ND FLOOR
MARKHAM ON L3R 0X1

**TD Direct Investing**

### Transaction Confirmation

MR JONATHAN ALLUN BRUNT
VANCOUVER BC  V6K 2H4

**Account number and type**
●●●HB2B - Cash Account - US

**Questions?**
Contact an Investment Representative
Toll Free 1 (800) 465-5463

## Transaction on April 20, 2022

▸ For settlement on: April 22, 2022
▸ Processed on: April 20, 2022

| Transaction | Security Description | Quantity | Price ($) | Amount ($) |
|---|---|---|---|---|
| You bought | META MATERIALS INC AN-519151 | 2,480 | 1.4197 | |
| | Gross transaction amount | | | USD 3,520.86 |
| | Plus  Commission | | | 9.99 |
| | Equals Net transaction amount | | | USD $3,530.85 |

Ticker symbol: MMAT
Security number: 43665R
CUSIP ID: 59134N104
Trade number: 003024
Trade processed by: 9BBC

*As agent, TD Direct Investing confirms the above purchase on a U.S. OTC marketplace for settlement in your account.*

### Important information

Please review the information in this Transaction Confirmation carefully and let us know within 10 calendar days if there are any discrepancies.

Clients' accounts are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of coverage is available upon request.

**Abbreviations used in the security descriptions**
RS = Restricted shares
NVS = Non-voting shares
RVS = Restricted voting shares
SVS = Subordinate voting shares
MVS = Multiple voting shares
/D = DSC (Deferred Sales Charge)
/NL = No Load

**Disclosure of sources of revenue**
TD Direct Investing and/or parties related to us may earn revenue in addition to commission from the following sources: currency conversion charges on certain trades and mutual fund transactions, fees paid by issuers and others in connection with corporate actions and new issues, the sale of fixed income products, trailer fees paid by mutual fund companies, and remuneration paid by U.S. market makers and exchanges in connection with U.S. trades. For more information, see the TD Waterhouse Canada Inc. Account and Service Agreements and Disclosure Documents booklet. It is also available online at www.td.com/ca/en/investing/direct-investing.

The name of the salesperson, dealer and/or market in this transaction will be provided upon request.

TD Direct Investing is a division of TD Waterhouse Canada Inc., a subsidiary of The Toronto-Dominion Bank.

**Thank you for choosing
TD Direct Investing.**

**TD Waterhouse Canada Inc. - Member of the Canadian Investor Protection Fund**
000-N001 0000002964 2022/07 59134N104 43665R

Order execution account
No advice or recommendations provided.

Page 1 of 1

 **TD Direct Investing**
3500 STEELES AVE E
TOWER 2, 2ND FLOOR
MARKHAM ON L3R 9X1

TD Direct Investing

TD Direct Investing

## Transaction Confirmation

MR JONATHAN ALLUN BRUNT
VANCOUVER BC  V6K 2H4

**Account number and type**
████HB2B - Cash Account - US

**Questions?**
Contact an Investment Representative
Toll Free 1 (800) 465-5463

### Transaction on April 26, 2022
▸ For settlement on: April 28, 2022
▸ Processed on: April 26, 2022

| Transaction | Security Description | Quantity | Price ($) | Amount ($) |
|---|---|---|---|---|
| You bought | META MATERIALS INC | 3,150 | 1.26 | |
| | IH-516950 | | | |

| | | |
|---|---|---|
| | Gross transaction amount | USD  3,969.00 |
| _Plus_  Commission | | 9.99 |
| **Equals  Net transaction amount** | | **USD $3,978.99** |

Ticker symbol: MMAT
Security number: 43665R
CUSIP ID: 59134N104
Trade number: 001324
Trade processed by: 9BBC

As agent, TD Direct Investing confirms the above purchase on a U.S. OTC marketplace for settlement in your account.

### Important information

Please review the information in this Transaction Confirmation carefully and let us know within 10 calendar days if there are any discrepancies.

Clients' accounts are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of coverage is available upon request.

Abbreviations used in the security descriptions
RS   = Restricted shares
NVS = Non-voting shares
RVS = Restricted voting shares
SVS = Subordinate voting shares
MVS = Multiple voting shares
/D   = DSC (Deferred Sales Charge)
/NL = No Load

**Disclosure of sources of revenue**
TD Direct Investing and/or parties related to us may earn revenue in addition to commission from the following sources: currency conversion charges on certain trades and mutual fund transactions, fees paid by issuers and others in connection with corporate actions and new issues, the sale of fixed income products, trailer fees paid by mutual fund companies, and remuneration paid by U.S. market makers and exchanges in connection with U.S. trades. For more information, see the TD Waterhouse Canada Inc. Account and Service Agreements and Disclosure Documents booklet. It is also available online at www.td.com/ca/en/investing/direct-investing.

The name of the salesperson, dealer and/or market in this transaction will be provided upon request.

TD Direct Investing is a division of TD Waterhouse Canada Inc., a subsidiary of The Toronto-Dominion Bank.

**Thank you for choosing
TD Direct Investing.**

TD Waterhouse Canada Inc. - Member of the Canadian Investor Protection Fund

Order execution account
No advice or recommendations provided.

Page 1 of 1

---

 **TD Direct Investing**
3500 STEELES AVE E
TOWER 2, 2ND FLOOR
MARKHAM ON L3R 9X1

TD Direct Investing

## Transaction Confirmation

MR JONATHAN ALLUN BRUNT
VANCOUVER BC  V6K 2H4

**Account number and type**
████HB2B - Cash Account - US

**Questions?**
Contact an Investment Representative
Toll Free 1 (800) 465-5463

### Transaction on May 09, 2022
▸ For settlement on: May 11, 2022
▸ Processed on: May 09, 2022

| Transaction | Security Description | Quantity | Price ($) | Amount ($) |
|---|---|---|---|---|
| You bought | META MATERIALS INC | 1,340 | 1.16 | |
| | DZ-523378 | | | |

| | | |
|---|---|---|
| | Gross transaction amount | USD  1,554.40 |
| _Plus_  Commission | | 9.99 |
| **Equals  Net transaction amount** | | **USD $1,564.39** |

Ticker symbol: MMAT
Security number: 43665R
CUSIP ID: 59134N104
Trade number: 001086
Trade processed by: 9BBC

As agent, TD Direct Investing confirms the above purchase on a U.S. OTC marketplace for settlement in your account.

### Important information

Please review the information in this Transaction Confirmation carefully and let us know within 10 calendar days if there are any discrepancies.

Clients' accounts are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of coverage is available upon request.

Abbreviations used in the security descriptions
RS   = Restricted shares
NVS = Non-voting shares
RVS = Restricted voting shares
SVS = Subordinate voting shares
MVS = Multiple voting shares
/D   = DSC (Deferred Sales Charge)
/NL = No Load

**Disclosure of sources of revenue**
TD Direct Investing and/or parties related to us may earn revenue in addition to commission from the following sources: currency conversion charges on certain trades and mutual fund transactions, fees paid by issuers and others in connection with corporate actions and new issues, the sale of fixed income products, trailer fees paid by mutual fund companies, and remuneration paid by U.S. market makers and exchanges in connection with U.S. trades. For more information, see the TD Waterhouse Canada Inc. Account and Service Agreements and Disclosure Documents booklet. It is also available online at www.td.com/ca/en/investing/direct-investing.

The name of the salesperson, dealer and/or market in this transaction will be provided upon request.

TD Direct Investing is a division of TD Waterhouse Canada Inc., a subsidiary of The Toronto-Dominion Bank.

**Thank you for choosing
TD Direct Investing.**

TD Waterhouse Canada Inc. - Member of the Canadian Investor Protection Fund

Order execution account
No advice or recommendations provided.

Page 1 of 1



**TD Direct Investing**
3500 STEELES AVE E
TOWER 2, 2ND FLOOR
MARKHAM ON L3R 0X1

**TD Direct Investing**

### Transaction Confirmation

**Account number and type**
● HB2B - Cash Account - US

**Questions?**
Contact an Investment Representative
Toll Free 1 (800) 465-5463

MR JONATHAN ALLUN BRUNT

VANCOUVER BC  V6K 2H4

---

### Transaction on July 15, 2022
▸ For settlement on: July 19, 2022
▸ Processed on: July 15, 2022

| Transaction | Security Description | Quantity | Price ($) | Amount ($) |
|---|---|---|---|---|
| You bought | META MATERIALS INC | 100 | 0.9291 | |
| | RC-538172 | 450 | 0.93 | |
| | | 550 | | |

Ticker symbol: MMAT
Security number: 43665R
CUSIP ID: 59134N104
Trade number: 000302
Trade processed by: 9BBC

|  |  |  |
|---|---|---|
| | Gross transaction amount | USD  511.41 |
| Plus | Commission | 9.99 |
| Equals | Net transaction amount | USD  $521.40 |

As agent, TD Direct Investing confirms the above purchase on a U.S. OTC marketplace for settlement in your account.

---

### Important information

Please review the information in this Transaction Confirmation carefully and let us know within 10 calendar days if there are any discrepancies.

Clients' accounts are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of coverage is available upon request.

**Abbreviations used in the security descriptions**
RS  = Restricted shares
NVS = Non-voting shares
RVS = Restricted voting shares
SVS = Subordinate voting shares
MVS = Multiple voting shares
D    = DSC (Deferred Sales Charge)
NL   = No Load

**Disclosure of sources of revenue**
TD Direct Investing and/or parties related to us may earn revenue in addition to commission from the following sources: currency conversion charges on certain trades and mutual fund transactions, fees paid by issuers and others in connection with corporate actions and new issues, the sale of fixed income products, trailer fees paid by mutual fund companies, and remuneration paid by U.S. market makers and exchanges in connection with U.S. trades. For more information, see the TD Waterhouse Canada Inc. Account and Service Agreements and Disclosure Documents booklet. It is also available online at www.td.com/ca/en/investing/direct-investing.

The name of the salesperson, dealer and/or market in this transaction will be provided upon request.

TD Direct Investing is a division of TD Waterhouse Canada Inc., a subsidiary of The Toronto-Dominion Bank.

**Thank you for choosing TD Direct Investing.**

TD Waterhouse Canada Inc. - Member of the Canadian Investor Protection Fund
07C-11375-000000-0058 20220715 59134N104 43665R

Order execution account
No advice or recommendations provided.

Page 1 of 1

---

**TD Direct Investing**
3500 STEELES AVE E
TOWER 2, 2ND FLOOR
MARKHAM ON L3R 0X1

**TD Direct Investing**

### Transaction Confirmation

**Account number and type**
● HB2B - Cash Account - US

**Questions?**
Contact an Investment Representative
Toll Free 1 (800) 465-5463

MR JONATHAN ALLUN BRUNT

VANCOUVER BC  V6K 2H4

---

### Transaction on July 15, 2022
▸ For settlement on: July 19, 2022
▸ Processed on: July 15, 2022

| Transaction | Security Description | Quantity | Price ($) | Amount ($) |
|---|---|---|---|---|
| You bought | META MATERIALS INC | 10,000 | 0.9464 | |
| | NP-540323 | | | |

Ticker symbol: MMAT
Security number: 43665R
CUSIP ID: 59134N104
Trade number: 000396
Trade processed by: 9BBC

|  |  |  |
|---|---|---|
| | Gross transaction amount | USD  9,464.00 |
| Plus | Commission | 9.99 |
| Equals | Net transaction amount | USD $9,473.99 |

As agent, TD Direct Investing confirms the above purchase on a U.S. OTC marketplace for settlement in your account.

---

### Important information

Please review the information in this Transaction Confirmation carefully and let us know within 10 calendar days if there are any discrepancies.

Clients' accounts are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of coverage is available upon request.

**Abbreviations used in the security descriptions**
RS  = Restricted shares
NVS = Non-voting shares
RVS = Restricted voting shares
SVS = Subordinate voting shares
MVS = Multiple voting shares
/D   = DSC (Deferred Sales Charge)
NL   = No Load

**Disclosure of sources of revenue**
TD Direct Investing and/or parties related to us may earn revenue in addition to commission from the following sources: currency conversion charges on certain trades and mutual fund transactions, fees paid by issuers and others in connection with corporate actions and new issues, the sale of fixed income products, trailer fees paid by mutual fund companies, and remuneration paid by U.S. market makers and exchanges in connection with U.S. trades. For more information, see the TD Waterhouse Canada Inc. Account and Service Agreements and Disclosure Documents booklet. It is also available online at www.td.com/ca/en/investing/direct-investing.

The name of the salesperson, dealer and/or market in this transaction will be provided upon request.

TD Direct Investing is a division of TD Waterhouse Canada Inc., a subsidiary of The Toronto-Dominion Bank.

**Thank you for choosing TD Direct Investing.**

TD Waterhouse Canada Inc. - Member of the Canadian Investor Protection Fund
07C-11376-000000-0052 20220715 59134N104 43665R

Order execution account
No advice or recommendations provided.

Page 1 of 1



**TD Direct Investing**
3500 STEELES AVE E
TOWER 2, 2ND FLOOR
MARKHAM ON L3R 0X1

TD Direct Investing

TD Direct Investing

### Transaction Confirmation

MR JONATHAN ALLUN BRUNT
~~██████████~~
VANCOUVER BC  V6J 1T2

**Account number and type**
█HB2J - TD Waterhouse Tax-Free
Savings Account - CDN

**Questions?**
Contact an Investment Representative
Toll Free 1 (800) 465-5463

### Transaction on April 14, 2021
▸ For settlement on: April 16, 2021
▸ Processed on: April 14, 2021

| Transaction | Security Description | Quantity | Price ($) | Amount ($) |
|---|---|---|---|---|
| You bought | METAMATERIAL INC QD-392547 | 1,000 | 3.49 | |

Security number: 436657
CUSIP ID: 59134F101
Trade number: 001291
Trade processed by: 9BBC

|  | | |
|---|---|---|
| Gross transaction amount | | CAD  3,490.00 |
| *Plus*  Commission | | 9.99 |
| *Equals*  Net transaction amount | | CAD $3,499.99 |

*As agent, TD Direct Investing confirms the above purchase on the CNQ Pure Trading market for settlement in your account.*

**Important information**

Please review the information in this Transaction Confirmation carefully and let us know within 10 calendar days if there are any discrepancies.

Clients' accounts are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of coverage is available upon request.

**Abbreviations used in the security descriptions**
RS = Restricted shares
NVS = Non-voting shares
RVS = Restricted voting shares
SVS = Subordinate voting shares
MVS = Multiple voting shares
/D  = DSC (Deferred Sales Charge)
/NL = No Load

**Disclosure of sources of revenue**
TD Direct Investing and/or parties related to us may earn revenue in addition to commission from the following sources: currency conversion charges on certain trades and mutual fund transactions, fees paid by issuers and others in connection with corporate actions and new issues, the sale of fixed income products, trailer fees paid by mutual fund companies, and remuneration paid by U.S. market makers and exchanges in connection with U.S. trades. For more information, see the TD Waterhouse Canada Inc. Account and Service Agreements and Disclosure Documents booklet. It is also available online at www.td.com/ca/en/investing/direct-investing.

The name of the salesperson, dealer and/or market in this transaction will be provided upon request.

TD Direct Investing is a division of TD Waterhouse Canada Inc., a subsidiary of The Toronto-Dominion Bank.

**Thank you for choosing TD Direct Investing.**

TD Waterhouse Canada Inc. - Member of the Canadian Investor Protection Fund

Order execution account
No advice or recommendations provided.

Page 1 of 1

---



**TD Direct Investing**
3500 STEELES AVE E
TOWER 2, 2ND FLOOR
MARKHAM ON L3R 0X1

TD Direct Investing

### Transaction Confirmation

MR JONATHAN ALLUN BRUNT
~~██████████~~
VANCOUVER BC  V6J 1T2

**Account number and type**
█HB2J - TD Waterhouse Tax-Free
Savings Account - CDN

**Questions?**
Contact an Investment Representative
Toll Free 1 (800) 465-5463

### Transaction on May 03, 2021
▸ For settlement on: May 05, 2021
▸ Processed on: May 03, 2021

| Transaction | Security Description | Quantity | Price ($) | Amount ($) |
|---|---|---|---|---|
| You bought | METAMATERIAL INC XK-400211 | 1,000 | 3.29 | |

Security number: 436657
CUSIP ID: 59134F101
Trade number: 000155
Trade processed by: 9BBC

|  | | |
|---|---|---|
| Gross transaction amount | | CAD  3,290.00 |
| *Plus*  Commission | | 9.99 |
| *Equals*  Net transaction amount | | CAD $3,289.99 |

*As agent, TD Direct Investing confirms the above purchase on TriAct Match Now for settlement in your account.*

**Important information**

Please review the information in this Transaction Confirmation carefully and let us know within 10 calendar days if there are any discrepancies.

Clients' accounts are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of coverage is available upon request.

**Abbreviations used in the security descriptions**
RS  = Restricted shares
NVS = Non-voting shares
RVS = Restricted voting shares
SVS = Subordinate voting shares
MVS = Multiple voting shares
/D  = DSC (Deferred Sales Charge)
/NL = No Load

**Disclosure of sources of revenue**
TD Direct Investing and/or parties related to us may earn revenue in addition to commission from the following sources: currency conversion charges on certain trades and mutual fund transactions, fees paid by issuers and others in connection with corporate actions and new issues, the sale of fixed income products, trailer fees paid by mutual fund companies, and remuneration paid by U.S. market makers and exchanges in connection with U.S. trades. For more information, see the TD Waterhouse Canada Inc. Account and Service Agreements and Disclosure Documents booklet. It is also available online at www.td.com/ca/en/investing/direct-investing.

The name of the salesperson, dealer and/or market in this transaction will be provided upon request.

TD Direct Investing is a division of TD Waterhouse Canada Inc., a subsidiary of The Toronto-Dominion Bank.

**Thank you for choosing TD Direct Investing.**

TD Waterhouse Canada Inc. - Member of the Canadian Investor Protection Fund

Order execution account
No advice or recommendations provided.

Page 1 of 1

 **TD Direct Investing**
3500 STEELES AVE E
TOWER 2, 2ND FLOOR
MARKHAM ON L3R 0X1

**TD Direct Investing**

**TD Direct Investing**

**Transaction Confirmation**

MR JONATHAN ALLUN BRUNT

VANCOUVER BC  V6J 1T2

**Account number and type**
HB2A - Cash Account - CDN

**Questions?**
Contact an Investment Representative
Toll Free 1 (800) 465-5463

## Transaction on September 07, 2021

▸ For settlement on: September 09, 2021
▸ Processed on: September 07, 2021

| Transaction | Security Description | Quantity | Price ($) | Amount ($) |
|---|---|---|---|---|
| You bought | META MATERIALS INC | 1,000 | 5.28 | |
| | ZO-442435 | | | |

| | Gross transaction amount | | | USD 5,280.00 |
| Plus | Commission | | | 9.99 |
| Plus | Premium on USD Funds converted at 27.94% | | | 1,478.02 |
| | **Equals  Net transaction amount** | | | **CAD $6,768.01** |

**Ticker symbol:** MMAT
Security number: 43665R
CUSIP ID: 59134N104
Trade number: 001276
Trade processed by: 9BBC

*As agent, TD Direct Investing confirms the above purchase on a U.S. OTC marketplace for settlement in your account.*

## Important information

Please review the information in this Transaction Confirmation carefully and let us know within 10 calendar days if there are any discrepancies.

Clients' accounts are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of coverage is available upon request.

**Abbreviations used in the security descriptions**
RS = Restricted shares
NVS = Non-voting shares
RVS = Restricted voting shares
SVS = Subordinate voting shares
MVS = Multiple voting shares
/D = DSC (Deferred Sales Charge)
/NL = No Load

**Disclosure of sources of revenue**
TD Direct Investing and/or parties related to us may earn revenue in addition to commission from the following sources: currency conversion charges on certain trades and mutual fund transactions, fees paid by issuers and others in connection with corporate actions and new issues, the sale of fixed income products, trailer fees paid by mutual fund companies, and remuneration paid by U.S. market makers and exchanges in connection with U.S. trades. For more information, see the TD Waterhouse Canada Inc. Account and Service Agreements and Disclosure Documents booklet. It is also available online at www.td.com/ca/en/investing/direct-investing.

The name of the salesperson, dealer and/or market in this transaction will be provided upon request.

**Thank you for choosing
TD Direct Investing.**

---

 **TD Direct Investing**
3500 STEELES AVE E
TOWER 2, 2ND FLOOR
MARKHAM ON L3R 0X1

**TD Direct Investing**

**Transaction Confirmation**

MR JONATHAN ALLUN BRUNT

VANCOUVER BC  V6J 1T2

**Account number and type**
HB2A - Cash Account - CDN

**Questions?**
Contact an Investment Representative
Toll Free 1 (800) 465-5463

## Transaction on September 07, 2021

▸ For settlement on: September 09, 2021
▸ Processed on: September 07, 2021

| Transaction | Security Description | Quantity | Price ($) | Amount ($) |
|---|---|---|---|---|
| You bought | META MATERIALS INC | 100 | 5.20 | |
| | DF-440600 | | | |

| | Gross transaction amount | | | USD 520.00 |
| Plus | Commission | | | 9.99 |
| Plus | Premium on USD Funds converted at 28.44% | | | 150.73 |
| | **Equals  Net transaction amount** | | | **CAD $680.72** |

**Ticker symbol:** MMAT
Security number: 43665R
CUSIP ID: 59134N104
Trade number: 005970
Trade processed by: 9BBC

*As agent, TD Direct Investing confirms the above purchase on a U.S. OTC marketplace for settlement in your account.*

## Important information

Please review the information in this Transaction Confirmation carefully and let us know within 10 calendar days if there are any discrepancies.

Clients' accounts are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of coverage is available upon request.

**Abbreviations used in the security descriptions**
RS = Restricted shares
NVS = Non-voting shares
RVS = Restricted voting shares
SVS = Subordinate voting shares
MVS = Multiple voting shares
/D = DSC (Deferred Sales Charge)
/NL = No Load

**Disclosure of sources of revenue**
TD Direct Investing and/or parties related to us may earn revenue in addition to commission from the following sources: currency conversion charges on certain trades and mutual fund transactions, fees paid by issuers and others in connection with corporate actions and new issues, the sale of fixed income products, trailer fees paid by mutual fund companies, and remuneration paid by U.S. market makers and exchanges in connection with U.S. trades. For more information, see the TD Waterhouse Canada Inc. Account and Service Agreements and Disclosure Documents booklet. It is also available online at www.td.com/ca/en/investing/direct-investing.

The name of the salesperson, dealer and/or market in this transaction will be provided upon request.

**Thank you for choosing
TD Direct Investing.**



**TD Direct Investing**
3500 STEELES AVE E
TOWER 2, 2ND FLOOR
MARKHAM ON L3R 0X1

**TD Direct Investing**

### Transaction Confirmation

MR JONATHAN ALLUN BRUNT
VANCOUVER BC  V6J 1T2

**Account number and type**
⬤HB2B - Cash Account - US

**Questions?**
Contact an Investment Representative
Toll Free 1 (800) 465-5463

### Transaction on September 02, 2021

▸ For settlement on: September 07, 2021
▸ Processed on: September 02, 2021

| Transaction | Security Description | Quantity | Price ($) | Amount ($) |
|---|---|---|---|---|
| You bought | META MATERIALS INC | 1,579 | 5.00 | |
| | VS-441203 | | | |

Ticker symbol: MMAT
Security number: 43665R
CUSIP ID: 59134N104
Trade number: 003223
Trade processed by: 9BBC

Gross transaction amount ........ USD 7,895.00
Plus  Commission ........................ 9.99
Equals Net transaction amount          USD $7,904.99

As agent, TD Direct Investing confirms the above purchase on a U.S. OTC marketplace for settlement in your account.

## Important information

Please review the information in this Transaction Confirmation carefully and let us know within 10 calendar days if there are any discrepancies.

Clients' accounts are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of coverage is available upon request.

Abbreviations used in the security descriptions
RS  = Restricted shares
NVS = Non-voting shares
RVS = Restricte voting shares
SVS = Subordinate voting shares
MVS = Multiple voting shares
/D  = DSC (Deferred Sales Charge)
/NL = No Load

**Disclosure of sources of revenue**
TD Direct Investing and/or parties related to us may earn revenue in addition to commission from the following sources: currency conversion charges on certain trades and mutual fund transactions, fees paid by issuers and others in connection with corporate actions and new issues, the sale of fixed income products, trailer fees paid by mutual fund companies, and remuneration paid by U.S. market makers and exchanges in connection with U.S. trades. For more information, see the TD Waterhouse Canada Inc. Account and Service Agreements and Disclosure Documents booklet. It is also available online at www.td.com/ca/en/investing/direct-investing.

The name of the salesperson, dealer and/or market in this transaction will be provided upon request.

TD Direct Investing is a division of TD Waterhouse Canada Inc., a subsidiary of The Toronto-Dominion Bank.

**Thank you for choosing
TD Direct Investing.**

TD Waterhouse Canada Inc. - Member of the Canadian Investor Protection Fund

Order execution account
No advice or recommendations provided.

Page 1 of 1

---

**TD Direct Investing**
3500 STEELES AVE E
TOWER 2, 2ND FLOOR
MARKHAM ON L3R 0X1

**TD Direct Investing**

### Transaction Confirmation

MR JONATHAN ALLUN BRUNT
VANCOUVER BC  V6J 1T2

**Account number and type**
⬤HB2B - Cash Account - US

**Questions?**
Contact an Investment Representative
Toll Free 1 (800) 465-5463

### Transaction on September 02, 2021

▸ For settlement on: September 07, 2021
▸ Processed on: September 02, 2021

| Transaction | Security Description | Quantity | Price ($) | Amount ($) |
|---|---|---|---|---|
| You bought | META MATERIALS INC | 4,708 | 5.20 | |
| | OJ-443519 | | | |

Ticker symbol: MMAT
Security number: 43665R
CUSIP ID: 59134N104
Trade number: 003212
Trade processed by: 9BBC

Gross transaction amount ........ USD 24,481.60
Plus  Commission ........................ 9.99
Equals Net transaction amount          USD $24,491.59

As agent, TD Direct Investing confirms the above purchase on a U.S. OTC marketplace for settlement in your account.

## Important information

Please review the information in this Transaction Confirmation carefully and let us know within 10 calendar days if there are any discrepancies.

Clients' accounts are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of coverage is available upon request.

Abbreviations used in the security descriptions
RS  = Restricted shares
NVS = Non-voting shares
RVS = Restricted voting shares
SVS = Subordinate voting shares
MVS = Multiple voting shares
/D  = DSC (Deferred Sales Charge)
/NL = No Load

**Disclosure of sources of revenue**
TD Direct Investing and/or parties related to us may earn revenue in addition to commission from the following sources: currency conversion charges on certain trades and mutual fund transactions, fees paid by issuers and others in connection with corporate actions and new issues, the sale of fixed income products, trailer fees paid by mutual fund companies, and remuneration paid by U.S. market makers and exchanges in connection with U.S. trades. For more information, see the TD Waterhouse Canada Inc. Account and Service Agreements and Disclosure Documents booklet. It is also available online at www.td.com/ca/en/investing/direct-investing.

The name of the salesperson, dealer and/or market in this transaction will be provided upon request.

TD Direct Investing is a division of TD Waterhouse Canada Inc., a subsidiary of The Toronto-Dominion Bank.

**Thank you for choosing
TD Direct Investing.**

TD Waterhouse Canada Inc. - Member of the Canadian Investor Protection Fund

Order execution account
No advice or recommendations provided.

Page 1 of 1



**TD Direct Investing**
*3500 STEELES AVE E*
*TOWER 2, 2ND FLOOR*
*MARKHAM ON L3R 9X1*

**TD Direct Investing**

### Transaction Confirmation

MR JONATHAN ALLUN BRUNT

▬VANCOUVER BC  V6J 4T2

**Account number and type**
▬HB2B - Cash Account - US

**Questions?**
**Contact an Investment Representative**
Toll Free 1 (800) 465-5463

## Transaction on September 15, 2021
▸ For settlement on: September 17, 2021
▸ Processed on: September 15, 2021

| Transaction | Security Description | Quantity | Price ($) | Amount ($) |
|---|---|---|---|---|
| You bought | META MATERIALS INC | 920 | 4.88 | |
| | YF-447604 | | | |
| | Gross transaction amount | | | USD 4,489.60 |
| | *Plus* Commission | | | 9.99 |
| | *Equals* **Net transaction amount** | | | USD **$4,499.59** |

Ticker symbol: MMAT
Security number: 43665R
CUSIP ID: 59313N104
Trade number: 001908
Trade processed by: 9BBC

*As agent, TD Direct Investing confirms the above purchase on a U.S. OTC marketplace for settlement in your account.*

### Important information

Please review the information in this Transaction Confirmation carefully and let us know within 10 calendar days if there are any discrepancies.

Clients' accounts are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of coverage is available upon request.

**Abbreviations used in the security descriptions**
RS = Restricted shares
NVS = Non-voting shares
RVS = Restricted voting shares
SVS = Subordinate voting shares
MVS = Multiple voting shares
/D = DSC (Deferred Sales Charge)
/NL = No Load

**Disclosure of sources of revenue**
TD Direct Investing and/or parties related to us may earn revenue in addition to commission from the following sources: currency conversion charges on certain trades and mutual fund transactions, fees paid by issuers and others in connection with corporate actions and new issues, the sale of fixed income products, trailer fees paid by mutual fund companies, and remuneration paid by U.S. market makers and exchanges in connection with U.S. trades. For more information, see the TD Waterhouse Canada Inc. Account and Service Agreements and Disclosure Documents booklet. It is also available online at www.td.com/ca/en/investing/direct-investing.

The name of the salesperson, dealer and/or market in this transaction will be provided upon request.

TD Direct Investing is a division of TD Waterhouse Canada Inc., a subsidiary of The Toronto-Dominion Bank.

**Thank you for choosing TD Direct Investing.**

TD Waterhouse Canada Inc. - Member of the Canadian Investor Protection Fund

**Order execution account**
No advice or recommendations provided.

Page 1 of 1

---



**TD Direct Investing**
*3500 STEELES AVE E*
*TOWER 2, 2ND FLOOR*
*MARKHAM ON L3R 9X1*

**TD Direct Investing**

### Transaction Confirmation

MR JONATHAN ALLUN BRUNT

▬VANCOUVER BC  V6J 4T2

**Account number and type**
▬HB2B - Cash Account - US

**Questions?**
**Contact an Investment Representative**
Toll Free 1 (800) 465-5463

## Transaction on October 19, 2021
▸ For settlement on: October 21, 2021
▸ Processed on: October 19, 2021

| Transaction | Security Description | Quantity | Price ($) | Amount ($) |
|---|---|---|---|---|
| You bought | META MATERIALS INC | 843 | 4.73 | |
| | YF-455855 | | | |
| | Gross transaction amount | | | USD 3,987.39 |
| | *Plus* Commission | | | 9.99 |
| | *Equals* **Net transaction amount** | | | USD **$3,997.38** |

Ticker symbol: MMAT
Security number: 43665R
CUSIP ID: 59313N104
Trade number: 000620
Trade processed by: 9BBC

*As agent, TD Direct Investing confirms the above purchase on a U.S. OTC marketplace for settlement in your account.*

### Important information

Please review the information in this Transaction Confirmation carefully and let us know within 10 calendar days if there are any discrepancies.

Clients' accounts are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of coverage is available upon request.

**Abbreviations used in the security descriptions**
RS = Restricted shares
NVS = Non-voting shares
RVS = Restricted voting shares
SVS = Subordinate voting shares
MVS = Multiple voting shares
/D = DSC (Deferred Sales Charge)
/NL = No Load

**Disclosure of sources of revenue**
TD Direct Investing and/or parties related to us may earn revenue in addition to commission from the following sources: currency conversion charges on certain trades and mutual fund transactions, fees paid by issuers and others in connection with corporate actions and new issues, the sale of fixed income products, trailer fees paid by mutual fund companies, and remuneration paid by U.S. market makers and exchanges in connection with U.S. trades. For more information, see the TD Waterhouse Canada Inc. Account and Service Agreements and Disclosure Documents booklet. It is also available online at www.td.com/ca/en/investing/direct-investing.

The name of the salesperson, dealer and/or market in this transaction will be provided upon request.

TD Direct Investing is a division of TD Waterhouse Canada Inc., a subsidiary of The Toronto-Dominion Bank.

**Thank you for choosing TD Direct Investing.**

TD Waterhouse Canada Inc. - Member of the Canadian Investor Protection Fund

**Order execution account**
No advice or recommendations provided.

Page 1 of 1



**TD Direct Investing**
3500 STEELES AVE E
TOWER 2, 2ND FLOOR
MARKHAM ON L3R 0X1

TD Direct Investing

### Transaction Confirmation

**Account number and type**
⬤HB2B - Cash Account - US

**Questions?**
Contact an Investment Representative
Toll Free 1 (800) 465-5463

MR JONATHAN ALLUN BRUNT
VANCOUVER BC  V6J 1T2

## Transaction on October 26, 2021

▸ For settlement on: October 28, 2021
▸ Processed on: October 26, 2021

| Transaction | Security Description | Quantity | Price ($) | Amount ($) |
|---|---|---|---|---|
| You bought | META MATERIALS INC-A PFD | 1,801 | 1.11 | |
| | OQ-457905 | | | |
| | Gross transaction amount | | | USD 1,999.11 |
| | Plus   Commission | | | 9.99 |
| | Equals Net transaction amount | | | USD $2,009.10 |

Security number: 43664T
CUSIP ID: 59134N203
Trade number: 006558
Trade processed by: 9BBC

As agent, TD Direct Investing confirms the above purchase on a U.S. OTC marketplace for
settlement in your account.

### Important information

Please review the information in this Transaction
Confirmation carefully and let us know within
10 calendar days if there are any discrepancies.

Clients' accounts are protected by the Canadian
Investor Protection Fund within specified limits.
A brochure describing the nature and limits of
coverage is available upon request.

Abbreviations used in the
security descriptions
RS   = Restricted shares
NVS = Non-voting shares
RVS = Restricted voting shares
SVS = Subordinate voting shares
MVS = Multiple voting shares
JD   = DSC (Deferred Sales Charge)
-NL  = No Load

**Disclosure of sources of revenue**
TD Direct Investing and/or parties related to us may
earn revenue in addition to commission from the
following sources: currency conversion charges on
certain trades and mutual fund transactions, fees
paid by issuers and others in connection with
corporate actions and new issues, the sale of fixed
income products, trailer fees paid by mutual fund
companies, and remuneration paid by U.S. market
makers and exchanges in connection with U.S
trades. For more information, see the TD
Waterhouse Canada Inc. Account and Service
Agreements and Disclosure Documents booklet.
It is also available online at
www.td.com/ca/en/investing/direct-investing

The name of the salesperson, dealer and/or market in
this transaction will be provided upon request.

TD Direct Investing is a division of TD Waterhouse
Canada Inc., a subsidiary of The Toronto-Dominion
Bank.

**Thank you for choosing
TD Direct Investing.**

Order execution account
No advice or recommendations provided
Page 1 of 1

---

**TD Direct Investing**
3500 STEELES AVE E
TOWER 2, 2ND FLOOR
MARKHAM ON L3R 0X1

TD Direct Investing

### Transaction Confirmation

**Account number and type**
⬤HB2B - Cash Account - US

**Questions?**
Contact an Investment Representative
Toll Free 1 (800) 465-5463

MR JONATHAN ALLUN BRUNT
VANCOUVER BC  V6J 1T2

## Transaction on December 01, 2021

▸ For settlement on: December 03, 2021
▸ Processed on: December 01, 2021

| Transaction | Security Description | Quantity | Price ($) | Amount ($) |
|---|---|---|---|---|
| You bought | META MATERIALS INC | 889 | 3.45 | |
| | XI-470786 | | | |
| | Gross transaction amount | | | USD 3,067.05 |
| | Plus   Commission | | | 9.99 |
| | Equals Net transaction amount | | | USD $3,077.04 |

Ticker symbol: MMAT
Security number: 43665R
CUSIP ID: 59134N104
Trade number: 000387
Trade processed by: 9BBC

As agent, TD Direct Investing confirms the above purchase on a U.S. OTC marketplace for
settlement in your account.

### Important information

Please review the information in this Transaction
Confirmation carefully and let us know within
10 calendar days if there are any discrepancies.

Clients' accounts are protected by the Canadian
Investor Protection Fund within specified limits.
A brochure describing the nature and limits of
coverage is available upon request.

Abbreviations used in the
security descriptions
RS   = Restricted shares
NVS = Non-voting shares
RVS = Restricted voting shares
SVS = Subordinate voting shares
MVS = Multiple voting shares
JD   = DSC (Deferred Sales Charge)
-NL  = No Load

**Disclosure of sources of revenue**
TD Direct Investing and/or parties related to us may
earn revenue in addition to commission from the
following sources: currency conversion charges on
certain trades and mutual fund transactions, fees
paid by issuers and others in connection with
corporate actions and new issues, the sale of fixed
income products, trailer fees paid by mutual fund
companies, and remuneration paid by U.S. market
makers and exchanges in connection with U.S
trades. For more information, see the TD
Waterhouse Canada Inc. Account and Service
Agreements and Disclosure Documents booklet.
It is also available online at
www.td.com/ca/en/investing/direct-investing

The name of the salesperson, dealer and/or market in
this transaction will be provided upon request.

TD Direct Investing is a division of TD Waterhouse
Canada Inc., a subsidiary of The Toronto-Dominion
Bank.

**Thank you for choosing
TD Direct Investing.**

Order execution account
No advice or recommendations provided
Page 1 of 1

 **TD Direct Investing**
*3500 STEELES AVE E*
*TOWER 2, 2ND FLOOR*
*MARKHAM ON L3R 0X1*

**TD Direct Investing**

### Transaction Confirmation

MR JONATHAN ALLUN BRUNT
VANCOUVER BC V6J 1T2

**Account number and type**
HB2B - Cash Account - US

**Questions?**
Contact an Investment Representative
Toll Free 1 (800) 465-5463

## Transaction on December 15, 2021
▸ For settlement on: December 17, 2021
▸ Processed on: December 15, 2021

| Transaction | Security Description | Quantity | Price ($) | Amount ($) |
|---|---|---|---|---|
| You bought | META MATERIALS INC | 1,050 | 2.85 | |
| | ZL-479784 | | | |
| | Gross transaction amount | | | USD 2,992.50 |
| | Plus    Commission | | | 9.99 |
| | *Equals  Net transaction amount* | | | USD $3,002.49 |

Ticker symbol: MMAT
Security number: 43665R
CUSIP ID: 59134N104
Trade number: 005375
Trade processed by: 9BBC

*As agent, TD Direct Investing confirms the above purchase on a U.S. OTC marketplace for settlement in your account.*

### Important information

Please review the information in this Transaction Confirmation carefully and let us know within 10 calendar days if there are any discrepancies.

Clients' accounts are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of coverage is available upon request.

**Abbreviations used in the security descriptions**
RS    = Restricted shares
NVS  = Non-voting shares
RVS  = Restricted voting shares
SVS  = Subordinate voting shares
MVS = Multiple voting shares
JD    = DSC (Deferred Sales Charge)
NL    = No Load

**Disclosure of sources of revenue**
TD Direct Investing and/or parties related to us may earn revenue in addition to commission from the following sources: currency conversion charges on certain trades and mutual fund transactions, fees paid by issuers and others in connection with corporate actions and new issues, the sale of fixed income products, trailer fees paid by mutual fund companies, and remuneration paid by U.S. market makers and exchanges in connection with U.S. trades. For more information, see the TD Waterhouse Canada Inc. Account and Service Agreements and Disclosure Documents booklet. It is also available online at www.td.com/ca/en/investing/direct-investing.

The name of the salesperson, dealer and/or market in this transaction will be provided upon request.

TD Direct Investing is a division of TD Waterhouse Canada Inc., a subsidiary of The Toronto-Dominion Bank.

**Thank you for choosing TD Direct Investing.**

TD Waterhouse Canada Inc. - Member of the Canadian Investor Protection Fund
Order execution account
No advice or recommendations provided
Page 1 of 1

---

 **TD Direct Investing**
*3500 STEELES AVE E*
*TOWER 2, 2ND FLOOR*
*MARKHAM ON L3R 0X1*

**TD Direct Investing**

### Transaction Confirmation

MR JONATHAN ALLUN BRUNT
VANCOUVER BC V6J 1T2

**Account number and type**
HB2B - Cash Account - US

**Questions?**
Contact an Investment Representative
Toll Free 1 (800) 465-5463

## Transaction on December 20, 2021
▸ For settlement on: December 22, 2021
▸ Processed on: December 20, 2021

| Transaction | Security Description | Quantity | Price ($) | Amount ($) |
|---|---|---|---|---|
| You bought | META MATERIALS INC | 950 | 2.6899 | |
| | FI-475644 | | | |
| | Gross transaction amount | | | USD 2,555.41 |
| | Plus    Commission | | | 9.99 |
| | *Equals  Net transaction amount* | | | USD $2,565.40 |

Ticker symbol: MMAT
Security number: 43665R
CUSIP ID: 59134N104
Trade number: 002273
Trade processed by: 9BBC

*As agent, TD Direct Investing confirms the above purchase on a U.S. OTC marketplace for settlement in your account.*

### Important information

Please review the information in this Transaction Confirmation carefully and let us know within 10 calendar days if there are any discrepancies.

Clients' accounts are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of coverage is available upon request.

**Abbreviations used in the security descriptions**
RS    = Restricted shares
NVS  = Non-voting shares
RVS  = Restricted voting shares
SVS  = Subordinate voting shares
MVS = Multiple voting shares
JD    = DSC (Deferred Sales Charge)
NL    = No Load

**Disclosure of sources of revenue**
TD Direct Investing and/or parties related to us may earn revenue in addition to commission from the following sources: currency conversion charges on certain trades and mutual fund transactions, fees paid by issuers and others in connection with corporate actions and new issues, the sale of fixed income products, trailer fees paid by mutual fund companies, and remuneration paid by U.S. market makers and exchanges in connection with U.S. trades. For more information, see the TD Waterhouse Canada Inc. Account and Service Agreements and Disclosure Documents booklet. It is also available online at www.td.com/ca/en/investing/direct-investing.

The name of the salesperson, dealer and/or market in this transaction will be provided upon request.

TD Direct Investing is a division of TD Waterhouse Canada Inc., a subsidiary of The Toronto-Dominion Bank.

**Thank you for choosing TD Direct Investing.**

TD Waterhouse Canada Inc. - Member of the Canadian Investor Protection Fund
Order execution account
No advice or recommendations provided
Page 1 of 1

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
## WASHINGTON, D.C. 20549

---

# FORM 8-K

---

## CURRENT REPORT
## Pursuant to Section 13 or 15(d)

### of the Securities Exchange Act of 1934

Date of Report (Date of earliest event reported): January 23, 2024

---

# Meta Materials Inc.

### (Exact name of Registrant as Specified in Its Charter)

---

| Nevada | 001-36247 | 74-3237581 |
|---|---|---|
| (State or Other Jurisdiction of Incorporation) | (Commission File Number) | (IRS Employer Identification No.) |

| 60 Highfield Park Dr | | |
|---|---|---|
| Dartmouth, Nova Scotia, Canada | | B3A 4R9 |
| (Address of Principal Executive Offices) | | (Zip Code) |

### Registrant's Telephone Number, Including Area Code: 902 482-5729

### Not Applicable
#### (Former Name or Former Address, if Changed Since Last Report)

---

Check the appropriate box below if the Form 8-K filing is intended to simultaneously satisfy the filing obligation of the registrant under any of the following provisions:

☐ Written communications pursuant to Rule 425 under the Securities Act (17 CFR 230.425)

☐ Soliciting material pursuant to Rule 14a-12 under the Exchange Act (17 CFR 240.14a-12)

☐ Pre-commencement communications pursuant to Rule 14d-2(b) under the Exchange Act (17 CFR 240.14d-2(b))

☐ Pre-commencement communications pursuant to Rule 13e-4(c) under the Exchange Act (17 CFR 240.13e-4(c))

### Securities registered pursuant to Section 12(b) of the Act:

| Title of each class | Trading Symbol(s) | Name of each exchange on which registered |
|---|---|---|
| Common Stock, par value $0.001 per share | MMAT | The Nasdaq Stock Market LLC |

Indicate by check mark whether the registrant is an emerging growth company as defined in Rule 405 of the Securities Act of 1933 (§ 230.405 of this chapter) or Rule 12b-2 of the Securities Exchange Act of 1934 (§ 240.12b-2 of this chapter).

Emerging growth company ☐

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☐

### Item 3.03.    Material Modification to Rights of Security Holders.

The disclosure set forth in Item 5.03 below is hereby incorporated by reference into this Item 3.03.

### Item 5.03.    Amendments to Articles of Incorporation or Bylaws; Change in Fiscal Year.

#### *Series C Preferred Stock Distribution*

As previously disclosed, on January 23, 2024, the board of directors (the "*Board*") of Meta Materials Inc., a Nevada corporation ("*META*" or the "*Company*"), declared a distribution of one share of newly designated Series C Preferred Stock, par value $0.001 per share ("*Series C Preferred Stock*"), for each outstanding share of the Company's common stock, par value $0.001 per share ("*Common Stock*"), and each voting right represented by the Company's Series B Preferred Stock, par value $0.001 per share ("*Series B Preferred Stock*"), held of record on February 2, 2024 (the "*Record Date*").

*General; Transferability.* The Board adopted resolutions providing that shares of Series C Preferred Stock will be uncertificated. As a result, outstanding shares of Series C Preferred Stock will be represented in book-entry form. The certificate of designation governing Series C Preferred Stock (the "*Certificate of Designation*") provides that shares of Series C Preferred Stock may not be transferred by any holder thereof except in connection with a transfer by such holder of any shares of Common Stock held by such holder, in which case a number of shares of Series C Preferred Stock equal to the number of shares of Common Stock to be transferred by such holder will be automatically transferred to the transferee of such shares of Common Stock.

*Voting Rights.* Each share of Series C Preferred Stock will entitle the holder thereof to 1,000 votes per share (and, for the avoidance of doubt, each fraction of a share of Series C Preferred Stock will have a ratable number of votes). Thus, each share of Series C Preferred Stock will entitle the holder thereof to 1,000 votes. The outstanding shares of Series C Preferred Stock will vote together with the outstanding shares of Common Stock as a single class exclusively with respect to (1) any proposal to adopt an amendment to our Articles of Incorporation to increase the authorized shares of Common Stock from 10,000,000 shares of Common Stock to a minimum of 250,000,000 shares of Common Stock in accordance with the terms of such amendment (the "*Authorized Share Proposal*"), and (2) any proposal to adjourn any meeting of stockholders called for the purpose of voting on the Authorized Share Proposal (the "*Adjournment Proposal*"). The Series C Preferred Stock will not be entitled to vote on any other matter, except to the extent required under the Nevada law.

Unless otherwise provided on any applicable proxy or ballot with respect to the voting on the Authorized Share Proposal or the Adjournment Proposal, as applicable, the holder of each share of Series C Preferred Stock (or fraction thereof) entitled to vote on the Authorized Share Proposal or the Adjournment Proposal, as applicable, at any meeting of stockholders held to vote on the Authorized Share Proposal will be cast in the same manner as the vote, if any, of the holder of the share of Common Stock (or fraction thereof) in respect of which such share of Series C Preferred Stock (or fraction thereof) was issued as a dividend is cast on the Authorized Share Proposal or the Adjournment Proposal, as applicable, and the proxy or ballot with respect to shares of Common Stock held by any holder on whose behalf such proxy or ballot is submitted will be deemed to include all shares of Series C Preferred Stock (or fraction thereof) held by such holder. Holders of Series C Preferred Stock will not receive a separate ballot or proxy to cast votes with respect to the Series C Preferred Stock on the Authorized Share Proposal or the Adjournment Proposal brought before any meeting of stockholders held to vote on the Authorized Share Proposal.

*Dividend Rights.* The holders of Series C Preferred Stock, as such, will not be entitled to receive dividends of any kind.

*Liquidation Preference.* The Series C Preferred Stock will rank senior to the Common Stock and Series B Preferred Stock as to any distribution of our assets upon a liquidation, dissolution or winding up of the Company, whether voluntarily or involuntarily (a "*Dissolution*"). Upon any Dissolution, each holder of outstanding shares of Series C Preferred Stock will be entitled to be paid out of our assets available for distribution to stockholders, prior and in preference to any distribution to the holders of Common Stock, an amount in cash equal to $0.001 per outstanding share of Series C Preferred Stock.

*Redemption.* All shares of Series C Preferred Stock that are not present in person or by proxy at any meeting of stockholders held to vote on the Authorized Share Proposal as of immediately prior to the opening of the polls at such meeting (the "*Initial Redemption Time*") will automatically be redeemed by us at the Initial Redemption Time without further action on our part or on the part of the holder of shares of Series C Preferred Stock (the "*Initial Redemption*"). Any outstanding shares of Series C Preferred Stock that have not been redeemed pursuant to the Initial Redemption will automatically be redeemed in whole, but not in part, at the close of business on the earlier of (i) the business day established by the Board in its sole discretion and (ii) automatically without further action or formality on the part of the Company or the holder thereof upon the approval by the Company's stockholders of the Authorized Share Proposal at any meeting of the stockholders held for the purpose of voting on such proposal.

Each share of Series C Preferred Stock redeemed in accordance with the Certificate of Designation will be deemed to be redeemed immediately prior to the redemption time described above. From and after such redemption time, each share of Series C Preferred Stock

redeemed pursuant to the Certificate of Designation will no longer be deemed to be outstanding and all rights in respect of such share of Series C Preferred Stock will cease, except for the right to receive $0.001 in cash.

*Miscellaneous.* The Series C Preferred Stock is not convertible into, or exchangeable for, shares of any other class or series of our stock or other securities. The Series C Preferred Stock has no stated maturity and is not subject to any sinking fund.

The Certificate of Designation was filed with the Nevada Secretary of State and became effective on January 26, 2024. The foregoing description of the Series C Preferred Stock does not purport to be complete and is qualified in its entirety by reference to the Certificate of Designation, which is filed as Exhibit 3.1 to this Current Report on Form 8-K, and is incorporated herein by reference.

### Reverse Stock Split

On January 26, 2024, the Company filed a Certificate of Change (the "*Certificate of Change*") with the Nevada Secretary of State to effect the previously announced one-for-one hundred reverse split of the Company's issued and outstanding Common Stock (the "*Reverse Stock Split*"), and the Reverse Stock Split became effective in accordance with the terms of the Certificate of Amendment at 12:01 a.m. Pacific Time on January 29, 2024 (the "*Effective Time*"). The Reverse Stock Split was approved by the Board in accordance with Nevada law.

At the Effective Time, every one hundred shares of Common Stock issued and outstanding were automatically combined into one share of Common Stock, without any change in the par value per share. The exercise prices and the number of shares issuable upon exercise of outstanding stock options, equity awards and warrants, and the number of shares available for future issuance under the equity incentive plans have been adjusted in accordance with their respective terms. The Reverse Stock Split will affect all stockholders uniformly and will not alter any stockholder's percentage interest in the Company's Common Stock. The Company will not issue any fractional shares in connection with the Reverse Stock Split. Instead, fractional shares will be rounded up to the next largest whole number. The Reverse Stock Split will not modify the relative rights or preferences of the Common Stock.

The Company's transfer agent, Equiniti Trust Company, LLC, is the exchange agent for the Reverse Stock Split and will correspond with stockholders of record regarding the Reverse Stock Split. Stockholders owning shares via a broker or other nominee will have their positions automatically adjusted to reflect the Reverse Stock Split.

The Company's common stock will begin trading on the Nasdaq Capital Market on a split-adjusted basis on Monday, January 29, 2024. The new CUSIP number for the Common Stock following the Reverse Stock Split is 59134N302.

The foregoing description of the Certificate of Change does not purport to be complete and is subject to, and is qualified in its entirety by reference to the Certificate of Change, which is filed as Exhibit 3.2 to this Current Report on Form 8-K, and is incorporated herein by reference.

### Item 7.01. Regulation FD Disclosure.

On January 23, 2024, the Company issued press releases announcing the Reversed Stock Split and the Series C Preferred Stock distribution. A copy of the press releases are furnished as Exhibits 99.1 and 99.2, respectively, to this Current Report on Form 8-K and are incorporated herein by reference.

The information in Item 7.01 shall not be deemed "filed" for purposes of Section 18 of the Securities Exchange Act of 1934, as amended (the "*Exchange Act*"), nor shall it be deemed incorporated by reference in any filing under the Securities Act of 1933, as amended, or the Exchange Act, except as shall be expressly set forth by specific reference in such filing.

### Item 9.01. Financial Statements and Exhibits.

*(d) Exhibits.*

| Exhibit No. | Description |
| --- | --- |
| 3.1 | Certificate of Designation of Series C Preferred Stock, filed on January 26, 2024. |
| 3.2 | Certificate of Change, filed on January 26, 2024. |
| 99.1 | Press Release, dated January 23, 2024 (regarding Reverse Stock Split). |
| 99.2 | Press Release, dated January 23, 2024 (regarding Series C Preferred Stock distribution). |
| 104 | Cover Page Interactive Data File (embedded within Inline XBRL document). |

SIGNATURES

Pursuant to the requirements of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned thereunto duly authorized.

META MATERIALS INC.

Date:    January 29, 2024                              By:    /s/ *Uzi Sasson*

Uzi Sasson
President and Chief Executive Officer