NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | | **PROOF OF INTEREST** |
|---|---|---|
| Name of Debtor: <br> META MATERIALS INC. | Case Number: <br> 24-50792 | |

**1.** Name and address of holder of the Equity Interest (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

JB Emerald Consulting Solutions Inc.
ATTN: Jonathan Brunt
1383 W 8th Ave
Vancouver, BC, V6H 3W4

Telephone Number: 778-288-3527

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

☑ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

**COURT USE ONLY**

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

Account or other number by which Interest holder identifies Debtor:
**5571F0**

Check here if this claim:
☐ replaces a previously filed Proof of Interest dated: _____
☐ amends a previously filed Proof of Interest dated: _____

**2.** Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:
TD WATERHOUSE CANADA INC. 3500 STEELES AVENUE EAST, TOWER 2, SECOND FLOOR, MARKHAM, ONTARIO, L3R 0X1
Telephone Number: 1-800-465-5463

**3.** Date Equity Interest was acquired:
NOV 23, 2022    APR 05, 2023    JULY 19, AUG 08
DEC 22, 2022    APR 26, 2023    AUG 16, AUG 23
MAR 16, 2023                    SEP 23, OCT 13
                                NOV 7, NOV 16
                                2022

**4.** Total amount of member interest: **819**

**5.** Certificate number(s): _____

**6.** Type of Equity Interest:
Please indicate the type of Equity Interest you hold:
☑ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
☐ Check this box if your Equity Interest is based on anything else and describe that interest:
Description: _____

**7.** Supporting Documents: Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**8.** Date-Stamped Copy: To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

**9. Signature:**
Check the appropriate box.
☑ I am the creditor.   ☐ I am the creditor's authorized agent. (Attach copy of power of attorney, if any.)   ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)   ☐ I am a guarantor, surety, endorser, or other codebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: **JONATHAN BRUNT**
Title: **PRESIDENT**
Company: Address and telephone number (if different from notice address above):

(Signature)    OCT 15, 2024 (Date)

Telephone number: 778-288-3527    email: BMMAT6352@Gmail.com

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*



**TD Direct Investing**

# Your investment account statement

November 1, 2023 to December 31, 2023

JB EMERALD CONSULTING SOLUTIONS INC
ATTN: MR.JONATHAN ▓▓▓ BRUNT

Account number: ▓71F0
Account type: Direct Trading - US
Account currency: US dollars

### Do you have a question?

For questions about your statement or further information, we provide support Monday through Friday, in 4 languages:

| | |
|---|---|
| English: | 1-800-465-5463 |
| French: | 1-800-361-2684 |
| Cantonese: | 1-800-838-3223 option 1 |
| Mandarin: | 1-800-838-3223 option 2 |

## Your account at a glance



**You need to know**
Please see **page 2** for important information about your account.

| | This period (Nov 1 - Dec 31, 2023) | Last period (Jul 1 - Oct 31, 2023) | Year to date (Jan 1 - Dec 31, 2023) |
|---|---|---|---|
| Beginning balance | $9,914.15 | $17,612.47 | $62,962.59 |
| Change in your account balance | -$4,504.33 | -$7,698.32 | -$57,552.77 |
| **Ending balance** | **$5,409.82** | **$9,914.15** | **$5,409.82** |

## Holdings in your account
on December 31, 2023

| Description | Quantity or par value ($) | Price ($) | Book cost ($) | Market value ($) | Unrealized gain or loss ($) | % of your holdings |
|---|---|---|---|---|---|---|
| Cash | | | 4.62 | 4.62 | 0.00 | 0.09% |
| **COMMON SHARES** | | | | | | |
| META MATERIALS INC (MMAT) | 81,897 SEG | 0.066 | 66,493.38 | 5,405.20 | -61,088.18 | 99.91% |
| **Total Portfolio** | | | **$66,498.00** | **$5,409.82** | | **100.00%** |

Order-Execution-Only Account.
TD Waterhouse Canada Inc.
Member - Canadian Investor Protection Fund

IIROC

Regulated by
Investment Industry Regulatory
Organization of Canada

Page 1 of 3



**TD Direct Investing**

# Your investment account statement

January 1, 2024 to January 31, 2024

Account number: ■71F0
Account type: Direct Trading - US
Account currency: US dollars

JB EMERALD CONSULTING SOLUTIONS
INC
ATTN: MR.JONATHAN ■■■ BRUNT

### Do you have a question?

For questions about your statement or further information, we provide support Monday through Friday, in 4 languages:

| | |
|---|---|
| English: | 1-800-465-5463 |
| French: | 1-800-361-2684 |
| Cantonese: | 1-800-838-3223 option 1 |
| Mandarin: | 1-800-838-3223 option 2 |

## Your account at a glance

**You need to know**
Please see **page 2** for important information about your account.

| | This period (Jan 1 - Jan 31, 2024) | Last period (Nov 1 - Dec 31, 2023) | Year to date (Jan 1 - Jan 31, 2024) |
|---|---|---|---|
| Beginning balance | $5,409.82 | $9,914.15 | $5,409.82 |
| Change in your account balance | -$2,276.62 | -$4,504.33 | -$2,276.62 |
| **Ending balance** | **$3,133.20** | **$5,409.82** | **$3,133.20** |

## Holdings in your account
on January 31, 2024

| Description | Quantity or par value ($) | Price ($) | Book cost ($) | Market value ($) | Unrealized gain or loss ($) | % of your holdings |
|---|---|---|---|---|---|---|
| Cash | | | 4.62 | 4.62 | 0.00 | 0.15% |
| **COMMON SHARES** | | | | | | |
| META MATERIALS INC-NEW (**MMAT**) | 819 SEG | 3.820 | 66,493.38 | 3,128.58 | -63,364.80 | 99.85% |
| **Total Portfolio** | | | **$66,498.00** | **$3,133.20** | | **100.00%** |

Order-Execution-Only Account.

**IIROC**  Regulated by Investment Industry Regulatory Organization of Canada

D Waterhouse Canada Inc.
lember - Canadian Investor Protection Fund



## Definitions

### An explanation of terms shown in the tables above

**Book cost for long positions** is the total amount paid to purchase a security including any transaction charges related to the purchase, adjusted for reinvested distributions, return of capital and corporate actions.

**Book cost for short positions** is the total amount received for the security, net of any transaction charges related to the sale, adjusted for any distribution (other than dividends), returns of capital and corporate actions.

**Market value** is the price of the security or fund multiplied by the quantity held.

**Unrealized Gain or Loss** is the gain or loss that would be incurred, if your holdings were liquidated as at the end of the statement period. It is calculated by subtracting book cost from market value.

# Activity in your account this period

| Date | Activity | Description | Quantity | Price ($) | Amount ($) | Cash balance ($) |
|---|---|---|---|---|---|---|
|  | Beginning cash balance |  |  |  |  | 4.62 |
| Jan 29 | Reverse Split | META MATERIALS INC * | -81,897 |  | 66,493.38 | 66,498.00 |
| Jan 29 | Reverse Split | META MATERIALS INC-NEW | 819 |  | -66,493.38 | 4.62 |
| **Jan 31** | **Ending cash balance** |  |  |  |  | **$4.62** |

## Important information about your account

In May 2024, the standard trade settlement period for North American Capital Markets is expected to be reduced from the current two business days to one business day after the trade date. This will impact most trades in securities. The change is expected to take effect Monday, May 27 for Canadian capital markets and Tuesday, May 28 for U.S. capital markets. Once implemented, your trades in Canadian and U.S. markets will settle one business day sooner.



**TD Direct Investing**
*3500 STEELES AVE E*
*TOWER 2, 2ND FLOOR*
*MARKHAM ON L3R 0X1*

**TD Direct Investing**

## Transaction Confirmation

JB EMERALD CONSULTING SOLUTIONS INC

VANCOUVER BC  V6H 3W4

**Account number and type**
1F0B - Cash Account - US

**Questions?**
Contact an Investment Representative
Toll Free 1 (800) 465-5463

### Transaction on July 19, 2022

▸ For settlement on: July 21, 2022
▸ Processed on: July 19, 2022

| Transaction | Security Description | Quantity | Price ($) | Amount ($) |
|---|---|---|---|---|
| You bought | META MATERIALS INC | 300 | 0.9355 | |
| | PL-540070 | 400 | 0.9358 | |
| | | 100 | 0.9361 | |
| | | 52 | 0.9363 | |
| | | 200 | 0.9366 | |
| | | 1,052 | | |

Ticker symbol: MMAT
Security number: 43665R
CUSIP ID: 59134N104
Trade number: 006405
Trade processed by: C7PP

Gross transaction amount    USD 984.59
Plus  Commission             9.99
Equals Net transaction amount    USD $994.58

*As agent, TD Direct Investing confirms the above purchase on a U.S. OTC marketplace for settlement in your account.*

### Important information

Please review the information in this Transaction Confirmation carefully and let us know within 10 calendar days if there are any discrepancies.

Clients' accounts are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of coverage is available upon request.

**Abbreviations used in the security descriptions**
RS  = Restricted shares
NVS = Non-voting shares
RVS = Restricted voting shares
SVS = Subordinate voting shares
MVS = Multiple voting shares
/D  = DSC (Deferred Sales Charge)
/NL = No Load

**Disclosure of sources of revenue**
TD Direct Investing and/or parties related to us may earn revenue in addition to commission from the following sources: currency conversion charges on certain trades and mutual fund transactions, fees paid by issuers and others in connection with corporate actions and new issues, the sale of fixed income products, trailer fees paid by mutual fund companies, and remuneration paid by U.S. market makers and exchanges in connection with U.S. trades. For more information, see the TD Waterhouse Canada Inc. Account and Service Agreements and Disclosure Documents booklet. It is also available online at www.td.com/ca/en/investing/direct-investing.

The name of the salesperson, dealer and/or market in this transaction will be provided upon request.

TD Direct Investing is a division of TD Waterhouse Canada Inc., a subsidiary of The Toronto-Dominion Bank.

Thank you for choosing
**TD Direct Investing.**

TD Waterhouse Canada Inc. - Member of the Canadian Investor Protection Fund
00117973 00000040L0 20220719 59134N104 43665R

Order execution account
No advice or recommendations provided.

Page 1 of 1

---

**TD Direct Investing**
*3500 STEELES AVE E*
*TOWER 2, 2ND FLOOR*
*MARKHAM ON L3R 0X1*

**TD Direct Investing**

## Transaction Confirmation

JB EMERALD CONSULTING SOLUTIONS INC

VANCOUVER BC  V6H 3W4

**Account number and type**
1F0B - Cash Account - US

**Questions?**
Contact an Investment Representative
Toll Free 1 (800) 465-5463

### Transaction on July 19, 2022

▸ For settlement on: July 21, 2022
▸ Processed on: July 19, 2022

| Transaction | Security Description | Quantity | Price ($) | Amount ($) |
|---|---|---|---|---|
| You bought | META MATERIALS INC | 50 | 0.937 | |
| | PL-540070 | 19,098 | 0.9385 | |
| | | 19,148 | | |

Ticker symbol: MMAT
Security number: 43665R
CUSIP ID: 59134N104
Trade number: 006406
Trade processed by: C7PP

Gross transaction amount    USD 17,970.32
Net transaction amount      USD $17,970.32

*As agent, TD Direct Investing confirms the above purchase on a U.S. OTC marketplace for settlement in your account.*

### Important information

Please review the information in this Transaction Confirmation carefully and let us know within 10 calendar days if there are any discrepancies.

Clients' accounts are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of coverage is available upon request.

**Abbreviations used in the security descriptions**
RS  = Restricted shares
NVS = Non-voting shares
RVS = Restricted voting shares
SVS = Subordinate voting shares
MVS = Multiple voting shares
/D  = DSC (Deferred Sales Charge)
/NL = No Load

**Disclosure of sources of revenue**
TD Direct Investing and/or parties related to us may earn revenue in addition to commission from the following sources: currency conversion charges on certain trades and mutual fund transactions, fees paid by issuers and others in connection with corporate actions and new issues, the sale of fixed income products, trailer fees paid by mutual fund companies, and remuneration paid by U.S. market makers and exchanges in connection with U.S. trades. For more information, see the TD Waterhouse Canada Inc. Account and Service Agreements and Disclosure Documents booklet. It is also available online at www.td.com/ca/en/investing/direct-investing.

The name of the salesperson, dealer and/or market in this transaction will be provided upon request.

TD Direct Investing is a division of TD Waterhouse Canada Inc., a subsidiary of The Toronto-Dominion Bank.

Thank you for choosing
**TD Direct Investing.**

TD Waterhouse Canada Inc. - Member of the Canadian Investor Protection Fund
00117974 00000040L0 20220719 59134N104 43665R

Order execution account
No advice or recommendations provided.

Page 1 of 1



**TD Direct Investing**
3500 STEELES AVE E
TOWER 2, 2ND FLOOR
MARKHAM ON L3R 0X1

# TD Direct Investing

## Transaction Confirmation

JB EMERALD CONSULTING SOLUTIONS INC

VANCOUVER BC  V6H 3W4

**Account number and type**
1F0B - Cash Account - US

**Questions?**
Contact an Investment Representative
Toll Free 1 (800) 465-5463

### Transaction on August 08, 2022

▸ For settlement on: August 10, 2022
▸ Processed on: August 08, 2022

| Transaction | Security Description | Quantity | Price ($) | Amount ($) |
|---|---|---|---|---|
| You bought | META MATERIALS INC QV-545672 | 5,285 | 0.95 | |

Gross transaction amount ............................................ USD  5,020.75
*Plus*   Commission                                                                            9.99
*Equals*  Net transaction amount                                    USD $5,030.74

Ticker symbol: MMAT
Security number: 43665R
CUSIP ID: 59134N104
Trade number: 005939
Trade processed by: 9BBC

*As agent, TD Direct Investing confirms the above purchase on a U.S. OTC marketplace for settlement in your account.*

### Important information

Please review the information in this Transaction Confirmation carefully and let us know within 10 calendar days if there are any discrepancies.

Clients' accounts are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of coverage is available upon request.

**Abbreviations used in the security descriptions**
RS = Restricted shares
NVS = Non-voting shares
RVS = Restricted voting shares
SVS = Subordinate voting shares
MVS = Multiple voting shares
/D = DSC (Deferred Sales Charge)
/NL = No Load

**Disclosure of sources of revenue**
TD Direct Investing and/or parties related to us may earn revenue in addition to commission from the following sources: currency conversion charges on certain trades and mutual fund transactions, fees paid by issuers and others in connection with corporate actions and new issues, the sale of fixed income products, trailer fees paid by mutual fund companies, and remuneration paid by U.S. market makers and exchanges in connection with U.S. trades. For more information, see the TD Waterhouse Canada Inc. Account and Service Agreements and Disclosure Documents booklet. It is also available online at www.td.com/ca/en/investing/direct-investing.

The name of the salesperson, dealer and/or market in this transaction will be provided upon request.

TD Direct Investing is a division of TD Waterhouse Canada Inc., a subsidiary of The Toronto-Dominion Bank.

**Thank you for choosing TD Direct Investing.**

TD Waterhouse Canada Inc. - Member of the Canadian Investor Protection Fund
00134083 0000004074 20220808 59134N104 43645R

**Order execution account**
No advice or recommendations provided.

Page 1 of 1

---



**TD Direct Investing**
3500 STEELES AVE E
TOWER 2, 2ND FLOOR
MARKHAM ON L3R 0X1

# TD Direct Investing

## Transaction Confirmation

JB EMERALD CONSULTING SOLUTIONS INC

VANCOUVER BC  V6H 3W4

**Account number and type**
1F0B - Cash Account - US

**Questions?**
Contact an Investment Representative
Toll Free 1 (800) 465-5463

### Transaction on August 18, 2022

▸ For settlement on: August 22, 2022
▸ Processed on: August 18, 2022

| Transaction | Security Description | Quantity | Price ($) | Amount ($) |
|---|---|---|---|---|
| You bought | META MATERIALS INC WW-544069 | 5,609 | 0.8846 | |

Gross transaction amount ............................................ USD  4,961.72
*Plus*   Commission                                                                            9.99
*Equals*  Net transaction amount                                    USD $4,971.71

Ticker symbol: MMAT
Security number: 43665R
CUSIP ID: 59134N104
Trade number: 004800
Trade processed by: CJOH

*As agent, TD Direct Investing confirms the above purchase on a U.S. OTC marketplace for settlement in your account.*

### Important information

Please review the information in this Transaction Confirmation carefully and let us know within 10 calendar days if there are any discrepancies.

Clients' accounts are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of coverage is available upon request.

**Abbreviations used in the security descriptions**
RS = Restricted shares
NVS = Non-voting shares
RVS = Restricted voting shares
SVS = Subordinate voting shares
MVS = Multiple voting shares
/D = DSC (Deferred Sales Charge)
/NL = No Load

**Disclosure of sources of revenue**
TD Direct Investing and/or parties related to us may earn revenue in addition to commission from the following sources: currency conversion charges on certain trades and mutual fund transactions, fees paid by issuers and others in connection with corporate actions and new issues, the sale of fixed income products, trailer fees paid by mutual fund companies, and remuneration paid by U.S. market makers and exchanges in connection with U.S. trades. For more information, see the TD Waterhouse Canada Inc. Account and Service Agreements and Disclosure Documents booklet. It is also available online at www.td.com/ca/en/investing/direct-investing.

The name of the salesperson, dealer and/or market in this transaction will be provided upon request.

TD Direct Investing is a division of TD Waterhouse Canada Inc., a subsidiary of The Toronto-Dominion Bank.

**Thank you for choosing TD Direct Investing.**

TD Waterhouse Canada Inc. - Member of the Canadian Investor Protection Fund
00135UE0 0000004082 20220818 59134N104 43645R

**Order execution account**
No advice or recommendations provided.

Page 1 of 1



**TD Direct Investing**
3500 STEELES AVE E
TOWER 2, 2ND FLOOR
MARKHAM ON L3R 0X1

**TD Direct Investing**

## Transaction Confirmation

JB EMERALD CONSULTING SOLUTIONS INC

VANCOUVER BC  V6H 3W4

**Account number and type**
1F0B - Cash Account - US

**Questions?**
Contact an Investment Representative
Toll Free 1 (800) 465-5463

### Transaction on August 23, 2022
▸ For settlement on: August 25, 2022
▸ Processed on: August 23, 2022

| Transaction | Security Description | Quantity | Price ($) | Amount ($) |
|---|---|---|---|---|
| You bought | META MATERIALS INC | 400 | 0.7881 | |
| | ZE-546369 | 985 | 0.7882 | |
| | | 3,703 | 0.7887 | |
| | | 5,088 | | |

Ticker symbol: MMAT
Security number: 43665R
CUSIP ID: 59134N104
Trade number: 002430
Trade processed by: GEKS

| | |
|---|---|
| Gross transaction amount | USD 4,012.18 |
| Plus Commission | 9.99 |
| Equals Net transaction amount | USD $4,022.17 |

As agent, TD Direct Investing confirms the above purchase on a U.S. OTC marketplace for settlement in your account.

### Important information

Please review the information in this Transaction Confirmation carefully and let us know within 10 calendar days if there are any discrepancies.

Clients' accounts are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of coverage is available upon request.

**Abbreviations used in the security descriptions**
RS = Restricted shares
NVS = Non-voting shares
RVS = Restricted voting shares
SVS = Subordinate voting shares
MVS = Multiple voting shares
/D = DSC (Deferred Sales Charge)
/NL = No Load

**Disclosure of sources of revenue**
TD Direct Investing and/or parties related to us may earn revenue in addition to commission from the following sources: currency conversion charges on certain trades and mutual fund transactions, fees paid by issuers and others in connection with corporate actions and new issues, the sale of fixed income products, trailer fees paid by mutual fund companies, and remuneration paid by U.S. market makers and exchanges in connection with U.S. trades. For more information, see the TD Waterhouse Canada Inc. Account and Service Agreements and Disclosure Documents booklet. It is also available online at www.td.com/ca/en/investing/direct-investing

The name of the salesperson, dealer and/or market in this transaction will be provided upon request.

TD Direct Investing is a division of TD Waterhouse Canada Inc., a subsidiary of The Toronto-Dominion Bank.

Thank you for choosing
TD Direct Investing.

TD Waterhouse Canada Inc. - Member of the Canadian Investor Protection Fund

Order execution account
No advice or recommendations provided.

Page 1 of 1

---

**TD Direct Investing**
3500 STEELES AVE E
TOWER 2, 2ND FLOOR
MARKHAM ON L3R 0X1

**TD Direct Investing**

## Transaction Confirmation

JB EMERALD CONSULTING SOLUTIONS INC

VANCOUVER BC  V6H 3W4

**Account number and type**
71F0B - Cash Account - US

**Questions?**
Contact an Investment Representative
Toll Free 1 (800) 465-5463

### Transaction on September 23, 2022
▸ For settlement on: September 27, 2022
▸ Processed on: September 23, 2022

| Transaction | Security Description | Quantity | Price ($) | Amount ($) |
|---|---|---|---|---|
| You bought | META MATERIALS INC | 2,890 | 0.69 | |
| | HU-552107 | | | |

Ticker symbol: MMAT
Security number: 43665R
CUSIP ID: 59134N104
Trade number: 006948
Trade processed by: 9BBC

| | |
|---|---|
| Gross transaction amount | USD 1,994.10 |
| Plus Commission | 9.99 |
| Equals Net transaction amount | USD $2,004.09 |

As agent, TD Direct Investing confirms the above purchase on a U.S. OTC marketplace for settlement in your account.

### Important information

Please review the information in this Transaction Confirmation carefully and let us know within 10 calendar days if there are any discrepancies.

Clients' accounts are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of coverage is available upon request.

**Abbreviations used in the security descriptions**
RS = Restricted shares
NVS = Non-voting shares
RVS = Restricted voting shares
SVS = Subordinate voting shares
MVS = Multiple voting shares
/D = DSC (Deferred Sales Charge)
/NL = No Load

**Disclosure of sources of revenue**
TD Direct Investing and/or parties related to us may earn revenue in addition to commission from the following sources: currency conversion charges on certain trades and mutual fund transactions, fees paid by issuers and others in connection with corporate actions and new issues, the sale of fixed income products, trailer fees paid by mutual fund companies, and remuneration paid by U.S. market makers and exchanges in connection with U.S. trades. For more information, see the TD Waterhouse Canada Inc. Account and Service Agreements and Disclosure Documents booklet. It is also available online at www.td.com/ca/en/investing/direct-investing.

The name of the salesperson, dealer and/or market in this transaction will be provided upon request.

TD Direct Investing is a division of TD Waterhouse Canada Inc., a subsidiary of The Toronto-Dominion Bank.

Thank you for choosing
TD Direct Investing.

TD Waterhouse Canada Inc. - Member of the Canadian Investor Protection Fund

Order execution account
No advice or recommendations provided.

Page 1 of 1



**TD Direct Investing**
3500 STEELES AVE E
TOWER 2, 2ND FLOOR
MARKHAM ON L3R 0X1

**TD Direct Investing**

## Transaction Confirmation

JB EMERALD CONSULTING SOLUTIONS
INC
VANCOUVER BC  V6H 3W4

**Account number and type**
1F0B - Cash Account - US

**Questions?**
Contact an Investment Representative
Toll Free 1 (800) 465-5463

**Transaction on October 13, 2022**
▸ For settlement on: October 17, 2022
▸ Processed on: October 13, 2022

| Transaction | Security Description | Quantity | Price ($) | Amount ($) |
|---|---|---|---|---|
| You bought | META MATERIALS INC WO-555695 | 3,000 | 1.30 | |

Gross transaction amount .................................................. USD  3,900.00
**Ticker symbol:** MMAT
Security number: 43665R
CUSIP ID: 59134N104
Trade number: 002316
Trade processed by: GARG

Plus    Commission                                                                      9.99
*Equals* **Net transaction amount**                          USD $3,909.99

*As agent, TD Direct Investing confirms the above purchase on a U.S. OTC marketplace for settlement in your account.*

### Important information

Please review the information in this Transaction Confirmation carefully and let us know within 10 calendar days if there are any discrepancies.

Clients' accounts are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of coverage is available upon request.

**Abbreviations used in the security descriptions**
RS   = Restricted shares
NVS = Non-voting shares
RVS = Restricted voting shares
SVS = Subordinate voting shares
MVS = Multiple voting shares
/D   = DSC (Deferred Sales Charge)
/NL  = No Load

**Disclosure of sources of revenue**
TD Direct Investing and/or parties related to us may earn revenue in addition to commission from the following sources: currency conversion charges on certain trades and mutual fund transactions, fees paid by issuers and others in connection with corporate actions and new issues, the sale of fixed income products, trailer fees paid by mutual fund companies, and remuneration paid by U.S. market makers and exchanges in connection with U.S. trades. For more information, see the TD Waterhouse Canada Inc. Account and Service Agreements and Disclosure Documents booklet. It is also available online at www.td.com/ca/en/investing/direct-investing.

The name of the salesperson, dealer and/or market in this transaction will be provided upon request.

TD Direct Investing is a division of TD Waterhouse Canada Inc., a subsidiary of The Toronto-Dominion Bank.

**Thank you for choosing TD Direct Investing.**

TD Waterhouse Canada Inc. - Member of the Canadian Investor Protection Fund
00126507 0000004121 20221013 59134N104 43645R

Order execution account
No advice or recommendations provided.

Page 1 of 1

---

**TD Direct Investing**

## Transaction Confirmation

JB EMERALD CONSULTING SOLUTIONS
INC
VANCOUVER BC  V6H 3W4

**Account number and type**
1F0B - Cash Account - US

**Questions?**
Contact an Investment Representative
Toll Free 1 (800) 465-5463

**Transaction on November 07, 2022**
▸ For settlement on: November 09, 2022
▸ Processed on: November 07, 2022

| Transaction | Security Description | Quantity | Price ($) | Amount ($) |
|---|---|---|---|---|
| You bought | META MATERIALS INC KM-561103 | 2,650 | 1.57 | |

Gross transaction amount .................................................. USD  4,160.50
**Ticker symbol:** MMAT
Security number: 43665R
CUSIP ID: 59134N104
Trade number: 004956
Trade processed by: 9BBC

Plus    Commission                                                                      9.99
*Equals* **Net transaction amount**                          USD $4,170.49

*As agent, TD Direct Investing confirms the above purchase on a U.S. OTC marketplace for settlement in your account.*

### Important information

Please review the information in this Transaction Confirmation carefully and let us know within 10 calendar days if there are any discrepancies.

Clients' accounts are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of coverage is available upon request.

**Abbreviations used in the security descriptions**
RS   = Restricted shares
NVS = Non-voting shares
RVS = Restricted voting shares
SVS = Subordinate voting shares
MVS = Multiple voting shares
/D   = DSC (Deferred Sales Charge)
/NL  = No Load

**Disclosure of sources of revenue**
TD Direct Investing and/or parties related to us may earn revenue in addition to commission from the following sources: currency conversion charges on certain trades and mutual fund transactions, fees paid by issuers and others in connection with corporate actions and new issues, the sale of fixed income products, trailer fees paid by mutual fund companies, and remuneration paid by U.S. market makers and exchanges in connection with U.S. trades. For more information, see the TD Waterhouse Canada Inc. Account and Service Agreements and Disclosure Documents booklet. It is also available online at www.td.com/ca/en/investing/direct-investing.

The name of the salesperson, dealer and/or market in this transaction will be provided upon request.

TD Direct Investing is a division of TD Waterhouse Canada Inc., a subsidiary of The Toronto-Dominion Bank.

**Thank you for choosing TD Direct Investing.**

TD Waterhouse Canada Inc. - Member of the Canadian Investor Protection Fund
00117356 0000004138 20221107 59134N104 43645R

Order execution account
No advice or recommendations provided.

Page 1 of 1



**TD Direct Investing**
3500 STEELES AVE E
TOWER 2, 2ND FLOOR
MARKHAM ON L3R 0X1

**TD Direct Investing**

## Transaction Confirmation

JB EMERALD CONSULTING SOLUTIONS INC
▬▬▬▬▬▬▬▬▬▬▬▬▬
VANCOUVER BC  V6H 3W4

**Account number and type**
▬▬F0B - Cash Account - US

**Questions?**
Contact an Investment Representative
Toll Free 1 (800) 465-5463

### Transaction on November 07, 2022
▸ For settlement on: November 09, 2022
▸ Processed on: November 07, 2022

| Transaction | Security Description | Quantity | Price ($) | Amount ($) |
|---|---|---|---|---|
| You bought | META MATERIALS INC QA-560743 | 565 | 1.52 | |

| | | |
|---|---|---|
| Ticker symbol: MMAT | Gross transaction amount | USD 858.80 |
| Security number: 43665R | Plus   Commission | 9.99 |
| CUSIP ID: 59134N104 | Equals Net transaction amount | USD $868.79 |
| Trade number: 003285 | | |
| Trade processed by: 9BBC | | |

*As agent, TD Direct Investing confirms the above purchase on a U.S. OTC marketplace for settlement in your account.*

### Important information

Please review the information in this Transaction Confirmation carefully and let us know within 10 calendar days if there are any discrepancies.

Clients' accounts are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of coverage is available upon request.

**Abbreviations used in the security descriptions**
RS   = Restricted shares
NVS = Non-voting shares
RVS = Restricted voting shares
SVS = Subordinate voting shares
MVS = Multiple voting shares
/D   = DSC (Deferred Sales Charge)
/NL  = No Load

**Disclosure of sources of revenue**
TD Direct Investing and/or parties related to us may earn revenue in addition to commission from the following sources: currency conversion charges on certain trades and mutual fund transactions, fees paid by issuers and others in connection with corporate actions and new issues, the sale of fixed income products, trailer fees paid by mutual fund companies, and remuneration paid by U.S. market makers and exchanges in connection with U.S. trades. For more information, see the TD Waterhouse Canada Inc. Account and Service Agreements and Disclosure Documents booklet. It is also available online at www.td.com/ca/en/investing/direct-investing.

The name of the salesperson, dealer and/or market in this transaction will be provided upon request.

TD Direct Investing is a division of TD Waterhouse Canada Inc., a subsidiary of The Toronto-Dominion Bank.

**Thank you for choosing TD Direct Investing.**

TD Waterhouse Canada Inc. - Member of the Canadian Investor Protection Fund

Order execution account
No advice or recommendations provided

Page 1 of 1

---



**TD Direct Investing**
3500 STEELES AVE E
TOWER 2, 2ND FLOOR
MARKHAM ON L3R 0X1

**TD Direct Investing**

## Transaction Confirmation

JB EMERALD CONSULTING SOLUTIONS INC
▬▬▬▬▬▬▬▬▬▬▬▬▬
VANCOUVER BC  V6H 3W4

**Account number and type**
▬71F0B - Cash Account - US

**Questions?**
Contact an Investment Representative
Toll Free 1 (800) 465-5463

### Transaction on November 16, 2022
▸ For settlement on: November 18, 2022
▸ Processed on: November 16, 2022

| Transaction | Security Description | Quantity | Price ($) | Amount ($) |
|---|---|---|---|---|
| You bought | META MATERIALS INC IN-567212 | 581 | 1.72 | |

| | | |
|---|---|---|
| Ticker symbol: MMAT | Gross transaction amount | USD 999.32 |
| Security number: 43665R | Plus   Commission | 9.99 |
| CUSIP ID: 59134N104 | Equals Net transaction amount | USD $1,009.31 |
| Trade number: 002323 | | |
| Trade processed by: 9BBC | | |

*As agent, TD Direct Investing confirms the above purchase on a U.S. OTC marketplace for settlement in your account.*

### Important information

Please review the information in this Transaction Confirmation carefully and let us know within 10 calendar days if there are any discrepancies.

Clients' accounts are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of coverage is available upon request.

**Abbreviations used in the security descriptions**
RS   = Restricted shares
NVS = Non-voting shares
RVS = Restricted voting shares
SVS = Subordinate voting shares
MVS = Multiple voting shares
/D   = DSC (Deferred Sales Charge)
/NL  = No Load

**Disclosure of sources of revenue**
TD Direct Investing and/or parties related to us may earn revenue in addition to commission from the following sources: currency conversion charges on certain trades and mutual fund transactions, fees paid by issuers and others in connection with corporate actions and new issues, the sale of fixed income products, trailer fees paid by mutual fund companies, and remuneration paid by U.S. market makers and exchanges in connection with U.S. trades. For more information, see the TD Waterhouse Canada Inc. Account and Service Agreements and Disclosure Documents booklet. It is also available online at www.td.com/ca/en/investing/direct-investing.

The name of the salesperson, dealer and/or market in this transaction will be provided upon request.

TD Direct Investing is a division of TD Waterhouse Canada Inc., a subsidiary of The Toronto-Dominion Bank.

**Thank you for choosing TD Direct Investing.**

TD Waterhouse Canada Inc. - Member of the Canadian Investor Protection Fund

Order execution account
No advice or recommendations provided

Page 1 of 1

## Transaction Confirmation (November 23, 2022)



**TD Direct Investing**
3500 STEELES AVE E
TOWER 2, 2ND FLOOR
MARKHAM ON L3R 0X1

JB EMERALD CONSULTING SOLUTIONS INC
VANCOUVER BC  V6H 3W4

**Account number and type**
71F0B - Cash Account - US

**Questions?**
Contact an Investment Representative
Toll Free 1 (800) 465-5463

**Transaction on November 23, 2022**
- For settlement on: November 28, 2022
- Processed on: November 23, 2022

| Transaction | Security Description | Quantity | Price ($) | Amount ($) |
|---|---|---|---|---|
| You bought | META MATERIALS INC RS-564784 | 4,436 | 1.81 | |

Ticker symbol: MMAT
Security number: 43665R
CUSIP ID: 59134N104
Trade number: 005276
Trade processed by: 9BBC

Gross transaction amount ............ USD 8,029.16
Plus  Commission ............................ 9.99
Equals  Net transaction amount ....... USD $8,039.15

As agent, TD Direct Investing confirms the above purchase on a U.S. OTC marketplace for settlement in your account.

### Important information

Please review the information in this Transaction Confirmation carefully and let us know within 10 calendar days if there are any discrepancies.

Clients' accounts are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of coverage is available upon request.

**Abbreviations used in the security descriptions**
RS  = Restricted shares
NVS = Non-voting shares
RVS = Restricted voting shares
SVS = Subordinate voting shares
MVS = Multiple voting shares
/D   = DSC (Deferred Sales Charge)
/NL  = No Load

**Disclosure of sources of revenue**
TD Direct Investing and/or parties related to us may earn revenue in addition to commission from the following sources: currency conversion charges on certain trades and mutual fund transactions, fees paid by issuers and others in connection with corporate actions and new issues, the sale of fixed income products, trailer fees paid by mutual fund companies, and remuneration paid by U.S. market makers and exchanges in connection with U.S. trades. For more information, see the TD Waterhouse Canada Inc. Account and Service Agreements and Disclosure Documents booklet. It is also available online at www.td.com/ca/en/investing/direct-investing.

The name of the salesperson, dealer and/or market in this transaction will be provided upon request.

TD Direct Investing is a division of TD Waterhouse Canada Inc., a subsidiary of The Toronto-Dominion Bank.

**Thank you for choosing TD Direct Investing.**

TD Waterhouse Canada Inc. - Member of the Canadian Investor Protection Fund

Order execution account
No advice or recommendations provided

Page 1 of 1

---

## Transaction Confirmation (December 22, 2022)

**TD Direct Investing**
3500 STEELES AVE E
TOWER 2, 2ND FLOOR
MARKHAM ON L3R 0X1

JB EMERALD CONSULTING SOLUTIONS INC
VANCOUVER BC  V6H 3W4

**Account number and type**
71F0B - Cash Account - US

**Questions?**
Contact an Investment Representative
Toll Free 1 (800) 465-5463

**Transaction on December 22, 2022**
- For settlement on: December 27, 2022
- Processed on: December 22, 2022

| Transaction | Security Description | Quantity | Price ($) | Amount ($) |
|---|---|---|---|---|
| You bought | META MATERIALS INC KO-572665 | 2,604 | 1.15 | |

Ticker symbol: MMAT
Security number: 43665R
CUSIP ID: 59134N104
Trade number: 003269
Trade processed by: 9BBC

Gross transaction amount ............ USD 2,994.60
Plus  Commission ............................ 9.99
Equals  Net transaction amount ....... USD $3,004.59

As agent, TD Direct Investing confirms the above purchase on a U.S. OTC marketplace for settlement in your account.

### Important information

Please review the information in this Transaction Confirmation carefully and let us know within 10 calendar days if there are any discrepancies.

Clients' accounts are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of coverage is available upon request.

**Abbreviations used in the security descriptions**
RS  = Restricted shares
NVS = Non-voting shares
RVS = Restricted voting shares
SVS = Subordinate voting shares
MVS = Multiple voting shares
/D   = DSC (Deferred Sales Charge)
/NL  = No Load

**Disclosure of sources of revenue**
TD Direct Investing and/or parties related to us may earn revenue in addition to commission from the following sources: currency conversion charges on certain trades and mutual fund transactions, fees paid by issuers and others in connection with corporate actions and new issues, the sale of fixed income products, trailer fees paid by mutual fund companies, and remuneration paid by U.S. market makers and exchanges in connection with U.S. trades. For more information, see the TD Waterhouse Canada Inc. Account and Service Agreements and Disclosure Documents booklet. It is also available online at www.td.com/ca/en/investing/direct-investing.

The name of the salesperson, dealer and/or market in this transaction will be provided upon request.

TD Direct Investing is a division of TD Waterhouse Canada Inc., a subsidiary of The Toronto-Dominion Bank.

**Thank you for choosing TD Direct Investing.**

TD Waterhouse Canada Inc. - Member of the Canadian Investor Protection Fund

Order execution account
No advice or recommendations provided

Page 1 of 1



**TD Direct Investing**
3500 STEELES AVE E
TOWER 2, 2ND FLOOR
MARKHAM ON L3R 0X1

**TD Direct Investing**

## Transaction Confirmation

JB EMERALD CONSULTING SOLUTIONS INC

VANCOUVER BC  V6H 3W4

**Account number and type**
71F0B - Cash Account - US

**Questions?**
Contact an Investment Representative
Toll Free 1 (800) 465-5463

### Transaction on March 16, 2023
- For settlement on: March 20, 2023
- Processed on: March 16, 2023

| Transaction | Security Description | Quantity | Price ($) | Amount ($) |
|---|---|---|---|---|
| You bought | META MATERIALS INC | 9,720 | 0.4992 | |
| | JV-591225 | 260 | 0.4993 | |
| | | 9,980 | | |

Ticker symbol: MMAT
Security number: 43665R
CUSIP ID: 59134N104
Trade number: 004087
Trade processed by: GEWD

Gross transaction amount ............................... USD 4,982.04
Plus  Commission ........................................................ 9.99
Equals Net transaction amount ...................... USD $4,992.03

*As agent, TD Direct Investing confirms the above purchase on a U.S. OTC marketplace for settlement in your account.*

### Important information

Please review the information in this Transaction Confirmation carefully and let us know within 10 calendar days if there are any discrepancies.

Clients' accounts are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of coverage is available upon request.

**Abbreviations used in the security descriptions**
RS   = Restricted shares
NVS  = Non-voting shares
RVS  = Restricted voting shares
SVS  = Subordinate voting shares
MVS  = Multiple voting shares
/D   = DSC (Deferred Sales Charge)
/NL  = No Load

**Disclosure of sources of revenue**
TD Direct Investing and/or parties related to us may earn revenue in addition to commission from the following sources: currency conversion charges on certain trades and mutual fund transactions, fees paid by issuers and others in connection with corporate actions and new issues, the sale of fixed income products, trailer fees paid by mutual fund companies, and remuneration paid by U.S. market makers and exchanges in connection with U.S. trades. For more information, see the TD Waterhouse Canada Inc. Account and Service Agreements and Disclosure Documents booklet. It is also available online at
www.td.com/ca/en/investing/direct-investing.

The name of the salesperson, dealer and/or market in this transaction will be provided upon request.

TD Direct Investing is a division of TD Waterhouse Canada Inc., a subsidiary of The Toronto-Dominion Bank.

Thank you for choosing
TD Direct Investing.

TD Waterhouse Canada Inc. - Member of the Canadian Investor Protection Fund

Order execution account
No advice or recommendations provided.

Page 1 of 1

---

**TD Direct Investing**
3500 STEELES AVE E
TOWER 2, 2ND FLOOR
MARKHAM ON L3R 0X1

**TD Direct Investing**

## Transaction Confirmation

JB EMERALD CONSULTING SOLUTIONS INC

VANCOUVER BC  V6H 3W4

**Account number and type**
71F0B - Cash Account - US

**Questions?**
Contact an Investment Representative
Toll Free 1 (800) 465-5463

### Transaction on April 05, 2023
- For settlement on: April 10, 2023
- Processed on: April 05, 2023

| Transaction | Security Description | Quantity | Price ($) | Amount ($) |
|---|---|---|---|---|
| You bought | META MATERIALS INC | 8,536 | 0.41 | |
| | FR-595323 | | | |

Ticker symbol: MMAT
Security number: 43665R
CUSIP ID: 59134N104
Trade number: 001867
Trade processed by: 9BBC

Gross transaction amount ............................... USD 3,499.76
Plus  Commission ........................................................ 9.99
Equals Net transaction amount ...................... USD $3,509.75

*As agent, TD Direct Investing confirms the above purchase on a U.S. OTC marketplace for settlement in your account.*

### Important information

Please review the information in this Transaction Confirmation carefully and let us know within 10 calendar days if there are any discrepancies.

Clients' accounts are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of coverage is available upon request.

**Abbreviations used in the security descriptions**
RS   = Restricted shares
NVS  = Non-voting shares
RVS  = Restricted voting shares
SVS  = Subordinate voting shares
MVS  = Multiple voting shares
/D   = DSC (Deferred Sales Charge)
/NL  = No Load

**Disclosure of sources of revenue**
TD Direct Investing and/or parties related to us may earn revenue in addition to commission from the following sources: currency conversion charges on certain trades and mutual fund transactions, fees paid by issuers and others in connection with corporate actions and new issues, the sale of fixed income products, trailer fees paid by mutual fund companies, and remuneration paid by U.S. market makers and exchanges in connection with U.S. trades. For more information, see the TD Waterhouse Canada Inc. Account and Service Agreements and Disclosure Documents booklet. It is also available online at
www.td.com/ca/en/investing/direct-investing.

The name of the salesperson, dealer and/or market in this transaction will be provided upon request.

TD Direct Investing is a division of TD Waterhouse Canada Inc., a subsidiary of The Toronto-Dominion Bank.

Thank you for choosing
TD Direct Investing.

TD Waterhouse Canada Inc. - Member of the Canadian Investor Protection Fund

Order execution account
No advice or recommendations provided.

Page 1 of 1



**TD Direct Investing**
3500 STEELES AVE E
TOWER 2, 2ND FLOOR
MARKHAM ON L3R 0X1

**TD Direct Investing**

## Transaction Confirmation

JB EMERALD CONSULTING SOLUTIONS INC

VANCOUVER BC  V6H 3W4

**Account number and type**
1F0B - Cash Account - US

**Questions?**
Contact an Investment Representative
Toll Free 1 (800) 465-5463

### Transaction on April 26, 2023
- For settlement on: April 28, 2023
- Processed on: April 26, 2023

| Transaction | Security Description | Quantity | Price ($) | Amount ($) |
|---|---|---|---|---|
| You bought | META MATERIALS INC RS-599206 | 10.473 | 0.1896 | |

Ticker symbol: MMAT
Security number: 43665R
CUSIP ID: 59134N104
Trade number: 004178
Trade processed by: CJAD

| | | |
|---|---|---|
| Gross transaction amount | | USD 1,985.68 |
| Plus Commission | | 9.99 |
| Equals Net transaction amount | | USD $1,995.67 |

As agent, TD Direct Investing confirms the above purchase on a U.S. OTC marketplace for settlement in your account.

### Important information

Please review the information in this Transaction Confirmation carefully and let us know within 10 calendar days if there are any discrepancies.

Clients' accounts are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of coverage is available upon request.

**Abbreviations used in the security descriptions**
RS  = Restricted shares
NVS = Non-voting shares
RVS = Restricted voting shares
SVS = Subordinate voting shares
MVS = Multiple voting shares
D   = DSC (Deferred Sales Charge)
NL  = No Load

**Disclosure of sources of revenue**
TD Direct Investing and/or parties related to us may earn revenue in addition to commission from the following sources: currency conversion charges on certain trades and mutual fund transactions, fees paid by issuers and others in connection with corporate actions and new issues, the sale of fixed income products, trailer fees paid by mutual fund companies, and remuneration paid by U.S. market makers and exchanges in connection with U.S. trades. For more information, see the TD Waterhouse Canada Inc. Account and Service Agreements and Disclosure Documents booklet. It is also available online at www.td.com/ca/en/investing/direct-investing.

The name of the salesperson, dealer and/or market in this transaction will be provided upon request.

TD Direct Investing is a division of TD Waterhouse Canada Inc., a subsidiary of The Toronto-Dominion Bank.

**Thank you for choosing TD Direct Investing.**

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
## WASHINGTON, D.C. 20549

# FORM 8-K

### CURRENT REPORT
**Pursuant to Section 13 or 15(d)**

**of the Securities Exchange Act of 1934**

Date of Report (Date of earliest event reported): January 23, 2024

# Meta Materials Inc.

(Exact name of Registrant as Specified in Its Charter)

| Nevada | 001-36247 | 74-3237581 |
|---|---|---|
| (State or Other Jurisdiction of Incorporation) | (Commission File Number) | (IRS Employer Identification No.) |

| 60 Highfield Park Dr<br>Dartmouth, Nova Scotia, Canada | B3A 4R9 |
|---|---|
| (Address of Principal Executive Offices) | (Zip Code) |

**Registrant's Telephone Number, Including Area Code: 902 482-5729**

**Not Applicable**
(Former Name or Former Address, if Changed Since Last Report)

Check the appropriate box below if the Form 8-K filing is intended to simultaneously satisfy the filing obligation of the registrant under any of the following provisions:

☐ Written communications pursuant to Rule 425 under the Securities Act (17 CFR 230.425)

☐ Soliciting material pursuant to Rule 14a-12 under the Exchange Act (17 CFR 240.14a-12)

☐ Pre-commencement communications pursuant to Rule 14d-2(b) under the Exchange Act (17 CFR 240.14d-2(b))

☐ Pre-commencement communications pursuant to Rule 13e-4(c) under the Exchange Act (17 CFR 240.13e-4(c))

### Securities registered pursuant to Section 12(b) of the Act:

| Title of each class | Trading Symbol(s) | Name of each exchange on which registered |
|---|---|---|
| Common Stock, par value $0.001 per share | MMAT | The Nasdaq Stock Market LLC |

Indicate by check mark whether the registrant is an emerging growth company as defined in Rule 405 of the Securities Act of 1933 (§ 230.405 of this chapter) or Rule 12b-2 of the Securities Exchange Act of 1934 (§ 240.12b-2 of this chapter).

Emerging growth company ☐

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☐

Item 3.03. **Material Modification to Rights of Security Holders.**

The disclosure set forth in Item 5.03 below is hereby incorporated by reference into this Item 3.03.

Item 5.03. **Amendments to Articles of Incorporation or Bylaws; Change in Fiscal Year.**

*Series C Preferred Stock Distribution*

As previously disclosed, on January 23, 2024, the board of directors (the "*Board*") of Meta Materials Inc., a Nevada corporation ("*META*" or the "*Company*"), declared a distribution of one share of newly designated Series C Preferred Stock, par value $0.001 per share ("*Series C Preferred Stock*"), for each outstanding share of the Company's common stock, par value $0.001 per share ("*Common Stock*"), and each voting right represented by the Company's Series B Preferred Stock, par value $0.001 per share ("*Series B Preferred Stock*"), held of record on February 2, 2024 (the "*Record Date*").

*General; Transferability.* The Board adopted resolutions providing that shares of Series C Preferred Stock will be uncertificated. As a result, outstanding shares of Series C Preferred Stock will be represented in book-entry form. The certificate of designation governing Series C Preferred Stock (the "*Certificate of Designation*") provides that shares of Series C Preferred Stock may not be transferred by any holder thereof except in connection with a transfer by such holder of any shares of Common Stock held by such holder, in which case a number of shares of Series C Preferred Stock equal to the number of shares of Common Stock to be transferred by such holder will be automatically transferred to the transferee of such shares of Common Stock.

*Voting Rights.* Each share of Series C Preferred Stock will entitle the holder thereof to 1,000 votes per share (and, for the avoidance of doubt, each fraction of a share of Series C Preferred Stock will have a ratable number of votes). Thus, each share of Series C Preferred Stock will entitle the holder thereof to 1,000 votes. The outstanding shares of Series C Preferred Stock will vote together with the outstanding shares of Common Stock as a single class exclusively with respect to (1) any proposal to adopt an amendment to our Articles of Incorporation to increase the authorized shares of Common Stock from 10,000,000 shares of Common Stock to a minimum of 250,000,000 shares of Common Stock in accordance with the terms of such amendment (the "*Authorized Share Proposal*"), and (2) any proposal to adjourn any meeting of stockholders called for the purpose of voting on the Authorized Share Proposal (the "*Adjournment Proposal*"). The Series C Preferred Stock will not be entitled to vote on any other matter, except to the extent required under the Nevada law.

Unless otherwise provided on any applicable proxy or ballot with respect to the voting on the Authorized Share Proposal or the Adjournment Proposal, as applicable, the holder of each share of Series C Preferred Stock (or fraction thereof) entitled to vote on the Authorized Share Proposal or the Adjournment Proposal, as applicable, at any meeting of stockholders held to vote on the Authorized Share Proposal will be cast in the same manner as the vote, if any, of the holder of the share of Common Stock (or fraction thereof) in respect of which such share of Series C Preferred Stock (or fraction thereof) was issued as a dividend is cast on the Authorized Share Proposal or the Adjournment Proposal, as applicable, and the proxy or ballot with respect to shares of Common Stock held by any holder on whose behalf such proxy or ballot is submitted will be deemed to include all shares of Series C Preferred Stock (or fraction thereof) held by such holder. Holders of Series C Preferred Stock will not receive a separate ballot or proxy to cast votes with respect to the Series C Preferred Stock on the Authorized Share Proposal or the Adjournment Proposal brought before any meeting of stockholders held to vote on the Authorized Share Proposal.

*Dividend Rights.* The holders of Series C Preferred Stock, as such, will not be entitled to receive dividends of any kind.

*Liquidation Preference.* The Series C Preferred Stock will rank senior to the Common Stock and Series B Preferred Stock as to any distribution of our assets upon a liquidation, dissolution or winding up of the Company, whether voluntarily or involuntarily (a "*Dissolution*"). Upon any Dissolution, each holder of outstanding shares of Series C Preferred Stock will be entitled to be paid out of our assets available for distribution to stockholders, prior and in preference to any distribution to the holders of Common Stock, an amount in cash equal to $0.001 per outstanding share of Series C Preferred Stock.

*Redemption.* All shares of Series C Preferred Stock that are not present in person or by proxy at any meeting of stockholders held to vote on the Authorized Share Proposal as of immediately prior to the opening of the polls at such meeting (the "*Initial Redemption Time*") will automatically be redeemed by us at the Initial Redemption Time without further action on our part or on the part of the holder of shares of Series C Preferred Stock (the "*Initial Redemption*"). Any outstanding shares of Series C Preferred Stock that have not been redeemed pursuant to the Initial Redemption will automatically be redeemed in whole, but not in part, at the close of business on the earlier of (i) the business day established by the Board in its sole discretion and (ii) automatically without further action or formality on the part of the Company or the holder thereof upon the approval by the Company's stockholders of the Authorized Share Proposal at any meeting of the stockholders held for the purpose of voting on such proposal.

Each share of Series C Preferred Stock redeemed in accordance with the Certificate of Designation will be deemed to be redeemed immediately prior to the redemption time described above. From and after such redemption time, each share of Series C Preferred Stock

redeemed pursuant to the Certificate of Designation will no longer be deemed to be outstanding and all rights in respect of such share of Series C Preferred Stock will cease, except for the right to receive $0.001 in cash.

*Miscellaneous.* The Series C Preferred Stock is not convertible into, or exchangeable for, shares of any other class or series of our stock or other securities. The Series C Preferred Stock has no stated maturity and is not subject to any sinking fund.

The Certificate of Designation was filed with the Nevada Secretary of State and became effective on January 26, 2024. The foregoing description of the Series C Preferred Stock does not purport to be complete and is qualified in its entirety by reference to the Certificate of Designation, which is filed as Exhibit 3.1 to this Current Report on Form 8-K, and is incorporated herein by reference.

*Reverse Stock Split*

On January 26, 2024, the Company filed a Certificate of Change (the "*Certificate of Change*") with the Nevada Secretary of State to effect the previously announced one-for-one hundred reverse split of the Company's issued and outstanding Common Stock (the "*Reverse Stock Split*"), and the Reverse Stock Split became effective in accordance with the terms of the Certificate of Amendment at 12:01 a.m. Pacific Time on January 29, 2024 (the "*Effective Time*"). The Reverse Stock Split was approved by the Board in accordance with Nevada law.

At the Effective Time, every one hundred shares of Common Stock issued and outstanding were automatically combined into one share of Common Stock, without any change in the par value per share. The exercise prices and the number of shares issuable upon exercise of outstanding stock options, equity awards and warrants, and the number of shares available for future issuance under the equity incentive plans have been adjusted in accordance with their respective terms. The Reverse Stock Split will affect all stockholders uniformly and will not alter any stockholder's percentage interest in the Company's Common Stock. The Company will not issue any fractional shares in connection with the Reverse Stock Split. Instead, fractional shares will be rounded up to the next largest whole number. The Reverse Stock Split will not modify the relative rights or preferences of the Common Stock.

The Company's transfer agent, Equiniti Trust Company, LLC, is the exchange agent for the Reverse Stock Split and will correspond with stockholders of record regarding the Reverse Stock Split. Stockholders owning shares via a broker or other nominee will have their positions automatically adjusted to reflect the Reverse Stock Split.

The Company's common stock will begin trading on the Nasdaq Capital Market on a split-adjusted basis on Monday, January 29, 2024. The new CUSIP number for the Common Stock following the Reverse Stock Split is 59134N302.

The foregoing description of the Certificate of Change does not purport to be complete and is subject to, and is qualified in its entirety by reference to the Certificate of Change, which is filed as Exhibit 3.2 to this Current Report on Form 8-K, and is incorporated herein by reference.

### Item 7.01. Regulation FD Disclosure.

On January 23, 2024, the Company issued press releases announcing the Reversed Stock Split and the Series C Preferred Stock distribution. A copy of the press releases are furnished as Exhibits 99.1 and 99.2, respectively, to this Current Report on Form 8-K and are incorporated herein by reference.

The information in Item 7.01 shall not be deemed "filed" for purposes of Section 18 of the Securities Exchange Act of 1934, as amended (the "*Exchange Act*"), nor shall it be deemed incorporated by reference in any filing under the Securities Act of 1933, as amended, or the Exchange Act, except as shall be expressly set forth by specific reference in such filing.

### Item 9.01. Financial Statements and Exhibits.

*(d) Exhibits.*

| Exhibit No. | Description |
|---|---|
| 3.1 | Certificate of Designation of Series C Preferred Stock, filed on January 26, 2024. |
| 3.2 | Certificate of Change, filed on January 26, 2024. |
| 99.1 | Press Release, dated January 23, 2024 (regarding Reverse Stock Split). |
| 99.2 | Press Release, dated January 23, 2024 (regarding Series C Preferred Stock distribution). |
| 104 | Cover Page Interactive Data File (embedded within Inline XBRL document). |

## SIGNATURES

Pursuant to the requirements of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned thereunto duly authorized.

**META MATERIALS INC.**

Date: January 29, 2024            By: /s/ *Uzi Sasson*

                                                                 Uzi Sasson
                                                                 President and Chief Executive Officer