NVB 3001 (Effective 1/21)

# UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA

**PROOF OF INTEREST**

**Name of Debtor:** META MATERIALS INC

**Case Number:** 24-50792

**1. Name and address of holder of the Equity Interest** (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

VEERAPANENI SRINIVASA
8458 ROSEMARY WAY
HARRISBURG, NC - 28075

**Telephone Number:** 704 763-5655

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

☑ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

**COURT USE ONLY**

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

**Account or other number by which Interest holder identifies Debtor:**
Charles Schwab: acct No#: 3652-8135

Check here if this claim:
☐ replaces a previously filed Proof of Interest dated: _____
☐ amends a previously filed Proof of Interest dated: _____

**2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:**
Charles Schwab & Co. Inc
Omaha Operating Center, PO Box 2339
Omaha, NE 68103
**Telephone Number:** 800-435-4000

**3. Date Equity Interest was acquired:**
07/2021 - 9595 - $3.50       04/14/2023 - 24000 - $.2175
06/24/2022 - 9775 - $1.26    04/26/2023 - 1000 - $.1889
08/05/2022 - 400 - $.91      08/09/2023 - 10000 - $.2411
04/05/2023 - 28000 - $.457   12/04/2023 - 6000 - $.015
04/05/2023 - 2400 - $.457

**4. Total amount of member interest:** # 890

**5. Certificate number(s):** _____

**6. Type of Equity Interest:**
Please indicate the type of Equity Interest you hold:
☑ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
☐ Check this box if your Equity Interest is based on anything else and describe that interest:
**Description:** _____

**7. Supporting Documents:** Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**8. Date-Stamped Copy:** To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

**9. Signature:**
Check the appropriate box.
☑ I am the creditor.    ☐ I am the creditor's authorized agent.    ☐ I am the trustee, or the debtor,    ☐ I am a guarantor, surety, endorser, or other codebtor.
(Attach copy of power of attorney, if any.)    or their authorized agent.    (See Bankruptcy Rule 3005.)
(See Bankruptcy Rule 3004.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

**Print Name:** VEERAPANENI SRINIVASA
**Title:** _____
**Company:** Address and telephone number (if different from notice address above): _____

**(Signature):** V. Srinivas Chaudary
**(Date):** 10/16/2024
**Telephone number:** 704-763-5655
**email:** VeeraPaneniSrinivasa@yahoo.com

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*



Schwab One® Account of

SRINIVASA C VEERAPANENI

Statement Period
September 1-30, 2024

## A Message About Your Account (continued)

The most recent statement of financial condition for Charles Schwab & Co., Inc. (CS&Co) may be obtained at no cost at http://www.schwab.com/legal/financials or by calling 1-800-435-4000. For clients of independent investment advisors, contact Schwab Alliance at 1-800-647-5465. International clients, call +1-415-667-7870 and Charles Schwab Hong Kong clients, call +852-2101-0500. At June 30, and July 31, 2024, CS&Co had net capital of $8.8 billion and $9.0 billion, respectively, and a net capital requirement of $1.7 billion and $1.8 billion, respectively. A copy of the report may be requested via: Investor Relations, 211 Main Street, San Francisco, CA 94105. Independent investment advisors are not owned by, affiliated with, or supervised by CS&Co.

## Positions - Summary

| Beginning Value as of 09/01 | + | Transfer of Securities(In/Out) | + | Dividends Reinvested | + | Cash Activity | + | Change in Market Value | = | Ending Value as of 09/30 | Cost Basis | Unrealized Gain/(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| $6,194.32 | | $0.00 | | $0.00 | | $0.00 | | ($399.43) | | $5,794.89 | $149,988.86 | ($55,846.74) |

Values may not reflect all of your gains/losses; Schwab has provided accurate gain and loss information wherever possible for most investments. Cost basis may be incomplete or unavailable for some of your holdings and may change or be adjusted in certain cases. Statement information should not be used for tax preparation, instead refer to official tax documents. For additional information refer to Terms and Conditions.

## Cash and Cash Investments

| Type | Symbol | Description | Quantity | Price($) | Beginning Balance($) | Ending Balance($) | Change in Period Balance($) | Pending/Unsettled Cash($) | Interest/ Yield Rate |
|---|---|---|---|---|---|---|---|---|---|
| Cash | | | | | 17.67 | 17.67 | 0.00 | 0.00 | |
| **Total Cash and Cash Investments** | | | | | **$17.67** | **$17.67** | **$0.00** | | |

## Positions - Equities

| Symbol | Description | Quantity | Price($) | Market Value($) | Cost Basis($) | Unrealized Gain/(Loss)($) | Est. Yield | Est. Annual Income($) |
|---|---|---|---|---|---|---|---|---|
| AMC | AMC ENTMT HLDGS INC | 900.0000 | 4.55000 | 4,095.00 | 5,247.00 | (1,152.00) | N/A | 0.00 |
| GNS | GENIUS GROUP LTD    F | 1,490.0000 | 0.90800 | 1,352.92 | 9,501.14 | (8,148.22) | N/A | 0.00 |
| MMATQ | META MATLS INC | 890.0000 | 0.37000 | 329.30 | 46,875.82 | (46,546.52) | N/A | 0.00 |
| **Total Equities** | | | | **$5,777.22** | **$61,623.96** | **($55,846.74)** | | **$0.00** | 10 |