NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | | PROOF OF INTEREST |
|---|---|---|
| Name of Debtor: Meta Materials Inc | Case Number: 24-50792-hlb | |

**1. Name and address of holder of the Equity Interest** (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

Kimberly K Kepling
5843 Glen Eagles Dr
Medina OH 44256

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

☒ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

Telephone Number: 330-441-2980

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

**COURT USE ONLY**

Account or other number by which Interest holder identifies Debtor:
eTrade 775-750458

Check here if this claim:
☐ replaces a previously filed Proof of Interest dated: _____
☐ amends a previously filed Proof of Interest dated: _____

**2.** Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:
eTrade/Morgan Stanley
PO Box 484 Jersey City NJ 07303
Telephone Number: 800-387-2331

**3.** Date Equity Interest was acquired: 10/7/2024

**4.** Total amount of member interest: 190

**5.** Certificate number(s): _____

**6. Type of Equity Interest:**
Please indicate the type of Equity Interest you hold:
☒ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
☐ Check this box if your Equity Interest is based on anything else and describe that interest.
Description: _____

**7. Supporting Documents:** Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**8. Date-Stamped Copy:** To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

**9. Signature:**
Check the appropriate box.  ☒ shareholder
☐ I am the creditor.   ☐ I am the creditor's authorized agent. (Attach copy of power of attorney, if any.)   ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)   ☐ I am a guarantor, surety, endorser, or other codebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: Kimberly K Kepling
Title: Individual
Company: ___ Address and telephone number (if different from notice address above):

(Signature) Kimberly K Kepling    (Date) 10/19/2024

Telephone number: 330-441-2980   email: KimKep4796@gmail.com

Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571

E*TRADE/Morgan Stanley
P.O. Box 484
Jersey City, NJ 07303-0484



October 16, 2024

Kimberly K. Kepling
5843 Glen Eagles Drive
Medina, OH 44256

**VERIFICATION OF ASSETS**

Dear Kimberly K. Kepling,

This letter is in response to a request for verification of assets held in the following E*TRADE from Morgan Stanley account.

| Account Number | Account Type | Account Owner(s) | Date Opened | Status |
|---|---|---|---|---|
| 775-750458 | Individual | Kimberly K. Kepling | 06/28/2021 | Active |

As of the time this letter was prepared on October 16, 2024, the account held the following assets:

| Quantity | Asset | Current Price* | Market Value* |
|---|---|---|---|
| 10 | Global Tech Inds. Group, Inc. RST (37955R9T6) | $0.005 | $0.05 |
| 1,000 | Bitech Technologies, Inc. (BTTC) | $0.0699 | $69.90 |
| 1 | Camber Energy, Inc. (CEIN) | $0.0202 | $0.02 |
| 143 | Fingermotion, Inc. (FNGR) | $2.135 | $305.31 |
| 640 | Global Tech Inds. Group, Inc. (GTII) | $0.005 | $3.20 |
| 190 | Meta Materials, Inc. (MMATQ) | $0.2255 | $42.84 |
| 1 | Mullen Automotive, Inc. (MULN) | $2.27 | $2.27 |
| 20 | Northwest Biotherapeutics, Inc. (NWBO) | $0.299 | $5.98 |
| $2.08 | Cash | - | $2.08 |
| *Due to market fluctuation, this value is subject to change. | | Total Market Value | $431.65 |

The following activity occurred in the account from October 1, 2024, through the time this letter was prepared on October 16, 2024:

| Date | Transaction Description | Amount |
|---|---|---|
| 10/04/2024 | Sold 1 shares of EBS - EMERGENT BIOSOLUTIONS INC UNSOLICITED TRADE | +$9.49 |
| 10/07/2024 | Bought 190 shares of MMATQ - META MATERIALS INC NEW UNSOLICITED TRADE | -$96.71 |
| 10/10/2024 | Bought 20 shares of NWBO - NORTHWEST BIOTHERAPEUTICS UNSOLICITED TRADE | -$10.89 |

Should you have any further questions, please call 800-387-2331 anytime. From outside the U.S., please call +1 678 624 6210.

Sincerely,

Kim Mason
Correspondence Department

Page | 1

E*TRADE/Morgan Stanley
P.O. Box 484
Jersey City, NJ 07303-0484


from Morgan Stanley

**PLEASE READ THE IMPORTANT DISCLOSURES BELOW.**

**Investment Products • Not FDIC Insured • No Bank Guarantee • May Lose Value**

Securities products and investment advisory services offered by Morgan Stanley Smith Barney LLC, Member SIPC and a Registered Investment Adviser. Commodity futures and options on futures products and services offered by E*TRADE Futures LLC, Member NFA. Stock plan administration solutions and services offered by E*TRADE Financial Corporate Services, Inc., and are a part of Morgan Stanley at Work. Banking products and services provided by Morgan Stanley Private Bank, National Association, Member FDIC. All entities are separate but affiliated subsidiaries of Morgan Stanley. E*TRADE from Morgan Stanley and Morgan Stanley at Work are registered trademarks of Morgan Stanley.

©2024 Morgan Stanley. All rights reserved.