NVB 3001 (Effective 1/21)

# UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA

# PROOF OF INTEREST

**Name of Debtor:** Meta Materials Inc

**Case Number:** 24-50792

**1. Name and address of holder of the Equity Interest** (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

Mikhail M. Khanukhov
29101 Lassen st #146
Chatsworth CA 91311

**Telephone Number:** (818) 571-4345

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

☑ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

**COURT USE ONLY**

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

**Account or other number by which Interest holder identifies Debtor:**
Apex SCD396053 Robinhood/Webull
RHS M433960593          SNE61900

**Check here if this claim:**
☐ replaces a previously filed Proof of Interest dated: _____
☐ amends a previously filed Proof of Interest dated: _____

**2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:**

**Telephone Number:**

**3. Date Equity Interest was acquired:** 2021

**4. Total amount of member interest:** 8,791 / sold

**5. Certificate number(s):** _____

**6. Type of Equity Interest:**
Please indicate the type of Equity Interest you hold:
☑ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
☐ Check this box if your Equity Interest is based on anything else and describe that interest:
**Description:** _____

**7. Supporting Documents:** Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**8. Date-Stamped Copy:** To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

**9. Signature:**
Check the appropriate box.
☑ I am the creditor.   ☐ I am the creditor's authorized agent.   ☐ I am the trustee, or the debtor,   ☐ I am a guarantor, surety, endorser, or other codebtor.
(Attach copy of power of attorney, if any.)   or their authorized agent.   (See Bankruptcy Rule 3005.)
(See Bankruptcy Rule 3004.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: Mikhail M. Khanukhov
Title: self
Company: Address and telephone number (if different from notice address above): 29101 Lassen st #146 Chatsworth CA 91311

(Signature) 10/24/24 (Date)
Telephone number: (818) 571-4345  email: mikekhanukhov@gmail.com

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

[ Print Form ]   [ Save Form ]   [ Clear Form ]

APEX CLEARING CORPORATION
350 NORTH ST. PAUL SUITE 1300
DALLAS, TX 75201

*November 1, 2021 - November 30, 2021*

PAGE **1** OF 10

# I N D I V I D U A L   A C C O U N T

ACCOUNT NUMBER     **5NE-61900-14  RR WEA**

**MIKHAIL MOISEYEVICH KHANUKHOV**

**Your Registered Representative**
WEBULL FINANCIAL LLC - HOUSE
(917) 725-2448

## ▼ ACCOUNT SUMMARY

|  | OPENING BALANCE | CLOSING BALANCE |
|---|---|---|
| NET ACCOUNT BALANCE | $0.00 | $0.00 |
| Securities | 19,720.69 | 21,062.90 |
| TOTAL PRICED PORTFOLIO | 19,720.69 | 21,062.90 |
| **Total Equity Holdings** | **$19,720.69** | **$21,062.90** |

## ▼ INCOME AND EXPENSE SUMMARY

|  | THIS PERIOD | YEAR TO DATE |
|---|---|---|
| Taxable dividends | $0.00 | $5.00 |

**See Reverse Side for Important Tax Information.** This statement shall be conclusive if not objected to in writing within ten days. Errors and omissions excepted. Please address all communications to the firm and not to individuals. Address changes or other material changes on your account should be directed to the office servicing your account. Kindly mention your account number. **This statement should be retained for income tax purposes.**

# Webull Financial LLC
44 Wall Street, New York, NY 10005
customerservice@webull.us

MIKHAIL MOISEYEVICH KHANUKHOV
21901 LASSEN ST UNIT 146
CHATSWORTH CA 91311-3642

## ▼ PORTFOLIO EQUITY ALLOCATION



Equities 100.000%

ACCOUNT CARRIED BY:
**APEX CLEARING CORPORATION**
MEMBER FINRA, NYSE and SIPC

# IMPORTANT INFORMATION

You may have received a confirmation for a trade, which does not appear on this statement. If the settlement date of the trade is later than the period ending date that appears at the top of this statement, the trade will appear on your next regular monthly statement.

If this is a margin account and we maintain a special miscellaneous account for you, this is a combined statement of your general account and special miscellaneous account maintained for you under Regulation T issued by the Board of Governors of the Federal Reserve System. The permanent record of the special miscellaneous account as required by Regulation T is available for your inspection at your request.

The per annum rate of interest charged on the debit balance in your account is shown on this statement. This rate may change from time to time in accordance with fluctuations in interest rates. Interest is computed from the 16th day of the preceding month to the 15th day of the current month except in December and January. In December, the charges include the last day of the year and, in January; the interest is calculated from the first day of the month. The interest is based on the average daily net debit balance in your account with us, and for the actual number of days based on an interest year of 360 days. When calculating margin interest, free credit balances in all accounts will be offset against any debit in the margin account and the interest will be charged on the net debit balance.

We are required to report to the Internal Revenue Service all cash dividends and registered bond interest credited to your account on securities held for you in our name. We also report coupon bond interest. All dividends and interest credits should be included in your income tax return.

Information relative to commission and any other charges incurred in connection with listed option transactions occurring during the month have previously been furnished to you in confirmation of such transactions. A summary of this information will be made available to you promptly upon request. Exercise assignment notices for option contracts are allocated among customer short positions pursuant to a manual procedure which randomly selects from among all customer short option positions including those contracts which are subject to exercise. All short American style option positions are liable for assignment at any time whereas European style options are assigned at expiration. A more detailed description of our random allocation procedure is available upon request.

You are to promptly advise your brokerage firm or bank of any material changes concerning your investment objectives or financial situation.

Our financial statement is available for your personal inspection at our office, or a copy of it will be mailed upon your written request.

**SIPC Protection:** As a member of the Securities Investor Protection Corporation (SIPC), funds are available to meet customer claims up to a ceiling of $500,000, including a maximum of $250,000 for cash claims. For additional information regarding SIPC coverage, including a brochure, please contact SIPC at (202) 371-8300 or visit www.sipc.org. Apex has purchased an additional insurance policy through a group of London Underwriters to supplement SIPC protection. This additional insurance policy becomes available to customers in the event that SIPC limits are exhausted and provides protection for securities and cash up to certain limits. Similar to SIPC protection, this additional insurance does not protect against a loss in the market value of securities.

Any free credit balance represents funds payable upon demand which, although properly accounted for on our books of records, is not segregated, and may be used in the conduct of this firm's business as permissible under the SEC Rule 15c3-2.

## NOTICE TO CUSTOMERS

As required under SEC rules, both the Firm's Order Routing Report as well as information regarding specific order routing information is available free of charge upon request.

Apex is a member of the New York Stock Exchange and various other exchanges. Apex acts as clearing agent for your trades.

Your account, which was introduced to us by your broker or bank, is established under your name on a "fully disclosed" basis at Apex. As a clearing agent, we provide securities clearance and may provide order execution on you broker's or bank's instructions.

You will remain a customer of your broker or bank. Apex will not be involved with or have any responsibility for decisions regarding securities transactions in your account. Your broker or bank will be responsible for opening, approving and monitoring all activities in connection with your account. The entry of orders, and any instructions regarding the deposit or withdrawal of securities or monies should be made through your broker or bank.

In addition to the above mentioned services, Apex will provide cashiering services, safeguarding of funds and securities while in Apex's possession, monitoring compliance with applicable credit Regulation T and Apex's internal policies, preparing and mailing your account records (including transaction confirmations and periodic statements of your account).

Interest charges to your account will be based on the size and net debit balance during the interest period. These rates are subject to revision without notice in accordance with any changes in the broker call loan rate, as published in the Wall Street Journal. For more complete information regarding interest charged to customers, consult the Truth in Lending Notice which is made available through your broker or bank.

Apex is a member of the Financial Industry Regulatory Authority, Inc. ("FINRA") and we are required to inform you of the availability of the FINRA Investor Brochure, which contains information on FINRA BrokerCheck. You may contact FINRA at 800-289-9999 or at their website at www.finra.org. Apex carries your account and acts as your custodian for funds and securities deposited with us directly by you, through your brokerage firm or bank or as a result of transactions we process for your account. Any suspected inaccuracy or discrepancy in your account statement must be promptly reported to both your brokerage firm or bank (not to your individual broker or agent) and Apex. In order to protect your rights, including your right to SIPC coverage, please confirm any oral communication in writing and include your brokerage account number. General inquiries or concerns regarding your account should be directed to your brokerage firm or bank. Account positions and balance inquiries or concerns should be directed to Apex by telephone at 214-765-1009.

## PORTFOLIO SUMMARY:

The Pie Chart is an estimate for illustrative purposes only.

## ACCOUNT SUMMARY:

Displays applicable account type balance, money fund balances, priced portfolio value, and total account equity as of the opening and closing of the statement period. Priced Portfolio Value and Total Portfolio Equity are rounded to the nearest dollar. Total Priced Portfolio and Expense does not include unpriced securities.

## INCOME AND EXPENSE SUMMARY:

Lists all income earned during the current statement period, as well as year to date. Section includes taxable and non-taxable dividends and interest, capital gains and MLP (Master Limited Partnership) distributions. This section also displays and Margin Interest Expenses.

## PORTFOLIO EQUITY ALLOCATION:

The Pie Chart is an estimate for illustrative purposes only.

## MARKET VALUE:

Lists all securities held in your account.

This amount represents the value of the security position in your portfolio based on appraisals obtained from the various quotation services. These appraisals are based on the closing prices, bond yields and/or the mean bid and ask on the last day of the statement period. Because of the nature of the data provided by the quotation services, we cannot guarantee the accuracy of such prices or the valuation dates particularly in the case of inactive or infrequently traded securities.

Some securities in your portfolio may be listed as "Unpriced" on your statement. We use an automated pricing service from an outside vendor and certain prices may not be available to them. You can obtain a current quotation, upon request, from your broker or bank.

Bond prices might differ from current market quotes. Similarly, bond ratings may differ from current actual ratings. Computerized pricing and rating services are often unable to supply us with up to the minute information. Your broker or bank will be pleased to obtain a current quotation upon request.

## ESTIMATED ANNUAL INCOME

The current annual dividend or bond interest rate for each security held, if available from quotation services. The rate is multiplied by the number of shares or par value of bonds to determine estimated annual income.

## OPEN ORDERS:

Displays all GTC (Good-Till-Cancelled) orders in your account. Also included in the section are GTX orders (GTC orders eligible for extended trading hours).

## MONEY MARKET ACTIVITY:

Purchases, reinvestments and liquidations of money market fund checks.

## DEFINITION OF ACCOUNT TYPES:

C=Cash, M=Margin, I=Income, L=Legal, S=Short, X=RVP/DVP, and O=Other

## REALIZED GAIN/LOSS DETAIL AND PORTFOLIO SUMMARY SECTIONS:

Displays mutual funds by average cost and other securities by individual tax lot. Realized gains (losses) are reflected on a trade date basis for transactions settling during the current period or the period in which the shares were received, if later. Realized gains and losses may include transactions that settle during the following statement cycle. These transactions appear in the Portfolio Holdings section. Estimated unrealized gains (losses) are displayed for most securities currently held. The cost basis used in determining gains (losses) does not reflect wash sales and may not reflect all capital adjustments. Most exchanges reflected on this statement are treated as non-taxable, unless or until other information has been communicated to us. Cost basis of preferred securities with original issue discount ("OID") is not adjusted for the accretion of OID. For most long positions transferred between beneficial owners, the transferor's cost basis will be retained. For shares acquired from a decedent, you should consult your tax advisor to determine the appropriate valuations and holding period that applies. ALTHOUGH THE COST BASIS SHOWN MAY HAVE BEEN ADJUSTED, YOUR COST BASIS MAY REQUIRE ADDITIONAL ADJUSTMENTS. NOTE: WE DO NOT REPRESENT THE CALCULATIONS OF REALIZED AND UNREALIZED GAINS (LOSSES) AS AN OFFICIAL TAX ACCOUNTING OF SUCH FIGURES. FOR TAX PURPOSES, YOU SHOULD RELY ON YOUR OWN RECORDS AND THE CONSOLIDATED FORM 1099 SENT TO YOU.

## Order Routing:

The SEC requires all broker-dealers that route orders in equity securities and options to make available quarterly reports that present a general overview of their routing practices. The reports must identify the significant venues to which customer orders were routed for execution during the applicable quarter and disclose the material aspects of the broker-dealer's relationship with such venues. In addition, the Rule (SEC 606) requires broker-dealers to disclose, on customer request, the venues to which the individual customer's orders were routed for the six months prior to the request, and the execution time for the orders that were executed. For further information, please contact your broker or financial advisor.

**PLEASE RETAIN THIS STATEMENT AS IT WILL BE HELPFUL IN PREPARING YOUR INCOME TAX RETURNS AND MAY BE NEEDED ALONG WITH SUBSEQUENT STATEMENTS TO VERIFY INTEREST CHARGES IN YOUR ACCOUNT. THIS STATEMENT SHALL BE DEEMED CONCLUSIVE UNLESS OBJECTED TO IN WRITING WITHIN 10 BUSINESS DAYS OF THE STATEMENT CLOSING DATE.**
**MUTUAL FUNDS AND OTHER SECURITIES ARE NOT INSURED BY THE FDIC, ARE NOT DEPOSITS OR OBLIGATIONS OF, OR GUARANTEED BY APEX, AND INVOLVE INVESTMENT RISKS, INCLUDING THE POSSIBLE LOSS OF THE PRINCIPAL AMOUNT INVESTED.**

*November 1, 2021 - November 30, 2021*

PAGE 2 OF 10

# Webull Financial LLC
44 Wall Street, New York, NY 10005
customerservice@webull.us

# I N D I V I D U A L   A C C O U N T

ACCOUNT NUMBER   **5NE-61900-14 RR WEA**

**MIKHAIL MOISEYEVICH KHANUKHOV**

## ▼ PORTFOLIO SUMMARY

| DESCRIPTION | SYMBOL/CUSIP | ACCOUNT TYPE | QUANTITY | PRICE | MARKET VALUE | LAST PERIOD'S MARKET VALUE | % CHANGE | EST. ANNUAL INCOME | % OF TOTAL PORTFOLIO |
|---|---|---|---|---|---|---|---|---|---|
| **EQUITIES / OPTIONS** | | | | | | | | | |
| META MATLS INC COMMON STOCK | MMAT | C | 2,310 | $3.67 | $8,477.70 | $9,964.00 | -15% | 46 | 40.249% |
| META MATLS INC PFD SER A | MMTLP | C | 6,600 | 1.87 | 12,342.00 | 8,448.00 | 46 | | 58.596 |
| VINCO VENTURES INC COMMON STOCK | BBIG | C | 80 | 3.04 | 243.20 | | N/A | | 1.155 |
| **Total Equities** | | | | | **$21,062.90** | | | | **100.000%** |
| **TOTAL PRICED PORTFOLIO** | | | | | **$21,062.90** | | | | |

## ▼ ACCOUNT ACTIVITY

### BUY / SELL TRANSACTIONS

| TRANSACTION | DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|
| SOLD | 11/08/21 | C | AMC ENTERTAINMENT HOLDINGS INC CL A COM CUSIP: 00165C104 | 37 | $40.12 | | $1,484.42 |
| BOUGHT | 11/10/21 | C | META MATLS INC COMMON STOCK CUSIP: 59134N104 | 10 | 5.06 | 50.60 | |
| BOUGHT | 11/10/21 | C | META MATLS INC COMMON STOCK CUSIP: 59134N104 | 30 | 5.09 | 152.70 | |

*November 1, 2021 - November 30, 2021*

ACCOUNT NUMBER    5NE-61900-14 RR WEA

PAGE 3 OF 10

**Webull Financial LLC**
44 Wall Street, New York, NY 10005
customerservice@webull.us

MIKHAIL MOISEYEVICH KHANUKHOV

I N D I V I D U A L   A C C O U N T

▼ ACCOUNT ACTIVITY (CONTINUED)

**BUY / SELL TRANSACTIONS** (continued)

| TRANSACTION | DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|
| BOUGHT | 11/10/21 | C | META MATLS INC COMMON STOCK CUSIP: 59134N104 | 50 | 5.125 | 256.25 | |
| BOUGHT | 11/10/21 | C | VINCO VENTURES INC COMMON STOCK CUSIP: 927330100 | 10 | 4.84 | 48.40 | |
| BOUGHT | 11/10/21 | C | VINCO VENTURES INC COMMON STOCK CUSIP: 927330100 | 20 | 4.855 | 97.10 | |
| BOUGHT | 11/19/21 | C | VINCO VENTURES INC COMMON STOCK CUSIP: 927330100 | 50 | 4.03 | 201.50 | |
| BOUGHT | 11/24/21 | C | META MATLS INC COMMON STOCK CUSIP: 59134N104 | 100 | 3.95 | 395.00 | |

**Total Buy / Sell Transactions**     $1,201.55     $1,484.42

**FUNDS PAID AND RECEIVED**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| TOU | 11/08/21 | C | Journal to APEX CRYPTO / DIRECT ...(APXD) TP/(ecd06655a-aea5-41fb ae20-5e952e153223) | | | $103.90 | |
| TOU | 11/08/21 | C | Journal to APEX CRYPTO / DIRECT ...(APXD) TP/(acd166651-4ea6-490b b86a-c7078dbb7357) | | | 100.00 | |

*November 1, 2021 - November 30, 2021*

PAGE 4 OF 10

# I N D I V I D U A L   A C C O U N T

ACCOUNT NUMBER **5NE-61900-14 RR WEA**

**MIKHAIL MOISEYEVICH KHANUKHOV**

▼ ACCOUNT ACTIVITY (CONTINUED)

**FUNDS PAID AND RECEIVED** (continued)

| TRANSACTION | DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|
| TOU | 11/08/21 | C | Journal to APEX CRYPTO / DIRECT ...(APXD) TPJ(56daa864-ce39-4be8 b58d-8663ddb2c67b) | | | 200.00 | |
| TOU | 11/08/21 | C | Journal to APEX CRYPTO / DIRECT ...(APXD) TPJ(4e48f434-4455-4ea0 a42e-093e6996ec15) | | | 100.00 | |
| TOU | 11/08/21 | C | Journal to APEX CRYPTO / DIRECT ...(APXD) TPJ(dd894635-03ee-48b9 95f2-a40375efdac1) | | | 75.47 | |
| TOU | 11/08/21 | C | Journal to APEX CRYPTO / DIRECT ...(APXD) TPJ(4f00114cb-2720-488d a5cb-8ce529e6df62) | | | 300.00 | |
| TOU | 11/17/21 | C | Journal to APEX CRYPTO / DIRECT ...(APXD) TPJ(2f859107-8af6-4cd7 bf97-ab03c4851e34) | | | 112.50 | |
| TOU | 11/17/21 | C | Journal to APEX CRYPTO / DIRECT ...(APXD) TPJ(315525bb-ec3e-4763 8bab-aa5372e39b0b) | | | 50.00 | |
| TOU | 11/17/21 | C | Journal to APEX CRYPTO / DIRECT ...(APXD) TPJ(3ae09243-9b77-4875 a892-a77ef5cb670) | | | 136.00 | |

Webull Financial LLC
44 Wall Street, New York, NY 10005
customerservice@webull.us

I N D I V I D U A L   A C C O U N T

*November 1, 2021 - November 30, 2021*

PAGE 5 OF 10

ACCOUNT NUMBER  **5NE-61900-14 RR WEA**

**MIKHAIL MOISEYEVICH KHANUKHOV**

▼ ACCOUNT ACTIVITY (CONTINUED)

**FUNDS PAID AND RECEIVED** (continued)

| TRANSACTION | DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|
| TOU | 11/22/21 | C | Journal to APEX CRYPTO / DIRECT ...(APXD) TPJ(36eefdec1-791a-4d7d aa15-98d6e44ce2ee9) | | | 105.00 | |
| ACH | 11/17/21 | C | ACH DEPOSIT SEN(20211117133575) | | | | 500.00 |
| ACH | 11/22/21 | C | ACH DEPOSIT SEN(20211122327120) | | | | 500.00 |
| **Total Funds Paid And Received** | | | | | | **$1,282.87** | **$1,000.00** |

**Webull Financial LLC**
44 Wall Street, New York, NY 10005
customerservice@webull.us

*November 1, 2021 - November 30, 2021*

# I N D I V I D U A L    A C C O U N T

ACCOUNT NUMBER **5NE-61900-14 RR WEA**

MIKHAIL MOISEYEVICH KHANUKHOV

PAGE **6** OF 10



**Webull Financial LLC**
44 Wall Street, New York, NY 10005
customerservice@webull.us

▼ ANNOUNCEMENTS

## IMPORTANT INFORMATION

### Statement of Financial Condition
A copy of Apex Clearing Corporation's Unaudited Statement of Financial Condition as of June 30, 2021 is available on the website at www.apexclearing.com/disclosures/. A copy may also be obtained at no cost by calling Apex Clearing Corporation. As of June 30, 2021, Apex Clearing Corporation had a net capital of $407,242,025 and was $359,371,347 in excess of its required net capital of $47,870,678. As of July 31, 2021, Apex Clearing Corporation had a net capital of $416,271,626 and was $370,434,309 in excess of its required net capital of $45,837,317.

### Apex's Policy for Dividends and Interest
Apex's policy is to pay all dividends and interest in US Dollars. Apex will allow the following countries to be paid in their foreign currency (Canadian Dollars, British Pounds, Euros, Argentine Peso, Chinese Renminbi, Korean Won, Philippine Peso and Brazilian Real).

### Participation in Fully Paid Lending Program
Customers participating in the Fully-Paid Securities Lending Program should be aware that shares on loan are not covered by FDIC or SIPC. Cash securities collateralizing shares are held at JP Morgan Chase & Co. and not subject to FDIC or SIPC protections. Please consult the Master Securities Lending Agreement for additional information.

### Information Regarding Cost Basis for Foreign Account Statements
Foreign Currency: Cost basis is required to be reported in U.S. dollars for tax purposes. It is the responsibility of the account holder to convert sales proceeds paid in foreign currency to U.S. dollars to avoid inaccurate cost basis calculations. When reporting the purchase or sale, you must determine the U.S. dollar amounts to be reported as of the settlement date, at the spot rate or by following a reasonable spot rate convention. See Regulations section 1.6045-1(d)(8).

**Payment of Interest to holders of Municipal Securities** - you may be subject to a substitute interest payment if the transfer of ownership of your municipal security has not been completed prior to the next interest payment. Please contact a tax professional for more specific details.

## IMPORTANT INFORMATION

To our valued customers:
FINRA Rule 2231 requires that we advise you to promptly report any inaccuracy or discrepancy in your account (within 10 days after available) to your brokerage firm and clearing firm (where these are different firms) and to re-confirm any oral communications in writing.
https://www.finra.org/rules-guidance/notices/06-72
**"IMPORTANT - Part of your distribution includes a return of capital. Any distribution that represents a return of capital reduces the estimated per share value shown on your account statement."**

The preceding notice is required when reporting distributions on Direct Participation Programs and/or REITs and is subject to the DPP or REIT sponsor's final capital return determination as detailed in the IRS Form 1099 or K-1, as applicable.
Alternative or Other Investments, DPP, and Unlisted securities are not listed on a national securities exchange, are generally illiquid and that, even if a customer is able to sell the securities, the price received may be less than the per share estimated value provided in the account. The evaluation method used for any particular DPP or REIT will be provided to clients upon request.
**Certain positions are not held on Apex's books or custodied by Apex and are not Protected by SIPC.**
Pursuant to SEC Rule 606, Apex Clearing Corporation is required to make publicly available a quarterly report with regard to its routing of non-directed orders. For the purpose of this Rule, we have entered into an agreement with Quantum5 Market Surveillance (a Division of S3 Matching Technologies) to disclose all required information pertaining to this rule. This information can

*November 1, 2021 - November 30, 2021*

# I N D I V I D U A L   A C C O U N T

**MIKHAIL MOISEYEVICH KHANUKHOV**

ACCOUNT NUMBER **5NE-61900-14 RR WEA**

PAGE **7** OF 10



**Webull Financial LLC**
44 Wall Street, New York, NY 10005
customerservice@webull.us

▼ ANNOUNCEMENTS (CONTINUED)

be accessed on the internet at: **http://public.s3.com/rule606/apex/**, or a written copy will be furnished at no cost upon request via telephone to (214) 765-1009.
SEC Rule 606 (b) requires a broker-dealer to disclose to its customers, upon request, "the identity of the venue to which the customer's orders were routed for execution in the six months prior to the request, whether the orders were directed orders or non-directed orders, and the time of the transactions, if any, that resulted from such orders."
In accordance with the Emergency Economic Stabilization Act of 2008  broker-dealers are required to track and report cost basis to the IRS in three phases over the next three years.
• Equity securities acquired on or after January 1, 2011
• Mutual fund and dividend reinvestment plan (DRIP) shares acquired on or after January 1, 2012:
• Debit securities, options, and all other financial instruments acquired on or after January 1, 2014. (The IRS has extended this date from the previously announced date of January 1, 2013.)
Beginning this upcoming tax reporting season the cost basis of any covered equity security transaction (purchased after 12/31/10) that is required to be reported on a 1099-B will include its associated cost basis. If you have any questions about this important change to the IRS mandated reporting requirements, please contact your broker-dealer or registered advisor.

## IMPORTANT INFORMATION CONTINUED

Please take note of the following description of Apex Clearing Corporation's excess SIPC coverage, which reflects certain changes made to the coverage effective August 8, 2013.  The Securities Investor Protection Corporation ("SIPC") protects certain customer funds up to a ceiling of $500,000, including a maximum of $250,000 for cash claims. **Please note SIPC does not cover commodity contracts and options on futures.**  For additional information regarding SIPC coverage, including a brochure, please contact SIPC at (202) 371-8300 or visit www.sipc.org.

Apex has purchased an additional insurance policy to supplement SIPC protection. This additional insurance policy, widely known as "excess SIPC," becomes available to customers in the event that SIPC limits are exhausted.  This additional insurance provides protection for securities and cash up to an aggregate limit of $150 million, subject to sub-limits for any one customer of $37.5 million for securities and $900,000 for cash. Similar to SIPC protection, this additional insurance does not protect against a loss in the market value of securities.  For additional information, please contact your broker.

### FDIC SWEEP PROGRAM
For customers with balances in a bank deposit account as part of the FDIC Sweep Program or shares of a money market mutual fund in which you have a beneficial interest, those balances or shares may be liquidated on your order and the proceeds returned to your account or remitted to you in accordance with the applicable prospectus and/or Terms and Conditions of the program.

For customers participating in the FDIC Sweep Program, the FDIC Sweep Program allows your cash balance to be eligible for insurance protection through the FDIC up to the maximum applicable insurance limits.  Customers may obtain information about FDIC, by contacting the FDIC at 1-877-275-3342, 1-800-925-4618 (TDD) or by visiting www.fdic.gov.  Deposit Account balances in the FDIC Sweep Program are not protected by SIPC or any other excess coverage by Apex Clearing Corporation. Deposit Account balances are protected as established by current applicable laws regulated by the FDIC.

Customers may obtain information about SIPC, including the SIPC brochure, by contacting SIPC at 202-371-8300 or by visiting www.SIPC.org.

### IMPORTANT INFORMATION
APEX CLEARING CORPORATION DISCLOSURE STATEMENT

Apex Clearing Corporation ("Apex") recognizes the importance of providing information on an ongoing basis to the customers whose accounts are cleared through Apex. Your broker/dealer has

*November 1, 2021 - November 30, 2021*


Webull Financial LLC
44 Wall Street, New York, NY 10005
customerservice@webull.us

**MIKHAIL MOISEYEVICH KHANUKHOV**

ACCOUNT NUMBER  **5NE-61900-14  RR WEA**

▼ ANNOUNCEMENTS (CONTINUED)

designated Apex as its clearing firm. In accordance with industry rules and regulations, Apex is required to disclose on an annual basis certain important regulatory notices and disclosures. To comply with these requirements, Apex has published an Annual Disclosure Statement which is available on the Apex corporate web site, www.apexclearing.com. For customers who do not have access to the internet please call Apex at 214-765-1009 and request a complete copy of the Annual Disclosure Statement be mailed to your address of record.
A brief summary of the content of the Annual Disclosure Statement is as follows:

- Anti-Money Laundering - Federal law requires all financial institutions to obtain, verify and record information that identifies each person who opens an account.
- Privacy Policy - The privacy of customers is a responsibility which Apex respects and protects for former customers as well as current customers.
- Margin Disclosure Statement: FINRA Rule 2264 - The Information furnished provides basic facts about purchasing securities on margin and alerts customers of certain risks involved in trading securities in a margin account.
- Day-Trading Risk Disclosure Statement: FINRA Rule 2270 - Information to be considered before engaging in a day-trading strategy.
- Business Continuity Plan: FINRA Rule 4370 - A further summary of Apex's Disaster Recovery Plan to reasonable ensure business continuity.
- SEC Rule 606 and 607 (Payment for Order Flow and Order Routing information) - (Rule 606) Requires Apex to make public a quarterly report with regard to routing of non-directed orders and (Rule 607) Requires Apex to disclose its payment for order flow practices.
- SEC Rule 10b-10 - Requires customers are provided with prior written notification of certain transactions that are not reported immediately through a trade confirmation.
- SIPC Information: FINRA Rule 2266 - The Securities Investor Protection Corporation ("SIPC") requires that funds are available to meet customer claims up to a ceiling of $500,000, including a maximum of $250,000 for cash claims. For more information about SIPC coverage or to receive a brochure, please visit the SIPC website at www.sipc.org or, call (202) 371-8300.
- Investor Education and Protection: FINRA Rule 2267 - Requires Apex to provide information about FINRA's BrokerCheck program. The investor brochure may be obtained from FINRA BrokerCheck hotline number (800) 289-9999 or the FINRA web site address www.FINRA.org.
- Joint NASD Industry Breakpoint Task Force - A further summary of a July 2003 report which recommends written disclosure regarding mutual fund breakpoints.
- Carrying Agreements: FINRA Rule 4311 - The firm with which you have opened your securities account has retained Apex to provide certain record keeping, clearance, and settlement functions. A further summary of details is disclosed.
- Extended Hours Trading Risk Disclosure: FINRA Rule 2265 - Risks to consider include lower liquidity, higher volatility, changing prices, unlinked markets, news announcements, wider spreads, and lack of calculation.
- Liens and Levies - Apex will abide by the directions of federal, state, or other levying authorities.
- Regulation E - Disclosure regarding certain electronic transfers is required under the provisions of this regulation as issued by the Board of Governors of the Federal Reserve System.
- Municipal Securities Rulemaking Board ("MSRB") Rule G-10 requires an annual notification that 1) Apex Clearing Corporation is registered with the U.S. Securities and Exchange Commission and the Municipal Securities Rulemaking Board, 2) the MSRB publishes an investor brochure that is published on their website that describes the protections that may be provided by the MSRB and how to file a complaint with the regulatory authorities and 3) a copy of the MSRB investor Brochure as well as information regarding prospective, new and existing MSRB rules may be found on the MSRB website by going to the following link: http://www.msrb.org/.

**IMPORTANT INFORMATION - Privacy Policy**

Apex Clearing Corporation ("Apex") carries your account as a clearing broker by arrangement with your broker-dealer or registered investment advisor as Apex's introducing client. At Apex, we understand that privacy is an important issue for customers of our introducing firms. It is our policy to respect the privacy of all accounts that we maintain as clearing broker and to protect the security and confidentiality of non-public personal information relating to those accounts. Please note that this policy generally applies to former customers of Apex as well as current customers.

*November 1, 2021 - November 30, 2021*

# INDIVIDUAL ACCOUNT

ACCOUNT NUMBER  **5NE-61900-14 RR WEA**

MIKHAIL MOISEYEVICH KHANUKHOV

PAGE 9 OF 10



**Webull Financial LLC**
44 Wall Street, New York, NY 10005
customerservice@webull.us

▼ ANNOUNCEMENTS (CONTINUED)

## Personal Information Collected

In order to service your account as a clearing broker, information is provided to Apex by your introducing firm who collects information from you in order to provide the financial services that you have requested. The information collected by your introducing firm and provided to Apex or otherwise obtained by Apex may come from the following sources and is not limited to:

- Information included in your applications or forms, such as your name, address, telephone number, social security number, occupation, and income;
- Information relating to your transactions, including account balances, positions, and activity;
- Information which may be received from consumer reporting agencies, such as credit bureau reports;
- Information relating to your creditworthiness;
- Information which may be received from other sources with your consent or with the consent of your introducing firm.

In addition to servicing your account, Apex may make use of your personal information for analysis purposes, for example, to draw conclusions, detect patterns or determine preferences.

## Sharing of Nonpublic Personal Information

Apex does not disclose non-public personal information relating to current or former customers of introducing firms to any third parties, except as required or permitted by law, including but not limited to any obligations of Apex under the USA PATRIOT Act, and in order to facilitate the clearing of customer transactions in the ordinary course of business.

Apex has multiple affiliates and relationships with third party companies. Examples of these companies include financial and non-financial companies that perform services such as data processing and companies that perform securities executions on your behalf. We may share information among our affiliates and third parties, as permitted by law, in order to better service your financial needs and to pursue legitimate business interests, including to carry out, monitor and analyze our business, systems and operations.

## Security

Apex strives to ensure that our systems are secure and that they meet industry standards. We seek to protect non- public personal information that is provided to Apex by your introducing firm or otherwise obtained by Apex by implementing physical and electronic safeguards. Where we believe appropriate, we employ firewalls, encryption technology, user authentication systems (i.e. passwords and personal identification numbers) and access control mechanisms to control access to systems and data. Apex endeavors to ensure that third party service providers who may have access to non-public personal information are following appropriate standards of security and confidentiality. Further, we instruct our employees to use strict standards of care in handling the personal financial information of customers.  As a general policy, our staff will not discuss or disclose information regarding an account except: 1) with authorized personnel of your introducing firm, 2) as required by law or pursuant to regulatory request, or 3) as  authorized by Apex to a third party or affiliate providing services to your account or pursuing Apex's legitimate business interests.

## Access to Your Information

You may access your account information through a variety of media offered by your introducing firm and Apex (i.e. statements or online services). Please contact your introducing firm if you require any additional information.

## IMPORTANT INFORMATION - Privacy Policy - CONTINUED

Apex may use "cookies" in order to provide better service, to facilitate its customers' use of the website, to track usage of the website, and to address security hazards. A cookie is a small piece of information that a website stores on a personal computer, and which it can later retrieve.

## Changes to Apex's Privacy Policy

Apex reserves the right to make changes to this policy.

I N D I V I D U A L　　A C C O U N T

*November 1, 2021 - November 30, 2021*

PAGE **10** OF 10

ACCOUNT NUMBER  **5NE-61900-14 RR WEA**

**MIKHAIL MOISEYEVICH KHANUKHOV**

▼ ANNOUNCEMENTS (CONTINUED)

**How to Get in Touch with Apex about this Privacy Policy**
For reference, this Privacy Policy is available on our website at www.apexclearing.com. For more information relating to Apex's Privacy Policy or to limit our sharing of your personal information, please contact:

Apex Clearing Corporation
Attn: Compliance Department 350 N. St. Paul St., Suite 1300
Dallas, Texas 75201
cs@apexclearing.com



Webull Financial LLC
44 Wall Street, New York, NY 10005
customerservice@webull.us

# Robinhood

85 Willow Rd, Menlo Park, CA 94025
help@robinhood.com

11/01/2021 to 11/30/2021
**MIKHAIL KHANUKHOV** Account #:143396059
21901 Lassen St unit 146, chatsworth, CA 91311

Page 1 of 8

## Account Summary

| | Opening Balance | Closing Balance |
|---|---|---|
| Net Account Balance | $501.68 | $1.00 |
| Total Securities | $38,492.57 | $36,845.34 |
| **Portfolio Value** | **$38,994.25** | **$36,846.34** |

## Income and Expense Summary

| | This Period | Year to Date |
|---|---|---|
| Dividends | $0.00 | $15.30 |
| Capital Gains Distributions | $0.00 | $0.00 |
| Interest Earned | $0.00 | $0.00 |

## Portfolio Allocation

■ Options   ■ Equities   ■ Cash and Cash Equivalents



- Cash and Cash Equivalents 0.00%
- Equities 100.00%
- Options 0.00%

This statement shall be conclusive if not objected to in writing within ten days (except with respect to debit card transactions). Errors and omissions exempted. Please address all communications to the firm and not to the individuals. Address changes or other material changes in your account should be directed to the office servicing your account. Kindly mention your account number. This statement should be retained for income tax purposes.

Portfolio Summary

| Securities Held in Account | Sym/Cusip | Acct Type | Qty | Price | Mkt Value | Est. Dividend Yield | % of Total Portfolio |
|---|---|---|---|---|---|---|---|
| AMC Entertainment<br>Estimated Yield: 0.00% | AMC | Margin | 8 | $33.94 | $271.52 | $0.00 | 0.74% |
| Vinco Ventures<br>Estimated Yield: 0.00% | BBIG | Margin | 155 | $3.04 | $471.20 | $0.00 | 1.28% |
| Lucid Group<br>Estimated Yield: 0.00% | LCID | Margin | 33 | $52.98 | $1,748.34 | $0.00 | 4.74% |
| Luokung Technology<br>Estimated Yield: 0.00% | LKCO | Margin | 175 | $0.86 | $150.50 | $0.00 | 0.41% |
| Meta Materials<br>Estimated Yield: 0.00% | MMAT | Margin | 6,481 | $3.67 | $23,785.27 | $0.00 | 64.55% |
| MMAT Preferred Shares<br>Estimated Yield: 0.00% | MMTLP | Margin | 5,286 | $1.87 | $9,884.82 | $0.00 | 26.83% |
| Naked Brand<br>Estimated Yield: 0.00% | NAKD | Margin | 107 | $0.61 | $65.39 | $0.00 | 0.18% |
| NIO<br>Estimated Yield: 0.00% | NIO | Margin | 10 | $39.13 | $391.30 | $0.00 | 1.06% |
| Party City<br>Estimated Yield: 0.00% | PRTY | Margin | 14 | $5.50 | $77.00 | $0.00 | 0.21% |
| **Total Securities** | | | | | **$36,845.34** | **$0.00** | **100.00%** |
| **Brokerage Cash Balance** | | | | | **$1.00** | | **0.00%** |
| **Total Priced Portfolio** | | | | | **$36,846.34** | | |

## Account Activity

| Description | Symbol | Acct Type | Transaction | Date | Qty | Price | Debit | Credit |
|---|---|---|---|---|---|---|---|---|
| Tesla<br>CUSIP: 88160R101 | TSLA | Margin | BCXL | 11/10/2021 | 0.202798 | $799.00 | | $162.03 |
| Tesla<br>CUSIP: 88160R101 | TSLA | Margin | Buy | 11/10/2021 | 0.202798 | $798.90 | $162.02 | |
| AMC Entertainment<br>CUSIP: 00165C104 | AMC | Margin | Buy | 10/28/2021 | 3 | $35.07 | $105.21 | |
| Lucid Group<br>CUSIP: 54949B103 | LCID | Margin | Buy | 10/28/2021 | 10 | $37.59 | $375.90 | |
| Meta Materials<br>CUSIP: 59134N104 | MMAT | Margin | Buy | 10/28/2021 | 4 | $4.44 | $17.76 | |
| AMC Entertainment<br>CUSIP: 00165C104 | AMC | Margin | Buy | 11/08/2021 | 3 | $42.06 | $126.18 | |
| Lucid Group<br>CUSIP: 54949B103 | LCID | Margin | Sell | 11/08/2021 | 10 | $45.98 | | $459.80 |
| Meta Materials<br>CUSIP: 59134N104 | MMAT | Margin | Buy | 11/08/2021 | 25 | $5.10 | $127.63 | |
| Meta Materials<br>CUSIP: 59134N104 | MMAT | Margin | Buy | 11/08/2021 | 3 | $5.10 | $15.30 | |
| Vinco Ventures<br>CUSIP: 927330100 | BBIG | Margin | Buy | 11/08/2021 | 20 | $4.89 | $97.79 | |
| Vinco Ventures<br>CUSIP: 927330100 | BBIG | Margin | Buy | 11/08/2021 | 19 | $4.88 | $92.82 | |
| Gold Fee | | Margin | GOLD | 11/12/2021 | | | $5.00 | |
| ACH Deposit | | Margin | ACH | 11/17/2021 | | | | $500.00 |
| ACH Deposit | | Margin | ACH | 11/18/2021 | | | | $200.00 |
| AMC Entertainment<br>CUSIP: 00165C104 | AMC | Margin | Sell | 11/16/2021 | 27 | $43.96 | | $1,186.96 |

## Account Activity

| Description | Symbol | Acct Type | Transaction | Date | Qty | Price | Debit | Credit |
|---|---|---|---|---|---|---|---|---|
| AMC Entertainment CUSIP: 00165C104 | AMC | Margin | Sell | 11/16/2021 | 15 | $43.29 | | $649.34 |
| AMC Entertainment CUSIP: 00165C104 | AMC | Margin | Sell | 11/16/2021 | 25 | $43.27 | | $1,081.82 |
| AMC Entertainment CUSIP: 00165C104 | AMC | Margin | Sell | 11/16/2021 | 30 | $42.60 | | $1,278.02 |
| Crypto Money Movement | | Margin | COIN | 11/18/2021 | | | $3.76 | |
| Crypto Money Movement | | Margin | COIN | 11/18/2021 | | | $2.79 | |
| Crypto Money Movement | | Margin | COIN | 11/18/2021 | | | $11.50 | |
| Crypto Money Movement | | Margin | COIN | 11/18/2021 | | | $3.08 | |
| Lucid Group CUSIP: 549498103 | LCID | Margin | Buy | 11/16/2021 | 1 | $53.93 | $53.93 | |
| Lucid Group CUSIP: 549498103 | LCID | Margin | Buy | 11/16/2021 | 2 | $54.96 | $109.91 | |
| Lucid Group CUSIP: 549498103 | LCID | Margin | Buy | 11/16/2021 | 22 | $55.75 | $1,226.50 | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 11/16/2021 | 220 | $4.55 | $1,000.63 | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 11/16/2021 | 100 | $4.56 | $456.50 | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 11/16/2021 | 211 | $4.60 | $970.22 | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 11/16/2021 | 10 | $4.59 | $45.90 | |
| Naked Brand CUSIP: Q6519T117 | NAKD | Margin | Buy | 11/16/2021 | 2 | $0.73 | $1.45 | |
| Naked Brand CUSIP: Q6519T117 | NAKD | Margin | Buy | 11/16/2021 | 30 | $0.76 | $22.75 | |

Account Activity

| Description | Symbol | Acct Type | Transaction | Date | Qty | Price | Debit | Credit |
|---|---|---|---|---|---|---|---|---|
| Naked Brand CUSIP: Q6519T117 | NAKD | Margin | Buy | 11/16/2021 | 5 | $0.75 | $3.76 | |
| Party City CUSIP: 702149105 | PRTY | Margin | Buy | 11/16/2021 | 3 | $6.82 | $20.46 | |
| Party City CUSIP: 702149105 | PRTY | Margin | Buy | 11/16/2021 | 4 | $6.89 | $27.55 | |
| Vinco Ventures CUSIP: 927330100 | BBIG | Margin | Buy | 11/16/2021 | 24 | $4.18 | $100.44 | |
| Vinco Ventures CUSIP: 927330100 | BBIG | Margin | Buy | 11/16/2021 | 1 | $4.19 | $4.19 | |
| Vinco Ventures CUSIP: 927330100 | BBIG | Margin | Buy | 11/16/2021 | 5 | $4.21 | $21.05 | |
| Vinco Ventures CUSIP: 927330100 | BBIG | Margin | Buy | 11/16/2021 | 25 | $4.20 | $105.13 | |
| Lucid Group CUSIP: 54949B103 | LCID | Margin | Buy | 11/17/2021 | 4 | $54.87 | $219.48 | |
| Luokung Technology CUSIP: G5698I106 | LKCO | Margin | Buy | 11/17/2021 | 5 | $1.02 | $5.09 | |
| Luokung Technology CUSIP: G5698I106 | LKCO | Margin | Buy | 11/17/2021 | 100 | $1.02 | $101.76 | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 11/17/2021 | 15 | $4.52 | $67.80 | |
| Naked Brand CUSIP: Q6519T117 | NAKD | Margin | Buy | 11/17/2021 | 40 | $0.71 | $28.41 | |
| Vinco Ventures CUSIP: 927330100 | BBIG | Margin | Buy | 11/17/2021 | 20 | $4.00 | $80.00 | |
| AMC Entertainment CUSIP: 00165C104 | AMC | Margin | Sell | 11/18/2021 | 1 | $41.42 | | $41.42 |
| AMC Entertainment CUSIP: 00165C104 | AMC | Margin | Sell | 11/18/2021 | 9 | $41.41 | | $372.69 |

## Account Activity

| Description | Symbol | Acct Type | Transaction | Date | Qty | Price | Debit | Credit |
|---|---|---|---|---|---|---|---|---|
| Crypto Money Movement | | Margin | COIN | 11/22/2021 | | | $19.99 | |
| Lucid Group<br>CUSIP: 549498103 | LCID | Margin | Buy | 11/18/2021 | 3 | $45.84 | $137.52 | |
| Luokung Technology<br>CUSIP: G56981106 | LKCO | Margin | Buy | 11/18/2021 | 35 | $0.94 | $32.76 | |
| Luokung Technology<br>CUSIP: G56981106 | LKCO | Margin | Buy | 11/18/2021 | 10 | $0.92 | $9.20 | |
| Meta Materials<br>CUSIP: 59134N104 | MMAT | Margin | Buy | 11/18/2021 | 30 | $4.20 | $125.85 | |
| Meta Materials<br>CUSIP: 59134N104 | MMAT | Margin | Buy | 11/18/2021 | 1 | $4.26 | $4.27 | |
| Meta Materials<br>CUSIP: 59134N104 | MMAT | Margin | Buy | 11/18/2021 | 1 | $4.27 | $4.27 | |
| Meta Materials<br>CUSIP: 59134N104 | MMAT | Margin | Buy | 11/18/2021 | 2 | $4.28 | $8.56 | |
| NIO<br>CUSIP: 62914V106 | NIO | Margin | Buy | 11/18/2021 | 5 | $38.23 | $191.15 | |
| Naked Brand<br>CUSIP: Q6519T117 | NAKD | Margin | Buy | 11/18/2021 | 10 | $0.67 | $6.73 | |
| Party City<br>CUSIP: 70149105 | PRTY | Margin | Buy | 11/18/2021 | 5 | $6.68 | $33.40 | |
| Vinco Ventures<br>CUSIP: 927330100 | BBIG | Margin | Buy | 11/18/2021 | 10 | $3.98 | $39.80 | |
| AMC Entertainment<br>CUSIP: 00165C104 | AMC | Margin | Sell | 11/22/2021 | 22 | $41.15 | | $905.29 |
| Crypto Money Movement | | Margin | COIN | 11/24/2021 | | | $100.00 | |
| Lucid Group<br>CUSIP: 549498103 | LCID | Margin | Buy | 11/22/2021 | 1 | $51.52 | $51.52 | |

## Account Activity

| Description | Symbol | Acct Type | Transaction | Date | Qty | Price | Debit | Credit |
|---|---|---|---|---|---|---|---|---|
| Luokung Technology CUSIP: G5698I106 | LKCO | Margin | Buy | 11/22/2021 | 25 | $0.89 | $22.37 | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 11/22/2021 | 100 | $3.98 | $397.77 | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 11/22/2021 | 1 | $3.96 | $3.96 | |
| NIO CUSIP: 62914V106 | NIO | Margin | Buy | 11/22/2021 | 5 | $41.23 | $206.17 | |
| Naked Brand CUSIP: G6519T117 | NAKD | Margin | Buy | 11/22/2021 | 20 | $0.69 | $13.74 | |
| Party City CUSIP: 702149105 | PRTY | Margin | Buy | 11/22/2021 | 2 | $6.36 | $12.72 | |
| Vinco Ventures CUSIP: 927330100 | BBIG | Margin | Buy | 11/22/2021 | 25 | $3.87 | $96.65 | |
| **Total Funds Paid and Received** | | | | | | | **$7,338.05** | **$6,837.37** |

### Executed Trades Pending Settlement
These transactions may not be reflected in the other summaries

| Description | Acct Type | Transaction | Trade Date | Settle Date | Qty | Price | Debit | Credit |
|---|---|---|---|---|---|---|---|---|
| **Total Executed Trades Pending Settlement** | | | | | | | **$0.00** | **$0.00** |

## Important Information

Robinhood Securities, LLC ("RHS") carries your account as the clearing broker by arrangement with your introducing broker-dealer, Robinhood Financial LLC ("RHF"). If this is a margin account and we maintain a special miscellaneous account for you, this is a combined statement of your general account and special miscellaneous account maintained for you under Regulation T issued by the Board of Governors of the Federal Reserve System. The permanent record of the special miscellaneous account as required by Regulation T is available for your inspection at your request.

The per annum rate of interest charged on debit balances in your account is shown on this statement. This rate may change from time to time in accordance with fluctuations in interest rates. Interest is computed from the 1st day of the month to the last day of the month. The interest is based on the average daily balance in your account with us, and for the actual number of days based on an interest year of 360 days. When calculating margin interest, free credit balances in all accounts will be offset against any debit in the margin account and the interest will be charged on the new debit balance.

We are required to report to the Internal Revenue Service all cash dividends and interest credited to your account on securities held for you in our name. All dividends and interest credits should be included in your income tax return.

Information relative to fees and any other charges incurred in connection with listed option transactions occurring during the month has previously been furnished to you in confirmation of such transactions. A summary of the information will be made available to you promptly upon request. Exercise assignment notices for option contracts are allocated among customer short positions pursuant to a manual procedure which randomly selects from amongst all customer short option positions including those contracts which are subject to exercise. All short American style option positions are liable for assignment at any time whereas European style options are assigned at expiration. A more detailed description of our random allocation procedure is available upon request.

You are to promptly advise Robinhood of any material changes concerning your investment objectives or financial situation by updating your information using the Robinhood platform or by contacting help@robinhood.com.

Our financial statement is available for your personal inspection; it can also be emailed to you upon request.

RHS is a Member of SIPC, which protects securities customers of its members up to $500,000 (including $250,000 for claims for cash). Explanatory brochure available upon request or at www.sipc.org.

Any free credit balances represent funds payable upon demand which, although properly accounted for on our books and records, is not segregated, and may be used in the conduct of this firm's business as permissible under the SEC Rule 15c3-2.

Notice to Customers

RHS acts as clearing agent for your trades. Your account, which was introduced to us by RHF, is established under your name on a "fully disclosed" basis at RHS. You remain a customer of RHF.

As required, under SEC rules, both the Firm's Order Routing Report as well as information regarding specific order routing information is available free of charge upon request.

As a clearing agent, we provide securities clearance and may provide order execution based on RHF instructions. RHS will not be involved with or have any responsibility for decisions regarding securities transactions in your account. RHF will be responsible for opening, approving and monitoring all activities in connection with your account. The entry of orders and any instructions regarding the deposit or withdrawal of securities or monies should be made through RHF.

In addition to the above mentioned services, RHS will provide cashiering services, safeguarding of funds and securities while in our possession, monitoring compliance with applicable credit Regulation T and RHS internal policies, preparing and making accessible your account records (including transaction confirmations and periodic statements of your account).

The dividend totals reflected in the Income and Expense Summary are inclusive of both taxable and non-taxable dividends.

Interest charges to your account may be based on the size and net debit balance during the interest period. These rates are subject to revision without notice in accordance with any changes in the broker call loan rate, as published in the Wall Street Journal. For more complete information regarding interest charges to customers, consult the RHF Fee Schedule, available at https://rbnhd.co/fees.

We also offer Robinhood Cash Management as an additional feature of your account. Robinhood Cash Management includes debit card access to your account and automatic sweep of uninvested cash to bank deposits. If you participate in Robinhood Cash Management, your use of the debit card, and your rights with respect to debit card transactions, will be governed by the Robinhood Debit Card Agreement, which has been provided to you and is available at https://rbnhd.co/debit-card-agreement.

In case of errors or questions about your electronic transfers, including your debit card transactions, or if you think your statement or receipt is wrong or if you need more information about a transaction listed on the statement or receipt, email Robinhood at help@robinhood.com. Robinhood must hear from you no later than sixty (60) days after you were sent the FIRST statement on which the problem or error appeared.

A. Tell Robinhood your name and account number.
B. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
C. Tell Robinhood the dollar amount of the suspected error.

Robinhood will investigate your complaint and will correct any error promptly. If we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes Robinhood to complete our investigation.

If you participate in Robinhood Cash Management, your uninvested cash is swept into accounts at FDIC-insured program banks, where your uninvested cash will earn interest from the program banks and be eligible for FDIC insurance up to applicable limits, subject to FDIC rules. Please see the Robinhood Securities, LLC & Robinhood Financial LLC Insured Network Deposit Sweep Program Disclosures, available at https://rbnhd.co/ind-disclosure, for the terms and conditions of this sweep program, including information regarding FDIC insurance coverage.

RHF and RHS are members of the Financial Industry Regulatory Authority, Inc. ("FINRA"), and we are required to inform you of the availability of the FINRA Investor Brochure, which contains information on FINRA BrokerCheck. You may contact FINRA at 800-289-9999 or via their website www.finra.org. RHS carries your account and acts as your custodian for funds and securities deposited with us directly by you, through RHF as a result of transactions we process to your account. Any suspected inaccuracy or discrepancy in your account statement must be promptly reported to RHF. In order to protect your rights, please confirm any oral communications in writing and include your brokerage account number. General inquiries or concerns regarding your account should be directed to: help@robinhood.com.

The SEC requires all broker-dealers that route orders in equity securities and options to make available quarterly reports that present a general overview of their routing practices. The reports must identify the significant venues to which customer orders were routed for execution during the applicable quarter and disclose the material aspects of the broker-dealers relationship with such venue. In addition, the Rule (SEC 606) requires broker-dealers to disclose, upon customer request, the venues to which the individual customer's orders were routed for the six months prior to the request, and the execution time for the orders that were executed. For further information, please contact RHF.

Statement of Financial Condition
Robinhood Securities, LLC. Unaudited Statement of Financial Condition as of June 30, 2021 is available on the Company's website at http://www.robinhood.com/legal. A paper copy may be requested at no cost by calling 1-(800)-282-1327. On June 30, 2021, Robinhood Securities, LLC. had a net capital of $2,722,363,896, which was $2,612,355,106 in excess of its required net capital of $110,008,790.

PLEASE RETAIN THIS STATEMENT AS IT WILL BE HELPFUL IN PREPARING YOUR INCOME TAX RETURNS AND MAY BE NEEDED ALONG WITH SUBSEQUENT STATEMENTS TO VERIFY INTEREST CHARGES IN YOUR ACCOUNT. THIS STATEMENT SHALL BE DEEMED CONCLUSIVE UNLESS OBJECTED TO IN WRITING WITHIN 10 BUSINESS DAYS.