NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | | **PROOF OF INTEREST** |
|---|---|---|

**Name of Debtor:** Meta Materials Inc.
**Case Number:** 24-50792

**1. Name and address of holder of the Equity Interest** (the person or entity holding an Equity Interest in the Debtor Referred to hereinafter as the "Interest holder"):

Janet Hall
3826 NW Vardon Pl
Portland, OR 97229

**Telephone Number:** 512-910-3151

- ☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars
- ☒ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case
- ☐ Check box if this address differs from the address on the envelope sent to you by the Debtors

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

**COURT USE ONLY**

**Account or other number by which Interest holder identifies Debtor:** 25X-79402

Check here if this claim:
- ☐ replaces a previously filed Proof of Interest dated: _____
- ☐ amends a previously filed Proof of Interest dated: _____

**2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:**

**Telephone Number:**

**3. Date Equity Interest was acquired:**

**4. Total amount of member interest:** 49,398  currently have 383 shares

**5. Certificate number(s):**

**6. Type of Equity Interest**
Please indicate the type of Equity Interest you hold:
- ☒ Check this box if your Equity Interest is based on an actual member interest held in the Debtor
- ☐ Check this box if your Equity Interest is based on anything else and describe that interest

**Description:** _____

**7. Supporting Documents** Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**8. Date-Stamped Copy:** To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

**9. Signature**
Check the appropriate box.
- ☒ I am the creditor
- ☐ I am the creditor's authorized agent. (Attach copy of power of attorney, if any)
- ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004)
- ☐ I am a guarantor, surety, endorser, or other codebtor. (See Bankruptcy Rule 3005)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

**Print Name:** Janet Hall
**Title:**
**Company:** Address and telephone number (if different from notice address above):

(Signature) Janet Hall
(Date) 10-23-24
**Telephone number:** 512-910-3151
**email:** janethallhj@gmail.com

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

2021

| Date | Description | Transaction Type | Quantity | Transaction Amount | Commissions/ Trading Fees | (Debit)/ Credit |
|---|---|---|---|---|---|---|
| | CUS NO 09228103 UNIT PRICE   16 3800 | | | | | |
| 02/02 | TORCHLIGHT ENERGY RESOURCES INC CUS NO 89102U103 UNIT PRICE   1 7000 | Purchase | | 300 0000 | (510 00) | |
| | CUS NO 78472V100 UNIT PRICE   4 8000 | | | | | |
| 02/10 | TORCHLIGHT ENERGY RESOURCES INC CUS NO 89102U103 UNIT PRICE   1 5953 | Purchase | | 750 0000 | (1,196 50) | |
| | CUS NO 45166V106 UNIT PRICE   3 9589 | | | | | |
| 02/23 | TORCHLIGHT ENERGY RESOURCES, INC CUS NO 89102U103 UNIT PRICE   3 0099 | Purchase | | 450 0000 | (1 354 46) | |
| 03/02 | TORCHLIGHT ENERGY RESOURCES INC CUS NO 89102U103 UNIT PRICE   2 1899 | Purchase | | 500 0000 | (1,094 95) | |
| 03/17 | TORCHLIGHT ENERGY RESOURCES, INC CUS NO 89102U103 UNIT PRICE   2 5600 | Purchase | | 150 0000 | (384 00) | |
| 04/20 | TORCHLIGHT ENERGY RESOURCES INC CUS NO 89102U103 UNIT PRICE   1 4129 | Purchase | | 1,700 0000 | (2 402 00) | |
| 05/12 | TORCHLIGHT ENERGY | Purchase | | 560 0000 | (1,213 02) | |
| 05/12 | TORCHLIGHT ENERGY | Purchase | 560 0000 | (1 213 02) | | (1 213 02) |

012

**MERRI**
A BANK OF AM

JANET HALL                                                     Account Number 25X-79402

*YOUR CMA TRANSACTIONS*                                                       May 01 20

**SECURITY TRANSACTIONS** (continued)

| Settlement Date | Description | Transaction Type | Quantity | Transaction Amount | Commissions/ Trading Fees | (Debit)/ Credit |
|---|---|---|---|---|---|---|
| **Purchases** | | | | | | |
| | CUS NO 89223110I UNIT PRICE   13 0740 | | | | | |
| 05/24 | TORCHLIGHT ENERGY RESOURCES INC CUS NO 89102U103 UNIT PRICE   2 1169 | Purchase | | 1 000 0000 | (2 117 00) | |
| 05/25 | TORCHLIGHT ENERGY RESOURCES INC CUS NO 89102U103 UNIT PRICE   2 1900 | Purchase | | 90 0000 | (197 10) | |
| 05/26 | TORCHLIGHT ENERGY RESOURCES INC CUS NO 89102U103 UNIT PRICE   2 2350 | Purchase | | 980 0000 | (2 190 30) | |
| 05/26 | TORCHLIGHT ENERGY RESOURCES INC CUS NO 89102U103 UNIT PRICE   2 3150 | Purchase | | 1,520 0000 | (3,518 80) | |

| Date | Description | Type | Unit Price | Shares | Amount |
|---|---|---|---|---|---|
| 06/02 | TORCHLIGHT ENERGY RESOURCES INC CUS NO 89102U103 UNIT PRICE | Purchase | 2 3800 | 1 250 0000 | (2 975 00) |
| 06/04 | TORCHLIGHT ENERGY RESOURCES INC CUS NO 89102U103 UNIT PRICE | Purchase | 2 9356 | 2,080 0000 | (6,106 05) |
| 06/09 | METAMATERIAL INC REG SHS CUS NO 59134F101 UNIT PRICE | Purchase | 3 9400 | 1,000 0000 | (3 940 00) |
| 06/10 | TORCHLIGHT ENERGY RESOURCES INC CUS NO 89102U103 UNIT PRICE | Purchase | 3 2650 | 1,000 0000 | (3,265 00) |
| 06/16 | METAMATERIAL INC REG SHS CUS NO 59134F101 UNIT PRICE | Purchase | 5 1000 | 1,010 0000 | (5,151 00) |
| 06/16 | METAMATERIAL INC REG SHS CUS NO 59134F101 UNIT PRICE | Purchase | 5 1000 | 1,000 0000 | (5 100 00) |
| 06/16 | TORCHLIGHT ENERGY RESOURCES INC CUS NO 89102U103 UNIT PRICE | Purchase | 3 4167 | 2,000 0000 | (6,833 45) |
| 06/17 | TORCHLIGHT ENERGY RESOURCES INC CUS NO 89102U103 UNIT PRICE | Purchase | 4 9300 | 480 0000 | (2 366 40) |
| 06/17 | TORCHLIGHT ENERGY RESOURCES, INC CUS NO 89102U103 UNIT PRICE | Purchase | 4 7999 | 550 0000 | (2,639 97) |
| 06/17 | TORCHLIGHT ENERGY RESOURCES, INC CUS NO 89102U103 UNIT PRICE | Purchase | 4 7800 | 542 0000 | (2,590 76) |
| 06/18 | TORCHLIGHT ENERGY RESOURCES INC CUS NO 89102U103 UNIT PRICE | Purchase | 5 9400 | 660 0000 | (3,920 40) |
| 06/21 | TORCHLIGHT ENERGY RESOURCES, INC CUS NO 89102U103 UNIT PRICE | Purchase | 5 5050 | 300 0000 | (1,651 50) |
| 06/22 | TORCHLIGHT ENERGY RESOURCES, INC CUS NO 89102U103 UNIT PRICE | Purchase | 5 4900 | 2,950 0000 | (16,195 50) |
| 06/22 | TORCHLIGHT ENERGY RESOURCES, INC CUS NO 89102U103 UNIT PRICE | Purchase | 6 2390 | 13 0000 | (81 11) |
| 06/23 | METAMATERIAL INC REG SHS CUS NO 59134F101 UNIT PRICE | Purchase | 9 5000 | 52 0000 | (494 00) |
| 06/23 | METAMATERIAL INC REG SHS CUS NO 59134F101 UNIT PRICE | Purchase | 9 6194 | 99 0000 | (952 32) |
| 06/23 | METAMATERIAL INC REG SHS CUS NO 59134F101 UNIT PRICE | Purchase | 8 8200 | 560 0000 | (4 939 20) |
| 06/23 | TORCHLIGHT ENERGY RESOURCES, INC CUS NO 89102U103 UNIT PRICE | Purchase | 8 6200 | 124 0000 | (1 068 88) |
| 06/23 | TORCHLIGHT ENERGY RESOURCES INC CUS NO 89102U103 UNIT PRICE | Purchase | 8 5200 | 549 0000 | (4 677 48) |
| 06/23 | TORCHLIGHT ENERGY RESOURCES INC CUS NO 89102U103 UNIT PRICE | Purchase | 8 5500 | 333 0000 | (2 847 15) |
| 06/23 | TORCHLIGHT ENERGY RESOURCES, INC CUS NO 89102U103 UNIT PRICE | Purchase | 9 0200 | 6 0000 | (54 12) |
| 06/23 | TORCHLIGHT ENERGY RESOURCES, INC CUS NO 89102U103 UNIT PRICE | Purchase | 9 0000 | 687 0000 | (6,183 00) |
| 06/23 | TORCHLIGHT ENERGY RESOURCES INC CUS NO 89102U103 UNIT PRICE | Purchase | 10 0200 | 448 0000 | (4 488 96) |
| 06/29 | TORCHLIGHT ENERGY RESOURCES INC CUS NO 89102U103 UNIT PRICE | Purchase | 4 9097 | 2 874 0000 | (14,110 56) |

| Date | Description | | Type | Shares | Amount |
|---|---|---|---|---|---|
| 07/08 | META MATERIALS INC | | Purchase | 430 0000 | (2 974 76) |
| | CUS NO 59134N104 UNIT PRICE | 6 9180 | | | |
| 07/09 | META MATERIALS INC | | Purchase | 3 0000 | (21 30) |
| | CUS NO 59134N104 UNIT PRICE | 7 1000 | | | |
| 07/14 | META MATERIALS INC | | Purchase | 125 0000 | (601 25) |
| | CUS NO 59134N104 UNIT PRICE | 4 8100 | | | |
| 07/21 | META MATERIALS INC | | Purchase | 335 0000 | (1 128 95) |
| | CUS NO 59134N104 UNIT PRICE | 3 3700 | | | |
| 07/28 | META MATERIALS INC | | Purchase | 740 0000 | (2 530 80) |
| | CUS NO 59134N104 UNIT PRICE | 3 4200 | | | |

**Purchases**

| Date | Description | | Type | Shares | Amount |
|---|---|---|---|---|---|
| 07/30 | META MATERIALS INC | | Purchase | 29 0000 | (95 41) |
| | CUS NO 59134N104 UNIT PRICE | 3 2899 | | | |
| 07/30 | META MATERIALS INC | | Purchase | 1 0000 | (3 29) |
| | CUS NO 59134N104 UNIT PRICE | 3 2895 | | | |
| 08/03 | META MATERIALS INC | | Purchase | 168 0000 | (586 32) |
| | CUS NO 59134N104 UNIT PRICE | 3 4900 | | | |
| 08/03 | META MATERIALS INC | | Purchase | 2,150 0000 | (7 585 00) |
| | CUS NO 59134N104 UNIT PRICE | 3 5279 | | | |
| 08/03 | META MATERIALS INC | | Purchase | 990 0000 | (3,572 91) |
| | CUS NO 59134N104 UNIT PRICE | 3 6090 | | | |
| 08/27 | META MATERIALS INC | | Purchase | 6,084 0000 | (21,780 72) |
| | CUS NO 59134N104 UNIT PRICE | 3 5800 | | | |
| 08/27 | META MATERIALS INC | | Purchase | 3 033 0000 | (10,797 48) |
| | CUS NO 59134N104 UNIT PRICE | 3 5600 | | | |
| 08/27 | META MATERIALS INC | | Purchase | 1 939 0000 | (6,922 23) |
| | CUS NO 59134N104 UNIT PRICE | 3 5700 | | | |
| 08/30 | META MATERIALS INC | | Purchase | 1 824 0000 | (6 748 80) |
| | CUS NO 59134N104 UNIT PRICE | 3 7000 | | | |

**Purchases**

| Date | Description | | Type | Shares | Amount |
|---|---|---|---|---|---|
| 09/07 | META MATERIALS INC | | Purchase | 120 0000 | (602 40) |
| | CUS NO 59134N104 UNIT PRICE | 5 0200 | | | |
| 09/07 | META MATERIALS INC | | Purchase | 5 0000 | (25 10) |
| | CUS NO 59134N104 UNIT PRICE | 5 0199 | | | |
| 09/08 | META MATERIALS INC | | Purchase | 1 0000 | (5 27) |
| | CUS NO 59134N104 UNIT PRICE | 5 2686 | | | |
| 09/10 | META MATERIALS INC | | Purchase | 37 0000 | (196 84) |
| | CUS NO 59134N104 UNIT PRICE | 5 3200 | | | |
| 09/15 | META MATERIALS INC | | Purchase | 275 0000 | (1 421 75) |
| | CUS NO 59134N104 UNIT PRICE | 5 1700 | | | |
| 09/15 | META MATERIALS INC | | Purchase | 3 0000 | (16 20) |
| | CUS NO 59134N104 UNIT PRICE | 5 3999 | | | |
| 09/15 | META MATERIALS INC | | Purchase | 1 0000 | (5 30) |
| | CUS NO 59134N104 UNIT PRICE | 5 2999 | | | |
| 09/17 | META MATERIALS INC | | Purchase | 100 0000 | (491 00) |
| | CUS NO 59134N104 UNIT PRICE | 4 9100 | | | |
| 09/17 | META MATERIALS INC | | Purchase | 1 0000 | (4 90) |
| | CUS NO 59134N104 UNIT PRICE | 4 8986 | | | |

| Date | Description | Type | Unit Price | Quantity | Amount |
|---|---|---|---|---|---|
| 09/20 | META MATERIALS INC<br>CUS NO 59134N104 UNIT PRICE | Purchase | 4 8800 | 40 0000 | (195 20) |
| 09/20 | META MATERIALS INC<br>CUS NO 59134N104 UNIT PRICE | Purchase | 4 9250 | 4 0000 | (19 70) |
| 10/01 | META MATERIALS INC<br>CUS NO 59134N104 UNIT PRICE | Purchase | 6 0088 | 14 0000 | (84 12) |
| 10/06 | META MATERIALS INC<br>CUS NO 59134N104 UNIT PRICE | Purchase | 5 3499 | 42 0000 | (224 70) |
| 10/07 | META MATERIALS INC<br>CUS NO 59134N104 UNIT PRICE | Purchase | 5 1000 | 117 0000 | (596 70) |
| 10/27 | META MATERIALS INC<br>CUS NO 59134N104 UNIT PRICE | Purchase | 4 4400 | 5 0000 | (22 20) |
| 10/27 | META MATERIALS INC<br>CUS NO 59134N104 UNIT PRICE | Purchase | 4 4700 | 890 0000 | (3,978 30) |
| 11/03 | META MATERIALS INC<br>CUS NO 59134N104 UNIT PRICE | Purchase | 4 8000 | 209 0000 | (1 003 20) |
| 11/08 | META MATERIALS INC<br>CUS NO 59134N104 UNIT PRICE | Purchase | 4 8840 | 28 0000 | (136 75) |
| 11/26 | META MATERIALS INC<br>CUS NO 59134N104 UNIT PRICE | Purchase | 3 8399 | 260 0000 | (998 37) |
| 11/26 | META MATERIALS INC<br>CUS NO 59134N104 UNIT PRICE | Purchase | 3 9200 | 1 0000 | (3 92) |

**Purchases**

| Date | Description | Type | Unit Price | Quantity | Amount |
|---|---|---|---|---|---|
| 12/22 | META MATERIALS INC<br>CUS NO 59134N104 UNIT PRICE | Purchase | 2 6987 | 405 0000 | (1 092 97) |
| 12/29 | META MATERIALS INC<br>CUS NO 59134N104 UNIT PRICE | Purchase | 2 8000 | 2 0000 | (5 60) |
| 12/29 | META MATERIALS INC<br>CUS NO 59134N104 UNIT PRICE | Purchase | 2 8000 | 357 0000 | (999 60) |
| | ***Subtotal (Purchases)*** | | | | **(2,098 17)** |

## 2022

| Date | Description | Type | Unit Price | Quantity | Amount |
|---|---|---|---|---|---|
| 01/28 | META MATERIALS INC<br>CUS NO 59134N104 UNIT PRICE | Purchase | 1 6999 | 1 0000 | (1 70) |
| 01/28 | META MATERIALS INC<br>CUS NO 59134N104 UNIT PRICE | Purchase | 1 5900 | 62 0000 | (98 58) |