NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | | PROOF OF INTEREST |
|---|---|---|
| Name of Debtor<br>META MATERIALS INC | Case Number<br>24-50792-hlb | |

**1. Name and address of holder of the Equity Interest** (the person or entity holding an Equity Interest in the Debtor Referred to hereinafter as the 'Interest holder )

ROGER N. WURTELE
5913 GLEN HEATHER DR
PLANO TX 75093

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest Attach copy of statement giving particulars

☑ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors

Telephone Number  214-632-2379

COURT USE ONLY

NOTE This form SHOULD NOT be used to make a claim against the Debtor for money owed A separate Proof of Claim form should be used for that purpose This form should only be used to assert an Equity Interest in the Debtor An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein

Account or other number by which Interest holder identifies Debtor

Check here if this claim
☐ replaces a previously filed Proof of Interest dated _____
☐ amends a previously filed Proof of Interest dated _____

**2.** Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest

Telephone Number

**3.** Date Equity Interest was acquired

**4.** Total amount of member interest  5000 SHARES

**5.** Certificate number(s) _____

**6. Type of Equity Interest**
Please indicate the type of Equity Interest you hold
☑ Check this box if your Equity Interest is based on an actual member interest held in the Debtor
☐ Check this box if your Equity Interest is based on anything else and describe that interest
Description _____

**7. Supporting Documents** Attach copies of supporting documents, such as stock certificates option agreements, warrants, etc
DO NOT SEND ORIGINAL DOCUMENTS If the documents are not available, explain If the documents are voluminous, attach a summary

**8. Date-Stamped Copy** To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest

**9 Signature**
Check the appropriate box.
☑ I am the creditor   ☐ I am the creditor s authorized agent   ☐ I am the trustee, or the debtor,   ☐ I am a guarantor, surety, endorser, or other codebtor
  (Attach copy of power of attorney, if any )   or their authorized agent   (See Bankruptcy Rule 3005 )
  (See Bankruptcy Rule 3004 )

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief

Print Name  ROGER N WURTELE
Title
Company ___ Address and telephone number (if different from notice address above)

(Signature) Roger Wurtele    (Date) 10/23/24

Telephone number 214-632-2379 email RWDAD@SBC GLOBAL.NET

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both 18 U S C §§ 152 AND 3571*



**AMERICAN STOCK TRANSFER & TRUST CO., LLC**
**OPERATIONS CENTER**
**6201 15TH AVENUE**
**BROOKLYN, NY 11219**
Phone: 800-937-5449
www.astfinancial.com

**META MATERIALS INC**

**ROGER WURTELE**
**5913 GLEN HEATHER DRIVE**
**PLANO, TX 75093-4561**

STATEMENT DATE: 07/27/2021

COMPANY NUMBER: 24438

COMPANY NAME: **META MATERIALS INC**

CUSIP NUMBER: 59134N104

SHAREHOLDER ACCOUNT NUMBER: 0000010061

### DIRECT REGISTRATION TRANSACTION INFORMATION

| | | |
|---|---|---|
| TRANSACTION TYPE: | SHARES EXCHANGED (#29153) TORCHLIGHT ENERGY RESOURCES INC OLD | BROKER/DEALER PARTICIPANT NUMBER ON FILE: |
| NUMBER OF SHARES: | 5,000.000 | BROKER/DEALER ACCOUNT NUMBER ON FILE: |
| TRANSACTION NUMBER: | BK*0000073 | BROKER/DEALER PARTICIPANT NAME ON FILE: |

### ACCOUNT SUMMARY

**CURRENT BALANCES**

| | |
|---|---|
| DRS BOOK-ENTRY SHARES: | 5,000.000 |
| CERTIFICATED SHARES: | 0.000 |
| DIVIDEND REINVESTMENT SHARES: | 0.000 |
| TOTAL SHARES: | 5,000.000 |

This statement is your record of shares that have been credited to your account in book-entry form with American Stock Transfer & Trust Company, LLC ("AST"), the transfer agent for this issue.

Physical certificates may not be requested for this issue.

To learn more about other available transactions that you may request, including the sale of shares, please visit www.astfinancial.com.

If you currently have a brokerage account and wish to transfer your book-entry shares to that account, the following options are available to you:

- If your broker is a participant in the DRS Profile system, your broker may request your shares from AST utilizing the automated Profile system. You must provide your broker with the Company's CUSIP number, your shareholder account number, your taxpayer identification number, and the name in which the shares are registered. You must also provide your broker with the number of shares that you wish to transfer. Please be advised that your broker may request that you send him/her a copy of this Direct Registration Statement.

- If your broker is not a participant in the DRS Profile system, please write to AST at the address listed above, instructing AST to credit your brokerage account. You must include your AST account number, the name of your brokerage institution, your brokerage account number, and the number of shares that you wish to transfer. Your letter of instruction must be signed by all owners listed in the account registration and the signatures must be guaranteed by a bank, broker or other financial institution that is a member of a Securities Transfer Association-approved medallion program such as STAMP, SEMP or MSP. It would speed processing if you would include a copy of this Direct Registration Statement. Please coordinate with your broker to ensure that they will accept share delivery via the Direct Registration system.

The Issuer will furnish, without charge, to each holder who so requests, the powers, designations, preferences and relative participating optional or other special rights of each class of security or series thereof, and the qualifications, limitations or restrictions of such preferences and/or rights.



**A portion or all of the shares represented by this Advice are subject to either an Issuer restriction or a regulatory restriction under the Securities Act of 1933 and cannot be transferred without the approval of the Issuer or Legal Counsel for the Issuer**