NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | PROOF OF INTEREST |
|---|---|

| Name of Debtor: Meta Materials INC | Case Number: 24-50792-hlb |
|---|---|

**1** Name and address of holder of the Equity Interest (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the Interest holder'):

Daniel Ritz
26W 211 Arrow Glen Ct
Wheaton, IL 60189

Telephone Number
(773) 991-6396

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars

☒ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

COURT USE ONLY

| Account or other number by which Interest holder identifies Debtor 0000010212 | Check here if this claim: ☐ replaces a previously filed Proof of Interest dated _____ ☐ amends a previously filed Proof of Interest dated _____ |
|---|---|

**2** Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest
Equiniti Trust Company, LLC
PO Box 500, Newark, NJ 07101

Telephone Number  800-937-5449

**3** Date Equity Interest was acquired
2/16/2021      4/14/2023
3/12/2021      11/22/2023
1/25/2023      1/19/2024
4/13/2023      1/25/2024

**4** Total amount of member interest  1201 Shares
51 option contracts

**5** Certificate number(s)

**6** Type of Equity Interest
Please indicate the type of Equity Interest you hold
☒ Check this box if your Equity Interest is based on an actual member interest held in the Debtor
☐ Check this box if your Equity Interest is based on anything else and describe that interest
Description _____

**7** Supporting Documents: Attach copies of supporting documents, such as stock certificates, option agreements, warrants etc.
DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary

**8** Date-Stamped Copy: To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self addressed envelope and copy of this Proof of Interest

**9** Signature
Check the appropriate box
☒ I am the creditor  ☐ I am the creditor's authorized agent (Attach copy of power of attorney if any)  ☐ I am the trustee or the debtor or their authorized agent (See Bankruptcy Rule 3004)  ☐ I am a guarantor surety endorser or other codebtor (See Bankruptcy Rule 3005)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief

Print Name  Daniel Ritz
Title  _____
Company  Address and telephone number (if different from notice address above)
_____
_____

(Signature)      10/21/2024      (Date)

Telephone number  (773)991-6396      email  Ritz34@gmail.com

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U S C §§ 152 AND 3571*

| Print Form | Save Form | Clear Form |
|---|---|---|



AST is now EQ

EQUINITI TRUST COMPANY, LLC
OPERATIONS CENTER
PO BOX 500
NEWARK, NJ 07101

DANIEL J RITZ
26W211 ARROW GLEN CT
WHEATON IL 60189

| | |
|---|---|
| **Statement Date:** | October 7, 2024 |
| **Company Name:** | META MATERIALS INC (NEW) |
| **Company Number:** | 27756 |
| **Stock Exchange:** | NASD |
| **Company Ticker Symbol:** | MMAT |
| **CUSIP:** | 59134N302 |
| **Account Number:** | 0000010212 |

equiniti.com/us
help@equiniti.com
800-937-5449

# Transaction Advice

**IMPORTANT: Retain this statement for your investment and tax records.**

| Account Balance | Restricted | Unrestricted | Total | | Account Value | |
|---|---|---|---|---|---|---|
| DRS/Book Entry Shares | | 1,201.000 | 1,201.000 | | Market Value Date | 10/07/2024 |
| Plan Shares | | | | | Market Value Price | $0.525 |
| Certificated Shares | | | | | | |
| Total Shares | | | 1,201.000 | | Total Market Value | $631.49 |

Stock quotes are provided for informational purposes only. The quotes are supplied by an independent third-party as of a particular date. EQ does not guarantee the accuracy of such information as at the date of this statement or at any future date. Neither EQ nor its provider will be liable for any errors, incompleteness, or delays in the information herein, or for any actions taken in reliance thereon.

# Transaction Details:

| Transaction Date | Transaction Number | Transaction Type | Shares Debited or Credited |
|---|---|---|---|
| 10/07/2024 | BK*0000235 | BOOK SHARES CREDITED | 1,201.000 |



AST01277560000010212



0.001.001.00001

# META MATERIALS INC (NEW) Shareowner Disclosure

A full copy of any rights, privileges, restrictions, and conditions which may be attached to the securities covered by this statement can be obtained by writing to the Secretary of the Company

## Online Account Access

Accessing the EQ website is designed to be simple and secure  In order to
- View your account details including balances and transaction history
- Manage your payment method for dividends and sales proceeds
- Request check replacements
- Buy or sell shares
- Update your contact information
- Download statements and tax forms

Please follow these steps
Step 1   Go to equiniti com/us/ast-access/individuals/
Step 2
- If you already have your unique login ID, click **Login** under **Shareholder Central**
- **If you are a new user,** please click **First Time Registration** under **Shareholder Central** and complete the short
registration process to create your unique login ID

If you are unable to log into your account, it may be that your Social Security Number/TIN is not on file with EQ  You will need to complete and return the tax form, W9 form (domestic shareholders), W8 BEN (foreign individual), or W8 BEN-E (foreign entity)  The forms are available at equiniti com/us/ast-access/individuals/  Once EQ receives your tax form your Social Security Number/TIN will be updated and your account will become certified

## Important Information

- If you have only fractional shares, they cannot be transferred
- If you have at least one share
  - If your broker is a participant in the Direct Registration System (DRS), your broker may request your shares from EQ via the DRS   You must provide your broker with the Company s CUSIP, your shareholder account number, your taxpayer identification number, the name in which the shares are registered, and the number of shares you wish to transfer   Please note, your broker may request a copy of this Direct Registration Statement

  - If your broker is not a participant in the Direct Registration System (DRS), please write to EQ at the address listed above, instructing EQ to credit your brokerage account  You must include your EQ account number, the name of your brokerage institution, your brokerage account number, and the number of shares that you wish to transfer  Your letter of instruction must be signed by all owners listed in the account registration and the signatures must be medallion guaranteed by a bank, broker or other financial institution that is a member of a Securities Transfer Association-approved medallion program such as STAMP, SEMP, or MSP  Please include a copy of this Direct Registration Statement   Please coordinate with your broker to ensure that they will accept share delivery via the DRS

**E✶TRADE**
from Morgan Stanley

**CLIENT STATEMENT** | For the Period September 1-30, 2024

## Account Detail

| | Self-Directed Brokerage Account | DANIEL J RITZ TOD |
| | 146-362696-206 | SUBJECT TO STA RULES |

| Security Description | | Quantity | Share Price | Total Cost | Market Value | Unrealized Gain/(Loss) | Est Ann Income | Current Yield % |
|---|---|---|---|---|---|---|---|---|
| **KEYCORP NEW (KEY)** | Purchases | 2.000 | 16.750 | 27.16 | 33.50 | 6.34 | | |
| | Reinvestments | 0.057 | | 0.84 | 0.95 | 0.11 | | |
| | Total | 2.057 | | 28.00 | 34.45 | 6.45 | 1.69 | 4.91 |
| *Rating: Morgan Stanley: 2; Morningstar: 2; Next Dividend Payable 12/2024; Asset Class: Equities* | | | | | | | | |
| **META MATERIALS INC NEW (MMATQ)** | | 1,201.000 | 0.370 | 91,857.28 p | 444.37 | (91,419.64) | — | — |
| *Asset Class: Equities* | | | | | | | | |
| **REALTY INCOME CORP (O)** | Purchases | 2.998 | 63.420 | 188.27 | 190.13 | 1.86 | | |
| | Reinvestments | 0.286 | | 16.34 | 18.14 | 1.80 | | |
| | Total | 3.284 | | 204.61 | 208.27 | 3.66 | 10.38 | 4.98 |
| *Rating: Morgan Stanley: 2; Morningstar: 1; Next Dividend Payable 10/15/24; Asset Class: Alt* | | | | | | | | |
| **VICI PROPERTIES INC (VICI)** | Purchases | 1.000 | 33.310 | 30.23 | 33.31 | 3.08 | | |
| | Reinvestments | 0.044 | | 1.27 | 1.47 | 0.20 | | |
| | Total | 1.044 | | 31.50 | 34.78 | 3.28 | 1.81 | 5.20 |
| *Rating: Morgan Stanley: 2; Next Dividend Payable 10/03/24; Asset Class: Alt* | | | | | | | | |
| **COMMON STOCKS** | | | | **$96,805.01** | **$2,182.08** | **$(94,629.66)** | **$27.84** | **1.28%** |

**OPTIONS** (Contract Prices are presented to only the third decimal (which may display as "$0.000"), while calculation of Market Value uses an extended price.)

| Security Description | Number of Contracts | Contract Price | Total Cost | Market Value | Unrealized Gain/(Loss) |
|---|---|---|---|---|---|
| **CALL META MATERIALS INC NEW AT 0.500 EXPIRES 01/17/2025** (MMAT1 250117C00000500) | 51.000 | $0.000 | Please Provide | $0.51 | N/A |
| *Adjusted Option; Contract =    1.00000 Share; Asset Class: Equities* | | | | | |

| | Percentage of Holdings | | | Total Cost | Market Value | Unrealized Gain/(Loss) | Est Ann Income | Current Yield % |
|---|---|---|---|---|---|---|---|---|
| **STOCKS** | 81.31% | | | **$96,805.01** | **$2,182.59** | **$(94,629.66)** | **$27.84** | **1.28%** |

*For listed options that have a cost basis without a corresponding market value, an unrealized gain or loss is included for informational purposes.  Where market value information is not available, for purposes of calculating the unrealized gain or loss, we assume that market value is $0.  In such cases, the unrealized gain or loss may not provide an accurate reflection of the true unrealized gain or loss. For additional information regarding Gain/(Loss) and Pricing, refer to the Expanded Disclosures.*