NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | | **PROOF OF INTEREST** |
|---|---|---|

| Name of Debtor: Meta Materials Inc | Case Number: 24-50792 |
|---|---|

**1. Name and address of holder of the Equity Interest** (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the Interest holder.):

DAVID C JACKSON
9095 HENRY RD
PINCKNEY, MI 48169

Telephone Number: 734-395-8999

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

☑ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

**COURT USE ONLY**

Account or other number by which Interest holder identifies Debtor: **4162-0947**

Check here if this claim:
☐ replaces a previously filed Proof of Interest dated: _____
☐ amends a previously filed Proof of Interest dated: _____

**2.** Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:
Charles Schwab  3000 Schwab Way  West Lake  TX  76262
Telephone Number: 800-435-4000

**3.** Date Equity Interest was acquired: 8-26-2021

**4.** Total amount of member interest: 1000

**5.** Certificate number(s): _____

**6.** Type of Equity Interest:
Please indicate the type of Equity Interest you hold:
☑ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
☐ Check this box if your Equity Interest is based on anything else and describe that interest:
Description: _____

**7.** Supporting Documents: Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**8.** Date-Stamped Copy: To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self addressed envelope and copy of this Proof of Interest.

**9.** Signature:
Check the appropriate box.
☑ I am the creditor.   ☐ I am the creditor's authorized agent. (Attach copy of power of attorney if any.)   ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)   ☐ I am a guarantor, surety, endorser, or other codebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: David C Jackson
Title:
Company: Address and telephone number (if different from notice address above):
9095 Henry Rd Pinckney MI 48169
734-395 8999

(Signature)   10-24-2024 (Date)
Telephone number: 734-395-8999   email: dcjskate@hotmail.com

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*



## Schwab One® Account of

DAVID JACKSON
DESIGNATED BENE PLAN/TOD

Statement Period
September 1-30 2024

## Positions - Equities (continued)

| Symbol | Description | Quantity | Price($) | Market Value($) | Cost Basis($) | Unrealized Gain/(Loss)($) | Est Yield | Est Annual Income($) | % of Acct |
|---|---|---|---|---|---|---|---|---|---|
| ~~KMI~~ | ~~KINDER MORGAN INC DEL~~ | ~~███~~ | ~~███~~ | ~~███~~ | ~~███~~ | ~~███~~ | ~~███~~ | ~~███~~ | ~~███~~ |
| ~~███~~ | ~~███~~ | ~~███~~ | ~~███~~ | ~~███~~ | ~~███~~ | ~~███~~ | | ~~███~~ | ~~███~~ |
| MMATQ | META MATLS INC | 1 000 0000 | 0 37000 | 370 00 | 44 914 17 | (44 544 17) | N/A | 0 00 | <1% |
| ~~███~~ | ~~███~~ | ~~███~~ | ~~███~~ | ~~███~~ | ~~███~~ | ~~███~~ | N/A | 0 00 | ~~███~~ |
| ~~███~~ | ~~███~~ | ~~███~~ | ~~███~~ | ~~███~~ | ~~███~~ | ~~███~~ | N/A | 0 00 | ~~███~~ |
| ~~███~~ | ~~███~~ | ~~███~~ | ~~███~~ | ~~███~~ | ~~███~~ | ~~███~~ | N/A | 0 00 | ~~███~~ |

**Total Equities**

Estimated Annual Income ( EAI ) and Estimated Yield ( EY ) calculations are for informational purposes only  The actual income and yield might be lower or higher than the estimated amounts  EY is based upon EAI and the current price of the security and will fluctuate  For certain types of securities the calculations could include a return of principal or capital gains in which case EAI and EY would be overstated  EY and EAI are not promptly updated to reflect when an issuer has missed a regular payment or announced changes to future payments  in which case EAI and EY will continue to display at a prior rate

## Transactions - Summary

| Beginning Cash* as of 09/01 | Deposits | Withdrawals | Purchases | Sales/Redemptions | Dividends/Interest | Expenses | Ending Cash* as of 09/30 |
|---|---|---|---|---|---|---|---|
| $115 64 | $0 00 | $0 00 | ($183 00) | $0 00 | $183 04 | $0 00 | $115 68 |

Other Activity  **$0 00**    Other activity includes transactions which don t affect the cash balance such as stock transfers  splits  etc

*Cash (includes any cash debit balance) held in your account plus the value of any cash invested in a sweep money fund

## Transaction Details

| Date | Category | Action | Symbol/CUSIP | Description | Quantity | Price/Rate per Share($) | Charges/Interest($) | Amount($) | Realized Gain/(Loss)($) |
|---|---|---|---|---|---|---|---|---|---|
| ~~09/██~~ | ~~███~~ | ~~███~~ | ~~███~~ | ~~███~~ O | ~~███~~ | ~~███~~ | | ~~███~~ | |
| ~~███~~ | ~~███~~ | ~~███~~ | ~~███~~ | ~~███~~ | | | | ~~███~~ | |
| ~~09/██~~ | ~~███~~ | ~~███~~ | ~~███~~ X Z | ~~███~~ | | | | ~~███~~ | |
| ~~███~~ | ~~███~~ | ~~███~~ | | KRAFT HEINZ CO | ~~███~~ | ~~███~~ | | ~~███~~ | |