NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | | **PROOF OF INTEREST** |
|---|---|---|

Name of Debtor: Meta Materials, Inc

Case Number: 24-50792-hlb

1. Name and address of holder of the Equity Interest (the person or entity holding an Equity Interest in the Debtor Referred to hereinafter as the "Interest holder"):

Christopher Schenkel
1302 Springhorse Rd
Sinking Spring, PA 19608

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

☒ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors

Telephone Number: 610-657-7268

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

COURT USE ONLY

Account or other number by which Interest holder identifies Debtor:
1243-2992 (Charles Schwab)
5IZ 63492 (webull)

Check here if this claim
☐ replaces a previously filed Proof of Interest dated _____
☐ amends a previously filed Proof of Interest dated _____

2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:

Charles Schwab + Co, Inc  Omaha Ops Center  PO Box 2339  Omaha, NE 68103
Webull Financial LLC  44 Wall St  2nd Floor
Telephone Number: NY, NY 10005

3. Date Equity Interest was acquired:
6/28/2021 – 2/5/2024 (Transactions Attached)

4. Total amount of member interest: 1,023 shares $40,159.04 (post Reversal)

5. Certificate number(s): _____

6. Type of Equity Interest
Please indicate the type of Equity Interest you hold
☒ Check this box if your Equity Interest is based on an actual member interest held in the Debtor
☐ Check this box if your Equity Interest is based on anything else and describe that interest
Description: _____

7. Supporting Documents: Attach copies of supporting documents such as stock certificates, option agreements, warrants, etc.
DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. Date-Stamped Copy: To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped self-addressed envelope and copy of this Proof of Interest.

9. Signature
Check the appropriate box
☒ I am the creditor  ☐ I am the creditor's authorized agent (Attach copy of power of attorney, if any)  ☐ I am the trustee or the debtor, or their authorized agent (See Bankruptcy Rule 3004)  ☐ I am a guarantor, surety, endorser or other codebtor (See Bankruptcy Rule 3005)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: Chris Schenkel
Title: 
Company: Address and telephone number (if different from notice address above):

(Signature) _____  (Date) 10/23/24

Telephone number: 610-657-7268  email: cschenks@gmail.com

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

*CHARLES SCHWAB ACTIVITY*

| Date | Action | Symbol | Description | Quantity | Price | Fees & Comm | Amount |
|---|---|---|---|---|---|---|---|
| 1/29/2024 | Reverse Split | MMAT | META MATLS INC | 920 | | | |
| 12/8/2023 | Buy | MMAT | META MATLS INC | 5 000 | $0 06 | | ($307 50) |
| 12/4/2023 | Buy | MMAT | META MATLS INC | 10 000 | $0 07 | | ($725 00) |
| 12/4/2023 | Buy | MMAT | META MATLS INC | 10 000 | $0 07 | | ($738 00) |
| 11/22/2023 | Buy | MMAT | META MATLS INC | 1 000 | $0 08 | | ($78 77) |
| 11/22/2023 | Buy | MMAT | META MATLS INC | 1 000 | $0 08 | | ($78 10) |
| 11/7/2023 | Journaled Shares | MMAT | TDA TRAN  TRANSFER OF SECURITY OR OPTION OUT (MMAT) | 5 000 | | | |
| 11/6/2023 | Journaled Shares | MMAT | TDA TRAN  TRANSFER OF SECURITY OR OPTION OUT (MMAT) | 60 000 | | | |
| 11/6/2023 | Internal Transfer | MMAT | UNSTLD META MATLS INC | 5 000 | | | |
| 11/6/2023 | Internal Transfer | MMAT | META MATLS INC | 60 000 | | | |
| 11/3/2023 | Buy | MMAT | TDA TRAN  Bought 5000 (MMAT) @0 1075 | 5 000 | $0 11 | | ($537 50) |
| 10/30/2023 | Journaled Shares | MMAT | TDA TRAN  INTERNAL TRANSFER BETWEEN ACCOUNTS OR ACCOUNT TYPES (MMAT) | 60 000 | | | |
| 10/30/2023 | Journaled Shares | MMAT | TDA TRAN  INTERNAL TRANSFER BETWEEN ACCOUNTS OR ACCOUNT TYPES (MMAT) | 60 000 | | | |
| 9/19/2023 | Buy | MMAT | TDA TRAN  Bought 3000 (MMAT) @0 2058 | 3 000 | $0 21 | | ($617 40) |
| 9/8/2023 | Buy | MMAT | TDA TRAN  Bought 4000 (MMAT) @0 2116 | 4 000 | $0 21 | | ($846 40) |
| 8/3/2023 | Buy | MMAT | TDA TRAN  Bought 1000 (MMAT) @0 2470 | 1 000 | $0 25 | | ($247 00) |
| 7/12/2023 | Buy | MMAT | TDA TRAN  Bought 1000 (MMAT) @0 1870 | 1 000 | $0 19 | | ($187 00) |
| 6/22/2023 | Buy | MMAT | TDA TRAN  Bought 1000 (MMAT) @0 1930 | 1 000 | $0 19 | | ($193 00) |
| 6/21/2023 | Buy | MMAT | TDA TRAN  Bought 5000 (MMAT) @0 2022 | 5 000 | $0 20 | | ($1 011 00) |
| 5/1/2023 | Buy | MMAT | TDA TRAN  Bought 3000 (MMAT) @0 1890 | 3 000 | $0 19 | | ($567 00) |
| 4/14/2023 | Buy | MMAT | TDA TRAN  Bought 2000 (MMAT) @0 2349 | 2 000 | $0 23 | | ($469 80) |
| 4/14/2023 | Buy | MMAT | TDA TRAN  Bought 3000 (MMAT) @0 2192 | 3 000 | $0 22 | | ($657 60) |
| 4/14/2023 | Buy | MMAT | TDA TRAN  Bought 5000 (MMAT) @0 2230 | 5 000 | $0 22 | | ($1 115 00) |
| 4/13/2023 | Buy | MMAT | TDA TRAN  Bought 1000 (MMAT) @0 3950 | 1 000 | $0 40 | | ($395 00) |
| 4/11/2023 | Buy | MMAT | TDA TRAN  Bought 1000 (MMAT) @0 4060 | 1 000 | $0 41 | | ($406 00) |
| 4/11/2023 | Buy | MMAT | TDA TRAN  Bought  300 (MMAT) @0 4110 | 300 | $0 41 | | ($123 30) |
| 4/11/2023 | Buy | MMAT | TDA TRAN  Bought  700 (MMAT) @0 4112 | 700 | $0 41 | | ($287 84) |
| 4/11/2023 | Buy | MMAT | TDA TRAN  Bought 1000 (MMAT) @0 4114 | 1 000 | $0 41 | | ($411 40) |
| 4/10/2023 | Buy | MMAT | TDA TRAN  Bought 1000 (MMAT) @0 4140 | 1 000 | $0 41 | | ($414 00) |
| 4/5/2023 | Buy | MMAT | TDA TRAN  Bought 1000 (MMAT) @0 4178 | 1 000 | $0 42 | | ($417 80) |
| 4/4/2023 | Buy | MMAT | TDA TRAN  Bought 1000 (MMAT) @0 4516 | 1 000 | $0 45 | | ($451 60) |
| 3/24/2023 | Buy | MMAT | TDA TRAN  Bought 2000 (MMAT) @0 4599 | 2 000 | $0 46 | | ($919 80) |
| 3/23/2023 | Buy | MMAT | TDA TRAN  Bought 1000 (MMAT) @0 4835 | 1 000 | $0 48 | | ($483 50) |
| 3/23/2023 | Buy | MMAT | TDA TRAN  Bought 2000 (MMAT) @0 5095 | 2 000 | $0 51 | | ($1 019 00) |
| 3/13/2023 | Buy | MMAT | TDA TRAN  Bought 3100 (MMAT) @0 5011 | 3 100 | $0 50 | | ($1 553 41) |
| 2/10/2023 | Buy | MMAT | TDA TRAN  Bought  900 (MMAT) @0 8498 | 900 | $0 85 | | ($764 82) |
| 2/9/2023 | Buy | MMAT | TDA TRAN  Bought 1000 (MMAT) @0 8690 | 1 000 | $0 87 | | ($869 00) |
| 2/6/2023 | Buy | MMAT | TDA TRAN  Bought 1000 (MMAT) @0 9281 | 1 000 | $0 93 | | ($928 10) |
| 2/6/2023 | Buy | MMAT | TDA TRAN  Bought 1000 (MMAT) @0 9330 | 1 000 | $0 93 | | ($933 00) |
| 2/6/2023 | Buy | MMAT | TDA TRAN  Bought 1000 (MMAT) @0 9543 | 1 000 | $0 95 | | ($954 30) |
| 2/3/2023 | Buy | MMAT | TDA TRAN  Bought 1000 (MMAT) @0 9700 | 1 000 | $0 97 | | ($970 00) |
| 2/3/2023 | Buy | MMAT | TDA TRAN  Bought 1000 (MMAT) @1 0000 | 1 000 | $1 00 | | ($1 000 00) |
| 1/30/2023 | Buy | MMAT | TDA TRAN  Bought 1000 (MMAT) @0 9882 | 1 000 | $0 99 | | ($988 20) |
| 1/25/2023 | Buy | MMAT | TDA TRAN  Bought 1000 (MMAT) @1 0200 | 1 000 | $1 02 | | ($1 020 00) |
| 1/24/2023 | Buy | MMAT | TDA TRAN  Bought  500 (MMAT) @1 0400 | 500 | $1 04 | | ($520 00) |
| 1/19/2023 | Buy | MMAT | TDA TRAN  Bought  200 (MMAT) @0 9741 | 200 | $0 97 | | ($194 82) |
| 1/19/2023 | Buy | MMAT | TDA TRAN  Bought  800 (MMAT) @0 9752 | 800 | $0 98 | | ($780 16) |
| 1/12/2023 | Buy | MMAT | TDA TRAN  Bought 1500 (MMAT) @1 0400 | 1 500 | $1 04 | | ($1 560 00) |
| 1/10/2023 | Buy | MMAT | TDA TRAN  Bought 4005 (MMAT) @1 1000 | 4 005 | $1 10 | | ($4 405 50) |
| 6/28/2021 | Journaled Shares | MMAT | TDA TRAN  MANDATORY REVERSE SPLIT (MMAT) | 995 | | | |
| | | MMAT | | 92 000 | | TOTAL | $ (31 146 62) |

*WEBULL ACTIVITY*

| Date | Action | Symbol | Description | Quantity | Price | Fees & Comm | Amount |
|---|---|---|---|---|---|---|---|
| 12/23/2022 | Buy | MMAT | | 4005 | 1 14 | | 4565 7 |
| 1/11/2023 | Buy | MMAT | | 2000 | 1 09 | | 2180 |
| 1/19/2023 | Buy | MMAT | | 2150 | 1 | | 2150 |
| 12/7/2023 | Buy | MMAT | | 1846 | 0 06 | | 110 76 |
| | | | | 10 001 | | | $ (9 006 46) |
| | Reverse Split | MMAT | META MATLS INC | 101 0 | | | |
| 2/5/2024 | Buy | MMAT | | 2 | 2 98 | | 5 96 |
| | | | | 103 | | | $ (9 012 42) |

SUMMARY

| | | | |
|---|---|---|---|
| Charles Schwab | | 920 | $ (31 146 62) |
| Webull | | 103 | $ (9 012 42) |
| **Total MMAT Equity Positions** | | **1 023** | **$ (40 159 04)** |