NVB 3001 (Effective 1/21)

# UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA

**PROOF OF INTEREST**

Name of Debtor: Meta Materials Inc

Case Number: 24-50792

**1. Name and address of holder of the Equity Interest** (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

Seth Vawters
2140 Idlewood Dr
Grapevine TX 76051

Telephone Number: 682-273-6013

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

☒ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

**COURT USE ONLY**

Account or other number by which Interest holder identifies Debtor: 4248-9387

Check here if this claim:
☐ replaces a previously filed Proof of Interest dated: _____
☐ amends a previously filed Proof of Interest dated: _____

**2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:**
Charles Schwab + Co
211 Main Street, San Francisco CA 94105
Telephone Number: 1-800-435-4000

**3. Date Equity Interest was acquired:**
10-13-2022 Bought 2,000 shares
10-12-2022 Bought 5,000 shares
10-7-2022 Bought 12,000 shares

**4. Total amount of member interest:** 19,000

**5. Certificate number(s):** _____

**6. Type of Equity Interest:**
Please indicate the type of Equity Interest you hold:
☒ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
☐ Check this box if your Equity Interest is based on anything else and describe that interest:
Description: _____

**7. Supporting Documents:** Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**8. Date-Stamped Copy:** To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

**9. Signature:**
Check the appropriate box.
☒ I am the creditor.   ☐ I am the creditor's authorized agent. (Attach copy of power of attorney, if any.)   ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)   ☐ I am a guarantor, surety, endorser, or other codebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: Seth Vawters
Title: _____
Company: ___ Address and telephone number (if different from notice address above): _____

(Signature) Seth [signature]    (Date) 10-24-2024

Telephone number: 682-273-6013    email: svawters84@gmail.com

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*



Schwab One® Account of  
**SETH X VAWTERS**

Account Number  
**4248-9387**

# Trade Confirmation

**BOUGHT    META MATLS INC (Symbol  MMAT)**

Security No./CUSIP  59134N-10-4                                    Type  Cash    Trade  10/07/22    Settle  10/12/22

| Quantity | Price ($) | Principal ($) | Charges and/or Interest ($) | Total Amount ($) |
|---:|---:|---:|:---:|---:|
| 1,100 | 0 6637 | 730 07 | N/A | 730 07 |
| 498 | 0 6637 | 330 52 | N/A | 330 52 |
| 2 | 0 6637 | 1 33 | N/A | 1 33 |
| 600 | 0 6637 | 398 22 | N/A | 398 22 |
| 1,100 | 0 6637 | 730 07 | N/A | 730 07 |
| 1,100 | 0 6637 | 730 07 | N/A | 730 07 |
| 2,100 | 0 6637 | 1,393 77 | N/A | 1,393 77 |
| 5,500 | 0 6637 | 3,650 35 | N/A | 3,650 35 |
| **12,000** |  | **$ 7,964.40** |  | **$ 7,964 40** |

For this security  
- Schwab acted as your agent

Internal Use Only  2  E

Please see "Terms and Conditions  for more information

Page 3 of 3



Schwab One® Account of
**SETH X VAWTERS**

Account Number
**4248-9387**

# Trade Confirmation

**BOUGHT**   META MATLS INC (Symbol  MMAT)

Security No /CUSIP  59134N-10-4                                                      Type  Cash    Trade  10/12/22    Settle  10/14/22

| Quantity | Price ($) | Principal ($) | Charges and/or Interest ($) | Total Amount ($) |
|---|---|---|---|---|
| 5,000 | 1 0899 | 5,449 50 | N/A | 5 449 50 |

**For this security**
- Schwab acted as your agent

Internal Use Only  2  E



Schwab One® Account of
**SETH X VAWTERS**

Account Number
**4248-9387**

# Trade Confirmation

**BOUGHT     META MATLS INC (Symbol MMAT)**

Security No /CUSIP 59134N-10-4                     Type Cash    Trade 10/13/22    Settle 10/17/22

| Quantity | Price ($) | Principal ($) | Charges and/or Interest ($) | Total Amount ($) |
|---|---|---|---|---|
| 2,236 | 1 00 | 2,236 00 | N/A | 2,236 00 |
| 68 | 1 00 | 68 00 | N/A | 68 00 |
| 196 | 1 00 | 196 00 | N/A | 196 00 |
| 100 | 1 00 | 100 00 | N/A | 100 00 |
| 400 | 1 00 | 400 00 | N/A | 400 00 |
| 3,000 | | $ 3,000 00 | | $ 3,000 00 |

**For this security**                                                                                                     Internal Use Only 2 E
- Schwab acted as your agent


**BOUGHT     META MATLS INC 0% PFD Callable  (Symbol: MMTLP)**

Security No /CUSIP 59134N-20-3                     Type Cash    Trade 10/13/22    Settle 10/17/22

| Quantity | Price ($) | Principal ($) | Charges and/or Interest ($) | | Total Amount ($) |
|---|---|---|---|---|---|
| 1,730 | 4 00 | 6,920 00 | Commission | 6 01 | 6,926 01 |
| 270 | 4 00 | 1,080 00 | Commission | 0 94 | 1,080 94 |
| 2,000 | | $ 8,000 00 | | $6 95 | $ 8,006 95 |

Please see "Terms and Conditions for more information



Schwab One® Account of
**SETH X VAWTERS**

Account Number
**4248-9387**

# Trade Confirmation

**SOLD     META MATLS INC (Symbol  MMAT)**

Security No /CUSIP  59134N-10-4                                              Type  Cash     Trade  12/08/22     Settle  12/12/22

| Quantity | Price ($) | Principal ($) | Charges and/or Interest ($) | Total Amount ($) |
|---|---|---|---|---|
| 300 | 1 86 | 558 00 | Exchange Processing Fee    0 01 | 557 99 |
| - Exch Process Fee  This fee offsets costs incurred by Schwab for the exchange of securities - including those relating to assessments on broker-dealers by an exchange or other SRO - for equity, option  or other covered security sell transactions and option security buy transactions | | | | |
| 2 | 1 86 | 3 72 | N/A | 3 72 |
| 1,000 | 1 86 | 1,860 00 | Exchange Processing Fee    0 04 | 1,859 96 |
| - Exch Process Fee  This fee offsets costs incurred by Schwab for the exchange of securities - including those relating to assessments on broker-dealers by an exchange or other SRO - for equity, option, or other covered security sell transactions and option security buy transactions | | | | |
| 250 | 1 86 | 465 00 | Exchange Processing Fee    0 01 | 464 99 |
| - Exch Process Fee  This fee offsets costs incurred by Schwab for the exchange of securities - including those relating to assessments on broker-dealers by an exchange or other SRO - for equity, option, or other covered security sell transactions and option security buy transactions | | | | |
| 300 | 1 86 | 558 00 | Exchange Processing Fee    0 01 | 557 99 |
| - Exch Process Fee  This fee offsets costs incurred by Schwab for the exchange of securities - including those relating to assessments on broker-dealers by an exchange or other SRO - for equity, option  or other covered security sell transactions and option security buy transactions | | | | |
| 200 | 1 86 | 372 00 | Exchange Processing Fee    0 01 | 371 99 |
| - Exch Process Fee  This fee offsets costs incurred by Schwab for the exchange of securities - including those relating to assessments on broker-dealers by an exchange or other SRO - for equity, option, or other covered security sell transactions and option security buy transactions | | | | |
| 150 | 1 86 | 279 00 | Exchange Processing Fee    0 01 | 278 99 |
| - Exch Process Fee  This fee offsets costs incurred by Schwab for the exchange of securities - including those relating to assessments on broker-dealers by an exchange or other SRO - for equity, option, or other covered security sell transactions and option security buy transactions | | | | |
| 900 | 1 86 | 1,674 00 | Exchange Processing Fee    0 04 | 1,673 96 |
| - Exch Process Fee  This fee offsets costs incurred by Schwab for the exchange of securities - including those relating to assessments on broker-dealers by an exchange or other SRO - for equity, option  or other covered security sell transactions and option security buy transactions | | | | |
| 400 | 1 86 | 744 00 | Exchange Processing Fee    0 02 | 743 98 |
| - Exch Process Fee  This fee offsets costs incurred by Schwab for the exchange of securities - including those relating to assessments on broker-dealers by an exchange or other SRO - for equity, option, or other covered security sell transactions and option security buy transactions | | | | |
| 100 | 1 86 | 186 00 | N/A | 186 00 |
| 1,000 | 1 86 | 1,860 00 | Exchange Processing Fee    0 04 | 1,859 96 |
| - Exch Process Fee  This fee offsets costs incurred by Schwab for the exchange of securities - including those relating to assessments on broker-dealers by an exchange or other SRO - for equity, option  or other covered security sell transactions and option security buy transactions | | | | |

Continued  on Next Page

Please see "Terms and Conditions  for more information



Schwab One® Account of
**SETH X VAWTERS**

Account Number
**4248-9387**

# Trade Confirmation

**SOLD    META MATLS INC (Symbol MMAT)  Continued**

Security No /CUSIP 59134N-10-4                                   Type Cash    Trade 12/08/22    Settle 12/12/22

| Quantity | Price ($) | Principal ($) | Charges and/or Interest ($) | | Total Amount ($) |
|---|---|---|---|---|---|
| 100 | 1 86 | 186 00 | N/A | | 186 00 |
| 910 | 1 86 | 1,692 60 | Exchange Processing Fee | 0 04 | 1,692 56 |
| - Exch Process Fee  This fee offsets costs incurred by Schwab for the exchange of securities - including those relating to assessments on broker-dealers by an exchange or other SRO - for equity, option  or other covered security sell transactions and option security buy transactions |||||
| 100 | 1 86 | 186 00 | N/A | | 186 00 |
| 100 | 1 86 | 186 00 | N/A | | 186 00 |
| 284 | 1 86 | 528 24 | Exchange Processing Fee | 0 01 | 528 23 |
| - Exch Process Fee  This fee offsets costs incurred by Schwab for the exchange of securities - including those relating to assessments on broker-dealers by an exchange or other SRO - for equity, option, or other covered security sell transactions and option security buy transactions |||||
| 250 | 1 86 | 465 00 | Exchange Processing Fee | 0 01 | 464 99 |
| - Exch Process Fee  This fee offsets costs incurred by Schwab for the exchange of securities - including those relating to assessments on broker-dealers by an exchange or other SRO - for equity, option, or other covered security sell transactions and option security buy transactions |||||
| 200 | 1 86 | 372 00 | Exchange Processing Fee | 0 01 | 371 99 |
| - Exch Process Fee  This fee offsets costs incurred by Schwab for the exchange of securities - including those relating to assessments on broker-dealers by an exchange or other SRO - for equity, option, or other covered security sell transactions and option security buy transactions |||||
| 150 | 1 86 | 279 00 | Exchange Processing Fee | 0 01 | 278 99 |
| - Exch Process Fee  This fee offsets costs incurred by Schwab for the exchange of securities - including those relating to assessments on broker-dealers by an exchange or other SRO - for equity, option  or other covered security sell transactions and option security buy transactions |||||
| 400 | 1 86 | 744 00 | Exchange Processing Fee | 0 02 | 743 98 |
| - Exch Process Fee  This fee offsets costs incurred by Schwab for the exchange of securities - including those relating to assessments on broker-dealers by an exchange or other SRO - for equity, option, or other covered security sell transactions and option security buy transactions |||||
| 3 | 1 86 | 5 58 | N/A | | 5 58 |
| 100 | 1 86 | 186 00 | N/A | | 186 00 |
| 3 | 1 86 | 5 58 | N/A | | 5 58 |
| 100 | 1 86 | 186 00 | N/A | | 186 00 |
| 100 | 1 86 | 186 00 | N/A | | 186 00 |
Continued on Next Page

Please see "Terms and Conditions  for more information



Schwab One® Account of
**SETH X VAWTERS**

Account Number
**4248-9387**

# Trade Confirmation

**SOLD   META MATLS INC (Symbol  MMAT)** *Continued*

Security No /CUSIP  59134N-10-4                                               Type  Cash     Trade  12/08/22     Settle  12/12/22

| Quantity | Price ($) | Principal ($) | Charges and/or Interest ($) | | Total Amount ($) |
|---|---|---|---|---|---|
| 400 | 1 86 | 744 00 | Exchange Processing Fee | 0 02 | 743 98 |
| - Exch Process Fee  This fee offsets costs incurred by Schwab for the exchange of securities - including those relating to assessments on broker-dealers by an exchange or other SRO - for equity, option  or other covered security sell transactions and option security buy transactions ||||||
| 1,296 | 1 86 | 2,410 56 | Exchange Processing Fee | 0 06 | 2,410 50 |
| - Exch Process Fee  This fee offsets costs incurred by Schwab for the exchange of securities - including those relating to assessments on broker-dealers by an exchange or other SRO - for equity, option, or other covered security sell transactions and option security buy transactions ||||||
| 2 | 1 86 | 3 72 | N/A | | 3 72 |
| 200 | 1 86 | 372 00 | Exchange Processing Fee | 0 01 | 371 99 |
| - Exch Process Fee  This fee offsets costs incurred by Schwab for the exchange of securities - including those relating to assessments on broker-dealers by an exchange or other SRO - for equity, option, or other covered security sell transactions and option security buy transactions ||||||
| 600 | 1 86 | 1,116 00 | Exchange Processing Fee | 0 03 | 1,115 97 |
| - Exch Process Fee  This fee offsets costs incurred by Schwab for the exchange of securities - including those relating to assessments on broker-dealers by an exchange or other SRO - for equity, option  or other covered security sell transactions and option security buy transactions ||||||
| 100 | 1 86 | 186 00 | N/A | | 186 00 |
| **10,000** | | **$ 18,600 00** | | **$0 41** | **$ 18,599 59** |

**For this security**                                                                                                                Internal Use Only  2  E
- The cost basis method requested was FIFO  Please view the Cost Basis Disclosure Statement for additional information on cost basis method choices and how Schwab reports adjusted cost basis information to the IRS
- Schwab acted as your agent



Schwab One® Account of
**SETH X VAWTERS**

Account Number
**4248-9387**

# Trade Confirmation

**BOUGHT    META MATLS INC 0% PFD Callable  (Symbol: MMTLP)**

Security No /CUSIP  59134N-20-3                                    Type  Cash    Trade 12/08/22    Settle 12/12/22

| Quantity | Price ($) | Principal ($) | Charges and/or Interest ($) | | Total Amount ($) |
|---|---|---|---|---|---|
| 100 | 2 99 | 299 00 | Commission | 0 15 | 299 15 |
| 815 | 2 99 | 2,436 85 | Commission | 1 26 | 2,438 11 |
| 400 | 2 99 | 1,196 00 | Commission | 0 62 | 1,196 62 |
| 700 | 2 99 | 2,093 00 | Commission | 1 08 | 2,094 08 |
| 2,485 | 2 99 | 7,430 15 | Commission | 3 84 | 7,433 99 |
| 1,600 | 2 92 | 4,672 00 | Commission | 6 95 | 4,678 95 |
| 6,100 | | $ 18,127 00 | | $13 90 | $ 18,140 90 |

**For this security**
- Moody's Rating NR , S&P Rating NR
- Schwab acted as your agent

Internal Use Only 2  E

Please see "Terms and Conditions" for more information

Page 6 of 6


charles SCHWAB

Schwab One® Account of
**SETH X VAWTERS**

Account Number
**4248-9387**

**Trade Confirmation**

---

**SOLD**    META MATLS INC (Symbol MMAT)

Security No /CUSIP  59134N-10-4                                                         Type  Cash     Trade 03/23/23     Settle 03/27/23

| Quantity | Price ($) | Principal ($) | Charges and/or Interest ($) | | Total Amount ($) |
|---|---|---|---|---|---|
| 10,000 | 0 47 | 4,700 00 | Exchange Processing Fee | 1 49 | 4,698 51 |

**For this security**                                                                                                                                                   Internal Use Only  2 E
- The cost basis method requested was FIFO  Please view the Cost Basis Disclosure Statement for additional information on cost basis method choices and how Schwab reports adjusted cost basis information to the IRS
- Exch Process Fee  This fee offsets costs incurred by Schwab for the exchange of securities - including those relating to assessments on broker-dealers by an exchange or other SRO - for equity, option, or other covered security sell transactions and option security buy transactions
- Schwab acted as your agent

Please see "Terms and Conditions" for more information