```
 1  Jeffrey L. Hartman, Esq.
    Nevada Bar No. 1607
 2  HARTMAN & HARTMAN
 3  510 W. Plumb Lane, Suite B
    Reno, NV 89509
 4  T: (775) 324-2800
    F: (775) 324-1818
 5  notices@bankruptcyreno.com
 6  Attorney for Christina Lovato, Trustee
```

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| In re | Case No.: 24-50792-hlb |
|---|---|
| META MATERIALS INC., | (Chapter 7) |
| Debtor. | **DECLARATION OF JAMES W. CHRISTIAN IN SUPPORT OF *EX PARTE* APPLICATION BY CHAPTER 7 TRUSTEE TO EMPLOY THE LAW FIRM OF CHRISTIAN ATTAR AS SPECIAL COUNSEL [F.R.BANKR.P. 2014]** |
| | Hearing Date: N/A |
| | Hearing Time: |

James W. Christian, under penalty of perjury of the laws of the United States, declares:

1. I am a resident of Texas, and I am a member in good standing with the State Bar of Texas since 1978. My C.V. is attached hereto as Exhibit A.

2. I have personal knowledge of the matters stated herein.

3. I am the senior partner in the law firm of Christian Attar ("Christian Attar"), located in Houston, Texas. Christian Attar does not hold any interest adverse to the Meta Materials, Inc. chapter 7 estate ("Estate"), or any of its related subsidiaries.

4. To the best of my knowledge, there are no connections which Christian Attar, and/or any of its employees, have with the Estate's creditors, shareholder or other parties-in-interest and their respective attorneys and accountants, the United States Trustee, and any person employed in the office of the United States Trustee, related to this matter.

1

5. Christian Attar has no connections within the legal community relevant to this case.

6. The Trustee desires to employ me and Christian Attar as her special counsel for the purpose of advising and representing the Estate in connection with investigation and potential litigation relating to manipulation of the Debtor's publicly traded stock. I am the lead attorney who will be responsible for supervising the legal representation of the Estate. The Trustee is also requesting authority to employ Stephen W. Tountas and the law firm of Kasowitz Benson Torres LLP to be joint litigation counsel with Christian Attar.

7. Based on the foregoing, I believe that I, and the members and associates of Christian Attar are "disinterested person(s)" within the meaning of 11 U.S.C. §§ 101(14) and 327 and 328.

DATED: October 31, 2024.

CHRISTIAN ATTAR

_____
James W. Christian, Esq.