# EXHIBIT A

# EXHIBIT A



1177 W. Loop South, Suite 1700
Houston, Texas 77027
Phone: 713.659.7617
Fax: 713.659.7641

## James Wesley ("Wes") Christian - Partner



*jchristian@christianattarlaw.com*

Wes is a fourth generation Texan, who has handled complex litigation in at least eight different states and two countries. Most of these cases have been in State or Federal Courts; some have been complex arbitrations.

He is licensed to practice in 14 Courts across the U.S. and everywhere in Texas and New York. His primary focus in the last several years has been suing Wall Street for stock manipulation; oil and gas companies for royalty fraud and banks for aiding and abetting Ponzi schemes. He has also handled many disputes involving breach of contract, fraud, wrongful death, and intellectual property, breach of fiduciary duty and serious personal injuries or wrongful death actions.

**Education**

- Keller High School, 1971
- Bachelor of Science, West Texas State A&M University, 1975
- Doctor of Jurisprudence, South Texas College of Law, 1978

**Work History**

- 1978 - 1979  Associate, Morris McCann
- 1978 - 1988  Partner, Margraves Kennerly & Schueler
- 1988 - Present Managing Partner, Christian Attar Law (formerly Christian Smith & Jewell)/James W. Christian, P.C.

**Professional Affiliations**

- United States Court of Appeals
- United States Court of Customs and Patent Appeals
- Fifth Circuit Court of Appeals
- United States Court of Claims
- United States Tax Court
- United States District Court, Northern District of Texas
- United States District Court, Southern District of Texas
- United States District Court, Eastern District of Texas
- United States District Court, Western District of Texas
- United States District Court, Western District of Arkansas
- United States District Court, Western District of Colorado
- United States District Court, Delaware
- United States District Court
- United States Bankruptcy Court, Delaware
- United States District Court of Central District of California
- United States District Court of Northern District of California
- United States District Court, Southern District of New York
- United States District Court, Northern District of California
- United States Court of Appeals for the Eighth Circuit
- United States Court of Appeals for the Ninth Circuit

**Professional Leadership Involvement**

- State Bar of Texas, 1978 - Present
- State Bar of New York, 2005 - Present
- American Association for Justice, 2003 - Present
- American Bar Association, 1978 - Present

*www.christianattarlaw.com*



1177 W. Loop South, Suite 1700
Houston, Texas 77027
Phone: 713.659.7617
Fax: 713.659.7641

- Houston Bar Association, 1978 - Present
- Member of Advanced Evidence & Discovery Committee - State Bar of Texas, 2006 - 2010
- Life Fellow of the Texas Bar Foundation
- Energy Institute - Speaker, 2006
- Advanced Evidence & Discovery Committee - Member/Speaker, 2006 – 2010
- "Who We Are As Lawyers" - Speaker, 2006 – Present
- Jury Awareness Committee, State Bar of Texas, 2006 – 2007
- Texas Legends Committee - Chairman, 2006 – 2010
- Texas Legends Committee - Co-Chairman, 2011 - 2014
- Annual Meeting, State Bar of Texas - Co-Chairman, 2011 – 2012
- Frequent speaker at SMU, South Texas College of Law, Texas Wesleyan Law School, and others on Role of a Lawyer in Our Society, 2007 – Present)
- Elected Secretary of Litigation Council of the State Bar of Texas, 2015 – 2016
- Elected Treasurer of Litigation Council of the State Bar of Texas, 2016 – 2017
- Elected Chair Elect of Litigation Council of the State Bar of Texas, 2017 – 2018
- Elected Chair of Litigation Council of the State Bar of Texas, 2018 – 2019
- Committee Member, Legends Committee, 2020 – Present
- Chair Emeritus of Litigation Council of the State Bar of Texas, 2020 - Present

**Publications, Speeches & Law Review Articles**

- Energy Institute Seminar, Houston, Texas - February 16-17, 2006:  Topic- "Alien Tort Claims and Other Ways to Obtain Jurisdiction Over Foreign Corporations Affiliated with U.S. Corporations"
- Advanced Evidence and Discovery, Houston, Texas (April 26-27, 2006); Dallas, Texas (May 11-12, 2006); San Antonio, Texas (May 25-26, 2006):  Topic – "Extra-Jurisdictional Domestic and International Civil Litigation: A Guide for Practitioners"
- Advanced Evidence and Discovery, Houston, Texas (April 19-20, 2006); Dallas, Texas (May 3-4, 2006); San Antonio, Texas (May 17-18, 2006):  Topic – "Internet Discovery and how to use it."
- University of Houston Law Review; Spring, 2007; *Naked Short Selling: How Exposed are Investors.*
- Committee Member Jury Awareness State Bar of Texas, Houston, Texas, 2006-2007 Topic – "The Importance of Our Great American Jury System"
- Advanced Evidence and Discovery, Houston, Texas (April 19-20, 2007); Dallas, Texas (May 3-4, 2007); San Antonio, Texas (May 17-18, 2007):  Topic – "Daubert Challenges."
- Advanced Evidence and Discovery, Houston, Texas; San Antonio, Texas (May 22-23, 2008):   Topic – "Expert Witnesses."
- 2009 Advanced Evidence and Discovery, Houston Texas:  Topic – "Musical Chairs: Apportioning Responsibility."
- Litigation Update, Dallas, Texas; Houston, Texas (January 19-20, 2012): Topic - "Who We Are As Lawyers."
- Litigation Update, Austin, Texas; (January, 2013): Topic – "Becoming a Texas Legal Legend."
- State Bar of Texas Annual Meeting, Dallas, Texas; (June, 2013): Induction of Honorable Royal Ferguson and Francis Scott Baldwin Sr.
- Litigation Update, Austin, Texas; (January, 2014): Topic – "15 Keys to Winning a Jury Trial"
- State Bar of Texas Legends Committee, Lubbock, Texas; (April, 2014): Induction of Forrest Bowers as a Texas Legal Legend.
- State Bar of Texas Legends Committee, Austin, Texas; (June, 2014): Induction of Bob Black as a Texas Legal Legend.
- State Bar of Texas Legends Committee, Waco, Texas; (November, 2014): Induction of George Chandler as a Texas Legal Legend.
- 31st Annual Litigation Update Institute, San Antonio, Texas; (January 15-16, 2015): Topic – "How to Effectively Use Expert Witnesses."
- State Bar of Texas Legends Committee, Lubbock, Texas; (September 11, 2015): Induction of Mary Lou Robinson as a Texas Legend.
- State Bar of Texas Legends Committee, Houston, Texas; (November, 2015): Induction of Judge Ruby Kless Sondock as a Texas Legal Legend.
- University of Houston, Houston, Texas; (February 9, 2016): Importance of Lawyers in Society.
- Amarillo Bar Association, Amarillo, Texas; (April 28, 2016):  Preparing, Presenting and Cross-Examination of Experts.
- Litigation Update Institute, San Antonio, Texas; (January 26-27, 2017).
- State Bar of Texas Legends Committee, (Dallas, Texas): January, 2017): Induction of Ron White as a Texas Legend.
- Litigation Council Spring Meeting, South Padre, Texas; (March 30-31, 2017).



1177 W. Loop South, Suite 1700
Houston, Texas 77027
Phone: 713.659.7617
Fax: 713.659.7641

- State Bar of Texas Legends Committee, Austin, Texas; (April, 2017): Inductions of Lloyd Lochridge and Pat Lochridge as a Texas Legend.
- State Bar of Texas Legends Committee, Lubbock, Texas; (April, 2017): Induction of Tom Morris as a Texas Legend.
- Litigation Council Fall Meeting, Ft. Davis, Texas; (October 6-7, 2017).
- Litigation Update, Austin, Texas; (January 11-12, 2018).
- State Bar of Texas Legends Committee, Dallas, Texas; (January, 2018): Induction of Harriet Miers as a Texas Legend.
- State Bar of Texas Legends Committee, Austin, Texas; (October, 2018): Induction of Jim Harrington as a Texas Legend.
- Litigation Update, San Antonio, Texas; (January 17-18, 2019).
- Litigation Spring Meeting, Memphis, Tennessee; (April 17-19, 2019).
- Litigation Annual Meeting, Austin, Texas; (June 13-14, 2019).
- Litigation Update, Houston, Texas; (December 2022); Business Tort and Disputes Update.
- Naked Short Selling – How Exposed Are Investors, Cleveland Bar Association; (February 2023)

**Firm News & Articles**

- Jennifer Hiller, Suits on Royalties Emerging in Shale, **SAN ANTONIO EXPRESS-NEWS**, Mar. 14, 2016
- Rebecca Davis O'Brien and Louise Radnofsky, Treatment of Elite Gymnasts Under Scrutiny, **THE WALL STREET JOURNAL**, Feb. 17, 2016
- Nancy Armour and Rachel Axon, Suit puts heat on Karolyis, **USA TODAY,** Feb. 17, 2017
- Jennifer Hiller, Suits on Royalties Emerging in Shale, **SAN ANTONIO EXPRESS-NEWS**, Mar. 14, 2016
- Liz Moyer, Signature Bank is Sued Over Ties to Ponzi Scheme, **NEW YORK TIMES**, Feb. 24, 2016
- Insolvency, Regulatory, The Enablers of the Fraudsters, Part 1, **ALLABOUTALPHA**, Sept. 1, 2015
- Helen Avery, JPMorgan's Trading Loss Proves Volcker Rule Won't Work, **EUROMONEY**, May 24, 2012
- Joe Meyers, "Naked Short Selling" Probed in New Documentary, **THE NEWS-TIMES**, Apr. 12, 2012
- BofA, Goldman, Others Settle Taser Short Selling Suit, **LAW 360**, Jun 20, 2011
- Helen Avery, Banking: Litigation Could Seriously Damage Banks' Health, **EUROMONEY**, Apr. 15, 2011
- Christopher Faille, But What if Compliance Officers Do Their Jobs, **HEDWORLD.com**, Apr. 15, 2011
- Michelle Massey, Marshall Lawyer Sue Beaumont Accounts After Losing $6M in Market Collapse, **THE SOUTHWEST TEXAS RECORD**, Oct. 12, 2010
- Frank Geary, Police Union Paid Top Dollar for New Offices, **LAS VEGAS REVIEW-JOURNAL**, Aug. 2, 2009
- Christopher Faille, Christian Reflects on Mangan,Gryphon, **HEDGEWORLD.com**, Jan. 9, 2008
- John R. Emschwiller and Kara Scannell, Blame the 'Stock Vault'? Clearinghouse Faulted On Short-Selling Abuse; Finding the Naked Truth, **NY SUN**, Jul 5, 2007
- Judith Burns, SEC Economists Reject Claims On 'Naked' Short Sales, **DOW JONES NEWSWIRES**, Apr. 23, 2007
- CFO Staff, Naked Hunch: Overstock.com kicks its fight against short-sellers up a notch; the PCAOB debates the merits of mandatory fraud audits; state health-care reforms could cause headaches for Corporate America; and more, **CFO MAGAZINE**, Apr. 01, 2007
- Christopher Faille, Grassley Touts Regulation on Behalf of 'Average Joe', **LIPPER HEDGEWORLD**, Mar. 08, 2007
- Danny King and Gary Matsumoto, Overstock.com Sues Brokers for Stock Manipulation, **BLOOMBERG**, Feb. 2, 2007
- Liz Moyer, Naked Short Victim Strikes Back, **FORBES.com**, Feb. 2, 2007
- Joseph Sternberg, Naked Shorting, **NY SUN**, Aug 29, 2006
- Bob Drummond, Games Short Sellers Play, **BLOOMBERG**, Aug. 16, 2006
- Judith Burns, Legal Wrangling Continues In Case vs. Ex-Refco Brokers, **DOW JONES NEWSWIRES**, Aug. 8, 2006
- Kara Scannell, 'Not MY Stock': The Latest Way to Fight Shorts, **THE WALL STREET JOURNAL**, Aug. 2, 2006
- Liz Moyer, Hedge Fund Hell, **FORBES**, Jul 28, 2006
- The Economist Staff, Betting on losers, **THE ECONOMIST**, Jun 22nd 2006
- Joseph Sternberg, Loaded for Bear, **NY SUN**, May 23, 2006
- Dan Dorfman, Justice Department Eyes Overstock.com Fight, **NY SUN**, May 22, 2006
- Dan Dorfman, Overstock.com May Seek $1 Billion From Rocker Partners, **NY SUN**, May 12, 2006
- Todd Mason, SEC wants to know if backers made money by trying to kill it, **PHILADELPHIA INQUIRER**, Apr. 23, 2006
- Todd Mason, SEC says brokerages manipulated shares, **PHILADELPHIA INQUIRER**, Apr. 5, 2006
- Jane Sassen, The Secret Lives of Short Sellers: the Rise of Hedge Funds and Indie Research Raises New Questions About a Shadowy World, **BUSINESS WEEK**, Apr. 10, 2006
- Daniel Kadlec, Watch Out, They Bite!  How Hedge Funds Tied to Embattled Broker Refco Used "Naked Short Selling" to Plunder Small Companies, **TIME**, Nov. 14, 2005 (SPECIAL ISSUE: INSIDE BUSINESS, December 2005)
- Helen Avery & Peter Koh, The Curious Incident of the Shares that Didn't Exist, **EUROMONEY**, Vol. 36, No. 432, Apr. 2005



1177 W. Loop South, Suite 1700
Houston, Texas 77027
Phone: 713.659.7617
Fax: 713.659.7641

- Helen Avery, SEC Seeks to Curb Naked Ambition, **EUROMONEY**, Vol. 36, No. 432, Apr. 2005
- Peter Koh, Stung by the German Connection, **EUROMONEY**, Vol. 36, No. 432, Apr. 2005
- Rob Wherry, Wall Street's Next Nightmare? Flamboyant Litigator John O'Quinn is Gunning for Another Bonanza: The Entire Trading System in Penny Stocks, **FORBES**, Oct. 13, 2003
- Edward Robinson, The Outsiders, **BLOOMBERG MARKETS**, Jul. 2003
- Matthew McClearn, Predator or Prey? Amid a Flurry of Lawsuits and Countersuits, the Murky world of Death-spiral Financings-Ones in Which Toronto Financier Mark Valentine Loomed Large-is Coming to Light, **CANADIAN BUSINESS**, Oct. 28, 2002
- Brandon Copple, Sinking Fund. Have Financiers Torpedoed Struggling Small Companies They Were Supposedly Helping? Lawsuits Raise Some Ugly Accusations, **FORBES**, Jun. 10, 2002

**Radio Appearances**

- Tim Connolly's Winning Strategies – Re: Stock Fraud on Wall Street, April 29, 2011
- Tim Connolly's Winning Strategies – Re: Spiraling costs of litigation and how "David can still fight Goliath", Feb. 11, 2011
- Tim Connolly's Winning Strategies – Re: Insider Trading Issues, Dec. 3, 2010
- Tim Connolly's Winning Strategies – Re: Mortgage Fraud, Nov. 5, 2010
- Tim Connolly's Winning Strategies – Re: FIN REG, July 30, 2010
- Tim Connolly's Winning Strategies – Re: Naked Short-Selling, June 3, 2010
- Tim Connolly's Winning Strategies – Re: Flash Crash, May 7, 2010

**Documentaries**

- Brown Saddle Films, **Wall Street Conspiracy**
- Bloomberg T.V. Special, **Phantom Shares**
- Sandra Mohr, Mohr Productions - **Stock Shock**
- HBO Max - **Gaming Wall Street**

**T.V. Appearances**

- Brown Saddle Films, **Wall Street Conspiracy**
- Fox Business News - Charles Payne – What is Naked Short Selling
- Fox Business News - Charles Payne - Mullen Automotive

**All firm news, articles, documentaries, radio and T.V. appearances can be found on our firm website at: www.christianattarlaw.com**