Jeffrey L. Hartman, Esq.
Nevada Bar No. 1607
HARTMAN & HARTMAN
510 W. Plumb Lane, Suite B
Reno, NV 89509
T: (775) 324-2800
F: (775) 324-1818
notices@bankruptcyreno.com
Attorney for Christina Lovato, Trustee

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

In re

META MATERIALS INC.,

Debtor.

Case No.: 24-50792-hlb
(Chapter 7)

**DECLARATION OF STEPHEN W. TOUNTAS IN SUPPORT OF *EX PARTE* APPLICATION BY CHAPTER 7 TRUSTEE TO EMPLOY THE LAW FIRM OF KASOWITZ BENSON TORRES LLP AS SPECIAL COUNSEL [F.R.BANKR.P. 2014]**

Hearing Date:  N/A
Hearing Time:

Stephen W. Tountas, under penalty of perjury of the laws of the United States, declares:

1. I am a resident of New York, and I am a member in good standing with the State Bar of New York since 2003. My C.V. is attached hereto as Exhibit A.

2. I have personal knowledge of the matters stated herein.

3. I am a partner in the law firm of Kasowitz Benson Torres LLP ("Kasowitz Firm"), located in New York City, New York. Neither I, nor the Kasowitz Firm, hold any interest adverse to the Meta Materials, Inc. chapter 7 estate ("Estate"), or any of its related subsidiaries.

4. To the best of my knowledge, there are no connections which the Kasowitz Firm, and/or any of its employees, have with the Estate's creditors, shareholder or other parties-in-interest and their respective attorneys and accountants, the United States Trustee, and any person employed in the office of the United States Trustee, related to this matter.

1

5.      The Kasowitz Firm has no connections within the legal community relevant to this case.

6.      The Trustee desires to employ me and the Kasowitz Firm as her special counsel, together with the firm of Christian Attar, for the purpose of advising and representing the Estate in connection with investigation and potential litigation relating to manipulation of the Debtor's publicly traded stock. I am the lead attorney at the Kasowitz Firm which, together with Christian Attar, will be responsible for supervising the legal representation of the Estate.

7.      Based on the foregoing, I believe that I, and the members and associates of the Kasowitz Firm are "disinterested person(s)" within the meaning of 11 U.S.C. §§ 101(14), 327 and 328.

DATED: October 30, 2024.

**KASOWITZ BENSON TORRES LLP**

_____
Stephen W. Tountas, Esq.