# EXHIBIT A

# EXHIBIT A

**Jeffrey L. Hartman**

---

**From:** ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉
**Sent:** Wednesday, October 23, 2024 4:44 PM
**To:** trusteelovato@att.net
**Cc:** Jeffrey L. Hartman; James Wes Christian
**Subject:** Interference regarding Bankruptcy Petition #: 24-50792-hlb

Hello MS. Lovato,

My name is ▉▉▉▉▉▉▉▉ I am an investor in MetaMaterials, Inc. and member of the $MMAT investor community on the social media platform X. I write to you regarding my community's concerns about potential interference and intimidation in the "proof of interest" claims process for the above mentioned case.

A person by the name of Prosperino Gallipoli, who goes by @RaemenSoups and various other aliases on X, has taken to reading the "proof of interest" forms that have been posted to the docket publicly, over recorded space calls. Information to include names, addresses and share counts.

Mr. Gallipoli has, for the last twenty-two months, built a record of using the X platform to attack Meta Materials' shareholders. Some of his tactics include: doxxing private information, spreading demonstrably false statements to his audience, using AI and audio editing to create conversation that never happened, making voluminous libel statements, and posting slanderous comments.

Many shareholders have disengaged from the investor community as a result of these attacks. Now, it seems his goal is to intimidate shareholders from filing "proof of interest" claims in Meta's bankruptcy proceedings. If you will reference the recording below (min. 1:46:00) , this is Mr. Gallipoli indicating he is looking for my submission (@JunkSavvy's) specifically, which he mockingly calls "MMAT loss porn".

We now understand that posting these claims on the docket is part of the process, however, many investors did not understand that before filing their forms. Unfortunately, these proceedings are new to many of us and we are learning tough lessons along the way. Investors are still reeling from the events that led to this correspondence, including the financial devastation from which we may never recover.

I am reaching out to you, as the Trustee in these proceedings, to intervene on our behalf. If it is appropriate, please request your attorney, Jeffery L Hartman, Esq., ask the court for relief in the form of sanctions against Mr. Gallipoli, and that the "proof of interest" claims of shareholders be submitted under the protective seal of the court. Furthermore, it has been made known to us that Attorney James "Wes" Christian may be in the process of requesting leave to file a claim in court with regards to the illegal act of "spoofing". This claim may argue that the use of this market manipulation practice directly contributed to the collapsed stock value of Meta and the financial viability of the company, necessitating the bankruptcy filing.

On behalf of the MetaMaterials, Inc. investors and myself, I thank you for your time and thoughtful consideration. If you have any questions, please do not hesitate to contact me. My information, and what I believe of Mr. Gallipoli, is below. I copied Attorneys Hartman and Christian on this email.

1