NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | | PROOF OF INTEREST |
|---|---|---|

Name of Debtor: Meta Materials Inc.

Case Number: 24-50792

**1. Name and address of holder of the Equity Interest** (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

Bernard G. Macy
181 Long Hill Road, Apt. 5-3
Little Falls, NJ 07424

Telephone Number: 973-256-3661

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

☐ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.   unsure

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

COURT USE ONLY

Account or other number by which Interest holder identifies Debtor: MMAT

Check here if this claim:
☐ replaces a previously filed Proof of Interest dated: _____
☐ amends a previously filed Proof of Interest dated: _____

**2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:**

Telephone Number:

**3. Date Equity Interest was acquired:**
Please see Attached Schedules from myself + ETrade.

**4. Total amount of member interest:** Please see Attached

**5. Certificate number(s):** N/A

**6. Type of Equity Interest:**
Please indicate the type of Equity Interest you hold:
☐ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
☒ Check this box if your Equity Interest is based on anything else and describe that interest:
Description: Please see attached papers

**7. Supporting Documents**: Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**8. Date-Stamped Copy**: To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

**9. Signature:**
Check the appropriate box.
☒ I am the creditor.   ☐ I am the creditor's authorized agent.   ☐ I am the trustee, or the debtor,   ☐ I am a guarantor, surety, endorser, or other codebtor.
(Attach copy of power of attorney, if any.)   or their authorized agent.   (See Bankruptcy Rule 3005.)
(See Bankruptcy Rule 3004.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: Bernard G Macy
Title: Ex-Shareholder
Company: ___ Address and telephone number (if different from notice address above):

(Signature)   10/23/24   (Date)
Telephone number: 973-256-3661   email: vegibud@gmail.com

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

Print Form    Save Form    Clear Form

6. In 2021, I had purchased shares of MMAT and also received shares from my ownership in Torchlight Energy Resources. I sold all of those shares in the same year, making a significant profit. In 2022, I made two trades (buy & sell each) and made a tiny profit. In 2023/24, I made the following purchases and sales of MMAT:

| Date | Action | | Date | Action | |
|---|---|---|---|---|---|
| 2/17/23 | BOT 3700 SH $2610 | | 3/23/23 | BOT 4200 SH $2,008 | |
| 4/14/23 | BOT 50,000 SH $11,287 | | 5/1/23 | BOT 7100 SH $1,345 | |
| 5/8/23 | BOT 47,500 SH $9,993 | | 5/19/23 | SOLD 47,500 SH $11,322 | profit $1329 |
| 6/22/23 | BOT 68,000 SH $13,389 | | 6/29/23 | BOT 91,100 SH $19,130 | |
| 7/7/23 | BOT 40,900 SH $7,926 | | 8/25/23 | SOLD 90,600 SH $20,860 | profit $2,447 |
| 9/19/23 | BOT 43,200 SH $8,768 | | 10/31/23 | BOT 125,400 SH $15,562 | |
| 10/31/23 | BOT 38,200 SH $4,713 | | 11/7/23 | BOT 22,800 SH $2,280 | |

Then a 1 for 100 reverse split was executed
The 404,000 shares turned into 4,040 shares

| Date | Action | | Date | Action | |
|---|---|---|---|---|---|
| 3/19/24 | BOT 1410 SH $2,763 | | 3/19/24 | SOLD 100 SH $200 | Profit $4 |
| 3/20/24 | BOT 972 SH $1,886 | | 3/21/24 | SOLD 2282 SH $4518 | Profit $60 |
| 3/22/24 | SOLD 4,040 SH $8,200 | | | LOSS $62,455 | |

* Please Note: My purchase and sale figures in some cases include more than one trade in the official ETrade figures from the same day.

# Transactions

| | | |
|---|---|---|
| Individual Brokerage -2027 | Available for Withdrawal<br>**$61.95** | Available Cash<br>**$61.95** | Available on Margin<br>**$0.00** |

| Transaction | Time period | From | To |
|---|---|---|---|
| All Types | Custom | 01/31/2023 | 03/29/2024 |

| Security type | | Symbol |
|---|---|---|
| All Types | | MMAT |

| Description | Order # |
|---|---|

Check #

Show
- [x] Non-cash transactions
- [ ] Sweep activities

Brokerage Update Disclosure

| Date | Type | Description | Categories | Amount $ |
|---|---|---|---|---|
| 03/22/24 | Sold | 4040 of META MATERIALS INC NEW UNSOLICITED TRADE @ $2.03 (Order #10045) | Unassigned | 8,200.46 |
| 03/21/24 | Sold | 2282 of META MATERIALS INC NEW UNSOLICITED TRADE @ $1.98 (Order #10041) | Unassigned | 4,517.94 |
| 03/20/24 | Bought | 532 of META MATERIALS INC NEW UNSOLICITED TRADE @ $1.94 (Order #10026) | Unassigned | -1,032.08 |
| 03/20/24 | Bought | 100 of META MATERIALS INC NEW UNSOLICITED TRADE @ $1.939 (Order #10026) | Unassigned | -193.90 |
| 03/20/24 | Bought | 340 of META MATERIALS INC NEW UNSOLICITED TRADE @ $1.9399 (Order #10026) | Unassigned | -659.57 |
| 03/19/24 | Sold | 100 of META MATERIALS INC NEW UNSOLICITED TRADE @ $2.00 (Order #10021) | Unassigned | 199.97 |
| 03/19/24 | Bought | 1410 of META MATERIALS INC NEW UNSOLICITED TRADE @ $1.9593 (Order #10014) | Unassigned | -2,762.61 |
| 01/29/24 | Reorganization | 4040 META MATERIALS INC NEW EXCHANGE | Unassigned | 0.00 |
| 11/07/23 | Bought | 22800 of META MATERIALS INC UNSOLICITED TRADE @ $0.10 (Order #9994) | Unassigned | -2,280.00 |
| 10/31/23 | Bought | 15200 of META MATERIALS INC UNSOLICITED TRADE @ $0.1232 (Order #9993) | Unassigned | -1,872.64 |
| 10/31/23 | Bought | 700 of META MATERIALS INC UNSOLICITED TRADE @ $0.1231 (Order #9993) | Unassigned | -86.14 |
| 10/31/23 | Bought | 3600 of META MATERIALS INC UNSOLICITED TRADE @ $0.1232 | Unassigned | -443.52 |
| 10/31/23 | Bought | 9460 of META MATERIALS INC UNSOLICITED TRADE @ $0.1238 (Order #9993) | Unassigned | -1,171.15 |
| 10/31/23 | Bought | 9240 of META MATERIALS INC UNSOLICITED TRADE @ $0.1233 (Order #9993) | Unassigned | -1,139.29 |
| 10/31/23 | Bought | 200 of META MATERIALS INC UNSOLICITED TRADE @ $0.1251 (Order #9991) | Unassigned | -25.02 |
| 10/31/23 | Bought | 13536 of META MATERIALS INC UNSOLICITED TRADE @ $0.1253 (Order #9991) | Unassigned | -1,696.06 |
| 10/31/23 | Bought | 300 of META MATERIALS INC UNSOLICITED TRADE @ $0.1247 (Order #9990) | Unassigned | -37.41 |
| 10/31/23 | Bought | 44859 of META MATERIALS INC UNSOLICITED TRADE @ $0.1248 (Order #9990) | Unassigned | -5,598.40 |
| 10/31/23 | Bought | 5900 of META MATERIALS INC UNSOLICITED TRADE @ $0.1243 (Order #9982) | Unassigned | -733.37 |

| Date | Action | Description | Status | Amount |
|---|---|---|---|---|
| 10/31/23 | Bought | 2000 of META MATERIALS INC UNSOLICITED TRADE @ $0.1244 (Order #9989) | Unassigned | -248.80 |
| 10/31/23 | Bought | 14436 of META MATERIALS INC UNSOLICITED TRADE @ $0.124 (Order #9988) | Unassigned | -1,790.06 |
| 10/31/23 | Bought | 600 of META MATERIALS INC UNSOLICITED TRADE @ $0.1239 (Order #9988) | Unassigned | -74.34 |
| 10/31/23 | Bought | 36567 of META MATERIALS INC UNSOLICITED TRADE @ $0.123 (Order #9987) | Unassigned | -4,497.74 |
| 10/31/23 | Bought | 2 of META MATERIALS INC UNSOLICITED TRADE @ $0.123 (Order #9987) | Unassigned | -0.25 |
| 10/31/23 | Bought | 7000 of META MATERIALS INC UNSOLICITED TRADE @ $0.1229 (Order #9987) | Unassigned | -860.30 |
| 09/19/23 | Bought | 600 of META MATERIALS INC UNSOLICITED TRADE @ $0.2028 (Order #9882) | Unassigned | -121.68 |
| 09/19/23 | Bought | 2164 of META MATERIALS INC UNSOLICITED TRADE @ $0.2025 (Order #9882) | Unassigned | -438.21 |
| 09/19/23 | Bought | 40436 of META MATERIALS INC UNSOLICITED TRADE @ $0.203 (Order #9882) | Unassigned | -8,208.51 |
| 09/05/23 | Transfer | 174400 META MATERIALS INC TRNSFR CASH TO MARGIN | Unassigned | - |
| 09/05/23 | Transfer | 174400 META MATERIALS INC TRNSFR CASH TO MARGIN | Unassigned | - |
| 08/25/23 | Sold | 594 of MMAT @ $0.2299 (Order #9847) | Unassigned | 133.49 |
| 08/25/23 | Sold | 6 of MMAT @ $0.2325 (Order #9846) | Unassigned | 1.36 |
| 08/25/23 | Sold | 427 of MMAT @ $0.2301 (Order #9843) | Unassigned | 98.18 |
| 08/25/23 | Sold | 2146 of MMAT @ $0.231 (Order #9843) | Unassigned | 495.41 |
| 08/25/23 | Sold | 19818 of MMAT @ $0.23 (Order #9843) | Unassigned | 4,555.23 |
| 08/25/23 | Sold | 47509 of MMAT @ $0.2305 (Order #9843) | Unassigned | 10,943.84 |
| 08/25/23 | Sold | 20100 of MMAT @ $0.2306 (Order #9843) | Unassigned | 4,632.11 |
| 07/07/23 | Bought | 40900 of MMAT @ $0.1938 (Order #9828) | Unassigned | -7,926.42 |
| 06/29/23 | Bought | 1100 of MMAT @ $0.2099 (Order #9826) | Unassigned | -230.89 |
| 06/29/23 | Bought | 34800 of MMAT @ $0.21 (Order #9825) | Unassigned | -7,308.00 |
| 06/29/23 | Bought | 5200 of MMAT @ $0.2099 (Order #9825) | Unassigned | -1,091.48 |
| 06/29/23 | Bought | 50000 of MMAT @ $0.21 (Order #9822) | Unassigned | -10,500.00 |
| 06/22/23 | Bought | 68000 of MMAT @ $0.1969 (Order #9808) | Unassigned | -13,389.20 |
| 05/19/23 | Sold | 47500 of MMAT @ $0.2385 (Order #9772) | Unassigned | 11,321.76 |
| 05/08/23 | Bought | 23350 of MMAT @ $0.21 (Order #9758) | Unassigned | -4,903.50 |
| 05/08/23 | Bought | 500 of MMAT @ $0.2108 (Order #9760) | Unassigned | -105.39 |
| 05/08/23 | Bought | 23650 of MMAT @ $0.2107 (Order #9759) | Unassigned | -4,984.24 |
| 05/01/23 | Bought | 7100 of MMAT @ $0.1845 (Order #9756) | Unassigned | -1,345.45 |
| 04/14/23 | Bought | 2336 of MMAT @ $0.218 (Order #9746) | Unassigned | -509.36 |
| 04/14/23 | Bought | 7664 of MMAT @ $0.2181 (Order #9746) | Unassigned | -1,671.52 |
| 04/14/23 | Bought | 9900 of MMAT @ $0.2278 (Order #9755) | Unassigned | -2,254.73 |
| 04/14/23 | Bought | 24841 of MMAT @ $0.2276 (Order #9755) | Unassigned | -5,653.81 |
| 04/14/23 | Bought | 5259 of MMAT @ $0.2277 (Order #9755) | Unassigned | -1,197.47 |
| 03/23/23 | Bought | 4200 of MMAT @ $0.4781 (Order #9717) | Unassigned | -2,008.02 |
| 02/17/23 | Bought | 3700 of MMAT @ $0.7053 (Order #9706) | Unassigned | -2,609.61 |