NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | | **PROOF OF INTEREST** |
|---|---|---|
| Name of Debtor: META MATERIALS INC. | Case Number: 24-50792 | |

**1. Name and address of holder of the Equity Interest** (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

YOGESH DESAI
36 ALLERTON RD.
PARSIPPANY, NJ 07054

Telephone Number:
973-216-3476

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

☒ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

**COURT USE ONLY**

Account or other number by which Interest holder identifies Debtor:
8516-5306  Charles Schwab

Check here if this claim:
☐ replaces a previously filed Proof of Interest dated: _____
☐ amends a previously filed Proof of Interest dated: _____

**2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:**
CHARLES SCHWAB  AC# 8516-5306
2065 168th Ave
OMAHA, NE 68154  1-800-435-4000
Telephone Number:

**3. Date Equity Interest was acquired:**
12/11/23
1/4/24

**4. Total amount of member interest:** 50 SHARES

**5. Certificate number(s):** _____

**6. Type of Equity Interest:**
Please indicate the type of Equity Interest you hold:
☒ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
☐ Check this box if your Equity Interest is based on anything else and describe that interest:
Description: _____

**7. Supporting Documents:** Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**8. Date-Stamped Copy:** To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

**9. Signature:**
Check the appropriate box.
☒ I am the creditor.  ☐ I am the creditor's authorized agent. (Attach copy of power of attorney, if any.)  ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)  ☐ I am a guarantor, surety, endorser, or other codebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: YOGESH DESAI
Title: —
Company:__ Address and telephone number (if different from notice address above):
_____
_____

(Signature)  10/28/24 (Date)
Telephone number: 973-216-3476
email: RUSH07054@yahoo.com

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

Print Form     Save Form     Clear Form





Schwab One® Account of

YOGESH M DESAI &
TRUPTI Y DESAI
DESIGNATED BENE PLAN/TOD

Statement Period

September 1-30, 2024

## Positions - Other Assets

| Symbol | Description | Quantity | Price($) | Market Value($) | Cost Basis($) | Unrealized Gain/(Loss)($) | Est. Yield | Est. Annual Income($) | % of Acct |
|---|---|---|---|---|---|---|---|---|---|
| BFRIW | BIOFRONTERA INC  26 WTF WARRANTS EXP 10/27/26 | 400.0000 | 0.02310 | 9.24 | 1,310.00 | (1,300.76) | N/A | N/A | <1% |
| MNYWW | MONEYHERO LTD  28 WTF WARRANTS EXP 09/13/28 | 1,000.0000 | 0.03300 | 33.00 | 1,060.00 | (1,027.00) | N/A | N/A | <1% |
| **Total Other Assets** | | | | **$42.24** | **$2,370.00** | **($2,327.76)** | | **$0.00** | **<1%** |

## Positions - Unpriced Securities

| Symbol | Description | Quantity | Price($) | Market Value($) | Cost Basis($) | Unrealized Gain/(Loss)($) | Est. Yield | Est. Annual Income($) |
|---|---|---|---|---|---|---|---|---|
| | NEXT BRIDGE HYDROCARBONS | 6,000.0000 | | | 36,764.75 | N/A | | |
| **Total Unpriced Securities** | | | | **$0.00** | **$36,764.75** | **$0.00** | | **$0.00** |

Estimated Annual Income ("EAI") and Estimated Yield ("EY") calculations are for informational purposes only. The actual income and yield might be lower or higher than the estimated amounts. EY is based upon EAI and the current price of the security and will fluctuate. For certain types of securities, the calculations could include a return of principal or capital gains in which case EAI and EY would be overstated. EY and EAI are not promptly updated to reflect when an issuer has missed a regular payment or announced changes to future payments, in which case EAI and EY will continue to display at a prior rate.

## Transactions - Summary

| Beginning Cash* as of 09/01 | + Deposits | + Withdrawals | + Purchases | + Sales/Redemptions | + Dividends/Interest | + Expenses | = Ending Cash* as of 09/30 |
|---|---|---|---|---|---|---|---|
| $414.83 | $0.00 | $0.00 | $0.00 | $0.00 | $0.21 | $0.00 | $415.04 |

Other Activity  $0.00    Other activity includes transactions which don't affect the cash balance such as stock transfers, splits, etc.

*Cash (includes any cash debit balance) held in your account plus the value of any cash invested in a sweep money fund.

## Transaction Details

| Date | Category | Action | Symbol/CUSIP | Description | Quantity | Price/Rate per Share($) | Charges/Interest($) | Amount($) | Realized Gain/(Loss)($) |
|---|---|---|---|---|---|---|---|---|---|
| 09/27 | Interest | Credit Interest | | SCHWAB1 INT 08/29-09/26 | | | | 0.21 | |
| **Total Transactions** | | | | | | | | **$0.21** | **$0.00** |

Date column represents the Settlement/Process date for each transaction.
08/29 through 09/26: $0.21 based on .450% average Schwab One® interest rate paid on 21 days in which your account had an average daily balance of $414.92.



**Schwab One® Account of**

YOGESH M DESAI &
TRUPTI Y DESAI
DESIGNATED BENE PLAN/TOD

Statement Period
**September 1-30, 2024**

## Positions - Equities (continued)

| Symbol | Description | Quantity | Price($) | Market Value($) | Cost Basis($) | Unrealized Gain/(Loss)($) | Est. Yield | Est. Annual Income($) | % of Acct |
|---|---|---|---|---|---|---|---|---|---|
| GNS | GENIUS GROUP LTD  F | 60.0000 | 0.90800 | 54.48 | 1,024.36 | (969.88) | N/A | 0.00 | <1% |
|  | GLOBAL TECH INDS GP | 490.0000 | 0.02750 | 13.48 | N/A i | N/A i | N/A | 0.00 | <1% |
| GTII | GLOBAL TECH INDS GROUP I | 5,001.0000 | 0.02750 | 137.53 | 10,027.82 | (9,890.29) | N/A | 0.00 | <1% |
| ILUS | ILUSTRATO PICTURES INTL | 500.0000 | 0.00350 | 1.75 | 36.50 | (34.75) | N/A | 0.00 | <1% |
| IVVD | INVIVYD INC | 100.0000 | 1.02000 | 102.00 | 730.00 | (628.00) | N/A | 0.00 | <1% |
| MMATQ | META MATLS INC | 50.0000 | 0.37000 | 18.50 | 334.00 | (315.50) | N/A | 0.00 | <1% |
| OXY | OCCIDENTAL PETE CORP | 50.0000 | 51.54000 | 2,577.00 | 3,705.55 | (1,128.55) | 1.7% | 44.00 | 9% |
| PSNY | POLESTAR AUTOMOTIVE HL F UNSPONSORED ADR 1 ADR REPS  1 ORD SHS | 100.0000 | 1.72000 | 172.00 | 1,199.00 | (1,027.00) | N/A | 0.00 | <1% |
| SOFI | SOFI TECHNOLOGIES INC | 1,301.0000 | 7.86000 | 10,225.86 | 10,425.65 | (199.79) | N/A | 0.00 | 37% |
| SRNE | SORRENTO THERAPEUTICS IN | 3.0000 | 0.00400 | 0.01 | 1.13 | (1.12) | N/A | 0.00 | <1% |
| TLRY | TILRAY BRANDS INC | 1,500.0000 | 1.76000 | 2,640.00 | 14,148.43 | (11,508.43) | N/A | 0.00 | 9% |
| VIRI | VIRIOS THERAPEUTICS INC | 4,000.0000 | 0.17000 | 680.00 | 5,538.00 | (4,858.00) | N/A | 0.00 | 2% |
|  | WORLDWIDE DIVERSIFIED HL | 250.0000 | 0.00000 | 0.00 | N/A i | N/A i | N/A | 0.00 |  |
| **Total Equities** |  |  |  | **$23,306.69** | **$74,258.80** | **($50,965.59)** |  | **$44.00** | **83%** |

## Positions - Exchange Traded Funds

| Symbol | Description | Quantity | Price($) | Market Value($) | Cost Basis($) | Unrealized Gain/(Loss)($) | Est. Yield | Est. Annual Income($) | % of Acct |
|---|---|---|---|---|---|---|---|---|---|
| BOIL | PROSHARES ULTRA BLOM NAT | 201.0000 | 11.60000 | 2,331.60 | 2,827.51 | (495.91) | N/A | N/A | 8% |
| SQQQ | PROSHARES ULTRAPRO SHORT | 251.0000 | 7.39000 | 1,854.89 | 8,659.37 | (6,804.48) | 8.68% | 161.11 | 7% |
| **Total Exchange Traded Funds** |  |  |  | **$4,186.49** | **$11,486.88** | **($7,300.39)** |  | **$161.11** | **15%** |



## Schwab One® Account of

YOGESH M DESAI &
TRUPTI Y DESAI
DESIGNATED BENE PLAN/TOD

Account Number: 8516-5306
Statement Period: September 1-30, 2024

## Account Summary

Ending Account Value as of 09/30: **$27,950.46**
Beginning Account Value as of 09/01: **$28,223.34**



|  | This Statement | YTD |
|---|---:|---:|
| Beginning Value | **$28,223.34** | $38,707.64 |
| Deposits | 0.00 | 0.00 |
| Withdrawals | 0.00 | 0.00 |
| Dividends and Interest | 0.21 | 118.47 |
| Transfer of Securities | 0.00 | 0.00 |
| Market Appreciation/(Depreciation) | (273.09) | (10,873.97) |
| Expenses | 0.00 | (1.68) |
| **Ending Value** ᵂ | **$27,950.46** | **$27,950.46** |

Account Ending Value reflects the market value of your cash and investments. It does not include pending transactions, unpriced securities or assets held outside Schwab's custody.

### Manage Your Account

**Customer Service and Trading:**
Call your Schwab Representative
1-800-435-4000
24/7 Customer Service

For the most current records on your account visit schwab.com/login. Statements are archived up to 10 years online.

### Commitment to Transparency

Client Relationship Summaries and Best Interest disclosures are at schwab.com/transparency.
Charles Schwab & Co., Inc. Member SIPC.

### Online Assistance

 Visit us online at schwab.com

Visit schwab.com/stmt to explore the features and benefits of this statement.

YOGESH M DESAI &
TRUPTI Y DESAI
DESIGNATED BENE PLAN/TOD
36 ALLERTON RD
PARSIPPANY NJ 07054-2946