Jeffrey L. Hartman, Esq.
Nevada Bar No. 1607
HARTMAN & HARTMAN
510 W. Plumb Lane, Suite B
Reno, NV 89509
T: (775) 324-2800
F: (775) 324-1818
notices@bankruptcyreno.com
Attorney for Christina Lovato, Trustee

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>META MATERIALS INC.,<br><br>Debtor. | Case No.: 24-50792-hlb<br>(Chapter 7)<br><br>*EX PARTE* APPLICATION BY CHAPTER 7 TRUSTEE TO EMPLOY ATTORNEYS AS SPECIAL COUNSEL [ROBISON, SHARP, SULLIVAN & BRUST]<br><br>Hearing Date:   N/A<br>Hearing Time: |

      Pursuant to 11 U.S.C. §§ 327 and 328(a) and F.R.Bankr.P. 2014, Christina Lovato, the duly appointed and acting chapter 7 trustee ("Trustee"), requests an order authorizing her employment of the firm of Robison, Sharp, Sullivan & Brust ("RSSB" or "Applicant"), to act as special counsel for the Chapter 7 estate of Debtor Meta Materials, Inc., ("Debtor" or "Estate").  This Application is supported by the separately filed Declaration of Clayton P. Brust.  In support of this Application, the Trustee represents as follows:

      1.    Debtor META MATERIALS INC. filed a Chapter 7 Petition on August 9, 2024 ("Petition Date") and  Christina Lovato was duly appointed as the Chapter 7 trustee ("Trustee").

      2.    In fulfilling her duties under § 704 and based upon her preliminary investigation of the events leading up to the filing of the Petition, the Trustee anticipates the need for significant F.R.Bank.P. 2004 discovery in the form of examinations and document requests and eventual voidable transfer litigation.

1

3. The Schedules of Assets and Liabilities and the Statement of Financial Affairs disclose the following general categories of transactions:

S&S

- Nine wholly owned subsidiaries, with two located in Canada and subject to Canadian receivership proceedings;
- $30 million in net operating losses[1];
- Meta Materials Inc., as a plaintiff in litigation pending in Halifax, Nova Scotia;
- Deposits and pre-payments totaling approximately $2.1 million, including $208,000 in consulting fees;
- $5.1 million in general unsecured claims;
- 17 Schedule G executory contracts or unexpired leases.

SOFA

- $5.8 million in payments made with the 90-day period before the Petition;
- $8.2 million in payments made within the one-year period before the Petition;
- $2 million paid for legal services related to bankruptcy paid within one year before the Petition.

4. Although not specifically identified in the Schedules and Statements, the Trustee anticipates there may be claims to be prosecuted related to directors' and officers' liability.

5. The Trustee believes retention of counsel specializing in litigation is necessary to represent the Estate's interest in the types of matters which appear to be present in this case.

6. Applicant has agreed to represent the Estate on an hourly basis. The applicable rates for the attorneys at RSSB are $400.00 to $650.00 per hour. The engagement letter is attached as Exhibit A.

---

[1] The NOLs are listed as an asset; however, the ability to monetize net operating losses is problematic.

7. To the best of the Trustee's knowledge, Applicant does not represent an interest adverse to the Estate in the matters upon which it is to be engaged and is disinterested as that term is defined in 11 U.S.C. § 101(14). There are no present connections which Applicant and/or its employees have with the Estate, any of its creditors, any other party in interest, their respective attorneys and accountants, the United States Trustee, or any person employed in the office of the United States Trustee which are out of the ordinary course of business, except as may be provided in Mr. Brust's Declaration.

WHEREFORE, the Trustee requests that employment of Robison, Sharp, Sullivan & Brust be approved by this Court, effective as of the date of the order approving employment, for the purpose and on the terms and conditions set forth above.

DATED: October 31, 2024.

HARTMAN & HARTMAN

*/s/ Jeffrey L. Hartman*
Jeffrey L. Hartman, Esq., Attorney for
Christina Lovato, Trustee

APPROVED

*/s/ Christina Lovato*
Christina Lovato, Trustee