Jeffrey L. Hartman, Esq.
Nevada Bar No. 1607
HARTMAN & HARTMAN
510 W. Plumb Lane, Suite B
Reno, NV 89509
T: (775) 324-2800
F: (775) 324-1818
notices@bankruptcyreno.com
Attorney for Christina Lovato, Trustee

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>META MATERIALS INC.,<br><br>Debtor. | Case No.: 24-50792-hlb<br>(Chapter 7)<br><br>DECLARATION OF CLAYTON BRUST IN SUPPORT OF *EX PARTE* APPLICATION BY CHAPTER 7 TRUSTEE TO EMPLOY ATTORNEYS AS SPECIAL COUNSEL [ROBISON, SHARP, SULLIVAN & BRUST] F.R.BANKR.P. 2014<br><br>Hearing Date:  N/A<br>Hearing Time: |

Clayton P. Brust, under penalty of perjury of the laws of the United States, declares:

1. I am a resident of Nevada, and I have personal knowledge of the matters stated herein.

2. I was admitted to the practice of law in the State of Nevada in 1994. I am a member in good standing of the Nevada State Bar. I am admitted to practice in

3. I am a partner in Robison, Sharp, Sullivan & Brust ("RSSB"), which is located in Reno, Nevada.  RSSB does not hold any interest adverse to the Debtor estate in the matters upon which it is about to be engaged.

4. To the best of my knowledge, there are no connections which RSSB and/or any of its employees have with the Debtor estate's creditors, other parties-in-interest and their respective

1

1 | attorneys and accountants, the United States Trustee, and any person employed in the office of the
2 | United States Trustee.
3 |     5.    RSSB has no connections within the legal community relevant to this case.
4 |     6.    The Trustee desires to employ me and RSSB as her special counsel for the purpose
5 | of advising and representing her in connection with
6 |     I am the attorney who will be primarily responsible for supervising the legal representation
7 | of the Trustee.
8 |     7.    Based on the foregoing, I believe that I, and the members and associates of RSSB
9 | are "disinterested person(s)" within the meaning of 11 U.S.C. §§ 101(14) and 327.
10 |     DATED: October 31, 2024.

ROBISON, SHARP, SULLIVAN & BRUST

Clayton P. Brust, Esq.