|   |   |
|---|---|
| 1 | Jeffrey L. Hartman, Esq. |
| 2 | Nevada Bar No. 1607<br>HARTMAN & HARTMAN |
| 3 | 510 W. Plumb Lane, Suite B<br>Reno, NV 89509 |
| 4 | T: (775) 324-2800 |
| 5 | F: (775) 324-1818<br>notices@bankruptcyreno.com |
| 6 | Attorney for Christina Lovato, Trustee |

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| In re | Case No.: 24-50792-hlb |
|---|---|
| META MATERIALS INC., | (Chapter 7) |
| Debtor. | CERTIFICATE OF SERVICE |
|  | Hearing Date:   N/A<br>Hearing Time: |

I certify that I am an employee of Hartman & Hartman, and that on October 31, 2024, I caused to be served the following document(s):

*EX PARTE* APPLICATION BY CHAPTER 7 TRUSTEE TO EMPLOY THE LAW FIRMS OF CHRISTIAN ATTAR AND KASOWITZ BENSON TORRES LLP AS SPECIAL LITIGATION COUNSEL – ECF No. 98

DECLARATION OF JAMES W. CHRISTIAN IN SUPPORT OF *EX PARTE* APPLICATION BY CHAPTER 7 TRUSTEE TO EMPLOY THE LAW FIRM OF CHRISTIAN ATTAR AS SPECIAL COUNSEL [F.R.BANKR.P. 2014] – ECF No. 99

DECLARATION OF STEPHEN W. TOUNTAS IN SUPPORT OF *EX PARTE* APPLICATION BY CHAPTER 7 TRUSTEE TO EMPLOY THE LAW FIRM OF  KASOWITZ BENSON TORRES LLP AS SPECIAL COUNSEL [F.R.BANKR.P. 2014] – ECF No. 100

I caused to be served the above-named document(s) as indicated below:

✔ a. Via ECF:

- ANDREA J. DRIGGS     adriggs@perkinscoie.com, bcosman@perkinscoie.com;kmcclure@perkinscoie.com;scarnall@perkinscoie.com;docketphx@perkinscoie.com
- JEFFREY L HARTMAN     notices@bankruptcyreno.com, abg@bankruptcyreno.com
- MATTHEW L. JOHNSON     mjohnson@mjohnsonlaw.com, annabelle@mjohnsonlaw.com;jennifer@mjohnsonlaw.com;admin@mjohnsonlaw.com
- CHRISTINA W. LOVATO     trusteelovato@att.net, NV26@ecfcbis.com
- U.S. TRUSTEE - RN - 7    USTPRegion17.RE.ECF@usdoj.gov

I declare under penalty of perjury that the foregoing is true and correct.

DATED: October 31, 2024.

                              */s/ Angie Gerbig*
                              Angie Gerbig