Jeffrey L. Hartman, Esq.
Nevada Bar No. 1607
HARTMAN & HARTMAN
510 W. Plumb Lane, Suite B
Reno, NV 89509
T: (775) 324-2800
F: (775) 324-1818
notices@bankruptcyreno.com
Attorney for Christina Lovato, Trustee

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>META MATERIALS INC.,<br><br>    Debtor. | Case No.: 24-50792-hlb<br>(Chapter 7)<br><br>CERTIFICATE OF SERVICE<br><br>Hearing Date:  N/A<br>Hearing Time: |

I certify that I am an employee of Hartman & Hartman, and that on October 31, 2024, I caused to be served the following document(s):

*EX PARTE* APPLICATION BY CHAPTER 7 TRUSTEE TO EMPLOY ATTORNEYS AS SPECIAL COUNSEL [ROBISON, SHARP, SULLIVAN & BRUST] – ECF No. 105

DECLARATION OF CLAYTON BRUST IN SUPPORT OF *EX PARTE* APPLICATION BY CHAPTER 7 TRUSTEE TO EMPLOY ATTORNEYS AS SPECIAL COUNSEL [ROBISON, SHARP, SULLIVAN & BRUST] F.R.BANKR.P. 2014
– ECF No. 106

I caused to be served the above-named document(s) as indicated below:

✔ a.  Via ECF:

1

- ANDREA J. DRIGGS     adriggs@perkinscoie.com, bcosman@perkinscoie.com;kmcclure@perkinscoie.com;scarnall@perkinscoie.com;docketphx@perkinscoie.com
- JEFFREY L HARTMAN     notices@bankruptcyreno.com, abg@bankruptcyreno.com
- MATTHEW L. JOHNSON     mjohnson@mjohnsonlaw.com, annabelle@mjohnsonlaw.com;jennifer@mjohnsonlaw.com;admin@mjohnsonlaw.com
- CHRISTINA W. LOVATO     trusteelovato@att.net, NV26@ecfcbis.com
- U.S. TRUSTEE - RN - 7     USTPRegion17.RE.ECF@usdoj.gov

I declare under penalty of perjury that the foregoing is true and correct.

DATED: October 31, 2024.

                     */s/ Angie Gerbig*
                     Angie Gerbig