NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | PROOF OF INTEREST |
|---|---|

| Name of Debtor: | Case Number: |
|---|---|
| Metamaterials Inc | 24 50792 hlb |

**1 Name and address of holder of the Equity Interest** (the person or entity holding an Equity Interest in the Debtor Referred to hereinafter as the Interest holder)

Marco Aurelio Pang Millan
1302 E Bell Ave
Pharr TX 78577

Telephone Number
956 252 1091

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest Attach copy of statement giving particulars

☒ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors

**COURT USE ONLY**

NOTE This form SHOULD NOT be used to make a claim against the Debtor for money owed A separate Proof of Claim form should be used for that purpose This form should only be used to assert an Equity Interest in the Debtor An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase sell or subscribe to a share security or interest of a kind specified in subsection (a) or (b) herein

| Account or other number by which Interest holder identifies Debtor | Check here if this claim |
|---|---|
| 692016017 | ☐ replaces a previously filed Proof of Interest dated _____ |
| | ☐ amends a previously filed Proof of Interest dated _____ |

| **2 Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest** | **3 Date Equity Interest was acquired** |
|---|---|
| ROBINHOOD | 21 Jun 21 1000  07 Jul 21 1250  27 Jul 21 3500  16 Aug 21 130 |
| 85 Willow Rd  Menlo Park  CA 94025 USA 760 485 0487 | 06 Oct 21 5010  05 Jan 22 9110  21 Jan 22 5050  24 Jun 22 43950 |
| Telephone Number | 27 Jul 22 31000 |

| **4 Total amount of member interest** _1000_ | **5 Certificate number(s)** _____ |
|---|---|

**6 Type of Equity Interest**
Please indicate the type of Equity Interest you hold
☒ Check this box if your Equity Interest is based on an actual member interest held in the Debtor
☐ Check this box if your Equity Interest is based on anything else and describe that interest
Description _____

**7 Supporting Documents** Attach copies of supporting documents such as stock certificates option agreements warrants etc
DO NOT SEND ORIGINAL DOCUMENTS If the documents are not available explain If the documents are voluminous attach a summary

**8 Date Stamped Copy** To receive an acknowledgement of the filing of your Proof of Interest enclose a stamped self addressed envelope and copy of this Proof of Interest

**9 Signature**
Check the appropriate box
☒ I am the creditor   ☐ I am the creditor's authorized agent   ☐ I am the trustee or the debtor   ☐ I am a guarantor surety endorser or othercodebtor
   (Attach copy of power of attorney if any)   or their authorized agent   (See Bankruptcy Rule 3005 )
   (See Bankruptcy Rule 3004 )

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge information and reasonable belief

Print Name   Marco Aurelio Pang Millan
Title
Company __ Address and telephone number (if different from notice address above)

_____

(Signature)

Telephone number  956 252 1091       email marcopang7@gmail com

10/29/2024
(Date)

*Penalty for presenting fraudulent claim is a fine of up to $500 000 or imprisonment for up to 5 years or both 18 U S C §§ 152 AND 3571*

# Robinhood

85 Willow Rd  Menlo Park  CA 94025
help@robinhood.com

**Marco Aurelio Pang Millan** Account # 692016017
1302 E Bell Ave  Pharr  TX 78577

| Account Summary | Opening Balance | Closing Balance |
|---|---|---|
| Net Account Balance | $2 64 | $2 64 |
| Total Securities | $1 018 22 | $905 14 |
| **Portfolio Value** | **$1 020 86** | **$907 78** |

Portfolio Allocation



- Cash and Cash Equivalents
  0 29%
- Equities
  99 71%
- Options
  0 00%

| Income and Expense Summary | This Period | Year to Date |
|---|---|---|
| Dividends | $0 00 | $0 00 |
| Capital Gains Distributions | $0 00 | $0 00 |
| Interest Earned | $0 00 | $0 CC |

This statement shall be conclusive if not objected to in writing within ten days (except with respect to debit card transactions) Errors and omissions exempted  Please address all communications to the firm and not to the individuals  Address changes or other material changes in your account  should be directed to the office servicing your account  Kindly mention your  account  number  This statement should be retained for income  tax purposes

Robinhood Securities  LLC ( RHS ) carries your account as the clearing broker by arrangement with your introducing broker dealer  Robinhood Financial LLC ( RHF )

RHS is a Member of SIPC  which protects securities customers of its members up  to $500 000 (including $250 000 for claims for cash)  Explanatory  brochure available upon request or at www sipc org

3840999

**Portfolio Summary**

| Securities Held in Account | Sym/Cusip | Acct Type | Qty | Price | Mkt Value | Est Dividend Yield | % of Total Portfolio |
|---|---|---|---|---|---|---|---|
| AMC Entertainment<br>Estimated Yield 0 00% | AMC | Cash | 16 517747 | $4 5500 | $530 16 | $0 00 | 58 40% |
| Meta Material<br>Estimated Yield 0 00% | MMATQ | Cash | 1 000 | $0 3700 | $370 00 | $0 00 | 40 76% |
| Next Bridge Hydrocarbons Contra<br>Estimated Yield 0 00% | T77Z | Cash | 2 000 | $0 0000 | $0 00 | $0 00 | 0 00% |
| Starbox Group Holdings<br>Estimated Yield 0 00% | STBX | Cash | 40 | $0 1246 | $4 98 | $0 00 | 0 55% |
| **Total Securities** | | | | | $905 14 | $0 00 | 99 71% |
| **Brokerage Cash Balance** | | | | | $2 64 | | 0 29% |
| **Total Priced Portfolio** | | | | | $907 78 | | |



# Robinhood

85 Willow Rd  Menlo Park  CA 94025
help@robinhood com

08/01/2021 to 08/31/2021
**MARCO AURELIO PANG MILLAN** Account # 692016017
1409 Rio Comal Cir  San Juan  TX 78589

☒ Options      ◼ Equities      ◼ Cash and Cash Equivalents

## Account Summary

| | Opening Balance | Closing Balance |
|---|---|---|
| Net Account Balance | $458 08 | $55 58 |
| Total Securities | $20 145 00 | $27 362 00 |
| **Portfolio Value** | **$20 603 08** | **$27,417 58** |

## Income and Expense Summary

| | This Period | Year to Date |
|---|---|---|
| Dividends | $0 00 | $0 00 |
| Capital Gains Distributions | $0 00 | $0 00 |
| Interest Earned | $0 00 | $0 00 |

## Portfolio Allocation



Cash and Cash
Equivalents
0 20%

Equities
99 80%

Options
0 00%

This statement shall be conclusive if not objected to in writing within ten days (except with respect to debit card transactions) Errors and omissions exempted  Please address all communications to the firm and not to the individuals
Address changes or other material changes in your account should be directed to the office servicing your account  Kindly mention your account number  This statement should be retained for income tax purposes

Portfolio Summary

| Securities Held in Account | Sym/Cusip | Acct Type | Qty | Price | Mkt Value | Est Dividend Yield | % of Total Portfolio |
|---|---|---|---|---|---|---|---|
| Meta Materials<br>Estimated Yield 0 00% | MMAT | Margin | 5 880 | $4 65 | $27 342 00 | $0 00 | 99 72% |
| MMAT Preferred Shares<br>Estimated Yield 0 00% | MMATA | Margin | 2 000 | $0 01 | $20 00 | $0 00 | 0 07% |
| **Total Securities** | | | | | $27 362 00 | $0 00 | 99 80% |
| **Brokerage Cash Balance** | | | | | $55 58 | | 0 20% |
| **Total Priced Portfolio** | | | | | $27 417 58 | | |

**Account Activity**

| Description | Symbol | Acct Type | Transaction | Date | Qty | Price | Debit | Credit |
|---|---|---|---|---|---|---|---|---|
| Gold Fee | | Margin | GOLD | 08/16/2021 | | | $5 00 | |
| Meta Materials CUSIP 59134N1C4 | MMAT | Margin | Buy | 08/16/2021 | 130 | $3 06 | $397 50 | |
| Total Funds Paid and Received | | | | | | | $402 50 | $0 00 |

**Executed Trades Pending Settlement**
These transactions may not be reflected in the other summaries

| Description | Acct Type | Transaction | Trade Date | Settle Date | Qty | Price | Debit | Credit |
|---|---|---|---|---|---|---|---|---|
| Total Executed Trades Pending Settlement | | | | | | | $0 00 | $0 00 |

# Robinhood 

85 Willow Rd  Menlo Park  CA 94025
help@robinhood com

01/01/2022 to 01/31/2022
**MARCO AURELIO PANG MILLAN** Account # 692016017
1409 Rio Comal Cir  San Juan  TX 78589

☐ Options          ■ Equities          ■ Cash and Cash Equivalents

## Account Summary

| | Opening Balance | Closing Balance |
|---|---|---|
| Net Account Balance | $23 385 68 | $70 08 |
| Total Securities | $29 809 40 | $44 433 50 |
| **Portfolio Value** | **$53 195 08** | **$44,503 58** |

## Income and Expense Summary

| | This Period | Year to Date |
|---|---|---|
| Dividends | $0 00 | $0 00 |
| Capital Gains Distributions | $0 00 | $0 00 |
| Interest Earned | $0 00 | $0 00 |

## Portfolio Allocation

- Cash and Cash Equivalents
  0 16%
- Equities
  99 84%
- Options
  0 00%

This statement shall be conclusive if not objected to in writing within ten days (excep  with respect to deb t card transactions) Errors and omissions exempted  Please address all communica ions to the firm and not to the individuals  Address changes or other material changes in your account should be directed to  he office servicing your account  Kindly mention  our account number  This statement should be retained for income tax purposes

**Portfolio Summary**

| Securities Held in Account | Sym/Cusip | Acct Type | Qty | Price | Mkt Value | Est Dividend Yield | % of Total Portfolio |
|---|---|---|---|---|---|---|---|
| Meta Materials<br>Estimated Yield 0 00% | MMAT | Margin | 25 050 | $1 67 | $41 833 50 | $0 00 | 94 00% |
| MMAT Preferred Shares<br>Estimated Yield 0 00% | MMTLP | Margin | 2 000 | $1 30 | $2 600 00 | $0 00 | 5 84% |
| Total Securities | | | | | $44 433 50 | $0 00 | 99 84% |
| Brokerage Cash Balance | | | | | $70 08 | | 0 16% |
| Total Priced Portfolio | | | | | $44 503 58 | | |

**Account Activity**

| Description | Symbol | Acct Type | Transaction | Date | Qty | Price | Debit | Credit |
|---|---|---|---|---|---|---|---|---|
| Meta Materials CUSIP 59134N104 | MMAT | Margin | Buy | 01/05/2022 | 450 | $2 56 | $1 152 00 | |
| Meta Materials CUSIP 59134N104 | MMAT | Margin | Buy | 01/05/2022 | 325 | $2 56 | $832 00 | |
| Meta Materials CUSIP 59134N104 | MMAT | Margin | Buy | 01/05/2022 | 1 000 | $2 56 | $2 560 00 | |
| Meta Materials CUSIP 59134N104 | MMAT | Margin | Buy | 01/05/2022 | 7 335 | $2 56 | $18 777 60 | |
| Gold Fee | | Margin | COLD | 01/13/2022 | | | $5 00 | |
| ACH Deposit | | Margin | ACH | 01/21/2022 | | | | $9 000 00 |
| Meta Materials CUSIP 59134N104 | MMAT | Margin | Buy | 01/21/2022 | 800 | $1 78 | $1 424 00 | |
| Meta Materials CUSIP 59134N104 | MMAT | Margin | Buy | 01/21/2022 | 800 | $1 78 | $1 424 00 | |
| Meta Materials CUSIP 59134N104 | MMAT | Margin | Buy | 01/21/2022 | 150 | $1 78 | $267 00 | |
| Meta Materials CUSIP 59134N104 | MMAT | Margin | Buy | 01/21/2022 | 1 300 | $1 78 | $2 314 00 | |
| Meta Materials CUSIP 59134N104 | MMAT | Margin | Buy | 01/21/2022 | 396 | $1 78 | $704 88 | |
| Meta Materials CUSIP 59134N104 | MMAT | Margin | Buy | 01/21/2022 | 500 | $1 78 | $890 00 | |
| Meta Materials CUSIP 59134N104 | MMAT | Margin | Buy | 01/21/2022 | 4 | $1 78 | $7 12 | |
| Meta Materials CUSIP 59134N104 | MMAT | Margin | Buy | 01/21/2022 | 100 | $1 78 | $178 00 | |
| Meta Materials CUSIP 59134N104 | MMAT | Margin | Buy | 01/21/2022 | 500 | $1 78 | $890 00 | |

**Account Activity**

| Description | Symbol | Acct Type | Transaction | Date | Qty | Price | Debit | Credit |
|---|---|---|---|---|---|---|---|---|
| Meta Materials<br>CUSIP 59134N104 | MMAT | Margin | Buy | 01/2 /2022 | 500 | $1 78 | $890 00 | |
| Total Funds Paid and Received | | | | | | | $32 315 60 | $9 000 00 |

**Executed Trades Pending Settlement**
These transact ons ma no be reflected in the othe summar es

| Description | Acct Type | Transaction | Trade Date | Settle Date | Qty | Price | Debit | Credit |
|---|---|---|---|---|---|---|---|---|
| Total Executed Trades Pending Settlement | | | | | | | $0 00 | $0 00 |



# Robinhood

85 Willow Rd  Menlo Park  CA 94025
help@robinhood.com

07/01/2021 to 07/31/2021
**MARCO AURELIO PANG MILLAN** Account # 692016017
1409 Rio Comal Cir  San Juan  TX 78589

◻ Options    ■ Equities    ◼ Cash and Cash Equivalents

| Account Summary | Opening Balance | Closing Balance |
|---|---|---|
| Net Account Balance | $11 869 93 | $458 08 |
| Total Securities | $16 274 99 | $20 145 00 |
| **Portfolio Value** | **$28,144 92** | **$20,603 08** |

| Income and Expense Summary | This Period | Year to Date |
|---|---|---|
| Dividends | $0 00 | $0 00 |
| Capital Gains Distributions | $0 00 | $0 00 |
| Interest Earned | $0 00 | $0 00 |

## Portfolio Allocation



● Cash and Cash
Equivalents
2 22%

● Equities
97 78%

● Options
0 00%

This statement shall be conclusive if not objected to in writing within ten days (except with respect to debit card transactions) Errors and omissions exempted  Please address all communications to the firm and not to the individuals  Address changes or other material changes in your account should be directed to the office servicing your account  Kindly mention  our account number  This statement should be retained for income tax purposes

Portfolio Summary

| Securities Held in Account | Sym/Cusip | Acct Type | Qty | Price | Mkt Value | Est Dividend Yield | % of Total Portfolio |
|---|---|---|---|---|---|---|---|
| Meta Materials<br>Estimated Yield 0 00% | MMAT | Margin | 5 750 | $3 50 | $20 25 00 | $0 00 | 97 68% |
| MMAT Preferred Shares<br>Estimated Yield 0 00% | MMAT-A | Margin | 2 000 | $0 01 | $20 00 | $0 00 | 0 10% |
| **Total Securities** | | | | | $20 145 00 | $0 00 | 97 78% |
| **Brokerage Cash Balance** | | | | | $458 08 | | 2 22% |
| **Total Priced Portfolio** | | | | | $20 603 08 | | |

**Account Activity**

| Description | Symbol | Acct Type | Transaction | Date | Qty | Price | Debit | Credit |
|---|---|---|---|---|---|---|---|---|
| MMAT Preferred Shares<br>Unsolicited CUSIP 59134N203 | | Margin | SOFF | 07/07/2021 | 2 000 | | | |
| Meta Materials<br>Unsolicited CUSIP 59134N104 | MMAT | Margin | Buy | 07/07/2021 | 1 250 | $6 24 | $7 800 00 | |
| Zomedica<br>Unsolicited CUSIP 98980M109 | ZOM | Margin | Sell | 07/07/2021 | 100 | $0 74 | | $73 59 |
| Zomedica<br>Unsolicited CUSIP 98980M109 | ZOM | Margin | Sell | 07/07/2021 | 3 745 | $0 74 | | $2 752 11 |
| Zomedica<br>Unsolicited CUSIP 98980M109 | ZOM | Margin | Sell | 07/07/2021 | 100 | $0 74 | | $73 70 |
| Zomedica<br>Unsolicited CUSIP 98980M109 | ZOM | Margin | Sell | 07/07/2021 | 5 | $0 74 | | $3 69 |
| Zomedica<br>Unsolicited CUSIP 98980M109 | ZOM | Margin | Sell | 07/07/2021 | 200 | $0 74 | | $147 38 |
| Zomedica<br>Unsolicited CUSIP 98980M109 | ZOM | Margin | Sell | 07/07/2021 | 1 000 | $0 74 | | $737 37 |
| Zomedica<br>Unsolicited CUSIP 98980M109 | ZOM | Margin | Sell | 07/07/2021 | 900 | $0 74 | | $663 63 |
| Zomedica<br>Unsolicited CUSIP 98980M109 | ZOM | Margin | Sell | 07/07/2021 | 800 | $0 74 | | $589 89 |
| Zomedica<br>Unsolicited CUSIP 98980M109 | ZOM | Margin | Sell | 07/07/2021 | 700 | $0 74 | | $516 16 |
| Zomedica<br>Unsolicited CUSIP 98980M109 | ZOM | Margin | Sell | 07/07/2021 | 600 | $0 74 | | $442 43 |
| Zomedica<br>Unsolicited CUSIP 98980M109 | ZOM | Margin | Sell | 07/07/2021 | 600 | $0 74 | | $442 43 |
| Zomedica<br>Unsolicited CUSIP 98980M109 | ZOM | Margin | Sell | 07/07/2021 | 100 | $0 74 | | $73 64 |
| Zomedica<br>Unsolicited CUSIP 98980M109 | ZOM | Margin | Sell | 07/07/2021 | 100 | $0 74 | | $73 64 |

**Account Activity**

| Description | Symbol | Acct Type | Transaction | Date | Qty | Price | Debit | Credit |
|---|---|---|---|---|---|---|---|---|
| Zomedica Unsolicited CUSIP 98980M109 | ZOM | Margin | Sell | 07/07/2021 | 100 | $0 74 | | $73 64 |
| Zomedica Unsolicited CUSIP 98980M109 | ZOM | Margin | Sell | 07/07/2021 | 200 | $0 74 | | $147 38 |
| Zomedica Unsolicited CUSIP 98980M109 | ZOM | Margin | Sell | 07/07/2021 | 200 | $0 74 | | $147 38 |
| Zomedica Unsolicited CUSIP 98980M109 | ZOM | Margin | Sell | 07/07/2021 | 200 | $0 74 | | $147 38 |
| Zomedica Unsolicited CUSIP 98980M109 | ZOM | Margin | Sell | 07/07/2021 | 200 | $0 74 | | $147 38 |
| Zomedica Unsolicited CUSIP 98980M109 | ZOM | Margin | Sell | 07/07/202 | 200 | $0 74 | | $147 38 |
| Zomedica Unsolicited CUSIP 98980M109 | ZOM | Margin | Sell | 07/07/2021 | 200 | $0 74 | | $147 18 |
| Zomedica Unsolicited CUSIP 98980M109 | ZOM | Margin | Sell | 07/07/2021 | 200 | $0 74 | | $147 18 |
| Zomedica Unsolicited CUSIP 98980M109 | ZOM | Margin | Sell | 07/07/2021 | 100 | $0 74 | | $73 59 |
| Gold Fee | | Margin | GOLD | 07/19/2021 | | | $5 00 | |
| Meta Materials Unsolicited CUSIP 59134N104 | MMAT | Margin | Buy | 07/27/2021 | 3 500 | $3 25 | $1 375 00 | |
| **Total Funds Paid and Received** | | | | | | | **$19 180 00** | **$7 768 15** |

**Executed Trades Pending Settlement**
These transactions may not be reflected in the other summaries

| Description | Acct Type | Transaction | Trade Date | Settle Date | Qty | Price | Debit | Credit |
|---|---|---|---|---|---|---|---|---|
| Total Executed Trades Pending Settlement | | | | | | | $0 00 | $0 00 |



# Robinhood

85 Willow Rd  Menlo Park  CA 94025
help@robinhood com

07/01/2022 to 07/31/2022
**MARCO AURELIO PANG MILLAN** Account # 692016017
1409 Rio Comal Cir  San Juan  TX 78589

☑ Options        ■ Equities        ■ Cash and Cash Equivalents

| Account Summary | Opening Balance | Closing Balance |
|---|---|---|
| Net Account Balance | $31 58 | $126 58 |
| Total Securities | $74 160 00 | $92 760 00 |
| **Portfolio Value** | **$74,191 58** | **$92,886 58** |

**Portfolio Allocation**



Cash and Cash
Equivalents
0 14%

Equities
99 86%

Options
0 00%

| Income and Expense Summary | This Period | Year to Date |
|---|---|---|
| Dividends | $0 00 | $0 00 |
| Capital Gains Distributions | $0 00 | $0 00 |
| Interest Earned | $0 00 | $0 00 |

This statement shall be conclusive if not objected to in writing within ten days (except with respect to debit card transactions) Errors and omissions exempted  Please address all communications to the firm and not to the individuals  Address changes or other material changes in your account should be directed to the office servicing your account  Kindly mention your account number This statement should be retained for income tax purposes

**Portfolio Summary**

| Securities Held in Account | Sym/Cusip | Acct Type | Qty | Price | Mkt Value | Est. Dividend Yield | % of Total Portfolio |
|---|---|---|---|---|---|---|---|
| Meta Materials<br>Estimated Yield 0 00% | MMAT | Margin | 100 000 | $0 9C | $90 000 00 | $0 00 | 96 89% |
| MMA` Prefe ed Shares<br>Estimated Yield C 00% | MMTLP | Margin | 2 000 | $1 38 | $2 760 00 | $0 00 | 2 97% |
| **Total Securities** | | | | | $92 760 00 | $0 00 | 99 86% |
| **Brokerage Cash Balance** | | | | | $126 58 | | 0 14% |
| **Total Priced Portfolio** | | | | | $92 886 58 | | |

**Account Activity**

| Description | Symbol | Acct Type | Transaction | Date | Qty | Price | Debit | Credit |
|---|---|---|---|---|---|---|---|---|
| Gold Fee | | Margin | GOLD | 07/12/2022 | | | $5 00 | |
| ACH Deposit | | Margin | ACH | 07/26/2022 | | | | $28 000 00 |
| Meta Materials CUSIP 59134N104 | MMAT | Margin | Buy | 07/27/2022 | 420 | $0 90 | $378 00 | |
| Meta Materials CUSIP 59134N104 | MMAT | Margin | Buy | 07/27/2022 | 186 | $0 90 | $ 67 40 | |
| Meta Materials CUSIP 59134N104 | MMAT | Margin | Buy | 07/27/2022 | 455 | $0 90 | $409 50 | |
| Meta Materials CUSIP 59134N104 | MMAT | Margin | Buy | 07/27/2022 | 583 | $0 90 | $524 70 | |
| Meta Materials CUSIP 59134N104 | MMAT | Margin | Buy | 07/27/2022 | 900 | $0 90 | $810 00 | |
| Meta Materials CUSIP 59134N104 | MMAT | Margin | Buy | 07 27/2022 | 10 | $0 90 | $9 00 | |
| Meta Materials CUSIP 59134N104 | MMAT | Margin | Buy | 07/27/2022 | 595 | $0 90 | $535 50 | |
| Meta Materials CUSIP 59134N104 | MMAT | Margin | Buy | 07/27/2022 | 421 | $0 90 | $378 90 | |
| Meta Materials CUSIP 59134N104 | MMAT | Margin | Buy | 07/27/2022 | 375 | $0 90 | $337 50 | |
| Meta Materials CUSIP 59134N104 | MMAT | Margin | Buy | 07 27/2022 | 375 | $0 90 | $337 50 | |
| Meta Materials CUSIP 59134N104 | MMAT | Margin | Buy | 07/27/2022 | 375 | $0 90 | $337 50 | |
| Meta Materials CUSIP 59134N104 | MMAT | Margin | Buy | 07/27 2022 | 375 | $0 90 | $337 50 | |
| Meta Materials CUSIP 59134N104 | MMAT | Margin | Buy | 07 27/2022 | 375 | $0 90 | $337 50 | |

**Account Activity**

| Description | Symbol | Acct Type | Transaction | Date | Qty | Price | Debit | Credit |
|---|---|---|---|---|---|---|---|---|
| Meta Materials CUSIP 59134N104 | MMAT | Margin | Buy | 07/27/2022 | 513 | $0 90 | $46 70 | |
| Meta Materials CUSIP 59134N104 | MMAT | Margin | Buy | 07/27/2022 | 189 | $0 90 | $170 10 | |
| Meta Materials CUSIP 59134N104 | MMAT | Margin | Buy | 07 27 2022 | 200 | $0 90 | $180 00 | |
| Meta Materials CUSIP 59134N104 | MMAT | Margin | Buy | 07 27/2022 | 1 300 | $0 90 | $ 170 00 | |
| Meta Materials CUSIP 59134N104 | MMAT | Margin | Buy | 07/27/2022 | 618 | $0 90 | $556 20 | |
| Meta Materials CUSIP 59134N104 | MMAT | Margin | Buy | 07 27 2022 | 612 | $0 90 | $550 80 | |
| Meta Materials CUSIP 59134N104 | MMAT | Margin | Buy | 07 27/2022 | 600 | $0 90 | $540 00 | |
| Meta Materials CUSIP 59134N104 | MMAT | Margin | Buy | 07/27 2022 | 1 200 | $0 90 | $1 080 00 | |
| Meta Materials CUSIP 59134N104 | MMAT | Margin | Buy | 07/27/2022 | 1 469 | $0 90 | $1 322 10 | |
| Meta Materials CUSIP 59134N104 | MMAT | Margin | Buy | 07/27/2022 | 600 | $0 90 | $540 00 | |
| Meta Materials CUSIP 59134N104 | MMAT | Margin | Buy | 07/27 2022 | 360 | $0 90 | $324 00 | |
| Meta Materials CUSIP 59134N104 | MMAT | Margin | Buy | 07/27/2022 | 187 | $0 90 | $168 30 | |
| Meta Materials CUSIP 59134N104 | MMAT | Margin | Buy | 07/27/2022 | 1 100 | $0 90 | $990 00 | |
| Meta Materials CUSIP 59134N104 | MMAT | Margin | Buy | 07/27/2022 | 100 | $0 90 | $90 00 | |
| Meta Materials CUSIP 59134N104 | MMAT | Margin | Buy | 07/27/2022 | 520 | $0 90 | $468 00 | |

**Account Activity**

| Description | Symbol | Acct Type | Transaction | Date | Qty | Price | Debit | Credit |
|---|---|---|---|---|---|---|---|---|
| Meta Materials CUSIP 59134N104 | MMAT | Margin | Buy | 07/27/2022 | 605 | $C 90 | $544 50 | |
| Meta Materials CUSIP 59134N104 | MMAT | Margin | Buy | 07/27/2022 | 415 | $0 90 | $373 50 | |
| Meta Materials CUSIP 59134N104 | MMAT | Margin | Buy | 07 27/2022 | 199 | $0 90 | $ 79 10 | |
| Meta Materials CUSIP 5913-1N104 | MMAT | Margin | Buy | 07 27/2022 | 168 | $C 90 | $ 5¹ 20 | |
| Meta Materials CUSIP 59134N104 | MMAT | Margin | Buy | 07/27/2022 | 14 600 | $0 90 | $13 40 00 | |
| **Total Funds Paid and Received** | | | | | | | **$27 905 00** | **$28 000 00** |

**Executed Trades Pending Settlement**
These transactions may not be reflected in the other summaries

| Description | Acct Type | Transaction | Trade Date | Settle Date | Qty | Price | Debit | Credit |
|---|---|---|---|---|---|---|---|---|
| **Total Executed Trades Pending Settlement** | | | | | | | **$0 00** | **$0 00** |



# Robinhood

85 Willow Rd  Menlo Park  CA 94025
help@robinhood com

06/01/2021 to 06/30/2021
**MARCO AURELIO PANG MILLAN** Account # 692016017
1409 Rio Comal Cir  San Juan  TX 78589

☒ Options    ■ Equities    ☐ Cash and Cash Equivalents

| Account Summary | Opening Balance | Closing Balance |
|---|---|---|
| Net Account Balance | $104 58 | $11 869 93 |
| Total Securities | $76 521 07 | $16 274 99 |
| **Portfolio Value** | **$76,625 65** | **$28 144 92** |

| Income and Expense Summary | This Period | Year to Date |
|---|---|---|
| Dividends | $0 00 | $0 00 |
| Capital Gains Distributions | $0 00 | $0 00 |
| Interest Earned | $0 00 | $0 00 |

## Portfolio Allocation



Cash and Cash Equivalents
42 17%

Equities
57 83%

Options
0 00%

This statemen  shall be conclusive if not objected to in writing within ten days (except with respect to debit card transactions   Errors and omissions exempted  Please address all communications to the firm and not to the individuals  Address changes or other material changes in your account should be directed to the office servicing your account  Kindly mention your account number  This statement should be retained for income tax purposes

Portfolio Summary

| Securities Held in Account | Sym/Cusip | Acct Type | Qty | Price | Mkt Value | Est Dividend Yield | % of Total Portfolio |
|---|---|---|---|---|---|---|---|
| Meta Materials<br>Estimated Yield 0 00% | MMAT | Margin | 1 000 | $7 49 | $7 490 00 | $0 00 | 26 61% |
| Zomedica<br>Estimated Yield 0 00% | ZOM | Margin | 10 550 | $0 83 | $8 784 99 | $0 00 | 31 21% |
| Total Securities | | | | | $16 274 99 | $0 00 | 57 83% |
| Brokerage Cash Balance | | | | | $11 869 93 | | 42 17% |
| Total Priced Portfolio | | | | | $28 144 92 | | |

**Account Activity**

| Description | Symbol | Acct Type | Transaction | Date | Qty | Price | Debit | Credit |
|---|---|---|---|---|---|---|---|---|
| AMC Entertainment<br>Unsolicited CUSIP 00165C104 | AMC | Margin | Buy | 06/11/2021 | 500 | $48.29 | $24,145.00 | |
| Guardion Health Sciences<br>Unsolicited CUSIP 40145Q401 | GHSI | Margin | Sell | 06/11/2021 | 1 | $1.74 | | $1.74 |
| Ocugen Inc<br>Unsolicited CUSIP 67577C105 | OCGN | Margin | Sell | 06/11/2021 | 7750 | $6.21 | | $48,134.08 |
| ACH Withdrawal | | Margin | ACH | 06/16/2021 | | | $6,000.00 | |
| Gold Fee | | Margin | GOLD | 06/17/2021 | | | $5.00 | |
| ACH Withdrawal | | Margin | ACH | 06/18/2021 | | | $1,000.00 | |
| AMC Entertainment<br>Unsolicited CUSIP 00165C104 | AMC | Margin | Sell | 06/16/2021 | 140 | $52.95 | | $7,412.94 |
| AMC Entertainment<br>Unsolicited CUSIP 00165C104 | AMC | Margin | Sell | 06/16/2021 | 360 | $52.95 | | $19,061.86 |
| Ocugen Inc<br>Unsolicited CUSIP 67577C105 | OCGN | Margin | Buy | 06/16/2021 | 5000 | $6.25 | $31,248.00 | |
| Ocugen Inc<br>Unsolicited CUSIP 67577C105 | OCGN | Margin | Sell | 06/16/2021 | 5000 | $6.44 | | $32,201.23 |
| Orphazyme<br>Unsolicited CUSIP 687305102 | ORPH | Margin | Buy | 06/16/2021 | 1000 | $17.51 | $17,510.00 | |
| Orphazyme<br>Unsolicited CUSIP 687305102 | ORPH | Margin | Sell | 06/16/2021 | 853 | $17.51 | | $14,935.85 |
| Orphazyme<br>Unsolicited CUSIP 687305102 | ORPH | Margin | Sell | 06/16/2021 | 75 | $17.51 | | $1,313.23 |
| Orphazyme<br>Unsolicited CUSIP 687305102 | ORPH | Margin | Sell | 06/16/2021 | 72 | $17.51 | | $1,260.70 |
| Ocugen Inc<br>Unsolicited CUSIP 67577C105 | OCGN | Margin | Buy | 06/17/2021 | 5000 | $6.75 | $33,747.50 | |

**Account Activity**

| Description | Symbol | Acct Type | Transaction | Date | Qty | Price | Debit | Credit |
|---|---|---|---|---|---|---|---|---|
| Ocugen Inc<br>Unsolicited CUSIP 67577C105 | OCGN | Margin | Sell | 06/21/2021 | 5 000 | $6 78 | | $33 899 22 |
| Torchlight Energy Resources<br>Unsolicited CUSIP 89102U103 | TRCH | Margin | Buy | 06/21/2021 | 2 000 | $11 40 | $22 800 00 | |
| Meta Materials<br>Unsolicited CUSIP 59134N104 | | Margin | SPR | 06/28/2021 | 1 000 | | | |
| Torchlight Energy Resources<br>Unsolicited CUSIP 89102U103 | | Margin | SPR | 06/28 2021 | 2 000S | | | |
| Total Funds Paid and Received | | | | | | | $146 455 50 | $158 220 85 |

**Executed Trades Pending Settlement**
These transactions may not be reflected in the other summaries

| Description | Acct Type | Transaction | Trade Date | Settle Date | Qty | Price | Debit | Credit |
|---|---|---|---|---|---|---|---|---|
| Total Executed Trades Pending Settlement | | | | | | | $0 00 | $0 00 |

# Robinhood 

85 Willow Rd  Menlo Park  CA 94025
help@robinhood com

10/01/2021 to 10/31/2021
MARCO AURELIO PANG MILLAN Account # 692016017
1409 Rio Comal Cir  San Juan  TX 78589

⊠ Options        ⊠ Equities        ⊠ Cash and Cash Equivalents

| Account Summary | Opening Balance | Closing Balance |
| --- | --- | --- |
| Net Account Balance | $50 58 | $45 68 |
| Total Securities | $34 006 40 | $53 743 00 |
| **Portfolio Value** | **$34,056 98** | **$53,788 68** |

| Income and Expense Summary | This Period | Year to Date |
| --- | --- | --- |
| Dividends | $0 00 | $0 00 |
| Capital Gains Distributions | $0 00 | $0 00 |
| Interest Earned | $0 00 | $0 00 |

## Portfolio Allocation



- Cash and Cash Equivalents 0 08%
- Equities 99 92%
- Options 0 00%

This statement shall be conclusive if not objected to in writing within ten days (except with respect to debit card transactions  Errors and omissions exempted  Please address all communications to the firm and not to the individuals Address changes or other material changes in your account should be directed to the office servicing your account  Kindly mention your account number  This statement should be retained for income tax purposes

Portfolio Summary

| Securities Held in Account | Sym/Cusip | Acct Type | Qty | Price | Mkt Value | Est Dividend Yield | % of Total Portfolio |
|---|---|---|---|---|---|---|---|
| Meta Materials<br>Estimated Yield 0 00% | MMAT | Margin | 10 890 | $4 70 | $51 183 00 | $0 00 | 95 16% |
| MMAT Preferred Shares<br>Estimated Yield 0 00% | MMTLP | Margin | 2 000 | $ 28 | $2 560 00 | $0 00 | 4 76% |
| **Total Securities** | | | | | $53 743 00 | $0 00 | 99 92% |
| **Brokerage Cash Balance** | | | | | $45 68 | | 0 08% |
| **Total Priced Portfolio** | | | | | $53 788 68 | | |

## Account Activity

| Description | Symbol | Acct Type | Transaction | Date | Qty | Price | Debit | Credit |
|---|---|---|---|---|---|---|---|---|
| ACH Deposit | | Margin | ACH | 0 06/202 | | | | $25 000 00 |
| Meta Materials CUSIP 59134N10 | MMAT | Margin | Buy | 0 06 202 | 577 | $4 99 | $2 879 23 | |
| Meta Materials CUSIP 59134N10 | MMAT | Margin | Buy | 0/06/202 | 20 | $4 99 | $99 80 | |
| Meta Materials CUSIP 59134N10 | MMAT | Margin | Buy | 0/06/202 | 1 503 | $4 99 | $7 499 97 | |
| Meta Materials CUSIP 59134N10 | MMAT | Margin | Buy | 0/06 202 | 951 | $4 99 | $4 745 49 | |
| Meta Materials CUSIP 59134N10 | MMAT | Margin | Buy | 0/06/02 | 459 | $4 99 | $2 290 41 | |
| Meta Materials CUSIP 59134N10 | MMAT | Margin | Buy | 0/06/202 | 1 400 | $4 99 | $6 986 00 | |
| Meta Materials CUSIP 59134N10 | MMAT | Margin | Buy | 0/06/202 | 100 | $4 99 | $499 00 | |
| Gold Fee | | Margin | GOLD | 0/15/2021 | | | $5 00 | |
| **Total Funds Paid and Received** | | | | | | | **$25 004 90** | **$25 000 00** |

## Executed Trades Pending Settlement
These transactions may not be reflected in the other summaries

| Description | Acct Type | | Transaction | Trade Date | Settle Date | Qty | Price | Debit | Credit |
|---|---|---|---|---|---|---|---|---|---|
| **Total Executed Trades Pending Settlement** | | | | | | | | **$0 00** | **$0 00** |