NVB 3001 (Effective 1/21)

# UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA

**PROOF OF INTEREST**

| | |
|---|---|
| Name of Debtor: Metamaterials Inc | Case Number: 24-50792-hlb |

**1. Name and address of holder of the Equity Interest** (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the Interest holder):

Marco Aurelio Pang Millan
1302 E Bell Ave
Pharr TX 78577

Telephone Number: 956 252 1091

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

☒ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

COURT USE ONLY

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

| Account or other number by which Interest holder identifies Debtor: TH9311293 | Check here if this claim: ☐ replaces a previously filed Proof of Interest dated: _____ ☐ amends a previously filed Proof of Interest dated: _____ |
|---|---|

**2.** Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:
Alight financial solutions
320 South Canal Street 50th Floor Chicago IL 60606
(224) 737 7000
Telephone Number:

**3.** Date Equity Interest was acquired: 01/12/2023

**4.** Total amount of member interest: 4059

**5.** Certificate number(s): _____

**6. Type of Equity Interest**
Please indicate the type of Equity Interest you hold:
☒ Check this box if your Equity Interest is based on an actual member interest held in the Debtor
☐ Check this box if your Equity Interest is based on anything else and describe that interest
Description: _____

**7. Supporting Documents:** Attach copies of supporting documents such as stock certificates, option agreements, warrants, etc.
DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**8. Date Stamped Copy:** To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped self addressed envelope and copy of this Proof of Interest.

**9. Signature**
Check the appropriate box.
☒ I am the creditor    ☐ I am the creditor's authorized agent (Attach copy of power of attorney if any)    ☐ I am the trustee or the debtor or their authorized agent (See Bankruptcy Rule 3004)    ☐ I am a guarantor surety endorser or other codebtor (See Bankruptcy Rule 3005)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information and reasonable belief.

Print Name: Marco Aurelio Pang Millan
Title: _____
Company: ___ Address and telephone number (if different from notice address above):
_____

(Signature)    10/29/2024 (Date)

Telephone number: 956 252 1091    email: marcopang7@gmail.com

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years or both 18 U.S.C. §§ 152 AND 3571*



Alight Financial Solutions
P O Box 563901
Charlotte NC 28262
1 800 890 3200

# Brokerage
## Account Statement

JP MORGAN CHASE NA TTEE
SIEMENS ENERGY SAVINGS PLAN
FBO MARCO PANG MILLAN
1302 E BELL AVE
PHARR TX 78577-4322

September 1, 2024 - September 30, 2024
Account Number  TH9-311293

### Portfolio at a Glance

SIEMENS ENERGY SAVINGS PLAN

|  | This Period |
|---|---|
| **BEGINNING ACCOUNT VALUE** | $2,584.34 |
| Dividends Interest and Other Income | 2.70 |
| **Net Change in Portfolio**[1] | 324.72 |
| **ENDING ACCOUNT VALUE** | **$2,262.32** |

[1] Net Change in Portfolio is the difference between the ending account value and beginning account value after activity

### Asset Summary



| Percent | Asset Type | This Period |
|---|---|---|
| 34% | Cash Money Funds and Bank Deposits | 760.49 |
| 66% | Equities | 1,501.83 |
| 100% | **Account Total (Pie Chart)** | **$2,262.32** |

### Client Service Information

| Identification Number SNG | Contact Information | Client Service Information |
|---|---|---|
| SIEMENS ENERGY SAVINGS PLAN<br>170 WOOD AVENUE SOUTH<br>ISELIN NJ 08830 | E Mail  afscustomerservice@alight.com | Service Hours  Weekdays 09 00 a m - 07 00 p m (EST)<br>Client Service Telephone Number  (800) 890-3200<br>Web Site  WWW ALIGHTFINANCIALSOLUTIONS COM |

A0084388CSF30029 SD    GOPAPERLESS    Rated Excellent Every Year Since 2007    Clearing through Pershing LLC a wholly owned subsidiary of The Bank of New York Mellon

## Your Account Information

**TAX LOT DEFAULT DISPOSITION METHOD**
| | |
|---|---|
| Default Method for Mutual Funds | First In First Out |
| Default Method for Stocks in a Dividend Reinvestment Plan | First In First Out |
| Default Method for all Other Securities | First In First Out |

**BOND AMORTIZATION ELECTIONS**
| | |
|---|---|
| Amortize premium on taxable bonds based on Constant Yield Method | Yes |
| Accrual market discount method for all other bond types | Constant Yield Method |
| Include market discount in income annually | No |

**ELECTRONIC DELIVERY**
Your electronic delivery selections for account communications are listed below

| Enrolled | Not Enrolled |
|---|---|
| Statements and Reports | Tax Documents |
| Trade Confirmations | Notifications |
| Prospectus* | Proxy/Shareholder Communications |

**E-mail notifications are delivered to the following e-mail address(es)**
m###############@siemens energy com
 m###############@siemens energy com is on file for these documents
The above e-mail address is partially masked for your security
Please log in to your account to review the full e-mail address

Please log in to your account or contact your Customer Service Center to make any changes to your electronic delivery preferences

## Income and Expense Summary

| | Current Period Tax Deferred | Year to Date Tax Deferred |
|---|---|---|
| **Dividend Income** | | |
| Money Market | 2 70 | 25 19 |
| **Total Income** | $2 70 | $25 19 |

## Activity Summary (All amounts shown are in base currency)

| | Credits This Period | Debits This Period | Net This Period | Credits Year to Date | Debits Year to Date | Net Year to Date |
|---|---|---|---|---|---|---|
| **Dividends and Interest** | $2 70 | $0 00 | $2 70 | $25 19 | $0 00 | $25 19 |
| **Totals** | $2 70 | $0 00 | $2 70 | $25 19 | $0 00 | $25 19 |

Page 2 of 8

Account Number TH9 311293
A0084388CSF30029 SD

GOPAPERLESS

Ra ed Excellent
Every Year Since 2007

Clearing through Pershing LLC  a wholly owned subsidiary of The Bank of New York Mellon



Alight Financial Solutions
P O Box 563901
Charlotte NC 28262
1 800 890 3200

September 1, 2024 - September 30, 2024
JP MORGAN CHASE NA TTEE

## Transactions in Date Sequence

| Process/Settlement Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount | Currency |
|---|---|---|---|---|---|---|---|
| 09/30/24 | MONEY MARKET FUND INCOME RECEIVED PER981161 | ALIGHT MONEY MARKET | | | | 2 70 | USD |
| **Total Value of Transactions** | | | | | $0 00 | $2 70 | USD |

The price and quantity displayed may have been rounded

## Portfolio Holdings

| Description | Quantity | Opening Balance | Closing Balance | Accrued Income | Income This Year | 30 Day Yield |
|---|---|---|---|---|---|---|
| **CASH, MONEY FUNDS AND BANK DEPOSITS 34 00% of Portfolio** | | | | | | |
| **Money Market** | | | | | | |
| ALIGHT MONEY MARKET FUND | 760 4900 | 757 79 | 760 49 | 0 00 | 25 19 | 4 37% |
| **Total Money Market** | | $757 79 | $760 49 | $0 00 | $25 19 | |
| **TOTAL CASH, MONEY FUNDS AND BANK DEPOSITS** | | $757 79 | $760 49 | $0 00 | $25 19 | |

| Description | Quantity | Market Price | Market Value |
|---|---|---|---|
| **EQUITIES 66 00% of Portfolio** | | | |
| **Common Stocks** | | | |
| META MATLS INC COM NEW | 4 059 0000 | 0 3700 | 1 501 83 |
| Security Identifier  MMATQ | | | |
| CUSIP  59134N302 | | | |
| Dividend Option  Cash | | | |
| **Total Common Stocks** | | | $1 501 83 |
| **TOTAL EQUITIES** | | | $1,501 83 |

| | Market Value | Accrued Interest | Estimated Annual Income |
|---|---|---|---|
| **Total Portfolio Holdings** | $2 262 32 | $0 00 | $25 19 |

Page 3 of 8

Account Number TH9 311293
A0084388CSF30029 SD

GOPAPERLESS

Rated Excellent
Every Year Since 2007

Clearing through Pershing LLC a wholly owned subsidiary of The Bank of New York Mellon

## Portfolio Holdings Disclosures

### Pricing
This section includes the net market value of the securities in your account on a settlement date basis including short positions at the close of the statement period The market prices unless otherwise noted have been obtained from independent vendor services which we believe to be reliable In some cases the pricing vendor may provide prices quoted by a single broker or market maker Market prices do not constitute a bid or an offer and may differ from the actual sale price Securities for which a price is not available are marked N/A and are omitted from the Total
THE AS OF PRICE DATE ONLY APPEARS WHEN THE PRICE DATE DOES NOT EQUAL THE STATEMENT DATE

### Estimated Annual Figures
The estimated annual income (EAI) and estimated annual yield (EAY) figures are estimates and for informational purposes only These figures are not considered to be a forecast or guarantee of future results These figures are computed using information from providers believed to be reliable however no assurance can be made as to the accuracy Since interest and dividend rates are subject to change at any time and may be affected by current and future economic political and business conditions they should not be relied on for making investment trading or tax decisions These figures assume that the position quantities interest and dividend rates and prices remain constant A capital gain or return of principal may be included in the figures for certain securities thereby overstating them Refer to www pershing com/disclosures for specific details as to formulas used to calculate the figures Accrued interest represents interest earned but not yet received

### Reinvestment
The dollar amount of Mutual Fund distributions Money Market Fund dividend income Bank Deposit interest income or dividends for other securities shown on your statement may have been reinvested You will not receive confirmation of these reinvestments Upon written request to your financial institution information pertaining to these transactions including the time of execution and the name of the person from whom your security was purchased may be obtained In dividend reinvestment transactions Pershing acts as your agent and receives payment for order flow

### Option Disclosure
Information with respect to commissions and other charges incurred in connection with the execution of option transactions has been included in confirmations previously furnished to you A summary of this information is available to you promptly upon your written request directed to your introducing firm In order to assist your introducing firm in maintaining current background and financial information concerning your option accounts please promptly advise them in writing of any material change in your investment objectives or financial situation Expiring options which are valuable are exercised automatically pursuant to the exercise by exception procedure of the Options Clearing Corporation Additional information regarding this procedure is available upon written request to your introducing firm

### Foreign Currency Transactions
Pershing will execute foreign currency transactions as principal for your account Pershing may automatically convert foreign currency to or from U S dollars for dividends and similar corporate action transactions unless you instruct your financial organization otherwise Pershing s currency conversion rate will not exceed the highest interbank conversion rate identified from customary banking sources on the conversion date or the prior business day increased by up to 1% unless a particular rate is required by applicable law Your financial organization may also increase the currency conversion rate This conversion rate may differ from rates in effect on the date you executed a transaction incurred a charge or received a credit Transactions converted by agents (such as depositories) will be billed at the rates such agents use

### Proxy Vote
Securities not fully paid for in your margin account may be lent by Pershing to itself or others in accordance with the terms outlined in the Margin Agreement The right to vote your shares held on margin may be reduced by the amount of shares on loan The Proxy Voting Instruction Form sent to you may reflect a smaller number of shares entitled to vote than the number of shares in your margin account

### Variable Rate Securities
Interest rate data for certain complex and/or variable rate securities is provided to Pershing by third party data service providers pursuant to contractual arrangements Although we seek to use reliable sources of information the accuracy reliability timeliness and completeness of interest rate data may vary sometimes particularly for complex and/or variable rate securities and those with limited or no secondary market As a result we can offer no assurance as to the accuracy reliability timeliness or completeness of interest rate data for such securities Pershing may also occasionally make interest rate updates and adjustments based on its reasonable efforts to obtain accurate reliable timely and/or complete interest rate data from other data sources but we can similarly provide no assurance that those rates or adjustments will be accurate reliable timely or complete

Page 4 of 8
Account Number TH9 311293
A0084388CSF30029 SD
GOPAPERLESS
Rated Excellent Every Year Since 2007
Clearing through Pershing LLC a wholly owned subsidiary of The Bank of New York Mellon



Alight Financial Solutions
P O Box 563901
Charlotte NC 28262
1 800 890 3200



September 1, 2024 - September 30, 2024
JP MORGAN CHASE NA TTEE

## Portfolio Holdings Disclosures (continued)

Variable Rate Securities *(continued)*
When updated interest rate data is received from a third party data service provider or adjusted by Pershing the updated data will be reflected in various sources where interest rate data is used or viewed including both paper and electronic communications and data sources Prior use or communication of interest rate related data will not be revised Since variable interest rates may be subject to change at any time and are only as accurate as the data received from third-party data service providers or otherwise obtained by Pershing interest rate data should not be relied on for making investment trading or tax decisions All interest rate data and other information derived from and/or calculated using interest rates are not warranted as to accuracy reliability timeliness or completeness and are subject to change without notice Pershing disclaims any responsibility or liability to the fullest extent permitted by applicable law for any loss or damage arising from any reliance on or use of the interest rate data or other information derived from and/or calculated using interest rates in any way You should request a current valuation for your securities from your financial adviser or broker prior to making a financial decision or placing an order or requesting a transaction in these securities

Structured Products
Structured products in this section are complex products and may be subject to special risks which may include but are not limited to loss of initial investment issuer credit risk limited or no appreciation risks associated with the underlying reference asset(s) no periodic payments call prior to maturity (a redemption could affect the yield represented) early redemption fees or other applicable fees price volatility resulting from issuer s and/or guarantor s credit quality lower interest rates and/or yield compared to conventional debt with a comparable maturity unique tax implications concentration risk of owning the related security limited or no secondary market restrictions on transferability conflicts of interest and limits on participation in appreciation of underlying asset(s) To review a complete list of risks please refer to the offering documents for the structured product For more information about the risks specific to your structured products you should contact your financial institution or advisor Certain structured products are designed to make periodic distributions to you and any such structured product distributions you receive will be listed in the Transactions section of your statement Structured product distributions may be listed there as Bond Interest Received however this description is not intended to reflect a determination as to either the asset classification of the product or the U S tax treatment of such distributions

## Messages

Pursuant to the Securities Exchange Act of 1934 Pershing LLC (Pershing) a BNY Mellon company provides individual investors with certain financial information on a semi-annual basis Pershing s June Statement of Financial Condition is now available On June 30 2024 Pershing s net capital of $2 6 billion was 17 09% of aggregate debit balances and exceeded the minimum requirements by $2 3 billion

Pershing is also required to provide the most recent financial information as of this statement mailing In accordance with this requirement note that on July 31 2024 Pershing s net capital of $2 6 billion was 17 18% of aggregate debit balances and exceeded the minimum requirement by $2 3 billion A copy of the June 30 2024 Statement of Financial Condition is available at www pershing com/us/en/statement-of financial-condition html You may also request a free printed copy by calling (888)860-8510 or (201) 413-3333 option 1

The Estimated Annual Income Estimated Yield and Accrued Interest columns in your Portfolio Holdings section will not display values for variable rate securities The optional Estimated Annual Income and Accrued Interest fields in the Portfolio at a Glance section of your statement will not include values for these securities
Although a money market mutual fund (money fund) seeks to preserve the value of your investment at $1 per share it is possible to lose money by investing in a money fund Shares

Account Number TH9 311293
A0084388CSF30029 SD




Rated Excellent Every Year Since 2007

Clearing through Pershing LLC a wholly owned subsidiary of The Bank of New York Mellon

### Messages (continued)

of a money fund or the balance of a bank deposit product held in your brokerage account may be liquidated upon request with the proceeds credited to your brokerage account Please see the money fund s prospectus or the bank deposit product s disclosure document or contact your advisor for additional information Pursuant to SEC Rule 10b 10(b)(1) confirmations are not sent for purchases into money funds processed on the sweep platform Pursuant to applicable regulation account statements will be produced monthly or quarterly Balances in Federal Deposit Insurance Corporation (FDIC)-insured bank deposit sweep products are not protected by Securities Investor Protection Corporation (SIPC)

Go Paperless by Selecting eDelivery

Eliminate paper and save natural resources with digital adoption Electronic delivery (eDelivery) is faster convenient and more secure We offer eDelivery for account statements prospectus documents proxy or shareholder communications tax documents trade confirmations and more

To enroll log in to your brokerage account and look for the one click eDelivery pop-up or simply select Go Paperless at the top of any page and follow the on-screen prompts to set-up your preferences Enrollment can be activated as quickly as the day you register and you will be notified when documents are available in an online password-protected portal

Contact your financial professional if you have any questions about any of our digital tools

### Money Market Fund Detail

| Date | Activity Type | Description | Amount | Balance |
|---|---|---|---|---|
| Sweep Money Market Fund | | | | |
| ALIGHT MONEY MARKET FUND | | | | |
| Current Yield 4 15% Activity Ending 09/30/24 | | | | |
| 08/31/24 | Opening Balance | | 757 79 | 757 79 |
| 09/30/24 | Deposit | INCOME REINVEST | 2 70 | 760 49 |
| 09/30/24 | Closing Balance | | | $760 49 |
| **Total All Money Market Funds** | | | | **$760 49** |

### Important Information and Disclosures

The Role of Pershing
- Pershing LLC, member FINRA, NYSE, carries your account as clearing broker pursuant to a clearing agreement with your financial institution Pershing is not responsible or liable for any acts or omissions of your financial institution or its employees and it does not supervise them Pershing provides no investment advice nor does it assess the suitability of any transaction or order Pershing acts as the agent of your financial institution and you agree that you will not hold Pershing or any person controlling or under common control with it liable for any investment losses incurred by you
- Pershing performs several key functions at the direction of your financial institution It acts as custodian for funds and securities you may deposit with it directly or through your financial institution or that it receives as the result of securities transactions it processes
- Your financial institution is responsible for adherence to the securities laws regulations and rules which apply to it regarding its own operations and the supervision of your account its sales representatives and other personnel Your financial institution is also responsible for approving the opening of accounts and obtaining account documents the acceptance and in certain instances execution of securities orders the assessment of the suitability of those transactions where applicable the rendering of investment advice

Page 6 of 8

Account Number TH9 311293
A0084388LSF30029 SD

GOPAPERLESS

Rated Excellent
Every Year Since 2007

Clearing through Pershing LLC a wholly owned subsidiary of The Bank of New York Mellon



Alight Financial Solutions
P O Box 563901
Charlotte NC 28262
1 800 890 3200



September 1, 2024 - September 30, 2024
JP MORGAN CHASE NA TTEE

## Important Information and Disclosures (continued)

### The Role of Pershing (continued)
if any to you and in general for the ongoing relationship that it has with you
- Inquiries concerning the positions and balances in your account may be directed to the Pershing Customer Service Department at (201) 413-3333 All other inquiries regarding your account or activity should be directed to your financial institution Your financial organization's contact information can be found on the first page of this statement
- For a description of other functions performed by Pershing please consult the Disclosure Statement provided to you upon the opening of your account This notice is not meant as a definitive enumeration of every possible circumstance but as a general disclosure If you have any questions regarding this notice or if you would like additional copies of the Disclosure Statement please contact your financial institution
- Pershing is a member of the Securities Investor Protection Corporation (SIPC®) Please note that SIPC does not protect against loss due to market fluctuation In addition to SIPC protection Pershing provides coverage in excess of SIPC limits For more detailed information please visit www pershing com/about/strength and-stability
- This statement will be deemed conclusive You are advised to report any inaccuracy or discrepancy (including unauthorized trading) promptly but no later than ten days after receipt of this statement to your financial organization and Pershing Please be advised that any oral communication should be re-confirmed in writing to further protect your rights including your rights under the Securities Investor Protection Act
- Your financial organization's contact information can be found on the first page of this statement Pershing's contact information is as follows Pershing LLC, Legal Department One Pershing Plaza, Jersey City, New Jersey 07399 (201) 413 3330 Errors and Omissions excepted

### Important Arbitration Disclosures
- All parties to this agreement are giving up the right to sue each other in court including the right to a trial by jury except as provided by the rules of the arbitration forum in which a claim is filed
- Arbitration awards are generally final and binding a party's ability to have a court reverse or modify an arbitration award is very limited
- The ability of the parties to obtain documents witness statements and other discovery is generally more limited in arbitration than in court proceedings
- The arbitrators do not have to explain the reason(s) for their award unless in an eligible case a joint request for an explained decision has been submitted by all parties to the panel at least 20 days prior to the first scheduled hearing date
- The panel of arbitrators will typically include a minority of arbitrators who were or are affiliated with the securities industry
- The rules of some arbitration forums may impose time limits for bringing a claim in arbitration In some cases a claim that is ineligible for arbitration may be brought in court
- The rules of the arbitration forum in which the claim is filed and any amendments thereto shall be incorporated into this agreement

### Important Arbitration Agreement
Any controversy between you and Pershing LLC shall be submitted to arbitration before the Financial Industry Regulatory Authority No person shall bring a putative or certified class action to arbitration nor seek to enforce any predispute arbitration agreement against any person who has initiated in court a putative class action who is a member of a putative class who has not opted out of the class with respect to any claims encompassed by the putative class action until (I) the class certification is denied (II) the class is decertified or (III) the client is excluded from the class by the court Such forbearance to enforce an agreement to arbitrate shall not constitute a waiver of any rights under this agreement except to the extent stated herein The laws of the State of New York govern

Pershing's contact information is as follows Pershing LLC, Legal Department, One Pershing Plaza, Jersey City New Jersey 07399 (201) 413-3330

Account Number TH9 311293
A0084388CSF30029 SD




Rated Excellent
Every Year Since 2007

Clearing through Pershing LLC a wholly owned subsidiary of The Bank of New York Mellon

## TERMS AND CONDITIONS

**TRANSACTIONS**
- ALL ORDERS AND TRANSACTIONS SHALL BE SOLELY FOR YOUR ACCOUNT AND RISK SHALL BE SUBJECT TO THE CONSTITUTION RULES REGULATIONS CUSTOMS USAGES RULINGS AND INTERPRETATIONS OF THE EXCHANGE OR MARKET AND THE CLEARING FACILITY IF ANY WHERE THE TRANSACTIONS ARE EXECUTED AND/OR SETTLED OR IF APPLICABLE OF THE FINANCIAL INDUSTRY REGULATORY AUTHORITY AND TO ALL APPLICABLE LAWS AND REGULATIONS
- TITLE TO SECURITIES SOLD TO YOU WHERE PERSHING HAS ACTED AS PRINCIPAL SHALL REMAIN WITH PERSHING UNTIL THE ENTIRE PURCHASE PRICE IS RECEIVED OR UNTIL THE SETTLEMENT DATE WHICHEVER IS LATER
- YOU MAY HAVE RECEIVED CONFIRMATIONS FOR TRANSACTIONS WHICH DO NOT APPEAR ON YOUR STATEMENT IF SO THE TRANSACTIONS WILL APPEAR ON YOUR NEXT PERIODIC STATEMENT SUCH TRANSACTIONS MUST BE CONSIDERED BY YOU WHEN COMPUTING THE VALUE OF YOUR ACCOUNT THIS IS ESPECIALLY TRUE IF YOU HAVE WRITTEN OPTIONS WHICH HAVE BEEN EXERCISED

**FREE CREDIT BALANCES** ANY FREE CREDIT BALANCE CARRIED FOR YOUR ACCOUNT REPRESENTS FUNDS PAYABLE UPON DEMAND WHICH ALTHOUGH PROPERLY ACCOUNTED FOR ON PERSHING S BOOKS OF RECORD ARE NOT SEGREGATED AND MAY BE USED IN THE CONDUCT OF ITS BUSINESS

**DEBIT BALANCES** INTEREST CHARGED ON DEBIT BALANCES IN YOUR ACCOUNT APPEARS ON THE STATEMENT THE RATE OF INTEREST AND PERIOD COVERED ARE INDICATED THE RATE MAY CHANGE FROM TIME TO TIME DUE TO FLUCTUATIONS IN MONEY RATES OR OTHER REASONS INTEREST IS COMPUTED AS DESCRIBED IN MATERIAL PREVIOUSLY FURNISHED TO YOU PLEASE CONTACT YOUR FINANCIAL INSTITUTION IF YOU DESIRE ADDITIONAL COPIES

**MARGIN INFORMATION** IF YOU MAINTAIN A MARGIN ACCOUNT THIS IS A COMBINED STATEMENT OF YOUR GENERAL ACCOUNT AND A SPECIAL MEMORANDUM ACCOUNT MAINTAINED FOR YOU UNDER REGULATION T OF THE BOARD OF GOVERNORS OF THE FEDERAL RESERVE SYSTEM THE PERMANENT RECORD OF THE SEPARATE ACCOUNT AS REQUIRED BY REGULATION T IS AVAILABLE FOR YOUR INSPECTION UPON REQUEST

**TAX INFORMATION**
- AFTER YEAR END PERSHING IS REQUIRED TO PROVIDE TAX INFORMATION TO THE INTERNAL REVENUE SERVICE AND OTHER GOVERNMENTAL AUTHORITIES AT THAT TIME PERSHING WILL PROVIDE THAT INFORMATION ON THE ANNUAL TAX INFORMATION STATEMENT TO YOU USE THAT STATEMENT TO PREPARE YOUR TAX FILINGS THE TAX STATEMENT ALSO INCLUDES OTHER USEFUL INFORMATION TO ASSIST IN ACCUMULATING THE DATA TO PREPARE YOUR TAX RETURNS
- DIVIDENDS INTEREST AND OTHER DISTRIBUTIONS SHOWN ON THIS STATEMENT WERE CLASSIFIED AS TAXABLE OR NONTAXABLE BASED ON CERTAIN INFORMATION KNOWN AS OF THE DISTRIBUTION DATE THIS CLASSIFICATION IS SUBJECT TO CHANGE AND IS SOLELY INTENDED FOR USE AS GENERAL INFORMATION
- PERSHING DOES NOT PROVIDE TAX INVESTMENT OR LEGAL ADVISORY SERVICES AND NO ONE ASSOCIATED WITH PERSHING IS AUTHORIZED TO RENDER SUCH ADVICE DO NOT RELY UPON ANY SUCH ADVICE IF GIVEN INVESTORS ARE ENCOURAGED TO CONSULT THEIR TAX ADVISORS TO DETERMINE THE APPROPRIATE TAX TREATMENT OF THEIR BUSINESS

**GENERAL INFORMATION**
- WHENEVER YOU ARE INDEBTED TO PERSHING LLC ( PERSHING ) FOR ANY AMOUNT ALL SECURITIES HELD BY IT FOR YOU IN ANY ACCOUNT IN WHICH YOU HAVE ANY INTEREST SHALL SECURE ALL YOUR LIABILITIES TO PERSHING AND PERSHING MAY IN ITS DISCRETION AT ANY TIME WITHOUT TENDER DEMAND OR NOTICE TO YOU CLOSE OR REDUCE ANY OR ALL OF YOUR ACCOUNTS BY PUBLIC OR PRIVATE SALE OR PURCHASE OR BOTH OF ALL OR ANY SECURITIES CARRIED IN SUCH ACCOUNTS ANY BALANCE REMAINING DUE PERSHING TO BE PROMPTLY PAID BY YOU
- WHENEVER YOU ARE INDEBTED TO PERSHING FOR ANY AMOUNT ALL SECURITIES CARRIED FOR YOUR ACCOUNT ARE OR MAY BE WITHOUT FURTHER NOTICE TO YOU LOANED OR PLEDGED BY PERSHING EITHER SEPARATELY OR UNDER CIRCUMSTANCES WHICH WILL PERMIT THE COMMINGLING THEREOF WITH OTHER SECURITIES FOR ANY AMOUNT LESS THAN EQUAL TO OR GREATER THAN YOUR LIABILITIES TO PERSHING BUT NOT UNDER CIRCUMSTANCES FOR AN AMOUNT PROHIBITED BY LAW
- PERSHING MAY TRADE FOR ITS OWN ACCOUNT AS A MARKET MAKER SPECIALIST ODD LOT DEALER BLOCK POSITIONER ARBITRAGEUR OR INVESTOR CONSEQUENTLY AT THE TIME OF ANY TRANSACTION YOU MAY MAKE PERSHING MAY HAVE A POSITION IN SUCH SECURITIES WHICH POSITION MAY BE PARTIALLY OR COMPLETELY HEDGED
- IF AVERAGE PRICE TRANSACTION IS INDICATED ON THE FRONT OF THIS STATEMENT YOUR FINANCIAL INSTITUTION OR PERSHING MAY HAVE ACTED AS PRINCIPAL AGENT OR BOTH DETAILS AVAILABLE UPON REQUEST
- A FINANCIAL STATEMENT OF PERSHING IS AVAILABLE FOR YOUR PERSONAL INSPECTION AT PERSHING S OFFICES A COPY OF IT WILL BE MAILED UPON YOUR WRITTEN REQUEST OR YOU CAN VIEW IT ONLINE AT WWW PERSHING COM
- FOR BUSINESS CONTINUITY AND ADDITIONAL DISCLOSURES WWW PERSHING COM/us/en/disclosures html
- THIS STATEMENT SHOULD BE RETAINED FOR YOUR RECORDS

**PAYMENT FOR ORDER FLOW AND ORDER ROUTING POLICY DISCLOSURES (REGULATION NMS - RULE 607 (A) (1) - (2))**

PERSHING SENDS EQUITY AND OPTION ORDERS TO EXCHANGES OR BROKER-DEALERS AS MARKET MAKERS OR AUTOMATED TRADING SYSTEMS (ATSS) CERTAIN OF THESE VENUES PROVIDE PAYMENTS TO PERSHING OR CHARGE ACCESS FEES TO PERSHING DEPENDING UPON THE CHARACTERISTICS OF THE ORDER AND ANY SUBSEQUENT EXECUTION THE DETAILS OF THESE PAYMENTS AND FEES ARE AVAILABLE UPON WRITTEN REQUEST COMPENSATION IS GENERALLY IN THE FORM OF A PER SHARE OR PER OPTION CONTRACT CASH PAYMENT IN ADDITION PERSHING EXECUTES CERTAIN TRANSACTIONS IN EQUITY PREFERRED SECURITIES AND FRACTIONAL SHARES AS PRINCIPAL PERSHING ALSO ROUTES CERTAIN EQUITY ORDERS TO ITS AFFILIATE BNY MELLON CAPITAL MARKETS LLC FOR EXECUTION AS PRINCIPAL

**BEST EXECUTION** NOTWITHSTANDING THE PREVIOUS PARAGRAPH REGARDING PAYMENT FOR ORDER FLOW PERSHING SELECTS CERTAIN MARKET CENTERS TO PROVIDE EXECUTION OF OVER THE COUNTER AND EXCHANGE LISTED SECURITIES TRANSACTIONS WHICH AGREE TO ACCEPT ORDERS TRANSMITTED ELECTRONICALLY UP TO A SPECIFIED SIZE AND TO EXECUTE THEM AT OR BETTER THAN THE NATIONAL BEST BID OR OFFER (NBBO) IN CERTAIN SECURITIES THAT ARE NOT ELECTRONICALLY QUOTED PERSHING DIRECTLY CONTACTS MARKET CENTERS TO OBTAIN AN EXECUTION THE DESIGNATED MARKET CENTERS TO WHICH ORDERS ARE AUTOMATICALLY ROUTED ARE SELECTED BASED ON THE CONSISTENT HIGH QUALITY OF THEIR EXECUTIONS AND THEIR ABILITY TO PROVIDE OPPORTUNITIES FOR EXECUTIONS AT PRICES SUPERIOIR TO THE NBBO PERSHING ALSO REGULARLY REVIEWS REPORTS FOR QUALITY OF EXECUTION PURPOSES

IF ANY OF THE ABOVE TERMS AND CONDITIONS ARE UNACCEPTABLE TO YOU PLEASE NOTIFY PERSHING IMMEDIATELY IN WRITING BY CERTIFIED MAIL TO ONE PERSHING PLAZA JERSEY CITY NJ 07399 ATTN LEGAL DEPT

Account Number TH9 311293
A0084388CSF30029 SD
GOPAPERLESS
Rated Excellent Every Year Since 2007
Clearing through Pershing LLC a wholly owned subsidiary of The Bank of New York Mellon

# History for 401K Account x1293

As of 4 32 PM ET

**Security ID**

**Transaction**
All

**Time Period**
Custom Range

**From**
10/28/2022

**To**
10/28/2024

Apply Filters

Include money market and bank deposit sweep transactions

**Exchange Rates Are As Of October 28, 2024**

| Date ↓ | Type | Security ID | Activity |
|---|---|---|---|
| > Jan 29, 2024 | Cash | **MMAT** | Reverse Split |
| > Jan 29, 2024 | Cash | 59134N104 | Reverse Split |
| > Jan 12, 2023 | Cash | **MMAT** | Buy 30 00000 Share(s) Of Mmat At 1 0500 |
| > Jan 12, 2023 | Cash | **MMAT** | Buy 108 00000 Share(s) Of Mmat At 1 0 |
| > Jan 12 2023 | Cash | **MMAT** | Buy 200 00000 Share(s) Of Mmat At 1 0 |

| | | | |
|---|---|---|---|
| > Jan 12, 2023 | Cash | MMAT | Buy 201 00000 Share(s) Of Mmat At 1 0 |
| > Jan 12 2023 | Cash | MMAT | Buy 300 00000 Share(s) Of Mmat At 1 0 |
| > Jan 12, 2023 | Cash | MMAT | Buy 400 00000 Share(s) Of Mmat At 1 0 |
| > Jan 12 2023 | Cash | MMAT | Buy 500 00000 Share(s) Of Mmat At 1 0 |
| > Jan 12, 2023 | Cash | MMAT | Buy 500 00000 Share(s) Of Mmat At 1 0 |
| > Jan 12 2023 | Cash | MMAT | Buy 500 00000 Share(s) Of Mmat At 1 0 |
| > Jan 12, 2023 | Cash | MMAT | Buy 700 00000 Share(s) Of Mmat At 1 0 |
| > Jan 12, 2023 | Cash | MMAT | Buy 1200 00000 Share(s) Of Mmat At 1 |
| > Jan 12, 2023 | Cash | MMAT | Buy 1322 00000 Share(s) Of Mmat At 1 |
| > Jan 12, 2023 | Cash | MMAT | Buy 2407 00000 Share(s) Of Mmat At 1 |
| > Jan 12 2023 | Cash | MMAT | Buy 7584 00000 Share(s) Of Mmat At 1 |
| > Jan 12 2023 | Cash | MMAT | Buy 10437 00000 Share(s) Of Mmat At 1 |
| > Jan 12 2023 | Cash | MMAT | Buy 14500 00000 Share(s) Of Mmat At 1 |
| > Jan 12 2023 | Cash | MMAT | Buy 18400 00000 Share(s) Of Mmat At 1 |
| > Jan 12, 2023 | Cash | MMAT | Buy 19395 00000 Share(s) Of Mmat At 1 |

| | | | | |
|---|---|---|---|---|
| > | Jan 12 2023 | Cash | **MMAT** | Buy 40062 00000 Share(s) Of Mmat At 1 |
| > | Jan 12 2023 | Cash | **MMAT** | Buy 42200 00000 Share(s) Of Mmat At 1 |
| > | Jan 12, 2023 | Cash | **MMAT** | Buy 44888 00000 Share(s) Of Mmat At 1 |
| > | Jan 12 2023 | Cash | **MMAT** | Buy 100000 00000 Share(s) Of Mmat At |
| > | Jan 12, 2023 | Cash | **MMAT** | Buy 100000 00000 Share(s) Of Mmat At |
| > | Dec 29 2022 | Cash | USD999997 | Plan Transfer To/from Brokerage Account |

Data is available for a maximum of 2 years

This information is provided by Alight Financial Solutions through Pershing LLC member **FINRA NYSE SIPC** a subsidiary of The Bank of New York Mellon Corporation

**Asset Protection FAQs**      **Margin Disclosure**      **Cookie Notice**

**Pershing Privacy Policy**      **EMEA Privacy Notice**

**Switch to Accessible Theme**

© 2024 Pershing LLC All Rights Reserved **Click here** for terms of use Trademark(s) belong to their respective owners