NVB 3001 (Effective 1/21)

# UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA

**PROOF OF INTEREST**

Name of Debtor: Meta Materials Inc

Case Number: 24-50792

1 **Name and address of holder of the Equity Interest** (the person or entity holding an Equity Interest in the Debtor Referred to hereinafter as the Interest holder )

Ranin Lumagbas Canlas
716 Rock Rose Way
Richmond, CA 94806

Telephone Number (510) 685-6104

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest Attach copy of statement giving particulars

■ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors

**NOTE This form SHOULD NOT be used to make a claim against the Debtor for money owed A separate Proof of Claim form should be used for that purpose This form should only be used to assert an Equity Interest in the Debtor An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein**

**COURT USE ONLY**

Account or other number by which Interest holder identifies Debtor

Check here if this claim
☐ replaces a previously filed Proof of Interest dated ____________
☐ amends a previously filed Proof of Interest dated ____________

2 **Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest**

**Telephone Number**

3 **Date Equity Interest was acquired**

4 **Total amount of member interest** 765 00

5 **Certificate number(s)** ____________

6 **Type of Equity Interest**
Please indicate the type of Equity Interest you hold
■ Check this box if your Equity Interest is based on an actual member interest held in the Debtor
☐ Check this box if your Equity Interest is based on anything else and describe that interest
**Description** ____________

7 **Supporting Documents** Attach copies of supporting documents such as stock certificates option agreements warrants etc DO NOT SEND ORIGINAL DOCUMENTS If the documents are not available explain If the documents are voluminous attach a summary

8 **Date Stamped Copy** To receive an acknowledgement of the filing of your Proof of Interest enclose a stamped self addressed envelope and copy of this Proof of Interest

9 **Signature**
Check the appropriate box
■ I am the creditor
☐ I am the creditor s authorized agent (Attach copy of power of attorney if any )
☐ I am the trustee or the debtor or their authorized agent (See Bankruptcy Rule 3004 )
☐ I am a guarantor surety endorser or other codebtor (See Bankruptcy Rule 3005 )

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge information and reasonable belief

Print Name Ranin Canlas
Title
Company __ Address and telephone number (if different from notice address above)

RCanlas
(Signature)

29 OCT 2024
(Date)

Telephone number (510) 685-6104 email ranin canlas@gmail com

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both 18 U S C §§ 152 AND 3571*

charles SCHWAB

Schwab One® Account of

RANIN LUMAGBAS CANLAS &
KRISTINE CALDONA CANLAS JT TEN

Account Nickname
Ranin & Kristine

Statement Period
July 1-31, 2024

## Positions - Summary

| Beginning Value as of 07/01 | + | Transfer of Securities(In/Out) | + | Dividends Reinvested | + | Cash Activity | + | Change in Market Value | = | **Ending Value as of 07/31** | Cost Basis | Unrealized Gain/(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | |

Values may not reflect all of your gains/losses; Schwab has provided accurate gain and loss information wherever possible for most investments. Cost basis may be incomplete or unavailable for some of your holdings and may change or be adjusted in certain cases. Statement information should not be used for tax preparation, instead refer to official tax documents. For additional information refer to Terms and Conditions.

## Cash and Cash Investments

| Type | Symbol | Description | Quantity | Price($) | Beginning Balance($) | Ending Balance($) | Change in Period Balance($) | Pending/Unsettled Cash($) | Interest/ Yield Rate |
|---|---|---|---|---|---|---|---|---|---|
| Cash | | | | | | | | | |
| **Total Cash and Cash Investments** | | | | | | | | | |

## Positions - Equities

| Symbol | Description | Quantity | Price($) | Market Value($) | Cost Basis($) | Unrealized Gain/(Loss)($) | Est. Yield | Est. Annual Income($) |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| MMAT | META MATLS INC (M) | 750.0000 | 2.32000 | 1,740.00 | 188,028.23 | (186,288.23) | N/A | 0.00 |
| | | | | | | | | |
| **Total Equities** | | | | | | | | |

Schwab One® Account of

RANIN LUMAGBAS CANLAS &
KRISTINE CALDONA CANLAS JT TEN

Account Nickname
Ranin and Kristine

Statement Period
August 1-31, 2024

## Transaction Details (continued)

| Date | Category | Action | Symbol/ CUSIP | Description | Quantity | Price/Rate per Share($) | Charges/ Interest($) | Amount($) | Realized Gain/(Loss)($) |
|---|---|---|---|---|---|---|---|---|---|
| 08/12 | Sale | | MMAT | META MATLS INC<br>Exchange Processing Fee $0.15 | (750.0000) | 1.1040 | 0.15 | 827.89 | (187,200.34) (LT) |
| | | | | Exchange Processing Fee $2.40 | | | | | |

Schwab One® Custodial Account of

RANIN LUMAGBAS CANLAS CUST FOR
ROSIE KLARITA CANLAS UCAUTMA
UNTIL AGE 18

Account Nickname
Rosie Canlas

Statement Period
July 1-31 2024

## Positions - Summary

| Beginning Value as of 07/01 | + | Transfer of Securities(In/Out) | + | Dividends Reinvested | + | Cash Activity | + | Change in Market Value | = | Ending Value as of 07/31 | Cost Basis | Unrealized Gain/(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | |

Values may not reflect all of your gains/losses Schwab has provided accurate gain and loss information wherever possible for most investments Cost basis may be incomplete or unavailable for some of your holdings and may change or be adjusted in certain cases Statement information should not be used for tax preparation instead refer to official tax documents For additional information refer to Terms and Conditions

## Cash and Cash Investments

| Type | Symbol | Description | Quantity | Price($) | Beginning Balance($) | Ending Balance($) | Change in Period Balance($) | Pending/Unsettled Cash($) | Interest/ Yield Rate | % of Acct |
|---|---|---|---|---|---|---|---|---|---|---|
| Cash | | | | | | | | | | |
| **Total Cash and Cash Investments** | | | | | | | | | | |

## Positions - Equities

| Symbol | Description | Quantity | Price($) | Market Value($) | Cost Basis($) | Unrealized Gain/(Loss)($) | Est Yield | Est Annual Income($) | % of Acct |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| MMAT | META MATLS INC | 5 0000 | 2 32000 | 11 60 | 103 55 | (91 95) | N/A | 0 00 | <1% |
| **Total Equities** | | | | | | | | | |

## Positions - Exchange Traded Funds

| Symbol | Description | Quantity | Price($) | Market Value($) | Cost Basis($) | Unrealized Gain/(Loss)($) | Est Yield | Est Annual Income($) | % of Acct |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |
| **Total Exchange Traded Funds** | | | | | | | | | |

Schwab One® Custodial Account of

RANIN LUMAGBAS CANLAS CUST FOR
ROSIE KLARITA CANLAS UCAUTMA
UNTIL AGE 18

Account Nickname
Rosie Canlas

Statement Period
August 1-31, 2024

## Transactions - Summary

| Beginning Cash* as of 08/01 | + | Deposits | + | Withdrawals | + | Purchases | + | Sales/Redemptions | + | Dividends/Interest | + | Expenses | = | Ending Cash* as of 08/31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| [redacted] | | [redacted] | | [redacted] | | [redacted] | | [redacted] | | [redacted] | | [redacted] | | [redacted] |

Other Activity **$0 00** Other activity includes transactions which don t affect the cash balance such as stock transfers splits etc

*Cash (includes any cash debit balance) held in your account plus the value of any cash invested in a sweep money fund

## Transaction Details

| Date | Category | Action | Symbol/ CUSIP | Description | Quantity | Price/Rate per Share($) | Charges/ Interest($) | Amount($) | Realized Gain/(Loss)($) |
|---|---|---|---|---|---|---|---|---|---|
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | | | | [redacted] | |
| [redacted] | [redacted] | [redacted] | | [redacted] | | | | [redacted] | |
| | [redacted] | [redacted] | [redacted] | [redacted] | | | | [redacted] | |
| | [redacted] | [redacted] | [redacted] | [redacted] | | | | [redacted] | |
| 08/15 | [redacted] | | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| | [redacted] | | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| | [redacted] | | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| | Sale | | MMAT | META MATLS INC | (5 0000) | 0 5823 | | 2 91 | (100 64) (LT) |
| [redacted] | | [redacted] | | [redacted] | | | | [redacted] | |
| [redacted] | [redacted] | | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| | [redacted] | | [redacted] | [redacted] | [redacted] | [redacted] | | [redacted] | |

Schwab One® Custodial Account of

RANIN LUMAGBAS CANLAS CUST FOR
R CANLAS UCAUTMA
UNTIL AGE 18

Account Nickname
Rianne Canlas

Statement Period
July 1-31, 2024

## Positions - Summary

| Beginning Value as of 07/01 | + | Transfer of Securities(In/Out) | + | Dividends Reinvested | + | Cash Activity | + | Change in Market Value | = | Ending Value as of 07/31 | Cost Basis | Unrealized Gain/(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| [redacted] | | [redacted] | | [redacted] | | [redacted] | | [redacted] | | [redacted] | [redacted] | [redacted] |

Values may not reflect all of your gains/losses Schwab has provided accurate gain and loss information wherever possible for most investments Cost basis may be incomplete or unavailable for some of your holdings and may change or be adjusted in certain cases Statement information should not be used for tax preparation instead refer to official tax documents For additional information refer to Terms and Conditions

## Cash and Cash Investments

| Type | Symbol | Description | Quantity | Price($) | Beginning Balance($) | Ending Balance($) | Change in Period Balance($) | Pending/Unsettled Cash($) | Interest/ Yield Rate | % of Acct |
|---|---|---|---|---|---|---|---|---|---|---|
| Cash | | | | | [redacted] | [redacted] | [redacted] | [redacted] | | |
| **Total Cash and Cash Investments** | | | | | [redacted] | [redacted] | [redacted] | | | |

## Positions - Equities

| Symbol | Description | Quantity | Price($) | Market Value($) | Cost Basis($) | Unrealized Gain/(Loss)($) | Est Yield | Est Annual Income($) | % of Acct |
|---|---|---|---|---|---|---|---|---|---|
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | |
| MMAT | META MATLS INC | 5 0000 | 2 32000 | 11 60 | 103 50 | (91 90) | N/A | 0 00 | <1% |
| **Total Equities** | | | | [redacted] | [redacted] | [redacted] | | [redacted] | [redacted] |

## Positions - Exchange Traded Funds

| Symbol | Description | Quantity | Price($) | Market Value($) | Cost Basis($) | Unrealized Gain/(Loss)($) | Est Yield | Est Annual Income($) | % of Acct |
|---|---|---|---|---|---|---|---|---|---|
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | |
| **Total Exchange Traded Funds** | | | | [redacted] | [redacted] | [redacted] | | [redacted] | |



Schwab One® Custodial Account of

RANIN LUMAGBAS CANLAS CUST FOR
R CANLAS UCAUTMA
UNTIL AGE 18

Account Nickname
Rianne Canlas

Statement Period
August 1-31, 2024

## Transactions - Summary

| Beginning Cash* as of 08/01 | + | Deposits | + | Withdrawals | + | Purchases | + | Sales/Redemptions | + | Dividends/Interest | + | Expenses | = | Ending Cash* as of 08/31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | |

Other Activity **$0 00** Other activity includes transactions which don t affect the cash balance such as stock transfers splits etc

*Cash (includes any cash debit balance) held in your account plus the value of any cash invested in a sweep money fund

## Transaction Details

| Date | Category | Action | Symbol/ CUSIP | Description | Quantity | Price/Rate per Share($) | Charges/ Interest($) | Amount($) | Realized Gain/(Loss)($) |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| 08/15 | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | Sale | | MMAT | META MATLS INC | (5 0000) | 0 5898 | | 2 95 | (100 55) (LT) |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

charles SCHWAB

Schwab One® Custodial Account of

RANIN LUMAGBAS CANLAS CUST FOR
RIELLE KARISSA CANLAS UCAUTMA
UNTIL AGE 18

Account Nickname
Rielle Canlas

Statement Period
July 1-31 2024

## Positions - Summary

| Beginning Value as of 07/01 | + | Transfer of Securities(In/Out) | + | Dividends Reinvested | + | Cash Activity | + | Change in Market Value | = | Ending Value as of 07/31 | Cost Basis | Unrealized Gain/(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | |

Values may not reflect all of your gains/losses Schwab has provided accurate gain and loss information wherever possible for most investments Cost basis may be incomplete or unavailable for some of your holdings and may change or be adjusted in certain cases Statement information should not be used for tax preparation instead refer to official tax documents For additional information refer to Terms and Conditions

## Cash and Cash Investments

| Type | Symbol | Description | Quantity | Price($) | Beginning Balance($) | Ending Balance($) | Change in Period Balance($) | Pending/Unsettled Cash($) | Interest/ Yield Rate | % of Acct |
|---|---|---|---|---|---|---|---|---|---|---|
| Cash | | | | | | | | | | |
| **Total Cash and Cash Investments** | | | | | | | | | | |

## Positions - Equities

| Symbol | Description | Quantity | Price($) | Market Value($) | Cost Basis($) | Unrealized Gain/(Loss)($) | Est Yield | Est Annual Income($) | % of Acct |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| MMAT | META MATLS INC | 5 0000 | 2 32000 | 11 60 | 103 50 | (91 90) | N/A | 0 00 | <1% |
| **Total Equities** | | | | | | | | | |

## Positions - Exchange Traded Funds

| Symbol | Description | Quantity | Price($) | Market Value($) | Cost Basis($) | Unrealized Gain/(Loss)($) | Est Yield | Est Annual Income($) | % of Acct |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |
| **Total Exchange Traded Funds** | | | | | | | | | |

Schwab One® Custodial Account of

RANIN LUMAGBAS CANLAS CUST FOR
RIELLE KARISSA CANLAS UCAUTMA
UNTIL AGE 18

Account Nickname
Rielle Canlas

Statement Period
August 1-31 2024

## Transactions - Summary

| Beginning Cash* as of 08/01 | + | Deposits | + | Withdrawals | + | Purchases | + | Sales/Redemptions | + | Dividends/Interest | + | Expenses | = | Ending Cash* as of 08/31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | |

Other Activity **$0 00** Other activity includes transactions which don t affect the cash balance such as stock transfers splits etc

*Cash (includes any cash debit balance) held in your account plus the value of any cash invested in a sweep money fund

## Transaction Details

| Date | Category | Action | Symbol/ CUSIP | Description | Quantity | Price/Rate per Share($) | Charges/ Interest($) | Amount($) | Realized Gain/(Loss)($) |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| 08/15 | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | Sale | | MMAT | META MATLS INC | (5 0000) | 0 5816 | | 2 91 | (100 59) (LT) |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |