NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | PROOF OF INTEREST |

Name of Debtor: META MATERIALS INC
Case Number: 24-50792

1. Name and address of holder of the Equity Interest (the person or entity holding an Equity Interest in the Debtor Referred to hereinafter as the "Interest holder"):

JOSEPH C BELLINA
165 KLINGER DR
SUGARLOAF, PA 18249-3222

Telephone Number: 609-234-2465

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

☐ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

COURT USE ONLY

Account or other number by which Interest holder identifies Debtor:
ALLY INVEST #847-74304-10 RR A14

Check here if this claim:
☐ replaces a previously filed Proof of Interest dated: N/A
☐ amends a previously filed Proof of Interest dated: N/A

2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:
ALLY INVEST SECURITIES
P.O BOX 30248 CHARLOTTE, NC 28230
Telephone Number: 855 880 2559

3. Date Equity Interest was acquired: VARIOUS

4. Total amount of member interest: 230 SHARES

5. Certificate number(s): N/A

6. Type of Equity Interest:
Please indicate the type of Equity Interest you hold
☑ Check this box if your Equity Interest is based on an actual member interest held in the Debtor
☐ Check this box if your Equity Interest is based on anything else and describe that interest
Description: _____

7. Supporting Documents Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. Date-Stamped Copy: To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

9. Signature
Check the appropriate box.
☑ I am the creditor    ☐ I am the creditor's authorized agent. (Attach copy of power of attorney, if any)    ☐ I am the trustee, or the debtor or their authorized agent. (See Bankruptcy Rule 3004)    ☐ I am a guarantor, surety, endorser, or other codebtor (See Bankruptcy Rule 3005)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: JOSEPH C BELLINA
Title: N/A
Company: Address and telephone number (if different from notice address above): N/A
N/A

(Signature) [signed]    (Date) 10/26/2024

Telephone number: 6092342465   email: joseph.bellina1977@gmail.com

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U S C §§ 152 AND 3571*

*September 1, 2024 - September 30, 2024*

PAGE 3 OF 9

ACCOUNT NUMBER    847-74304-10  RR A14

**ally.**
Ally Invest Securities
P.O. Box 30248, Charlotte, NC 28230
Phone: 855.880.2559 | Fax: 866.699.0563
Member FINRA and SIPC - Ally.com/invest

JOSEPH C BELLINA

### PORTFOLIO SUMMARY

| DESCRIPTION | SYMBOL/CUSIP | ACCOUNT TYPE | QUANTITY | PRICE | MARKET VALUE | LAST PERIOD'S MARKET VALUE | % CHANGE | EST. ANNUAL INCOME | % OF TOTAL PORTFOLIO |
|---|---|---|---|---|---|---|---|---|---|
| **MONEY MARKET FUNDS** | | | | | | | | | |
| THE INSURED DEPOSIT PROGRAM  Estimated Yield 0.00% | TTZTZ | C | 126.92 | $1.00 | $126.92 | $126.92 | 0% | | .201% |
| **Total Money Market Funds** | | | | | **$126.92** | | | | **0.201%** |
| **EQUITIES / OPTIONS** | | | | | | | | | |
| AMC ENTERTAINMENT HOLDINGS  INC CLASS A COMMON STOCK | AMC | C | 1 | $4.55 | $4.55 | $4.82 | -6% | | .007% |
| CLEARONE INC  COM | CLRO | C | 1,750 | 0.619 | 1,083.25 | 1,019.90 | 6 | | 1.714 |
| CAMBER ENERGY INC  COMMON STOCK | CEIN | C | 420 | 0.022 | 9.07 | 9.28 | -2 | | .014 |
| GAMESTOP CORP  CLASS A | GME | C | 400 | 22.93 | 9,172.00 | 9,368.00 | -2 | | 14.514 |
| CALL GME  01/17/25  45  GAMESTOP CORPORATION  EXP 01/17/2025 | 9SZFKG7 | C | -4 | 2.048 | -819.12 | -986.80 | 17 | | 1.296 |
| GLOBAL TECH INDUSTRIES GROUP  INC COM | GTII | C | 10,000 | 0.028 | 275.00 | 300.00 | -8 | | .435 |
| MATTERPORT INC  CLASS A COMMON STOCK | MTTR | C | 1,000 | 4.50 | 4,500.00 | 4,530.00 | -1 | | 7.121 |
| META MATERIALS INC  COMMON STOCK | MMATQ | C | 230 | 0.37 | 85.10 | 103.50 | -18 | | .135 |
| CALL MMAT1  01/17/25  .50  META MATERIALS INC  EXP 01/17/2025 | 8SZZST8 | C | 78 | 0.00 | 0.78 | 0.78 | 0 | | .001 |