Jeffrey L. Hartman, Esq.
Nevada Bar No. 1607
HARTMAN & HARTMAN
510 W. Plumb Lane, Suite B
Reno, NV 89509
T: (775) 324-2800
F: (775) 324-1818
notices@bankruptcyreno.com
Attorney for Christina Lovato, Trustee

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>META MATERIALS INC.,<br><br>Debtor. | Case No.: 24-50792-hlb<br>(Chapter 7)<br><br>**EX PARTE APPLICATION FOR ORDER APPROVING STIPULATION ALLOWING FOR ADVANCEMENT/PAYMENT UNDER AN INSURANCE POLICY**<br><br>Hearing Date: N/A<br>Hearing Time: |

Christina W. Lovato, chapter 7 trustee ("Trustee"), for the estate of Meta Materials, Inc. ("Estate" or "Debtor"), George Palikaras, and Kenneth Rice, through their respective counsel, respectfully submit this proposed stipulation ("Stipulation") to allow for advancement/payment under an Insurance Policy (as defined herein).

**RELEVANT TERMS**

1. On August 9, 2024 (the "Petition Date"), the Debtor filed a voluntary chapter 7 petition. On August 15, 2024, the Trustee was appointed to administer the chapter 7 estate (ECF No. 14).

2. On June 24, 2024, George Palikaras, the former CEO of the Debtor, was named as a defendant in a civil lawsuit captioned *Securities and Exchange Commission v. John Brda and Georgios Palikaras*, No. 1:24-cv-04806 (S.D.N.Y.) (the "SEC Action"). The SEC Action is currently pending in the United States District Court for the Southern District of New York.

1

3. On March 15, 2024, Kenneth Rice, the former CFO of the Debtor, and George Palikaras were named as defendants in a civil law suit captioned *Todd Targgart v. Next Bridge Hydrocarbons, Inc., et al.*, No. 1:24-cv-01927 (E.D.N.Y.) (the "Class Action," and together with the SEC Action, the "Prepetition Actions"). The Class Action is currently pending in the United States District Court for the Eastern District of New York.

4. On June 21, 2021, Meta Materials, Inc. ("Meta"), entered into Indemnification Agreements with George Palikaras ("Palikaras"), former CEO of Meta, and Kenneth Rice ("Rice"), former CFO of Meta. **Exhibits A and B**. Palikaras and Rice provided notice of the Prepetition Actions to the Debtor and AIG under the Insurance Policy and the Indemnification Agreements.

5. Prior to the commencement of the Prepetition Actions, Meta purchased an insurance policy ("Insurance Policy"), for the benefit of Insured Persons, as defined in the Insurance Policy.

6. The Insurance Policy is styled "Executive Edge, Broad Form Management Liability Insurance Policy," with a policy number of 01-415-83-09, issued by AIG. **Exhibit C**.

7. The Insurance Policy extends coverage to George Palikaras and Kenneth Rice as former executives of the Debtor. *See* Insurance Policy p. 20.

8. The Indemnification Agreements state that the Debtor "shall indemnify Indemnitee[1] . . . if Indemnitee is, or is threatened to be made, a party to or a participant in any Proceeding, other than a Proceeding by or in the right of the Company to procure a judgment in its favor . . . to the fullest extent permitted by applicable law against all Expenses, judgments, fines and amounts paid in settlement actually and reasonably incurred by Indemnitee or on his or her behalf in connection with such Proceeding or any claim, issue or matter therein, if Indemnitee acted in good faith and in a manner he or she reasonably believed to be in or not opposed to the best interests of the Company." Indemnification Agreements § 2. AIG has requested entry of an

---

[1] As defined in the Indemnification Agreements.

2

order authorizing it to advance defense costs to George Palikaras and Kenneth Rice to the extent the automatic stay may apply to any disbursement of proceeds from the Insurance Policy.

9. To the extent the automatic stay imposed under 11 U.S.C. § 362(a) applies, the parties enter into this Stipulation to lift the automatic stay to permit AIG to make payments to George Palikaras and Kenneth Rice in accordance with the terms and conditions of the Insurance Policy.  *See*, *Groshong v. Sapp (In re MILA, Inc.)*, 423 B.R. 537 (B.A.P. 9th Cir. 2010) (Director of the corporate debtor entitled to relief from the automatic stay allowing insurer to advance payments for his legal defense costs under a directors and officers D&O policy held by the debtor).

10. The Approved Payments shall reduce the Limit of Liability[2] of the Insurance Policy and shall not be considered a violation of the automatic stay, nor shall they be considered property of the Estate.

11. Nothing in this Stipulation shall modify the terms and conditions of the Insurance Policy or the Indemnification Agreements, and George Palikaras and Kenneth Rice are not precluded from, at any time, by motion or further stipulation, seeking further access to other insurance policies nor shall Trustee Lovato or the Debtor be precluded from opposing such request. This Stipulation, and any disputes that may arise out of this Stipulation, shall be subject to the jurisdiction of the Bankruptcy Court.

## **STIPULATION**

Based on these facts, and subject to Bankruptcy Court approval, it is stipulated and agreed to, by and between the parties, that George Palikaras and Kenneth Rice shall be permitted to enforce their rights and receive proceeds payable under (i) the Executive Edge Broad Form Management Liability Insurance Policy issued by AIG Specialty Insurance Company ("AIG"), (ii) the Indemnification Agreement between the Debtor and George Palikaras, dated June 21, 2021, and (iii) the Indemnification Agreement between the Debtor and Kenneth Rice, dated June 21, 2021 and together with the Palikaras Indemnification Agreement.

---

[2] As defined in the Insurance Policy.

DATED: November 1, 2024.

HARTMAN & HARTMAN

*/s/ Jeffrey L. Hartman*
Jeffrey L. Hartman, Esq.,
*For Trustee Lovato*

HOLLAND & KNIGHT LLP

*/s/ Steven J. Levitt*
Steven J. Levitt, Esq.
One Arts Plaza
1722 Routh Street, Suite 1500
Dallas, Texas 75201

*For George Palikaras and Kenneth Rice*