Jeffrey L. Hartman, Esq.
Nevada Bar No. 1607
HARTMAN & HARTMAN
510 W. Plumb Lane, Suite B
Reno, NV 89509
T: (775) 324-2800
F: (775) 324-1818
notices@bankruptcyreno.com
Attorney for Christina Lovato, Trustee

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| In re | Case No.: 24-50792-hlb |
|---|---|
| META MATERIALS INC., | (Chapter 7) |
| Debtor. | CERTIFICATE OF SERVICE |
| | Hearing Date:  N/A |
| | Hearing Time: |

I certify that I am an employee of Hartman & Hartman, and that on November 1, 2024, I caused to be served the following document(s):

> EX PARTE APPLICATION FOR ORDER APPROVING STIPULATION ALLOWING FOR ADVANCEMENT/PAYMENT UNDER AN INSURANCE POLICY – ECF No. 116

I caused to be served the above-named document(s) as indicated below:

✔ a. Via ECF:

- ANDREA J. DRIGGS    adriggs@perkinscoie.com, bcosman@perkinscoie.com;kmcclure@perkinscoie.com;scarnall@perkinscoie.com;docketphx@perkinscoie.com
- JEFFREY L HARTMAN    notices@bankruptcyreno.com, abg@bankruptcyreno.com

1

- MATTHEW L. JOHNSON  mjohnson@mjohnsonlaw.com, annabelle@mjohnsonlaw.com;jennifer@mjohnsonlaw.com;admin@mjohnsonlaw.com
- CHRISTINA W. LOVATO   trusteelovato@att.net, NV26@ecfcbis.com
- U.S. TRUSTEE - RN - 7   USTPRegion17.RE.ECF@usdoj.gov

I declare under penalty of perjury that the foregoing is true and correct.

DATED: November 1, 2024.

                             */s/ Angie Gerbig*
                             Angie Gerbig