_____
Honorable Hilary L. Barnes
United States Bankruptcy Judge

Entered on Docket
November 04, 2024

_____

Jeffrey L. Hartman, Esq.
Nevada Bar No. 1607
HARTMAN & HARTMAN
510 W. Plumb Lane, Suite B
Reno, NV 89509
T: (775) 324-2800
F: (775) 324-1818
notices@bankruptcyreno.com
Attorney for Christina Lovato, Trustee

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>META MATERIALS INC.,<br><br>            Debtor. | Case No.: 24-50792-hlb<br>(Chapter 7)<br><br>**ORDER APPROVING *EX PARTE* APPLICATION BY CHAPTER 7 TRUSTEE TO EMPLOY ATTORNEYS AS SPECIAL COUNSEL [ROBISON, SHARP, SULLIVAN & BRUST]**<br><br>Hearing Date:   N/A<br>Hearing Time: |

The Court having considered the Ex Parte Application of Christina Lovato, Trustee for the estate of Meta Materials Inc., seeking authority to employ Robison, Sharp, Sullivan & Brust as her special counsel, and the Court being satisfied that Clayton P. Brust and Robison, Sharp, Sullivan & Brust do not hold or represent any interest adverse to the estate, is a disinterested person within the meaning of 11 U.S.C. § 101, and that the United States Trustee has interposed no objection to the Application,

1

IT IS HEREBY ORDERED that the employment of Robison, Sharp, Sullivan & Brust be and hereby is approved on the terms and conditions set forth in the Trustee's Application To Employ Robison, Sharp, Sullivan & Brust, effective as of the date of this order, subject, however, to approval by this Court under 11 U.S.C. § 330, after notice and hearing, of all compensation and reimbursement requested by Robison, Sharp, Sullivan & Brust.

Submitted by:

HARTMAN & HARTMAN

*/s/ Jeffrey L. Hartman*
Jeffrey L. Hartman, Esq.
Attorney for Trustee

# # #