_____
Honorable Hilary L. Barnes
United States Bankruptcy Judge

Entered on Docket
November 04, 2024

_____

Jeffrey L. Hartman, Esq.
Nevada Bar No. 1607
HARTMAN & HARTMAN
510 W. Plumb Lane, Suite B
Reno, NV 89509
T: (775) 324-2800
F: (775) 324-1818
notices@bankruptcyreno.com
Attorney for Christina Lovato, Trustee

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>META MATERIALS INC.,<br><br>    Debtor. | Case No.: 24-50792-hlb<br>(Chapter 7)<br><br>**ORDER GRANTING EX PARTE APPLICATION FOR ORDER APPROVING STIPULATION ALLOWING FOR ADVANCEMENT/PAYMENT UNDER AN INSURANCE POLICY**<br><br>Hearing Date:  N/A<br>Hearing Time: |

The matter came before the Court on the Ex Parte Application For Order Approving Stipulation Allowing For Advancement/Payment Under An Insurance Policy filed by Christina W. Lovato, chapter 7 trustee ("Trustee"), for the estate of Meta Materials, Inc. ("Estate") as [ECF No. 116]. As permitted by the holding in *Groshong v. Sapp (In re MILA, Inc.)*, 423 B.R. 537 (B.A.P. 9th Cir. 2010), and good cause appearing,

1

IT IS ORDERED that, to the extent applicable, the automatic stay of 11 U.S.C. § 362(a) is lifted to permit AIG, in accordance with D&O Policy 01-274-25-06, to make payments to George Palikaras and Kenneth Rice in accordance with the terms and conditions of their Indemnification Agreements; and

IT IS FINALLY ORDERED that nothing in the Stipulation shall modify the terms and conditions of the Insurance Policy or their Indemnification Agreements, and George Palikaras and Kenneth Rice are not precluded from, at any time, by motion or further stipulation, seeking further access to other insurance policies, nor shall Trustee Lovato or the Estate be precluded from opposing such request. This Stipulation, and any disputes that may arise out of this Stipulation, shall be subject to the jurisdiction of the Bankruptcy Court.

Submitted by:

HARTMAN & HARTMAN

*/s/ Jeffrey L. Hartman*
Jeffrey L. Hartman, Esq.,
*For Trustee Lovato*

Approved by:

HOLLAND & KNIGHT LLP

*/s/ Steven J. Levitt*
Steven J. Levitt, Esq.
*For George Palikaras and Kenneth Rice*

# # #