NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | **PROOF OF INTEREST** |

**Name of Debtor:** Meta Materials, Inc.
**Case Number:** 24-50792-hlb

1. **Name and address of holder of the Equity Interest** (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

   Laura Entrekin
   17442 Melancon Road
   Livingston, LA 70754

   ☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

   ☑ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

   ☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

   **Telephone Number:** 1(985) 516-4345

   COURT USE ONLY

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

**Account or other number by which Interest holder identifies Debtor:** 877036483 - TD Ameritrade

Check here if this claim:
☐ replaces a previously filed Proof of Interest dated: _____
☐ amends a previously filed Proof of Interest dated: _____

2. **Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:**
   TD Ameritrade - Now Schwab
   3000 Schwab Way
   Westlake, TX 76262
   **Telephone Number:** 1(800) 435-4000

3. **Date Equity Interest was acquired:**
   See lot details for shares sold

4. **Total amount of member interest:** 500 shares
   $568.91 loss

5. **Certificate number(s):** _____

6. **Type of Equity Interest:**
   Please indicate the type of Equity Interest you hold:
   ☐ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
   ☑ Check this box if your Equity Interest is based on anything else and describe that interest:
   **Description:** Shares sold at a loss - claiming loss

   $568.91 total loss

7. **Supporting Documents:** Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
   DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. **Date-Stamped Copy:** To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

9. **Signature:**
   Check the appropriate box.
   ☑ I am the creditor.   ☐ I am the creditor's authorized agent. (Attach copy of power of attorney, if any.)   ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)   ☐ I am a guarantor, surety, endorser, or other codebtor. (See Bankruptcy Rule 3005.)

   I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

   **Print Name:** Laura Entrekin
   **Title:**
   **Company:** Address and telephone number (if different from notice address above):
   (Signature) Laura Entrekin    (Date) 10/26/2024
   **Telephone number:** 1(985) 516-4345    **email:** lentrekinpe@yahoo.com

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

Realized Sell Activity    877036483    TD AmeriTRADE    gainskeeper.com

Summary  Details     Period: Year 2023    Section 6045g: All    Security Type: All    Security ID: Symbol  MM

Realized Sale Activity Details  01/01/2023 – 12/31/2023   Created: 10/24/2024 6:42:07 PM

| Security Symbol \| Security Name | Units | Purchased | Orig Cost | WS Adj | Cost Basis | Proceeds | ST Gain/Loss | LT Gain/Loss | % Change | Trading method | Status |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **MMAT**  META MATERIALS INC | 500 | | $683.29 | | $114.38 | $114.38 | | | | | |
| 08/25/2023 | 18.135 | 03/25/2021 | $29.63 | | $29.63 | $4.15 | | $-25.48 | -85.99% | | C |
| 08/25/2023 | 19.5 | 04/08/2021 | $70.50 | | $70.50 | $4.46 | | $-66.04 | -93.67% | | C |
| 08/25/2023 | 363.465 | 04/20/2021 | $460.25 | | $460.25 | $83.15 | | $-377.10 | -81.93% | | C |
| 08/25/2023 | 98.9 | 04/20/2021 | $122.91 | | $122.91 | $22.62 | | $-100.29 | -81.60% | | C |
| 08/25/2023 Wash Sale Adj | [18.135] | 07/27/2023 | $0.00 | | $-25.48 | | | $25.48 | | | C |
| 08/25/2023 Wash Sale Adj | [19.5] | 07/27/2023 | $0.00 | | $-66.04 | | | $66.04 | | | C |
| 08/25/2023 Wash Sale Adj | [363.465] | 07/27/2023 | $0.00 | - | $-377.10 | | | $377.10 | | | C |
| 08/25/2023 Wash Sale Adj | [98.9] | 07/27/2023 | $0.00 | | $-100.29 | | | $100.29 | | | C |
| **TOTAL (1 security, 8 lots)** | | | **$683.29** | | **$114.38** | **$114.38** | | | | | |

web15  2024-10-24 18:42:07  00:00.343

**Important Disclaimer:** We are providing access to your historical Realized Gain/Loss Information as of the date your account(s) was transitioned from TD Ameritrade to Charles Schwab & Co., Inc. ("Schwab") The i gain/loss information at TD Ameritrade only.

We are providing you this historical realized Gain/Loss Information via GainsKeeper®, a service provided by Wolters Kluwer Financial Services, Inc. ("WKFS") and is made available for general reference and education nor TD Ameritrade are responsible for the reliability or suitability of the information. Schwab and TD Ameritrade are required to provide accurate tax lot basis information in connection with 1099-B reporting for "co GainsKeeper system. Schwab and Ameritrade are responsible for the accuracy of tax lot basis information it makes available to its clients for "covered" securities, whether through the GainsKeeper system or otherv Ameritrade provides tax advice and you should consider consulting independent sources with respect to tax lot and performance reporting. Your use of the information constitutes your acceptance of the GainsKeep affiliated with Schwab or TD Ameritrade and Schwab and TD Ameritrade are not responsible for WKFS services or policies. GainsKeeper is the registered trademark of Wolters Kluwer Financial Services, Inc.

GainsKeeper is a product offered by Wolters Kluwer Financial Services ("WKFS"). WKFS does not provide tax advice. No portion of this web page or report can be construed as tax advice and is not intended or writter Recipients should consult their own tax advisors. WKFS relies on data from a variety of sources and such data is not verified by WKFS. WKFS is not responsible for inaccuracies in its calculations that directly or indire inaccurate data. In cases where data is incomplete or insufficient, WKFS may make various assumptions in order to make calculations. The data reported by WKFS on web pages or in reports do not necessarily take i considerations to specific persons or entities. All information provided by WKFS must be considered by users in light of their specific circumstances and judgment as to applicability and correctness, and in light of an other events. WKFS determinations and calculations are based on our understanding of the tax law as available and in effect as of the date of the design of the currently implemented WKFS system. Such tax law is s retroactive effect, and such changes may not be taken into account by WKFS. WKFS performs calculations that are affected by investor elections, including elections that relate to special tax calculation rules for debt that elections have been properly made or revoked. WKFS makes no representation or warranty as to the correctness, accuracy or completeness of any investor election or revocation of election, tax classification, ar assumes no liability for damages resulting from elections or revocation of elections, determinations of taxability, tax classification, or other attributes, including any collateral or consequential damages including but penalties, nor does it provide any assurance of the accuracy of any data used to make such determinations.

0223-25NJ

Realized Sell Activity    877036483

Summary  Details    Period: Year 2022 ▼    Section 6045g: All ▼    Security Type: All ▼    Security ID: Symbol ▼ MM

Realized Sale Activity Details  01/01/2022 – 12/31/2022  Created: 10/24/2024 6:41:14 PM

| Security | Symbol \| Security Name | Units | Purchased | Orig Cost | WS Adj | Cost Basis | Proceeds | ST Gain/Loss | LT Gain/Loss | % Change | Trading method | Status |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MMAT | META MATERIALS INC | 10 | | $16.33 | | $16.33 | $14.00 | | $-2.33 | -14.27% | | |
| 04/18/2022 | | 10 | 03/25/2021 | $16.33 | | $16.33 | $14.00 | | $-2.33 | -14.27% | | e |
| TOTAL (1 security, 1 lot) | | | | $16.33 | | $16.33 | $14.00 | | $-2.33 | -14.27% | | |

web15 (2024-10-24 18:41:14)(00:00.031)

**Important Disclaimer:** We are providing access to your historical Realized Gain/Loss Information as of the date your account(s) was transitioned from TD Ameritrade to Charles Schwab & Co., Inc. ("Schwab") The ir gain/loss information at TD Ameritrade only.

We are providing you this historical realized Gain/Loss Information via GainsKeeper®, a service provided by Wolters Kluwer Financial Services, Inc. ("WKFS") and is made available for general reference and education nor TD Ameritrade are responsible for the reliability or suitability of the information. Schwab and TD Ameritrade are required to provide accurate tax lot basis information in connection with 1099-B reporting for "cov GainsKeeper system. Schwab and Ameritrade are responsible for the accuracy of tax lot basis information it makes available to its clients for "covered" securities, whether through the GainsKeeper system or otherw Ameritrade provides tax advice and you should consider consulting independent sources with respect to tax lot and performance reporting. Your use of the information constitutes your acceptance of the GainsKeep affiliated with Schwab or TD Ameritrade and Schwab and TD Ameritrade are not responsible for WKFS services or policies. GainsKeeper is the registered trademark of Wolters Kluwer Financial Services, Inc.

GainsKeeper is a product offered by Wolters Kluwer Financial Services ("WKFS"). WKFS does not provide tax advice. No portion of this web page or report can be construed as tax advice and is not intended or written Recipients should consult their own tax advisors. WKFS relies on data from a variety of sources and such data is not verified by WKFS. WKFS is not responsible for inaccuracies in its calculations that directly or indire inaccurate data. In cases where data is incomplete or insufficient, WKFS may make various assumptions in order to make calculations. The data reported by WKFS on web pages or in reports do not necessarily take i considerations to specific persons or entities. All information provided by WKFS must be considered by users in light of their specific circumstances and judgment as to applicability and correctness, and in light of an other events. WKFS determinations and calculations are based on our understanding of the tax law as available and in effect as of the date of the design of the currently implemented WKFS system. Such tax law is su retroactive effect, and such changes may not be taken into account by WKFS. WKFS performs calculations that are affected by investor elections, including elections that relate to special tax calculation rules for debt that elections have been properly made or revoked. WKFS makes no representation or warranty as to the correctness, accuracy or completeness of any investor election or revocation of election, tax classification, am assumes no liability for damages resulting from elections or revocation of elections, determinations of taxability, tax classification, or other attributes, including any collateral or consequential damages including but r penalties, nor does it provide any assurance of the accuracy of any data used to make such determinations.

0223-25NJ