NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | | **PROOF OF INTEREST** |
|---|---|---|

Name of Debtor: Meta Materials, INC.

Case Number: 24-50792-hlb

1. Name and address of holder of the Equity Interest (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

Laura Entrekin
17442 Melancon Road
Livingston, LA 70754

Telephone Number: 1(985) 516-4345

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

☑ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

COURT USE ONLY

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

Account or other number by which Interest holder identifies Debtor: 31304827

Check here if this claim:
☐ replaces a previously filed Proof of Interest dated: _____
☐ amends a previously filed Proof of Interest dated: _____

2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:
The V Anguard group
100 V Anguard Blvd
Malvern, PA 19355
Telephone Number: 1(800) 662-2739

3. Date Equity Interest was acquired:
Shares Sold > See attached for details

4. Total amount of member interest: 268,224 Shares $77,367.62

5. Certificate number(s): _____

6. Type of Equity Interest:
Please indicate the type of Equity Interest you hold:
☐ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
☑ Check this box if your Equity Interest is based on anything else and describe that interest:
Description: Shares sold at a Loss - claiming loss

$77,367.62
Total Loss

7. Supporting Documents: Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. Date-Stamped Copy: To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

9. Signature:
Check the appropriate box.
☑ I am the creditor.   ☐ I am the creditor's authorized agent. (Attach copy of power of attorney, if any.)   ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)   ☐ I am a guarantor, surety, endorser, or other codebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: Laura Entrekin
Title:
Company: Address and telephone number (if different from notice address above): _____

(Signature) Laura Entrekin    (Date) 10/24/2024

Telephone number: 1(985) 516-4345    email: lentrekinnp@yahoo.com

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

V.

# Cost basis – Realized gains/losses

**Select year**
2022 Total

**Search holdings**
MMAT

Search your account holdings here. Use commas to separate search terms. Results will automatically show in the expanded table(s) below.

# Self-managed accounts

## Laura R. Entrekin — Brokerage Account — 31304827

| Symbol Name | Quantity | Total cost | Proceeds | Short term capital gain/loss | Long term capital gain/loss | Total capital gain/loss |
|---|---|---|---|---|---|---|
| STOCKS, OPTIONS, AND ETFS | | | | | | |
| MMAT<br>META MATERIALS INC | 147,500.0000 | $223,917.55 | $219,664.14 | ↑+$14,453.39 | ↑+$15,895.83 | ↑+$30,349.2: |

ⓘ The loss of $34,602.63 has been disallowed due to wash sale activity in this security. The disallowed amount has been added to the cost basis of shares that cause each wash sale to occur. More information.

Hide lot details

| Date sold | Date acquired | Event | Cost basis method | Quantity | Total cost | Proceeds | Short term capital gain/loss | Long term capital gain/loss | Total capital gain/loss |
|---|---|---|---|---|---|---|---|---|---|
| 02/09/2022 | 03/15/2021 | Sell | Specific identification (SpecID) | 3,700.0000 | $6,389.47 | $6,844.97 | ↑$455.50 | — | ↑$455.50 |
| 09/27/2022 | 03/15/2021 | Sell | First in, first out (FIFO) | 10,000.0000 | $17,268.84 | $6,719.89 | — | ↓-$10,548.95 | ↓-$10,548.95 |
| ⓘ Wash sale adjustments from transaction 10/13/2022 | | | | | | | | ↑+$10,548.95 | ↑+$10,548.95 |
| 10/12/2022 | 03/15/2021 | Sell | First in, first out (FIFO) | 15,917.3350 | $27,487.38 | $17,190.33 | — | ↓-$10,297.05 | ↓-$10,297.05 |
| ⓘ Wash sale adjustments from transaction 10/13/2022 | | | | | | | | ↑+$4,694.65 | ↑+$4,694.65 |
| ⓘ Wash sale adjustments from transaction 10/13/2022 | | | | | | | | ↑+$10,297.05 | ↑+$10,297.05 |
| ⓘ Wash sale adjustments from transaction 10/13/2022 | | | | | | | | ↑+$68.24 | ↑+$68.24 |
| ⓘ Wash sale adjustments from transaction 10/13/2022 | | | | | | | | ↑+$5,175.98 | ↑+$5,175.98 |
| 10/12/2022 | 03/25/2021 | Sell | First in, first out (FIFO) | 13,397.5449 | $19,645.00 | $14,469.02 | — | ↓-$5,175.98 | ↓-$5,175.98 |
| ⓘ Wash sale adjustments from transaction 10/13/2022 | | | | | | | | ↑+$4,694.65 | ↑+$4,694.65 |
| ⓘ Wash sale adjustments from transaction 10/13/2022 | | | | | | | | ↑+$10,297.05 | ↑+$10,297.05 |
| ⓘ Wash sale adjustments from transaction 10/13/2022 | | | | | | | | ↑+$68.24 | ↑+$68.24 |
| ⓘ Wash sale adjustments from transaction 10/13/2022 | | | | | | | | ↑+$5,175.98 | ↑+$5,175.98 |
| 10/12/2022 | 03/25/2021 | Sell | First in, first out (FIFO) | 11,808.0000 | $17,447.00 | $12,752.35 | — | ↓-$4,694.65 | ↓-$4,694.65 |
| ⓘ Wash sale adjustments from transaction 10/13/2022 | | | | | | | | ↑+$4,694.65 | ↑+$4,694.65 |

*[Handwritten annotation at bottom:]* 51,122.8799 shares #30716.63 Loss

| Symbol Name | | | | Quantity | Total cost | Proceeds | Short term capital gain/loss | Long term capital gain/loss | Total capital gain/loss |
|---|---|---|---|---|---|---|---|---|---|
| Date sold | Date acquired | Event | Cost basis method | Quantity | Total cost | Proceeds | Short term capital gain/loss | Long term capital gain/loss | Total capital gain/loss |
| Ⓦ Wash sale adjustments from transaction 10/13/2022 | | | | | | | | ↑+$10,297.05 | ↑+$10,297.05 |
| Ⓦ Wash sale adjustments from transaction 10/13/2022 | | | | | | | | ↑+$68.24 | ↑+$68.24 |
| Ⓦ Wash sale adjustments from transaction 10/13/2022 | | | | | | | | ↑+$5,175.98 | ↑+$5,175.98 |
| 10/12/2022 | 03/25/2021 | Sell | First in, first out (FIFO) | 177.1200 | $259.53 | $191.29 | — | ↓-$68.24 | ↓-$68.24 |
| Ⓦ Wash sale adjustments from transaction 10/13/2022 | | | | | | | | ↑+$4,694.65 | ↑+$4,694.65 |
| Ⓦ Wash sale adjustments from transaction 10/13/2022 | | | | | | | | ↑+$10,297.05 | ↑+$10,297.05 |
| Ⓦ Wash sale adjustments from transaction 10/13/2022 | | | | | | | | ↑+$68.24 | ↑+$68.24 |
| Ⓦ Wash sale adjustments from transaction 10/13/2022 | | | | | | | | ↑+$5,175.98 | ↑+$5,175.98 |
| 10/12/2022 | 04/16/2021 | Sell | First in, first out (FIFO) | 0.0001 | $0.00 | $0.00 | — | $0.00 | $0.00 |
| Ⓦ Wash sale adjustments from transaction 10/13/2022 | | | | | | | | ↑+$4,694.65 | ↑+$4,694.65 |
| Ⓦ Wash sale adjustments from transaction 10/13/2022 | | | | | | | | ↑+$10,297.05 | ↑+$10,297.05 |
| Ⓦ Wash sale adjustments from transaction 10/13/2022 | | | | | | | | ↑+$68.24 | ↑+$68.24 |
| Ⓦ Wash sale adjustments from transaction 10/13/2022 | | | | | | | | ↑+$5,175.98 | ↑+$5,175.98 |
| 10/12/2022 | 12/20/2021 | Sell | First in, first out (FIFO) | 2,000.0000 | $5,230.00 | $2,159.95 | ↓-$3,070.05 | — | ↓-$3,070.05 |
| Ⓦ Wash sale adjustments from transaction 10/13/2022 | | | | | | | ↑+$3,070.05 | | ↑+$3,070.05 |
| 10/12/2022 | 12/20/2021 | Sell | First in, first out (FIFO) | 10.0000 | $26.10 | $10.80 | ↓-$15.30 | — | ↓-$15.30 |
| Ⓦ Wash sale adjustments from transaction 10/13/2022 | | | | | | | ↑+$15.30 | | ↑+$15.30 |
| 10/12/2022 | 12/20/2021 | Sell | First in, first out (FIFO) | 490.0000 | $1,261.60 | $529.19 | ↓-$732.41 | — | ↓-$732.41 |
| Ⓦ Wash sale adjustments from transaction 10/13/2022 | | | | | | | ↑+$732.41 | | ↑+$732.41 |
| 10/12/2022 | 07/01/2022 | Sell | First in, first out (FIFO) | 10,000.0000 | $10,300.00 | $10,799.74 | ↑$499.74 | — | ↑$499.74 |
| 10/12/2022 | 07/08/2022 | Sell | First in, first out (FIFO) | 10,000.0000 | $10,500.00 | $10,799.75 | ↑$299.75 | — | ↑$299.75 |
| 11/29/2022 | 10/13/2022 | Sell | First in, first out (FIFO) | 16,200.0001 | $17,010.00 | $31,751.27 | ↑$14,741.27 | — | ↑$14,741.27 |
| 11/29/2022 | 10/13/2022 | Sell | First in, first out (FIFO) | 10,000.0000 | $21,048.95 | $19,599.55 | ↓-$1,449.40 | — | ↓-$1,449.40 |
| 11/29/2022 | 10/13/2022 | Sell | First in, first out (FIFO) | 15,917.3350 | $27,010.25 | $31,197.26 | ↑$4,187.01 | — | ↑$4,187.01 |
| 11/29/2022 | 10/13/2022 | Sell | First in, first out (FIFO) | 13,397.5449 | $19,243.40 | $26,258.59 | ↑$7,015.19 | — | ↑$7,015.19 |
| 11/29/2022 | 10/13/2022 | Sell | First in, first out (FIFO) | 11,808.0000 | $17,093.05 | $23,143.15 | ↑$6,050.10 | — | ↑$6,050.10 |
| 11/29/2022 | 10/13/2022 | Sell | First in, first out (FIFO) | 177.1200 | $254.22 | $347.15 | ↑$92.93 | — | ↑$92.93 |
| 11/29/2022 | 10/13/2022 | Sell | First in, first out (FIFO) | 2,000.0000 | $5,170.05 | $3,919.91 | ↓-$1,250.14 | — | ↓-$1,250.14 |
| 11/29/2022 | 10/13/2022 | Sell | First in, first out (FIFO) | 10.0000 | $25.80 | $19.60 | ↓-$6.20 | — | ↓-$6.20 |
| 11/29/2022 | 10/13/2022 | Sell | First in, first out (FIFO) | 490.0000 | $1,246.91 | $960.38 | ↓-$286.53 | — | ↓-$286.53 |

*15,177.12 shares*          *#6878.27 Loss*

V.

Search

# Cost basis – Realized gains/losses

Select year

2023 Total

Search holdings

MMAT

Search your account holdings here. Use commas to separate search terms. Results will automatically show in the expanded table(s) below.

# Self-managed accounts

## Laura R. Entrekin — Brokerage Account — 31304827

| Symbol Name | Quantity | Total cost | Proceeds | Short term capital gain/loss | Long term capital gain/loss | Total capital gain/loss |
|---|---|---|---|---|---|---|
| STOCKS, OPTIONS, AND ETFS | | | | | | |
| MMAT<br>META MATERIALS INC | 827,768.0000 | $368,949.17 | $366,741.54 | ↑+$22,102.49 | — | ↑+$22,102.49 |

◉ The loss of $24,310.12 has been disallowed due to wash sale activity in this security.
The disallowed amount has been added to the cost basis of shares that cause each wash sale to occur. More information.

Hide lot details

| Date sold | Date acquired | Event | Cost basis method | Quantity | Total cost | Proceeds | Short term capital gain/loss | Long term capital gain/loss | Total capital gain/loss |
|---|---|---|---|---|---|---|---|---|---|
| 03/20/2023 | 01/31/2023 | Sell | First in, first out (FIFO) | 10.0000 | $10.00 | $5.47 | ↓-$4.53 | — | ↓-$4.53 |
| ◉ Wash sale adjustments from transaction 03/28/2023 | | | | | | | ↑+$4.53 | | ↑+$4.53 |
| 03/20/2023 | 03/17/2023 | Sell | First in, first out (FIFO) | 292,521.0000 | $142,603.99 | $160,153.97 | ↑$17,549.98 | — | ↑$17,549.98 |
| 04/04/2023 | 03/28/2023 | Sell | First in, first out (FIFO) | 333,323.0000 | $146,662.12 | $166,677.23 | ↑$20,015.11 | — | ↑$20,015.11 |
| ◉ Wash sale adjustments from transaction 04/05/2023 | | | | | | | ↑+$3.93 | | ↑+$3.93 |
| 04/04/2023 | 03/28/2023 | Sell | First in, first out (FIFO) | 10.0000 | $8.93 | $5.00 | ↓-$3.93 | — | ↓-$3.93 |
| ◉ Wash sale adjustments from transaction 04/05/2023 | | | | | | | ↑+$3.93 | | ↑+$3.93 |
| 06/12/2023 | 04/05/2023 | Sell | Highest in, first out (HIFO) | 12,790.0000 | $5,126.23 | $2,997.96 | ↓-$2,128.27 | — | ↓-$2,128.27 |
| ◉ Wash sale adjustments from transaction 05/22/2023 | | | | | | | ↑+$1,828.75 | | ↑+$1,828.75 |
| ◉ Wash sale adjustments from transaction 05/25/2023 | | | | | | | ↑+$298.19 | | ↑+$298.19 |
| ◉ Wash sale adjustments from transaction 05/22/2023 | | | | | | | ↑+$5.60 | | ↑+$5.60 |
| ◉ Wash sale adjustments from transaction 05/24/2023 | | | | | | | ↑+$1.33 | | ↑+$1.33 |
| 06/12/2023 | 04/05/2023 | Sell | Highest in, first out (HIFO) | 10.0000 | $7.94 | $2.34 | ↓-$5.60 | — | ↓-$5.60 |
| ◉ Wash sale adjustments from transaction 05/22/2023 | | | | | | | ↑+$1,828.75 | | ↑+$1,828.75 |
| ◉ Wash sale adjustments from transaction 05/25/2023 | | | | | | | ↑+$298.19 | | ↑+$298.19 |

*12,820 Shares*    *$2142.33 LOSS*

| Symbol Name | | | | | | Short term capital gain/loss | Long term capital gain/loss | Total capital gain/loss |
|---|---|---|---|---|---|---|---|---|
| Date sold | Date acquired | Event | Cost basis method | Quantity | Total cost | Proceeds | | |
| | | | | Quantity | Total cost | Proceeds | Short term capital gain/loss | Long term capital gain/loss | Total capital gain/loss |
| ⓦ Wash sale adjustments from transaction 05/22/2023 | | | | | | | ↑ +$5.60 | | ↑ +$5.60 |
| ⓦ Wash sale adjustments from transaction 05/24/2023 | | | | | | | ↑ +$1.33 | | ↑ +$1.33 |
| 07/11/2023 | 04/05/2023 | Sell | First in, first out (FIFO) | 26,500.0000 | $10,621.20 | $5,037.61 | ↓ -$5,583.59 | | ↓ -$5,583.59 |
| 07/17/2023 | 04/05/2023 | Sell | Highest in, first out (HIFO) | 32,924.0000 | $13,195.94 | $6,222.59 | ↓ -$6,973.35 | | ↓ -$6,973.35 |
| 07/17/2023 | 05/22/2023 | Sell | Highest in, first out (HIFO) | 10.0000 | $8.10 | $1.89 | ↓ -$6.21 | | ↓ -$6.21 |
| 07/17/2023 | 05/22/2023 | Sell | Highest in, first out (HIFO) | 10,990.0000 | $4,576.25 | $2,077.09 | ↓ -$2,499.16 | | ↓ -$2,499.16 |
| 07/17/2023 | 05/24/2023 | Sell | Highest in, first out (HIFO) | 8.0000 | $3.26 | $1.51 | ↓ -$1.75 | | ↓ -$1.75 |
| 07/17/2023 | 05/25/2023 | Sell | Highest in, first out (HIFO) | 1,792.0000 | $737.23 | $338.69 | ↓ -$398.54 | | ↓ -$398.54 |
| 10/18/2023 | 04/05/2023 | Sell | Specific identification (SpecID) | 76,955.0000 | $30,843.56 | $15,280.52 | ↓ -$15,563.04 | | ↓ -$15,563.04 |
| ⓦ Wash sale adjustments from transaction 09/21/2023 | | | | | | | ↑ +$15,563.04 | | ↑ +$15,563.04 |
| 10/18/2023 | 04/12/2023 | Sell | Specific identification (SpecID) | 10,700.0000 | $4,288.50 | $2,135.70 | ↓ -$2,152.80 | | ↓ -$2,152.80 |
| ⓦ Wash sale adjustments from transaction 09/21/2023 | | | | | | | ↑ +$2,152.80 | | ↑ +$2,152.80 |
| 10/18/2023 | 04/12/2023 | Sell | Specific identification (SpecID) | 20,032.0000 | $8,028.71 | $3,977.64 | ↓ -$4,051.07 | | ↓ -$4,051.07 |
| ⓦ Wash sale adjustments from transaction 09/21/2023 | | | | | | | ↑ +$4,051.07 | | ↑ +$4,051.07 |
| 10/18/2023 | 05/25/2023 | Sell | Specific identification (SpecID) | 8,497.0000 | $2,081.77 | $1,687.20 | ↓ -$394.57 | | ↓ -$394.57 |
| ⓦ Wash sale adjustments from transaction 10/26/2023 | | | | | | | ↑ +$0.14 | | ↑ +$0.14 |
| ⓦ Wash sale adjustments from transaction 09/21/2023 | | | | | | | ↑ +$394.43 | | ↑ +$394.43 |
| 10/18/2023 | 09/21/2023 | Sell | Specific identification (SpecID) | 696.0000 | $145.44 | $139.13 | ↓ -$6.31 | | ↓ -$6.31 |
| ⓦ Wash sale adjustments from transaction 10/26/2023 | | | | | | | ↑ +$6.31 | | ↑ +$6.31 |

[redacted] — Traditional IRA [redacted]

For the selected period, you have no realized gains or losses in this account.

[redacted]

*189,104 shares    $37,630.39 LOSS*