NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | | **PROOF OF INTEREST** |
|---|---|---|

Name of Debtor: MetaMaterials, Inc.

Case Number: 24-50792-hlb

1. Name and address of holder of the Equity Interest (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

Cory Wallace
17442 Melancon Road
Livingston, LA 70754

Telephone Number: (985) 516-4345

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

☑ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

COURT USE ONLY

Account or other number by which Interest holder identifies Debtor: 70364676

Check here if this claim:
☐ replaces a previously filed Proof of Interest dated: _____
☐ amends a previously filed Proof of Interest dated: _____

2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:
The Vanguard Group
100 Vanguard Blvd
Malvern, PA 19355
Telephone Number: 1(800) 662-2739

3. Date Equity Interest was acquired:
Shares Sold → see attached lot totals

4. Total amount of member interest: 2 Shares
$3.98 total loss

5. Certificate number(s): _____

6. Type of Equity Interest:
Please indicate the type of Equity Interest you hold:
☐ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
☑ Check this box if your Equity Interest is based on anything else and describe that interest:
Description: Shares sold at a loss - claiming loss

$3.98 total loss

7. Supporting Documents: Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. Date-Stamped Copy: To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

9. Signature:
Check the appropriate box.
☑ I am the creditor.   ☐ I am the creditor's authorized agent. (Attach copy of power of attorney, if any.)   ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)   ☐ I am a guarantor, surety, endorser, or other codebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: Cory Wallace
Title:
Company: Address and telephone number (if different from notice address above):

(Signature) Cory Wallace     (Date) 10/23/1024

Telephone number: 1(985)5164345    email: [illegible]@yahoo.com

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

V.                                                                                                                    🔍 Search

# Cost basis – Realized gains/losses

Select year
**2022 Total** ▼

Search holdings
**MMAT**

Search your account holdings here. Use commas to separate search terms. Results will automatically show in the expanded table(s) below.

## Self-managed accounts

### Cary Emory Wallace — Brokerage Account — 66067631

| Symbol / Name STOCKS, OPTIONS, AND ETFS | Quantity | Total cost | Proceeds | Short term capital gain/loss | Long term capital gain/loss | Total capital gain/loss |
|---|---|---|---|---|---|---|
| **MMAT** META MATERIALS INC | 645,212.0000 | $843,703.36 | $933,993.73 | ↑ +$90,371.21 | — | ↑ +$90,371.21 |

ⓘ The loss of $80.84 has been disallowed due to wash sale activity in this security. The disallowed amount has been added to the cost basis of shares that cause each wash sale to occur. More information.

Show lot details

### Cary Emory Wallace — Roth IRA Brokerage Account — 70364676

| Symbol / Name STOCKS, OPTIONS, AND ETFS | Quantity | Total cost | Proceeds | Short term capital gain/loss | Long term capital gain/loss | Total capital gain/loss |
|---|---|---|---|---|---|---|
| **MMAT** META MATERIALS INC | 11,216.0000 | $18,368.44 | $21,197.75 | ↑ +$337.16 | ↑ +$2,492.15 | ↑ +$2,829.3[?] |

Hide lot details

| Date sold | Date acquired | Event | Cost basis method | Quantity | Total cost | Proceeds | Short term capital gain/loss | Long term capital gain/loss | Total capital gain/loss |
|---|---|---|---|---|---|---|---|---|---|
| 11/29/2022 | 03/15/2021 Noncovered | Sell | First in, first out (FIFO) | 9,865.6700 | $16,391.26 | $18,645.69 | — | ↑ $2,254.43 | ↑ $2,254.43 |
| 11/29/2022 | 04/12/2021 Noncovered | Sell | First in, first out (FIFO) | 948.3300 | $1,550.60 | $1,792.30 | — | ↑ $241.70 | ↑ $241.70 |
| 11/29/2022 | 05/17/2021 Noncovered | Sell | First in, first out (FIFO) | 2.0000 | $7.76 | $3.78 | — | ↓ -$3.98 | ↓ -$3.98 |
| 11/29/2022 | 07/06/2022 Noncovered | Sell | First in, first out (FIFO) | 395.0000 | $414.75 | $746.53 | ↑ $331.78 | — | ↑ $331.78 |
| 11/29/2022 | 08/29/2022 Noncovered | Sell | First in, first out (FIFO) | 5.0000 | $4.07 | $9.45 | ↑ $5.38 | — | ↑ $5.38 |

*[handwritten annotations:] 2 SHARES    $ 3.98 total loss*