NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | | **PROOF OF INTEREST** |
|---|---|---|
| Name of Debtor: Meta Materials, Inc. | Case Number: 24-50792-hlb | |

1. Name and address of holder of the Equity Interest (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

   Micayla Entrekin
   17442 Melancon Road
   Livingston LA
   70754

   Telephone Number: 1(985) 705-9175

   ☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

   ☒ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

   ☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

COURT USE ONLY

Account or other number by which Interest holder identifies Debtor: 49846029

Check here if this claim:
☐ replaces a previously filed Proof of Interest dated: _____
☐ amends a previously filed Proof of Interest dated: _____

2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:
   The Vanguard Group
   100 Vanguard Blvd
   Malvern PA 19355
   Telephone Number: 1(800) 662-2739

3. Date Equity Interest was acquired:
   Shares sold -
   see lot details attached

4. Total amount of member interest: 2986 shares
   $9403.98 total loss

5. Certificate number(s): _____

6. Type of Equity Interest:
   Please indicate the type of Equity Interest you hold:
   ☐ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
   ☒ Check this box if your Equity Interest is based on anything else and describe that interest.
   Description: Shares sold at a loss - claiming a loss

   $9403.98 Loss

7. Supporting Documents: Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. Date-Stamped Copy: To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

9. Signature:
   Check the appropriate box.
   ☒ I am the creditor.   ☐ I am the creditor's authorized agent.   ☐ I am the trustee, or the debtor, or their authorized agent.   ☐ I am a guarantor, surety, endorser, or other codebtor.
   (Attach copy of power of attorney, if any.)   (See Bankruptcy Rule 3004.)   (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: Micayla Entrekin
Title:
Company: Address and telephone number (if different from notice address above): _____

(Signature) Micayla Entrekin    (Date) 10/24/2024

Telephone number: 1(985) 705-9175    email: micaylaentrekin289@gmail.com

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

For the selected period, you have no realized gains or losses in this account.

## Micayla Loegan Entrekin — Brokerage Account — 49846029

| Symbol Name | Quantity | Total cost | Proceeds | Short term capital gain/loss | Long term capital gain/loss | Total capital gain/loss |
|---|---|---|---|---|---|---|
| STOCKS, OPTIONS, AND ETFS | | | | | | |
| MMAT META MATERIALS INC | 3,274.0000 | $10,280.81 | $2,985.77 | ↓ -$53.57 | ↓ -$7,241.47 | ↓ -$7,295.04 |

Hide lot details

| Date sold | Date acquired | Event | Cost basis method | Quantity | Total cost | Proceeds | Short term capital gain/loss | Long term capital gain/loss | Total capital gain/loss |
|---|---|---|---|---|---|---|---|---|---|
| 03/02/2022 | 05/03/2021 | Sell | First in, first out (FIFO) | 25.0000 | $98.50 | $41.12 | ↓ -$57.38 | — | ↓ -$57.38 |
| 03/02/2022 | 05/27/2021 | Sell | First in, first out (FIFO) | 375.0000 | $612.95 | $616.76 | ↑ $3.81 | — | ↑ $3.81 |
| 10/12/2022 | 05/27/2021 | Sell | First in, first out (FIFO) | 10.0000 | $46.80 | $8.10 | — | ↓ -$38.70 | ↓ -$38.70 |
| 10/12/2022 | 05/27/2021 | Sell | First in, first out (FIFO) | 820.0000 | $1,340.31 | $664.19 | — | ↓ -$676.12 | ↓ -$676.12 |
| 10/12/2022 | 06/10/2021 | Sell | First in, first out (FIFO) | 254.0000 | $1,484.88 | $205.74 | — | ↓ -$1,279.14 | ↓ -$1,279.14 |
| 10/12/2022 | 06/11/2021 | Sell | First in, first out (FIFO) | 112.5000 | $690.75 | $91.12 | — | ↓ -$599.63 | ↓ -$599.63 |
| 10/12/2022 | 06/11/2021 | Sell | First in, first out (FIFO) | 0.5000 | $3.11 | $0.40 | — | ↓ -$2.71 | ↓ -$2.71 |
| 10/12/2022 | 07/21/2021 | Sell | First in, first out (FIFO) | 792.0000 | $2,993.76 | $641.51 | — | ↓ -$2,352.25 | ↓ -$2,352.25 |
| 10/12/2022 | 07/21/2021 | Sell | First in, first out (FIFO) | 2.0000 | $7.55 | $1.62 | — | ↓ -$5.93 | ↓ -$5.93 |
| 10/12/2022 | 08/02/2021 | Sell | First in, first out (FIFO) | 883.0000 | $3,002.20 | $715.21 | — | ↓ -$2,286.99 | ↓ -$2,286.99 |

## Micayla Loegan Entrekin — Roth IRA Brokerage Account — 28033313

| Symbol Name | Quantity | Total cost | Proceeds | Short term capital gain/loss | Long term capital gain/loss | Total capital gain/loss |
|---|---|---|---|---|---|---|
| STOCKS, OPTIONS, AND ETFS | | | | | | |
| MMAT META MATERIALS INC | 5,655.0000 | $8,950.91 | $4,580.45 | ↓ -$71.22 | ↓ -$4,299.24 | ↓ -$4,370.4 |

*[VOID written across this section]*

Hide lot details

| Date sold | Date acquired | Event | Cost basis method | Quantity | Total cost | Proceeds | Short term capital gain/loss | Long term capital gain/loss | Total capital gain/loss |
|---|---|---|---|---|---|---|---|---|---|
| 10/12/2022 | 03/16/2021 Noncovered | Sell | First in, first out (FIFO) | 5,360.0000 | $8,640.75 | $4,341.51 | — | ↓ -$4,299.24 | ↓ -$4,299.24 |

*[Handwritten at bottom:] 2899 shares    #7298.85 total loss*

~~Gary Emery Wallace – Brokerage Account~~

For the selected period, you have no realized gains or losses in this account.

~~Gary Emery Wallace – Roth IRA Brokerage~~

For the selected period, you have no realized gains or losses in this account.

~~Christopher Lionel Entrekin – Brokerage Account~~

For the selected period, you have no realized gains or losses in this account.

~~[redacted]~~

For the selected period, you have no realized gains or losses in this account.

## Micayla Loegan Entrekin – Brokerage Account – 49846029

| Symbol / Name | Quantity | Total cost | Proceeds | Short term capital gain/loss | Long term capital gain/loss | Total capital gain/loss |
|---|---|---|---|---|---|---|
| STOCKS, OPTIONS, AND ETFS | | | | | | |
| MMATQ<br>META MATERIALS INC NEW | 87.0000 | $2,137.32 | $32.19 | — | ↓ -$2,105.13 | ↓ -$2,105.13 |

Hide lot details

| Date sold | Date acquired | Event | Cost basis method | Quantity | Total cost | Proceeds | Short term capital gain/loss | Long term capital gain/loss | Total capital gain/loss |
|---|---|---|---|---|---|---|---|---|---|
| 09/24/2024 | 04/11/2023 | Sell | First in, first out (FIFO) | 3.2993 | $134.48 | $1.22 | — | ↓ -$133.26 | ↓ -$133.26 |
| 09/24/2024 | 04/17/2023 | Sell | First in, first out (FIFO) | 26.3143 | $601.68 | $9.74 | — | ↓ -$591.94 | ↓ -$591.94 |
| 09/24/2024 | 05/23/2023 | Sell | First in, first out (FIFO) | 13.3583 | $368.32 | $4.94 | — | ↓ -$363.38 | ↓ -$363.38 |
| 09/24/2024 | 05/24/2023 | Sell | First in, first out (FIFO) | 6.2869 | $152.81 | $2.33 | — | ↓ -$150.48 | ↓ -$150.48 |
| 09/24/2024 | 05/30/2023 | Sell | First in, first out (FIFO) | 15.2695 | $379.50 | $5.65 | — | ↓ -$373.85 | ↓ -$373.85 |
| 09/24/2024 | 08/10/2023 | Sell | First in, first out (FIFO) | 21.7978 | $486.06 | $8.06 | — | ↓ -$478.00 | ↓ -$478.00 |
| 09/24/2024 | 08/22/2023 | Sell | First in, first out (FIFO) | 0.6739 | $14.47 | $0.25 | — | ↓ -$14.22 | ↓ -$14.22 |

~~[redacted]~~

*Handwritten annotations:* 87 shares    $2105.13 TOTAL LOSS