NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | | PROOF OF INTEREST |
|---|---|---|
| Name of Debtor: Meta Materials Inc | Case Number: 24-50792 | |

1. Name and address of holder of the Equity Interest (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

   OSCAR LEE
   6232 Falkirk Rd
   Baltimore, MD 21239

   Telephone Number: 443.282.8908

   ☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

   ☒ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

   ☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

   **COURT USE ONLY**

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

Account or other number by which Interest holder identifies Debtor:
5NS-32616-17 RR WEA

Check here if this claim:
☐ replaces a previously filed Proof of Interest dated: _____
☐ amends a previously filed Proof of Interest dated: _____

2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:
   Webull Financial LLC
   44 Wall Street, New York, NY 10005
   Telephone Number: 1-888-828-0618

3. Date Equity Interest was acquired:
   6/16/22   8/2/22   9/02/22  11/30/22  3/11/23  6/6/20
   6/24/22   8/23/22  9/22/22  12/22/22  3/8/23   6/27/23
   6/30/22   9/01/22  9/30/22  2/14/23   4/14/23

4. Total amount of member interest: 42

5. Certificate number(s): _____

6. Type of Equity Interest:
   Please indicate the type of Equity Interest you hold:
   ☒ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
   ☐ Check this box if your Equity Interest is based on anything else and describe that interest.
   Description: _____

7. Supporting Documents: Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
   DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. Date-Stamped Copy: To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

9. Signature:
   Check the appropriate box.
   ☒ I am the creditor.   ☐ I am the creditor's authorized agent.   ☐ I am the trustee, or the debtor,   ☐ I am a guarantor, surety, endorser, or other codebtor.
   (Attach copy of power of attorney, if any.)   or their authorized agent.   (See Bankruptcy Rule 3005.)
   (See Bankruptcy Rule 3004.)

   I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

   Print Name: OSCAR LEE
   Title: 
   Company: Address and telephone number (if different from notice address above):
   
   (Signature)   10/29/24 (Date)
   Telephone number: 443.282.8908  email: OLEE82@gmail.com

Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571

Print Form    Save Form    Clear Form

APEX CLEARING CORPORATION
350 NORTH ST. PAUL SUITE 1300
DALLAS, TX 75201

# Webull Financial LLC

44 Wall Street, New York, NY 10005
customerservice@webull.us

*September 1, 2024 - September 30, 2024*

PAGE 1 OF 9

ACCOUNT NUMBER   **5NS-32616-17  RR WEA**

**OSCAR LEE**

**Your Registered Representative**
WEBULL FINANCIAL LLC - HOUSE
(917) 725-2448

OSCAR LEE
6232 FALKIRK RD
BALTIMORE MD  21239-1901

## ACCOUNT SUMMARY

|  | OPENING BALANCE | CLOSING BALANCE |
|---|---|---|
| Margin account | $-57.38 | $-56.28 |
| NET ACCOUNT BALANCE | -57.38 | -56.28 |
| Securities | 1,374.80 | 1,293.46 |
| TOTAL PRICED PORTFOLIO | 1,374.80 | 1,293.46 |
| **Total Equity Holdings** | **$1,317.42** | **$1,237.18** |

## INCOME AND EXPENSE SUMMARY

|  | THIS PERIOD | YEAR TO DATE |
|---|---|---|
| Taxable dividends | $0.00 | $10.47 |
| Substitute payments | $0.00 | $6.72 |

## PORTFOLIO EQUITY ALLOCATION

Debit Balance 4.170%
Equities 95.830%

ACCOUNT CARRIED BY:
**APEX CLEARING CORPORATION**
MEMBER FINRA, NYSE and SIPC

**See Reverse Side for Important Tax Information.** This statement shall be conclusive if not objected to in writing within ten days. Errors and omissions excepted.  Please address all communications to the firm and not to individuals. Address changes or other material changes on your account should be directed to the office servicing your account.  Kindly mention your account number.  This statement should be retained for income tax purposes.

September 1, 2024 - September 30, 2024



# Webull Financial LLC

44 Wall Street, New York, NY 10005
customerservice@webull.us

PAGE **2** OF 9

ACCOUNT NUMBER    **5NS-32616-17 RR WEA**

**OSCAR LEE**

## ▶ PORTFOLIO SUMMARY

| DESCRIPTION | SYMBOL/ CUSIP | ACCOUNT TYPE | QUANTITY | PRICE | MARKET VALUE | LAST PERIOD'S MARKET VALUE | % CHANGE | EST. ANNUAL INCOME | % OF TOTAL PORTFOLIO |
|---|---|---|---|---|---|---|---|---|---|
| **EQUITIES / OPTIONS** | | | | | | | | | |
| PROSHARES.TR<br>PROSHARES ULTRAPRO SHORT QQQ<br>Estimated Yield = 10.21% | SQQQ | M | 53 | $7.39 | $391.67 | $434.60 | -10% | $40 | 29.018% |
| AMC ENTERTAINMENT HOLDINGS<br>INC CLASS A COMMON STOCK | AMC | O | 79 | 4.55 | 359.45 | 380.78 | -6 | | 26.631 |
| FINGERMOTION INC<br>COMMON STOCK | FNGR | O | 200 | 2.18 | 436.00 | 444.00 | -2 | | 32.303 |
| GENIUS GROUP LIMITED<br>ORDINARY SHARES | GNS | O | 100 | 0.908 | 90.80 | 96.52 | -6 | | 6.727 |
| META MATERIALS INC<br>COMMON STOCK | MMATQ | O | 42 | 0.37 | 15.54 | 18.90 | -18 | | 1.151 |
| PALISADE BIO IN<br>CVR CONTRA CUSIP | 696CVR018 | O | 100 | Not Available | | | | N/A | N/A |
| **Total Equities** | | | | | **$1,293.46** | | | **$40** | **95.830%** |
| **Total Cash (Net Portfolio Balance)** | | | | | **$-56.28** | | | | **4.170%** |
| **TOTAL PRICED PORTFOLIO** | | | | | **$1,237.18** | | | **$40** | |