NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | PROOF OF INTEREST |
|---|---|

**Name of Debtor:**
Meta Materials Inc

**Case Number:**
24-50792

1. **Name and address of holder of the Equity Interest** (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

Oscar Lee
6232 Falkirk Rd
Baltimore, MD 21239

**Telephone Number:**
443.282.8908

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

☑ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

**COURT USE ONLY**

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

**Account or other number by which Interest holder identifies Debtor:**
520-715298-210

Check here if this claim:
☐ replaces a previously filed Proof of Interest dated: _____
☐ amends a previously filed Proof of Interest dated: _____

2. **Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:**
E-Trade    Jersey City, NJ
P.O Box 484    07303-0484
**Telephone Number:** 800-387-2331

3. **Date Equity Interest was acquired:**
8/31/22        03/09/24
2/04/22        03/19/21
2/03/22        06/21/21

4. **Total amount of member interest:** 11

5. **Certificate number(s):** _____

6. **Type of Equity Interest:**
Please indicate the type of Equity Interest you hold:
☑ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
☐ Check this box if your Equity Interest is based on anything else and describe that interest:
**Description:** _____

7. **Supporting Documents:** Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. **Date-Stamped Copy:** To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

9. **Signature:**
Check the appropriate box.
☑ I am the creditor.   ☐ I am the creditor's authorized agent. (Attach copy of power of attorney, if any.)   ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)   ☐ I am a guarantor, surety, endorser, or other codebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

**Print Name:** Oscar Lee
**Title:**
**Company:** ___Address and telephone number (if different from notice address above):

(Signature)        (Date) 10/29/24

**Telephone number:** 443.282.8908   **email:** OLEE82@Gmail.com

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

| Print Form | Save Form | Clear Form |

# E✳TRADE®
### from Morgan Stanley

**CLIENT STATEMENT** | For the Period July 1- September 30, 2024

**STATEMENT FOR:**
OSCAR LEE

| | |
|---|---|
| **Beginning Total Value** (as of 7/1/24) | **$113.80** |
| **Ending Total Value** (as of 9/30/24) | **$35.17** |
| *Includes Accrued Interest* | |

**Access Your Account Online At**
www.etrade.com or call 800-387-2331

*Morgan Stanley Smith Barney LLC. Member SIPC.*
*E*TRADE is a business of Morgan Stanley.*

#BWNJGWM

OSCAR LEE
6232 Falkirk Rd
Baltimore MD 21239

*INVESTMENTS AND INSURANCE PRODUCTS: NOT FDIC INSURED • NOT A BANK DEPOSIT •*
*NOT INSURED BY ANY FEDERAL GOVERNMENT AGENCY • NOT BANK GUARANTEED •*
*MAY LOSE VALUE • UNLESS SPECIFICALLY NOTED, ALL VALUES ARE DISPLAYED IN USD*

520 - 715298 - 210 - 4 - 1

**E✱TRADE**
from Morgan Stanley

**CLIENT STATEMENT** | For the Period July 1- September 30, 2024

Page 6 of 10

**Account Detail**          Self-Directed Brokerage Account   OSCAR LEE
520-715298-210

## STOCKS

### COMMON STOCKS

*Morgan Stanley & Co. LLC (Morgan Stanley) and Morningstar, Inc.'s equity research ratings are shown for certain securities. These ratings represent the opinions of the research provider and are not representations or guarantees of performance. The applicable research report contains more information regarding the analyst's opinions, analysis, and rating, and you should read the entire research report and not infer its contents. For ease of comparison, Morgan Stanley and Morningstar, Inc.'s equity research ratings have been normalized to a 1 (Buy), 2 (Hold), and 3 (Sell). Refer to your June or December statement for a summary guide describing the ratings. We do not take responsibility for, nor guarantee the accuracy, completeness, or timeliness of research prepared for Morningstar, Inc.*

| Security Description | | Quantity | Share Price | Total Cost | Market Value | Unrealized Gain/(Loss) | Est Ann Income | Current Yield % |
|---|---|---|---|---|---|---|---|---|
| **ADAPTIVE MEDIAS INC** | | 34.000 | N/A | $299.99 | N/A | N/A | — | — |
| *34 Held On Margin; Asset Class: Equities* | | | | | | | | |
| **AMC ENTRTANMNT HLDGS INC CL A (AMC)** | | 3.000 | 4.550 | 600.05 | 13.65 | (586.40) | — | — |
| *3 Held On Margin; Asset Class: Equities* | | | | | | | | |
| **FM4 NXTBRG HYDROCARBONS CONTRA** | | 1,012.000 | N/A | 1,122.34 | N/A | N/A | — | — |
| *1012 Held On Margin; Asset Class: Equities* | | | | | | | | |
| **GLOBAL TECH INDS GROUP INC COM (GTII)** | | 580.000 | 0.028 | 760.38 | 15.95 | (744.42) | — | — |
| *580 Held On Margin; Asset Class: Equities* | | | | | | | | |
| **GLOBAL TECH INDS GROUP INC RST** | | 52.000 | 0.028 | 0.00 | 1.43 | 1.44 | — | — |
| *52 Held On Margin; Asset Class: Equities* | | | | | | | | |
| **MASTERCARD INC CL A (MA)** | Purchases | — | 493.800 | — | — | — | — | — |
| | Reinvestments | 0.001 | | 0.01 | 0.49 | 0.48 | | |
| | Total | 0.001 | | 0.01 | 0.49 | 0.48 | — | — |
| *Rating: Morgan Stanley: 1, Morningstar: 2; Next Dividend Payable 11/2024; 0.001 Held On Margin; Asset Class: Equities* | | | | | | | | |
| **META MATERIALS INC NEW (MMATQ)** | | 11.000 | 0.370 | 6,028.93 | 4.07 | (6,024.86) | — | — |
| *11 Held On Margin; Asset Class: Equities* | | | | | | | | |
| **MYGO GAMES HLDG CO COM** | | 25.000 | N/A | 160.99 | N/A | N/A | — | — |
| *25 Held On Margin; Asset Class: Equities* | | | | | | | | |

| | Percentage of Holdings | | | Total Cost | Market Value | Unrealized Gain/(Loss) | Est Ann Income | Current Yield % |
|---|---|---|---|---|---|---|---|---|
| **STOCKS** | 101.19% | | | $8,972.69 | $35.59 | $(7,353.76) | — | — |