NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | | **PROOF OF INTEREST** |
|---|---|---|
| Name of Debtor: Meta Materials Inc | Case Number: 24-50792 | |

1. Name and address of holder of the Equity Interest (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

   Pamela Haigh
   18961 McGrath Cir
   Port Charlotte FL
   33948

   ☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

   ☑ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

   ☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

   Telephone Number: 507 990 8798

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

COURT USE ONLY

(all shares)  (10 shares)
2 accts →

Account or other number by which Interest holder identifies Debtor: 242-034053 / 242-034054

Check here if this claim:
☐ replaces a previously filed Proof of Interest dated: _____
☐ amends a previously filed Proof of Interest dated: _____

2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:
   Fidelity Investments
   P.O. Box 770001
   Cincinnati OHIO 45277-0003
   Telephone Number: 1800 544 5372

3. Date Equity Interest was acquired:
   Multiple

4. Total amount of member interest: 221 total for both accts

5. Certificate number(s): _____

6. Type of Equity Interest:
   Please indicate the type of Equity Interest you hold:
   ☑ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
   ☐ Check this box if your Equity Interest is based on anything else and describe that interest:
   Description: _____

7. Supporting Documents: Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
   DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. Date-Stamped Copy: To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

9. Signature:
   Check the appropriate box.
   ☑ I am the creditor.   ☐ I am the creditor's authorized agent.   ☐ I am the trustee, or the debtor,   ☐ I am a guarantor, surety, endorser, or other codebtor.
   (Attach copy of power of attorney, if any.)   or their authorized agent.   (See Bankruptcy Rule 3005.)
   (See Bankruptcy Rule 3004.)

   I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

   Print Name: Pam Haigh
   Title:
   Company:___ Address and telephone number (if different from notice address above):

   (Signature)   10-28-24   (Date)

   Telephone number: 5079908798   email: pamela.haigh@outlook.com

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*



INVESTMENT REPORT
September 1, 2024 - September 30, 2024

Envelope # BQTRFZBBBGKMZ

PAMELA HAIGH
9490 20TH ST SE
EYOTA MN 55934-2821

**Your Portfolio Value:** $269,728.48

Portfolio Change from Last Period: ▲ $3,169.92

|  | This Period | Year-to-Date |
|---|---|---|
| **Beginning Portfolio Value** | $266,558.56 | $243,024.27 |
| Subtractions | - | -5.68 |
| *Transaction Costs, Fees & Charges* | - | -5.68 |
| Change in Investment Value * | 3,169.92 | 26,709.89 |
| **Ending Portfolio Value ** | $269,728.48 | $269,728.48 |
| Accrued Interest (AI) | - | |
| Ending Portfolio Value incl. AI | $269,728.48 | |

\*   *Reflects appreciation or depreciation of your holdings due to price changes, transactions from Other Activity In or Out and Multi-currency transactions, plus any distribution and income earned during the statement period.*
\*\*  *Excludes unpriced securities.*

### Contact Information

| | |
|---|---|
| Online | Fidelity.com |
| FAST®-Automated Telephone | (800) 544-5555 |
| Customer Service | (800) 544-6666 |

Brokerage services provided by Fidelity Brokerage Services LLC (FBS), Member NYSE, SIPC (800) 544-6666. Brokerage accounts carried by National Financial Services LLC (NFS), Member NYSE, SIPC.

M05027076020240930

MR_CE_BQTRFZBBBGKMZ_BBBBB 20240930



INVESTMENT REPORT
**September 1, 2024 - September 30, 2024**

## Portfolio Summary

### Accounts Included in This Report

| Page | Account Type/Name | Account Number | Beginning Value | Ending Value |
|---|---|---|---|---|
| | **PERSONAL RETIREMENT** | | | |
| 4 | FIDELITY ROLLOVER IRA PAMELA HAIGH - ROLLOVER IRA - FIDELITY MANAGEMENT TRUST CO - CUSTODIAN | 242-034053 | $266,318.32 | $269,483.01 |
| 10 | FIDELITY ROTH IRA PAMELA HAIGH - ROTH INDIVIDUAL RETIREMENT ACCOUNT - FMTC CUSTODIAN | 242-034054 | 240.24 | 245.47 |
| | **Ending Portfolio Value** | | **$266,558.56** | **$269,728.48** |

# Positions

# All accounts

| Overview | Dividend View | Fund Performance | Closed Positions | | As of Oct-24-2024 9:08 a.m. ET |

Realized Gain/Loss Summary — 2024

| Account/Symbol | Cost | Proceeds | Short-Term Gain/Loss | Long-Term Gain/Loss | Total Gain/Loss |
|---|---|---|---|---|---|
| **Rollover** 242034053 | | | -- | -$68,492.21 | -$68,492.21 |
| **AFRM** AFFIRM HLDGS INC COMC... | $2,076.75 | $2,096.86 | -- | +$20.11 | +$20.11 |
| **BBIG** VINCO VENTURES INC COM | $4,652.39 | $0.04 | -- | -$4,652.35 | -$4,652.35 |
| **CHPT** CHARGEPOINT HOLDINGS... | $235.00 | $78.40 | -- | -$156.60 | -$156.60 |
| **DKNG** DRAFTKINGS INC NEW CO... | $3,867.55 | $5,049.53 | -- | +$1,181.98 | +$1,181.98 |
| **DVN** DEVON ENERGY CORP NEW | $7,095.38 | $7,564.19 | -- | +$468.81 | +$468.81 |
| **ENVX** ENOVIX CORPORATION C... | $1,024.11 | $990.34 | -- | -$33.77 | -$33.77 |
| **GME** GAMESTOP CORPORATIO... | $10,955.29 | $9,159.56 | -- | -$1,795.73 | -$1,795.73 |
| **INDI** INDIE SEMICONDUCTOR I... | $773.61 | $762.99 | -- | -$10.62 | -$10.62 |
| **JEPI** J P MORGAN EXCHANGE ... | $28,925.94 | $28,413.64 | -- | -$512.30 | -$512.30 |
| **JEPQ** J P MORGAN EXCHANGE ... | $6,352.84 | $6,569.12 | -- | +$216.28 | +$216.28 |
| **JPST** J P MORGAN EXCHANGE ... | $45,017.77 | $44,999.84 | -- | -$17.93 | -$17.93 |
| **MMATQ** METAMATERIALS INC CO... | $64,271.46 | $251.09 | -- | -$64,020.37 | -$64,020.37 |

| Account/Symbol | Cost | Proceeds | Short-Term Gain/Loss | Long-Term Gain/Loss | Total Gain/Loss |
|---|---|---|---|---|---|

**META MATERIALS INC COM NEW ISIN #US59134N3026 SEDOL #BQ67J98**

| Acquired | Date Sold | Quantity | Cost Basis | Cost Basis Per Share | Proceeds | Proceeds Per Share | Short-Term Gain/Loss | Long-Term Gain/Loss |
|---|---|---|---|---|---|---|---|---|
| Jun-28-2021 | Aug-09-2024 | 3.007 | $2,835.00 | $942.80 | $3.58 | $1.19 | -- | -$2,831.42 |
| Jun-28-2021 | Aug-09-2024 | 2.004 | $1,600.00 | $798.40 | $2.38 | $1.19 | -- | -$1,597.62 |
| Jun-28-2021 | Aug-09-2024 | 0.501 | $394.43 | $787.29 | $0.60 | $1.20 | -- | -$393.83 |
| Jun-28-2021 | Aug-09-2024 | 0.25 | $196.75 | $787.00 | $0.30 | $1.20 | -- | -$196.45 |
| Jun-28-2021 | Aug-09-2024 | 0.501 | $392.50 | $783.43 | $0.60 | $1.20 | -- | -$391.90 |
| Jun-25-2021 | Aug-09-2024 | 1.504 | $1,482.00 | $985.37 | $1.79 | $1.19 | -- | -$1,480.21 |
| Jun-25-2021 | Aug-09-2024 | 1.003 | $968.00 | $965.10 | $1.19 | $1.19 | -- | -$966.81 |
| Jun-25-2021 | Aug-09-2024 | 0.752 | $705.00 | $937.50 | $0.89 | $1.18 | -- | -$704.11 |
| Jun-25-2021 | Aug-09-2024 | 1.504 | $1,395.00 | $927.53 | $1.79 | $1.19 | -- | -$1,393.21 |
| Jun-25-2021 | Aug-09-2024 | 0.501 | $494.00 | $986.03 | $0.60 | $1.20 | -- | -$493.40 |

Show All  ⟨ [1] [2] [3] ... [12] ⟩

| Account/Symbol | Cost | Proceeds | Short-Term Gain/Loss | Long-Term Gain/Loss | Total Gain/Loss |
|---|---|---|---|---|---|
| **PYPL** PAYPAL HLDGS INC COM | $6,112.36 | $6,164.15 | -- | +$51.79 | +$51.79 |
| **RKLB** ROCKET LAB USA INC COM | $395.90 | $349.60 | -- | -$46.30 | -$46.30 |
| **RVYL** RYVYL INC COM PAR $0.001 | $4,340.78 | $49.47 | -- | -$4,291.31 | -$4,291.31 |
| **SNAP** SNAP INC CL A | $74.86 | $77.70 | -- | +$2.84 | +$2.84 |
| **SOFI** SOFI TECHNOLOGIES INC ... | $2,016.59 | $2,090.42 | -- | +$73.83 | +$73.83 |
| **SPYI** NEOS ETF TRUST NEOS S... | $149,931.82 | $152,313.27 | -- | +$2,381.45 | +$2,381.45 |
| **TCOM** TRIP COM GROUP LTD SP... | $707.19 | $750.37 | -- | +$43.18 | +$43.18 |
| **XOM** EXXON MOBIL CORP COM | $11,376.15 | $13,980.95 | -- | +$2,604.80 | +$2,604.80 |
| **Account Total** | $350,203.74 | $281,711.53 | -- | -$68,492.21 | -$68,492.21 |
| ROTH IR   242034054 | | | -- | -$7,285.04 | -$7,285.04 |
| **JEPQ** J P MORGAN EXCHANGE ... | $226.91 | $240.53 | -- | +$13.62 | +$13.62 |
| **JPST** J P MORGAN EXCHANGE ... | $202.12 | $202.16 | -- | +$0.04 | +$0.04 |

| Account/Symbol | Cost | Proceeds | Short-Term Gain/Loss | Long-Term Gain/Loss | Total Gain/Loss |
|---|---:|---:|---:|---:|---:|
| **SPYI**<br>NEOS ETF TRUST NEOS S... | $149,931.82 | $152,313.27 | -- | +$2,381.45 | +$2,381.45 |
| **TCOM**<br>TRIP COM GROUP LTD SP... | $707.19 | $750.37 | -- | +$43.18 | +$43.18 |
| **XOM**<br>EXXON MOBIL CORP COM | $11,376.15 | $13,980.95 | -- | +$2,604.80 | +$2,604.80 |
| **Account Total** | $350,203.74 | $281,711.53 | -- | -$68,492.21 | -$68,492.21 |
| ROTH IR 242034054 | | | -- | -$7,285.04 | -$7,285.04 |
| **JEPQ**<br>J P MORGAN EXCHANGE ... | $226.91 | $240.53 | -- | +$13.62 | +$13.62 |
| **JPST**<br>J P MORGAN EXCHANGE ... | $202.12 | $202.16 | -- | +$0.04 | +$0.04 |
| **MMATQ**<br>META MATERIALS INC CO... | $7,310.30 | $11.60 | -- | -$7,298.70 | -$7,298.70 |

META MATERIALS INC COM NEW ISIN #US59134N3026 SEDOL #BQ67J98

| Acquired | Date Sold | Quantity | Cost Basis | Cost Basis Per Share | Proceeds | Proceeds Per Share | Short-Term Gain/Loss | Long-Term Gain/Loss |
|---|---|---:|---:|---:|---:|---:|---:|---:|
| Jul-02-2021 | Aug-09-2024 | 0.504 | $354.37 | $703.12 | $0.58 | $1.15 | -- | -$353.79 |
| Jul-02-2021 | Aug-09-2024 | 0.252 | $177.00 | $702.38 | $0.29 | $1.15 | -- | -$176.71 |
| Jul-01-2021 | Aug-09-2024 | 0.504 | $359.00 | $712.30 | $0.58 | $1.15 | -- | -$358.42 |
| Jun-29-2021 | Aug-09-2024 | 0.636 | $494.55 | $777.59 | $0.74 | $1.16 | -- | -$493.81 |
| Jun-29-2021 | Aug-09-2024 | 2.017 | $1,562.00 | $774.42 | $2.34 | $1.16 | -- | -$1,559.66 |
| Jun-29-2021 | Aug-09-2024 | 1.008 | $776.00 | $769.84 | $1.17 | $1.16 | -- | -$774.83 |
| Jun-29-2021 | Aug-09-2024 | 1.008 | $765.00 | $758.93 | $1.17 | $1.16 | -- | -$763.83 |
| Jun-29-2021 | Aug-09-2024 | 0.504 | $380.00 | $753.97 | $0.58 | $1.15 | -- | -$379.42 |
| Jun-29-2021 | Aug-09-2024 | 0.504 | $374.00 | $742.06 | $0.58 | $1.15 | -- | -$373.42 |
| Jun-29-2021 | Aug-09-2024 | 0.504 | $362.50 | $719.25 | $0.58 | $1.15 | -- | -$361.92 |

Show All   ‹ [1] [2] ›

| **Account Total** | $7,739.33 | $454.29 | -- | -$7,285.04 | -$7,285.04 |
|---|---:|---:|---:|---:|---:|
| GROUP HEA 71334 | | | n/a | n/a | n/a |
| MAYO 403(B) 72858 | | | n/a | n/a | n/a |

# Activity & Orders

# All accounts

| 🔍 mmatq ❌ | | As of Oct-24-2024 9:55 AM ET 🔄  🖨 ⬇ |
|---|---|---|
| Year to date  Orders  History  Transfers  ⇌ More filters | | |

⚠ Due to high traffic, in progress transfers and deposits may not be displayed. Check for transfers

∨ **Year to date**

*Handwritten note: "Reverse split took My Amount Invested down heavily"*

| Date | Account | Description | Amount |
|---|---|---|---|
| ∨ Aug-09-2024 | ROTH IRA ***4054 | YOU SOLD META MATERIALS INC COM NEW ISIN #US5... (MMATQ) (Cash) | +$11.60 |

| Date | Aug-09-2024 |
|---|---|
| Symbol | MMATQ |
| Symbol description | META MATERIALS INC COM NEW ISIN #US59134N3026 SEDOL #BQ67J98 |
| Type | Cash |
| Shares | -10.000 |
| Price | $1.16 |
| Amount | $11.60 |
| Settlement date | Aug-12-2024 |

| ∨ Aug-09-2024 | Rollover IRA ***4053 | YOU SOLD META MATERIALS INC COM NEW ISIN #US5... (MMATQ) (Cash) | +$251.09 |
|---|---|---|---|

| Date | Aug-09-2024 |
|---|---|
| Symbol | MMATQ |
| Symbol description | META MATERIALS INC COM NEW ISIN #US59134N3026 SEDOL #BQ67J98 |
| Type | Cash |
| Shares | -211.000 |
| Price | $1.19 |
| Amount | $251.09 |
| Settlement date | Aug-12-2024 |

| ∨ Feb-08-2024 | Rollover IRA ***4053 | REVERSE SPLIT REV PAYOUT 59134N104 ROUNDUP PAYOUT #REORRM0051559130001 META MATERIALS INC COM NEW ISIN #US5... (MMATQ) (Cash) | +$2.82 |
|---|---|---|---|

| Date | Feb-08-2024 |
|---|---|
| Symbol | MMATQ |
| Symbol description | META MATERIALS INC COM NEW ISIN #US59134N3026 SEDOL #BQ67J98 |
| Type | Shares |
| Shares | +1.000 |