NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | | **PROOF OF INTEREST** |
|---|---|---|
| Name of Debtor: MetaMaterials Inc | Case Number: 24-50792 | |

1. Name and address of holder of the Equity Interest (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"): Pamela J Haigh TOD Pamela J Haigh Rev Trust 18961 McGrath Cir Port Charlotte, FL 33948

Telephone Number: 507-990-8798

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

☑ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

**COURT USE ONLY**

Account or other number by which Interest holder identifies Debtor: 6950-2240

Check here if this claim:
☐ replaces a previously filed Proof of Interest dated: _____
☐ amends a previously filed Proof of Interest dated: _____

2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest: Wells Fargo Advisors One North Jefferson Ave St. Louis MO 63103

Telephone Number: 1 800 869 3557

3. Date Equity Interest was acquired: Multiple

4. Total amount of member interest: 345

5. Certificate number(s): _____

6. Type of Equity Interest:
Please indicate the type of Equity Interest you hold:
☑ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
☐ Check this box if your Equity Interest is based on anything else and describe that interest.
Description: _____

7. Supporting Documents: Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. Date-Stamped Copy: To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

9. Signature:
Check the appropriate box.
☑ I am the creditor.  ☐ I am the creditor's authorized agent. (Attach copy of power of attorney, if any.)  ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)  ☐ I am a guarantor, surety, endorser, or other codebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: Pamela Haigh
Title: _____
Company: Address and telephone number (if different from notice address above): _____

(Signature) Pamela Haigh   (Date) 10-28-24

Telephone number: 5079908798   email: pamela.haigh@outlook.com

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*



**Wells Fargo Advisors**

**Electronic Delivery**

PAMELA J HAIGH
TOD PAMELA J HAIGH REV TRST
9490 20TH ST SE
EYOTA    MN  55934-2821

**SNAPSHOT**
**Current period ending September 30, 2024**

ACCOUNT NAME:    PAMELA J HAIGH
                 TOD PAMELA J HAIGH REV TRST

ACCOUNT NUMBER:    6950-2240

Your Investment Professional:
WELLSTRADE                    MAC H0004-014
1-800-TRADERS                 PO BOX 66535
Phone: 800-872-3377           ST LOUIS, MO 63166-9954

If you have more than one account with us, why not link them and receive summary information for your entire household? Contact Your Investment Professional for more details.

**Message from Our Firm**
THE UNAUDITED STATEMENT OF FINANCIAL CONDITION AS OF JUNE 30, 2024, FOR WELLS FARGO CLEARING SERVICES LLC IS AVAILABLE AT WELLSFARGOCLEARINGSERVICESLLC.COM. IF YOU WOULD LIKE A PAPER COPY, AT NO COST, PLEASE CALL 1-866-281-7436.

**News**
SHOULD YOU NEED ADDITIONAL DETAILS ABOUT A SPECIFIC TRANSACTION REFLECTED ON YOUR STATEMENT, THE INFORMATION IS AVAILABLE ONLINE OR BY CONTACTING THE CLIENT SERVICE NUMBER ON YOUR STATEMENT.

**Investment and Insurance Products are:**
- **Not Insured by the FDIC or Any Federal Government Agency**
- **Not a Deposit or Other Obligation of, or Guaranteed by, the Bank or Any Bank Affiliate**
- **Subject to Investment Risks, Including Possible Loss of the Principal Amount Invested**

Wells Fargo Advisors is a trade name used by Wells Fargo Clearing Services, LLC, a registered broker-dealer and non-bank affiliate of Wells Fargo & Company.

# WELLS FARGO ADVISORS

**WELLSTRADE**
*2240*

Total Value
**$223,557**

Today's Change
**+$121 (+0.06%)**

Priced as of 11:39 ET on 10/24/2024  ⟳ Refresh

For [ This Year ▼ ]  [ GO ]

## Stocks

| Symbol/Description ▲ | Close Date/Term | Adjusted Cost Basis | Net Proceeds | Net Gain/Loss |
|---|---|---|---|---|
| JEPI<br>JPMORGAN EQUITY ETF | Multiple(12) | $12,668.08 | $12,463.84 | -$204.24 |
| MMATQ<br>META MATLS INC NEW | Multiple(47) | $109,185.32w | $403.52 | -$108,781.80 |
| NVDA<br>NVIDIA CORP | 10/23/2024<br>Short | $522.68 | $551.58 | +$28.90 |
| NVDY<br>TIDAL TR II YIELDMAX ETF | 10/23/2024<br>Short | $145.74 | $153.90 | +$8.16 |
| SPYI<br>SHP ETF | Multiple(29) | $151,999.59 | $153,264.14 | +$1,264.55 |
| **Stocks Total** | | **$274,521.41** | **$166,836.98** | **-$107,684.43** |

## Mutual Funds

| Symbol/Description ▲ | Close Date/Term | Adjusted Cost Basis | Net Proceeds | Net Gain/Loss |
|---|---|---|---|---|
| PCOXX<br>FEDERATED HERMES WS | Multiple(39) | $584,156.83 | $584,156.83 | $0.00 |
| **Mutual Funds Total** | | **$584,156.83** | **$584,156.83** | **$0.00** |

## Portfolio Grand Total

| | Adjusted Cost Basis | Net Proceeds | Net Gain/Loss |
|---|---|---|---|
| | $858,678.24 | $750,993.81 | -$107,684.43 |

Realized Gain/Loss Disclosures and Definitions

| MMATQ METAMATLS INC NEW | 345 | Multiple(47) | Multiple(47) | $8.37 | $109,176.95 | $109,185.32 | $403.52 | -$108,781.80 |

Acct # 2240