NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | | **PROOF OF INTEREST** |
|---|---|---|
| Name of Debtor: Meta Materials Inc. | Case Number: 24-50792 | |

1. Name and address of holder of the Equity Interest (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

   Pamela Jean Haigh
   TTEE The Pamela Jean Haigh Revocable
   18961 McGrath Cir
   Port Charlotte FL 33948

   Telephone Number: 507 990 8798

   ☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

   ☒ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

   ☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

   COURT USE ONLY

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security of any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

Account or other number by which Interest holder identifies Debtor: 2546-9736

Check here if this claim:
☐ replaces a previously filed Proof of Interest dated: _____
☐ amends a previously filed Proof of Interest dated: _____

2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:
   Schwab Omaha Operations Center
   200 S. 108th Ave
   Omaha, NE 68154
   Telephone Number: 1800 435 4000

3. Date Equity Interest was acquired: Multiple

4. Total amount of member interest: 741

5. Certificate number(s): _____

6. Type of Equity Interest:
   Please indicate the type of Equity Interest you hold:
   ☒ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
   ☐ Check this box if your Equity Interest is based on anything else and describe that interest.
   Description: _____

7. Supporting Documents: Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
   DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. Date-Stamped Copy: To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

9. Signature:
   Check the appropriate box.
   ☒ I am the creditor.   ☐ I am the creditor's authorized agent. (Attach copy of power of attorney, if any.)   ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)   ☐ I am a guarantor, surety, endorser, or other codebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: Pam Haigh
Title:
Company: Address and telephone number (if different from notice address above): _____

(Signature) Pam Haigh
(Date) 10-28-24

Telephone number: _____   email: pamela.haigh@outlook.com

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*



Schwab One® Trust Account of

PAMELA JEAN HAIGH TTEE
THE PAMELA J HAIGH REVOCABLE L
U/A DTD 12/16/2009

Account Number   *2546-9736*

Statement Period
September 1-30, 2024

## Account Summary

Ending Account Value as of 09/30
**$143,534.96**

Beginning Account Value as of 09/01
**$139,088.64**

|  | This Statement | YTD |
|---|---:|---:|
| Beginning Value | $139,088.64 | $5,288.34 |
| Deposits | 2,010.00 | 138,085.00 |
| Withdrawals | 0.00 | 0.00 |
| Dividends and Interest | 1,080.66 | 3,651.16 |
| Transfer of Securities | 0.00 | 0.00 |
| Market Appreciation/(Depreciation) | 1,355.66 | (3,489.54) |
| Expenses | 0.00 | 0.00 |
| Ending Value ᵂ | $143,534.96 | $143,534.96 |

Account Ending Value reflects the market value of your cash and investments. It does not include pending transactions, unpriced securities or assets held outside Schwab's custody.

### Manage Your Account

**Customer Service and Trading:**
Call your Schwab Representative
1-800-435-4000
24/7 Customer Service

For the most current records on your account visit schwab.com/login. Statements are archived up to 10 years online.

**Commitment to Transparency**

Client Relationship Summaries and Best Interest disclosures are at schwab.com/transparency.
Charles Schwab & Co., Inc. Member SIPC.

**Online Assistance**

Visit us online at schwab.com

Visit schwab.com/stmt to explore the features and benefits of this statement.

PAMELA JEAN HAIGH TTEE
THE PAMELA J HAIGH REVOCABLE L
U/A DTD 12/16/2009
9490 20TH ST SE
EYOTA MN 55934-2821

# Realized Gain / Loss

Updated: 10:50:43 AM ET, 10/24/2024

**Living Trust** ...736

### ew Positions
For today's transactions, real time realized gain/loss information may be delayed.

Cost Basis Calculator

**Date range**

Year to Date

**Symbol (Optional)**

🔍 mmAT ⊗

[ Search ]

| Gain/Loss Summary | Transaction Analyzer |

**Reporting Period**
01/01/2024 to 10/24/2024

Total Proceeds: $877.95
Total Cost Basis: $246,389.21

**Gain/Loss**
Long Term: -$245,511.26 (-99.64%)
Short Term: $0.00 (N/A)
Net Loss: -$245,511.26 (-99.64%)

**Totals**
Total Gains: $0.00
Total Losses: -$245,511.26
Net Loss: -$245,511.26

**Gain/Loss Ratio: 0.00%**

## Realized Gain/Loss Details

Chart based on 1 record.                                                                 Show Chart 🔘

(chart showing values between -98.75% and -100.25% from Aug 8 to Aug 10, with a single data point near Aug 9)

Realized Gain/Loss  [ $ ] %

| Symbol / Description | Closed Date | Quantity | Closing Price | Proceeds | Cost Basis (CB) / Transaction CB | Total / Transaction Total $ | Long Term / Transaction LT $ | Short Term / Transaction ST $ |
|---|---|---|---|---|---|---|---|---|
| MMAT / META MATLS INC | 08/09/2024 |  | $1.18 | $877.95 | $246,389.21 / *$237,438.25* | -$245,511.26 / *-$236,560.30* | -$245,511.26 / *-$236,560.30* | |
| **Account Total** | | | | **$877.95** | **$246,389.21** | **-$245,511.26** | **-$245,511.26** | **$0.00** |

## Disclosures & Footnotes

The Realized Gain-Loss Analysis should not be considered a substitute for your trade confirmations, account statements or tax forms. Supplemental data is shown for informational purposes only, and should not be considered individualized recommendations or personalized investment advice.

Values for fixed income securities have been adjusted for amortization/accretion; with the exception of variable rate and mortgage-backed securities or for accounts with this preference turned off.

Total Cash represents income and expenses as they occur; it may be inconsistent with values shown elsewhere on Schwab.com and on your monthly account statement.

The Realized Gain/Loss page provides summary information of closed transactions. Not all closed transactions appear on this page.

Please view the Cost Basis Disclosure Statement for additional information on cost basis methods choices and how Schwab reports adjusted cost basis information to the IRS.

Please note that gains and losses realized in retirement accounts are not recognized for tax purposes. Rather, income may be recognized when you receive a cash distribution from these accounts. Please contact your tax advisor for further information.

The total Realized Gain/Loss for this account includes values for Short Positions held in the account. For more information on summary totals when there are Short Positions, please see the Help Section.