NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | **PROOF OF INTEREST** |

| Name of Debtor: | Case Number: |
| META MATERIALS INC. | 24-50792-HIB |

1. **Name and address of holder of the Equity Interest** (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

DANIEL A. GOLUBEK
82 WOOD RD
WESTFIELD, MA 01085

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

☐ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

Telephone Number:
(413) 454 2894

U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

NOV 07 2024

RECEIVED AND FILED

**COURT USE ONLY**

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

| Account or other number by which Interest holder identifies Debtor: | Check here if this claim: |
| 15146445 2 | ☐ replaces a previously filed Proof of Interest dated: _____ <br> ☐ amends a previously filed Proof of Interest dated: _____ |

2. **Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:**

E TRADE
ARLINGTON, VA
Telephone Number:
-1 800 5039260-

3. **Date Equity Interest was acquired:**

SEE ATTACHED DOCUMENTS

4. Total amount of member interest: 26,650

5. Certificate number(s): _____

6. **Type of Equity Interest:**
Please indicate the type of Equity Interest you hold:
☐ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
☒ Check this box if your Equity Interest is based on anything else and describe that interest:
Description: _____

TOTAL LOSS AMOUNT IS
- $62,890

7. **Supporting Documents:** Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. **Date-Stamped Copy:** To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

9. **Signature:**
Check the appropriate box.
☒ I am the creditor. ☐ I am the creditor's authorized agent. (Attach copy of power of attorney, if any.) ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.) ☐ I am a guarantor, surety, endorser, or other codebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: DANIEL A. GOLUBEK
Title:
Company: Address and telephone number (if different from notice address above): _____

(Signature) Daniel A. Golubek   (Date) 10/3/2024

Telephone number: (413) 454 2894    email: golubekdan@gmail.com

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

MORGAN STANLEY DOMESTIC HOLDINGS, INC.
E*TRADE SECURITIES LLC
PO BOX 484
JERSEY CITY, NJ 07303-0484

| | |
|---|---|
| Account No: | 35781230 |
| Account Name: | DANIEL A GOLUBEK |
| Recipient's TIN: | ***-**-7070 |
| Account Executive No: | ET1 |
| CORRECTED: | 03/10/2022 |

## 2021 FORM 1099-B: PROCEEDS FROM BROKER AND BARTER EXCHANGE TRANSACTIONS, CONTINUED          OMB NO. 1545-0715

### Covered Short-Term Gains or Losses on Gross Proceeds
Report on **Form 8949, Part I** with **Box A** checked

**Box 6:** Gross Proceeds          **Box 5:** Box Not Checked (Covered Security)          **Box 12:** Basis Reported to the IRS          **Box 2:** Type of Gain or Loss –Short-Term

The 1099-B data referenced by a Box Number is reported to the IRS. The additional information not referenced by a Box Number is not reported to the IRS, but may be helpful to complete your return.

| Description of property CUSIP (Box 1a) | | Quantity Sold | Date Acquired (Box 1b) | Date Sold or Disposed (Box 1c) | Proceeds (Box 1d) | Cost or Other Basis (Box 1e) | Accrued Market Discount (Box 1f) | Wash Sale Loss Disallowed (Box 1g) | Gain/Loss Amount | Additional Information |
|---|---|---|---|---|---|---|---|---|---|---|
| META MATLS INC COMMON STOCK CUSIP: 59134N104 | | 200.00000 | 08/30/2021 | 09/29/2021 | $1,260.89 | $865.00 | $0.00 | $0.00 | $395.89 | |
| | | 500.00000 | 08/31/2021 | 09/02/2021 | $2,644.93 | $2,087.80 | $0.00 | $0.00 | $557.13 | |
| | | 500.00000 | 09/03/2021 | 09/10/2021 | $2,778.38 | $2,598.75 | $0.00 | $0.00 | $179.63 | |
| | | 500.00000 | 09/07/2021 | 09/10/2021 | $2,778.37 | $2,577.75 | $0.00 | $0.00 | $200.62 | |
| | | 1,000.00000 | 09/10/2021 | 09/27/2021 | $5,699.85 | $5,384.80 | $0.00 | $0.00 | $315.05 | |
| | | 500.00000 | 09/15/2021 | 09/27/2021 | $2,849.92 | $2,502.50 | $0.00 | $0.00 | $347.42 | |
| | | 353.00000 | 09/15/2021 | 09/27/2021 | $2,087.55 | $1,768.00 | $0.00 | $0.00 | $319.55 | |
| | | 147.00000 | 09/15/2021 | 09/27/2021 | $869.32 | $735.74 | $0.00 | $0.00 | $133.58 | |
| | | 100.00000 | 10/15/2021 | 10/28/2021 | $551.49 | $501.00 | $0.00 | $0.00 | $50.49 | |
| | | 900.00000 | 10/18/2021 | 10/28/2021 | $4,963.36 | $4,398.21 | $0.00 | $0.00 | $565.15 | |
| | | 1,000.00000 | 10/27/2021 | 10/28/2021 | $5,414.85 | $4,409.10 | $0.00 | $0.00 | $1,005.75 | |
| | | 1,000.00000 | 10/29/2021 | 11/01/2021 | $5,316.85 | $4,645.60 | $0.00 | $0.00 | $671.25 | |
| | | 1,500.00000 | 11/22/2021 | 11/24/2021 | $6,307.28 | $6,073.80 | $0.00 | $0.00 | $233.48 | |
| | **Subtotals** | **26,650.00000** | | | **$146,014.93** | **$207,943.59** | **$0.00** | **$75,375.65** | **($61,928.66)** | |
| META MATLS INC PFD SER A CUSIP: 59134N203 | | 500.00000 | 06/21/2021 | 10/08/2021 | $1,278.62 | $0.00 | $0.00 | $0.00 | $1,278.62 | |
| | | 500.00000 | 06/21/2021 | 10/08/2021 | $1,278.62 | $0.00 | $0.00 | $0.00 | $1,278.62 | |
| | | 500.00000 | 06/22/2021 | 10/08/2021 | $1,284.93 | $0.00 | $0.00 | $0.00 | $1,284.93 | |
| | | 500.00000 | 06/22/2021 | 10/08/2021 | $1,278.61 | $0.00 | $0.00 | $0.00 | $1,278.61 | |
| | | 400.00000 | 10/08/2021 | 10/08/2021 | $803.95 | $591.16 | $0.00 | $0.00 | $212.79 | |
| | | 500.00000 | 10/08/2021 | 10/08/2021 | $1,004.93 | $733.95 | $0.00 | $0.00 | $270.98 | |
| | | 100.00000 | 10/08/2021 | 10/08/2021 | $198.03 | $147.79 | $0.00 | $0.00 | $50.24 | |
| | | 1,000.00000 | 10/11/2021 | 10/11/2021 | $2,147.23 | $2,013.95 | $0.00 | $0.00 | $133.28 | |
| | | 500.00000 | 10/11/2021 | 10/11/2021 | $1,037.96 | $1,077.30 | $0.00 | $39.34 | ($39.34) | |
| | | 500.00000 | 10/11/2021 | 10/11/2021 | $1,037.95 | $1,036.98 | $0.00 | $0.00 | $0.97 | |
| | | 500.00000 | 10/11/2021 | 10/11/2021 | $1,010.98 | $1,083.29 | $0.00 | $72.31 | ($72.31) | |
| | | 500.00000 | 10/11/2021 | 10/11/2021 | $1,073.62 | $1,113.95 | $0.00 | $40.33 | ($40.33) | |
| | | 174.00000 | 10/11/2021 | 10/12/2021 | $353.24 | $374.90 | $0.00 | $21.66 | ($21.66) | |
| | | 26.00000 | 10/11/2021 | 10/12/2021 | $52.78 | $59.71 | $0.00 | $6.93 | ($6.93) | |
| | | 500.00000 | 10/14/2021 | 10/14/2021 | $845.98 | $723.95 | $0.00 | $0.00 | $122.03 | |

**Details for CUSIP 59134N203 continue on the following page**

THIS IS YOUR FORM 1099 (COPY B FOR RECIPIENT). KEEP FOR YOUR RECORDS.
This is important tax information and is being furnished to the IRS. If you are required to file a return, a negligence penalty or other sanction
may be imposed on you if this income is taxable and the IRS determines that it has not been reported.

2024

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | 20,000 | | | 3,790.42 | | | 2,786.93 | -941.49 | 22.01 | Short | |
| | 20,000 | 10/04/2023 | 0.081 | 1,617.00 | 01/25/2024 | 0.055 | 1,102.68 | -442.33 | -72.01 | Short | FIFO |
| Sell | 7,200 | 01/04/2024 | 0.068 | 491.04 | 01/25/2024 | 0.055 | 396.96 | -94.08 | 0.00 | Short | FIFO |
| Sell | 200 | 12/01/2023 | 0.097 | 19.37 | 01/25/2024 | 0.055 | 11.03 | -8.34 | 0.00 | Short | FIFO |
| Sell | 4,000 | 12/01/2023 | 0.095 | 381.80 | 01/25/2024 | 0.055 | 220.53 | -161.27 | 0.00 | Short | FIFO |
| Sell | 800 | 11/30/2023 | 0.094 | 75.50 | 01/25/2024 | 0.055 | 44.10 | -31.40 | 0.00 | Short | FIFO |
| Sell | 4,000 | 12/08/2023 | 0.063 | 250.80 | 01/25/2024 | 0.055 | 220.54 | -30.26 | 0.00 | Short | FIFO |
| Sell | 9,600 | 12/08/2023 | 0.062 | 598.08 | 01/25/2024 | 0.055 | 529.28 | -68.80 | 0.00 | Short | FIFO |
| Sell | 400 | 12/08/2023 | 0.062 | 24.90 | 01/25/2024 | 0.055 | 22.05 | -2.85 | 0.00 | Short | FIFO |
| Sell | 100 | 12/05/2023 | 0.069 | 6.90 | 01/25/2024 | 0.055 | 5.51 | -1.39 | 0.00 | Short | FIFO |
| Sell | 900 | 12/05/2023 | 0.069 | 62.06 | 01/25/2024 | 0.055 | 49.62 | -12.44 | 0.00 | Short | FIFO |
| Sell [WS] | 2,800 | 11/03/2023 | 0.094 | 262.97 | 01/25/2024 | 0.055 | 154.65 | -108.32 | 0.00 | Short | FIFO |