

Honorable Hilary L. Barnes
United States Bankruptcy Judge

Entered on Docket
November 08, 2024

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| In re: | Case No. 24-50792-hlb |
|---|---|
| META MATERIALS, INC., | Chapter 7 |
| Debtor. | **ORDER DENYING *EX PARTE* MOTION TO FILE UNDER SEAL ALL PROOFS OF INTEREST AND DIRECTING PARTIES TO FILE REDACTED PROOFS OF INTEREST** |
| | Related ECF No. 101 |

This matter came before the court pursuant to the *Ex Parte Motion to File Under Seal All Proofs of Interest* [ECF No. 101] ("Motion") filed by Christina Lovato, Chapter 7 Trustee ("Trustee") for the bankruptcy estate of Meta Materials, Inc. In the Motion, the Trustee moves the Court for an order directing the Clerk of the Court to seal all proofs of interest currently on file and any proofs of interest that may be filed in the future on the basis that the proofs of interest may contain personal identifiable information ("PII"). After discussion with the clerk's office and review of the bankruptcy rules, both federal and local, the Court must deny the Trustee's request to seal and instead will direct the parties who wish to remove from public view their PII on already-filed proofs of interest to file a Notice of Redaction pursuant to Local Rule 9037(b) (which can be found on the Court's website at https://www.nvb.uscourts.gov/downloads/rules/local-rules-2021_final.pdf).

1. Using the proper case caption (see above), prepare a document entitled "Notice of Redaction" following the Local Rules. There is a fee of $28.00 due at the

    time of filing the Notice of Redaction. Payment may be in the form of a bank cashier's check, a U.S. Postal money order, or a personal check made payable to "U.S. Bankruptcy Court." The Clerk's office does not accept cash.

2. Identify the PII that the filing party wants to redact;

3. Identify the docket number of the originally filed proof of interest; and

4. Attach a redacted version of the proof of interest (removing the PII) to the Notice of Redaction. Except for the redaction, this redacted version must otherwise be identical to the previously filed (unredacted) proof of interest.

To submit the Notice of Redaction for filing:

1. If you are authorized to electronically file documents on the Court's website, e- file the Notice of Redaction under Bankruptcy/Adversary>Notice of Redaction; or

2. If not an e-filer, mail the (i) original signed Notice of Redaction and (ii) redacted proof of interest and (iii) filing fee ($28.00) to this address:

```
U.S. Bankruptcy Court
Foley Federal Building and
U.S. Courthouse
Attn: Clerk of Court
300 Las Vegas Blvd. South
Las Vegas, Nevada 89101
```

    Finally, the Trustee's counsel is directed to forward this order to those parties who have filed proofs of interest in the Case.

**DATED AND SIGNED ABOVE.**

Copy sent via CM/ECF Electronic Notice

###