NVB 300I (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | PROOF OF INTEREST |
|---|---|

| Name of Debtor: **Meta Materials Inc.** | Case Number: **24-50792** |
|---|---|

**I.** Name and address of holder of the Equity Interest (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

Reina Lumagbas Canlas
716 Rock Rose Way
Richmond, CA 94806

Telephone Number: **(510) 672-6677**

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

☑ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

**COURT USE ONLY**

**NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.**

| Account or other number by which Interest holder identifies Debtor: | Check here if this claim: ☐ replaces a previously filed Proof of Interest dated: _____ ☐ amends a previously filed Proof of Interest dated: _____ |
|---|---|

| **2.** Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:

Telephone Number: | **3.** Date Equity Interest was acquired: |
|---|---|

| **4.** Total amount of member interest: __26.00__ | **5.** Certificate number(s): _____ |
|---|---|

**6.** Type of Equity Interest:
Please indicate the type of Equity Interest you hold:
☑ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
☐ Check this box if your Equity Interest is based on anything else and describe that interest:
Description: _____

**7.** Supporting Documents: Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**8.** Date-Stamped Copy: To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

**9. Signature:**
Check the appropriate box.
☑ I am the creditor.  ☐ I am the creditor's authorized agent. (Attach copy of power of attorney, if any.)  ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)  ☐ I am a guarantor, surety, endorser, or other codebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: Reina Canlas
Title: _____
Company: _____    Address and telephone number (if different from notice address above): _____

_Reina Canlas_
(Signature)

**11/4/24**
(Date)

Telephone number: (510) 672-6677    email: reina_canlas@hotmail.com

_Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571_

Transaction History | Charles Schwab

## Transaction History for Individual ...155

## Transactions found from 11/05/2020 to 11/05/2024

| Date ▼ | Action | Symbol / Description | Quantity | Price | Fees & Comm | Amount |
|---|---|---|---|---|---|---|
| 08/14/2024 | Sell | MMAT META MATLS INC | 26 | $0.5897 | | $15.33 |
| 01/29/2024 | Reverse Split | MMAT META MATLS INC | 26 | | | |
| 05/02/2023 | Buy | MMAT META MATLS INC | 1,000 | $0.1878 | | -$187.80 |
| 04/27/2023 | Buy | MMAT META MATLS INC | 1,000 | $0.1888 | | -$188.80 |
| 04/19/2023 | Buy | MMAT META MATLS INC | 500 | $0.2093 | | -$104.65 |
| 04/19/2023 | Buy | MMAT META MATLS INC | 100 | $0.2094 | | -$20.94 |

Page Total: **-$486.86**

Intra-day transactions are subject to change.

Brokerage Account Balances are from the previous market close, but also may include new activity that will be posted to your account at after market close. Balances are subject to change.

Bank sweep information can be found on your Statements. Current Balance bank sweep information can be found on the Balances page.

(1123-3U5Y, 0924-CLCV)

---

**Brokerage Products: Not FDIC Insured • No Bank Guarantee • May Lose Value**

Account: ...155
Today's Date: 01:10 PM ET, 11/05/2024

The Charles Schwab Corporation provides a full range of brokerage, banking and financial advisory services through its operating subsidiaries. Its broker-dealer subsidiary, Charles Schwab & Co. Inc. (Member SIPC), and its affiliates offer investment services and products. Its banking subsidiary, Charles Schwab Bank, SSB (member FDIC and an Equal Housing Lender), provides deposit and lending services and products. This site is designed for U.S. residents. Non-U.S. residents are subject to country-specific restrictions. Learn more about our services for non-US Residents , Charles Schwab Hong Kong clients , Charles Schwab UK clients. © 2024 Charles Schwab & Co., Inc. All rights reserved. Member SIPC. Unauthorized access is prohibited. Usage will be monitored.



**Schwab One® Account** of

REINA CANLAS

Statement Period
July 1-31, 2024

## Positions - Summary

| Beginning Value as of 07/01 | + | Transfer of Securities(In/Out) | + | Dividends Reinvested | + | Cash Activity | + | Change in Market Value | = | Ending Value as of 07/31 | Cost Basis | Unrealized Gain/(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ▆ | + | ▆ | + | ▆ | + | ▆ | + | ▆ | = | ▆ | ▆ | ▆ |

Values may not reflect all of your gains/losses; Schwab has provided accurate gain and loss information wherever possible for most investments. Cost basis may be incomplete or unavailable for some of your holdings and may change or be adjusted in certain cases. Statement information should not be used for tax preparation, instead refer to official tax documents. For additional information refer to Terms and Conditions.

## Cash and Cash Investments

| Type | Symbol | Description | Quantity | Price($) | Beginning Balance($) | Ending Balance($) | Change in Period Balance($) | Pending/Unsettled Cash($) | Interest/ Yield Rate | % of Acct |
|---|---|---|---|---|---|---|---|---|---|---|
| Bank Sweep | | CHARLES SCHWAB BANK X,Z | | | ▆ | ▆ | | | ▆ | ▆ |
| **Total Cash and Cash Investments** | | | | | ▆ | ▆ | ▆ | | | ▆ |

## Positions - Equities

| Symbol | Description | Quantity | Price($) | Market Value($) | Cost Basis($) | Unrealized Gain/(Loss)($) | Est. Yield | Est. Annual Income($) | % of Acct |
|---|---|---|---|---|---|---|---|---|---|
| ▆ | ▆ | ▆ | ▆ | ▆ | ▆ | ▆ | ▆ | ▆ | ▆ |
| ▆ | ▆ | ▆ | ▆ | ▆ | ▆ | ▆ | ▆ | ▆ | ▆ |
| ▆ | ▆ | ▆ | ▆ | ▆ | ▆ | ▆ | ▆ | ▆ | ▆ |
| MMAT | META MATLS INC (M) | 26.0000 | 2.32000 | 60.32 | 502.19 | (441.87) | N/A | 0.00 | <1% |
| ▆ | ▆ | ▆ | ▆ | ▆ | ▆ | ▆ | ▆ | ▆ | ▆ |
| **Total Equities** | | | | ▆ | ▆ | ▆ | | | ▆ |



**Schwab One® Account** of

REINA CANLAS

Statement Period
August 1-31, 2024

## Transaction Details (continued)

| Date | Category | Action | Symbol/CUSIP | Description | Quantity | Price/Rate per Share($) | Charges/Interest($) | Amount($) | Realized Gain/(Loss)($) |
|------|----------|--------|--------------|-------------|----------|-------------------------|---------------------|-----------|-------------------------|
| 08/15 | Sale | | MMAT | META MATLS INC | (26.0000) | 0.5897 | | 15.33 | (486.86) (LT) |
| | | | | ▮ | ▮ | | ▮ | ▮ | ▮ |
| | ▮ | ▮ | | ▮ | | | | ▮ | |
| ▮ | | | ▮ | ▮ | | | ▮ | ▮ | |
| ▮ | | ▮ | ▮ | ▮ | | | ▮ | ▮ | |
| | ▮ | ▮ | ▮ | ▮ | | | ▮ | | |

**Total Transactions**

Date column represents the Settlement/Process date for each transaction.

## Bank Sweep Activity

| Date | Description | Amount |
|------|-------------|--------|
| 08/01 | **Beginning Balance** X,Z | ▮ |
| 08/08 | BANK CREDIT FROM BROKERAGE X | ▮ |
| 08/12 | BANK CREDIT FROM BROKERAGE X | ▮ |
| 08/15 | BANK INTEREST - CHARLES SCHWAB BANK X,Z | ▮ |
| 08/15 | BANK CREDIT FROM BROKERAGE X | ▮ |

* Your interest period was 07/16/24 - 08/15/24.  Z

| Date | Description | Amount |
|------|-------------|--------|
| 08/26 | BANK CREDIT FROM BROKERAGE X | ▮ |
| 08/27 | BANK TRANSFER TO BROKERAGE | ▮ |
| 08/31 | **Ending Balance** X,Z | ▮ |
| 08/30 | **Interest Rate** * Z | **0.45%** |

## Pending / Open Activity

| Activity Type | Date | Action | Symbol/CUSIP | Description | Quantity | Market Price/Rate per Share($) | Limit Price($) | Settle/Payable Date | Expiration Date | Amount($) |
|---------------|------|--------|--------------|-------------|----------|-------------------------------|----------------|---------------------|-----------------|-----------|
| Pending | ▮ | | ▮ | ▮ | ▮ | | ▮ | | ▮ |
| **Total Pending Transactions** | | | | | | | | | | ▮ |