NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | | **PROOF OF INTEREST** |
|---|---|---|
| Name of Debtor: Meta Materials | Case Number: 24-50792 | |

1. Name and address of holder of the Equity Interest (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

   Douglas A. Hulett
   58 Elias Rd.
   Arenas Valley, NM 88022

   Telephone Number: (575) 313-7475

   ☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

   ☒ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

   ☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

**COURT USE ONLY**

Account or other number by which Interest holder identifies Debtor: 7210-5716

Check here if this claim:
☐ replaces a previously filed Proof of Interest dated: _____
☐ amends a previously filed Proof of Interest dated: _____

2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:

   Wells Fargo

   Telephone Number: 800-872-3377

3. Date Equity Interest was acquired: June 21st Bought 111 Shares of TRCH After merger I only purchased more MMAT Never sold one. Total purchased 1199 this is the total After the 100-1 Reverse Split. Tax lots included

4. Total amount of member interest: 1199

5. Certificate number(s): _____

6. Type of Equity Interest:
   Please indicate the type of Equity Interest you hold:
   ☒ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
   ☐ Check this box if your Equity Interest is based on anything else and describe that interest:
   Description: Investor

7. Supporting Documents: Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
   DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. Date-Stamped Copy: To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

9. Signature:
   Check the appropriate box.
   ☒ I am the creditor.    ☐ I am the creditor's authorized agent.    ☐ I am the trustee, or the debtor,    ☐ I am a guarantor, surety, endorser, or other codebtor.
                           (Attach copy of power of attorney, if any.)    or their authorized agent.    (See Bankruptcy Rule 3005.)
                                                                        (See Bankruptcy Rule 3004.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: Douglas Arnold Hulett
Title: Mr.
Company: ___ Address and telephone number (if different from notice address above):

(Signature) Douglas A. Hulett    (Date) 11-6-24
Telephone number: (575) 313-7475    email: dughulett@hotmail.com

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

**WELLS FARGO Advisors**

DOUGLAS HULETT

JULY 1, 2024 - AUGUST 31, 2024
ACCOUNT NUMBER: 7210-5716

## Stocks, options & ETFs

### Stocks and ETFs

This section may include foreign equity securities that may be denominated in currencies other than US dollars. The amounts, annual income and annual yield on your statement for such securities will be estimated based on prevailing exchange rates and the amount does not necessarily reflect the rate you will receive if converted to US dollars. The "Quantity" field reflects total shares held, regardless of the currency in which your shares are denominated. Please contact Your Investment Professional if you have additional questions regarding your foreign security holdings.

| DESCRIPTION | QUANTITY | ADJ PRICE/ ORIG PRICE | ADJ COST/ ORIG COST | CURRENT PRICE | CURRENT MARKET VALUE | UNREALIZED GAIN/LOSS | ESTIMATED ANNUAL INCOME | ESTIMATED ANNUAL YIELD (%) |
|---|---|---|---|---|---|---|---|---|
| AMC ENTMT HLDGS INC CL A NEW AMC Acquired 06/08/22 | 1 | 87.75 | 87.76 | 4.8200 | 4.82 | -82.94 | N/A | N/A |
| ASTROTECH CORP PAR $ ASTC Acquired 05/12/21 | 6 | 33.43 | 200.62 | 11.2356 | 67.41 | -133.21 | N/A | N/A |
| BTC DIGITAL LTD NEW US$0.06 BTCT Acquired Net Tax Lots | 3 | 449.46 | 1,348.41 | 1.5400 | 4.62 | -1,343.79 | N/A | N/A |
| CAMBER ENERGY INC PAR$0.001 2022 NEW CEIN Acquired Net Tax Lots | 607 | 39.21 | 24,637.68 | 0.0221 | 13.41 | -24,624.27 | N/A | N/A |
| CHICKEN SOUP FOR THE SOUL ENTMT INC CSSEQ Acquired 06/16/22 | 1 | 60.10 | 60.10 | 0.0095 | | 0.00 | N/A | N/A |
| CRONOS GROUP INC CRON Acquired 02/26/21 | 50 | 10.50 | 525.00 | 2.2600 | 113.00 | -412.00 | N/A | N/A |
| EIGHTCO HOLDINGS INC COM PAR $.001 OCTO Acquired Net Tax Lots | 1 | 992.35 | 1,587.86 | 1.8000 | 1.80 | -1,586.06 | N/A | N/A |
| GAMESTOP CORP CLASS A GME Acquired Net Tax Lots | 31 | 23.35 | 723.90 | 23.4200 | 726.02 | 2.12 | N/A | N/A |

DOUGLAS HULETT

JULY 1, 2024 - AUGUST 31, 2024
ACCOUNT NUMBER: 7210-5716

## Stocks, options & ETFs

### Stocks and ETFs continued

| DESCRIPTION | QUANTITY | ADJ PRICE/ ORIG PRICE | ADJ COST/ ORIG COST | CURRENT PRICE | CURRENT MARKET VALUE | UNREALIZED GAIN/LOSS | ESTIMATED ANNUAL INCOME | ESTIMATED ANNUAL YIELD (%) |
|---|---|---|---|---|---|---|---|---|
| GENIUS GRP LTD SHS NEW GNS Acquired Net Tax Lots | 132 | 13.50 | 1,787.98 | 0.9652 | 127.40 | -1,660.58 | N/A | N/A |
| HISTOGEN INC HSTO Acquired Net Tax Lots | 100 | 18.47 12.29 | 1,847.20w 1,229.60 | 0.2225 | 22.25 | -1,824.95 | N/A | N/A |
| HOTH THERAPEUTICS INC NEW HOTH Acquired 04/22/21 | 2 | 39.00 | 78.00 | 0.6939 | 1.38 | -76.62 | N/A | N/A |
| HYCROFT MNG HLDG CORP CLASS A NEW HYMC Acquired Net Tax Lots | 120 | 11.84 | 1,421.90 | 2.1000 | 252.00 | -1,169.90 | N/A | N/A |
| KARTOON STUDIOS INC PAR $0.001 NEW TOON Acquired 01/10/22 | 10 | 10.20 | 102.00 | 0.9300 | 9.30 | -92.70 | N/A | N/A |
| META MATLS INC NEW NEW MMATQ Acquired Net Tax Lots | 1,199 | 72.68 | -87,154.37 | 0.4500 | 539.55 | -86,614.82 | N/A | N/A |
| MICROMOBILITY.COM INC CL A PAR $0.00001 MCOM Acquired 02/03/23 | 1 | 202.74 | 202.74 | 0.0110 | 0.01 | -202.73 | N/A | N/A |
| MULLEN AUTOMOTIVE INC PAR $0.001 NEW MULN Acquired Net Tax Lots | 1 | 156.54 92.16 | 156.54w 92.17 | 0.2150 | 0.21 | -156.33 | N/A | N/A |
| NEXT BRIDGE HYDROCARBONS Acquired Net Tax Lots m | 18,587 | N/A## | N/A | N/A* | N/A | N/A | N/A | N/A |



9:44   ..Il LTE

X  Sign off

## MMATQ

10/22/2021
*5716 : Bought 2.2521 @ 439.092402646
Unrealized Gain/Loss: -988.62 (-99.97%)

01/12/2022
*5716 : Bought 2.2521 @ 232.685049509
Unrealized Gain/Loss: -523.77 (-99.95%)

01/12/2022
*5716 : Bought 2.20205 @ 226.779591744
Unrealized Gain/Loss: -499.12 (-99.95%)

03/01/2022
*5716 : Bought 2.13199 @ 209.705486423
Unrealized Gain/Loss: -446.84 (-99.94%)

12/21/2021
*5716 : Bought 2.00187 @ 272.74498344
Unrealized Gain/Loss: -545.77 (-99.96%)

02/17/2022
*5716 : Bought 2.00187 @ 184.82718658
Unrealized Gain/Loss: -369.77 (-99.94%)

02/23/2022
*5716 : Bought 2.00187 @ 169.721310574
Unrealized Gain/Loss: -339.53 (-99.93%)

03/30/2022
*5716 : Bought 2.00187 @ 183.688251484
Unrealized Gain/Loss: -367.49 (-99.94%)

04/18/2022

9:46 🔕     📶 LTE 🔋

✕     🔔 Sign off

## MMATQ

06/29/2022
*5716 : Bought 0.03003 @ 105.894105894
Unrealized Gain/Loss: -3.18 (-100.00%)

01/27/2022
*5716 : Bought 0.02002 @ 144.855144855
Unrealized Gain/Loss: -2.90 (-100.00%)

03/15/2022
*5716 : Bought 0.02002 @ 162.837162837
Unrealized Gain/Loss: -3.26 (-100.00%)

06/16/2022
*5716 : Bought 0.02002 @ 145.854145854
Unrealized Gain/Loss: -2.92 (-100.00%)

02/24/2022
*5716 : Bought 0.01001 @ 172.827172827
Unrealized Gain/Loss: -1.73 (-100.00%)

02/28/2022
*5716 : Bought 0.01001 @ 195.804195804
Unrealized Gain/Loss: -1.96 (-100.00%)

03/18/2022
*5716 : Bought 0.01001 @ 182.817182817
Unrealized Gain/Loss: -1.83 (-100.00%)

03/28/2022
*5716 : Bought 0.01001 @ 176.823176823
Unrealized Gain/Loss: -1.77 (-100.00%)

04/21/2022
*5716 : Bought 0.01001 @ 129.87012987

## MMATQ

*5716 : Bought 0.02002 @ 145.854145854
Unrealized Gain/Loss: -2.92 (-100.00%)

02/24/2022
*5716 : Bought 0.01001 @ 172.827172827
Unrealized Gain/Loss: -1.73 (-100.00%)

02/28/2022
*5716 : Bought 0.01001 @ 195.804195804
Unrealized Gain/Loss: -1.96 (-100.00%)

03/18/2022
*5716 : Bought 0.01001 @ 182.817182817
Unrealized Gain/Loss: -1.83 (-100.00%)

03/28/2022
*5716 : Bought 0.01001 @ 176.823176823
Unrealized Gain/Loss: -1.77 (-100.00%)

04/21/2022
*5716 : Bought 0.01001 @ 129.87012987
Unrealized Gain/Loss: -1.30 (-100.00%)

06/27/2022
*5716 : Bought 0.01001 @ 115.884115884
Unrealized Gain/Loss: -1.16 (-100.00%)

06/30/2022
*5716 : Bought 0.01001 @ 100.899100899
Unrealized Gain/Loss: -1.01 (-100.00%)

06/30/2022
*5716 : Bought 0.01001 @ 101.898101898
Unrealized Gain/Loss: -1.02 (-100.00%)





# MMATQ

01/26/2022
*5716 : Bought 0.03003 @ 168.831168831
Unrealized Gain/Loss: -5.07 (-100.00%)

01/26/2022
*5716 : Bought 0.03003 @ 168.831168831
Unrealized Gain/Loss: -5.07 (-100.00%)

01/26/2022
*5716 : Bought 0.03003 @ 168.831168831
Unrealized Gain/Loss: -5.07 (-100.00%)

01/26/2022
*5716 : Bought 0.03003 @ 168.831168831
Unrealized Gain/Loss: -5.07 (-100.00%)

01/26/2022
*5716 : Bought 0.03003 @ 168.831168831
Unrealized Gain/Loss: -5.07 (-100.00%)

01/26/2022
*5716 : Bought 0.03003 @ 171.828171828
Unrealized Gain/Loss: -5.16 (-100.00%)

01/26/2022
*5716 : Bought 0.03003 @ 162.837162837
Unrealized Gain/Loss: -4.89 (-100.00%)

03/03/2022
*5716 : Bought 0.03003 @ 155.844155844
Unrealized Gain/Loss: -4.68 (-100.00%)

04/01/2022

9:46 🔕                              ..Il   LTE 🔋

✕                                   🔔  Sign off

## MMATQ

06/29/2022
*5716 : Bought 0.05005 @ 102.497502497
Unrealized Gain/Loss: -5.12 (-99.81%)

01/27/2022
*5716 : Bought 0.04004 @ 155.844155844
Unrealized Gain/Loss: -6.24 (-100.00%)

01/27/2022
*5716 : Bought 0.04004 @ 150.849150849
Unrealized Gain/Loss: -6.04 (-100.00%)

01/27/2022
*5716 : Bought 0.04004 @ 150.849150849
Unrealized Gain/Loss: -6.04 (-100.00%)

01/27/2022
*5716 : Bought 0.04004 @ 150.849150849
Unrealized Gain/Loss: -6.04 (-100.00%)

01/27/2022
*5716 : Bought 0.04004 @ 150.599400599
Unrealized Gain/Loss: -6.03 (-100.00%)

01/27/2022
*5716 : Bought 0.04004 @ 149.85014985
Unrealized Gain/Loss: -6.00 (-100.00%)

01/27/2022
*5716 : Bought 0.04004 @ 148.851148851
Unrealized Gain/Loss: -5.96 (-100.00%)

01/27/2022
*5716 : Bought 0.04004 @ 146.853146853

9:46  •ıll LTE

✕                     Sign off

## MMATQ

06/17/2022
*5716 : Bought 0.25023 @ 143.747752068
Unrealized Gain/Loss: -35.94 (-99.92%)

01/14/2022
*5716 : Bought 0.24022 @ 208.808592123
Unrealized Gain/Loss: -50.13 (-99.94%)

03/10/2022
*5716 : Bought 0.22021 @ 157.849325643
Unrealized Gain/Loss: -34.73 (-99.91%)

04/13/2022
*5716 : Bought 0.20019 @ 157.650232279
Unrealized Gain/Loss: -31.54 (-99.94%)

06/03/2022
*5716 : Bought 0.20019 @ 183.825365902
Unrealized Gain/Loss: -36.78 (-99.95%)

03/03/2022
*5716 : Bought 0.18017 @ 160.737081645
Unrealized Gain/Loss: -28.94 (-99.93%)

02/28/2022
*5716 : Bought 0.13012 @ 185.828466031
Unrealized Gain/Loss: -24.16 (-99.92%)

03/11/2022
*5716 : Bought 0.12011 @ 160.769294813
Unrealized Gain/Loss: -19.30 (-99.95%)

05/11/2022

9:45   •ıl LTE 🔋

✕   Sign off

# MMATQ

06/01/2022
*5716 : Bought 1.00093 @ 184.648277102
Unrealized Gain/Loss: -184.70 (-99.94%)

06/13/2022
*5716 : Bought 1.00093 @ 135.873637517
Unrealized Gain/Loss: -135.88 (-99.91%)

06/17/2022
*5716 : Bought 1.00093 @ 159.841347546
Unrealized Gain/Loss: -159.87 (-99.92%)

06/30/2022
*5716 : Bought 0.9609 @ 103.819336039
Unrealized Gain/Loss: -99.65 (-99.89%)

06/28/2022
*5716 : Bought 0.93087 @ 107.888319529
Unrealized Gain/Loss: -100.32 (-99.89%)

06/28/2022
*5716 : Bought 0.93087 @ 107.888319529
Unrealized Gain/Loss: -100.32 (-99.89%)

06/14/2022
*5716 : Bought 0.87081 @ 149.642287066
Unrealized Gain/Loss: -130.21 (-99.92%)

03/17/2022
*5716 : Bought 0.85079 @ 169.84214671
Unrealized Gain/Loss: -144.40 (-99.93%)

02/25/2022

9:46 🔕                          •ɪl LTE 🔋

✕                               🔔 Sign off

# MMATQ

03/03/2022
*5716 : Bought 0.03003 @ 155.844155844
Unrealized Gain/Loss: -4.68 (-100.00%)

04/01/2022
*5716 : Bought 0.03003 @ 161.838161838
Unrealized Gain/Loss: -4.86 (-100.00%)

04/25/2022
*5716 : Bought 0.03003 @ 126.873126873
Unrealized Gain/Loss: -3.81 (-100.00%)

04/25/2022
*5716 : Bought 0.03003 @ 126.873126873
Unrealized Gain/Loss: -3.81 (-100.00%)

04/25/2022
*5716 : Bought 0.03003 @ 126.873126873
Unrealized Gain/Loss: -3.81 (-100.00%)

05/03/2022
*5716 : Bought 0.03003 @ 122.877122877
Unrealized Gain/Loss: -3.69 (-100.00%)

05/13/2022
*5716 : Bought 0.03003 @ 141.858141858
Unrealized Gain/Loss: -4.26 (-100.00%)

05/20/2022
*5716 : Bought 0.03003 @ 184.815184815
Unrealized Gain/Loss: -5.55 (-100.00%)

06/29/2022
*5716 : Bought 0.03003 @ 105.894105894

9:46   

✕  🔔 Sign off

### MMATQ

01/27/2022
*5716 : Bought 0.04004 @ 146.853146853
Unrealized Gain/Loss: -5.88 (-100.00%)

01/27/2022
*5716 : Bought 0.04004 @ 146.603396603
Unrealized Gain/Loss: -5.87 (-100.00%)

01/27/2022
*5716 : Bought 0.04004 @ 145.854145854
Unrealized Gain/Loss: -5.84 (-100.00%)

01/27/2022
*5716 : Bought 0.04004 @ 143.606393606
Unrealized Gain/Loss: -5.75 (-100.00%)

04/21/2022
*5716 : Bought 0.04004 @ 132.617382617
Unrealized Gain/Loss: -5.31 (-100.00%)

05/04/2022
*5716 : Bought 0.04004 @ 117.882117882
Unrealized Gain/Loss: -4.72 (-100.00%)

09/22/2023
*5716 : Bought 0.04004 @ 20.479520479
Unrealized Gain/Loss: -0.82 (-100.00%)

01/26/2022
*5716 : Bought 0.03003 @ 166.5001665
Unrealized Gain/Loss: -5.00 (-100.00%)

01/26/2022
*5716 : Bought 0.03003 @ 168.831168831

  

9:46  LTE

✕  Sign off

## MMATQ

05/11/2022
*5716 : Bought 0.07007 @ 117.739403453
Unrealized Gain/Loss: -8.24 (-99.88%)

07/05/2022
*5716 : Bought 0.07007 @ 103.610675039
Unrealized Gain/Loss: -7.25 (-99.86%)

06/28/2022
*5716 : Bought 0.06006 @ 107.892107892
Unrealized Gain/Loss: -6.47 (-99.85%)

02/07/2022
*5716 : Bought 0.05005 @ 164.635364635
Unrealized Gain/Loss: -8.23 (-99.88%)

02/08/2022
*5716 : Bought 0.05005 @ 164.835164835
Unrealized Gain/Loss: -8.24 (-99.88%)

02/08/2022
*5716 : Bought 0.05005 @ 159.84015984
Unrealized Gain/Loss: -7.99 (-99.88%)

02/08/2022
*5716 : Bought 0.05005 @ 159.64035964
Unrealized Gain/Loss: -7.98 (-99.87%)

05/05/2022
*5716 : Bought 0.05005 @ 120.879120879
Unrealized Gain/Loss: -6.04 (-99.83%)

06/29/2022
*5716 : Bought 0.05005 @ 102.497502497


9:45            LTE

✕                             Sign off

## MMATQ

03/25/2022
*5716 : Bought 0.60056 @ 190.738643932
Unrealized Gain/Loss: -114.48 (-99.94%)

01/19/2024
*5716 : Bought 0.56043 @ 7.28012419
Unrealized Gain/Loss: -4.01 (-98.28%)

06/22/2021
*5716 : Bought 0.55051 @ 1943.724909629
Unrealized Gain/Loss: -1,069.98 (-99.99%)

10/19/2021
*5716 : Bought 0.55051 @ 484.459864489
Unrealized Gain/Loss: -266.64 (-99.98%)

01/28/2022
*5716 : Bought 0.55051 @ 141.850284281
Unrealized Gain/Loss: -78.03 (-99.92%)

02/23/2022
*5716 : Bought 0.50047 @ 157.851619477
Unrealized Gain/Loss: -78.94 (-99.92%)

05/05/2022
*5716 : Bought 0.50047 @ 120.886366815
Unrealized Gain/Loss: -60.44 (-99.90%)

06/13/2022
*5716 : Bought 0.50047 @ 139.868523587
Unrealized Gain/Loss: -69.94 (-99.91%)

11/11/2021

9:44   ..ll LTE

✕                                    🔔 Sign off

# MMATQ

04/18/2022
*5716 : Bought 2.00187 @ 140.678465634
Unrealized Gain/Loss: -281.39 (-99.92%)

04/20/2022
*5716 : Bought 2.00187 @ 137.87109053
Unrealized Gain/Loss: -275.77 (-99.92%)

05/24/2022
*5716 : Bought 2.00187 @ 182.829054833
Unrealized Gain/Loss: -365.77 (-99.94%)

06/01/2022
*5716 : Bought 2.00187 @ 195.816911188
Unrealized Gain/Loss: -391.77 (-99.94%)

06/01/2022
*5716 : Bought 2.00187 @ 194.807854655
Unrealized Gain/Loss: -389.75 (-99.94%)

06/01/2022
*5716 : Bought 2.00187 @ 192.819713567
Unrealized Gain/Loss: -385.77 (-99.94%)

06/14/2022
*5716 : Bought 2.00187 @ 149.849890352
Unrealized Gain/Loss: -299.75 (-99.92%)

06/16/2022
*5716 : Bought 2.00187 @ 143.855495112
Unrealized Gain/Loss: -287.75 (-99.92%)

05/05/2022