NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | | PROOF OF INTEREST |
|---|---|---|

Name of Debtor: Meta Materials Inc
Case Number: 24-50792 HLB

**1. Name and address of holder of the Equity Interest** (the person or entity holding an Equity Interest in the Debtor Referred to hereinafter as the Interest holder)

Ryan T Franz
6750 Longleaf Branch Drive
Jacksonville, FL 32222

Telephone Number: 815-701-6705

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest Attach copy of statement giving particulars

☒ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed A separate Proof of Claim form should be used for that purpose This form should only be used to assert an Equity Interest in the Debtor An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security; (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

COURT USE ONLY

Account or other number by which Interest holder identifies Debtor: 236343327

Check here if this claim
☐ replaces a previously filed Proof of Interest dated 10-18-2024
☐ amends a previously filed Proof of Interest dated _____

**2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest**

Fidelity Investments
245 Summer St Boston, MA 02205
Telephone Number: 800-544-6666

**3. Date Equity Interest was acquired**
15 December 2021

**4. Total amount of member interest** 189

**5. Certificate number(s)** _____

**6. Type of Equity Interest**
Please indicate the type of Equity Interest you hold
☒ Check this box if your Equity Interest is based on an actual member interest held in the Debtor
☐ Check this box if your Equity Interest is based on anything else and describe that interest
Description: _____

**7. Supporting Documents** Attach copies of supporting documents such as stock certificates option agreements warrants etc
DO NOT SEND ORIGINAL DOCUMENTS If the documents are not available explain If the documents are voluminous attach a summary

**8. Date-Stamped Copy** To receive an acknowledgement of the filing of your Proof of Interest enclose a stamped self addressed envelope and copy of this Proof of Interest

**9. Signature**
Check the appropriate box
☒ I am the creditor
☐ I am the creditor's authorized agent (Attach copy of power of attorney if any)
☐ I am the trustee, or the debtor, or their authorized agent (See Bankruptcy Rule 3004)
☐ I am a guarantor, surety endorser, or other codebtor (See Bankruptcy Rule 3005)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge information and reasonable belief

Print Name: Ryan T Franz
Title: _____
Company: Address and telephone number (if different from notice address above) _____

(Signature) [signed]   (Date) 1-Nov-2024
Telephone number: 815-701-6705   email: Ryan.FRanz@Meta.com

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both 18 U S C §§ 152 AND 3571*

NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | | PROOF OF INTEREST |
|---|---|---|

**Name of Debtor**
Meta Materials Inc

**Case Number**
24-50792 HLB

**1** Name and address of holder of the Equity Interest (the person or entity holding an Equity Interest in the Debtor Referred to hereinafter as the Interest holder)

Ryan T Franz
6750 Longleaf Branch Drive
Jacksonville, FL 32222

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest Attach copy of statement giving particulars

☒ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors

**Telephone Number** 815-701-6705

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed A separate Proof of Claim form should be used for that purpose This form should only be used to assert an Equity Interest in the Debtor An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein

**COURT USE ONLY**

**Account or other number by which Interest holder identifies Debtor**
236343327

Check here if this claim
☐ replaces a previously filed Proof of Interest dated _____
☐ amends a previously filed Proof of Interest dated _____

**2** Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest
Fidelity Investments
245 Summer St Boston MA 02205
**Telephone Number** 800-544-6666

**3** Date Equity Interest was acquired
15 December 2021

**4** Total amount of member interest __189__

**5** Certificate number(s) _____

**6** Type of Equity Interest
Please indicate the type of Equity Interest you hold
☒ Check this box if your Equity Interest is based on an actual member interest held in the Debtor
☐ Check this box if your Equity Interest is based on anything else and describe that interest
**Description** _____

**7** Supporting Documents Attach copies of supporting documents such as stock certificates option agreements, warrants etc
DO NOT SEND ORIGINAL DOCUMENTS If the documents are not available explain If the documents are voluminous attach a summary

**8** Date-Stamped Copy To receive an acknowledgement of the filing of your Proof of Interest enclose a stamped self addressed envelope and copy of this Proof of Interest

**9** Signature
Check the appropriate box
☒ I am the creditor   ☐ I am the creditor's authorized agent   ☐ I am the trustee, or the debtor,   ☐ I am a guarantor surety endorser or other codebtor
    (Attach copy of power of attorney, if any)   or their authorized agent   (See Bankruptcy Rule 3005)
        (See Bankruptcy Rule 3004)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge information and reasonable belief

Print Name   Ryan T Franz
Title
Company ___ Address and telephone number (if different from notice address above)

(Signature)                                                                                   (Date)

Telephone number                                          email

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both  18 U S C §§ 152 AND 3571*

# Holdings

**Account # 236-343327**
**RYAN T FRANZ - ROTH IRA**

## Core Account

| Description | Beginning Market Value Sep 1, 2024 | Quantity Sep 30, 2024 | Price Per Unit Sep 30, 2024 | Ending Market Value Sep 30, 2024 | Cost | Unrealized Gain/Loss Sep 30, 2024 | EAI ($) / EY (%) |
|---|---|---|---|---|---|---|---|
| FIDELITY GOVERNMENT MONEY MARKET (SPAXX) -- 7-day yield: 4.6% | $0.17 | 0.030 | $1.0000 | $0.03 | not applicable | not applicable | - |
| **Total Core Account (0% of account holdings)** | **$0.17** | | | **$0.03** | | | - |

## Stocks

| Description | Beginning Market Value Sep 1, 2024 | Quantity Sep 30, 2024 | Price Per Unit Sep 30, 2024 | Ending Market Value Sep 30, 2024 | Cost | Unrealized Gain/Loss Sep 30, 2024 | EAI ($) / EY (%) |
|---|---|---|---|---|---|---|---|
| **Common Stock** | | | | | | | |
| CANNABIX TECHNOLOGIES INC COM ISIN #CA13765L1013 SEDOL #BQ0QTH9 (BLOZF) | $0.34 | 1.000 | $0.3479 | $0.34 | $0.48 | -$0.14 | - |
| META MATERIALS INC COM NEW ISIN #US59134N3026 SEDOL #BQ67J98 (MMATQ) | 85.05 | 189.000 | 0.3700 | 69.93 | 28,852.50† | -28,782.57 | - |
| BITECH TECHNOLOGIES CORP COM (BTTC) | unavailable | 2.000 | 0.0692 | 0.13 | 0.14 | -0.01 | - |
| UPSTART HLDGS INC COM (UPST) | 1,275.00 | 30.000 | 40.0100 | 1,200.30 | 1,738.96† | -538.66 | - |
| **Total Common Stock (100% of account holdings)** | **$1,360.39** | | | **$1,270.70** | **$30,592.08** | **-$29,321.38** | - |
| **Total Stocks (100% of account holdings)** | **$1,360.39** | | | **$1,270.70** | **$30,592.08** | **-$29,321.38** | - |
| **Total Holdings** | | | | **$1,270.73** | **$30,592.08** | **-$29,321.38** | **$0.00** |

*All positions held in cash account unless indicated otherwise.*

*Total Cost does not include the cost basis on core, money market or other positions where cost basis is unknown or not applicable.*

† *Third-party provided*