NVB 3001 (Effective 1/21)

# UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA

**PROOF OF INTEREST**

| Name of Debtor | Case Number |
|---|---|
| Meta Materials Inc | 24-50792 |

**1** Name and address of holder of the Equity Interest (the person or entity holding an Equity Interest in the Debtor Referred to hereinafter as the "Interest holder")

Michael Stephen Price
Tabetha Dawn Price
242 Cherokee Trl
Wilmington, NC 28409

Telephone Number: (910) 622-4178

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest Attach copy of statement giving particulars

☒ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors

NOTE This form SHOULD NOT be used to make a claim against the Debtor for money owed A separate Proof of Claim form should be used for that purpose This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security; (b) interest of a limited partner in a limited partnership; or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

**COURT USE ONLY**

Account or other number by which Interest holder identifies Debtor: **4341-9959**

Check here if this claim
☐ replaces a previously filed Proof of Interest dated _____
☐ amends a previously filed Proof of Interest dated _____

**2** Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest

Charles Schwab Corporation
Telephone Number: 1-800-435-4000

**3** Date Equity Interest was acquired

Multiple dates from 5/7/2021 to 3/4/2022
(See attached summary)

**4** Total amount of member interest: 110 shares (unrealized loss $41 771 17)

**5** Certificate number(s): _____

**6** Type of Equity Interest
Please indicate the type of Equity Interest you hold
☒ Check this box if your Equity Interest is based on an actual member interest held in the Debtor
☐ Check this box if your Equity Interest is based on anything else and describe that interest.
Description: _____

**7** Supporting Documents Attach copies of supporting documents such as stock certificates, option agreements warrants, etc
DO NOT SEND ORIGINAL DOCUMENTS If the documents are not available, explain If the documents are voluminous attach a summary

**8** Date-Stamped Copy To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest

**9** Signature
Check the appropriate box
☒ I am the creditor   ☐ I am the creditor's authorized agent   ☐ I am the trustee or the debtor   ☐ I am a guarantor surety, endorser, or other codebtor
(Attach copy of power of attorney, if any)   or their authorized agent   (See Bankruptcy Rule 3005)
(See Bankruptcy Rule 3004)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief

Print Name: Michael Stephen Price & Tabetha Dawn Price
Title:
Company: Address and telephone number (if different from notice address above)

*Michael Stephen Price* 11-8-24
*Tabetha Dawn Price* 11-8-24
(Signature) (Date)

Telephone number: (910) 622-4178   email: pricepack5@gmail.com

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U S C §§ 152 AND 3571*



**Schwab One® Account** of

**MICHAEL STEPHEN PRICE &
TABETHA DAWN PRICE**
DESIGNATED BENE PLAN/TOD

Statement Period
October 1-31, 2024

## Positions - Summary

| Beginning Value as of 10/01 | + | Transfer of Securities(In/Out) | + | Dividends Reinvested | + | Cash Activity | + | Change in Market Value | = | Ending Value as of 10/31 | Cost Basis | Unrealized Gain/(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| $98.49 | | $0.00 | | $0.00 | | $0.00 | | ($50.32) | | $48.17 | $43,295.52 i | ($43,248.84) i |

Values may not reflect all of your gains/losses; Schwab has provided accurate gain and loss information wherever possible for most investments. Cost basis may be incomplete or unavailable for some of your holdings and may change or be adjusted in certain cases. Statement information should not be used for tax preparation, instead refer to official tax documents. For additional information refer to Terms and Conditions.

## Cash and Cash Investments

| Type | Symbol | Description | Quantity | Price($) | Beginning Balance($) | Ending Balance($) | Change in Period Balance($) | Pending/Unsettled Cash($) | Interest/ Yield Rate | % of Acct |
|---|---|---|---|---|---|---|---|---|---|---|
| Bank Sweep | | TD BANK USA NA x,z | | | 1.49 | 1.49 | 0.00 | | 0.20% | 3% |
| **Total Cash and Cash Investments** | | | | | **$1.49** | **$1.49** | **$0.00** | | | **3%** |

## Positions - Equities

| Symbol | Description | | Quantity | Price($) | Market Value($) | Cost Basis($) | Unrealized Gain/(Loss)($) | Est. Yield | Est. Annual Income($) | % of Acct |
|---|---|---|---|---|---|---|---|---|---|---|
| GNS | GENIUS GROUP LTD | F | 62.0000 | 0.62700 | 38.87 | 1,516.54 | (1,477.67) | N/A | 0.00 | 81% |
| MMATQ | META MATLS INC | | 110.0000 | 0.07100 | 7.81 | 41,778.98 | (41,771.17) | N/A | 0.00 | 16% |
| **Total Equities** | | | | | **$46.68** | **$43,295.52** | **($43,248.84)** | | **$0.00** | **97%** |

## Positions - Unpriced Securities

| Symbol | Description | Quantity | Price($) | Market Value($) | Cost Basis($) | Unrealized Gain/(Loss)($) | Est. Yield | Est. Annual Income($) |
|---|---|---|---|---|---|---|---|---|
| | NEXT BRIDGE HYDROCARBONS | 9,055.0000 | | | N/A i | N/A i | | |
| **Total Unpriced Securities** | | | | **$0.00** | **$0.00** | **$0.00** | | **$0.00** |

Estimated Annual Income ("EAI") and Estimated Yield ("EY") calculations are for informational purposes only. The actual income and yield might be lower or higher than the estimated amounts. EY is based upon EAI and the current price of the security and will fluctuate. For certain types of securities, the calculations could include a return of principal or capital gains in which case EAI and EY would be overstated. EY and EAI are not promptly updated to reflect when an issuer has missed a regular payment or announced changes to future payments, in which case EY and EAI will continue to display at a prior rate.

Michael Stephen Price & Tabetha Dawn Price  Brokerage Account JTWROS

242 Cherokee Trail

Wilmington, NC 28409

(910) 622-4178

**TRCH & MMAT stock transactions**

| Purchase Date | Symbol | # Shares | Price/Share | Total Cost |
|---|---|---|---|---|
| 5/7/2021 | TRCH | 410 | $2.0400 | $836.40 |
| 5/21/2021 | TRCH | 3620 | $2.2400 | $8,108.80 |
| 5/28/2021 | TRCH | 435 | $2.3500 | $1,022.25 |
| 6/4/2021 | TRCH | 4590 | $2.7900 | $12,806.10 |
| Total | TRCH | 9055 | | $22,773.55 |

| Purchase Date | Symbol | # Shares | Price/Share | Total Cost |
|---|---|---|---|---|
| 8/6/2021 | MMAT | 5015 | $3.3100 | $16,599.65 |
| 8/13/2021 | MMAT | 12 | $3.2100 | $38.52 |
| 1/21/2022 | MMAT | 1175 | $1.7400 | $2,044.50 |
| 1/28/2022 | MMAT | 224 | $1.4500 | $324.80 |
| 2/4/2022 | MMAT | 340 | $1.6900 | $574.60 |
| 2/11/2022 | MMAT | 62 | $1.7800 | $110.36 |
| 2/18/2022 | MMAT | 173 | $1.7300 | $299.29 |
| 2/25/2022 | MMAT | 296 | $1.7900 | $529.84 |
| 7/5/2022 | MMAT | 303 | $1.0500 | $318.15 |
| 3/4/2022 | MMAT | 189 | $1.4600 | $275.94 |
| Total | MMAT | 7789 | | $21,115.65 |

| Sell Date | Symbol | # Shares | Price/Share | Total Received |
|---|---|---|---|---|
| 1/20/2023 | MMAT | 1363 | 1.04 | $1,417.52 |

**Notes:**

9055 TRCH Shares became 4,527 shares of MMAT via merger and 1:2 Reverse Split on 6/28/2021

Purchased an additional 7,789 shares of MMAT bringing total up to 12,316 shares

Sold 1,363 shares of MMAT (last in first out) on 1/20/2023 bringing total down to 10,953 shares

10,953 shares of MMAT became 110 shares of MMAT via 1:100 Reverse Split on 1/29/24

**We currently hold these 110 shares in our joint Schwab brokerage account**