NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | **PROOF OF INTEREST** |
|---|---|

| Name of Debtor:<br>**META MATERIALS INC.** | Case Number:<br>**24-50792-hlb** | |
|---|---|---|

| 1.   Name and address of holder of the Equity Interest (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):<br><br>Gerard Doucet<br>10 Rexdale Ave, Halifax Nova Scotia, Canada<br>B3P2B5<br><br><br>Telephone Number:   902-403-4303 | ☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.<br><br>■ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.<br><br>☐ Check box if this address differs from the address on the envelope sent to you by the Debtors. | |

**NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.**     COURT USE ONLY

| Account or other number by which Interest holder identifies Debtor:<br>**See attached Wealth Simple 2 Acc** | Check here if this claim:<br>☐ replaces a previously filed Proof of Interest dated: _____<br>☐ amends a previously filed Proof of Interest dated: _____ |
|---|---|

| 2.   Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:<br><br>As per attached statements<br><br>**Telephone Number:** | 3.   Date Equity Interest was acquired:<br>01/01/2020 to July 2024 |
|---|---|

| 4.   Total amount of member interest:  MMAT 2488 and MMAX 149 | 5.   Certificate number(s):_____ |
|---|---|

6.   **Type of Equity Interest:**
Please indicate the type of Equity Interest you hold:
■ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
☐ Check this box if your Equity Interest is based on anything else and describe that interest:
**Description:**_____

7.   **Supporting Documents**: Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8.   **Date-Stamped Copy:** To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

9. **Signature:**
Check the appropriate box.
■ I am the creditor.    ☐ I am the creditor's authorized agent.        ☐ I am the trustee, or the debtor,        ☐ I am a guarantor, surety, endorser, or other codebtor.
                     (Attach copy of power of attorney, if any.)    or their authorized agent.       (See Bankruptcy Rule 3005.)
                                               (See Bankruptcy Rule 3004.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name:   Gerard "Gerry" Doucet
Title: _____
Company:___ Address and telephone number (if different from notice address above):
10 Rexdale Ave Halifax NS, B3P2B5
_____

(Signature)                               4 Nov 24
                                           (Date)

Telephone number: 902-402-4303     email: Gerry.doucet@forces.gc.ca

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

**ORDER EXECUTION ONLY ACCOUNT**

**All figures in $CAD unless otherwise specified**

**W** Wealthsimple Investments Inc.

201 - 80 Spadina Avenue
Toronto, ON, M5V 2J4
Phone: (416) 595-7200 Fax: (647) 245-1002

Gerard Doucet
10 Rexdale Avenue
Halifax NS B3P2B5
CA

| Account No. | Owner | Statement Period |
|---|---|---|
| HQ3855YK8CAD | Gerard Doucet | 2024-08-01 - 2024-08-31 |

| Tax-Free Savings SDI Cash Account | | | | |
|---|---|---|---|---|
| | Market Value($) | % of Market Value | Book Value($) | % of Total Book Value |
| Cash | $18.41 | 0.54 | $18.41 | 0.30 |
| Canadian Equities and Alternatives | $0.00 | 0.00 | $0.00 | 0.00 |
| US Equities and Alternatives | $3,390.83 | 99.45 | $5,937.69 | 99.69 |
| Total Portfolio | $3,409.24 | 100.00 | $5,956.10 | 100.00 |

## Portfolio Cash

| | | | | | Contributions: | |
|---|---|---|---|---|---|---|
| Last Statement Cash Balance | $16.93 | **Cash Paid In** | Deposits | $0.07 | Contributions (year to date): | $5,849.23 |
| Total Cash Paid In | $4,188.84 | | Proceeds from sales | $4,188.77 | | |
| Total Cash Paid Out | $4,187.36 | | Dividends | $0.00 | | |
| Closing Cash Balance | $18.41 | | Interest Earned | $0.00 | | |
| | | | Other | $0.00 | | |
| | | **Cash Paid Out** | Fees | $0.00 | | |
| | | | Taxes | $0.00 | | |
| | | | Interest Paid | $0.00 | | |
| | | | Cost of Investments | $4,187.36 | | |
| | | | Withdrawals | $0.00 | | |
| | | | Other | $0.00 | | |

## Portfolio Equities

| | Symbol | Total Quantity | Segregated Quantity | Market Price* ($) | Market Value ($) | Book Cost* ($) |
|---|---|---|---|---|---|---|
| **Canadian Equities and Alternatives** | | | | | | |
| **US Equities and Alternatives** | *(The conversion rate used to convert your month-end Market Value to CAD is: $1USD = $1.348530 CAD)* | | | | | |
| Meta Materials Inc. | MMATQ | 2467.7200 | 2466.7200 | $0.45 USD | $1,497.50 | $3,674.50 |
| Trump Media & Technology Group Corp. | DJT | 72.0000 | 72.0000 | $19.50 USD | $1,893.33 | $2,263.19 |
| **Total** | | | | | $3,390.83 | $5,937.69 |

**\*Book Cost** - *the total amount paid to purchase a security, including any transaction charges related to the purchase, adjusted for corporate reorganizations. The transaction charge schedule can be found here. The book cost has been calculated to the best of our ability based on the information available to us, unless provided by you or your agent. As such, this information should not be used for the purpose of tax reporting as certain events are dependent on individual circumstances and the book value may not reflect all required adjustments. Please contact us to update the statement records if necessary.*
**\*Market Price** - *the price at which a security is trading and could presumably be purchased or sold.*

2467.72
19. 64
MMA + 148.437


**C¹PF**
MEMBER

Regulated by Canadian Investment Regulatory Organization
Réglementée par Organisme canadien de réglementation des investissements

## Activity - Current period

| Date | Transaction | Description | Charged ($) | Credit ($) | Balance ($) |
|---|---|---|---|---|---|
| 2024-08-09 | CONT | Contribution (executed at 2024-08-09) | $0 00 | $0 07 | $17 00 |
| 2024-08-12 | BUY | MMATQ   Meta Materials Inc   Bought 10 0000 shares (executed at 2024-08-09) FX Rate  1 3995 | $13 02 | $0 00 | $3 98 |
| 2024-08-12 | BUY | MMATQ   Meta Materials Inc   Bought 3 0000 shares (executed at 2024-08-09) FX Rate  1 3996 | $3 94 | $0 00 | $0 04 |
| 2024-08-16 | SELL | DJT - Trump Media & Technology Group Corp   Sold 58 0000 shares (executed at 2024-08 15) FX Rate  1 3451 | $0 00 | $1 917 71 | $1 917 75 |
| 2024-08-16 | BUY | MMATQ   Meta Materials Inc   Bought 1000 0000 shares (executed at 2024-08 15) FX Rate  1 3977 | $969 21 | $0 00 | $948 54 |
| 2024-08-16 | BUY | MMATQ   Meta Materials Inc   Bought 950 0000 shares (executed at 2024-08 15) FX Rate  1 3978 | $918 80 | $0 00 | $29 74 |
| 2024-08-16 | BUY | MMATQ   Meta Materials Inc   Bought 20 0000 shares (executed at 2024-08 15) FX Rate  1 3976 | $19 20 | $0 00 | $10 54 |
| 2024-08-20 | SELL | DJT   Trump Media & Technology Group Corp   Sold 75 0000 shares (executed at 2024-08 19) FX Rate  1 3392 | $0 00 | $2 271 06 | $2 281 60 |
| 2024-08-22 | BUY | DJT   Trump Media & Technology Group Corp   Bought 50 0000 shares (executed at 2024-08 21) FX Rate  1 3865 | $1 567 47 | $0 00 | $714 13 |
| 2024-08 22 | BUY | DJT - Trump Media & Technology Group Corp   Bought 2 0000 shares (executed at 2024-08 21) FX Rate  1 3864 | $63 75 | $0 00 | $650 38 |
| 2024-08 22 | BUY | DJT - Trump Media & Technology Group Corp   Bought 20 0000 shares (executed at 2024-08 21) FX Rate  1 3864 | $631 97 | $0 00 | $18 41 |

## Transactions for Future Settlement

| Settlement Date | Transaction | Description | To be Charged ($) | To be Credited ($) |
|---|---|---|---|---|
| 2024-09 03 | SELL | MMATQ   Meta Materials Inc   Sold 1 0000 shares (executed at 2024-08-30) FX Rate  1 3245 | $0 00 | $0 60 |

CIPF
MEMBER

Regulated by Canadian Investment Regulatory Organization
Réglementée par Organisme canadien de réglementation des investissements

**LEVERAGE DISCLOSURE**

Using borrowed money to finance the purchase of securities and/or crypto assets involves greater risk than using cash resources only. If you borrow money to purchase securities and/or crypto assets, your responsibility to repay the loan and pay interest as required by its terms remains the same even if the value of the securities and/or crypto assets purchased declines

**STATEMENT NOTES**

Self-directed client accounts holding securities and options, as well accounts managed by Wealthsimple Inc but held at Wealthsimple Investments Inc are protected by CIPF within specified limits in the event Wealthsimple Investments Inc becomes insolvent A brochure describing the nature and limits of coverage is available upon request www.cipf.ca

Free credit balances in non-registered accounts represent funds payable on demand which, although properly recorded in our books are not segregated and may be used in the conduct of our business Cash balances in registered accounts are held in trust by Canadian Western Trust Occasional failed deliveries from executing brokers can cause shares to be desegregated based on approved segregation logic

A statement of financial condition and a current list of directors and officers for Wealthsimple Investments Inc will be furnished upon request Clients in British Columbia are entitled to certain additional information about Wealthsimple Investments Inc , including information about commissions and fees that we charge, and about any administrative proceedings that may relate to the firm or its staff

All sales of securities are disclosed to the Canada Revenue Agency on a yearly basis These transactions must be reported on your annual income tax return Keep this statement for income tax purposes, as no other will be provided in respect to these transactions Employees of Wealthsimple Investments Inc are not authorized to provide tax or legal advice Please consult your accountant or lawyer on such matters The information provided in this statement is compiled from our records and other sources believed to be reliable However, we give no warranty as to the accuracy or completeness of the data nor is such warranty implied Use of any of the information contained on this statement is entirely at the discretion of the recipient and no liability may be attached to the broker/dealer indicated on the face of this statement or such usage

For regulatory purposes, Self Regulatory Organizations including Market Regulation Services Inc , the Canadian Investment Regulatory Organization, the Mutual Fund Dealers Association of Canada, Bourse de Montreal Inc , and, the Canadian Investor Protection Fund (collectively 'SROs ) require access to personal information of current and former clients, employees, agents, directors officers, partners and others that has been collected or used by Regulated Persons SROs collect, use or disclose such personal information obtained from Regulated Persons for regulatory purposes, including

> Surveillance of trading-related activity, sales, financial compliance, trade desk review and other regulatory audits, investigation of potential regulatory and statutory violations, regulatory databases, enforcement or disciplinary proceedings, reporting to securities regulators, and, information-sharing with securities regulatory authorities, regulated marketplaces, other self-regulatory organizations and law enforcement agencies in any jurisdiction in connection with any of the foregoing

Any transaction listed in this statement shall be deemed and treated as authorized and correct, approved and confirmed by you unless we receive written notice to Wealthsimple Investments Inc Compliance Department, 201 - 80 Spadina Avenue, Toronto, Ontario, M5V 2J4 within 45 days of the date of the statement

Wealthsimple Investments Inc (formerly Canadian ShareOwner Investments Inc ) is a wholly owned subsidiary of Wealthsimple Financial Corp Wealthsimple Trade is a division of and is licensed for use by Wealthsimple Investments Inc

Wealthsimple ETFs, Power Corporation of Canada (POW), Great West Life (GWL) and IGM Financial Inc (IGM) are related/connected issuers of Wealthsimple Investments Inc

SDI is Wealthsimple's self directed investing product

**ENDNOTES**

> 1  The market value for this security cannot be determined as there is no active market
> 2  The market value for this security has been estimated as there is no active market



CIPF
MEMBER
Regulated by Canadian Investment Regulatory Organization
Réglementée par Organisme canadien de réglementation des investissements

3  Some or all of the book cost of this security has been determined using a fair market value calculation

CIPF
MEMBER
Regulated by Canadian Investment Regulatory Organization
Réglementée par Organisme canadien de réglementation des investissements

## Information about Statement Codes

AFFILIATE - Affiliate bonus
BUY - Purchase of assets
BUYTOOPEN - Purchase of option contracts
CLB - Canada Learning Bond grant
CONT - Contribution
CORRECTION - Applied correction
CREDIT - Credit issued
CRYPTORWD - Crypto staking reward
DCTFEE - Debit card transaction fee
DEP - Non-contribution deposit
DIV - Dividends received
DSCFEE - Deferred sales charge
EXERCISE - Option exercise
EXPIRY - Option expiry
FCPT - Foreign content penalty tax
FEE - Fee
GIFTCARD - Giftcard redeemed
GRANT - Grant payment
GRTRP - Grant repayment

GST - Goods and services tax
HBP - Redemption for home buyers plan
INT - Interest received
JRL - Journal
LLP - Redemption for lifelong learner plan
LOAN - Stocks on loan
NCDIS - Non-cash distribution
NRT - Non resident tax withheld
NSF - Reversal of deposit due to non-sufficient funds
OBP - Online bill payment
PST - Provincial sales tax
QST - Quebec sales tax
RECALL - Termination of stock on loan
REFER - Referral bonus
ROC - Return of capital
SELL - Sell of assets in an account
SELLTOCLOSE - Sell of option contracts

STKDIS - Stock distribution
STKREORG - Stock re-organization
TAX - Tax withheld
TRFIN - Transfer into the account
TRFINTF - Tax-free transfer into the account
TRFOUT - Transfer out of the account
TRFOUTTF - Tax-free transfer out of the account
WD - Non-contribution withdrawal
WDQ - FHSA Qualifying withdrawal
WHTFED - Federal withholding tax
WHTPROQC - Quebec withholding tax
WIREIN - Wire transfer into the account
WIREINTF - Tax-free wire transfer into the account
YTD - Year-to Date

CIPF
MEMBER

Regulated by Canadian Investment Regulatory Organization
Réglementée par Organisme canadien de réglementation des investissements

**ORDER EXECUTION ONLY ACCOUNT**

**All figures in $CAD unless otherwise specified**

### W Wealthsimple Investments Inc.

| Account No. | Owner | Statement Period |
|---|---|---|
| HQ3855X03CAD | Gerard Doucet | 2024-08-01 - 2024-08-31 |

201 - 80 Spadina Avenue
Toronto, ON, M5V 2J4
Phone: (416) 595-7200 Fax: (647) 245-1002

Gerard Doucet
10 Rexdale Avenue
Halifax NS B3P2B5
CA

| Non-Registered SDI Cash Account | | | | |
|---|---|---|---|---|
| | Market Value($) | % of Market Value | Book Value($) | % of Total Book Value |
| Cash | $0.27 | 0.04 | $0.27 | 0.01 |
| Canadian Equities and Alternatives | $0.00 | 0.00 | $667.50 | 34.95 |
| US Equities and Alternatives | $643.02 | 99.95 | $1,241.98 | 65.03 |
| Total Portfolio | $643.29 | 100.00 | $1,909.75 | 100.00 |

## Portfolio Cash

| | | | | |
|---|---|---|---|---|
| Last Statement Cash Balance | $5.21 | **Cash Paid In** | Deposits | $0.04 |
| Total Cash Paid In | $0.04 | | Proceeds from sales | $0.00 |
| Total Cash Paid Out | $4.98 | | Dividends | $0.00 |
| Closing Cash Balance | $0.27 | | Interest Earned | $0.00 |
| | | | Other | $0.00 |
| | | **Cash Paid Out** | Fees | $0.00 |
| | | | Taxes | $0.00 |
| | | | Interest Paid | $0.00 |
| | | | Cost of Investments | $4.98 |
| | | | Withdrawals | $0.00 |
| | | | Other | $0.00 |

## Portfolio Equities

| | Symbol | Total Quantity | Segregated Quantity | Market Price* ($) | Market Value ($) | Book Cost* ($) |
|---|---|---|---|---|---|---|
| **Canadian Equities and Alternatives** | | | | | | |
| METAMATL EXCH RG [1] | MMAX | 148.4375 | 148.4375 | N/A | N/A | $667.50 |
| **US Equities and Alternatives** | *(The conversion rate used to convert your month-end Market Value to CAD is: $1USD = $1.348530 CAD)* | | | | | |
| Meta Materials Inc. | MMATQ | 19.6400 | 19.6400 | $0.45 USD | $11.91 | $69.91 |
| Trump Media & Technology Group Corp. | DJT | 24.0000 | 24.0000 | $19.50 USD | $631.11 | $1,172.07 |
| | **Total** | | | | $643.02 | $1,909.48 |

**Book Cost -** *the total amount paid to purchase a security, including any transaction charges related to the purchase, adjusted for corporate reorganizations. The transaction charge schedule can be found here. The book cost has been calculated to the best of our ability based on the information available to us, unless provided by you or your agent. As such, this information should not be used for the purpose of tax reporting as certain events are dependent on individual circumstances and the book value may not reflect all required adjustments. Please contact us to update the statement records if necessary.*

**Market Price -** *the price at which a security is trading and could presumably be purchased or sold.*

CIPF
MEMBER

Regulated by Canadian Investment Regulatory Organization
Réglementée par Organisme canadien de réglementation des investissements

## Activity - Current period

| Date | Transaction | Description | Charged ($) | Credit ($) | Balance ($) |
|------|-------------|-------------|-------------|------------|-------------|
| 2024-08 09 | CONT | Contribution (executed at 2024-08-09) | $0 00 | $0 04 | $5 25 |
| 2024-08-12 | BUY | MMATQ  Meta Materials Inc  Bought 4 0000 shares (executed at 2024-08-09) FX Rate 1 3994 | $4 98 | $0 00 | $0 27 |

CIPF
MEMBER

Regulated by Canadian Investment Regulatory Organization
Réglementée par Organisme canadien de réglementation des investissements

**LEVERAGE DISCLOSURE**

Using borrowed money to finance the purchase of securities and/or crypto assets involves greater risk than using cash resources only If you borrow money to purchase securities and/or crypto assets, your responsibility to repay the loan and pay interest as required by its terms remains the same even if the value of the securities and/or crypto assets purchased declines

**STATEMENT NOTES**

Self-directed client accounts holding securities and options, as well accounts managed by Wealthsimple Inc but held at Wealthsimple Investments Inc are protected by CIPF within specified limits in the event Wealthsimple Investments Inc becomes insolvent A brochure describing the nature and limits of coverage is available upon request www.cipf.ca

Free credit balances in non-registered accounts represent funds payable on demand which, although properly recorded in our books, are not segregated and may be used in the conduct of our business Cash balances in registered accounts are held in trust by Canadian Western Trust Occasional failed deliveries from executing brokers can cause shares to be desegregated based on approved segregation logic

A statement of financial condition and a current list of directors and officers for Wealthsimple Investments Inc will be furnished upon request Clients in British Columbia are entitled to certain additional information about Wealthsimple Investments Inc , including information about commissions and fees that we charge, and about any administrative proceedings that may relate to the firm or its staff

All sales of securities are disclosed to the Canada Revenue Agency on a yearly basis These transactions must be reported on your annual income tax return Keep this statement for income tax purposes, as no other will be provided in respect to these transactions Employees of Wealthsimple Investments Inc are not authorized to provide tax or legal advice Please consult your accountant or lawyer on such matters The information provided in this statement is compiled from our records and other sources believed to be reliable However we give no warranty as to the accuracy or completeness of the data nor is such warranty implied Use of any of the information contained on this statement is entirely at the discretion of the recipient and no liability may be attached to the broker/dealer indicated on the face of this statement or such usage

For regulatory purposes, Self Regulatory Organizations including Market Regulation Services Inc , the Canadian Investment Regulatory Organization, the Mutual Fund Dealers Association of Canada, Bourse de Montreal Inc , and the Canadian Investor Protection Fund (collectively 'SROs") require access to personal information of current and former clients, employees, agents, directors, officers, partners and others that has been collected or used by Regulated Persons SROs collect, use or disclose such personal information obtained from Regulated Persons for regulatory purposes, including

> Surveillance of trading-related activity, sales, financial compliance, trade desk review and other regulatory audits, investigation of potential regulatory and statutory violations, regulatory databases, enforcement or disciplinary proceedings, reporting to securities regulators, and information-sharing with securities regulatory authorities, regulated marketplaces, other self-regulatory organizations and law enforcement agencies in any jurisdiction in connection with any of the foregoing

Any transaction listed in this statement shall be deemed and treated as authorized and correct approved and confirmed by you unless we receive written notice to Wealthsimple Investments Inc Compliance Department, 201 - 80 Spadina Avenue, Toronto, Ontario, M5V 2J4 within 45 days of the date of the statement

Wealthsimple Investments Inc (formerly Canadian ShareOwner Investments Inc ) is a wholly owned subsidiary of Wealthsimple Financial Corp Wealthsimple Trade is a division of and is licensed for use by Wealthsimple Investments Inc

Wealthsimple ETFs, Power Corporation of Canada (POW), Great West Life (GWL) and IGM Financial Inc (IGM) are related/connected issuers of Wealthsimple Investments Inc

SDI is Wealthsimple s self directed investing product

**ENDNOTES**

> 1 The market value for this security cannot be determined as there is no active market
> 2 The market value for this security has been estimated as there is no active market



CIPF
MEMBER

Regulated by Canadian Investment Regulatory Organization
Réglementée par Organisme canadien de réglementation des investissements

3 Some or all of the book cost of this security has been determined using a fair market value calculation

CIPF

MEMBER

Regulated by Canadian Investment Regulatory Organization
Réglementée par Organisme canadien de réglementation des investissements

## Information about Statement Codes

AFFILIATE - Affiliate bonus
BUY - Purchase of assets
BUYTOOPEN - Purchase of option contracts
CLB - Canada Learning Bond grant
CONT - Contribution
CORRECTION - Applied correction
CREDIT - Credit issued
CRYPTORWD - Crypto staking reward
DCTFEE - Debit card transaction fee
DEP - Non-contribution deposit
DIV - Dividends received
DSCFEE - Deferred sales charge
EXERCISE - Option exercise
EXPIRY - Option expiry
FCPT - Foreign content penalty tax
FEE - Fee
GIFTCARD - Giftcard redeemed
GRANT - Grant payment
GRTRP - Grant repayment

GST - Goods and services tax
HBP - Redemption for home buyers' plan
INT - Interest received
JRL - Journal
LLP - Redemption for lifelong learner plan
LOAN - Stocks on loan
NCDIS - Non-cash distribution
NRT - Non resident tax withheld
NSF - Reversal of deposit due to non-sufficient funds
OBP - Online bill payment
PST - Provincial sales tax
QST - Quebec sales tax
RECALL - Termination of stock on loan
REFER - Referral bonus
ROC - Return of capital
SELL - Sell of assets in an account
SELLTOCLOSE - Sell of option contracts

STKDIS - Stock distribution
STKREORG - Stock re-organization
TAX - Tax withheld
TRFIN - Transfer into the account
TRFINTF - Tax-free transfer into the account
TRFOUT - Transfer out of the account
TRFOUTTF - Tax-free transfer out of the account
WD - Non-contribution withdrawal
WDQ - FHSA Qualifying withdrawal
WHTFED - Federal withholding tax
WHTPROQC - Quebec withholding tax
WIREIN - Wire transfer into the account
WIREINTF - Tax-free wire transfer into the account
YTD - Year to Date

CIPF MEMBER — Regulated by Canadian Investment Regulatory Organization / Réglementée par Organisme canadien de réglementation des investissements