NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | PROOF OF INTEREST |
|---|---|

| Name of Debtor:<br>**META MATERIALS INC.** | Case Number:<br>**24-50792-hlb** |
|---|---|

**1.** Name and address of holder of the Equity Interest (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

Gerard Doucet
10 Rexdale Ave, Halifax Nova Scotia, Canada
B3P2B5  C/O Victor Stevens 8 Willowdale Ter Halifax Nova Scotia

Telephone Number:  902-403-4303

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

■ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

**NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.**

COURT USE ONLY

| Account or other number by which Interest holder identifies Debtor:<br>**See attached TD Account (TFSA)Screenshot** | Check here if this claim:<br>☐ replaces a previously filed Proof of Interest dated: _____<br>☐ amends a previously filed Proof of Interest dated: _____ |
|---|---|

**2.** Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:

TD Ameritrade Account CAD TFSA 466908J Name Victor Stevens

Telephone Number: 902-402-4303

**3.** Date Equity Interest was acquired:
01/01/2024

**4.** Total amount of member interest: __2053 MMAT Shares in TFSA__

**5.** Certificate number(s): See attached Screenshot

**6.** Type of Equity Interest:
Please indicate the type of Equity Interest you hold:
■ Check this box if your Equity Interest is based on an actual member interest held in the Debtor
☐ Check this box if your Equity Interest is based on anything else and describe that interest:
Description: _____

**7.** Supporting Documents: Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**8.** Date-Stamped Copy: To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

**9. Signature:**
Check the appropriate box.
☐ I am the creditor.  ■ I am the creditor's authorized agent. (Attach copy of power of attorney, if any.)  ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)  ☐ I am a guarantor, surety, endorser, or other codebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: Gerard "Gerry" Doucet
Title: POA for Mr Victor Stevens
Company:___ Address and telephone number (if different from notice address above):
10 Rexdale Ave Halifax NS, B3P2B5

(Signature)   4 Nov 2024   (Date)

Telephone number: 902-402-4303   email: Gerry.doucet@forces.gc.ca

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

**Doucet Lt(N) GJ@VCDS Natl CJCR Sp Gp@Shearwater**

| | |
|---|---|
| **From:** | Doucet Lt(N) GJ@VCDS Natl CJCR Sp Gp@Shearwater |
| **Sent:** | October 16, 2024 11:17 AM |
| **To:** | Doucet Lt(N) GJ@VCDS Natl CJCR Sp Gp@Shearwater |
| **Subject:** | FW: 6836 Chebucto Road | Documents |



10:23 AM  Wed Oct 16                                      76%

< **Holding Details** ↻

As of October 16, 2024 at 9:22:44 AM EDT

 **MMATQ**

USD **$0.2254**

$0.00 (0.00%)

META MATERIALS INC-NEW

Bid (Lots)

$0.01 (100)

Ask (Lots)

$0.75 (10)



| Buy | Sell |
|---|---|

| | |
|---|---|
| Gain/Loss | **-$36,438.83** |
| Unrealized | **-98.28%** |
| Quantity | 2,053 |
| Average Cost [1] | $18.06 |
| Book Cost | $37,077.98 |
| Market Value [1] | $639.15 |

1



10:33 AM   Wed Oct 16

**Direct Investing**

$46,289.78

CAD TFSA
TD Direct Investing
466980J

SECURITIES TRANSFER     PROJECTED INCOME     TRANSFER     FUT

| Balances | Holdings | Activity |
| --- | --- | --- |

| HOLDING | PRICE/CHG | GAIN/LOSS Unrealized |
| --- | --- | --- |
| 🇨🇦 **BNS** BANK OF NOVA SCOTIA | | |
| 623 Quantity 98.48% of Portfolio | $73.17 +$0.3099 (+0.43%) | +$2,447.76 +5.67% |
| 🇺🇸 **MMATQ** META MATERIALS INC-NEW | | |
| 2,053 Quantity 1.38% of Portfolio | $0.2255 USD $0.00 (0.00%) | -$36,438.83 -98.28% |

As of Oct 16, 2024 at 10:32:33 AM ADT

Gerry and Suzanne Doucet
10 Rexdale Ave Halifax, NovaScotia

DATED   This 4th day of November, 2020

---

# POWER OF ATTORNEY
# OF
# VICTOR ERVINE STEVENS

---

**BLOIS, NICKERSON & BRYSON LLP**
*Barristers and Solicitors*
*P O  Box 2147*
*Halifax, NS B3J 3B7*

*Per   N  Kent Clarke*

- 5 -

CANADA
PROVINCE OF NOVA SCOTIA
COUNTY OF HALIFAX   SS

I hereby certify that on this 4th day of November, 2020, Victor Ervine Stevens one
of the parties mentioned in the foregoing and annexed Power of Attorney signed,
sealed and executed the within Power of Attorney in my presence and I have
signed as a witness to such execution.

N. Kent Clarke
*A Barrister of the Supreme Court of Nova Scotia*

- 4 -

that the Public Trustee should immediately assume management of my estate, I **DECLARE** that the *Hospitals Act*, Section 59(2), shall not apply to permit the Public Trustee to intervene and take possession of my property and effects, and I **DECLARE** that my attorney shall conduct the administration of my affairs pursuant to Section 59 of the *Hospitals Act*

14        I **DECLARE** that my attorney shall dispose of and manage all my property according to law and in my best interests and shall keep a record of all monies received and expenses incurred on my behalf

15        I **HEREBY GRANT** power to my said attorney to appoint, in writing, a substitute attorney or attorneys to act in his or her stead with the same or more limited powers

16        I **DECLARE** that all monies deposited in a joint bank account between myself and my spouse shall not be subject to any resulting trust and that my attorney shall not be required to account for monies withdrawn by my spouse from such account

17        I **HEREBY COVENANT** for myself, my heirs, executors and administrators, to ratify and confirm whatsoever my attorney shall lawfully do or cause to be done in the premises by virtue of These Presents

**IN WITNESS WHEREOF** I have hereunto set my hand and seal this 4th day of November, A D , 2020

SIGNED, SEALED & DELIVERED)
in the presence of                    )
                                                   )
_____    )
                                                   )
                                                   )    **VICTOR ERVINE STEVENS**

- 3 -

10          To release any rights which I may have under the **Matrimonial Property Act**, Statutes, N S 1980, C 9, or its successor, and similar laws of other Provinces of Canada or other jurisdictions

11          **I DECLARE** that this Power of Attorney may be exercised during any legal incapacity which I may suffer   It is an enduring power of attorney within the meaning of the **Powers of Attorney Act** (Nova Scotia) and similar laws of other Provinces of Canada or other jurisdictions   It shall not be terminated or invalidated by reason only of my legal incapacity   My attorney may exercise discretion in using the additional powers hereinafter set out

            (a)    To retain any investment or any part thereof in the form in which it exists and to make any investments which my attorney considers advisable without being limited to investments authorized by law for trustees

            (b)    To use my property and the income derived therefrom for my support and for the support of any other person legally dependent upon me for support whether residing with me or not

12          **I DECLARE** that my attorney shall be entitled to reimbursement for any reasonable expenses incurred in acting as my attorney and to remuneration (i) in accordance with the rate of remuneration for trustees as prescribed by the Supreme Court of Nova Scotia from time to time, or (ii) as fixed by a Local Judge of the Trial Division of the Supreme Court of Nova Scotia upon application by my attorney

13          **IN THE EVENT** that I am in a hospital and a declaration of competency is made pursuant to the **Hospitals Act**, R S N S 1989, C 208 which discloses that I am unable to administer my estate and the circumstances are such

2

4.          To purchase, sell, rent, exchange, mortgage, charge, lease, surrender, manage, guarantee and in every way deal with real estate and any interest therein, and to execute and deliver deeds, transfers, mortgages, charges, leases, assignments, postponements, surrenders, releases and other instruments required for any such purpose.

5.          To make, assume, purchase, discharge, assign, pledge and in every way deal with mortgages of real and personal property and to exercise all powers of sale and other powers therein.

6.          To make and enforce claims in respect of moneys and other property and all interest now belonging or hereafter to belong to me, or which my Attorney may think so to belong, in respect of any real and personal property, and other claims whatsoever.

7.          To pay, satisfy, and comply with any pecuniary, proprietary or other claims which may be made against me (whether capable of being legally established or not).

8.          To become party to any legal proceedings by me or at my instance; to join or concur in any legal proceedings by others representing my interests, or which shall be thought beneficial to my interests, and to become party to and defend any proceedings against me or adverse to my interests.

9.          To deal with and manage my personal property as effectually as I myself might do, including but not limited to any filing or obtaining of information with regard to all returns, allocations and elections as may be permissible or necessary under the **Income Tax Act (Canada)** and the provisions thereof in force from time to time.

# POWER OF ATTORNEY

**KNOW ALL MEN BY THESE PRESENTS**, that I, **VICTOR ERVINE STEVENS**, of Halifax, in the Halifax Regional Municipality, Province of Nova Scotia, Canada, do hereby appoint, **KAREN MARIE SMITH**, of 8 Willowdale Terrace, Halifax, Nova Scotia B2W 4B3, or if **KAREN MARIE SMITH** is at any time unable or unwilling to act, **I APPOINT SUZANNE DOUCET AND GERRY DOUCET,** of 10 Rexdale Avenue, Halifax, Halifax Regional Municipality, Province of Nova Scotia B3P 2B8, to be my attorney to do all acts as fully and effactually as I could do if personally present, and particularly the following acts, the enumeration of which is not in any way to limit the general powers herein conferred to do all acts as fully and effectually as I could do if personally present, and particularly the following acts, the enumeration of which is not in any way to limit the general powers herein conferred, namely:-

1.          To draw, accept, sign, make, endorse, negotiate and dispose of all or any bills of exchange, promissory notes, cheques, and orders for the payment of money; to pay and receive all moneys, and to give acquittance therefor; to discount or deposit or transfer any negotiable paper, stocks, bonds and other securities; to draw and sign all cheques, orders and drafts for payment of money; and to overdraw the account of the undersigned with any bank if my attorney shall think fit; to arrange, settle and balance all books and accounts, and to sign any bank form of settlement of balances and release; and generally, for and in the name of the undersigned, to transact with any bank any business my attorney may think fit.

2.          To subscribe for, accept, purchase, sell, pledge, transfer, surrender and in every way deal with shares, stocks, bonds, debentures, and coupons of every kind and description, and to vote and act in respect thereof.

3.          To receive and collect rents, dividends, bonuses, profits, interest, commission, fees, salaries, debts and claims of every kind and to give receipts and discharges therefor and to distrain for rent and interest.