NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | | **PROOF OF INTEREST** |
|---|---|---|
| Name of Debtor: <br> **META MATERIALS INC.** | Case Number: <br> **24-50792-hlb** | |

**1. Name and address of holder of the Equity Interest** (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

Gerard Doucet
10 Rexdale Ave, Halifax Nova Scotia, Canada
B3P2B5

Telephone Number: 902-403-4303

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

■ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

**COURT USE ONLY**

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

Account or other number by which Interest holder identifies Debtor:
**See attached Scotia I trade**

Check here if this claim:
☐ replaces a previously filed Proof of Interest dated: _____
☐ amends a previously filed Proof of Interest dated: _____

**2.** Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:

As per attached statements

Telephone Number:

**3.** Date Equity Interest was acquired:
01/01/2020 to July 2024

**4.** Total amount of member interest: **2572 MMAT Shares**

**5.** Certificate number(s): _____

**6. Type of Equity Interest:**
Please indicate the type of Equity Interest you hold:
■ Check this box if your Equity Interest is based on an actual member interest held in the Debtor
☐ Check this box if your Equity Interest is based on anything else and describe that interest:
Description: _____

**7. Supporting Documents:** Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**8. Date-Stamped Copy:** To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

**9. Signature:**
Check the appropriate box.
■ I am the creditor.  ☐ I am the creditor's authorized agent. (Attach copy of power of attorney, if any.)  ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)  ☐ I am a guarantor, surety, endorser, or other codebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: Gerard "Gerry" Doucet
Title:
Company:___ Address and telephone number (if different from notice address above):
10 Rexdale Ave Halifax NS, B3P2B5

(Signature)
Telephone number: 902-402-4303   email: Gerry.doucet@forces.gc.ca
(Date) 4 Nov 24

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

Account Number: **591-51695-19**
Statement for September 1 to 30, 2024

# Scotia iTRADE.



## Scotia eDocuments – Get Online!

As a Scotia iTRADE® customer, you can enrol to receive free, electronic access to your account statements, trade confirms, mutual fund prospectuses, and annual trading summary. Visit scotiaitrade.com to learn more and sign-up today.

# A Note From Scotia iTRADE

### Auditor's Message
Our auditors, KPMG LLP, are presently engaged in the examination of our year-end financial statements. Please compare this statement against your records and advise our auditors of any discrepancies: Shareholders' Auditors, Attention: Taryn Tian, KPMG Audit Team, Bay Adelaide Centre, 333 Bay Street - Suite 4600, Toronto, ON, M5H 2S5, Canada, fax at (416) 777-8818 or email: scotiacapitalconfirm@kpmg.ca.

### Important notice for clients turning age 71 this year
The Canada Revenue Agency requires all plan holders with a Registered Retirement Savings Plan (RRSP), Locked-in Retirement Savings Plan (LRSP), or a Locked-in Retirement Account (LIRA) turning age 71 this year to convert their RRSP/LRSP/LIRA holdings into a source of retirement income by December 31, 2024. To open a new RRIF/RLIF/LIF account, have your username or ScotiaCard© handy and sign on to scotiaitrade.com. Please note, RRSP contributions can still be made until the end of this year. If you have already opened your new account(s), thank you.

### Our new Scotia® online experience is ready for you today
The new Scotia online experience brings you a refreshed design and functionality while still allowing you to enjoy the same great features. If you haven't already begun to use the new experience, start today, it will replace some features of the classic version by the end of this year.
Check out www.scotiaitrade.com/newexperience for more information.

*Our Options Account Agreement* (the "Agreement") and *Derivatives Risk Disclosure Statement* ("Risk Statement") have been updated in accordance with the Canadian Investment Regulatory Organization (CIRO) rule amendments.
The Agreement now includes the requirement for you to notify us of changes to your insider status, and a notification that we may have to provide information on your account if required by applicable law or by CIRO. While the risks associated with trading Options have not changed, the Risk Statement has been enhanced to provide greater clarity, upon direction by CIRO.

Our revised Relationship Disclosure Document and Terms and Conditions contain the Agreement (Section 2.3) and Risk Statement (Section 2.10), and can be found at the following link:
https://www.scotiaitrade.com/content/dam/itrade/documents/disclosures.pdf or find it by visiting scotiaitrade.com > Accounts > Forms Library > Account changes, policies and terms and conditions.

**Scotia iTRADE.**

### Terms and Conditions
Terms and Conditions are applicable to your account(s). For further details of these terms and conditions go to http://www.scotiaitrade.com/

### Order-Execution Only Account
Only Account means that Scotia iTRADE does not provide recommendations or accept any responsibility to advise clients on the suitability of investment decisions or transactions.

### Statement Frequency
Statements are issued monthly whenever there has been activity in the account, or when you held an unexpired or unexercised option contract during the past month; otherwise statements are issued on a quarterly basis.

### Leverage / Margin Risk Disclosure Statement
The use of leverage may not be suitable for all investors. Using borrowed money (whether through a margin account or any other method of borrowing) to finance the purchase of securities involves greater risk than using cash resources only. If you borrow money to purchase securities, your responsibility to repay the loan and pay interest as required by its terms remains the same even if the value of the securities purchased declines.

### Account Summary and Portfolio Overview
"Net Asset Value" refers to the total market value of priced securities within your account, by currency, including cash balances, accrued interest and pending dividends/payments at the close of the date indicated on the statement.

### Adjusted Average Cost and Adjusted Book Value
Adjusted average cost represents the average cost of acquiring one share/unit of a security including commissions, fees, reinvested dividends and/or mutual fund distributions. This has been calculated to the best of our ability. Adjusted book value is the total cost of acquiring a security - the total of your adjusted average cost times the number of shares/units you hold of a security.

### Cash Balances
This section shows the balance in your account, including all transactions that have settled. A debit balance is indicated by '-' and represents an amount owed to Scotia iTRADE. A credit balance in a Regular account represents an amount owed to you, whereas a credit balance in a Registered account indicates the cash portion of your assets.

Free credit balances in Regular accounts represent funds payable on demand which, although properly recorded in our books, are not segregated and may be used in the conduct of our business. Cash balances in Registered accounts are held in trust by the trustee.

### Asset Class Summary
Asset classes you hold will be displayed under the Asset Class Summary section in the statement. Only the asset classes of securities you hold in your account will be displayed in your statement. The "Multi-Asset" category includes Balanced funds, Diversified funds and other securities that hold assets from different asset classes. "Alternative Investments" include the securities that do not fall into conventional equity/fixed income/cash categories, including but not limited to commodities, precious metals, private equity and hedge funds. Securities that do not fall in any of the defined asset classes will be classified as "Others". Principal Protected Notes will be categorized as "Fixed Income" and Principal at Risk Notes will be categorized as "Equity". Please note that "Market Value" and "% of Total Assets" against each asset class represent market value of priced securities within the asset class, including accrued interest and pending dividends/payments.

### Payment Information (RRIF and LIF Accounts Only)
The information displayed reflects our records as of the statement date. The Selected Payment Frequency indicates the payment frequency as of the statement date. Minimum Annual Payment refers to the minimum annual amount required by Canada Revenue Agency from your RRIF account. If, according to our records, you have elected to receive an annual amount greater than the minimum payment, then this amount will be displayed as the Elected Payment Amount. Withholding tax will be applied to amounts withdrawn in excess of the Minimum Annual Payment. The Year to Date Payment amount displayed is the total amount of the payments paid to you, after withholding tax has been deducted, if applicable.

### New Activity in Your Account
This section shows all the activity in your account during the month. The Date column refers to the settlement date in the case of executed trades, or processing date in the case of other entries. Transfers of funds made to your account on the last business day of the month may not appear on your month end statement until the following month.

### Short Account
Proceeds from declared short sales have been segregated into a SHORT account and market increases and/or decreases from the original sale price are marked to the market. Such increases and or decreases are transferred to your margin account weekly. Transfers are reflected with the description 'Mark to Market.'

### Your Account Holdings
The market valuation information has been obtained from sources believed to be reliable; however, we cannot guarantee their accuracy. Our best efforts have been made to price all securities; however, in some circumstances, we may be unable to obtain valuations. A current market quotation can be made available upon request. Details of your account holdings will also include accrued Interest, pending dividends/payments associated with the securities held in the account, against each asset class.

### Accrued Interest/Pending Dividends/Pending Payments
Accrued interest is the amount of interest earned on a fixed income security but not yet paid to the account. Pending dividends/payments are estimated dividends/distributions declared by the issuer and payable on a security, not taking into account any withholding taxes that may be incurred by a security holder after the payment of such dividends/distributions.

### Segregated Quantity
Securities regulations stipulate that all fully paid and excess margin securities must be promptly segregated and are not available for use in the general conduct of our business. All security positions displayed under the account holdings section are segregated unless otherwise indicated under the security description column. Securities registered in your name are also indicated under the security description column.

### Remuneration for Order Flow
In connection with certain trades in securities of U.S. issuers, Scotia Capital Inc. will receive remuneration for directing orders to a particular broker-dealer or market centre for execution. The source and amount of any such remuneration received by Scotia iTRADE in connection with any transaction executed on your behalf will be disclosed to you upon request.

### Member-Canadian Investor Protection Fund
Customers' accounts are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of coverage is available upon request.

### Endnotes
1. There has been an adjustment made to this book value during the statement period.
2. There is no active market for this investment, and therefore the market value has been estimated.
3. There is no active market for this investment, and the market value cannot be determined.
4. If this position is sold, a sales charge may be applied to the proceeds.
5. Some or all of the book value of this position has been determined using a market value calculation.
6. The book value of this position cannot be determined.

### Other Information:
Employees of The Bank of Nova Scotia ('Scotia Capital') and/or Scotia iTRADE are not authorized to provide tax or legal advice. Please consult your accountant or lawyer on such matters.

The financial statement of Scotia Capital and Scotia Capital Inc. as at the close of the last financial year and a current list of directors and officers will be furnished upon request. Clients in British Columbia are entitled to certain additional information about Scotia iTRADE, including information about commissions and fees that we charge, and about any administrative proceedings that may relate to the firm or our staff.

This statement constitutes a complete record of your transactions. Please examine this statement of account promptly. If you do not agree with the information hereon, please advise us in writing within thirty days at: Scotia iTRADE, Compliance Department, 4 King Street West, 12th Floor, Toronto, Ontario, M5H 1H1 or you will be precluded from asserting that errors or omissions have occurred.

### Code Information

| Code: | Nonvot | Resvot | Subvot |
|---|---|---|---|
| Definition: | Non-voting | Restricted Voting | Subordinate voting |

**Investment Account Statement**

# Scotia iTRADE

KCECE - 136332

GERARD J DOUCET   56*
10 REXDALE AV
HALIFAX NS  B3P 2B5

Account Number: **591-51695-19**
Account Type: Registered Retirement Savings Plan
For the Period: **September 1 to 30, 2024**
Last Statement: August 30, 2024

### Address Information
44 King Street West
Concourse Level
Toronto, Ontario
M5H 1H1

Phone: (888) 872-3388
Website: www.scotiaitrade.com
Email: service@scotiaitrade.com

**Order-Execution Only Account**
The Bank of Nova Scotia Trust Company acting as Trustee

## Portfolio Overview

Account Currency: CAD

### Account Summary

| Date | Net Asset Value |
|---|---|
| ■ Aug. 30, 2024 | $1,167 |
| ■ Sep. 30, 2024 | $980 |
| **Change in the value of your account** | **$-187** |



### Asset Class Summary

| Asset Class Summary | Sep. 30, 2024 Market Value | % of Total Assets |
|---|---|---|
| ■ Cash | 124 | 12.65 |
| ■ Equity | 856 | 87.35 |
| **Total Value of Portfolio** | **$980** | **100.00** |



12.65%
87.35%



**Regulated by CIRO**
Canadian Investment
Regulatory Organization

Scotia iTRADE ® (Order-Execution Only) is a division of Scotia Capital Inc. ("SCI"). SCI is regulated by the Canadian Investment Regulatory Organization and is a member of the Canadian Investor Protection Fund. Scotia iTRADE does not provide investment advice or recommendations and investors are responsible for their own investment decisions. This transaction is subject to the Agreement on the reverse side.
®Registered trademark of The Bank of Nova Scotia, used under license.

# Scotia iTRADE

Account Number: **591-51695-19**
Statement for September 1 to 30, 2024

## Details of Your Account Holdings

| Security Description | Quantity | Average Cost | Adjusted Book Value | Market Price | Market Value |
|---|---|---|---|---|---|
| **Cash** | | | | | **$124** |
| **Equity** | | | | | |
| LEVIATHAN GOLD LTD COM NEW | 547 | 0.050 | 27 | 0.070 | 38 |
| META MATERIALS INC COMMON STOCK | 1,636 | 3.388 | 5,543 | 0.500 | 818 |
| **Total Equity** | | | **$5,570** | | **$856** |
| **Total Account Holdings** | | | **$5,694** | | **$980** |

The adjusted cost displayed on this statement incorporates the original cost of your investments as well as any reinvested dividends and/or mutual fund distributions. Please note that where you have purchased securities through a PAC plan the cost displayed does not necessarily reflect your original purchase price.

## Monthly Activity

| Date | Activity | Description | Quantity | Price | Credit/Debit(-) |
|---|---|---|---|---|---|
| **Opening Cash Balance** | | | | | **$124.83** |
| | No transactions in your account | | | | |
| **Closing Cash Balance** | | | | | **$124.83** |

## Summary

### Contribution Summary

| | Personal | Total |
|---|---|---|
| First 60 Days | 2,500 | 2,500 |
| Remainder of Year | 0 | 0 |
| **Year-to-Date** | **$2,500** | **$2,500** |

# Scotia iTRADE

Account Number: **559-38184**
Statement for September 1 to 30, 2024

## Summary

### Income Summary

|  | This Period | Year-to-Date |
|---|---|---|
| **Total Income** | $0 | $0 |



### Scotia eDocuments – Get Online!

As a Scotia iTRADE® customer, you can enrol to receive free, electronic access to your account statements, trade confirms, mutual fund prospectuses, and annual trading summary. Visit **scotiaitrade.com** to learn more and sign-up today.

## A Note From Scotia iTRADE

### Auditor's Message
Our auditors, KPMG LLP, are presently engaged in the examination of our year-end financial statements. Please compare this statement against your records and advise our auditors of any discrepancies: Shareholders' Auditors, Attention: Taryn Tian, KPMG Audit Team, Bay Adelaide Centre, 333 Bay Street - Suite 4600, Toronto, ON, M5H 2S5, Canada, fax at (416) 777-8818 or email: scotiacapitalconfirm@kpmg.ca.

### Important notice for clients turning age 71 this year
The Canada Revenue Agency requires all plan holders with a Registered Retirement Savings Plan (RRSP), Locked-in Retirement Savings Plan (LRSP), or a Locked-in Retirement Account (LIRA) turning age 71 this year to convert their RRSP/LRSP/LIRA holdings into a source of retirement income by December 31, 2024. To open a new RRIF/RLIF/LIF account, have your username or ScotiaCard© handy and sign on to scotiaitrade.com. Please note, RRSP contributions can still be made until the end of this year. If you have already opened your new account(s), thank you.

### Our new Scotia® online experience is ready for you today
The new Scotia online experience brings you a refreshed design and functionality while still allowing you to enjoy the same great features. If you haven't already begun to use the new experience, start today, it will replace some features of the classic version by the end of this year.
Check out www.scotiaitrade.com/newexperience for more information.

*Our Options Account Agreement* (the "Agreement") and *Derivatives Risk Disclosure Statement* ("Risk Statement") have been updated in accordance with the Canadian Investment Regulatory Organization (CIRO) rule amendments.
The Agreement now includes the requirement for you to notify us of changes to your insider status, and a notification that we may have to provide information on your account if required by applicable law or by CIRO. While the risks associated with trading Options have not changed, the Risk Statement has been enhanced to provide greater clarity, upon direction by CIRO.

Our revised Relationship Disclosure Document and Terms and Conditions contain the Agreement (Section 2.3) and Risk Statement (Section 2.10), and can be found at the following link:
https://www.scotiaitrade.com/content/dam/itrade/documents/disclosures.pdf or find it by visiting scotiaitrade.com > Accounts > Forms Library > Account changes, policies and terms and conditions.

# Scotia iTRADE

Account Number: **559-38184**

Statement for September 1 to 30, 2024

### Terms and Conditions
Terms and Conditions are applicable to your account(s). For further details of these terms and conditions go to http://www.scotiaitrade.com/.

### Order-Execution Only Account
Only Account means that Scotia iTRADE does not provide recommendations or accept any responsibility to advise clients on the suitability of investment decisions or transactions.

### Statement Frequency
Statements are issued monthly whenever there has been activity in the account, or when you held an unexpired or unexercised option contract during the past month; otherwise statements are issued on a quarterly basis.

### Leverage / Margin Risk Disclosure Statement
The use of leverage may not be suitable for all investors. Using borrowed money (whether through a margin account or any other method of borrowing) to finance the purchase of securities involves greater risk than using cash resources only. If you borrow money to purchase securities, your responsibility to repay the loan and pay interest as required by its terms remains the same even if the value of the securities purchased declines.

### Account Summary and Portfolio Overview
"Net Asset Value" refers to the total market value of priced securities within your account, by currency, including cash balances, accrued interest and pending dividends/payments at the close of the date indicated on the statement.

### Adjusted Average Cost and Adjusted Book Value
Adjusted average cost represents the average cost of acquiring one share/unit of a security including commissions, fees, reinvested dividends and/or mutual fund distributions. This has been calculated to the best of our ability. Adjusted book value is the total cost of acquiring a security - the total of your adjusted average cost times the number of shares/units you hold of a security.

### Cash Balances
This section shows the balance in your account, including all transactions that have settled. A debit balance is indicated by '-' and represents an amount owed to Scotia iTRADE. A credit balance in a Regular account represents an amount owed to you, whereas a credit balance in a Registered account indicates the cash portion of your assets.

Free credit balances in Regular accounts represent funds payable on demand which, although properly recorded in our books, are not segregated and may be used in the conduct of our business. Cash balances in Registered accounts are held in trust by the trustee.

### Asset Class Summary
Asset classes you hold will be displayed under the Asset Class Summary section in the statement. Only the asset classes of securities you hold in your account will be displayed in your statement. The "Multi-Asset" category includes Balanced funds, Diversified funds and other securities that hold assets from different asset classes. "Alternative Investments" include the securities that do not fall into conventional equity/fixed income/cash categories, including but not limited to commodities, precious metals, private equity and hedge funds. Securities that do not fall in any of the defined asset classes will be classified as "Others". Principal Protected Notes will be categorized as "Fixed Income" and Principal at Risk Notes will be categorized as "Equity". Please note that "Market Value" and "% of Total Assets" against each asset class represent market value of priced securities within the asset class, including accrued interest and pending dividends/payments.

### Payment Information (RRIF and LIF Accounts Only)
The information displayed reflects our records as of the statement date. The Selected Payment Frequency indicates the payment frequency as of the statement date. Minimum Annual Payment refers to the minimum annual amount required by Canada Revenue Agency from your RRIF account. If, according to our records, you have elected to receive an annual amount greater than the minimum payment, then this amount will be displayed as the Elected Payment Amount. Withholding tax will be applied to amounts withdrawn in excess of the Minimum Annual Payment. The Year to Date Payment amount displayed is the total amount of the payments paid to you, after withholding tax has been deducted, if applicable.

### New Activity in Your Account
This section shows all the activity in your account during the month. The Date column refers to the settlement date in the case of executed trades, or processing date in the case of other entries. Transfers of funds made to your account on the last business day of the month may not appear on your month end statement until the following month.

### Short Account
Proceeds from declared short sales have been segregated into a SHORT account and market increases and/or decreases from the original sale price are marked to the market. Such increases and or decreases are transferred to your margin account weekly. Transfers are reflected with the description 'Mark to Market.'

### Your Account Holdings
The market valuation information has been obtained from sources believed to be reliable; however, we cannot guarantee their accuracy. Our best efforts have been made to price all securities; however, in some circumstances, we may be unable to obtain valuations. A current market quotation can be made available upon request. Details of your account holdings will also include accrued interest, pending dividends/payments associated with the securities held in the account, against each asset class.

### Accrued Interest/Pending Dividends/Pending Payments
Accrued interest is the amount of interest earned on a fixed income security but not yet paid to the account. Pending dividends/payments are estimated dividends/distributions declared by the issuer and payable on a security, not taking into account any withholding taxes that may be incurred by a security holder after the payment of such dividends/distributions.

### Segregated Quantity
Securities regulations stipulate that all fully paid and excess margin securities must be promptly segregated and are not available for use in the general conduct of our business. All security positions displayed under the account holdings section are segregated unless otherwise indicated under the security description column. Securities registered in your name are also indicated under the security description column.

### Remuneration for Order Flow
In connection with certain trades in securities of U.S. issuers, Scotia Capital Inc. will receive remuneration for directing orders to a particular broker-dealer or market centre for execution. The source and amount of any such remuneration received by Scotia iTRADE in connection with any transaction executed on your behalf will be disclosed to you upon request.

### Member-Canadian Investor Protection Fund
Customers' accounts are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of coverage is available upon request.

### Endnotes
1. There has been an adjustment made to this book value during the statement period.
2. There is no active market for this investment, and therefore the market value has been estimated.
3. There is no active market for this investment, and the market value cannot be determined.
4. If this position is sold, a sales charge may be applied to the proceeds.
5. Some or all of the book value of this position has been determined using a market value calculation.
6. The book value of this position cannot be determined.

### Other Information:
Employees of The Bank of Nova Scotia ('Scotia Capital') and/or Scotia iTRADE are not authorized to provide tax or legal advice. Please consult your accountant or lawyer on such matters.

The financial statement of Scotia Capital and Scotia Capital Inc. as at the close of the last financial year and a current list of directors and officers will be furnished upon request. Clients in British Columbia are entitled to certain additional information about Scotia iTRADE, including information about commissions and fees that we charge, and about any administrative proceedings that may relate to the firm or our staff.

This statement constitutes a complete record of your transactions. Please examine this statement of account promptly. If you do not agree with the information hereon, please advise us in writing within thirty days at: Scotia iTRADE, Compliance Department, 4 King Street West, 12th Floor, Toronto, Ontario, M5H 1H1 or you will be precluded from asserting that errors or omissions have occurred.

### Code Information

| Code: | Nonvot | Resvot | Subvot |
|---|---|---|---|
| Definition: | Non-voting | Restricted Voting | Subordinate voting |

**Investment Account Statement**

# Scotia iTRADE.

KCECE - 136332

GERARD J DOUCET    56*
10 REXDALE AV
HALIFAX NS  B3P 2B5



Account Number:     **559-38184**
Account Type:       Regular Account
For the Period:     **September 1 to 30, 2024**
Last Statement:     July 31, 2024

### Address Information
44 King Street West
Concourse Level
Toronto, Ontario
M5H 1H1

Phone:      (888) 872-3388
Website:    www.scotiaitrade.com
Email:      service@scotiaitrade.com

**Order-Execution Only Account**

## Portfolio Overview

Account Currency: CAD

### Account Summary

| Date | Net Asset Value |
|---|---|
| ■ Jul. 31, 2024 | $364 |
| ■ Sep. 30, 2024 | $100 |
| **Change in the value of your account** | $-264 |



### Asset Class Summary

| | Sep. 30, 2024 Market Value | % of Total Assets |
|---|---|---|
| ■ Cash | 48 | 48.00 |
| ■ Equity | 52 | 52.00 |
| **Total Value of Portfolio** | **$100** | **100.00** |



52.00%    48.00%



**Regulated by CIRO**
Canadian Investment
Regulatory Organization

---

Scotia iTRADE ® (Order-Execution Only) is a division of Scotia Capital Inc. ("SCI"). SCI is regulated by the Canadian Investment Regulatory Organization and is a member of the Canadian Investor Protection Fund. Scotia iTRADE does not provide investment advice or recommendations and investors are responsible for their own investment decisions. This transaction is subject to the Agreement on the reverse side.
®Registered trademark of The Bank of Nova Scotia, used under license.

**Page 1 of 4**

**Scotia iTRADE**

Account Number: **559-38184**
Statement for September 1 to 30, 2024

## Details of Your Account Holdings

| Type | Security Description | Quantity | Average Cost | Adjusted Book Value | Market Price | Market Value |
|---|---|---|---|---|---|---|
| **Cash** | | | | | | |
| CASH | | | | | | 48 |
| **Total Cash** | | | | | | **$48** |
| **Equity** | | | | | | |
| CASH | META MATERIALS INC COMMON STOCK See Endnote 5 | 103 | 62.783 | 6,466 | 0.500 | 52 |
| CASH | METATRON INC COMMON STOCK See Endnote 3 | 80,000 | 0.000 | 31 | UNPRICED | UNPRICED |
| **Total Equity** | | | | **$6,497** | | **$52** |
| **Total Account Holdings** | | | | **$6,545** | | **$100** |

The adjusted cost displayed on this statement incorporates the original cost of your investments as well as any reinvested dividends and/or mutual fund distributions. Please note that where you have purchased securities through a PAC plan the cost displayed does not necessarily reflect your original purchase price.

## Monthly Activity

| Date | Type | Activity | Description | Quantity | Price | Credit/Debit(-) |
|---|---|---|---|---|---|---|
| **Opening Cash Balance** | | | | | | **$34.82** |
| Sep. 09 | CASH | FEE | FREE TRADE 2024 PREFERRED PACKAGE REBATE | | | 13.65 |
| **Closing Cash Balance** | | | | | | **$48.47** |

# Scotia iTRADE.

Account Number: **545-96646-10**
Statement for September 1 to 30, 2024

## A Note From Scotia iTRADE

### Auditor's Message
Our auditors, KPMG LLP, are presently engaged in the examination of our year-end financial statements. Please compare this statement against your records and advise our auditors of any discrepancies: Shareholders' Auditors, Attention: Taryn Tian, KPMG Audit Team, Bay Adelaide Centre, 333 Bay Street - Suite 4600, Toronto, ON, M5H 2S5, Canada, fax at (416) 777-8818 or email: scotiacapitalconfirm@kpmg.ca.

### Important notice for clients turning age 71 this year
The Canada Revenue Agency requires all plan holders with a Registered Retirement Savings Plan (RRSP), Locked-in Retirement Savings Plan (LRSP), or a Locked-in Retirement Account (LIRA) turning age 71 this year to convert their RRSP/LRSP/LIRA holdings into a source of retirement income by December 31, 2024. To open a new RRIF/RLIF/LIF account, have your username or ScotiaCard© handy and sign on to scotiaitrade.com. Please note, RRSP contributions can still be made until the end of this year. If you have already opened your new account(s), thank you.

### Our new Scotia® online experience is ready for you today
The new Scotia online experience brings you a refreshed design and functionality while still allowing you to enjoy the same great features. If you haven't already begun to use the new experience, start today, it will replace some features of the classic version by the end of this year.
Check out www.scotiaitrade.com/newexperience for more information.

*Our Options Account Agreement* (the "Agreement") and *Derivatives Risk Disclosure Statement* ("Risk Statement") have been updated in accordance with the Canadian Investment Regulatory Organization (CIRO) rule amendments.
The Agreement now includes the requirement for you to notify us of changes to your insider status, and a notification that we may have to provide information on your account if required by applicable law or by CIRO. While the risks associated with trading Options have not changed, the Risk Statement has been enhanced to provide greater clarity, upon direction by CIRO.

Our revised Relationship Disclosure Document and Terms and Conditions contain the Agreement (Section 2.3) and Risk Statement (Section 2.10), and can be found at the following link:
https://www.scotiaitrade.com/content/dam/itrade/documents/disclosures.pdf or find it by visiting scotiaitrade.com > Accounts > Forms Library > Account changes, policies and terms and conditions.

14
819
1636
103

### Terms and Conditions
Terms and Conditions are applicable to your account(s). For further details of these terms and conditions go to http://www.scotiaitrade.com/.

### Order-Execution Only Account
Only Account means that Scotia iTRADE does not provide recommendations or accept any responsibility to advise clients on the suitability of investment decisions or transactions.

### Statement Frequency
Statements are issued monthly whenever there has been activity in the account, or when you held an unexpired or unexercised option contract during the past month; otherwise statements are issued on a quarterly basis.

### Leverage / Margin Risk Disclosure Statement
The use of leverage may not be suitable for all investors. Using borrowed money (whether through a margin account or any other method of borrowing) to finance the purchase of securities involves greater risk than using cash resources only. If you borrow money to purchase securities, your responsibility to repay the loan and pay interest as required by its terms remains the same even if the value of the securities purchased declines.

### Account Summary and Portfolio Overview
"Net Asset Value" refers to the total market value of priced securities within your account, by currency, including cash balances, accrued interest and pending dividends/payments at the close of the date indicated on the statement.

### Adjusted Average Cost and Adjusted Book Value
Adjusted average cost represents the average cost of acquiring one share/unit of a security including commissions, fees, reinvested dividends and/or mutual fund distributions. This has been calculated to the best of our ability. Adjusted book value is the total cost of acquiring a security - the total of your adjusted average cost times the number of shares/units you hold of a security.

### Cash Balances
This section shows the balance in your account, including all transactions that have settled. A debit balance is indicated by '-' and represents an amount owed to Scotia iTRADE. A credit balance in a Regular account represents an amount owed to you, whereas a credit balance in a Registered account indicates the cash portion of your assets.

Free credit balances in Regular accounts represent funds payable on demand which, although properly recorded in our books, are not segregated and may be used in the conduct of our business. Cash balances in Registered accounts are held in trust by the trustee.

### Asset Class Summary
Asset classes you hold will be displayed under the Asset Class Summary section in the statement. Only the asset classes of securities you hold in your account will be displayed in your statement. The "Multi-Asset" category includes Balanced funds, Diversified funds and other securities that hold assets from different asset classes. "Alternative Investments" include the securities that do not fall into conventional equity/fixed income/cash categories, including but not limited to commodities, precious metals, private equity and hedge funds. Securities that do not fall in any of the defined asset classes will be classified as "Others". Principal Protected Notes will be categorized as "Fixed Income" and Principal at Risk Notes will be categorized as "Equity". Please note that "Market Value" and "% of Total Assets" against each asset class represent market value of priced securities within the asset class, including accrued interest and pending dividends/payments.

### Payment Information (RRIF and LIF Accounts Only)
The information displayed reflects our records as of the statement date. The Selected Payment Frequency indicates the payment frequency as of the statement date. Minimum Annual Payment refers to the minimum annual amount required by Canada Revenue Agency from your RRIF account. If, according to our records, you have elected to receive an annual amount greater than the minimum payment, then this amount will be displayed as the Elected Payment Amount. Withholding tax will be applied to amounts withdrawn in excess of the Minimum Annual Payment. The Year to Date Payment amount displayed is the total amount of the payments paid to you, after withholding tax has been deducted, if applicable.

### New Activity in Your Account
This section shows all the activity in your account during the month. The Date column refers to the settlement date in the case of executed trades, or processing date in the case of other entries. Transfers of funds made to your account on the last business day of the month may not appear on your month end statement until the following month.

### Short Account
Proceeds from declared short sales have been segregated into a SHORT account and market increases and/or decreases from the original sale price are marked to the market. Such increases and or decreases are transferred to your margin account weekly. Transfers are reflected with the description 'Mark to Market.'

### Your Account Holdings
The market valuation information has been obtained from sources believed to be reliable; however, we cannot guarantee their accuracy. Our best efforts have been made to price all securities; however, in some circumstances, we may be unable to obtain valuations. A current market quotation can be made available upon request. Details of your account holdings will also include accrued interest, pending dividends/payments associated with the securities held in the account, against each asset class.

### Accrued Interest/Pending Dividends/Pending Payments
Accrued interest is the amount of interest earned on a fixed income security but not yet paid to the account. Pending dividends/payments are estimated dividends/distributions declared by the issuer and payable on a security, not taking into account any withholding taxes that may be incurred by a security holder after the payment of such dividends/distributions.

### Segregated Quantity
Securities regulations stipulate that all fully paid and excess margin securities must be promptly segregated and are not available for use in the general conduct of our business. All security positions displayed under the account holdings section are segregated unless otherwise indicated under the security description column. Securities registered in your name are also indicated under the security description column.

### Remuneration for Order Flow
In connection with certain trades in securities of U.S. issuers, Scotia Capital Inc. will receive remuneration for directing orders to a particular broker-dealer or market centre for execution. The source and amount of any such remuneration received by Scotia iTRADE in connection with any transaction executed on your behalf will be disclosed to you upon request.

### Member-Canadian Investor Protection Fund
Customers' accounts are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of coverage is available upon request.

### Endnotes
1. There has been an adjustment made to this book value during the statement period.
2. There is no active market for this investment, and therefore the market value has been estimated.
3. There is no active market for this investment, and the market value cannot be determined.
4. If this position is sold, a sales charge may be applied to the proceeds.
5. Some or all of the book value of this position has been determined using a market value calculation.
6. The book value of this position cannot be determined.

### Other Information:
Employees of The Bank of Nova Scotia ('Scotia Capital') and/or Scotia iTRADE are not authorized to provide tax or legal advice. Please consult your accountant or lawyer on such matters.

The financial statement of Scotia Capital and Scotia Capital Inc. as at the close of the last financial year and a current list of directors and officers will be furnished upon request. Clients in British Columbia are entitled to certain additional information about Scotia iTRADE, including information about commissions and fees that we charge, and about any administrative proceedings that may relate to the firm or our staff.

This statement constitutes a complete record of your transactions. Please examine this statement of account promptly. If you do not agree with the information hereon, please advise us in writing within thirty days at: Scotia iTRADE, Compliance Department, 4 King Street West, 12th Floor, Toronto, Ontario, M5H 1H1 or you will be precluded from asserting that errors or omissions have occurred.

**Code Information**

| Code: | Nonvot | Resvot | Subvot |
|---|---|---|---|
| Definition: | Non-voting | Restricted Voting | Subordinate voting |

Page 8 of 8

## Scotia iTRADE.

Account Number: **545-96646-10**
Statement for September 1 to 30, 2024

## Portfolio Overview

Account Currency: USD

### Account Summary

| Date | Net Asset Value |
|---|---|
| ■ Aug. 30, 2024 | $10 |
| ■ Sep. 30, 2024 | $8 |
| **Change in the value of your account** | **$-2** |



| Asset Class Summary | Sep. 30, 2024 Market Value | % of Total Assets |
|---|---|---|
| ■ Cash | 2 | 25.00 |
| ■ Equity | 6 | 75.00 |
| **Total Value of Portfolio** | **$8** | **100.00** |



## Details of Your Account Holdings

| Security Description | Quantity | Average Cost | Adjusted Book Value | Market Price | Market Value |
|---|---|---|---|---|---|
| **Cash** | | | | | **$2** |
| **Equity** | | | | | |
| LEVIATHAN GOLD LTD COM NEW | 23 | 0.034 | 0 | 0.058 | 1 |
| META MATERIALS INC COMMON STOCK See Endnote 5 | 14 | 80.869 | 1,132 | 0.370 | 5 |
| **Total Equity** | | | **$1,132** | | **$6** |
| **Other** | | | | | |
| NEXT BRIDGE HYDRO CARBON INC | 125 | 0.000 | 0 | UNPRICED | UNPRICED |

# Scotia iTRADE

Account Number: **545-96646-10**
Statement for September 1 to 30, 2024

## Details of Your Account Holdings - continued

| Security Description | Quantity | Average Cost | Adjusted Book Value | Market Price | Market Value |
|---|---|---|---|---|---|
| COM SHS See Endnote 3,6 | | | | | |
| **Total Other** | | | $0 | | $0 |
| **Total Account Holdings** | | | $1,134 | | $8 |

The adjusted cost displayed on this statement incorporates the original cost of your investments as well as any reinvested dividends and/or mutual fund distributions. Please note that where you have purchased securities through a PAC plan the cost displayed does not necessarily reflect your original purchase price.

## Monthly Activity

| Date | Activity | Description | Quantity | Price | Credit/Debit(-) |
|---|---|---|---|---|---|
| **Opening Cash Balance** | | | | | **$2.05** |
| | No transactions in your account | | | | |
| **Closing Cash Balance** | | | | | **$2.05** |

## Summary

### Income Summary

| | This Period | Year-to-Date |
|---|---|---|
| **Total Income** | $0 | $0 |



### Scotia eDocuments – Get Online!

As a Scotia iTRADE® customer, you can enrol to receive free, electronic access to your account statements, trade confirms, mutual fund prospectuses, and annual trading summary. Visit scotiaitrade.com to learn more and sign-up today.

**Scotia iTRADE**

Account Number: **545-96646-10**
Statement for September 1 to 30, 2024

## Details of Your Account Holdings - continued

| Security Description | Quantity | Average Cost | Adjusted Book Value | Market Price | Market Value |
|---|---|---|---|---|---|
| **Total Account Holdings** | | | **$3,428** | | **$412** |

The adjusted cost displayed on this statement incorporates the original cost of your investments as well as any reinvested dividends and/or mutual fund distributions. Please note that where you have purchased securities through a PAC plan the cost displayed does not necessarily reflect your original purchase price.

## Monthly Activity

| Date | Activity | Description | Quantity | Price | Credit/Debit(-) |
|---|---|---|---|---|---|
| **Opening Cash Balance** | | | | | **$2.29** |
| | | No transactions in your account | | | |
| **Closing Cash Balance** | | | | | **$2.29** |

## Summary

### Income Summary

| | This Period | Year-to-Date |
|---|---|---|
| **Total Income** | **$0** | **$0** |

### Contribution Summary

| | Personal | Total |
|---|---|---|
| **Year-to-Date** | **$2,650** | **$2,650** |
| **Since August 15, 2019** | | |
| Total Contributions | 81,353 | 81,353 |
| Transfers | 0 | 0 |
| Withdrawals | | 8,400 |
| **Total** | | **$72,953** |
| **Change in Plan Assets** | | **$-72,530** |

**Scotia iTRADE**

Account Number: **545-96646-10**
Statement for September 1 to 30, 2024

**This page was intentionally left blank.**

**Investment Account Statement**

# Scotia iTRADE.

KCECE - 136332
SWSTM16000_1150165_104 E S    01015

GERARD J DOUCET    56*
10 REXDALE AV
HALIFAX NS  B3P 2B5

Account Number: **545-96646-10**
Account Type: Tax-Free Savings Account
For the Period: **September 1 to 30, 2024**
Last Statement: August 30, 2024

## Address Information
44 King Street West
Concourse Level
Toronto, Ontario
M5H 1H1

Phone: (888) 872-3388
Website: www.scotiaitrade.com
Email: service@scotiaitrade.com

**Order-Execution Only Account**
The Bank of Nova Scotia Trust Company acting as Trustee

## Account Summary

| Investments by Currency | Market Value | FX Rate (As of September 30, 2024) | Total Canadian Equivalent |
|---|---|---|---|
| Canadian Dollar | 412 | | 412 |
| U.S. Dollar | 8 | 1 USD = 1.3515 CAD | 11 |
| **Total Value of Account** | | | **$423** |
| Total Value on Last Statement | | | $511 |



**Regulated by CIRO**
Canadian Investment
Regulatory Organization

Scotia iTRADE ® (Order-Execution Only) is a division of Scotia Capital Inc. ("SCI"). SCI is regulated by the Canadian Investment Regulatory Organization and is a member of the Canadian Investor Protection Fund. Scotia iTRADE does not provide investment advice or recommendations and investors are responsible for their own investment decisions. This transaction is subject to the Agreement on the reverse side.
®Registered trademark of The Bank of Nova Scotia, used under license.

Page 1 of 8

# Scotia iTRADE

Account Number: **545-96646-10**
Statement for September 1 to 30, 2024

## Portfolio Overview

Account Currency: CAD

### Account Summary

| Date | Net Asset Value |
|---|---|
| Aug. 30, 2024 | $498 |
| Sep. 30, 2024 | $412 |
| **Change in the value of your account** | **$-86** |



| Asset Class Summary | Sep. 30, 2024 Market Value | % of Total Assets |
|---|---|---|
| Cash | 2 | 0.48 |
| Equity | 410 | 99.52 |
| **Total Value of Portfolio** | **$412** | **100.00** |



## Details of Your Account Holdings

| Security Description | Quantity | Average Cost | Adjusted Book Value | Market Price | Market Value |
|---|---|---|---|---|---|
| **Cash** | | | | | **$2** |
| **Equity** | | | | | |
| META MATERIALS INC COMMON STOCK See Endnote 5 | 819 | 4.184 | 3,426 | 0.500 | 410 |
| **Total Equity** | | | **$3,426** | | **$410** |
| **Other** | | | | | |
| NEXT BRIDGE HYDRO CARBON INC COM SHS See Endnote 3,6 | 7,090 | 0.000 | 0 | UNPRICED | UNPRICED |
| **Total Other** | | | **$0** | | **$0** |