NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | | PROOF OF INTEREST |
|---|---|---|
| Name of Debtor: META MATERIALS INC | Case Number: 24-50792 HLB | |

1. Name and address of holder of the Equity Interest (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

Darrell L Peterson
1150 Barley Bridge Rd
Limestone, TN 37681

Telephone Number: 570 213 2841

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

☒ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

COURT USE ONLY

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

Account or other number by which Interest holder identifies Debtor:
Schwab Account No 7331-4054

Check here if this claim:
☐ replaces a previously filed Proof of Interest dated _____
☐ amends a previously filed Proof of Interest dated _____

2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:

Charles Schwab
3000 Schwab Way, Westlake TX 76262
Telephone Number: 800 435 4000

3. Date Equity Interest was acquired:
May 2023
copy attached

4. Total amount of member interest: _____

5. Certificate number(s): _____

6. Type of Equity Interest
Please indicate the type of Equity Interest you hold:
☒ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
☐ Check this box if your Equity Interest is based on anything else and describe that interest
Description: _____

7. Supporting Documents: Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. Date-Stamped Copy: To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

9. Signature:
Check the appropriate box.
☒ I am the creditor   ☐ I am the creditor's authorized agent (Attach copy of power of attorney, if any)   ☐ I am the trustee, or the debtor or their authorized agent. (See Bankruptcy Rule 3004)   ☐ I am a guarantor, surety, endorser, or other codebtor. (See Bankruptcy Rule 3005)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: Darrell L Peterson
Title: _____
Company: Address and telephone number (if different from notice address above): _____

(Signature) Darrell Peterson   (Date) 11/03/2024

Telephone number: 5702132841   email: maryhr171@aol.com

Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C §§ 152 AND 3571



## Schwab One® Account of

DARRELL L PETERSON &
M PETERSON JT TEN

Account Number: 7331-4054
Statement Period: May 1-31, 2023

## Account Summary

| Ending Account Value as of 05/31 | Beginning Account Value as of 05/01 | Total Value Change ($) |
|---|---|---|
| $8,248.14 | $8,272.99 | ($24.85) |

|  | This Statement | Previous Statement | Change |
|---|---:|---:|---:|
| Beginning Value | $8,272.99 | $8,693.89 | ($420.90) |
| Deposits | 0.00 | 0.00 | 0.00 |
| Withdrawals | 0.00 | 0.00 | 0.00 |
| Dividends and Interest | 1.30 | 1.34 | (0.04) |
| Transfer of Securities(In/Out) | 0.00 | 0.00 | 0.00 |
| Market Value Change | (26.15) | (422.24) | 396.09 |
| Fees | 0.00 | 0.00 | 0.00 |
| **Ending Value** | **$8,248.14** | **$8,272.99** | **($24.85)** |

## Gain or (Loss) Summary

|  | Short-Term | | | Long-Term | | |
|---|---|---|---|---|---|---|
|  | Gain | (Loss) | Net | Gain | (Loss) | Net |
| This Period | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| YTD | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Unrealized** | | | | | | **($11,763.73)** |

Values may not reflect all of your gains/losses. Schwab has provided accurate gain and loss information wherever possible for most investments. Cost basis may be incomplete or unavailable for some of your holdings and may change or be adjusted in certain cases. Please login to your account at Schwab.com for real-time gain/loss information. Statement information should not be used for tax preparation, instead refer to official tax documents. For additional information refer to Terms and Conditions.

### Manage Your Account

**Customer Service and Trading:**
Call your Schwab Representative
1-800-435-4000
24/7 Customer Service

For the most current records on your account visit schwab.com/login. Statements are archived up to 10 years online.

### Commitment to Transparency

Client Relationship Summaries and Best Interest disclosures are found at schwab.com/transparency

### Online Assistance

Visit us online at schwab.com

Visit schwab.com/stmt to explore the features and benefits of this statement.

DARRELL L PETERSON &
M PETERSON JT TEN
1150 BAILEY BRIDGE RD
LIMESTONE TN 37681-3328

05/31-00000-ID2241601-101210

1 of 6



### Schwab One® Account of

DARRELL L PETERSON &
M PETERSON JT TEN

Statement Period
May 1-31, 2023

## Positions - Equities (Continued)

| Symbol | Description | Quantity | Price($) | Market Value($) | Cost Basis($) | Unrealized Gain/(Loss)($) | Est. Yield | Est. Annual Income($) | Accrued Income($) |
|---|---|---|---|---|---|---|---|---|---|
| MMAT | META MATLS INC *before reverse split* | 10,000.0000 | 0.21000 | 2,100.00 | 4,338.28 | (2,238.28) | N/A | 0.00 | |
| TLRY | TILRAY BRANDS INC | 17.0000 | 1.67000 | 28.39 | 385.40 | (357.01) | N/A | 0.00 | |
| **Total Equities** | | | | **$6,918.08** | **$18,681.81** | **($11,763.73)** | | **$0.00** | **$0.00** |

## Positions - Unpriced Securities

| Symbol | Description | Quantity | Price($) | Market Value($) | Cost Basis($) | Unrealized Gain/(Loss)($) | Est. Yield | Est. Annual Income($) | Accrued Income($) |
|---|---|---|---|---|---|---|---|---|---|
| | NEXT BRIDGE HYDROCARBONS | 2,100.0000 | | | 3,540.21 | | N/A | | |
| QTMM | QUANTUM MATERIALS CO XXX | 2,500.0000 | | | 319.38 | | N/A | | |
| **Total Unpriced Securities** | | | | **$0.00** | **$3,859.59** | **$0.00** | | **$0.00** | **$0.00** |

Estimated Annual Income ("EAI") and Estimated Yield ("EY") calculations are for informational purposes only. The actual income and yield might be lower or higher than the estimated amounts. EY is based upon EAI and the current price of the security and will fluctuate. For certain types of securities, the calculations could include a return of principal or capital gains in which case EAI and EY would be overstated. EY and EAI are not promptly updated to reflect when an issuer has missed a regular payment or announced changes to future payments, in which case EAI and EY will continue to display at a prior rate.

## Transactions - Summary

| Beginning Cash* as of 05/01 + | Deposits + | Withdrawals | Purchases + | Sales Redemptions + | Dividends/Interest + | Fees = | Ending Cash* as of 05/31 |
|---|---|---|---|---|---|---|---|
| $3,513.96 | $0.00 | $0.00 | ($2,185.20) | $0.00 | $1.30 | $0.00 | $1,330.06 |

Other Activity $0.00   Other activity includes transactions which don't affect the cash balance such as stock transfers, splits, etc.

*Cash (includes any cash debit balance) held in your account plus the value of any cash invested in a sweep money fund.

## Transaction Details

| Date | Category | Action | Symbol/CUSIP | Description | Quantity | Price/Rate per Share($) | Charges/Interest($) | Amount($) |
|---|---|---|---|---|---|---|---|---|
| 05/16 | Interest | Bank Interest ×∠ | | BANK INT 041623-051523 | | | | 1.30 |
| 05/24 | Purchase | | MMAT | META MATLS INC | 9,000.0000 | 0.2428 | | (2,185.20) |
| **Total Transactions** | | | | | | | | **($2,183.90)** |

Date column represents the Settlement/Process date for each transaction



## Schwab One® Account of

**DARRELL L PETERSON &**
**M PETERSON JT TEN**

Account Number: 7331-4054
Statement Period: September 1-30, 2024

## Account Summary

Ending Account Value as of 09/30
**$2,324.01**

Beginning Account Value as of 09/01
**$2,199.40**

*[Chart showing values from Oct'23 through Sep, with scale from $1.81K to $6.39K]*

| | This Statement | YTD |
|---|---|---|
| Beginning Value | $2,199.40 | $4,372.44 |
| Deposits | 0.00 | 0.00 |
| Withdrawals | 0.00 | 0.00 |
| Dividends and Interest | 0.51 | 4.52 |
| Transfer of Securities | 0.00 | 0.00 |
| Market Appreciation/(Depreciation) | 124.10 | (2,052.95) |
| Expenses | 0.00 | 0.00 |
| **Ending Value** [W] | **$2,324.01** | **$2,324.01** |

Account Ending Value reflects the market value of your cash and investments. It does not include pending transactions, unpriced securities or assets held outside Schwab's custody.

### Manage Your Account

**Customer Service and Trading:**
Call your Schwab Representative
1-800-435-4000
24/7 Customer Service

For the most current records on your account visit schwab.com/login. Statements are archived up to 10 years online.

### Commitment to Transparency

Client Relationship Summaries and Best Interest disclosures are at schwab.com/transparency.
Charles Schwab & Co., Inc. Member SIPC.

### Online Assistance

 Visit us online at schwab.com

Visit schwab.com/stmt to explore the features and benefits of this statement.

DARRELL L PETERSON &
M PETERSON JT TEN
1150 BAILEY BRIDGE RD
LIMESTONE TN 37681-3328

09/30-00000-ID2251609-161109 *1 #1

1 of 6



### Schwab One® Account of

DARRELL L PETERSON &
M PETERSON JT TEN

Statement Period
September 1-30, 2024

## Positions - Equities (continued)

| Symbol | Description | Quantity | Price($) | Market Value($) | Cost Basis($) | Unrealized Gain/(Loss)($) | Est. Yield | Est. Annual Income($) | % of Acct |
|---|---|---|---|---|---|---|---|---|---|
| MGWFF | MAPLE LEAF GREEN WORLD F | 166.0000 | 0.03500 | 5.81 | 1,201.13 | (1,195.32) | N/A | 0.00 | <1% |
| MMATQ | META MATLS INC *after reverse split* | 100.0000 | 0.37000 | 37.00 | 4,338.28 | (4,301.28) | N/A | 0.00 | 2% |
| TLRY | TILRAY BRANDS INC | 17.0000 | 1.76000 | 29.92 | 385.40 | (355.48) | N/A | 0.00 | 1% |
| **Total Equities** | | | | **$985.71** | **$18,681.81** | **($17,696.10)** | | **$0.00** | **42%** |

## Positions - Unpriced Securities

| Symbol | Description | Quantity | Price($) | Market Value($) | Cost Basis($) | Unrealized Gain/(Loss)($) | Est. Yield | Est. Annual Income($) |
|---|---|---|---|---|---|---|---|---|
| | NEXT BRIDGE HYDROCARBONS | 2,100.0000 | | | 3,540.21 | N/A | | |
| QTMM | QUANTUM MATERIALS CO XXX | 2,500.0000 | | | 319.38 | N/A | | |
| **Total Unpriced Securities** | | | | **$0.00** | **$3,859.59** | **$0.00** | | **$0.00** |

Estimated Annual Income ("EAI") and Estimated Yield ("EY") calculations are for informational purposes only. The actual income and yield might be lower or higher than the estimated amounts. EY is based upon EAI and the current price of the security and will fluctuate. For certain types of securities, the calculations could include a return of principal or capital gains in which case EAI and EY would be overstated. EY and EAI are not promptly updated to reflect when an issuer has missed a regular payment or announced changes to future payments, in which case EAI and EY will continue to display at a prior rate.

## Transactions - Summary

| Beginning Cash* as of 09/01 | + Deposits | + Withdrawals | + Purchases | + Sales/Redemptions | + Dividends/Interest | + Expenses | = Ending Cash* as of 09/30 |
|---|---|---|---|---|---|---|---|
| $1,337.79 | $0.00 | $0.00 | $0.00 | $0.00 | $0.51 | $0.00 | $1,338.30 |

Other Activity $0.00    Other activity includes transactions which don't affect the cash balance such as stock transfers, splits, etc.

*Cash (includes any cash debit balance) held in your account plus the value of any cash invested in a sweep money fund.

## Transaction Details

| Date | Category | Action | Symbol/CUSIP | Description | Quantity | Price/Rate per Share($) | Charges/Interest($) | Amount($) | Realized Gain/(Loss)($) |
|---|---|---|---|---|---|---|---|---|---|
| 09/16 | Interest | Bank Interest | | BANK INT 081624-091524 | | | | 0.51 | |
| **Total Transactions** | | | | | | | | **$0.51** | **$0.00** |

Date column represents the Settlement/Process date for each transaction.