NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | PROOF OF INTEREST |
|---|---|

| Name of Debtor **Meta Materials** | Case Number | |
|---|---|---|

**1    Name and address of holder of the Equity Interest** (the person or entity holding an Equity Interest in the Debtor  Referred to hereinafter as the Interest holder )

**Norma S Martins**
**362 Hololani St.**
**Makawao. HI 96768**

Telephone Number    **808 268-8681**

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest  Attach copy of statement giving particulars

☑ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors

NOTE  This form SHOULD NOT be used to make a claim against the Debtor for money owed  A separate Proof of Claim form should be used for that purpose  This form should only be used to assert an Equity Interest in the Debtor  An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor  An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein

**COURT USE ONLY**

| Account or other number by which Interest holder identifies Debtor  **120 245494** | Check here if this claim<br>☐ replaces a previously filed Proof of Interest dated _____<br>☐ amends a previously filed Proof of Interest dated _____ |
|---|---|

| **2    Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest**<br>**E-Trade by Morgan Stanley**<br>**PO Box 484. Jersey City, NJ 07303**<br>Telephone Number **1-800 387-2331** | **3    Date Equity Interest was acquired**<br><br>**November  2022** |
|---|---|

| **4    Total amount of member interest   50 Shares**<br>**Originally, 5000 Shares before the split** | **5    Certificate number(s) _____** |
|---|---|

**6    Type of Equity Interest**
Please indicate the type of Equity Interest you hold
☑ Check this box if your Equity Interest is based on an actual member interest held in the Debtor
☐ Check this box if your Equity Interest is based on anything else and describe that interest
Description    **Investor**

**7    Supporting Documents**  Attach copies of supporting documents  such as stock certificates  option agreements  warrants etc
DO NOT SEND ORIGINAL DOCUMENTS  If the documents are not available  explain  If the documents are voluminous  attach a summary

**8    Date Stamped Copy**  To receive an acknowledgement of the filing of your Proof of Interest  enclose a stamped  self addressed envelope and copy of this Proof of Interest

**9    Signature**
Check the appropriate box

☑ I am the creditor    ☐ I am the creditor s authorized agent
(Attach copy of power of attorney if any )

☐ I am the trustee  or the debtor or their authorized agent (See Bankruptcy Rule 3004 )

☐ I am a guarantor  surety  endorser  or other codebtor (See Bankruptcy Rule 3005 )

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge  information and reasonable belief

Print Name    **Norma S Martins**
Title    **Owner/Investor/Creditor**
Company ___  Address and  telephone number (if different from notice address above)
_____
_____

(Signature)

Date **11/06/2024**

Telephone number **808-268-8681**    email **gneeem@hotmail com**

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both  18 U S C §§ 152 AND 3571*

# November 6, 2024

Dear Judge,
I would like to inform the Court that before the stocks split of MMAT in January 2024, I held a total of 5000 shares of MMAT through E*Trade by Morgan Stanley brokerage
Attached is my December 31, 2023 client statement showing the amount of 5,000 shares held before the split and October 1-31, 2024 client statement showing the amount of 50 shares after the split

Sincerely,

Norma S. Martins
808-268-8681

Sent from my iPhone

**E✷TRADE**
from Morgan Stanley

**CLIENT STATEMENT** | For the Period November 1- December 31, 2023

## Account Detail

Self-Directed Brokerage Account
120-245494-204

NORMA S MARTINS &
GORDON P MARTINS JT TEN

### STOCKS
### COMMON STOCKS

*Morgan Stanley & Co. LLC (Morgan Stanley) and Morningstar, Inc.'s equity research ratings are shown for certain securities. These ratings represent the opinions of the research provider and are not representations or guarantees of performance. The applicable research report contains more information regarding the analyst's opinions, analysis, and rating, and you should read the entire research report and not infer its contents. For ease of comparison, Morgan Stanley and Morningstar, Inc.'s equity research ratings have been normalized to a 1 (Buy), 2 (Hold), and 3 (Sell). Refer to your June or December statement for a summary guide describing the ratings. We do not take responsibility for, nor guarantee the accuracy, completeness, or timeliness of research prepared for Morningstar, Inc.*

| Security Description | Quantity | Share Price | Total Cost | Market Value | Unrealized Gain/(Loss) | Est Ann Income | Current Yield % |
|---|---|---|---|---|---|---|---|
| ALPHABET INC CL C (GOOG) | 40.000 | $140.930 | $5,794.93 | **$5,637.20** | $(157.73) | — | — |
| *Rating: Morningstar: 2; Asset Class: Equities* | | | | | | | |
| META MATERIALS INC (MMAT) | 5,000.000 | 0.066 | 6,618.58 | **330.00** | (6,288.58) | — | — |
| *Asset Class: Equities* | | | | | | | |

| | Percentage of Holdings | | | Total Cost | Market Value | Unrealized Gain/(Loss) | Est Ann Income | Current Yield % |
|---|---|---|---|---|---|---|---|---|
| **STOCKS** | 11.58% | | | **$12,413.51** | **$5,967.20** | **$(6,446.31)** | — | — |

### EXCHANGE-TRADED & CLOSED-END FUNDS

*Estimated Annual Income for Exchange Traded Funds is based upon historical distributions over the preceding 12-month period, while Estimated Annual Income for Closed End Funds may be based upon either (a) the most recent dividend or (b) sum of prior 12 months (depending upon whether there is an announced fixed rate). Current Yield is calculated by dividing the total Estimated Annual Income by the current Market Value of the position, and it is for informational purposes only. Distributions may consist of income, capital gains or the returns of capital distributions. EAI is based upon information provided by an outside vendor and is not verified by us. Depending upon market conditions, Current Yield may differ materially from published yields. Investors should refer to the Fund website for the most recent yield information.*

| Security Description | Quantity | Share Price | Total Cost | Market Value | Unrealized Gain/(Loss) | Est Ann Income | Current Yield % |
|---|---|---|---|---|---|---|---|
| INVESCO QQQ TRUST, SERIES 1 (QQQ) | 65.000 | $409.520 | $23,896.93 | **$26,618.80** | $2,721.87 | $150.80 | 0.57 |
| *Next Dividend Payable 03/2024; Asset Class: Equities* | | | | | | | |
| VANGUARD TTL WRLD STK INDX (VT) | 181.000 | 102.880 | 18,666.67 | **18,621.28** | (45.39) | 387.70 | 2.08 |
| *Next Dividend Payable 03/2024; Asset Class: Equities* | | | | | | | |

| | Percentage of Holdings | | | Total Cost | Market Value | Unrealized Gain/(Loss) | Est Ann Income | Current Yield % |
|---|---|---|---|---|---|---|---|---|
| **EXCHANGE-TRADED & CLOSED-END FUNDS** | 87.76% | | | **$42,563.60** | **$45,240.08** | **$2,676.48** | **$538.50** | **1.19%** |

**E✲TRADE**
from Morgan Stanley

**CLIENT STATEMENT** | For the Period October 1-31, 2024                                                          Page 5 of 8

**Account Detail**                    Self-Directed Brokerage Account        **NORMA S MARTINS &**
                                      120-245494-204                         **GORDON P MARTINS JT TEN TOD**

**Investment Objectives (in order of priority):** Capital Appreciation                                            Brokerage Account
*Inform us if your investment objectives, as defined in the Expanded Disclosures, change.*

## HOLDINGS

*This section reflects positions purchased/sold on a trade date basis. "Market Value" and "Unrealized Gain/(Loss)" may not reflect the value that could be obtained in the market. Your actual investment return may differ from the unrealized gain/(loss) displayed. Fixed Income securities are sorted by maturity or pre-refunding date, and alphabetically within date. Estimated Annual Income a) is calculated on a pre-tax basis, b) does not include any reduction for applicable non-US withholding taxes, c) may include return of principal or capital gains which could overstate such estimates, and d) for holdings that have a defined maturity date within the next 12 months, is reflected only through maturity date. Actual income or yield may be lower or higher than the estimates. Current Yield is an estimate for informational purposes only. It reflects the income generated by an investment, and is calculated by dividing the total estimated annual income by the current market value of the entire position. It does not reflect changes in its price. Structured Investments, identified on the Position Description Details line as "Asset Class: Struct Inv," may appear in various statement product categories. When displayed, the accrued interest, annual income and current yield for those with a contingent income feature (e.g., Range Accrual Notes or Contingent Income Notes) are estimates and assume specified accrual conditions are met during the relevant period and payment in full of all contingent interest. For Floating Rate Securities, the accrued interest, annual income and current yield are estimates based on the current floating coupon rate and may not reflect historic rates within the accrual period.*

*For additional information related to Unrealized and Realized Gain/(Loss) and tax lot details, including cost basis, please visit www.etrade.com. The information presented on the statement should not be used for tax purposes.*

## CASH, BANK DEPOSIT PROGRAM AND MONEY MARKET FUNDS

*Cash, Bank Deposit Program, and Money Market Funds are generally displayed on a settlement date basis. You have the right to instruct us to liquidate your bank deposit balance(s) or shares of any money market fund balance(s) at any time and have the proceeds of such liquidation remitted to you. Estimated Annual Income, Accrued Interest, and APY% will only be displayed for fully settled positions. Under the Bank Deposit Program, free credit balances held in an account(s) at Morgan Stanley Smith Barney LLC are automatically deposited into an interest-bearing deposit account(s) at Morgan Stanley Bank, N.A. and/or Morgan Stanley Private Bank, National Association, each a national bank, FDIC member and an affiliate of Morgan Stanley. Under certain circumstances, deposits may be held at other FDIC insured Program Banks. For more information regarding the Bank Deposit Program and the Program Banks, go to www.etrade.com/bdpdisclosure. Cash and interest from required Pattern Day Trader minimum equity amounts are retained in Cash Balance Program.*

| Description | | | | | Market Value | 7-Day Current Yield % | Est Ann Income | APY % |
|---|---|---|---|---|---|---|---|---|
| **CASH** | | | | | $44.00 | | | |

| | Percentage of Holdings | | | | Market Value | | Est Ann Income | |
|---|---|---|---|---|---|---|---|---|
| **CASH, BDP, AND MMFs** | 0.08% | | | | $44.00 | | — | |

## STOCKS
### COMMON STOCKS

| Security Description | Quantity | Share Price | Total Cost | Market Value | Unrealized Gain/(Loss) | Est Ann Income | Current Yield % |
|---|---|---|---|---|---|---|---|
| **META MATERIALS INC NEW (MMATQ)** | 50.000 | $0.071 | $6,618.58 | $3.55 | $(6,615.03) | — | — |
| *Asset Class: Equities* | | | | | | | |