NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | | **PROOF OF INTEREST** |
|---|---|---|

Name of Debtor: META MATERIALS INC
Case Number: 24-50792-hlb

**1. Name and address of holder of the Equity Interest** (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

TREVOR BLACK
12 CARDIGAN PLACE
STONEY CREEK, ONTARIO
CANADA L8E 6C3

Telephone Number: (905) 512-7606

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars

☑ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security; (b) interest of a limited partner in a limited partnership; or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein

**COURT USE ONLY**

Account or other number by which Interest holder identifies Debtor: 66874571

Check here if this claim:
☐ replaces a previously filed Proof of Interest dated: _____
☐ amends a previously filed Proof of Interest dated: _____

**2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:**

RBC DIRECT INVESTING INC ROYAL BANK PLAZA, 200 BAY STREET, TORONTO

Telephone Number: 1-800-769-1255

**3. Date Equity Interest was acquired:**
SEE ATTACHED
MMAT - 33

**4. Total amount of member interest:** MMAT - 33

**5. Certificate number(s):** _____

**6. Type of Equity Interest**
Please indicate the type of Equity Interest you hold
☑ Check this box if your Equity Interest is based on an actual member interest held in the Debtor
☐ Check this box if your Equity Interest is based on anything else and describe that interest
Description: _____

**7. Supporting Documents** Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary

**8. Date-Stamped Copy** To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self addressed envelope and copy of this Proof of Interest

**9. Signature**
Check the appropriate box
☑ I am the creditor
☐ I am the creditor's authorized agent (Attach copy of power of attorney, if any)
☐ I am the trustee, or the debtor, or their authorized agent (See Bankruptcy Rule 3004)
☐ I am a guarantor, surety, endorser, or other codebtor (See Bankruptcy Rule 3005)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief

Print Name: TREVOR BLACK
Title:
Company: Address and telephone number (if different from notice address above):

(Signature): [signed] ZBlk
(Date): Nov 4/24
Telephone number: 905-512-7606
email: trevor.black@sedgwick.com

Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both 18 U.S.C §§ 152 AND 3571

---

Trevor Black, FCIP, CRM, CFEI | Regional Vice President
**Sedgwick Canada Inc**
235 Martindale Road, Unit 8 | St Catharines, ON L2W 1A5
DIRECT 905 684 7444 Ext 226 | FAX 905 684 5033
TOLL FREE 1 800 668 9922
EMAIL Trevor.Black@sedgwick.com



SUMMARY　571





**NOW & NOTEWORTHY**
## Five Things That Could Impact Your Portfolio More Than the U.S. Election
What to have on your radar before and after the U.S. election

**NOW & NOTEWORTHY**
## Key Dates for Investors October 2024
Dates, deadlines, announcements and more that self-directed investors need to know

**FEATURED**
## 8 Investing Terms Perfect for Halloween
Halloween Effect. Witching hours. Some investing concepts have names perfectly suited to this time of year.

---

### Important Information

Options data provided by Bourse De Montréal and OPRA are delayed 15 minutes. ICE Indices, NYMEX and COMEX data are delayed at least 10 minutes.

As your agreement for the receipt and use of market data provides, the securities markets (1) reserve all rights to the market data that they make available, (2) do not guarantee that data, and (3) shall not be liable for any loss due either to their negligence or to any cause beyond their reasonable control. Some quotes or market data may be delayed.

Quotes for NYSE, AMEX and NASDAQ listed securities are based on Cboe One Real Time Quote, or consolidated market quote. OTC data provided by OTC Markets Group Inc.

---

### Disclaimer

1 All exchange rates are based on the previous business day's average value of the foreign currency in Canadian dollars and Canadian dollars in the foreign currency. These rates will not be used when a currency conversion is required for same-day transactions. To obtain rates for same-day currency conversions, please contact an Investment Services Representative at 1-800-769-2560

2 The performance of your portfolio over the past 12 months (up to the end of the previous month). N/A will be displayed at the start of each new month, up to a period of 10 days, as the portfolio return is re-calculated. Practice Accounts are not included in this calculation.

5 Total Account Values do not include securities held in safekeeping.

6 Expressed in Canadian and U.S. dollar equivalents, this value represents the combined margin for the account, group or goal you have selected.

7 Value is not intraday

8 Intraday change

9 Part of or all of the Book Cost on this security position is unknown resulting in the use of market value. The market value applied was September 30, 2015 or later, depending on the transaction activity for this security position

10 The Book Cost of this security cannot be determined

11 Part or all of the Book Cost on this security position has been provided by a source other than RBC Direct Investing Inc.

14 The Book Cost of this security is temporarily unavailable due to a pending corporate action event

Practice accounts are for educational purposes only and simulate the experience of buying or selling securities. Any orders placed through practice accounts do not represent actual instructions to buy or sell a security on an exchange. Please refer to your official account statement for information and details on your actual account holdings.

RBC Direct Investing does not provide investment advice or recommendations. RBC Direct Investing does not monitor or track your goals or their performance. Clients are responsible for the accuracy of their own goals and to monitor them regularly. RBC Direct Investing does not guarantee the accuracy or completeness of the information being presented.

Book Cost values shown are obtained from sources we believe are reliable but we do not guarantee their accuracy. Please refer to your account statement for additional details.

RBC Direct Investing uses the Time Weighted Rate of Return Method to provide an approximation of the performance of your portfolio over time. It adjusts for external cash flows (deposits, withdrawals, transfers in/out, withholding taxes, and federal/provincial taxes) to calculate performance. Returns are geometrically linked where required. Performance data represents past performance and is not necessarily indicative of future performance. Portfolio returns, if any, may vary depending on the nature of the security(ies) held within your account and/or market conditions.

### Sources

© 2024 REFINITIV  Click Here for Limitations and Restrictions on Use



© 2024 Morningstar, Inc. All Rights Reserved. The information contained herein: (1) is proprietary to Morningstar and/or its content providers; (2) may not be copied or distributed; and (3) is not warranted to be accurate, complete or timely. Neither Morningstar nor its content providers are responsible for any damages or losses arising from any use of this information. Past performance is no guarantee of future results.

Morningstar RatingTM The Morningstar RatingTM for funds, or "star rating", is calculated for managed products (including mutual funds, variable annuity and variable life subaccounts, exchange-traded funds, closed-end funds, and separate accounts) with at least a three-year history. Exchange-traded funds and open-ended mutual funds are considered a single population for comparative purposes. It is calculated based on a Morningstar Risk-Adjusted Return measure that accounts for variation in a managed product's monthly excess performance, placing more emphasis on downward variations and rewarding consistent performance. The top 10% of products in each product category receive 5 stars, the next 22.5% receive 4 stars, the next 35% receive 3 stars, the next 22.5% receive 2 stars, and the bottom 10% receive 1 star. The Overall Morningstar Rating for a managed product is derived from a weighted average of the performance figures associated with its three-, five-, and 10-year (if applicable) Morningstar Rating metrics. The weights are: 100% three-year rating for 36-59 months of total returns, 60% five-year rating/40% three-year rating for 60-119 months of total returns, and 50% 10-year rating/30% five-year rating/20% three-year rating for 120 or more months of total returns. While the 10-year overall star rating formula seems to give the most weight to the 10-year period, the most recent three-year period actually has the greatest impact because it is included in all three rating periods.



© 2024 Trading Central. All Rights Reserved. The information contained herein: (1) is proprietary to Trading Central and/or its content providers; (2) may not be copied or distributed; (3) is not warranted to be accurate, complete or timely; and (4) does not constitute advice or a recommendation by RBC Direct Investing, Trading Central or its content providers in respect of the investment in financial instruments. Neither RBC Direct Investing nor Trading Central nor its content providers are responsible for any damages or losses arising from any use of this information. Past performance is no guarantee of future results.

Technical Event® is a registered trademark of Trading Central

Trading Central products and services are protected under U.S. Patent Nos. 6,801,201, 7,469,226, 7,469,238, 7,835,966, and 7,853,506, and corresponding foreign patents.

Canadian Fund Prices Supplied by CANNEX



**Direct Investing**

MMAT - 571 ★

# Direct Investing Documents

🛈 **Your Direct Investing Documents**                                                                                                        Collapse

To begin searching for an electronic document, select an account and eDocument type. Document types set to "Paper" will not display in the eDocument Type dropdown. To display all of your document types in this dropdown, go to Manage Documents and click "All Electronic"

Manage document delivery preferences

Document Option FAQs

## What documents are you looking for? ⓘ

| Confirmations & regulatory documents ⌄ |

## Accounts

| 66874571 RBC Direct Investing ⌄ |

## Date Range (up to 7 years)

**From**

| Nov 1, 2018                                              📅 |

**To**

| Nov 4, 2024                                              📅 |

Example: Sep 19, 2022

## Transaction type

○ All
○ Buy
○ Sell

Symbol (optional)

```
MMAT
```

Security Description (optional)

```
Enter keywords
```

Show Documents

Current view  3 results for this search

---

66874571

March 9, 2023

- Buy
- MMAT

⬇ Confirmation Notice

---

66874571

March 7, 2023

- Buy
- MMAT

⬇ Confirmation Notice

---

66874571

March 1, 2023

- Buy
- MMAT

⬇ Confirmation Notice

---

## Top of page

## Contact Us

Royal Bank of Canada Website, © 1995 - 2024

Privacy       Legal       Disclaimers       Security       Accessibility

Advertising & Cookies