NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | PROOF OF INTEREST |
|---|---|

| Name of Debtor | Case Number |
|---|---|
| META MATERIALS INC. | 24-50792 hlb |

**1** Name and address of holder of the Equity Interest (the person or entity holding an Equity Interest in the Debtor Referred to hereinafter as the "Interest holder )

TREVOR BLACK
12 CARDIGAN PLACE
STONEY CREEK, ONTARIO
CANADA L8E 6C3

Telephone Number
(905) 512-7606

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest Attach copy of statement giving particulars

☑ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein

COURT USE ONLY

| Account or other number by which Interest holder identifies Debtor | Check here if this claim |
|---|---|
| 66861555 | ☐ replaces a previously filed Proof of Interest dated _____<br>☐ amends a previously filed Proof of Interest dated _____ |

**2** Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest

RBC DIRECT INVESTING INC ROYAL
BANK PLAZA, 200 BAY STREET, TORONTO
Telephone Number  1-800-769-1255

**3** Date Equity Interest was acquired
SEE ATTACHED
MMAT - 4351
MMAX - 100

**4** Total amount of member interest  MMAT - 4351    MMAX - 100

**5** Certificate number(s) _____

**6** Type of Equity Interest
Please indicate the type of Equity Interest you hold
☑ Check this box if your Equity Interest is based on an actual member interest held in the Debtor
☐ Check this box if your Equity Interest is based on anything else and describe that interest
Description

**7** Supporting Documents Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc
DO NOT SEND ORIGINAL DOCUMENTS If the documents are not available, explain If the documents are voluminous, attach a summary

**8** Date-Stamped Copy To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest

**9** Signature
Check the appropriate box
☑ I am the creditor    ☐ I am the creditor's authorized agent    ☐ I am the trustee, or the debtor,    ☐ I am a guarantor, surety, endorser, or other codebtor
(Attach copy of power of attorney, if any )    or their authorized agent    (See Bankruptcy Rule 3005 )
(See Bankruptcy Rule 3004 )

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information and reasonable belief

Print Name  TREVOR BLACK
Title
Company ___ Address and telephone number (if different from notice address above)
_____
_____

(Signature)  [signature]  Nov 4/24
Telephone number  905-512-7606    (Date)
email  trevor.black@sedgwick.com

Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both  18 U S C §§ 152 AND 3571

**Trevor Black, FCIP, CRM, CFEI** | Regional Vice President
**Sedgwick Canada Inc**
235 Martindale Road, Unit 8 | St Catharines, ON L2W 1A5
DIRECT 905 684 7444 Ext 226 | FAX 905 684 5033
TOLL FREE 1 800 668 9922
EMAIL Trevor Black@sedgwick com

Holdings - RBC Direct Investing



## Holdings

Select an account, goal or group

66861555 - Investment ▼

**SUMMARY**

**555** November 4, 2024

Previous Day | Intraday

| Trailing 12 Mo Return [2] | Unrealized Gain/Loss | Combined Book Cost | Combined Total | Combined Margin [6] |
|---|---|---|---|---|
| **-99.07%** | CAD -283,324.54 | CAD 283,786.37 | CAD 472.31 | CAD **N/A** |
| | USD -99.84% | USD 203,336.34 | USD 338.42 | USD **N/A** |

| CURRENCY | CASH | INVESTMENTS [5] | SHORT | TOTAL |
|---|---|---|---|---|
| CAD | 10.48 | 295.62 | N/A | 306.10 |
| USD | 0.00 | 119.09 | N/A | 119.09 |

Balances as of Nov 4, 2024 2:10:04 PM ET  |  View Exchange Rates [1] 🗐

View holdings by [Settlement Currency ▼] [Go]     Values displayed in [Settlement Currency ▼] [Go]

As of Nov. 4, 2024 at 2:09 PM ET. Some quotes may be delayed.*

| CAD Holdings | | Intraday Change in CAD (%) **-44.52 (-13.09%)** | Total Book Cost in CAD **86,684.19** | Total Market Value in CAD **295.62** |
|---|---|---|---|---|

**Common Shares**

| | SYMBOL/NAME | QUANTITY | AVERAGE COST | LAST PRICE | CHANGE $(%) | BOOK COST | MARKET VALUE | UNREALIZED GAIN/LOSS $(%) |
|---|---|---|---|---|---|---|---|---|
| ⌄ | **MMATQ** META MATERIALS INC COMMON STOCK | 3,180 | 27.0674[11] | 0.0851 | -0.014 (-14.08%) | 86,074.24[11] | 270.62 | -85,803.62 (-99.69%) |
| ⌄ | **MMAX** METAMATERIAL EXCHANGECO INC COM NEW | 100 | 6.0995 | 0.25 | 0.00 (0.00%) | 609.95 | 25.00 | -584.95 (-95.90%) |
| | | | | | Sub Total in CAD: | 86,684.19 | 295.62 | -86,388.57 (-99.66%) |

As of Nov. 4, 2024 at 2:09 PM ET. Some quotes may be delayed.*

| USD Holdings | | Intraday Change in USD (%) **-12.61 (-9.58%)** | Total Book Cost in USD **141,226.08** | Total Market Value in USD **119.09** |
|---|---|---|---|---|

### Common Shares

| SYMBOL/NAME | QUANTITY | AVERAGE COST | LAST PRICE | CHANGE $(%) | BOOK COST | MARKET VALUE | UNREALIZED GAIN/LOSS $(%) |
|---|---|---|---|---|---|---|---|
| ⌄ | **AMC** AMC ENTERTAINMENT HOLDINGS INC CLASS A COMMON STOCK | 10 | 0.001 | 4.39 | -0.12 (-2.66%) | 0.01 | 43.90 | +43.89 (+438,900.00%) |
| ⌄ | **CEIN** CAMBER ENERGY INC COMMON STOCK | 180 | 25.9942 | 0.0209 | 0.0017 (+8.57%) | 4,678.95 | 3.76 | -4,675.19 (-99.92%) |
| ⌄ | **MMATQ** META MATERIALS INC COMMON STOCK | 1,171 | 116.6073 | 0.061 | -0.01 (-14.08%) | 136,547.12 | 71.43 | -136,475.69 (-99.95%) |
| | | | | | Sub Total in USD: | 141,226.08 | 119.09 | -141,106.99 (-99.92%) |

*(Note: the table above contains an expand-arrow (⌄) column before SYMBOL/NAME; values aligned: AMC qty 10, avg cost 0.001, last 4.39, change -0.12 (-2.66%), book cost 0.01, market value 43.90, unrealized +43.89 (+438,900.00%); CEIN qty 180, avg cost 25.9942, last 0.0209, change 0.0017 (+8.57%), book cost 4,678.95, market value 3.76, unrealized -4,675.19 (-99.92%); MMATQ qty 1,171, avg cost 116.6073, last 0.061, change -0.01 (-14.08%), book cost 136,547.12, market value 71.43, unrealized -136,475.69 (-99.95%).)*

## MOST RECENT FROM INSPIRED INVESTOR



**NOW & NOTEWORTHY**

## Five Things That Could Impact Your Portfolio More Than the U.S. Election

What to have on your radar before and after the U.S. election



**NOW & NOTEWORTHY**

## Key Dates for Investors: October 2024

Dates, deadlines, announcements and more that self-directed investors need to know.



**FEATURED**

## 8 Investing Terms Perfect for Halloween

Halloween Effect. Witching hours. Some investing concepts have names perfectly suited to this time of year.

---

**Important Information**

. Options data provided by Bourse De Montréal and OPRA are delayed 15 minutes. ICE Indices, NYMEX and COMEX data are delayed at least 10 minutes.

As your agreement for the receipt and use of market data provides, the securities markets (1) reserve all rights to the market data that they make available, (2) do not guarantee that data; and (3) shall not be liable for any loss due either to their negligence or to any cause beyond their reasonable control. Some quotes or market data may be delayed.

Quotes for NYSE, AMEX and NASDAQ listed securities are based on Cboe One Real-Time Quote, or consolidated market quote. OTC data provided by OTC Markets Group Inc.

**Disclaimer**

1 All exchange rates are based on the previous business day's average value of the foreign currency in Canadian dollars and Canadian dollars in the foreign currency. These rates will not be used when a currency conversion is required for same-day transactions. To obtain rates for same-day currency conversions, please contact an Investment Services Representative at 1-800-769-2560.

2 The performance of your portfolio over the past 12 months (up to the end of the previous month). 'N/A' will be displayed at the start of each new month, up to a period of 10 days, as the portfolio return is re-calculated. Practice Accounts are not included in this calculation.

5 Total Account Values do not include securities held in safekeeping 🔗.

6 Expressed in Canadian and U.S. dollar equivalents, this value represents the combined margin for the account, group or goal you have selected.

7 Value is not intraday.

8 Intraday change.

9 Part of or all of the Book Cost on this security position is unknown resulting in the use of market value. The market value applied was September 30, 2015 or later, depending on the transaction activity for this security position.

10 The Book Cost of this security cannot be determined.

11 Part or all of the Book Cost on this security position has been provided by a source other than RBC Direct Investing Inc

14 The Book Cost of this security is temporarily unavailable due to a pending corporate action event

Practice accounts are for educational purposes only and simulate the experience of buying or selling securities  Any orders placed through practice accounts do not represent actual instructions to buy or sell a security on an exchange  Please refer to your official account statement for information and details on your actual account holdings

RBC Direct Investing does not provide investment advice or recommendations  RBC Direct Investing does not monitor or track your goals or their performance  Clients are responsible for the accuracy of their own goals and to monitor them regularly  RBC Direct Investing does not guarantee the accuracy or completeness of the information being presented

Book Cost values shown are obtained from sources we believe are reliable but we do not guarantee their accuracy  Please refer to your account statement for additional details

RBC Direct Investing uses the Time Weighted Rate of Return Method to provide an approximation of the performance of your portfolio over time  It adjusts for external cash flows (deposits  withdrawals  transfers in/out withholding taxes  and federal/provincial taxes) to calculate performance  Returns are geometrically linked where required  Performance data represents past performance and is not necessarily indicative of future performance  Portfolio returns  if any  may vary depending on the nature of the security(ies) held within your account and/or market conditions

**Sources**

© 2024   REFINITIV    Click Here for Limitations and Restrictions on Use



© 2024 Morningstar  Inc  All Rights Reserved  The information contained herein  (1) is proprietary to Morningstar and/or its content providers  (2) may not be copied or distributed and (3) is not warranted to be accurate  complete or timely  Neither Morningstar nor its content providers are responsible for any damages or losses arising from any use of this information  Past performance is no guarantee of future results

Morningstar RatingTM The Morningstar RatingTM for funds  or  star rating   is calculated for managed products (including mutual funds  variable annuity and variable life subaccounts  exchange traded funds  closed-end funds  and separate accounts) with at least a three year history  Exchange traded funds and open-ended mutual funds are considered a single population for comparative purposes  It is calculated based on a Morningstar RiskAdjusted Return measure that accounts for variation in a managed product's monthly excess performance  placing more emphasis on downward variations and rewarding consistent performance  The top 10 / of products in each product category receive 5 stars  the next 22 5/ receive 4 stars  the next 35 /  receive 3 stars  the next 22 5 /  receive 2 stars  and the bottom 10 /  receive 1 star  The Overall Morningstar Rating for a managed product is derived from a weighted average of the performance figures associated with its three   five- and 10-year (if applicable) Morningstar Rating metrics  The weights are  100 / three year rating for 36  59 months of total returns  60 / five year rating/40 /  three year rating for 60-119 months of total returns  and 50 / 10-year rating/30 /  five-year rating/20 /  three year rating for 120 or more months of total returns  While the 10-year overall star rating formula seems to give the most weight to the 10 year period  the most recent three year period actually has the greatest impact because it is included in all three rating periods

© 2024 Trading Central  All Rights Reserved  The information contained herein  (1) is proprietary to Trading Central and/or its content providers  (2) may not be copied or distributed  (3) is not warranted to be accurate  complete or timely  and (4) does not constitute advice or a recommendation by RBC Direct Investing  Trading Central or its content providers in respect of the investment in financial instruments  Neither RBC Direct Investing nor Trading Central nor its content providers are responsible for any damages or losses arising from any use of this information  Past performance is no guarantee of future results

Technical Event® is a registered trademark of Trading Central

Trading Central products and services are protected under U S  Patent Nos  6 801 201  7 469 226  7 469 238  7 835 966 and 7 853 506  and corresponding foreign patents

    Canadian Fund Prices Supplied by CANNEX

 

**Direct Investing**

 

*MMAT 555* ★

# Direct Investing Documents

> ℹ **Your Direct Investing Documents**      <u>Collapse</u>
>
> To begin searching for an electronic document, select an account and eDocument type  Document types set to "Paper" will not display in the eDocument Type dropdown  To display all of your document types in this dropdown, go to Manage Documents and click "All Electronic"

Manage document delivery preferences

Document Option FAQs

## What documents are you looking for?   ⓘ

| Confirmations & regulatory documents | ⌄ |
|---|---|

## Accounts

| 66861555 RBC Direct Investing | ⌄ |
|---|---|

## Date Range (up to 7 years)

From

| Nov 1, 2018 | 🗓 |
|---|---|

To

| Nov 4, 2024 | 🗓 |
|---|---|

Example  Sep 19, 2022

## Transaction type

○ All

○ Buy

○ Sell

Symbol (optional)

| MMAT |

Security Description (optional)

| Enter keywords |

**Show Documents**

## Current view  98 results for this search

---

### 66861555

Feb  9, 2024

- Buy
- MMAT

⤓ Confirmation Notice

---

### 66861555

Feb  2, 2024

- Buy
- MMAT

⤓ Confirmation Notice

---

### 66861555

Feb  2, 2024

- Buy
- MMAT

⤓ Confirmation Notice

---

**66861555**

Jan 31, 2024

- Buy
- MMAT

⤓ Confirmation Notice

---

**66861555**

Jan 4, 2024

- Buy
- MMAT

⤓ Confirmation Notice

---

**66861555**

Dec 22, 2023

- Buy
- MMAT

⤓ Confirmation Notice

---

**66861555**

Dec 15, 2023

- Buy
- MMAT

⤓ Confirmation Notice

---

**66861555**

Dec 11, 2023

- Buy
- MMAT

⤓ Confirmation Notice

---

**66861555**

Dec 8, 2023

- Buy
- MMAT

⤓ Confirmation Notice

---

66861555

Dec 6, 2023

- Buy
- MMAT

⤓ Confirmation Notice

---

66861555

Dec 5, 2023

- Buy
- MMAT

⤓ Confirmation Notice

---

66861555

Dec 5, 2023

- Buy
- MMAT

⤓ Confirmation Notice

---

66861555

Dec 5, 2023

- Buy
- MMAT

⤓ Confirmation Notice

---

66861555

Dec 5, 2023

- Buy
- MMAT

⤓ Confirmation Notice

---

**66861555**

Dec 4, 2023

- Buy
- MMAT

⤓ Confirmation Notice

---

**66861555**

Dec 1, 2023

- Buy
- MMAT

⤓ Confirmation Notice

---

**66861555**

Nov 10, 2023

- Buy
- MMAT

⤓ Confirmation Notice

---

**66861555**

Oct 30, 2023

- Buy
- MMAT

⤓ Confirmation Notice

---

**66861555**

Oct 27, 2023

- Buy
- MMAT

⤓ Confirmation Notice

---

**66861555**

Direct Investing Documents - RBC Direct Investing

Oct 23, 2023

- Buy
- MMAT

⤓ Confirmation Notice

66861555

Oct 20, 2023

- Buy
- MMAT

⤓ Confirmation Notice

66861555

Oct 19, 2023

- Buy
- MMAT

⤓ Confirmation Notice

66861555

Oct 17, 2023

- Buy
- MMAT

⤓ Confirmation Notice

66861555

Oct 16, 2023

- Buy
- MMAT

⤓ Confirmation Notice

66861555

Oct 13, 2023

- Buy
- MMAT

⤓ Confirmation Notice

---

**66861555**

Oct 12, 2023

- Buy
- MMAT

⤓ Confirmation Notice

---

**66861555**

Oct 11, 2023

- Buy
- MMAT

⤓ Confirmation Notice

---

**66861555**

July 21, 2023

- Buy
- MMAT

⤓ Confirmation Notice

---

**66861555**

June 27, 2023

- Buy
- MMAT

⤓ Confirmation Notice

---

**66861555**

June 26, 2023

- Buy
- MMAT

⤓ Confirmation Notice

---

**66861555**

Oct 7, 2022

- Buy
- MMAT

⤓ Confirmation Notice

**66861555**

Sept 28, 2022

- Buy
- MMAT

⤓ Confirmation Notice

**66861555**

Sept 23, 2022

- Buy
- MMAT

⤓ Confirmation Notice

**66861555**

Sept 23, 2022

- Buy
- MMAT

⤓ Confirmation Notice

**66861555**

Sept 22, 2022

- Buy
- MMAT

⤓ Confirmation Notice

**66861555**

Aug 30, 2022

- Buy
- MMAT

⤓ Confirmation Notice

---

**66861555**

Aug  29, 2022

- Buy
- MMAT

⤓ Confirmation Notice

---

**66861555**

Aug  26, 2022

- Buy
- MMAT

⤓ Confirmation Notice

---

**66861555**

Aug  23, 2022

- Buy
- MMAT

⤓ Confirmation Notice

---

**66861555**

Aug  22, 2022

- Buy
- MMAT

⤓ Confirmation Notice

---

**66861555**

Aug  19, 2022

- Buy
- MMAT

⤓ Confirmation Notice

---

**66861555**

Aug 19, 2022

- Buy
- MMAT

⤓ Confirmation Notice

66861555

Aug 18, 2022

- Buy
- MMAT

⤓ Confirmation Notice

66861555

July 28, 2022

- Buy
- MMAT

⤓ Confirmation Notice

66861555

July 27, 2022

- Buy
- MMAT

⤓ Confirmation Notice

66861555

July 22, 2022

- Buy
- MMAT

⤓ Confirmation Notice

66861555

July 14, 2022

- Buy
- MMAT

⤓ Confirmation Notice

---

**66861555**

July 13, 2022

- Buy
- MMAT

⤓ Confirmation Notice

---

**66861555**

July 11, 2022

- Buy
- MMAT

⤓ Confirmation Notice

---

**66861555**

June 30, 2022

- Buy
- MMAT

⤓ Confirmation Notice

---

**66861555**

June 30, 2022

- Buy
- MMAT

⤓ Confirmation Notice

---

**66861555**

June 28, 2022

- Buy
- MMAT

⤓ Confirmation Notice

---

**66861555**

June 27, 2022

- Buy
- MMAT

⬇️ Confirmation Notice

### 66861555

June 27, 2022

- Buy
- MMAT

⬇️ Confirmation Notice

### 66861555

June 24, 2022

- Buy
- MMAT

⬇️ Confirmation Notice

### 66861555

June 24, 2022

- Buy
- MMAT

⬇️ Confirmation Notice

### 66861555

May 11, 2022

- Buy
- MMAT

⬇️ Confirmation Notice

### 66861555

May 11, 2022

- Buy
- MMAT

⤓ Confirmation Notice

---

### 66861555

May 10, 2022

- Buy
- MMAT

⤓ Confirmation Notice

---

### 66861555

May 10, 2022

- Buy
- MMAT

⤓ Confirmation Notice

---

### 66861555

May 10, 2022

- Buy
- MMAT

⤓ Confirmation Notice

---

### 66861555

May 10, 2022

- Buy
- MMAT

⤓ Confirmation Notice

---

### 66861555

May 10, 2022

- Buy
- MMAT

⤓ Confirmation Notice

---

### 66861555

May 9, 2022

- Buy
- MMAT

⤓ Confirmation Notice

### 66861555

May 9, 2022

- Buy
- MMAT

⤓ Confirmation Notice

### 66861555

April 27, 2022

- Buy
- MMAT

⤓ Confirmation Notice

### 66861555

April 27, 2022

- Buy
- MMAT

⤓ Confirmation Notice

### 66861555

April 27, 2022

- Buy
- MMAT

⤓ Confirmation Notice

### 66861555

April 26, 2022

- Buy
- MMAT

↓ Confirmation Notice

---

### 66861555

April 26, 2022

- Buy
- MMAT

↓ Confirmation Notice

---

### 66861555

April 26, 2022

- Buy
- MMAT

↓ Confirmation Notice

---

### 66861555

April 26, 2022

- Buy
- MMAT

↓ Confirmation Notice

---

### 66861555

April 25, 2022

- Buy
- MMAT

↓ Confirmation Notice

---

### 66861555

April 25, 2022

- Buy
- MMAT

↓ Confirmation Notice

---

### 66861555

April 25, 2022

- Buy
- MMAT

⬇ Confirmation Notice

---

**66861555**

April 22, 2022

- Buy
- MMAT

⬇ Confirmation Notice

---

**66861555**

April 22, 2022

- Buy
- MMAT

⬇ Confirmation Notice

---

**66861555**

April 22, 2022

- Buy
- MMAT

⬇ Confirmation Notice

---

**66861555**

April 21, 2022

- Buy
- MMAT

⬇ Confirmation Notice

---

**66861555**

April 21, 2022

- Buy
- MMAT

⤓ Confirmation Notice

---

**66861555**

April 20, 2022

- Buy
- MMAT

⤓ Confirmation Notice

---

**66861555**

April 20, 2022

- Buy
- MMAT

⤓ Confirmation Notice

---

**66861555**

April 20, 2022

- Buy
- MMAT

⤓ Confirmation Notice

---

**66861555**

April 20, 2022

- Buy
- MMAT

⤓ Confirmation Notice

---

**66861555**

April 19, 2022

- Buy
- MMAT

⤓ Confirmation Notice

---

**66861555**

April 18, 2022

- Buy
- MMAT

⤓ Confirmation Notice

**66861555**

April 18, 2022

- Buy
- MMAT

⤓ Confirmation Notice

**66861555**

April 11, 2022

- Buy
- MMAT

⤓ Confirmation Notice

**66861555**

April 8, 2022

- Buy
- MMAT

⤓ Confirmation Notice

**66861555**

April 7, 2022

- Buy
- MMAT

⤓ Confirmation Notice

**66861555**

April 5, 2022

- Buy
- MMAT

⬇ Confirmation Notice

---

**66861555**

April 5, 2022

- Buy
- MMAT

⬇ Confirmation Notice

---

**66861555**

April 1, 2022

- Buy
- MMAT

⬇ Confirmation Notice

---

**66861555**

March 31, 2022

- Buy
- MMAT

⬇ Confirmation Notice

---

**66861555**

March 31, 2022

- Buy
- MMAT

⬇ Confirmation Notice

---

**66861555**

March 31, 2022

- Buy
- MMAT

⬇ Confirmation Notice

---

**66861555**

March 29, 2022

- Buy
- MMAT

⤓ Confirmation Notice

66861555

March 29, 2022

- Buy
- MMAT

⤓ Confirmation Notice

---

Top of page

Contact Us

Royal Bank of Canada Website, © 1995 - 2024

Privacy          Legal          Disclaimers          Security          Accessibility

Advertising & Cookies

 **Direct Investing**



MMAX 555 ★

# Direct Investing Documents

ℹ Your Direct Investing Documents                                                    <u>Collapse</u>

To begin searching for an electronic document, select an account and eDocument type  Document types set to "Paper" will not display in the eDocument Type dropdown  To display all of your document types in this dropdown, go to Manage Documents and click "All Electronic"

Manage document delivery preferences

Document Option FAQs

## What documents are you looking for?   ⓘ

| Confirmations & regulatory documents | ⌄ |
|---|---|

## Accounts

| 66861555 RBC Direct Investing | ⌄ |
|---|---|

## Date Range (up to 7 years)

From

| Nov 1, 2018 | 🗓 |
|---|---|

To

| Nov 4, 2024 | 🗓 |
|---|---|

Example  Sep 19, 2022

## Transaction type

○ All

○ Buy

○ Sell

## Symbol (optional)

MMAX

## Security Description (optional)

Enter keywords

## Show Documents

## Current view 22 results for this search

---

### 66861555

Dec 13, 2023

- Buy
- MMAX

⤓ Confirmation Notice

---

### 66861555

Oct 6, 2022

- Buy
- MMAX

⤓ Confirmation Notice

---

### 66861555

Aug 9, 2022

- Buy
- MMAX

⤓ Confirmation Notice

**66861555**

Aug  9, 2022

- Buy
- MMAX

⤓ Confirmation Notice

**66861555**

July 19, 2022

- Buy
- MMAX

⤓ Confirmation Notice

**66861555**

July 8, 2022

- Buy
- MMAX

⤓ Confirmation Notice

**66861555**

June 30, 2022

- Buy
- MMAX

⤓ Confirmation Notice

**66861555**

June 29, 2022

- Buy
- MMAX

⤓ Confirmation Notice

**66861555**

June 29, 2022

- Buy
- MMAX

⬇ Confirmation Notice

66861555

June 28, 2022

- Buy
- MMAX

⬇ Confirmation Notice

66861555

June 24, 2022

- Buy
- MMAX

⬇ Confirmation Notice

66861555

June 24, 2022

- Buy
- MMAX

⬇ Confirmation Notice

66861555

June 23, 2022

- Buy
- MMAX

⬇ Confirmation Notice

66861555

June 22, 2022

- Buy
- MMAX

Case 24-50792-hlb     Doc 171     Entered 11/12/24 16 09 30     Page 29 of 30

↓ Confirmation Notice

---

**66861555**

May 20, 2022

- Buy
- MMAX

↓ Confirmation Notice

---

**66861555**

May 20, 2022

- Buy
- MMAX

↓ Confirmation Notice

---

**66861555**

May 20, 2022

- Buy
- MMAX

↓ Confirmation Notice

---

**66861555**

May 11, 2022

- Buy
- MMAX

↓ Confirmation Notice

---

**66861555**

May 11, 2022

- Buy
- MMAX

↓ Confirmation Notice

---

**66861555**

May 11, 2022

- Buy
- MMAX

⤓ Confirmation Notice

**66861555**

May 11, 2022

- Buy
- MMAX

⤓ Confirmation Notice

**66861555**

May 10, 2022

- Buy
- MMAX

⤓ Confirmation Notice

---

Top of page

Contact Us

Royal Bank of Canada Website, © 1995 - 2024

Privacy          Legal          Disclaimers          Security          Accessibility

Advertising & Cookies