NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | | **PROOF OF INTEREST** |
|---|---|---|
| Name of Debtor<br>META MATERIALS INC | Case Number<br>24-50792-hlb | |

1  Name and address of holder of the Equity Interest (the person or entity holding an Equity Interest in the Debtor Referred to hereinafter as the Interest holder)

TREVOR BLACK
12 CARDIGAN PLACE
STONEY CREEK, ONTARIO
CANADA L8E 6C3

Telephone Number (905) 512-7606

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest Attach copy of statement giving particulars

☑ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

COURT USE ONLY

Account or other number by which Interest holder identifies Debtor
668 06768

Check here if this claim
☐ replaces a previously filed Proof of Interest dated _____
☐ amends a previously filed Proof of Interest dated _____

2  Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest
RBC DIRECT INVESTING INC ROYAL BANK PLAZA, 200 BAY STREET, TORONTO
Telephone Number  1-800-769-1255

3  Date Equity Interest was acquired
SEE ATTACHED
MMAT-8

4  Total amount of member interest  MMAT-8

5  Certificate number(s) _____

6  Type of Equity Interest
Please indicate the type of Equity Interest you hold
☑ Check this box if your Equity Interest is based on an actual member interest held in the Debtor
☐ Check this box if your Equity Interest is based on anything else and describe that interest
Description _____

7  Supporting Documents Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc
DO NOT SEND ORIGINAL DOCUMENTS If the documents are not available, explain If the documents are voluminous, attach a summary

8  Date-Stamped Copy To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest

9  Signature
Check the appropriate box
☑ I am the creditor    ☐ I am the creditor's authorized agent    ☐ I am the trustee, or the debtor,    ☐ I am a guarantor, surety, endorser, or other codebtor
                        (Attach copy of power of attorney if any)    or their authorized agent             (See Bankruptcy Rule 3005)
                                                                       (See Bankruptcy Rule 3004)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge information and reasonable belief

Print Name  TREVOR BLACK
Title
Company __ Address and telephone number (if different from notice address above)
_____

(Signature) ZBlk     Nov 4/24 (Date)
Telephone number 905-512-7606    email trevor.black@sedgwick.com

Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both 18 U S C §§ 152 AND 3571

---

Trevor Black, FCIP, CRM, CFEI | Regional Vice President
Sedgwick Canada Inc
235 Martindale Road, Unit 8 | St Catharines, ON L2W 1A5
DIRECT 905 684 7444 Ext 226 | FAX 905 684 5033
TOLL FREE 1 800 668 9922
EMAIL Trevor Black@sedgwick com

**Holdings**

SUMMARY 768                                     November 4, 2024

Select an account, goal or group

66806768 - Investment                                                   Previous Day | Intraday

| Trailing 12 Mo Return[2] | Unrealized Gain/Loss | Combined Book Cost | Combined Total | Combined Margin[6] |
|---|---|---|---|---|
| **-89.59%** | CAD **-2,984.90** | CAD **2,999.02** | CAD **14.12** | CAD **N/A** |
| | -99.53% | USD **2,148.84** | USD **10.12** | USD **N/A** |

| CURRENCY | CASH | INVESTMENTS[5] | SHORT | TOTAL |
|---|---|---|---|---|
| CAD | 0.00 | 0.09 | N/A | 0.09 |
| USD | 0.00 | 10.06 | N/A | 10.06 |

Balances as of Nov 4, 2024 2:09:57 PM ET  |  View Exchange Rates[1]

View holdings by  Settlement Currency  Go        Values displayed in  Settlement Currency  Go

As of Nov. 4, 2024 at 2:09 PM ET.  Some quotes may be delayed.

### CAD Holdings

| | Intraday Change in CAD (%) | Total Book Cost in CAD | Total Market Value in CAD |
|---|---|---|---|
| | **-0.01 (-14.13%)** | **4.25** | **0.09** |

**Common Shares**

| | SYMBOL/NAME | QUANTITY | AVERAGE COST | LAST PRICE | CHANGE $(%) | BOOK COST | MARKET VALUE | UNREALIZED GAIN/LOSS $(%) |
|---|---|---|---|---|---|---|---|---|
| ⌄ | **MMATQ** META MATERIALS INC COMMON STOCK | 1 | 4.25 | 0.0851 | -0.014 (-14.08%) | 4.25 | 0.09 | -4.16 (-98.00%) |
| | | | | | Sub Total in CAD: | 4.25 | 0.09 | -4.16 (-98.00%) |

As of Nov. 4, 2024 at 2:09 PM ET.  Some quotes may be delayed.

### USD Holdings

| | Intraday Change in USD (%) | Total Book Cost in USD | Total Market Value in USD |
|---|---|---|---|
| | **-0.07 (-0.69%)** | **2,145.79** | **10.06** |

**Common Shares**

| | SYMBOL/NAME | QUANTITY | AVERAGE COST | LAST PRICE | CHANGE $(%) | BOOK COST | MARKET VALUE | UNREALIZED GAIN/LOSS $(%) |
|---|---|---|---|---|---|---|---|---|
| ⌄ | **8AP8851** ASIA BROADBAND INC (NV) REST SEC ACT 1933 - 04518L100 | 344 | N/A | 0.028[7] | N/A | 0.00 | 9.63 | +9.63 (N/A) |
| ⌄ | **MMATQ** META MATERIALS INC COMMON STOCK | 7 | 306.5414 | 0.061 | -0.01 (-14.08%) | 2,145.79 | 0.43 | -2,145.36 (-99.98%) |
| | | | | | Sub Total in USD: | 2,145.79 | 10.06 | -2,135.73 (-99.53%) |

**MOST RECENT FROM INSPIRED INVESTOR**





NOW & NOTEWORTHY
### Five Things That Could Impact Your Portfolio More Than the U.S. Election
What to have on your radar before and after the U.S. election

NOW & NOTEWORTHY
### Key Dates for Investors October 2024
Dates, deadlines, announcements and more that self-directed investors need to know

FEATURED
### 8 Investing Terms Perfect for Halloween
Halloween Effect. Witching hours. Some investing concepts have names perfectly suited to this time of year.

---

**Important Information**

Options data provided by Bourse De Montréal and OPRA are delayed 15 minutes. ICE Indices, NYMEX and COMEX data are delayed at least 10 minutes.

As your agreement for the receipt and use of market data provides, the securities markets (1) reserve all rights to the market data that they make available, (2) do not guarantee that data, and (3) shall not be liable for any loss due either to their negligence or to any cause beyond their reasonable control. Some quotes or market data may be delayed.

Quotes for NYSE, AMEX and NASDAQ listed securities are based on Cboe One Real-Time Quote, or consolidated market quote. OTC data provided by OTC Markets Group Inc.

---

**Disclaimer**

1 All exchange rates are based on the previous business day's average value of the foreign currency in Canadian dollars and Canadian dollars in the foreign currency. These rates will not be used when a currency conversion is required for same-day transactions. To obtain rates for same-day currency conversions, please contact an Investment Services Representative at 1-800-769-2560.

2 The performance of your portfolio over the past 12 months (up to the end of the previous month). N/A will be displayed at the start of each new month, up to a period of 10 days, as the portfolio return is re-calculated. Practice Accounts are not included in this calculation.

5 Total Account Values do not include securities held in safekeeping.

6 Expressed in Canadian and U.S. dollar equivalents, this value represents the combined margin for the account, group or goal you have selected.

7 Value is not intraday

8 Intraday change

9 Part of or all of the Book Cost on this security position is unknown resulting in the use of market value. The market value applied was September 30, 2015 or later, depending on the transaction activity for this security position.

10 The Book Cost of this security cannot be determined.

11 Part or all of the Book Cost on this security position has been provided by a source other than RBC Direct Investing Inc.

14 The Book Cost of this security is temporarily unavailable due to a pending corporate action event.

Practice accounts are for educational purposes only and simulate the experience of buying or selling securities. Any orders placed through practice accounts do not represent actual instructions to buy or sell a security on an exchange. Please refer to your official account statement for information and details on your actual account holdings.

RBC Direct Investing does not provide investment advice or recommendations. RBC Direct Investing does not monitor or track your goals or their performance. Clients are responsible for the accuracy of their own goals and to monitor them regularly. RBC Direct Investing does not guarantee the accuracy or completeness of the information being presented.

Book Cost values shown are obtained from sources we believe are reliable but we do not guarantee their accuracy. Please refer to your account statement for additional details.

RBC Direct Investing uses the Time Weighted Rate of Return Method to provide an approximation of the performance of your portfolio over time. It adjusts for external cash flows (deposits, withdrawals, transfers in/out, withholding taxes, and federal/provincial taxes) to calculate performance. Returns are geometrically linked where required. Performance data represents past performance and is not necessarily indicative of future performance. Portfolio returns, if any, may vary depending on the nature of the security(ies) held within your account and/or market conditions.

**Sources**

© 2024  REFINITIV  Click Here for Limitations and Restrictions on Use



© 2024 Morningstar Inc All Rights Reserved The information contained herein (1) is proprietary to Morningstar and/or its content providers (2) may not be copied or distributed and (3) is not warranted to be accurate complete or timely Neither Morningstar nor its content providers are responsible for any damages or losses arising from any use of this information Past performance is no guarantee of future results

Morningstar RatingTM The Morningstar RatingTM for funds or star rating is calculated for managed products (including mutual funds variable annuity and variable life subaccounts exchange traded funds closed-end funds and separate accounts) with at least a three year history Exchange-traded funds and open-ended mutual funds are considered a single population for comparative purposes It is calculated based on a Morningstar RiskAdjusted Return measure that accounts for variation in a managed product's monthly excess performance placing more emphasis on downward variations and rewarding consistent performance The top 10 / of products in each product category receive 5 stars the next 22 5 / receive 4 stars the next 35% receive 3 stars the next 22 5 % receive 2 stars and the bottom 10 / receive 1 star The Overall Morningstar Rating for a managed product is derived from a weighted average of the performance figures associated with its three five and 10-year (if applicable) Morningstar Rating metrics The weights are 100% three year rating for 36 59 months of total returns 60 / five year rating/40 / three year rating for 60-119 months of total returns and 50 % 10-year rating/30 / five-year rating/20 % three year rating for 120 or more months of total returns While the 10-year overall star rating formula seems to give the most weight to the 10 year period the most recent three year period actually has the greatest impact because it is included in all three rating periods



© 2024 Trading Central All Rights Reserved The information contained herein (1) is proprietary to Trading Central and/or its content providers (2) may not be copied or distributed (3) is not warranted to be accurate complete or timely and (4) does not constitute advice or a recommendation by RBC Direct Investing Trading Central or its content providers in respect of the investment in financial instruments Neither RBC Direct Investing nor Trading Central nor its content providers are responsible for any damages or losses arising from any use of this information Past performance is no guarantee of future results

Technical Event® is a registered trademark of Trading Central

Trading Central products and services are protected under U S Patent Nos 6 801 201 7 469 226 7 469 238 7 835 966 and 7 853 506 and corresponding foreign patents

Canadian Fund Prices Supplied by CANNEX



**Direct Investing**



7

MMAT 768  ★

# Direct Investing Documents

ⓘ Your Direct Investing Documents                                          **Collapse**

To begin searching for an electronic document, select an account and eDocument type  Document types set to "Paper" will not display in the eDocument Type dropdown  To display all of your document types in this dropdown, go to Manage Documents and click "All Electronic"

Manage document delivery preferences

Document Option FAQs

## What documents are you looking for? ⓘ

| Confirmations & regulatory documents ⌄ |

## Accounts

| 66806768 RBC Direct Investing ⌄ |

## Date Range (up to 7 years)

**From**

| Nov 1, 2018                          📅 |

**To**

| Nov 4, 2024                          📅 |

Example  Sep 19, 2022

## Transaction type

○ All
○ Buy
○ Sell

Symbol (optional)

| MMAT |
|---|

Security Description (optional)

| Enter keywords |
|---|

Show Documents

Current view  1 result for this search

---

66806768

July 20, 2021

- Buy
- MMAT

⬇ Confirmation Notice

---

Top of page

Contact Us

Royal Bank of Canada Website © 1995 - 2024

Privacy     Legal      Disclaimers       Security      Accessibility