NVB 3001 (Effective 1/21)

**UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA**

| | **PROOF OF INTEREST** |
|---|---|

Name of Debtor

**META MATERIALS INC**

Case Number

**24-50792-hlb**

**1** Name and address of holder of the Equity Interest (the person or entity holding an Equity Interest in the Debtor Referred to hereinafter as the Interest holder ')

**TREVOR BLACK**
**12 CARDIGAN PLACE**
**STONEY CREEK, ONTARIO**
**CANADA  L8E 6C3**

Telephone Number

**(905) 512-7606**

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest Attach copy of statement giving particulars

☑ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein

**COURT USE ONLY**

Account or other number by which Interest holder identifies Debtor

**66524638**

Check here if this claim
☐ replaces a previously filed Proof of Interest dated _____
☐ amends a previously filed Proof of Interest dated _____

**2** Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest

**RBC DIRECT INVESTING INC ROYAL BANK PLAZA, 200 BAY STREET, TORONTO**

Telephone Number  **1-800-769-1255**

**3** Date Equity Interest was acquired

**SEE ATTACHED**
**MMAT-7079 (INC.TRCH).**
**MMAX-1610**

**4** Total amount of member interest **MMATQ - 7079**
**MMAX - 1610**

**5** Certificate number(s) _____

**6** Type of Equity Interest
Please indicate the type of Equity Interest you hold
☑ Check this box if your Equity Interest is based on an actual member interest held in the Debtor
☐ Check this box if your Equity Interest is based on anything else and describe that interest

Description

**7** Supporting Documents Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc
DO NOT SEND ORIGINAL DOCUMENTS If the documents are not available, explain If the documents are voluminous, attach a summary

**8** Date-Stamped Copy To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest

**9** Signature
Check the appropriate box
☑ I am the creditor    ☐ I am the creditor s authorized agent (Attach copy of power of attorney, if any )    ☐ I am the trustee, or the debtor, or their authorized agent (See Bankruptcy Rule 3004 )    ☐ I am a guarantor, surety, endorser, or other codebtor (See Bankruptcy Rule 3005 )

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief

Print Name  **TREVOR BLACK**
Title
Company ___ Address and telephone number (if different from notice address above)
_____
_____

(Signature)  **Nov 4/24**
Telephone number  **905-512-7606**
Email  **trevor.black@sedgwick.com**
(Date)

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U S C §§ 152 AND 3571*

**Trevor Black, FCIP, CRM, CFEI** | Regional Vice President
Sedgwick Canada Inc
235 Martindale Road, Unit 8 | St Catharines, ON L2W 1A5
DIRECT 905 684 7444 Ext 226 | FAX 905 684 5033
TOLL FREE 1 800 668 9922
EMAIL Trevor Black@sedgwick com

Holdings - RBC Direct Investing    SUMMARY 638

`Holdings`

November 4, 2024

Select an account, goal or group

| 66524638 - Investment ▼ | | Previous Day | Intraday |

| Trailing 12 Mo Return [2] | Unrealized Gain/Loss | Combined Book Cost | Combined Total | Combined Margin [6] |
|---|---|---|---|---|
| **-97.14%** | CAD **-688,914.08** | CAD **693,022.38** | CAD **5,901.28** | CAD **N/A** |
| | -99.41% | USD 496,558.86 | USD 4,228.34 | USD N/A |

| CURRENCY | CASH | INVESTMENTS [5] | SHORT | TOTAL |
|---|---|---|---|---|
| CAD | 1,764.82 | 578.91 | N/A | 2,343.73 |
| USD | 20.18 | 2,528.85 | N/A | 2,549.03 |

Balances as of Nov 4, 2024 2:09:43 PM ET  |  View Exchange Rates [1]

View holdings by [ Settlement Currency ▼ ] [ Go ]    Values displayed in [ Settlement Currency ▼ ] [ Go ]

As of Nov. 4, 2024 at 2:09 PM ET. Some quotes may be delayed. [*]

| CAD Holdings | Intraday Change in CAD (%) | Total Book Cost in CAD | Total Market Value in CAD |
|---|---|---|---|
| | -28.65 (-4.72%) | 22,074.22 | 578.91 |

**Common Shares**

| | SYMBOL/NAME ▼ | QUANTITY ▼ | AVERAGE COST ▼ | LAST PRICE ▼ | CHANGE $(%) ▼ | BOOK COST ▼ | MARKET VALUE ▼ | UNREALIZED GAIN/LOSS $(%) ▼ |
|---|---|---|---|---|---|---|---|---|
| ˅ | **CNTTQ** CANNTRUST HOLDINGS INC COMMON | 1,066 | 2.4105 | 0.0001 | 0.00 (0.00%) | 2,569.60 | 0.11 | -2,569.49 (-100.00%) |
| ˅ | **MMATQ** META MATERIALS INC COMMON STOCK | 2,041 | 6.3568 [11] | 0.0851 | -0.014 (-14.08%) | 12,974.16 [11] | 173.69 | -12,800.47 (-98.66%) |
| ˅ | **MMAX** METAMATERIAL EXCHANGECO INC COM NEW | 1,610 | 3.3556 | 0.25 | 0.00 (0.00%) | 5,402.45 | 402.50 | -4,999.95 (-92.55%) |
| ˅ | **MULN** MULLEN AUTOMATIVE INC COMMON STOCK | 1 | 1,128.01 | 2.6142 | -0.0794 (-2.95%) | 1,128.01 | 2.61 | -1,125.40 (-99.77%) |
| | | | | | Sub Total in CAD: | 22,074.22 | 578.91 | -21,495.31 (-97.38%) |

As of Nov. 4, 2024 at 2:09 PM ET. Some quotes may be delayed. [*]

| USD Holdings | Intraday Change in USD (%) | Total Book Cost in USD | Total Market Value in USD |
|---|---|---|---|
| | 136.65 (+5.71%) | 480,742.42 | 2,528.85 |

**Common Shares**

| | SYMBOL/NAME ▼ | QUANTITY ▼ | AVERAGE COST ▼ | LAST PRICE ▼ | CHANGE $(%) ▼ | BOOK COST ▼ | MARKET VALUE ▼ | UNREALIZED GAIN/LOSS $(%) ▼ |
|---|---|---|---|---|---|---|---|---|
| ˅ | **8AP8851** ASIA BROADBAND INC (NV) REST SEC ACT 1933 - 04518L100 | 2,683 | N/A | 0.028 [7] | N/A | 0.00 | 75.12 | +75.12 (N/A) |

| | SYMBOL/NAME | QUANTITY | AVERAGE COST | LAST PRICE | CHANGE $(%) | BOOK COST | MARKET VALUE | UNREALIZED GAIN/LOSS $(%) |
|---|---|---|---|---|---|---|---|---|
| ∨ | **8AR3424** **NEXT BRIDGE HYDROCARBONS** INC. (NV) COMMON | **75,000** | N/A | 0.00 | N/A | 0.00 | 0.00 | 0.00 (N/A) |
| ∨ | CEIN CAMBER ENERGY INC COMMON STOCK | 105 | 11.4297 | 0.0209 | 0.0017 (+8.57%) | 1,200.12 | 2.19 | -1,197.93 (-99.82%) |
| ∨ | DJT TRUMP MEDIA & TECHNOLOGY GROUP CORP COMMON STOCK | 35 | 52.5843 | 35.32 | 4.76 (+15.58%) | 1,840.45 | 1,236.20 | -604.25 (-32.83%) |
| ∨ | GME GAMESTOP CORP CLASS A | 25 | 27.8576 | 22.29 | -0.12 (-0.54%) | 696.44 | 557.25 | -139.19 (-19.99%) |
| ∨ | GNS GENIUS GROUP LIMITED ORDINARY SHARES | 100 | 9.4995 | 0.5826 | -0.0224 (-3.70%) | 949.95 | 58.26 | -891.69 (-93.87%) |
| ∨ | GTII GLOBAL TECH INDUSTRIES GROUP INC COM | 1,000 | 1.005 | 0.06 | 0.03 (+100.00%) | 1,004.95 | 60.00 | -944.95 (-94.03%) |
| ∨ | HEMP HEMP INC COM | 30,000 | 0.0019 | 0.0001 | 0.00 (0.00%) | 57.95 | 3.00 | -54.95 (-94.82%) |
| ∨ | INTK INDUSTRIAL NANOTECH INC | 45,000 | 0.0232 | 0.0001 | 0.00 (0.00%) | 1,044.35 | 4.50 | -1,039.85 (-99.57%) |
| ∨ | MAXQF MARITIME LAUNCH SERVICES INC COMMON | 5,000 | 0.093 | 0.025 | -0.0009 (-3.47%) | 464.95 | 125.00 | -339.95 (-73.12%) |
| ∨ | **MMATQ** META MATERIALS INC COMMON STOCK | **5,038** | 93.9606 | 0.061 | -0.01 (-14.08%) | 473,373.31 | 307.32 | -473,065.99 (-99.94%) |
| ∨ | MRNJ METATRON INC COMMON STOCK | 1,000,000 | 0.0001 | 0.0001 | 0.00 (0.00%) | 109.95 | 100.00 | -9.95 (-9.05%) |
| | | | | | Sub Total in USD: | 480,742.42 | 2,528.85 | -478,213.57 (-99.47%) |

## MOST RECENT FROM INSPIRED INVESTOR



NOW & NOTEWORTHY



NOW & NOTEWORTHY



FEATURED

## Five Things That Could Impact Your Portfolio More Than the U S Election

What to have on your radar before and after the U S election

## Key Dates for Investors October 2024

Dates deadlines announcements and more that self-directed investors need to know

## 8 Investing Terms Perfect for Halloween

Halloween Effect Witching hours Some investing concepts have names perfectly suited to this time of year

---

### Important Information

Options data provided by Bourse De Montréal and OPRA are delayed 15 minutes ICE Indices NYMEX and COMEX data are delayed at least 10 minutes

As your agreement for the receipt and use of market data provides the securities markets (1) reserve all rights to the market data that they make available (2) do not guarantee that data and (3) shall not be liable for any loss due either to their negligence or to any cause beyond their reasonable control Some quotes or market data may be delayed

Quotes for NYSE AMEX and NASDAQ listed securities are based on Cboe One Real Time Quote or consolidated market quote OTC data provided by OTC Markets Group Inc

---

### Disclaimer

1 All exchange rates are based on the previous business day s average value of the foreign currency in Canadian dollars and Canadian dollars in the foreign currency These rates will not be used when a currency conversion is required for same-day transactions To obtain rates for same-day currency conversions please contact an Investment Services Representative at 1-800 769 2560

2 The performance of your portfolio over the past 12 months (up to the end of the previous month) N/A will be displayed at the start of each new month up a period of 10 days as the portfolio return is re-calculated Practice Accounts are not included in this calculation

5 Total Account Values do not include securities held in safekeeping 

6 Expressed in Canadian and U S dollar equivalents this value represents the combined margin for the account group or goal you have selected

7 Value is not intraday

8 Intraday change

9 Part of or all of the Book Cost on this security position is unknown resulting in the use of market value The market value applied was September 30 2015 or later depending on the transaction activity for this security position

10 The Book Cost of this security cannot be determined

11 Part or all of the Book Cost on this security position has been provided by a source other than RBC Direct Investing Inc

14 The Book Cost of this security is temporarily unavailable due to a pending corporate action event

Practice accounts are for educational purposes only and simulate the experience of buying or selling securities Any orders placed through practice accounts do not represent actual instructions to buy or sell a security on an exchange Please refer to your official account statement for information and details on your actual account holdings

RBC Direct Investing does not provide investment advice or recommendations RBC Direct Investing does not monitor or track your goals or their performance Clients are responsible for the accuracy of their own goals and to monitor them regularly RBC Direct Investing does not guarantee the accuracy or completeness of the information being presented

Book Cost values shown are obtained from sources we believe are reliable but we do not guarantee their accuracy Please refer to your account statement for additional details

RBC Direct Investing uses the Time Weighted Rate of Return Method to provide an approximation of the performance of your portfolio over time It adjusts for external cash flows (deposits withdrawals transfers in/out withholding taxes and federal/provincial taxes) to calculate performance Returns are geometrically linked where required Performance data represents past performance and is not necessarily indicative of future performance Portfolio values if any may vary depending on the nature of the security(ies) held within your account and/or market conditions

### Sources

© 2024 REFINITIV  Click Here for Limitations and Restrictions on Use

**MORNINGSTAR®** © 2024 Morningstar Inc All Rights Reserved The information contained herein (1) is proprietary to Morningstar and/or its content providers (2) may not be copied or distributed and (3) is not warranted to be accurate complete or timely Neither Morningstar nor its content providers are responsible for any damages or losses arising from any use of this information Past performance is no guarantee of future results

Morningstar RatingTM The Morningstar RatingTM for funds or star rating is calculated for managed products (including mutual funds variable annuity and variable life subaccounts exchange-traded funds closed-end funds and separate accounts) with at least a three year history Exchange-traded funds and open-ended mutual funds are considered a single population for comparative purposes It is calculated based on a Morningstar RiskAdjusted Return measure that accounts for variation in a managed product s monthly excess performance placing more emphasis on downward variations and rewarding consistent performance The top 10 / of products in each category receive 5 stars the next 22 5 / receive 4 stars the next 35 & receive 3 stars the next 22 5 / receive 2 stars and the bottom 10 / receive 1 star The Overall Morningstar Rating for a managed product is derived from a weighted average of the performance figures associated with its three five and 10 year (if applicable) Morningstar Rating metrics The weights are 100% three year rating for 36 59 months of total returns 60% five year rating/40 / three year rating for 60 119 months of total returns and 50 & 10 year rating/30 / five-year rating/20 / three year rating for 120 or more months of total returns While the 10 year overall star rating formula seems to give the most weight to the 10 year period the most recent three year period actually has the greatest impact because it is included in all three rating periods

© 2024 Trading Central All Rights Reserved The information contained herein (1) is proprietary to Trading Central and/or its content providers (2) may not be copied or distributed (3) is not warranted to be accurate complete or timely and (4) does not constitute advice or a recommendation by RBC Direct Investing Trading Central or its content providers in respect of the investment in financial instruments Neither RBC Direct Investing nor Trading Central nor its content providers are responsible for any damages or losses arising from any use of this information Past performance is no guarantee of future results

**TRADING CENTRAL** **MARKETS NEVER SLEEP®** Technical Event® is a registered trademark of Trading Central

Trading Central products and services are protected under U S Patent Nos 6 801 201 7 469 226 7 469 238 7 835 968 and 7 853 506 and corresponding foreign patents

 Canadian Fund Prices Supplied by CANNEX

**RBC** Direct Investing

⬚⬚⬚
⬚⬚⬚     👤 6

*MMAT*
*638*  ★

Home     Monitor     Trade & Transfer     Research     Explore

Help

# Direct Investing Documents

ℹ️ Your Direct Investing Documents                                    Collapse

To begin searching for an electronic document, select an account and eDocument type  Document types set to "Paper" will not display in the eDocument Type dropdown  To display all of your document types in this dropdown, go to Manage Documents and click "All Electronic"

Manage document delivery preferences

Document Option FAQs

## What documents are you looking for?  ⓘ

| Confirmations & regulatory documents                                    ⌄ |
|---|

## Accounts

| 66524638 RBC Direct Investing                                           ⌄ |
|---|

## Date Range (up to 7 years)

From

| Jan 1, 2022                                                            📅 |
|---|

To

| Oct 25, 2024                                                           📅 |
|---|

Example  Sep 19, 2022

## Transaction type

○ All

○ Buy

○ Sell

## Symbol (optional)

MMAT

## Security Description (optional)

Enter keywords

**Show Documents**

## Current view  121 results for this search

### 66524638

Aug 9, 2024

- Buy
- MMAT

⤓ Confirmation Notice

### 66524638

June 21, 2024

- Buy
- MMAT

⤓ Confirmation Notice

### 66524638

June 21, 2024

- Buy
- MMAT

⬇ Confirmation Notice

---

66524638

May 21, 2024

- Buy
- MMAT

⬇ Confirmation Notice

---

66524638

March 14, 2024

- Buy
- MMAT

⬇ Confirmation Notice

---

66524638

Feb  5, 2024

- Buy
- MMAT

⬇ Confirmation Notice

---

66524638

Feb  1, 2024

- Buy
- MMAT

⬇ Confirmation Notice

---

66524638

Feb  1, 2024

- Buy
- MMAT

⬇ Confirmation Notice

---

66524638

Jan 31, 2024

- Buy
- MMAT

⤓ Confirmation Notice

---

**66524638**

Jan 31, 2024

- Buy
- MMAT

⤓ Confirmation Notice

---

**66524638**

Jan 31, 2024

- Buy
- MMAT

⤓ Confirmation Notice

---

**66524638**

Jan 26, 2024

- Buy
- MMAT

⤓ Confirmation Notice

---

**66524638**

Jan 25, 2024

- Buy
- MMAT

⤓ Confirmation Notice

---

**66524638**

Jan 25, 2024

- Buy
- MMAT

⤓ Confirmation Notice

---

**66524638**

Jan 25, 2024

- Buy
- MMAT

⤓ Confirmation Notice

---

**66524638**

Jan 24, 2024

- Buy
- MMAT

⤓ Confirmation Notice

---

**66524638**

Jan 19, 2024

- Buy
- MMAT

⤓ Confirmation Notice

---

**66524638**

Jan 19, 2024

- Buy
- MMAT

⤓ Confirmation Notice

---

**66524638**

Jan 17, 2024

- Buy
- MMAT

⤓ Confirmation Notice

---

**66524638**

Jan 12, 2024

- Buy
- MMAT

↓ Confirmation Notice

---

## 66524638

Jan 12, 2024

- Buy
- MMAT

↓ Confirmation Notice

---

## 66524638

Dec 4, 2023

- Buy
- MMAT

↓ Confirmation Notice

---

## 66524638

Nov 14, 2023

- Sell
- MMAT

↓ Confirmation Notice

---

## 66524638

Nov 7, 2023

- Buy
- MMAT

↓ Confirmation Notice

---

## 66524638

Nov 6, 2023

- Buy
- MMAT

⤓ Confirmation Notice

---

**66524638**

Oct  10, 2023

- Buy
- MMAT

⤓ Confirmation Notice

---

**66524638**

Oct  6, 2023

- Buy
- MMAT

⤓ Confirmation Notice

---

**66524638**

Sept  29, 2023

- Buy
- MMAT

⤓ Confirmation Notice

---

**66524638**

Sept  28, 2023

- Buy
- MMAT

⤓ Confirmation Notice

---

**66524638**

Sept  28, 2023

- Buy
- MMAT

⤓ Confirmation Notice

---

**66524638**

Sept 26, 2023

- Buy
- MMAT

⤓ Confirmation Notice

**66524638**

Sept 22, 2023

- Buy
- MMAT

⤓ Confirmation Notice

**66524638**

Sept 15, 2023

- Buy
- MMAT

⤓ Confirmation Notice

**66524638**

Sept 15, 2023

- Buy
- MMAT

⤓ Confirmation Notice

**66524638**

Sept 14, 2023

- Buy
- MMAT

⤓ Confirmation Notice

**66524638**

Sept 8, 2023

- Buy
- MMAT

⤓ Confirmation Notice

---

**66524638**

Aug  10, 2023

- Buy
- MMAT

⤓ Confirmation Notice

---

**66524638**

Aug  9, 2023

- Buy
- MMAT

⤓ Confirmation Notice

---

**66524638**

July 31, 2023

- Buy
- MMAT

⤓ Confirmation Notice

---

**66524638**

July 14, 2023

- Buy
- MMAT

⤓ Confirmation Notice

---

**66524638**

June 29, 2023

- Buy
- MMAT

⤓ Confirmation Notice

---

**66524638**

Case 24-50792-hlb    Doc 174    Entered 11/12/24 16:21:26    Page 14 of 66

Direct Investing Documents - RBC Direct Investing

June 28, 2023

- Buy
- MMAT

↓ Confirmation Notice

---

66524638

June 22, 2023

- Buy
- MMAT

↓ Confirmation Notice

---

66524638

May 31, 2023

- Buy
- MMAT

↓ Confirmation Notice

---

66524638

May 31, 2023

- Buy
- MMAT

↓ Confirmation Notice

---

66524638

May 31, 2023

- Buy
- MMAT

↓ Confirmation Notice

---

66524638

May 19, 2023

- Buy
- MMAT

⤓ Confirmation Notice

---

**66524638**

May 19, 2023

- Buy

- MMAT

⤓ Confirmation Notice

---

**66524638**

May 12, 2023

- Buy

- MMAT

⤓ Confirmation Notice

---

**66524638**

May 11, 2023

- Buy

- MMAT

⤓ Confirmation Notice

---

**66524638**

April 26, 2023

- Buy

- MMAT

⤓ Confirmation Notice

---

**66524638**

April 26, 2023

- Buy

- MMAT

⤓ Confirmation Notice

---

**66524638**

April 21, 2023

- Buy
- MMAT

⬇ Confirmation Notice

### 66524638

April 20, 2023

- Buy
- MMAT

⬇ Confirmation Notice

### 66524638

April 14, 2023

- Buy
- MMAT

⬇ Confirmation Notice

### 66524638

April 14, 2023

- Buy
- MMAT

⬇ Confirmation Notice

### 66524638

April 14, 2023

- Buy
- MMAT

⬇ Confirmation Notice

### 66524638

April 14, 2023

- Buy
- MMAT

⤓ Confirmation Notice

**66524638**

April 14, 2023

- Buy
- MMAT

⤓ Confirmation Notice

**66524638**

April 12, 2023

- Buy
- MMAT

⤓ Confirmation Notice

**66524638**

April 5, 2023

- Buy
- MMAT

⤓ Confirmation Notice

**66524638**

April 3, 2023

- Buy
- MMAT

⤓ Confirmation Notice

**66524638**

March 28, 2023

- Buy
- MMAT

⤓ Confirmation Notice

**66524638**

Direct Investing Documents - RBC Direct Investing

March 28, 2023

- Buy
- MMAT

⤓ Confirmation Notice

---

### 66524638

March 27, 2023

- Buy
- MMAT

⤓ Confirmation Notice

---

### 66524638

March 24, 2023

- Buy
- MMAT

⤓ Confirmation Notice

---

### 66524638

March 23, 2023

- Buy
- MMAT

⤓ Confirmation Notice

---

### 66524638

March 23, 2023

- Buy
- MMAT

⤓ Confirmation Notice

---

### 66524638

March 15, 2023

- Buy
- MMAT

⤓ Confirmation Notice

**66524638**

March 13, 2023

- Buy
- MMAT

⤓ Confirmation Notice

**66524638**

March 9, 2023

- Buy
- MMAT

⤓ Confirmation Notice

**66524638**

March 7, 2023

- Buy
- MMAT

⤓ Confirmation Notice

**66524638**

Nov 28, 2022

- Buy
- MMAT

⤓ Confirmation Notice

**66524638**

Nov 15, 2022

- Buy
- MMAT

⤓ Confirmation Notice

**66524638**

Nov 7, 2022

- Buy
- MMAT

⤓ Confirmation Notice

### 66524638

Oct 28, 2022

- Buy
- MMAT

⤓ Confirmation Notice

### 66524638

Oct 19, 2022

- Buy
- MMAT

⤓ Confirmation Notice

### 66524638

Oct 18, 2022

- Buy
- MMAT

⤓ Confirmation Notice

### 66524638

Oct 14, 2022

- Buy
- MMAT

⤓ Confirmation Notice

### 66524638

Sept 30, 2022

- Buy
- MMAT

⤓ Confirmation Notice

**66524638**

Sept 29, 2022

- Buy
- MMAT

⤓ Confirmation Notice

**66524638**

Sept 22, 2022

- Buy
- MMAT

⤓ Confirmation Notice

**66524638**

Sept 22, 2022

- Buy
- MMAT

⤓ Confirmation Notice

**66524638**

Sept 22, 2022

- Buy
- MMAT

⤓ Confirmation Notice

**66524638**

Sept 16, 2022

- Buy
- MMAT

⤓ Confirmation Notice

**66524638**

Direct Investing Documents - RBC Direct Investing

Sept 14, 2022

- Buy
- MMAT

⤓ Confirmation Notice

**66524638**

Sept 2, 2022

- Buy
- MMAT

⤓ Confirmation Notice

**66524638**

Aug 22, 2022

- Buy
- MMAT

⤓ Confirmation Notice

**66524638**

July 27, 2022

- Buy
- MMAT

⤓ Confirmation Notice

**66524638**

July 22, 2022

- Buy
- MMAT

⤓ Confirmation Notice

**66524638**

May 10, 2022

- Buy
- MMAT

Direct Investing Documents - RBC Direct Investing

⤓ Confirmation Notice

**66524638**

May 10, 2022

- Buy
- MMAT

⤓ Confirmation Notice

**66524638**

May 9, 2022

- Buy
- MMAT

⤓ Confirmation Notice

**66524638**

May 9, 2022

- Buy
- MMAT

⤓ Confirmation Notice

**66524638**

May 6, 2022

- Buy
- MMAT

⤓ Confirmation Notice

**66524638**

May 6, 2022

- Buy
- MMAT

⤓ Confirmation Notice

**66524638**

May 4, 2022

- Buy
- MMAT

⤓ Confirmation Notice

---

### 66524638

May 4, 2022

- Buy
- MMAT

⤓ Confirmation Notice

---

### 66524638

April 27, 2022

- Buy
- MMAT

⤓ Confirmation Notice

---

### 66524638

April 27, 2022

- Buy
- MMAT

⤓ Confirmation Notice

---

### 66524638

April 20, 2022

- Buy
- MMAT

⤓ Confirmation Notice

---

### 66524638

April 19, 2022

- Buy
- MMAT

⤓ Confirmation Notice

---

**66524638**

March 14, 2022

- Buy
- MMAT

⤓ Confirmation Notice

---

**66524638**

March 14, 2022

- Buy
- MMAT

⤓ Confirmation Notice

---

**66524638**

March 2, 2022

- Buy
- MMAT

⤓ Confirmation Notice

---

**66524638**

Feb  24, 2022

- Buy
- MMAT

⤓ Confirmation Notice

---

**66524638**

Feb  23, 2022

- Buy
- MMAT

⤓ Confirmation Notice

---

**66524638**

Feb 23, 2022

- Buy
- MMAT

⤓ Confirmation Notice

---

66524638

Feb 18, 2022

- Buy
- MMAT

⤓ Confirmation Notice

---

66524638

Feb 17, 2022

- Buy
- MMAT

⤓ Confirmation Notice

---

66524638

Jan 27, 2022

- Buy
- MMAT

⤓ Confirmation Notice

---

66524638

Jan 25, 2022

- Buy
- MMAT

⤓ Confirmation Notice

---

66524638

Jan 24, 2022

- Buy
- MMAT

⤓ Confirmation Notice

---

**66524638**

Jan 21, 2022

- Buy
- MMAT

⤓ Confirmation Notice

---

**66524638**

Jan 21, 2022

- Buy
- MMAT

⤓ Confirmation Notice

---

**66524638**

Jan 20, 2022

- Buy
- MMAT

⤓ Confirmation Notice

---

**66524638**

Jan 13, 2022

- Buy
- MMAT

⤓ Confirmation Notice

---

**66524638**

Jan 7, 2022

- Buy
- MMAT

⤓ Confirmation Notice

---

**66524638**

Jan 6, 2022

- Buy
- MMAT

↓ Confirmation Notice

66524638

Jan 5, 2022

- Buy
- MMAT

↓ Confirmation Notice

66524638

Jan 5, 2022

- Buy
- MMAT

↓ Confirmation Notice

Top of page

Contact Us

Royal Bank of Canada Website, © 1995 - 2024

Privacy          Legal          Disclaimers          Security          Accessibility

Advertising & Cookies

Direct Investing Documents - RBC Direct Investing

 **Direct Investing**

⋮⋮⋮    👤⁷    ↪

*TRCH ★*
*638*

# Direct Investing Documents

ℹ️ Your Direct Investing Documents        <u>Collapse</u>

To begin searching for an electronic document, select an account and eDocument type  Document types set to "Paper" will not display in the eDocument Type dropdown  To display all of your document types in this dropdown, go to Manage Documents and click "All Electronic"

Manage document delivery preferences

Document Option FAQs

## What documents are you looking for? ⓘ

| Confirmations & regulatory documents | ∨ |
|---|---|

## Accounts

| 66524638 RBC Direct Investing | ∨ |
|---|---|

## Date Range (up to 7 years)

From

| Nov 1, 2018 | 📅 |
|---|---|

To

| Nov 4, 2024 | 📅 |
|---|---|

Example  Sep 19, 2022

## Transaction type

○ All

○ Buy

○ Sell

## Symbol (optional)

```
TRCH
```

## Security Description (optional)

```
Enter keywords
```

**Show Documents**

## Current view  15 results for this search

### 66524638

June 25, 2021

- Buy
- TRCH

⤓ Confirmation Notice

### 66524638

June 25, 2021

- Buy
- TRCH

⤓ Confirmation Notice

### 66524638

April 16, 2021

- Buy
- TRCH

⤓ Confirmation Notice

---

**66524638**

April 16, 2021

- Buy
- TRCH

⤓ Confirmation Notice

---

**66524638**

April 12, 2021

- Buy
- TRCH

⤓ Confirmation Notice

---

**66524638**

March 23, 2021

- Buy
- TRCH

⤓ Confirmation Notice

---

**66524638**

March 23, 2021

- Buy
- TRCH

⤓ Confirmation Notice

---

**66524638**

March 18, 2021

- Buy
- TRCH

⤓ Confirmation Notice

---

**66524638**

Case 24-50792-hlb    Doc 174    Entered 11/12/24 16:21:26    Page 32 of 66

March 16, 2021
- Buy
- TRCH

⤓ Confirmation Notice

---

**66524638**

March 16, 2021
- Buy
- TRCH

⤓ Confirmation Notice

---

**66524638**

March 12, 2021
- Buy
- TRCH

⤓ Confirmation Notice

---

**66524638**

March 12, 2021
- Buy
- TRCH

⤓ Confirmation Notice

---

**66524638**

March 11, 2021
- Buy
- TRCH

⤓ Confirmation Notice

---

**66524638**

Feb 17, 2021
- Buy
- TRCH

⤓ Confirmation Notice

---

**66524638**

Feb 17, 2021

- Buy

- TRCH

⤓ Confirmation Notice

---

Top of page

Contact Us

Royal Bank of Canada Website, © 1995 - 2024

Privacy          Legal          Disclaimers          Security          Accessibility

Advertising & Cookies



**Direct Investing**

⋮⋮⋮    👤⁷    ➡

*MMAX*
*638*

⭐

# Direct Investing Documents

> ℹ **Your Direct Investing Documents**        <u>Collapse</u>
>
> To begin searching for an electronic document, select an account and eDocument type  Document types set to "Paper" will not display in the eDocument Type dropdown  To display all of your document types in this dropdown, go to Manage Documents and click "All Electronic"

Manage document delivery preferences

Document Option FAQs

## What documents are you looking for?   ①

| Confirmations & regulatory documents | ⌄ |
|---|---|

## Accounts

| 66524638 RBC Direct Investing | ⌄ |
|---|---|

## Date Range (up to 7 years)

From

| Nov 1, 2018 | 🗓 |
|---|---|

To

| Nov 4, 2024 | 🗓 |
|---|---|

Example  Sep 19, 2022

## Transaction type

○ All

○ Buy

○ Sell

## Symbol (optional)

| MMAX |
| --- |

## Security Description (optional)

| Enter keywords |
| --- |

**Show Documents**

## Current view  35 results for this search

---

### 66524638

Aug  19, 2024

- Buy
- MMAX

⤓ Confirmation Notice

---

### 66524638

May 31, 2024

- Buy
- MMAX

⤓ Confirmation Notice

---

### 66524638

May 30, 2024

- Buy
- MMAX

⤓ Confirmation Notice

---

**66524638**

May 27, 2024

- Buy
- MMAX

⤓ Confirmation Notice

---

**66524638**

May 24, 2024

- Buy
- MMAX

⤓ Confirmation Notice

---

**66524638**

April 29, 2024

- Buy
- MMAX

⤓ Confirmation Notice

---

**66524638**

Dec 13, 2023

- Buy
- MMAX

⤓ Confirmation Notice

---

**66524638**

Aug 28, 2023

- Buy
- MMAX

⤓ Confirmation Notice

---

**66524638**

Aug 25, 2023

- Buy
- MMAX

⤓ Confirmation Notice

---

### 66524638

Aug 22, 2023

- Buy
- MMAX

⤓ Confirmation Notice

---

### 66524638

March 15, 2023

- Buy
- MMAX

⤓ Confirmation Notice

---

### 66524638

Aug 9, 2022

- Buy
- MMAX

⤓ Confirmation Notice

---

### 66524638

Feb 28, 2022

- Buy
- MMAX

⤓ Confirmation Notice

---

### 66524638

Jan 27, 2022

- Buy
- MMAX

⬇ Confirmation Notice

**66524638**

Jan 24, 2022

- Buy
- MMAX

⬇ Confirmation Notice

**66524638**

Jan 11, 2022

- Buy
- MMAX

⬇ Confirmation Notice

**66524638**

Jan 7, 2022

- Buy
- MMAX

⬇ Confirmation Notice

**66524638**

Dec 29, 2021

- Buy
- MMAX

⬇ Confirmation Notice

**66524638**

Dec 15, 2021

- Buy
- MMAX

⬇ Confirmation Notice

**66524638**

Oct 4, 2021

- Buy
- MMAX

⤓ Confirmation Notice

---

**66524638**

Oct 4, 2021

- Buy
- MMAX

⤓ Confirmation Notice

---

**66524638**

Oct 1, 2021

- Buy
- MMAX

⤓ Confirmation Notice

---

**66524638**

Sept 29, 2021

- Buy
- MMAX

⤓ Confirmation Notice

---

**66524638**

Sept 29, 2021

- Buy
- MMAX

⤓ Confirmation Notice

---

**66524638**

Sept 29, 2021

- Buy
- MMAX

⤓ Confirmation Notice

---

66524638

Sept  28, 2021

- Buy
- MMAX

⤓ Confirmation Notice

---

66524638

Sept  24, 2021

- Buy
- MMAX

⤓ Confirmation Notice

---

66524638

Sept  17, 2021

- Buy
- MMAX

⤓ Confirmation Notice

---

66524638

Sept  17, 2021

- Buy
- MMAX

⤓ Confirmation Notice

---

66524638

Sept  16, 2021

- Buy
- MMAX

⤓ Confirmation Notice

---

66524638

Sept 16, 2021
- Buy
- MMAX

⬇ Confirmation Notice

66524638

Sept 16, 2021
- Buy
- MMAX

⬇ Confirmation Notice

66524638

Sept 15, 2021
- Buy
- MMAX

⬇ Confirmation Notice

66524638

Sept 15, 2021
- Buy
- MMAX

⬇ Confirmation Notice

66524638

Sept 14, 2021
- Buy
- MMAX

⬇ Confirmation Notice

Top of page

Contact Us

Royal Bank of Canada Website, © 1995 - 2024

Privacy          Legal          Disclaimers          Security          Accessibility

Advertising & Cookies



**Direct Investing**

*SIU*
*MMAT - 638*

MR TREVOR BLACK
12 CARDIGAN PLACE
STONEY CREEK ON  L8E 6C3

**Account No**
665-24638

Enclosed is the 2023 tax package for your account



**Did You Know?**

- Many of your personal tax slips are available through the RBC Direct Investing secure online investing site, including tax slips for mutual funds issued by RBC  Tax slips issued by other mutual fund issuers will continue to be delivered by regular mail
- Enhanced reporting  Quebec residents will receive T5008/RL-18 Combo slips as part of their T5 tax package where applicable
- Summary of Securities Disposition – Canada Revenue Agency (CRA) and Revenu Quebec (if applicable) require us to report your book cost values  You can access this information by logging into MyAccount on the CRA website

**Approximate Mailing/e-delivery Dates**
    RRSP contribution receipts – early to mid-January, and ongoing as the contribution deadline approaches
    T5/T4RSP/T4RIF/T4A/RL-1/RL-2/RL-3/NR4 - mid-February
    T3/T5013/RL-15/RL-16/NR4 - mid-March to late March

Note  If you have previously selected e-delivery from RBC Direct Investing, you will be able to access your tax documents as soon as they are available online

**How to Switch to e-Delivery**
    From the top-right of your screen, select the Profile icon, then select "View & Manage Documents"
    On the "Manage Documents" tab, select the "All Electronic" button
    Select "Continue" and provide your consent to e-delivery on the next page

We'll let you know when a new tax document is available in your secure Message Centre, and by email if you have chosen to receive eDocuments emails  To check your email preferences, click on the Profile icon, select "View Profile & Account Settings" and then "Email Address and Preferences"  You can view or update your selections under "Notifications Preferences"

The checklist below itemizes tax documents that you may receive for investments held at our firm  Tax documents have been prepared in accordance with the Income Tax Act (Canada) requirements  Items in the Outstanding Tax Documents section may also be issued to you directly from third-party firms or our firm

This package and associated Document Checklist excludes Registered Account Tax Documents which will be mailed separately

Continued overleaf



**Direct
Investing**

**Account No**
665-24638



**2023 Document Checklist**

**Items Included in this package**

| Tax Document | Included |
|---|---|
| Summary of Security Dispositions | ☑ |
| Foreign Securities Report | ☑ |

**Outstanding Tax Documents**  The delivery of these packages depends on the release of information by issuers external to our firm

Following are descriptions of documents that you **may** receive as part of this Tax Package

**Summary of Investment Income and Expenses**  This reports income, taxes and any offsets you received  It will assist you in preparing your tax return and is not provided to tax authorities

**Summary of Security Dispositions**  If a taxable disposition of securities was made during this tax year, this document can be used in the preparation of capital gain or loss values for your income tax return  We make every effort to maintain reliable cost data for disposed securities, and will include it on this summary  The calculation method for gain/loss is disposition proceeds minus cost equals a gain or loss  Where we do not have cost data, or have data we believe may not be accurate, the report will display only the disposition proceeds

**Adjustment to Book Cost - Return of Capital Distributions**  These are distributions made from Income Trusts, ETF's, Split Corps, etc  that are not classified as income or capital gains  Return of capital distributions for the current year **may not** be accounted for in the book cost of securities that appear on the Summary of Security Dispositions  Information regarding the return of capital distributions are generally made available by T3/RL-16 issuers as part of their regulatory deadline by the end of March for the previous tax year  T5 issuers for split-share corporations typically report the return of capital by the end of February for the previous tax year  Book cost for Limited Partnership Units T5013/RL-15 are suppressed on the Summary of Security Dispositions due to the unique nature of the investment and may also include return of capital for the previous tax year

**Tax Slips**  If you are a Canadian resident and your investment income from the above account was $50 or more, a T5 slip (and a Releve 3 for Quebec residents only) is enclosed  If you are a non-resident of Canada, an NR4 slip is enclosed

**Summary of Fees**  The report lists the investment management fees (if applicable)  A portion of these fees may be deductible against investment income

**Foreign Securities Report**  For accounts with Foreign Holdings, a "Foreign Securities Report" may be attached  It has been formatted to provide the information required in Form T1135 Section 7 "Property held in an account with a Canadian registered securities dealer or a Canadian trust company"  All amounts are reported in Canadian dollars ($CAD)

**Registered Accounts**  This package does not include Tax Reporting for your holdings in RRSP, RESP, TFSA, RIF, LIRA, LIF etc

This checklist and the information above is intended to be used as a guide  It does not constitute investment, legal, tax or



**Account No**
665-24638

other financial advice  We encourage you to consult with a qualified tax advisor before filing your income tax return

Sincerely,

RBC Direct Investing Inc

*Encl*

---

RBC Direct Investing Inc  and Royal Bank of Canada are separate corporate entities which are affiliated  RBC Direct Investing Inc  is a wholly owned subsidiary of Royal Bank of Canada and is a Member of the Investment Industry Regulatory Organization of Canada and the Canadian Investor Protection Fund  Royal Bank of Canada and certain of its issuers are related to RBC Direct Investing Inc  RBC Direct Investing Inc  does not provide investment advice or recommendations regarding the purchase or sale of any securities  Investors are responsible for their own investment decisions  RBC Direct Investing is a business name used by RBC Direct Investing Inc  ® / ™ Trademark(s) of Royal Bank of Canada  RBC and Royal Bank are registered trademarks of Royal Bank of Canada  Used under licence  © Royal Bank of Canada 2020

 Canada Revenue Agence du revenu **T5008**
Agency                du Canada

**SUMMARY OF SECURITY DISPOSITIONS 2023**

PAGE 1

| | |
|---|---|
| ACCOUNT NO | 665-24638 |
| BOX 12 IDENTIFICATION NO | |
| BOX 10 REPORT CODE | ORIGINAL |

MR TREVOR BLACK
12 CARDIGAN PLACE
STONEY CREEK ON  L8E 6C3

| BOX 14 DATE | BOX 16 QUANTITY | TYPE | PRICE | BOX 21 AMOUNT | BOX 20 BOOK VALUE | GAIN/(LOSS) |
|---|---|---|---|---|---|---|
| **BOX 17  IDENTIFICATION OF SECURITIES** | | | | | | |
| ***EQUITIES, BONDS & OTHER** | | | | | | |
| META MATLS INC COMMON STOCK | | | | | BOX 18 CUSIP. 59134N104 | |
| 11/16/2023 | 159,691 | SELL | 0 0940 | 20,294 68 | 546,470 58# | (526,175 90) |
| | | | TOTAL DISPOSITIONS | 20,294.68 | 546,470.58 | (526,175.90) |
| **TOTAL CANADIAN DOLLAR EQUITIES, BONDS & OTHERS** | | | | 20,294.68 | 546,470.58 | (526,175.90) |

***IMPORTANT NOTE, ONLY EQUITIES, BONDS AND OTHERS ARE INCLUDED IN THE TOTAL LINE ABOVE. PLEASE ENSURE ALL DISPOSITIONS ARE CAPTURED CORRECTLY AND REPORTED ON YOUR ANNUAL TAX RETURN.**

The book value ( BV ) and gain/loss information shown in the Summary is now reported to the Canada Revenue Agency (CRA) as well as other Canadian provincial Tax authorities by our firm  The "#" in the BV column indicates BV information provided by a source other than RBC  We  or any of our affiliates  are not responsible in any manner whatsoever for the completeness or the accuracy of this information  Any position with suppressed or blank book values (BV) may be attributable to a number of reasons, including but not restricted to  Incomplete BV information provided to RBC  or a security i e  Limited Partnership Unit that limits provision of accurate book values due to inherent features  Disposition transactions missing book values in the Summary of Security Dispositions are required to be reported accurately to the CRA and other provincial tax authorities  The symbol CRA1" in the gain/loss column indicates a loss resulting from an in-kind contribution, which is disallowed by the CRA  The gain/loss totals listed on your Summary of Security Disposition do not include blank or notated values in its calculation  The price column is displayed in the currency of the transaction  Closed option transactions initiated in prior years are not reported to CRA  If you have any questions with respect to this Summary  please refer to your monthly account statements or contact a qualified Tax Advisor as applicable

IMPORTANT  Please retain for Income Tax Purposes


**Direct Investing**

**FOREIGN INCOME VERIFICATION REPORT (T1135)**

PAGE  1

MR TREVOR BLACK
12 CARDIGAN PLACE
STONEY CREEK ON  L8E 6C3

| | |
|---|---|
| Account No | 665-24638 |
| Identification No | 503149080 |
| Reporting Period | 1/1/2023 – 12/31/2023 |

(Converted into CDN$)

## ACCOUNT SUMMARY

| | Max  cost during the year | Max  fair market value during the year |
|---|---|---|
| Account Total | 1 278 714 | 297 641 |

## SUMMARY BY COUNTRY

| Code - Country | Max  cost during the year | Max  fair market value during the year | Year end fair market value | Income | Realized gain/loss |
|---|---|---|---|---|---|
| USA - USA | 1 277 431 | 297 641 | 20 768 | 0 | (526 176) |
| SGP - SINGAPORE | 1 283 | 1 554 | 877 | 0 | 0 |
| **Grand total** | | | 21 645 | 0 | (526 176) |

IMPORTANT  Please retain for Income Tax Purposes


**Direct Investing**

FOREIGN INCOME VERIFICATION REPORT (T1135)

MR TREVOR BLACK
12 CARDIGAN PLACE
STONEY CREEK ON  L8E 6C3

| | | |
|---|---|---|
| Account No | 665-24638 | PAGE 2 |
| Identification No | 503149080 | |
| Reporting Period | 1/1/2023 – 12/31/2023 | |

(Converted into CDN$)

## BREAKDOWN BY SECURITY

### Fair Market Value during the year

| Security description | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec/Year End | Max Cost | Yearend Cost | Income | Realized gain/loss |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Country: SGP  SINGAPORE** | | | | | | | | | | | | | | | | |
| GENIUS GROUP LIMITED ORDINARY SHARES | 0 | 0 | 0 | 0 | 1 150 | 933 | 860 | 1 554 | 1 123 | 943 | 787 | 877 | 1 283 | 1 283 | 0 | 0 |
| **Sub-total - SGP** | 0 | 0 | 0 | 0 | 1 150 | 933 | 860 | 1 554 | 1 123 | 943 | 787 | 877 | | 1 283 | 0 | 0 |
| **Country: USA  USA** | | | | | | | | | | | | | | | | |
| CAMBER ENERGY INC COMMON STOCK | 275 | 246 | 224 | 199 | 152 | 89 | 118 | 58 | 33 | 51 | 35 | 32 | 1 562 | 1 562 | 0 | 0 |
| GLOBAL TECH INDUSTRIES GROUP INC COM | 0 | 0 | 0 | 0 | 1 344 | 1 086 | 1 145 | 851 | 1 087 | 845 | 695 | 529 | 1 358 | 1 358 | 0 | 0 |
| INDUSTRIAL NANOTECH INC | 60 | 61 | 61 | 45 | 45 | 45 | 45 | 45 | 45 | 45 | 0 | 0 | 1 319 | 1 319 | 0 | 0 |
| HEMP INC COM | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 3 | 0 | 72 | 72 | 0 | 0 |
| META MATLS INC COMMON STOCK | 297 183 | 193 104 | 130 177 | 70 186 | 85 265 | 92 053 | 110 393 | 106 557 | 102 794 | 62 401 | 28 078 | 20 119 | 1 126 462 | 582 231 | 0 | (526 176) |
| META MATLS PREFERRED STOCK CONTRA CUSIP | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| MULLEN AUTOMOTIVE INC COMMON STOCK | 0 | 0 | 0 | 0 | 394 | 57 | 68 | 0 | 0 | 0 | 0 | 0 | 1 128 | 0 | 0 | 0 |
| MULLEN AUTOMOTIVE INC COMMON STOCK | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 32 | 28 | 17 | 9 | 0 | 1 128 | 0 | 0 | 0 |
| MULLEN AUTOMOTIVE INC COMMON STOCK | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 19 | 1 128 | 1 128 | 0 | 0 |
| ASIA BROADBAND INC (NV) REST SEC ACT 1933 04518L100 | 123 | 115 | 86 | 88 | 116 | 108 | 112 | 92 | 78 | 80 | 73 | 70 | 0 | 0 | 0 | 0 |
| NEXT BRIDGE HYDROCARBONS INC (NV) COMMON | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 145 529 | 0 | 0 | 0 |
| **Sub-total - USA** | 297 641 | 193 526 | 130 548 | 70 518 | 87 316 | 93 438 | 111 881 | 107 635 | 104 065 | 63 439 | 28 893 | 20 769 | | 587 670 | 0 | (526 176) |


**Direct Investing** ®

**FOREIGN INCOME VERIFICATION REPORT (T1135)**

PAGE  3

MR TREVOR BLACK
12 CARDIGAN PLACE
STONEY CREEK ON  L8E 6C3

| | |
|---|---|
| **Account No** | 665-24638 |
| **Identification No** | 503149080 |
| **Reporting Period** | 1/1/2023 - 12/31/2023 |

(Converted into CDN$)

RBC Direct Investing Inc  and Royal Bank of Canada are separate corporate entities which are affiliated  RBC Direct Investing Inc  is a wholly owned subsidiary of Royal Bank of Canada and is a Member of the Investment Industry Regulatory Organization of Canada and the Canadian Investor Protection Fund  Royal Bank of Canada and certain of its issuers are related to RBC Direct Investing Inc  RBC Direct Investing Inc  does not provide investment advice or recommendations regarding the purchase or sale of any securities  Investors are responsible for their own investment decisions  RBC Direct Investing is a business name used by RBC Direct Investing Inc  ® / ™ Trademark(s) of Royal Bank of Canada  RBC and Royal Bank are registered trademarks of Royal Bank of Canada  Used under licence  © Royal Bank of Canada 2020

**Direct Investing**

RBC

**FOREIGN INCOME VERIFICATION REPORT (T1135)**

MR TREVOR BLACK
12 CARDIGAN PLACE
STONEY CREEK ON  L8E 6C3

| | |
|---|---|
| **Account No** | 665-24638 |
| **Identification No** | 503149080 |
| **Reporting Period** | 1/1/2023 – 12/31/2023 |

PAGE 4

**PURPOSE OF THE REPORT**

"Your Foreign Securities Report" ("the Report") has been prepared based on information in our systems to assist you with your foreign reporting obligations to the Canada Revenue Agency (CRA) on CRA Form T1135 Foreign Income Verification Statement  The Report has been formatted to provide the information required in Form T1135 Section 7 "Property held in an account with a Canadian registered securities dealer or a Canadian trust company"  Sections B and C of the Report may also assist you if you qualify to use the Simplified reporting method in Part A of the Form T1135  All amounts are reported in Canadian dollars ($CAD)

**IMPORTANT TO NOTE**

1    These values do not necessarily determine whether you have exceeded the C$100,000 cost threshold with respect to foreign reporting for tax purposes  The threshold of C$100,000 applies to the cost of all 'specified foreign property' owned at any time in the year  This means that clients need to keep track of the total cost of all specified foreign property owned on a daily basis, not just at month-end or year-end  Clients should consult with their qualified tax advisor to determine whether they have exceeded the relevant threshold

2    The maximum month-end fair market value is calculated by converting the month-end market values for each country from base currency to Canadian dollars using the month-end foreign exchange rate  The highest month-end Canadian dollar value for each country is listed  Maximum fair market value in the Breakdown by Security Section of the report is indicated by bold font

3    Securities are grouped by country of origin as recorded on our systems  Country of origin is not necessarily the determinant of whether a security qualifies as a specified foreign property and the CRA's classification of these securities may differ

4    Short Positions, cash, long put positions and written options are excluded from the market values

5    Income and realized gain/loss amounts on this report may not match your official tax package

**DISCLAIMER**

The Report will only include information related to foreign property which is defined for purposes of this report as securities of any issuer which has not been formed or incorporated in Canada  The Report should **not** be viewed as a complete record of all of your positions, income, or gains/losses in your account

It is not an official statement of portfolio positions, income or gain/loss  Although RBC and its affiliates endeavor to ensure the accuracy of this information, due to systems constraints neither RBC, its affiliates nor its employees can guarantee the accuracy or completeness of this information relating to securities held, including origins of specified foreign property, market value, income and book cost

Should you have any questions regarding any information within or excluded from the Report, please contact us or refer to your statements or tax packages (T5, T3, Summary of Security Dispositions, etc ) (collectively, 'Documents')  If there are any discrepancies between the transactions or positions shown in the Report and the Documents, then the information contained in the Documents shall be taken as correct

We strongly encourage you to consult with an accountant or tax advisor to determine if you need to file the Form T1135 and/or when using this Report for tax reporting purposes including completion of the Form T1135

IMPORTANT  Please retain for Income Tax Purposes



**Direct Investing**

MR TREVOR BLACK
12 CARDIGAN PLACE
STONEY CREEK ON  L8E 6C3

**Account No**
665-24638

Enclosed is the 2022 tax package for your account



**Did You Know?**

• Many of your personal tax slips are available through the RBC Direct Investing secure online investing site, including mutual funds tax slips issued by RBC  Tax slips issued by other mutual fund issuers will continue to be delivered by regular mail
• Enhanced reporting  Quebec residents will receive T5008/RL-18 Combo slips as part of their T5 tax package where applicable
• Summary of Securities Disposition – Canada Revenue Agency (CRA) and Revenu Quebec (if applicable) require us to report your book cost values  You can access this information by logging into MyAccount on the CRA website

**Approximate Mailing/e-delivery Dates**
    RRSP contribution receipts – early to mid-January, and ongoing as the contribution deadline approaches
    T5/T4RSP/T4RIF/T4A/RL-1/RL-2/RL-3/NR4 - mid-February
    T3/T5013/RL-15/RL-16/NR4 - mid-March to late March

Note  If you have previously selected e-delivery from RBC Direct Investing, you will be able to access your tax documents as soon as they are available online

**How to Switch to e-Delivery**
    From the **My Portfolio** menu, go to View & Manage Documents
    On the "Manage Documents" tab, select the "All Electronic" button
    Select "Continue" and provide your consent to e-delivery on the next page

We'll let you know when a new tax document is available in your secure Message Centre, and by email if you have chosen to receive eDocuments emails  To check your email preferences, visit the Manage Notifications page under the **My Portfolio** menu and check your selections under "Notifications Preferences "

The checklist below itemizes tax documents that you may receive for investments held at our firm  Tax documents have been prepared in accordance with the Income Tax Act (Canada) requirements  Items in the Outstanding Tax Documents section may also be issued to you directly from third-party firms or our firm

This package and associated Document Checklist excludes Registered Account Tax Documents which will be mailed separately

Continued overleaf



**Direct Investing**

**Account No**
665-24638



**2022 Document Checklist**

*Items included in this package*

| Tax Document | Included |
|---|---|
| Summary of Security Dispositions | ☑ |
| Foreign Securities Report | ☑ |

**Outstanding Tax Documents**  The delivery of these packages depends on the release of information by issuers external to our firm

Following are descriptions of documents that you **may** receive as part of this Tax Package

**Summary of Investment Income and Expenses**  This reports income, taxes and any offsets you received  It will assist you in preparing your tax return and is not provided to tax authorities

**Summary of Security Dispositions**  If a taxable disposition of securities was made during this tax year, this document can be used in the preparation of capital gain or loss values for your income tax return  We make every effort to maintain reliable cost data for disposed securities, and will include it on this summary  The calculation method for gain/loss is disposition proceeds minus cost equals a gain or loss  Where we do not have cost data, or have data we believe may not be accurate, the report will display only the disposition proceeds

**Adjustment to Book Cost - Return of Capital Distributions**  These are distributions made from Income Trusts, ETF's, Split Corps, etc  that are not classified as income or capital gains  Return of capital distributions for the current year **may not** be accounted for in the book cost of securities that appear on the Summary of Security Dispositions  Information regarding the return of capital distributions are generally made available by T3/RL-16 issuers as part of their regulatory deadline by the end of March for the previous tax year  T5 issuers for split-share corporations typically report the return of capital by the end of February for the previous tax year  Book cost for Limited Partnership Units T5013/RL-15 are suppressed on the Summary of Security Dispositions due to the unique nature of the investment and may also include return of capital for the previous tax year

**Tax Slips**  If you are a Canadian resident and your investment income from the above account was $50 or more, a T5 slip (and a Releve 3 for Quebec residents only) is enclosed  If you are a non-resident of Canada, an NR4 slip is enclosed

**Summary of Fees**  The report lists the investment management fees (if applicable)  A portion of these fees may be deductible against investment income

**Foreign Securities Report**  For accounts with Foreign Holdings, a "Foreign Securities Report" may be attached  It has been formatted to provide the information required in Form T1135 Section 7 "Property held in an account with a Canadian registered securities dealer or a Canadian trust company"  All amounts are reported in Canadian dollars ($CAD)

**Registered Accounts**  This package does not include Tax Reporting for your holdings in RRSP, RESP, TFSA, RIF, LIRA, LIF etc

This checklist and the information above is intended to be used as a guide  It does not constitute investment, legal, tax or


**Direct Investing**

**Account No**
665-24638

other financial advice  We encourage you to consult with a qualified tax advisor before filing your income tax return

Sincerely,

RBC Direct Investing Inc

*Encl*

RBC Direct Investing Inc  and Royal Bank of Canada are separate corporate entities which are affiliated  RBC Direct Investing Inc  is a wholly owned subsidiary of Royal Bank of Canada and is a Member of the Investment Industry Regulatory Organization of Canada and the Canadian Investor Protection Fund  Royal Bank of Canada and certain of its issuers are related to RBC Direct Investing Inc  RBC Direct Investing Inc  does not provide investment advice or recommendations regarding the purchase or sale of any securities  Investors are responsible for their own investment decisions  RBC Direct Investing is a business name used by RBC Direct Investing Inc  ® / ™ Trademark(s) of Royal Bank of Canada  RBC and Royal Bank are registered trademarks of Royal Bank of Canada  Used under licence © Royal Bank of Canada 2020  All rights reserved

Canada Revenue  Agence du revenu
Agency  du Canada

**T5008**

**SUMMARY OF SECURITY DISPOSITIONS 2022**

PAGE 1

| | |
|---|---|
| ACCOUNT NO | 665-24638 |
| BOX 12 IDENTIFICATION NO | 503 149 080 |
| BOX 10 REPORT CODE | ORIGINAL |

MR TREVOR BLACK
12 CARDIGAN PLACE
STONEY CREEK ON  L8E 6C3

| BOX 14 DATE | BOX 16 QUANTITY | TYPE | PRICE | BOX 21 AMOUNT | BOX 20 BOOK VALUE | GAIN/(LOSS) |
|---|---|---|---|---|---|---|
| **BOX 17  IDENTIFICATION OF SECURITIES** | | | | | | |
| **\*\*\*EQUITIES, BONDS & OTHER** | | | | | | |
| META MATERIAL EXCHANGECO INC COMMON | | | | | | \*\*\* BOX 18 CUSIP 59134L108 |
| 11/22/2022 | 1,700 | EXCHANGE | | 4,546 14 | 1 794 95 | 2 751 19 |
| | | | TOTAL DISPOSITIONS | 4,546.14 | 1,794.95 | 2,751 19 |
| | | | | | | |
| **TOTAL CANADIAN DOLLAR EQUITIES, BONDS & OTHERS** | | | | 4,546.14 | 1,794.95 | 2,751 19 |

**\*\*\*IMPORTANT NOTE, ONLY EQUITIES, BONDS AND OTHERS ARE INCLUDED IN THE TOTAL LINE ABOVE  PLEASE ENSURE ALL DISPOSITIONS ARE CAPTURED CORRECTLY AND REPORTED ON YOUR ANNUAL TAX RETURN**

The book value ('BV') and gain/loss information shown in the Summary is now reported to the Canada Revenue Agency (CRA) as well as other Canadian provincial Tax authorities by our firm  The "#" in the BV column indicates BV information provided by a source other than RBC  We, or any of our affiliates  are not responsible in any manner whatsoever for the completeness or the accuracy of this information  Any position with suppressed or blank book values (BV) may be attributable to a number of reasons, including but not restricted to  Incomplete BV information provided to RBC, or a security i e  Limited Partnership Unit that limits provision of accurate book values due to inherent features  Disposition transactions missing book values in the Summary of Security Dispositions are required to be reported accurately to the CRA and other provincial tax authorities  The symbol "CRA1" in the gain/loss column indicates a loss resulting from an in-kind contribution  which is disallowed by the CRA  The gain/loss totals listed on your Summary of Security Disposition do not include blank or notated values in its calculation  The price column is displayed in the currency of the transaction  Closed option transactions initiated in prior years are not reported to CRA  If you have any questions with respect to this Summary  please refer to your monthly account statements or contact a qualified Tax Advisor as applicable

IMPORTANT  Please retain for Income Tax Purposes



**Direct Investing** ®

**FOREIGN INCOME VERIFICATION REPORT (T1135)**

PAGE 1

MR TREVOR BLACK
12 CARDIGAN PLACE
STONEY CREEK ON  L8E 6C3

| | |
|---|---|
| **Account No** | 665-24638 |
| **Identification No** | 503149080 |
| **Reporting Period** | 1/1/2022 - 12/31/2022 |

(Converted into CDN$)

**ACCOUNT SUMMARY**

| | Max cost during the year | Max fair market value during the year |
|---|---|---|
| Account Total | 1 224 055 | 1 759 671 |

**SUMMARY BY COUNTRY**

| Code - Country | Max cost during the year | Max fair market value during the year | Year end fair market value | Income | Realized gain/loss |
|---|---|---|---|---|---|
| USA - USA | 1 224 055 | 1 759 671 | 356 955 | 0 | 0 |
| **Grand total** | | | 356 955 | 0 | 0 |

IMPORTANT  Please retain for Income Tax Purposes



# Direct Investing

**FOREIGN INCOME VERIFICATION REPORT (T1135)**

MR TREVOR BLACK
12 CARDIGAN PLACE
STONEY CREEK ON  L8E 6C3

| | |
|---|---|
| Account No.: | 665-24638 |
| Identification No.: | 503149080 |
| Reporting Period: | 1/1/2022 - 12/31/2022 |

PAGE: 2

(Converted into CDN$)

## BREAKDOWN BY SECURITY

### Fair Market Value during the year

| Security description | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec/Year End | Max. Cost | Yearend Cost | Income | Realized gain/loss |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Country: USA   USA** | | | | | | | | | | | | | | | | |
| CAMBER ENERGY INC COMMON STOCK | 0 | 0 | 0 | 0 | 844 | 511 | 504 | 457 | 269 | 193 | 789 | 0 | 1,562 | 0 | 0 | 0 |
| CAMBER ENERGY INC COMMON STOCK | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 287 | 1,562 | 1,562 | 0 | 0 |
| INDUSTRIAL NANOTECH INC | 956 | 1,913 | 1,624 | 1,386 | 1,161 | 540 | 519 | 532 | 497 | 307 | 182 | 122 | 1,319 | 1,319 | 0 | 0 |
| HEMP INC COM | 38 | 38 | 37 | 39 | 38 | 30 | 38 | 30 | 0 | 0 | 0 | 0 | 72 | 72 | 0 | 0 |
| META MATLS INC COMMON STOCK | 344,599 | 447,865 | 345,028 | 267,329 | 450,484 | 264,267 | 234,835 | 233,288 | 189,748 | 311,471 | 564,703 | 356,429 | 1,075,572 | 1,075,572 | 0 | 0 |
| META MATLS INC PFD SER A | 177,164 | 263,551 | 163,339 | 175,127 | 175,885 | 216,076 | 191,981 | 206,981 | 231,089 | 1,013,905 | 1,193,839 | 0 | 142,622 | 0 | 0 | 0 |
| META MATLS PREFERRED STOCK CONTRA CUSIP | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 145,529 | 145,529 | 0 | 0 |
| ASIA BROADBAND INC (INV) REST SEC ACT 1933 - 04518L100 | 355 | 322 | 386 | 312 | 250 | 243 | 206 | 208 | 156 | 144 | 159 | 117 | 0 | 0 | 0 | 0 |
| **Sub-total - USA** | 523,112 | 713,689 | 510,414 | 444,193 | 628,662 | 481,667 | 428,083 | 441,496 | 421,759 | 1,326,020 | 1,759,672 | 356,955 | | 1,224,054 | 0 | 0 |

RBC Direct Investing Inc. and Royal Bank of Canada are separate corporate entities which are affiliated. RBC Direct Investing Inc. is a wholly owned subsidiary of Royal Bank of Canada and is a Member of the Investment Industry Regulatory Organization of Canada and the Canadian Investor Protection Fund. Royal Bank of Canada and certain of its issuers are related to RBC Direct Investing Inc. RBC Direct Investing Inc. does not provide investment advice or recommendations regarding the purchase or sale of any securities. Investors are responsible for their own investment decisions. RBC Direct Investing is a business name used by RBC Direct Investing Inc. ® / ™ Trademark(s) of Royal Bank of Canada. RBC and Royal Bank are registered trademarks of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2020. All rights reserved.

IMPORTANT: Please retain for Income Tax Purposes


**Direct Investing**

**FOREIGN INCOME VERIFICATION REPORT (T1135)**

MR TREVOR BLACK
12 CARDIGAN PLACE
STONEY CREEK ON  L8E 6C3

**Account No**              665-24638                      PAGE 3
**Identification No**       503149080
**Reporting Period**        1/1/2022 - 12/31/2022

## PURPOSE OF THE REPORT

"Your Foreign Securities Report" ("the Report") has been prepared based on information in our systems to assist you with your foreign reporting obligations to the Canada Revenue Agency (CRA) on CRA Form T1135 Foreign Income Verification Statement  The Report has been formatted to provide the information required in Form T1135 Section 7 "Property held in an account with a Canadian registered securities dealer or a Canadian trust company"  Sections B and C of the Report may also assist you if you qualify to use the Simplified reporting method in Part A of the Form T1135  All amounts are reported in Canadian dollars ($CAD)

## IMPORTANT TO NOTE

1    These values do not necessarily determine whether you have exceeded the C$100,000 cost threshold with respect to foreign reporting for tax purposes  The threshold of C$100,000 applies to the cost of all 'specified foreign property' owned at any time in the year  This means that clients need to keep track of the total cost of all specified foreign property owned on a daily basis, not just at month-end or year-end  Clients should consult with their qualified tax advisor to determine whether they have exceeded the relevant threshold

2    The maximum month-end fair market value is calculated by converting the month-end market values for each country from base currency to Canadian dollars using the month-end foreign exchange rate  The highest month-end Canadian dollar value for each country is listed  Maximum fair market value in the Breakdown by Security Section of the report is indicated by bold font

3    Securities are grouped by country of origin as recorded on our systems  Country of origin is not necessarily the determinant of whether a security qualifies as a specified foreign property and the CRA's classification of these securities may differ

4    Short Positions, cash, long put positions and written options are excluded from the market values

5    Income and realized gain/loss amounts on this report may not match your official tax package

## DISCLAIMER

The Report will only include information related to foreign property which is defined for purposes of this report as securities of any issuer which has not been formed or incorporated in Canada  The Report should **not** be viewed as a complete record of all of your positions, income, or gains/losses in your account

It is not an official statement of portfolio positions, income or gain/loss  Although RBC and its affiliates endeavor to ensure the accuracy of this information, due to systems constraints neither RBC, its affiliates nor its employees can guarantee the accuracy or completeness of this information relating to securities held, including origins of specified foreign property, market value, income and book cost

Should you have any questions regarding any information within or excluded from the Report, please contact us or refer to your statements or tax packages (T5, T3, Summary of Security Dispositions, etc ) (collectively 'Documents')  If there are any discrepancies between the transactions or positions shown in the Report and the Documents  then the information contained in the Documents shall be taken as correct

We strongly encourage you to consult with an accountant or tax advisor to determine if you need to file the Form T1135 and/or when using this Report for tax reporting purposes including completion of the Form T1135

IMPORTANT  Please retain for Income Tax Purposes

# Transactions

2024

Activity    Order Status

Holdings ▸    Performance ▸    Transfer Funds ▸

Select an account goal or group

| 66524638 - Investment ▾ |

Transactions as of Oct 25 2024 12 17 14 pm ET

*MMAT   638* (handwritten)

Trades this month ⓘ 0

🖶 Export    ⓘ FAQ

## Submitted transactions

Online transfer requests that have been submitted but not processed to your account

0 Activities ⌄

## Processed transactions ⓘ Disclaimers

Displays up to a maximum of 15 months

40 Activities

Display   30 Days   90 Days   1 Year   (Max)

Sort   (Date ⌄)   Activity   Symbol   Settlement Date

Filter (1) ⚹

### Friday August 9 2024

| Buy | | Settlement Date Aug 12 2024 | Value 654 60 CAD |
|---|---|---|---|
| MMAT | META MATERIALS INC COMMON STOCK UNSOLICITED AVG PRICE SHOWN DETAILS ON REQ DA EXCHANGE RATE 1 39320000 | Quantity 500 | Price 0 9198 |

### Friday June 21, 2024

| Buy | | Settlement Date Jun 24 2024 | Value 2 100 78 USD |
|---|---|---|---|
| MMAT | META MATERIALS INC COMMON STOCK UNSOLICITED DA | Quantity 700 | Price 2 9869 |

| Buy | | Settlement Date Jun 24 2024 | Value 1 168 84 USD |
|---|---|---|---|
| MMAT | META MATERIALS INC COMMON STOCK UNSOLICITED AVG PRICE SHOWN DETAILS ON REQ DA | Quantity 401 | Price 2 89 |

### Tuesday May 21 2024

| Buy | | Settlement Date May 23 2024 | Value 2 994 95 USD |
|---|---|---|---|
| MMAT | META MATERIALS INC COMMON STOCK UNSOLICITED DA | Quantity 750 | Price 3 98 |

### Thursday March 14 2024

| Buy | | Settlement Date Mar 18 2024 | Value 882 41 USD |
|---|---|---|---|
| MMAT | META MATERIALS INC COMMON STOCK UNSOLICITED DA | Quantity 450 | Price 1 9388 |

### Monday February 5 2024

| Buy | | Settlement Date Feb 7 2024 | Value 486 99 CAD |
|---|---|---|---|

| MMAT | META MATERIALS INC COMMON STOCK UNSOLICITED DA EXCHANGE RATE 1 37510000 | Quantity 113 | Price 3 0461 |

**Thursday February 1, 2024**

| Buy | Settlement Date Feb 5 2024 | Value 407 46 USD |
|---|---|---|
| MMAT META MATERIALS INC COMMON STOCK UNSOLICITED DA | Quantity 113 | Price 3 5178 |

| Buy | Settlement Date Feb 5 2024 | Value 365 45 USD |
|---|---|---|
| MMAT META MATERIALS INC COMMON STOCK UNSOLICITED AVG PRICE SHOWN DETAILS ON REQ DA | Quantity 101 | Price 3 5198 |

**Wednesday January 31 2024**

| Buy | Settlement Date Feb 2 2024 | Value 1 290 74 USD |
|---|---|---|
| MMAT META MATERIALS INC COMMON STOCK UNSOLICITED DA | Quantity 321 | Price 3 99 |

| Buy | Settlement Date Feb 2 2024 | Value -609 64 CAD |
|---|---|---|
| MMAT META MATERIALS INC COMMON STOCK UNSOLICITED DA EXCHANGE RATE 1 36020000 | Quantity 113 | Price 3 8784 |

| Buy | Settlement Date Feb 2 2024 | Value 569 62 CAD |
|---|---|---|
| MMAT META MATERIALS INC COMMON STOCK UNSOLICITED DA EXCHANGE RATE 1 35860000 | Quantity 101 | Price 4 0527 |

**Monday January 29 2024**

| Reorganization | Value 0 00 CAD |
|---|---|
| MMAT REV META MATERIALS INC COMMON STOCK RESULT OF REVERSE SPLIT | Quantity 1 214 |

| Reorganization | Value 0 00 USD |
|---|---|
| MMAT REV META MATERIALS INC COMMON STOCK RESULT OF REVERSE SPLIT | Quantity 2 202 |

**Friday January 26 2024**

| Transfers | Value 0 00 CAD |
|---|---|
| MMAT TFO META MATLS INC COMMON STOCK ACCOUNT TRANSFER MARKET VALUE 0 07 TO ACCOUNT 669 18128 19 | Quantity 1 |

| Transfers | Value 0 00 CAD |
|---|---|
| MMAT TFO META MATLS INC COMMON STOCK ACCOUNT TRANSFER MARKET VALUE 0 05 TO ACCOUNT 669 18128 19 | Quantity 1 |

**Wednesday January 24 2024**

| Buy | Settlement Date Jan 26 2024 | Value 833 28 CAD |
|---|---|---|
| MMAT META MATLS INC COMMON STOCK UNSOLICITED DA EXCHANGE RATE 1 36440000 | Quantity 10 013 | Price 0 06 |

**Friday January 19 2024**

| Buy | | Settlement Date Jan 23 2024 | Value 2 011 27 CAD |
|---|---|---|---|
| ✉ MMAT | META MATLS INC COMMON STOCK UNSOLICITED AVG PRICE SHOWN DETAILS ON REQ DA EXCHANGE RATE 1 36840000 | Quantity 20 013 | Price 0 073 |

| Buy | | Settlement Date Jan 23 2024 | Value 1 017 09 CAD |
|---|---|---|---|
| ✉ MMAT | META MATLS INC COMMON STOCK UNSOLICITED AVG PRICE SHOWN DETAILS ON REQ DA EXCHANGE RATE 1 36910000 | Quantity 10 013 | Price 0 0732 |

Wednesday January 17 2024

| Buy | | Settlement Date Jan 19 2024 | Value 668 20 CAD |
|---|---|---|---|
| ✉ MMAT | META MATLS INC COMMON STOCK UNSOLICITED DA EXCHANGE RATE 1 37230000 | Quantity 6 276 | Price 0 076 |

Friday January 12 2024

| Buy | | Settlement Date Jan 17 2024 | Value 1 243 95 CAD |
|---|---|---|---|
| ✉ MMAT | META MATLS INC COMMON STOCK UNSOLICITED AVG PRICE SHOWN DETAILS ON REQ DA EXCHANGE RATE 1 36140000 | Quantity 15 013 | Price 0 0602 |

| Buy | | Settlement Date Jan 17 2024 | Value 840 93 CAD |
|---|---|---|---|
| ✉ MMAT | META MATLS INC COMMON STOCK UNSOLICITED AVG PRICE SHOWN DETAILS ON REQ DA EXCHANGE RATE 1 36180000 | Quantity 10 013 | Price 0 0607 |

Monday December 4 2023

| Buy | | Settlement Date Dec 6 2023 | Value 1 011 22 CAD |
|---|---|---|---|
| ✉ MMAT | META MATLS INC COMMON STOCK UNSOLICITED DA EXCHANGE RATE 1 37590000 | Quantity 10 000 | Price 0 0725 |

Tuesday November 14 2023

| Sell | | Settlement Date Nov 16 2023 | Value 20 294 68 CAD |
|---|---|---|---|
| ✉ MMAT | META MATLS INC COMMON STOCK UNSOLICITED CA EXCHANGE RATE 1 35290000 | Quantity 159 691 | Price 0 094 |

Tuesday November 7 2023

| Buy | | Settlement Date Nov 9 2023 | Value 505 43 CAD |
|---|---|---|---|
| ✉ MMAT | META MATLS INC COMMON STOCK UNSOLICITED DA EXCHANGE RATE 1 39690000 | Quantity 3 000 | Price 0 1173 |

Monday November 6 2023

| Buy | | Settlement Date Nov 8 2023 | Value 723 04 CAD |
|---|---|---|---|
| ✉ MMAT | META MATLS INC COMMON STOCK UNSOLICITED DA EXCHANGE RATE 1 39060000 | Quantity 5 100 | Price 0 10 |

Monday October 9 2023

| Buy | | Settlement Date Oct 11 2023 | Value 657 84 CAD |
|---|---|---|---|

| | MMAT | META MATLS INC COMMON STOCK UNSOLICITED AVG PRICE SHOWN DETAILS ON REQ DA AS OF 10/09/23 | Quantity 2 200 | Price 0 212 |

Friday October 6 2023

| Buy | | | Settlement Date Oct 11 2023 | Value 557 88 USD |
|---|---|---|---|---|
| | MMAT | META MATLS INC COMMON STOCK UNSOLICITED AVG PRICE SHOWN DETAILS ON REQ DA | Quantity 2 502 | Price 0 219 |

Friday September 29 2023

| Buy | | | Settlement Date Oct 3 2023 | Value 747 91 CAD |
|---|---|---|---|---|
| | MMAT | META MATLS INC COMMON STOCK UNSOLICITED DA EXCHANGE RATE 1 37940000 | Quantity 2 500 | Price 0 2129 |

Thursday September 28 2023

| Buy | | | Settlement Date Oct 2 2023 | Value 1 147 07 CAD |
|---|---|---|---|---|
| | MMAT | META MATLS INC COMMON STOCK UNSOLICITED AVG PRICE SHOWN DETAILS ON REQ DA EXCHANGE RATE 1 37150000 | Quantity 4 002 | Price 0 2065 |

| Buy | | | Settlement Date Oct 2 2023 | Value 701 01 CAD |
|---|---|---|---|---|
| | MMAT | META MATLS INC COMMON STOCK UNSOLICITED AVG PRICE SHOWN DETAILS ON REQ DA EXCHANGE RATE 1 37130000 | Quantity 2 500 | Price 0 2005 |

Tuesday September 26 2023

| Buy | | | Settlement Date Sep 28 2023 | Value 588 06 CAD |
|---|---|---|---|---|
| | MMAT | META MATLS INC COMMON STOCK UNSOLICITED DA EXCHANGE RATE 1 37220000 | Quantity 2 000 | Price 0 2093 |

Friday September 22 2023

| Buy | | | Settlement Date Sep 26 2023 | Value 500 61 CAD |
|---|---|---|---|---|
| | MMAT | META MATLS INC COMMON STOCK UNSOLICITED DA EXCHANGE RATE 1 36760000 | Quantity 1 750 | Price 0 2035 |

Friday September 15 2023

| Buy | | | Settlement Date Sep 19 2023 | Value 923 90 CAD |
|---|---|---|---|---|
| | MMAT | META MATLS INC COMMON STOCK UNSOLICITED DA EXCHANGE RATE 1 37330000 | Quantity 3 002 | Price 0 2208 |

| Buy | | | Settlement Date Sep 19 2023 | Value 612 09 CAD |
|---|---|---|---|---|
| | MMAT | META MATLS INC COMMON STOCK UNSOLICITED AVG PRICE SHOWN DETAILS ON REQ DA EXCHANGE RATE 1 37360000 | Quantity 2 000 | Price 0 2178 |

Thursday September 14 2023

| Buy | | | Settlement Date Sep 18 2023 | Value 782 78 CAD |
|---|---|---|---|---|
| | MMAT | META MATLS INC COMMON STOCK UNSOLICITED AVG PRICE SHOWN DETAILS ON REQ DA EXCHANGE RATE 1 37270000 | Quantity 2 500 | Price 0 2241 |

| Buy | | Settlement Date Sep 12 2023 | Value 1 183 06 CAD |
|---|---|---|---|
| MMAT | META MATLS INC COMMON STOCK UNSOLICITED AVG PRICE SHOWN DETAILS ON REQ DA EXCHANGE RATE 1 38540000 | Quantity 4 000 | Price 0 211 |

Thursday August 10 2023

| Buy | | Settlement Date Aug 14 2023 | Value 638 79 CAD |
|---|---|---|---|
| MMAT | META MATLS INC COMMON STOCK UNSOLICITED DA EXCHANGE RATE 1 36060000 | Quantity 2 000 | Price 0 2298 |

Wednesday August 9 2023

| Buy | | Settlement Date Aug 11 2023 | Value 385 36 CAD |
|---|---|---|---|
| MMAT | META MATLS INC COMMON STOCK UNSOLICITED AVG PRICE SHOWN DETAILS ON REQ DA EXCHANGE RATE 1 36290000 | Quantity 1 100 | Price 0 248 |

Monday July 31 2023

| Buy | | Settlement Date Aug 2 2023 | Value 860 88 CAD |
|---|---|---|---|
| MMAT | META MATLS INC COMMON STOCK UNSOLICITED AVG PRICE SHOWN DETAILS ON REQ DA EXCHANGE RATE 1 33770000 | Quantity 2 500 | Price 0 2534 |

Thursday July 27 2023

| Buy | | Settlement Date Jul 31 2023 | Value 1 121 87 CAD |
|---|---|---|---|
| MMAT | META MATLS INC COMMON STOCK UNSOLICITED AVG PRICE SHOWN DETAILS ON REQ DA EXCHANGE RATE 1 34460000 | Quantity 4 000 | Price 0 2061 |

≡ Transactions

October 25 2024

| Activity | Order Status |

Holdings ›    Performance ›    Transfer Funds ›

Select an account goal or group

| 66524638  Investment ⌄ |

Transactions as of Oct 25 2024 12 28 45 pm ET

*MMAX  638*

Trades this month ⓘ 0

📄 Export    ⓘ FAQ

## Submitted transactions
Online transfer requests that have been submitted but not processed to your account

0 Activities ⌄

## Processed transactions  ⓘ Disclaimers
Displays up to a maximum of 15 months

11 Activities

Display    30 Days    90 Days    1 Year    ( Max )

Sort    ( Date ⌄ )    Activity    Symbol    Settlement Date

Filter (1) ⚙

### Monday August 19 2024

| Buy | | Settlement Date Aug 20 2024 | Value 59 95 CAD |
|---|---|---|---|
| 🍁 MMAX  METAMATERIAL EXCHANGECO INC COM NEW UNSOLICITED AVG PRICE SHOWN DETAILS ON REQ DA | | Quantity 200 | Price 0 25 |

### Friday May 31 2024

| Buy | | Settlement Date Jun 3 2024 | Value 907 95 CAD |
|---|---|---|---|
| 🍁 MMAX  METAMATERIAL EXCHANGECO INC COM NEW UNSOLICITED DA | | Quantity 200 | Price 4 49 |

### Thursday May 30 2024

| Buy | | Settlement Date May 31 2024 | Value 747 95 CAD |
|---|---|---|---|
| 🍁 MMAX  METAMATERIAL EXCHANGECO INC COM NEW UNSOLICITED AVG PRICE SHOWN DETAILS ON REQ WE ACTED AS PRINCIPAL DA | | Quantity 205 | Price 3 60 |

### Monday May 27 2024

| Buy | | Settlement Date May 28 2024 | Value 813 95 CAD |
|---|---|---|---|
| 🍁 MMAX  METAMATERIAL EXCHANGECO INC COM NEW UNSOLICITED DA | | Quantity 400 | Price 2 01 |

### Friday May 24 2024

| Buy | | Settlement Date May 28 2024 | Value 869 95 CAD |
|---|---|---|---|
| 🍁 MMAX  METAMATERIAL EXCHANGECO INC COM NEW UNSOLICITED AVG PRICE SHOWN DETAILS ON REQ DA | | Quantity 400 | Price 2 15 |

### Monday April 29 2024

| Buy | | | Settlement Date May 1 2024 | Value 317 95 CAD |
|---|---|---|---|---|

| 🍁 | MMAX | METAMATERIAL EXCHANGECO INC COM NEW UNSOLICITED DA | Quantity 100 | Price 3 08 |
|---|---|---|---|---|

### Wednesday January 31 2024

| Reorganization | | | | Value 0 00 CAD |
|---|---|---|---|---|

| 🍁 | MMAX | REV METAMATERIAL EXCHANGECO INC COM NEW RESULT OF REVERSE SPLIT | | Quantity 105 |
|---|---|---|---|---|

### Wednesday December 13 2023

| Buy | | | Settlement Date Dec 15 2023 | Value 309 95 CAD |
|---|---|---|---|---|

| 🍁 | MMAX | METAMATERIAL EXCHANGECO INC COMMON UNSOLICITED DA | Quantity 6 000 | Price 0 05 |
|---|---|---|---|---|

### Monday August 28 2023

| Buy | | | Settlement Date Aug 30 2023 | Value 519 95 CAD |
|---|---|---|---|---|

| 🍁 | MMAX | METAMATERIAL EXCHANGECO INC COMMON UNSOLICITED AVG PRICE SHOWN DETAILS ON REQ DA | Quantity 2 000 | Price 0 255 |
|---|---|---|---|---|

### Friday August 25 2023

| Buy | | | Settlement Date Aug 29 2023 | Value 137 45 CAD |
|---|---|---|---|---|

| 🍁 | MMAX | METAMATERIAL EXCHANGECO INC COMMON UNSOLICITED DA | Quantity 500 | Price 0 255 |
|---|---|---|---|---|

### Tuesday August 22 2023

| Buy | | | Settlement Date Aug 24 2023 | Value 392 45 CAD |
|---|---|---|---|---|

| 🍁 | MMAX | METAMATERIAL EXCHANGECO INC COMMON UNSOLICITED AVG PRICE SHOWN DETAILS ON REQ DA | Quantity 1 500 | Price 0 255 |
|---|---|---|---|---|

I have numerous accounts and have purchased TRCH, MMAT and MMTLP I received some Preferred A Series shares from the merger and bought more after

I currently hold 15,260 MMATQ , which is equivalent to 1,526,000 pre- reverse 100 1 split shares

I know this is not to include MMTLP yet, but I also hold 157,583 shares   75,000 are at my RBC Direct Investing broker and the remainder are at AST

I am including packages to include Proof of Interest for 7 accounts and have provided support for all shares/transactions

I did sell one lot of 159,691 of MMAT on November 16, 2023 at a loss of $526,175 90   That was in account number 665-14638 I only did that as I wanted to record a loss to offset possible future gains as I was and ma still unsure how this will all play out


My current losses in the accounts are as follows

| Account 66524638 | - $12,800 47 CDN |
|---|---|
| Account 66524638 | -$4,999 95 CDN |
| Account 66524638 | -$473,065 00 USD |
| Account 26846332 | -$2,131 11 CDN |
| Account 26846332 | -$53,983 11 USD |
| Account 66806768 | -$4 16 CDN |
| Account 66806768 | -2,145 36 USD |
| Account 66861555 | -85,803 62 CDN |
| Account 66861555 | -$584 95 USD |
| Account 66861555 | -136,475 69 USD |
| Account 66874571 | -$0 69 CDN |
| Account 66874571 | -$1,829 02 USD |
| Account 66918128 | +$0 02 CDN |
| Account 66918128 | +$0 01 USD |
| Account 57985021 | -$20,241 02 CDN |
| Account 57985021 | -$0 03 USD |


I am 50 years of age, have a fiancee and 4 children ages 10, 12, 14 and 18   One is in post-secondary education   I have to pay child support for 2 children   I am down over $1,200 000 00

Page 2 of 2

I could use some help and I appreciate everything you are doing for the shareholders and holding those accountable (hopefully civilly and criminally).

I am enclosing 7 self-addressed postage paid envelopes in the event you require to forward a response per-account.

If you require MMTLP/NBH documentation, please advise.

Also, the funds used for some of the transactions were from estates of my late father and my late uncle as well as after-tax revenue from a hard-working father of 4.


If you require anything further, please advise.


Thanks,

Trevor Black

12 Cardigan Place

Stoney Creek, Ontario, Canada

L8E6C3

Cellular: (905) 512-7606.