NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | **PROOF OF INTEREST** |
|---|---|

Name of Debtor: META MATERIALS

Case Number: 24-50724

1. **Name and address of holder of the Equity Interest** (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

DONALD MOREL
44 CAROL DRIVE
HARRISVILLE, RI 02830

Telephone Number: 401-640-2028

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

☑ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

**NOTE:** This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

**COURT USE ONLY**

Account or other number by which Interest holder identifies Debtor: 740391552

Check here if this claim:
☐ replaces a previously filed Proof of Interest dated: _____
☐ amends a previously filed Proof of Interest dated: _____

2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:

ROBINHOOD

Telephone Number: 650-761-7789

3. Date Equity Interest was acquired:

6-1-21 THROUGH 1-31-24
LIST ATTACHED

4. Total amount of member interest: 7001

5. Certificate number(s): _____

6. **Type of Equity Interest:**
Please indicate the type of Equity Interest you hold:
☑ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
☐ Check this box if your Equity Interest is based on anything else and describe that interest:
Description: INVESTER

7. **Supporting Documents:** Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. **Date-Stamped Copy:** To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

9. **Signature:**
Check the appropriate box.
☑ I am the creditor.   ☐ I am the creditor's authorized agent. (Attach copy of power of attorney, if any.)   ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)   ☐ I am a guarantor, surety, endorser, or other codebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: DONALD MOREL
Title:
Company: Address and telephone number (if different from notice address above):

(Signature)   11-8-24 (Date)

Telephone number: 401-640-2028   email: DONMOREL@HOTMAIL.COM

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

Don .... Marse
CASE # 24-50724
META MATERIALS

```
"Activity Date","Process Date","Settle Date","Instrument","Description","Trans Code","Quantity","Price","Amount"
"1/5/2024","1/5/2024","1/9/2024","MMAT","Meta Materials CUSIP: 59134N104","Buy","25500","$0.06","($1,616.70)"
"1/5/2024","1/5/2024","1/8/2024","","ACH Deposit","ACH","","","$1,625.00"
"1/4/2024","1/4/2024","1/8/2024","MMAT","Meta Materials CUSIP: 59134N104","Buy","11000","$0.07","($748.00)"
"1/4/2024","1/4/2024","1/8/2024","MMAT","Meta Materials CUSIP: 59134N104","Buy","11000","$0.07","($748.00)"
"1/4/2024","1/4/2024","1/5/2024","","ACH Deposit","ACH","","","$1,500.00"
"1/2/2024","1/2/2024","1/2/2024","","Gold Subscription Fee","GOLD","","","($5.00)"
"1/2/2024","1/2/2024","1/3/2024","","ACH Deposit","ACH","","","$5.00"
"12/21/2023","12/21/2023","12/26/2023","MMAT","Meta Materials CUSIP: 59134N104","Buy","100","$0.07","($6.55)"
"12/21/2023","12/21/2023","12/26/2023","MMAT","Meta Materials CUSIP: 59134N104","Buy","10000","$0.07","($655.00)"
"12/21/2023","12/21/2023","12/26/2023","MMAT","Meta Materials CUSIP: 59134N104","Buy","100","$0.07","($6.55)"
"12/21/2023","12/21/2023","12/26/2023","MMAT","Meta Materials CUSIP: 59134N104","Buy","100","$0.07","($6.55)"
"12/21/2023","12/21/2023","12/26/2023","MMAT","Meta Materials CUSIP: 59134N104","Buy","100","$0.07","($6.55)"
"12/21/2023","12/21/2023","12/26/2023","MMAT","Meta Materials CUSIP: 59134N104","Buy","100","$0.07","($6.55)"
"12/21/2023","12/21/2023","12/26/2023","MMAT","Meta Materials CUSIP: 59134N104","Buy","100","$0.07","($6.55)"
"12/21/2023","12/21/2023","12/26/2023","MMAT","Meta Materials CUSIP: 59134N104","Buy","100","$0.07","($6.55)"
"12/21/2023","12/21/2023","12/26/2023","MMAT","Meta Materials CUSIP: 59134N104","Buy","100","$0.07","($6.55)"
"12/21/2023","12/21/2023","12/26/2023","MMAT","Meta Materials CUSIP: 59134N104","Buy","200","$0.07","($13.10)"
"12/21/2023","12/21/2023","12/26/2023","MMAT","Meta Materials CUSIP: 59134N104","Buy","100","$0.07","($6.55)"
"12/21/2023","12/21/2023","12/26/2023","MMAT","Meta Materials CUSIP: 59134N104","Buy","100","$0.07","($6.55)"
"12/21/2023","12/21/2023","12/26/2023","MMAT","Meta Materials CUSIP: 59134N104","Buy","200","$0.07","($13.10)"
"12/21/2023","12/21/2023","12/26/2023","MMAT","Meta Materials CUSIP: 59134N104","Buy","200","$0.07","($13.10)"
"12/21/2023","12/21/2023","12/26/2023","MMAT","Meta Materials CUSIP: 59134N104","Buy","100","$0.07","($6.55)"
"12/21/2023","12/21/2023","12/26/2023","MMAT","Meta Materials CUSIP: 59134N104","Buy","100","$0.07","($6.55)"
"12/21/2023","12/21/2023","12/26/2023","MMAT","Meta Materials CUSIP: 59134N104","Buy","200","$0.07","($13.10)"
"12/21/2023","12/21/2023","12/26/2023","MMAT","Meta Materials
```

```
CUSIP  59134N104","Buy","100","$0 07","($6 55)"
"12/21/2023","12/21/2023","12/26/2023","MMAT","Meta Materials
CUSIP  59134N104","Buy","100","$0 07","($6 55)"
"12/21/2023","12/21/2023","12/26/2023","MMAT","Meta Materials
CUSIP  59134N104","Buy","100","$0 07","($6 55)"
"12/21/2023","12/21/2023","12/26/2023","MMAT","Meta Materials
CUSIP  59134N104","Buy","200","$0 07","($13 10)"
"12/21/2023","12/21/2023","12/22/2023","","ACH
Deposit","ACH","","","$600 00"
"12/20/2023","12/20/2023","12/22/2023","MMAT","Meta Materials
CUSIP  59134N104","Buy","42000","$0 07","($2,940 00)"
"12/20/2023","12/20/2023","12/22/2023","MMAT","Meta Materials
CUSIP  59134N104","Buy","98000","$0 07","($6,860 00)"
"12/20/2023","12/20/2023","12/21/2023","","ACH
Deposit","ACH","","","$10,000 00"
"12/13/2023","12/13/2023","12/15/2023","MMAT","Meta Materials
CUSIP  59134N104","Buy","7000","$0 07","($482 30)"
"12/13/2023","12/13/2023","12/14/2023","","ACH
Deposit","ACH","","","$500 00"
"12/13/2023","12/13/2023","12/15/2023","MMAT","Meta Materials
CUSIP  59134N104","Buy","1800","$0 07","($124 92)"
"12/13/2023","12/13/2023","12/15/2023","MMAT","Meta Materials
CUSIP  59134N104","Buy","200","$0 07","($13 90)"
"12/13/2023","12/13/2023","12/15/2023","MMAT","Meta Materials
CUSIP  59134N104","Buy","600","$0 07","($41 70)"
"12/13/2023","12/13/2023","12/15/2023","MMAT","Meta Materials
CUSIP  59134N104","Buy","11600","$0 07","($806 20)"
"12/13/2023","12/13/2023","12/15/2023","MMAT","Meta Materials
CUSIP  59134N104","Buy","200","$0 07","($13 90)"
"12/13/2023","12/13/2023","12/15/2023","MMAT","Meta Materials
CUSIP  59134N104","Buy","200","$0 07","($13 90)"
"12/13/2023","12/13/2023","12/15/2023","MMAT","Meta Materials
CUSIP  59134N104","Buy","200","$0 07","($13 86)"
"12/13/2023","12/13/2023","12/15/2023","MMAT","Meta Materials
CUSIP  59134N104","Buy","200","$0 07","($13 90)"
"12/13/2023","12/13/2023","12/15/2023","MMAT","Meta Materials
CUSIP  59134N104","Buy","600","$0 07","($41 70)"
"12/13/2023","12/13/2023","12/15/2023","MMAT","Meta Materials
CUSIP  59134N104","Buy","400","$0 07","($27 80)"
"12/13/2023","12/13/2023","12/15/2023","MMAT","Meta Materials
CUSIP  59134N104","Buy","200","$0 07","($13 90)"
"12/13/2023","12/13/2023","12/15/2023","MMAT","Meta Materials
CUSIP  59134N104","Buy","200","$0 07","($13 90)"
"12/13/2023","12/13/2023","12/15/2023","MMAT","Meta Materials
CUSIP  59134N104","Buy","200","$0 07","($13 90)"
"12/13/2023","12/13/2023","12/15/2023","MMAT","Meta Materials
CUSIP  59134N104","Buy","100","$0 07","($6 93)"
"12/13/2023","12/13/2023","12/15/2023","MMAT","Meta Materials
CUSIP  59134N104","Buy","200","$0 07","($13 90)"
"12/13/2023","12/13/2023","12/15/2023","MMAT","Meta Materials
CUSIP  59134N104","Buy","200","$0 07","($13 86)"
"12/13/2023","12/13/2023","12/15/2023","MMAT","Meta Materials
```

```
CUSIP  59134N104","Buy","200","$0 07","($13 90)"
"12/13/2023","12/13/2023","12/15/2023","MMAT","Meta Materials
CUSIP  59134N104","Buy","200","$0 07","($13 90)"
"12/13/2023","12/13/2023","12/15/2023","MMAT","Meta Materials
CUSIP  59134N104","Buy","600","$0 07","($41 70)"
"12/13/2023","12/13/2023","12/15/2023","MMAT","Meta Materials
CUSIP  59134N104","Buy","200","$0 07","($13 90)"
"12/13/2023","12/13/2023","12/15/2023","MMAT","Meta Materials
CUSIP  59134N104","Buy","200","$0 07","($13 90)"
"12/13/2023","12/13/2023","12/15/2023","MMAT","Meta Materials
CUSIP  59134N104","Buy","200","$0 07","($13 90)"
"12/13/2023","12/13/2023","12/15/2023","MMAT","Meta Materials
CUSIP  59134N104","Buy","200","$0 07","($13 90)"
"12/13/2023","12/13/2023","12/15/2023","MMAT","Meta Materials
CUSIP  59134N104","Buy","200","$0 07","($13 90)"
"12/13/2023","12/13/2023","12/15/2023","MMAT","Meta Materials
CUSIP  59134N104","Buy","200","$0 07","($13 86)"
"12/13/2023","12/13/2023","12/15/2023","MMAT","Meta Materials
CUSIP  59134N104","Buy","200","$0 07","($13 90)"
"12/13/2023","12/13/2023","12/15/2023","MMAT","Meta Materials
CUSIP  59134N104","Buy","200","$0 07","($13 86)"
"12/13/2023","12/13/2023","12/15/2023","MMAT","Meta Materials
CUSIP  59134N104","Buy","200","$0 07","($13 90)"
"12/13/2023","12/13/2023","12/15/2023","MMAT","Meta Materials
CUSIP  59134N104","Buy","200","$0 07","($13 90)"
"12/13/2023","12/13/2023","12/15/2023","MMAT","Meta Materials
CUSIP  59134N104","Buy","200","$0 07","($13 90)"
"12/13/2023","12/13/2023","12/15/2023","MMAT","Meta Materials
CUSIP  59134N104","Buy","100","$0 07","($6 93)"
"12/13/2023","12/13/2023","12/15/2023","MMAT","Meta Materials
CUSIP  59134N104","Buy","1600","$0 07","($111 20)"
"12/13/2023","12/13/2023","12/15/2023","MMAT","Meta Materials
CUSIP  59134N104","Buy","100","$0 07","($6 93)"
"12/13/2023","12/13/2023","12/15/2023","MMAT","Meta Materials
CUSIP  59134N104","Buy","200","$0 07","($13 86)"
"12/13/2023","12/13/2023","12/15/2023","MMAT","Meta Materials
CUSIP  59134N104","Buy","100","$0 07","($6 93)"
"12/13/2023","12/13/2023","12/15/2023","MMAT","Meta Materials
CUSIP  59134N104","Buy","100","$0 07","($6 95)"
"12/13/2023","12/13/2023","12/15/2023","MMAT","Meta Materials
CUSIP  59134N104","Buy","200","$0 07","($13 86)"
"12/13/2023","12/13/2023","12/15/2023","MMAT","Meta Materials
CUSIP  59134N104","Buy","200","$0 07","($13 86)"
"12/13/2023","12/13/2023","12/15/2023","MMAT","Meta Materials
CUSIP  59134N104","Buy","600","$0 07","($41 58)"
"12/13/2023","12/13/2023","12/15/2023","MMAT","Meta Materials
CUSIP  59134N104","Buy","200","$0 07","($13 90)"
"12/13/2023","12/13/2023","12/15/2023","MMAT","Meta Materials
CUSIP  59134N104","Buy","200","$0 07","($13 86)"
"12/13/2023","12/13/2023","12/15/2023","MMAT","Meta Materials
CUSIP  59134N104","Buy","100","$0 07","($6 93)"
"12/13/2023","12/13/2023","12/15/2023","MMAT","Meta Materials
```

```
CUSIP  59134N104","Buy","200","$0 07","($13 86)"
"12/13/2023","12/13/2023","12/15/2023","MMAT","Meta Materials
CUSIP  59134N104","Buy","100","$0 07","($6 95)"
"12/13/2023","12/13/2023","12/15/2023","MMAT","Meta Materials
CUSIP  59134N104","Buy","300","$0 07","($20 79)"
"12/13/2023","12/13/2023","12/15/2023","MMAT","Meta Materials
CUSIP  59134N104","Buy","200","$0 07","($13 86)"
"12/13/2023","12/13/2023","12/15/2023","MMAT","Meta Materials
CUSIP  59134N104","Buy","200","$0 07","($13 86)"
"12/13/2023","12/13/2023","12/15/2023","MMAT","Meta Materials
CUSIP  59134N104","Buy","200","$0 07","($13 90)"
"12/13/2023","12/13/2023","12/15/2023","MMAT","Meta Materials
CUSIP  59134N104","Buy","400","$0 07","($27 80)"
"12/13/2023","12/13/2023","12/15/2023","MMAT","Meta Materials
CUSIP  59134N104","Buy","200","$0 07","($13 90)"
"12/13/2023","12/13/2023","12/15/2023","MMAT","Meta Materials
CUSIP  59134N104","Buy","100","$0 07","($6 95)"
"12/13/2023","12/13/2023","12/15/2023","MMAT","Meta Materials
CUSIP  59134N104","Buy","54","$0 07","($3 72)"
"12/13/2023","12/13/2023","12/15/2023","MMAT","Meta Materials
CUSIP  59134N104","Buy","600","$0 07","($41 34)"
"12/13/2023","12/13/2023","12/15/2023","MMAT","Meta Materials
CUSIP  59134N104","Buy","546","$0 07","($37 62)"
"12/13/2023","12/13/2023","12/15/2023","MMAT","Meta Materials
CUSIP  59134N104","Buy","600","$0 07","($41 34)"
"12/13/2023","12/13/2023","12/15/2023","MMAT","Meta Materials
CUSIP  59134N104","Buy","300","$0 07","($20 67)"
"12/13/2023","12/13/2023","12/15/2023","MMAT","Meta Materials
CUSIP  59134N104","Buy","100","$0 07","($6 93)"
"12/13/2023","12/13/2023","12/15/2023","MMAT","Meta Materials
CUSIP  59134N104","Buy","200","$0 07","($13 86)"
"12/13/2023","12/13/2023","12/15/2023","MMAT","Meta Materials
CUSIP  59134N104","Buy","600","$0 07","($41 34)"
"12/13/2023","12/13/2023","12/15/2023","MMAT","Meta Materials
CUSIP  59134N104","Buy","100","$0 07","($6 93)"
"12/12/2023","12/12/2023","12/14/2023","MMAT","Meta Materials
CUSIP  59134N104","Buy","6700","$0 07","($459 62)"
"12/12/2023","12/12/2023","12/14/2023","MMAT","Meta Materials
CUSIP  59134N104","Buy","203","$0 07","($13 93)"
"12/12/2023","12/12/2023","12/14/2023","MMAT","Meta Materials
CUSIP  59134N104","Buy","98","$0 07","($6 72)"
"12/12/2023","12/12/2023","12/14/2023","MMAT","Meta Materials
CUSIP  59134N104","Buy","94699","$0 07","($6,505 82)"
"12/11/2023","12/11/2023","12/12/2023","","ACH
Deposit","ACH","","","$2,000 00"
"12/7/2023","12/7/2023","12/11/2023","MMAT","Meta Materials
CUSIP  59134N104","Buy","2800","$0 06","($168 56)"
"12/7/2023","12/7/2023","12/11/2023","MMAT","Meta Materials
CUSIP  59134N104","Buy","4600","$0 06","($276 92)"
"12/7/2023","12/7/2023","12/11/2023","MMAT","Meta Materials
CUSIP  59134N104","Buy","9200","$0 06","($554 76)"
"12/7/2023","12/7/2023","12/11/2023","MMAT","Meta Materials
```

4

```
CUSIP  59134N104","Buy","9200","$0 06","($553 84)"
"12/7/2023","12/7/2023","12/11/2023","MMAT","Meta Materials
CUSIP  59134N104","Buy","14800","$0 06","($892 44)"
"12/7/2023","12/7/2023","12/11/2023","MMAT","Meta Materials
CUSIP  59134N104","Buy","2300","$0 06","($138 69)"
"12/7/2023","12/7/2023","12/11/2023","MMAT","Meta Materials
CUSIP  59134N104","Buy","4600","$0 06","($277 38)"
"12/7/2023","12/7/2023","12/11/2023","MMAT","Meta Materials
CUSIP  59134N104","Buy","2300","$0 06","($138 46)"
"12/7/2023","12/7/2023","12/8/2023","","ACH
Deposit","ACH","","","$10,000 00"
"12/6/2023","12/6/2023","12/8/2023","MMAT","Meta Materials
CUSIP  59134N104","Buy","1529","$0 06","($95 56)"
"12/6/2023","12/6/2023","12/8/2023","MMAT","Meta Materials
CUSIP  59134N104","Buy","14867","$0 06","($929 19)"
"12/6/2023","12/6/2023","12/8/2023","MMAT","Meta Materials
CUSIP  59134N104","Buy","42174","$0 06","($2,635 88)"
"12/6/2023","12/6/2023","12/8/2023","MMAT","Meta Materials
CUSIP  59134N104","Buy","100","$0 06","($6 25)"
"12/6/2023","12/6/2023","12/8/2023","MMAT","Meta Materials
CUSIP  59134N104","Buy","100","$0 06","($6 25)"
"12/6/2023","12/6/2023","12/8/2023","MMAT","Meta Materials
CUSIP  59134N104","Buy","300","$0 06","($18 75)"
"12/6/2023","12/6/2023","12/8/2023","MMAT","Meta Materials
CUSIP  59134N104","Buy","100","$0 06","($6 25)"
"12/6/2023","12/6/2023","12/8/2023","MMAT","Meta Materials
CUSIP  59134N104","Buy","200","$0 06","($12 50)"
"12/6/2023","12/6/2023","12/8/2023","MMAT","Meta Materials
CUSIP  59134N104","Buy","1","$0 06","($0 06)"
"12/6/2023","12/6/2023","12/8/2023","MMAT","Meta Materials
CUSIP  59134N104","Buy","100","$0 06","($6 25)"
"12/6/2023","12/6/2023","12/8/2023","MMAT","Meta Materials
CUSIP  59134N104","Buy","5345","$0 06","($334 06)"
"12/6/2023","12/6/2023","12/8/2023","MMAT","Meta Materials
CUSIP  59134N104","Buy","7345","$0 06","($459 06)"
"12/6/2023","12/6/2023","12/8/2023","MMAT","Meta Materials
CUSIP  59134N104","Buy","4345","$0 06","($271 56)"
"12/6/2023","12/6/2023","12/8/2023","MMAT","Meta Materials
CUSIP  59134N104","Buy","300","$0 06","($18 75)"
"12/6/2023","12/6/2023","12/8/2023","MMAT","Meta Materials
CUSIP  59134N104","Buy","6645","$0 06","($415 31)"
"12/6/2023","12/6/2023","12/8/2023","MMAT","Meta Materials
CUSIP  59134N104","Buy","5945","$0 06","($371 56)"
"12/6/2023","12/6/2023","12/8/2023","MMAT","Meta Materials
CUSIP  59134N104","Buy","4845","$0 06","($302 81)"
"12/6/2023","12/6/2023","12/8/2023","MMAT","Meta Materials
CUSIP  59134N104","Buy","100","$0 06","($6 25)"
"12/6/2023","12/6/2023","12/8/2023","MMAT","Meta Materials
CUSIP  59134N104","Buy","8145","$0 06","($509 06)"
"12/6/2023","12/6/2023","12/8/2023","MMAT","Meta Materials
CUSIP  59134N104","Buy","9145","$0 06","($571 56)"
"12/6/2023","12/6/2023","12/8/2023","MMAT","Meta Materials
```

```
CUSIP  59134N104","Buy","369","$0 06","($23 06)"
"12/6/2023","12/6/2023","12/7/2023","","ACH
Deposit","ACH","","","$7,000 00"
"12/4/2023","12/4/2023","12/4/2023","","Gold Subscription
Fee","GOLD","","","($5 00)"
"12/1/2023","12/1/2023","12/4/2023","","ACH
Deposit","ACH","","","$5 00"
"11/28/2023","11/28/2023","11/30/2023","MMAT","Meta Materials
CUSIP  59134N104","Buy","500","$0 08","($41 15)"
"11/3/2023","11/3/2023","11/3/2023","","Gold Subscription
Fee","GOLD","","","($5 00)"
"11/1/2023","11/1/2023","11/3/2023","MMAT","Meta Materials
CUSIP  59134N104","Buy","3213","$0 11","($364 03)"
"11/1/2023","11/1/2023","11/2/2023","","ACH
Deposit","ACH","","","$50 00"
"11/1/2023","11/1/2023","11/2/2023","","ACH
Deposit","ACH","","","$350 00"
"11/1/2023","11/1/2023","11/2/2023","","ACH
Deposit","ACH","","","$5 00"
"10/24/2023","10/24/2023","10/26/2023","MMAT","Meta Materials
CUSIP  59134N104","Buy","82","$0 14","($11 69)"
"10/24/2023","10/24/2023","10/26/2023","MMAT","Meta Materials
CUSIP  59134N104","Buy","943","$0 14","($134 38)"
"10/24/2023","10/24/2023","10/26/2023","MMAT","Meta Materials
CUSIP  59134N104","Buy","851","$0 14","($121 27)"
"10/24/2023","10/24/2023","10/26/2023","MMAT","Meta Materials
CUSIP  59134N104","Buy","752","$0 14","($107 16)"
"10/24/2023","10/24/2023","10/26/2023","MMAT","Meta Materials
CUSIP  59134N104","Buy","640","$0 14","($91 20)"
"10/24/2023","10/24/2023","10/26/2023","MMAT","Meta Materials
CUSIP  59134N104","Buy","773","$0 14","($110 15)"
"10/24/2023","10/24/2023","10/26/2023","MMAT","Meta Materials
CUSIP  59134N104","Buy","677","$0 14","($96 47)"
"10/24/2023","10/24/2023","10/26/2023","MMAT","Meta Materials
CUSIP  59134N104","Buy","791","$0 14","($112 72)"
"10/24/2023","10/24/2023","10/26/2023","MMAT","Meta Materials
CUSIP  59134N104","Buy","778","$0 14","($110 87)"
"10/24/2023","10/24/2023","10/26/2023","MMAT","Meta Materials
CUSIP  59134N104","Buy","513","$0 14","($73 10)"
"10/24/2023","10/24/2023","10/26/2023","MMAT","Meta Materials
CUSIP  59134N104","Buy","13","$0 14","($1 85)"
"10/24/2023","10/24/2023","10/26/2023","MMAT","Meta Materials
CUSIP  59134N104","Buy","934","$0 14","($133 10)"
"10/24/2023","10/24/2023","10/26/2023","MMAT","Meta Materials
CUSIP  59134N104","Buy","4119","$0 14","($586 96)"
"10/24/2023","10/24/2023","10/26/2023","MMAT","Meta Materials
CUSIP  59134N104","Buy","684","$0 14","($97 47)"
"10/24/2023","10/24/2023","10/26/2023","MMAT","Meta Materials
CUSIP  59134N104","Buy","728","$0 14","($103 74)"
"10/24/2023","10/24/2023","10/26/2023","MMAT","Meta Materials
CUSIP  59134N104","Buy","757","$0 14","($107 87)"
"10/24/2023","10/24/2023","10/25/2023","","ACH
```

```
Deposit","ACH","","","$2,000 00"
"10/23/2023","10/23/2023","10/25/2023","MMAT","Meta Materials CUSIP  59134N104","Buy","9800","$0 14","($1,421 00)"
"10/23/2023","10/23/2023","10/24/2023","","ACH Deposit","ACH","","","$1,425 00"
"10/4/2023","10/4/2023","10/4/2023","","Gold Subscription Fee","GOLD","","","($5 00)"
"10/2/2023","10/2/2023","10/3/2023","","ACH Deposit","ACH","","","$5 00"
"9/19/2023","9/19/2023","9/19/2023","MMAT","Meta Materials CUSIP  59134N104","ACATI","25908","",""
"9/5/2023","9/5/2023","9/5/2023","","Gold Subscription Fee","GOLD","","","($5 00)"
"9/1/2023","9/1/2023","9/5/2023","","ACH Deposit","ACH","","","$5 00"
"8/11/2023","8/11/2023","8/11/2023","MMTZZZ","Next Bridge Hydrocarbons Contra CUSIP  591994371","ITRF","746S","",""
"8/7/2023","8/7/2023","8/7/2023","","Gold Subscription Fee","GOLD","","","($5 00)"
"8/1/2023","8/1/2023","8/2/2023","","ACH Deposit","ACH","","","$5 00"
"7/26/2023","7/26/2023","7/27/2023","","ACH Deposit","ACH","","","$25 00"
"7/6/2023","7/6/2023","7/6/2023","","Gold Fee","GOLD","","","($5 00)"
"7/3/2023","7/3/2023","7/5/2023","","ACH Deposit","ACH","","","$5 00"
"6/7/2023","6/7/2023","6/7/2023","MMAT","Stock Lending","SLIP","","","$3 20"
"6/6/2023","6/6/2023","6/7/2023","","ACH Deposit","ACH","","","$11 00"
"6/6/2023","6/6/2023","6/6/2023","","Gold Fee","GOLD","","","($5 00)"
"5/8/2023","5/8/2023","5/8/2023","","Gold Fee","GOLD","","","($5 00)"
"5/5/2023","5/5/2023","5/9/2023","MMAT","Meta Materials CUSIP  59134N104","Buy","365","$0 21","($76 25)"
"5/5/2023","5/5/2023","5/5/2023","MMAT","Stock Lending","SLIP","","","$73 94"
"4/28/2023","4/28/2023","5/2/2023","MMAT","Meta Materials CUSIP  59134N104","Buy","300","$0 19","($56 28)"
"4/28/2023","4/28/2023","5/2/2023","MMAT","Meta Materials CUSIP  59134N104","Buy","100","$0 19","($18 76)"
"4/28/2023","4/28/2023","5/2/2023","MMAT","Meta Materials CUSIP  59134N104","Buy","2200","$0 19","($412 72)"
"4/28/2023","4/28/2023","5/2/2023","MMAT","Meta Materials CUSIP  59134N104","Buy","600","$0 19","($112 56)"
"4/28/2023","4/28/2023","5/2/2023","MMAT","Meta Materials CUSIP  59134N104","Buy","900","$0 19","($168 84)"
"4/28/2023","4/28/2023","5/2/2023","MMAT","Meta Materials CUSIP  59134N104","Buy","100","$0 19","($18 76)"
```

```
"4/28/2023","4/28/2023","5/2/2023","MMAT","Meta Materials CUSIP  59134N104","Buy","3700","$0 19","($694 12)"
"4/28/2023","4/28/2023","5/2/2023","MMAT","Meta Materials CUSIP  59134N104","Buy","300","$0 19","($56 28)"
"4/28/2023","4/28/2023","5/2/2023","MMAT","Meta Materials CUSIP  59134N104","Buy","3700","$0 19","($694 12)"
"4/28/2023","4/28/2023","5/2/2023","MMAT","Meta Materials CUSIP  59134N104","Buy","100","$0 19","($18 76)"
"4/28/2023","4/28/2023","5/2/2023","MMAT","Meta Materials CUSIP  59134N104","Buy","100","$0 19","($18 76)"
"4/28/2023","4/28/2023","5/2/2023","MMAT","Meta Materials CUSIP  59134N104","Buy","100","$0 19","($18 76)"
"4/28/2023","4/28/2023","5/2/2023","MMAT","Meta Materials CUSIP  59134N104","Buy","100","$0 19","($18 76)"
"4/28/2023","4/28/2023","5/2/2023","MMAT","Meta Materials CUSIP  59134N104","Buy","2800","$0 19","($525 28)"
"4/28/2023","4/28/2023","5/2/2023","MMAT","Meta Materials CUSIP  59134N104","Buy","100","$0 19","($18 76)"
"4/28/2023","4/28/2023","5/2/2023","MMAT","Meta Materials CUSIP  59134N104","Buy","2461","$0 19","($461 68)"
"4/28/2023","4/28/2023","5/2/2023","MMAT","Meta Materials CUSIP  59134N104","Buy","100","$0 19","($18 76)"
"4/28/2023","4/28/2023","5/2/2023","MMAT","Meta Materials CUSIP  59134N104","Buy","8654","$0 19","($1,623 49)"
"4/28/2023","4/28/2023","5/2/2023","MMAT","Meta Materials CUSIP  59134N104","Buy","100","$0 19","($18 76)"
"4/28/2023","4/28/2023","5/2/2023","MMAT","Meta Materials CUSIP  59134N104","Buy","100","$0 19","($18 76)"
"4/28/2023","4/28/2023","4/28/2023","","ACH Deposit","ACH","","","$5,000 00"
"4/10/2023","4/10/2023","4/12/2023","MMAT","Meta Materials CUSIP  59134N104","Buy","199","$0 42","($83 78)"
"4/10/2023","4/10/2023","4/10/2023","MMAT","Stock Lending","SLIP","","","$83 62"
"4/10/2023","4/10/2023","4/10/2023","","Gold Fee","GOLD","","","($5 00)"
"3/10/2023","3/10/2023","3/14/2023","MMAT","Meta Materials CUSIP  59134N104","Buy","2791","$0 54","($1,499 60)"
"3/10/2023","3/10/2023","3/10/2023","","ACH Deposit","ACH","","","$1,500 00"
"3/8/2023","3/8/2023","3/8/2023","","ACH Deposit","ACH","","","$10 00"
"3/8/2023","3/8/2023","3/8/2023","","Gold Fee","GOLD","","","($5 00)"
"3/7/2023","3/7/2023","3/9/2023","MMAT","Meta Materials CUSIP  59134N104","Buy","51","$0 62","($31 37)"
"3/6/2023","3/6/2023","3/6/2023","MMAT","Stock Lending","SLIP","","","$30 56"
"3/1/2023","3/1/2023","3/3/2023","MMAT","Meta Materials CUSIP  59134N104","Buy","97","$0 59","($57 59)"
"3/1/2023","3/1/2023","3/3/2023","MMAT","Meta Materials CUSIP  59134N104","Buy","100","$0 60","($59 62)"
```

8

```
"3/1/2023","3/1/2023","3/3/2023","MMAT","Meta Materials CUSIP  59134N104","Buy","12777","$0 60","($7,630 42)"
"3/1/2023","3/1/2023","3/3/2023","MMAT","Meta Materials CUSIP  59134N104","Buy","100","$0 59","($59 48)"
"3/1/2023","3/1/2023","3/3/2023","MMAT","Meta Materials CUSIP  59134N104","Buy","561","$0 60","($334 02)"
"3/1/2023","3/1/2023","3/3/2023","MMAT","Meta Materials CUSIP  59134N104","Buy","81","$0 59","($48 17)"
"3/1/2023","3/1/2023","3/3/2023","MMAT","Meta Materials CUSIP  59134N104","Buy","725","$0 59","($431 16)"
"3/1/2023","3/1/2023","3/3/2023","MMAT","Meta Materials CUSIP  59134N104","Buy","100","$0 59","($59 47)"
"3/1/2023","3/1/2023","3/3/2023","MMAT","Meta Materials CUSIP  59134N104","Buy","200","$0 60","($119 24)"
"3/1/2023","3/1/2023","3/3/2023","MMAT","Meta Materials CUSIP  59134N104","Buy","100","$0 59","($59 47)"
"3/1/2023","3/1/2023","3/3/2023","MMAT","Meta Materials CUSIP  59134N104","Buy","100","$0 60","($59 50)"
"3/1/2023","3/1/2023","3/3/2023","MMAT","Meta Materials CUSIP  59134N104","Buy","100","$0 59","($59 48)"
"3/1/2023","3/1/2023","3/3/2023","MMAT","Meta Materials CUSIP  59134N104","Buy","347","$0 60","($206 88)"
"3/1/2023","3/1/2023","3/3/2023","MMAT","Meta Materials CUSIP  59134N104","Buy","100","$0 60","($59 62)"
"3/1/2023","3/1/2023","3/3/2023","MMAT","Meta Materials CUSIP  59134N104","Buy","125","$0 59","($74 34)"
"3/1/2023","3/1/2023","3/3/2023","MMAT","Meta Materials CUSIP  59134N104","Buy","100","$0 59","($59 47)"
"3/1/2023","3/1/2023","3/3/2023","MMAT","Meta Materials CUSIP  59134N104","Buy","200","$0 60","($119 16)"
"3/1/2023","3/1/2023","3/3/2023","MMAT","Meta Materials CUSIP  59134N104","Buy","100","$0 60","($59 62)"
"3/1/2023","3/1/2023","3/3/2023","MMAT","Meta Materials CUSIP  59134N104","Buy","250","$0 59","($148 68)"
"3/1/2023","3/1/2023","3/3/2023","MMAT","Meta Materials CUSIP  59134N104","Buy","100","$0 59","($59 47)"
"3/1/2023","3/1/2023","3/3/2023","MMAT","Meta Materials CUSIP  59134N104","Buy","100","$0 59","($59 47)"
"3/1/2023","3/1/2023","3/3/2023","MMAT","Meta Materials CUSIP  59134N104","Buy","100","$0 59","($59 47)"
"3/1/2023","3/1/2023","3/3/2023","MMAT","Meta Materials CUSIP  59134N104","Buy","200","$0 59","($118 94)"
"3/1/2023","3/1/2023","3/1/2023","","ACH Deposit","ACH","","","$10,000 00"
"2/7/2023","2/7/2023","2/9/2023","MMAT","Meta Materials CUSIP  59134N104","Buy","2 389189","$0 92","($2 21)"
"2/7/2023","2/7/2023","2/9/2023","MMAT","Meta Materials CUSIP  59134N104","Buy","213 823702","$0 92","($197 79)"
"2/6/2023","2/6/2023","2/6/2023","MMAT","Stock Lending","SLIP","","","$208 45"
"2/6/2023","2/6/2023","2/6/2023","","Gold Fee","GOLD","","","($5 00)"
```

```
"2/3/2023","2/3/2023","2/7/2023","MMAT","Meta Materials
CUSIP  59134N104","Buy","12","$1 00","($12 00)"
"1/9/2023","1/9/2023","1/11/2023","MMAT","Meta Materials
CUSIP  59134N104","Buy","401 709401","$1 17","($470 00)"
"1/9/2023","1/9/2023","1/9/2023","","Gold
Fee","GOLD","","","($5 00)"
"1/6/2023","1/6/2023","1/6/2023","MMAT","Stock
Lending","SLIP","","","$482 10"
"1/4/2023","1/4/2023","1/6/2023","MMAT","Meta Materials
CUSIP  59134N104","Buy","43","$1 08","($46 23)"
"1/4/2023","1/4/2023","1/6/2023","MMAT","Meta Materials
CUSIP  59134N104","Buy","1 232558","$1 08","($1 32)"
"12/20/2022","12/20/2022","12/22/2022","EGIO","Edgio
CUSIP  53261M104","Sell","1","$1 17","$1 17"
"12/13/2022","12/13/2022","12/13/2022","MMTZZZ","Next Bridge
Hydrocarbons Contra
CUSIP  591994371","MRGS","746","",""
"12/13/2022","12/13/2022","12/13/2022","MMTLP","MMAT Preferred
Shares
CUSIP  59134N203","MRGS","746S","",""
"12/8/2022","12/8/2022","12/8/2022","","Gold
Fee","GOLD","","","($5 00)"
"11/8/2022","11/8/2022","11/8/2022","","Gold
Fee","GOLD","","","($5 00)"
"10/10/2022","10/10/2022","10/10/2022","","Gold
Fee","GOLD","","","($5 00)"
"9/9/2022","9/9/2022","9/9/2022","","Gold
Fee","GOLD","","","($5 00)"
"9/8/2022","9/8/2022","9/12/2022","MMAT","Meta Materials
CUSIP  59134N104","Buy","4109","$0 80","($3,303 64)"
"9/8/2022","9/8/2022","9/12/2022","MMAT","Meta Materials
CUSIP  59134N104","Buy","125","$0 80","($100 50)"
"9/8/2022","9/8/2022","9/12/2022","MMAT","Meta Materials
CUSIP  59134N104","Buy","100","$0 80","($80 40)"
"9/8/2022","9/8/2022","9/12/2022","MMAT","Meta Materials
CUSIP  59134N104","Buy","2300","$0 80","($1,849 20)"
"9/8/2022","9/8/2022","9/8/2022","","ACH
Deposit","ACH","","","$5,400 00"
"8/30/2022","8/30/2022","9/1/2022","MMAT","Meta Materials
CUSIP  59134N104","Buy","88","$0 80","($70 40)"
"8/30/2022","8/30/2022","9/1/2022","MMAT","Meta Materials
CUSIP  59134N104","Buy","100","$0 77","($77 04)"
"8/30/2022","8/30/2022","9/1/2022","MMAT","Meta Materials
CUSIP  59134N104","Buy","100","$0 77","($77 04)"
"8/30/2022","8/30/2022","9/1/2022","MMAT","Meta Materials
CUSIP  59134N104","Buy","100","$0 77","($77 04)"
"8/30/2022","8/30/2022","9/1/2022","MMAT","Meta Materials
CUSIP  59134N104","Buy","100","$0 77","($77 04)"
"8/30/2022","8/30/2022","9/1/2022","MMAT","Meta Materials
CUSIP  59134N104","Buy","100","$0 77","($77 04)"
"8/30/2022","8/30/2022","9/1/2022","MMAT","Meta Materials
CUSIP  59134N104","Buy","100","$0 77","($77 04)"
```

```
"8/30/2022","8/30/2022","9/1/2022","MMAT","Meta Materials CUSIP  59134N104","Buy","100","$0 77","($77 04)"
"8/30/2022","8/30/2022","9/1/2022","MMAT","Meta Materials CUSIP  59134N104","Buy","100","$0 77","($77 04)"
"8/30/2022","8/30/2022","9/1/2022","MMAT","Meta Materials CUSIP  59134N104","Buy","100","$0 77","($77 04)"
"8/30/2022","8/30/2022","9/1/2022","MMAT","Meta Materials CUSIP  59134N104","Buy","100","$0 77","($77 04)"
"8/30/2022","8/30/2022","9/1/2022","MMAT","Meta Materials CUSIP  59134N104","Buy","200","$0 77","($154 08)"
"8/30/2022","8/30/2022","8/30/2022","","ACH Deposit","ACH","","","$1,000 00"
"8/23/2022","8/23/2022","8/25/2022","MMAT","Meta Materials CUSIP  59134N104","Buy","0 076277","$0 79","($0 06)"
"8/23/2022","8/23/2022","8/25/2022","MMAT","Meta Materials CUSIP  59134N104","Buy","1271 213373","$0 79","($999 94)"
"8/23/2022","8/23/2022","8/23/2022","","ACH Deposit","ACH","","","$1,000 00"
"8/18/2022","8/18/2022","8/22/2022","MMAT","Meta Materials CUSIP  59134N104","Buy","0 742055","$0 90","($0 67)"
"8/18/2022","8/18/2022","8/22/2022","MMAT","Meta Materials CUSIP  59134N104","Buy","1113 934335","$0 90","($1,000 87)"
"8/18/2022","8/18/2022","8/18/2022","","ACH Deposit","ACH","","","$1,000 00"
"8/10/2022","8/10/2022","8/10/2022","","Gold Fee","GOLD","","","($5 00)"
"8/2/2022","8/2/2022","8/4/2022","MMAT","Meta Materials CUSIP  59134N104","Buy","0 114209","$0 89","($0 10)"
"8/2/2022","8/2/2022","8/4/2022","MMAT","Meta Materials CUSIP  59134N104","Buy","1128 300609","$0 89","($999 90)"
"8/2/2022","8/2/2022","8/2/2022","","ACH Deposit","ACH","","","$1,000 00"
"7/12/2022","7/12/2022","7/14/2022","MMAT","Meta Materials CUSIP  59134N104","Buy","10467 528795","$0 96","($9,996 49)"
"7/12/2022","7/12/2022","7/14/2022","MMAT","Meta Materials CUSIP  59134N104","Buy","3 676979","$0 95","($3 51)"
"7/12/2022","7/12/2022","7/12/2022","","ACH Deposit","ACH","","","$10,000 00"
"7/11/2022","7/11/2022","7/11/2022","","Gold Fee","GOLD","","","($5 00)"
"7/6/2022","7/6/2022","7/8/2022","MMAT","Meta Materials CUSIP  59134N104","Buy","9607 213671","$1 06","($10,175 00)"
"7/6/2022","7/6/2022","7/6/2022","","ACH Deposit","ACH","","","$10,000 00"
"6/24/2022","6/24/2022","6/28/2022","MMAT","Meta Materials CUSIP  59134N104","Buy","8484 642796","$1 18","($10,000 00)"
"6/24/2022","6/24/2022","6/24/2022","","ACH Deposit","ACH","","","$10,000 00"
"6/13/2022","6/13/2022","6/13/2022","","Gold Fee","GOLD","","","($5 00)"
"5/27/2022","5/27/2022","6/1/2022","MMAT","Meta Materials CUSIP  59134N104","Buy","5551","$1 66","($9,214 10)"
```

```
"5/27/2022","5/27/2022","5/27/2022","","ACH Deposit","ACH","","","$200 00"
"5/27/2022","5/27/2022","5/27/2022","","ACH Deposit","ACH","","","$9,200 00"
"5/12/2022","5/12/2022","5/12/2022","","Gold Fee","GOLD","","","($5 00)"
"5/10/2022","5/10/2022","5/12/2022","MMAT","Meta Materials CUSIP  59134N104","Buy","4347 826086","$1 15","($5,000 00)"
"5/10/2022","5/10/2022","5/10/2022","","ACH Deposit","ACH","","","$5,000 00"
"5/6/2022","5/6/2022","5/10/2022","MMAT","Meta Materials CUSIP  59134N104","Buy","0 704641","$1 18","($0 83)"
"5/6/2022","5/6/2022","5/10/2022","MMAT","Meta Materials CUSIP  59134N104","Buy","0 185669","$1 18","($0 22)"
"5/6/2022","5/6/2022","5/10/2022","MMAT","Meta Materials CUSIP  59134N104","Buy","2109","$1 18","($2,498 95)"
"5/6/2022","5/6/2022","5/6/2022","","ACH Deposit","ACH","","","$2,500 00"
"5/4/2022","5/4/2022","5/6/2022","MMAT","Meta Materials CUSIP  59134N104","Buy","2531 645569","$1 18","($2,997 22)"
"5/4/2022","5/4/2022","5/6/2022","MMAT","Meta Materials CUSIP  59134N104","Buy","2","$1 18","($2 37)"
"5/4/2022","5/4/2022","5/6/2022","MMAT","Meta Materials CUSIP  59134N104","Buy","0 348171","$1 18","($0 41)"
"5/4/2022","5/4/2022","5/4/2022","","ACH Deposit","ACH","","","$3,000 00"
"4/22/2022","4/22/2022","4/26/2022","MMAT","Meta Materials CUSIP  59134N104","Buy","102","$1 28","($130 56)"
"4/22/2022","4/22/2022","4/26/2022","MMAT","Meta Materials CUSIP  59134N104","Buy","100","$1 28","($128 00)"
"4/22/2022","4/22/2022","4/26/2022","MMAT","Meta Materials CUSIP  59134N104","Buy","1800","$1 28","($2,304 00)"
"4/22/2022","4/22/2022","4/26/2022","MMAT","Meta Materials CUSIP  59134N104","Buy","100","$1 28","($128 00)"
"4/22/2022","4/22/2022","4/26/2022","MMAT","Meta Materials CUSIP  59134N104","Buy","100","$1 28","($128 00)"
"4/22/2022","4/22/2022","4/26/2022","MMAT","Meta Materials CUSIP  59134N104","Buy","300","$1 28","($384 00)"
"4/22/2022","4/22/2022","4/26/2022","MMAT","Meta Materials CUSIP  59134N104","Buy","498","$1 28","($637 44)"
"4/22/2022","4/22/2022","4/26/2022","MMAT","Meta Materials CUSIP  59134N104","Buy","1012","$1 28","($1,295 36)"
"4/22/2022","4/22/2022","4/26/2022","MMAT","Meta Materials CUSIP  59134N104","Buy","1700","$1 28","($2,176 00)"
"4/22/2022","4/22/2022","4/26/2022","MMAT","Meta Materials CUSIP  59134N104","Buy","726","$1 28","($929 28)"
"4/22/2022","4/22/2022","4/26/2022","MMAT","Meta Materials CUSIP  59134N104","Buy","1350","$1 28","($1,728 00)"
"4/22/2022","4/22/2022","4/26/2022","MMAT","Meta Materials CUSIP  59134N104","Buy","24","$1 28","($30 72)"
"4/22/2022","4/22/2022","4/22/2022","","ACH Deposit","ACH","","","$10,000 00"
```

```
"4/21/2022","4/21/2022","4/25/2022","MMAT","Meta Materials
CUSIP  59134N104","Buy","7294 88209","$1 37","($9,991 80)"
"4/21/2022","4/21/2022","4/25/2022","MMAT","Meta Materials
CUSIP  59134N104","Buy","6 007326","$1 36","($8 20)"
"4/21/2022","4/21/2022","4/21/2022","","ACH
Deposit","ACH","","","$10,000 00"
"4/20/2022","4/20/2022","4/22/2022","MMAT","Meta Materials
CUSIP  59134N104","Buy","2507 163323","$1 40","($3,500 00)"
"4/20/2022","4/20/2022","4/20/2022","","ACH
Deposit","ACH","","","$3,500 00"
"4/14/2022","4/14/2022","4/14/2022","","ACH
Deposit","ACH","","","$15 00"
"4/12/2022","4/12/2022","4/12/2022","","Gold
Fee","GOLD","","","($5 00)"
"3/14/2022","3/14/2022","3/14/2022","","Gold
Fee","GOLD","","","($5 00)"
"3/2/2022","3/2/2022","3/4/2022","MMAT","Meta Materials
CUSIP  59134N104","Buy","6059 581818","$1 65","($9,998 31)"
"3/2/2022","3/2/2022","3/4/2022","MMAT","Meta Materials
CUSIP  59134N104","Buy","1 027355","$1 64","($1 69)"
"3/2/2022","3/2/2022","3/2/2022","","ACH
Deposit","ACH","","","$10,000 00"
"3/1/2022","3/1/2022","3/3/2022","MMAT","Meta Materials
CUSIP  59134N104","Buy","1 25986","$2 16","($2 71)"
"3/1/2022","3/1/2022","3/3/2022","MMAT","Meta Materials
CUSIP  59134N104","Buy","3242 338167","$2 16","($6,997 29)"
"3/1/2022","3/1/2022","3/1/2022","","ACH
Deposit","ACH","","","$7,000 00"
"2/28/2022","2/28/2022","3/2/2022","MMAT","Meta Materials
CUSIP  59134N104","Buy","2577 718203","$1 94","($5,000 00)"
"2/23/2022","2/23/2022","2/23/2022","","ACH
Deposit","ACH","","","$5,000 00"
"2/17/2022","2/17/2022","2/22/2022","MMAT","Meta Materials
CUSIP  59134N104","Buy","5557 997999","$1 80","($9,999 95)"
"2/17/2022","2/17/2022","2/22/2022","MMAT","Meta Materials
CUSIP  59134N104","Buy","0 03064","$1 80","($0 05)"
"2/17/2022","2/17/2022","2/17/2022","","ACH
Deposit","ACH","","","$10,000 00"
"2/11/2022","2/11/2022","2/11/2022","","ACH
Deposit","ACH","","","$15 00"
"2/11/2022","2/11/2022","2/11/2022","","Gold
Fee","GOLD","","","($5 00)"
"2/1/2022","2/1/2022","2/3/2022","MMAT","Meta Materials
CUSIP  59134N104","Buy","0 226912","$1 90","($0 43)"
"2/1/2022","2/1/2022","2/3/2022","MMAT","Meta Materials
CUSIP  59134N104","Buy","3166","$1 89","($5,991 34)"
"2/1/2022","2/1/2022","2/3/2022","MMAT","Meta Materials
CUSIP  59134N104","Buy","4 348974","$1 89","($8 23)"
"2/1/2022","2/1/2022","2/1/2022","","ACH
Deposit","ACH","","","$6,000 00"
"1/27/2022","1/27/2022","1/31/2022","MMAT","Meta Materials
CUSIP  59134N104","Buy","1335 320427","$1 50","($2,000 31)"
```

```
"1/27/2022","1/27/2022","1/31/2022","MMAT","Meta Materials CUSIP  59134N104","Buy","0 006688","$1 50","($0 01)"
"1/27/2022","1/27/2022","1/27/2022","","ACH Deposit","ACH","","","$2,000 00"
"1/24/2022","1/24/2022","1/26/2022","MMAT","Meta Materials CUSIP  59134N104","Buy","1104 799292","$1 81","($1,998 14)"
"1/24/2022","1/24/2022","1/26/2022","MMAT","Meta Materials CUSIP  59134N104","Buy","1 03324","$1 80","($1 86)"
"1/20/2022","1/20/2022","1/20/2022","","ACH Deposit","ACH","","","$2,000 00"
"1/18/2022","1/18/2022","1/20/2022","MMAT","Meta Materials CUSIP  59134N104","Buy","981","$2 04","($2,001 24)"
"1/18/2022","1/18/2022","1/18/2022","","ACH Deposit","ACH","","","$2,000 00"
"1/13/2022","1/13/2022","1/18/2022","MMAT","Meta Materials CUSIP  59134N104","Buy","458","$2 18","($998 44)"
"1/13/2022","1/13/2022","1/13/2022","","ACH Deposit","ACH","","","$1,000 00"
"1/13/2022","1/13/2022","1/18/2022","MMAT","Meta Materials CUSIP  59134N104","Buy","445 434298","$2 24","($1,000 00)"
"1/13/2022","1/13/2022","1/13/2022","","ACH Deposit","ACH","","","$1,000 00"
"1/12/2022","1/12/2022","1/14/2022","MMAT","Meta Materials CUSIP  59134N104","Buy","0 518438","$2 30","($1 19)"
"1/12/2022","1/12/2022","1/14/2022","MMAT","Meta Materials CUSIP  59134N104","Buy","1299 142225","$2 31","($2,998 81)"
"1/10/2022","1/10/2022","1/10/2022","","ACH Deposit","ACH","","","$1,000 00"
"1/7/2022","1/7/2022","1/11/2022","MMAT","Meta Materials CUSIP  59134N104","Buy","406 804878","$2 46","($1,000 74)"
"1/7/2022","1/7/2022","1/7/2022","","ACH Deposit","ACH","","","$3,000 00"
"10/15/2021","10/15/2021","10/15/2021","MMTLP","CIL on 0 849 @ $0 87 - MMTLP","CIL","","","$0 74"
"7/7/2021","7/7/2021","7/7/2021","MMTLP","MMAT Preferred Shares CUSIP  59134N203","SOFF","746","",""
"7/7/2021","7/7/2021","7/9/2021","MMAT","Meta Materials CUSIP  59134N104","Buy","0 03818","$6 16","($0 23)"
"7/7/2021","7/7/2021","7/9/2021","MMAT","Meta Materials CUSIP  59134N104","Buy","162 887016","$6 16","($1,003 27)"
"7/7/2021","7/7/2021","7/7/2021","","ACH Deposit","ACH","","","$1,000 00"
"7/6/2021","7/6/2021","7/6/2021","MMAT","CIL on 0 375 @ $9 34 - MMAT","CIL","","","$3 50"
"6/29/2021","6/29/2021","7/1/2021","MMAT","Meta Materials CUSIP  59134N104","Buy","141 643059","$7 06","($1,000 00)"
"6/28/2021","6/28/2021","6/28/2021","MMAT","Meta Materials CUSIP  59134N104","SPR","477","",""
"6/28/2021","6/28/2021","6/28/2021","TRCH","Torchlight Energy Resources CUSIP  89102U103","SPR","954 7493S","",""
"6/24/2021","6/24/2021","6/24/2021","","ACH
```

14

```
CANCEL","ACH","","","($1,000 00)"
"6/24/2021","6/24/2021","6/24/2021","","ACH
Deposit","ACH","","","$1,000 00"
"6/24/2021","6/24/2021","6/28/2021","TRCH","Torchlight Energy
Resources
CUSIP  89102U103","Buy","207 900207","$4 81","($1,000 00)"
"6/23/2021","6/23/2021","6/23/2021","","ACH
Deposit","ACH","","","$2,000 00"
"6/22/2021","6/22/2021","6/24/2021","TRCH","Torchlight Energy
Resources
CUSIP  89102U103","Buy","0 251989","$9 42","($2 37)"
"6/22/2021","6/22/2021","6/24/2021","TRCH","Torchlight Energy
Resources
CUSIP  89102U103","Buy","264 862829","$9 43","($2,497 63)"
"6/16/2021","6/16/2021","6/16/2021","","ACH
Deposit","ACH","","","$2,500 00"
"6/15/2021","6/15/2021","6/17/2021","TRCH","Torchlight Energy
Resources
CUSIP  89102U103","Buy","405","$5 19","($2,101 75)"
"6/15/2021","6/15/2021","6/17/2021","TRCH","Torchlight Energy
Resources
CUSIP  89102U103","Buy","30 574181","$5 19","($158 68)"
"6/15/2021","6/15/2021","6/17/2021","TRCH","Torchlight Energy
Resources
CUSIP  89102U103","Buy","46","$5 19","($238 74)"
"6/15/2021","6/15/2021","6/17/2021","TRCH","Torchlight Energy
Resources
CUSIP  89102U103","Buy","0 160077","$5 18","($0 83)"
""
"","","","","","","","","","The data provided is for
informational purposes only  Please consult a professional tax
service or personal tax advisor if you need instructions on how
to calculate cost basis or questions regarding your specific tax
situation  Reminder  This data does not include Robinhood Crypto
or Robinhood Spending activity "
```

15