NVB 3001 (Effective 1/21)

# UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA

**PROOF OF INTEREST**

**Name of Debtor:** META MATERIALS INC.

**Case Number:** 24-50792-hlb

**1. Name and address of holder of the Equity Interest** (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

GARY M KAIBLE
832 B CANAL ROAD
MOUNT SIANI NY 11766

**Telephone Number:** 631-236-2445

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

☒ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

**COURT USE ONLY**

**Account or other number by which Interest holder identifies Debtor:** 6489-5661

Check here if this claim:
☐ replaces a previously filed Proof of Interest dated: _____
☐ amends a previously filed Proof of Interest dated: _____

**2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:**

SCHWAB 1-INT

**Telephone Number:** PURCHASED ON-LINE

**3. Date Equity Interest was acquired:**
8/11/23   6,252 @ $0.24
10/2/23   6,735 @ $0.22
11/7/23   10,454 @ $0.11

**4. Total amount of member interest:** 235 AFTER SPLIT REVERSE

**5. Certificate number(s):** _____

**6. Type of Equity Interest:**
Please indicate the type of Equity Interest you hold:
☒ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
☐ Check this box if your Equity Interest is based on anything else and describe that interest:
**Description:** _____

**7. Supporting Documents:** Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**8. Date-Stamped Copy:** To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

**9. Signature:**
Check the appropriate box.
☒ I am the creditor.   ☐ I am the creditor's authorized agent. (Attach copy of power of attorney, if any.)   ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)   ☐ I am a guarantor, surety, endorser, or other codebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

**Print Name:** GARY M KAIBE
**Title:** _____
**Company:** Address and telephone number (if different from notice address above): _____

*(Signature)* _[signed]_   **(Date)** 10/28/24

**Telephone number:** 631-236-2445   **email:** gkaible@yahoo.com

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

6:00

< Accounts        Individual ⌄

/Loss    Themes    **History**    Balances    Incor

### April 12, 2024

Reverse Split
Qty  263

G5279F102  EZGO TECHNOLOGIES LTDXXX
Reverse Split
Qty  -10,504

### March 27, 2024

SCHWAB1 INT 02/28-03/26            $1.12
Credit Interest

### February 28, 2024

SCHWAB1 INT 01/30-02/27            $1.16
Credit Interest

### January 30, 2024

SCHWAB1 INT 12/28-01/29            $1.32
Credit Interest

### January 29, 2024

MMAT   META MATLS INC
Reverse Split
Qty  235

59134N104   META MATLS INC XXXREVERS
Reverse Split
Qty  -23,441

### January 24, 2024

6:00

< Accounts    **Individual** ∨

/Loss    Themes    **History**    Balances    Incor

August 31, 2023

August 30, 2023

**SCHWAB1 INT 07/28-08/29**    $1 00
Credit Interest

**GNS   GENIUS GROUP LTD F**    -$892 78
Buy
Qty 620    Price $1 44

August 29, 2023

**GNS   GENIUS GROUP LTD F**    $3,927 50
Sell
Qty 2,297    Price $1 71

August 24, 2023

**GNS   GENIUS GROUP LTD F**    -$1,499 60
Buy
Qty 1,304    Price $1 15

August 14, 2023

**GNS   GENIUS GROUP LTD F**    -$1,499 43
Buy
Qty 993    Price $1 51

August 11, 2023

**MMAT   META MATLS INC**    -$1,499.85
Buy
Qty 6,252    Price $0 24

**GTII   GLOBAL TECH INDS GP**    -$1 506 89

6:00

< Accounts     Individual ∨

/Loss   Themes   **History**   Balances   Incor

### November 7, 2023

Buy
Qty 10,454   Price $0.11

### October 30, 2023

SCHWAB1 INT 09/28-10/29        $1.36
Credit Interest

### October 16, 2023

FNGR   FINGERMOTION INC        -$2,462.40
Buy
Qty 360   Price $6.84

### October 3, 2023

Tfr JPMORGAN CHASE BAN         $3,000.00
MoneyLink Transfer

### October 2, 2023

EZGO   EZGO TECHNOLOGIES LTD F   -$1,499.97
Buy
Qty 10,504   Price $0.14

MMAT   META MATLS INC            -$1,499.88
Buy
Qty 6,735   Price $0.22

GTII   GLOBAL TECH INDS GP       -$1,506.35
Buy
Qty 1,764   Price $0.85

### September 28, 2023

6:00

< Accounts       Individual ⌄

/Loss     Themes     **History**     Balances     Incor

### January 24, 2024

Reverse Split
Qty 85

225265107 CREATD INC XXXREVERSE SP
Reverse Split
Qty -42,372

### December 28, 2023

SCHWAB1 INT 11/29-12/27            $1 16
Credit Interest

### November 29, 2023

SCHWAB1 INT 10/30-11/28            $0.84
Credit Interest

### November 13, 2023

Tfr JPMORGAN CHASE BAN            $3,000 00
MoneyLink Transfer

### November 7, 2023

MMAT  META MATLS INC            -$1,147 85
Buy
Qty 10,454   Price $0 11

### October 30, 2023

SCHWAB1 INT 09/28-10/29            $1 36
Credit Interest

5:58 

Close               **Statement**                

Account Numb

6489-5661