NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | | **PROOF OF INTEREST** |
|---|---|---|

Name of Debtor: Meta Materials Inc.

Case Number: 24-50792

1. **Name and address of holder of the Equity Interest** (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

   SGM DANIEL R. AUXIER
   105 VALLEY ROAD
   WANTAGE, NJ 07461

   Telephone Number: (401) 523-7559

   ☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

   ☒ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

   ☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

**COURT USE ONLY**

Account or other number by which Interest holder identifies Debtor:
Charles Schwab MMATQ 800 shares

Check here if this claim:
☐ replaces a previously filed Proof of Interest dated: _____
☐ amends a previously filed Proof of Interest dated: _____

2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:
   Charles Schwab & Co. Inc.
   ATTN: OOC, PO Box 2339 Omaha, NE 68103
   Telephone Number: (800) 435-4000

3. Date Equity Interest was acquired:
   o/a JAN 2021 through present day.

4. Total amount of member interest: $186,249

5. Certificate number(s): _____

6. **Type of Equity Interest:**
   Please indicate the type of Equity Interest you hold:
   ☒ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
   ☐ Check this box if your Equity Interest is based on anything else and describe that interest:
   Description: _____

7. **Supporting Documents**: Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
   DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. **Date-Stamped Copy**: To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

9. **Signature:**
Check the appropriate box.
☒ I am the creditor.   ☐ I am the creditor's authorized agent.   ☐ I am the trustee, or the debtor,   ☐ I am a guarantor, surety, endorser, or other codebtor.
(Attach copy of power of attorney, if any.)   or their authorized agent.   (See Bankruptcy Rule 3005.)
(See Bankruptcy Rule 3004.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: DANIEL R. AUXIER
Title: SERGEANT MAJOR, US ARMY
Company: Address and telephone number (if different from notice address above):
NA. See above.

(Signature) SGM, USA   08 NOV 24
(Date)

Telephone number: 401.523.7559   email: DANFORWARD14@GMAIL.COM

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

[Print Form]   [Save Form]   [Clear Form]



## Schwab One® Account of

**DANIEL ROBERT AUXIER**
**DESIGNATED BENE PLAN/TOD**

Account Number: 1002-8594
Statement Period: October 1-31, 2024

## Account Summary

Ending Account Value as of 10/31: **$48,899.74**
Beginning Account Value as of 10/01: **$50,790.44**

|  | This Statement | YTD |
|---|---:|---:|
| Beginning Value | **$50,790.44** | $42,003.44 |
| Deposits | 0.00 | 2,500.00 |
| Withdrawals | 0.00 | 0.00 |
| Dividends and Interest | 0.00 | 0.25 |
| Transfer of Securities | 0.00 | 0.00 |
| Market Appreciation/(Depreciation) | (1,890.70) | 4,396.05 |
| Expenses | 0.00 | 0.00 |
| **Ending Value** | **$48,899.74** | **$48,899.74** |

Account Ending Value reflects the market value of your cash and investments. It does not include pending transactions, unpriced securities or assets held outside Schwab's custody.

### Manage Your Account

**Customer Service and Trading:**
Call your Schwab Representative
1-800-435-4000
24/7 Customer Service

For the most current records on your account visit schwab.com/login. Statements are archived up to 10 years online.

### Commitment to Transparency

Client Relationship Summaries and Best Interest disclosures are at schwab.com/transparency. Charles Schwab & Co., Inc. Member SIPC.

### Online Assistance

 Visit us online at schwab.com

Visit schwab.com/stmt to explore the features and benefits of this statement.

DANIEL ROBERT AUXIER
DESIGNATED BENE PLAN/TOD
105 VALLEY RD
SUSSEX NJ    07461-3632

10/31-00000-ID2061601-103738



## Schwab One® Account of

DANIEL ROBERT AUXIER
DESIGNATED BENE PLAN/TOD

Statement Period
October 1-31, 2024

### Asset Allocation

|  | This Period | Current Allocation |
|---|---|---|
| Cash and Cash Investments | 2.58 | <1% |
| Equities | 48,897.16 | 100% |
| **Total** | **$48,899.74** | **100%** |

### Top Account Holdings This Period

| SYMBOL CUSIP | Description | Market Value | % of Accounts |
|---|---|---|---|
| GME | GAMESTOP CORP NEW | 48,840.36 | 100% |
| MMATQ | META MATLS INC | 56.80 | <1% |
|  | Cash | 2.58 | <1% |

### Income Summary



|  | This Period | | YTD | |
|---|---|---|---|---|
| Federal Tax Status | Tax-Exempt | Taxable | Tax-Exempt | Taxable |
| Schwab One® Interest | 0.00 | 0.00 | 0.00 | 0.25 |
| **Total Income** | **$0.00** | **$0.00** | **$0.00** | **$0.25** |

### Gain or (Loss) Summary

|  | Short-Term (ST) | | | Long-Term (LT) | | |
|---|---|---|---|---|---|---|
|  | Gain | (Loss) | Net | Gain | (Loss) | Net |
| This Period | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| YTD | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Unrealized** | | | | | | **($205,201.72)** |

Values may not reflect all of your gains/losses and may be rounded up to the nearest dollar; Schwab has provided accurate gain and loss information wherever possible for most investments. Cost basis may be incomplete or unavailable for some of your holdings and may change or be adjusted in certain cases. Please login to your account at Schwab.com for real-time gain/loss information. Statement information should not be used for tax preparation, instead refer to official tax documents. For additional information refer to Terms and Conditions.



### Schwab One® Account of

DANIEL ROBERT AUXIER
DESIGNATED BENE PLAN/TOD

Statement Period
October 1-31, 2024

## Positions - Summary

| Beginning Value as of 10/01 | + | Transfer of Securities(In/Out) | + | Dividends Reinvested | + | Cash Activity | + | Change in Market Value | = | Ending Value as of 10/31 | Cost Basis | Unrealized Gain/(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| $50,790.44 | | $0.00 | | $0.00 | | $0.00 | | ($1,890.70) | | $48,899.74 | $254,098.88 | ($205,201.72) |

Values may not reflect all of your gains/losses; Schwab has provided accurate gain and loss information wherever possible for most investments. Cost basis may be incomplete or unavailable for some of your holdings and may change or be adjusted in certain cases. Statement information should not be used for tax preparation, instead refer to official tax documents. For additional information refer to Terms and Conditions.

## Cash and Cash Investments

| Type | Symbol | Description | Quantity | Price($) | Beginning Balance($) | Ending Balance($) | Change in Period Balance($) | Pending/Unsettled Cash($) | Interest/ Yield Rate | % of Acct |
|---|---|---|---|---|---|---|---|---|---|---|
| Cash | | | | | 2.58 | 2.58 | 0.00 | 0.00 | | <1% |
| **Total Cash and Cash Investments** | | | | | **$2.58** | **$2.58** | **$0.00** | | | **<1%** |

## Positions - Equities

| Symbol | Description | Quantity | Price($) | Market Value($) | Cost Basis($) | Unrealized Gain/(Loss)($) | Est. Yield | Est. Annual Income($) | % of Acct |
|---|---|---|---|---|---|---|---|---|---|
| GME | GAMESTOP CORP NEW | 2,202.0000 | 22.18000 | 48,840.36 | 67,849.63 | (19,009.27) | N/A | 0.00 | 100% |
| MMATQ | META MATLS INC | 800.0000 | 0.07100 | 56.80 | 186,249.25 | (186,192.45) | N/A | 0.00 | <1% |
| **Total Equities** | | | | **$48,897.16** | **$254,098.88** | **($205,201.72)** | | **$0.00** | **100%** |

Estimated Annual Income ("EAI") and Estimated Yield ("EY") calculations are for informational purposes only. The actual income and yield might be lower or higher than the estimated amounts. EY is based upon EAI and the current price of the security and will fluctuate. For certain types of securities, the calculations could include a return of principal or capital gains in which case EAI and EY would be overstated. EY and EAI are not promptly updated to reflect when an issuer has missed a regular payment or announced changes to future payments, in which case EAI and EY will continue to display at a prior rate.

## Transactions - Summary

| Beginning Cash* as of 10/01 | + | Deposits | + | Withdrawals | + | Purchases | + | Sales/Redemptions | + | Dividends/Interest | + | Expenses | = | Ending Cash* as of 10/31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| $2.58 | | $0.00 | | $0.00 | | $0.00 | | $0.00 | | $0.00 | | $0.00 | | $2.58 |

Other Activity  $0.00     Other activity includes transactions which don't affect the cash balance such as stock transfers, splits, etc.

*Cash (includes any cash debit balance) held in your account plus the value of any cash invested in a sweep money fund.