NVB 3001 (Effective 1/21)

# UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA

**PROOF OF INTEREST**

| Name of Debtor | Case Number |
|---|---|
| Meta Materials Inc | 24-50792-hlb |

**1. Name and address of holder of the Equity Interest** (the person or entity holding an Equity Interest in the Debtor Referred to hereinafter as the Interest holder)

MARK TENORIO & SHELLEY TENORIO TEN ENT
9530 COMPASS POINT DR S UNIT 7
SAN DIEGO, CA 92126-8526

Telephone Number

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest Attach copy of statement giving particulars

☐ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors

COURT USE ONLY

NOTE This form SHOULD NOT be used to make a claim against the Debtor for money owed A separate Proof of Claim form should be used for that purpose This form should only be used to assert an Equity Interest in the Debtor An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein

Account or other number by which Interest holder identifies Debtor

AST - 0000010174

Check here if this claim
☐ replaces a previously filed Proof of Interest dated _____
☐ amends a previously filed Proof of Interest dated _____

**2.** Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest
MARK TENORIO & SHELLEY TENORIO TEN ENT
9530 COMPASS POINT DR S UNIT 7
SAN DIEGO CA 92126-8526
Telephone Number 858 621 1442

**3.** Date Equity Interest was acquired 07/23/2020

**4.** Total amount of member interest 200

**5.** Certificate number(s) _____

**6. Type of Equity Interest**
Please indicate the type of Equity Interest you hold
☒ Check this box if your Equity Interest is based on an actual member interest held in the Debtor
☐ Check this box if your Equity Interest is based on anything else and describe that interest
Description _____

**7. Supporting Documents** Attach copies of supporting documents such as stock certificates option agreements, warrants etc
DO NOT SEND ORIGINAL DOCUMENTS If the documents are not available explain If the documents are voluminous attach a summary

**8. Date-Stamped Copy** To receive an acknowledgement of the filing of your Proof of Interest enclose a stamped, self-addressed envelope and copy of this Proof of Interest

**9 Signature**
Check the appropriate box ☒ A SHAREHOLDER

☐ I am the creditor ☐ I am the creditor's authorized agent (Attach copy of power of attorney if any) ☐ I am the trustee, or the debtor, or their authorized agent (See Bankruptcy Rule 3004) ☐ I am a guarantor, surety endorser or other codebtor (See Bankruptcy Rule 3005)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge information, and reasonable belief

Print Name MARK TENORIO
Title INDIVIDUAL
Company __ Address and telephone number (if different from notice address above)

(Signature)      11/6/2024 (Date)

Telephone number 858 621-1442      email mmsa858@yahoo com

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both 18 U S C §§ 152 AND 3571*


AST is now EQ

EQUINITI TRUST COMPANY, LLC
OPERATIONS CENTER
PO BOX 500
NEWARK, NJ 07101

MARK TENORIO &
SHELLEY TENORIO TEN ENT
9530 COMPASS POINT DR S UNIT 7
SAN DIEGO  CA 92126-8526

| | |
|---|---|
| Statement Date | October 18 2024 |
| Company Name | META MATERIALS INC (NEW) |
| Company Number | 27756 |
| Stock Exchange | NASD |
| Company Ticker Symbol | MMAT |
| CUSIP | 59134N302 |
| Account Number | 0000010174 |

equiniti com/us
help@equiniti com
800-937-5449

# Transaction Advice

**IMPORTANT** Retain this statement for your investment and tax records

| Account Balance | Restricted | Unrestricted | Total | Account Value | |
|---|---|---|---|---|---|
| DRS/Book Entry Shares | | 200 000 | 200 000 | Market Value Date | 10/18/2024 |
| Plan Shares | | | | Market Value Price | $0 525 |
| Certificated Shares | | | | | |
| Total Shares | | | 200 000 | Total Market Value | $105 16 |

Stock quotes are provided for informational purposes only  The quotes are supplied by an independent third party as of a particular date  EQ does not guarantee the accuracy of such information as at the date of this statement or at any future date  Neither EQ nor its provider will be liable for any errors incompleteness or delays in the information herein  or for any actions taken in reliance thereon

# Transaction Details

| Transaction Date | Transaction Number | Transaction Type | Shares Debited or Credited |
|---|---|---|---|
| 10/18/2024 | BK*0000242 | BOOK SHARES CREDITED | 100 000 |


AST01277560000010174


0 001 001 00001

# META MATERIALS INC (NEW) Shareowner Disclosure

A full copy of any rights, privileges, restrictions, and conditions which may be attached to the securities covered by this statement can be obtained by writing to the Secretary of the Company

## Online Account Access

Accessing the EQ website is designed to be simple and secure. In order to
- View your account details including balances and transaction history
- Manage your payment method for dividends and sales proceeds
- Request check replacements
- Buy or sell shares
  Update your contact information
- Download statements and tax forms

Please follow these steps
  Step 1   Go to equiniti com/us/ast-access/individuals/
  Step 2
    - If you already have your unique login ID, click **Login** under **Shareholder Central**
    - **If you are a new user,** please click **First Time Registration** under **Shareholder Central** and complete the short registration process to create your unique login ID

If you are unable to log into your account, it may be that your Social Security Number/TIN is not on file with EQ. You will need to complete and return the tax form, W9 form (domestic shareholders), W8 BEN (foreign individual) or W8 BEN-E (foreign entity). The forms are available at equiniti com/us/ast-access/individuals/. Once EQ receives your tax form your Social Security Number/TIN will be updated and your account will become certified

## Important Information

- If you have only fractional shares, they cannot be transferred
- If you have at least one share
  - If your broker is a participant in the Direct Registration System (DRS) your broker may request your shares from EQ via the DRS. You must provide your broker with the Company's CUSIP, your shareholder account number, your taxpayer identification number, the name in which the shares are registered, and the number of shares you wish to transfer. Please note, your broker may request a copy of this Direct Registration Statement

  - If your broker is not a participant in the Direct Registration System (DRS), please write to EQ at the address listed above, instructing EQ to credit your brokerage account. You must include your EQ account number, the name of your brokerage institution, your brokerage account number, and the number of shares that you wish to transfer. Your letter of instruction must be signed by all owners listed in the account registration and the signatures must be medallion guaranteed by a bank, broker or other financial institution that is a member of a Securities Transfer Association-approved medallion program such as STAMP, SEMP, or MSP. Please include a copy of this Direct Registration Statement. Please coordinate with your broker to ensure that they will accept share delivery via the DRS