United States Bankruptcy Court

District of Nevada

| | |
|---|---|
| In re: | Case No. 24-50792-hlb |
| META MATERIALS INC. | Chapter 7 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0978-3 | User: admin | Page 1 of 2 |
| Date Rcvd: Nov 12, 2024 | Form ID: node | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 14, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| cr | TREVOR BLACK, 12 CARDIGAN PLACE, STONEY CREEK, L8E6C3, CANADA |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 14, 2024    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 12, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ANDREA J. DRIGGS | on behalf of Debtor META MATERIALS INC. adriggs@perkinscoie.com bcosman@perkinscoie.com;kmcclure@perkinscoie.com;scarnall@perkinscoie.com;docketphx@perkinscoie.com |
| CHRISTINA W. LOVATO | trusteelovato@att.net NV26@ecfcbis.com |
| JEFFREY L HARTMAN | on behalf of Trustee CHRISTINA W. LOVATO notices@bankruptcyreno.com abg@bankruptcyreno.com |
| MATTHEW L. JOHNSON | on behalf of Creditor Jonathan Edwards mjohnson@mjohnsonlaw.com annabelle@mjohnsonlaw.com;jennifer@mjohnsonlaw.com;admin@mjohnsonlaw.com |
| MATTHEW L. JOHNSON | on behalf of Creditor David Chester mjohnson@mjohnsonlaw.com annabelle@mjohnsonlaw.com;jennifer@mjohnsonlaw.com;admin@mjohnsonlaw.com |
| MATTHEW L. JOHNSON | on behalf of Creditor David Sokolove mjohnson@mjohnsonlaw.com annabelle@mjohnsonlaw.com;jennifer@mjohnsonlaw.com;admin@mjohnsonlaw.com |
| U.S. TRUSTEE - RN - 7 | |

District/off: 0978-3                           User: admin                              Page 2 of 2
Date Rcvd: Nov 12, 2024                        Form ID: node                            Total Noticed: 1

      USTPRegion17.RE.ECF@usdoj.gov

TOTAL: 7

NVB 5075 (Rev. 10/24)

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

IN RE:                                              BK−24−50792−hlb  
META MATERIALS INC.                  CHAPTER 7

                 Debtor(s)                          NOTICE OF DOCKETING ERROR

**NOTICE IS ORDERED** that the following docket entry requires correction:

| | |
|---|---|
| Docket Number/Entry: | *168* − Proof of Interest Filed by TREVOR BLACK (mms) |
| Filed On: | 11/12/24 |
| With A Hearing Date Of: | N/A |
| And A Hearing Time Of: | N/A |

The reason(s) for the required correction(s) is as follows:

*     PDF has an incorrect case caption. Please refer to the Local Rules and file an amended pleading or file it in the correct case immediately. The following caption item(s) are incorrect/missing:
  *     Case Number(s)

Dated: 11/12/24

*Mary A Schott*

Mary A. Schott  
Clerk of Court

**For additional information, please visit the court's web site at https://www.nvb.uscourts.gov**