NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | PROOF OF INTEREST |
|---|---|

**Name of Debtor:** Meta Materials (MMTLP)

**Case Number:** 24-50724

1. **Name and address of holder of the Equity Interest** (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

Jeffrey Christensen
216 Etyon Lane
Bonners Ferry, ID 83805

*Home Address*

Telephone Number: 208-681-5295

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

☑ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

**COURT USE ONLY**

Account or other number by which Interest holder identifies Debtor: 888 294179

E Trade - 5365-1784 to Morgan Stanley

☐ Check here if this claim:
☐ replaces a previously filed Proof of Interest dated: _____
☐ amends a previously filed Proof of Interest dated: _____

*#1

2. **Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:**

ETRADE MORGAN Stanley Private Bank
P.O. Box 484
Jersey City NJ 07303-0484

Telephone Number: 800-337-2331

3. **Date Equity Interest was acquired:** 10-12-2022 thru 12-08-2022
See Attached Spreadsheet And Documentation

4. **Total amount of member interest:** 22,100 - Sold for loss

5. **Certificate number(s):** _____

6. **Type of Equity Interest:**
Please indicate the type of Equity Interest you hold:
☑ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
☐ Check this box if your Equity Interest is based on anything else and describe that interest:
Description: INVESTOR IN STOCK

7. **Supporting Documents:** Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. **Date-Stamped Copy:** To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

9. **Signature:**
Check the appropriate box.
☑ I am the creditor.  ☐ I am the creditor's authorized agent. (Attach copy of power of attorney, if any.)  ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)  ☐ I am a guarantor, surety, endorser, or other codebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: Jeffrey Christensen
Title:
Company: Address and telephone number (if different from notice address above):

(Signature) Jeffrey M. Christen (Date)

Telephone number: 208-681-5295 Email: powerstrokeford2016@yahoo.com

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

| Print Form | Save Form | Clear Form |
|---|---|---|



*Jeffrey M. Christensen*
*26 Elyou Lane*
*Bonners Ferry, Idaho 83805*

# Updated account numbers

As of 9/1/2023, your E*TRADE accounts have
transitioned to Morgan Stanley. As a result, the account
numbers have been converted to 9-digit numbers. You
can view this list at any time from My Profile. Learn more
about this transition

| Account name | Previous Account Number | Updated Account Number |
|---|---|---|
| Individual Brokerage -4179 | 5365-1784 | 889 294179 |

*Etrade    to    Morgan Stanley*

*There was an Acquisition of Etrade to Morgan Stanley.*

JEFFREY CHRISTENSEN

MMTLP PURCHASE RECORD  (NOTE:  SHARES HAVE BEEN FROZEN SINCE 12/08/22 DUE TO FINRA'S U3 HALT)

| DATE | TYPE | ORDER TYPE | QUANTITY | SYMBOL | PRICE | TOTAL PURCHASE PRICE |
|------|------|-----------|----------|--------|-------|----------------------|
| 10/12/22 | MARGIN | BUY | 261 | MMTLP | $4.15 | $1,083.15 |
| 10/13/22 | MARGIN | BUY | 70 | MMTLP | $7.00 | $490.00 |
| 10/17/22 | MARGIN | BUY | 250 | MMTLP | $4.05 | $1,012.50 |
| 10/18/22 | MARGIN | BUY | 236 | MMTLP | $3.89 | $918.04 |
| 10/19/22 | MARGIN | BUY | 100 | MMTLP | $3.48 | $348.00 |
| 10/20/22 | MARGIN | BUY | 180 | MMTLP | $4.20 | $756.00 |
| 10/26/22 | MARGIN | BUY | 190 | MMTLP | $5.15 | $978.50 |
| 10/28/22 | MARGIN | BUY | 653 | MMTLP | $6.15 | $4,015.95 |
| 11/2/22 | MARGIN | BUY | 100 | MMTLP | $7.43 | $743.00 |
| 11/2/22 | MARGIN | BUY | 175 | MMTLP | $7.44 | $1,302.00 |
| 11/9/22 | MARGIN | BUY | 141 | MMTLP | $7.08 | $998.28 |
| 11/9/22 | MARGIN | BUY | 283 | MMTLP | $7.05 | $1,995.15 |
| 11/10/22 | MARGIN | BUY | 10 | MMTLP | $6.20 | $62.00 |
| 11/10/22 | MARGIN | BUY | 75 | MMTLP | $6.25 | $468.75 |
| 11/21/22 | MARGIN | BUY | 40 | MMTLP | $10.90 | $436.00 |
| 11/23/22 | MARGIN | BUY | 109 | MMTLP | $9.11 | $992.99 |
| 11/28/22 | MARGIN | BUY | 350 | MMTLP | $9.95 | $3,482.50 |
| 11/28/22 | MARGIN | BUY | 20 | MMTLP | $10.50 | $210.00 |
| 11/28/22 | MARGIN | BUY | 86 | MMTLP | $10.25 | $881.50 |
| 11/28/22 | MARGIN | BUY | 3 | MMTLP | $10.00 | $30.00 |
| 11/29/22 | MARGIN | BUY | 38 | MMTLP | $9.78 | $371.64 |
| 11/29/22 | MARGIN | BUY | 14 | MMTLP | $9.77 | $136.78 |
| 12/7/22 | MARGIN | BUY | 126 | MMTLP | $7.80 | $982.80 |
| 12/8/22 | MARGIN | BUY | 60 | MMTLP | $4.75 | $285.00 |

| TOTAL SHARES PURCHASED | 3,570 | | TOTAL PURCHASE PAID | $22,980.53 |
|------------------------|-------|--|---------------------|-----------|



*Safari*  File  Edit  View  History  Bookmarks  Window  Help

us.etrade.com

DOW 38,330.98 ▲ 58.23 (0.15%)    NASDAQ 15,760.69 ▲ 105.09 (0.67%)    S&P 500 4,976.51 ▲ 23.34 (0.47%)    as of 09:38 AM ET

**E✱TRADE** from Morgan Stanley    Accounts  Trading  Markets & Ideas  What We Offer    Transfer 🔔 👤    🔍 Search    Customer Service ▾    Log Off

Complete View   Portfolios   Watch Lists   Orders   Balances   Transactions   Banking   Tax Center   Documents ▾   Dividend Reinvestment   Open Account

*(handwritten)* Case 24-50724

*(handwritten)* Jeffrey M. Christensen - Meta Materials, Spin-Off Asset
MMTLP

🔄 Refresh February 14, 2024 9:38 AM ET   ⓘ Help

## Orders

Open   Executed   Cancelled   Saved   Individual fills   Expired   **Rejected**   All   Bond quotes

**Account**

*(handwritten red box)* Individual Brokerage -4179 ▾    *(handwritten red)* My Individual Brokerage Account

| From date | To date | Symbols | Order number | Order type | Order status | Security type | Results per page | |
|---|---|---|---|---|---|---|---|---|
| 📅 10/01/2022 | 📅 02/14/2024 | | | All ▾ | Rejected ▾ | All ▾ | 50 ▾ | Apply filters |

Brokerage Update Disclosure ⓘ

*(handwritten red, left margin)* Look at this please.

| Date | Order | Type | Order type | Quantity | Symbol | Price type | Term | Price | Reasons |
|---|---|---|---|---|---|---|---|---|---|
| 11/08/23 | 128 | Stock/ETF | Sell | 480 | BBLGW | Mkt | Day | Mkt | Rejected |
| 11/08/23 | 127 | Stock/ETF | Sell | 480 | BBLGW | Mkt | Day | Mkt | Rejected |
| 12/12/22 | 102 | Stock/ETF | Sell | 3,570 | MMTLP | Limit | GT 60 | 999.00 | Too Late To Cancel |
| 11/29/22 | 96 | Stock/ETF | Sell | 184 | MMTLP | Limit | GT 60 | 2,400.00 | Too Late To Cancel |
| 11/29/22 | 94 | Stock/ETF | Sell | 700 | MMTLP | Limit | GT 60 | 1,500.00 | Too Late To Cancel |
| 11/29/22 | 91 | Stock/ETF | Sell | 500 | MMTLP | Limit | GT 60 | 500.00 | Too Late To Cancel |
| 11/21/22 | 55 | Stock/ETF | Sell | 100 | MMTLP | Limit | GT 60 | 1,200.00 | Market Reject |
| 11/21/22 | 50 | Stock/ETF | Sell | 300 | MMTLP | Limit | GT 60 | 900.00 | Market Reject |

† = Share-weighted

---

*(Help Center pop-up window)*

🔴🟡🟢 ✱ trade.com    ◁ ▷ 📖 Glossary   A-Z Index   ✕

✱ **Help Center**
Questions? Call **1-800-ETRADE-1**
(1-800-387-2331)

A  B  C  D  E  F  G  H  I  J  K  L  M  N
O  P  Q  R  S  T  U  V  W  X  Y  Z
1 | 2 | 3 | 4 | 5

Definitions by InvestorWords.com

**What is...**

**Too Late To Cancel**
The request to cancel is received and the order is no longer able to be canceled. The order has already been executed or is in the process of executing.

Copyright ©2009 by InvestorGuide.com.
All Rights Reserved.

*(handwritten red)* ETrade's Help Center Meaning Defined: Too Late To Cancel.

*(handwritten red)* I never received one penny of this executed or process of executing moneys for the sale into my account. WHY

---

Check the background of Morgan Stanley Smith Barney LLC on FINRA's BrokerCheck and see the Morgan Stanley Smith Barney LLC Relationship Summary.

Investment Products   •   Not FDIC Insured   •   No Bank Guarantee   •   May Lose Value

Banking products and services are provided by Morgan Stanley Private Bank, National Association, Member FDIC.



**E✳TRADE Securities**

Investment Account

# TRADE CONFIRMATION

**Account Number**  XXXX-1784

**Account Name**
JEFFREY M CHRISTENSEN

E✳TRADE Securities LLC
P O  Box 484
Jersey City  NJ  07303 0484

**Customer Update**
Want to get important documents faster? Get your statements, confirms, and tax forms online with paperless delivery  Enroll at etrade com/paperless



| TRADE DATE | SETL DATE | MKT / CPT | SYMBOL / CUSIP | BUY / SELL | QUANTITY | PRICE | ACCT TYPE | | |
|---|---|---|---|---|---|---|---|---|---|
| 10/12/22 | 10/14/22 | 6 1 | MMTLP | BUY | 261 | $4 15 | Margin | PRINCIPAL | $1 083 15 |
| **META MATLS INC PFD SER A** | | | | | | | | COMMISSION | $6 95 |
| PERPETUAL | | | | | | | | **NET AMOUNT** | **$1 090 10** |

▲  DETACH HERE

JEFFREY M CHRISTENSEN
PO BOX 3220
BONNERS FERRY ID  83805

DETACH HERE  ▲

**Use This Deposit Slip  - Acct: XXXX-1784**

**Please do not send cash**

Make checks payable to E✳TRADE Securities LLC
Mail deposits to

E✳TRADE Securities LLC
P O  Box 484
Jersey City  NJ  07303 0484

| | Dollars | Cents |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| **TOTAL DEPOSIT** | | |

101220220001  900536517841


from Morgan Stanley

**E✳TRADE Securities**

Investment Account

# TRADE CONFIRMATION

Account Number  XXXX-1784

**Account Name**
JEFFREY M CHRISTENSEN

E✳TRADE Securities LLC
P O Box 484
Jersey City NJ 07303 0484

**Customer Update**
Want to get important documents faster? Get your statements, confirms, and tax forms online with paperless delivery  Enroll at etrade com/paperless

| TRADE DATE | SETL DATE | MKT / CPT | SYMBOL / CUSIP | BUY / SELL | QUANTITY | PRICE | ACCT TYPE | | |
|---|---|---|---|---|---|---|---|---|---|
| 10/13/22 | 10/17/22 | 6 1 | MMTLP | BUY | 70 | $7 00 | Margin | PRINCIPAL | $490 00 |
| **META MATLS INC PFD SER A** | | | | | | | | COMMISSION | $6 95 |
| PERPETUAL | | | | | | | | **NET AMOUNT** | **$496 95** |

▲ DETACH HERE

JEFFREY M CHRISTENSEN
PO BOX 3220
BONNERS FERRY ID  83805

DETACH HERE ▲

**Use This Deposit Slip    Acct  XXXX-1784**

Please do not send cash

| | Dollars | Cents |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| **TOTAL DEPOSIT** | | |

Make checks payable to E✳TRADE Securities LLC
Mail deposits to

E✳TRADE Securities LLC
P O  Box 484
Jersey City  NJ  07303 0484

101320220001  900536517841


from Morgan Stanley

**E✱TRADE Securities**

Investment Account

# TRADE CONFIRMATION

**Account Number  XXXX-1784**

**Account Name**
JEFFREY M CHRISTENSEN

E✱TRADE Securities LLC
P O Box 484
Jersey City  NJ  07303 0484

**Customer Update**
Want to get important documents faster? Get your statements, confirms, and tax forms online with paperless delivery  Enroll at etrade com/paperless

| TRADE DATE | SETL DATE | MKT / CPT | SYMBOL / CUSIP | BUY / SELL | QUANTITY | PRICE | ACCT TYPE | | |
|---|---|---|---|---|---|---|---|---|---|
| 10/17/22 | 10/19/22 | 6 1 | MMTLP | BUY | 250 | $4 05 | Margin | PRINCIPAL | $1 012 50 |
| **META MATLS INC PFD SER A** | | | | | | | | COMMISSION | $6 95 |
| | PERPETUAL | | | | | | | **NET AMOUNT** | **$1 019 45** |

▲ DETACH HERE                                                                                    DETACH HERE ▲

JEFFREY M CHRISTENSEN
PO BOX 3220
BONNERS FERRY ID  83805

**Use This Deposit Slip    Acct  XXXX-1784**

**Please do not send cash**

| | Dollars | Cents |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |

Make checks payable to E✱TRADE Securities LLC
Mail deposits to

**TOTAL DEPOSIT**

E✱TRADE Securities LLC
P O  Box 484
Jersey City  NJ  07303 0484

101720220001  900536517841


from Morgan Stanley

**E✱TRADE Securities**

Investment Account

# TRADE CONFIRMATION

**Account Number**  XXXX-1784

E✱TRADE Securities LLC
P O Box 484
Jersey City NJ 07303 0484

**Account Name**

JEFFREY M CHRISTENSEN

**Customer Update**
Want to get important documents faster? Get your statements, confirms, and tax forms online with paperless delivery  Enroll at etrade com/paperless

| TRADE DATE | SETL DATE | MKT / CPT | SYMBOL / CUSIP | BUY / SELL | QUANTITY | PRICE | ACCT TYPE | | |
|---|---|---|---|---|---|---|---|---|---|
| 10/18/22 | 10/20/22 | 6 1 | MMTLP | BUY | 236 | $3 89 | Margin | PRINCIPAL | $918 04 |
| **META MATLS INC PFD SER A** | | | | | | | | COMMISSION | $6 95 |
| | PERPETUAL | | | | | | | **NET AMOUNT** | **$924 99** |

▲ DETACH HERE

JEFFREY M CHRISTENSEN
PO BOX 3220
BONNERS FERRY ID  83805

DETACH HERE ▲

**Use This Deposit Slip    Acct  XXXX-1784**

Please do not send cash

| | Dollars | Cents |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |

Make checks payable to E✱TRADE Securities LLC
Mail deposits to

**TOTAL DEPOSIT**

E✱TRADE Securities LLC
P O  Box 484
Jersey City  NJ  07303 0484

101820220001  900536517841

# E✱TRADE
from Morgan Stanley

Page 1 of 2

## E✱TRADE Securities

**Investment Account**

# TRADE CONFIRMATION

**Account Number  XXXX-1784**

E✱TRADE Securities LLC
P O Box 484
Jersey City  NJ  07303 0484

**Account Name**
JEFFREY M CHRISTENSEN

**Customer Update**
Want to get important documents faster? Get your statements  confirms  and tax forms online with paperless delivery  Enroll at etrade com/paperless

| TRADE DATE | SETL DATE | MKT / CPT | SYMBOL / CUSIP | BUY / SELL | QUANTITY | PRICE | ACCT TYPE | | |
|---|---|---|---|---|---|---|---|---|---|
| 10/19/22 | 10/21/22 | 6 1 | MMTLP | BUY | 100 | $3 48 | Margin | PRINCIPAL | $348 00 |
| **META MATLS INC PFD SER A** | | | | | | | | COMMISSION | $6 95 |
| PERPETUAL | | | | | | | | **NET AMOUNT** | **$354 95** |

▲ DETACH HERE

JEFFREY M CHRISTENSEN
PO BOX 3220
BONNERS FERRY ID  83805

DETACH HERE ▲

**Use This Deposit Slip    Acct  XXXX-1784**

**Please do not send cash**

| | Dollars | Cents |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| **TOTAL DEPOSIT** | | |

Make checks payable to E*TRADE Securities LLC
Mail deposits to

E*TRADE Securities LLC
P O  Box 484
Jersey City  NJ  07303 0484

101920220001  900536517841

# E✲TRADE
from Morgan Stanley

Page 1 of 2

## E✲TRADE Securities

Investment Account

# TRADE CONFIRMATION

**Account Number  XXXX-1784**

**Account Name**
JEFFREY M CHRISTENSEN

E✲TRADE Securities LLC
P O  Box 484
Jersey City  NJ  07303 0484

### Customer Update
Want to get important documents faster? Get your statements, confirms, and tax forms online with paperless delivery  Enroll at etrade com/paperless

| TRADE DATE | SETL DATE | MKT / CPT | SYMBOL / CUSIP | BUY / SELL | QUANTITY | PRICE | ACCT TYPE | | |
|---|---|---|---|---|---|---|---|---|---|
| 10/20/22 | 10/24/22 | 6 1 | MMTLP | BUY | 180 | $4 20 | Margin | PRINCIPAL | $756 00 |
| **META MATLS INC PFD SER A** | | | | | | | | COMMISSION | $6 95 |
| PERPETUAL | | | | | | | | **NET AMOUNT** | **$762 95** |

▲ DETACH HERE

JEFFREY M CHRISTENSEN
PO BOX 3220
BONNERS FERRY ID  83805

DETACH HERE ▲

**Use This Deposit Slip    Acct  XXXX-1784**

Please do not send cash

| | Dollars | Cents |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| **TOTAL DEPOSIT** | | |

Make checks payable to E✲TRADE Securities LLC
Mail deposits to

E✲TRADE Securities LLC
P O  Box 484
Jersey City  NJ  07303 0484

102020220001  900536517841



**from Morgan Stanley**

**E✳TRADE Securities**

Investment Account

# TRADE CONFIRMATION

Account Number  XXXX-1784

**Account Name**

JEFFREY M CHRISTENSEN

E✳TRADE Securities LLC
P O Box 484
Jersey City  NJ  07303 0484

**Customer Update**
Want to get important documents faster? Get your statements, confirms, and tax forms
online with paperless delivery  Enroll at etrade com/paperless

| TRADE DATE | SETL DATE | MKT / CPT | SYMBOL / CUSIP | BUY / SELL | QUANTITY | PRICE | ACCT TYPE | | |
|---|---|---|---|---|---|---|---|---|---|
| 10/26/22 | 10/28/22 | 6 1 | MMTLP | BUY | 190 | $5 15 | Margin | PRINCIPAL | $978 50 |
| **META MATLS INC PFD SER A** | | | | | | | | COMMISSION | $6 95 |
| PERPETUAL | | | | | | | | **NET AMOUNT** | **$985 45** |

▲ DETACH HERE

JEFFREY M CHRISTENSEN
PO BOX 3220
BONNERS FERRY ID  83805 3220

DETACH HERE ▲

**Use This Deposit Slip    Acct  XXXX-1784**

**Please do not send cash**

| | Dollars | Cents |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |

**TOTAL DEPOSIT**

Make checks payable to E✳TRADE Securities LLC
Mail deposits to

E✳TRADE Securities LLC
P O  Box 484
Jersey City  NJ  07303 0484

⑈102620220001⑈ ⑆900536517841⑆

# E✳TRADE®
### from Morgan Stanley

## E✳TRADE Securities
**Investment Account**

# TRADE CONFIRMATION

**Account Number  XXXX-1784**

E✳TRADE Securities LLC
P O Box 484
Jersey City  NJ  07303 0484

**Account Name**
JEFFREY M CHRISTENSEN

**Customer Update**
Want to get important documents faster? Get your statements, confirms, and tax forms online with paperless delivery  Enroll at etrade com/paperless

| TRADE DATE | SETL DATE | MKT / CPT | SYMBOL / CUSIP | BUY / SELL | QUANTITY | PRICE | ACCT TYPE | | |
|---|---|---|---|---|---|---|---|---|---|
| 10/28/22 | 11/01/22 | 6 1 | MMTLP | BUY | 653 | $6 15 | Margin | PRINCIPAL | $4 015 95 |
| **META MATLS INC PFD SER A** | | | | | | | | COMMISSION | $6 95 |
| PERPETUAL | | | | | | | | **NET AMOUNT** | **$4 022 90** |

▲ DETACH HERE

JEFFREY M CHRISTENSEN
PO BOX 3220
BONNERS FERRY ID  83805 3220

DETACH HERE ▲

**Use This Deposit  Slip     Acct  XXXX-1784**

**Please do not send cash**

Make checks payable to E✳TRADE Securities LLC
Mail deposits to

E✳TRADE Securities LLC
P O  Box 484
Jersey City, NJ  07303 0484

| | Dollars | Cents |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| **TOTAL DEPOSIT** | | |

102820220001  900536517841



**E✱TRADE Securities**

Investment Account

# TRADE CONFIRMATION

**Account Number  XXXX-1784**

**Account Name**
JEFFREY M CHRISTENSEN

E✱TRADE Securities LLC
P O Box 484
Jersey City NJ 07303 0484

**Customer Update**
Want to get important documents faster? Get your statements  confirms, and tax forms online with paperless delivery  Enroll at etrade com/paperless

| TRADE DATE | SETL DATE | MKT / CPT | SYMBOL / CUSIP | BUY / SELL | QUANTITY | PRICE | ACCT TYPE | | |
|---|---|---|---|---|---|---|---|---|---|
| 11/02/22 | 11/04/22 | 6 1 | MMTLP | BUY | 100 | $7 43 | Margin | PRINCIPAL | $743 00 |
| **META MATLS INC PFD SER A** | | | | | | | | COMMISSION | $6 95 |
| PERPETUAL | | | | | | | | NET AMOUNT | $749 95 |
| 11/02/22 | 11/04/22 | 6 1 | MMTLP | BUY | 175 | $7 44 | Margin | PRINCIPAL | $1 302 00 |
| **META MATLS INC PFD SER A** | | | | | | | | NET AMOUNT | $1 302 00 |
| PERPETUAL | | | | | | | | | |

▲  DETACH HERE
JEFFREY M CHRISTENSEN
PO BOX 3220
BONNERS FERRY ID  83805 3220

DETACH HERE  ▲

**Use This Deposit Slip    Acct  XXXX-1784**

Please do not send cash

| | Dollars | Cents |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| **TOTAL DEPOSIT** | | |

Make checks payable to E✱TRADE Securities LLC
Mail deposits to

E✱TRADE Securities LLC
P O  Box 484
Jersey City  NJ  07303 0484

110220220001  900536517841

# E✱TRADE
### from Morgan Stanley

**E✱TRADE Securities**

Investment Account

# TRADE CONFIRMATION

**Account Number  XXXX-1784**

**Account Name**
JEFFREY M CHRISTENSEN

E✱TRADE Securities LLC
P O Box 484
Jersey City NJ 07303 0484

**Customer Update**
Want to get important documents faster? Get your statements, confirms, and tax forms online with paperless delivery  Enroll at etrade com/paperless

| TRADE DATE | SETL DATE | MKT / CPT | SYMBOL / CUSIP | BUY / SELL | QUANTITY | PRICE | ACCT TYPE | | |
|---|---|---|---|---|---|---|---|---|---|
| 11/09/22 | 11/14/22 | 6 1 | MMTLP | BUY | 141 | $7 08 | Margin | PRINCIPAL | $998 28 |
| **META MATLS INC PFD SER A** | | | | | | | | COMMISSION | $6 95 |
| PERPETUAL | | | | | | | | **NET AMOUNT** | **$1 005 23** |
| 11/09/22 | 11/14/22 | 6 1 | MMTLP | BUY | 283 | $7 05 | Margin | PRINCIPAL | $1 995 15 |
| **META MATLS INC PFD SER A** | | | | | | | | COMMISSION | $6 95 |
| PERPETUAL | | | | | | | | **NET AMOUNT** | **$2 002 10** |

▲ DETACH HERE                                                                      DETACH HERE ▲

JEFFREY M CHRISTENSEN
PO BOX 3220
BONNERS FERRY ID  83805 3220

**Use This Deposit Slip    Acct.  XXXX-1784**

**Please do not send cash**

| | Dollars | Cents |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |

Make checks payable to E✱TRADE Securities LLC
Mail deposits to

**TOTAL DEPOSIT**

E✱TRADE Securities LLC
P O  Box 484
Jersey City, NJ  07303 0484

110920220001  900536517841



**E✱TRADE Securities**

Investment Account

# TRADE CONFIRMATION

**Account Number** XXXX-1784

**Account Name**
JEFFREY M CHRISTENSEN

E✱TRADE Securities LLC
P O Box 484
Jersey City  NJ  07303 0484

**Customer Update**
Want to get important documents faster? Get your statements  confirms, and tax forms online with paperless delivery  Enroll at etrade com/paperless

| TRADE DATE | SETL DATE | MKT / CPT | SYMBOL / CUSIP | BUY / SELL | QUANTITY | PRICE | ACCT TYPE | | |
|---|---|---|---|---|---|---|---|---|---|
| 11/10/22 | 11/15/22 | 6 1 | MMTLP | BUY | 10 | $6 20 | Margin | PRINCIPAL | $62 00 |
| **META MATLS INC PFD SER A** | | | | | | | | NET AMOUNT | $62 00 |
| PERPETUAL | | | | | | | | | |
| 11/10/22 | 11/15/22 | 6 1 | MMTLP | BUY | 75 | $6 25 | Margin | PRINCIPAL | $468 75 |
| **META MATLS INC PFD SER A** | | | | | | | | COMMISSION | $6 95 |
| PERPETUAL | | | | | | | | NET AMOUNT | $475 70 |

▲  DETACH HERE

JEFFREY M CHRISTENSEN
PO BOX 3220
BONNERS FERRY ID  83805 3220

DETACH HERE  ▲

**Use This Deposit Slip    Acct  XXXX-1784**

Please do not send cash

| | Dollars | Cents |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| **TOTAL DEPOSIT** | | |

Make checks payable to E✱TRADE Securities LLC
Mail deposits to

E✱TRADE Securities LLC
P O  Box 484
Jersey City, NJ  07303 0484

⑈110202200001⑈ ⑆00536517841



from Morgan Stanley

Page 1 of 2

**E✳TRADE Securities**

Investment Account

# TRADE CONFIRMATION

Account Number  XXXX-1784

E✳TRADE Securities LLC
P O Box 484
Jersey City  NJ  07303 0484

**Account Name**
JEFFREY M CHRISTENSEN

**Customer Update**
Want to get important documents faster? Get your statements, confirms, and tax forms
online with paperless delivery  Enroll at etrade com/paperless

| TRADE DATE | SETL DATE | MKT / CPT | SYMBOL / CUSIP | BUY / SELL | QUANTITY | PRICE | ACCT TYPE | | |
|---|---|---|---|---|---|---|---|---|---|
| 11/21/22 | 11/23/22 | 6 1 | MMTLP | BUY | 40 | $10 90 | Margin | PRINCIPAL | $436 00 |
| **META MATLS INC PFD SER A** | | | | | | | | COMMISSION | $6 95 |
| PERPETUAL | | | | | | | | **NET AMOUNT** | **$442 95** |

▲  DETACH HERE

JEFFREY M CHRISTENSEN
PO BOX 3220
BONNERS FERRY ID  83805 3220

DETACH HERE  ▲

| Use This Deposit Slip | Acct · XXXX-1784 | |
|---|---|---|

Please do not send cash

| | Dollars | Cents |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| **TOTAL DEPOSIT** | | |

Make checks payable to E*TRADE Securities LLC
Mail deposits to

E*TRADE Securities LLC
P O  Box 484
Jersey City, NJ  07303 0484

112120220001  900536517841


from Morgan Stanley

**E✱TRADE Securities**

Investment Account

# TRADE CONFIRMATION

Account Number  XXXX-1784

**Account Name**
JEFFREY M CHRISTENSEN

E✱TRADE Securities LLC
P O Box 484
Jersey City  NJ  07303 0484

**Customer Update**
Want to get important documents faster? Get your statements, confirms, and tax forms online with paperless delivery  Enroll at etrade com/paperless

| TRADE DATE | SETL DATE | MKT / CPT | SYMBOL / CUSIP | BUY / SELL | QUANTITY | PRICE | ACCT TYPE | | |
|---|---|---|---|---|---|---|---|---|---|
| 11/23/22 | 11/28/22 | 6 1 | MMTLP | BUY | 109 | $9 11 | Margin | PRINCIPAL | $992 99 |
| **META MATLS INC PFD SER A** | | | | | | | | COMMISSION | $6 95 |
| PERPETUAL | | | | | | | | **NET AMOUNT** | **$999 94** |

▲  DETACH HERE

JEFFREY M CHRISTENSEN
PO BOX 3220
BONNERS FERRY ID  83805 3220

DETACH HERE  ▲

**Use This Deposit Slip**  **Acct  XXXX-1784**

Please do not send cash

| | Dollars | Cents |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |

**TOTAL DEPOSIT**

Make checks payable to E✱TRADE Securities LLC
Mail deposits to

E✱TRADE Securities LLC
P O  Box 484
Jersey City, NJ  07303 0484

⑆112320220001 ⑆900536517841⑈

Page 1 of 4



**E✳TRADE** Securities

**Investment Account**

# TRADE CONFIRMATION

**Account Number  XXXX-1784**

**Account Name**

JEFFREY M CHRISTENSEN

E✳TRADE Securities LLC
P O  Box 484
Jersey City  NJ  07303 0484

**Customer Update**
Want to get important documents faster? Get your statements  confirms  and tax forms
online with paperless delivery  Enroll at etrade com/paperless



| TRADE DATE | SETL DATE | MKT / CPT | SYMBOL / CUSIP | BUY / SELL | QUANTITY | PRICE | ACCT TYPE | | |
|---|---|---|---|---|---|---|---|---|---|
| 11/28/22  11/30/22  6 1  **META MATLS INC PFD SER A**  PERPETUAL | | | MMTLP | BUY | 350 | $9 95 | Margin | PRINCIPAL  COMMISSION  NET AMOUNT | $3 482 50  $4 95  **$3 487 45** |
| 11/28/22  11/30/22  6 1  **META MATLS INC PFD SER A**  PERPETUAL | | | MMTLP | BUY | 20 | $10 50 | Margin | PRINCIPAL  COMMISSION  NET AMOUNT | $210 00  $6 95  **$216 95** |
| 11/28/22  11/30/22  6 1  **META MATLS INC PFD SER A**  PERPETUAL | | | MMTLP | BUY | 86 | $10 25 | Margin | PRINCIPAL  COMMISSION  NET AMOUNT | $881 50  $6 95  **$888 45** |
| 11/28/22  11/30/22  6 1  **META MATLS INC PFD SER A**  PERPETUAL | | | MMTLP | BUY | 3 | $10 00 | Margin | PRINCIPAL  COMMISSION  NET AMOUNT | $30 00  $6 95  **$36 95** |

▲ DETACH HERE

JEFFREY M CHRISTENSEN
PO BOX 3220
BONNERS FERRY ID  83805 3220

DETACH HERE ▲

| **Use This Deposit Slip   Acct  XXXX-1784** | | |
|---|---|---|

**Please do not send cash**

| Dollars | Cents |
|---|---|
| | |
| | |
| | |
| | |
| | |

Make checks payable to E✳TRADE Securities LLC
Mail deposits to

**TOTAL DEPOSIT**

E✳TRADE Securities LLC
P O  Box 484
Jersey City  NJ  07303 0484

⑊128202200001 ⑉00536517841


from Morgan Stanley

**E✳TRADE Securities**

Investment Account

# TRADE CONFIRMATION

**Account Number** XXXX-1784

**Account Name**
JEFFREY M CHRISTENSEN

E✳TRADE Securities LLC
P O Box 484
Jersey City NJ 07303 0484

| Customer Update |
|---|
| Want to get important documents faster? Get your statements, confirms, and tax forms online with paperless delivery  Enroll at etrade com/paperless |

| TRADE DATE | SETL DATE | MKT / CPT | SYMBOL / CUSIP | BUY / SELL | QUANTITY | PRICE | ACCT TYPE | | |
|---|---|---|---|---|---|---|---|---|---|
| 11/29/22 | 12/01/22 | 6 1 | MMTLP | BUY | 38 | $9 78 | Margin | PRINCIPAL | $371 64 |
| **META MATLS INC PFD SER A** | | | | | | | | NET AMOUNT | $371 64 |
| PERPETUAL | | | | | | | | | |
| | | | | | | | | | |
| 11/29/22 | 12/01/22 | 6 1 | MMTLP | BUY | 14 | $9 77 | Margin | PRINCIPAL | $136 78 |
| **META MATLS INC PFD SER A** | | | | | | | | COMMISSION | $4 95 |
| PERPETUAL | | | | | | | | NET AMOUNT | $141 73 |

▲ DETACH HERE

JEFFREY M CHRISTENSEN
PO BOX 3220
BONNERS FERRY ID 83805 3220

DETACH HERE ▲

| Use This Deposit Slip | Acct XXXX-1784 |
|---|---|

Please do not send cash

| Dollars | Cents |
|---|---|
| | |
| | |
| | |
| | |
| | |

**TOTAL DEPOSIT**

Make checks payable to E*TRADE Securities LLC
Mail deposits to

E✳TRADE Securities LLC
P O Box 484
Jersey City, NJ 07303 0484

112920220001  900536517841

# E✳TRADE®
from Morgan Stanley

## E✳TRADE Securities

Investment Account

# TRADE CONFIRMATION

**Account Number** XXXX-1784

E✳TRADE Securities LLC
P O Box 484
Jersey City  NJ  07303 0484

**Account Name**
JEFFREY M CHRISTENSEN

| Customer Update |
|---|
| Want to get important documents faster? Get your statements, confirms, and tax forms online with paperless delivery  Enroll at etrade com/paperless |

| TRADE DATE | SETL DATE | MKT / CPT | SYMBOL / CUSIP | BUY / SELL | QUANTITY | PRICE | ACCT TYPE | | |
|---|---|---|---|---|---|---|---|---|---|
| 12/07/22 | 12/09/22 | 6 1 | MMTLP | BUY | 126 | $7 80 | Margin | PRINCIPAL | $982 80 |
| **META MATLS INC PFD SER A** | | | | | | | | COMMISSION | $4 95 |
| PERPETUAL | | | | | | | | **NET AMOUNT** | **$987 75** |

▲ DETACH HERE

JEFFREY M CHRISTENSEN
PO BOX 3220
BONNERS FERRY ID  83805 3220

DETACH HERE ▲

| Use This Deposit Slip    Acct XXXX-1784 |
|---|

**Please do not send cash**

| Dollars | Cents |
|---|---|
| | |
| | |
| | |
| | |
| | |

**TOTAL DEPOSIT**

Make checks payable to E✳TRADE Securities LLC
Mail deposits to

E✳TRADE Securities LLC
P O  Box 484
Jersey City  NJ  07303 0484

120720220001  900536517841


**from Morgan Stanley**

**E✱TRADE Securities**

Investment Account

# TRADE CONFIRMATION

**Account Number XXXX-1784**

**Account Name**
JEFFREY M CHRISTENSEN

E✱TRADE Securities LLC
P O Box 484
Jersey City NJ 07303 0484

**Customer Update**
Want to get important documents faster? Get your statements confirms, and tax forms online with paperless delivery Enroll at etrade com/paperless

| TRADE DATE | SETL DATE | MKT / CPT | SYMBOL / CUSIP | BUY / SELL | QUANTITY | PRICE | ACCT TYPE | | |
|---|---|---|---|---|---|---|---|---|---|
| 12/08/22 | 12/12/22 | 6 1 | MMTLP | BUY | 60 | $4 75 | Margin | PRINCIPAL | $285 00 |
| **META MATLS INC PFD SER A** | | | | | | | | COMMISSION | $4 95 |
| PERPETUAL | | | | | | | | NET AMOUNT | $289 95 |

---

▲ DETACH HERE

JEFFREY M CHRISTENSEN
PO BOX 3220
BONNERS FERRY ID 83805 3220

DETACH HERE ▲

| Use This Deposit Slip | Acct XXXX-1784 |
|---|---|

**Please do not send cash**

| | Dollars | Cents |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| **TOTAL DEPOSIT** | | |

Make checks payable to E✱TRADE Securities LLC
Mail deposits to

E✱TRADE Securities LLC
P O Box 484
Jersey City NJ 07303 0484

120820220001 900536517841