NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | PROOF OF INTEREST |
|---|---|

**Name of Debtor:** Meta Materials (MMAT)  
**Case Number:** 24-50724

1. **Name and address of holder of the Equity Interest** (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

Jeffrey Christensen  
216 Elyon Lane  
Bonners Ferry, ID 83805  

Telephone Number: 208-681-5295

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

☑ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

**NOTE:** This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

**COURT USE ONLY**

Account or other number by which Interest holder identifies Debtor: 889-294179  
ETrade 5365-1784 to Morgan Stanley

Check here if this claim:  
☐ replaces a previously filed Proof of Interest dated: _____  
☐ amends a previously filed Proof of Interest dated: _____

2. **Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:**  
ETRADE MORGAN Stanley Private Bank  
P.O. Box 484  
Jersey City, NJ 07303-0484  
Telephone Number: 800-337-2331

3. **Date Equity Interest was acquired:**  
10-12-2022 thru 1-14-2023  
See Attached Spreadsheet And Documentation

4. **Total amount of member interest:** 22,100 - Sold for loss

5. **Certificate number(s):** _____

6. **Type of Equity Interest:**  
Please indicate the type of Equity Interest you hold:  
☑ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.  
☐ Check this box if your Equity Interest is based on anything else and describe that interest:  
Description: INVESTOR IN STOCK

7. **Supporting Documents:** Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.  
DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. **Date-Stamped Copy:** To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

9. **Signature:**  
Check the appropriate box.  
☑ I am the creditor.  ☐ I am the creditor's authorized agent.  ☐ I am the trustee, or the debtor,  ☐ I am a guarantor, surety, endorser, or other codebtor.

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: Jeffrey Christensen  
Title:  
Company: Address and telephone number (if different from notice address above):  
(Signature) Jeffrey M. Christ.  
Telephone number: 208-681-5295  Email: powerstrokeford2016@yahoo.com

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

[ Print Form ]  [ Save Form ]  [ Clear Form ]



*Jeffrey M. Christensen*
*26 Elyon Lane*
*Bonners Ferry, Idaho 83805*

# Updated account numbers

*✱1*

**As of 9/1/2023, your E*TRADE accounts have
transitioned to Morgan Stanley. As a result, the account
numbers have been converted to 9-digit numbers. You
can view this list at any time from My Profile.** Learn more
about this transition

| Account name | Previous Account Number | Updated Account Number |
|---|---|---|
| Individual Brokerage -4179 | 5365-1784 | 889 294179 |

*Etrade    to    Morgan Standley*

*There was Acquisition of Etrade to Morgan Stanley.*

Jeffrey M. Christensen

ETrade Account- Support Trade Confirmations
Attached

| DATE | ORDER | TYPE | ORDER TYPE | QUANTITY | SYMBOL | PRICE TYPE | TERM | PRICE | PRICE EXECUTED | STATUS | LINKS | ACTUAL COST |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1/14/23 | 136 | STOCK/ETF | BUY | 1,887 | MMAT | LIMIT | DAY | 0.0940 | 0.0906 | EXECUTED | PORTFOLIOS | 170.9622 |
| 9/1/23 | 122 | STOCK/ETF | BUY | 71 | MMAT | LIMIT | DAY | 0.2363 | 0.2363 | EXECUTED | PORTFOLIOS | 16.7773 |
| 8/30/23 | 121 | STOCK/ETF | BUY | 11,500 | MMAT | LIMIT | DAY | 0.2390 | 0.2389 | EXECUTED | PORTFOLIOS | 2747.35 |
| 4/27/23 | 109 | STOCK/ETF | BUY | 5,260 | MMAT | LIMIT | DAY | 0.1904 | 0.1903 | EXECUTED | PORTFOLIOS | 1000.978 |
| 3/13/23 | 106 | STOCK/ETF | BUY | 117 | MMAT | LIMIT | DAY | 0.5100 | 0.5011 | EXECUTED | PORTFOLIOS | 58.6287 |
| 2/12/22 | 104 | STOCK/ETF | BUY | 15 | MMAT | LIMIT | DAY | 1.4700 | 1.47 | EXECUTED | PORTFOLIOS | 22.05 |
| 1/28/22 | 77 | STOCK/ETF | BUY | 52 | MMAT | LIMIT | DAY | 1.8800 | 1.88 | EXECUTED | PORTFOLIOS | 97.76 |
| 1/22/22 | 64 | STOCK/ETF | BUY | 28 | MMAT | MKT | DAY | MKT | 2.0662 | EXECUTED | PORTFOLIOS | 57.8536 |
| 1/10/22 | 33 | STOCK/ETF | BUY | 7 | MMAT | LIMIT | DAY | 1.2500 | 1.25 | EXECUTED | PORTFOLIOS | 8.75 |
| 1/9/22 | 26 | STOCK/ETF | BUY | 1,435 | MMAT | LIMIT | DAY | 1.3900 | 1.39 | EXECUTED | PORTFOLIOS | 1994.65 |
| 1/3/22 | 25 | STOCK/ETF | BUY | 67 | MMAT | LIMIT | DAY | 1.3400 | 1.34 | EXECUTED | PORTFOLIOS | 89.78 |
| 10/12/22 | | | BUY | 400 | MMAT | MARGIN | | | 0.8159 | | | 326.36 |
| 10/12/22 | | | BUY | 830 | MMAT | MARGIN | | | 0.8198 | | | 680.434 |
| 10/13/22 | | | BUY | 446 | MMAT | MARGIN | | | 1.1100 | | | 495.06 |
| 10/24/22 | | | BUY | 45 | MMAT | MARGIN | | | 0.8800 | | | 39.6 |
| | | | TOTAL | 22,160 | | | AVERAGEP PURCHASE PRIC | | 0.9519 | | TOTAL COST PURCHASED | $7,806.99 |
| | | | | | | | | | | | | |
| 1/6/24 | 142 | STOCK/ETF | SELL | 1,887 | MMAT | MKT | DAY | MKT | 0.0583 | EXECUTED | GAINS/LOSSES | 110.0121 |
| 1/7/23 | 125 | STOCK/ETF | SELL | 11,654 | MMAT | MKT | DAY | MKT | 0.1063 | EXECUTED | GAINS/LOSSES | 1238.8202 |
| 8/14/23 | 113 | STOCK/ETF | SELL | 8,300 | MMAT | LIMIT | DAY | 0.2400 | 0.2401 | EXECUTED | GAINS/LOSSES | 1992.83 |
| 7/28/23 | 111 | STOCK/ETF | SELL | 45 | MMAT | MKT | DAY | MKT | 0.2161 | EXECUTED | GAINS/LOSSES | 9.7245 |
| 7/28/23 | 110 | STOCK/ETF | SELL | 274 | MMAT | MKT | DAY | MKT | 0.2187 | EXECUTED | GAINS/LOSSES | 59.9238 |
| | | | TOTAL | 22,160 | | | AVERAGE SAL PER SHARE | | 0.1679 | | TOTAL COST SOLD | $3,411.31 |
| | | | | | | | | | | | ACTUAL LOSS | $4,395.68 |


from Morgan Stanley

**E✱TRADE Securities**

Investment Account

# TRADE CONFIRMATION

**Account Number  XXXX-1784**

**Account Name**
JEFFREY M CHRISTENSEN

E✱TRADE Securities LLC
P O Box 484
Jersey City  NJ  07303 0484

| Customer Update |
| --- |
| Want to get important documents faster? Get your statements, confirms, and tax forms online with paperless delivery  Enroll at etrade com/paperless |

| TRADE DATE | SETL DATE | MKT / CPT | SYMBOL / CUSIP | BUY / SELL | QUANTITY | PRICE | ACCT TYPE | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 10/12/22 | 10/14/22 | 6 1 | MMAT | BUY | 400 | $ 8159 | Margin | PRINCIPAL | $326 36 |
| **META MATLS INC COMMON STOCK** | | | | | | | | NET AMOUNT | **$326 36** |
| | | | | | | | | | |
| 10/12/22 | 10/14/22 | 6 1 | MMAT | BUY | 830 | $ 8198 | Margin | PRINCIPAL | $680 43 |
| **META MATLS INC COMMON STOCK** | | | | | | | | NET AMOUNT | **$680 43** |
| | | | | | | | | | |
| 10/12/22 | 10/14/22 | 6 1 | MMTLP | BUY | 261 | $4 15 | Margin | PRINCIPAL | $1 083 15 |
| **META MATLS INC PFD SER A** | | | | | | | | COMMISSION | $6 95 |
| PERPETUAL | | | | | | | | NET AMOUNT | **$1 090 10** |

▲ DETACH HERE

JEFFREY M CHRISTENSEN
PO BOX 3220
BONNERS FERRY ID  83805

DETACH HERE ▲

| Use This Deposit Slip   Acct. XXXX-1784 |
| --- |

Please do not send cash

| | Dollars | Cents |
| --- | --- | --- |
| | | |
| | | |
| | | |
| | | |
| | | |
| **TOTAL DEPOSIT** | | |

Make checks payable to E*TRADE Securities LLC
Mail deposits to

E*TRADE Securities LLC
P O  Box 484
Jersey City  NJ  07303 0484

101220220001  900536517841

# E✱TRADE
from Morgan Stanley

## E✱TRADE Securities

Investment Account

# TRADE CONFIRMATION

**Account Number  XXXX-1784**

**Account Name**
JEFFREY M CHRISTENSEN

E✱TRADE Securities LLC
P O Box 484
Jersey City  NJ  07303 0484

**Customer Update**
Want to get important documents faster? Get your statements, confirms, and tax forms online with paperless delivery  Enroll at etrade com/paperless

| TRADE DATE | SETL DATE | MKT/ CPT | SYMBOL/ CUSIP | BUY/ SELL | QUANTITY | PRICE | ACCT TYPE | | |
|---|---|---|---|---|---|---|---|---|---|
| 10/13/22 | 10/17/22 | 6 1 | MMAT | BUY | 446 | $1 11 | Margin | PRINCIPAL | $495 06 |
| **META MATLS INC COMMON STOCK** | | | | | | | | NET AMOUNT | $495 06 |
| 10/13/22 | 10/17/22 | 6 1 | MMTLP | BUY | 70 | $7 00 | Margin | PRINCIPAL | $490 00 |
| **META MATLS INC PFD SER A** | | | | | | | | COMMISSION | $6 95 |
| PERPETUAL | | | | | | | | NET AMOUNT | $496 95 |

▲ DETACH HERE

JEFFREY M CHRISTENSEN
PO BOX 3220
BONNERS FERRY ID  83805

DETACH HERE ▲

**Use This Deposit Slip · Acct. XXXX-1784**

**Please do not send cash**

| | Dollars | Cents |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| **TOTAL DEPOSIT** | | |

Make checks payable to E*TRADE Securities LLC
Mail deposits to

E*TRADE Securities LLC
P O  Box 484
Jersey City  NJ  07303 0484

101320220001  900536517841

# E✳TRADE®
from Morgan Stanley

**E✳TRADE Securities**

Investment Account

# TRADE CONFIRMATION

**Account Number** XXXX-1784

**Account Name**
JEFFREY M CHRISTENSEN

E✳TRADE Securities LLC
P O Box 484
Jersey City NJ 07303 0484

**Customer Update**
Want to get important documents faster? Get your statements, confirms and tax forms online with paperless delivery  Enroll at etrade com/paperless

| TRADE DATE | SETL DATE | MKT / CPT | SYMBOL / CUSIP | BUY / SELL | QUANTITY | PRICE | ACCT TYPE | | |
|---|---|---|---|---|---|---|---|---|---|
| 10/24/22 | 10/26/22 | 6 1 | MMAT | BUY | 45 | $ 88 | Margin | PRINCIPAL | $39 60 |
| **META MATLS INC COMMON STOCK** | | | | | | | | NET AMOUNT | $39 60 |

▲ DETACH HERE

JEFFREY M CHRISTENSEN
PO BOX 3220
BONNERS FERRY ID  83805 3220

DETACH HERE ▲

| **Use This Deposit Slip** | **Acct  XXXX-1784** |
|---|---|

Please do not send cash

| | **Dollars** | **Cents** |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| **TOTAL DEPOSIT** | | |

Make checks payable to E✳TRADE Securities LLC
Mail deposits to

E*TRADE Securities LLC
P O  Box 484
Jersey City  NJ  07303 0484

⑆102420220001 ⑈900536517841

# E✳TRADE
from Morgan Stanley

**E✳TRADE Securities**

Investment Account

## TRADE CONFIRMATION

**Account Number** XXXX-1784

**Account Name**
JEFFREY M CHRISTENSEN

E✳TRADE Securities LLC
P O Box 484
Jersey City NJ 07303 0484

**Customer Update**
Want to get important documents faster? Get your statements, confirms, and tax forms online with paperless delivery  Enroll at etrade com/paperless

| TRADE DATE | SETL DATE | MKT / CPT | SYMBOL / CUSIP | BUY / SELL | QUANTITY | PRICE | ACCT TYPE | | |
|---|---|---|---|---|---|---|---|---|---|
| 11/03/22 | 11/07/22 | 6 1 | MMAT | BUY | 67 | $1 34 | Margin | PRINCIPAL | $89 78 |
| **META MATLS INC COMMON STOCK** | | | | | | | | NET AMOUNT | $89 78 |

▲ DETACH HERE

JEFFREY M CHRISTENSEN
PO BOX 3220
BONNERS FERRY ID  83805 3220

DETACH HERE ▲

**Use This Deposit Slip**    **Acct. XXXX-1784**

Please do not send cash

| | Dollars | Cents |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| **TOTAL DEPOSIT** | | |

Make checks payable to E✳TRADE Securities LLC
Mail deposits to

E✳TRADE Securities LLC
P O  Box 484
Jersey City  NJ  07303 0484

110320220001  900536517841



**E✱TRADE Securities**

Investment Account

# TRADE CONFIRMATION

**Account Number**  XXXX-1784

**Account Name**
JEFFREY M CHRISTENSEN

E✱TRADE Securities LLC
P O Box 484
Jersey City NJ 07303 0484

**Customer Update**
Want to get important documents faster? Get your statements confirms, and tax forms
online with paperless delivery  Enroll at etrade com/paperless

| TRADE DATE | SETL DATE | MKT/CPT | SYMBOL/CUSIP | BUY/SELL | QUANTITY | PRICE | ACCT TYPE | | |
|---|---|---|---|---|---|---|---|---|---|
| 11/09/22 | 11/14/22 | 6 1 | MMAT | BUY | 1 435 | $1 39 | Margin | PRINCIPAL | $1 994 65 |
| **META MATLS INC COMMON STOCK** | | | | | | | | **NET AMOUNT** | **$1 994 65** |
| | | | | | | | | | |
| 11/09/22 | 11/14/22 | 6 1 | MMTLP | BUY | 141 | $7 08 | Margin | PRINCIPAL | $998 28 |
| **META MATLS INC PFD SER A** | | | | | | | | COMMISSION | $6 95 |
| PERPETUAL | | | | | | | | **NET AMOUNT** | **$1 005 23** |
| | | | | | | | | | |
| 11/09/22 | 11/14/22 | 6 1 | MMTLP | BUY | 283 | $7 05 | Margin | PRINCIPAL | $1 995 15 |
| **META MATLS INC PFD SER A** | | | | | | | | COMMISSION | $6 95 |
| PERPETUAL | | | | | | | | **NET AMOUNT** | **$2 002 10** |

▲ DETACH HERE

JEFFREY M CHRISTENSEN
PO BOX 3220
BONNERS FERRY ID 83805 3220

DETACH HERE ▲

| **Use This Deposit Slip** | **Acct: XXXX-1784** |
|---|---|

**Please do not send cash**

| | **Dollars** | **Cents** |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| **TOTAL DEPOSIT** | | |

Make checks payable to E✱TRADE Securities LLC
Mail deposits to

E✱TRADE Securities LLC
P O Box 484
Jersey City NJ 07303 0484

110920220001  900536517841


from Morgan Stanley

**E✱TRADE Securities**

Investment Account

# TRADE CONFIRMATION

**Account Number**  XXXX-1784

E✱TRADE Securities LLC
P O Box 484
Jersey City NJ 07303 0484

**Account Name**
JEFFREY M CHRISTENSEN

**Customer Update**
Want to get important documents faster? Get your statements, confirms, and tax forms online with paperless delivery  Enroll at etrade com/paperless

| TRADE DATE | SETL DATE | MKT / CPT | SYMBOL / CUSIP | BUY / SELL | QUANTITY | PRICE | ACCT TYPE | | |
|---|---|---|---|---|---|---|---|---|---|
| 11/10/22 | 11/15/22 | 6 1 | MMAT | BUY | 7 | $1 25 | Margin | PRINCIPAL | $8 75 |
| **META MATLS INC COMMON STOCK** | | | | | | | | NET AMOUNT | $8 75 |
| | | | | | | | | | |
| 11/10/22 | 11/15/22 | 6 1 | MMTLP | BUY | 10 | $6 20 | Margin | PRINCIPAL | $62 00 |
| **META MATLS INC PFD SER A** | | | | | | | | NET AMOUNT | $62 00 |
| PERPETUAL | | | | | | | | | |
| | | | | | | | | | |
| 11/10/22 | 11/15/22 | 6 1 | MMTLP | BUY | 75 | $6 25 | Margin | PRINCIPAL | $468 75 |
| **META MATLS INC PFD SER A** | | | | | | | | COMMISSION | $6 95 |
| PERPETUAL | | | | | | | | NET AMOUNT | $475 70 |

▲ DETACH HERE

JEFFREY M CHRISTENSEN
PO BOX 3220
BONNERS FERRY ID  83805 3220

DETACH HERE ▲

| Use This Deposit Slip    Acct  XXXX-1784 | | |
|---|---|---|

Please do not send cash

| | Dollars | Cents |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| **TOTAL DEPOSIT** | | |

Make checks payable to E*TRADE Securities LLC
Mail deposits to

E*TRADE Securities LLC
P O  Box 484
Jersey City NJ  07303 0484

111020220001  900536517841

# E✱TRADE
from Morgan Stanley

**E✱TRADE Securities**

Investment Account

## TRADE CONFIRMATION

**Account Number  XXXX-1784**

**Account Name**
JEFFREY M CHRISTENSEN

E✱TRADE Securities LLC
P O Box 484
Jersey City  NJ  07303 0484

**Customer Update**
Want to get important documents faster? Get your statements, confirms, and tax forms online with paperless delivery  Enroll at etrade com/paperless

| TRADE DATE | SETL DATE | MKT / CPT | SYMBOL / CUSIP | BUY / SELL | QUANTITY | PRICE | ACCT TYPE | | |
|---|---|---|---|---|---|---|---|---|---|
| 11/22/22 | 11/25/22 | 6 1 | MMAT | BUY | 28 | $2 0662 | Margin | PRINCIPAL | $57 85 |
| META MATLS INC COMMON STOCK | | | | | | | | NET AMOUNT | $57 85 |

▲ DETACH HERE

JEFFREY M CHRISTENSEN
PO BOX 3220
BONNERS FERRY ID  83805 3220

DETACH HERE ▲

**Use This Deposit Slip ·  Acct: XXXX-1784**

Please do not send cash

| | Dollars | Cents |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| **TOTAL DEPOSIT** | | |

Make checks payable to E✱TRADE Securities LLC
Mail deposits to

E✱TRADE Securities LLC
P O  Box 484
Jersey City  NJ  07303 0484

112220220001  900536517841


from Morgan Stanley

**E✱TRADE Securities**

Investment Account

# TRADE CONFIRMATION

**Account Number  XXXX-1784**

**Account Name**
JEFFREY M CHRISTENSEN

E✱TRADE Securities LLC
P O Box 484
Jersey City NJ 07303 0484

**Customer Update**
Want to get important documents faster? Get your statements, confirms, and tax forms online with paperless delivery  Enroll at etrade com/paperless

| TRADE DATE | SETL DATE | MKT / CPT | SYMBOL / CUSIP | BUY / SELL | QUANTITY | PRICE | ACCT TYPE | | |
|---|---|---|---|---|---|---|---|---|---|



| 11/28/22  11/30/22  6 1 | | | MMTLP | BUY | 350 | $9 95 | Margin | PRINCIPAL | $3 482 50 |
| **META MATLS INC PFD SER A** | | | | | | | | COMMISSION | $4 95 |
| PERPETUAL | | | | | | | | **NET AMOUNT** | **$3 487 45** |

| 11/28/22  11/30/22  6 1 | | | MMTLP | BUY | 20 | $10 50 | Margin | PRINCIPAL | $210 00 |
| **META MATLS INC PFD SER A** | | | | | | | | COMMISSION | $6 95 |
| PERPETUAL | | | | | | | | **NET AMOUNT** | **$216 95** |

| 11/28/22  11/30/22  6 1 | | | MMTLP | BUY | 86 | $10 25 | Margin | PRINCIPAL | $881 50 |
| **META MATLS INC PFD SER A** | | | | | | | | COMMISSION | $6 95 |
| PERPETUAL | | | | | | | | **NET AMOUNT** | **$888 45** |

| 11/28/22  11/30/22  6 1 | | | MMTLP | BUY | 3 | $10 00 | Margin | PRINCIPAL | $30 00 |
| **META MATLS INC PFD SER A** | | | | | | | | COMMISSION | $6 95 |
| PERPETUAL | | | | | | | | **NET AMOUNT** | **$36 95** |

▲ DETACH HERE                                                                DETACH HERE ▲

JEFFREY M CHRISTENSEN
PO BOX 3220
BONNERS FERRY ID  83805 3220

**Use This Deposit Slip    Acct  XXXX-1784**

**Please do not send cash**

| | Dollars | Cents |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

Make checks payable to E✱TRADE Securities LLC
Mail deposits to

**TOTAL DEPOSIT**

E✱TRADE Securities LLC
P O Box 484
Jersey City  NJ  07303 0484

112820220001  900536517841


from Morgan Stanley

**E✱TRADE Securities**

Investment Account

# TRADE CONFIRMATION

**Account Number** XXXX-1784

| TRADE DATE | SETL DATE | MKT / CPT | SYMBOL / CUSIP | BUY / SELL | QUANTITY | PRICE | ACCT TYPE | | |
|---|---|---|---|---|---|---|---|---|---|
| 11/28/22 | 11/30/22 | 3 1 | MMAT | BUY | 52 | $1 88 | Margin | PRINCIPAL | $97 76 |
| **META MATLS INC COMMON STOCK** | | | | | | | | **NET AMOUNT** | **$97 76** |

# E✳TRADE
*from Morgan Stanley*

**E✳TRADE Securities**

**Investment Account**

## TRADE CONFIRMATION

**Account Number  XXXX-1784**

E✳TRADE Securities LLC
P O Box 484
Jersey City  NJ  07303 0484

**Account Name**
JEFFREY M CHRISTENSEN

**Customer Update**
Want to get important documents faster? Get your statements  confirms, and tax forms online with paperless delivery  Enroll at etrade com/paperless

| TRADE DATE | SETL DATE | MKT / CPT | SYMBOL / CUSIP | BUY / SELL | QUANTITY | PRICE | ACCT TYPE | | |
|---|---|---|---|---|---|---|---|---|---|
| 12/12/22 | 12/14/22 | 6 1 | MMAT | BUY | 15 | $1 47 | Margin | PRINCIPAL | $22 05 |
| **META MATLS INC COMMON STOCK** | | | | | | | | NET AMOUNT | $22 05 |

▲ DETACH HERE

JEFFREY M CHRISTENSEN
PO BOX 3220
BONNERS FERRY ID  83805 3220

Make checks payable to E*TRADE Securities LLC
Mail deposits to

E*TRADE Securities LLC
P O  Box 484
Jersey City  NJ  07303 0484

DETACH HERE ▲

**Use This Deposit Slip   Acct  XXXX-1784**

**Please do not send cash**

| | Dollars | Cents |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| **TOTAL DEPOSIT** | | |

121220220001  900536517841

# E✳TRADE
### from Morgan Stanley

**E✳TRADE Securities**

Investment Account

# TRADE CONFIRMATION

**Account Number**  XXXX-1784

E✳TRADE Securities LLC
P O Box 484
Jersey City  NJ  07303 0484

**Account Name**
JEFFREY M CHRISTENSEN

**Customer Update**
All your tax info in one place  Forms 1099 for 2022, FAQs, key deadlines, cost basis info, and more find them all in our Tax Center at etrade com/tax

| TRADE DATE | SETL DATE | MKT / CPT | SYMBOL / CUSIP | BUY / SELL | QUANTITY | PRICE | ACCT TYPE | PRINCIPAL | |
|---|---|---|---|---|---|---|---|---|---|
| 03/13/23 | 03/15/23 | 6 1 | MMAT | BUY | 117 | $ 5011 | Margin | PRINCIPAL | $58 63 |
| **META MATLS INC COMMON STOCK** | | | | | | | | NET AMOUNT | $58 63 |

▲ DETACH HERE

JEFFREY M CHRISTENSEN
PO BOX 3220
BONNERS FERRY ID  83805 3220

DETACH HERE ▲

**Use This Deposit Slip   Acct  XXXX-1784**

Please do not send cash

| | Dollars | Cents |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| **TOTAL DEPOSIT** | | |

Make checks payable to E✳TRADE Securities LLC
Mail deposits to

E✳TRADE Securities LLC
P O Box 484
Jersey City  NJ  07303 0484

031320230001  �633605036517841

Page 1 of 2



**E✳TRADE Securities**

Investment Account

# TRADE CONFIRMATION

from Morgan Stanley

Account Number  XXXX-1784

**Account Name**

JEFFREY M CHRISTENSEN

E✳TRADE Securities LLC
P O  Box 484
Jersey City  NJ  07303 0484

| Customer Update |
| --- |
| Invest on the go  With the E*TRADE Mobile app, you have everything you need in the palm of your hand  Visit etrade com/mobile to learn more |

| TRADE DATE | SETL DATE | MKT / CPT | SYMBOL / CUSIP | BUY / SELL | QUANTITY | - | PRICE | ACCT TYPE | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 09/01/23 | 09/06/23 | 6 1 | MMAT | BUY | 71 | | $ 2363 | Margin | PRINCIPAL | $16 78 |
| **META MATLS INC COMMON STOCK** | | | | | | | | | NET AMOUNT | $16 78 |

▲  DETACH HERE                                                                                                   DETACH HERE  ▲

JEFFREY M CHRISTENSEN
PO BOX 1297
BONNERS FERRY ID  83805 1297

| **Use This Deposit Slip    Acct  XXXX-1784** | | |
| --- | --- | --- |

Please do not send cash

| | Dollars | Cents |
| --- | --- | --- |
| | | |
| | | |
| | | |
| | | |
| | | |
| **TOTAL DEPOSIT** | | |

Make checks payable to E*TRADE Securities LLC
Mail deposits to

E*TRADE Securities LLC
P O  Box 484
Jersey City  NJ  07303 0484

090120230001  900536517841



**E✳TRADE Securities**

Investment Account

# TRADE CONFIRMATION

**Account Number** XXXX-1784

**Account Name**
JEFFREY M CHRISTENSEN

E✳TRADE Securities LLC
P O Box 484
Jersey City NJ 07303 0484

| Customer Update |
|---|
| Invest to make an impact  Learn how sustainable investing offers growth potential while supporting your values at us etrade com/knowledge/sustainable investing |

| TRADE DATE | SETL DATE | MKT / CPT | SYMBOL / CUSIP | BUY / SELL | QUANTITY | PRICE | ACCT TYPE | | |
|---|---|---|---|---|---|---|---|---|---|
| 07/28/23 | 08/01/23 | 6 1 | MMAT | SELL | 274 | $ 2187 | Margin | PRINCIPAL | $59 92 |
| **META MATLS INC COMMON STOCK** | | | | | | | | FINRA TAF | $0 04 |
| | | | | | | | | FEE | $0 01 |
| | | | | | | | | **NET AMOUNT** | **$59 87** |
| 07/28/23 | 08/01/23 | 6 1 | MMAT | SELL | 45 | $ 2161 | Margin | PRINCIPAL | $9 72 |
| **META MATLS INC COMMON STOCK** | | | | | | | | FINRA TAF | $0 01 |
| | | | | | | | | FEE | $0 01 |
| | | | | | | | | **NET AMOUNT** | **$9 70** |

▲ DETACH HERE                                           DETACH HERE ▲

JEFFREY M CHRISTENSEN
PO BOX 1297
BONNERS FERRY ID  83805

| Use This Deposit Slip | Acct  XXXX-1784 |
|---|---|

Please do not send cash

| | Dollars | Cents |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| **TOTAL DEPOSIT** | | |

Make checks payable to E*TRADE Securities LLC
Mail deposits to

E*TRADE Securities LLC
P O  Box 484
Jersey City  NJ  07303 0484

072820230001  900536517841

Page 1 of 2



# E✱TRADE Securities

**Investment Account**

# TRADE CONFIRMATION

**Account Number** XXXX-1784

**Account Name**
JEFFREY M CHRISTENSEN

E✱TRADE Securities LLC
P O Box 484
Jersey City NJ 07303 0484

**Customer Update**
Invest on the go  With the E✱TRADE Mobile app, you have everything you need in the palm of your hand  Visit etrade com/mobile to learn more



| TRADE DATE | SETL DATE | MKT / CPT | SYMBOL / CUSIP | BUY / SELL | QUANTITY | PRICE | ACCT TYPE | | |
|---|---|---|---|---|---|---|---|---|---|
| 08/14/23 | 08/16/23 | 6 1 | MMAT | SELL | 8 300 | $ 2401 | Margin | PRINCIPAL | $1 992 83 |
| | | | | | | | | FINRA TAF | $1 20 |
| | | | | | | | | FEE | $0 02 |
| | | | | | | | | **NET AMOUNT** | **$1 991 61** |

**META MATLS INC COMMON STOCK**

---

▲ DETACH HERE

JEFFREY M CHRISTENSEN
PO BOX 1297
BONNERS FERRY ID 83805

DETACH HERE ▲

| **Use This Deposit Slip** | **Acct XXXX-1784** |
|---|---|

**Please do not send cash**

| | Dollars | Cents |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| **TOTAL DEPOSIT** | | |

Make checks payable to E✱TRADE Securities LLC
Mail deposits to

E✱TRADE Securities LLC
P O Box 484
Jersey City NJ 07303 0484

081420230001  900536517841



from Morgan Stanley

**E✳TRADE Securities**

Investment Account

# TRADE CONFIRMATION

Account Number  XXXX-1784

**Account Name**

JEFFREY M CHRISTENSEN

E✳TRADE Securities LLC
P O  Box 484
Jersey City  NJ  07303 0484

**Customer Update**

Invest on the go  With the E*TRADE Mobile app, you have everything you need in the palm of your hand  Visit etrade com/mobile  to learn more

| TRADE DATE | SETL DATE | MKT / CPT | SYMBOL / CUSIP | BUY / SELL | QUANTITY | PRICE | ACCT TYPE | | |
|---|---|---|---|---|---|---|---|---|---|
| 08/30/23 | 09/01/23 | 6 1 | MMAT | BUY | 11 500 | $ 2389 | Margin | PRINCIPAL | $2 747 35 |
| **META MATLS INC COMMON STOCK** | | | | | | | | NET AMOUNT | **$2 747 35** |

---

▲ DETACH HERE

JEFFREY M CHRISTENSEN
PO BOX 1297
BONNERS FERRY ID  83805 1297

DETACH HERE  ▲

| Use This Deposit Slip | Acct  XXXX-1784 |
|---|---|

Please do not send cash

| | Dollars | Cents |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| **TOTAL DEPOSIT** | | |

Make checks payable to E*TRADE Securities LLC
Mail deposits to

E*TRADE Securities LLC
P O  Box 484
Jersey City  NJ  07303 0484

083020230001  900536517841



# E✳TRADE
from Morgan Stanley

**E✳TRADE Securities**

Investment Account

## TRADE CONFIRMATION

**Account Number** XXXX-1784

**Account Name**
JEFFREY M CHRISTENSEN

E✳TRADE Securities LLC
P O Box 484
Jersey City NJ 07303 0484

| Customer Update |
|---|
| Tax questions? No problem Get helpful tips, tools and key dates in the Tax Center Visit etrade com/tax today |

| TRADE DATE | SETL DATE | MKT / CPT | SYMBOL / CUSIP | BUY / SELL | QUANTITY | PRICE | ACCT TYPE | | |
|---|---|---|---|---|---|---|---|---|---|
| 04/27/23 | 05/01/23 | 6 1 | MMAT | BUY | 5 260 | $ 1903 | Margin | PRINCIPAL | $1 000 98 |
| **META MATLS INC COMMON STOCK** | | | | | | | | NET AMOUNT | $1 000 98 |

▲ DETACH HERE

JEFFREY M CHRISTENSEN
PO BOX 3220
BONNERS FERRY ID 83805 3220

DETACH HERE ▲

| Use This Deposit Slip    Acct  XXXX-1784 |
|---|

Please do not send cash

| | Dollars | Cents |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| **TOTAL DEPOSIT** | | |

Make checks payable to E✳TRADE Securities LLC
Mail deposits to

E✳TRADE Securities LLC
P O Box 484
Jersey City NJ 07303 0484

042720230001  900536517841



from Morgan Stanley

Your Account Number  889-XXX179-210
Account Type - Margin

JEFFREY M CHRISTENSEN
PO BOX 1297
BONNERS FERRY ID 83805

E*TRADE from Morgan Stanley
P O  BOX 484
JERSEY CITY, NJ 07303-0484
(800)-387-2331

*This transaction is confirmed in accordance with the information provided on the Conditions and Disclosures page*

| Trade Date | Settlement Date | Quantity | Price | | Settlement Amount |
|---|---|---|---|---|---|
| 11/07/2023 | 11/09/2023 | 900 | 0 10635 | Principal | $95 72 |
| | | | | FINRA TAF | $0 13 |
| **Transaction Type  Sold** | | | | Supplemental Transaction Fee | $0 01 |
| | | | | **Net Amount** | **$95 58** |

**Description  META MATERIALS INC**
Symbol / CUSIP / ISIN  MMAT / 59134N104 / US59134N1046
Unsolicited trade
Morgan Stanley Smith Barney LLC acted as agent

Morgan Stanley Smith Barney LLC  Member SIPC  The transaction(s) may have been executed with Morgan Stanley & Co  LLC, an affiliate, which may receive compensation for any such services  E*TRADE is a business of Morgan Stanley


from Morgan Stanley

Your Account Number  889-XXX179-210
Account Type - Margin

JEFFREY M CHRISTENSEN
PO BOX 1297
BONNERS FERRY ID 83805

E*TRADE from Morgan Stanley
P O  BOX 484
JERSEY CITY, NJ 07303-0484
(800)-387-2331

*This transaction is confirmed in accordance with the information provided on the Conditions and Disclosures page*

| Trade Date | Settlement Date | Quantity | Price | | Settlement Amount |
|---|---|---|---|---|---|
| 11/07/2023 | 11/09/2023 | 10,754 | 0 1064 | Principal | $1,144 23 |
| | | | | FINRA TAF | $1 56 |
| **Transaction Type  Sold** | | | | Supplemental Transaction Fee | $0 01 |
| | | | | Net Amount | **$1,142 66** |

**Description  META MATERIALS INC**
Symbol / CUSIP / ISIN  MMAT / 59134N104 / US59134N1046
Unsolicited trade
Morgan Stanley Smith Barney LLC acted as agent

Morgan Stanley Smith Barney LLC  Member SIPC  The transaction(s) may have been executed with Morgan Stanley & Co  LLC, an affiliate, which may receive compensation for any such services  E*TRADE is a business of Morgan Stanley



from Morgan Stanley

JEFFREY M CHRISTENSEN
PO BOX 1297
BONNERS FERRY ID 83805

**E*TRADE from Morgan Stanley**
P O  BOX 484
JERSEY CITY, NJ 07303-0484
(800)-387-2331

*This transaction is confirmed in accordance with the information provided on the Conditions and Disclosures page*

| Trade Date | Settlement Date | Quantity | Price | | Settlement Amount |
|---|---|---|---|---|---|
| 11/14/2023 | 11/16/2023 | 1,887 | 0 090649 | Principal | $171 05 |
| | | | | Net Amount | $171 05 |

Transaction Type  Bought

Description  META MATERIALS INC
Symbol / CUSIP / ISIN  MMAT / 59134N104 / US59134N1046
Unsolicited trade
Morgan Stanley Smith Barney LLC acted as agent

Morgan Stanley Smith Barney LLC  Member SIPC  The transaction(s) may have been executed with Morgan Stanley & Co  LLC, an affiliate, which may receive compensation for any such services  E*TRADE is a business of Morgan Stanley

1 of 2



E✳TRADE
from Morgan Stanley

**Your Account Number**  889-XXX179-210
Account Type - Cash

JEFFREY M CHRISTENSEN
PO BOX 1297
BONNERS FERRY ID 83805

**E*TRADE from Morgan Stanley**
P O  BOX 484
JERSEY CITY, NJ 07303-0484
(800)-387-2331

*This transaction is confirmed in accordance with the information provided on the Conditions and Disclosures page*

| Trade Date | Settlement Date | Quantity | Price | | Settlement Amount |
|---|---|---|---|---|---|
| 01/26/2024 | 01/30/2024 | 1,887 | 0 0583 | Principal | $110 01 |
| **Transaction Type  Sold** | | | | FINRA TAF | $0 31 |
| | | | | Supplemental Transaction Fee | $0 01 |
| **Description  META MATERIALS INC** | | | | Net Amount | $109 69 |

Symbol / CUSIP / ISIN  MMAT / 59134N104 / US59134N1046
Unsolicited trade
Morgan Stanley Smith Barney LLC acted as agent

Morgan Stanley Smith Barney LLC  Member SIPC  The transaction(s) may have been executed with Morgan Stanley & Co  LLC, an affiliate, which may receive compensation for any such services  E*TRADE is a business of Morgan Stanley