NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | | **PROOF OF INTEREST** |
|---|---|---|

Name of Debtor: **Meta Materials**
Case Number: **24-50792**

1. Name and address of holder of the Equity Interest (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

   **Joseph Gilbert**
   **664 Old Phelps Rd.**
   **Huntsville Tx, 77340**
   **571-606-4085**

   Telephone Number:

   ☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

   ☑ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

   ☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

COURT USE ONLY

Account or other number by which Interest holder identifies Debtor:

**PNE 023406**

Check here if this claim:
☐ replaces a previously filed Proof of Interest dated: _____
☐ amends a previously filed Proof of Interest dated: _____

2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:

   **Alight Financial Solutions**

   Telephone Number: **224-737-7000**

3. Date Equity Interest was acquired:

   **11/11/2022**

4. Total amount of member interest: _____

5. Certificate number(s): _____

6. Type of Equity Interest:
   Please indicate the type of Equity Interest you hold:
   ☑ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
   ☐ Check this box if your Equity Interest is based on anything else and describe that interest:
   Description: **Investor**

7. Supporting Documents: Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
   DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. Date-Stamped Copy: To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

9. Signature:
   Check the appropriate box.
   ☑ I am the creditor.   ☐ I am the creditor's authorized agent. (Attach copy of power of attorney, if any.)   ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)   ☐ I am a guarantor, surety, endorser, or other codebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: **Joseph Gilbert**
Title:
Company: _____ Address and telephone number (if different from notice address above):

(Signature) *Joseph Gilbert*   (Date) **11-12-2024**

Telephone number: **571-606-4085**   email: **joseph.gilbert8161@icloud.com**

Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571

Tax Lot Details ✕

**MMATQ**  META MATLS INC COM NEW

Details

Tax Lots

| Opening Trade Date | Qty | Market Value | Total Cost | Unit Cost | Unrealized Gain/Loss | |
|---|---|---|---|---|---|---|
| › 06/28/2023 | 45.... | $2.71 | 865.50 | 19.20 | -862.79 | -99.69% |
| › 02/28/2023 | 2.22 | $0.13 | 148.72 | 66.86 | -148.59 | -99.91% |
| › 02/28/2023 | 2.22 | $0.13 | 148.73 | 66.87 | -148.60 | -99.91% |
| › 02/28/2023 | 1.02 | $0.06 | 68.33 | 66.86 | -68.27 | -99.91% |
| › 02/28/2023 | 0.34 | $0.02 | 22.77 | 66.83 | -22.75 | -99.91% |
| › 02/28/2023 | 14.... | $0.84 | 938.11 | 66.88 | -937.27 | -99.91% |
| › 02/28/2023 | 2.22 | $0.13 | 148.72 | 66.86 | -148.59 | -99.91% |
| › 02/28/2023 | 2.22 | $0.13 | 148.72 | 66.86 | -148.59 | -99.91% |
| › 01/04/2023 | 7.51 | $0.45 | 845.25 | 112.48 | -844.80 | -99.95% |
| › 12/05/2022 | 55.... | $3.31 | 10,187.75 | 184.87 | -10,184.44 | -99.97% |
| › 11/11/2022 | 2.00 | $0.12 | 270.07 | 134.77 | -269.95 | -99.96% |

[1]Securities acquired before 2011 are generally not subject to the new cost basis reporting rules set forth in the Internal Revenue Code of 1986, as amended ('IRC') (incorporating amendments enacted by P.L.110343, the Emergency Economic Stabilization Act of 2008), and are therefore considered 'noncovered', under the new cost basis reporting rules. Securities which are 'covered' under the new cost basis reporting rules are defined as securities which have been acquired on or after their 'applicable date(s)' at which they are subject to the cost basis reporting rules. The adjusted basis will be

Tax Lot Details

**MMATQ**   META MATLS INC COM NEW

Details

Tax Lots

| Opening Trade Date | Qty | Market Value | Total Cost | Unit Cost | Unrealized Gain/Loss | |
|---|---|---|---|---|---|---|
| 06/28/2023 | 45.... | $2.71 | 865.50 | 19.20 | -862.79 | -99.69% |
| 02/28/2023 | 2.22 | $0.13 | 148.72 | 66.86 | -148.59 | -99.91% |
| 02/28/2023 | 2.22 | $0.13 | 148.73 | 66.87 | -148.60 | -99.91% |
| 02/28/2023 | 1.02 | $0.06 | 68.33 | 66.86 | -68.27 | -99.91% |
| 02/28/2023 | 0.34 | $0.02 | 22.77 | 66.83 | -22.75 | -99.91% |
| 02/28/2023 | 14.... | $0.84 | 938.11 | 66.88 | -937.27 | -99.91% |
| 02/28/2023 | 2.22 | $0.13 | 148.72 | 66.86 | -148.59 | -99.91% |
| 02/28/2023 | 2.22 | $0.13 | 148.72 | 66.86 | -148.59 | -99.91% |
| 01/04/2023 | 7.51 | $0.45 | 845.25 | 112.48 | -844.80 | -99.95% |
| 12/05/2022 | 55.... | $3.31 | 10,187.75 | 184.87 | -10,184.44 | -99.97% |
| 11/11/2022 | 2.00 | $0.12 | 270.07 | 134.77 | -269.95 | -99.96% |

[1] Securities acquired before 2011 are generally not subject to the new cost basis reporting rules set forth in the Internal Revenue Code of 1986, as amended ('IRC') (incorporating amendments enacted by P.L.110343, the Emergency Economic Stabilization Act of 2008), and are therefore considered 'noncovered', under the new cost basis reporting rules. Securities which are 'covered' under the new cost basis reporting rules are defined as securities which have been acquired on or after their 'applicable date(s)' at which they are subject to the cost basis reporting rules. The adjusted basis will be