NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | | PROOF OF INTEREST |
|---|---|---|

Name of Debtor: Meta Materials, Inc

Case Number: 24-50792-hlb

1. Name and address of holder of the Equity Interest (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

   Christopher Schenkel
   1302 Springhouse Rd
   Sinking Spring, PA 19608

   Telephone Number:

   ☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

   ☒ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

   ☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

COURT USE ONLY

Account or other number by which Interest holder identifies Debtor: Empower Brokerage IRA XRA586481

Check here if this claim:
☐ replaces a previously filed Proof of Interest dated: _____
☒ amends a previously filed Proof of Interest dated: 10/23/24    Recieved + Filed 10/30/24

2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:
   Empower Retirement IRA    P.O. Box 1700
                              Denver, CO 80201
   Telephone Number: 877-788-6261

3. Date Equity Interest was acquired:
   May 6, 2024    500 shares    Statement
   May 14, 2024   1,000 shares  Attached

4. Total amount of member interest: 1,500 shares    $3,085.₂

5. Certificate number(s): _____

6. Type of Equity Interest:
   Please indicate the type of Equity Interest you hold:
   ☒ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
   ☐ Check this box if your Equity Interest is based on anything else and describe that interest:
   Description: _____

7. Supporting Documents: Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
   DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. Date-Stamped Copy: To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

9. Signature:
   Check the appropriate box.
   ☒ I am the creditor.    ☐ I am the creditor's authorized agent.    ☐ I am the trustee, or the debtor,    ☐ I am a guarantor, surety, endorser, or other codebtor.
                           (Attach copy of power of attorney, if any.)    or their authorized agent.    (See Bankruptcy Rule 3005.)
                                                                         (See Bankruptcy Rule 3004.)

   I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

   Print Name: Chris Schenkel
   Title:
   Company: Address and telephone number (if different from notice address above):

   (Signature) Ch Shl    (Date) 11/8/24

   Telephone number: 610-657-7268    email: cschenks@gmail.com

Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571

Your Privacy

We use cookies to improve your experience on our websites. By continuing you are giving consent to cookies being used. **Cookie Notice**

| Security ID | Transaction | Time Period | |
|---|---|---|---|
| MMAT | Security Transaction | Current Year | Apply Filters |

Include money market and bank deposit sweep transactions

Exchange Rates Are As Of November 8, 2024

| Date ↓ | Type | Security ID | Activity | Net Amount |
|---|---|---|---|---|
| ∨ May 06, 2024 | Cash | MMAT | Buy 500.00000 Share(s) Of Mmat At 2.3... | -$1,195.00 |

**Activity Description**
Meta Matls Inc Com New Unsolicited Order

| Trade Date | Settlement Date | Quantity | Account Type |
|---|---|---|---|
| May 06, 2024 | May 08, 2024 | 500.00 | Cash |

| Net Amount | Price | Principal | Commission / Fees |
|---|---|---|---|
| -$1,195.00 | $2.39 | -$1,195.00 | $0.00 / $0.00 |

Cusip
59134N302

View E-Confirm

| ∨ Mar 14, 2024 | Cash | MMAT | Buy 1000.00000 Share(s) Of Mmat At 1.... | -$1,890.00 |
|---|---|---|---|---|

**Activity Description**
Meta Matls Inc Com New Unsolicited Order

| Trade Date | Settlement Date | Quantity | Account Type |
|---|---|---|---|
| Mar 14, 2024 | Mar 18, 2024 | 1,000.00 | Cash |

| Net Amount | Price | Principal | Commission / Fees |
|---|---|---|---|
| -$1,890.00 | $1.89 | -$1,890.00 | $0.00 / $0.00 |

Cusip
59134N302

View E-Confirm

Data is available for a maximum of 2 years.

877-788-6261 (For retail investors)
866-997-3457 (For employer plan participants)

This information is provided by Empower through Pershing LLC, member **FINRA**, **NYSE**, **SIPC**, a subsidiary of The Bank of New York Mellon Corporation.

| EFSI / Empower | Asset Protection | Pershing Privacy |
|---|---|---|
| Margin Disclosure | Cookie Notice | |

Switch to Accessible Theme

© 2024 Pershing LLC. All Rights Reserved. **Click here** for terms of use. Trademark(s) belong to their respective owners.