NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | PROOF OF INTEREST |
|---|---|

**Name of Debtor:** Meta Materials INC

**Case Number:** 24-50792-hlb

**1.** **Name and address of holder of the Equity Interest** (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

Gregory Ryan Helton
5249 Avery Woods LN
Knoxville TN 37921

**Telephone Number:** 423-259-0980

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

☑ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

**NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.**

**COURT USE ONLY**

**Account or other number by which Interest holder identifies Debtor:** 220543129

Check here if this claim:
☐ replaces a previously filed Proof of Interest dated: _____
☐ amends a previously filed Proof of Interest dated: _____

**2.** **Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:**

Fidelity
100 Crosby Pkwy Covington KY 41015
**Telephone Number:** 1 800-343-3548

**3.** **Date Equity Interest was acquired:**
Please see attachments

**4.** **Total amount of member interest:** 1,884

**5.** **Certificate number(s):** _____

**6.** **Type of Equity Interest:**
Please indicate the type of Equity Interest you hold:
☑ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
☐ Check this box if your Equity Interest is based on anything else and describe that interest:
**Description:** _____

**7.** **Supporting Documents:** Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**8.** **Date-Stamped Copy:** To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

**9. Signature:**
Check the appropriate box.
☑ I am the creditor.  ☐ I am the creditor's authorized agent.  ☐ I am the trustee, or the debtor,  ☐ I am a guarantor, surety, endorser, or other codebtor.
(Attach copy of power of attorney, if any.)  or their authorized agent.  (See Bankruptcy Rule 3005.)
(See Bankruptcy Rule 3004.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

**Print Name:** Gregory Ryan Helton
**Title:**
**Company:** __ Address and telephone number (if different from notice address above):
_____
_____

(Signature) Gregory Ryan Helton    (Date) 11-10-24
**Telephone number:** 423-259-0980    email: rhelton36@hotmail.com

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

November 10, 2024

To whom this may concern,

I originally started trading on the Webull platform and buying torchlight energy (trch) and held through the merger and those shares then became Meta Materials (mmat). After the merger, I transferred all my assets to a fidelity account and continued to buy Meta Materials on my fidelity account. This is why I am attaching my trade confirmations from my Webull account, because those trade confirmations do not show up in my fidelity account. The total number of shares based off of my Webull trading confirmations through the dates listed on them were 12,626. The total number of shares based off of my fidelity trade confirmations were 74, 496. To the best of my abilities in totaling these numbers, the total number of shares I calculated of MMAT totaled 87,122 based off the trade confirmations that I attached. The 100-1 reverse split significantly changed these numbers to somewhere in the 850-860 shares afterwards. I continued to buy MMAT, and that landed me at 1,884 shares which is what I currently hold. I wanted to attach this letter in an attempt to represent my proof to the best of my abilities. I have also attached my trading history of Meta Materials as well because I was unsure whether I should use trading confirmations or trading history.

Best Regards,


Gregory Ryan Helton



**INVESTMENT REPORT**
October 1, 2024 - October 31, 2024

FIDELITY ACCOUNT GREGORY RYAN HELTON - INDIVIDUAL TOD
▶ **Account Number: Z20-543129**

Envelope # BQXDTCBBBRXJB

GREGORY RYAN HELTON
5244 AVERY WOODS LN
KNOXVILLE TN 37921-5242

## Your Account Value: $660.15

Change from Last Period: ▼ $587.17

|  | This Period | Year-to-Date |
|---|---|---|
| **Beginning Account Value** | $1,247.32 | $5,133.23 |
| Additions | - | 1,770.00 |
| Change in Investment Value * | -587.17 | -6,243.08 |
| **Ending Account Value ** | $660.15 | $660.15 |
| Accrued Interest (AI) | 0.00 | |
| Ending Account Value Incl. AI | $660.15 | |

\*    Reflects appreciation or depreciation of your holdings due to price changes, transactions
     from Other Activity In or Out and Multi-currency transactions, plus any distribution and
     income earned during the statement period.
\*\*   Excludes unpriced securities.

### Contact Information

| Online | Fidelity.com |
|---|---|
| FAST®-Automated Telephone | (800) 544-5555 |
| Customer Service | (800) 544-6666 |

Brokerage services provided by Fidelity Brokerage Services LLC (FBS), Member NYSE, SIPC (800) 544-6666. Brokerage accounts carried by National Financial Services LLC (NFS), Member NYSE, SIPC.

MR_CE_BQXDTCBBBRXJB_BBBBB 20241031

H02591216620241031

 **Fidelity** INVESTMENTS

## Account Summary

Account # Z20-543129
GREGORY RYAN HELTON - INDIVIDUAL - TOD

**Account Value:**                    **$660.15**

### Change in Account Value

|                               | This Period | Year-to-Date |
|-------------------------------|------------:|-------------:|
| Beginning Account Value       | $1,247.32   | $5,133.23    |
| Additions                     | -           | 1,770.00     |
| Deposits                      | -           | 1,770.00     |
| Change in Investment Value *  | -587.17     | -6,243.08    |
| Ending Account Value          | $660.15     | $660.15      |
| Accrued Interest (AI)         | 0.00        |              |
| Ending Account Value Incl. AI | $660.15     |              |

\*   Reflects appreciation or depreciation of your holdings due to price changes, transactions
    from Other Activity In or Out and Multi-currency transactions, plus any distribution and
    income earned during the statement period.

### Account Holdings



2% Core Account ($10)

98% Stocks ($650)

### Top Holdings

| Description | Value | Percent of Account |
|-------------|------:|-------------------:|
| Tesla INC Com | $499 | 76% |
| Meta Materials INC Com New Isin #Us59134N3026 Sedol #Bq57J98 | 133 | 20 |
| Fidelity Government Money Market | 10 | 2 |
| **Total** | **$643** | **98%** |

*Please note that, due to rounding, percentages may not add to 100%.*

### Income Summary

|           | This Period | Year-to-Date |
|-----------|------------:|-------------:|
| Taxable   | $0.04       | $3.96        |
| Dividends | 0.04        | 3.96         |
| **Total** | **$0.04**   | **$3.96**    |

2 of 6



## Holdings

### Core Account

| Description | Beginning Market Value Oct 1, 2024 | Quantity Oct 31, 2024 | Price Per Unit Oct 31, 2024 | Ending Market Value Oct 31, 2024 | Total Cost Basis | Unrealized Gain/Loss Oct 31, 2024 | EAI ($) / EY (%) |
|---|---|---|---|---|---|---|---|
| FIDELITY GOVERNMENT MONEY MARKET  (SPAXX) -- 7-day yield: 4.47% | $10.07 | 10.110 | $1.0000 | $10.11 | not applicable | not applicable | $0.50 4.950% |
| Total Core Account (2% of account holdings) | $10.07 | | | $10.11 | | | $0.50 |

### Stocks

| Description | Beginning Market Value Oct 1, 2024 | Quantity Oct 31, 2024 | Price Per Unit Oct 31, 2024 | Ending Market Value Oct 31, 2024 | Total Cost Basis | Unrealized Gain/Loss Oct 31, 2024 | EAI ($) / EY (%) |
|---|---|---|---|---|---|---|---|
| **Common Stock** | | | | | | | |
| LAKE RESOURCES NL NPV ISIN #AU000000LKE1 SEDOL #6397267 (LLKKF) | $5.83 | 205.000 | $0.0400 | $8.18 | $224.60 | -$216.42 | - |
| FARADAY FUTURE INTLGT ELEC INC COM NEW CL A (FFIE) | 8.61 | 3.000 | 2.0500 | 6.15 | 164.39 | -158.24 | - |
| GLOBAL TECH IND GROUP RESTRICTED | unavailable | 9.000 | - | unavailable | unknown | unknown | - |
| GLOBAL TECH INDS GROUP INC COM (GTII) | 2.47 | 90.000 | 0.0250 | 2.25 | 229.95 | -227.70 | - |
| META MATERIALS INC COM NEW ISIN #US59134N3026 SEDOL #BQ67J98 (MMATQ) | 697.08 | 1,884.000 | 0.0710 | 133.76 | 67,989.82t | -67,856.06 | - |
| TESLA INC COM (TSLA) | 523.26 | 2.000 | 249.8500 | 499.70 | 509.98 | -10.28 | - |
| Total Common Stock (98% of account holdings) | $1,237.25 | | | $650.04 | $69,118.74 | -$68,468.70 | - |
| Total Stocks (98% of account holdings) | $1,237.25 | | | $650.04 | $69,118.74 | -$68,468.70 | - |
| **Total Holdings** | | | | $660.15 | $69,118.74 | -$68,468.70 | $0.50 |



## Holdings

Account # Z20-543129
GREGORY RYAN HELTON - INDIVIDUAL - TOD

*All positions held in cash account unless indicated otherwise.*

EAI **Estimated Annual Income (EAI) & Estimated Yield (EY)-** *EAI is an estimate of annual income for a specific security position over the next rolling 12 months. EAI may be negative on short*
& EY *positions. EY is calculated by dividing the current EAI for a security position by its statement closing date market value. EAI and EY are estimates only and may include return of principal and/or capital gains, which would render them overstated. Actual income and yield might be lower or higher than the estimated amounts.* **For calculation details, refer to the "Additional Information and Endnotes" section.**

*Total Cost Basis does not include the cost basis on core, money market or other positions where cost basis is unknown or not applicable.*

t *Third-party provided*

## Activity

### Dividends, Interest & Other Income

*(includes dividend reinvestment)*

| Settlement Date | Security Name | Symbol/ CUSIP | Description | Quantity | Price | Amount |
|---|---|---|---|---|---|---|
| 10/31 | FIDELITY GOVERNMENT MONEY MARKET | 31617H102 | Dividend Received | - | - | $0.04 |
| **Total Dividends, Interest & Other Income** | | | | | | **$0.04** |

### Core Fund Activity

*For more information about the operation of your core account, please refer to your Customer Agreement.*

| Settlement Account Date | Type | Transaction | Description | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|
| 10/31 | CASH | You Bought | FIDELITY GOVERNMENT MONEY MARKET @ 1 | 0.040 | $1.0000 | $0.04 | $10.11 |
| **Total Core Fund Activity** | | | | | | **$0.04** | |



# Positions

## Individual - TOD
Brokerage: Z20543129 (Routing number)

---

| Overview | Dividend View | Closed Positions | | | | | As of Nov-10-2024 at 7:58 p.m. ET |

| Symbol | Last Price | Total Gain/Loss | Today's Gain/Loss | Current Value | % of Account | Quantity | Cost Basis | 52-Week Ra |
|---|---|---|---|---|---|---|---|---|
| **Individual - TOD**  Z20543129 | | | | | | | | |
| **SPAXX** HELD IN MONEY MAR... | | | | $10.11 | 1.29% | | | |
| **379CNT074** GLOBAL TECH IND GR... | n/a n/a | n/a n/a | n/a n/a | n/a | 0.00% | 9 | -- | |
| **FFIE** ⓘ FARADAY FUTURE IN... | $1.68 -$0.11 | -$159.35 -96.94% | -$0.33 -6.15% | $5.04 | 0.64% | 3 | $164.39 $54.80 / Share | ◆ $1.52    $1! |
| **GTII** GLOBAL TECH INDS G... | $0.03 - $0.0196 | -$227.25 -98.83% | -$1.77 -39.52% | $2.70 | 0.34% | 90 | $229.95 $2.56 / Share | ◆ $0.00 |
| **LLKKF** LAKE RESOURCES NL... | $0.0376 $0.00 | -$216.89 -96.57% | $0.00 0.00% | $7.71 | 0.98% | 205 | $224.60 $1.10 / Share | ◆ $0.02 |
| **MMATQ** META MATERIALS INC... | $0.061 $0.00 | - $67,874.90 -99.84% | $0.00 0.00% | $114.92 | 14.68% | 1,884 | Ⓦ $67,989.82ᵗ $36.09 / Share | ◆ $0.06    $- |

### META MATERIALS INC COM NEW ISIN #US59134N3026 SEDOL #BQ67J98

| Acquired | Term | $ Total Gain/Loss | % Total Gain/Loss | Current Value | Quantity | Average Cost Basis | Cost Basis Total |
|---|---|---|---|---|---|---|---|
| Sep-09-2024 | Short | -$14.03 | -85.50% | $2.38 | 39 | $0.42 | $16.41 |
| Sep-09-2024 | Short | -$114.16 | -85.48% | $19.40 | 318 | $0.42 | $133.56 |
| Aug-20-2024 | Short | -$184.13 | -88.95% | $22.88 | 375 | $0.55 | $207.00 |

| Date | Type | Value | Change % | Col5 | Col6 | Col7 | Col8 |
|---|---|---|---|---|---|---|---|
| Aug-13-2024 | Short | -$126.39 | -90.40% | $13.42 | 220 | $0.64 | $139.81 |
| Jun-05-2024 | Short | -$146.26 | -98.20% | $2.68 | 44 | $3.38 | $148.94 |
| May-09-2024 | Short | -$141.77 | -97.00% | $4.39 | 72 | $2.03 | $146.16 |
| Jan-24-2024 | Short | -$147.32 | -99.02% | $1.47 | 24.021 | $6.19 | $148.79 |
| Jan-19-2024 | Short | -$149.99 | -99.20% | $1.21 | 19.765 | $7.65 | $151.20 |
| Jan-12-2024 | Short | -$252.93 | -99.02% | $2.50 | 41.032 | $6.23 | $255.43 |
| Dec-05-2023 | Short | -$994.95 | -99.17% | $8.33 | 136.607 | $7.34 | $1,003.28 |
| Dec-04-2023 | Short | -$141.44 | -99.28% | $1.03 | 16.814 | $8.47 | $142.47 |
| Nov-08-2023 | Long | -$153.58 | -99.41% | $0.92 | 15.011 | $10.29 | $154.50 |
| Nov-02-2023 | Long | -$148.92 | -99.46% | $0.81 | 13.26 | $11.29 | $149.73 |
| Oct-25-2023 | Long | -$149.58 | -99.57% | $0.65 | 10.708 | $14.03 | $150.23 |
| Oct-20-2023 | Long | -$150.52 | -99.66% | $0.51 | 8.406 | $17.97 | $151.03 |
| Oct-05-2023 | Long | -$150.07 | -99.72% | $0.43 | 7.006 | $21.48 | $150.50 |
| Aug-17-2023 | Long | -$151.47 | -99.72% | $0.43 | 7.006 | $21.68 | $151.90 |
| Aug-09-2023 | Long | -$44.01 | -99.76% | $0.11 | 1.751 | $25.20 | $44.12 |
| Aug-09-2023 | Long | -$100.60 | -99.76% | $0.24 | 4.003 | $25.19 | $100.84 |
| Jul-11-2023 | Long | -$150.55 | -99.68% | $0.49 | 8.006 | $18.87 | $151.04 |
| Jun-29-2023 | Long | -$149.64 | -99.71% | $0.44 | 7.156 | $20.97 | $150.08 |
| Jun-20-2023 | Long | -$232.66 | -99.81% | $0.45 | 7.406 | $31.48 | Ⓦ $233.11 |
| Jun-02-2023 | Long | -$996.14 | -99.70% | $2.96 | 48.538 | $20.58 | $999.10 |
| May-31-2023 | Long | -$152.94 | -99.74% | $0.40 | 6.555 | $23.39 | $153.34 |
| May-24-2023 | Long | -$146.37 | -99.76% | $0.35 | 5.704 | $25.72 | $146.72 |
| May-22-2023 | Long | -$150.05 | -99.76% | $0.37 | 6.004 | $25.05 | $150.42 |
| May-10-2023 | Long | -$147.52 | -99.73% | $0.41 | 6.655 | $22.23 | $147.93 |
| May-04-2023 | Long | -$200.22 | -99.67% | $0.66 | 10.808 | $18.59 | $200.88 |
| Apr-20-2023 | Long | -$1,862.82 | -99.69% | $5.85 | 95.855 | $19.49 | $1,868.67 |
| Apr-20-2023 | Long | -$82.03 | -99.69% | $0.26 | 4.223 | $19.49 | $82.29 |
| Apr-17-2023 | Long | -$151.55 | -99.73% | $0.41 | 6.705 | $22.66 | $151.96 |
| Apr-11-2023 | Long | -$151.99 | -99.85% | $0.23 | 3.703 | $41.11 | $152.22 |
| Apr-05-2023 | Long | -$155.61 | -99.85% | $0.23 | 3.803 | $40.98 | $155.84 |
| Mar-28-2023 | Long | -$147.03 | -99.87% | $0.20 | 3.253 | $45.26 | $147.23 |
| Mar-24-2023 | Long | -$122.66 | -99.87% | $0.16 | 2.602 | $47.20 | $122.82 |
| Mar-14-2023 | Long | -$121.21 | -99.88% | $0.14 | 2.302 | $52.72 | $121.35 |
| Mar-01-2023 | Long | -$104.45 | -99.90% | $0.10 | 1.701 | $61.46 | $104.55 |

| Date | Position | Gain/Loss | % Gain/Loss | Current Value | Quantity | Price | Cost Basis |
|---|---|---|---|---|---|---|---|
| Feb-22-2023 | Long | -$107.76 | -99.91% | $0.10 | 1.601 | $67.37 | $107.86 |
| Feb-17-2023 | Long | -$128.28 | -99.91% | $0.11 | 1.801 | $71.29 | $128.39 |
| Jan-27-2023 | Long | -$122.67 | -99.94% | $0.08 | 1.251 | $98.12 | $122.75 |
| Dec-09-2022 | Long | -$58.09 | -99.96% | $0.03 | 0.421 | $138.05 | $58.12 |
| Nov-28-2022 | Long | -$10,047.77 | -99.97% | $3.23 | 52.942 | $189.85 | $10,051.00 |
| Nov-14-2022 | Long | -$1,707.94 | -99.96% | $0.64 | 10.458 | $163.38 | $1,708.58 |
| Nov-10-2022 | Long | -$671.19 | -99.95% | $0.31 | 5.004 | $134.19 | $671.50 |
| Nov-10-2022 | Long | -$634.04 | -99.95% | $0.31 | 5.004 | $126.77 | $634.35 |
| Nov-10-2022 | Long | -$195.66 | -99.95% | $0.09 | 1.501 | $130.41 | $195.75 |
| Nov-09-2022 | Long | -$1,384.89 | -99.96% | $0.61 | 10.008 | $138.44 | $1,385.50 |
| Nov-09-2022 | Long | -$215.16 | -99.96% | $0.09 | 1.501 | $143.40 | $215.25 |
| Nov-09-2022 | Long | -$697.04 | -99.96% | $0.31 | 5.004 | $139.36 | $697.35 |
| Nov-09-2022 | Long | -$224.04 | -99.96% | $0.09 | 1.501 | $149.32 | $224.13 |
| Nov-09-2022 | Long | -$212.91 | -99.96% | $0.09 | 1.501 | $141.91 | $213.00 |
| Oct-28-2022 | Long | -$711.53 | -99.94% | $0.43 | 6.986 | $101.91 | $711.96 |
| Oct-19-2022 | Long | -$126.29 | -99.93% | $0.09 | 1.501 | $84.20 | $126.38 |
| Oct-19-2022 | Long | -$87.94 | -99.93% | $0.06 | 1.001 | $87.91 | $88.00 |
| Oct-19-2022 | Long | -$87.54 | -99.93% | $0.06 | 1.001 | $87.51 | $87.60 |
| Oct-19-2022 | Long | -$85.57 | -99.93% | $0.06 | 1.001 | $85.54 | $85.63 |
| Oct-18-2022 | Long | -$276.09 | -99.93% | $0.18 | 3.003 | $92.00 | $276.27 |
| Oct-18-2022 | Long | -$136.78 | -99.93% | $0.09 | 1.501 | $91.19 | $136.87 |
| Oct-17-2022 | Long | -$100.49 | -99.94% | $0.06 | 1.001 | $100.45 | $100.55 |
| Oct-14-2022 | Long | -$135.66 | -99.93% | $0.09 | 1.501 | $90.44 | $135.75 |
| Oct-14-2022 | Long | -$135.62 | -99.93% | $0.09 | 1.501 | $90.41 | $135.71 |
| Oct-13-2022 | Long | -$584.69 | -99.95% | $0.31 | 5.004 | $116.91 | $585.00 |
| Oct-12-2022 | Long | -$139.17 | -99.94% | $0.09 | 1.401 | $99.40 | $139.26 |
| Oct-12-2022 | Long | -$542.69 | -99.94% | $0.31 | 5.004 | $108.51 | $543.00 |
| Oct-07-2022 | Long | -$425.89 | -99.91% | $0.39 | 6.455 | $66.04 | $426.28 |
| Oct-06-2022 | Long | -$132.36 | -99.91% | $0.12 | 2.001 | $66.21 | $132.48 |
| Oct-05-2022 | Long | -$133.40 | -99.91% | $0.12 | 2.001 | $66.73 | $133.52 |
| Oct-05-2022 | Long | -$262.80 | -99.91% | $0.24 | 4.003 | $65.71 | $263.04 |
| Oct-03-2022 | Long | -$94.92 | -99.90% | $0.09 | 1.501 | $63.30 | $95.01 |
| Oct-03-2022 | Long | -$95.40 | -99.90% | $0.09 | 1.501 | $63.62 | $95.49 |
| Sep-30-2022 | Long | -$99.68 | -99.91% | $0.09 | 1.501 | $66.47 | $99.77 |

| Sep-29-2022 | Long | -$98.24 | -99.91% | $0.09 | 1.501 | $65.51 | $98.33 |
| Sep-29-2022 | Long | -$51.77 | -99.91% | $0.05 | 0.801 | $64.69 | $51.82 |
| Sep-29-2022 | Long | -$100.08 | -99.91% | $0.09 | 1.501 | $66.74 | $100.17 |
| Sep-28-2022 | Long | -$68.24 | -99.91% | $0.06 | 1.001 | $68.23 | $68.30 |
| Sep-28-2022 | Long | -$34.12 | -99.91% | $0.03 | 0.501 | $68.16 | $34.15 |
| Sep-27-2022 | Long | -$99.87 | -99.91% | $0.09 | 1.501 | $66.60 | $99.96 |
| Sep-23-2022 | Long | -$100.37 | -99.91% | $0.09 | 1.491 | $67.38 | $100.46 |
| Sep-22-2022 | Long | -$194.15 | -99.91% | $0.17 | 2.802 | $69.35 | $194.32 |
| Sep-12-2022 | Long | -$195.66 | -99.93% | $0.14 | 2.352 | $83.25 | $195.80 |
| Jun-01-2022 | Long | -$28.19 | -99.97% | $0.01 | 0.15 | $188.00 | $28.20 |
| Jun-01-2022 | Long | -$1,974.39 | -99.97% | $0.61 | 10.008 | $197.34 | $1,975.00 |
| Feb-09-2022 | Long | -$18.74 | -99.97% | $0.01 | 0.1 | $187.50 | $18.75 |
| Jan-28-2022 | Long | -$4,980.26 | -99.96% | $2.10 | 34.507 | $144.39 | $4,982.36 |
| Dec-28-2021 | Long | -$4,995.13 | -99.98% | $1.19 | 19.465 | $256.68 | $4,996.32 |
| Oct-29-2021 | Long | -$5,009.00 | -99.99% | $0.66 | 10.828 | $462.66 | $5,009.66 |
| Oct-18-2021 | Long | -$4,999.39 | -99.99% | $0.61 | 10.008 | $499.60 | $5,000.00 |
| Oct-18-2021 | Long | -$985.76 | -99.99% | $0.12 | 1.961 | $502.74 | $985.88 |
| Oct-04-2021 | Long | -$1,987.55 | -99.99% | $0.24 | 3.893 | $510.61 | $1,987.79 |
| Aug-11-2021 | Long | -$25.69 | -99.98% | $0.00 | 0.07 | $367.00 | $25.69 |
| Jul-21-2021 | Long | -$1,009.64 | -99.98% | $0.16 | 2.552 | $395.69 | $1,009.80 |
| Jul-16-2021 | Long | -$948.84 | -99.98% | $0.16 | 2.602 | $364.72 | $949.00 |
| Jul-08-2021 | Long | -$92.15 | -99.99% | $0.01 | 0.16 | $576.00 | $92.16 |
| Jun-18-2021 | Long | -$491.18 | -100.00% | $0.02 | 0.4 | $1,228.00 | $491.20 |
| May-18-2021 | Long | -$650.49 | -99.99% | $0.09 | 1.501 | $433.43 | $650.58 |
| Mar-26-2021 | Long | -$359.94 | -99.98% | $0.06 | 1.001 | $359.64 | $360.00 |
| Mar-24-2021 | Long | -$747.88 | -99.98% | $0.12 | 2.001 | $373.81 | $748.00 |
| Mar-15-2021 | Long | -$65.24 | -99.99% | $0.01 | 0.125 | $522.00 | $65.25 |
| Mar-15-2021 | Long | -$244.97 | -99.99% | $0.03 | 0.501 | $489.02 | $245.00 |
| Mar-15-2021 | Long | -$272.97 | -99.99% | $0.03 | 0.501 | $544.91 | $273.00 |
| Mar-08-2021 | Long | -$207.97 | -99.99% | $0.03 | 0.501 | $415.17 | $208.00 |
| Mar-05-2021 | Long | -$189.97 | -99.98% | $0.03 | 0.501 | $379.24 | $190.00 |
| Mar-05-2021 | Long | -$187.47 | -99.98% | $0.03 | 0.501 | $374.25 | $187.50 |
| Mar-05-2021 | Long | -$10.15 | -99.98% | $0.00 | 0.025 | $406.00 | $10.15 |
| Mar-05-2021 | Long | -$194.97 | -99.98% | $0.03 | 0.501 | $389.22 | $195.00 |

| Mar-05-2021 | Long | -$201.97 | -99.98% | $0.03 | 0.501 | $403.19 | $202.00 |
| Mar-04-2021 | Long | -$226.97 | -99.99% | $0.03 | 0.501 | $453.09 | $227.00 |
| Mar-04-2021 | Long | -$53.74 | -99.99% | $0.01 | 0.125 | $430.00 | $53.75 |
| Mar-04-2021 | Long | -$108.98 | -99.99% | $0.02 | 0.25 | $436.00 | $109.00 |
| Mar-04-2021 | Long | -$109.98 | -99.99% | $0.02 | 0.25 | $440.00 | $110.00 |
| Feb-23-2021 | Long | -$1,616.79 | -99.99% | $0.21 | 3.502 | $461.74 | $1,617.00 |
| Feb-23-2021 | Long | -$277.97 | -99.99% | $0.03 | 0.501 | $554.89 | $278.00 |
| Feb-23-2021 | Long | -$15.40 | -99.99% | $0.00 | 0.025 | $616.00 | $15.40 |
| Feb-23-2021 | Long | -$280.77 | -99.99% | $0.03 | 0.451 | $622.62 | $280.80 |
| Feb-23-2021 | Long | -$15.00 | -99.99% | $0.00 | 0.025 | $600.00 | $15.00 |
| Feb-19-2021 | Long | -$599.94 | -99.99% | $0.06 | 1.001 | $599.40 | $600.00 |
| Feb-19-2021 | Long | -$1,679.21 | -99.99% | $0.17 | 2.802 | $599.35 | $1,679.38 |
| Feb-18-2021 | Long | -$331.96 | -99.99% | $0.03 | 0.501 | $662.65 | $331.99 |
| Feb-17-2021 | Long | -$200.98 | -99.99% | $0.02 | 0.25 | $804.00 | $201.00 |
| Feb-17-2021 | Long | -$954.43 | -99.99% | $0.07 | 1.15 | $830.00 | $954.50 |
| Feb-17-2021 | Long | -$90.84 | -99.99% | $0.01 | 0.115 | $790.00 | $90.85 |

Show Less  ‹  ›

| **TSLA**<br>TESLA INC COM | $321.22<br>+$24.31 | +$132.46<br>+25.97% | +$48.62<br>+8.18% | $642.44 | 82.06% | 2 | $509.98<br>$254.99 / Share | $138.80 | $3: |

| **Account Total** | | $68,345.93<br>-98.88% | +$46.52<br>+6.32% | $782.92 | | | | | |

Securities Priced Today    **$0.00**

Securities Not Priced    +$46.52
Today

Some securities, such as mutual funds, are not priced until after the market closes.

## Important Information

↖ Indicates that the security has not priced today. Some securities, such as mutual funds, are not priced until after the market closes.

t    Third party provided

Ⓦ    Adjusted due to previous wash sale disallowed loss. If you sell shares at a loss and you purchase additional shares of the same or a substantially identical security (in the same or a different account) within the 61 day period that begins 30 days before and ends 30 days after the sale, the purchase may result in a wash sale. If a wash sale occurs, the loss from the transaction should be "disallowed" for tax purposes, and the amount of the loss should be added to the cost basis of the newly-purchased shares. Unless otherwise requested or noted, Fidelity adjusts cost basis information related to newly-purchased shares when a wash sale occurs within an account as the result of an identical security purchase. Fidelity does not report disallowed losses or adjust cost basis information related to wash sales triggered by sales and purchases of the same security within different accounts or by sales and purchases of substantially identical securities within the same or different accounts. Fidelity does not apply any wash sale rules to tax lots with customer or 3rd-party provided cost basis. You must check your own records across all of your Fidelity and non-Fidelity accounts to ensure that you are correctly accounting for losses related to any wash sales.

Ⓔ    Indicates an Earnings event exists within 5 calendar days. Earnings beat or miss is based on the actual earnings compared to the I/B/E/S consensus estimate.

Ⓓ    Indicates a Dividend or Capital Gains Distribution exists.

↖ Indicates that the security has not priced today. Some securities, such as mutual funds, are not priced until after the market closes.

Content and data provided by various third parties and Fidelity. Terms of Use

**Performance data shown represents past performance and is no guarantee of future results. Investment return and principal value will fluctuate, so investors may have a gain or loss when shares are sold. Current performance may be higher or lower than what is quoted, and investors should visit the performance page for most recent month-end performance.**

**You could lose money by investing in a money market fund. Although the fund seeks to preserve the value of your investment at $1.00 per share, it cannot guarantee it will do so. An investment in the fund is not a bank account and is not insured or guaranteed by the Federal Deposit Insurance Corporation or any other government agency. Fidelity Investments and its affiliates, the fund's sponsor, is not required to reimburse the fund for losses, and you should not expect that the sponsor will provide financial support to the fund at any time, including during periods of market stress.**

Fidelity's government and U.S. Treasury money market funds will not impose a fee upon the sale of your shares.

*Options trading entails significant risk and is not appropriate for all investors. Certain complex options strategies carry additional risk. Before trading options, please read Characteristics and Risks of Standardized Options. Supporting documentation for any claims, if applicable, will be furnished upon request.*

Fidelity does not provide legal or tax advice. The information herein is general and educational in nature and should not be considered legal or tax advice. Tax laws and regulations are complex and subject to change, which can materially impact investment results. Fidelity cannot guarantee that the information herein is accurate, complete, or timely. Fidelity makes no warranties with regard to such information or results obtained by its use, and disclaims any liability arising out of your use of, or any tax position taken in reliance on, such information. Consult an attorney or tax professional regarding your specific situation.

Fidelity Stock Plan Services, LLC, provides recordkeeping and/or administrative services to your company's equity compensation plan, in addition to any services provided directly to the plan by your company or its service providers.

Investment advisory services are provided through Fidelity Personal and Workplace Advisors LLC (FPWA), a registered investment adviser, for a fee. Brokerage services are provided through Fidelity Brokerage Services LLC (FBS). Both are Fidelity Investments companies. Fidelity advisors are licensed representatives of FPWA and registered representatives of FBS. Whether a Fidelity advisor provides advisory or brokerage services to you will depend on the products and services you choose.

**IMPORTANT: The projections or other information generated by the Planning & Guidance Center's Retirement Analysis regarding the likelihood of various investment outcomes are hypothetical in nature, do not reflect actual investment results, and are not guarantees of future results. Your results may vary with each use and over time.**

Fidelity Crypto® is offered by Fidelity Digital Assets℠. Investing involves risk, including risk of total loss. Crypto as an asset class is highly volatile, can become illiquid at any time, and is for investors with a high risk tolerance. Crypto may also be more susceptible to market manipulation than securities. Crypto is not insured by the Federal Deposit Insurance Corporation or the Securities Investor Protection Corporation. Investors in crypto do not benefit from the same regulatory protections applicable to registered securities. Fidelity Crypto® accounts and custody and trading of crypto in such accounts are provided by Fidelity Digital Asset Services, LLC, which is chartered as a limited purpose trust company by the New York State Department of Financial Services to engage in virtual currency business (NMLS ID 1773897). Brokerage services in support of securities trading are provided by Fidelity Brokerage Services LLC ("FBS"), and related custody services are provided by National Financial Services LLC ("NFS"), each a registered broker-dealer and member NYSE and SIPC. Neither FBS nor NFS offer crypto as a direct investment nor provide trading or custody services for such assets. Fidelity Crypto and Fidelity Digital Assets are service marks of FMR LLC. Fidelity Crypto®

11/10/24, 8:00 PM

risk disclosure | Fidelity Crypto® complaints & disclosures

**Before investing in any mutual fund or exchange-traded fund, you should consider its investment objectives, risks, charges, and expenses. Contact Fidelity for a prospectus, an offering circular, or, if available, a summary prospectus containing this information. Read it carefully.**

984557.14.0

∨ **Additional important information**



Copyright 1998- 2024 FMR LLC. All rights reserved.

Terms of Use | Privacy | Security | Site Map | Accessibility | Contact Us |

Share Your Screen

This is for persons in the U.S. only.

Case 24-50792-hlb   Doc 198   Entered 11/18/24 12:55:58   Page 15 of 92

**Fidelity**
INVESTMENTS®

PO Box 28019
Albuquerque, NM 87125-8019

**Transaction Confirmation**
**Confirm Date: September 9, 2024**

Page 1 of 1

Brokerage Account Number
*****3129 INDIVIDUAL - TOD

**GREGORY RYAN  HELTON**

GREGORY RYAN HELTON
5244 AVERY WOODS LN
KNOXVILLE TN 37921-5242

9900187130

Online                          Fidelity.com
FAST®-Automated Telephone       800-544-5555
Customer Service                800-544-6666

| REFERENCE NO. 24253-XBK29Q | TYPE 1* | REG.REP. WZ# | | | ER NO. 3-HEPB8 | | |
|---|---|---|---|---|---|---|---|
| You Bought | | 318 | | | cipal Amount | | 133.56 |
| at | | .4200 | | | lement Amount | | 133.56 |
| Symbol: MMATQ | | | | | | | |

*Fidelity Trade Confirmations*

| REFERENCE NO. 24253-XBK29R | TYPE 1* | REG.REP. WZ# | | | ER NO. 3-HEPB8 | | |
|---|---|---|---|---|---|---|---|
| You Bought | | 39 | | | cipal Amount | | 16.41 |
| at | | .4210 | | | lement Amount | | 16.41 |
| Symbol: MMATQ | | | | | | | |

WE HAVE NOTED NO RULE# PARTIAL EXECUTION

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE

9900187130

GREGORY RYAN HELTON
5244 AVERY WOODS LN
KNOXVILLE TN 37921-5242

If you are eligible to make a deposit, please use this form for investments in your brokerage account *****3129   only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

If there are sufficient funds in your brokerage core account (or margin account), Fidelity will use those funds to cover the trade(s) on this confirm. If you wish to deposit additional money, use this deposit slip and make checks payable to: NATIONAL FINANCIAL SERVICES LLC. Deposits will be made to the account listed above. Please mail checks to the Fidelity address on this form. Refer to the last page for instructions on depositing certificates.

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH  45277-0003

FIDELITY BROKERAGE SERVICES LLC, MEMBER NYSE, SIPC

099 0Z20543129   00  000



PO Box 28019
Albuquerque, NM 87125-8019

**Transaction Confirmation**
**Confirm Date: January 12, 2024**

Page 1 of 1

Brokerage Account Number
**\*\*\*\*\*3129 INDIVIDUAL - TOD**

GREGORY RYAN HELTON
5244 AVERY WOODS LN
KNOXVILLE TN 37921-5242

9900173392

**GREGORY RYAN HELTON**

Online                                                Fidelity.com
FAST®-Automated Telephone       800-544-5555
Customer Service                             800-544-6666

| REFERENCE NO. 24012-0CXT0B | TYPE 1* | REG.REP. WZ# | TRADE DATE 01-12-24 | SETTLEMENT DATE 01-17-24 | CUSIP NO. 59134N104 | ORDER NO. 24012-D0XEJ | | |
|---|---|---|---|---|---|---|---|---|
| You Bought | | | DESCRIPTION and DISCLOSURES | | | | | |
| | 4,100 | | META MATERIALS INC COM | | Principal Amount | | | 255.43 |
| at | .0623 | | ISIN #US59134N1046 SEDOL #BKSCVX7 | | Settlement Amount | | | 255.43 |
| Symbol: | | | WE HAVE ACTED AS AGENT. | | | | | |
| MMAT | | | | | | | | |

## ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE

9900173392

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

GREGORY RYAN HELTON
5244 AVERY WOODS LN
KNOXVILLE TN 37921-5242

If you are eligible to make a deposit, please use this form for investments in your brokerage account **\*\*\*\*\*3129**    only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH  45277-0003

If there are sufficient funds in your brokerage core account (or margin account), Fidelity will use those funds to cover the trade(s) on this confirm. If you wish to deposit additional money, use this deposit slip and make checks payable to: NATIONAL FINANCIAL SERVICES LLC. Deposits will be made to the account listed above. Please mail checks to the Fidelity address on this form. Refer to the last page for instructions on depositing certificates.

FIDELITY BROKERAGE SERVICES LLC, MEMBER NYSE, SIPC

099 0Z20543129    00    000



**Fidelity**
INVESTMENTS
PO Box 28019
Albuquerque, NM 87125-8019

**Transaction Confirmation**
**Confirm Date: August 20, 2024**                      Page 1 of 1

Brokerage Account Number
**\*\*\*\*\*3129 INDIVIDUAL - TOD**

9900170388

**GREGORY RYAN HELTON**

GREGORY RYAN HELTON
5244 AVERY WOODS LN
KNOXVILLE TN 37921-5242

| Online | Fidelity.com |
| FAST®-Automated Telephone | 800-544-5555 |
| Customer Service | 800-544-6666 |

| REFERENCE NO. 24233-0BSB6P | TYPE 1* | REG.REP. WZ# | TRADE DATE 08-20-24 | SETTLEMENT DATE 08-21-24 | CUSIP NO. 59134N302 | ORDER NO. 24233-DOLLW | | |
|---|---|---|---|---|---|---|---|---|

**DESCRIPTION and DISCLOSURES**

You Bought     375     META MATERIALS INC COM NEW     **Principal Amount**     207.00
       at     .5520     ISIN #US59134N3026 SEDOL #BQ67J98     **Settlement Amount**     207.00
Symbol:     WE HAVE ACTED AS AGENT.
MMAT

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE     9900170388

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

GREGORY RYAN HELTON
5244 AVERY WOODS LN
KNOXVILLE TN 37921-5242

If you are eligible to make a deposit, please use this form for investments in your brokerage account **\*\*\*\*\*3129** only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH 45277-0003

If there are sufficient funds in your brokerage core account (or margin account), Fidelity will use those funds to cover the trade(s) on this confirm. If you wish to deposit additional money, use this deposit slip and make checks payable to: NATIONAL FINANCIAL SERVICES LLC. Deposits will be made to the account listed above. Please mail checks to the Fidelity address on this form. Refer to the last page for instructions on depositing certificates.

FIDELITY BROKERAGE SERVICES LLC, MEMBER NYSE, SIPC

099 0Z20543129     00     000



PO Box 28019
Albuquerque, NM 87125-8019

**Transaction Confirmation**
**Confirm Date: August 13, 2024**

Page 1 of 1

Brokerage Account Number
**\*\*\*\*\*3129 INDIVIDUAL - TOD**

**GREGORY RYAN HELTON**

9900170891

GREGORY RYAN HELTON
5244 AVERY WOODS LN
KNOXVILLE TN 37921-5242

Online                                      Fidelity.com
FAST®-Automated Telephone      800-544-5555
Customer Service                       800-544-6666

| REFERENCE NO. 24226-0F6GWG | TYPE 1* | REG.REP. WZ# | TRADE DATE 08-13-24 | SETTLEMENT DATE 08-14-24 | CUSIP NO. 59134N302 | ORDER NO. 24226-HJP1F | | |
|---|---|---|---|---|---|---|---|---|
| You Bought | | 220 | DESCRIPTION and DISCLOSURES META MATERIALS INC COM NEW | | Principal Amount | | | 139.81 |
| at | | .6355 | ISIN #US59134N3026 SEDOL #BQ67J98 WE HAVE ACTED AS AGENT. | | Settlement Amount | | | 139.81 |
| Symbol: MMAT | | | | | | | | |

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE                    9900170891

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

GREGORY RYAN HELTON
5244 AVERY WOODS LN
KNOXVILLE TN 37921-5242

If you are eligible to make a deposit, please use this form for
investments in your brokerage account **\*\*\*\*\*3129** only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH 45277-0003

If there are sufficient funds in your brokerage core account
(or margin account), Fidelity will use those funds to cover
the trade(s) on this confirm. If you wish to deposit
additional money, use this deposit slip and make checks
payable to: NATIONAL FINANCIAL SERVICES LLC.
Deposits will be made to the account listed above. Please
mail checks to the Fidelity address on this form. Refer to the
last page for instructions on depositing certificates.

FIDELITY BROKERAGE SERVICES LLC, MEMBER NYSE, SIPC

099  0Z20543129    00    000



PO Box 28019
Albuquerque, NM 87125-8019

**Transaction Confirmation**
**Confirm Date: June 5, 2024**

Page 1 of 1

Brokerage Account Number
**\*\*\*\*\*3129 INDIVIDUAL - TOD**

**GREGORY RYAN HELTON**

9900197773

GREGORY RYAN HELTON
5244 AVERY WOODS LN
KNOXVILLE TN 37921-5242

Online                                    Fidelity.com
FAST®-Automated Telephone    800-544-5555
Customer Service                   800-544-6666

| REFERENCE NO. 24157-0B7HSM | TYPE 1* | REG.REP. WZ# | TRADE DATE 06-05-24 | SETTLEMENT DATE 06-06-24 | CUSIP NO. 59134N302 | ORDER NO. 24157-DQI12 | | |
|---|---|---|---|---|---|---|---|---|

You Bought
       at
Symbol:
MMAT

44
3.3850

**DESCRIPTION and DISCLOSURES**
META MATERIALS INC COM NEW
ISIN #US59134N3026 SEDOL #BQ67J98
WE HAVE ACTED AS AGENT.

Principal Amount     148.94
Settlement Amount    148.94

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE

9900197773

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

GREGORY RYAN HELTON
5244 AVERY WOODS LN
KNOXVILLE TN 37921-5242

If you are eligible to make a deposit, please use this form for investments in your brokerage account **\*\*\*\*\*3129** only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

If there are sufficient funds in your brokerage core account (or margin account), Fidelity will use those funds to cover the trade(s) on this confirm. If you wish to deposit additional money, use this deposit slip and make checks payable to: NATIONAL FINANCIAL SERVICES LLC. Deposits will be made to the account listed above. Please mail checks to the Fidelity address on this form. Refer to the last page for instructions on depositing certificates.

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH 45277-0003

FIDELITY BROKERAGE SERVICES LLC, MEMBER NYSE, SIPC

099 0Z20543129   00   000



PO Box 28019
Albuquerque, NM 87125-8019

**Transaction Confirmation**
**Confirm Date: May 9, 2024**

Page 1 of 1

Brokerage Account Number
**\*\*\*\*\*3129 INDIVIDUAL - TOD**

**GREGORY RYAN HELTON**

9900159543

GREGORY RYAN HELTON
5244 AVERY WOODS LN
KNOXVILLE TN 37921-5242

| Online | Fidelity.com |
|--------|--------------|
| FAST®-Automated Telephone | 800-544-5555 |
| Customer Service | 800-544-6666 |

| REFERENCE NO. 24130-0C8PLF | TYPE 1* | REG.REP. WZ# | TRADE DATE 05-09-24 | SETTLEMENT DATE 05-13-24 | CUSIP NO. 59134N302 | ORDER NO. 24130-DRY33 | | |
|---|---|---|---|---|---|---|---|---|

| You Bought | 72 | DESCRIPTION and DISCLOSURES META MATERIALS INC COM NEW | Principal Amount | 146.16 |
| at | 2.0300 | ISIN #US59134N3026 SEDOL #BQ67J98 | Settlement Amount | 146.16 |
| Symbol: | | WE HAVE ACTED AS AGENT. | | |
| MMAT | | | | |

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE

9900159543

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

GREGORY RYAN HELTON
5244 AVERY WOODS LN
KNOXVILLE TN 37921-5242

If you are eligible to make a deposit, please use this form for investments in your brokerage account **\*\*\*\*\*3129** only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

If there are sufficient funds in your brokerage core account (or margin account), Fidelity will use those funds to cover the trade(s) on this confirm. If you wish to deposit additional money, use this deposit slip and make checks payable to: NATIONAL FINANCIAL SERVICES LLC. Deposits will be made to the account listed above. Please mail checks to the Fidelity address on this form. Refer to the last page for instructions on depositing certificates.

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH 45277-0003

FIDELITY BROKERAGE SERVICES LLC, MEMBER NYSE, SIPC

099 0Z20543129   00   000



PO Box 28019
Albuquerque, NM 87125-8019

**Transaction Confirmation**
**Confirm Date: January 24, 2024**

Page 1 of 1

Brokerage Account Number
*****3129 INDIVIDUAL - TOD

**GREGORY RYAN HELTON**

9900177230

GREGORY RYAN HELTON
5244 AVERY WOODS LN
KNOXVILLE TN 37921-5242

Online                                      Fidelity.com
FAST®-Automated Telephone      800-544-5555
Customer Service                     800-544-6666

| REFERENCE NO.<br>24024-0B390K | TYPE<br>1* | REG. REP.<br>WZ# | TRADE DATE<br>01-24-24 | SETTLEMENT DATE<br>01-26-24 | CUSIP NO.<br>59134N104 | ORDER NO.<br>24024-DRL2N | | |
|---|---|---|---|---|---|---|---|---|
| You Bought<br><br>at<br>Symbol:<br>MMAT | | 2,400<br>.0620 | DESCRIPTION and DISCLOSURES<br>META MATERIALS INC COM<br>ISIN #US59134N1046 SEDOL #BKSCVX7<br>WE HAVE ACTED AS AGENT. | | Principal Amount<br>Settlement Amount | | 148.79<br>148.79 | |

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE

9900177230

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

GREGORY RYAN HELTON
5244 AVERY WOODS LN
KNOXVILLE TN 37921-5242

If you are eligible to make a deposit, please use this form for investments in your brokerage account *****3129 only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

If there are sufficient funds in your brokerage core account (or margin account), Fidelity will use those funds to cover the trade(s) on this confirm. If you wish to deposit additional money, use this deposit slip and make checks payable to: NATIONAL FINANCIAL SERVICES LLC. Deposits will be made to the account listed above. Please mail checks to the Fidelity address on this form. Refer to the last page for instructions on depositing certificates.

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH  45277-0003

FIDELITY BROKERAGE SERVICES LLC, MEMBER NYSE, SIPC

099 0Z20543129   00   000



PO Box 28019
Albuquerque, NM 87125-8019

**Transaction Confirmation**
**Confirm Date: January 19, 2024**                    · Page 1 of 1

Brokerage Account Number
*****3129 INDIVIDUAL - TOD

**GREGORY RYAN HELTON**

9900184630

GREGORY RYAN HELTON
5244 AVERY WOODS LN
KNOXVILLE TN 37921-5242

| Online | Fidelity.com |
| FAST®-Automated Telephone | 800-544-5555 |
| Customer Service | 800-544-6666 |

| REFERENCE NO.<br>24019-0CJWHN | TYPE<br>1* | REG.REP.<br>WZ# | TRADE DATE<br>01-19-24 | SETTLEMENT DATE<br>01-23-24 | CUSIP NO.<br>59134N104 | ORDER NO.<br>24019-DPL2B | | |
|---|---|---|---|---|---|---|---|---|
| You Bought<br><br>        at<br>Symbol:<br>MMAT | | 1,975<br>.076553 | DESCRIPTION and DISCLOSURES<br>META MATERIALS INC COM<br>ISIN #US59134N1046 SEDOL #BKSCVX7<br>WE HAVE ACTED AS AGENT. | | Principal Amount<br>Settlement Amount | | 151.20<br>151.20 | |

**ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE**                    9900184630

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

GREGORY RYAN HELTON
5244 AVERY WOODS LN
KNOXVILLE TN 37921-5242

If you are eligible to make a deposit, please use this form for investments in your brokerage account *****3129  only.

| AMOUNT OF INVESTMENT | $ |

If there are sufficient funds in your brokerage core account (or margin account), Fidelity will use those funds to cover the trade(s) on this confirm. If you wish to deposit additional money, use this deposit slip and make checks payable to: NATIONAL FINANCIAL SERVICES LLC.
Deposits will be made to the account listed above. Please mail checks to the Fidelity address on this form. Refer to the last page for instructions on depositing certificates.

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH  45277-0003

FIDELITY BROKERAGE SERVICES LLC, MEMBER NYSE, SIPC

099 0Z20543129   00   000



PO Box 28019
Albuquerque, NM 87125-8019

**Transaction Confirmation**
**Confirm Date: January 12, 2024**

Page 1 of 1

Brokerage Account Number
*****3129 INDIVIDUAL - TOD

**GREGORY RYAN HELTON**

9900173392

GREGORY RYAN HELTON
5244 AVERY WOODS LN
KNOXVILLE TN 37921-5242

Online                                    Fidelity.com
FAST®-Automated Telephone    800-544-5555
Customer Service                    800-544-6666

| REFERENCE NO. 24012-0CXT0B | TYPE 1* | REG.REP. WZ# | TRADE DATE 01-12-24 | SETTLEMENT DATE 01-17-24 | CUSIP NO. 59134N104 | ORDER NO. 24012-D0XEJ | | |
|---|---|---|---|---|---|---|---|---|

You Bought

|   | | | | | |
|---|---|---|---|---|---|
| | 4,100 | DESCRIPTION and DISCLOSURES | | | |
| at | .0623 | META MATERIALS INC COM | | Principal Amount | 255.43 |
| | | ISIN #US59134N1046 SEDOL #BKSCVX7 | | Settlement Amount | 255.43 |
| Symbol: | | WE HAVE ACTED AS AGENT. | | | |
| MMAT | | | | | |

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE

9900173392

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

GREGORY RYAN HELTON
5244 AVERY WOODS LN
KNOXVILLE TN 37921-5242

If you are eligible to make a deposit, please use this form for investments in your brokerage account *****3129    only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

If there are sufficient funds in your brokerage core account (or margin account), Fidelity will use those funds to cover the trade(s) on this confirm. If you wish to deposit additional money, use this deposit slip and make checks payable to: NATIONAL FINANCIAL SERVICES LLC. Deposits will be made to the account listed above. Please mail checks to the Fidelity address on this form. Refer to the last page for instructions on depositing certificates.

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH  45277-0003

FIDELITY BROKERAGE SERVICES LLC, MEMBER NYSE, SIPC

099  0Z20543129    00    000



PO Box 28019
Albuquerque, NM 87125-8019

**Transaction Confirmation**
**Confirm Date: December 5, 2023**

Page 1 of 1

Brokerage Account Number
*****3129 **INDIVIDUAL - TOD**

**GREGORY RYAN HELTON**

GREGORY RYAN HELTON
5244 AVERY WOODS LN
KNOXVILLE TN 37921-5242

9900163297

Online                                    Fidelity.com
FAST®-Automated Telephone      800-544-5555
Customer Service                      800-544-6666

| REFERENCE NO. 23339-0B1WTT | TYPE 1* | REG.REP. WZ# | TRADE DATE 12-05-23 | SETTLEMENT DATE 12-07-23 | CUSIP NO. 59134N104 | ORDER NO. 23339-GZ7IK | | |
|---|---|---|---|---|---|---|---|---|
| You Bought | | | DESCRIPTION and DISCLOSURES META MATERIALS INC COM | | | | | |
| | 13,650 | | ISIN #US59134N1046 SEDOL #BKSCVX7 | | Principal Amount | | 1,003.28 | |
| at | .0735 | | WE HAVE ACTED AS AGENT. | | Settlement Amount | | 1,003.28 | |
| Symbol: | | | | | | | | |
| MMAT | | | | | | | | |

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE

9900163297

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

GREGORY RYAN HELTON
5244 AVERY WOODS LN
KNOXVILLE TN 37921-5242

If you are eligible to make a deposit, please use this form for investments in your brokerage account *****3129  only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

If there are sufficient funds in your brokerage core account (or margin account), Fidelity will use those funds to cover the trade(s) on this confirm. If you wish to deposit additional money, use this deposit slip and make checks payable to: NATIONAL FINANCIAL SERVICES LLC. Deposits will be made to the account listed above.  Please mail checks to the Fidelity address on this form. Refer to the last page for instructions on depositing certificates.

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH  45277-0003

FIDELITY BROKERAGE SERVICES LLC, MEMBER NYSE, SIPC

099  0Z20543129   00   000



PO Box 28019
Albuquerque, NM 87125-8019

**Transaction Confirmation**
**Confirm Date: December 4, 2023**                    Page 1 of 1

Brokerage Account Number
*****3129 INDIVIDUAL - TOD

**GREGORY RYAN HELTON**

GREGORY RYAN HELTON                    9900200369
5244 AVERY WOODS LN
KNOXVILLE TN 37921-5242

Online                              Fidelity.com
FAST®-Automated Telephone           800-544-5555
Customer Service                    800-544-6666

| REFERENCE NO.<br>23338-0BWVJK | TYPE<br>1* | REG.REP.<br>WZ# | TRADE DATE<br>12-04-23 | SETTLEMENT DATE<br>12-06-23 | CUSIP NO.<br>59134N104 | ORDER NO.<br>23338-DNSB8 | | |
|---|---|---|---|---|---|---|---|---|

You Bought                    **DESCRIPTION and DISCLOSURES**
                1,680         META MATERIALS INC COM          Principal Amount          142.47
            .084806          ISIN #US59134N1046 SEDOL #BKSCVX7  Settlement Amount         142.47
        at                   WE HAVE ACTED AS AGENT.
Symbol:
MMAT

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE          9900200369

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

GREGORY RYAN HELTON                    If you are eligible to make a deposit, please use this form for
5244 AVERY WOODS LN                    investments in your brokerage account *****3129 only.
KNOXVILLE TN 37921-5242

| AMOUNT OF INVESTMENT | $ |
|---|---|

FIDELITY INVESTMENTS                   If there are sufficient funds in your brokerage core account
PO BOX 770001                          (or margin account), Fidelity will use those funds to cover
CINCINNATI OH  45277-0003              the trade(s) on this confirm. If you wish to deposit
                                       additional money, use this deposit slip and make checks
                                       payable to: NATIONAL FINANCIAL SERVICES LLC.
                                       Deposits will be made to the account listed above. Please
                                       mail checks to the Fidelity address on this form. Refer to the
                                       last page for instructions on depositing certificates.

FIDELITY BROKERAGE SERVICES LLC, MEMBER NYSE, SIPC

099 0Z20543129   00   000



PO Box 28019
Albuquerque, NM 87125-8019

**Transaction Confirmation**
**Confirm Date: November 8, 2023**

Page 1 of 1

Brokerage Account Number
**\*\*\*\*\*3129 INDIVIDUAL - TOD**

9900132503

**GREGORY RYAN HELTON**

GREGORY RYAN HELTON
5244 AVERY WOODS LN
KNOXVILLE TN 37921-5242

Online                                        Fidelity.com
FAST®-Automated Telephone          800-544-5555
Customer Service                          800-544-6666

| REFERENCE NO. 23312-0F760S | TYPE 1* | REG.REP. WZ# | TRADE DATE 11-08-23 | SETTLEMENT DATE 11-10-23 | CUSIP NO. 59134N104 | ORDER NO. 23312-DTRPT | | |
|---|---|---|---|---|---|---|---|---|

| | | | DESCRIPTION and DISCLOSURES | | | |
|---|---|---|---|---|---|---|
| You Bought | | 1,500 | META MATERIALS INC COM | | Principal Amount | 154.50 |
| at | | .1030 | ISIN #US59134N1046 SEDOL #BKSCVX7 | | Settlement Amount | 154.50 |
| Symbol: | | | WE HAVE ACTED AS AGENT. | | | |
| MMAT | | | | | | |

**ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE**                    9900132503

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

GREGORY RYAN HELTON
5244 AVERY WOODS LN
KNOXVILLE TN 37921-5242

If you are eligible to make a deposit, please use this form for investments in your brokerage account **\*\*\*\*\*3129** only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH  45277-0003

If there are sufficient funds in your brokerage core account (or margin account), Fidelity will use those funds to cover the trade(s) on this confirm. If you wish to deposit additional money, use this deposit slip and make checks payable to: NATIONAL FINANCIAL SERVICES LLC. Deposits will be made to the account listed above. Please mail checks to the Fidelity address on this form. Refer to the last page for instructions on depositing certificates.

FIDELITY BROKERAGE SERVICES LLC, MEMBER NYSE, SIPC

099 0Z20543129   00   000



**Fidelity**
I N V E S T M E N T S

PO Box 28019
Albuquerque, NM 87125-8019

**Transaction Confirmation**
**Confirm Date: November 2, 2023**

Page 1 of 1

Brokerage Account Number
*****3129 INDIVIDUAL - TOD

**GREGORY RYAN HELTON**

9900162883

GREGORY RYAN HELTON
5244 AVERY WOODS LN
KNOXVILLE TN 37921-5242

Online                                    Fidelity.com
FAST®-Automated Telephone    800-544-5555
Customer Service                    800-544-6666

| REFERENCE NO. 23306-0DJSSB | TYPE 1* | REG.REP. WZ# | TRADE DATE 11-02-23 | SETTLEMENT DATE 11-06-23 | CUSIP NO. 59134N104 | ORDER NO. 23306-DQBBX | | |
|---|---|---|---|---|---|---|---|---|

You Bought
at
Symbol:
MMAT

1,325
.1130

DESCRIPTION and DISCLOSURES
META MATERIALS INC COM
ISIN #US59134N1046 SEDOL #BKSCVX7
WE HAVE ACTED AS AGENT.

Principal Amount               149.73
Settlement Amount           149.73

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE                9900162883

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

GREGORY RYAN HELTON
5244 AVERY WOODS LN
KNOXVILLE TN 37921-5242

If you are eligible to make a deposit, please use this form for investments in your brokerage account *****3129 only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

If there are sufficient funds in your brokerage core account (or margin account), Fidelity will use those funds to cover the trade(s) on this confirm. If you wish to deposit additional money, use this deposit slip and make checks payable to: NATIONAL FINANCIAL SERVICES LLC. Deposits will be made to the account listed above. Please mail checks to the Fidelity address on this form. Refer to the last page for instructions on depositing certificates.

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH 45277-0003

FIDELITY BROKERAGE SERVICES LLC, MEMBER NYSE, SIPC

099  0Z20543129   00   000



PO Box 28019
Albuquerque, NM 87125-8019

**Transaction Confirmation**
**Confirm Date: October 25, 2023**

Page 1 of 1

Brokerage Account Number
**\*\*\*\*\*3129 INDIVIDUAL - TOD**

9900150807

GREGORY RYAN HELTON
5244 AVERY WOODS LN
KNOXVILLE TN 37921-5242

**GREGORY RYAN HELTON**

Online                                        Fidelity.com
FAST®-Automated Telephone    800-544-5555
Customer Service                     800-544-6666

| REFERENCE NO. 23298-0B0Z1R | TYPE 1* | REG.REP. WZ# | TRADE DATE 10-25-23 | SETTLEMENT DATE 10-27-23 | CUSIP NO. 59134N104 | ORDER NO. 23298-DOSFA | | |
|---|---|---|---|---|---|---|---|---|
| You Bought at Symbol: MMAT | 1,070 .1404 | | **DESCRIPTION and DISCLOSURES** META MATERIALS INC COM ISIN #US59134N1046 SEDOL #BKSCVX7 WE HAVE ACTED AS AGENT. | | | Principal Amount Settlement Amount | | 150.23 150.23 |

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE                    9900150807

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

GREGORY RYAN HELTON
5244 AVERY WOODS LN
KNOXVILLE TN 37921-5242

If you are eligible to make a deposit, please use this form for investments in your brokerage account **\*\*\*\*\*3129**   only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH  45277-0003

If there are sufficient funds in your brokerage core account (or margin account), Fidelity will use those funds to cover the trade(s) on this confirm.  If you wish to deposit additional money, use this deposit slip and make checks payable to: NATIONAL FINANCIAL SERVICES LLC. Deposits will be made to the account listed above.  Please mail checks to the Fidelity address on this form. Refer to the last page for instructions on depositing certificates.

FIDELITY BROKERAGE SERVICES LLC, MEMBER NYSE, SIPC

099 0220543129   00   000



PO Box 28019
Albuquerque, NM 87125-8019

**Transaction Confirmation**
**Confirm Date: October 20, 2023**                    Page 1 of 1

Brokerage Account Number
**\*\*\*\*\*3129 INDIVIDUAL - TOD**

9900152770

**GREGORY RYAN HELTON**

GREGORY RYAN HELTON
5244 AVERY WOODS LN
KNOXVILLE TN 37921-5242

Online                         Fidelity.com
FAST®-Automated Telephone      800-544-5555
Customer Service               800-544-6666

| REFERENCE NO. 23293-0HFH3Z | TYPE 1* | REG.REP. WZ# | TRADE DATE 10-20-23 | SETTLEMENT DATE 10-24-23 | CUSIP NO. 59134N104 | ORDER NO. 23293-HF3TB | | |
|---|---|---|---|---|---|---|---|---|

You Bought

840
.1798

DESCRIPTION and DISCLOSURES
META MATERIALS INC COM
ISIN #US59134N1046 SEDOL #BKSCVX7
WE HAVE ACTED AS AGENT.

Principal Amount        151.03
Settlement Amount       151.03

at

Symbol:
MMAT

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE        9900152770

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

GREGORY RYAN HELTON
5244 AVERY WOODS LN
KNOXVILLE TN 37921-5242

If you are eligible to make a deposit, please use this form for
investments in your brokerage account **\*\*\*\*\*3129** only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH  45277-0003

If there are sufficient funds in your brokerage core account
(or margin account), Fidelity will use those funds to cover
the trade(s) on this confirm. If you wish to deposit
additional money, use this deposit slip and make checks
payable to: NATIONAL FINANCIAL SERVICES LLC.
Deposits will be made to the account listed above. Please
mail checks to the Fidelity address on this form. Refer to the
last page for instructions on depositing certificates.

FIDELITY BROKERAGE SERVICES LLC, MEMBER NYSE, SIPC

099 0Z20543129   00   000



PO Box 28019
Albuquerque, NM 87125-8019

**Transaction Confirmation**
**Confirm Date: October 5, 2023**

Page 1 of 1

Brokerage Account Number
**\*\*\*\*\*3129 INDIVIDUAL - TOD**

**GREGORY RYAN HELTON**

GREGORY RYAN HELTON
5244 AVERY WOODS LN
KNOXVILLE TN 37921-5242

9900136857

Online                                     Fidelity.com
FAST®-Automated Telephone   800-544-5555
Customer Service                    800-544-6666

| REFERENCE NO. 23278-0D7ZBS | TYPE 1* | REG.REP. WZ# | TRADE DATE 10-05-23 | SETTLEMENT DATE 10-10-23 | CUSIP NO. 59134N104 | ORDER NO. 23278-HBELF | | |
|---|---|---|---|---|---|---|---|---|
| You Bought | 700 | | **DESCRIPTION and DISCLOSURES** META MATERIALS INC COM | | | | | |
| at | .2150 | | ISIN #US59134N1046 SEDOL #BKSCVX7 | | Principal Amount | | | 150.50 |
| Symbol: | | | WE HAVE ACTED AS AGENT. | | Settlement Amount | | | 150.50 |
| MMAT | | | | | | | | |

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE

9900136857

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

GREGORY RYAN HELTON
5244 AVERY WOODS LN
KNOXVILLE TN 37921-5242

If you are eligible to make a deposit, please use this form for investments in your brokerage account **\*\*\*\*\*3129** only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH 45277-0003

If there are sufficient funds in your brokerage core account (or margin account), Fidelity will use those funds to cover the trade(s) on this confirm. If you wish to deposit additional money, use this deposit slip and make checks payable to: NATIONAL FINANCIAL SERVICES LLC. Deposits will be made to the account listed above. Please mail checks to the Fidelity address on this form. Refer to the last page for instructions on depositing certificates.

FIDELITY BROKERAGE SERVICES LLC, MEMBER NYSE, SIPC

099  0Z20543129   00   000



**PO Box 28019**
**Albuquerque, NM 87125-8019**

**Transaction Confirmation**
**Confirm Date: August 17, 2023**

Page 1 of 1

Brokerage Account Number
*****3129 INDIVIDUAL - TOD

**GREGORY RYAN  HELTON**

9900161144

GREGORY RYAN HELTON
5244 AVERY WOODS LN
KNOXVILLE TN 37921-5242

Online                                          Fidelity.com
FAST®-Automated Telephone      800-544-5555
Customer Service                        800-544-6666

| REFERENCE NO. 23229-0B3PLN | TYPE 1* | REG.REP. WZ# | TRADE DATE 08-17-23 | SETTLEMENT DATE 08-21-23 | CUSIP NO. 59134N104 | ORDER NO. 23229-G5T41 | | |
|---|---|---|---|---|---|---|---|---|

| | | | DESCRIPTION and DISCLOSURES | | | |
|---|---|---|---|---|---|---|
| You Bought | | 700 | META MATERIALS INC COM | | Principal Amount | 151.90 |
| at | | .2170 | ISIN #US59134N1046 SEDOL #BKSCVX7 | | Settlement Amount | 151.90 |
| Symbol: | | | WE HAVE ACTED AS AGENT. | | | |
| MMAT | | | | | | |

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE                    9900161144

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

GREGORY RYAN HELTON
5244 AVERY WOODS LN
KNOXVILLE TN 37921-5242

If you are eligible to make a deposit, please use this form for investments in your brokerage account *****3129   only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

If there are sufficient funds in your brokerage core account (or margin account), Fidelity will use those funds to cover the trade(s) on this confirm.  If you wish to deposit additional money, use this deposit slip and make checks payable to: NATIONAL FINANCIAL SERVICES LLC. Deposits will be made to the account listed above.  Please mail checks to the Fidelity address on this form. Refer to the last page for instructions on depositing certificates.

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH  45277-0003

FIDELITY BROKERAGE SERVICES LLC, MEMBER NYSE, SIPC

099 0Z20543129   00   000



PO Box 28019
Albuquerque, NM 87125-8019

**Transaction Confirmation**
**Confirm Date: August 9, 2023**

Page 1 of 1

Brokerage Account Number
*****3129 INDIVIDUAL - TOD

**GREGORY RYAN HELTON**

9900152875

GREGORY RYAN HELTON
5244 AVERY WOODS LN
KNOXVILLE TN 37921-5242

Online                                Fidelity.com
FAST®-Automated Telephone             800-544-5555
Customer Service                      800-544-6666

| REFERENCE NO. 23221-0D5BVB | TYPE 1* | REG.REP. WZ# | TRADE DATE 08-09-23 | SETTLEMENT DATE 08-11-23 | CUSIP NO. 59134N104 | ORDER NO. 23221-HMBCM | | |
|---|---|---|---|---|---|---|---|---|

You Bought
      175
  at
  .2521
Symbol:
MMAT

DESCRIPTION and DISCLOSURES
META MATERIALS INC COM
ISIN #US59134N1046 SEDOL #BKSCVX7
WE HAVE ACTED AS AGENT.
PARTIAL EXECUTION

Principal Amount    44.12
Settlement Amount  44.12

| REFERENCE NO. 23221-0D5BVQ | TYPE 1* | REG.REP. WZ# | TRADE DATE 08-09-23 | SETTLEMENT DATE 08-11-23 | CUSIP NO. 59134N104 | ORDER NO. 23221-HMBCM | | |
|---|---|---|---|---|---|---|---|---|

You Bought
      400
  at
  .2521
Symbol:
MMAT

DESCRIPTION and DISCLOSURES
META MATERIALS INC COM
ISIN #US59134N1046 SEDOL #BKSCVX7
WE HAVE ACTED AS AGENT.
PARTIAL EXECUTION

Principal Amount    100.84
Settlement Amount  100.84

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE

9900152875

GREGORY RYAN HELTON
5244 AVERY WOODS LN
KNOXVILLE TN 37921-5242

If you are eligible to make a deposit, please use this form for investments in your brokerage account *****3129    only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

If there are sufficient funds in your brokerage core account (or margin account), Fidelity will use those funds to cover the trade(s) on this confirm. If you wish to deposit additional money, use this deposit slip and make checks payable to: NATIONAL FINANCIAL SERVICES LLC. Deposits will be made to the account listed above. Please mail checks to the Fidelity address on this form. Refer to the last page for instructions on depositing certificates.

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH 45277-0003

FIDELITY BROKERAGE SERVICES LLC, MEMBER NYSE, SIPC

099 0Z20543129   00   000



PO Box 28019
Albuquerque, NM 87125-8019

**Transaction Confirmation**
**Confirm Date: July 11, 2023**

Page 1 of 2

Brokerage Account Number
**\*\*\*\*\*3129 INDIVIDUAL - TOD**

9900158861

**GREGORY RYAN  HELTON**

GREGORY RYAN HELTON
5244 AVERY WOODS LN
KNOXVILLE TN 37921-5242

Online                                      Fidelity.com
FAST®-Automated Telephone        800-544-5555
Customer Service                        800-544-6666

| REFERENCE NO. 23192-0B3KPG | TYPE 1* | REG.REP. WZ# | TRADE DATE 07-11-23 | SETTLEMENT DATE 07-13-23 | CUSIP NO. 59134N104 | ORDER NO. 23192-G2TQV | | |
|---|---|---|---|---|---|---|---|---|

You Bought

at

800

.1888

DESCRIPTION and DISCLOSURES
META MATERIALS INC COM
ISIN #US59134N1046 SEDOL #BKSCVX7
WE HAVE ACTED AS AGENT.

Principal Amount          151.04
Settlement Amount       151.04

Symbol:
MMAT

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE                9900158861

GREGORY RYAN HELTON
5244 AVERY WOODS LN
KNOXVILLE TN 37921-5242

If you are eligible to make a deposit, please use this form for investments in your brokerage account **\*\*\*\*\*3129**   only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

If there are sufficient funds in your brokerage core account (or margin account), Fidelity will use those funds to cover the trade(s) on this confirm.  If you wish to deposit additional money, use this deposit slip and make checks payable to: NATIONAL FINANCIAL SERVICES LLC. Deposits will be made to the account listed above.  Please mail checks to the Fidelity address on this form. Refer to the last page for instructions on depositing certificates.

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH  45277-0003

**Transaction Confirmation**
**Confirm Date: July 11, 2023**

Page 2 of 2

Brokerage Account Number
*****3129 INDIVIDUAL - TOD

**GREGORY RYAN  HELTON**

| REFERENCE NO. 23192-0B4ZNW | TYPE 1* | REG.REP. WZ# | TRADE DATE 07-11-23 | SETTLEMENT DATE 07-13-23 | CUSIP NO. 59134N104 | ORDER NO. 23192-DL7Q8 | | |
|---|---|---|---|---|---|---|---|---|
| You Sold | | 10 | **DESCRIPTION and DISCLOSURES** META MATERIALS INC COM | | Principal Amount | | | 1.89 |
| at | | .1892 | ISIN #US59134N1046 SEDOL #BKSCVX7 | | Settlement Amount | | | 1.89 |
| Symbol: MMAT | | | WE HAVE ACTED AS AGENT. LOTS WITHOUT SPECIFIC SHARES INSTRUCTIONS WILL BE DEPLETED USING FIRST IN, FIRST OUT METHOD. | | | | | |

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE

9900158861

**REMITTANCE COUPON**



PO Box 28019
Albuquerque, NM 87125-8019

**Transaction Confirmation**
**Confirm Date: June 29, 2023**

Page 1 of 1

Brokerage Account Number
**\*\*\*\*\*3129 INDIVIDUAL - TOD**

9900138171

**GREGORY RYAN HELTON**

GREGORY RYAN HELTON
5244 AVERY WOODS LN
KNOXVILLE TN 37921-5242

| | |
|---|---|
| Online | Fidelity.com |
| FAST®-Automated Telephone | 800-544-5555 |
| Customer Service | 800-544-6666 |

| REFERENCE NO. 23180-0C5RVR | TYPE 1* | REG. REP. WZ# | TRADE DATE 06-29-23 | SETTLEMENT DATE 07-03-23 | CUSIP NO. 59134N104 | ORDER NO. 23180-HDZ44 | | |
|---|---|---|---|---|---|---|---|---|

You Bought

at

Symbol:
MMAT

715

.2099

**DESCRIPTION and DISCLOSURES**
META MATERIALS INC COM
ISIN #US59134N1046 SEDOL #BKSCVX7
WE HAVE ACTED AS AGENT.

Principal Amount        150.08
Settlement Amount       150.08

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE                     9900138171

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

GREGORY RYAN HELTON
5244 AVERY WOODS LN
KNOXVILLE TN 37921-5242

If you are eligible to make a deposit, please use this form for investments in your brokerage account **\*\*\*\*\*3129**  only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

If there are sufficient funds in your brokerage core account (or margin account), Fidelity will use those funds to cover the trade(s) on this confirm. If you wish to deposit additional money, use this deposit slip and make checks payable to: NATIONAL FINANCIAL SERVICES LLC. Deposits will be made to the account listed above. Please mail checks to the Fidelity address on this form. Refer to the last page for instructions on depositing certificates.

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH  45277-0003

FIDELITY BROKERAGE SERVICES LLC, MEMBER NYSE, SIPC

099 0Z20543129   00   000



PO Box 28019
Albuquerque, NM 87125-8019

**Transaction Confirmation**
**Confirm Date: June 20, 2023**

Page 1 of 1

Brokerage Account Number
**\*\*\*\*\*3129 INDIVIDUAL - TOD**

9900197674

**GREGORY RYAN  HELTON**

GREGORY RYAN HELTON
5244 AVERY WOODS LN
KNOXVILLE TN 37921-5242

Online                                      Fidelity.com
FAST®-Automated Telephone    800-544-5555
Customer Service                   800-544-6666

| REFERENCE NO. 23171-0GTCKB | TYPE 1* | REG.REP. WZ# | TRADE DATE 06-20-23 | SETTLEMENT DATE 06-22-23 | CUSIP NO. 59134N104 | ORDER NO. 23171-HRF1L | | |
|---|---|---|---|---|---|---|---|---|

You Bought

at

Symbol:
MMAT

740
.2054

**DESCRIPTION and DISCLOSURES**
META MATERIALS INC COM
ISIN #US59134N1046 SEDOL #BKSCVX7
WE HAVE ACTED AS AGENT.

Principal Amount            152.00
Settlement Amount        152.00

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE                              9900197674

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

GREGORY RYAN HELTON
5244 AVERY WOODS LN
KNOXVILLE TN 37921-5242

If you are eligible to make a deposit, please use this form for
investments in your brokerage account **\*\*\*\*\*3129**   only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

If there are sufficient funds in your brokerage core account
(or margin account), Fidelity will use those funds to cover
the trade(s) on this confirm.  If you wish to deposit
additional money, use this deposit slip and make checks
payable to: NATIONAL FINANCIAL SERVICES LLC.
Deposits will be made to the account listed above.  Please
mail checks to the Fidelity address on this form. Refer to the
last page for instructions on depositing certificates.

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH  45277-0003



PO Box 28019
Albuquerque, NM 87125-8019

**Transaction Confirmation**
**Confirm Date: June 2, 2023**

Page 1 of 1

Brokerage Account Number
**\*\*\*\*\*3129 INDIVIDUAL - TOD**

9900186540

**GREGORY RYAN HELTON**

GREGORY RYAN HELTON
5244 AVERY WOODS LN
KNOXVILLE TN 37921-5242

| Online | Fidelity.com |
| FAST®-Automated Telephone | 800-544-5555 |
| Customer Service | 800-544-6666 |

| REFERENCE NO.<br>23153-0DCXWR | TYPE<br>1* | REG.REP.<br>WZ# | TRADE DATE<br>06-02-23 | SETTLEMENT DATE<br>06-06-23 | CUSIP NO.<br>59134N104 | ORDER NO.<br>23153-G278X | | |
|---|---|---|---|---|---|---|---|---|

| You Bought<br><br>        at<br>Symbol :<br>MMAT | 4,850<br>.2060 | DESCRIPTION and DISCLOSURES<br>META MATERIALS INC COM<br>ISIN #US59134N1046 SEDOL #BKSCVX7<br>WE HAVE ACTED AS AGENT. | Principal Amount<br>Settlement Amount | 999.10<br>999.10 |
|---|---|---|---|---|

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE          9900186540

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

GREGORY RYAN HELTON
5244 AVERY WOODS LN
KNOXVILLE TN 37921-5242

If you are eligible to make a deposit, please use this form for investments in your brokerage account **\*\*\*\*\*3129**   only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

If there are sufficient funds in your brokerage core account (or margin account), Fidelity will use those funds to cover the trade(s) on this confirm. If you wish to deposit additional money, use this deposit slip and make checks payable to: NATIONAL FINANCIAL SERVICES LLC. Deposits will be made to the account listed above. Please mail checks to the Fidelity address on this form. Refer to the last page for instructions on depositing certificates.

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH 45277-0003

FIDELITY BROKERAGE SERVICES LLC, MEMBER NYSE, SIPC

099  0Z20543129    00    000



PO Box 28019
Albuquerque, NM 87125-8019

**Transaction Confirmation**
**Confirm Date: May 31, 2023**

Page 1 of 1

Brokerage Account Number
*****3129 INDIVIDUAL - TOD

**GREGORY RYAN HELTON**

9900162921

GREGORY RYAN HELTON
5244 AVERY WOODS LN
KNOXVILLE TN 37921-5242

Online                                Fidelity.com
FAST®-Automated Telephone            800-544-5555
Customer Service                     800-544-6666

| REFERENCE NO.<br>23151-0B5K4X | TYPE<br>1* | REG.REP.<br>WZ# | TRADE DATE<br>05-31-23 | SETTLEMENT DATE<br>06-02-23 | CUSIP NO.<br>59134N104 | ORDER NO.<br>23151-G5N1T | | |
|---|---|---|---|---|---|---|---|---|

You Bought

655
.2341

at

Symbol:
MMAT

DESCRIPTION and DISCLOSURES
META MATERIALS INC COM
ISIN #US59134N1046 SEDOL #BKSCVX7
WE HAVE ACTED AS AGENT.

Principal Amount          153.34
Settlement Amount         153.34

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE

9900162921

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

GREGORY RYAN HELTON
5244 AVERY WOODS LN
KNOXVILLE TN 37921-5242

If you are eligible to make a deposit, please use this form for
investments in your brokerage account *****3129 only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH 45277-0003

If there are sufficient funds in your brokerage core account
(or margin account), Fidelity will use those funds to cover
the trade(s) on this confirm. If you wish to deposit
additional money, use this deposit slip and make checks
payable to: NATIONAL FINANCIAL SERVICES LLC.
Deposits will be made to the account listed above. Please
mail checks to the Fidelity address on this form. Refer to the
last page for instructions on depositing certificates.

FIDELITY BROKERAGE SERVICES LLC, MEMBER NYSE, SIPC

099 0Z20543129    00    000



PO Box 28019
Albuquerque, NM 87125-8019

**Transaction Confirmation**
**Confirm Date: May 24, 2023**

Page 1 of 1

Brokerage Account Number
*****3129 **INDIVIDUAL - TOD**

9900138575

**GREGORY RYAN HELTON**

GREGORY RYAN HELTON
5244 AVERY WOODS LN
KNOXVILLE TN 37921-5242

Online                              Fidelity.com
FAST®-Automated Telephone          800-544-5555
Customer Service                    800-544-6666

| REFERENCE NO. 23144-0B078X | TYPE 1* | REG.REP. WZ# | TRADE DATE 05-24-23 | SETTLEMENT DATE 05-26-23 | CUSIP NO. 59134N104. | ORDER NO. 23144-G207F | | |
|---|---|---|---|---|---|---|---|---|
| You Bought | | 570 | **DESCRIPTION and DISCLOSURES** META MATERIALS INC COM | | | | Principal Amount | 146.72 |
| at | | .2574 | ISIN #US59134N1046 SEDOL #BKSCVX7 WE HAVE ACTED AS AGENT. | | | | Settlement Amount | 146.72 |
| Symbol: MMAT | | | | | | | | |

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE                9900138575

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

GREGORY RYAN HELTON
5244 AVERY WOODS LN
KNOXVILLE TN 37921-5242

If you are eligible to make a deposit, please use this form for investments in your brokerage account *****3129   only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

If there are sufficient funds in your brokerage core account (or margin account), Fidelity will use those funds to cover the trade(s) on this confirm. If you wish to deposit additional money, use this deposit slip and make checks payable to: NATIONAL FINANCIAL SERVICES LLC. Deposits will be made to the account listed above. Please mail checks to the Fidelity address on this form. Refer to the last page for instructions on depositing certificates.

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH  45277-0003

FIDELITY BROKERAGE SERVICES LLC, MEMBER NYSE, SIPC

099 0Z20543129   00   000



PO Box 28019
Albuquerque, NM 87125-8019

**Transaction Confirmation**
**Confirm Date: May 22, 2023**

Page 1 of 1

Brokerage Account Number
**\*\*\*\*\*3129 INDIVIDUAL - TOD**

9900172993

**GREGORY RYAN HELTON**

GREGORY RYAN HELTON
5244 AVERY WOODS LN
KNOXVILLE TN 37921-5242

Online                                      Fidelity.com
FAST®-Automated Telephone    800-544-5555
Customer Service                    800-544-6666

| REFERENCE NO. 23142-0C762P | TYPE 1* | REG.REP. WZ# | TRADE DATE 05-22-23 | SETTLEMENT DATE 05-24-23 | CUSIP NO. 59134N104 | ORDER NO. 23142-HA1CT | | |
|---|---|---|---|---|---|---|---|---|

You Bought

at

Symbol:
MMAT

600
.2507

**DESCRIPTION and DISCLOSURES**
META MATERIALS INC COM
ISIN #US59134N1046 SEDOL #BKSCVX7
WE HAVE ACTED AS AGENT.

Principal Amount          150.42
Settlement Amount      150.42

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE

9900172993

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

GREGORY RYAN HELTON
5244 AVERY WOODS LN
KNOXVILLE TN 37921-5242

If you are eligible to make a deposit, please use this form for investments in your brokerage account **\*\*\*\*\*3129**  only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH  45277-0003

If there are sufficient funds in your brokerage core account (or margin account), Fidelity will use those funds to cover the trade(s) on this confirm.  If you wish to deposit additional money, use this deposit slip and make checks payable to: NATIONAL FINANCIAL SERVICES LLC. Deposits will be made to the account listed above.  Please mail checks to the Fidelity address on this form. Refer to the last page for instructions on depositing certificates.

FIDELITY BROKERAGE SERVICES LLC, MEMBER NYSE, SIPC

099 0Z20543129   00   000



PO Box 28019
Albuquerque, NM 87125-8019

**Transaction Confirmation**
**Confirm Date: May 10, 2023**

Page 1 of 1

Brokerage Account Number
**\*\*\*\*\*3129 INDIVIDUAL - TOD**

9900146900

**GREGORY RYAN  HELTON**

GREGORY RYAN HELTON
5244 AVERY WOODS LN
KNOXVILLE TN 37921-5242

| Online | Fidelity.com |
| FAST®-Automated Telephone | 800-544-5555 |
| Customer Service | 800-544-6666 |

| REFERENCE NO. 23130-0CPNTF | TYPE 1* | REG.REP. WZ# | TRADE DATE 05-10-23 | SETTLEMENT DATE 05-12-23 | CUSIP NO. 59134N104 | ORDER NO. 23130-HCN11 | | |
|---|---|---|---|---|---|---|---|---|

You Bought

at

Symbol:
MMAT

665

.22245

DESCRIPTION and DISCLOSURES
META MATERIALS INC COM
ISIN #US59134N1046 SEDOL #BKSCVX7
WE HAVE ACTED AS AGENT.

Principal Amount    147.93
Settlement Amount    147.93

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE

9900146900

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

GREGORY RYAN HELTON
5244 AVERY WOODS LN
KNOXVILLE TN 37921-5242

If you are eligible to make a deposit, please use this form for investments in your brokerage account **\*\*\*\*\*3129**  only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

If there are sufficient funds in your brokerage core account (or margin account), Fidelity will use those funds to cover the trade(s) on this confirm.  If you wish to deposit additional money, use this deposit slip and make checks payable to: NATIONAL FINANCIAL SERVICES LLC. Deposits will be made to the account listed above.  Please mail checks to the Fidelity address on this form. Refer to the last page for instructions on depositing certificates.

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH  45277-0003

FIDELITY BROKERAGE SERVICES LLC, MEMBER NYSE, SIPC

099 0Z20543129   00   000



PO Box 28019
Albuquerque, NM 87125-8019

**Transaction Confirmation**
**Confirm Date: May 4, 2023**

Page 1 of 1

Brokerage Account Number
*****3129 INDIVIDUAL - TOD

9900167380

**GREGORY RYAN HELTON**

GREGORY RYAN HELTON
5244 AVERY WOODS LN
KNOXVILLE TN 37921-5242

Online                                          Fidelity.com
FAST®-Automated Telephone     800-544-5555
Customer Service                        800-544-6666

| REFERENCE NO. 23124-OCTLVL | TYPE 1* | REG.REP. WZ# | TRADE DATE 05-04-23 | SETTLEMENT DATE 05-08-23 | CUSIP NO. 59134N104 | ORDER NO. 23124-HEEEN | | |
|---|---|---|---|---|---|---|---|---|
| You Bought | | 1,080 | DESCRIPTION and DISCLOSURES META MATERIALS INC COM | | | Principal Amount | | 200.88 |
| at | | .1860 | ISIN #US59134N1046 SEDOL #BKSCVX7 | | | Settlement Amount | | 200.88 |
| Symbol: MMAT | | | WE HAVE ACTED AS AGENT. | | | | | |

**ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE**                9900167380

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

GREGORY RYAN HELTON
5244 AVERY WOODS LN
KNOXVILLE TN 37921-5242

If you are eligible to make a deposit, please use this form for investments in your brokerage account *****3129   only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH  45277-0003

If there are sufficient funds in your brokerage core account (or margin account), Fidelity will use those funds to cover the trade(s) on this confirm.  If you wish to deposit additional money, use this deposit slip and make checks payable to: NATIONAL FINANCIAL SERVICES LLC.  Deposits will be made to the account listed above.  Please mail checks to the Fidelity address on this form. Refer to the last page for instructions on depositing certificates.

FIDELITY BROKERAGE SERVICES LLC, MEMBER NYSE, SIPC

099 0Z20543129   00   000



**Fidelity**
INVESTMENTS
PO Box 28019
Albuquerque, NM 87125-8019

**Transaction Confirmation**
**Confirm Date: April 20, 2023**

Page 1 of 1

Brokerage Account Number
**\*\*\*\*\*3129 INDIVIDUAL - TOD**

**GREGORY RYAN  HELTON**

GREGORY RYAN HELTON
5244 AVERY WOODS LN
KNOXVILLE TN 37921-5242

9900149473

Online                                      Fidelity.com
FAST®-Automated Telephone    800-544-5555
Customer Service                    800-544-6666

| REFERENCE NO. 23110-0D53HK | TYPE 1* | REG.REP. WZ# | TRADE DATE 04-20-23 | SETTLEMENT DATE 04-24-23 | CUSIP NO. 59134N104 | ORDER NO. 23110-HNV22 | | |
|---|---|---|---|---|---|---|---|---|

You Bought
at
Symbol:
MMAT

422
.1950

DESCRIPTION and DISCLOSURES
META MATERIALS INC COM
ISIN #US59134N1046 SEDOL #BKSCVX7
WE HAVE ACTED AS AGENT.
PARTIAL EXECUTION

Principal Amount          82.29
Settlement Amount     82.29

| REFERENCE NO. 23110-0D53HX | TYPE 1* | REG.REP. WZ# | TRADE DATE 04-20-23 | SETTLEMENT DATE 04-24-23 | CUSIP NO. 59134N104 | ORDER NO. 23110-HNV22 | | |
|---|---|---|---|---|---|---|---|---|

You Bought
at
Symbol:
MMAT

9,578
.1951

DESCRIPTION and DISCLOSURES
META MATERIALS INC COM
ISIN #US59134N1046 SEDOL #BKSCVX7
WE HAVE ACTED AS AGENT.
PARTIAL EXECUTION

Principal Amount       1,868.67
Settlement Amount  1,868.67

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE        9900149473

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

GREGORY RYAN HELTON
5244 AVERY WOODS LN
KNOXVILLE TN 37921-5242

If you are eligible to make a deposit, please use this form for
investments in your brokerage account **\*\*\*\*\*3129**   only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

If there are sufficient funds in your brokerage core account
(or margin account), Fidelity will use those funds to cover
the trade(s) on this confirm. If you wish to deposit
additional money, use this deposit slip and make checks
payable to: NATIONAL FINANCIAL SERVICES LLC.
Deposits will be made to the account listed above. Please
mail checks to the Fidelity address on this form. Refer to the
last page for instructions on depositing certificates.

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH  45277-0003

FIDELITY BROKERAGE SERVICES LLC, MEMBER NYSE, SIPC

099 0Z20543129   00  000



PO Box 28019
Albuquerque, NM 87125-8019

**Transaction Confirmation**
**Confirm Date: April 17, 2023**

Page 1 of 1

Brokerage Account Number
*****3129 INDIVIDUAL - TOD

**GREGORY RYAN HELTON**

GREGORY RYAN HELTON
5244 AVERY WOODS LN
KNOXVILLE TN 37921-5242

9900174769

| Online | Fidelity.com |
| FAST®-Automated Telephone | 800-544-5555 |
| Customer Service | 800-544-6666 |

| REFERENCE NO.<br>23107-0B1DKS | TYPE<br>1* | REG.REP.<br>WZ# | TRADE DATE<br>04-17-23 | SETTLEMENT DATE<br>04-19-23 | CUSIP NO.<br>59134N104 | ORDER NO.<br>23107-G2BD6 | | |
|---|---|---|---|---|---|---|---|---|

You Bought     670     DESCRIPTION and DISCLOSURES
                   META MATERIALS INC COM      Principal Amount     151.96
       at    .2268    ISIN #US59134N1046 SEDOL #BKSCVX7     Settlement Amount     151.96
Symbol:            WE HAVE ACTED AS AGENT.
MMAT

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE

9900174769

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

GREGORY RYAN HELTON
5244 AVERY WOODS LN
KNOXVILLE TN 37921-5242

If you are eligible to make a deposit, please use this form for investments in your brokerage account *****3129 only.

| AMOUNT OF INVESTMENT | 8 |
|---|---|

If there are sufficient funds in your brokerage core account (or margin account), Fidelity will use those funds to cover the trade(s) on this confirm. If you wish to deposit additional money, use this deposit slip and make checks payable to: NATIONAL FINANCIAL SERVICES LLC. Deposits will be made to the account listed above. Please mail checks to the Fidelity address on this form. Refer to the last page for instructions on depositing certificates.

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH 45277-0003

FIDELITY BROKERAGE SERVICES LLC, MEMBER NYSE, SIPC

099 0Z20543129    00    000



PO Box 28019
Albuquerque, NM 87125-8019

**Transaction Confirmation**
**Confirm Date: April 11, 2023**

Page 1 of 1

Brokerage Account Number
*****3129 INDIVIDUAL - TOD

**GREGORY RYAN HELTON**

9900137773

GREGORY RYAN HELTON
5244 AVERY WOODS LN
KNOXVILLE TN 37921-5242

Online                                          Fidelity.com
FAST®-Automated Telephone         800-544-5555
Customer Service                        800-544-6666

| REFERENCE NO. 23101-0C231C | TYPE 1* | REG.REP. WZ# | TRADE DATE 04-11-23 | SETTLEMENT DATE 04-13-23 | CUSIP NO. 59134N104 | ORDER NO. 23101-HCCKP | | |
|---|---|---|---|---|---|---|---|---|
| You Bought | | 370 | **DESCRIPTION and DISCLOSURES** META MATERIALS INC COM | | | Principal Amount | | 152.22 |
| at | | .4114 | ISIN #US59134N1046 SEDOL #BKSCVX7 | | | Settlement Amount | | 152.22 |
| Symbol: MMAT | | | WE HAVE ACTED AS AGENT. | | | | | |

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE          9900137773

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

GREGORY RYAN HELTON
5244 AVERY WOODS LN
KNOXVILLE TN 37921-5242

If you are eligible to make a deposit, please use this form for
investments in your brokerage account *****3129   only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

If there are sufficient funds in your brokerage core account
(or margin account), Fidelity will use those funds to cover
the trade(s) on this confirm. If you wish to deposit
additional money, use this deposit slip and make checks
payable to: NATIONAL FINANCIAL SERVICES LLC.
Deposits will be made to the account listed above. Please
mail checks to the Fidelity address on this form. Refer to the
last page for instructions on depositing certificates.

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH  45277-0003

FIDELITY BROKERAGE SERVICES LLC, MEMBER NYSE, SIPC

099 0Z20543129   00   000



PO Box 28019
Albuquerque, NM 87125-8019

**Transaction Confirmation**
**Confirm Date: April 5, 2023**

Page 1 of 1

Brokerage Account Number
**\*\*\*\*\*3129 INDIVIDUAL - TOD**

**GREGORY RYAN  HELTON**

GREGORY RYAN HELTON
5244 AVERY WOODS LN
KNOXVILLE TN 37921-5242

9900154205

| Online | Fidelity.com |
| FAST®-Automated Telephone | 800-544-5555 |
| Customer Service | 800-544-6666 |

| REFERENCE NO.<br>23095-0FN95D | TYPE<br>1\* | REG.REP.<br>WZ# | TRADE DATE<br>04-05-23 | SETTLEMENT DATE<br>04-10-23 | CUSIP NO.<br>59134N104 | ORDER NO.<br>23095-HMY6W | | |
|---|---|---|---|---|---|---|---|---|

You Bought

at

Symbol:
MMAT

380

.4101

**DESCRIPTION and DISCLOSURES**
META MATERIALS INC COM
ISIN #US59134N1046 SEDOL #BKSCVX7
WE HAVE ACTED AS AGENT.

Principal Amount          155.84
Settlement Amount         155.84

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE          9900154205

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

GREGORY RYAN HELTON
5244 AVERY WOODS LN
KNOXVILLE TN 37921-5242

If you are eligible to make a deposit, please use this form for investments in your brokerage account **\*\*\*\*\*3129**   only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

If there are sufficient funds in your brokerage core account (or margin account), Fidelity will use those funds to cover the trade(s) on this confirm. If you wish to deposit additional money, use this deposit slip and make checks payable to: NATIONAL FINANCIAL SERVICES LLC. Deposits will be made to the account listed above. Please mail checks to the Fidelity address on this form. Refer to the last page for instructions on depositing certificates.

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH  45277-0003

FIDELITY BROKERAGE SERVICES LLC, MEMBER NYSE, SIPC

099  0Z20543129    00    000



PO Box 28019
Albuquerque, NM 87125-8019

**Transaction Confirmation**
**Confirm Date: March 28, 2023**

Page 1 of 1

Brokerage Account Number
**\*\*\*\*\*3129 INDIVIDUAL - TOD**

9900126565

**GREGORY RYAN HELTON**

GREGORY RYAN HELTON
5244 AVERY WOODS LN
KNOXVILLE TN 37921-5242

Online                              Fidelity.com
FAST®-Automated Telephone   800-544-5555
Customer Service              800-544-6666

| REFERENCE NO. 23087-0BWFGZ | TYPE 1* | REG.REP. WZ# | TRADE DATE 03-28-23 | SETTLEMENT DATE 03-30-23 | CUSIP NO. 59134N104 | ORDER NO. 23087-G1KZS | | |
|---|---|---|---|---|---|---|---|---|
| You Bought | | 325 | **DESCRIPTION and DISCLOSURES** META MATERIALS INC COM | | | | | |
| | | .4530 | ISIN #US59134N1046 SEDOL #BKSCVX7 | | Principal Amount | | | 147.23 |
| at | | | WE HAVE ACTED AS AGENT. | | Settlement Amount | | | 147.23 |
| Symbol: MMAT | | | | | | | | |

**ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE**          9900126565

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

GREGORY RYAN HELTON
5244 AVERY WOODS LN
KNOXVILLE TN 37921-5242

If you are eligible to make a deposit, please use this form for investments in your brokerage account **\*\*\*\*\*3129** only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

If there are sufficient funds in your brokerage core account (or margin account), Fidelity will use those funds to cover the trade(s) on this confirm. If you wish to deposit additional money, use this deposit slip and make checks payable to: NATIONAL FINANCIAL SERVICES LLC. Deposits will be made to the account listed above. Please mail checks to the Fidelity address on this form. Refer to the last page for instructions on depositing certificates.

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH  45277-0003

FIDELITY BROKERAGE SERVICES LLC, MEMBER NYSE, SIPC

099 0Z20543129   00   000



PO Box 28019
Albuquerque, NM 87125-8019

**Transaction Confirmation**
**Confirm Date: March 24, 2023**                          Page 1 of 1

Brokerage Account Number
**\*\*\*\*\*3129 INDIVIDUAL - TOD**

9900139458

GREGORY RYAN HELTON
5244 AVERY WOODS LN
KNOXVILLE TN 37921-5242

**GREGORY RYAN  HELTON**

Online                                    Fidelity.com
FAST®-Automated Telephone    800-544-5555
Customer Service                   800-544-6666

| REFERENCE NO. 23083-0JHM3F | TYPE 1* | REG.REP. WZ# | TRADE DATE 03-24-23 | SETTLEMENT DATE 03-28-23 | CUSIP NO. 59134N104 | ORDER NO. 23083-HWXBY | | |
|---|---|---|---|---|---|---|---|---|

| | | | DESCRIPTION and DISCLOSURES | | | |
|---|---|---|---|---|---|---|
| You Bought | 260 | | META MATERIALS INC COM | | Principal Amount | 122.82 |
| | | | ISIN #US59134N1046 SEDOL #BKSCVX7 | | Settlement Amount | 122.82 |
| at | .4724 | | WE HAVE ACTED AS AGENT. | | | |
| Symbol: | | | | | | |
| MMAT | | | | | | |

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE                9900139458

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

GREGORY RYAN HELTON
5244 AVERY WOODS LN
KNOXVILLE TN 37921-5242

If you are eligible to make a deposit, please use this form for investments in your brokerage account **\*\*\*\*\*3129**  only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

If there are sufficient funds in your brokerage core account (or margin account), Fidelity will use those funds to cover the trade(s) on this confirm.  If you wish to deposit additional money, use this deposit slip and make checks payable to: NATIONAL FINANCIAL SERVICES LLC. Deposits will be made to the account listed above.  Please mail checks to the Fidelity address on this form. Refer to the last page for instructions on depositing certificates.

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH  45277-0003

FIDELITY BROKERAGE SERVICES LLC, MEMBER NYSE, SIPC

099 0Z20543129   00   000



PO Box 28019
Albuquerque, NM 87125-8019

**Transaction Confirmation**
**Confirm Date: March 14, 2023**

Page 1 of 1

Brokerage Account Number
*****3129 INDIVIDUAL - TOD

**GREGORY RYAN HELTON**

9900159980

GREGORY RYAN HELTON
5244 AVERY WOODS LN
KNOXVILLE TN 37921-5242

Online                                    Fidelity.com
FAST®-Automated Telephone                 800-544-5555
Customer Service                          800-544-6666

| REFERENCE NO. 23073-0GQD5Q | TYPE 1* | REG.REP. WZ# | TRADE DATE 03-14-23 | SETTLEMENT DATE 03-16-23 | CUSIP NO. 59134N104 | ORDER NO. 23073-HF8QJ | | |
|---|---|---|---|---|---|---|---|---|
| You Bought | 230 | | **DESCRIPTION and DISCLOSURES** META MATERIALS INC COM | | Principal Amount | | | 121.35 |
| at | .527599 | | ISIN #US59134N1046 SEDOL #BKSCVX7 | | Settlement Amount | | | 121.35 |
| Symbol: MMAT | | | WE HAVE ACTED AS AGENT. | | | | | |

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE                          9900159980

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

GREGORY RYAN HELTON
5244 AVERY WOODS LN
KNOXVILLE TN 37921-5242

If you are eligible to make a deposit, please use this form for
investments in your brokerage account *****3129 only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

If there are sufficient funds in your brokerage core account
(or margin account), Fidelity will use those funds to cover
the trade(s) on this confirm. If you wish to deposit
additional money, use this deposit slip and make checks
payable to: NATIONAL FINANCIAL SERVICES LLC.
Deposits will be made to the account listed above. Please
mail checks to the Fidelity address on this form. Refer to the
last page for instructions on depositing certificates.

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH  45277-0003

FIDELITY BROKERAGE SERVICES LLC, MEMBER NYSE, SIPC

099 0Z20543129  00  000



PO Box 28019
Albuquerque, NM 87125-8019

**Transaction Confirmation**
**Confirm Date: March 1, 2023**

Page 1 of 1

Brokerage Account Number
*****3129 INDIVIDUAL - TOD

**GREGORY RYAN HELTON**

GREGORY RYAN HELTON
5244 AVERY WOODS LN
KNOXVILLE TN 37921-5242

9900178289

Online                              Fidelity.com
FAST®-Automated Telephone           800-544-5555
Customer Service                    800-544-6666

| REFERENCE NO. 23060-0C1MGP | TYPE 1* | REG.REP. WZ# | TRADE DATE 03-01-23 | SETTLEMENT DATE 03-03-23 | CUSIP NO. 59134N104 | ORDER NO. 23060-HD7RL | | |
|---|---|---|---|---|---|---|---|---|
| You Bought | | 170 | **DESCRIPTION and DISCLOSURES** META MATERIALS INC COM | | Principal Amount | | | 104.55 |
| at | | .6150 | ISIN #US59134N1046 SEDOL #BKSCVX7 | | Settlement Amount | | | 104.55 |
| Symbol: MMAT | | | WE HAVE ACTED AS AGENT. | | | | | |

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE                    9900178289

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

GREGORY RYAN HELTON
5244 AVERY WOODS LN
KNOXVILLE TN 37921-5242

If you are eligible to make a deposit, please use this form for investments in your brokerage account *****3129    only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

If there are sufficient funds in your brokerage core account (or margin account), Fidelity will use those funds to cover the trade(s) on this confirm. If you wish to deposit additional money, use this deposit slip and make checks payable to: NATIONAL FINANCIAL SERVICES LLC. Deposits will be made to the account listed above. Please mail checks to the Fidelity address on this form. Refer to the last page for instructions on depositing certificates.

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH  45277-0003

FIDELITY BROKERAGE SERVICES LLC, MEMBER NYSE, SIPC

099  0Z20543129    00    000



PO Box 28019
Albuquerque, NM 87125-8019

**Transaction Confirmation**
**Confirm Date: February 22, 2023**

Page 1 of 1

Brokerage Account Number
**\*\*\*\*\*3129 INDIVIDUAL - TOD**

9900143802

**GREGORY RYAN  HELTON**

GREGORY RYAN HELTON
5244 AVERY WOODS LN
KNOXVILLE TN 37921-5242

Online                                                    Fidelity.com
FAST®-Automated Telephone            800-544-5555
Customer Service                             800-544-6666

| REFERENCE NO. 23053-0B3F8R | TYPE 1* | REG.REP. WZ# | TRADE DATE 02-22-23 | SETTLEMENT DATE 02-24-23 | CUSIP NO. 59134N104 | ORDER NO. 23053-G3R1F | | |
|---|---|---|---|---|---|---|---|---|

You Bought

| | 160 | DESCRIPTION and DISCLOSURES |
|---|---|---|
| | | META MATERIALS INC COM |
| at | .6741 | ISIN #US59134N1046 SEDOL #BKSCVX7 |
| | | WE HAVE ACTED AS AGENT. |

Symbol:
MMAT

Principal Amount        107.86
Settlement Amount      107.86

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE          9900143802

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

GREGORY RYAN HELTON
5244 AVERY WOODS LN
KNOXVILLE TN 37921-5242

If you are eligible to make a deposit, please use this form for
investments in your brokerage account **\*\*\*\*\*3129**   only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH  45277-0003

If there are sufficient funds in your brokerage core account
(or margin account), Fidelity will use those funds to cover
the trade(s) on this confirm. If you wish to deposit
additional money, use this deposit slip and make checks
payable to: NATIONAL FINANCIAL SERVICES LLC.
Deposits will be made to the account listed above.  Please
mail checks to the Fidelity address on this form. Refer to the
last page for instructions on depositing certificates.

FIDELITY BROKERAGE SERVICES LLC, MEMBER NYSE, SIPC



PO Box 28019
Albuquerque, NM 87125-8019

**Transaction Confirmation**
**Confirm Date: February 17, 2023**                     Page 1 of 1

Brokerage Account Number
**\*\*\*\*\*3129 INDIVIDUAL - TOD**

**GREGORY RYAN HELTON**

9900162585

GREGORY RYAN HELTON
5244 AVERY WOODS LN
KNOXVILLE TN 37921-5242

Online                                    Fidelity.com
FAST®-Automated Telephone                 800-544-5555
Customer Service                          800-544-6666

| REFERENCE NO. 23048-0F7KSS | TYPE 1* | REG.REP. WZ# | TRADE DATE 02-17-23 | SETTLEMENT DATE 02-22-23 | CUSIP NO. 59134N104 | ORDER NO. 23048-HXX0S | | |
|---|---|---|---|---|---|---|---|---|

You Bought          180          **DESCRIPTION and DISCLOSURES**
                                 META MATERIALS INC COM          Principal Amount          128.39
            at    .713278        ISIN #US59134N1046 SEDOL #BKSCVX7   Settlement Amount          128.39
Symbol:                          WE HAVE ACTED AS AGENT.
MMAT

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE                9900162585

GREGORY RYAN HELTON
5244 AVERY WOODS LN
KNOXVILLE TN 37921-5242

If you are eligible to make a deposit, please use this form for investments in your brokerage account **\*\*\*\*\*3129**    only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

If there are sufficient funds in your brokerage core account (or margin account), Fidelity will use those funds to cover the trade(s) on this confirm. If you wish to deposit additional money, use this deposit slip and make checks payable to: NATIONAL FINANCIAL SERVICES LLC. Deposits will be made to the account listed above. Please mail checks to the Fidelity address on this form. Refer to the last page for instructions on depositing certificates.

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH  45277-0003

FIDELITY BROKERAGE SERVICES LLC, MEMBER NYSE, SIPC

099  0Z20543129   00   000



PO Box 28019
Albuquerque, NM 87125-8019

**Transaction Confirmation**
**Confirm Date: January 27, 2023**

Page 1 of 1

Brokerage Account Number
**\*\*\*\*\*3129 INDIVIDUAL - TOD**

9900170094

**GREGORY RYAN HELTON**

GREGORY RYAN HELTON
5244 AVERY WOODS LN
KNOXVILLE TN 37921-5242

Online                              Fidelity.com
FAST®-Automated Telephone    800-544-5555
Customer Service                800-544-6666

| REFERENCE NO. 23027-LPLC69 | TYPE 1* | REG.REP. WZ# | TRADE DATE 01-27-23 | SETTLEMENT DATE 01-31-23 | CUSIP NO. 37955R107 | ORDER NO. 23027-H1M0I | | |
|---|---|---|---|---|---|---|---|---|

You Bought            150        DESCRIPTION and DISCLOSURES
                                   GLOBAL TECH INDS GROUP INC COM          Principal Amount            218.63
        at           1.4575      WE HAVE ACTED AS AGENT.                   Settlement Amount          218.63
Symbol:
GTII

| REFERENCE NO. 23027-ODMRNM | TYPE 1* | REG.REP. WZ# | TRADE DATE 01-27-23 | SETTLEMENT DATE 01-31-23 | CUSIP NO. 59134N104 | ORDER NO. 23027-HHZYL | | |
|---|---|---|---|---|---|---|---|---|

You Bought            125        DESCRIPTION and DISCLOSURES
                                   META MATERIALS INC COM                  Principal Amount            122.75
        at           .9820       ISIN #US59134N1046 SEDOL #BKSCVX7         Settlement Amount          122.75
Symbol:                          WE HAVE ACTED AS AGENT.
MMAT

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE                    9900170094

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

GREGORY RYAN HELTON
5244 AVERY WOODS LN
KNOXVILLE TN 37921-5242

If you are eligible to make a deposit, please use this form for
investments in your brokerage account **\*\*\*\*\*3129** only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

If there are sufficient funds in your brokerage core account
(or margin account), Fidelity will use those funds to cover
the trade(s) on this confirm. If you wish to deposit
additional money, use this deposit slip and make checks
payable to: NATIONAL FINANCIAL SERVICES LLC.
Deposits will be made to the account listed above. Please
mail checks to the Fidelity address on this form. Refer to the
last page for instructions on depositing certificates.

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH  45277-0003

FIDELITY BROKERAGE SERVICES LLC, MEMBER NYSE, SIPC

099  0Z20543129    00    000



PO Box 28019
Albuquerque, NM 87125-8019

**Transaction Confirmation**
**Confirm Date: December 9, 2022**

Page 1 of 1

Brokerage Account Number
**\*\*\*\*\*3129 INDIVIDUAL - TOD**

**GREGORY RYAN  HELTON**

GREGORY RYAN HELTON
5244 AVERY WOODS LN
KNOXVILLE TN 37921-5242

9900125583

| | |
|---|---|
| Online | Fidelity.com |
| FAST®-Automated Telephone | 800-544-5555 |
| Customer Service | 800-544-6666 |

| REFERENCE NO. 22343-0FBXFL | TYPE 1* | REG.REP. WZ# | TRADE DATE 12-09-22 | SETTLEMENT DATE 12-13-22 | CUSIP NO. 59134N104 | ORDER NO. 22343-DQOFQ | | |
|---|---|---|---|---|---|---|---|---|
| You Bought | 42 | | DESCRIPTION and DISCLOSURES META MATERIALS INC COM | | | Principal Amount | | 58.12 |
| at | 1.3839 | | ISIN #US59134N1046 SEDOL #BKSCVX7 | | | Settlement Amount | | 58.12 |
| Symbol: MMAT | | | WE HAVE ACTED AS AGENT. | | | | | |

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE

9900125583

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

GREGORY RYAN HELTON
5244 AVERY WOODS LN
KNOXVILLE TN 37921-5242

If you are eligible to make a deposit, please use this form for
investments in your brokerage account **\*\*\*\*\*3129**   only.

| AMOUNT OF INVESTMENT | 8 |
|---|---|

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH  45277-0003

If there are sufficient funds in your brokerage core account
(or margin account), Fidelity will use those funds to cover
the trade(s) on this confirm.  If you wish to deposit
additional money, use this deposit slip and make checks
payable to: NATIONAL FINANCIAL SERVICES LLC.
Deposits will be made to the account listed above.  Please
mail checks to the Fidelity address on this form. Refer to the
last page for instructions on depositing certificates.

FIDELITY BROKERAGE SERVICES LLC, MEMBER NYSE, SIPC

099  0Z20543129   00   000



PO Box 28019
Albuquerque, NM 87125-8019

**Transaction Confirmation**
**Confirm Date: November 28, 2022**                    Page 1 of 1

Brokerage Account Number
**\*\*\*\*\*3129 INDIVIDUAL - TOD**

**GREGORY RYAN  HELTON**

9900153205

GREGORY RYAN HELTON
5244 AVERY WOODS LN
KNOXVILLE TN 37921-5242

Online                              Fidelity.com
FAST®-Automated Telephone           800-544-5555
Customer Service                    800-544-6666

| REFERENCE NO. 22332-0BNVPS | TYPE 1* | REG.REP. WZ# | TRADE DATE 11-28-22 | SETTLEMENT DATE 11-30-22 | CUSIP NO. 59134N104 | ORDER NO. 22332-DMDDE | | |
|---|---|---|---|---|---|---|---|---|

You  Bought                        DESCRIPTION and DISCLOSURES
                    5,290          META MATERIALS INC COM            Principal  Amount        10,051.00
        at          1.9000         ISIN #US59134N1046 SEDOL #BKSCVX7  Settlement  Amount       10,051.00
Symbol:                            WE HAVE ACTED AS AGENT.
MMAT

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE                    9900153205

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

GREGORY RYAN HELTON
5244 AVERY WOODS LN
KNOXVILLE TN 37921-5242

If you are eligible to make a deposit, please use this form for
investments in your brokerage account **\*\*\*\*\*3129**   only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

If there are sufficient funds in your brokerage core account
(or margin account), Fidelity will use those funds to cover
the trade(s) on this confirm.  If you wish to deposit
additional money, use this deposit slip and make checks
payable to: NATIONAL FINANCIAL SERVICES LLC.
Deposits will be made to the account listed above.  Please
mail checks to the Fidelity address on this form. Refer to the
last page for instructions on depositing certificates.

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH  45277-0003

FIDELITY BROKERAGE SERVICES LLC, MEMBER NYSE, SIPC

099  0Z20543129    00    000



**Fidelity**
INVESTMENTS
PO Box 28019
Albuquerque, NM 87125-8019

**Transaction Confirmation**
**Confirm Date: November 14, 2022**

Page 1 of 1

Brokerage Account Number
*****3129 INDIVIDUAL - TOD

9900160722

**GREGORY RYAN HELTON**

GREGORY RYAN HELTON
5244 AVERY WOODS LN
KNOXVILLE TN 37921-5242

| | |
|---|---|
| Online | Fidelity.com |
| FAST®-Automated Telephone | 800-544-5555 |
| Customer Service | 800-544-6666 |

| REFERENCE NO. 22318-0C5CHL | TYPE 1* | REG.REP. WZ# | TRADE DATE 11-14-22 | SETTLEMENT DATE 11-16-22 | CUSIP NO. 59134N104 | ORDER NO. 22318-DPNR9 | | |
|---|---|---|---|---|---|---|---|---|
| **You Bought** | | 1,045 | DESCRIPTION and DISCLOSURES META MATERIALS INC COM | | | **Principal Amount** | | 1,708.58 |
| at | | 1.6350 | ISIN #US59134N1046 SEDOL #BKSCVX7 | | | **Settlement Amount** | | 1,708.58 |
| Symbol: MMAT | | | WE HAVE ACTED AS AGENT. | | | | | |

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE

9900160722

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

GREGORY RYAN HELTON
5244 AVERY WOODS LN
KNOXVILLE TN 37921-5242

If you are eligible to make a deposit, please use this form for
investments in your brokerage account *****3129  only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

If there are sufficient funds in your brokerage core account
(or margin account), Fidelity will use those funds to cover
the trade(s) on this confirm. If you wish to deposit
additional money, use this deposit slip and make checks
payable to: NATIONAL FINANCIAL SERVICES LLC.
Deposits will be made to the account listed above. Please
mail checks to the Fidelity address on this form. Refer to the
last page for instructions on depositing certificates.

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH  45277-0003

FIDELITY BROKERAGE SERVICES LLC, MEMBER NYSE, SIPC

099 0220543129   00   000



PO Box 28019
Albuquerque, NM 87125-8019

**Transaction Confirmation**
**Confirm Date: November 10, 2022**

Page 1 of 2

Brokerage Account Number
*****3129 INDIVIDUAL - TOD

9900175543

**GREGORY RYAN HELTON**

GREGORY RYAN HELTON
5244 AVERY WOODS LN
KNOXVILLE TN 37921-5242

| Online | Fidelity.com |
|---|---|
| FAST®-Automated Telephone | 800-544-5555 |
| Customer Service | 800-544-6666 |

| REFERENCE NO. 22314-0B0W7S | TYPE 1* | REG.REP. WZ# | TRADE DATE 11-10-22 | SETTLEMENT DATE 11-15-22 | CUSIP NO. 59134N104 | ORDER NO. 22314-DL647 | | |
|---|---|---|---|---|---|---|---|---|

You Bought    500    **DESCRIPTION and DISCLOSURES**
      at    1.3430    META MATERIALS INC COM
ISIN #US59134N1046 SEDOL #BKSCVX7
WE HAVE ACTED AS AGENT.

Symbol:
MMAT

Principal Amount      671.50
Settlement Amount    671.50

| REFERENCE NO. 22314-0CLZVM | TYPE 1* | REG.REP. WZ# | TRADE DATE 11-10-22 | SETTLEMENT DATE 11-15-22 | CUSIP NO. 59134N104 | ORDER NO. 22314-DOZEJ | | |
|---|---|---|---|---|---|---|---|---|

You Bought    150    **DESCRIPTION and DISCLOSURES**
      at    1.3050    META MATERIALS INC COM
ISIN #US59134N1046 SEDOL #BKSCVX7
WE HAVE ACTED AS AGENT.

Symbol:
MMAT

Principal Amount      195.75
Settlement Amount    195.75

**ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE**      9900175543

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

GREGORY RYAN HELTON
5244 AVERY WOODS LN
KNOXVILLE TN 37921-5242

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH  45277-0003

If you are eligible to make a deposit, please use this form for investments in your brokerage account *****3129 only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

If there are sufficient funds in your brokerage core account (or margin account), Fidelity will use those funds to cover the trade(s) on this confirm. If you wish to deposit additional money, use this deposit slip and make checks payable to: NATIONAL FINANCIAL SERVICES LLC. Deposits will be made to the account listed above. Please mail checks to the Fidelity address on this form. Refer to the last page for instructions on depositing certificates.

FIDELITY BROKERAGE SERVICES LLC, MEMBER NYSE, SIPC

099 0220543129    00  000

**Transaction Confirmation**
**Confirm Date: November 10, 2022**                    Page 2 of 2

Brokerage Account Number
*****3129 INDIVIDUAL - TOD

**GREGORY RYAN HELTON**

| REFERENCE NO. 22314-0C3ZRN | TYPE 1* | REG.REP. WZ# | TRADE DATE 11-10-22 | SETTLEMENT DATE 11-15-22 | CUSIP NO. 59134N104 | ORDER NO. 22314-DQPVE | | |
|---|---|---|---|---|---|---|---|---|
| You Bought | | 500 | DESCRIPTION and DISCLOSURES META MATERIALS INC COM | | | | | |
| at | | 1.2687 | ISIN #US59134N1046 SEDOL #BKSCVX7 | | | Principal Amount | | 634.35 |
| Symbol: | | | WE HAVE ACTED AS AGENT. | | | Settlement Amount | | 634.35 |
| MMAT | | | | | | | | |

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE          9900175543

**REMITTANCE COUPON**



PO Box 28019
Albuquerque, NM 87125-8019

**Transaction Confirmation**
**Confirm Date: November 9, 2022**

Page 1 of 2

Brokerage Account Number
**\*\*\*\*\*3129 INDIVIDUAL - TOD**

9900155996

GREGORY RYAN HELTON
5244 AVERY WOODS LN
KNOXVILLE TN 37921-5242

**GREGORY RYAN HELTON**

Online                                      Fidelity.com
FAST®-Automated Telephone      800-544-5555
Customer Service                        800-544-6666

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 22313-0B2KNK | 1* | WZ# | 11-09-22 | 11-14-22 | 59134N104 | 22313-DN1NF | | |

You Bought
at
Symbol:
MMAT

150
1.4942

DESCRIPTION and DISCLOSURES
META MATERIALS INC COM
ISIN #US59134N1046 SEDOL #BKSCVX7
WE HAVE ACTED AS AGENT.

Principal Amount            224.13
Settlement Amount        224.13

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 22313-0CPH0C | 1* | WZ# | 11-09-22 | 11-14-22 | 59134N104 | 22313-D0QAP | | |

You Bought
at
Symbol:
MMAT

150
1.4350

DESCRIPTION and DISCLOSURES
META MATERIALS INC COM
ISIN #US59134N1046 SEDOL #BKSCVX7
WE HAVE ACTED AS AGENT.

Principal Amount            215.25
Settlement Amount        215.25

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE

9900155996

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

GREGORY RYAN HELTON
5244 AVERY WOODS LN
KNOXVILLE TN 37921-5242

If you are eligible to make a deposit, please use this form for investments in your brokerage account \*\*\*\*\*3129 only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH  45277-0003

If there are sufficient funds in your brokerage core account (or margin account), Fidelity will use those funds to cover the trade(s) on this confirm. If you wish to deposit additional money, use this deposit slip and make checks payable to: NATIONAL FINANCIAL SERVICES LLC. Deposits will be made to the account listed above. Please mail checks to the Fidelity address on this form. Refer to the last page for instructions on depositing certificates.

**Transaction Confirmation**
**Confirm Date: November 9, 2022**                Page 2 of 2

Brokerage Account Number
*****3129 INDIVIDUAL - TOD

**GREGORY RYAN  HELTON**

| REFERENCE NO.<br>22313-0DJZ3K | TYPE<br>1* | REG.REP.<br>WZ# | TRADE DATE<br>11-09-22 | SETTLEMENT DATE<br>11-14-22 | CUSIP NO.<br>59134N104 | ORDER NO.<br>22313-HKRSX | | |
|---|---|---|---|---|---|---|---|---|
| You Bought | | 150 | DESCRIPTION and DISCLOSURES<br>META MATERIALS INC COM | | | Principal Amount | | 213.00 |
| at | | 1.4200 | ISIN #US59134N1046 SEDOL #BKSCVX7 | | | Settlement Amount | | 213.00 |
| Symbol:<br>MMAT | | | WE HAVE ACTED AS AGENT. | | | | | |

| REFERENCE NO.<br>22313-0D094M | TYPE<br>1* | REG.REP.<br>WZ# | TRADE DATE<br>11-09-22 | SETTLEMENT DATE<br>11-14-22 | CUSIP NO.<br>59134N104 | ORDER NO.<br>22313-DRZYB | | |
|---|---|---|---|---|---|---|---|---|
| You Bought | | 1,000 | DESCRIPTION and DISCLOSURES<br>META MATERIALS INC COM | | | Principal Amount | | 1,385.50 |
| at | | 1.3855 | ISIN #US59134N1046 SEDOL #BKSCVX7 | | | Settlement Amount | | 1,385.50 |
| Symbol:<br>MMAT | | | WE HAVE ACTED AS AGENT. | | | | | |

| REFERENCE NO.<br>22313-0FXV4P | TYPE<br>1* | REG.REP.<br>WZ# | TRADE DATE<br>11-09-22 | SETTLEMENT DATE<br>11-14-22 | CUSIP NO.<br>59134N104 | ORDER NO.<br>22313-HYRKF | | |
|---|---|---|---|---|---|---|---|---|
| You Bought | | 500 | DESCRIPTION and DISCLOSURES<br>META MATERIALS INC COM | | | Principal Amount | | 697.35 |
| at | | 1.3947 | ISIN #US59134N1046 SEDOL #BKSCVX7 | | | Settlement Amount | | 697.35 |
| Symbol:<br>MMAT | | | WE HAVE ACTED AS AGENT. | | | | | |

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE

9900155996

**REMITTANCE COUPON**



PO Box 28019
Albuquerque, NM 87125-8019

**Transaction Confirmation**
**Confirm Date: October 28, 2022**

Page 1 of 1

Brokerage Account Number
*****3129 INDIVIDUAL - TOD

9900173240

**GREGORY RYAN HELTON**

GREGORY RYAN HELTON
5244 AVERY WOODS LN
KNOXVILLE TN 37921-5242

Online                                     Fidelity.com
FAST®-Automated Telephone     800-544-5555
Customer Service                     800-544-6666

| REFERENCE NO. 22301-0C9DPD | TYPE 1* | REG.REP. WZ# | TRADE DATE 10-28-22 | SETTLEMENT DATE 11-01-22 | CUSIP NO. 59134N104 | ORDER NO. 22301-HP7R8 | | |
|---|---|---|---|---|---|---|---|---|

You Bought       698

at       1.0200

Symbol:
MMAT

DESCRIPTION and DISCLOSURES
META MATERIALS INC COM
ISIN #US59134N1046 SEDOL #BKSCVX7
WE HAVE ACTED AS AGENT.

Principal Amount      711.96
Settlement Amount   711.96

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE

9900173240

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

GREGORY RYAN HELTON
5244 AVERY WOODS LN
KNOXVILLE TN 37921-5242

If you are eligible to make a deposit, please use this form for investments in your brokerage account *****3129 only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

If there are sufficient funds in your brokerage core account (or margin account), Fidelity will use those funds to cover the trade(s) on this confirm. If you wish to deposit additional money, use this deposit slip and make checks payable to: NATIONAL FINANCIAL SERVICES LLC. Deposits will be made to the account listed above. Please mail checks to the Fidelity address on this form. Refer to the last page for instructions on depositing certificates.

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH  45277-0003

FIDELITY BROKERAGE SERVICES LLC, MEMBER NYSE, SIPC

099 0Z20543129    00    000



**Fidelity**
INVESTMENTS®

PO Box 28019
Albuquerque, NM 87125-8019

**Transaction Confirmation**
**Confirm Date: October 19, 2022**

Page 1 of 2

Brokerage Account Number
**\*\*\*\*\*3129 INDIVIDUAL - TOD**

9900118503

GREGORY RYAN HELTON
5244 AVERY WOODS LN
KNOXVILLE TN 37921-5242

**GREGORY RYAN HELTON**

Online                        Fidelity.com
FAST®-Automated Telephone    800-544-5555
Customer Service               800-544-6666

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 22292-0BXMDQ | 1* | WZ# | 10-19-22 | 10-21-22 | 59134N104 | 22292-G15G1 | | |

You Bought           100

**DESCRIPTION and DISCLOSURES**
META MATERIALS INC COM
ISIN #US59134N1046 SEDOL #BKSCVX7
WE HAVE ACTED AS AGENT.

at     .8800

Principal Amount         88.00
Settlement Amount       88.00

Symbol:
MMAT

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 22292-0BOZ6Q | 1* | WZ# | 10-19-22 | 10-21-22 | 59134N104 | 22292-G115I | | |

You Bought           100

**DESCRIPTION and DISCLOSURES**
META MATERIALS INC COM
ISIN #US59134N1046 SEDOL #BKSCVX7
WE HAVE ACTED AS AGENT.

at     .8760

Principal Amount         87.60
Settlement Amount       87.60

Symbol:
MMAT

**ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE**      9900118503

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

GREGORY RYAN HELTON
5244 AVERY WOODS LN
KNOXVILLE TN 37921-5242

If you are eligible to make a deposit, please use this form for investments in your brokerage account **\*\*\*\*\*3129** only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH 45277-0003

If there are sufficient funds in your brokerage core account (or margin account), Fidelity will use those funds to cover the trade(s) on this confirm. If you wish to deposit additional money, use this deposit slip and make checks payable to: NATIONAL FINANCIAL SERVICES LLC. Deposits will be made to the account listed above. Please mail checks to the Fidelity address on this form. Refer to the last page for instructions on depositing certificates.

FIDELITY BROKERAGE SERVICES LLC, MEMBER NYSE, SIPC

099 0Z20543129    00    000

**Transaction Confirmation**
**Confirm Date: October 19, 2022**

Page 2 of 2

Brokerage Account Number
*****3129 INDIVIDUAL - TOD

**GREGORY RYAN HELTON**

| REFERENCE NO. 22292-0CXSRN | TYPE 1* | REG.REP. WZ# | TRADE DATE 10-19-22 | SETTLEMENT DATE 10-21-22 | CUSIP NO. 59134N104 | ORDER NO. 22292-HDPB9 | | |
|---|---|---|---|---|---|---|---|---|

| You Bought | | 100 | DESCRIPTION and DISCLOSURES META MATERIALS INC COM | | Principal Amount | | 85.63 |
| at | | .8563 | ISIN #US59134N1046 SEDOL #BKSCVX7 | | Settlement Amount | | 85.63 |
| Symbol: MMAT | | | WE HAVE ACTED AS AGENT. | | | | |

| REFERENCE NO. 22292-0FJFMW | TYPE 1* | REG.REP. WZ# | TRADE DATE 10-19-22 | SETTLEMENT DATE 10-21-22 | CUSIP NO. 59134N104 | ORDER NO. 22292-HQ5Y9 | | |
|---|---|---|---|---|---|---|---|---|

| You Bought | | 150 | DESCRIPTION and DISCLOSURES META MATERIALS INC COM | | Principal Amount | | 126.38 |
| at | | .8425 | ISIN #US59134N1046 SEDOL #BKSCVX7 | | Settlement Amount | | 126.38 |
| Symbol: MMAT | | | WE HAVE ACTED AS AGENT. | | | | |

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE

9900118503

**REMITTANCE COUPON**



PO Box 28019
Albuquerque, NM 87125-8019

**Transaction Confirmation**
**Confirm Date: October 18, 2022**

Page 1 of 1

Brokerage Account Number
**\*\*\*\*\*3129 INDIVIDUAL - TOD**

9900132220

GREGORY RYAN HELTON
5244 AVERY WOODS LN
KNOXVILLE TN 37921-5242

**GREGORY RYAN HELTON**

Online                                    Fidelity.com
FAST®-Automated Telephone    800-544-5555
Customer Service                   800-544-6666

| REFERENCE NO.<br>22291-0B4GQC | TYPE<br>1* | REG.REP.<br>WZ# | TRADE DATE<br>10-18-22 | SETTLEMENT DATE<br>10-20-22 | CUSIP NO.<br>59134N104 | ORDER NO.<br>22291-G6SXH | | |
|---|---|---|---|---|---|---|---|---|

You Bought        300
at        .9209
Symbol:
MMAT

DESCRIPTION and DISCLOSURES
META MATERIALS INC COM
ISIN #US59134N1046 SEDOL #BKSCVX7
WE HAVE ACTED AS AGENT.

Principal Amount        276.27
Settlement Amount        276.27

| REFERENCE NO.<br>22291-0CJZGP | TYPE<br>1* | REG.REP.<br>WZ# | TRADE DATE<br>10-18-22 | SETTLEMENT DATE<br>10-20-22 | CUSIP NO.<br>59134N104 | ORDER NO.<br>22291-HB8WQ | | |
|---|---|---|---|---|---|---|---|---|

You Bought        150
at        .912499
Symbol:
MMAT

DESCRIPTION and DISCLOSURES
META MATERIALS INC COM
ISIN #US59134N1046 SEDOL #BKSCVX7
WE HAVE ACTED AS AGENT.

Principal Amount        136.87
Settlement Amount        136.87

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE        9900132220

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

GREGORY RYAN HELTON
5244 AVERY WOODS LN
KNOXVILLE TN 37921-5242

If you are eligible to make a deposit, please use this form for investments in your brokerage account **\*\*\*\*\*3129** only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH  45277-0003

If there are sufficient funds in your brokerage core account (or margin account), Fidelity will use those funds to cover the trade(s) on this confirm. If you wish to deposit additional money, use this deposit slip and make checks payable to: NATIONAL FINANCIAL SERVICES LLC. Deposits will be made to the account listed above. Please mail checks to the Fidelity address on this form. Refer to the last page for instructions on depositing certificates.

FIDELITY BROKERAGE SERVICES LLC, MEMBER NYSE, SIPC

099  0Z20543129    00    000



**Fidelity**
INVESTMENTS®
PO Box 28019
Albuquerque, NM 87125-8019

**Transaction Confirmation**
**Confirm Date: October 17, 2022**

Page 1 of 2

Brokerage Account Number
*****3129 INDIVIDUAL - TOD

**GREGORY RYAN HELTON**

9900158656

GREGORY RYAN HELTON
5244 AVERY WOODS LN
KNOXVILLE TN 37921-5242

Online                               Fidelity.com
FAST®-Automated Telephone            800-544-5555
Customer Service                     800-544-6666

| REFERENCE NO. 22290-0B5K6B | TYPE 1* | REG.REP. WZ# | TRADE DATE 10-17-22 | SETTLEMENT DATE 10-19-22 | CUSIP NO. Q5431K105 | ORDER NO. 22290-G7Y07 | | |
|---|---|---|---|---|---|---|---|---|

You Bought

50

.62675

**DESCRIPTION and DISCLOSURES**
LAKE RESOURCES NL NPV
ISIN #AU000000LKE1 SEDOL #6397267
WE HAVE ACTED AS AGENT.

Principal Amount        31.34
Settlement Amount       31.34

at

Symbol:
LLKKF

| REFERENCE NO. 22290-0BW41W | TYPE 1* | REG.REP. WZ# | TRADE DATE 10-17-22 | SETTLEMENT DATE 10-19-22 | CUSIP NO. 59134N104 | ORDER NO. 22290-G02XE | | |
|---|---|---|---|---|---|---|---|---|

You Bought

100

1.0055

**DESCRIPTION and DISCLOSURES**
META MATERIALS INC COM
ISIN #US59134N1046 SEDOL #BKSCVX7
WE HAVE ACTED AS AGENT.

Principal Amount        100.55
Settlement Amount       100.55

at

Symbol:
MMAT

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE                 9900158656

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

GREGORY RYAN HELTON
5244 AVERY WOODS LN
KNOXVILLE TN 37921-5242

If you are eligible to make a deposit, please use this form for
investments in your brokerage account *****3129  only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

If there are sufficient funds in your brokerage core account
(or margin account), Fidelity will use those funds to cover
the trade(s) on this confirm.  If you wish to deposit
additional money, use this deposit slip and make checks
payable to: NATIONAL FINANCIAL SERVICES LLC.
Deposits will be made to the account listed above.  Please
mail checks to the Fidelity address on this form. Refer to the
last page for instructions on depositing certificates.

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH  45277-0003

FIDELITY BROKERAGE SERVICES LLC, MEMBER NYSE, SIPC

099  0Z20543129   00   000



PO Box 28019
Albuquerque, NM 87125-8019

**Transaction Confirmation**
**Confirm Date: October 14, 2022**

Page 1 of 1

9900141072

Brokerage Account Number
**\*\*\*\*\*3129 INDIVIDUAL - TOD**

**GREGORY RYAN HELTON**

GREGORY RYAN HELTON
5244 AVERY WOODS LN
KNOXVILLE TN 37921-5242

Online                                         Fidelity.com
FAST®-Automated Telephone    800-544-5555
Customer Service                     800-544-6666

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 22287-0B6LFC | 1* | WZ# | 10-14-22 | 10-18-22 | 59134N104 | 22287-G6PD8 | | |

You Bought
      150
   at    .9050
Symbol:
MMAT

DESCRIPTION and DISCLOSURES
META MATERIALS INC COM
ISIN #US59134N1046 SEDOL #BKSCVX7
WE HAVE ACTED AS AGENT.

Principal Amount    135.75
Settlement Amount   135.75

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 22287-0B6LWJ | 1* | WZ# | 10-14-22 | 10-18-22 | 59134N104 | 22287-G6X12 | | |

You Bought
      150
   at    .9047
Symbol:
MMAT

DESCRIPTION and DISCLOSURES
META MATERIALS INC COM
ISIN #US59134N1046 SEDOL #BKSCVX7
WE HAVE ACTED AS AGENT.

Principal Amount    135.71
Settlement Amount   135.71

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE                    9900141072

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

GREGORY RYAN HELTON
5244 AVERY WOODS LN
KNOXVILLE TN 37921-5242

If you are eligible to make a deposit, please use this form for
investments in your brokerage account **\*\*\*\*\*3129**    only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH 45277-0003

If there are sufficient funds in your brokerage core account
(or margin account), Fidelity will use those funds to cover
the trade(s) on this confirm. If you wish to deposit
additional money, use this deposit slip and make checks
payable to: NATIONAL FINANCIAL SERVICES LLC.
Deposits will be made to the account listed above. Please
mail checks to the Fidelity address on this form. Refer to the
last page for instructions on depositing certificates.

FIDELITY BROKERAGE SERVICES LLC, MEMBER NYSE, SIPC

099 0Z20543129  00  000



PO Box 28019
Albuquerque, NM 87125-8019

**Transaction Confirmation**
**Confirm Date: October 13, 2022**

Page 1 of 1

Brokerage Account Number
**\*\*\*\*\*3129 INDIVIDUAL - TOD**

**GREGORY RYAN  HELTON**

9900153441

GREGORY RYAN HELTON
5244 AVERY WOODS LN
KNOXVILLE TN 37921-5242

Online                                  Fidelity.com
FAST®-Automated Telephone      800-544-5555
Customer Service                   800-544-6666

| REFERENCE NO. 22286-0BVRRN | TYPE 1* | REG.REP. WZ# | TRADE DATE 10-13-22 | SETTLEMENT DATE 10-17-22 | CUSIP NO. 59134N104 | ORDER NO. 22286-G0062 | | |
|---|---|---|---|---|---|---|---|---|

You Bought

at

Symbol:
MMAT

500
1.1700

**DESCRIPTION and DISCLOSURES**
META MATERIALS INC COM
ISIN #US59134N1046 SEDOL #BKSCVX7
WE HAVE ACTED AS AGENT.

Principal Amount          585.00
Settlement Amount        585.00

**ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE**

9900153441

GREGORY RYAN HELTON
5244 AVERY WOODS LN
KNOXVILLE TN 37921-5242

If you are eligible to make a deposit, please use this form for investments in your brokerage account **\*\*\*\*\*3129**   only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH  45277-0003

If there are sufficient funds in your brokerage core account (or margin account), Fidelity will use those funds to cover the trade(s) on this confirm.  If you wish to deposit additional money, use this deposit slip and make checks payable to: NATIONAL FINANCIAL SERVICES LLC. Deposits will be made to the account listed above.  Please mail checks to the Fidelity address on this form. Refer to the last page for instructions on depositing certificates.

099 0Z20543129   00   000



PO Box 28019
Albuquerque, NM 87125-8019

**Transaction Confirmation**
**Confirm Date: October 12, 2022**

Page 1 of 1

Brokerage Account Number
*****3129 INDIVIDUAL - TOD

9900119238

**GREGORY RYAN HELTON**

GREGORY RYAN HELTON
5244 AVERY WOODS LN
KNOXVILLE TN 37921-5242

Online                                      Fidelity.com
FAST®-Automated Telephone    800-544-5555
Customer Service                    800-544-6666

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 22285-0FZKWJ | 1* | WZ# | 10-12-22 | 10-14-22 | 59134N104 | 22285-HJZ7Z | | |

You Bought
at
Symbol:
MMAT

140
.994699

**DESCRIPTION and DISCLOSURES**
META MATERIALS INC COM
ISIN #US59134N1046 SEDOL #BKSCVX7
WE HAVE ACTED AS AGENT.

Principal Amount          139.26
Settlement Amount       139.26

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 22285-0GC5SM | 1* | WZ# | 10-12-22 | 10-14-22 | 59134N104 | 22285-DOXBY | | |

You Bought
at
Symbol:
MMAT

500
1.0860

**DESCRIPTION and DISCLOSURES**
META MATERIALS INC COM
ISIN #US59134N1046 SEDOL #BKSCVX7
WE HAVE ACTED AS AGENT.

Principal Amount          543.00
Settlement Amount       543.00

**ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE**                9900119238

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

GREGORY RYAN HELTON
5244 AVERY WOODS LN
KNOXVILLE TN 37921-5242

If you are eligible to make a deposit, please use this form for
investments in your brokerage account *****3129 only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH 45277-0003

If there are sufficient funds in your brokerage core account
(or margin account), Fidelity will use those funds to cover
the trade(s) on this confirm. If you wish to deposit
additional money, use this deposit slip and make checks
payable to: NATIONAL FINANCIAL SERVICES LLC.
Deposits will be made to the account listed above. Please
mail checks to the Fidelity address on this form. Refer to the
last page for instructions on depositing certificates.

FIDELITY BROKERAGE SERVICES LLC, MEMBER NYSE, SIPC

099 0Z20543129   00  000



**Fidelity**
INVESTMENTS
PO Box 28019
Albuquerque, NM 87125-8019

**Transaction Confirmation**
**Confirm Date: October 7, 2022**

Page 1 of 1

Brokerage Account Number
**\*\*\*\*\*3129 INDIVIDUAL - TOD**

9900171219

**GREGORY RYAN HELTON**

GREGORY RYAN HELTON
5244 AVERY WOODS LN
KNOXVILLE TN 37921-5242

Online                                      Fidelity.com
FAST®-Automated Telephone       800-544-5555
Customer Service                      800-544-6666

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 22280-0FVB4X | 1* | WZ# | 10-07-22 | 10-12-22 | 59134N104 | 22280-HQOTS | | |

| | | | | |
|---|---|---|---|---|
| You Bought | | **DESCRIPTION and DISCLOSURES** | Principal Amount | 426.28 |
| | 645 | META MATERIALS INC COM | Settlement Amount | 426.28 |
| at | .6609 | ISIN #US59134N1046 SEDOL #BKSCVX7 | | |
| Symbol: | | WE HAVE ACTED AS AGENT. | | |
| MMAT | | | | |

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE                    9900171219

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

GREGORY RYAN HELTON
5244 AVERY WOODS LN
KNOXVILLE TN 37921-5242

If you are eligible to make a deposit, please use this form for investments in your brokerage account **\*\*\*\*\*3129** only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH 45277-0003

If there are sufficient funds in your brokerage core account (or margin account), Fidelity will use those funds to cover the trade(s) on this confirm. If you wish to deposit additional money, use this deposit slip and make checks payable to: NATIONAL FINANCIAL SERVICES LLC. Deposits will be made to the account listed above. Please mail checks to the Fidelity address on this form. Refer to the last page for instructions on depositing certificates.

FIDELITY BROKERAGE SERVICES LLC, MEMBER NYSE, SIPC

099  0Z20543129   00   000



PO Box 28019
Albuquerque, NM 87125-8019

**Transaction Confirmation**
**Confirm Date: October 6, 2022**

Page 1 of 1

Brokerage Account Number
**\*\*\*\*\*3129 INDIVIDUAL - TOD**

9900122054

**GREGORY RYAN HELTON**

GREGORY RYAN HELTON
5244 AVERY WOODS LN
KNOXVILLE TN 37921-5242

Online                                          Fidelity.com
FAST®-Automated Telephone      800-544-5555
Customer Service                      800-544-6666

| REFERENCE NO. 22279-0D8JRN | TYPE 1* | REG.REP. WZ# | TRADE DATE 10-06-22 | SETTLEMENT DATE 10-11-22 | CUSIP NO. 59134N104 | ORDER NO. 22279-HNVQK | | |
|---|---|---|---|---|---|---|---|---|

| | | DESCRIPTION and DISCLOSURES | | |
|---|---|---|---|---|
| You Bought | 200 | META MATERIALS INC COM | Principal Amount | 132.48 |
| at | .6624 | ISIN #US59134N1046 SEDOL #BKSCVX7 | Settlement Amount | 132.48 |
| Symbol: | | WE HAVE ACTED AS AGENT. | | |
| MMAT | | | | |

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE                    9900122054

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

GREGORY RYAN HELTON
5244 AVERY WOODS LN
KNOXVILLE TN 37921-5242

If you are eligible to make a deposit, please use this form for
investments in your brokerage account **\*\*\*\*\*3129** only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

If there are sufficient funds in your brokerage core account
(or margin account), Fidelity will use those funds to cover
the trade(s) on this confirm. If you wish to deposit
additional money, use this deposit slip and make checks
payable to: NATIONAL FINANCIAL SERVICES LLC.
Deposits will be made to the account listed above. Please
mail checks to the Fidelity address on this form. Refer to the
last page for instructions on depositing certificates.

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH  45277-0003

FIDELITY BROKERAGE SERVICES LLC, MEMBER NYSE, SIPC

099  0220543129    00    000



PO Box 28019
Albuquerque, NM 87125-8019

**Transaction Confirmation**
**Confirm Date: October 5, 2022**

Page 1 of 1

Brokerage Account Number
**\*\*\*\*\*3129 INDIVIDUAL - TOD**

9900136992

GREGORY RYAN HELTON
5244 AVERY WOODS LN
KNOXVILLE TN 37921-5242

**GREGORY RYAN HELTON**

Online                                              Fidelity.com
FAST®-Automated Telephone         800-544-5555
Customer Service                            800-544-6666

| REFERENCE NO. 22278-0FL7BF | TYPE 1* | REG.REP. WZ# | TRADE DATE 10-05-22 | SETTLEMENT DATE 10-07-22 | CUSIP NO. 59134N104 | ORDER NO. 22278-HIG30 | | |
|---|---|---|---|---|---|---|---|---|

You Bought
at
Symbol:
MMAT

400
.6576

DESCRIPTION and DISCLOSURES
META MATERIALS INC COM
ISIN #US59134N1046 SEDOL #BKSCVX7
WE HAVE ACTED AS AGENT.

Principal Amount                263.04
Settlement Amount            263.04

| REFERENCE NO. 22278-0GD56X | TYPE 1* | REG.REP. WZ# | TRADE DATE 10-05-22 | SETTLEMENT DATE 10-07-22 | CUSIP NO. 59134N104 | ORDER NO. 22278-HM12S | | |
|---|---|---|---|---|---|---|---|---|

You Bought
at
Symbol:
MMAT

200
.6676

DESCRIPTION and DISCLOSURES
META MATERIALS INC COM
ISIN #US59134N1046 SEDOL #BKSCVX7
WE HAVE ACTED AS AGENT.

Principal Amount                133.52
Settlement Amount            133.52

**ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE**                9900136992

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

GREGORY RYAN HELTON
5244 AVERY WOODS LN
KNOXVILLE TN 37921-5242

If you are eligible to make a deposit, please use this form for investments in your brokerage account **\*\*\*\*\*3129** only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

If there are sufficient funds in your brokerage core account (or margin account), Fidelity will use those funds to cover the trade(s) on this confirm. If you wish to deposit additional money, use this deposit slip and make checks payable to: NATIONAL FINANCIAL SERVICES LLC. Deposits will be made to the account listed above. Please mail checks to the Fidelity address on this form. Refer to the last page for instructions on depositing certificates.

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH  45277-0003

FIDELITY BROKERAGE SERVICES LLC, MEMBER NYSE, SIPC

099  0220543129    00    000



**Fidelity**
INVESTMENTS

PO Box 28019
Albuquerque, NM 87125-8019

**Transaction Confirmation**
**Confirm Date: October 3, 2022**

Page 1 of 1

Brokerage Account Number
**\*\*\*\*\*3129 INDIVIDUAL - TOD**

**GREGORY RYAN HELTON**

9900193774

GREGORY RYAN HELTON
5244 AVERY WOODS LN
KNOXVILLE TN 37921-5242

Online                                   Fidelity.com
FAST®-Automated Telephone    800-544-5555
Customer Service                   800-544-6666

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 22276-0B48TK | 1* | WZ# | 10-03-22 | 10-05-22 | 59134N104 | 22276-G4TO9 | | |

| | | | DESCRIPTION and DISCLOSURES | | | | |
|---|---|---|---|---|---|---|---|
| You Bought | 150 | | META MATERIALS INC COM | | Principal Amount | | 95.01 |
| at | .6334 | | ISIN #US59134N1046 SEDOL #BKSCVX7 | | Settlement Amount | | 95.01 |
| Symbol: | | | WE HAVE ACTED AS AGENT. | | | | |
| MMAT | | | | | | | |

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 22276-0CJ6PL | 1* | WZ# | 10-03-22 | 10-05-22 | 59134N104 | 22276-HCK60 | | |

| | | | DESCRIPTION and DISCLOSURES | | | | |
|---|---|---|---|---|---|---|---|
| You Bought | 150 | | META MATERIALS INC COM | | Principal Amount | | 95.49 |
| at | .6366 | | ISIN #US59134N1046 SEDOL #BKSCVX7 | | Settlement Amount | | 95.49 |
| Symbol: | | | WE HAVE ACTED AS AGENT. | | | | |
| MMAT | | | | | | | |

**ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE**    9900193774

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

GREGORY RYAN HELTON
5244 AVERY WOODS LN
KNOXVILLE TN 37921-5242

If you are eligible to make a deposit, please use this form for investments in your brokerage account **\*\*\*\*\*3129**   only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH  45277-0003

If there are sufficient funds in your brokerage core account (or margin account), Fidelity will use those funds to cover the trade(s) on this confirm.  If you wish to deposit additional money, use this deposit slip and make checks payable to: NATIONAL FINANCIAL SERVICES LLC. Deposits will be made to the account listed above.  Please mail checks to the Fidelity address on this form. Refer to the last page for instructions on depositing certificates.

FIDELITY BROKERAGE SERVICES LLC, MEMBER NYSE, SIPC

099  0Z20543129   00   000



PO Box 28019
Albuquerque, NM 87125-8019

**Transaction Confirmation**
**Confirm Date: September 30, 2022**

Page 1 of 1

Brokerage Account Number
**\*\*\*\*\*3129 INDIVIDUAL - TOD**

9900152344

**GREGORY RYAN HELTON**

GREGORY RYAN HELTON
5244 AVERY WOODS LN
KNOXVILLE TN 37921-5242

Online                                      Fidelity.com
FAST®-Automated Telephone     800-544-5555
Customer Service                    800-544-6666

| REFERENCE NO. 22273-0C9Z8V | TYPE 1* | REG.REP. WZ# | TRADE DATE 09-30-22 | SETTLEMENT DATE 10-04-22 | CUSIP NO. 59134N104 | ORDER NO. 22273-HFKKE | | |
|---|---|---|---|---|---|---|---|---|
| You Bought | | 150 | DESCRIPTION and DISCLOSURES META MATERIALS INC COM | | | Principal Amount | | 99.77 |
| at | | .6651 | ISIN #US59134N1046 SEDOL #BKSCVX7 | | | Settlement Amount | | 99.77 |
| Symbol: | | | WE HAVE ACTED AS AGENT. | | | | | |
| MMAT | | | | | | | | |

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE                    9900152344

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

GREGORY RYAN HELTON
5244 AVERY WOODS LN
KNOXVILLE TN 37921-5242

If you are eligible to make a deposit, please use this form for investments in your brokerage account **\*\*\*\*\*3129** only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH  45277-0003

If there are sufficient funds in your brokerage core account (or margin account), Fidelity will use those funds to cover the trade(s) on this confirm. If you wish to deposit additional money, use this deposit slip and make checks payable to: NATIONAL FINANCIAL SERVICES LLC. Deposits will be made to the account listed above. Please mail checks to the Fidelity address on this form. Refer to the last page for instructions on depositing certificates.

FIDELITY BROKERAGE SERVICES LLC, MEMBER NYSE, SIPC

099  0Z20543129   00   000



**FIDELITY**
INVESTMENTS
PO Box 28019
Albuquerque, NM 87125-8019

**Transaction Confirmation**
**Confirm Date: September 29, 2022**                              Page 1 of 2

Brokerage Account Number
*****3129 **INDIVIDUAL - TOD**

9900155389

GREGORY RYAN HELTON
5244 AVERY WOODS LN
KNOXVILLE TN 37921-5242

**GREGORY RYAN HELTON**

| Online | Fidelity.com |
|---|---|
| FAST®-Automated Telephone | 800-544-5555 |
| Customer Service | 800-544-6666 |

| REFERENCE NO. 22272-0B67MJ | TYPE 1* | REG.REP. WZ# | TRADE DATE 09-29-22 | SETTLEMENT DATE 10-03-22 | CUSIP NO. 59134N104 | ORDER NO. 22272-G8XE2 | | |
|---|---|---|---|---|---|---|---|---|

You Bought       150     DESCRIPTION and DISCLOSURES

| | | |
|---|---|---|
| You Bought | 150 | META MATERIALS INC COM |
| at | .6678 | ISIN #US59134N1046 SEDOL #BKSCVX7 |
| Symbol: MMAT | | WE HAVE ACTED AS AGENT. |

Principal Amount      100.17
Settlement Amount      100.17

| REFERENCE NO. 22272-0CRDXW | TYPE 1* | REG.REP. WZ# | TRADE DATE 09-29-22 | SETTLEMENT DATE 10-03-22 | CUSIP NO. 59134N104 | ORDER NO. 22272-HFRO0 | | |
|---|---|---|---|---|---|---|---|---|

| | | |
|---|---|---|
| You Bought | 150 | META MATERIALS INC COM |
| at | .6555 | ISIN #US59134N1046 SEDOL #BKSCVX7 |
| Symbol: MMAT | | WE HAVE ACTED AS AGENT. |

Principal Amount      98.33
Settlement Amount      98.33

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE                    9900155389

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

GREGORY RYAN HELTON
5244 AVERY WOODS LN
KNOXVILLE TN 37921-5242

If you are eligible to make a deposit, please use this form for investments in your brokerage account *****3129   only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

If there are sufficient funds in your brokerage core account (or margin account), Fidelity will use those funds to cover the trade(s) on this confirm. If you wish to deposit additional money, use this deposit slip and make checks payable to: NATIONAL FINANCIAL SERVICES LLC. Deposits will be made to the account listed above. Please mail checks to the Fidelity address on this form. Refer to the last page for instructions on depositing certificates.

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH  45277-0003

FIDELITY BROKERAGE SERVICES LLC, MEMBER NYSE, SIPC

099  0Z20543129   00   000

**Transaction Confirmation**
**Confirm Date: September 29, 2022**

Page 2 of 2

Brokerage Account Number
*****3129 INDIVIDUAL - TOD

**GREGORY RYAN  HELTON**

| REFERENCE NO.<br>22272-0HC93D | TYPE<br>1* | REG.REP.<br>WZ# | TRADE DATE<br>09-29-22 | SETTLEMENT DATE<br>10-03-22 | CUSIP NO.<br>59134N104 | ORDER NO.<br>22272-HR90X | | |
|---|---|---|---|---|---|---|---|---|
| You Bought | | | DESCRIPTION and DISCLOSURES<br>META MATERIALS INC COM | | | Principal Amount | | 51.82 |
| at | 80 | | ISIN #US59134N1046 SEDOL #BKSCVX7 | | | Settlement Amount | | 51.82 |
| Symbol:<br>MMAT | .6478 | | WE HAVE ACTED AS AGENT. | | | | | |

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE

9900155389

**REMITTANCE COUPON**



PO Box 28019
Albuquerque, NM 87125-8019

**Transaction Confirmation**
**Confirm Date: September 28, 2022**

Page 1 of 1

Brokerage Account Number
*****3129 INDIVIDUAL - TOD

9900130768

**GREGORY RYAN HELTON**

GREGORY RYAN HELTON
5244 AVERY WOODS LN
KNOXVILLE TN 37921-5242

Online                                      Fidelity.com
FAST®-Automated Telephone    800-544-5555
Customer Service                    800-544-6666

| REFERENCE NO. 22271-0CTR5C | TYPE 1* | REG.REP. WZ# | TRADE DATE 09-28-22 | SETTLEMENT DATE 09-30-22 | CUSIP NO. 59134N104 | ORDER NO. 22271-HCWTD | | |
|---|---|---|---|---|---|---|---|---|

You Bought    100
at    .6830
Symbol:
MMAT

DESCRIPTION and DISCLOSURES
META MATERIALS INC COM
ISIN #US59134N1046 SEDOL #BKSCVX7
WE HAVE ACTED AS AGENT.
PARTIAL EXECUTION

Principal Amount    68.30
Settlement Amount    68.30

| REFERENCE NO. 22271-0CTR8W | TYPE 1* | REG.REP. WZ# | TRADE DATE 09-28-22 | SETTLEMENT DATE 09-30-22 | CUSIP NO. 59134N104 | ORDER NO. 22271-HCWTD | | |
|---|---|---|---|---|---|---|---|---|

You Bought    50
at    .6830
Symbol:
MMAT

DESCRIPTION and DISCLOSURES
META MATERIALS INC COM
ISIN #US59134N1046 SEDOL #BKSCVX7
WE HAVE ACTED AS AGENT.
PARTIAL EXECUTION

Principal Amount    34.15
Settlement Amount    34.15

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE        9900130768

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

GREGORY RYAN HELTON
5244 AVERY WOODS LN
KNOXVILLE TN 37921-5242

If you are eligible to make a deposit, please use this form for
investments in your brokerage account *****3129    only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

If there are sufficient funds in your brokerage core account
(or margin account), Fidelity will use those funds to cover
the trade(s) on this confirm. If you wish to deposit
additional money, use this deposit slip and make checks
payable to: NATIONAL FINANCIAL SERVICES LLC.
Deposits will be made to the account listed above. Please
mail checks to the Fidelity address on this form. Refer to the
last page for instructions on depositing certificates.

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH  45277-0003

FIDELITY BROKERAGE SERVICES LLC, MEMBER NYSE, SIPC

099 0Z20543129    00    000



**Fidelity**
INVESTMENTS
PO Box 28019
Albuquerque, NM 87125-8019

**Transaction Confirmation**
**Confirm Date: September 27, 2022**                    Page 1 of 1

Brokerage Account Number
*****3129 INDIVIDUAL - TOD

9900139109

GREGORY RYAN HELTON
5244 AVERY WOODS LN
KNOXVILLE TN 37921-5242

**GREGORY RYAN HELTON**

Online                                    Fidelity.com
FAST®-Automated Telephone                 800-544-5555
Customer Service                          800-544-6666

| REFERENCE NO. 22270-0F3P2W | TYPE 1* | REG. REP. WZ# | TRADE DATE 09-27-22 | SETTLEMENT DATE 09-29-22 | CUSIP NO. 59134N104 | ORDER NO. 22270-HNG53 | | |
|---|---|---|---|---|---|---|---|---|
| You Bought | 150 | | DESCRIPTION and DISCLOSURES META MATERIALS INC COM | | Principal Amount | | | 99.96 |
| at | .6664 | | ISIN #US59134N1046 SEDOL #BKSCVX7 WE HAVE ACTED AS AGENT. | | Settlement Amount | | | 99.96 |
| Symbol: MMAT | | | | | | | | |

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE                    9900139109

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

GREGORY RYAN HELTON
5244 AVERY WOODS LN
KNOXVILLE TN 37921-5242

If you are eligible to make a deposit, please use this form for investments in your brokerage account *****3129 only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

If there are sufficient funds in your brokerage core account (or margin account), Fidelity will use those funds to cover the trade(s) on this confirm. If you wish to deposit additional money, use this deposit slip and make checks payable to: NATIONAL FINANCIAL SERVICES LLC. Deposits will be made to the account listed above. Please mail checks to the Fidelity address on this form. Refer to the last page for instructions on depositing certificates.

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH  45277-0003

FIDELITY BROKERAGE SERVICES LLC, MEMBER NYSE, SIPC

099 0220543129    00    000



**PO Box 28019**
**Albuquerque, NM 87125-8019**

**Transaction Confirmation**
**Confirm Date: September 23, 2022**                    Page 1 of 1

Brokerage Account Number
*****3129 INDIVIDUAL - TOD

9900205236

GREGORY RYAN HELTON                    **GREGORY RYAN  HELTON**
5244 AVERY WOODS LN
KNOXVILLE TN 37921-5242

Online                    Fidelity.com
FAST®-Automated Telephone    800-544-5555
Customer Service            800-544-6666

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 22266-0F5ZNW | 1* | WZ# | 09-23-22 | 09-27-22 | 59134N104 | 22266-HZKTI | | |

You Bought
149                    DESCRIPTION and DISCLOSURES
                       META MATERIALS INC COM
    at        .6742    ISIN #US59134N1046 SEDOL #BKSCVX7
Symbol:                WE HAVE ACTED AS AGENT.
MMAT

Principal Amount          100.46
Settlement Amount         100.46

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE                    9900205236

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

GREGORY RYAN HELTON
5244 AVERY WOODS LN
KNOXVILLE TN 37921-5242

If you are eligible to make a deposit, please use this form for
investments in your brokerage account *****3129 only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

If there are sufficient funds in your brokerage core account
(or margin account), Fidelity will use those funds to cover
the trade(s) on this confirm. If you wish to deposit
additional money, use this deposit slip and make checks
FIDELITY INVESTMENTS         payable to: NATIONAL FINANCIAL SERVICES LLC.
PO BOX 770001                Deposits will be made to the account listed above. Please
CINCINNATI OH  45277-0003    mail checks to the Fidelity address on this form. Refer to the
                             last page for instructions on depositing certificates.



**Fidelity**
INVESTMENTS

PO Box 28019
Albuquerque, NM 87125-8019

**Transaction Confirmation**
**Confirm Date: September 22, 2022**                    Page 1 of 1

Brokerage Account Number
*****3129 INDIVIDUAL - TOD

**GREGORY RYAN  HELTON**

9900164701

GREGORY RYAN HELTON
5244 AVERY WOODS LN
KNOXVILLE TN 37921-5242

Online                              Fidelity.com
FAST®-Automated Telephone          800-544-5555
Customer Service                   800-544-6666

| REFERENCE NO. 22265-0GB2SP | TYPE 1* | REG.REP. WZ# | TRADE DATE 09-22-22 | SETTLEMENT DATE 09-26-22 | CUSIP NO. 59134N104 | ORDER NO. 22265-HRIQX | | |
|---|---|---|---|---|---|---|---|---|

| You Bought | 280 | DESCRIPTION and DISCLOSURES META MATERIALS INC COM | Principal Amount | 194.32 |
|---|---|---|---|---|
| at | .6940 | ISIN #US59134N1046 SEDOL #BKSCVX7 | Settlement Amount | 194.32 |
| Symbol: | | WE HAVE ACTED AS AGENT. | | |
| MMAT | | | | |

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE                    9900164701

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

GREGORY RYAN HELTON
5244 AVERY WOODS LN
KNOXVILLE TN 37921-5242

If you are eligible to make a deposit, please use this form for investments in your brokerage account *****3129  only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

If there are sufficient funds in your brokerage core account (or margin account), Fidelity will use those funds to cover the trade(s) on this confirm.  If you wish to deposit additional money, use this deposit slip and make checks payable to: NATIONAL FINANCIAL SERVICES LLC. Deposits will be made to the account listed above.  Please mail checks to the Fidelity address on this form. Refer to the last page for instructions on depositing certificates.

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH  45277-0003

FIDELITY BROKERAGE SERVICES LLC, MEMBER NYSE, SIPC

099  0220543129    00   000



PO Box 28019
Albuquerque, NM 87125-8019

**Transaction Confirmation**
**Confirm Date: September 12, 2022**

Page 1 of 1

Brokerage Account Number
**\*\*\*\*\*3129 INDIVIDUAL - TOD**

9900156223

**GREGORY RYAN HELTON**

GREGORY RYAN HELTON
5244 AVERY WOODS LN
KNOXVILLE TN 37921-5242

Online                                          Fidelity.com
FAST®-Automated Telephone    800-544-5555
Customer Service                        800-544-6666

| REFERENCE NO. 22255-0B67ZT | TYPE 1* | REG.REP. WZ# | TRADE DATE 09-12-22 | SETTLEMENT DATE 09-14-22 | CUSIP NO. 59134N104 | ORDER NO. 22255-G7E2D | | |
|---|---|---|---|---|---|---|---|---|
| You Bought | | 235 | DESCRIPTION and DISCLOSURES META MATERIALS INC COM | | | Principal Amount | | 195.80 |
| at | | .8332 | ISIN #US59134N1046 SEDOL #BKSCVX7 | | | Settlement Amount | | 195.80 |
| Symbol: MMAT | | | WE HAVE ACTED AS AGENT. | | | | | |

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE

9900156223

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

GREGORY RYAN HELTON
5244 AVERY WOODS LN
KNOXVILLE TN 37921-5242

If you are eligible to make a deposit, please use this form for investments in your brokerage account **\*\*\*\*\*3129** only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH  45277-0003

If there are sufficient funds in your brokerage core account (or margin account), Fidelity will use those funds to cover the trade(s) on this confirm.  If you wish to deposit additional money, use this deposit slip and make checks payable to: NATIONAL FINANCIAL SERVICES LLC.
Deposits will be made to the account listed above.  Please mail checks to the Fidelity address on this form.  Refer to the last page for instructions on depositing certificates.



PO Box 28019
Albuquerque, NM 87125-8019

**Transaction Confirmation**
**Confirm Date: June 1, 2022**

Page 1 of 1

Brokerage Account Number
*****3129 INDIVIDUAL - TOD

**GREGORY RYAN HELTON**

9900159038

GREGORY RYAN HELTON
5244 AVERY WOODS LN
KNOXVILLE TN 37921-5242

Online                                    Fidelity.com
FAST®-Automated Telephone                 800-544-5555
Customer Service                          800-544-6666

| REFERENCE NO.<br>22152-0B2P9G | TYPE<br>1* | REG.REP.<br>WZ# | TRADE DATE<br>06-01-22 | SETTLEMENT DATE<br>06-03-22 | CUSIP NO.<br>59134N104 | ORDER NO.<br>22152-G52EP | | |
|---|---|---|---|---|---|---|---|---|

You Bought

at

Symbol:
MMAT

1,000
1.9750

DESCRIPTION and DISCLOSURES
META MATERIALS INC COM
ISIN #US59134N1046 SEDOL #BKSCVX7
WE HAVE ACTED AS AGENT.

Principal Amount          1,975.00
Settlement Amount         1,975.00

| REFERENCE NO.<br>22152-0CKRVW | TYPE<br>1* | REG.REP.<br>WZ# | TRADE DATE<br>06-01-22 | SETTLEMENT DATE<br>06-03-22 | CUSIP NO.<br>59134N104 | ORDER NO.<br>22152-HKYII | | |
|---|---|---|---|---|---|---|---|---|

You Bought

at

Symbol:
MMAT

15
1.8799

DESCRIPTION and DISCLOSURES
META MATERIALS INC COM
ISIN #US59134N1046 SEDOL #BKSCVX7
WE HAVE ACTED AS AGENT.

Principal Amount             28.20
Settlement Amount            28.20

**ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE**          9900159038

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

GREGORY RYAN HELTON
5244 AVERY WOODS LN
KNOXVILLE TN 37921-5242

If you are eligible to make a deposit, please use this form for
investments in your brokerage account *****3129   only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

If there are sufficient funds in your brokerage core account
(or margin account), Fidelity will use those funds to cover
the trade(s) on this confirm. If you wish to deposit
additional money, use this deposit slip and make checks
payable to: NATIONAL FINANCIAL SERVICES LLC.
Deposits will be made to the account listed above. Please
mail checks to the Fidelity address on this form. Refer to the
last page for instructions on depositing certificates.

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH  45277-0003

FIDELITY BROKERAGE SERVICES LLC, MEMBER NYSE, SIPC

099  0Z20543129   00   000

Apex Clearing Corporation
350 N. St. Paul Street 1300
Dallas, TX 75201



**Webull**
Webull Financial LLC

Account Number: 5NK-29155

OFFICE SERVING YOU
WEBULL FINANCIAL LLC - HOUSE
917-725-2448

GREGORY RYAN SILAS HELTON
5244 AVERY WOODS LN
KNOXVILLE TN 37921-5242

## Transaction Confirmation

THANK YOU for letting Apex Clearing Corporation ("Apex") serve you (the "Customer", "you", or "your") directly or through your brokerage firm (the "Introducing Broker") or registered investment advisor ("RIA"). Amounts or securities due must be received in Apex's office on or before the settlement date shown.
1. All orders are received and executed subject to the rules, regulations and customs of the SEC, FINRA, MSRB, FRB and the exchange or market where the order is entered, the provisions of the Securities Exchange Act of 1934 and Apex, if any.
2. Securities purchased and securities pledged as margin are or may be hypothecated for the sum due thereon or for a greater sum, under circumstances which will permit the commingling thereof with securities of other customers, all without further notice to the Customer.
3. If shares loaned for a short sale are no longer available, Apex reserves the right to decide, by random selection, which positions will be subject to a buy-in.
4. Upon written request and where available, further details of items herein may be provided including: the execution date and time, the counterparty when acting as agent, the detailed breakdown of any commissions and fees and the remuneration details, if any, to Apex, or your Introducing Broker or RIA for directing orders to select market centers or market participants.
5. To the extent any bonds, asset backed, preferred, or other securities mentioned herein have provisions that may cause a call or prepayment, the details and the effect on the yield shown here are available on written request. In addition, zero coupon bonds do not have periodic payments, may be callable below maturity value and if callable and in bearer form, are callable without notice by mail unless registered.
6. All transactions on this confirmation are presumed to be unsolicited unless noted otherwise on this trade confirmation.
7. Any ratings data (which is subject to change) that may be provided, has been obtained from ratings services which Apex believes to be reliable, however, there is no guarantee of accuracy or completeness.
8. Good Till Cancel ("GTC") orders are "live" during regular trading hours. GTC orders are canceled by Apex each business day (canceled at the exchange or market center) at 4:00pm EDT, with the exception of certain broad based ETF options that trade until 4:15pm EDT. GTC orders are resubmitted by Apex at the start of each trading day (prior to 9:30am EDT). Time Priority will be reset each day as the order arrives at the exchange or market center. If a GTC order receives a partial execution and is not fully executed, the order quantity will adjust to the remaining quantity for the next business day. Commissions may be charged each day that the order receives one or more partial executions. Please contact Apex, your Introducing Broker or RIA for more specific details. Until cancellation of the GTC order, all open orders will be considered good. When entering a substitute order or changing an existing order, the responsibility for cancelling the original GTC order rests upon the Customer, Introducing Broker or RIA with discretionary trading authority. Therefore, if a Customer, Introducing Broker or RIA with discretionary trading authority fails to cancel an existing order, transactions resulting from the execution of both the original and new order(s) may be entered into Customer's account.
9. Failure of Customer to notify Apex in writing within five days of the receipt of this document of any concerns constitutes an acceptance of the transaction.
10. Mutual Funds: You may be eligible for breakpoint discounts based on the size of your purchase, current holdings or future purchases. Upon selling your shares, you may pay a sales charge. For more detailed information and other data on fees etc. see the Prospectus, the Statement of Additional Information or contact your Introducing Broker or RIA.
11. The default Cost Basis Election or tax relief method used by Apex for tax reporting is First-In-First-Out ("FIFO") for Equities and Bonds and Average cost for Mutual Funds. Please contact your Introducing Broker if you wish to change the default tax-relief method for your account or specify different tax lots for liquidation.
12. Underwriting (market 7): the securities described herein are being sold pursuant to a registration statement or where prospectus is required.
13. Market Maker: where the phrase "Market Maker" (or similar language) appears on the front of this confirmation, your Introducing Broker is making a market in this security, i.e. buying or selling such security for its own account on a regular or continuous basis. It may, however, discontinue the maintenance of such market at any time, without notice.
14. Asset-Backed Securities: the actual yield received may vary according to the rate at which the underlying receivable or other financial assets are prepaid. Information concerning the factors that affect yield, including the estimated yield, the weighted average life and the prepayment assumptions underlying the yield, will be provided by your Introducing Broker or RIA upon written request.
15. Mortgage-Backed Securities transactions are subject to the PSA "Uniform Practices for Clearance and Settlement of Mortgage-Backed Securities".
16. Apex receives remuneration for directing orders to particular broker/dealers or market centers for execution. Such remuneration is considered compensation to the firm. The source and nature in connection with your transaction may be disclosed upon written request. Your Introducing Broker, that clears trades through Apex, will share in such payments or may directly receive payment for order flow for certain transactions. Details may be furnished upon written request.
17. Backup Withholding – If you have not provided us with your correct social security number / tax ID number, under federal law, you may be subject to a $50 penalty as well as backup withholding on certain payments.
18. Broker-dealers are assessed fees by various market centers on certain securities transactions and Apex charges transaction fees to cover these assessments. While Apex endeavors to collect amounts roughly equivalent to what Apex expects Apex's assessments to be, the actual amounts Apex charges as fees may be different than the amounts Apex is assessed by those market centers. Specific details regarding these fees may be available upon written request.
19. If the official statement/Prospectus is available, you can view them at emma.msrb.org. In the event the official statement/Prospectus is not available on EMMA your Introducing Broker and/or Apex has an obligation to provide you with information during the primary offering period but no later than settlement date.
20. Payment of Interest to holders of Municipal Securities- you may be subject to a substitute interest payment if the transfer of ownership of your municipal security has not been completed prior to the next interest payment. Please contact a tax professional for more specific details.

| MKT = Market in which transaction was Executed/Cleared | Buy/Sell Codes | Account Types | Currency Codes | CAP=Capacity in which your Introducing Broker or Apex has acted: |
|---|---|---|---|---|
| 1-New York Stock Exchange | 7-Underwriting | B = Buy | 1-Cash | AUD: Australian $ | 1-2, 4-5, 8 – As AGENT |
| 2-NYSE American | 8-Foreign Exchanges, Money Funds, | S = Sell | 2-Margin | CAD: Canadian $ | 3-As PRINCIPAL, your broker or Apex has bought from you or sold |
| 3-Other US Exchanges | Stock Dividends, Redemptions, | XfB = Cancel Buy | 3-Income | EUR: Euros | to you and may have received a profit or loss on the transaction |
| 4-Mutual Funds | "Reorgs" or Tenders | XfS = Cancel Sell | 4- Non-Negotiable | GBP: British Pounds | 6-As AGENT for both buyer and seller. |
| 5-Options | 9-Other | | 5-Short | HKD: Hong Kong $ | 7-As PRINCIPAL, your Broker or Apex has bought from you or sold |
| 6-Over-the-Counter/NASDAQ | | | 6-Special Subscription | JPY: Japan Yen | to you and may have received a profit or loss on the transaction. |
| | | | 7-Description Available on Req. | MXN: Mexican Peso | 9-Other |
| ACCOUNTS CARRIED BY APEX CLEARING CORPORATION | | | 8-Description Available on Req. | NZD: New Zealand $ | 0-Multiple cap.(two or more of agent, principal, & agent for another) |
| MEMBER FINRA, SIPC & NYSE (214) 765-1055  TAX ID 013-2967453 | | | 9-RVP/DVP | Add'l Currencies | 67 – Riskless Principal |
| | | | | Contact your broker | A – As Agency |

S1010B81 - 05/21



# Webull
Webull Financial LLC

Account cleared by
Apex Clearing Corporation
350 N. St. Paul Street 1300
Dallas, Texas 75201

**Account Number: 5NK-29155**          **Account Name: GREGORY RYAN SILAS HELTON**

| Acct Type | B/S | Trade Date | Settle Date | QTY | SYM | PRICE | Principal | COMM | Tran Fee | Add'l Fees | Tag Number | Net Amount | Trade# | MKT | CAP |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | B | 02/09/22 | 02/11/22 | 10 | MMAT | 1.8750000 | 18.75 | 0.00 | 0.00 | 0.00 | S8356 | 18.75 | WEA0211 | 6 | 1 |
| Desc: | META MATLS INC COMMON STOCK | | | | | | | | | Interest/STTax: 0.00 | | CUSIP: | 59134N104 | | |
| Currency: USD | | | ReportedPX: | | | | | | | | | | | | |
| Trailer: | | | | | | | | | MarkUp/Down: | | | | | | |

SUMMARY FOR CURRENT TRADE DATE:          02/09/22
TOTAL SHARES BOUGHT:          10.00   TOTAL DOLLARS BOUGHT:          -18.75
TOTAL SHARES SOLD:          0.00   TOTAL DOLLARS SOLD:          0.00



# Webull
Webull Financial LLC

Account cleared by
Apex Clearing Corporation
350 N. St. Paul Street 1300
Dallas, Texas 75201

**Account Number: 5NK-29155**          **Account Name: GREGORY RYAN SILAS HELTON**

| Acct Type | B/S | Trade Date | Settle Date | QTY | SYM | PRICE | Principal | COMM | Tran Fee | Add'l Fees | Tag Number | Net Amount | Trade# | M K T | C A P |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | B | 01/28/22 | 02/01/22 | 3,448 | MMAT | 1.4450000 | 4,982.36 | 0.00 | 0.00 | 0.00 | N1889 | 4,982.36 | WEA0201 | 6 | 1 |
| Desc: | META MATLS INC COMMON STOCK | | | | | | | | | Interest/STTax: 0.00 | | CUSIP: | 59134N104 | | |
| Currency: USD | | ReportedPX: | | | | | | | | MarkUp/Down: | | | | | |
| Trailer: | | | | | | | | | | | | | | | |

| | | |
|---|---|---|
| SUMMARY FOR CURRENT TRADE DATE: | 01/28/22 | |
| TOTAL SHARES BOUGHT: | 3,448.00 | TOTAL DOLLARS BOUGHT:    -4,982.36 |
| TOTAL SHARES SOLD: | 0.00 | TOTAL DOLLARS SOLD:    0.00 |



# Webull
Webull Financial LLC

Account cleared by
Apex Clearing Corporation
350 N. St. Paul Street 1300
Dallas, Texas 75201

**Account Number: 5NK-29155**          **Account Name: GREGORY RYAN SILAS HELTON**

| Acct Type | B/S | Trade Date | Settle Date | QTY | SYM | PRICE | Principal | COMM | Tran Fee | Add'l Fees | Tag Number | Net Amount | Trade# | MKT | CAP |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | B | 12/28/21 | 12/30/21 | 1,945 | MMAT | 2.5688000 | 4,996.32 | 0.00 | 0.00 | 0.00 | M7426 | 4,996.32 | WEA1230 | 6 | 1 |
| Desc: | META MATLS INC COMMON STOCK | | | | | | | | | Interest/STTax: | 0.00 | CUSIP: | 59134N104 | | |
| Currency: USD | | | ReportedPX: | | | | | | | MarkUp/Down: | | | | | |
| Trailer: | | | | | | | | | | | | | | | |

SUMMARY FOR CURRENT TRADE DATE:          12/28/21
TOTAL SHARES BOUGHT:          1,945.00    TOTAL DOLLARS BOUGHT:          -4,996.32
TOTAL SHARES SOLD:          0.00    TOTAL DOLLARS SOLD:          0.00



# Webull
Webull Financial LLC

Account cleared by
Apex Clearing Corporation
350 N. St. Paul Street 1300
Dallas, Texas 75201

**Account Number: 5NK-29155**          **Account Name: GREGORY RYAN SILAS HELTON**

| Acct Type | B/S | Trade Date | Settle Date | QTY | SYM | PRICE | Principal | COMM | Tran Fee | Add'l Fees | Tag Number | Net Amount | Trade# | MKT | CAP |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | B | 10/29/21 | 11/02/21 | 1,082 | MMAT | 4.6300000 | 5,009.66 | 0.00 | 0.00 | 0.00 | W2883 | 5,009.66 | WEA1102 | 6 | 1 |
| Desc: | META MATLS INC COMMON STOCK | | | | | | | | | Interest/STTax: | 0.00 | CUSIP: | 59134N104 | | |
| Currency: USD | | | ReportedPX: | | | | | | MarkUp/Down: | | | | | | |
| Trailer: | | | | | | | | | | | | | | | |

SUMMARY FOR CURRENT TRADE DATE:          10/29/21

| | | |
|---|---|---|
| TOTAL SHARES BOUGHT: | 1,082.00 | TOTAL DOLLARS BOUGHT: | -5,009.66 |
| TOTAL SHARES SOLD: | 0.00 | TOTAL DOLLARS SOLD: | 0.00 |

ProcessDate:10/29/2021



**Webull**
Webull Financial LLC

Account cleared by
Apex Clearing Corporation
350 N. St. Paul Street 1300
Dallas, Texas 75201

**Account Number: 5NK-29155**          **Account Name: GREGORY RYAN SILAS HELTON**

| Acct Type | B/S | Trade Date | Settle Date | QTY | SYM | PRICE | Principal | COMM | Tran Fee | Add'l Fees | Tag Number | Net Amount | Trade# | M K T | C A P |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | B | 10/18/21 | 10/20/21 | 196 | MMAT | 5.0300000 | 985.88 | 0.00 | 0.00 | 0.00 | E9584 | 985.88 | WEA1020 | 6 | 1 |
| Desc: | META MATLS INC COMMON STOCK | | | | | | | | | Interest/STTax: | 0.00 | CUSIP: | 59134N104 | | |
| Currency: USD | | ReportedPX: | | | | | | | MarkUp/Down: | | | | | | |
| Trailer: | | | | | | | | | | | | | | | |
| 1 | B | 10/18/21 | 10/20/21 | 1,000 | MMAT | 5.0000000 | 5,000.00 | 0.00 | 0.00 | 0.00 | I5862 | 5,000.00 | WEA1020 | 6 | 1 |
| Desc: | META MATLS INC COMMON STOCK | | | | | | | | | Interest/STTax: | 0.00 | CUSIP: | 59134N104 | | |
| Currency: USD | | ReportedPX: | | | | | | | MarkUp/Down: | | | | | | |
| Trailer: | | | | | | | | | | | | | | | |

| | | |
|---|---|---|
| SUMMARY FOR CURRENT TRADE DATE: | 10/18/21 | |
| TOTAL SHARES BOUGHT: | 1,196.00 | TOTAL DOLLARS BOUGHT: | -5,985.88 |
| TOTAL SHARES SOLD: | 0.00 | TOTAL DOLLARS SOLD: | 0.00 |



# Webull
Webull Financial LLC

Account cleared by
Apex Clearing Corporation
350 N. St. Paul Street 1300
Dallas, Texas 75201

**Account Number: 5NK-29155**          **Account Name: GREGORY RYAN SILAS HELTON**

| Acct Type | B/S | Trade Date | Settle Date | QTY | SYM | PRICE | Principal | COMM | Tran Fee | Add'l Fees | Tag Number | Net Amount | Trade# | MKT | CAP |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | B | 10/04/21 | 10/06/21 | 389 | MMAT | 5.1100000 | 1,987.79 | 0.00 | 0.00 | 0.00 | I1422 | 1,987.79 | WEA1006 | 6 | 1 |
| Desc: | META MATLS INC COMMON STOCK | | | | | | | | | | Interest/STTax: 0.00 | CUSIP: | 59134N104 | | |
| Currency: USD | | | ReportedPX: | | | | | | MarkUp/Down: | | | | | | |
| Trailer: | | | | | | | | | | | | | | | |

SUMMARY FOR CURRENT TRADE DATE:          10/04/21
TOTAL SHARES BOUGHT:          389.00    TOTAL DOLLARS BOUGHT:          -1,987.79
TOTAL SHARES SOLD:          0.00    TOTAL DOLLARS SOLD:          0.00



# Webull
Webull Financial LLC

Account cleared by
Apex Clearing Corporation
350 N. St. Paul Street 1300
Dallas, Texas 75201

**Account Number: 5NK-29155**          **Account Name: GREGORY RYAN SILAS HELTON**

| Acct Type | B/S | Trade Date | Settle Date | QTY | SYM | PRICE | Principal | COMM | Tran Fee | Add'l Fees | Tag Number | Net Amount | Trade# | M K T | C A P |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | B | 08/11/21 | 08/13/21 | 7 | MMAT | 3.6700000 | 25.69 | 0.00 | 0.00 | 0.00 | B9940 | 25.69 | WEA0813 | 6 | 1 |
| Desc: | META MATLS INC COMMON STOCK | | | | | | | | Interest/STTax: | 0.00 | | CUSIP: | 59134N104 | | |
| Currency: USD | | ReportedPX: | | | | | | | MarkUp/Down: | | | | | | |
| Trailer: | | | | | | | | | | | | | | | |

SUMMARY FOR CURRENT TRADE DATE:          08/11/21
TOTAL SHARES BOUGHT:          7.00    TOTAL DOLLARS BOUGHT:          -25.69
TOTAL SHARES SOLD:          0.00    TOTAL DOLLARS SOLD:          0.00



# Webull
Webull Financial LLC

Account cleared by
Apex Clearing Corporation
350 N. St. Paul Street 1300
Dallas, Texas 75201

**Account Number: 5NK-29155**          **Account Name: GREGORY RYAN SILAS HELTON**

| Acct Type | B/S | Trade Date | Settle Date | QTY | SYM | PRICE | Principal | COMM | Tran Fee | Add'l Fees | Tag Number | Net Amount | Trade# | M K T | C A P |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | B | 07/21/21 | 07/23/21 | 255 | MMAT | 3.9600000 | 1,009.80 | 0.00 | 0.00 | 0.00 | Y1482 | 1,009.80 | WEA0723 | 6 | 1 |
| Desc: | META MATLS INC COMMON STOCK | | | | | | | | | Interest/STTax: 0.00 | | CUSIP: | 59134N104 | | |
| Currency: USD | | ReportedPX: | | | | | | | MarkUp/Down: | | | | | | |
| Trailer: | | | | | | | | | | | | | | | |

| SUMMARY FOR CURRENT TRADE DATE: | 07/21/21 | | |
|---|---|---|---|
| TOTAL SHARES BOUGHT: | 255.00 | TOTAL DOLLARS BOUGHT: | -1,009.80 |
| TOTAL SHARES SOLD: | 0.00 | TOTAL DOLLARS SOLD: | 0.00 |



# Webull
Webull Financial LLC

Account cleared by
Apex Clearing Corporation
350 N. St. Paul Street 1300
Dallas, Texas 75201

**Account Number: 5NK-29155**          **Account Name: GREGORY RYAN SILAS HELTON**

| Acct Type | B/S | Trade Date | Settle Date | QTY | SYM | PRICE | Principal | COMM | Tran Fee | Add'l Fees | Tag Number | Net Amount | Trade# | M K T | C A P |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | B | 07/16/21 | 07/20/21 | 260 | MMAT | 3.6500000 | 949.00 | 0.00 | 0.00 | 0.00 | U6161 | 949.00 | WEA0720 | 6 | 1 |
| Desc: | META MATLS INC COMMON STOCK | | | | | | | | | Interest/STTax: 0.00 | CUSIP: | 59134N104 | | | |
| Currency: USD | | ReportedPX: | | | | | | | | MarkUp/Down: | | | | | |
| Trailer: | | | | | | | | | | | | | | | |

SUMMARY FOR CURRENT TRADE DATE:          07/16/21
TOTAL SHARES BOUGHT:          260.00    TOTAL DOLLARS BOUGHT:          -949.00
TOTAL SHARES SOLD:          0.00    TOTAL DOLLARS SOLD:          0.00



# Webull
Webull Financial LLC

Account cleared by
Apex Clearing Corporation
350 N. St. Paul Street 1300
Dallas, Texas 75201

**Account Number: 5NK-29155**          **Account Name: GREGORY RYAN SILAS HELTON**

| Acct Type | B/S | Trade Date | Settle Date | QTY | SYM | PRICE | Principal | COMM | Tran Fee | Add'l Fees | Tag Number | Net Amount | Trade# | M K T | C A P |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | B | 07/08/21 | 07/12/21 | 16 | MMAT | 5.7600000 | 92.16 | 0.00 | 0.00 | 0.00 | P5201 | 92.16 | WEA0712 | 6 | 1 |
| Desc: | META MATLS INC COMMON STOCK | | | | | | | | | Interest/STTax: 0.00 | | CUSIP: | 59134N104 | | |
| Currency: USD | | ReportedPX: | | | | | | | | | | | | | |
| Trailer: | | | | | | | | | MarkUp/Down: | | | | | | |
| 1 | 4## | 07/07/21 | 07/08/21 | 4,018 | | 0.0000000 | 0.00 | 0.00 | 0.00 | 0.00 | D5811 | 0.00 | WEA0708 | 8 | 5 |
| Desc: | META MATLS INC PFD SER A | | | | | | | | | Interest/STTax: 0.00 | | CUSIP: | 59134N203 | | |
| Currency: USD | | ReportedPX: | | | | | | | | | | | | | |
| Trailer: | SPINOFF  ON   4018 SHS TORCHLIGHT ENERGY RESOURCES REC 06/24/21 PAY 06/25/21 | | | | | | | | MarkUp/Down: | | | | | | |

SUMMARY FOR CURRENT TRADE DATE:          07/07/21
TOTAL SHARES BOUGHT:                     16.00    TOTAL DOLLARS BOUGHT:        -92.16
TOTAL SHARES SOLD:                        0.00    TOTAL DOLLARS SOLD:           0.00