NVB 3001 (Effective 1/21)

**UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA**

**PROOF OF INTEREST**

Name of Debtor: META MATERIALS

Case Number: 24-50792

1. **Name and address of holder of the Equity Interest** (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

DWAYNE J. GITTENS
1881 McNICOLL AVE, UNIT 617
TORONTO, ONT, CANADA
M1V 5M2

Telephone Number: (647) 202-9326

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

☑ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

**NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.**

**COURT USE ONLY**

Account or other number by which Interest holder identifies Debtor: 692-24280-1-3, 218MB3A

Check here if this claim:
☐ replaces a previously filed Proof of Interest dated: ____________
☐ amends a previously filed Proof of Interest dated: ____________

2. **Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:**

RBC DIRECT INVESTING INC, 200 BAY ST, P.O BOX 75, TORONTO, ONT/M5J 2Z5 / TD DIRECT INVESTING, 3500 STEELES AVE E, TOWER 5, LEVEL 3, MARKHAM, ONT/L3R 2Z1

Telephone Number: 416 977-1255 / 1-800-668-1972

3. **Date Equity Interest was acquired:** MAR 3, 2021 – MAR 21, 2024

4. **Total amount of member interest:** 2137

5. **Certificate number(s):** ____________

6. **Type of Equity Interest:**
Please indicate the type of Equity Interest you hold:
☑ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
☐ Check this box if your Equity Interest is based on anything else and describe that interest:
**Description:** INVESTOR

7. **Supporting Documents:** Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. **Date-Stamped Copy:** To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

9. **Signature:**
Check the appropriate box.
☑ I am the creditor. ☐ I am the creditor's authorized agent. (Attach copy of power of attorney, if any.) ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.) ☐ I am a guarantor, surety, endorser, or other codebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: DWAYNE GITTENS
Title: ____________
Company: ___ Address and telephone number (if different from notice address above):

(Signature) (Date) NOV 9, 2024

Telephone number (647)-202-9326 email: DWAYNEJG@GMAIL.COM

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

To whom may it concern

I, Dwayne Gittens was a Meta Materials investor from before the merger between Torchlight and Meta Materials. From 2021 to Aug 2024 I have accumulated 2137 shares across my accounts post reverse split.

| **Account No.** | **Number of shares** |
|---|---|
| TD: 21BMB2-S | 294 |
| TD: 21BMB2-K | 300 |
| TD: 508BR4-V | 87 |
| RBC: 692-24280-13 | 1417 |
| TD: 21BMB3B-US | 39 |
| Totals | 2137 |

When Meta Materialas delisted from the Nasdaq in Aug 2024, I was forced to move my now MMATQ shares, from accounts 21BMB2-S, 21BMB2-K, 508BR4-V into 21BMB3-CAN because of the nature of the accounts and Canadian Tax laws. and As of November 2024, account 21BMB3-CAN currently 681 MMATQ shares.

I have not sold any shares and do not intend to. Currently my accounts looks like the following:

| **Account No.** | **Number of shares** |
|---|---|
| TD: 21BMB2-S | 0 |
| TD: 21BMB2-K | 0 |
| TD: 508BR4-V | 0 |
| RBC: 692-24280-13 | 1417 |
| TD: 21BMB3B-US | 39 |
| TD:21BMB3A-CAN | 681 |
| Total | 2137 |

If there's any more required information need please do not hesitate to contact me at (647) 202-9326 or i can be emailed at Dwaynejg@gmail.com

Thank you

Dwayne Gittens



TD Direct Investing

# Your RSP statement

March 1, 2021 to March 31, 2021

Account number 21BMB2S
Account type: Self-Directed RSP - CDN
Account currency: Canadian dollars

MR. DWAYNE J GITTENS
1881 MCNICOLL AVE UNIT 617
SCARBOROUGH ON
M1V 5M2

**Do you have a question?**

For questions about your statement or further information, we provide support 24 hours a day, 7 days a week in 4 languages:

| | |
|---|---|
| **English:** | **1-800-465-5463** |
| **French:** | **1-800-361-2684** |
| **Cantonese:** | **1-800-838-3223 option 1** |
| **Mandarin:** | **1-800-838-3223 option 2** |

## Your account at a glance

ⓘ **You need to know**

Please see **page 3** for important information about your account.

| | This period (Mar 1 - Mar 31, 2021) | Last period (Feb 1 - Feb 28, 2021) | Year to date (Jan 1 - Mar 31, 2021) |
|---|---|---|---|
| Beginning balance | $73,187.08 | $88,717.51 | $81,888.49 |
| Change in your account balance | -$5,297.75 | -$15,530.43 | -$13,999.16 |
| **Ending balance** | **$67,889.33** | **$73,187.08** | **$67,889.33** |

› US dollars converted to Canadian dollars at **1.2580** as of Mar 31, 2021

## Holdings in your account

on March 31, 2021

| Description | Quantity or par value ($) | Price ($) | Book cost ($) | Market value ($) | Unrealized gain or loss ($) | % of your holdings |
|---|---|---|---|---|---|---|
| **DOMESTIC** | | | | | | |
| Cash | | | 41.15 | 41.15 | 0.00 | 0.06% |
| **COMMON SHARES** | | | | | | |
| FORTIS INC (**FTS**) | 2 SEG | 54.530 | 87.39 | 109.06 | 21.67 | 0.16% |
| METAMATERIAL INC (**MMAT**) | 4,478 SEG | 3.390 | 15,644.45 | 15,180.42 | -464.03 | 22.36% |
| TRANSALTA RENEWABLES INC (**RNW**) | 1 SEG | 20.570 | 12.74 | 20.57 | 7.83 | 0.03% |
| **TOTAL DOMESTIC** | | | **$15,785.73** | **$15,351.20** | | **22.61%** |
| **FOREIGN** | | | | | | |
| **COMMON SHARES** | | | | | | |
| APEX TECHNOLOGY ACQ CL-A (**APXT**) | 1,224 SEG | 11.080U | 23,892.09 | 17,067.67 | -6,824.42 | 25.14% |
| NIO INC ADR (**NIO**) | 209 SEG | 38.980U | 3,267.97 | 10,252.77 | 6,984.80 | 15.10% |

(continued on next page)



Account number: 21BMB2-S
Account type: Self-Directed RSP - CDN
Your RSP statement: Mar 31, 2021

# Holdings in your account (continued)

on March 31, 2021

| Description | Quantity or par value ($) | Price ($) | Book cost ($) | Market value ($) | Unrealized gain or loss ($) | % of your holdings |
|---|---|---|---|---|---|---|
| **FOREIGN (continued)** | | | | | | |
| **COMMON SHARES (continued)** | | | | | | |
| TESLA INC (TSLA) | 30 SEG | 667.930U | 23,946.78 | 25,217.69 | 1,270.91 | 37.15% |
| **TOTAL FOREIGN** | | | **$51,106.84** | **$52,538.13** | | **77.39%** |
| **Total Portfolio** | | | **$66,892.57** | **$67,889.33** | | **100.00%** |

- The US dollar conversion rate we used to convert your month-end market values to Canadian dollars is **1.2580**
- Book costs are converted to Canadian dollars at the exchange rate used at the time of the transaction
- U=US dollars

## Definitions

### An explanation of terms shown in the tables above

***Book cost for long positions*** is the total amount paid to purchase a security including any transaction charges related to the purchase, adjusted for reinvested distributions, return of capital and corporate actions.

***Book cost for short positions*** is the total amount received for the security, net of any transaction charges related to the sale, adjusted for any distribution (other than dividends), returns of capital and corporate actions.

***Market value*** is the price of the security or fund multiplied by the quantity held.

***Unrealized Gain or Loss*** is the gain or loss that would be incurred, if your holdings were liquidated as at the end of the statement period. It is calculated by subtracting book cost from market value.

# Activity in your account this period

| Date | Activity | Description | Quantity | Price ($) | Amount ($) | Cash balance ($) |
|---|---|---|---|---|---|---|
| | **Beginning cash balance** | | | | | **13.38** |
| Mar 1 | Dividends | FORTIS INC | -2 | | 1.01 | 14.39 |
| Mar 3 | Sell | AMC ENTERTAINMENT HLDG-A CONV TO CAD @24.71 %US PR PQ-371999 | -72 | 8.890 | 785.77 | 800.16 |
| Mar 3 | Sell | BLACKBERRY LIMITED | -75 | 13.080 | 0.00 | 800.16 |
| Mar 3 | Sell | BLACKBERRY LIMITED PE-372011 | -100 | 13.140 | 2,285.01 | 3,085.17 |
| Mar 3 | Buy | METAMATERIAL INC | 4,400 | 3.490 | 0.00 | 3,085.17 |
| Mar 3 | Buy | METAMATERIAL INC WV-376398 | 78 | 3.570 | -15,644.45 | -12,559.28 |
| Mar 3 | Sell | NIO INC ADR CONV TO CAD @24.9 %US PRE MP-372540 | -208 | 48.550 | 12,600.35 | 41.07 |

(continued on next page)

*Order-Execution-Only Account.*



**TD Direct Investing**

# Your TFSA statement

July 1, 2024 to September 30, 2024

Account number 21BMB2-K
Account type: Tax-Free Savings Account - US
Account currency: US dollars

**Do you have a question?**

For questions about your statement or further information, we provide support Monday through Friday, in 4 languages:

| | |
|---|---|
| **English:** | **1-800-668-1972** |
| **French:** | **1-866-211-3847** |
| **Cantonese:** | **1-800-838-3223 option 1** |
| **Mandarin:** | **1-800-838-3223 option 2** |

MR. DWAYNE J GITTENS
1881 MCNICOLL AVE UNIT 617
SCARBOROUGH ON
M1V 5M2

## Your account at a glance

**You need to know**

Please see **page 2** for important information about your account.

| | This period (Jul 1 - Sep 30, 2024) | Last period (Apr 1 - Jun 30, 2024) | Year to date (Jan 1 - Sep 30, 2024) |
|---|---|---|---|
| Beginning balance | $903.00 | $921.00 | $1,980.00 |
| Change in your account balance | -$792.00 | -$18.00 | -$1,869.00 |
| **Ending balance** | **$111.00** | **$903.00** | **$111.00** |

## Holdings in your account

on September 30, 2024

| Description | Quantity or par value ($) | Price ($) | Book cost ($) | Market value ($) | Unrealized gain or loss ($) | % of your holdings |
|---|---|---|---|---|---|---|
| **Equities** | | | | | | |
| **Canadian common shares & equivalents** | | | | | | |
| META MATERIALS INC-NEW (MMATQ) | 300 SEG | 0.370 | 22,159.92 | 111.00 | -22,048.92 | 100.00% |
| **Total Canadian common shares & equivalents** | | | **$22,159.92** | **$111.00** | | **100.00%** |
| **Total equities** | | | **$22,159.92** | **$111.00** | | **100.00%** |
| **Total Portfolio** | | | **$22,159.92** | **$111.00** | | **100.00%** |

*Order-Execution-Only Account.*

TD Waterhouse Canada Inc.
Member - Canadian Investor Protection Fund

Regulated by CIRO
Canadian Investment Regulatory Organization



**TD Direct Investing**

# Your TFSA statement

October 1, 2024 to October 31, 2024

Account number: 21BMB2-K
Account type: Tax-Free Savings Account - US
Account currency: US dollars

MR. DWAYNE J GITTENS
1881 MCNICOLL AVE UNIT 617
SCARBOROUGH ON
M1V 5M2

### Do you have a question?

If you have any questions or require assistance, please log into the TD app and choose Contact Us from the 'More' menu, or call the numbers below to speak to an Investment Representative:

**English:** **1-800-668-1972**
**French:** **1-866-211-3847**
**Cantonese:** **1-800-838-3223 option 1**
**Mandarin:** **1-800-838-3223 option 2**

## Your account at a glance

**You need to know**

Please see **page 1** for important information about your account.

| | This period (Oct 1 - Oct 31, 2024) | Last period (Jul 1 - Sep 30, 2024) | Year to date (Jan 1 - Oct 31, 2024) |
|---|---|---|---|
| Beginning balance | $111.00 | $903.00 | $1,980.00 |
| Change in your account balance | -$111.00 | -$792.00 | -$1,980.00 |
| **Ending balance** | **$0.00** | **$111.00** | **$0.00** |

## Activity in your account this period

| Date | Activity | Description | Quantity | Price ($) | Amount ($) | Cash balance ($) |
|---|---|---|---|---|---|---|
| | **Beginning cash balance** | | | | | **0.00** |
| Oct 28 | Transfer Out | META MATERIALS INC-NEW | -300 | | 0.00 | 0.00 |
| Oct 28 | Value | -22159.92 USD/CAD 1.38850000 21BMB2K/21BMB2J | | | 0.00 | 0.00 |
| **Oct 31** | **Ending cash balance** | | | | | **$0.00** |

## Important information about your account

In connection with our annual audit, please review your account statement and report any discrepancies to our auditors: Email: td.waterhouse.auditconfirmations@ca.ey.com ; Ernst & Young LLP, 100 Adelaide Street West, PO Box 1, Toronto, ON, Canada, M5H 0B3, Fax: 416-864-1174

***Order-Execution-Only Account.***

TD Waterhouse Canada Inc.
Member - Canadian Investor Protection Fund

Regulated by CIRO
Canadian Investment Regulatory Organization



TD Direct Investing

# Your RSP statement

July 1, 2024 to September 30, 2024

Account number: 21BMB2-S
Account type: Self-Directed RSP - CDN
Account currency: Canadian dollars

**Do you have a question?**

For questions about your statement or further information, we provide support Monday through Friday, in 4 languages:

**English:** **1-800-668-1972**
**French:** **1-866-211-3847**
**Cantonese:** **1-800-838-3223 option 1**
**Mandarin:** **1-800-838-3223 option 2**

MR. DWAYNE J GITTENS
1881 MCNICOLL AVE UNIT 617
SCARBOROUGH ON
M1V 5M2

## Your account at a glance

**You need to know**
Please see **page 2** for important information about your account.

| | This period (Jul 1 - Sep 30, 2024) | Last period (Apr 1 - Jun 30, 2024) | Year to date (Jan 1 - Sep 30, 2024) |
|---|---|---|---|
| Beginning balance | $1,213.31 | $1,224.80 | $2,571.38 |
| Change in your account balance | -$1,062.92 | -$11.49 | -$2,420.99 |
| **Ending balance** | **$150.39** | **$1,213.31** | **$150.39** |

- US dollars converted to Canadian dollars at **1.3535** as of Sep 30, 2024

## Holdings in your account

on September 30, 2024

| Description | Quantity or par value ($) | Price ($) | Book cost ($) | Market value ($) | Unrealized gain or loss ($) | % of your holdings |
|---|---|---|---|---|---|---|
| **Cash** | | | | | | |
| Cash | | | 3.16 | 3.16 | 0.00 | 2.10% |
| **Equities** | | | | | | |
| **Canadian common shares & equivalents** | | | | | | |
| META MATERIALS INC-NEW (MMATQ) | 294 SEG | 0.370U | 137,318.23 | 147.23 | -137,171.00 | 97.90% |
| **Total Canadian common shares & equivalents** | | | **$137,318.23** | **$147.23** | | **97.90%** |
| **Total equities** | | | **$137,318.23** | **$147.23** | | **97.90%** |
| **Total Portfolio** | | | **$137,321.39** | **$150.39** | | **100.00%** |

- The US dollar conversion rate we used to convert your month-end market values to Canadian dollars is **1.3535**
- Book costs are converted to Canadian dollars at the exchange rate used at the time of the transaction
- U=US dollars



TD Direct Investing

# Your RSP statement

October 1, 2024 to October 31, 2024

Account number: 21BMB2-S
Account type: Self-Directed RSP - CDN
Account currency: Canadian dollars

MR. DWAYNE J GITTENS
1881 MCNICOLL AVE UNIT 617
SCARBOROUGH ON
M1V 5M2

**Do you have a question?**

If you have any questions or require assistance, please log into the TD app and choose Contact Us from the 'More' menu, or call the numbers below to speak to an Investment Representative:

**English:** **1-800-668-1972**
**French:** **1-866-211-3847**
**Cantonese:** **1-800-838-3223 option 1**
**Mandarin:** **1-800-838-3223 option 2**

## Your account at a glance

**You need to know**

Please see **page 2** for important information about your account.

| | This period (Oct 1 - Oct 31, 2024) | Last period (Jul 1 - Sep 30, 2024) | Year to date (Jan 1 - Oct 31, 2024) |
|---|---|---|---|
| Beginning balance | $150.39 | $1,213.31 | $2,571.38 |
| Change in your account balance | -$117.26 | -$1,062.92 | -$2,538.25 |
| **Ending balance** | **$33.13** | **$150.39** | **$33.13** |

## Holdings in your account

on October 31, 2024

| Description | Quantity or par value ($) | Price ($) | Book cost ($) | Market value ($) | Unrealized gain or loss ($) | % of your holdings |
|---|---|---|---|---|---|---|
| **Cash** | | | | | | |
| Cash | | | 33.13 | 33.13 | 0.00 | 100.00% |
| **Total Portfolio** | | | **$33.13** | **$33.13** | | **100.00%** |

### Definitions

**An explanation of terms shown in the tables above**

***Book cost for long positions*** is the total amount paid to purchase a security including any transaction charges related to the purchase, adjusted for reinvested distributions, return of capital and corporate actions.

***Book cost for short positions*** is the total amount received for the security, net of any transaction charges related to the sale, adjusted for any distribution (other than dividends), returns of capital and corporate actions.

***Market value*** is the price of the security or fund multiplied by the quantity held.

***Unrealized Gain or Loss*** is the gain or loss that would be incurred, if your holdings were liquidated as at the end of the statement period. It is calculated by subtracting book cost from market value.





# Activity in your account this period

| Date | Activity | Description | Quantity | Price ($) | Amount ($) | Cash balance ($) |
|---|---|---|---|---|---|---|
| | **Beginning cash balance** | | | | | **3.16** |
| Oct 28 | Swap | META MATERIALS INC-NEW 21BMB2S 21BMB3A SWAP | -294 | | 29.97 | 33.13 |
| **Oct 31** | **Ending cash balance** | | | | | **$33.13** |

# Your RSP contribution information

You can claim the contributions you made in the first 60 days of 2024 on your 2023 tax return.

| | |
|---|---|
| First 60 days | **$0.00** |
| Remainder of the year | **$0.00** |

## ⓘ Important information about your account

In connection with our annual audit, please review your account statement and report any discrepancies to our auditors: Email: td.waterhouse.auditconfirmations@ca.ey.com ; Ernst & Young LLP, 100 Adelaide Street West, PO Box 1, Toronto, ON, Canada, M5H 0B3, Fax: 416-864-1174

*Order-Execution-Only Account.*



**TD Direct Investing**

# Your investment account statement

October 1, 2024 to October 31, 2024

Account number: 21BMB3
Account type: Direct Trading - CDN
Account currency: Canadian dollars

**Do you have a question?**

If you have any questions or require assistance, please log into the TD app and choose Contact Us from the 'More' menu, or call the numbers below to speak to an Investment Representative:

**English:** **1-800-668-1972**
**French:** **1-866-211-3847**
**Cantonese:** **1-800-838-3223 option 1**
**Mandarin:** **1-800-838-3223 option 2**

MR. DWAYNE J GITTENS
1881 MCNICOLL AVE UNIT 617
SCARBOROUGH ON
M1V 5M2

## Your account at a glance

**You need to know**
Please see **page 3** for important information about your account.

| | This period (Oct 1 - Oct 31, 2024) | Last period (Sep 1 - Sep 30, 2024) | Year to date (Jan 1 - Oct 31, 2024) |
|---|---|---|---|
| Beginning balance | $130.65 | $128.01 | $113.01 |
| Change in your account balance | $107.85 | $2.64 | $125.49 |
| **Ending balance** | **$238.50** | **$130.65** | **$238.50** |

US dollars converted to Canadian dollars at **1.3915** as of Oct 31, 2024

## Holdings in your account

on October 31, 2024

| Description | Quantity or par value ($) | Price ($) | Book cost ($) | Market value ($) | Unrealized gain or loss ($) | % of your holdings |
|---|---|---|---|---|---|---|
| **Cash** | | | | | | |
| Cash | | | 60.36 | 60.36 | 0.00 | 25.31% |
| **Equities** | | | | | | |
| **Canadian common shares & equivalents** | | | | | | |
| ALGONQUIN PWR&UTILITIES (**AQN**) | 2 SEG | 6.730 | 22.46 | 13.46 | -9.00 | 5.64% |
| DREAM INDUSTRIAL REIT T/U (**DIR.UN**) | 2 SEG | 13.220 | 11.65 | 26.44 | 14.79 | 11.09% |
| META MATERIALS INC-NEW (**MMATQ**) | 594 SEG | 0.071U | 59.53 | 58.68 | -0.85 | 24.60% |
| SIENNA SENIOR LIVING INC (**SIA**) | 1 SEG | 17.220 | 19.13 | 17.22 | -1.91 | 7.22% |

(continued on next page)

*Order-Execution-Only Account.*

TD Waterhouse Canada Inc.
Member - Canadian Investor Protection Fund

Regulated by CIRO
Canadian Investment
Regulatory Organization



Account number: 21BMB3
Account type: Direct Trading - CDN
Your investment account statement: Oct 31, 2024

# Holdings in your account (continued)

on October 31, 2024

| Description | Quantity or par value ($) | Price ($) | Book cost ($) | Market value ($) | Unrealized gain or loss ($) | % of your holdings |
|---|---|---|---|---|---|---|
| **Equities (continued)** | | | | | | |
| **Canadian common shares & equivalents (continued)** | | | | | | |
| WHITECAP RES INC (**WCP**) | 6 SEG | 10.390 | 35.49 | 62.34 | 26.85 | 26.14% |
| **Total Canadian common shares & equivalents** | | | **$148.26** | **$178.14** | | **74.69%** |
| **Total equities** | | | **$148.26** | **$178.14** | | **74.69%** |
| **Total Portfolio** | | | **$208.62** | **$238.50** | | **100.00%** |

- The US dollar conversion rate we used to convert your month-end market values to Canadian dollars is **1.3915**
- Book costs are converted to Canadian dollars at the exchange rate used at the time of the transaction
- U=US dollars

## Definitions

### An explanation of terms shown in the tables above

***Book cost for long positions*** is the total amount paid to purchase a security including any transaction charges related to the purchase, adjusted for reinvested distributions, return of capital and corporate actions.

***Book cost for short positions*** is the total amount received for the security, net of any transaction charges related to the sale, adjusted for any distribution (other than dividends), returns of capital and corporate actions.

***Market value*** is the price of the security or fund multiplied by the quantity held.

***Unrealized Gain or Loss*** is the gain or loss that would be incurred, if your holdings were liquidated as at the end of the statement period. It is calculated by subtracting book cost from market value.

# Activity in your account this period

| Date | Activity | Description | Quantity | Price ($) | Amount ($) | Cash balance ($) |
|---|---|---|---|---|---|---|
| | **Beginning cash balance** | | | | | **9.59** |
| Oct 15 | Dividends | ALGONQUIN PWR&UTILITIES | 2 | | 0.18 | 9.77 |
| Oct 15 | Distribution | DREAM INDUSTRIAL REIT T/U | -2 | | 0.12 | 9.89 |
| Oct 15 | Dividends | SIENNA SENIOR LIVING INC | 1 | | 0.08 | 9.97 |
| Oct 15 | Dividends | WHITECAP RES INC | 6 | | 0.36 | 10.33 |
| Oct 28 | Web Banking Deposit | RL242 TSF FR 0540436 | | | 30.00 | 40.33 |
| Oct 28 | Web Banking Deposit | RL515 TSF FR 0540436 | | | 50.00 | 90.33 |
| Oct 28 | Deregistration | META MATERIALS INC-NEW | 300 | | 0.00 | 90.33 |
| Oct 28 | Value | 29.56 RE: 21-BMB2-J | | | 0.00 | 90.33 |

(continued on next page)

*Order-Execution-Only Account.*

## Activity in your account this period (continued)

| Date | Activity | Description | Quantity | Price ($) | Amount ($) | Cash balance ($) |
|---|---|---|---|---|---|---|
| Oct 28 | Swap | META MATERIALS INC-NEW 21BMB2S 21BMB3A SWAP | 294 | | -29.97 | 60.36 |
| **Oct 31** | **Ending cash balance** | | | | | **$60.36** |

## Details of investment income

| Earnings/Expenses | This period (Oct 1 - Oct 31, 2024) | Year to date (Jan 1 - Oct 31, 2024) |
|---|---|---|
| Dividends | 0.74 | 6.67 |
| **Total** | **$0.74** | **$6.67** |

### ⓘ Important information about your account

In connection with our annual audit, please review your account statement and report any discrepancies to our auditors: Email: td.waterhouse.auditconfirmations@ca.ey.com ; Ernst & Young LLP, 100 Adelaide Street West, PO Box 1, Toronto, ON, Canada, M5H 0B3, Fax: 416-864-1174

*Order-Execution-Only Account.*



**TD Direct Investing**

# Your investment account statement

October 1, 2024 to October 31, 2024

Account number: 21BMB3
Account type: Direct Trading - US
Account currency: US dollars

**Do you have a question?**

If you have any questions or require assistance, please log into the TD app and choose Contact Us from the 'More' menu, or call the numbers below to speak to an Investment Representative:

**English: 1-800-668-1972**
**French: 1-866-211-3847**
**Cantonese: 1-800-838-3223 option 1**
**Mandarin: 1-800-838-3223 option 2**

MR. DWAYNE J GITTENS
1881 MCNICOLL AVE UNIT 617
SCARBOROUGH ON
M1V 5M2

## Your account at a glance

**You need to know**
Please see **page 2** for important information about your account.

| | This period (Oct 1 - Oct 31, 2024) | Last period (Sep 1 - Sep 30, 2024) | Year to date (Jan 1 - Oct 31, 2024) |
|---|---|---|---|
| Beginning balance | $14.45 | $17.57 | $131.52 |
| Change in your account balance | $166.37 | -$3.12 | $49.30 |
| **Ending balance** | **$180.82** | **$14.45** | **$180.82** |

## Holdings in your account

on October 31, 2024

| Description | Quantity or par value ($) | Price ($) | Book cost ($) | Market value ($) | Unrealized gain or loss ($) | % of your holdings |
|---|---|---|---|---|---|---|
| **Cash** | | | | | | |
| Cash | | | 178.06 | 178.06 | 0.00 | 98.47% |
| **Equities** | | | | | | |
| **Canadian common shares & equivalents** | | | | | | |
| META MATERIALS INC-NEW (MMATQ) | 39 SEG | 0.071 | 390.29 | 2.76 | -387.53 | 1.53% |
| MINERCO INC | 560,000 SEG | N/D | 327.98 | N/D | -327.98 | 0.00% |
| **Total Canadian common shares & equivalents** | | | **$718.27** | **$2.76** | | 1.53% |
| **Total equities** | | | **$718.27** | **$2.76** | | **1.53%** |
| **Total Portfolio** | | | **$896.33** | **$180.82** | | **100.00%** |





Direct Investing

# Order Execution Only GRSP Statement (U.S.$)

SEPT 30 2024



Your Account Number: 692-24280-1-3
Trustee: Royal Trust Company
Date of Last Statement: AUG. 30, 2024

>DWAYNE GITTENS
1881 MCNICOLL AVE
UNIT 617
TORONTO ON M1V 5M2

## RBC Direct Investing Inc.

**Local Calls:**
416-977-1255

**Toll Free Calls:**
1-800-769-2560

**Postal Address:**
200 Bay Street
P.O. Box 75
Toronto, ON
M5J 2Z5

## Asset Summary

| | MARKET VALUE AT SEPT 30 | % |
|---|---|---|
| Cash | $4.05 | 0.24 % |
| Fixed Income | $0.00 | 0.00 % |
| Preferred Shares | $0.00 | 0.00 % |
| Common Shares | $1,670.79 | 99.76 % |
| Mutual Funds | $0.00 | 0.00 % |
| Foreign Securities | $0.00 | 0.00 % |
| Other | $0.00 | 0.00 % |
| **Total on SEPT 30** | **$1,674.84** | **100.00 %** |
| Total on AUG. 30 | $1,574.45 | |

## Income Summary

| | THIS MONTH | YEAR-TO-DATE |
|---|---|---|
| Dividends | $0.00 | $0.00 |
| Interest | $0.00 | $0.00 |
| **Total Income** | **$0.00** | **$0.00** |

## Cash Balance

| ACCOUNT TYPE | OPENING BALANCE AT SEPT 01 | CLOSING BALANCE AT SEPT 30 |
|---|---|---|
| Cash | $0.00 | $4.05 |

- CONTINUED ON NEXT PAGE -

0018149 -DIC60





Direct Investing

**Order Execution Only GRSP Statement (U.S.$)** **SEPT 30 2024**

Your Account Number: 692-24280-1-3 

## Asset Review

| | SECURITY SYMBOL | QUANTITY/ SEGREGATED | MKT. PRICE | BOOK COST | MARKET VALUE |
|---|---|---|---|---|---|
| **Common Shares** | | | | | |
| GAMESTOP CORP CLASS A | GME | 50<br>50 | 22.930 | 1,259.53 | $1,146.50 |
| META-MATERIALS INC COMMON STOCK | MMATQ | 1,417<br>1,417 | 0.370 | 30,445.79 | $524.29 |
| **Total Value of Common Shares** | | | | 31,705.32 | $1,670.79 |
| **Total Value of All Securities** | | | | 31,705.32 | $1,670.79 |

## Account Activity

| DATE | ACTIVITY | DESCRIPTION | QUANTITY | PRICE \RATE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|
| | | **Opening Balance (SEPT 01, 2024)** | | | | $0.00 |
| SEPT 11 | TRF | FOREIGN EXCHANGE FROM C$ 291 @ 1.3825 | | | | 210.49 |
| SEPT 12 | BOUGHT | GAMESTOP CORP CLASS A UNSOLICITED DA | 10 | 19.649 | 206.44 | |
| | | **Closing Balance (SEPT 30, 2024)** | | | | $4.05 |

- CONTINUED ON NEXT PAGE -



TD Direct Investing

# Your RESP statement

October 1, 2024 to October 31, 2024

Account number: 508BR4-V

Account type: Education Savings Plan

Account currency: Canadian dollars

MR DWAYNE J GITTENS OR
MRS DESTINEY BYER
1881 MCNICOLL AVE SUITE 617
SCARBOROUGH ON
M1V 5M2

### Do you have a question?

If you have any questions or require assistance, please log into the TD app and choose Contact Us from the 'More' menu, or call the numbers below to speak to an Investment Representative:

**English:** **1-800-465-5463**
**French:** **1-800-361-2684**
**Cantonese:** **1-800-838-3223 option 1**
**Mandarin:** **1-800-838-3223 option 2**

## Your account at a glance

**You need to know**
Please see **page 3** for important information about your account.

| | This period (Oct 1 - Oct 31, 2024) | Last period (Sep 1 - Sep 30, 2024) | Year to date (Jan 1 - Oct 31, 2024) |
|---|---|---|---|
| Beginning balance | $5,890.56 | $5,555.40 | $1,298.15 |
| Change in your account balance | -$189.36 | $335.16 | $4,403.05 |
| **Ending balance** | **$5,701.20** | **$5,890.56** | **$5,701.20** |

▸ US dollars converted to Canadian dollars at **1.3910** as of Oct 31, 2024

## Holdings in your account

on October 31, 2024

| Description | Quantity or par value ($) | Price ($) | Book cost ($) | Market value ($) | Unrealized gain or loss ($) | % of your holdings |
|---|---|---|---|---|---|---|
| **DOMESTIC** | | | | | | |
| Cash | | | 60.75 | 60.75 | 0.00 | 1.07% |
| **COMMON SHARES** | | | | | | |
| BCE INC (**BCE**) | 38 SEG | 44.890 | 2,009.72 | 1,705.82 | -303.90 | 29.92% |
| ENBRIDGE INC (**ENB**) | 26 SEG | 56.240 | 1,283.99 | 1,462.24 | 178.25 | 25.65% |
| LOBLAW COMPANIES LTD (**L**) | 7 SEG | 176.040 | 1,158.50 | 1,232.28 | 73.78 | 21.61% |
| META MATERIALS INC-NEW (**MMATQ**) | 87 SEG | 0.071U | 10,051.92 | 8.59 | -10,043.33 | 0.15% |

(continued on next page)