NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | PROOF OF INTEREST |
|---|---|

| Name of Debtor: **META MATERIALS INC.** | Case Number: **24-50792** |
|---|---|

**1.** Name and address of holder of the Equity Interest (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

GLENN TEASDALE
41 BAXTER DR.
GUELPH, ONTARIO, CANADA
N1L 0G4

Telephone Number: 519-831-5950

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

☑ Check box if you have never received any notices from the bankruptcy court or the Debtors from this case.

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

**COURT USE ONLY**

Account or other number by which Interest holder identifies Debtor:
556-46809; 546-75242; 549-63687; 554-38556

Check here if this claim:
☐ replaces a previously filed Proof of Interestdated: _____
☐ amends a previously filed Proof of Interestdated: _____

**2.** Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:
SCOTIA iTRADE  44 KING ST. W.
              TORONTO, ON, CANADA
              M5H 1H1
Telephone Number: 1-888-872-3388

**3.** Date Equity Interest was acquired:
VARIOUS DATES. SEE ATTACHED TRANSACTIONS

**4.** Total amount of member interest: 762 shares ✱

**5.** Certificate number(s): N/A HELD ELECTRONICALLY

**6.** Type of Equity Interest:
Please indicate the type of Equity Interest you hold:
☐ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
☑ Check this box if your Equity Interest is based on anything else and describe that interest:
Description: STOCK HOLDER

**7.** Supporting Documents: Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**8.** Date-Stamped Copy: To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

**9. Signature:**
Check the appropriate box.
☑ I am the creditor.  ☐ I am the creditor's authorized agent.  ☐ I am the trustee, or the debtor,  ☐ I am a guarantor, surety, endorser, or othercodebtor.
(Attach copy of power of attorney, if any.)  or their authorized agent.  (See Bankruptcy Rule 3005.)
(See Bankruptcy Rule 3004.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: GLENN TEASDALE
Title: MR.
Company: __ Address and telephone number (if different from notice address above):
_____
_____

(Signature) _____    OCT. 29th 2024 (Date)

Telephone number: 1-519-831-5950   email: teezer1919@gmail.com

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

✱ #4) See Form 8K (762 x 100 = 76200 original shares)

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
### WASHINGTON, D.C. 20549

## FORM 8-K

### CURRENT REPORT
### Pursuant to Section 13 or 15(d)

### of the Securities Exchange Act of 1934

**Date of Report (Date of earliest event reported): January 23, 2024**

# Meta Materials Inc.

(Exact name of Registrant as Specified in Its Charter)

| Nevada | 001-36247 | 74-3237581 |
|---|---|---|
| (State or Other Jurisdiction of Incorporation) | (Commission File Number) | (IRS Employer Identification No.) |

| | | |
|---|---|---|
| 60 Highfield Park Dr | | |
| **Dartmouth, Nova Scotia, Canada** | | **B3A 4R9** |
| (Address of Principal Executive Offices) | | (Zip Code) |

**Registrant's Telephone Number, Including Area Code: 902 482-5729**

**Not Applicable**
(Former Name or Former Address, if Changed Since Last Report)

Check the appropriate box below if the Form 8-K filing is intended to simultaneously satisfy the filing obligation of the registrant under any of the following provisions:

☐   Written communications pursuant to Rule 425 under the Securities Act (17 CFR 230.425)

☐   Soliciting material pursuant to Rule 14a-12 under the Exchange Act (17 CFR 240.14a-12)

☐   Pre-commencement communications pursuant to Rule 14d-2(b) under the Exchange Act (17 CFR 240.14d-2(b))

☐   Pre-commencement communications pursuant to Rule 13e-4(c) under the Exchange Act (17 CFR 240.13e-4(c))

### Securities registered pursuant to Section 12(b) of the Act:

| Title of each class | Trading Symbol(s) | Name of each exchange on which registered |
|---|---|---|
| Common Stock, par value $0.001 per share | MMAT | The Nasdaq Stock Market LLC |

Indicate by check mark whether the registrant is an emerging growth company as defined in Rule 405 of the Securities Act of 1933 (§ 230.405 of this chapter) or Rule 12b-2 of the Securities Exchange Act of 1934 (§ 240.12b-2 of this chapter).

EX-99.1 4 mmat-ex99_1.htm EX-99.1    *RE: FORM 8K* (handwritten)

**Exhibit 99.1**

# Meta Materials Announces 1-for-100 Reverse Stock Split to Regain Nasdaq Compliance

HALIFAX, NS / ACCESSWIRE / January 23, 2024 / Meta Materials Inc. (the "Company" or "META") (Nasdaq: MMAT), an advanced materials and nanotechnology company, today announced that it intends to effect a 1-for-100 reverse stock split ("Reverse Stock Split") of its issued and outstanding common stock that will become effective at 12:01 AM PT on January 29, 2024. The Company's common stock is therefore expected to begin trading on a split-adjusted basis when the market opens on January 29, 2024. The Company's common stock will continue to trade on the Nasdaq Capital Market under the symbol "MMAT" but with a new CUSIP number 59134N302.

The Reverse Stock Split is part of the Company's plan to regain compliance with the $1.00 per share minimum closing price required to maintain continued listing on the Nasdaq Capital Market.

The Reverse Stock Split was approved by the Board of Directors of the Company in accordance with Nevada law. As a result of the Reverse Stock Split, every 100 shares of common stock issued and outstanding prior to the effective time will be automatically reclassified into one share of common stock with no change in the $0.001 par value per share. The exercise prices and the number of shares issuable upon exercise of outstanding stock options, equity awards and warrants, and the number of shares available for future issuance under the equity incentive plans will be adjusted in accordance with their respective terms. The Reverse Stock Split will affect all stockholders uniformly and will not alter any stockholder's percentage interest in the Company's equity.

No fractional shares will be issued in connection with the Reverse Stock Split. Any fractional shares of common stock resulting from the Reverse Stock Split will be rounded up to the nearest whole post-split share and no stockholders will receive cash in lieu of fractional shares.

The Reverse Stock Split will reduce the number of outstanding shares of common stock from approximately 564 million to approximately 5.64 million shares and also proportionately reduce the number of authorized shares of common stock from 1 billion to 10 million shares.

## About Meta Materials Inc.

Meta Materials Inc. (META) is an advanced materials and nanotechnology company. We develop new products and technologies using innovative sustainable science. Advanced materials can improve everyday products that surround us, making them smarter and more sustainable. META® technology platforms enable global brands to develop new products to improve performance for customers in aerospace and defense, consumer electronics, 5G communications, batteries,

authentication, automotive and clean energy. Learn more at www.metamaterial.com.

**Media and Investor Inquiries**

Rob Stone
Vice President, Corporate Development and Communications
Meta Materials Inc.
media@metamaterial.com
ir@metamaterial.com

---


SCOTIA **iTRADE**®

225 KING ST WEST, SUITE 1200
TORONTO, ONTARIO M5V 3M2

**Confirmation Notice**

**ACCOUNT NO.**  **TYPE**
●●●●6809●●  CASH

**FOR SETTLEMENT IN THIS OFFICE**

GLENN D TEASDALE          40**
41 BAXTER DRIVE
GUELPH ON  N1L 0G4

---

|  | JUNE 18, 2021 |
|---|---|
| AS AGENTS, WE TODAY CONFIRM THE FOLLOWING SALE FOR YOUR ACCOUNT ON THE CANADIAN SECURITIES EXCHANGE. | SETTLEMENT DATE    JUNE 22, 2021 |
|  | ACCOUNT NO.          ●●●●6809●●—CASH |

| TRANSACTION TYPE | | SOLD | | GROSS AMOUNT | 2,968.75 |
|---|---|---|---|---|---|
| Quantity | Security Description | | Unit Price | COMMISSION | 19.98 |
| 375 | METAMATERIAL INC | @ | 7.97C$ | | |
|  | COM | | | | |
|  | AVG PRICE SHOWN–DETAILS ON REQ | | | | |
|  | STP PET | | | | |
|  | | | | SUB TOTAL | 2,968.77 C$ |
|  | | | | NET AMOUNT | 2,968.77 CR C$ |

---

| INVESTMENT REPRESENTATIVE | TORONTO–PLAZA | REFERENCE G9277  /  CUSIP CA59134F1018  / |
|---|---|---|
| IR No. | S20 | SECURITY NO. M064469  /  ORDER NO. 569277  /  A  AT  A1 |
| TEL. | (800) 263–3430 | |

Scotia iTRADE (Discount Broker – Order–Execution Only Accounts) is a division of Scotia Capital Inc. (SCI). SCI is a member of the Canadian Investor Protection Fund and the Investment Industry Regulatory Organization of Canada. Scotia iTRADE does not provide investment advice or recommendations and investors are responsible for their own investment decisions. This transaction is subject to the Agreement on the reverse side. ® Registered trademark of The Bank of Nova Scotia. Used under license.


**CIPF**
Canadian Investor Protection Fund
M E M B E R

**P 1**

# SCOTIA iTRADE®

**Confirmation Notice**

CONDITIONS

**Without limiting in any way or otherwise affecting our rights under any other contracts between us, you agree to the following:**
**\*Order execution only account means that Scotia iTRADE does not provide recommendations or accept any responsibility to advise clients on the suitability of investment decisions or transactions.**

All transactions are subject to the by-laws, regulations and customs of the stock exchange where executed, and any clearing house involved, and of any regulatory authority including any association of brokers or dealers having jurisdiction, and to the terms and conditions of any relevant customer's or trading agreement which you have entered into with us. In the case of an exchange transaction the name of the exchange (and clearing house, if any) and of the other broker will be furnished upon request. Details of the individual representative who accepted your order(s) are available on request. Please contact the branch manager.

If settlement or provision for settlement of this transaction is not made by the settlement date shown hereon, or by the date ("accrued interest date") to which accrued interest is calculated as shown hereon, whichever date is applicable, this transaction may be closed out without notice to you by the sale or purchase of the related securities, whichever action is appropriate and we will claim from you any balance owing to us or credit to you any balance owing to you as a result of such action. Unless already in our possession, payment or security should reach us by the settlement date or accrued interest date indicated. Payments on accounts received after the indicated date may result in interest being charged on the unpaid balance until the balance is paid.

Any demand, advertisement or notice which may be given to you shall not be a waiver of any right to take any action which we may be authorized to exercise without demand, advertisement or notice.

Whenever and so often as you are indebted to us, all securities and property (hereinafter called "securities") held by us for you or on your account shall be collateral security for the payment of your indebtedness from time to time and we shall have the right to loan such securities and raise money on them and pledge and repledge them either separately or in our general loans or otherwise together with any securities belonging to us or to others, the whole in such manner and on such terms and conditions and for such amount whether more or less than the amount due by you, and for such purposes as we may deem advisable, and if we deem it necessary for our protection, we shall have the right to buy in securities of which your account may be short and to sell securities of which your account may be long, the whole publicly or privately and without demand for margin and without notice.

In placing the order to effect this transaction, you shall be taken to represent to us that you have full capacity power and authority to enter into this transaction and that any securities to be sold by us on your behalf are free of encumbrance and of any restraint (whether imposed by law, any regulatory authority contract or otherwise) on their distribution to the public or sale in any market and are in all respects freely tradeable.

This transaction shall be deemed and treated as authorized and correct and as ratified and confirmed by you unless we receive written notice to the contrary. If you do not agree with the information hereon, please advise us promptly.

**Currency Conversion & Fixed Income Fees:** We will act as principal in fixed income and currency conversion transactions. Scotia Capital Inc. and others apply discretionary currency conversion rates and may earn revenue on currency conversion transactions based on the spread between the bid and ask prices for the currency then in effect and the principal's costs and, on offsetting transactions, based on the difference between the FX rate charged our clients and discretionary rates applied to the offsetting transactions. Conversion of currency will take place on the trade date. If a trade is executed for you in a foreign market and a currency conversion occurs, and the conversion rate applied is not displayed on the face of your trade confirmation, the rate applied is available to you on request.

Leverage/Margin Risk Disclosure Statement: Using borrowed money (whether through a margin account or otherwise) to purchase securities involves greater risk than using cash resources only. Please refer to the terms and conditions in the Account Agreement. Note: you should retain this statement for income tax purposes.

Customer accounts are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of coverage is available on request.

CODE INFORMATION/ NONVOT: NON–VOTING  RESVOT: RESTRICTED VOTING  SUBVOTE: SUBORDINATE VOTE

MV – MULTIPLE VOTING  LV – LIMITED VOTING

**Scotia iTRADE®**

| **Main Branch** | **Customer Service** |
|---|---|
| 225 King St. W., Suite 1200 | 48 Yonge St. |
| Toronto ON | Toronto ON |
| M5V 3M2 | M5E 1G6 |

Scotia iTRADE (Discount Broker – Order – Execution Only Account) is a division of Scotia Capital Inc. (SCI). SCI is a member of the Canadian Investor Protection Fund and the Investment Industry Regulatory Organization of Canada. Scotia iTRADE does not provide investment advice or recommendations and investors are responsible for their own investment decisions.

® Registered trademark of The Bank of Nova Scotia. Used under license.

**P 2**



**Confirmation Notice**

**ACCOUNT NO.**  **TYPE**
████6809██  CASH

**FOR SETTLEMENT IN THIS OFFICE**

225 KING ST WEST, SUITE 1200
TORONTO, ONTARIO M5V 3M2

GLENN D TEASDALE          40**
41 BAXTER DRIVE
GUELPH ON  N1L 0G4

---

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING SALE FOR YOUR ACCOUNT ON
THE CANADIAN SECURITIES EXCHANGE.

JUNE 21, 2021
SETTLEMENT DATE     JUNE 23, 2021
ACCOUNT NO.          ████6809██–CASH

| TRANSACTION TYPE | | | SOLD |
|---|---|---|---|
| Quantity | Security Description | | Unit Price |
| 1,500 | METAMATERIAL INC | @ | 11.7253C$ |
| | COM | | |
| | AVG PRICE SHOWN–DETAILS ON REQ | | |
| | STP PET | | |

| | |
|---|---|
| GROSS AMOUNT | 17,588.00 |
| COMMISSION | 9.99 |
| | |
| | |
| SUB TOTAL | 17,578.01 C$ |
| NET AMOUNT | 17,578.01 CR C$ |

| INVESTMENT REPRESENTATIVE | TORONTO–PLAZA | REFERENCE H1906  /  CUSIP CA59134F1018  / |
|---|---|---|
| IR No. | S20 | SECURITY NO. M064469  /  ORDER NO. 571906  /  A  AT  A1 |
| TEL. | (800) 263–3430 | |

Scotia iTRADE (Discount Broker – Order–Execution Only Accounts) is a division of Scotia Capital Inc. (SCI). SCI is a member of the Canadian Investor Protection Fund and the Investment Industry Regulatory Organization of Canada. Scotia iTRADE does not provide investment advice or recommendations and investors are responsible for their own investment decisions. This transaction is subject to the Agreement on the reverse side. ® Registered trademark of The Bank of Nova Scotia. Used under license.

**CIPF**
Canadian Investor Protection Fund
M E M B E R

P 1



**Confirmation Notice**

CONDITIONS

**Without limiting** **in any way or otherwise affecting our rights under any other contracts between us, you agree to the following:**
*Order execution only account means that Scotia iTRADE does not provide recommendations or accept any responsibility to advise clients on the suitability of investment decisions or transactions.

All transactions are subject to the by–laws, regulations and customs of the stock exchange where executed, and any clearing house involved, and of any regulatory authority including any association of brokers or dealers having jurisdiction, and to the terms and conditions of any relevant customer's or trading agreement which you have entered into with us. In the case of an exchange transaction the name of the exchange (and clearing house, if any) and of the other broker will be furnished upon request. Details of the individual representative who accepted your order(s) are available on request. Please contact the branch manager.

If settlement or provision for settlement of this transaction is not made by the settlement date shown hereon, or by the date ("accrued interest date") to which accrued interest is calculated as shown hereon, whichever date is applicable, this transaction may be closed out without notice to you by the sale or purchase of the related securities, whichever action is appropriate and we will claim from you any balance owing to us or credit to you any balance owing to you as a result of such action. Unless already in our possession, payment or security should reach us by the settlement date or accrued interest date indicated. Payments on accounts received after the indicated date may result in interest being charged on the unpaid balance until the balance is paid.

Any demand, advertisement or notice which may be given to you shall not be a waiver of any right to take any action which we may be authorized to exercise without demand, advertisement or notice.

Whenever and so often as you are indebted to us, all securities and property (hereinafter called "securities") held by us for you or on your account shall be collateral security for the payment of your indebtedness from time to time and we shall have the right to loan such securities and raise money on them and pledge and repledge them either separately or in our general loans or otherwise together with any securities belonging to us or to others, the whole in such manner and on such terms and conditions and for such amount whether more or less than the amount due by you, and for such purposes as we may deem advisable, and if we deem it necessary for our protection, we shall have the right to buy in securities of which your account may be short and to sell securities of which your account may be long, the whole publicly or privately and without demand for margin and without notice.

In placing the order to effect this transaction, you shall be taken to represent to us that you have full capacity power and authority to enter into this transaction and that any securities to be sold by us on your behalf are free of encumbrance and of any restraint (whether imposed by law, any regulatory authority contract or otherwise) on their distribution to the public or sale in any market and are in all respects freely tradeable.

This transaction shall be deemed and treated as authorized and correct and as ratified and confirmed by you unless we receive written notice to the contrary. If you do not agree with the information hereon, please advise us promptly.

**Currency Conversion & Fixed Income Fees:** We will act as principal in fixed income and currency conversion transactions. Scotia Capital Inc. and others apply discretionary currency conversion rates and may earn revenue on currency conversion transactions based on the spread between the bid and ask prices for the currency then in effect and the principal's costs and, on offsetting transactions, based on the difference between the FX rate charged our clients and discretionary rates applied to the offsetting transactions. Conversion of currency will take place on the trade date. If a trade is executed for you in a foreign market and a currency conversion occurs, and the conversion rate applied is not displayed on the face of your trade confirmation, the rate applied is available to you on request.

Leverage/Margin Risk Disclosure Statement: Using borrowed money (whether through a margin account or otherwise) to purchase securities involves greater risk than using cash resources only. Please refer to the terms and conditions in the Account Agreement. Note: you should retain this statement for income tax purposes.

Customer accounts are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of coverage is available on request.

CODE INFORMATION/ NONVOT: NON–VOTING  RESVOT: RESTRICTED VOTING  SUBVOTE: SUBORDINATE VOTE

MV – MULTIPLE VOTING  LV – LIMITED VOTING

**Scotia iTRADE®**

| Main Branch | Customer Service |
|---|---|
| 225 King St. W., Suite 1200 | 48 Yonge St. |
| Toronto ON | Toronto ON |
| M5V 3M2 | M5E 1G6 |

Scotia iTRADE (Discount Broker – Order – Execution Only Account) is a division of Scotia Capital Inc. (SCI). SCI is a member of the Canadian Investor Protection Fund and the Investment Industry Regulatory Organization of Canada. Scotia iTRADE does not provide investment advice or recommendations and investors are responsible for their own investment decisions.

® Registered trademark of The Bank of Nova Scotia. Used under license.

**P 2**



**Confirmation Notice**

**ACCOUNT NO.**   **TYPE**
●●●●6809●●      **CASH**

**FOR SETTLEMENT IN THIS OFFICE**

225 KING ST WEST, SUITE 1200
TORONTO, ONTARIO M5V 3M2

GLENN D TEASDALE    40**
41 BAXTER DRIVE
GUELPH ON  N1L 0G4

---

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT ON
MULTIPLE CANADIAN MARKETPLACES. DETAILS ARE AVAILABLE UPON REQUEST.

JUNE 21, 2021
SETTLEMENT DATE    JUNE 23, 2021
ACCOUNT NO.    ●●●●6809●●-CASH

| TRANSACTION TYPE | | | BOUGHT |
|---|---|---|---|
| Quantity | Security Description | | Unit Price |
| 1,500 | METAMATERIAL INC COM AVG PRICE SHOWN–DETAILS ON REQ STP PET | @ | 11.2483C$ |

| | |
|---|---|
| GROSS AMOUNT | 16,872.50 |
| COMMISSION | 19.98 |
| SUB TOTAL | 16,892.48 C$ |
| NET AMOUNT | 16,892.48 C$ |

---

INVESTMENT REPRESENTATIVE    TORONTO–PLAZA
IR No.    S20
TEL.    (800) 263–3430

REFERENCE G6802  /  CUSIP CA59134F1018  /
SECURITY NO. M064469  /  ORDER NO. 566802  /  A  AT  M1

Scotia iTRADE (Discount Broker – Order–Execution Only Accounts) is a division of Scotia Capital Inc. (SCI). SCI is a member of the Canadian Investor Protection Fund and the Investment Industry Regulatory Organization of Canada. Scotia iTRADE does not provide investment advice or recommendations and investors are responsible for their own investment decisions. This transaction is subject to the Agreement on the reverse side. ® Registered trademark of The Bank of Nova Scotia. Used under license.



**CIPF**
Canadian Investor Protection Fund
M E M B E R

**P 1**

# SCOTIA iTRADE®

**Confirmation Notice**

## CONDITIONS

**Without limiting In any way or otherwise affecting our rights under any other contracts between us, you agree to the following:**
**\*Order execution only account means that Scotia iTRADE does not provide recommendations or accept any responsibility to advise clients on the suitability of Investment decisions or transactions.**

All transactions are subject to the by-laws, regulations and customs of the stock exchange where executed, and any clearing house involved, and of any regulatory authority including any association of brokers or dealers having jurisdiction, and to the terms and conditions of any relevant customer's or trading agreement which you have entered into with us. In the case of an exchange transaction the name of the exchange (and clearing house, if any) and of the other broker will be furnished upon request. Details of the individual representative who accepted your order(s) are available on request. Please contact the branch manager.

If settlement or provision for settlement of this transaction is not made by the settlement date shown hereon, or by the date ("accrued interest date") to which accrued interest is calculated as shown hereon, whichever date is applicable, this transaction may be closed out without notice to you by the sale or purchase of the related securities, whichever action is appropriate and we will claim from you any balance owing to us or credit to you any balance owing to you as a result of such action. Unless already in our possession, payment or security should reach us by the settlement date or accrued interest date indicated. Payments on accounts received after the indicated date may result in interest being charged on the unpaid balance until the balance is paid.

Any demand, advertisement or notice which may be given to you shall not be a waiver of any right to take any action which we may be authorized to exercise without demand, advertisement or notice.

Whenever and so often as you are indebted to us, all securities and property (hereinafter called "securities") held by us for you or on your account shall be collateral security for the payment of your indebtedness from time to time and we shall have the right to loan such securities and raise money on them and pledge and repledge them either separately or in our general loans or otherwise together with any securities belonging to us or to others, the whole in such manner and on such terms and conditions and for such amount whether more or less than the amount due by you, and for such purposes as we may deem advisable, and if we deem it necessary for our protection, we shall have the right to buy in securities of which your account may be short and to sell securities of which your account may be long, the whole publicly or privately and without demand for margin and without notice.

In placing the order to effect this transaction, you shall be taken to represent to us that you have full capacity power and authority to enter into this transaction and that any securities to be sold by us on your behalf are free of encumbrance and of any restraint (whether imposed by law, any regulatory authority contract or otherwise) on their distribution to the public or sale in any market and are in all respects freely tradeable.

This transaction shall be deemed and treated as authorized and correct and as ratified and confirmed by you unless we receive written notice to the contrary. If you do not agree with the information hereon, please advise us promptly.

**Currency Conversion & Fixed Income Fees:** We will act as principal in fixed income and currency conversion transactions. Scotia Capital Inc. and others apply discretionary currency conversion rates and may earn revenue on currency conversion transactions based on the spread between the bid and ask prices for the currency then in effect and the principal's costs and, on offsetting transactions, based on the difference between the FX rate charged our clients and discretionary rates applied to the offsetting transactions. Conversion of currency will take place on the trade date. If a trade is executed for you in a foreign market and a currency conversion occurs, and the conversion rate applied is not displayed on the face of your trade confirmation, the rate applied is available to you on request.

Leverage/Margin Risk Disclosure Statement: Using borrowed money (whether through a margin account or otherwise) to purchase securities involves greater risk than using cash resources only. Please refer to the terms and conditions in the Account Agreement. Note: you should retain this statement for income tax purposes.

Customer accounts are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of coverage is available on request.

CODE INFORMATION/ NONVOT: NON-VOTING  RESVOT: RESTRICTED VOTING  SUBVOTE: SUBORDINATE VOTE

MV – MULTIPLE VOTING  LV – LIMITED VOTING

### Scotia iTRADE®

| Main Branch | Customer Service |
|---|---|
| 225 King St. W., Suite 1200 | 48 Yonge St. |
| Toronto ON | Toronto ON |
| M5V 3M2 | M5E 1G6 |

Scotia iTRADE (Discount Broker – Order – Execution Only Account) is a division of Scotia Capital Inc. (SCI). SCI is a member of the Canadian Investor Protection Fund and the Investment Industry Regulatory Organization of Canada. Scotia iTRADE does not provide investment advice or recommendations and investors are responsible for their own investment decisions.

® Registered trademark of The Bank of Nova Scotia. Used under license.

**P 2**



# Confirmation Notice

**ACCOUNT NO.**  **TYPE**
⬛⬛⬛6809⬛  CASH

**FOR SETTLEMENT IN THIS OFFICE**

*225 KING ST WEST, SUITE 1200*
*TORONTO, ONTARIO M5V 3M2*

GLENN D TEASDALE    40**
41 BAXTER DRIVE
GUELPH ON  N1L 0G4

---

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING SALE FOR YOUR ACCOUNT ON MULTIPLE CANADIAN MARKETPLACES. DETAILS ARE AVAILABLE UPON REQUEST.

JUNE 22, 2021
SETTLEMENT DATE    JUNE 24, 2021
ACCOUNT NO.    ⬛⬛⬛6809⬛–CASH

| TRANSACTION TYPE | | | SOLD | | |
|---|---|---|---|---|---|
| Quantity | Security Description | | Unit Price | | |
| 1,800 | METAMATERIAL INC | @ | 12.3922C$ | | |
| | COM | | | | |
| | AVG PRICE SHOWN–DETAILS ON REQ | | | | |
| | STP PET | | | | |
| | UNSOLICITED VIA INTERNET/LIMIT | | | | |

| | |
|---|---|
| GROSS AMOUNT | 22,306.00 |
| COMMISSION | 19.98 |
| | |
| SUB TOTAL | 22,286.02 C$ |
| NET AMOUNT | 22,286.02 CR C$ |

---

**INVESTMENT REPRESENTATIVE**    TORONTO–PLAZA
IR No.    S20
TEL.    (800) 263–3430

REFERENCE G6169  /  CUSIP CA59134F1018  /
SECURITY NO. M064469  /  ORDER NO. 566169  /  A  AT  M1

Scotia iTRADE (Discount Broker – Order–Execution Only Accounts) is a division of Scotia Capital Inc. (SCI). SCI is a member of the Canadian Investor Protection Fund and the Investment Industry Regulatory Organization of Canada. Scotia iTRADE does not provide investment advice or recommendations and investors are responsible for their own investment decisions. This transaction is subject to the Agreement on the reverse side. ® Registered trademark of The Bank of Nova Scotia. Used under license.




**CIPF**
Canadian Investor Protection Fund
M E M B E R

P 1

# SCOTIA iTRADE®

**Confirmation Notice**

CONDITIONS

**Without limiting in any way or otherwise affecting our rights under any other contracts between us, you agree to the following:**
**\*Order execution only account means that Scotia iTRADE does not provide recommendations or accept any responsibility to advise clients on the suitability of investment decisions or transactions.**

All transactions are subject to the by-laws, regulations and customs of the stock exchange where executed, and any clearing house involved, and of any regulatory authority including any association of brokers or dealers having jurisdiction, and to the terms and conditions of any relevant customer's or trading agreement which you have entered into with us. In the case of an exchange transaction the name of the exchange (and clearing house, if any) and of the other broker will be furnished upon request. Details of the individual representative who accepted your order(s) are available on request. Please contact the branch manager.

If settlement or provision for settlement of this transaction is not made by the settlement date shown hereon, or by the date ("accrued interest date") to which accrued interest is calculated as shown hereon, whichever date is applicable, this transaction may be closed out without notice to you by the sale or purchase of the related securities, whichever action is appropriate and we will claim from you any balance owing to us or credit to you any balance owing to you as a result of such action. Unless already in our possession, payment or security should reach us by the settlement date or accrued interest date indicated. Payments on accounts received after the indicated date may result in interest being charged on the unpaid balance until the balance is paid.

Any demand, advertisement or notice which may be given to you shall not be a waiver of any right to take any action which we may be authorized to exercise without demand, advertisement or notice.

Whenever and so often as you are indebted to us, all securities and property (hereinafter called "securities") held by us for you or on your account shall be collateral security for the payment of your indebtedness from time to time and we shall have the right to loan such securities and raise money on them and pledge and repledge them either separately or in our general loans or otherwise together with any securities belonging to us or to others, the whole in such manner and on such terms and conditions and for such amount whether more or less than the amount due by you, and for such purposes as we may deem advisable, and if we deem it necessary for our protection, we shall have the right to buy in securities of which your account may be short and to sell securities of which your account may be long, the whole publicly or privately and without demand for margin and without notice.

In placing the order to effect this transaction, you shall be taken to represent to us that you have full capacity power and authority to enter into this transaction and that any securities to be sold by us on your behalf are free of encumbrance and of any restraint (whether imposed by law, any regulatory authority contract or otherwise) on their distribution to the public or sale in any market and are in all respects freely tradeable.

This transaction shall be deemed and treated as authorized and correct and as ratified and confirmed by you unless we receive written notice to the contrary. If you do not agree with the information hereon, please advise us promptly.

**Currency Conversion & Fixed Income Fees:** We will act as principal in fixed income and currency conversion transactions. Scotia Capital Inc. and others apply discretionary currency conversion rates and may earn revenue on currency conversion transactions based on the spread between the bid and ask prices for the currency then in effect and the principal's costs and, on offsetting transactions, based on the difference between the FX rate charged our clients and discretionary rates applied to the offsetting transactions. Conversion of currency will take place on the trade date. If a trade is executed for you in a foreign market and a currency conversion occurs, and the conversion rate applied is not displayed on the face of your trade confirmation, the rate applied is available to you on request.

Leverage/Margin Risk Disclosure Statement: Using borrowed money (whether through a margin account or otherwise) to purchase securities involves greater risk than using cash resources only. Please refer to the terms and conditions in the Account Agreement. Note: you should retain this statement for income tax purposes.

Customer accounts are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of coverage is available on request.

CODE INFORMATION/ NONVOT: NON-VOTING  RESVOT: RESTRICTED VOTING  SUBVOTE: SUBORDINATE VOTE

MV – MULTIPLE VOTING  LV – LIMITED VOTING

**Scotia iTRADE®**

| **Main Branch** | **Customer Service** |
|---|---|
| 225 King St. W., Suite 1200 | 48 Yonge St. |
| Toronto ON | Toronto ON |
| M5V 3M2 | M5E 1G6 |

Scotia iTRADE (Discount Broker – Order – Execution Only Account) is a division of Scotia Capital Inc. (SCI). SCI is a member of the Canadian Investor Protection Fund and the Investment Industry Regulatory Organization of Canada. Scotia iTRADE does not provide investment advice or recommendations and investors are responsible for their own investment decisions.

® Registered trademark of The Bank of Nova Scotia. Used under license.

**P 2**



# Confirmation Notice

| ACCOUNT NO. | TYPE |
| --- | --- |
| ●●●●6809●● | CASH |

225 KING ST WEST, SUITE 1200
TORONTO, ONTARIO M5V 3M2

**FOR SETTLEMENT IN THIS OFFICE**

GLENN D TEASDALE          40**
41 BAXTER DRIVE
GUELPH ON  N1L 0G4

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT ON THE CANADIAN SECURITIES EXCHANGE.

JUNE 22, 2021
SETTLEMENT DATE      JUNE 24, 2021
ACCOUNT NO.          ●●●●6809●●–CASH

| TRANSACTION TYPE | | | BOUGHT | |
| --- | --- | --- | --- | --- |
| Quantity | Security Description | | | Unit Price |
| 1,700 | METAMATERIAL INC | @ | | 12.157C$ |
| | COM | | | |
| | AVG PRICE SHOWN–DETAILS ON REQ | | | |
| | STP PET | | | |
| | UNSOLICITED VIA INTERNET/LIMIT | | | |

| | |
| --- | --- |
| GROSS AMOUNT | 20,667.00 |
| COMMISSION | 19.98 |
| SUB-TOTAL | 20,686.98 C$ |
| NET AMOUNT | 20,686.98 C$ |

| INVESTMENT REPRESENTATIVE | TORONTO–PLAZA | REFERENCE H4099  /  CUSIP CA59134F1018  / |
| --- | --- | --- |
| IR No. | S20 | SECURITY NO. M064469  /  ORDER NO. 574099  /  A  AT  A1 |
| TEL. | (800) 263–3430 | |

Scotia iTRADE (Discount Broker – Order–Execution Only Accounts) is a division of Scotia Capital Inc. (SCI). SCI is a member of the Canadian Investor Protection Fund and the Investment Industry Regulatory Organization of Canada. Scotia iTRADE does not provide investment advice or recommendations and investors are responsible for their own investment decisions. This transaction is subject to the Agreement on the reverse side. ® Registered trademark of The Bank of Nova Scotia. Used under license.

CIPF
Canadian Investor Protection Fund
M E M B E R

P 1

# SCOTIA iTRADE®

**Confirmation Notice**

CONDITIONS

**Without limiting in any way or otherwise affecting our rights under any other contracts between us, you agree to the following:**
*Order execution only account means that Scotia iTRADE does not provide recommendations or accept any responsibility to advise clients on the suitability of investment decisions or transactions.

All transactions are subject to the by–laws, regulations and customs of the stock exchange where executed, and any clearing house involved, and of any regulatory authority including any association of brokers or dealers having jurisdiction, and to the terms and conditions of any relevant customer's or trading agreement which you have entered into with us. In the case of an exchange transaction the name of the exchange (and clearing house, if any) and of the other broker will be furnished upon request. Details of the individual representative who accepted your order(s) are available on request. Please contact the branch manager.

If settlement or provision for settlement of this transaction is not made by the settlement date shown hereon, or by the date ("accrued interest date") to which accrued interest is calculated as shown hereon, whichever date is applicable, this transaction may be closed out without notice to you by the sale or purchase of the related securities, whichever action is appropriate and we will claim from you any balance owing to us or credit to you any balance owing to you as a result of such action. Unless already in our possession, payment or security should reach us by the settlement date or accrued interest date indicated. Payments on accounts received after the indicated date may result in interest being charged on the unpaid balance until the balance is paid.

Any demand, advertisement or notice which may be given to you shall not be a waiver of any right to take any action which we may be authorized to exercise without demand, advertisement or notice.

Whenever and so often as you are indebted to us, all securities and property (hereinafter called "securities") held by us for you or on your account shall be collateral security for the payment of your indebtedness from time to time and we shall have the right to loan such securities and raise money on them and pledge and repledge them either separately or in our general loans or otherwise together with any securities belonging to us or to others, the whole in such manner and on such terms and conditions and for such amount whether more or less than the amount due by you, and for such purposes as we may deem advisable, and if we deem it necessary for our protection, we shall have the right to buy in securities of which your account may be short and to sell securities of which your account may be long, the whole publicly or privately and without demand for margin and without notice.

In placing the order to effect this transaction, you shall be taken to represent to us that you have full capacity power and authority to enter into this transaction and that any securities to be sold by us on your behalf are free of encumbrance and of any restraint (whether imposed by law, any regulatory authority contract or otherwise) on their distribution to the public or sale in any market and are in all respects freely tradeable.

This transaction shall be deemed and treated as authorized and correct and as ratified and confirmed by you unless we receive written notice to the contrary. If you do not agree with the information hereon, please advise us promptly.

**Currency Conversion & Fixed Income Fees:** We will act as principal in fixed income and currency conversion transactions. Scotia Capital Inc. and others apply discretionary currency conversion rates and may earn revenue on currency conversion transactions based on the spread between the bid and ask prices for the currency then in effect and the principal's costs and, on offsetting transactions, based on the difference between the FX rate charged our clients and discretionary rates applied to the offsetting transactions. Conversion of currency will take place on the trade date. If a trade is executed for you in a foreign market and a currency conversion occurs, and the conversion rate applied is not displayed on the face of your trade confirmation, the rate applied is available to you on request.

Leverage/Margin Risk Disclosure Statement: Using borrowed money (whether through a margin account or otherwise) to purchase securities involves greater risk than using cash resources only. Please refer to the terms and conditions in the Account Agreement. Note: you should retain this statement for income tax purposes.

Customer accounts are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of coverage is available on request.

CODE INFORMATION/ NONVOT: NON–VOTING  RESVOT: RESTRICTED VOTING  SUBVOTE: SUBORDINATE VOTE

MV – MULTIPLE VOTING  LV – LIMITED VOTING

**Scotia iTRADE®**

| | |
|---|---|
| **Main Branch** | **Customer Service** |
| 225 King St. W., Suite 1200 | 48 Yonge St. |
| Toronto ON | Toronto ON |
| M5V 3M2 | M5E 1G6 |

Scotia iTRADE (Discount Broker – Order – Execution Only Account) is a division of Scotia Capital Inc. (SCI). SCI is a member of the Canadian Investor Protection Fund and the Investment Industry Regulatory Organization of Canada. Scotia iTRADE does not provide investment advice or recommendations and investors are responsible for their own investment decisions.

® Registered trademark of The Bank of Nova Scotia. Used under license.

**P 2**



**Confirmation Notice**

**ACCOUNT NO.  TYPE**
⬤⬤⬤6809⬤⬤    CASH

**FOR SETTLEMENT IN THIS OFFICE**

225 KING ST WEST, SUITE 1200
TORONTO, ONTARIO M5V 3M2

GLENN D TEASDALE        40**
41 BAXTER DRIVE
GUELPH ON  N1L 0G4

---

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT ON
OMEGA

JUNE 25, 2021
SETTLEMENT DATE     JUNE 29, 2021
ACCOUNT NO.        ⬤⬤⬤6809⬤⬤-CASH

| TRANSACTION TYPE | | | BOUGHT | | GROSS AMOUNT | 6,784.00 |
|---|---|---|---|---|---|---|
| Quantity | Security Description | | Unit Price | | COMMISSION | 9.99 |
| 400 | METAMATERIAL INC | @ | 16.96C$ | | | |
| | COM | | | | | |
| | STP PET | | | | | |
| | | | | | SUB TOTAL | 6,793.99 C$ |
| | | | | | NET AMOUNT | 6,793.99 C$ |

---

| INVESTMENT REPRESENTATIVE | TORONTO–PLAZA | REFERENCE H4296  /  CUSIP CA59134F1018  / |
|---|---|---|
| IR No. | S20 | SECURITY NO. M064469  /  ORDER NO. 574296  /  A  G1 |
| TEL. | (800) 263–3430 | |

Scotia iTRADE (Discount Broker – Order–Execution Only Accounts) is a division of Scotia Capital Inc. (SCI). SCI is a member of the
Canadian Investor Protection Fund and the Investment Industry Regulatory Organization of Canada. Scotia iTRADE does not provide
investment advice or recommendations and investors are responsible for their own investment decisions. This transaction is subject to
the Agreement on the reverse side.® Registered trademark of The Bank of Nova Scotia. Used under license.

**CIPF**
Canadian Investor Protection Fund
M E M B E R

P 1

# SCOTIA iTRADE®

**Confirmation Notice**

## CONDITIONS

**Without limiting in any way or otherwise affecting our rights under any other contracts between us, you agree to the following:**
*Order execution only account means that Scotia iTRADE does not provide recommendations or accept any responsibility to advise clients on the suitability of investment decisions or transactions.

All transactions are subject to the by-laws, regulations and customs of the stock exchange where executed, and any clearing house involved, and of any regulatory authority including any association of brokers or dealers having jurisdiction, and to the terms and conditions of any relevant customer's or trading agreement which you have entered into with us. In the case of an exchange transaction the name of the exchange (and clearing house, if any) and of the other broker will be furnished upon request. Details of the individual representative who accepted your order(s) are available on request. Please contact the branch manager.

If settlement or provision for settlement of this transaction is not made by the settlement date shown hereon, or by the date ("accrued interest date") to which accrued interest is calculated as shown hereon, whichever date is applicable, this transaction may be closed out without notice to you by the sale or purchase of the related securities, whichever action is appropriate and we will claim from you any balance owing to us or credit to you any balance owing to you as a result of such action. Unless already in our possession, payment or security should reach us by the settlement date or accrued interest date indicated. Payments on accounts received after the indicated date may result in interest being charged on the unpaid balance until the balance is paid.

Any demand, advertisement or notice which may be given to you shall not be a waiver of any right to take any action which we may be authorized to exercise without demand, advertisement or notice.

Whenever and so often as you are indebted to us, all securities and property (hereinafter called "securities") held by us for you or on your account shall be collateral security for the payment of your indebtedness from time to time and we shall have the right to loan such securities and raise money on them and pledge and repledge them either separately or in our general loans or otherwise together with any securities belonging to us or to others, the whole in such manner and on such terms and conditions and for such amount whether more or less than the amount due by you, and for such purposes as we may deem advisable, and if we deem it necessary for our protection, we shall have the right to buy in securities of which your account may be short and to sell securities of which your account may be long, the whole publicly or privately and without demand for margin and without notice.

In placing the order to effect this transaction, you shall be taken to represent to us that you have full capacity power and authority to enter into this transaction and that any securities to be sold by us on your behalf are free of encumbrance and of any restraint (whether imposed by law, any regulatory authority contract or otherwise) on their distribution to the public or sale in any market and are in all respects freely tradeable.

This transaction shall be deemed and treated as authorized and correct and as ratified and confirmed by you unless we receive written notice to the contrary. If you do not agree with the information hereon, please advise us promptly.

**Currency Conversion & Fixed Income Fees:** We will act as principal in fixed income and currency conversion transactions. Scotia Capital Inc. and others apply discretionary currency conversion rates and may earn revenue on currency conversion transactions based on the spread between the bid and ask prices for the currency then in effect and the principal's costs and, on offsetting transactions, based on the difference between the FX rate charged our clients and discretionary rates applied to the offsetting transactions. Conversion of currency will take place on the trade date. If a trade is executed for you in a foreign market and a currency conversion occurs, and the conversion rate applied is not displayed on the face of your trade confirmation, the rate applied is available to you on request.

Leverage/Margin Risk Disclosure Statement: Using borrowed money (whether through a margin account or otherwise) to purchase securities involves greater risk than using cash resources only. Please refer to the terms and conditions in the Account Agreement. Note: you should retain this statement for income tax purposes.

Customer accounts are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of coverage is available on request.

CODE INFORMATION/ NONVOT: NON-VOTING  RESVOT: RESTRICTED VOTING  SUBVOTE: SUBORDINATE VOTE

MV – MULTIPLE VOTING  LV – LIMITED VOTING

### Scotia iTRADE®

| **Main Branch** | **Customer Service** |
|---|---|
| 225 King St. W., Suite 1200 | 48 Yonge St. |
| Toronto ON | Toronto ON |
| M5V 3M2 | M5E 1G6 |

Scotia iTRADE (Discount Broker – Order – Execution Only Account) is a division of Scotia Capital Inc. (SCI). SCI is a member of the Canadian Investor Protection Fund and the Investment Industry Regulatory Organization of Canada. Scotia iTRADE does not provide investment advice or recommendations and investors are responsible for their own investment decisions.

® Registered trademark of The Bank of Nova Scotia. Used under license.

**P 2**



# SCOTIA iTRADE®

44 KING STREET WEST, CONCOURSE LEVEL
TORONTO, ONTARIO M5H 1H1

**Confirmation Notice**

**ACCOUNT NO.  TYPE**
⬤⬤⬤68091⬤    CASH

**FOR SETTLEMENT IN THIS OFFICE**

GLENN D TEASDALE    40**
41 BAXTER DRIVE
GUELPH ON  N1L 0G4

---

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT
OVER THE COUNTER – U.S.A.

JULY 27, 2021
SETTLEMENT DATE    JULY 29, 2021
ACCOUNT NO.    ⬤⬤⬤68091⬤–CASH

AS PRINCIPAL, WE CONVERTED AT    1.2765
TRANSACTION TYPE    BOUGHT

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 1,860 | META MATLS INC<br>COMMON STOCK<br>AVG PRICE SHOWN–DETAILS ON REQ<br>STP PET<br>EXCHANGE RATE    1.27650000 | @ | 3.31891U$ |

| | |
|---|---|
| GROSS AMOUNT | 6,173.18 |
| COMMISSION | 29.97 |
| | |
| SUB TOTAL | 6,203.15 U$ |
| EXCHANGE | 1,715.17 |
| NET AMOUNT | 7,918.32 C$ |

---

**INVESTMENT REPRESENTATIVE**    TORONTO–PLAZA
IR No.    S20
TEL.    (800) 263–3430

REFERENCE G3274  /  CUSIP US59134N1046  /
SECURITY NO. M067927  /  ORDER NO. 563274  /  A  AT  65

---

Scotia iTRADE (Discount Broker – Order–Execution Only Accounts) is a division of Scotia Capital Inc. (SCI). SCI is a member of the Canadian Investor Protection Fund and the Investment Industry Regulatory Organization of Canada. Scotia iTRADE does not provide investment advice or recommendations and investors are responsible for their own investment decisions. This transaction is subject to the Agreement on the reverse side. ® Registered trademark of The Bank of Nova Scotia. Used under license.



**CIPF**
Canadian Investor Protection Fund
M E M B E R

**P 1**



**Confirmation Notice**

CONDITIONS

**Without limiting in any way or otherwise affecting our rights under any other contracts between us, you agree to the following:**
**\*Order execution only account means that Scotia iTRADE does not provide recommendations or accept any responsibility to advise clients on the suitability of investment decisions or transactions.**

All transactions are subject to the by-laws, regulations and customs of the stock exchange where executed, and any clearing house involved, and of any regulatory authority including any association of brokers or dealers having jurisdiction, and to the terms and conditions of any relevant customer's or trading agreement which you have entered into with us. In the case of an exchange transaction the name of the exchange (and clearing house, if any) and of the other broker will be furnished upon request. Details of the individual representative who accepted your order(s) are available on request. Please contact the branch manager.

If settlement or provision for settlement of this transaction is not made by the settlement date shown hereon, or by the date ("accrued interest date") to which accrued interest is calculated as shown hereon, whichever date is applicable, this transaction may be closed out without notice to you by the sale or purchase of the related securities, whichever action is appropriate and we will claim from you any balance owing to us or credit to you any balance owing to you as a result of such action. Unless already in our possession, payment or security should reach us by the settlement date or accrued interest date indicated. Payments on accounts received after the indicated date may result in interest being charged on the unpaid balance until the balance is paid.

Any demand, advertisement or notice which may be given to you shall not be a waiver of any right to take any action which we may be authorized to exercise without demand, advertisement or notice.

Whenever and so often as you are indebted to us, all securities and property (hereinafter called "securities") held by us for you or on your account shall be collateral security for the payment of your indebtedness from time to time and we shall have the right to loan such securities and raise money on them and pledge and repledge them either separately or in our general loans or otherwise together with any securities belonging to us or to others, the whole in such manner and on such terms and conditions and for such amount whether more or less than the amount due by you, and for such purposes as we may deem advisable, and if we deem it necessary for our protection, we shall have the right to buy in securities of which your account may be short and to sell securities of which your account may be long, the whole publicly or privately and without demand for margin and without notice.

In placing the order to effect this transaction, you shall be taken to represent to us that you have full capacity power and authority to enter into this transaction and that any securities to be sold by us on your behalf are free of encumbrance and of any restraint (whether imposed by law, any regulatory authority contract or otherwise) on their distribution to the public or sale in any market and are in all respects freely tradeable.

This transaction shall be deemed and treated as authorized and correct and as ratified and confirmed by you unless we receive written notice to the contrary. If you do not agree with the information hereon, please advise us promptly.

**Currency Conversion & Fixed Income Fees:** We will act as principal in fixed income and currency conversion transactions. Scotia Capital Inc. and others apply discretionary currency conversion rates and may earn revenue on currency conversion transactions based on the spread between the bid and ask prices for the currency then in effect and the principal's costs and, on offsetting transactions, based on the difference between the FX rate charged our clients and discretionary rates applied to the offsetting transactions. Conversion of currency will take place on the trade date. If a trade is executed for you in a foreign market and a currency conversion occurs, and the conversion rate applied is not displayed on the face of your trade confirmation, the rate applied is available to you on request.

Leverage/Margin Risk Disclosure Statement: Using borrowed money (whether through a margin account or otherwise) to purchase securities involves greater risk than using cash resources only. Please refer to the terms and conditions in the Account Agreement. Note: you should retain this statement for income tax purposes.

Customer accounts are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of coverage is available on request.

CODE INFORMATION/ NONVOT: NON-VOTING  RESVOT: RESTRICTED VOTING  SUBVOTE: SUBORDINATE VOTE

MV – MULTIPLE VOTING  LV – LIMITED VOTING

**Scotia iTRADE®**

**Customer Service**
44 King St. W., Concourse Level
Toronto, Ontario
M5H 1H1

Scotia iTRADE (Discount Broker – Order – Execution Only Account) is a division of Scotia Capital Inc. (SCI). SCI is a member of the Canadian Investor Protection Fund and the Investment Industry Regulatory Organization of Canada. Scotia iTRADE does not provide investment advice or recommendations and investors are responsible for their own investment decisions.

® Registered trademark of The Bank of Nova Scotia. Used under license.

**P 2**



**Confirmation Notice**

**ACCOUNT NO.**   **TYPE**
●●●●6809●    CASH

**FOR SETTLEMENT IN THIS OFFICE**

44 KING STREET WEST, CONCOURSE LEVEL
TORONTO, ONTARIO M5H 1H1

GLENN D TEASDALE          40**
41 BAXTER DRIVE
GUELPH ON  N1L 0G4

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT
OVER THE COUNTER – U.S.A.

AUGUST 24, 2021
SETTLEMENT DATE      AUGUST 26, 2021
ACCOUNT NO.          ●●●●6809●–CASH

| AS PRINCIPAL, WE CONVERTED AT | | | 1.281 |
| TRANSACTION TYPE | | | BOUGHT |
| Quantity | Security Description | | Unit Price |
| 1,735 | META MATLS INC | @ | 3.5989U$ |
| | COMMON STOCK | | |
| | STP PET | | |
| | EXCHANGE RATE | 1.28100000 | |

| GROSS AMOUNT | 6,244.09 |
| COMMISSION | 9.99 |
| SUB TOTAL | 6,254.08 US |
| EXCHANGE | 1,757.40 |
| NET AMOUNT | 8,011.48 C$ |

| INVESTMENT REPRESENTATIVE | TORONTO–PLAZA | REFERENCE G0515  /  CUSIP US59134N1046  / |
| IR No. | S20 | SECURITY NO. M067927  /  ORDER NO. 560515  /  A  65 |
| TEL. | (800) 263–3430 | |

Scotia iTRADE (Discount Broker – Order–Execution Only Accounts) is a division of Scotia Capital Inc. (SCI). SCI is a member of the Canadian Investor Protection Fund and the Investment Industry Regulatory Organization of Canada. Scotia iTRADE does not provide investment advice or recommendations and investors are responsible for their own investment decisions. This transaction is subject to the Agreement on the reverse side. ® Registered trademark of The Bank of Nova Scotia. Used under license.



**CIPF**
Canadian Investor Protection Fund
M E M B E R

**P 1**



**Confirmation Notice**

CONDITIONS

**Without limiting  in any way or otherwise affecting our rights under any other contracts between us, you agree to the following:**
**\*Order execution  only account means that Scotia iTRADE does not provide recommendations or accept any responsibility to advise clients on the suitability of investment decisions or transactions.**

All transactions  are subject to the by–laws, regulations and customs of the stock exchange where executed, and any clearing house involved, and  of any regulatory authority including any association of brokers or dealers having jurisdiction, and to the terms and conditions of  any relevant customer's or trading agreement which you have entered into with us. In the case of an exchange transaction the  name of the exchange (and clearing house, if any) and of the other broker will be furnished upon request. Details of the individual representative who accepted your order(s) are available on request. Please contact the branch manager.

If settlement  or provision for settlement of this transaction is not made by the settlement date shown hereon, or by the date ("accrued interest date") to which accrued interest is calculated as shown hereon, whichever date is applicable, this transaction may be closed out without  notice to you by the sale or purchase of the related securities, whichever action is appropriate and we will claim from you any balance  owing to us or credit to you any balance owing to you as a result of such action. Unless already in our possession, payment or  security should reach us by the settlement date or accrued interest date indicated. Payments on accounts received after the indicated date may result in interest being charged on the unpaid balance until the balance is paid.

Any demand,  advertisement or notice which may be given to you shall not be a waiver of any right to take any action which we may be authorized to exercise without demand, advertisement or notice.

Whenever and  so often as you are indebted to us, all securities and property (hereinafter called "securities") held by us for you or on your account shall be collateral security for the payment of your indebtedness from time to time and we shall have the right to loan such securities  and raise money on them and pledge and repledge them either separately or in our general loans or otherwise together with  any securities belonging to us or to others, the whole in such manner and on such terms and conditions and for such amount whether  more or less than the amount due by you, and for such purposes as we may deem advisable, and if we deem it necessary for  our protection, we shall have the right to buy in securities of which your account may be short and to sell securities of which your account may be long, the whole publicly or privately and without demand for margin and without notice.

In placing  the order to effect this transaction, you shall be taken to represent to us that you have full capacity power and authority to enter into  this transaction and that any securities to be sold by us on your behalf are free of encumbrance and of any restraint (whether imposed by law, any regulatory authority contract or otherwise) on their distribution to the public or sale in any market and are in all respects freely tradeable.

This transaction  shall be deemed and treated as authorized and correct and as ratified and confirmed by you unless we receive written notice to the contrary. If you do not agree with the information hereon, please advise us promptly.

**Currency Conversion  & Fixed Income Fees:**  We will act as principal in fixed income and currency conversion transactions. Scotia Capital Inc.  and others apply discretionary currency conversion rates and may earn revenue on currency conversion transactions based on  the spread between the bid and ask prices for the currency then in effect and the principal's costs and, on offsetting transactions, based  on the difference between the FX rate charged our clients and discretionary rates applied to the offsetting transactions. Conversion  of currency will take place on the trade date. If a trade is executed for you in a foreign market and a currency conversion  occurs, and the conversion rate applied is not displayed on the face of your trade confirmation, the rate applied is available to you on request.

Leverage/Margin Risk  Disclosure Statement: Using borrowed money (whether through a margin account or otherwise) to purchase securities involves  greater risk than using cash resources only. Please refer to the terms and conditions in the Account Agreement. Note: you should retain this statement for income tax purposes.

Customer accounts  are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of coverage is available on request.

CODE INFORMATION/  NONVOT: NON–VOTING  RESVOT: RESTRICTED VOTING  SUBVOTE: SUBORDINATE VOTE

MV – MULTIPLE VOTING  LV – LIMITED VOTING

**Scotia iTRADE®**

**Customer Service**

44 King St. W., Concourse Level
Toronto, Ontario
M5H 1H1

Scotia iTRADE  (Discount Broker – Order – Execution Only Account) is a division of Scotia Capital Inc. (SCI). SCI is a member of the Canadian Investor Protection Fund and the Investment Industry Regulatory Organization of Canada. Scotia iTRADE does not provide investment advice or recommendations and investors are responsible for their own investment decisions.

® Registered trademark of The Bank of Nova Scotia. Used under license.

**P 2**

 SCOTIA iTRADE®

**Confirmation Notice**

ACCOUNT NO.   TYPE
●●●●6809●●   CASH

**FOR SETTLEMENT IN THIS OFFICE**

GLENN D TEASDALE        40**
41 BAXTER DRIVE
GUELPH ON  N1L 0G4

|  |  |  |
|---|---|---|
| | | AUGUST 30, 2021 |
| AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT OVER THE COUNTER   U.S.A. | SETTLEMENT DATE | SEPTEMBER 1, 2021 |
| | ACCOUNT NO. | ●●●●6809●● CASH |

| | | 1.28 |
|---|---|---|
| AS PRINCIPAL, WE CONVERTED AT | | 1.28 |
| TRANSACTION TYPE | | BOUGHT |

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 1,000 | META MATLS INC COMMON STOCK STP PET | @ | 4.8789U$ |
| | EXCHANGE RATE   1.28000000 | | |

| | |
|---|---|
| GROSS AMOUNT | 4,878.90 |
| COMMISSION | 9.99 |
| SUB TOTAL | 4,888.89 U$ |
| EXCHANGE | 1,368.89 |
| NET AMOUNT | 6,257.78 C$ |

| | | |
|---|---|---|
| INVESTMENT REPRESENTATIVE | TORONTO–PLAZA | REFERENCE F1982  /  CUSIP US59134N1046  / |
| IR No. | S20 | SECURITY NO. M067927  /  ORDER NO. 551982  /  A  65 |
| TEL. | (800) 263  3430 | |



Scotia iTRADE (Discount Broker   Order  Execution Only Accounts) is a division of Scotia Capital Inc. (SCI). SCI is a member of the Canadian Investor Protection Fund and the Investment Industry Regulatory Organization of Canada. Scotia iTRADE does not provide investment advice or recommendations and investors are responsible for their own investment decisions. This transaction is subject to the Agreement on the reverse side. ® Registered trademark of The Bank of Nova Scotia. Used under license.

 **CIPF** Canadian Investor Protection Fund
M E M B E R

P 1



**Confirmation Notice**

CONDITIONS

**Without limiting  In any way or otherwise affecting our rights under any other contracts between us, you agree to the following:**
*Order execution  only account means that Scotia ITRADE does not provide recommendations or accept any responsibility to advise clients on the suitability of investment decisions or transactions.

All transactions are subject to the by laws, regulations and customs of the stock exchange where executed, and any clearing house involved, and  of any regulatory authority including any association of brokers or dealers having jurisdiction, and to the terms and conditions of  any relevant customer's or trading agreement which you have entered into with us. In the case of an exchange transaction the  name of the exchange (and clearing house, if any) and of the other broker will be furnished upon request. Details of the individual representative who accepted your order(s) are available on request. Please contact the branch manager.

If settlement  or provision for settlement of this transaction is not made by the settlement date shown hereon, or by the date ("accrued interest date") to which accrued interest is calculated as shown hereon, whichever date is applicable, this transaction may be closed out without  notice to you by the sale or purchase of the related securities, whichever action is appropriate and we will claim from you any balance  owing to us or credit to you any balance owing to you as a result of such action. Unless already in our possession, payment or security should reach us by the settlement date or accrued interest date indicated. Payments on accounts received after the indicated date may result in interest being charged on the unpaid balance until the balance is paid.

Any demand,  advertisement or notice which may be given to you shall not be a waiver of any right to take any action which we may be authorized to exercise without demand, advertisement or notice.

Whenever and  so often as you are indebted to us, all securities and property (hereinafter called "securities") held by us for you or on your account shall be collateral security for the payment of your indebtedness from time to time and we shall have the right to loan such securities  and raise money on them and pledge and repledge them either separately or in our general loans or otherwise together with  any securities belonging to us or to others, the whole in such manner and on such terms and conditions and for such amount whether  more or less than the amount due by you, and for such purposes as we may deem advisable, and if we deem it necessary for  our protection, we shall have the right to buy in securities of which your account may be short and to sell securities of which your account may be long, the whole publicly or privately and without demand for margin and without notice.

In placing  the order to effect this transaction, you shall be taken to represent to us that you have full capacity power and authority to enter into  this transaction and that any securities to be sold by us on your behalf are free of encumbrance and of any restraint (whether imposed by law, any regulatory authority contract or otherwise) on their distribution to the public or sale in any market and are in all respects freely tradeable.

This transaction  shall be deemed and treated as authorized and correct and as ratified and confirmed by you unless we receive written notice to the contrary. If you do not agree with the information hereon, please advise us promptly.

**Currency Conversion  & Fixed Income Fees:**  We will act as principal in fixed income and currency conversion transactions. Scotia Capital Inc.  and others apply discretionary currency conversion rates and may earn revenue on currency conversion transactions based on  the spread between the bid and ask prices for the currency then in effect and the principal's costs and, on offsetting transactions, based  on the difference between the FX rate charged our clients and discretionary rates applied to the offsetting transactions. Conversion  of currency will take place on the trade date. If a trade is executed for you in a foreign market and a currency conversion  occurs, and the conversion rate applied is not displayed on the face of your trade confirmation, the rate applied is available to you on request.

Leverage/Margin Risk  Disclosure Statement: Using borrowed money (whether through a margin account or otherwise) to purchase securities involves  greater risk than using cash resources only. Please refer to the terms and conditions in the Account Agreement. Note: you should retain this statement for income tax purposes.

Customer accounts  are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of coverage is available on request.

CODE INFORMATION/  NONVOT: NON  VOTING  RESVOT: RESTRICTED VOTING  SUBVOTE: SUBORDINATE VOTE

MV    MULTIPLE VOTING  LV    LIMITED VOTING

**Scotia ITRADE®**

**Customer Service**
44 King St. W., Concourse Level
Toronto, Ontario
M5H 1H1

Scotia iTRADE (Discount Broker    Order    Execution Only Account) is a division of Scotia Capital Inc. (SCI). SCI is a member of the Canadian Investor Protection Fund and the Investment Industry Regulatory Organization of Canada. Scotia iTRADE does not provide investment advice or recommendations and investors are responsible for their own investment decisions.

® Registered trademark of The Bank of Nova Scotia. Used under license.

**P 2**



## SCOTIA iTRADE™

44 KING STREET WEST, CONCOURSE LEVEL
TORONTO, ONTARIO M5H 1H1

# Confirmation Notice

**ACCOUNT NO.  TYPE**
●━●6809●  CASH

**FOR SETTLEMENT IN THIS OFFICE**

GLENN D TEASDALE        40**
41 BAXTER DRIVE
GUELPH ON  N1L 0G4

---

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT
OVER THE COUNTER – U.S.A.

SEPTEMBER 23, 2021
SETTLEMENT DATE    SEPTEMBER 27, 2021
ACCOUNT NO.        ●━●6809●–CASH

| | | | |
|---|---|---|---|
| AS PRINCIPAL, WE CONVERTED AT | | | 1.284 |
| TRANSACTION TYPE | | | BOUGHT |

GROSS AMOUNT      12,597.60
COMMISSION        9.99

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 2,400 | META MATLS INC | @ | 5.249U$ |
| | COMMON STOCK | | |
| | STP PET | | |
| | EXCHANGE RATE    1.28400000 | | |

SUB TOTAL      12,607.59 US
EXCHANGE       3,580.56
NET AMOUNT     16,188.15 C$

---

| | | |
|---|---|---|
| INVESTMENT REPRESENTATIVE | TORONTO–PLAZA | REFERENCE G2740  /  CUSIP US59134N1046  / |
| IR No. | S20 | SECURITY NO. M067927  /  ORDER NO. 562740  /  A  65 |
| TEL. | (800) 263–3430 | |

---

Scotia iTRADE (Discount Broker – Order–Execution Only Accounts) is a division of Scotia Capital Inc. (SCI). SCI is a member of the
Canadian Investor Protection Fund and the Investment Industry Regulatory Organization of Canada. Scotia iTRADE does not provide
investment advice or recommendations and investors are responsible for their own investment decisions. This transaction is subject to
the Agreement on the reverse side. ® Registered trademark of The Bank of Nova Scotia. Used under license.

# CIPF
Canadian Investor Protection Fund
M E M B E R

P 1

# SCOTIA iTRADE®

**Confirmation Notice**

CONDITIONS

**Without limiting  In any way or otherwise affecting our rights under any other contracts between us, you agree to the following:**
**\*Order execution only account means that Scotia iTRADE does not provide recommendations or accept any responsibility to advise clients on the suitability of investment decisions or transactions.**

All transactions are subject to the by–laws, regulations and customs of the stock exchange where executed, and any clearing house involved, and  of any regulatory authority including any association of brokers or dealers having jurisdiction, and to the terms and conditions of  any relevant customer's or trading agreement which you have entered into with us. In the case of an exchange transaction the  name of the exchange (and clearing house, if any) and of the other broker will be furnished upon request. Details of the individual representative who accepted your order(s) are available on request. Please contact the branch manager.

If settlement  or provision for settlement of this transaction is not made by the settlement date shown hereon, or by the date ("accrued interest date")  to which accrued interest is calculated as shown hereon, whichever date is applicable, this transaction may be closed out without  notice to you by the sale or purchase of the related securities, whichever action is appropriate and we will claim from you any balance  owing to us or credit to you any balance owing to you as a result of such action. Unless already in our possession, payment or  security should reach us by the settlement date or accrued interest date indicated. Payments on accounts received after the indicated date may result in interest being charged on the unpaid balance until the balance is paid.

Any demand,  advertisement or notice which may be given to you shall not be a waiver of any right to take any action which we may be authorized  to exercise without demand, advertisement or notice.

Whenever and  so often as you are indebted to us, all securities and property (hereinafter called "securities") held by us for you or on your account  shall be collateral security for the payment of your indebtedness from time to time and we shall have the right to loan such securities  and raise money on them and pledge and repledge them either separately or in our general loans or otherwise together with  any securities belonging to us or to others, the whole in such manner and on such terms and conditions and for such amount whether  more or less than the amount due by you, and for such purposes as we may deem advisable, and if we deem it necessary for  our protection, we shall have the right to buy in securities of which your account may be short and to sell securities of which your  account may be long, the whole publicly or privately and without demand for margin and without notice.

In placing  the order to effect this transaction, you shall be taken to represent to us that you have full capacity power and authority to enter into  this transaction and that any securities to be sold by us on your behalf are free of encumbrance and of any restraint (whether imposed  by law, any regulatory authority contract or otherwise) on their distribution to the public or sale in any market and are in all respects  freely tradeable.

This transaction  shall be deemed and treated as authorized and correct and as ratified and confirmed by you unless we receive written notice  to the contrary. If you do not agree with the information hereon, please advise us promptly.

**Currency Conversion  & Fixed Income Fees:**  We will act as principal in fixed income and currency conversion transactions. Scotia Capital Inc.  and others apply discretionary currency conversion rates and may earn revenue on currency conversion transactions based on  the spread between the bid and ask prices for the currency then in effect and the principal's costs and, on offsetting transactions, based  on the difference between the FX rate charged our clients and discretionary rates applied to the offsetting transactions. Conversion  of currency will take place on the trade date. If a trade is executed for you in a foreign market and a currency conversion  occurs, and the conversion rate applied is not displayed on the face of your trade confirmation, the rate applied is available  to you on request.

Leverage/Margin Risk Disclosure Statement: Using borrowed money (whether through a margin account or otherwise) to purchase securities involves  greater risk than using cash resources only. Please refer to the terms and conditions in the Account Agreement. Note: you  should retain this statement for income tax purposes.

Customer accounts  are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits  of coverage is available on request.

CODE INFORMATION/  NONVOT: NON–VOTING  RESVOT: RESTRICTED VOTING  SUBVOTE: SUBORDINATE VOTE

MV – MULTIPLE VOTING  LV – LIMITED VOTING

**Scotia iTRADE®**

**Customer Service**
44 King St. W., Concourse Level
Toronto, Ontario
M5H 1H1

Scotia iTRADE  (Discount Broker – Order – Execution Only Account) is a division of Scotia Capital Inc. (SCI). SCI is a member of the Canadian  Investor Protection Fund and the Investment Industry Regulatory Organization of Canada. Scotia iTRADE does not provide investment  advice or recommendations and investors are responsible for their own investment decisions.

® Registered trademark of The Bank of Nova Scotia. Used under license.

**P 2**



**SCOTIA iTRADE**®

*44 KING STREET WEST, CONCOURSE LEVEL*
*TORONTO, ONTARIO M5H 1H1*

**Confirmation Notice**

**ACCOUNT NO.   TYPE**
●●●●68092●        CASH

**FOR SETTLEMENT IN THIS OFFICE**

GLENN D TEASDALE        40**
41 BAXTER DRIVE
GUELPH ON  N1L 0G4

---

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT
OVER THE COUNTER – U.S.A.

SEPTEMBER 29, 2021
SETTLEMENT DATE        OCTOBER 1, 2021
ACCOUNT NO.        ●●●●68092●–CASH

AS PRINCIPAL, WE CONVERTED AT                                 1.295
TRANSACTION TYPE                                          BOUGHT

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 875 | META MATLS INC | @ | 5.84U$ |
| | COMMON STOCK | | |
| | STP PET | | |
| | EXCHANGE RATE      1.29500000 | | |

| | |
|---|---|
| GROSS AMOUNT | 5,110.00 |
| COMMISSION | 9.99 |
| | |
| SUB TOTAL | 5,119.99 U$ |
| EXCHANGE | 1,510.40 |
| NET AMOUNT | 6,630.39 C$ |

---

| INVESTMENT REPRESENTATIVE | TORONTO–PLAZA | REFERENCE F5599  /  CUSIP US59134N1046  / |
|---|---|---|
| IR No. | S20 | SECURITY NO. M067927  /  ORDER NO. 555599  /  A  65 |
| TEL. | (800) 263–3430 | |

Scotia iTRADE (Discount Broker – Order–Execution Only Accounts) is a division of Scotia Capital Inc. (SCI). SCI is a member of the Canadian Investor Protection Fund and the Investment Industry Regulatory Organization of Canada. Scotia iTRADE does not provide investment advice or recommendations and investors are responsible for their own investment decisions. This transaction is subject to the Agreement on the reverse side. ® Registered trademark of The Bank of Nova Scotia. Used under license.

**CIPF**
Canadian Investor Protection Fund
M E M B E R

P 1

# SCOTIA iTRADE®

**Confirmation Notice**

## CONDITIONS

Without limiting in any way or otherwise affecting our rights under any other contracts between us, you agree to the following:
*Order execution only account means that Scotia iTRADE does not provide recommendations or accept any responsibility to advise clients on the suitability of investment decisions or transactions.

All transactions are subject to the by-laws, regulations and customs of the stock exchange where executed, and any clearing house involved, and of any regulatory authority including any association of brokers or dealers having jurisdiction, and to the terms and conditions of any relevant customer's or trading agreement which you have entered into with us. In the case of an exchange transaction the name of the exchange (and clearing house, if any) and of the other broker will be furnished upon request. Details of the individual representative who accepted your order(s) are available on request. Please contact the branch manager.

If settlement or provision for settlement of this transaction is not made by the settlement date shown hereon, or by the date ("accrued interest date") to which accrued interest is calculated as shown hereon, whichever date is applicable, this transaction may be closed out without notice to you by the sale or purchase of the related securities, whichever action is appropriate and we will claim from you any balance owing to us or credit to you any balance owing to you as a result of such action. Unless already in our possession, payment or security should reach us by the settlement date or accrued interest date indicated. Payments on accounts received after the indicated date may result in interest being charged on the unpaid balance until the balance is paid.

Any demand, advertisement or notice which may be given to you shall not be a waiver of any right to take any action which we may be authorized to exercise without demand, advertisement or notice.

Whenever and so often as you are indebted to us, all securities and property (hereinafter called "securities") held by us for you or on your account shall be collateral security for the payment of your indebtedness from time to time and we shall have the right to loan such securities and raise money on them and pledge and repledge them either separately or in our general loans or otherwise together with any securities belonging to us or to others, the whole in such manner and on such terms and conditions and for such amount whether more or less than the amount due by you, and for such purposes as we may deem advisable, and if we deem it necessary for our protection, we shall have the right to buy in securities of which your account may be short and to sell securities of which your account may be long, the whole publicly or privately and without demand for margin and without notice.

In placing the order to effect this transaction, you shall be taken to represent to us that you have full capacity power and authority to enter into this transaction and that any securities to be sold by us on your behalf are free of encumbrance and of any restraint (whether imposed by law, any regulatory authority contract or otherwise) on their distribution to the public or sale in any market and are in all respects freely tradeable.

This transaction shall be deemed and treated as authorized and correct and as ratified and confirmed by you unless we receive written notice to the contrary. If you do not agree with the information hereon, please advise us promptly.

**Currency Conversion & Fixed Income Fees:** We will act as principal in fixed income and currency conversion transactions. Scotia Capital Inc. and others apply discretionary currency conversion rates and may earn revenue on currency conversion transactions based on the spread between the bid and ask prices for the currency then in effect and the principal's costs and, on offsetting transactions, based on the difference between the FX rate charged our clients and discretionary rates applied to the offsetting transactions. Conversion of currency will take place on the trade date. If a trade is executed for you in a foreign market and a currency conversion occurs, and the conversion rate applied is not displayed on the face of your trade confirmation, the rate applied is available to you on request.

Leverage/Margin Risk Disclosure Statement: Using borrowed money (whether through a margin account or otherwise) to purchase securities involves greater risk than using cash resources only. Please refer to the terms and conditions in the Account Agreement. Note: you should retain this statement for income tax purposes.

Customer accounts are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of coverage is available on request.

CODE INFORMATION/ NONVOT: NON-VOTING  RESVOT: RESTRICTED VOTING  SUBVOTE: SUBORDINATE VOTE

MV – MULTIPLE VOTING  LV – LIMITED VOTING

**Scotia iTRADE®**

**Customer Service**
44 King St. W., Concourse Level
Toronto, Ontario
M5H 1H1

Scotia iTRADE (Discount Broker – Order – Execution Only Account) is a division of Scotia Capital Inc. (SCI). SCI is a member of the Canadian Investor Protection Fund and the Investment Industry Regulatory Organization of Canada. Scotia iTRADE does not provide investment advice or recommendations and investors are responsible for their own investment decisions.

® Registered trademark of The Bank of Nova Scotia. Used under license.

**P 2**



**Confirmation Notice**

**ACCOUNT NO.**  **TYPE**
⬤⬤⬤6809⬤  CASH

**FOR SETTLEMENT IN THIS OFFICE**

44 KING STREET WEST, CONCOURSE LEVEL
TORONTO, ONTARIO M5H 1H1

GLENN D TEASDALE       40**
41 BAXTER DRIVE
GUELPH ON  N1L 0G4

---

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT
OVER THE COUNTER – U.S.A.

OCTOBER 7, 2021
SETTLEMENT DATE    OCTOBER 12, 2021
ACCOUNT NO.        ⬤⬤⬤6809⬤-CASH

| AS PRINCIPAL, WE CONVERTED AT | | | | 1.276 |
| TRANSACTION TYPE | | | | BOUGHT |
| Quantity | Security Description | | | Unit Price |
| 1,600 | META MATLS INC | @ | | 5.3393U$ |
| | COMMON STOCK | | | |
| | STP PET | | | |
| | EXCHANGE RATE | 1.27600000 | | |

| GROSS AMOUNT | 8,542.88 |
| COMMISSION | 9.99 |
| | |
| SUB TOTAL | 8,552.87 U$ |
| EXCHANGE | 2,360.59 |
| NET AMOUNT | 10,913.46 C$ |

| INVESTMENT REPRESENTATIVE | TORONTO–PLAZA | REFERENCE G3664  /  CUSIP US59134N1046  / |
| IR No. | S20 | SECURITY NO. M067927  /  ORDER NO. 563664  /  A  65 |
| TEL. | (800) 263–3430 | |

Scotia iTRADE (Discount Broker – Order–Execution Only Accounts) is a division of Scotia Capital Inc. (SCI). SCI is a member of the Canadian Investor Protection Fund and the Investment Industry Regulatory Organization of Canada. Scotia iTRADE does not provide investment advice or recommendations and investors are responsible for their own investment decisions. This transaction is subject to the Agreement on the reverse side. ® Registered trademark of The Bank of Nova Scotia. Used under license.



**CIPF**
Canadian Investor Protection Fund
M E M B E R

**P 1**



**Confirmation Notice**

CONDITIONS

**Without limiting  in any way or otherwise affecting our rights under any other contracts between us, you agree to the following:**
**\*Order execution only account means that Scotia iTRADE does not provide recommendations or accept any responsibility to advise clients on the suitability of investment decisions or transactions.**

All transactions are subject to the by-laws, regulations and customs of the stock exchange where executed, and any clearing house involved, and  of any regulatory authority including any association of brokers or dealers having jurisdiction, and to the terms and conditions of  any relevant customer's or trading agreement which you have entered into with us. In the case of an exchange transaction the  name of the exchange (and clearing house, if any) and of the other broker will be furnished upon request. Details of the individual representative who accepted your order(s) are available on request. Please contact the branch manager.

If settlement  or provision for settlement of this transaction is not made by the settlement date shown hereon, or by the date ("accrued interest date")  to which accrued interest is calculated as shown hereon, whichever date is applicable, this transaction may be closed out without  notice to you by the sale or purchase of the related securities, whichever action is appropriate and we will claim from you any balance  owing to us or credit to you any balance owing to you as a result of such action. Unless already in our possession, payment or security should reach us by the settlement date or accrued interest date indicated. Payments on accounts received after the indicated date may result in interest being charged on the unpaid balance until the balance is paid.

Any demand,  advertisement or notice which may be given to you shall not be a waiver of any right to take any action which we may be authorized to exercise without demand, advertisement or notice.

Whenever and  so often as you are indebted to us, all securities and property (hereinafter called "securities") held by us for you or on your account  shall be collateral security for the payment of your indebtedness from time to time and we shall have the right to loan such securities  and raise money on them and pledge and repledge them either separately or in our general loans or otherwise together with  any securities belonging to us or to others, the whole in such manner and on such terms and conditions and for such amount whether  more or less than the amount due by you, and for such purposes as we may deem advisable, and if we deem it necessary for  our protection, we shall have the right to buy in securities of which your account may be short and to sell securities of which your account may be long, the whole publicly or privately and without demand for margin and without notice.

In placing  the order to effect this transaction, you shall be taken to represent to us that you have full capacity power and authority to enter into  this transaction and that any securities to be sold by us on your behalf are free of encumbrance and of any restraint (whether imposed  by law, any regulatory authority contract or otherwise) on their distribution to the public or sale in any market and are in all respects freely tradeable.

This transaction  shall be deemed and treated as authorized and correct and as ratified and confirmed by you unless we receive written notice  to the contrary. If you do not agree with the information hereon, please advise us promptly.

**Currency Conversion & Fixed Income Fees:**  We will act as principal in fixed income and currency conversion transactions. Scotia Capital Inc.  and others apply discretionary currency conversion rates and may earn revenue on currency conversion transactions based on  the spread between the bid and ask prices for the currency then in effect and the principal's costs and, on offsetting transactions, based  on the difference between the FX rate charged our clients and discretionary rates applied to the offsetting transactions. Conversion  of currency will take place on the trade date. If a trade is executed for you in a foreign market and a currency conversion  occurs, and the conversion rate applied is not displayed on the face of your trade confirmation, the rate applied is available to you on request.

Leverage/Margin Risk  Disclosure Statement: Using borrowed money (whether through a margin account or otherwise) to purchase securities involves  greater risk than using cash resources only. Please refer to the terms and conditions in the Account Agreement. Note: you should retain this statement for income tax purposes.

Customer accounts  are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of coverage is available on request.

CODE INFORMATION/  NONVOT: NON-VOTING  RESVOT: RESTRICTED VOTING  SUBVOTE: SUBORDINATE VOTE

MV – MULTIPLE VOTING  LV – LIMITED VOTING

**Scotia iTRADE®**

**Customer Service**
44 King St. W., Concourse Level
Toronto, Ontario
M5H 1H1

Scotia iTRADE (Discount Broker – Order – Execution Only Account) is a division of Scotia Capital Inc. (SCI). SCI is a member of the Canadian Investor Protection Fund and the Investment Industry Regulatory Organization of Canada. Scotia iTRADE does not provide investment advice or recommendations and investors are responsible for their own investment decisions.

® Registered trademark of The Bank of Nova Scotia. Used under license.

**P 2**



## Confirmation Notice

**ACCOUNT NO.**    **TYPE**
⬛⬛⬛6809⬛    CASH

**FOR SETTLEMENT IN THIS OFFICE**

44 KING STREET WEST, CONCOURSE LEVEL
TORONTO, ONTARIO M5H 1H1

GLENN D TEASDALE        40**
41 BAXTER DRIVE
GUELPH ON  N1L 0G4

---

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT
OVER THE COUNTER – U.S.A.

OCTOBER 12, 2021
SETTLEMENT DATE    OCTOBER 13, 2021
ACCOUNT NO.        ⬛⬛⬛6809⬛–CASH

| TRANSACTION TYPE | | | BOUGHT | |
|---|---|---|---|---|
| Quantity | Security Description | | | Unit Price |
| 190 | META MATLS INC COMMON STOCK STP PET AS OF 10/11/21 | @ | | 5.609U$ |

| | |
|---|---|
| GROSS AMOUNT | 1,065.71 |
| COMMISSION | 9.99 |
| SUB TOTAL | 1,075.70 U$ |
| NET AMOUNT | 1,075.70 U$ |

| INVESTMENT REPRESENTATIVE | TORONTO–PLAZA | REFERENCE G0167  /  CUSIP US59134N1046  / |
|---|---|---|
| IR No. | S20 | SECURITY NO. M067927  /  ORDER NO. 560167  /  A  65 |
| TEL. | (800) 263–3430 | |

Scotia iTRADE (Discount Broker – Order–Execution Only Accounts) is a division of Scotia Capital Inc. (SCI). SCI is a member of the Canadian Investor Protection Fund and the Investment Industry Regulatory Organization of Canada. Scotia iTRADE does not provide investment advice or recommendations and investors are responsible for their own investment decisions. This transaction is subject to the Agreement on the reverse side. ® Registered trademark of The Bank of Nova Scotia. Used under license.

**CIPF**
Canadian Investor Protection Fund
M E M B E R
P 1



# Confirmation Notice

CONDITIONS

**Without limiting in any way or otherwise affecting our rights under any other contracts between us, you agree to the following:**
**\*Order execution only account means that Scotia iTRADE does not provide recommendations or accept any responsibility to advise clients on the suitability of investment decisions or transactions.**

All transactions are subject to the by–laws, regulations and customs of the stock exchange where executed, and any clearing house involved, and of any regulatory authority including any association of brokers or dealers having jurisdiction, and to the terms and conditions of any relevant customer's or trading agreement which you have entered into with us. In the case of an exchange transaction the name of the exchange (and clearing house, if any) and of the other broker will be furnished upon request. Details of the individual representative who accepted your order(s) are available on request. Please contact the branch manager.

If settlement or provision for settlement of this transaction is not made by the settlement date shown hereon, or by the date ("accrued interest date") to which accrued interest is calculated as shown hereon, whichever date is applicable, this transaction may be closed out without notice to you by the sale or purchase of the related securities, whichever action is appropriate and we will claim from you any balance owing to us or credit to you any balance owing to you as a result of such action. Unless already in our possession, payment or security should reach us by the settlement date or accrued interest date indicated. Payments on accounts received after the indicated date may result in interest being charged on the unpaid balance until the balance is paid.

Any demand, advertisement or notice which may be given to you shall not be a waiver of any right to take any action which we may be authorized to exercise without demand, advertisement or notice.

Whenever and so often as you are indebted to us, all securities and property (hereinafter called "securities") held by us for you or on your account shall be collateral security for the payment of your indebtedness from time to time and we shall have the right to loan such securities and raise money on them and pledge and repledge them either separately or in our general loans or otherwise together with any securities belonging to us or to others, the whole in such manner and on such terms and conditions and for such amount whether more or less than the amount due by you, and for such purposes as we may deem advisable, and if we deem it necessary for our protection, we shall have the right to buy in securities of which your account may be short and to sell securities of which your account may be long, the whole publicly or privately and without demand for margin and without notice.

In placing the order to effect this transaction, you shall be taken to represent to us that you have full capacity power and authority to enter into this transaction and that any securities to be sold by us on your behalf are free of encumbrance and of any restraint (whether imposed by law, any regulatory authority contract or otherwise) on their distribution to the public or sale in any market and are in all respects freely tradeable.

This transaction shall be deemed and treated as authorized and correct and as ratified and confirmed by you unless we receive written notice to the contrary. If you do not agree with the information hereon, please advise us promptly.

**Currency Conversion & Fixed Income Fees:** We will act as principal in fixed income and currency conversion transactions. Scotia Capital Inc. and others apply discretionary currency conversion rates and may earn revenue on currency conversion transactions based on the spread between the bid and ask prices for the currency then in effect and the principal's costs and, on offsetting transactions, based on the difference between the FX rate charged our clients and discretionary rates applied to the offsetting transactions. Conversion of currency will take place on the trade date. If a trade is executed for you in a foreign market and a currency conversion occurs, and the conversion rate applied is not displayed on the face of your trade confirmation, the rate applied is available to you on request.

Leverage/Margin Risk Disclosure Statement: Using borrowed money (whether through a margin account or otherwise) to purchase securities involves greater risk than using cash resources only. Please refer to the terms and conditions in the Account Agreement. Note: you should retain this statement for income tax purposes.

Customer accounts are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of coverage is available on request.

CODE INFORMATION/ NONVOT: NON–VOTING  RESVOT: RESTRICTED VOTING  SUBVOTE: SUBORDINATE VOTE

MV – MULTIPLE VOTING   LV – LIMITED VOTING

**Scotia iTRADE®**

**Customer Service**

44 King St. W., Concourse Level
Toronto, Ontario
M5H 1H1

Scotia iTRADE (Discount Broker – Order – Execution Only Account) is a division of Scotia Capital Inc. (SCI). SCI is a member of the Canadian Investor Protection Fund and the Investment Industry Regulatory Organization of Canada. Scotia iTRADE does not provide investment advice or recommendations and investors are responsible for their own investment decisions.

® Registered trademark of The Bank of Nova Scotia. Used under license.

**P 2**



SCOTIA **iTRADE**®

*44 KING STREET WEST, CONCOURSE LEVEL*
*TORONTO, ONTARIO M5H 1H1*

# Confirmation Notice

**ACCOUNT NO.    TYPE**
6809⬛⬛    CASH

**FOR SETTLEMENT IN THIS OFFICE**

GLENN D TEASDALE          40**
41 BAXTER DRIVE
GUELPH ON  N1L 0G4

---

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT
OVER THE COUNTER – U.S.A.

OCTOBER 13, 2021
SETTLEMENT DATE       OCTOBER 15, 2021
ACCOUNT NO.           6809⬛⬛–CASH

| | | |
|---|---|---|
| AS PRINCIPAL, WE CONVERTED AT | | 1.2635 |
| TRANSACTION TYPE | | BOUGHT |

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 195 | META MATLS INC | @ | 5.1126U$ |
| | COMMON STOCK | | |
| | STP PET | | |
| | EXCHANGE RATE   1.26350000 | | |

| | |
|---|---|
| GROSS AMOUNT | 996.96 |
| COMMISSION | 9.99 |

| | |
|---|---|
| SUB TOTAL | 1,006.95 US |
| EXCHANGE | 265.33 |
| NET AMOUNT | 1,272.28 CS |

---

| | | |
|---|---|---|
| INVESTMENT REPRESENTATIVE | TORONTO–PLAZA | REFERENCE F6207  /  CUSIP US59134N1046  / |
| IR No. | S20 | SECURITY NO. M067927  /  ORDER NO. 556207  /  A  65 |
| TEL. | (800) 263–3430 | |


Scotia iTRADE (Discount Broker – Order–Execution Only Accounts) is a division of Scotia Capital Inc. (SCI). SCI is a member of the Canadian Investor Protection Fund and the Investment Industry Regulatory Organization of Canada. Scotia iTRADE does not provide investment advice or recommendations and investors are responsible for their own investment decisions. This transaction is subject to the Agreement on the reverse side. ® Registered trademark of The Bank of Nova Scotia. Used under license.



**CIPF**
Canadian Investor Protection Fund
**M E M B E R**

**P 1**

# iTRADE

**Confirmation Notice**

CONDITIONS

Without limiting in any way or otherwise affecting our rights under any other contracts between us, you agree to the following:
\*Order execution only account means that Scotia iTRADE does not provide recommendations or accept any responsibility to advise clients on the suitability of investment decisions or transactions.

All transactions are subject to the by–laws, regulations and customs of the stock exchange where executed, and any clearing house involved, and of any regulatory authority including any association of brokers or dealers having jurisdiction, and to the terms and conditions of any relevant customer's or trading agreement which you have entered into with us. In the case of an exchange transaction the name of the exchange (and clearing house, if any) and of the other broker will be furnished upon request. Details of the individual representative who accepted your order(s) are available on request. Please contact the branch manager.

If settlement or provision for settlement of this transaction is not made by the settlement date shown hereon, or by the date ("accrued interest date") to which accrued interest is calculated as shown hereon, whichever date is applicable, this transaction may be closed out without notice to you by the sale or purchase of the related securities, whichever action is appropriate and we will claim from you any balance owing to us or credit to you any balance owing to you as a result of such action. Unless already in our possession, payment or security should reach us by the settlement date or accrued interest date indicated. Payments on accounts received after the indicated date may result in interest being charged on the unpaid balance until the balance is paid.

Any demand, advertisement or notice which may be given to you shall not be a waiver of any right to take any action which we may be authorized to exercise without demand, advertisement or notice.

Whenever and so often as you are indebted to us, all securities and property (hereinafter called "securities") held by us for you or on your account shall be collateral security for the payment of your indebtedness from time to time and we shall have the right to loan such securities and raise money on them and pledge and repledge them either separately or in our general loans or otherwise together with any securities belonging to us or to others, the whole in such manner and on such terms and conditions and for such amount whether more or less than the amount due by you, and for such purposes as we may deem advisable, and if we deem it necessary for our protection, we shall have the right to buy in securities of which your account may be short and to sell securities of which your account may be long, the whole publicly or privately and without demand for margin and without notice.

In placing the order to effect this transaction, you shall be taken to represent to us that you have full capacity power and authority to enter into this transaction and that any securities to be sold by us on your behalf are free of encumbrance and of any restraint (whether imposed by law, any regulatory authority contract or otherwise) on their distribution to the public or sale in any market and are in all respects freely tradeable.

This transaction shall be deemed and treated as authorized and correct and as ratified and confirmed by you unless we receive written notice to the contrary. If you do not agree with the information hereon, please advise us promptly.

**Currency Conversion & Fixed Income Fees:** We will act as principal in fixed income and currency conversion transactions. Scotia Capital Inc. and others apply discretionary currency conversion rates and may earn revenue on currency conversion transactions based on the spread between the bid and ask prices for the currency then in effect and the principal's costs and, on offsetting transactions, based on the difference between the FX rate charged our clients and discretionary rates applied to the offsetting transactions. Conversion of currency will take place on the trade date. If a trade is executed for you in a foreign market and a currency conversion occurs, and the conversion rate applied is not displayed on the face of your trade confirmation, the rate applied is available to you on request.

Leverage/Margin Risk Disclosure Statement: Using borrowed money (whether through a margin account or otherwise) to purchase securities involves greater risk than using cash resources only. Please refer to the terms and conditions in the Account Agreement. Note: you should retain this statement for income tax purposes.

Customer accounts are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of coverage is available on request.

CODE INFORMATION/ NONVOT: NON–VOTING  RESVOT: RESTRICTED VOTING  SUBVOTE: SUBORDINATE VOTE

MV – MULTIPLE VOTING  LV – LIMITED VOTING

**Scotia iTRADE®**

**Customer Service**
44 King St. W., Concourse Level
Toronto, Ontario
M5H 1H1

Scotia iTRADE (Discount Broker – Order – Execution Only Account) is a division of Scotia Capital Inc. (SCI). SCI is a member of the Canadian Investor Protection Fund and the Investment Industry Regulatory Organization of Canada. Scotia iTRADE does not provide investment advice or recommendations and investors are responsible for their own investment decisions.

® Registered trademark of The Bank of Nova Scotia. Used under license.

**P 2**



# Confirmation Notice

**ACCOUNT NO.**   **TYPE**
6809   CASH

**FOR SETTLEMENT IN THIS OFFICE**

44 KING STREET WEST, CONCOURSE LEVEL
TORONTO, ONTARIO M5H 1H1

GLENN D TEASDALE   40**
41 BAXTER DRIVE
GUELPH ON  N1L 0G4

---

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT
OVER THE COUNTER – U.S.A.

OCTOBER 18, 2021
SETTLEMENT DATE   OCTOBER 20, 2021
ACCOUNT NO.   6809 -CASH

| | |
|---|---|
| AS PRINCIPAL, WE CONVERTED AT | 1.2585 |
| TRANSACTION TYPE | BOUGHT |

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 1,300 | META MATLS INC | @ | 4.9989U$ |
| | COMMON STOCK | | |
| | STP PET | | |
| | EXCHANGE RATE   1.25850000 | | |

| | |
|---|---|
| GROSS AMOUNT | 6,498.57 |
| COMMISSION | 9.99 |
| | |
| SUB TOTAL | 6,508.56 U$ |
| EXCHANGE | 1,682.46 |
| NET AMOUNT | 8,191.02 C$ |

---

| INVESTMENT REPRESENTATIVE | TORONTO–PLAZA | REFERENCE F5335  /  CUSIP US59134N1046  / |
|---|---|---|
| IR No. | S20 | SECURITY NO. M067927  /  ORDER NO. 555335  /  A  65 |
| TEL. | (800) 263–3430 | |

Scotia iTRADE (Discount Broker – Order–Execution Only Accounts) is a division of Scotia Capital Inc. (SCI). SCI is a member of the Canadian Investor Protection Fund and the Investment Industry Regulatory Organization of Canada. Scotia iTRADE does not provide investment advice or recommendations and investors are responsible for their own investment decisions. This transaction is subject to the Agreement on the reverse side. ® Registered trademark of The Bank of Nova Scotia. Used under license.



# CIPF
Canadian Investor Protection Fund
M E M B E R

**P 1**



**Confirmation Notice**

## CONDITIONS

**Without limiting** in any way or otherwise affecting our rights under any other contracts between us, you agree to the following:
*Order execution only account means that Scotia iTRADE does not provide recommendations or accept any responsibility to advise clients on the suitability of investment decisions or transactions.

All transactions are subject to the by-laws, regulations and customs of the stock exchange where executed, and any clearing house involved, and of any regulatory authority including any association of brokers or dealers having jurisdiction, and to the terms and conditions of any relevant customer's or trading agreement which you have entered into with us. In the case of an exchange transaction the name of the exchange (and clearing house, if any) and of the other broker will be furnished upon request. Details of the individual representative who accepted your order(s) are available on request. Please contact the branch manager.

If settlement or provision for settlement of this transaction is not made by the settlement date shown hereon, or by the date ("accrued interest date") to which accrued interest is calculated as shown hereon, whichever date is applicable, this transaction may be closed out without notice to you by the sale or purchase of the related securities, whichever action is appropriate and we will claim from you any balance owing to us or credit to you any balance owing to you as a result of such action. Unless already in our possession, payment or security should reach us by the settlement date or accrued interest date indicated. Payments on accounts received after the indicated date may result in interest being charged on the unpaid balance until the balance is paid.

Any demand, advertisement or notice which may be given to you shall not be a waiver of any right to take any action which we may be authorized to exercise without demand, advertisement or notice.

Whenever and so often as you are indebted to us, all securities and property (hereinafter called "securities") held by us for you or on your account shall be collateral security for the payment of your indebtedness from time to time and we shall have the right to loan such securities and raise money on them and pledge and repledge them either separately or in our general loans or otherwise together with any securities belonging to us or to others, the whole in such manner and on such terms and conditions and for such amount whether more or less than the amount due by you, and for such purposes as we may deem advisable, and if we deem it necessary for our protection, we shall have the right to buy in securities of which your account may be short and to sell securities of which your account may be long, the whole publicly or privately and without demand for margin and without notice.

In placing the order to effect this transaction, you shall be taken to represent to us that you have full capacity power and authority to enter into this transaction and that any securities to be sold by us on your behalf are free of encumbrance and of any restraint (whether imposed by law, any regulatory authority contract or otherwise) on their distribution to the public or sale in any market and are in all respects freely tradeable.

This transaction shall be deemed and treated as authorized and correct and as ratified and confirmed by you unless we receive written notice to the contrary. If you do not agree with the information hereon, please advise us promptly.

**Currency Conversion & Fixed Income Fees:** We will act as principal in fixed income and currency conversion transactions. Scotia Capital Inc. and others apply discretionary currency conversion rates and may earn revenue on currency conversion transactions based on the spread between the bid and ask prices for the currency then in effect and the principal's costs and, on offsetting transactions, based on the difference between the FX rate charged our clients and discretionary rates applied to the offsetting transactions. Conversion of currency will take place on the trade date. If a trade is executed for you in a foreign market and a currency conversion occurs, and the conversion rate applied is not displayed on the face of your trade confirmation, the rate applied is available to you on request.

Leverage/Margin Risk Disclosure Statement: Using borrowed money (whether through a margin account or otherwise) to purchase securities involves greater risk than using cash resources only. Please refer to the terms and conditions in the Account Agreement. Note: you should retain this statement for income tax purposes.

Customer accounts are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of coverage is available on request.

CODE INFORMATION/ NONVOT: NON–VOTING  RESVOT: RESTRICTED VOTING  SUBVOTE: SUBORDINATE VOTE

MV – MULTIPLE VOTING  LV – LIMITED VOTING

**Scotia iTRADE®**

**Customer Service**
44 King St. W., Concourse Level
Toronto, Ontario
M5H 1H1

Scotia iTRADE (Discount Broker – Order – Execution Only Account) is a division of Scotia Capital Inc. (SCI). SCI is a member of the Canadian Investor Protection Fund and the Investment Industry Regulatory Organization of Canada. Scotia iTRADE does not provide investment advice or recommendations and investors are responsible for their own investment decisions.

® Registered trademark of The Bank of Nova Scotia. Used under license.

**P 2**



**SCOTIA iTRADE**®

44 KING STREET WEST, CONCOURSE LEVEL
TORONTO, ONTARIO M5H 1H1

## Confirmation Notice

**ACCOUNT NO.**  **TYPE**
6809          CASH

**FOR SETTLEMENT IN THIS OFFICE**

GLENN D TEASDALE          40**
41 BAXTER DRIVE
GUELPH ON  N1L 0G4

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT
OVER THE COUNTER – U.S.A.

NOVEMBER 5, 2021
SETTLEMENT DATE    NOVEMBER 9, 2021
ACCOUNT NO.          6809  –CASH
                                         6809

| | | | |
|---|---|---|---|
| AS PRINCIPAL, WE CONVERTED AT | | | 1.266 |
| TRANSACTION TYPE | | | BOUGHT |
| Quantity | Security Description | | Unit Price |
| 1,650 | META MATLS INC | @ | 4.83909U$ |
| | COMMON STOCK | | |
| | AVG PRICE SHOWN–DETAILS ON REQ | | |
| | STP PET | | |
| | EXCHANGE RATE   1.26600000 | | |

| | |
|---|---|
| GROSS AMOUNT | 7,984.50 |
| COMMISSION | 9.99 |
| SUB TOTAL | 7,994.49 US |
| EXCHANGE | 2,126.53 |
| NET AMOUNT | 10,121.02 C$ |

| | | |
|---|---|---|
| INVESTMENT REPRESENTATIVE | TORONTO–PLAZA | REFERENCE F7747  /  CUSIP US59134N1046  / |
| IR No. | S20 | SECURITY NO. M067927  /  ORDER NO. 557747  /  A  AT  65 |
| TEL. | (800) 263–3430 | |

Scotia iTRADE (Discount Broker – Order–Execution Only Accounts) is a division of Scotia Capital Inc. (SCI). SCI is a member of the
Canadian Investor Protection Fund and the Investment Industry Regulatory Organization of Canada. Scotia iTRADE does not provide
investment advice or recommendations and investors are responsible for their own investment decisions. This transaction is subject to
the Agreement on the reverse side. ® Registered trademark of The Bank of Nova Scotia. Used under license.

**CIPF**
Canadian Investor Protection Fund
M E M B E R

**P 1**

# SCOTIA iTRADE®

**Confirmation Notice**

CONDITIONS

**Without limiting  In any way or otherwise affecting our rights under any other contracts between us, you agree to the following:**
*Order execution  only account means that Scotia iTRADE does not provide recommendations or accept any responsibility to advise clients on the suitability of Investment decisions or transactions.

All transactions  are subject to the by–laws, regulations and customs of the stock exchange where executed, and any clearing house involved, and  of any regulatory authority including any association of brokers or dealers having jurisdiction, and to the terms and conditions of  any relevant customer's or trading agreement which you have entered into with us. In the case of an exchange transaction  the  name of the exchange (and clearing house, if any) and of the other broker will be furnished upon request. Details of the individual representative who accepted your order(s) are available on request. Please contact the branch manager.

If settlement  or provision for settlement of this transaction is not made by the settlement date shown hereon, or by the date ("accrued interest date")  to which accrued interest is calculated as shown hereon, whichever date is applicable, this transaction may be closed out without  notice to you by the sale or purchase of the related securities, whichever action is appropriate and we will claim from you any balance  owing to us or credit to you any balance owing to you as a result of such action. Unless already in our possession, payment or security should reach us by the settlement date or accrued interest date indicated. Payments on accounts received after the indicated date may result in interest being charged on the unpaid balance until the balance is paid.

Any demand,  advertisement or notice which may be given to you shall not be a waiver of any right to take any action which we may be authorized to exercise without demand, advertisement or notice.

Whenever and  so often as you are indebted to us, all securities and property (hereinafter called "securities") held by us for you or on your account shall be collateral security for the payment of your indebtedness from time to time and we shall have the right to loan such securities  and raise money on them and pledge and repledge them either separately or in our general loans or otherwise together with  any securities belonging to us or to others, the whole in such manner and on such terms and conditions and for such amount whether  more or less than the amount due by you, and for such purposes as we may deem advisable, and if we deem it necessary for  our protection, we shall have the right to buy in securities of which your account may be short and to sell securities of which your account may be long, the whole publicly or privately and without demand for margin and without notice.

In placing  the order to effect this transaction, you shall be taken to represent to us that you have full capacity power and authority to enter into  this transaction and that any securities to be sold by us on your behalf are free of encumbrance and of any restraint (whether imposed by law, any regulatory authority contract or otherwise) on their distribution to the public or sale in any market and are in all respects freely tradeable.

This transaction  shall be deemed and treated as authorized and correct and as ratified and confirmed by you unless we receive written notice to the contrary. If you do not agree with the information hereon, please advise us promptly.

**Currency Conversion  & Fixed Income Fees:**  We will act as principal in fixed income and currency conversion transactions. Scotia Capital Inc.  and others apply discretionary currency conversion rates and may earn revenue on currency conversion transactions based on  the spread between the bid and ask prices for the currency then in effect and the principal's costs and, on offsetting transactions, based  on the difference between the FX rate charged our clients and discretionary rates applied to the offsetting transactions. Conversion  of currency will take place on the trade date. If a trade is executed for you in a foreign market and a currency conversion  occurs, and the conversion rate applied is not displayed on the face of your trade confirmation, the rate applied is available to you on request.

Leverage/Margin Risk  Disclosure Statement: Using borrowed money (whether through a margin account or otherwise) to purchase securities involves  greater risk than using cash resources only. Please refer to the terms and conditions in the Account Agreement. Note: you should retain this statement for income tax purposes.

Customer accounts  are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of coverage is available on request.

CODE INFORMATION/  NONVOT: NON–VOTING  RESVOT: RESTRICTED VOTING  SUBVOTE: SUBORDINATE VOTE

MV – MULTIPLE VOTING  LV – LIMITED VOTING

**Scotia iTRADE®**

**Customer Service**

44 King St. W., Concourse Level
Toronto, Ontario
M5H 1H1

Scotia iTRADE  (Discount Broker – Order – Execution Only Account) is a division of Scotia Capital Inc. (SCI). SCI is a member of the Canadian Investor Protection Fund and the Investment Industry Regulatory Organization of Canada. Scotia iTRADE does not provide investment advice or recommendations and investors are responsible for their own investment decisions.

® Registered trademark of The Bank of Nova Scotia. Used under license.

**P 2**



**Confirmation Notice**

**ACCOUNT NO.**    **TYPE**
●●●●6809●●    CASH

**FOR SETTLEMENT IN THIS OFFICE**

*44 KING STREET WEST, CONCOURSE LEVEL*
*TORONTO, ONTARIO M5H 1H1*

GLENN D TEASDALE    40**
41 BAXTER DRIVE
GUELPH ON  N1L 0G4

---

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT
OVER THE COUNTER – U.S.A.

NOVEMBER 16, 2021
SETTLEMENT DATE    NOVEMBER 18, 2021
ACCOUNT NO.    ●●●●6809●–CASH

| | | |
|---|---|---|
| AS PRINCIPAL, WE CONVERTED AT | | 1.273 |
| TRANSACTION TYPE | | BOUGHT |

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 1,450 | META MATLS INC COMMON STOCK STP PET | @ | 4.4196U$ |
| | EXCHANGE RATE    1.27300000 | | |

| | |
|---|---|
| GROSS AMOUNT | 6,408.42 |
| COMMISSION | 9.99 |
| | |
| SUB TOTAL | 6,418.41 US |
| EXCHANGE | 1,752.23 |
| NET AMOUNT | 8,170.64 C$ |

---

| | | |
|---|---|---|
| **INVESTMENT REPRESENTATIVE** | TORONTO–PLAZA | REFERENCE F3618  /  CUSIP US59134N1046  / |
| IR No. | S20 | SECURITY NO. M067927  /  ORDER NO. 553618  /  A  65 |
| TEL. | (800) 263–3430 | |

Scotia iTRADE (Discount Broker – Order–Execution Only Accounts) is a division of Scotia Capital Inc. (SCI). SCI is a member of the Canadian Investor Protection Fund and the Investment Industry Regulatory Organization of Canada. Scotia iTRADE does not provide investment advice or recommendations and investors are responsible for their own investment decisions. This transaction is subject to the Agreement on the reverse side. ® Registered trademark of The Bank of Nova Scotia. Used under license.

**CIPF**
Canadian Investor Protection Fund
M E M B E R

**P 1**

# SCOTIA iTRADE®

**Confirmation Notice**

CONDITIONS

**Without limiting in any way or otherwise affecting our rights under any other contracts between us, you agree to the following:**
**\*Order execution only account means that Scotia iTRADE does not provide recommendations or accept any responsibility to advise clients on the suitability of investment decisions or transactions.**

All transactions are subject to the by-laws, regulations and customs of the stock exchange where executed, and any clearing house involved, and of any regulatory authority including any association of brokers or dealers having jurisdiction, and to the terms and conditions of any relevant customer's or trading agreement which you have entered into with us. In the case of an exchange transaction the name of the exchange (and clearing house, if any) and of the other broker will be furnished upon request. Details of the individual representative who accepted your order(s) are available on request. Please contact the branch manager.

If settlement or provision for settlement of this transaction is not made by the settlement date shown hereon, or by the date ("accrued interest date") to which accrued interest is calculated as shown hereon, whichever date is applicable, this transaction may be closed out without notice to you by the sale or purchase of the related securities, whichever action is appropriate and we will claim from you any balance owing to us or credit to you any balance owing to you as a result of such action. Unless already in our possession, payment or security should reach us by the settlement date or accrued interest date indicated. Payments on accounts received after the indicated date may result in interest being charged on the unpaid balance until the balance is paid.

Any demand, advertisement or notice which may be given to you shall not be a waiver of any right to take any action which we may be authorized to exercise without demand, advertisement or notice.

Whenever and so often as you are indebted to us, all securities and property (hereinafter called "securities") held by us for you or on your account shall be collateral security for the payment of your indebtedness from time to time and we shall have the right to loan such securities and raise money on them and pledge and repledge them either separately or in our general loans or otherwise together with any securities belonging to us or to others, the whole in such manner and on such terms and conditions and for such amount whether more or less than the amount due by you, and for such purposes as we may deem advisable, and if we deem it necessary for our protection, we shall have the right to buy in securities of which your account may be short and to sell securities of which your account may be long, the whole publicly or privately and without demand for margin and without notice.

In placing the order to effect this transaction, you shall be taken to represent to us that you have full capacity power and authority to enter into this transaction and that any securities to be sold by us on your behalf are free of encumbrance and of any restraint (whether imposed by law, any regulatory authority contract or otherwise) on their distribution to the public or sale in any market and are in all respects freely tradeable.

This transaction shall be deemed and treated as authorized and correct and as ratified and confirmed by you unless we receive written notice to the contrary. If you do not agree with the information hereon, please advise us promptly.

**Currency Conversion & Fixed Income Fees:** We will act as principal in fixed income and currency conversion transactions. Scotia Capital Inc. and others apply discretionary currency conversion rates and may earn revenue on currency conversion transactions based on the spread between the bid and ask prices for the currency then in effect and the principal's costs and, on offsetting transactions, based on the difference between the FX rate charged our clients and discretionary rates applied to the offsetting transactions. Conversion of currency will take place on the trade date. If a trade is executed for you in a foreign market and a currency conversion occurs, and the conversion rate applied is not displayed on the face of your trade confirmation, the rate applied is available to you on request.

Leverage/Margin Risk Disclosure Statement: Using borrowed money (whether through a margin account or otherwise) to purchase securities involves greater risk than using cash resources only. Please refer to the terms and conditions in the Account Agreement. Note: you should retain this statement for income tax purposes.

Customer accounts are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of coverage is available on request.

CODE INFORMATION/ NONVOT: NON-VOTING  RESVOT: RESTRICTED VOTING  SUBVOTE: SUBORDINATE VOTE

MV – MULTIPLE VOTING  LV – LIMITED VOTING

**Scotia iTRADE®**

**Customer Service**
44 King St. W., Concourse Level
Toronto, Ontario
M5H 1H1

Scotia iTRADE (Discount Broker – Order – Execution Only Account) is a division of Scotia Capital Inc. (SCI). SCI is a member of the Canadian Investor Protection Fund and the Investment Industry Regulatory Organization of Canada. Scotia iTRADE does not provide investment advice or recommendations and investors are responsible for their own investment decisions.

® Registered trademark of The Bank of Nova Scotia. Used under license.

**P 2**



# Confirmation Notice

**ACCOUNT NO.**    **TYPE**
●●●6809●           CASH

**FOR SETTLEMENT IN THIS OFFICE**

*44 KING STREET WEST, CONCOURSE LEVEL*
*TORONTO, ONTARIO M5H 1H1*

GLENN D TEASDALE          40**
41 BAXTER DRIVE
GUELPH ON  N1L 0G4

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT
OVER THE COUNTER – U.S.A.

NOVEMBER 17, 2021
SETTLEMENT DATE    NOVEMBER 19, 2021
ACCOUNT NO.        ●●●6809●–CASH

AS PRINCIPAL, WE CONVERTED AT              1.2795
TRANSACTION TYPE                           BOUGHT

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 1,575 | META MATLS INC | @ | 4.3788U$ |
| | COMMON STOCK | | |
| | STP PET | | |
| | EXCHANGE RATE    1.27950000 | | |

| | |
|---|---|
| GROSS AMOUNT | 6,896.61 |
| COMMISSION | 9.99 |
| SUB TOTAL | 6,906.60 US |
| EXCHANGE | 1,930.39 |
| NET AMOUNT | 8,836.99 C$ |

| INVESTMENT REPRESENTATIVE | TORONTO–PLAZA | REFERENCE G2524  /  CUSIP US59134N1046  / |
|---|---|---|
| IR No. | S20 | SECURITY NO. M067927  /  ORDER NO. 562524  / A  65 |
| TEL. | (800) 263–3430 | |

Scotia iTRADE (Discount Broker – Order–Execution Only Accounts) is a division of Scotia Capital Inc. (SCI). SCI is a member of the Canadian Investor Protection Fund and the Investment Industry Regulatory Organization of Canada. Scotia iTRADE does not provide investment advice or recommendations and investors are responsible for their own investment decisions. This transaction is subject to the Agreement on the reverse side. ® Registered trademark of The Bank of Nova Scotia. Used under license.

**CIPF**
Canadian Investor Protection Fund
M E M B E R

**P 1**



**Confirmation Notice**

CONDITIONS

**Without limiting in any way or otherwise affecting our rights under any other contracts between us, you agree to the following:**
**\*Order execution only account means that Scotia iTRADE does not provide recommendations or accept any responsibility to advise clients on the suitability of investment decisions or transactions.**

All transactions are subject to the by-laws, regulations and customs of the stock exchange where executed, and any clearing house involved, and of any regulatory authority including any association of brokers or dealers having jurisdiction, and to the terms and conditions of any relevant customer's or trading agreement which you have entered into with us. In the case of an exchange transaction the name of the exchange (and clearing house, if any) and of the other broker will be furnished upon request. Details of the individual representative who accepted your order(s) are available on request. Please contact the branch manager.

If settlement or provision for settlement of this transaction is not made by the settlement date shown hereon, or by the date ("accrued interest date") to which accrued interest is calculated as shown hereon, whichever date is applicable, this transaction may be closed out without notice to you by the sale or purchase of the related securities, whichever action is appropriate and we will claim from you any balance owing to us or credit to you any balance owing to you as a result of such action. Unless already in our possession, payment or security should reach us by the settlement date or accrued interest date indicated. Payments on accounts received after the indicated date may result in interest being charged on the unpaid balance until the balance is paid.

Any demand, advertisement or notice which may be given to you shall not be a waiver of any right to take any action which we may be authorized to exercise without demand, advertisement or notice.

Whenever and so often as you are indebted to us, all securities and property (hereinafter called "securities") held by us for you or on your account shall be collateral security for the payment of your indebtedness from time to time and we shall have the right to loan such securities and raise money on them and pledge and repledge them either separately or in our general loans or otherwise together with any securities belonging to us or to others, the whole in such manner and on such terms and conditions and for such amount whether more or less than the amount due by you, and for such purposes as we may deem advisable, and if we deem it necessary for our protection, we shall have the right to buy in securities of which your account may be short and to sell securities of which your account may be long, the whole publicly or privately and without demand for margin and without notice.

In placing the order to effect this transaction, you shall be taken to represent to us that you have full capacity power and authority to enter into this transaction and that any securities to be sold by us on your behalf are free of encumbrance and of any restraint (whether imposed by law, any regulatory authority contract or otherwise) on their distribution to the public or sale in any market and are in all respects freely tradeable.

This transaction shall be deemed and treated as authorized and correct and as ratified and confirmed by you unless we receive written notice to the contrary. If you do not agree with the information hereon, please advise us promptly.

**Currency Conversion & Fixed Income Fees:** We will act as principal in fixed income and currency conversion transactions. Scotia Capital Inc. and others apply discretionary currency conversion rates and may earn revenue on currency conversion transactions based on the spread between the bid and ask prices for the currency then in effect and the principal's costs and, on offsetting transactions, based on the difference between the FX rate charged our clients and discretionary rates applied to the offsetting transactions. Conversion of currency will take place on the trade date. If a trade is executed for you in a foreign market and a currency conversion occurs, and the conversion rate applied is not displayed on the face of your trade confirmation, the rate applied is available to you on request.

Leverage/Margin Risk Disclosure Statement: Using borrowed money (whether through a margin account or otherwise) to purchase securities involves greater risk than using cash resources only. Please refer to the terms and conditions in the Account Agreement. Note: you should retain this statement for income tax purposes.

Customer accounts are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of coverage is available on request.

CODE INFORMATION/ NONVOT: NON-VOTING  RESVOT: RESTRICTED VOTING  SUBVOTE: SUBORDINATE VOTE

MV – MULTIPLE VOTING  LV – LIMITED VOTING

**Scotia iTRADE®**

**Customer Service**
44 King St. W., Concourse Level
Toronto, Ontario
M5H 1H1

Scotia iTRADE (Discount Broker – Order – Execution Only Account) is a division of Scotia Capital Inc. (SCI). SCI is a member of the Canadian Investor Protection Fund and the Investment Industry Regulatory Organization of Canada. Scotia iTRADE does not provide investment advice or recommendations and investors are responsible for their own investment decisions.

® Registered trademark of The Bank of Nova Scotia. Used under license.

**P 2**



# SCOTIA iTRADE ®

44 KING STREET WEST, CONCOURSE LEVEL
TORONTO, ONTARIO M5H 1H1

## Confirmation Notice

**ACCOUNT NO.**   **TYPE**
████6809██   **CASH**

**FOR SETTLEMENT IN THIS OFFICE**

GLENN D TEASDALE        40**
41 BAXTER DRIVE
GUELPH ON  N1L 0G4

---

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT
OVER THE COUNTER – U.S.A.

NOVEMBER 19, 2021
SETTLEMENT DATE      NOVEMBER 23, 2021
ACCOUNT NO.            ████6809██–CASH

| AS PRINCIPAL, WE CONVERTED AT | | | 1.284 |
| TRANSACTION TYPE | | | BOUGHT |
| Quantity | Security Description | | Unit Price |
| 1,600 | META MATLS INC | @ | 4.17U$ |
| | COMMON STOCK | | |
| | STP PET | | |
| | EXCHANGE RATE   1.28400000 | | |

| GROSS AMOUNT | 6,672.00 |
| COMMISSION | 9.99 |
| | |
| SUB TOTAL | -6,681.99 U$ |
| EXCHANGE | 1,897.69 |
| NET AMOUNT | 8,579.68 C$ |

---

| **INVESTMENT REPRESENTATIVE** | **TORONTO–PLAZA** | REFERENCE F9186  /  CUSIP US59134N1046  / |
| IR No. | S20 | SECURITY NO. M067927  /  ORDER NO. 559186  /  A 65 |
| TEL. | (800) 263–3430 | |

Scotia iTRADE (Discount Broker – Order–Execution Only Accounts) is a division of Scotia Capital Inc. (SCI). SCI is a member of the Canadian Investor Protection Fund and the Investment Industry Regulatory Organization of Canada. Scotia iTRADE does not provide investment advice or recommendations and investors are responsible for their own investment decisions. This transaction is subject to the Agreement on the reverse side. ® Registered trademark of The Bank of Nova Scotia. Used under license.

**CIPF**
Canadian Investor Protection Fund
**M E M B E R**

**P 1**



**Confirmation Notice**

CONDITIONS

**Without limiting  in any way or otherwise affecting our rights under any other contracts between us, you agree to the following:**
**\*Order execution  only account means that Scotia iTRADE does not provide recommendations or accept any responsibility to advise clients on the suitability of investment decisions or transactions.**

All transactions  are subject to the by-laws, regulations and customs of the stock exchange where executed, and any clearing house involved, and  of any regulatory authority including any association of brokers or dealers having jurisdiction, and to the terms and conditions of  any relevant customer's or trading agreement which you have entered into with us. In the case of an exchange transaction  the name of the exchange (and clearing house, if any) and of the other broker will be furnished upon request. Details of the individual representative who accepted your order(s) are available on request. Please contact the branch manager.

If settlement  or provision for settlement of this transaction is not made by the settlement date shown hereon, or by the date ("accrued interest date")  to which accrued interest is calculated as shown hereon, whichever date is applicable, this transaction may be closed out without  notice to you by the sale or purchase of the related securities, whichever action is appropriate and we will claim from you any balance  owing to us or credit to you any balance owing to you as a result of such action. Unless already in our possession, payment or security should reach us by the settlement date or accrued interest date indicated. Payments on accounts received after the indicated date may result in interest being charged on the unpaid balance until the balance is paid.

Any demand,  advertisement or notice which may be given to you shall not be a waiver of any right to take any action which we may be authorized to exercise without demand, advertisement or notice.

Whenever and  so often as you are indebted to us, all securities and property (hereinafter called "securities") held by us for you or on your account shall be collateral security for the payment of your indebtedness from time to time and we shall have the right to loan such securities  and raise money on them and pledge and repledge them either separately or in our general loans or otherwise together with  any securities belonging to us or to others, the whole in such manner and on such terms and conditions and for such amount whether  more or less than the amount due by you, and for such purposes as we may deem advisable, and if we deem it necessary for  our protection, we shall have the right to buy in securities of which your account may be short and to sell securities of which your account may be long, the whole publicly or privately and without demand for margin and without notice.

In placing  the order to effect this transaction, you shall be taken to represent to us that you have full capacity power and authority to enter into  this transaction and that any securities to be sold by us on your behalf are free of encumbrance and of any restraint (whether imposed by law, any regulatory authority contract or otherwise) on their distribution to the public or sale in any market and are in all respects freely tradeable.

This transaction  shall be deemed and treated as authorized and correct and as ratified and confirmed by you unless we receive written notice to the contrary. If you do not agree with the information hereon, please advise us promptly.

**Currency Conversion  & Fixed Income Fees:**  We will act as principal in fixed income and currency conversion transactions. Scotia Capital Inc.  and others apply discretionary currency conversion rates and may earn revenue on currency conversion transactions based on  the spread between the bid and ask prices for the currency then in effect and the principal's costs and, on offsetting transactions, based  on the difference between the FX rate charged our clients and discretionary rates applied to the offsetting transactions. Conversion  of currency will take place on the trade date. If a trade is executed for you in a foreign market and a currency conversion  occurs, and the conversion rate applied is not displayed on the face of your trade confirmation, the rate applied is available to you on request.

Leverage/Margin Risk  Disclosure Statement: Using borrowed money (whether through a margin account or otherwise) to purchase securities involves  greater risk than using cash resources only. Please refer to the terms and conditions in the Account Agreement. Note: you should retain this statement for income tax purposes.

Customer accounts  are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of coverage is available on request.

CODE INFORMATION/  NONVOT: NON-VOTING  RESVOT: RESTRICTED VOTING  SUBVOTE: SUBORDINATE VOTE

MV – MULTIPLE VOTING  LV – LIMITED VOTING

**Scotia iTRADE®**

**Customer Service**
44 King St. W., Concourse Level
Toronto, Ontario
M5H 1H1

Scotia iTRADE  (Discount Broker – Order – Execution Only Account) is a division of Scotia Capital Inc. (SCI). SCI is a member of the Canadian Investor Protection Fund and the Investment Industry Regulatory Organization of Canada. Scotia iTRADE does not provide investment advice or recommendations and investors are responsible for their own investment decisions.

® Registered trademark of The Bank of Nova Scotia. Used under license.

**P 2**



**SCOTIA iTRADE**®

44 KING STREET WEST, CONCOURSE LEVEL
TORONTO, ONTARIO M5H 1H1

**Confirmation Notice**

**ACCOUNT NO.    TYPE**
    68090    CASH

**FOR SETTLEMENT IN THIS OFFICE**

GLENN D TEASDALE        40**
41 BAXTER DRIVE
GUELPH ON  N1L 0G4

|  |  |
|---|---|
| | NOVEMBER 23, 2021 |
| SETTLEMENT DATE | NOVEMBER 26, 2021 |
| ACCOUNT NO. | 68090—CASH |

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT
OVER THE COUNTER – U.S.A.

AS PRINCIPAL, WE CONVERTED AT     1.292
TRANSACTION TYPE     **BOUGHT**

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 925 | META MATLS INC | @ | 3.8794U$ |
| | COMMON STOCK | | |
| | STP PET | | |
| | EXCHANGE RATE  1.29200000 | | |

| | |
|---|---|
| GROSS AMOUNT | 3,588.45 |
| COMMISSION | 9.99 |
| SUB TOTAL | 3,598.44 US |
| EXCHANGE | 1,050.74 |
| NET AMOUNT | 4,649.18 C$ |

| | | |
|---|---|---|
| INVESTMENT REPRESENTATIVE | TORONTO–PLAZA | REFERENCE F2957  /  CUSIP US59134N1046  / |
| IR No. | S20 | SECURITY NO. M067927  /  ORDER NO. 552957  /  A  65 |
| TEL. | (800) 263–3430 | |

Scotia iTRADE (Discount Broker – Order–Execution Only Accounts) is a division of Scotia Capital Inc. (SCI). SCI is a member of the Canadian Investor Protection Fund and the Investment Industry Regulatory Organization of Canada. Scotia iTRADE does not provide investment advice or recommendations and investors are responsible for their own investment decisions. This transaction is subject to the Agreement on the reverse side. ® Registered trademark of The Bank of Nova Scotia. Used under license.

**CIPF**
Canadian Investor Protection Fund
M E M B E R

P 1

# SCOTIA iTRADE®

**Confirmation Notice**

## CONDITIONS

**Without limiting in any way or otherwise affecting our rights under any other contracts between us, you agree to the following:**
**\*Order execution only account means that Scotia iTRADE does not provide recommendations or accept any responsibility to advise clients on the suitability of investment decisions or transactions.**

All transactions are subject to the by-laws, regulations and customs of the stock exchange where executed, and any clearing house involved, and of any regulatory authority including any association of brokers or dealers having jurisdiction, and to the terms and conditions of any relevant customer's or trading agreement which you have entered into with us. In the case of an exchange transaction the name of the exchange (and clearing house, if any) and of the other broker will be furnished upon request. Details of the individual representative who accepted your order(s) are available on request. Please contact the branch manager.

If settlement or provision for settlement of this transaction is not made by the settlement date shown hereon, or by the date ("accrued interest date") to which accrued interest is calculated as shown hereon, whichever date is applicable, this transaction may be closed out without notice to you by the sale or purchase of the related securities, whichever action is appropriate and we will claim from you any balance owing to us or credit to you any balance owing to you as a result of such action. Unless already in our possession, payment or security should reach us by the settlement date or accrued interest date indicated. Payments on accounts received after the indicated date may result in interest being charged on the unpaid balance until the balance is paid.

Any demand, advertisement or notice which may be given to you shall not be a waiver of any right to take any action which we may be authorized to exercise without demand, advertisement or notice.

Whenever and so often as you are indebted to us, all securities and property (hereinafter called "securities") held by us for you or on your account shall be collateral security for the payment of your indebtedness from time to time and we shall have the right to loan such securities and raise money on them and pledge and repledge them either separately or in our general loans or otherwise together with any securities belonging to us or to others, the whole in such manner and on such terms and conditions and for such amount whether more or less than the amount due by you, and for such purposes as we may deem advisable, and if we deem it necessary for our protection, we shall have the right to buy in securities of which your account may be short and to sell securities of which your account may be long, the whole publicly or privately and without demand for margin and without notice.

In placing the order to effect this transaction, you shall be taken to represent to us that you have full capacity power and authority to enter into this transaction and that any securities to be sold by us on your behalf are free of encumbrance and of any restraint (whether imposed by law, any regulatory authority contract or otherwise) on their distribution to the public or sale in any market and are in all respects freely tradeable.

This transaction shall be deemed and treated as authorized and correct and as ratified and confirmed by you unless we receive written notice to the contrary. If you do not agree with the information hereon, please advise us promptly.

**Currency Conversion & Fixed Income Fees:** We will act as principal in fixed income and currency conversion transactions. Scotia Capital Inc. and others apply discretionary currency conversion rates and may earn revenue on currency conversion transactions based on the spread between the bid and ask prices for the currency then in effect and the principal's costs and, on offsetting transactions, based on the difference between the FX rate charged our clients and discretionary rates applied to the offsetting transactions. Conversion of currency will take place on the trade date. If a trade is executed for you in a foreign market and a currency conversion occurs, and the conversion rate applied is not displayed on the face of your trade confirmation, the rate applied is available to you on request.

Leverage/Margin Risk Disclosure Statement: Using borrowed money (whether through a margin account or otherwise) to purchase securities involves greater risk than using cash resources only. Please refer to the terms and conditions in the Account Agreement. Note: you should retain this statement for income tax purposes.

Customer accounts are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of coverage is available on request.

CODE INFORMATION/ NONVOT: NON–VOTING  RESVOT: RESTRICTED VOTING  SUBVOTE: SUBORDINATE VOTE

MV – MULTIPLE VOTING  LV – LIMITED VOTING

**Scotia iTRADE®**

**Customer Service**
44 King St. W., Concourse Level
Toronto, Ontario
M5H 1H1

Scotia iTRADE (Discount Broker – Order – Execution Only Account) is a division of Scotia Capital Inc. (SCI). SCI is a member of the Canadian Investor Protection Fund and the Investment Industry Regulatory Organization of Canada. Scotia iTRADE does not provide investment advice or recommendations and investors are responsible for their own investment decisions.

® Registered trademark of The Bank of Nova Scotia. Used under license.

**P 2**



**Confirmation Notice**

ACCOUNT NO.   TYPE
████6809█   CASH

**FOR SETTLEMENT IN THIS OFFICE**

44 KING STREET WEST, CONCOURSE LEVEL
TORONTO, ONTARIO M5H 1H1

GLENN D TEASDALE        40**
41 BAXTER DRIVE
GUELPH ON  N1L 0G4

---

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT
OVER THE COUNTER – U.S.A.

DECEMBER 1, 2021
SETTLEMENT DATE    DECEMBER 3, 2021
ACCOUNT NO.        ████6809█–CASH

AS PRINCIPAL, WE CONVERTED AT                    1.299
TRANSACTION TYPE                              BOUGHT

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 2,000 | META MATLS INC COMMON STOCK STP PET | @ | 3.56U$ |
| | EXCHANGE RATE     1.29900000 | | |

| | |
|---|---|
| GROSS AMOUNT | 7,120.00 |
| COMMISSION | 9.99 |
| SUB TOTAL | 7,129.99 U$ |
| EXCHANGE | 2,131.87 |
| NET AMOUNT | 9,261.86 C$ |

---

INVESTMENT REPRESENTATIVE    TORONTO–PLAZA
IR No.                       S20
TEL.                         (800) 263–3430

REFERENCE F5068  /  CUSIP US59134N1046  /
SECURITY NO. M067927  /  ORDER NO. 555068  /  A 65

Scotia iTRADE (Discount Broker – Order–Execution Only Accounts) is a division of Scotia Capital Inc. (SCI). SCI is a member of the Canadian Investor Protection Fund and the Investment Industry Regulatory Organization of Canada. Scotia iTRADE does not provide investment advice or recommendations and investors are responsible for their own investment decisions. This transaction is subject to the Agreement on the reverse side. ® Registered trademark of The Bank of Nova Scotia. Used under license.

**CIPF**
Canadian Investor Protection Fund
M E M B E R
**P 1**



**Confirmation Notice**

CONDITIONS

Without limiting in any way or otherwise affecting our rights under any other contracts between us, you agree to the following:
*Order execution only account means that Scotia iTRADE does not provide recommendations or accept any responsibility to advise clients on the suitability of investment decisions or transactions.

All transactions are subject to the by-laws, regulations and customs of the stock exchange where executed, and any clearing house involved, and of any regulatory authority including any association of brokers or dealers having jurisdiction, and to the terms and conditions of any relevant customer's or trading agreement which you have entered into with us. In the case of an exchange transaction the name of the exchange (and clearing house, if any) and of the other broker will be furnished upon request. Details of the individual representative who accepted your order(s) are available on request. Please contact the branch manager.

If settlement or provision for settlement of this transaction is not made by the settlement date shown hereon, or by the date ("accrued interest date") to which accrued interest is calculated as shown hereon, whichever date is applicable, this transaction may be closed out without notice to you by the sale or purchase of the related securities, whichever action is appropriate and we will claim from you any balance owing to us or credit to you any balance owing to you as a result of such action. Unless already in our possession, payment or security should reach us by the settlement date or accrued interest date indicated. Payments on accounts received after the indicated date may result in interest being charged on the unpaid balance until the balance is paid.

Any demand, advertisement or notice which may be given to you shall not be a waiver of any right to take any action which we may be authorized to exercise without demand, advertisement or notice.

Whenever and so often as you are indebted to us, all securities and property (hereinafter called "securities") held by us for you or on your account shall be collateral security for the payment of your indebtedness from time to time and we shall have the right to loan such securities and raise money on them and pledge and repledge them either separately or in our general loans or otherwise together with any securities belonging to us or to others, the whole in such manner and on such terms and conditions and for such amount whether more or less than the amount due by you, and for such purposes as we may deem advisable, and if we deem it necessary for our protection, we shall have the right to buy in securities of which your account may be short and to sell securities of which your account may be long, the whole publicly or privately and without demand for margin and without notice.

In placing the order to effect this transaction, you shall be taken to represent to us that you have full capacity power and authority to enter into this transaction and that any securities to be sold by us on your behalf are free of encumbrance and of any restraint (whether imposed by law, any regulatory authority contract or otherwise) on their distribution to the public or sale in any market and are in all respects freely tradeable.

This transaction shall be deemed and treated as authorized and correct and as ratified and confirmed by you unless we receive written notice to the contrary. If you do not agree with the information hereon, please advise us promptly.

**Currency Conversion & Fixed Income Fees:** We will act as principal in fixed income and currency conversion transactions. Scotia Capital Inc. and others apply discretionary currency conversion rates and may earn revenue on currency conversion transactions based on the spread between the bid and ask prices for the currency then in effect and the principal's costs and, on offsetting transactions, based on the difference between the FX rate charged our clients and discretionary rates applied to the offsetting transactions. Conversion of currency will take place on the trade date. If a trade is executed for you in a foreign market and a currency conversion occurs, and the conversion rate applied is not displayed on the face of your trade confirmation, the rate applied is available to you on request.

Leverage/Margin Risk Disclosure Statement: Using borrowed money (whether through a margin account or otherwise) to purchase securities involves greater risk than using cash resources only. Please refer to the terms and conditions in the Account Agreement. Note: you should retain this statement for income tax purposes.

Customer accounts are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of coverage is available on request.

CODE INFORMATION/ NONVOT: NON-VOTING  RESVOT: RESTRICTED VOTING  SUBVOTE: SUBORDINATE VOTE

MV – MULTIPLE VOTING  LV – LIMITED VOTING

**Scotia iTRADE®**

**Customer Service**
44 King St. W., Concourse Level
Toronto, Ontario
M5H 1H1

Scotia iTRADE (Discount Broker – Order – Execution Only Account) is a division of Scotia Capital Inc. (SCI). SCI is a member of the Canadian Investor Protection Fund and the Investment Industry Regulatory Organization of Canada. Scotia iTRADE does not provide investment advice or recommendations and investors are responsible for their own investment decisions.

® Registered trademark of The Bank of Nova Scotia. Used under license.

**P 2**



## SCOTIA iTRADE®

**Confirmation Notice**

44 KING STREET WEST, CONCOURSE LEVEL
TORONTO, ONTARIO M5H 1H1

**ACCOUNT NO.**  **TYPE**
⬤⬤6809⬤  CASH

**FOR SETTLEMENT IN THIS OFFICE**

GLENN D TEASDALE      40**
41 BAXTER DRIVE
GUELPH ON  N1L 0G4

---

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT
OVER THE COUNTER – U.S.A.

DECEMBER 3, 2021
SETTLEMENT DATE    DECEMBER 7, 2021
ACCOUNT NO.       ⬤⬤6809⬤–CASH

AS PRINCIPAL, WE CONVERTED AT                    1.3005
TRANSACTION TYPE                                 BOUGHT

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 2,100 | META MATLS INC<br>COMMON STOCK<br>STP PET<br>EXCHANGE RATE    1.30050000 | @ | 3.26U$ |

| | |
|---|---|
| GROSS AMOUNT | 6,846.00 |
| COMMISSION | 9.99 |
| SUB TOTAL | 6,855.99 U$ |
| EXCHANGE | 2,060.22 |
| NET AMOUNT | 8,916.21 C$ |

---

**INVESTMENT REPRESENTATIVE**    TORONTO–PLAZA
IR No.                           S20
TEL.                             (800) 263–3430

REFERENCE G3357  /  CUSIP US59134N1046  /
SECURITY NO. M067927  /  ORDER NO. 563357  /  A  65

---

Scotia iTRADE (Discount Broker – Order–Execution Only Accounts) is a division of Scotia Capital Inc. (SCI). SCI is a member of the Canadian Investor Protection Fund and the Investment Industry Regulatory Organization of Canada. Scotia iTRADE does not provide investment advice or recommendations and investors are responsible for their own investment decisions. This transaction is subject to the Agreement on the reverse side. ® Registered trademark of The Bank of Nova Scotia. Used under license.

**CIPF**
Canadian Investor Protection Fund
M E M B E R

P 1



**Confirmation Notice**

CONDITIONS

Without limiting  in any way or otherwise affecting our rights under any other contracts between us, you agree to the following:
*Order execution  only account means that Scotia iTRADE does not provide recommendations or accept any responsibility to advise clients on the suitability of investment decisions or transactions.

All transactions  are subject to the by–laws, regulations and customs of the stock exchange where executed, and any clearing house involved, and  of any regulatory authority including any association of brokers or dealers having jurisdiction, and to the terms and conditions of  any relevant customer's or trading agreement which you have entered into with us. In the case of an exchange transaction the  name of the exchange (and clearing house, if any) and of the other broker will be furnished upon request. Details of the individual representative who accepted your order(s) are available on request. Please contact the branch manager.

If settlement  or provision for settlement of this transaction is not made by the settlement date shown hereon, or by the date ("accrued interest date")  to which accrued interest is calculated as shown hereon, whichever date is applicable, this transaction may be closed out without  notice to you by the sale or purchase of the related securities, whichever action is appropriate and we will claim from you any balance  owing to us or credit to you any balance owing to you as a result of such action. Unless already in our possession, payment or  security should reach us by the settlement date or accrued interest date indicated. Payments on accounts received after the indicated date may result in interest being charged on the unpaid balance until the balance is paid.

Any demand,  advertisement or notice which may be given to you shall not be a waiver of any right to take any action which we may be authorized to exercise without demand, advertisement or notice.

Whenever and  so often as you are indebted to us, all securities and property (hereinafter called "securities") held by us for you or on your account shall be collateral security for the payment of your indebtedness from time to time and we shall have the right to loan such securities  and raise money on them and pledge and repledge them either separately or in our general loans or otherwise together with  any securities belonging to us or to others, the whole in such manner and on such terms and conditions and for such amount whether  more or less than the amount due by you, and for such purposes as we may deem advisable, and if we deem it necessary for  our protection, we shall have the right to buy in securities of which your account may be short and to sell securities of which your account may be long, the whole publicly or privately and without demand for margin and without notice.

In placing  the order to effect this transaction, you shall be taken to represent to us that you have full capacity power and authority to enter into  this transaction and that any securities to be sold by us on your behalf are free of encumbrance and of any restraint (whether imposed by law, any regulatory authority contract or otherwise) on their distribution to the public or sale in any market and are in all respects freely tradeable.

This transaction  shall be deemed and treated as authorized and correct and as ratified and confirmed by you unless we receive written notice to the contrary. If you do not agree with the information hereon, please advise us promptly.

**Currency Conversion & Fixed Income Fees:**  We will act as principal in fixed income and currency conversion transactions. Scotia Capital Inc.  and others apply discretionary currency conversion rates and may earn revenue on currency conversion transactions based on  the spread between the bid and ask prices for the currency then in effect and the principal's costs and, on offsetting transactions, based  on the difference between the FX rate charged our clients and discretionary rates applied to the offsetting transactions. Conversion  of currency will take place on the trade date. If a trade is executed for you in a foreign market and a currency conversion  occurs, and the conversion rate applied is not displayed on the face of your trade confirmation, the rate applied is available to you on request.

Leverage/Margin Risk  Disclosure Statement: Using borrowed money (whether through a margin account or otherwise) to purchase securities involves  greater risk than using cash resources only. Please refer to the terms and conditions in the Account Agreement. Note: you should retain this statement for income tax purposes.

Customer accounts  are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of coverage is available on request.

CODE INFORMATION/  NONVOT: NON–VOTING  RESVOT: RESTRICTED VOTING  SUBVOTE: SUBORDINATE VOTE

MV – MULTIPLE VOTING  LV – LIMITED VOTING

**Scotia iTRADE®**

**Customer Service**

44 King St. W., Concourse Level
Toronto, Ontario
M5H 1H1

Scotia iTRADE  (Discount Broker – Order – Execution Only Account) is a division of Scotia Capital Inc. (SCI). SCI is a member of the Canadian Investor Protection Fund and the Investment Industry Regulatory Organization of Canada. Scotia iTRADE does not provide investment advice or recommendations and investors are responsible for their own investment decisions.

® Registered trademark of The Bank of Nova Scotia. Used under license.

**P 2**



# SCOTIA iTRADE®

44 KING STREET WEST, CONCOURSE LEVEL
TORONTO, ONTARIO M5H 1H1

## Confirmation Notice

**ACCOUNT NO.**  **TYPE**
████6809█    CASH

**FOR SETTLEMENT IN THIS OFFICE**

GLENN D TEASDALE    40**
41 BAXTER DRIVE
GUELPH ON  N1L 0G4

---

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT
OVER THE COUNTER – U.S.A.

DECEMBER 17, 2021
SETTLEMENT DATE    DECEMBER 21, 2021
ACCOUNT NO.    ████6809█–CASH

AS PRINCIPAL, WE CONVERTED AT                    1.301
TRANSACTION TYPE                              BOUGHT

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 2,400 | META MATLS INC<br>COMMON STOCK<br>STP PET<br>EXCHANGE RATE  1.30100000 | @ | 2.8989U$ |

| | |
|---|---|
| GROSS AMOUNT | 6,957.36 |
| COMMISSION | 9.99 |
| SUB TOTAL | 6,967.35 U$ |
| EXCHANGE | 2,097.17 |
| NET AMOUNT | 9,064.52 C$ |

---

| INVESTMENT REPRESENTATIVE | TORONTO–PLAZA | REFERENCE H2058  /  CUSIP US59134N1046  / |
|---|---|---|
| IR No. | S20 | SECURITY NO. M067927  /  ORDER NO. 572058  /  A  65 |
| TEL. | (800) 263–3430 | |

Scotia iTRADE (Discount Broker – Order–Execution Only Accounts) is a division of Scotia Capital Inc. (SCI). SCI is a member of the Canadian Investor Protection Fund and the Investment Industry Regulatory Organization of Canada. Scotia iTRADE does not provide investment advice or recommendations and investors are responsible for their own investment decisions. This transaction is subject to the Agreement on the reverse side. ® Registered trademark of The Bank of Nova Scotia. Used under license.



**CIPF**
Canadian Investor Protection Fund
M E M B E R

**P 1**



**Confirmation Notice**

CONDITIONS

**Without limiting** in any way or otherwise affecting our rights under any other contracts between us, you agree to the following:
*Order execution only account means that Scotia iTRADE does not provide recommendations or accept any responsibility to advise clients on the suitability of investment decisions or transactions.

All transactions are subject to the by–laws, regulations and customs of the stock exchange where executed, and any clearing house involved, and of any regulatory authority including any association of brokers or dealers having jurisdiction, and to the terms and conditions of any relevant customer's or trading agreement which you have entered into with us. In the case of an exchange transaction the name of the exchange (and clearing house, if any) and of the other broker will be furnished upon request. Details of the individual representative who accepted your order(s) are available on request. Please contact the branch manager.

If settlement or provision for settlement of this transaction is not made by the settlement date shown hereon, or by the date ("accrued interest date") to which accrued interest is calculated as shown hereon, whichever date is applicable, this transaction may be closed out without notice to you by the sale or purchase of the related securities, whichever action is appropriate and we will claim from you any balance owing to us or credit to you any balance owing to you as a result of such action. Unless already in our possession, payment or security should reach us by the settlement date or accrued interest date indicated. Payments on accounts received after the indicated date may result in interest being charged on the unpaid balance until the balance is paid.

Any demand, advertisement or notice which may be given to you shall not be a waiver of any right to take any action which we may be authorized to exercise without demand, advertisement or notice.

Whenever and so often as you are indebted to us, all securities and property (hereinafter called "securities") held by us for you or on your account shall be collateral security for the payment of your indebtedness from time to time and we shall have the right to loan such securities and raise money on them and pledge and repledge them either separately or in our general loans or otherwise together with any securities belonging to us or to others, the whole in such manner and on such terms and conditions and for such amount whether more or less than the amount due by you, and for such purposes as we may deem advisable, and if we deem it necessary for our protection, we shall have the right to buy in securities of which your account may be short and to sell securities of which your account may be long, the whole publicly or privately and without demand for margin and without notice.

In placing the order to effect this transaction, you shall be taken to represent to us that you have full capacity power and authority to enter into this transaction and that any securities to be sold by us on your behalf are free of encumbrance and of any restraint (whether imposed by law, any regulatory authority contract or otherwise) on their distribution to the public or sale in any market and are in all respects freely tradeable.

This transaction shall be deemed and treated as authorized and correct and as ratified and confirmed by you unless we receive written notice to the contrary. If you do not agree with the information hereon, please advise us promptly.

**Currency Conversion & Fixed Income Fees:** We will act as principal in fixed income and currency conversion transactions. Scotia Capital Inc. and others apply discretionary currency conversion rates and may earn revenue on currency conversion transactions based on the spread between the bid and ask prices for the currency then in effect and the principal's costs and, on offsetting transactions, based on the difference between the FX rate charged our clients and discretionary rates applied to the offsetting transactions. Conversion of currency will take place on the trade date. If a trade is executed for you in a foreign market and a currency conversion occurs, and the conversion rate applied is not displayed on the face of your trade confirmation, the rate applied is available to you on request.

Leverage/Margin Risk Disclosure Statement: Using borrowed money (whether through a margin account or otherwise) to purchase securities involves greater risk than using cash resources only. Please refer to the terms and conditions in the Account Agreement. Note: you should retain this statement for income tax purposes.

Customer accounts are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of coverage is available on request.

CODE INFORMATION/ NONVOT: NON–VOTING  RESVOT: RESTRICTED VOTING  SUBVOTE: SUBORDINATE VOTE

MV – MULTIPLE VOTING  LV – LIMITED VOTING

**Scotia iTRADE®**

**Customer Service**
44 King St. W., Concourse Level
Toronto, Ontario
M5H 1H1

Scotia iTRADE (Discount Broker – Order – Execution Only Account) is a division of Scotia Capital Inc. (SCI). SCI is a member of the Canadian Investor Protection Fund and the Investment Industry Regulatory Organization of Canada. Scotia iTRADE does not provide investment advice or recommendations and investors are responsible for their own investment decisions.

® Registered trademark of The Bank of Nova Scotia. Used under license.

**P 2**



# Confirmation Notice

**ACCOUNT NO.   TYPE**
●●●●6809●   CASH

**FOR SETTLEMENT IN THIS OFFICE**

44 KING STREET WEST, CONCOURSE LEVEL
TORONTO, ONTARIO M5H 1H1

GLENN D TEASDALE          40**
41 BAXTER DRIVE
GUELPH ON  N1L 0G4

---

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING SALE FOR YOUR ACCOUNT
OVER THE COUNTER – U.S.A.

|  | JANUARY 4, 2022 |
|---|---|
| SETTLEMENT DATE | JANUARY 6, 2022 |
| ACCOUNT NO. | ●●●●6809●–CASH |

AS PRINCIPAL, WE CONVERTED AT                     1.2505
TRANSACTION TYPE                                          SOLD

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 3,600 | META MATLS INC | @ | 2.7908US$ |
| | COMMON STOCK | | |
| | STP PET | | |
| | EXCHANGE RATE     1.25050000 | | |

| | |
|---|---|
| GROSS AMOUNT | 10,046.88 |
| COMMISSION | 9.99 |
| US TRADE FEE | .06 |
| SUB TOTAL | 10,036.83 US |
| EXCHANGE | 2,514.23 |
| NET AMOUNT | 12,551.06 CR C$ |

---

| INVESTMENT REPRESENTATIVE | TORONTO–PLAZA | REFERENCE F9827  /  CUSIP US59134N1046  / |
|---|---|---|
| IR No. | S20 | SECURITY NO. M067927  /  ORDER NO. 559827  / A 65 |
| TEL. | (800) 263–3430 | |

Scotia iTRADE (Discount Broker – Order–Execution Only Accounts) is a division of Scotia Capital Inc. (SCI). SCI is a member of the
Canadian Investor Protection Fund and the Investment Industry Regulatory Organization of Canada. Scotia iTRADE does not provide
investment advice or recommendations and investors are responsible for their own investment decisions. This transaction is subject to
the Agreement on the reverse side. ® Registered trademark of The Bank of Nova Scotia. Used under license.



**CIPF**
Canadian Investor Protection Fund
M E M B E R

**P 1**



**Confirmation Notice**

CONDITIONS

**Without limiting  in any way or otherwise affecting our rights under any other contracts between us, you agree to the following:**
**\*Order execution  only account means that Scotia iTRADE does not provide recommendations or accept any responsibility to advise clients on the suitability of investment decisions or transactions.**

All transactions  are subject to the by–laws, regulations and customs of the stock exchange where executed, and any clearing house involved, and  of any regulatory authority including any association of brokers or dealers having jurisdiction, and to the terms and conditions of  any relevant customer's or trading agreement which you have entered into with us. In the case of an exchange transaction the  name of the exchange (and clearing house, if any) and of the other broker will be furnished upon request. Details of the individual representative who accepted your order(s) are available on request. Please contact the branch manager.

If settlement  or provision for settlement of this transaction is not made by the settlement date shown hereon, or by the date ("accrued interest date") to which accrued interest is calculated as shown hereon, whichever date is applicable, this transaction may be closed out without  notice to you by the sale or purchase of the related securities, whichever action is appropriate and we will claim from you any balance  owing to us or credit to you any balance owing to you as a result of such action. Unless already in our possession, payment or security should reach us by the settlement date or accrued interest date indicated. Payments on accounts received after the indicated date may result in interest being charged on the unpaid balance until the balance is paid.

Any demand,  advertisement or notice which may be given to you shall not be a waiver of any right to take any action which we may be authorized to exercise without demand, advertisement or notice.

Whenever and  so often as you are indebted to us, all securities and property (hereinafter called "securities") held by us for you or on your account shall be collateral security for the payment of your indebtedness from time to time and we shall have the right to loan such securities  and raise money on them and pledge and repledge them either separately or in our general loans or otherwise together with  any securities belonging to us or to others, the whole in such manner and on such terms and conditions and for such amount whether  more or less than the amount due by you, and for such purposes as we may deem advisable, and if we deem it necessary for  our protection, we shall have the right to buy in securities of which your account may be short and to sell securities of which your account may be long, the whole publicly or privately and without demand for margin and without notice.

In placing  the order to effect this transaction, you shall be taken to represent to us that you have full capacity power and authority to enter into  this transaction and that any securities to be sold by us on your behalf are free of encumbrance and of any restraint (whether imposed by law, any regulatory authority contract or otherwise) on their distribution to the public or sale in any market and are in all respects freely tradeable.

This transaction  shall be deemed and treated as authorized and correct and as ratified and confirmed by you unless we receive written notice to the contrary. If you do not agree with the information hereon, please advise us promptly.

**Currency Conversion  & Fixed Income Fees:**  We will act as principal in fixed income and currency conversion transactions. Scotia Capital Inc.  and others apply discretionary currency conversion rates and may earn revenue on currency conversion transactions based on  the spread between the bid and ask prices for the currency then in effect and the principal's costs and, on offsetting transactions, based  on the difference between the FX rate charged our clients and discretionary rates applied to the offsetting transactions. Conversion  of currency will take place on the trade date. If a trade is executed for you in a foreign market and a currency conversion occurs, and the conversion rate applied is not displayed on the face of your trade confirmation, the rate applied is available to you on request.

Leverage/Margin Risk  Disclosure Statement: Using borrowed money (whether through a margin account or otherwise) to purchase securities involves  greater risk than using cash resources only. Please refer to the terms and conditions in the Account Agreement. Note: you should retain this statement for income tax purposes.

Customer accounts  are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of coverage is available on request.

CODE INFORMATION/  NONVOT: NON–VOTING  RESVOT: RESTRICTED VOTING  SUBVOTE: SUBORDINATE VOTE

MV – MULTIPLE VOTING  LV – LIMITED VOTING

**Scotia iTRADE®**

**Customer Service**

44 King St. W., Concourse Level
Toronto, Ontario
M5H 1H1

Scotia iTRADE  (Discount Broker – Order – Execution Only Account) is a division of Scotia Capital Inc. (SCI). SCI is a member of the Canadian Investor Protection Fund and the Investment Industry Regulatory Organization of Canada. Scotia iTRADE does not provide investment advice or recommendations and investors are responsible for their own investment decisions.

® Registered trademark of The Bank of Nova Scotia. Used under license.

**P 2**



**Confirmation Notice**

| ACCOUNT NO. | TYPE |
|---|---|
| ●■●6809■ | CASH |

**FOR SETTLEMENT IN THIS OFFICE**

44 KING STREET WEST, CONCOURSE LEVEL
TORONTO, ONTARIO M5H 1H1

GLENN D TEASDALE        40**
41 BAXTER DRIVE
GUELPH ON  N1L 0G4

---

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT
OVER THE COUNTER – U.S.A.

JANUARY 5, 2022
SETTLEMENT DATE    JANUARY 7, 2022
ACCOUNT NO.        ●■●6809■–CASH

| | | |
|---|---|---|
| AS PRINCIPAL, WE CONVERTED AT | | 1.2915 |
| TRANSACTION TYPE | | BOUGHT |

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 3,000 | META MATLS INC | @ | 2.725U$ |
| | COMMON STOCK | | |
| | AVG PRICE SHOWN–DETAILS ON REQ | | |
| | STP PET | | |
| | EXCHANGE RATE    1.29150000 | | |

| | |
|---|---|
| GROSS AMOUNT | 8,175.00 |
| COMMISSION | 19.98 |
| SUB TOTAL | 8,194.98 U$ |
| EXCHANGE | 2,388.84 |
| NET AMOUNT | 10,583.82 C$ |

---

| INVESTMENT REPRESENTATIVE | TORONTO–PLAZA | REFERENCE F6652  /  CUSIP US59134N1046  / |
|---|---|---|
| IR No. | S20 | SECURITY NO. M067927  /  ORDER NO. 556652  /  A  AT  65 |
| TEL. | (800) 263–3430 | |

Scotia iTRADE (Discount Broker – Order–Execution Only Accounts) is a division of Scotia Capital Inc. (SCI). SCI is a member of the Canadian Investor Protection Fund and the Investment Industry Regulatory Organization of Canada. Scotia iTRADE does not provide investment advice or recommendations and investors are responsible for their own investment decisions. This transaction is subject to the Agreement on the reverse side. ® Registered trademark of The Bank of Nova Scotia. Used under license.

**CIPF**
Canadian Investor Protection Fund
M E M B E R

P 1



**Confirmation Notice**

CONDITIONS

**Without limiting  In any way or otherwise affecting our rights under any other contracts between us, you agree to the following:**
**\*Order execution  only account means that Scotia iTRADE does not provide recommendations or accept any responsibility to advise clients on the suitability of investment decisions or transactions.**

All transactions  are subject to the by–laws, regulations and customs of the stock exchange where executed, and any clearing house involved, and  of any regulatory authority including any association of brokers or dealers having jurisdiction, and to the terms and conditions of  any relevant customer's or trading agreement which you have entered into with us. In the case of an exchange transaction the  name of the exchange (and clearing house, if any) and of the other broker will be furnished upon request. Details of the individual representative who accepted your order(s) are available on request. Please contact the branch manager.

If settlement  or provision for settlement of this transaction is not made by the settlement date shown hereon, or by the date ("accrued interest date") to which accrued interest is calculated as shown hereon, whichever date is applicable, this transaction may be closed out without  notice to you by the sale or purchase of the related securities, whichever action is appropriate and we will claim from you any balance  owing to us or credit to you any balance owing to you as a result of such action. Unless already in our possession, payment or  security should reach us by the settlement date or accrued interest date indicated. Payments on accounts received after the indicated date may result in interest being charged on the unpaid balance until the balance is paid.

Any demand,  advertisement or notice which may be given to you shall not be a waiver of any right to take any action which we may be authorized to exercise without demand, advertisement or notice.

Whenever and  so often as you are indebted to us, all securities and property (hereinafter called "securities") held by us for you or on your account  shall be collateral security for the payment of your indebtedness from time to time and we shall have the right to loan such securities  and raise money on them and pledge and repledge them either separately or in our general loans or otherwise together with  any securities belonging to us or to others, the whole in such manner and on such terms and conditions and for such amount whether  more or less than the amount due by you, and for such purposes as we may deem advisable, and if we deem it necessary for  our protection, we shall have the right to buy in securities of which your account may be short and to sell securities of which your  account may be long, the whole publicly or privately and without demand for margin and without notice.

In placing  the order to effect this transaction, you shall be taken to represent to us that you have full capacity power and authority to enter into  this transaction and that any securities to be sold by us on your behalf are free of encumbrance and of any restraint (whether imposed  by law, any regulatory authority contract or otherwise) on their distribution to the public or sale in any market and are in all respects freely tradeable.

This transaction  shall be deemed and treated as authorized and correct and as ratified and confirmed by you unless we receive written notice to the contrary. If you do not agree with the information hereon, please advise us promptly.

**Currency Conversion  & Fixed Income Fees:**  We will act as principal in fixed income and currency conversion transactions. Scotia Capital Inc.  and others apply discretionary currency conversion rates and may earn revenue on currency conversion transactions based on  the spread between the bid and ask prices for the currency then in effect and the principal's costs and, on offsetting transactions, based  on the difference between the FX rate charged our clients and discretionary rates applied to the offsetting transactions. Conversion  of currency will take place on the trade date. If a trade is executed for you in a foreign market and a currency conversion  occurs, and the conversion rate applied is not displayed on the face of your trade confirmation, the rate applied is available to you on request.

Leverage/Margin Risk  Disclosure Statement: Using borrowed money (whether through a margin account or otherwise) to purchase securities involves  greater risk than using cash resources only. Please refer to the terms and conditions in the Account Agreement. Note: you should retain this statement for income tax purposes.

Customer accounts  are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of coverage is available on request.

CODE INFORMATION/  NONVOT: NON–VOTING  RESVOT: RESTRICTED VOTING  SUBVOTE: SUBORDINATE VOTE

MV – MULTIPLE VOTING  LV – LIMITED VOTING

**Scotia iTRADE®**

**Customer Service**
44 King St. W., Concourse Level
Toronto, Ontario
M5H 1H1

Scotia iTRADE (Discount Broker – Order – Execution Only Account) is a division of Scotia Capital Inc. (SCI). SCI is a member of the Canadian Investor Protection Fund and the Investment Industry Regulatory Organization of Canada. Scotia iTRADE does not provide investment advice or recommendations and investors are responsible for their own investment decisions.

®  Registered trademark of The Bank of Nova Scotia. Used under license.



**Confirmation Notice**

**ACCOUNT NO.**    **TYPE**
████6809█            CASH

**FOR SETTLEMENT IN THIS OFFICE**

44 KING STREET WEST, CONCOURSE LEVEL
TORONTO, ONTARIO M5H 1H1

GLENN D TEASDALE        40**
41 BAXTER DRIVE
GUELPH ON  N1L 0G4

---

| | |
|---|---|
| AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT OVER THE COUNTER – U.S.A. | FEBRUARY 1, 2022 |
| | SETTLEMENT DATE    FEBRUARY 3, 2022 |
| | ACCOUNT NO.        ████6809█–CASH |

| | |
|---|---|
| AS PRINCIPAL, WE CONVERTED AT | 1.288 |
| TRANSACTION TYPE | BOUGHT |

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 1,000 | META MATLS INC | @ | 1.8089US$ |
| | COMMON STOCK | | |
| | STP PET | | |
| | EXCHANGE RATE    1.28800000 | | |

| | |
|---|---|
| GROSS AMOUNT | 1,808.90 |
| COMMISSION | 9.99 |
| | |
| SUB TOTAL | 1,818.89 US |
| EXCHANGE | 523.84 |
| NET AMOUNT | 2,342.73 C$ |

---

| | | |
|---|---|---|
| INVESTMENT REPRESENTATIVE | TORONTO–PLAZA | REFERENCE F0653  /  CUSIP US59134N1046  / |
| IR No. | S20 | SECURITY NO. M067927  /  ORDER NO. 550653  /  A  65 |
| TEL. | (800) 263–3430 | |

Scotia iTRADE (Discount Broker – Order–Execution Only Accounts) is a division of Scotia Capital Inc. (SCI). SCI is a member of the Canadian Investor Protection Fund and the Investment Industry Regulatory Organization of Canada. Scotia iTRADE does not provide investment advice or recommendations and investors are responsible for their own investment decisions. This transaction is subject to the Agreement on the reverse side. ® Registered trademark of The Bank of Nova Scotia. Used under license.

**CIPF**
Canadian Investor Protection Fund
M E M B E R

**P 1**



**Confirmation Notice**

CONDITIONS

**Without limiting  in any way or otherwise affecting our rights under any other contracts between us, you agree to the following:**
**\*Order execution  only account means that Scotia iTRADE does not provide recommendations or accept any responsibility to advise clients on the suitability of investment decisions or transactions.**

All transactions  are subject to the by-laws, regulations and customs of the stock exchange where executed, and any clearing house involved, and  of any regulatory authority including any association of brokers or dealers having jurisdiction, and to the terms and conditions of  any relevant customer's or trading agreement which you have entered into with us. In the case of an exchange transaction the  name of the exchange (and clearing house, if any) and of the other broker will be furnished upon request. Details of the individual representative who accepted your order(s) are available on request. Please contact the branch manager.

If settlement  or provision for settlement of this transaction is not made by the settlement date shown hereon, or by the date ("accrued interest date") to which accrued interest is calculated as shown hereon, whichever date is applicable, this transaction may be closed out without  notice to you by the sale or purchase of the related securities, whichever action is appropriate and we will claim from you any balance  owing to us or credit to you any balance owing to you as a result of such action. Unless already in our possession, payment or  security should reach us by the settlement date or accrued interest date indicated. Payments on accounts received after the indicated date may result in interest being charged on the unpaid balance until the balance is paid.

Any demand,  advertisement or notice which may be given to you shall not be a waiver of any right to take any action which we may be authorized to exercise without demand, advertisement or notice.

Whenever and  so often as you are indebted to us, all securities and property (hereinafter called "securities") held by us for you or on your account shall be collateral security for the payment of your indebtedness from time to time and we shall have the right to loan such securities  and raise money on them and pledge and repledge them either separately or in our general loans or otherwise together with  any securities belonging to us or to others, the whole in such manner and on such terms and conditions and for such amount whether  more or less than the amount due by you, and for such purposes as we may deem advisable, and if we deem it necessary for  our protection, we shall have the right to buy in securities of which your account may be short and to sell securities of which your account may be long, the whole publicly or privately and without demand for margin and without notice.

In placing  the order to effect this transaction, you shall be taken to represent to us that you have full capacity power and authority to enter into  this transaction and that any securities to be sold by us on your behalf are free of encumbrance and of any restraint (whether imposed by law, any regulatory authority contract or otherwise) on their distribution to the public or sale in any market and are in all respects freely tradeable.

This transaction  shall be deemed and treated as authorized and correct and as ratified and confirmed by you unless we receive written notice to the contrary. If you do not agree with the information hereon, please advise us promptly.

**Currency Conversion & Fixed Income Fees:**  We will act as principal in fixed income and currency conversion transactions. Scotia Capital Inc.  and others apply discretionary currency conversion rates and may earn revenue on currency conversion transactions based on  the spread between the bid and ask prices for the currency then in effect and the principal's costs and, on offsetting transactions, based  on the difference between the FX rate charged our clients and discretionary rates applied to the offsetting transactions. Conversion  of currency will take place on the trade date. If a trade is executed for you in a foreign market and a currency conversion  occurs, and the conversion rate applied is not displayed on the face of your trade confirmation, the rate applied is available to you on request.

Leverage/Margin Risk Disclosure Statement: Using borrowed money (whether through a margin account or otherwise) to purchase securities involves  greater risk than using cash resources only. Please refer to the terms and conditions in the Account Agreement. Note: you should retain this statement for income tax purposes.

Customer accounts  are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of coverage is available on request.

CODE INFORMATION/  NONVOT: NON-VOTING  RESVOT: RESTRICTED VOTING  SUBVOTE: SUBORDINATE VOTE

MV – MULTIPLE VOTING  LV – LIMITED VOTING

**Scotia iTRADE®**

**Customer Service**
44 King St. W., Concourse Level
Toronto, Ontario
M5H 1H1

Scotia iTRADE (Discount Broker – Order – Execution Only Account) is a division of Scotia Capital Inc. (SCI). SCI is a member of the Canadian Investor Protection Fund and the Investment Industry Regulatory Organization of Canada. Scotia iTRADE does not provide investment advice or recommendations and investors are responsible for their own investment decisions.

® Registered trademark of The Bank of Nova Scotia. Used under license.

**P 2**



# Confirmation Notice

| ACCOUNT NO. | TYPE |
|---|---|
| 6809 | CASH |

**FOR SETTLEMENT IN THIS OFFICE**

44 KING STREET WEST, CONCOURSE LEVEL
TORONTO, ONTARIO M5H 1H1

GLENN D TEASDALE      40**
41 BAXTER DRIVE
GUELPH ON  N1L 0G4

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT
OVER THE COUNTER – U.S.A.

MARCH 23, 2022
SETTLEMENT DATE      MARCH 25, 2022
ACCOUNT NO.          6809 –CASH

| AS PRINCIPAL, WE CONVERTED AT | | 1.2785 |
|---|---|---|
| TRANSACTION TYPE | | BOUGHT |

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 290 | META MATLS INC | @ | 1.94U$ |
| | COMMON STOCK | | |
| | STP PET | | |
| | EXCHANGE RATE   1.27850000 | | |

| GROSS AMOUNT | 562.60 |
|---|---|
| COMMISSION | 9.99 |

| SUB TOTAL | 572.59 U$ |
|---|---|
| EXCHANGE | 159.47 |
| NET AMOUNT | 732.06 C$ |

| INVESTMENT REPRESENTATIVE | TORONTO–PLAZA | | REFERENCE G7682  /  CUSIP US59134N1046  / |
|---|---|---|---|
| IR No. | S20 | | SECURITY NO. M067927  /  ORDER NO. 567682  /  A  65 |
| TEL. | (800) 263–3430 | | |

Scotia iTRADE (Discount Broker – Order–Execution Only Accounts) is a division of Scotia Capital Inc. (SCI). SCI is a member of the Canadian Investor Protection Fund and the Investment Industry Regulatory Organization of Canada. Scotia iTRADE does not provide investment advice or recommendations and investors are responsible for their own investment decisions. This transaction is subject to the Agreement on the reverse side. ® Registered trademark of The Bank of Nova Scotia. Used under license.

CIPF
Canadian Investor Protection Fund
M E M B E R

P 1

 **SCOTIA iTRADE®**                                    **Confirmation Notice**

CONDITIONS

**Without limiting in any way or otherwise affecting our rights under any other contracts between us, you agree to the following:**
**\*Order execution only account means that Scotia iTRADE does not provide recommendations or accept any responsibility to advise clients on the suitability of investment decisions or transactions.**

All transactions are subject to the by–laws, regulations and customs of the stock exchange where executed, and any clearing house involved, and of any regulatory authority including any association of brokers or dealers having jurisdiction, and to the terms and conditions of any relevant customer's or trading agreement which you have entered into with us. In the case of an exchange transaction the name of the exchange (and clearing house, if any) and of the other broker will be furnished upon request. Details of the individual representative who accepted your order(s) are available on request. Please contact the branch manager.

If settlement or provision for settlement of this transaction is not made by the settlement date shown hereon, or by the date ("accrued interest date") to which accrued interest is calculated as shown hereon, whichever date is applicable, this transaction may be closed out without notice to you by the sale or purchase of the related securities, whichever action is appropriate and we will claim from you any balance owing to us or credit to you any balance owing to you as a result of such action. Unless already in our possession, payment or security should reach us by the settlement date or accrued interest date indicated. Payments on accounts received after the indicated date may result in interest being charged on the unpaid balance until the balance is paid.

Any demand, advertisement or notice which may be given to you shall not be a waiver of any right to take any action which we may be authorized to exercise without demand, advertisement or notice.

Whenever and so often as you are indebted to us, all securities and property (hereinafter called "securities") held by us for you or on your account shall be collateral security for the payment of your indebtedness from time to time and we shall have the right to loan such securities and raise money on them and pledge and repledge them either separately or in our general loans or otherwise together with any securities belonging to us or to others, the whole in such manner and on such terms and conditions and for such amount whether more or less than the amount due by you, and for such purposes as we may deem advisable, and if we deem it necessary for our protection, we shall have the right to buy in securities of which your account may be short and to sell securities of which your account may be long, the whole publicly or privately and without demand for margin and without notice.

In placing the order to effect this transaction, you shall be taken to represent to us that you have full capacity power and authority to enter into this transaction and that any securities to be sold by us on your behalf are free of encumbrance and of any restraint (whether imposed by law, any regulatory authority contract or otherwise) on their distribution to the public or sale in any market and are in all respects freely tradeable.

This transaction shall be deemed and treated as authorized and correct and as ratified and confirmed by you unless we receive written notice to the contrary. If you do not agree with the information hereon, please advise us promptly.

**Currency Conversion & Fixed Income Fees:** We will act as principal in fixed income and currency conversion transactions. Scotia Capital Inc. and others apply discretionary currency conversion rates and may earn revenue on currency conversion transactions based on the spread between the bid and ask prices for the currency then in effect and the principal's costs and, on offsetting transactions, based on the difference between the FX rate charged our clients and discretionary rates applied to the offsetting transactions. Conversion of currency will take place on the trade date. If a trade is executed for you in a foreign market and a currency conversion occurs, and the conversion rate applied is not displayed on the face of your trade confirmation, the rate applied is available to you on request.

Leverage/Margin Risk Disclosure Statement: Using borrowed money (whether through a margin account or otherwise) to purchase securities involves greater risk than using cash resources only. Please refer to the terms and conditions in the Account Agreement. Note: you should retain this statement for income tax purposes.

Customer accounts are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of coverage is available on request.

CODE INFORMATION/ NONVOT: NON–VOTING  RESVOT: RESTRICTED VOTING  SUBVOTE: SUBORDINATE VOTE

MV – MULTIPLE VOTING  LV – LIMITED VOTING

**Scotia iTRADE®**

**Customer Service**
44 King St. W., Concourse Level
Toronto, Ontario
M5H 1H1

Scotia iTRADE (Discount Broker – Order – Execution Only Account) is a division of Scotia Capital Inc. (SCI). SCI is a member of the Canadian Investor Protection Fund and the Investment Industry Regulatory Organization of Canada. Scotia iTRADE does not provide investment advice or recommendations and investors are responsible for their own investment decisions.

® Registered trademark of The Bank of Nova Scotia. Used under license.

**P 2**



**Confirmation Notice**

**ACCOUNT NO.** **TYPE**
████6809██ CASH

**FOR SETTLEMENT IN THIS OFFICE**

44 KING STREET WEST, CONCOURSE LEVEL
TORONTO, ONTARIO M5H 1H1

GLENN D TEASDALE    40**
41 BAXTER DRIVE
GUELPH ON  N1L 0G4

---

|  |  | JULY 19, 2022 |
|---|---|---|
| AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT OVER THE COUNTER – U.S.A. | SETTLEMENT DATE | JULY 21, 2022 |
|  | ACCOUNT NO. | ████6809██–CASH |

| AS PRINCIPAL, WE CONVERTED AT | 1.3135 |
|---|---|
| TRANSACTION TYPE | BOUGHT |

| Quantity | Security Description |  | Unit Price |
|---|---|---|---|
| 2,100 | META MATLS INC COMMON STOCK STP PET EXCHANGE RATE   1.31350000 | @ | .9383U$ |

| GROSS AMOUNT | 1,970.43 |
|---|---|
| COMMISSION | 9.99 |
| SUB TOTAL | 1,980.42 U$ |
| EXCHANGE | 620.86 |
| NET AMOUNT | 2,601.28 C$ |

| INVESTMENT REPRESENTATIVE | TORONTO–PLAZA | REFERENCE G3549  /  CUSIP US59134N1046  / |
|---|---|---|
| IR No. | S20 | SECURITY NO. M067927  /  ORDER NO. 563549  /  A  65 |
| TEL. | (800) 263–3430 |  |

Scotia iTRADE (Discount Broker – Order–Execution Only Accounts) is a division of Scotia Capital Inc. (SCI). SCI is a member of the Canadian Investor Protection Fund and the Investment Industry Regulatory Organization of Canada. Scotia iTRADE does not provide investment advice or recommendations and investors are responsible for their own investment decisions. This transaction is subject to the Agreement on the reverse side. ® Registered trademark of The Bank of Nova Scotia. Used under license.

**CIPF**
Canadian Investor Protection Fund
M E M B E R

P 1



**Confirmation Notice**

CONDITIONS

**Without limiting in any way or otherwise affecting our rights under any other contracts between us, you agree to the following:**
*Order execution only account means that Scotia iTRADE does not provide recommendations or accept any responsibility to advise clients on the suitability of investment decisions or transactions.

All transactions are subject to the by-laws, regulations and customs of the stock exchange where executed, and any clearing house involved, and of any regulatory authority including any association of brokers or dealers having jurisdiction, and to the terms and conditions of any relevant customer's or trading agreement which you have entered into with us. In the case of an exchange transaction the name of the exchange (and clearing house, if any) and of the other broker will be furnished upon request. Details of the individual representative who accepted your order(s) are available on request. Please contact the branch manager.

If settlement or provision for settlement of this transaction is not made by the settlement date shown hereon, or by the date ("accrued interest date") to which accrued interest is calculated as shown hereon, whichever date is applicable, this transaction may be closed out without notice to you by the sale or purchase of the related securities, whichever action is appropriate and we will claim from you any balance owing to us or credit to you any balance owing to you as a result of such action. Unless already in our possession, payment or security should reach us by the settlement date or accrued interest date indicated. Payments on accounts received after the indicated date may result in interest being charged on the unpaid balance until the balance is paid.

Any demand, advertisement or notice which may be given to you shall not be a waiver of any right to take any action which we may be authorized to exercise without demand, advertisement or notice.

Whenever and so often as you are indebted to us, all securities and property (hereinafter called "securities") held by us for you or on your account shall be collateral security for the payment of your indebtedness from time to time and we shall have the right to loan such securities and raise money on them and pledge and repledge them either separately or in our general loans or otherwise together with any securities belonging to us or to others, the whole in such manner and on such terms and conditions and for such amount whether more or less than the amount due by you, and for such purposes as we may deem advisable, and if we deem it necessary for our protection, we shall have the right to buy in securities of which your account may be short and to sell securities of which your account may be long, the whole publicly or privately and without demand for margin and without notice.

In placing the order to effect this transaction, you shall be taken to represent to us that you have full capacity power and authority to enter into this transaction and that any securities to be sold by us on your behalf are free of encumbrance and of any restraint (whether imposed by law, any regulatory authority contract or otherwise) on their distribution to the public or sale in any market and are in all respects freely tradeable.

This transaction shall be deemed and treated as authorized and correct and as ratified and confirmed by you unless we receive written notice to the contrary. If you do not agree with the information hereon, please advise us promptly.

**Currency Conversion & Fixed Income Fees:** We will act as principal in fixed income and currency conversion transactions. Scotia Capital Inc. and others apply discretionary currency conversion rates and may earn revenue on currency conversion transactions based on the spread between the bid and ask prices for the currency then in effect and the principal's costs and, on offsetting transactions, based on the difference between the FX rate charged our clients and discretionary rates applied to the offsetting transactions. Conversion of currency will take place on the trade date. If a trade is executed for you in a foreign market and a currency conversion occurs, and the conversion rate applied is not displayed on the face of your trade confirmation, the rate applied is available to you on request.

Leverage/Margin Risk Disclosure Statement: Using borrowed money (whether through a margin account or otherwise) to purchase securities involves greater risk than using cash resources only. Please refer to the terms and conditions in the Account Agreement. Note: you should retain this statement for income tax purposes.

Customer accounts are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of coverage is available on request.

CODE INFORMATION/ NONVOT: NON-VOTING  RESVOT: RESTRICTED VOTING  SUBVOTE: SUBORDINATE VOTE

MV – MULTIPLE VOTING  LV – LIMITED VOTING

**Scotia iTRADE®**

**Customer Service**
44 King St. W., Concourse Level
Toronto, Ontario
M5H 1H1

Scotia iTRADE (Discount Broker – Order – Execution Only Account) is a division of Scotia Capital Inc. (SCI). SCI is a member of the Canadian Investor Protection Fund and the Investment Industry Regulatory Organization of Canada. Scotia iTRADE does not provide investment advice or recommendations and investors are responsible for their own investment decisions.

® Registered trademark of The Bank of Nova Scotia. Used under license.

**P 2**

# Scotia iTRADE®

## Confirmation Notice

44 KING STREET WEST, CONCOURSE LEVEL
TORONTO, ONTARIO M5H 1H1

**ACCOUNT NO.  TYPE**
●●●●6809●  CASH

**FOR SETTLEMENT IN THIS OFFICE**

GLENN D TEASDALE       40**
41 BAXTER DRIVE
GUELPH ON  N1L 0G4

---

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT
OVER THE COUNTER – U.S.A.

JULY 21, 2023
SETTLEMENT DATE    JULY 25, 2023
ACCOUNT NO.        ●●●●6809●–CASH

AS PRINCIPAL, WE CONVERTED AT                           1.338
TRANSACTION TYPE                                      BOUGHT

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 3,500 | META MATLS INC COMMON STOCK STP PET | @ | .2216U$ |
| | EXCHANGE RATE    1.33800000 | | |

| | |
|---|---|
| GROSS AMOUNT | 775.60 |
| COMMISSION | 9.99 |
| SUB TOTAL | 785.59 U$ |
| EXCHANGE | 265.53 |
| NET AMOUNT | 1,051.12 C$ |

---

INVESTMENT REPRESENTATIVE   TORONTO–PLAZA
IR No.                      S20
TEL.                        (800) 263–3430

REFERENCE G0382  /  CUSIP US59134N1046  /
SECURITY NO. M067927  /  ORDER NO. 560382  /  A  65


Scotia iTRADE (Discount Broker – Order–Execution Only Accounts) is a division of Scotia Capital Inc. (SCI). SCI is a member of the
Canadian Investor Protection Fund and the Investment Industry Regulatory Organization of Canada. Scotia iTRADE does not provide
investment advice or recommendations and investors are responsible for their own investment decisions. This transaction is subject to
the Agreement on the reverse side. ® Registered trademark of The Bank of Nova Scotia. Used under license.


**CIPF**
Canadian Investor Protection Fund
MEMBER

P 1

**Scotia iTRADE®**                                    **Confirmation Notice**



CONDITIONS

**Without limiting** In any way or otherwise affecting our rights under any other contracts between us, you agree to the following:
*Order execution only account means that Scotia iTRADE does not provide recommendations or accept any responsibility to advise clients on the suitability of investment decisions or transactions.

All transactions are subject to the by-laws, regulations and customs of the stock exchange where executed, and any clearing house involved, and of any regulatory authority including any association of brokers or dealers having jurisdiction, and to the terms and conditions of any relevant customer's or trading agreement which you have entered into with us. In the case of an exchange transaction the name of the exchange (and clearing house, if any) and of the other broker will be furnished upon request. Details of the individual representative who accepted your order(s) are available on request. Please contact the branch manager.

If settlement or provision for settlement of this transaction is not made by the settlement date shown hereon, or by the date ("accrued interest date") to which accrued interest is calculated as shown hereon, whichever date is applicable, this transaction may be closed out without notice to you by the sale or purchase of the related securities, whichever action is appropriate and we will claim from you any balance owing to us or credit to you any balance owing to you as a result of such action. Unless already in our possession, payment or security should reach us by the settlement date or accrued interest date indicated. Payments on accounts received after the indicated date may result in interest being charged on the unpaid balance until the balance is paid.

Any demand, advertisement or notice which may be given to you shall not be a waiver of any right to take any action which we may be authorized to exercise without demand, advertisement or notice.

Whenever and so often as you are indebted to us, all securities and property (hereinafter called "securities") held by us for you or on your account shall be collateral security for the payment of your indebtedness from time to time and we shall have the right to loan such securities and raise money on them and pledge and repledge them either separately or in our general loans or otherwise together with any securities belonging to us or to others, the whole in such manner and on such terms and conditions and for such amount whether more or less than the amount due by you, and for such purposes as we may deem advisable, and if we deem it necessary for our protection, we shall have the right to buy in securities of which your account may be short and to sell securities of which your account may be long, the whole publicly or privately and without demand for margin and without notice.

In placing the order to effect this transaction, you shall be taken to represent to us that you have full capacity power and authority to enter into this transaction and that any securities to be sold by us on your behalf are free of encumbrance and of any restraint (whether imposed by law, any regulatory authority contract or otherwise) on their distribution to the public or sale in any market and are in all respects freely tradeable.

This transaction shall be deemed and treated as authorized and correct and as ratified and confirmed by you unless we receive written notice to the contrary. If you do not agree with the information hereon, please advise us promptly.

**Currency Conversion & Fixed Income Fees:**  We will act as principal in fixed income and currency conversion transactions. Scotia Capital Inc. and others apply discretionary currency conversion rates and may earn revenue on currency conversion transactions based on the spread between the bid and ask prices for the currency then in effect and the principal's costs and, on offsetting transactions, based on the difference between the FX rate charged our clients and discretionary rates applied to the offsetting transactions. Conversion of currency will take place on the trade date. If a trade is executed for you in a foreign market and a currency conversion occurs, and the conversion rate applied is not displayed on the face of your trade confirmation, the rate applied is available to you on request.

**Disclosure related to GICs:**   Interest is calculated daily. Interest on compound GICs is compounded annually on the anniversary date of the GIC. The principal and interest are then paid on the maturity date. For non-compound GICs, issuer will pay interest on the principal at an annual fixed rate and frequency indicated.

Leverage/Margin Risk Disclosure Statement: Using borrowed money (whether through a margin account or otherwise) to purchase securities involves greater risk than using cash resources only. Please refer to the terms and conditions in the Account Agreement. Note: you should retain this statement for income tax purposes.

Customer accounts are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of coverage is available on request.

CODE INFORMATION/  NONVOT: NON-VOTING  RESVOT: RESTRICTED VOTING  SUBVOTE: SUBORDINATE VOTE

MV – MULTIPLE VOTING  LV – LIMITED VOTING

**Scotia iTRADE®**

**Customer Service**
44 King St. W., Concourse Level
Toronto, Ontario
M5H 1H1

**P 2**



**Confirmation Notice**

ACCOUNT NO.   TYPE
⬤⬤⬤⬤68094⬤   CASH

**FOR SETTLEMENT IN THIS OFFICE**

*44 KING STREET WEST, CONCOURSE LEVEL*
*TORONTO, ONTARIO M5H 1H1*

GLENN D TEASDALE        40**
41 BAXTER DRIVE
GUELPH ON  N1L 0G4

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT
OVER THE COUNTER – U.S.A.

OCTOBER 4, 2022

SETTLEMENT DATE    OCTOBER 6, 2022
ACCOUNT NO.        ⬤⬤⬤⬤68094⬤–CASH

| AS PRINCIPAL, WE CONVERTED AT | | 1.375 |
| TRANSACTION TYPE | | BOUGHT |
| Quantity | Security Description | Unit Price |
| 3,800 | META MATLS INC | @    .65015U$ |
| | COMMON STOCK | |
| | AVG PRICE SHOWN–DETAILS ON REQ | |
| | STP PET | |
| | EXCHANGE RATE    1.37500000 | |

| GROSS AMOUNT | 2,470.60 |
| COMMISSION | 9.99 |
| SUB TOTAL | 2,480.59 U$ |
| EXCHANGE | 930.22 |
| NET AMOUNT | 3,410.81 C$ |

| INVESTMENT REPRESENTATIVE | TORONTO–PLAZA | REFERENCE G1686  /  CUSIP US59134N1046  / |
| IR No. | S20 | SECURITY NO. M067927  /  ORDER NO. 561686  /  A  AT  65 |
| TEL. | (800) 263–3430 | |

Scotia iTRADE (Discount Broker – Order–Execution Only Accounts) is a division of Scotia Capital Inc. (SCI). SCI is a member of the Canadian Investor Protection Fund and the Investment Industry Regulatory Organization of Canada. Scotia iTRADE does not provide investment advice or recommendations and investors are responsible for their own investment decisions. This transaction is subject to the Agreement on the reverse side. ® Registered trademark of The Bank of Nova Scotia. Used under license.

**CIPF**
Canadian Investor Protection Fund
M E M B E R

P 1



**Confirmation Notice**

CONDITIONS

**Without limiting in any way or otherwise affecting our rights under any other contracts between us, you agree to the following:**
**\*Order execution only account means that Scotia iTRADE does not provide recommendations or accept any responsibility to advise clients on the suitability of investment decisions or transactions.**

All transactions are subject to the by–laws, regulations and customs of the stock exchange where executed, and any clearing house involved, and of any regulatory authority including any association of brokers or dealers having jurisdiction, and to the terms and conditions of any relevant customer's or trading agreement which you have entered into with us. In the case of an exchange transaction the name of the exchange (and clearing house, if any) and of the other broker will be furnished upon request. Details of the individual representative who accepted your order(s) are available on request. Please contact the branch manager.

If settlement or provision for settlement of this transaction is not made by the settlement date shown hereon, or by the date ("accrued interest date") to which accrued interest is calculated as shown hereon, whichever date is applicable, this transaction may be closed out without notice to you by the sale or purchase of the related securities, whichever action is appropriate and we will claim from you any balance owing to us or credit to you any balance owing to you as a result of such action. Unless already in our possession, payment or security should reach us by the settlement date or accrued interest date indicated. Payments on accounts received after the indicated date may result in interest being charged on the unpaid balance until the balance is paid.

Any demand, advertisement or notice which may be given to you shall not be a waiver of any right to take any action which we may be authorized to exercise without demand, advertisement or notice.

Whenever and so often as you are indebted to us, all securities and property (hereinafter called "securities") held by us for you or on your account shall be collateral security for the payment of your indebtedness from time to time and we shall have the right to loan such securities and raise money on them and pledge and repledge them either separately or in our general loans or otherwise together with any securities belonging to us or to others, the whole in such manner and on such terms and conditions and for such amount whether more or less than the amount due by you, and for such purposes as we may deem advisable, and if we deem it necessary for our protection, we shall have the right to buy in securities of which your account may be short and to sell securities of which your account may be long, the whole publicly or privately and without demand for margin and without notice.

In placing the order to effect this transaction, you shall be taken to represent to us that you have full capacity power and authority to enter into this transaction and that any securities to be sold by us on your behalf are free of encumbrance and of any restraint (whether imposed by law, any regulatory authority contract or otherwise) on their distribution to the public or sale in any market and are in all respects freely tradeable.

This transaction shall be deemed and treated as authorized and correct and as ratified and confirmed by you unless we receive written notice to the contrary. If you do not agree with the information hereon, please advise us promptly.

**Currency Conversion & Fixed Income Fees:** We will act as principal in fixed income and currency conversion transactions. Scotia Capital Inc. and others apply discretionary currency conversion rates and may earn revenue on currency conversion transactions based on the spread between the bid and ask prices for the currency then in effect and the principal's costs and, on offsetting transactions, based on the difference between the FX rate charged our clients and discretionary rates applied to the offsetting transactions. Conversion of currency will take place on the trade date. If a trade is executed for you in a foreign market and a currency conversion occurs, and the conversion rate applied is not displayed on the face of your trade confirmation, the rate applied is available to you on request.

**Disclosure related to GICs:** Interest is calculated daily. Interest on compound GICs is compounded annually on the anniversary date of the GIC. The principal and interest are then paid on the maturity date. For non–compound GICs, issuer will pay interest on the principal at an annual fixed rate and frequency indicated.

Leverage/Margin Risk Disclosure Statement: Using borrowed money (whether through a margin account or otherwise) to purchase securities involves greater risk than using cash resources only. Please refer to the terms and conditions in the Account Agreement. Note: you should retain this statement for income tax purposes.

Customer accounts are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of coverage is available on request.

CODE INFORMATION/ NONVOT: NON–VOTING  RESVOT: RESTRICTED VOTING  SUBVOTE: SUBORDINATE VOTE

MV – MULTIPLE VOTING  LV – LIMITED VOTING

**Scotia iTRADE®**

**Customer Service**
44 King St. W., Concourse Level
Toronto, Ontario
M5H 1H1

**P 2**



**Confirmation Notice**

ACCOUNT NO.    TYPE
●●●●6809●    CASH

**FOR SETTLEMENT IN THIS OFFICE**

44 KING STREET WEST, CONCOURSE LEVEL
TORONTO, ONTARIO M5H 1H1

GLENN D TEASDALE        40**
41 BAXTER DRIVE
GUELPH ON  N1L 0G4

|  | NOVEMBER 10, 2022 |
|---|---|
| AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT OVER THE COUNTER – U.S.A. | SETTLEMENT DATE    NOVEMBER 15, 2022 |
|  | ACCOUNT NO.        ●●●●6809●–CASH |

| AS PRINCIPAL, WE CONVERTED AT | 1.3565 |
| TRANSACTION TYPE | BOUGHT |

| Quantity | Security Description |  | Unit Price |
|---|---|---|---|
| 2,500 | META MATLS INC | @ | 1.3091U$ |
|  | COMMON STOCK |  |  |
|  | STP PET |  |  |
|  | EXCHANGE RATE    1.35650000 |  |  |

| GROSS AMOUNT | 3,272.75 |
|---|---|
| COMMISSION | 9.99 |
| SUB TOTAL | 3,282.74 US |
| EXCHANGE | 1,170.30 |
| NET AMOUNT | 4,453.04 C$ |

| INVESTMENT REPRESENTATIVE | TORONTO–PLAZA | REFERENCE F0350  /  CUSIP US59134N1046  / |
| IR No. | S20 | SECURITY NO. M067927  /  ORDER NO. 550350  /  A  65 |
| TEL. | (800) 263–3430 | |

Scotia iTRADE (Discount Broker – Order–Execution Only Accounts) is a division of Scotia Capital Inc. (SCI). SCI is a member of the Canadian Investor Protection Fund and the Investment Industry Regulatory Organization of Canada. Scotia iTRADE does not provide investment advice or recommendations and investors are responsible for their own investment decisions. This transaction is subject to the Agreement on the reverse side. ® Registered trademark of The Bank of Nova Scotia. Used under license.

**CIPF**
Canadian Investor Protection Fund
**M E M B E R**

**P 1**



**Confirmation Notice**

CONDITIONS

**Without limiting in any way or otherwise affecting our rights under any other contracts between us, you agree to the following:**
**\*Order execution only account means that Scotia ITRADE does not provide recommendations or accept any responsibility to advise clients on the suitability of investment decisions or transactions.**

All transactions are subject to the by–laws, regulations and customs of the stock exchange where executed, and any clearing house involved, and of any regulatory authority including any association of brokers or dealers having jurisdiction, and to the terms and conditions of any relevant customer's or trading agreement which you have entered into with us. In the case of an exchange transaction the name of the exchange (and clearing house, if any) and of the other broker will be furnished upon request. Details of the individual representative who accepted your order(s) are available on request. Please contact the branch manager.

If settlement or provision for settlement of this transaction is not made by the settlement date shown hereon, or by the date ("accrued interest date") to which accrued interest is calculated as shown hereon, whichever date is applicable, this transaction may be closed out without notice to you by the sale or purchase of the related securities, whichever action is appropriate and we will claim from you any balance owing to us or credit to you any balance owing to you as a result of such action. Unless already in our possession, payment or security should reach us by the settlement date or accrued interest date indicated. Payments on accounts received after the indicated date may result in interest being charged on the unpaid balance until the balance is paid.

Any demand, advertisement or notice which may be given to you shall not be a waiver of any right to take any action which we may be authorized to exercise without demand, advertisement or notice.

Whenever and so often as you are indebted to us, all securities and property (hereinafter called "securities") held by us for you or on your account shall be collateral security for the payment of your indebtedness from time to time and we shall have the right to loan such securities and raise money on them and pledge and repledge them either separately or in our general loans or otherwise together with any securities belonging to us or to others, the whole in such manner and on such terms and conditions and for such amount whether more or less than the amount due by you, and for such purposes as we may deem advisable, and if we deem it necessary for our protection, we shall have the right to buy in securities of which your account may be short and to sell securities of which your account may be long, the whole publicly or privately and without demand for margin and without notice.

In placing the order to effect this transaction, you shall be taken to represent to us that you have full capacity power and authority to enter into this transaction and that any securities to be sold by us on your behalf are free of encumbrance and of any restraint (whether imposed by law, any regulatory authority contract or otherwise) on their distribution to the public or sale in any market and are in all respects freely tradeable.

This transaction shall be deemed and treated as authorized and correct and as ratified and confirmed by you unless we receive written notice to the contrary. If you do not agree with the information hereon, please advise us promptly.

**Currency Conversion & Fixed Income Fees:** We will act as principal in fixed income and currency conversion transactions. Scotia Capital Inc. and others apply discretionary currency conversion rates and may earn revenue on currency conversion transactions based on the spread between the bid and ask prices for the currency then in effect and the principal's costs and, on offsetting transactions, based on the difference between the FX rate charged our clients and discretionary rates applied to the offsetting transactions. Conversion of currency will take place on the trade date. If a trade is executed for you in a foreign market and a currency conversion occurs, and the conversion rate applied is not displayed on the face of your trade confirmation, the rate applied is available to you on request.

**Disclosure related to GICs:** Interest is calculated daily. Interest on compound GICs is compounded annually on the anniversary date of the GIC. The principal and interest are then paid on the maturity date. For non–compound GICs, issuer will pay interest on the principal at an annual fixed rate and frequency indicated.

Leverage/Margin Risk Disclosure Statement: Using borrowed money (whether through a margin account or otherwise) to purchase securities involves greater risk than using cash resources only. Please refer to the terms and conditions in the Account Agreement. Note: you should retain this statement for income tax purposes.

Customer accounts are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of coverage is available on request.

CODE INFORMATION/ NONVOT: NON–VOTING RESVOT: RESTRICTED VOTING SUBVOTE: SUBORDINATE VOTE

MV – MULTIPLE VOTING LV – LIMITED VOTING

Scotia iTRADE®

**Customer Service**
44 King St. W., Concourse Level
Toronto, Ontario
M5H 1H1

**P 2**

# SCOTIA iTRADE®

**Confirmation Notice**

## CONDITIONS

**Without limiting in any way or otherwise affecting our rights under any other contracts between us, you agree to the following:**
**\*Order execution only account means that Scotia iTRADE does not provide recommendations or accept any responsibility to advise clients on the suitability of investment decisions or transactions.**

All transactions are subject to the by-laws, regulations and customs of the stock exchange where executed, and any clearing house involved, and of any regulatory authority including any association of brokers or dealers having jurisdiction, and to the terms and conditions of any relevant customer's or trading agreement which you have entered into with us. In the case of an exchange transaction the name of the exchange (and clearing house, if any) and of the other broker will be furnished upon request. Details of the individual representative who accepted your order(s) are available on request. Please contact the branch manager.

If settlement or provision for settlement of this transaction is not made by the settlement date shown hereon, or by the date ("accrued interest date") to which accrued interest is calculated as shown hereon, whichever date is applicable, this transaction may be closed out without notice to you by the sale or purchase of the related securities, whichever action is appropriate and we will claim from you any balance owing to us or credit to you any balance owing to you as a result of such action. Unless already in our possession, payment or security should reach us by the settlement date or accrued interest date indicated. Payments on accounts received after the indicated date may result in interest being charged on the unpaid balance until the balance is paid.

Any demand, advertisement or notice which may be given to you shall not be a waiver of any right to take any action which we may be authorized to exercise without demand, advertisement or notice.

Whenever and so often as you are indebted to us, all securities and property (hereinafter called "securities") held by us for you or on your account shall be collateral security for the payment of your indebtedness from time to time and we shall have the right to loan such securities and raise money on them and pledge and repledge them either separately or in our general loans or otherwise together with any securities belonging to us or to others, the whole in such manner and on such terms and conditions and for such amount whether more or less than the amount due by you, and for such purposes as we may deem advisable, and if we deem it necessary for our protection, we shall have the right to buy in securities of which your account may be short and to sell securities of which your account may be long, the whole publicly or privately and without demand for margin and without notice.

In placing the order to effect this transaction, you shall be taken to represent to us that you have full capacity power and authority to enter into this transaction and that any securities to be sold by us on your behalf are free of encumbrance and of any restraint (whether imposed by law, any regulatory authority contract or otherwise) on their distribution to the public or sale in any market and are in all respects freely tradeable.

This transaction shall be deemed and treated as authorized and correct and as ratified and confirmed by you unless we receive written notice to the contrary. If you do not agree with the information hereon, please advise us promptly.

**Currency Conversion & Fixed Income Fees:** We will act as principal in fixed income and currency conversion transactions. Scotia Capital Inc. and others apply discretionary currency conversion rates and may earn revenue on currency conversion transactions based on the spread between the bid and ask prices for the currency then in effect and the principal's costs and, on offsetting transactions, based on the difference between the FX rate charged our clients and discretionary rates applied to the offsetting transactions. Conversion of currency will take place on the trade date. If a trade is executed for you in a foreign market and a currency conversion occurs, and the conversion rate applied is not displayed on the face of your trade confirmation, the rate applied is available to you on request.

Leverage/Margin Risk Disclosure Statement: Using borrowed money (whether through a margin account or otherwise) to purchase securities involves greater risk than using cash resources only. Please refer to the terms and conditions in the Account Agreement. Note: you should retain this statement for income tax purposes.

Customer accounts are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of coverage is available on request.

CODE INFORMATION/ NONVOT: NON-VOTING RESVOT: RESTRICTED VOTING SUBVOTE: SUBORDINATE VOTE

MV – MULTIPLE VOTING LV – LIMITED VOTING

**Scotia iTRADE®**

| **Main Branch** | **Customer Service** |
|---|---|
| 225 King St. W., Suite 1200 | 48 Yonge St. |
| Toronto ON | Toronto ON |
| M5V 3M2 | M5E 1G6 |

Scotia iTRADE (Discount Broker – Order – Execution Only Account) is a division of Scotia Capital Inc. (SCI). SCI is a member of the Canadian Investor Protection Fund and the Investment Industry Regulatory Organization of Canada. Scotia iTRADE does not provide investment advice or recommendations and investors are responsible for their own investment decisions.

® Registered trademark of The Bank of Nova Scotia. Used under license.

**P 2**


### SCOTIA iTRADE®

*225 KING ST WEST, SUITE 1200*
*TORONTO, ONTARIO M5V 3M2*

## Confirmation Notice

**ACCOUNT NO.**  **TYPE**
●●●●6809●●  CASH

**FOR SETTLEMENT IN THIS OFFICE**

GLENN D TEASDALE    40**
41 BAXTER DRIVE
GUELPH ON  N1L 0G4

---

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT ON
MULTIPLE CANADIAN MARKETPLACES. DETAILS ARE AVAILABLE UPON REQUEST.

JUNE 17, 2021
SETTLEMENT DATE    JUNE 21, 2021
ACCOUNT NO.    ●●●●6809●●–CASH

| TRANSACTION TYPE | | | BOUGHT | |
|---|---|---|---|---|
| Quantity | Security Description | | | Unit Price |
| 3,090 | METAMATERIAL INC | @ | | 6.9625C$ |
| | COM | | | |
| | AVG PRICE SHOWN–DETAILS ON REQ | | | |
| | STP PET | | | |

| | |
|---|---|
| GROSS AMOUNT | 21,514.20 |
| COMMISSION | 19.98 |
| SUB TOTAL | 21,534.18 C$ |
| NET AMOUNT | 21,534.18 C$ |

| INVESTMENT REPRESENTATIVE | TORONTO–PLAZA | REFERENCE G6556  /  CUSIP CA59134F1018  / |
|---|---|---|
| IR No. | S20 | SECURITY NO. M064469  /  ORDER NO. 566556  /  A  AT  M1 |
| TEL. | (800) 263–3430 | |

Scotia iTRADE (Discount Broker – Order–Execution Only Accounts) is a division of Scotia Capital Inc. (SCI). SCI is a member of the Canadian Investor Protection Fund and the Investment Industry Regulatory Organization of Canada. Scotia iTRADE does not provide investment advice or recommendations and investors are responsible for their own investment decisions. This transaction is subject to the Agreement on the reverse side. ® Registered trademark of The Bank of Nova Scotia. Used under license.



**CIPF**
Canadian Investor Protection Fund
M E M B E R

**P 1**



**Confirmation Notice**

CONDITIONS

**Without limiting in any way or otherwise affecting our rights under any other contracts between us, you agree to the following:**
**\*Order execution only account means that Scotia iTRADE does not provide recommendations or accept any responsibility to advise clients on the suitability of investment decisions or transactions.**

All transactions are subject to the by-laws, regulations and customs of the stock exchange where executed, and any clearing house involved, and of any regulatory authority including any association of brokers or dealers having jurisdiction, and to the terms and conditions of any relevant customer's or trading agreement which you have entered into with us. In the case of an exchange transaction the name of the exchange (and clearing house, if any) and of the other broker will be furnished upon request. Details of the individual representative who accepted your order(s) are available on request. Please contact the branch manager.

If settlement or provision for settlement of this transaction is not made by the settlement date shown hereon, or by the date ("accrued interest date") to which accrued interest is calculated as shown hereon, whichever date is applicable, this transaction may be closed out without notice to you by the sale or purchase of the related securities, whichever action is appropriate and we will claim from you any balance owing to us or credit to you any balance owing to you as a result of such action. Unless already in our possession, payment or security should reach us by the settlement date or accrued interest date indicated. Payments on accounts received after the indicated date may result in interest being charged on the unpaid balance until the balance is paid.

Any demand, advertisement or notice which may be given to you shall not be a waiver of any right to take any action which we may be authorized to exercise without demand, advertisement or notice.

Whenever and so often as you are indebted to us, all securities and property (hereinafter called "securities") held by us for you or on your account shall be collateral security for the payment of your indebtedness from time to time and we shall have the right to loan such securities and raise money on them and pledge and repledge them either separately or in our general loans or otherwise together with any securities belonging to us or to others, the whole in such manner and on such terms and conditions and for such amount whether more or less than the amount due by you, and for such purposes as we may deem advisable, and if we deem it necessary for our protection, we shall have the right to buy in securities of which your account may be short and to sell securities of which your account may be long, the whole publicly or privately and without demand for margin and without notice.

In placing the order to effect this transaction, you shall be taken to represent to us that you have full capacity power and authority to enter into this transaction and that any securities to be sold by us on your behalf are free of encumbrance and of any restraint (whether imposed by law, any regulatory authority contract or otherwise) on their distribution to the public or sale in any market and are in all respects freely tradeable.

This transaction shall be deemed and treated as authorized and correct and as ratified and confirmed by you unless we receive written notice to the contrary. If you do not agree with the information hereon, please advise us promptly.

**Currency Conversion & Fixed Income Fees:** We will act as principal in fixed income and currency conversion transactions. Scotia Capital Inc. and others apply discretionary currency conversion rates and may earn revenue on currency conversion transactions based on the spread between the bid and ask prices for the currency then in effect and the principal's costs and, on offsetting transactions, based on the difference between the FX rate charged our clients and discretionary rates applied to the offsetting transactions. Conversion of currency will take place on the trade date. If a trade is executed for you in a foreign market and a currency conversion occurs, and the conversion rate applied is not displayed on the face of your trade confirmation, the rate applied is available to you on request.

Leverage/Margin Risk Disclosure Statement: Using borrowed money (whether through a margin account or otherwise) to purchase securities involves greater risk than using cash resources only. Please refer to the terms and conditions in the Account Agreement. Note: you should retain this statement for income tax purposes.

Customer accounts are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of coverage is available on request.

CODE INFORMATION/ NONVOT: NON-VOTING RESVOT: RESTRICTED VOTING SUBVOTE: SUBORDINATE VOTE

MV – MULTIPLE VOTING LV – LIMITED VOTING

**Scotia iTRADE®**

| **Main Branch** | **Customer Service** |
|---|---|
| 225 King St. W., Suite 1200 | 48 Yonge St. |
| Toronto ON | Toronto ON |
| M5V 3M2 | M5E 1G6 |

Scotia iTRADE (Discount Broker – Order – Execution Only Account) is a division of Scotia Capital Inc. (SCI). SCI is a member of the Canadian Investor Protection Fund and the Investment Industry Regulatory Organization of Canada. Scotia iTRADE does not provide investment advice or recommendations and investors are responsible for their own investment decisions.

® Registered trademark of The Bank of Nova Scotia. Used under license.

**P 2**



# Confirmation Notice

**ACCOUNT NO.**   **TYPE**
●●●●680910●        CASH

**FOR SETTLEMENT IN THIS OFFICE**

225 KING ST WEST, SUITE 1200
TORONTO, ONTARIO M5V 3M2

GLENN D TEASDALE        40**
41 BAXTER DRIVE
GUELPH ON  N1L 0G4

JUNE 17, 2021

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING SALE FOR YOUR ACCOUNT ON THE CANADIAN SECURITIES EXCHANGE.

SETTLEMENT DATE       JUNE 21, 2021
ACCOUNT NO.            ●●●●680910●—CASH

| TRANSACTION TYPE | | | SOLD |
| --- | --- | --- | --- |
| Quantity | Security Description | | Unit Price |
| 2,540 | METAMATERIAL INC COM STP PET | @ | 6.70C$ |

| | |
| --- | --- |
| GROSS AMOUNT | 17,018.00 |
| COMMISSION | 9.99 |
| SUB-TOTAL | 17,008.01 C$ |
| NET AMOUNT | 17,008.01 CR C$ |

| INVESTMENT REPRESENTATIVE | TORONTO–PLAZA | REFERENCE F8946  /  CUSIP CA59134F1018  / |
| --- | --- | --- |
| IR No. | S20 | SECURITY NO. M064469  /  ORDER NO. 558946  /  A  A1 |
| TEL. | (800) 263–3430 | |

Scotia iTRADE (Discount Broker – Order–Execution Only Accounts) is a division of Scotia Capital Inc. (SCI). SCI is a member of the Canadian Investor Protection Fund and the Investment Industry Regulatory Organization of Canada. Scotia iTRADE does not provide investment advice or recommendations and investors are responsible for their own investment decisions. This transaction is subject to the Agreement on the reverse side. ® Registered trademark of The Bank of Nova Scotia. Used under license.



**CIPF**
Canadian Investor Protection Fund
M E M B E R

**P 1**



**Confirmation Notice**

CONDITIONS

**Without limiting in any way or otherwise affecting our rights under any other contracts between us, you agree to the following:**
**\*Order execution only account means that Scotia iTRADE does not provide recommendations or accept any responsibility to advise clients on the suitability of investment decisions or transactions.**

All transactions are subject to the by-laws, regulations and customs of the stock exchange where executed, and any clearing house involved, and of any regulatory authority including any association of brokers or dealers having jurisdiction, and to the terms and conditions of any relevant customer's or trading agreement which you have entered into with us. In the case of an exchange transaction the name of the exchange (and clearing house, if any) and of the other broker will be furnished upon request. Details of the individual representative who accepted your order(s) are available on request. Please contact the branch manager.

If settlement or provision for settlement of this transaction is not made by the settlement date shown hereon, or by the date ("accrued interest date") to which accrued interest is calculated as shown hereon, whichever date is applicable, this transaction may be closed out without notice to you by the sale or purchase of the related securities, whichever action is appropriate and we will claim from you any balance owing to us or credit to you any balance owing to you as a result of such action. Unless already in our possession, payment or security should reach us by the settlement date or accrued interest date indicated. Payments on accounts received after the indicated date may result in interest being charged on the unpaid balance until the balance is paid.

Any demand, advertisement or notice which may be given to you shall not be a waiver of any right to take any action which we may be authorized to exercise without demand, advertisement or notice.

Whenever and so often as you are indebted to us, all securities and property (hereinafter called "securities") held by us for you or on your account shall be collateral security for the payment of your indebtedness from time to time and we shall have the right to loan such securities and raise money on them and pledge and repledge them either separately or in our general loans or otherwise together with any securities belonging to us or to others, the whole in such manner and on such terms and conditions and for such amount whether more or less than the amount due by you, and for such purposes as we may deem advisable, and if we deem it necessary for our protection, we shall have the right to buy in securities of which your account may be short and to sell securities of which your account may be long, the whole publicly or privately and without demand for margin and without notice.

In placing the order to effect this transaction, you shall be taken to represent to us that you have full capacity power and authority to enter into this transaction and that any securities to be sold by us on your behalf are free of encumbrance and of any restraint (whether imposed by law, any regulatory authority contract or otherwise) on their distribution to the public or sale in any market and are in all respects freely tradeable.

This transaction shall be deemed and treated as authorized and correct and as ratified and confirmed by you unless we receive written notice to the contrary. If you do not agree with the information hereon, please advise us promptly.

**Currency Conversion & Fixed Income Fees:** We will act as principal in fixed income and currency conversion transactions. Scotia Capital Inc. and others apply discretionary currency conversion rates and may earn revenue on currency conversion transactions based on the spread between the bid and ask prices for the currency then in effect and the principal's costs and, on offsetting transactions, based on the difference between the FX rate charged our clients and discretionary rates applied to the offsetting transactions. Conversion of currency will take place on the trade date. If a trade is executed for you in a foreign market and a currency conversion occurs, and the conversion rate applied is not displayed on the face of your trade confirmation, the rate applied is available to you on request.

Leverage/Margin Risk Disclosure Statement: Using borrowed money (whether through a margin account or otherwise) to purchase securities involves greater risk than using cash resources only. Please refer to the terms and conditions in the Account Agreement. Note: you should retain this statement for income tax purposes.

Customer accounts are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of coverage is available on request.

CODE INFORMATION/ NONVOT: NON-VOTING  RESVOT: RESTRICTED VOTING  SUBVOTE: SUBORDINATE VOTE

MV – MULTIPLE VOTING  LV – LIMITED VOTING

**Scotia iTRADE®**

| **Main Branch** | **Customer Service** |
|---|---|
| 225 King St. W., Suite 1200 | 48 Yonge St. |
| Toronto ON | Toronto ON |
| M5V 3M2 | M5E 1G6 |

Scotia iTRADE (Discount Broker – Order – Execution Only Account) is a division of Scotia Capital Inc. (SCI). SCI is a member of the Canadian Investor Protection Fund and the Investment Industry Regulatory Organization of Canada. Scotia iTRADE does not provide investment advice or recommendations and investors are responsible for their own investment decisions.

® Registered trademark of The Bank of Nova Scotia. Used under license.

**P 2**



# Confirmation Notice

**ACCOUNT NO.**   **TYPE**
●●●●6809●●   CASH

**FOR SETTLEMENT IN THIS OFFICE**

225 KING ST WEST, SUITE 1200
TORONTO, ONTARIO M5V 3M2

GLENN D TEASDALE    40**
41 BAXTER DRIVE
GUELPH ON  N1L 0G4

JUNE 14, 2021

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT ON MULTIPLE CANADIAN MARKETPLACES. DETAILS ARE AVAILABLE UPON REQUEST.

SETTLEMENT DATE    JUNE 16, 2021
ACCOUNT NO.         ●●●●6809●●–CASH

| TRANSACTION TYPE | | | BOUGHT | |
|---|---|---|---|---|
| Quantity | Security Description | | | Unit Price |
| 660 | METAMATERIAL INC COM STP PET | @ | | 6.04C$ |

| | |
|---|---|
| GROSS AMOUNT | 3,986.40 |
| COMMISSION | 9.99 |
| SUB TOTAL | 3,996.39 C$ |
| NET AMOUNT | 3,996.39 C$ |

| INVESTMENT REPRESENTATIVE | TORONTO–PLAZA | REFERENCE F8332  / CUSIP CA59134F1018 / |
|---|---|---|
| IR No. | S20 | SECURITY NO. M064469  / ORDER NO. 558332 / A  M1 |
| TEL. | (800) 263–3430 | |

Scotia iTRADE (Discount Broker – Order–Execution Only Accounts) is a division of Scotia Capital Inc. (SCI). SCI is a member of the Canadian Investor Protection Fund and the Investment Industry Regulatory Organization of Canada. Scotia iTRADE does not provide investment advice or recommendations and investors are responsible for their own investment decisions. This transaction is subject to the Agreement on the reverse side. ® Registered trademark of The Bank of Nova Scotia. Used under license.



CIPF
Canadian Investor Protection Fund
M E M B E R

P 1



**Confirmation Notice**

CONDITIONS

**Without limiting in any way or otherwise affecting our rights under any other contracts between us, you agree to the following:**
*Order execution only account means that Scotia iTRADE does not provide recommendations or accept any responsibility to advise clients on the suitability of investment decisions or transactions.

All transactions are subject to the by–laws, regulations and customs of the stock exchange where executed, and any clearing house involved, and of any regulatory authority including any association of brokers or dealers having jurisdiction, and to the terms and conditions of any relevant customer's or trading agreement which you have entered into with us. In the case of an exchange transaction the name of the exchange (and clearing house, if any) and of the other broker will be furnished upon request. Details of the individual representative who accepted your order(s) are available on request. Please contact the branch manager.

If settlement or provision for settlement of this transaction is not made by the settlement date shown hereon, or by the date ("accrued interest date") to which accrued interest is calculated as shown hereon, whichever date is applicable, this transaction may be closed out without notice to you by the sale or purchase of the related securities, whichever action is appropriate and we will claim from you any balance owing to us or credit to you any balance owing to you as a result of such action. Unless already in our possession, payment or security should reach us by the settlement date or accrued interest date indicated. Payments on accounts received after the indicated date may result in interest being charged on the unpaid balance until the balance is paid.

Any demand, advertisement or notice which may be given to you shall not be a waiver of any right to take any action which we may be authorized to exercise without demand, advertisement or notice.

Whenever and so often as you are indebted to us, all securities and property (hereinafter called "securities") held by us for you or on your account shall be collateral security for the payment of your indebtedness from time to time and we shall have the right to loan such securities and raise money on them and pledge and repledge them either separately or in our general loans or otherwise together with any securities belonging to us or to others, the whole in such manner and on such terms and conditions and for such amount whether more or less than the amount due by you, and for such purposes as we may deem advisable, and if we deem it necessary for our protection, we shall have the right to buy in securities of which your account may be short and to sell securities of which your account may be long, the whole publicly or privately and without demand for margin and without notice.

In placing the order to effect this transaction, you shall be taken to represent to us that you have full capacity power and authority to enter into this transaction and that any securities to be sold by us on your behalf are free of encumbrance and of any restraint (whether imposed by law, any regulatory authority contract or otherwise) on their distribution to the public or sale in any market and are in all respects freely tradeable.

This transaction shall be deemed and treated as authorized and correct and as ratified and confirmed by you unless we receive written notice to the contrary. If you do not agree with the information hereon, please advise us promptly.

**Currency Conversion & Fixed Income Fees:** We will act as principal in fixed income and currency conversion transactions. Scotia Capital Inc. and others apply discretionary currency conversion rates and may earn revenue on currency conversion transactions based on the spread between the bid and ask prices for the currency then in effect and the principal's costs and, on offsetting transactions, based on the difference between the FX rate charged our clients and discretionary rates applied to the offsetting transactions. Conversion of currency will take place on the trade date. If a trade is executed for you in a foreign market and a currency conversion occurs, and the conversion rate applied is not displayed on the face of your trade confirmation, the rate applied is available to you on request.

Leverage/Margin Risk Disclosure Statement: Using borrowed money (whether through a margin account or otherwise) to purchase securities involves greater risk than using cash resources only. Please refer to the terms and conditions in the Account Agreement. Note: you should retain this statement for income tax purposes.

Customer accounts are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of coverage is available on request.

CODE INFORMATION/ NONVOT: NON–VOTING RESVOT: RESTRICTED VOTING SUBVOTE: SUBORDINATE VOTE

MV – MULTIPLE VOTING LV – LIMITED VOTING

**Scotia iTRADE®**

| **Main Branch** | **Customer Service** |
|---|---|
| 225 King St. W., Suite 1200 | 48 Yonge St. |
| Toronto ON | Toronto ON |
| M5V 3M2 | M5E 1G6 |

Scotia iTRADE (Discount Broker – Order – Execution Only Account) is a division of Scotia Capital Inc. (SCI). SCI is a member of the Canadian Investor Protection Fund and the Investment Industry Regulatory Organization of Canada. Scotia iTRADE does not provide investment advice or recommendations and investors are responsible for their own investment decisions.

® Registered trademark of The Bank of Nova Scotia. Used under license.

**P 2**



**SCOTIA iTRADE**®

225 KING ST WEST, SUITE 1200
TORONTO, ONTARIO M5V 3M2

## Confirmation Notice

| ACCOUNT NO. | TYPE |
|---|---|
| ◼◼◼6809◼◼ | CASH |

**FOR SETTLEMENT IN THIS OFFICE**

GLENN D TEASDALE          40**
41 BAXTER DRIVE
GUELPH ON  N1L 0G4

---

JUNE 11, 2021

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT ON
MULTIPLE CANADIAN MARKETPLACES. DETAILS ARE AVAILABLE UPON REQUEST.

SETTLEMENT DATE      JUNE 15, 2021
ACCOUNT NO.          ◼◼◼6809◼◼–CASH

| TRANSACTION TYPE | | BOUGHT | |
|---|---|---|---|
| Quantity | Security Description | | Unit Price |
| 1,880 | METAMATERIAL INC | @ | 5.4408C$ |
| | COM | | |
| | AVG PRICE SHOWN–DETAILS ON REQ | | |
| | STP PET | | |

| | |
|---|---|
| GROSS AMOUNT | 10,228.80 |
| COMMISSION | 19.98 |
| SUB TOTAL | 10,248.78 C$ |
| NET AMOUNT | 10,248.78 C$ |

---

| INVESTMENT REPRESENTATIVE | TORONTO–PLAZA | REFERENCE H1534  /  CUSIP CA59134F1018  / |
|---|---|---|
| IR No. | S20 | SECURITY NO. M064469  /  ORDER NO. 571534  /  A  AT  M1 |
| TEL. | (800) 263–3430 | |

Scotia iTRADE (Discount Broker – Order–Execution Only Accounts) is a division of Scotia Capital Inc. (SCI). SCI is a member of the Canadian Investor Protection Fund and the Investment Industry Regulatory Organization of Canada. Scotia iTRADE does not provide investment advice or recommendations and investors are responsible for their own investment decisions. This transaction is subject to the Agreement on the reverse side. ® Registered trademark of The Bank of Nova Scotia. Used under license.



**CIPF**
Canadian Investor Protection Fund
M E M B E R

**P 1**

# SCOTIA iTRADE®

**Confirmation Notice**

## CONDITIONS

**Without limiting in any way or otherwise affecting our rights under any other contracts between us, you agree to the following:**
**\*Order execution only account means that Scotia iTRADE does not provide recommendations or accept any responsibility to advise clients on the suitability of investment decisions or transactions.**

All transactions are subject to the by-laws, regulations and customs of the stock exchange where executed, and any clearing house involved, and of any regulatory authority including any association of brokers or dealers having jurisdiction, and to the terms and conditions of any relevant customer's or trading agreement which you have entered into with us. In the case of an exchange transaction the name of the exchange (and clearing house, if any) and of the other broker will be furnished upon request. Details of the individual representative who accepted your order(s) are available on request. Please contact the branch manager.

If settlement or provision for settlement of this transaction is not made by the settlement date shown hereon, or by the date ("accrued interest date") to which accrued interest is calculated as shown hereon, whichever date is applicable, this transaction may be closed out without notice to you by the sale or purchase of the related securities, whichever action is appropriate and we will claim from you any balance owing to us or credit to you any balance owing to you as a result of such action. Unless already in our possession, payment or security should reach us by the settlement date or accrued interest date indicated. Payments on accounts received after the indicated date may result in interest being charged on the unpaid balance until the balance is paid.

Any demand, advertisement or notice which may be given to you shall not be a waiver of any right to take any action which we may be authorized to exercise without demand, advertisement or notice.

Whenever and so often as you are indebted to us, all securities and property (hereinafter called "securities") held by us for you or on your account shall be collateral security for the payment of your indebtedness from time to time and we shall have the right to loan such securities and raise money on them and pledge and repledge them either separately or in our general loans or otherwise together with any securities belonging to us or to others, the whole in such manner and on such terms and conditions and for such amount whether more or less than the amount due by you, and for such purposes as we may deem advisable, and if we deem it necessary for our protection, we shall have the right to buy in securities of which your account may be short and to sell securities of which your account may be long, the whole publicly or privately and without demand for margin and without notice.

In placing the order to effect this transaction, you shall be taken to represent to us that you have full capacity power and authority to enter into this transaction and that any securities to be sold by us on your behalf are free of encumbrance and of any restraint (whether imposed by law, any regulatory authority contract or otherwise) on their distribution to the public or sale in any market and are in all respects freely tradeable.

This transaction shall be deemed and treated as authorized and correct and as ratified and confirmed by you unless we receive written notice to the contrary. If you do not agree with the information hereon, please advise us promptly.

**Currency Conversion & Fixed Income Fees:** We will act as principal in fixed income and currency conversion transactions. Scotia Capital Inc. and others apply discretionary currency conversion rates and may earn revenue on currency conversion transactions based on the spread between the bid and ask prices for the currency then in effect and the principal's costs and, on offsetting transactions, based on the difference between the FX rate charged our clients and discretionary rates applied to the offsetting transactions. Conversion of currency will take place on the trade date. If a trade is executed for you in a foreign market and a currency conversion occurs, and the conversion rate applied is not displayed on the face of your trade confirmation, the rate applied is available to you on request.

Leverage/Margin Risk Disclosure Statement: Using borrowed money (whether through a margin account or otherwise) to purchase securities involves greater risk than using cash resources only. Please refer to the terms and conditions in the Account Agreement. Note: you should retain this statement for income tax purposes.

Customer accounts are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of coverage is available on request.

CODE INFORMATION/ NONVOT: NON-VOTING  RESVOT: RESTRICTED VOTING  SUBVOTE: SUBORDINATE VOTE

MV – MULTIPLE VOTING  LV – LIMITED VOTING

### Scotia iTRADE®

| Main Branch | Customer Service |
|---|---|
| 225 King St. W., Suite 1200 | 48 Yonge St. |
| Toronto ON | Toronto ON |
| M5V 3M2 | M5E 1G6 |

Scotia iTRADE (Discount Broker – Order – Execution Only Account) is a division of Scotia Capital Inc. (SCI). SCI is a member of the Canadian Investor Protection Fund and the Investment Industry Regulatory Organization of Canada. Scotia iTRADE does not provide investment advice or recommendations and investors are responsible for their own investment decisions.

® Registered trademark of The Bank of Nova Scotia. Used under license.

**P 2**



# Confirmation Notice

**ACCOUNT NO.   TYPE**
⬛⬛6809⬛⬛         CASH

**FOR SETTLEMENT IN THIS OFFICE**

225 KING ST WEST, SUITE 1200
TORONTO, ONTARIO M5V 3M2

GLENN D TEASDALE        40**
41 BAXTER DRIVE
GUELPH ON  N1L 0G4

JUNE 11, 2021

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING SALE FOR YOUR ACCOUNT ON    SETTLEMENT DATE    JUNE 15, 2021
MULTIPLE CANADIAN MARKETPLACES. DETAILS ARE AVAILABLE UPON REQUEST.    ACCOUNT NO.        ⬛⬛6809⬛⬛CASH

| TRANSACTION TYPE | | | SOLD | GROSS AMOUNT | 8,856.76 |
|---|---|---|---|---|---|
| Quantity | Security Description | | Unit Price | COMMISSION | 9.99 |
| 1,675 | METAMATERIAL INC | @ | 5.2876C$ | | |
| | COM | | | | |
| | AVG PRICE SHOWN–DETAILS ON REQ | | | | |
| | STP PET | | | | |
| | | | | SUB TOTAL | 8,846.77 C$ |
| | | | | NET AMOUNT | 8,846.77 CR C$ |

| INVESTMENT REPRESENTATIVE | TORONTO–PLAZA | REFERENCE F2983  /  CUSIP CA59134F1018 / |
|---|---|---|
| IR No. | S20 | SECURITY NO. M064469  /  ORDER NO. 552983  /  A  AT  M1 |
| TEL. | (800) 263–3430 | |

Scotia iTRADE (Discount Broker – Order–Execution Only Accounts) is a division of Scotia Capital Inc. (SCI). SCI is a member of the Canadian Investor Protection Fund and the Investment Industry Regulatory Organization of Canada. Scotia iTRADE does not provide investment advice or recommendations and investors are responsible for their own investment decisions. This transaction is subject to the Agreement on the reverse side. ® Registered trademark of The Bank of Nova Scotia. Used under license.



**CIPF**
Canadian Investor Protection Fund
M E M B E R
P 1



**Confirmation Notice**

CONDITIONS

**Without limiting In any way or otherwise affecting our rights under any other contracts between us, you agree to the following:**
*Order execution only account means that Scotia iTRADE does not provide recommendations or accept any responsibility to advise clients on the suitability of investment decisions or transactions.

All transactions are subject to the by-laws, regulations and customs of the stock exchange where executed, and any clearing house involved, and of any regulatory authority including any association of brokers or dealers having jurisdiction, and to the terms and conditions of any relevant customer's or trading agreement which you have entered into with us. In the case of an exchange transaction the name of the exchange (and clearing house, if any) and of the other broker will be furnished upon request. Details of the individual representative who accepted your order(s) are available on request. Please contact the branch manager.

If settlement or provision for settlement of this transaction is not made by the settlement date shown hereon, or by the date ("accrued interest date") to which accrued interest is calculated as shown hereon, whichever date is applicable, this transaction may be closed out without notice to you by the sale or purchase of the related securities, whichever action is appropriate and we will claim from you any balance owing to us or credit to you any balance owing to you as a result of such action. Unless already in our possession, payment or security should reach us by the settlement date or accrued interest date indicated. Payments on accounts received after the indicated date may result in interest being charged on the unpaid balance until the balance is paid.

Any demand, advertisement or notice which may be given to you shall not be a waiver of any right to take any action which we may be authorized to exercise without demand, advertisement or notice.

Whenever and so often as you are indebted to us, all securities and property (hereinafter called "securities") held by us for you or on your account shall be collateral security for the payment of your indebtedness from time to time and we shall have the right to loan such securities and raise money on them and pledge and repledge them either separately or in our general loans or otherwise together with any securities belonging to us or to others, the whole in such manner and on such terms and conditions and for such amount whether more or less than the amount due by you, and for such purposes as we may deem advisable, and if we deem it necessary for our protection, we shall have the right to buy in securities of which your account may be short and to sell securities of which your account may be long, the whole publicly or privately and without demand for margin and without notice.

In placing the order to effect this transaction, you shall be taken to represent to us that you have full capacity power and authority to enter into this transaction and that any securities to be sold by us on your behalf are free of encumbrance and of any restraint (whether imposed by law, any regulatory authority contract or otherwise) on their distribution to the public or sale in any market and are in all respects freely tradeable.

This transaction shall be deemed and treated as authorized and correct and as ratified and confirmed by you unless we receive written notice to the contrary. If you do not agree with the information hereon, please advise us promptly.

**Currency Conversion & Fixed Income Fees:** We will act as principal in fixed income and currency conversion transactions. Scotia Capital Inc. and others apply discretionary currency conversion rates and may earn revenue on currency conversion transactions based on the spread between the bid and ask prices for the currency then in effect and the principal's costs and, on offsetting transactions, based on the difference between the FX rate charged our clients and discretionary rates applied to the offsetting transactions. Conversion of currency will take place on the trade date. If a trade is executed for you in a foreign market and a currency conversion occurs, and the conversion rate applied is not displayed on the face of your trade confirmation, the rate applied is available to you on request.

Leverage/Margin Risk Disclosure Statement: Using borrowed money (whether through a margin account or otherwise) to purchase securities involves greater risk than using cash resources only. Please refer to the terms and conditions in the Account Agreement. Note: you should retain this statement for income tax purposes.

Customer accounts are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of coverage is available on request.

CODE INFORMATION/ NONVOT: NON–VOTING  RESVOT: RESTRICTED VOTING  SUBVOTE: SUBORDINATE VOTE

MV – MULTIPLE VOTING  LV – LIMITED VOTING

**Scotia iTRADE®**

| Main Branch | Customer Service |
|---|---|
| 225 King St. W., Suite 1200 | 48 Yonge St. |
| Toronto ON | Toronto ON |
| M5V 3M2 | M5E 1G6 |

Scotia iTRADE (Discount Broker – Order – Execution Only Account) is a division of Scotia Capital Inc. (SCI). SCI is a member of the Canadian Investor Protection Fund and the Investment Industry Regulatory Organization of Canada. Scotia iTRADE does not provide investment advice or recommendations and investors are responsible for their own investment decisions.

® Registered trademark of The Bank of Nova Scotia. Used under license.

**P 2**



**Confirmation Notice**

**ACCOUNT NO.    TYPE**
     6809    CASH

**FOR SETTLEMENT IN THIS OFFICE**

225 KING ST WEST, SUITE 1200
TORONTO, ONTARIO M5V 3M2

GLENN D TEASDALE    40**
41 BAXTER DRIVE
GUELPH ON  N1L 0G4

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT ON
MULTIPLE CANADIAN MARKETPLACES. DETAILS ARE AVAILABLE UPON REQUEST.

JUNE 7, 2021
SETTLEMENT DATE    JUNE 9, 2021
ACCOUNT NO.    6809 CASH

| TRANSACTION TYPE | | BOUGHT | |
| --- | --- | --- | --- |
| Quantity | Security Description | | Unit Price |
| 475 | METAMATERIAL INC | @ | 4.7888C$ |
| | COM | | |
| | AVG PRICE SHOWN–DETAILS ON REQ | | |
| | STP PET | | |

| | |
| --- | --- |
| GROSS AMOUNT | 2,274.69 |
| COMMISSION | 19.98 |
| SUB TOTAL | 2,294.67 C$ |
| NET AMOUNT | 2,294.67 C$ |

| INVESTMENT REPRESENTATIVE | TORONTO–PLAZA | REFERENCE F3966  /  CUSIP CA59134F1018 / |
| --- | --- | --- |
| IR No. | S20 | SECURITY NO. M064469  /  ORDER NO. 553966  /  A  AT  M1 |
| TEL. | (800) 263–3430 | |



Scotia iTRADE (Discount Broker – Order–Execution Only Accounts) is a division of Scotia Capital Inc. (SCI). SCI is a member of the
Canadian Investor Protection Fund and the Investment Industry Regulatory Organization of Canada. Scotia iTRADE does not provide
investment advice or recommendations and investors are responsible for their own investment decisions. This transaction is subject to
the Agreement on the reverse side. ® Registered trademark of The Bank of Nova Scotia. Used under license.

**CIPF**
Canadian Investor Protection Fund
M E M B E R
**P 1**

# SCOTIA iTRADE®

**Confirmation Notice**

## CONDITIONS

**Without limiting in any way or otherwise affecting our rights under any other contracts between us, you agree to the following:**
*Order execution only account means that Scotia iTRADE does not provide recommendations or accept any responsibility to advise clients on the suitability of investment decisions or transactions.

All transactions are subject to the by–laws, regulations and customs of the stock exchange where executed, and any clearing house involved, and of any regulatory authority including any association of brokers or dealers having jurisdiction, and to the terms and conditions of any relevant customer's or trading agreement which you have entered into with us. In the case of an exchange transaction the name of the exchange (and clearing house, if any) and of the other broker will be furnished upon request. Details of the individual representative who accepted your order(s) are available on request. Please contact the branch manager.

If settlement or provision for settlement of this transaction is not made by the settlement date shown hereon, or by the date ("accrued interest date") to which accrued interest is calculated as shown hereon, whichever date is applicable, this transaction may be closed out without notice to you by the sale or purchase of the related securities, whichever action is appropriate and we will claim from you any balance owing to us or credit to you any balance owing to you as a result of such action. Unless already in our possession, payment or security should reach us by the settlement date or accrued interest date indicated. Payments on accounts received after the indicated date may result in interest being charged on the unpaid balance until the balance is paid.

Any demand, advertisement or notice which may be given to you shall not be a waiver of any right to take any action which we may be authorized to exercise without demand, advertisement or notice.

Whenever and so often as you are indebted to us, all securities and property (hereinafter called "securities") held by us for you or on your account shall be collateral security for the payment of your indebtedness from time to time and we shall have the right to loan such securities and raise money on them and pledge and repledge them either separately or in our general loans or otherwise together with any securities belonging to us or to others, the whole in such manner and on such terms and conditions and for such amount whether more or less than the amount due by you, and for such purposes as we may deem advisable, and if we deem it necessary for our protection, we shall have the right to buy in securities of which your account may be short and to sell securities of which your account may be long, the whole publicly or privately and without demand for margin and without notice.

In placing the order to effect this transaction, you shall be taken to represent to us that you have full capacity power and authority to enter into this transaction and that any securities to be sold by us on your behalf are free of encumbrance and of any restraint (whether imposed by law, any regulatory authority contract or otherwise) on their distribution to the public or sale in any market and are in all respects freely tradeable.

This transaction shall be deemed and treated as authorized and correct and as ratified and confirmed by you unless we receive written notice to the contrary. If you do not agree with the information hereon, please advise us promptly.

**Currency Conversion & Fixed Income Fees:** We will act as principal in fixed income and currency conversion transactions. Scotia Capital Inc. and others apply discretionary currency conversion rates and may earn revenue on currency conversion transactions based on the spread between the bid and ask prices for the currency then in effect and the principal's costs and, on offsetting transactions, based on the difference between the FX rate charged our clients and discretionary rates applied to the offsetting transactions. Conversion of currency will take place on the trade date. If a trade is executed for you in a foreign market and a currency conversion occurs, and the conversion rate applied is not displayed on the face of your trade confirmation, the rate applied is available to you on request.

Leverage/Margin Risk Disclosure Statement: Using borrowed money (whether through a margin account or otherwise) to purchase securities involves greater risk than using cash resources only. Please refer to the terms and conditions in the Account Agreement. Note: you should retain this statement for income tax purposes.

Customer accounts are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of coverage is available on request.

CODE INFORMATION/ NONVOT: NON–VOTING  RESVOT: RESTRICTED VOTING  SUBVOTE: SUBORDINATE VOTE

MV – MULTIPLE VOTING  LV – LIMITED VOTING

**Scotia iTRADE®**

| **Main Branch** | **Customer Service** |
|---|---|
| 225 King St. W., Suite 1200 | 48 Yonge St. |
| Toronto ON | Toronto ON |
| M5V 3M2 | M5E 1G6 |

Scotia iTRADE (Discount Broker – Order – Execution Only Account) is a division of Scotia Capital Inc. (SCI). SCI is a member of the Canadian Investor Protection Fund and the Investment Industry Regulatory Organization of Canada. Scotia iTRADE does not provide investment advice or recommendations and investors are responsible for their own investment decisions.

® Registered trademark of The Bank of Nova Scotia. Used under license.

**P 2**



## SCOTIA iTRADE®

225 KING ST WEST, SUITE 1200
TORONTO, ONTARIO M5V 3M2

# Confirmation Notice

**ACCOUNT NO.**    **TYPE**
6809    CASH

**FOR SETTLEMENT IN THIS OFFICE**

GLENN D TEASDALE    40**
41 BAXTER DRIVE
GUELPH ON  N1L 0G4

---

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT ON
NASDAQ CXD

MARCH 25, 2021
SETTLEMENT DATE    MARCH 29, 2021
ACCOUNT NO.    6809-CASH

| TRANSACTION TYPE | | | BOUGHT | |
|---|---|---|---|---|
| Quantity | Security Description | | | Unit Price |
| 1,200 | METAMATERIAL INC COM STP PET | @ | | 3.50C$ |

| | |
|---|---|
| GROSS AMOUNT | 4,200.00 |
| COMMISSION | 9.99 |
| SUB TOTAL | 4,209.99 C$ |
| NET AMOUNT | 4,209.99 C$ |

---

| INVESTMENT REPRESENTATIVE | TORONTO–PLAZA | REFERENCE G8389 / CUSIP CA59134F1018 / |
|---|---|---|
| IR No. | S20 | SECURITY NO. M064469 / ORDER NO. 568389 / A CX |
| TEL. | (800) 263–3430 | |

Scotia iTRADE (Discount Broker – Order–Execution Only Accounts) is a division of Scotia Capital Inc. (SCI). SCI is a member of the
Canadian Investor Protection Fund and the Investment Industry Regulatory Organization of Canada. Scotia iTRADE does not provide
investment advice or recommendations and investors are responsible for their own investment decisions. This transaction is subject to
the Agreement on the reverse side. ® Registered trademark of The Bank of Nova Scotia. Used under license.

**CIPF**
Canadian Investor Protection Fund
M E M B E R

P 1

# Overview         News         Analysis

## HOLDINGS

| | |
|---|---|
| Share quantity | 4 |
| Market price | 0.151 USD |
| Market value | 0.60 USD |
| Unrealized loss | -2,255.78 USD (-99.97%) ▽ |
| Book value | 2,256.38 USD |
| Average cost | 564.10 USD |
| Account | Cash USD  (6809) |

← **MMATQ : US**    ☆    🔔    ↻

| **Overview** | News | Analysis |

## HOLDINGS

| Share quantity | 633 |
|---|---|
| Market price | 0.151 USD |
| Market value | 131.81 CAD |
| Unrealized loss | -183,309.76 CAD<br>(-99.93%) ▽ |
| Book value | 183,441.57 CAD |
| Average cost | 213.09 USD |
| Account | Cash CAD (6809) |

## QUOTE DETAILS    ⌄

**Trade**

# HOLDINGS

| | |
|---|---|
| Share quantity | 78 |
| Market price | 0.151 USD |
| Market value | 16.24 CAD |
| Unrealized loss | -15,776.90 CAD (-99.90%) ▽ |
| Book value | 15,793.14 CAD |
| Average cost | 148.88 USD |
| Account | TFSA CAD (5242) |



**Confirmation Notice**

ACCOUNT NO.    TYPE
⬤⬤⬤5242⬤⬤    TFSA

**FOR SETTLEMENT IN THIS OFFICE**

44 KING STREET WEST, CONCOURSE LEVEL
TORONTO, ONTARIO M5H 1H1

GLENN D TEASDALE        40**
41 BAXTER DRIVE
GUELPH ON  N1L 0G4

|  |  |
|---|---|
|  | DECEMBER 29, 2021 |
| AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT OVER THE COUNTER – U.S.A. | SETTLEMENT DATE    DECEMBER 31, 2021 |
|  | ACCOUNT NO.        ⬤⬤⬤5242⬤⬤-TFSA |

| AS PRINCIPAL, WE CONVERTED AT | 1.3015 | | GROSS AMOUNT | 3,333.42 |
|---|---|---|---|---|
| TRANSACTION TYPE | BOUGHT | | COMMISSION | 9.99 |

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 1,350 | META MATLS INC COMMON STOCK STP PET EXCHANGE RATE        1.30150000 | @ | 2.4692U$ |

|  |  |
|---|---|
| SUB TOTAL | 3,343.41 U$ |
| EXCHANGE | 1,008.04 |
| NET AMOUNT | 4,351.45 C$ |

| INVESTMENT REPRESENTATIVE | SCOTIA I–TRADE | REFERENCE F1406  /  CUSIP US59134N1046  / |
|---|---|---|
| IR No. | SY1 | SECURITY NO. M067927  /  ORDER NO. 551406  /  A  65 |
| TEL. | (888) 872–3388 | |

Scotia iTRADE (Discount Broker – Order–Execution Only Accounts) is a division of Scotia Capital Inc. (SCI). SCI is a member of the Canadian Investor Protection Fund and the Investment Industry Regulatory Organization of Canada. Scotia iTRADE does not provide investment advice or recommendations and investors are responsible for their own investment decisions. This transaction is subject to the Agreement on the reverse side. ® Registered trademark of The Bank of Nova Scotia. Used under license.

**CIPF**
Canadian Investor Protection Fund
M E M B E R
**P 1**



**Confirmation Notice**

CONDITIONS

**Without limiting in any way or otherwise affecting our rights under any other contracts between us, you agree to the following:**
**\*Order execution only account means that Scotia iTRADE does not provide recommendations or accept any responsibility to advise clients on the suitability of investment decisions or transactions.**

All transactions are subject to the by-laws, regulations and customs of the stock exchange where executed, and any clearing house involved, and of any regulatory authority including any association of brokers or dealers having jurisdiction, and to the terms and conditions of any relevant customer's or trading agreement which you have entered into with us. In the case of an exchange transaction the name of the exchange (and clearing house, if any) and of the other broker will be furnished upon request. Details of the individual representative who accepted your order(s) are available on request. Please contact the branch manager.

If settlement or provision for settlement of this transaction is not made by the settlement date shown hereon, or by the date ("accrued interest date") to which accrued interest is calculated as shown hereon, whichever date is applicable, this transaction may be closed out without notice to you by the sale or purchase of the related securities, whichever action is appropriate and we will claim from you any balance owing to us or credit to you any balance owing to you as a result of such action. Unless already in our possession, payment or security should reach us by the settlement date or accrued interest date indicated. Payments on accounts received after the indicated date may result in interest being charged on the unpaid balance until the balance is paid.

Any demand, advertisement or notice which may be given to you shall not be a waiver of any right to take any action which we may be authorized to exercise without demand, advertisement or notice.

Whenever and so often as you are indebted to us, all securities and property (hereinafter called "securities") held by us for you or on your account shall be collateral security for the payment of your indebtedness from time to time and we shall have the right to loan such securities and raise money on them and pledge and repledge them either separately or in our general loans or otherwise together with any securities belonging to us or to others, the whole in such manner and on such terms and conditions and for such amount whether more or less than the amount due by you, and for such purposes as we may deem advisable, and if we deem it necessary for our protection, we shall have the right to buy in securities of which your account may be short and to sell securities of which your account may be long, the whole publicly or privately and without demand for margin and without notice.

In placing the order to effect this transaction, you shall be taken to represent to us that you have full capacity power and authority to enter into this transaction and that any securities to be sold by us on your behalf are free of encumbrance and of any restraint (whether imposed by law, any regulatory authority contract or otherwise) on their distribution to the public or sale in any market and are in all respects freely tradeable.

This transaction shall be deemed and treated as authorized and correct and as ratified and confirmed by you unless we receive written notice to the contrary. If you do not agree with the information hereon, please advise us promptly.

**Currency Conversion & Fixed Income Fees:** We will act as principal in fixed income and currency conversion transactions. Scotia Capital Inc. and others apply discretionary currency conversion rates and may earn revenue on currency conversion transactions based on the spread between the bid and ask prices for the currency then in effect and the principal's costs and, on offsetting transactions, based on the difference between the FX rate charged our clients and discretionary rates applied to the offsetting transactions. Conversion of currency will take place on the trade date. If a trade is executed for you in a foreign market and a currency conversion occurs, and the conversion rate applied is not displayed on the face of your trade confirmation, the rate applied is available to you on request.

Leverage/Margin Risk Disclosure Statement: Using borrowed money (whether through a margin account or otherwise) to purchase securities involves greater risk than using cash resources only. Please refer to the terms and conditions in the Account Agreement. Note: you should retain this statement for income tax purposes.

Customer accounts are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of coverage is available on request.

CODE INFORMATION/ NONVOT: NON-VOTING  RESVOT: RESTRICTED VOTING  SUBVOTE: SUBORDINATE VOTE

MV – MULTIPLE VOTING  LV – LIMITED VOTING

**Scotia iTRADE®**

**Customer Service**

44 King St. W., Concourse Level
Toronto, Ontario
M5H 1H1

Scotia iTRADE (Discount Broker -- Order – Execution Only Account) is a division of Scotia Capital Inc. (SCI). SCI is a member of the Canadian Investor Protection Fund and the Investment Industry Regulatory Organization of Canada. Scotia iTRADE does not provide investment advice or recommendations and investors are responsible for their own investment decisions.

® Registered trademark of The Bank of Nova Scotia. Used under license.

**P 2**



**SCOTIA iTRADE**®

44 KING STREET WEST, CONCOURSE LEVEL
TORONTO, ONTARIO M5H 1H1

# Confirmation Notice

**ACCOUNT NO.    TYPE**
⬤⬤⬤⬤5242⬤    TFSA

**FOR SETTLEMENT IN THIS OFFICE**

GLENN D TEASDALE        40**
41 BAXTER DRIVE
GUELPH ON  N1L 0G4

---

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT
OVER THE COUNTER – U.S.A.

JANUARY 5, 2022
SETTLEMENT DATE    JANUARY 7, 2022
ACCOUNT NO.        ⬤⬤⬤5242⬤–TFSA

| AS PRINCIPAL, WE CONVERTED AT | | | | 1.292 |
| TRANSACTION TYPE | | | | BOUGHT |
| Quantity | Security Description | | | Unit Price |
| 1,350 | META MATLS INC | @ | | 2.839U$ |
| | COMMON STOCK | | | |
| | STP PET | | | |
| | EXCHANGE RATE | 1.29200000 | | |

| | |
|---|---|
| GROSS AMOUNT | 3,832.65 |
| COMMISSION | 9.99 |
| SUB TOTAL | 3,842.64 US |
| EXCHANGE | 1,122.05 |
| NET AMOUNT | 4,964.69 C$ |

---

INVESTMENT REPRESENTATIVE        SCOTIA I–TRADE
IR No.                           SY1
TEL.                             (888) 872–3388

REFERENCE G9724  /  CUSIP US59134N1046  /
SECURITY NO. M067927  /  ORDER NO. 569724  /  A  65

Scotia iTRADE (Discount Broker – Order–Execution Only Accounts) is a division of Scotia Capital Inc. (SCI). SCI is a member of the Canadian Investor Protection Fund and the Investment Industry Regulatory Organization of Canada. Scotia iTRADE does not provide investment advice or recommendations and investors are responsible for their own investment decisions. This transaction is subject to the Agreement on the reverse side. ® Registered trademark of The Bank of Nova Scotia. Used under license.

**CIPF**
Canadian Investor Protection Fund
M E M B E R
**P 1**

# SCOTIA iTRADE®

**Confirmation Notice**

## CONDITIONS

**Without limiting In any way or otherwise affecting our rights under any other contracts between us, you agree to the following:**
**\*Order execution only account means that Scotia iTRADE does not provide recommendations or accept any responsibility to advise clients on the suitability of investment decisions or transactions.**

All transactions are subject to the by–laws, regulations and customs of the stock exchange where executed, and any clearing house involved, and of any regulatory authority including any association of brokers or dealers having jurisdiction, and to the terms and conditions of any relevant customer's or trading agreement which you have entered into with us. In the case of an exchange transaction the name of the exchange (and clearing house, if any) and of the other broker will be furnished upon request. Details of the individual representative who accepted your order(s) are available on request. Please contact the branch manager.

If settlement or provision for settlement of this transaction is not made by the settlement date shown hereon, or by the date ("accrued interest date") to which accrued interest is calculated as shown hereon, whichever date is applicable, this transaction may be closed out without notice to you by the sale or purchase of the related securities, whichever action is appropriate and we will claim from you any balance owing to us or credit to you any balance owing to you as a result of such action. Unless already in our possession, payment or security should reach us by the settlement date or accrued interest date indicated. Payments on accounts received after the indicated date may result in interest being charged on the unpaid balance until the balance is paid.

Any demand, advertisement or notice which may be given to you shall not be a waiver of any right to take any action which we may be authorized to exercise without demand, advertisement or notice.

Whenever and so often as you are indebted to us, all securities and property (hereinafter called "securities") held by us for you or on your account shall be collateral security for the payment of your indebtedness from time to time and we shall have the right to loan such securities and raise money on them and pledge and repledge them either separately or in our general loans or otherwise together with any securities belonging to us or to others, the whole in such manner and on such terms and conditions and for such amount whether more or less than the amount due by you, and for such purposes as we may deem advisable, and if we deem it necessary for our protection, we shall have the right to buy in securities of which your account may be short and to sell securities of which your account may be long, the whole publicly or privately and without demand for margin and without notice.

In placing the order to effect this transaction, you shall be taken to represent to us that you have full capacity power and authority to enter into this transaction and that any securities to be sold by us on your behalf are free of encumbrance and of any restraint (whether imposed by law, any regulatory authority contract or otherwise) on their distribution to the public or sale in any market and are in all respects freely tradeable.

This transaction shall be deemed and treated as authorized and correct and as ratified and confirmed by you unless we receive written notice to the contrary. If you do not agree with the information hereon, please advise us promptly.

**Currency Conversion & Fixed Income Fees:** We will act as principal in fixed income and currency conversion transactions. Scotia Capital Inc. and others apply discretionary currency conversion rates and may earn revenue on currency conversion transactions based on the spread between the bid and ask prices for the currency then in effect and the principal's costs and, on offsetting transactions, based on the difference between the FX rate charged our clients and discretionary rates applied to the offsetting transactions. Conversion of currency will take place on the trade date. If a trade is executed for you in a foreign market and a currency conversion occurs, and the conversion rate applied is not displayed on the face of your trade confirmation, the rate applied is available to you on request.

Leverage/Margin Risk Disclosure Statement: Using borrowed money (whether through a margin account or otherwise) to purchase securities involves greater risk than using cash resources only. Please refer to the terms and conditions in the Account Agreement. Note: you should retain this statement for income tax purposes.

Customer accounts are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of coverage is available on request.

CODE INFORMATION/ NONVOT: NON–VOTING  RESVOT: RESTRICTED VOTING  SUBVOTE: SUBORDINATE VOTE

MV – MULTIPLE VOTING  LV – LIMITED VOTING

**Scotia iTRADE®**

**Customer Service**
44 King St. W., Concourse Level
Toronto, Ontario
M5H 1H1

Scotia iTRADE (Discount Broker – Order – Execution Only Account) is a division of Scotia Capital Inc. (SCI). SCI is a member of the Canadian Investor Protection Fund and the Investment Industry Regulatory Organization of Canada. Scotia iTRADE does not provide investment advice or recommendations and investors are responsible for their own investment decisions.

® Registered trademark of The Bank of Nova Scotia. Used under license.

**P 2**

← **Transaction details**

# Deposit MMAT : US

# 0.00 CAD

5100 shares ⓘ

| | |
|---|---|
| Price per share | **0.00 CAD** |
| Transaction date | **January 20, 2023** |
| Settlement date | **January 20, 2023** |

Description ⌃

META MATLS INC COMMON STOCK AS
OF 01/20/23 TFSA CONTRIBUTION
FROM ACCOUNT ▬▬ 6809 ▬ BOOK
VALUE        $6;477.00



# ← MMATQ : US

 

## Overview        News        Analysis

## HOLDINGS

| | |
|---|---|
| Share quantity | 11 |
| Market price | 0.071 USD |
| Market value | 1.08 CAD |
| Unrealized loss | -5,093.40 CAD (-99.98%) ▽ |
| Book value | 5,094.48 CAD |
| Average cost | 340.54 USD |
| Account | RRSP CAD (3687) |



**Confirmation Notice**

**ACCOUNT NO.   TYPE**
◼◼◼3687◼          RRSP

**FOR SETTLEMENT IN THIS OFFICE**

44 KING STREET WEST, CONCOURSE LEVEL
TORONTO, ONTARIO M5H 1H1

GLENN D TEASDALE          40**
41 BAXTER DRIVE
GUELPH ON  N1L 0G4

---

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT
OVER THE COUNTER -- U.S.A.

|  | AUGUST 16, 2021 |
|---|---|
| SETTLEMENT DATE | AUGUST 18, 2021 |
| ACCOUNT NO. | ◼◼◼3687◼-RRSP |

| AS PRINCIPAL, WE CONVERTED AT | 1.2745 |
|---|---|
| TRANSACTION TYPE | BOUGHT |

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 680 | META MATLS INC | @ | 3.0591U$ |
|  | COMMON STOCK | | |
|  | STP PET | | |
|  | EXCHANGE RATE    1.27450000 | | |

| GROSS AMOUNT | 2,080.19 |
|---|---|
| COMMISSION | 9.99 |
| | |
| SUB TOTAL | 2,090.18 US |
| EXCHANGE | 573.75 |
| NET AMOUNT | 2,663.93 C$ |

---

| INVESTMENT REPRESENTATIVE | TORONTO-PLAZA | REFERENCE F8106  /  CUSIP US59134N1046  / |
|---|---|---|
| IR No. | S20 | SECURITY NO. M067927  /  ORDER NO. 558106  /  A  65 |
| TEL. | (800) 263-3430 | |

Scotia iTRADE (Discount Broker – Order–Execution Only Accounts) is a division of Scotia Capital Inc. (SCI). SCI is a member of the Canadian Investor Protection Fund and the Investment Industry Regulatory Organization of Canada. Scotia iTRADE does not provide investment advice or recommendations and investors are responsible for their own investment decisions. This transaction is subject to the Agreement on the reverse side. ® Registered trademark of The Bank of Nova Scotia. Used under license.



**CIPF**
Canadian Investor Protection Fund
M E M B E R

**P 1**

# SCOTIA iTRADE®

**Confirmation Notice**

## CONDITIONS

Without limiting in any way or otherwise affecting our rights under any other contracts between us, you agree to the following:
*Order execution only account means that Scotia iTRADE does not provide recommendations or accept any responsibility to advise clients on the suitability of investment decisions or transactions.

All transactions are subject to the by-laws, regulations and customs of the stock exchange where executed, and any clearing house involved, and of any regulatory authority including any association of brokers or dealers having jurisdiction, and to the terms and conditions of any relevant customer's or trading agreement which you have entered into with us. In the case of an exchange transaction the name of the exchange (and clearing house, if any) and of the other broker will be furnished upon request. Details of the individual representative who accepted your order(s) are available on request. Please contact the branch manager.

If settlement or provision for settlement of this transaction is not made by the settlement date shown hereon, or by the date ("accrued interest date") to which accrued interest is calculated as shown hereon, whichever date is applicable, this transaction may be closed out without notice to you by the sale or purchase of the related securities, whichever action is appropriate and we will claim from you any balance owing to us or credit to you any balance owing to you as a result of such action. Unless already in our possession, payment or security should reach us by the settlement date or accrued interest date indicated. Payments on accounts received after the indicated date may result in interest being charged on the unpaid balance until the balance is paid.

Any demand, advertisement or notice which may be given to you shall not be a waiver of any right to take any action which we may be authorized to exercise without demand, advertisement or notice.

Whenever and so often as you are indebted to us, all securities and property (hereinafter called "securities") held by us for you or on your account shall be collateral security for the payment of your indebtedness from time to time and we shall have the right to loan such securities and raise money on them and pledge and repledge them either separately or in our general loans or otherwise together with any securities belonging to us or to others, the whole in such manner and on such terms and conditions and for such amount whether more or less than the amount due by you, and for such purposes as we may deem advisable, and if we deem it necessary for our protection, we shall have the right to buy in securities of which your account may be short and to sell securities of which your account may be long, the whole publicly or privately and without demand for margin and without notice.

In placing the order to effect this transaction, you shall be taken to represent to us that you have full capacity power and authority to enter into this transaction and that any securities to be sold by us on your behalf are free of encumbrance and of any restraint (whether imposed by law, any regulatory authority contract or otherwise) on their distribution to the public or sale in any market and are in all respects freely tradeable.

This transaction shall be deemed and treated as authorized and correct and as ratified and confirmed by you unless we receive written notice to the contrary. If you do not agree with the information hereon, please advise us promptly.

**Currency Conversion & Fixed Income Fees:** We will act as principal in fixed income and currency conversion transactions. Scotia Capital Inc. and others apply discretionary currency conversion rates and may earn revenue on currency conversion transactions based on the spread between the bid and ask prices for the currency then in effect and the principal's costs and, on offsetting transactions, based on the difference between the FX rate charged our clients and discretionary rates applied to the offsetting transactions. Conversion of currency will take place on the trade date. If a trade is executed for you in a foreign market and a currency conversion occurs, and the conversion rate applied is not displayed on the face of your trade confirmation, the rate applied is available to you on request.

Leverage/Margin Risk Disclosure Statement: Using borrowed money (whether through a margin account or otherwise) to purchase securities involves greater risk than using cash resources only. Please refer to the terms and conditions in the Account Agreement. Note: you should retain this statement for income tax purposes.

Customer accounts are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of coverage is available on request.

CODE INFORMATION/ NONVOT: NON-VOTING  RESVOT: RESTRICTED VOTING  SUBVOTE: SUBORDINATE VOTE

MV – MULTIPLE VOTING  LV – LIMITED VOTING

**Scotia iTRADE®**

**Customer Service**

44 King St. W., Concourse Level
Toronto, Ontario
M5H 1H1

Scotia iTRADE (Discount Broker – Order – Execution Only Account) is a division of Scotia Capital Inc. (SCI). SCI is a member of the Canadian Investor Protection Fund and the Investment Industry Regulatory Organization of Canada. Scotia iTRADE does not provide investment advice or recommendations and investors are responsible for their own investment decisions.

® Registered trademark of The Bank of Nova Scotia. Used under license.

**P 2**



# Confirmation Notice

**ACCOUNT NO.**    **TYPE**
●●●●3687●         RRSP

**FOR SETTLEMENT IN THIS OFFICE**

*44 KING STREET WEST, CONCOURSE LEVEL*
*TORONTO, ONTARIO M5H 1H1*

GLENN D TEASDALE          40**
41 BAXTER DRIVE
GUELPH ON  N1L 0G4

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT
OVER THE COUNTER – U.S.A.

SEPTEMBER 24, 2021
SETTLEMENT DATE       SEPTEMBER 28, 2021
ACCOUNT NO.           ●●●●3687●–RRSP

AS PRINCIPAL, WE CONVERTED AT                    1.2895
TRANSACTION TYPE                                 BOUGHT

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 360 | META MATLS INC<br>COMMON STOCK<br>STP PET<br>EXCHANGE RATE    1.28950000 | @ | 5.1985U$ |

| | |
|---|---|
| GROSS AMOUNT | 1,871.46 |
| COMMISSION | 9.99 |
| SUB TOTAL | 1,881.45 U$ |
| EXCHANGE | 544.68 |
| NET AMOUNT | 2,426.13 C$ |

| INVESTMENT REPRESENTATIVE | TORONTO–PLAZA | REFERENCE F9538  / CUSIP US59134N1046  / |
|---|---|---|
| IR No. | S20 | SECURITY NO. M067927  / ORDER NO. 559538  / A  65 |
| TEL. | (800) 263–3430 | |

Scotia iTRADE (Discount Broker – Order–Execution Only Accounts) is a division of Scotia Capital Inc. (SCI). SCI is a member of the Canadian Investor Protection Fund and the Investment Industry Regulatory Organization of Canada. Scotia iTRADE does not provide investment advice or recommendations and investors are responsible for their own investment decisions. This transaction is subject to the Agreement on the reverse side. ® Registered trademark of The Bank of Nova Scotia. Used under license.

**CIPF**
Canadian Investor Protection Fund
M E M B E R

P 1



**Confirmation Notice**

CONDITIONS

**Without limiting** In any way or otherwise affecting our rights under any other contracts between us, you agree to the following:
\*Order execution only account means that Scotia iTRADE does not provide recommendations or accept any responsibility to advise clients on the suitability of investment decisions or transactions.

All transactions are subject to the by–laws, regulations and customs of the stock exchange where executed, and any clearing house involved, and of any regulatory authority including any association of brokers or dealers having jurisdiction, and to the terms and conditions of any relevant customer's or trading agreement which you have entered into with us. In the case of an exchange transaction the name of the exchange (and clearing house, if any) and of the other broker will be furnished upon request. Details of the individual representative who accepted your order(s) are available on request. Please contact the branch manager.

If settlement or provision for settlement of this transaction is not made by the settlement date shown hereon, or by the date ("accrued interest date") to which accrued interest is calculated as shown hereon, whichever date is applicable, this transaction may be closed out without notice to you by the sale or purchase of the related securities, whichever action is appropriate and we will claim from you any balance owing to us or credit to you any balance owing to you as a result of such action. Unless already in our possession, payment or security should reach us by the settlement date or accrued interest date indicated. Payments on accounts received after the indicated date may result in interest being charged on the unpaid balance until the balance is paid.

Any demand, advertisement or notice which may be given to you shall not be a waiver of any right to take any action which we may be authorized to exercise without demand, advertisement or notice.

Whenever and so often as you are indebted to us, all securities and property (hereinafter called "securities") held by us for you or on your account shall be collateral security for the payment of your indebtedness from time to time and we shall have the right to loan such securities and raise money on them and pledge and repledge them either separately or in our general loans or otherwise together with any securities belonging to us or to others, the whole in such manner and on such terms and conditions and for such amount whether more or less than the amount due by you, and for such purposes as we may deem advisable, and if we deem it necessary for our protection, we shall have the right to buy in securities of which your account may be short and to sell securities of which your account may be long, the whole publicly or privately and without demand for margin and without notice.

In placing the order to effect this transaction, you shall be taken to represent to us that you have full capacity power and authority to enter into this transaction and that any securities to be sold by us on your behalf are free of encumbrance and of any restraint (whether imposed by law, any regulatory authority contract or otherwise) on their distribution to the public or sale in any market and are in all respects freely tradeable.

This transaction shall be deemed and treated as authorized and correct and as ratified and confirmed by you unless we receive written notice to the contrary. If you do not agree with the information hereon, please advise us promptly.

**Currency Conversion & Fixed Income Fees:** We will act as principal in fixed income and currency conversion transactions. Scotia Capital Inc. and others apply discretionary currency conversion rates and may earn revenue on currency conversion transactions based on the spread between the bid and ask prices for the currency then in effect and the principal's costs and, on offsetting transactions, based on the difference between the FX rate charged our clients and discretionary rates applied to the offsetting transactions. Conversion of currency will take place on the trade date. If a trade is executed for you in a foreign market and a currency conversion occurs, and the conversion rate applied is not displayed on the face of your trade confirmation, the rate applied is available to you on request.

Leverage/Margin Risk Disclosure Statement: Using borrowed money (whether through a margin account or otherwise) to purchase securities involves greater risk than using cash resources only. Please refer to the terms and conditions in the Account Agreement. Note: you should retain this statement for income tax purposes.

Customer accounts are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of coverage is available on request.

CODE INFORMATION/ NONVOT: NON–VOTING  RESVOT: RESTRICTED VOTING  SUBVOTE: SUBORDINATE VOTE

MV – MULTIPLE VOTING  LV – LIMITED VOTING

**Scotia iTRADE®**

**Customer Service**
44 King St. W., Concourse Level
Toronto, Ontario
M5H 1H1

Scotia iTRADE (Discount Broker – Order – Execution Only Account) is a division of Scotia Capital Inc. (SCI). SCI is a member of the Canadian Investor Protection Fund and the Investment Industry Regulatory Organization of Canada. Scotia iTRADE does not provide investment advice or recommendations and investors are responsible for their own investment decisions.

® Registered trademark of The Bank of Nova Scotia. Used under license.

**P 2**

| | |
|---|---|
| Share quantity | 40 |
| Market price | 0.151 USD |
| Market value | 8.33 CAD |
| Unrealized loss | -9,199.34 CAD (-99.91%) ▽ |
| Book value | 9,207.67 CAD |
| Average cost | 169.26 USD |
| Account | RESP CAD  (8556) |

## QUOTE DETAILS ⌄



SCOTIA iTRADE®

44 KING STREET WEST, CONCOURSE LEVEL
TORONTO, ONTARIO M5H 1H1

## Confirmation Notice

**ACCOUNT NO.    TYPE**
8556       RESP

**FOR SETTLEMENT IN THIS OFFICE**

GLENN D TEASDALE        40**
41 BAXTER DRIVE
GUELPH ON  N1L 0G4

---

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT
OVER THE COUNTER – U.S.A.

FEBRUARY 1, 2022
SETTLEMENT DATE    FEBRUARY 3, 2022
ACCOUNT NO.        8556   –RESP

| | | | |
|---|---|---|---|
| AS PRINCIPAL, WE CONVERTED AT | | 1.2875 | |
| TRANSACTION TYPE | | BOUGHT | |
| Quantity | Security Description | | Unit Price |
| 3,000 | META MATLS INC | @ | 1.8892U$ |
| | COMMON STOCK | | |
| | STP PET | | |
| | EXCHANGE RATE   1.28750000 | | |

| | |
|---|---|
| GROSS AMOUNT | 5,667.60 |
| COMMISSION | 9.99 |
| | |
| | |
| SUB TOTAL | 5,677.59 U$ |
| EXCHANGE | 1,632.31 |
| NET AMOUNT | 7,309.90 C$ |

---

| | | |
|---|---|---|
| INVESTMENT REPRESENTATIVE | SCOTIA I–TRADE | REFERENCE F1306  /  CUSIP US59134N1046  / |
| IR No. | SL1 | SECURITY NO. M067927  /  ORDER NO. 551306  /  A  65 |
| TEL. | (888) 872–3388 | |

Scotia iTRADE (Discount Broker – Order–Execution Only Accounts) is a division of Scotia Capital Inc. (SCI). SCI is a member of the Canadian Investor Protection Fund and the Investment Industry Regulatory Organization of Canada. Scotia iTRADE does not provide investment advice or recommendations and investors are responsible for their own investment decisions. This transaction is subject to the Agreement on the reverse side. ® Registered trademark of The Bank of Nova Scotia. Used under license.

**CIPF**
Canadian Investor Protection Fund
M E M B E R

P 1



**Confirmation Notice**

CONDITIONS

**Without limiting  In any way or otherwise affecting our rights under any other contracts between us, you agree to the following:**
**\*Order execution  only account means that Scotia iTRADE does not provide recommendations or accept any responsibility to advise clients on the suitability of investment decisions or transactions.**

All transactions  are subject to the by–laws, regulations and customs of the stock exchange where executed, and any clearing house involved, and  of any regulatory authority including any association of brokers or dealers having jurisdiction, and to the terms and conditions of  any relevant customer's or trading agreement which you have entered into with us. In the case of an exchange transaction the  name of the exchange (and clearing house, if any) and of the other broker will be furnished upon request. Details of the individual representative who accepted your order(s) are available on request. Please contact the branch manager.

If settlement  or provision for settlement of this transaction is not made by the settlement date shown hereon, or by the date ("accrued interest date") to which accrued interest is calculated as shown hereon, whichever date is applicable, this transaction may be closed out without  notice to you by the sale or purchase of the related securities, whichever action is appropriate and we will claim from you any balance  owing to us or credit to you any balance owing to you as a result of such action. Unless already in our possession, payment or  security should reach us by the settlement date or accrued interest date indicated. Payments on accounts received after the indicated date may result in interest being charged on the unpaid balance until the balance is paid.

Any demand,  advertisement or notice which may be given to you shall not be a waiver of any right to take any action which we may be authorized to exercise without demand, advertisement or notice.

Whenever and  so often as you are indebted to us, all securities and property (hereinafter called "securities") held by us for you or on your account  shall be collateral security for the payment of your indebtedness from time to time and we shall have the right to loan such securities  and raise money on them and pledge and repledge them either separately or in our general loans or otherwise together with  any securities belonging to us or to others, the whole in such manner and on such terms and conditions and for such amount whether  more or less than the amount due by you, and for such purposes as we may deem advisable, and if we deem it necessary for  our protection, we shall have the right to buy in securities of which your account may be short and to sell securities of which your account  may be long, the whole publicly or privately and without demand for margin and without notice.

In placing  the order to effect this transaction, you shall be taken to represent to us that you have full capacity power and authority to enter into  this transaction and that any securities to be sold by us on your behalf are free of encumbrance and of any restraint (whether imposed  by law, any regulatory authority contract or otherwise) on their distribution to the public or sale in any market and are in all respects  freely tradeable.

This transaction  shall be deemed and treated as authorized and correct and as ratified and confirmed by you unless we receive written notice  to the contrary. If you do not agree with the information hereon, please advise us promptly.

**Currency Conversion  & Fixed Income Fees:**  We will act as principal in fixed income and currency conversion transactions. Scotia Capital Inc.  and others apply discretionary currency conversion rates and may earn revenue on currency conversion transactions based on  the spread between the bid and ask prices for the currency then in effect and the principal's costs and, on offsetting transactions,  based  on the difference between the FX rate charged our clients and discretionary rates applied to the offsetting transactions. Conversion  of currency will take place on the trade date. If a trade is executed for you in a foreign market and a currency conversion  occurs, and the conversion rate applied is not displayed on the face of your trade confirmation, the rate applied is available to you on request.

Leverage/Margin Risk  Disclosure Statement: Using borrowed money (whether through a margin account or otherwise) to purchase securities involves  greater risk than using cash resources only. Please refer to the terms and conditions in the Account Agreement. Note: you should retain this statement for income tax purposes.

Customer accounts  are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of coverage is available on request.

CODE INFORMATION/  NONVOT: NON–VOTING  RESVOT: RESTRICTED VOTING  SUBVOTE: SUBORDINATE VOTE

MV – MULTIPLE VOTING  LV – LIMITED VOTING

**Scotia iTRADE®**

**Customer Service**
44 King St. W., Concourse Level
Toronto, Ontario
M5H 1H1

Scotia iTRADE  (Discount Broker – Order – Execution Only Account) is a division of Scotia Capital Inc. (SCI). SCI is a member of the Canadian Investor Protection Fund and the Investment Industry Regulatory Organization of Canada. Scotia iTRADE does not provide investment advice or recommendations and investors are responsible for their own investment decisions.

® Registered trademark of The Bank of Nova Scotia. Used under license.

**P 2**



# Confirmation Notice

**ACCOUNT NO.**  **TYPE**
8556  RESP

**FOR SETTLEMENT IN THIS OFFICE**

44 KING STREET WEST, CONCOURSE LEVEL
TORONTO, ONTARIO M5H 1H1

GLENN D TEASDALE    40**
41 BAXTER DRIVE
GUELPH ON  N1L 0G4

---

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT
OVER THE COUNTER – U.S.A.

FEBRUARY 17, 2022
SETTLEMENT DATE    FEBRUARY 22, 2022
ACCOUNT NO.    8556  –RESP

| | | |
|---|---|---|
| AS PRINCIPAL, WE CONVERTED AT | | 1.2895 |
| TRANSACTION TYPE | | BOUGHT |

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 140 | META MATLS INC | @ | 1.8084U$ |
| | COMMON STOCK | | |
| | STP PET | | |
| | EXCHANGE RATE    1.28950000 | | |

| | |
|---|---|
| GROSS AMOUNT | 253.18 |
| COMMISSION | 9.99 |
| SUB TOTAL | 263.17 U$ |
| EXCHANGE | 76.19 |
| NET AMOUNT | 339.36 C$ |

---

| | | | |
|---|---|---|---|
| INVESTMENT REPRESENTATIVE | SCOTIA I–TRADE | REFERENCE F9586  /  CUSIP US59134N1046  / | |
| IR No. | SL1 | SECURITY NO. M067927  /  ORDER NO. 559586  /  A  65 | |
| TEL. | (888) 872–3388 | | |

Scotia iTRADE (Discount Broker – Order–Execution Only Accounts) is a division of Scotia Capital Inc. (SCI). SCI is a member of the Canadian Investor Protection Fund and the Investment Industry Regulatory Organization of Canada. Scotia iTRADE does not provide investment advice or recommendations and investors are responsible for their own investment decisions. This transaction is subject to the Agreement on the reverse side. ® Registered trademark of The Bank of Nova Scotia. Used under license.

**CIPF**
Canadian Investor Protection Fund
**M E M B E R**
**P 1**



**Confirmation Notice**

CONDITIONS

**Without limiting in any way or otherwise affecting our rights under any other contracts between us, you agree to the following:**
**\*Order execution only account means that Scotia iTRADE does not provide recommendations or accept any responsibility to advise clients on the suitability of investment decisions or transactions.**

All transactions are subject to the by-laws, regulations and customs of the stock exchange where executed, and any clearing house involved, and of any regulatory authority including any association of brokers or dealers having jurisdiction, and to the terms and conditions of any relevant customer's or trading agreement which you have entered into with us. In the case of an exchange transaction the name of the exchange (and clearing house, if any) and of the other broker will be furnished upon request. Details of the individual representative who accepted your order(s) are available on request. Please contact the branch manager.

If settlement or provision for settlement of this transaction is not made by the settlement date shown hereon, or by the date ("accrued interest date") to which accrued interest is calculated as shown hereon, whichever date is applicable, this transaction may be closed out without notice to you by the sale or purchase of the related securities, whichever action is appropriate and we will claim from you any balance owing to us or credit to you any balance owing to you as a result of such action. Unless already in our possession, payment or security should reach us by the settlement date or accrued interest date indicated. Payments on accounts received after the indicated date may result in interest being charged on the unpaid balance until the balance is paid.

Any demand, advertisement or notice which may be given to you shall not be a waiver of any right to take any action which we may be authorized to exercise without demand, advertisement or notice.

Whenever and so often as you are indebted to us, all securities and property (hereinafter called "securities") held by us for you or on your account shall be collateral security for the payment of your indebtedness from time to time and we shall have the right to loan such securities and raise money on them and pledge and repledge them either separately or in our general loans or otherwise together with any securities belonging to us or to others, the whole in such manner and on such terms and conditions and for such amount whether more or less than the amount due by you, and for such purposes as we may deem advisable, and if we deem it necessary for our protection, we shall have the right to buy in securities of which your account may be short and to sell securities of which your account may be long, the whole publicly or privately and without demand for margin and without notice.

In placing the order to effect this transaction, you shall be taken to represent to us that you have full capacity power and authority to enter into this transaction and that any securities to be sold by us on your behalf are free of encumbrance and of any restraint (whether imposed by law, any regulatory authority contract or otherwise) on their distribution to the public or sale in any market and are in all respects freely tradeable.

This transaction shall be deemed and treated as authorized and correct and as ratified and confirmed by you unless we receive written notice to the contrary. If you do not agree with the information hereon, please advise us promptly.

**Currency Conversion & Fixed Income Fees:** We will act as principal in fixed income and currency conversion transactions. Scotia Capital Inc. and others apply discretionary currency conversion rates and may earn revenue on currency conversion transactions based on the spread between the bid and ask prices for the currency then in effect and the principal's costs and, on offsetting transactions, based on the difference between the FX rate charged our clients and discretionary rates applied to the offsetting transactions. Conversion of currency will take place on the trade date. If a trade is executed for you in a foreign market and a currency conversion occurs, and the conversion rate applied is not displayed on the face of your trade confirmation, the rate applied is available to you on request.

Leverage/Margin Risk Disclosure Statement: Using borrowed money (whether through a margin account or otherwise) to purchase securities involves greater risk than using cash resources only. Please refer to the terms and conditions in the Account Agreement. Note: you should retain this statement for income tax purposes.

Customer accounts are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of coverage is available on request.

CODE INFORMATION/ NONVOT: NON–VOTING  RESVOT: RESTRICTED VOTING  SUBVOTE: SUBORDINATE VOTE

MV – MULTIPLE VOTING  LV – LIMITED VOTING

**Scotia iTRADE®**

**Customer Service**
44 King St. W., Concourse Level
Toronto, Ontario
M5H 1H1

Scotia iTRADE (Discount Broker – Order – Execution Only Account) is a division of Scotia Capital Inc. (SCI). SCI is a member of the Canadian Investor Protection Fund and the Investment Industry Regulatory Organization of Canada. Scotia iTRADE does not provide investment advice or recommendations and investors are responsible for their own investment decisions.

® Registered trademark of The Bank of Nova Scotia. Used under license.

**P 2**



**Confirmation Notice**

44 KING STREET WEST, CONCOURSE LEVEL
TORONTO, ONTARIO M5H 1H1

**ACCOUNT NO.   TYPE**
⬤⬤⬤8556⬤          RESP

**FOR SETTLEMENT IN THIS OFFICE**

GLENN D TEASDALE          40**
41 BAXTER DRIVE
GUELPH ON  N1L 0G4

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT
OVER THE COUNTER – U.S.A.

JULY 15, 2022
SETTLEMENT DATE     JULY 19, 2022
ACCOUNT NO.              ⬤⬤⬤8556⬤–RESP

| | | | |
|---|---|---|---|
| AS PRINCIPAL, WE CONVERTED AT | | | 1.326 |
| TRANSACTION TYPE | | | BOUGHT |
| Quantity | Security Description | | Unit Price |
| 75 | META MATLS INC | @ | .962U$ |
| | COMMON STOCK | | |
| | STP PET | | |
| | EXCHANGE RATE     1.32600000 | | |

| | |
|---|---|
| GROSS AMOUNT | 72.15 |
| COMMISSION | 9.99 |
| SUB TOTAL | 82.14 U$ |
| EXCHANGE | 26.78 |
| NET AMOUNT | 108.92 C$ |

| | | |
|---|---|---|
| INVESTMENT REPRESENTATIVE | SCOTIA I–TRADE | REFERENCE G5275  /  CUSIP US59134N1046  / |
| IR No. | SL1 | SECURITY NO. M067927  /  ORDER NO. 565275  /  A  65 |
| TEL. | (888) 872–3388 | |

Scotia iTRADE (Discount Broker – Order–Execution Only Accounts) is a division of Scotia Capital Inc. (SCI). SCI is a member of the Canadian Investor Protection Fund and the Investment Industry Regulatory Organization of Canada. Scotia iTRADE does not provide investment advice or recommendations and investors are responsible for their own investment decisions. This transaction is subject to the Agreement on the reverse side. ® Registered trademark of The Bank of Nova Scotia. Used under license.

**CIPF**
Canadian Investor Protection Fund
M E M B E R
P 1

# SCOTIA iTRADE®

**Confirmation Notice**

CONDITIONS

**Without limiting in any way or otherwise affecting our rights under any other contracts between us, you agree to the following:**
*Order execution only account means that Scotia iTRADE does not provide recommendations or accept any responsibility to advise clients on the suitability of investment decisions or transactions.

All transactions are subject to the by-laws, regulations and customs of the stock exchange where executed, and any clearing house involved, and of any regulatory authority including any association of brokers or dealers having jurisdiction, and to the terms and conditions of any relevant customer's or trading agreement which you have entered into with us. In the case of an exchange transaction the name of the exchange (and clearing house, if any) and of the other broker will be furnished upon request. Details of the individual representative who accepted your order(s) are available on request. Please contact the branch manager.

If settlement or provision for settlement of this transaction is not made by the settlement date shown hereon, or by the date ("accrued interest date") to which accrued interest is calculated as shown hereon, whichever date is applicable, this transaction may be closed out without notice to you by the sale or purchase of the related securities, whichever action is appropriate and we will claim from you any balance owing to us or credit to you any balance owing to you as a result of such action. Unless already in our possession, payment or security should reach us by the settlement date or accrued interest date indicated. Payments on accounts received after the indicated date may result in interest being charged on the unpaid balance until the balance is paid.

Any demand, advertisement or notice which may be given to you shall not be a waiver of any right to take any action which we may be authorized to exercise without demand, advertisement or notice.

Whenever and so often as you are indebted to us, all securities and property (hereinafter called "securities") held by us for you or on your account shall be collateral security for the payment of your indebtedness from time to time and we shall have the right to loan such securities and raise money on them and pledge and repledge them either separately or in our general loans or otherwise together with any securities belonging to us or to others, the whole in such manner and on such terms and conditions and for such amount whether more or less than the amount due by you, and for such purposes as we may deem advisable, and if we deem it necessary for our protection, we shall have the right to buy in securities of which your account may be short and to sell securities of which your account may be long, the whole publicly or privately and without demand for margin and without notice.

In placing the order to effect this transaction, you shall be taken to represent to us that you have full capacity power and authority to enter into this transaction and that any securities to be sold by us on your behalf are free of encumbrance and of any restraint (whether imposed by law, any regulatory authority contract or otherwise) on their distribution to the public or sale in any market and are in all respects freely tradeable.

This transaction shall be deemed and treated as authorized and correct and as ratified and confirmed by you unless we receive written notice to the contrary. If you do not agree with the information hereon, please advise us promptly.

**Currency Conversion & Fixed Income Fees:** We will act as principal in fixed income and currency conversion transactions. Scotia Capital Inc. and others apply discretionary currency conversion rates and may earn revenue on currency conversion transactions based on the spread between the bid and ask prices for the currency then in effect and the principal's costs and, on offsetting transactions, based on the difference between the FX rate charged our clients and discretionary rates applied to the offsetting transactions. Conversion of currency will take place on the trade date. If a trade is executed for you in a foreign market and a currency conversion occurs, and the conversion rate applied is not displayed on the face of your trade confirmation, the rate applied is available to you on request.

Leverage/Margin Risk Disclosure Statement: Using borrowed money (whether through a margin account or otherwise) to purchase securities involves greater risk than using cash resources only. Please refer to the terms and conditions in the Account Agreement. Note: you should retain this statement for income tax purposes.

Customer accounts are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of coverage is available on request.

CODE INFORMATION/ NONVOT: NON–VOTING  RESVOT: RESTRICTED VOTING  SUBVOTE: SUBORDINATE VOTE

MV – MULTIPLE VOTING  LV – LIMITED VOTING

**Scotia iTRADE®**

**Customer Service**
44 King St. W., Concourse Level
Toronto, Ontario
M5H 1H1

Scotia iTRADE (Discount Broker – Order – Execution Only Account) is a division of Scotia Capital Inc. (SCI). SCI is a member of the Canadian Investor Protection Fund and the Investment Industry Regulatory Organization of Canada. Scotia iTRADE does not provide investment advice or recommendations and investors are responsible for their own investment decisions.

® Registered trademark of The Bank of Nova Scotia. Used under license.

**P 2**

# Scotia iTRADE.

## Confirmation Notice

**44 KING STREET WEST, CONCOURSE LEVEL**
**TORONTO, ONTARIO M5H 1H1**

| ACCOUNT NO. | TYPE |
|---|---|
| ■■8556■ | RESP |

**FOR SETTLEMENT IN THIS OFFICE**

GLENN D TEASDALE        40**
41 BAXTER DRIVE
GUELPH ON  N1L 0G4

---

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT
OVER THE COUNTER – U.S.A.

DECEMBER 13, 2022
SETTLEMENT DATE     DECEMBER 15, 2022
ACCOUNT NO.           ■■8556■–RESP

| | | |
|---|---|---|
| AS PRINCIPAL, WE CONVERTED AT | | 1.373 |
| TRANSACTION TYPE | | BOUGHT |

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 750 | META MATLS INC | @ | 1.39U$ |
| | COMMON STOCK | | |
| | STP PET | | |
| | EXCHANGE RATE    1.37300000 | | |

| | |
|---|---|
| GROSS AMOUNT | 1,042.50 |
| COMMISSION | 9.99 |
| SUB-TOTAL | 1,052.49 U$ |
| EXCHANGE | 392.58 |
| NET AMOUNT | 1,445.07 C$ |

---

| INVESTMENT REPRESENTATIVE | SCOTIA I–TRADE | REFERENCE G3819  /  CUSIP US59134N1046  / |
|---|---|---|
| IR No. | SL1 | SECURITY NO. M067927  /  ORDER NO. 563819  /  A  65 |
| TEL. | (888) 872–3388 | |

Scotia iTRADE (Discount Broker – Order–Execution Only Accounts) is a division of Scotia Capital Inc. (SCI). SCI is a member of the Canadian Investor Protection Fund and the Investment Industry Regulatory Organization of Canada. Scotia iTRADE does not provide investment advice or recommendations and investors are responsible for their own investment decisions. This transaction is subject to the Agreement on the reverse side. ® Registered trademark of The Bank of Nova Scotia. Used under license.



**CIPF**
Canadian Investor Protection Fund
M E M B E R

**P 1**

# Scotia iTRADE®

**Confirmation Notice**



CONDITIONS

**Without limiting** In any way or otherwise affecting our rights under any other contracts between us, you agree to the following:
\*Order execution only account means that Scotia iTRADE does not provide recommendations or accept any responsibility to advise clients on the suitability of investment decisions or transactions.

All transactions are subject to the by-laws, regulations and customs of the stock exchange where executed, and any clearing house involved, and of any regulatory authority including any association of brokers or dealers having jurisdiction, and to the terms and conditions of any relevant customer's or trading agreement which you have entered into with us. In the case of an exchange transaction the name of the exchange (and clearing house, if any) and of the other broker will be furnished upon request. Details of the individual representative who accepted your order(s) are available on request. Please contact the branch manager.

If settlement or provision for settlement of this transaction is not made by the settlement date shown hereon, or by the date ("accrued interest date") to which accrued interest is calculated as shown hereon, whichever date is applicable, this transaction may be closed out without notice to you by the sale or purchase of the related securities, whichever action is appropriate and we will claim from you any balance owing to us or credit to you any balance owing to you as a result of such action. Unless already in our possession, payment or security should reach us by the settlement date or accrued interest date indicated. Payments on accounts received after the indicated date may result in interest being charged on the unpaid balance until the balance is paid.

Any demand, advertisement or notice which may be given to you shall not be a waiver of any right to take any action which we may be authorized to exercise without demand, advertisement or notice.

Whenever and so often as you are indebted to us, all securities and property (hereinafter called "securities") held by us for you or on your account shall be collateral security for the payment of your indebtedness from time to time and we shall have the right to loan such securities and raise money on them and pledge and repledge them either separately or in our general loans or otherwise together with any securities belonging to us or to others, the whole in such manner and on such terms and conditions and for such amount whether more or less than the amount due by you, and for such purposes as we may deem advisable, and if we deem it necessary for our protection, we shall have the right to buy in securities of which your account may be short and to sell securities of which your account may be long, the whole publicly or privately and without demand for margin and without notice.

In placing the order to effect this transaction, you shall be taken to represent to us that you have full capacity power and authority to enter into this transaction and that any securities to be sold by us on your behalf are free of encumbrance and of any restraint (whether imposed by law, any regulatory authority contract or otherwise) on their distribution to the public or sale in any market and are in all respects freely tradeable.

This transaction shall be deemed and treated as authorized and correct and as ratified and confirmed by you unless we receive written notice to the contrary. If you do not agree with the information hereon, please advise us promptly.

**Currency Conversion & Fixed Income Fees:** We will act as principal in fixed income and currency conversion transactions. Scotia Capital Inc. and others apply discretionary currency conversion rates and may earn revenue on currency conversion transactions based on the spread between the bid and ask prices for the currency then in effect and the principal's costs and, on offsetting transactions, based on the difference between the FX rate charged our clients and discretionary rates applied to the offsetting transactions. Conversion of currency will take place on the trade date. If a trade is executed for you in a foreign market and a currency conversion occurs, and the conversion rate applied is not displayed on the face of your trade confirmation, the rate applied is available to you on request.

**Disclosure related to GICs:** Interest is calculated daily. Interest on compound GICs is compounded annually on the anniversary date of the GIC. The principal and interest are then paid on the maturity date. For non–compound GICs, issuer will pay interest on the principal at an annual fixed rate and frequency indicated.

Leverage/Margin Risk Disclosure Statement: Using borrowed money (whether through a margin account or otherwise) to purchase securities involves greater risk than using cash resources only. Please refer to the terms and conditions in the Account Agreement. Note: you should retain this statement for income tax purposes.

Customer accounts are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of coverage is available on request.

CODE INFORMATION/ NONVOT: NON–VOTING  RESVOT: RESTRICTED VOTING  SUBVOTE: SUBORDINATE VOTE

MV – MULTIPLE VOTING  LV – LIMITED VOTING

**Scotia iTRADE®**

**Customer Service**
44 King St. W., Concourse Level
Toronto, Ontario
M5H 1H1

**P 2**