NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | PROOF OF INTEREST |
|---|---|

| Name of Debtor: META MATERIALS INC. | Case Number: 24-50792 |
|---|---|

**1. Name and address of holder of the Equity Interest** (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

MIYUKI MATSUMOTO
41 BAXTER DR.
GUELPH, ON, CANADA
N1L 0G4

Telephone Number: 519-831-5950

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

☑ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

**COURT USE ONLY**

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

| Account or other number by which Interest holder identifies Debtor: 545-25190 ; 549-03027 | Check here if this claim: ☐ replaces a previously filed Proof of Interest dated: _____ ☐ amends a previously filed Proof of Interest dated: _____ |
|---|---|

**2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:**
SCOTIA iTRADE 44 KING ST-W. TORONTO, ON, CANADA M5H 1A1
Telephone Number: 1-888-872-3388

**3. Date Equity Interest was acquired:**
VARIOUS DATES ; SEE ATTACHED TRANSACTIONS

**4. Total amount of member interest:** 218 shares *

**5. Certificate number(s):** N/A HELD ELECTRONICALLY

**6. Type of Equity Interest:**
Please indicate the type of Equity Interest you hold:
☐ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
☑ Check this box if your Equity Interest is based on anything else and describe that interest:
Description: STOCK HOLDER

**7. Supporting Documents:** Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**8. Date-Stamped Copy:** To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

**9. Signature:**
Check the appropriate box.
☐ I am the creditor. ☑ I am the creditor's authorized agent. (Attach copy of power of attorney, if any.) ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.) ☐ I am a guarantor, surety, endorser, or other codebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: GLENN TEASDALE
Title: MR.
Company:___ Address and telephone number (if different from notice address above):
_____
_____

(Signature) _____ Oct-29th 2024 (Date)

Telephone number: 1-519-831-5950  email: teezer-1919@gmail.com

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

*#4) See Form 8K ( 218 x 100 = 21800 original shares )

[ Print Form ]    [ Save Form ]    [ Clear Form ]

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
### WASHINGTON, D.C. 20549

## FORM 8-K

### CURRENT REPORT
### Pursuant to Section 13 or 15(d)

#### of the Securities Exchange Act of 1934

Date of Report (Date of earliest event reported): January 23, 2024

# Meta Materials Inc.

(Exact name of Registrant as Specified in Its Charter)

| | | |
|---|---|---|
| **Nevada** | **001-36247** | **74-3237581** |
| (State or Other Jurisdiction of Incorporation) | (Commission File Number) | (IRS Employer Identification No.) |

**60 Highfield Park Dr**
**Dartmouth, Nova Scotia, Canada**      **B3A 4R9**
(Address of Principal Executive Offices)      (Zip Code)

**Registrant's Telephone Number, Including Area Code: 902 482-5729**

**Not Applicable**
(Former Name or Former Address, if Changed Since Last Report)

Check the appropriate box below if the Form 8-K filing is intended to simultaneously satisfy the filing obligation of the registrant under any of the following provisions:

☐   Written communications pursuant to Rule 425 under the Securities Act (17 CFR 230.425)

☐   Soliciting material pursuant to Rule 14a-12 under the Exchange Act (17 CFR 240.14a-12)

☐   Pre-commencement communications pursuant to Rule 14d-2(b) under the Exchange Act (17 CFR 240.14d-2(b))

☐   Pre-commencement communications pursuant to Rule 13e-4(c) under the Exchange Act (17 CFR 240.13e-4(c))

### Securities registered pursuant to Section 12(b) of the Act:

| Title of each class | Trading Symbol(s) | Name of each exchange on which registered |
|---|---|---|
| Common Stock, par value $0.001 per share | MMAT | The Nasdaq Stock Market LLC |

Indicate by check mark whether the registrant is an emerging growth company as defined in Rule 405 of the Securities Act of 1933 (§ 230.405 of this chapter) or Rule 12b-2 of the Securities Exchange Act of 1934 (§ 240.12b-2 of this chapter).

EX-99.1 4 mmat-ex99_1.htm EX-99.1    *RE: FORM · 8K*

**Exhibit 99.1**

# Meta Materials Announces 1-for-100 Reverse Stock Split to Regain Nasdaq Compliance

HALIFAX, NS / ACCESSWIRE / January 23, 2024 / Meta Materials Inc. (the "Company" or "META") (Nasdaq: MMAT), an advanced materials and nanotechnology company, today announced that it intends to effect a 1-for-100 reverse stock split ("Reverse Stock Split") of its issued and outstanding common stock that will become effective at 12:01 AM PT on January 29, 2024. The Company's common stock is therefore expected to begin trading on a split-adjusted basis when the market opens on January 29, 2024. The Company's common stock will continue to trade on the Nasdaq Capital Market under the symbol "MMAT" but with a new CUSIP number 59134N302.

The Reverse Stock Split is part of the Company's plan to regain compliance with the $1.00 per share minimum closing price required to maintain continued listing on the Nasdaq Capital Market.

The Reverse Stock Split was approved by the Board of Directors of the Company in accordance with Nevada law. As a result of the Reverse Stock Split, every 100 shares of common stock issued and outstanding prior to the effective time will be automatically reclassified into one share of common stock with no change in the $0.001 par value per share. The exercise prices and the number of shares issuable upon exercise of outstanding stock options, equity awards and warrants, and the number of shares available for future issuance under the equity incentive plans will be adjusted in accordance with their respective terms. The Reverse Stock Split will affect all stockholders uniformly and will not alter any stockholder's percentage interest in the Company's equity.

No fractional shares will be issued in connection with the Reverse Stock Split. Any fractional shares of common stock resulting from the Reverse Stock Split will be rounded up to the nearest whole post-split share and no stockholders will receive cash in lieu of fractional shares.

The Reverse Stock Split will reduce the number of outstanding shares of common stock from approximately 564 million to approximately 5.64 million shares and also proportionately reduce the number of authorized shares of common stock from 1 billion to 10 million shares.

## About Meta Materials Inc.

Meta Materials Inc. (META) is an advanced materials and nanotechnology company. We develop new products and technologies using innovative sustainable science. Advanced materials can improve everyday products that surround us, making them smarter and more sustainable. META® technology platforms enable global brands to develop new products to improve performance for customers in aerospace and defense, consumer electronics, 5G communications, batteries,

# HOLDINGS

| | |
|---|---|
| Share quantity | 120 |
| Market price | 0.151 USD |
| Market value | 24.99 CAD |
| Unrealized loss | -36,781.03 CAD (-99.93%) ▽ |
| Book value | 36,806.02 CAD |
| Average cost | 225.53 USD |
| Account | Spousal RRSP CAD  (3027) |



**Confirmation Notice**

ACCOUNT NO.  TYPE
████3027█  RRSP

**FOR SETTLEMENT IN THIS OFFICE**

225 KING ST WEST, SUITE 1200
TORONTO, ONTARIO M5V 3M2

MIYUKI MATSUMOTO          44**
41 BAXTER DR
GUELPH ON  N1L 0G4

---

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT ON
MULTIPLE CANADIAN MARKETPLACES. DETAILS ARE AVAILABLE UPON REQUEST.

MARCH 25, 2021
SETTLEMENT DATE     MARCH 29, 2021
ACCOUNT NO.          ████3027█-RRSP

| TRANSACTION TYPE | | BOUGHT | |
|---|---|---|---|
| Quantity | Security Description | | Unit Price |
| 1,450 | METAMATERIAL INC<br>COM<br>AVG PRICE SHOWN–DETAILS ON REQ<br>STP PET | @ | 3.5031C$ |

| | |
|---|---|
| GROSS AMOUNT | 5,079.50 |
| COMMISSION | 9.99 |
| SUB TOTAL | 5,089.49 C$ |
| NET AMOUNT | 5,089.49 C$ |

---

| INVESTMENT REPRESENTATIVE | TORONTO–PLAZA | REFERENCE H3901  / CUSIP CA59134F1018 / |
|---|---|---|
| IR No. | S20 | SECURITY NO. M064469  / ORDER NO. 573901  / A  AT  M1 |
| TEL. | (800) 263–3430 | |

Scotia iTRADE (Discount Broker – Order–Execution Only Accounts) is a division of Scotia Capital Inc. (SCI). SCI is a member of the
Canadian Investor Protection Fund and the Investment Industry Regulatory Organization of Canada. Scotia iTRADE does not provide
investment advice or recommendations and investors are responsible for their own investment decisions. This transaction is subject to
the Agreement on the reverse side. ® Registered trademark of The Bank of Nova Scotia. Used under license.



MEMBER

P 1



**Confirmation Notice**

## CONDITIONS

**Without limiting in any way or otherwise affecting our rights under any other contracts between us, you agree to the following:**
*Order execution only account means that Scotia iTRADE does not provide recommendations or accept any responsibility to advise clients on the suitability of investment decisions or transactions.

All transactions are subject to the by–laws, regulations and customs of the stock exchange where executed, and any clearing house involved, and of any regulatory authority including any association of brokers or dealers having jurisdiction, and to the terms and conditions of any relevant customer's or trading agreement which you have entered into with us. In the case of an exchange transaction the name of the exchange (and clearing house, if any) and of the other broker will be furnished upon request. Details of the individual representative who accepted your order(s) are available on request. Please contact the branch manager.

If settlement or provision for settlement of this transaction is not made by the settlement date shown hereon, or by the date ("accrued interest date") to which accrued interest is calculated as shown hereon, whichever date is applicable, this transaction may be closed out without notice to you by the sale or purchase of the related securities, whichever action is appropriate and we will claim from you any balance owing to us or credit to you any balance owing to you as a result of such action. Unless already in our possession, payment or security should reach us by the settlement date or accrued interest date indicated. Payments on accounts received after the indicated date may result in interest being charged on the unpaid balance until the balance is paid.

Any demand, advertisement or notice which may be given to you shall not be a waiver of any right to take any action which we may be authorized to exercise without demand, advertisement or notice.

Whenever and so often as you are indebted to us, all securities and property (hereinafter called "securities") held by us for you or on your account shall be collateral security for the payment of your indebtedness from time to time and we shall have the right to loan such securities and raise money on them and pledge and repledge them either separately or in our general loans or otherwise together with any securities belonging to us or to others, the whole in such manner and on such terms and conditions and for such amount whether more or less than the amount due by you, and for such purposes as we may deem advisable, and if we deem it necessary for our protection, we shall have the right to buy in securities of which your account may be short and to sell securities of which your account may be long, the whole publicly or privately and without demand for margin and without notice.

In placing the order to effect this transaction, you shall be taken to represent to us that you have full capacity power and authority to enter into this transaction and that any securities to be sold by us on your behalf are free of encumbrance and of any restraint (whether imposed by law, any regulatory authority contract or otherwise) on their distribution to the public or sale in any market and are in all respects freely tradeable.

This transaction shall be deemed and treated as authorized and correct and as ratified and confirmed by you unless we receive written notice to the contrary. If you do not agree with the information hereon, please advise us promptly.

**Currency Conversion & Fixed Income Fees:** We will act as principal in fixed income and currency conversion transactions. Scotia Capital Inc. and others apply discretionary currency conversion rates and may earn revenue on currency conversion transactions based on the spread between the bid and ask prices for the currency then in effect and the principal's costs and, on offsetting transactions, based on the difference between the FX rate charged our clients and discretionary rates applied to the offsetting transactions. Conversion of currency will take place on the trade date. If a trade is executed for you in a foreign market and a currency conversion occurs, and the conversion rate applied is not displayed on the face of your trade confirmation, the rate applied is available to you on request.

Leverage/Margin Risk Disclosure Statement: Using borrowed money (whether through a margin account or otherwise) to purchase securities involves greater risk than using cash resources only. Please refer to the terms and conditions in the Account Agreement. Note: you should retain this statement for income tax purposes.

Customer accounts are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of coverage is available on request.

CODE INFORMATION/ NONVOT: NON–VOTING  RESVOT: RESTRICTED VOTING  SUBVOTE: SUBORDINATE VOTE

MV – MULTIPLE VOTING  LV – LIMITED VOTING

### Scotia iTRADE®

| Main Branch | Customer Service |
|---|---|
| 225 King St. W., Suite 1200 | 48 Yonge St. |
| Toronto ON | Toronto ON |
| M5V 3M2 | M5E 1G6 |

Scotia iTRADE (Discount Broker – Order – Execution Only Account) is a division of Scotia Capital Inc. (SCI). SCI is a member of the Canadian Investor Protection Fund and the Investment Industry Regulatory Organization of Canada. Scotia iTRADE does not provide investment advice or recommendations and investors are responsible for their own investment decisions.

® Registered trademark of The Bank of Nova Scotia. Used under license.

**P 2**



**Confirmation Notice**

ACCOUNT NO.  TYPE
██████3027██  RRSP

FOR SETTLEMENT IN THIS OFFICE

225 KING ST WEST, SUITE 1200
TORONTO, ONTARIO M5V 3M2

MIYUKI MATSUMOTO          44**
41 BAXTER DR
GUELPH ON  N1L 0G4

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING SALE FOR YOUR ACCOUNT ON
MULTIPLE CANADIAN MARKETPLACES. DETAILS ARE AVAILABLE UPON REQUEST.

JUNE 25, 2021
SETTLEMENT DATE    JUNE 29, 2021
ACCOUNT NO.        ████3027█–RRSP

| TRANSACTION TYPE | | | SOLD | | |
|---|---|---|---|---|---|
| Quantity | Security Description | | Unit Price | | |
| 1,450 | METAMATERIAL INC | @ | 17.3017C$ | | |
| | COM | | | | |
| | AVG PRICE SHOWN–DETAILS ON REQ | | | | |
| | STP PET | | | | |

| | |
|---|---|
| GROSS AMOUNT | 25,087.50 |
| COMMISSION | 9.99 |
| SUB TOTAL | 25,077.51 C$ |
| NET AMOUNT | 25,077.51 CR C$ |

| INVESTMENT REPRESENTATIVE | TORONTO–PLAZA | REFERENCE G6647  /  CUSIP CA59134F1018  / |
|---|---|---|
| IR No. | S20 | SECURITY NO. M064469  /  ORDER NO. 566647  /  A  AT  M1 |
| TEL. | (800) 263–3430 | |

Scotia iTRADE (Discount Broker – Order–Execution Only Accounts) is a division of Scotia Capital Inc. (SCI). SCI is a member of the Canadian Investor Protection Fund and the Investment Industry Regulatory Organization of Canada. Scotia iTRADE does not provide investment advice or recommendations and investors are responsible for their own investment decisions. This transaction is subject to the Agreement on the reverse side. ® Registered trademark of The Bank of Nova Scotia. Used under license.

**CIPF**
Canadian Investor Protection Fund
M E M B E R
P 1

# SCOTIA iTRADE®

**Confirmation Notice**

## CONDITIONS

**Without limiting in any way or otherwise affecting our rights under any other contracts between us, you agree to the following:**
*Order execution only account means that Scotia ITRADE does not provide recommendations or accept any responsibility to advise clients on the suitability of investment decisions or transactions.

All transactions are subject to the by–laws, regulations and customs of the stock exchange where executed, and any clearing house involved, and of any regulatory authority including any association of brokers or dealers having jurisdiction, and to the terms and conditions of any relevant customer's or trading agreement which you have entered into with us. In the case of an exchange transaction the name of the exchange (and clearing house, if any) and of the other broker will be furnished upon request. Details of the individual representative who accepted your order(s) are available on request. Please contact the branch manager.

If settlement or provision for settlement of this transaction is not made by the settlement date shown hereon, or by the date ("accrued interest date") to which accrued interest is calculated as shown hereon, whichever date is applicable, this transaction may be closed out without notice to you by the sale or purchase of the related securities, whichever action is appropriate and we will claim from you any balance owing to us or credit to you any balance owing to you as a result of such action. Unless already in our possession, payment or security should reach us by the settlement date or accrued interest date indicated. Payments on accounts received after the indicated date may result in interest being charged on the unpaid balance until the balance is paid.

Any demand, advertisement or notice which may be given to you shall not be a waiver of any right to take any action which we may be authorized to exercise without demand, advertisement or notice.

Whenever and so often as you are indebted to us, all securities and property (hereinafter called "securities") held by us for you or on your account shall be collateral security for the payment of your indebtedness from time to time and we shall have the right to loan such securities and raise money on them and pledge and repledge them either separately or in our general loans or otherwise together with any securities belonging to us or to others, the whole in such manner and on such terms and conditions and for such amount whether more or less than the amount due by you, and for such purposes as we may deem advisable, and if we deem it necessary for our protection, we shall have the right to buy in securities of which your account may be short and to sell securities of which your account may be long, the whole publicly or privately and without demand for margin and without notice.

In placing the order to effect this transaction, you shall be taken to represent to us that you have full capacity power and authority to enter into this transaction and that any securities to be sold by us on your behalf are free of encumbrance and of any restraint (whether imposed by law, any regulatory authority contract or otherwise) on their distribution to the public or sale in any market and are in all respects freely tradeable.

This transaction shall be deemed and treated as authorized and correct and as ratified and confirmed by you unless we receive written notice to the contrary. If you do not agree with the information hereon, please advise us promptly.

**Currency Conversion & Fixed Income Fees:** We will act as principal in fixed income and currency conversion transactions. Scotia Capital Inc. and others apply discretionary currency conversion rates and may earn revenue on currency conversion transactions based on the spread between the bid and ask prices for the currency then in effect and the principal's costs and, on offsetting transactions, based on the difference between the FX rate charged our clients and discretionary rates applied to the offsetting transactions. Conversion of currency will take place on the trade date. If a trade is executed for you in a foreign market and a currency conversion occurs, and the conversion rate applied is not displayed on the face of your trade confirmation, the rate applied is available to you on request.

Leverage/Margin Risk Disclosure Statement: Using borrowed money (whether through a margin account or otherwise) to purchase securities involves greater risk than using cash resources only. Please refer to the terms and conditions in the Account Agreement. Note: you should retain this statement for income tax purposes.

Customer accounts are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of coverage is available on request.

CODE INFORMATION/ NONVOT: NON–VOTING  RESVOT: RESTRICTED VOTING  SUBVOTE: SUBORDINATE VOTE

MV – MULTIPLE VOTING  LV – LIMITED VOTING

### Scotia iTRADE®

| **Main Branch** | **Customer Service** |
|---|---|
| 225 King St. W., Suite 1200 | 48 Yonge St. |
| Toronto ON | Toronto ON |
| M5V 3M2 | M5E 1G6 |

Scotia iTRADE (Discount Broker – Order – Execution Only Account) is a division of Scotia Capital Inc. (SCI). SCI is a member of the Canadian Investor Protection Fund and the Investment Industry Regulatory Organization of Canada. Scotia iTRADE does not provide investment advice or recommendations and investors are responsible for their own investment decisions.

® Registered trademark of The Bank of Nova Scotia. Used under license.

**P 2**



SCOTIA **iTRADE**®

44 KING STREET WEST, CONCOURSE LEVEL
TORONTO, ONTARIO M5H 1H1

**Confirmation Notice**

ACCOUNT NO.    TYPE
~~3027~~        RRSP

**FOR SETTLEMENT IN THIS OFFICE**

MIYUKI MATSUMOTO        44**
41 BAXTER DR
GUELPH ON  N1L 0G4

---

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT
OVER THE COUNTER – U.S.A.

JULY 26, 2021
SETTLEMENT DATE    JULY 28, 2021
ACCOUNT NO.        ~~3027~~-RRSP

AS PRINCIPAL, WE CONVERTED AT                           1.2745
TRANSACTION TYPE                                       BOUGHT

| Quantity | Security Description | | Unit Price |
|----------|---------------------|---|-----------|
| 2,200 | META MATLS INC | @ | 3.4391U$ |
| | COMMON STOCK | | |
| | STP PET | | |
| | EXCHANGE RATE    1.27450000 | | |

| | |
|---|---|
| GROSS AMOUNT | 7,566.02 |
| COMMISSION | 9.99 |
| SUB TOTAL | 7,576.01 US |
| EXCHANGE | 2,079.61 |
| NET AMOUNT | 9,655.62 C$ |

---

INVESTMENT REPRESENTATIVE    TORONTO–PLAZA
IR No.                       S20
TEL.                         (800) 263–3430

REFERENCE F8226  / CUSIP US59134N1046  /
SECURITY NO. M067927  / ORDER NO. 558226  / A 65

Scotia iTRADE (Discount Broker – Order–Execution Only Accounts) is a division of Scotia Capital Inc. (SCI). SCI is a member of the Canadian Investor Protection Fund and the Investment Industry Regulatory Organization of Canada. Scotia iTRADE does not provide investment advice or recommendations and investors are responsible for their own investment decisions. This transaction is subject to the Agreement on the reverse side.® Registered trademark of The Bank of Nova Scotia. Used under license.

**CIPF**
Canadian Investor Protection Fund
M E M B E R

P 1

# SCOTIA iTRADE®

**Confirmation Notice**

CONDITIONS

**Without limiting in any way or otherwise affecting our rights under any other contracts between us, you agree to the following:**
**\*Order execution only account means that Scotia iTRADE does not provide recommendations or accept any responsibility to advise clients on the suitability of investment decisions or transactions.**

All transactions are subject to the by-laws, regulations and customs of the stock exchange where executed, and any clearing house involved, and of any regulatory authority including any association of brokers or dealers having jurisdiction, and to the terms and conditions of any relevant customer's or trading agreement which you have entered into with us. In the case of an exchange transaction the name of the exchange (and clearing house, if any) and of the other broker will be furnished upon request. Details of the individual representative who accepted your order(s) are available on request. Please contact the branch manager.

If settlement or provision for settlement of this transaction is not made by the settlement date shown hereon, or by the date ("accrued interest date") to which accrued interest is calculated as shown hereon, whichever date is applicable, this transaction may be closed out without notice to you by the sale or purchase of the related securities, whichever action is appropriate and we will claim from you any balance owing to us or credit to you any balance owing to you as a result of such action. Unless already in our possession, payment or security should reach us by the settlement date or accrued interest date indicated. Payments on accounts received after the indicated date may result in interest being charged on the unpaid balance until the balance is paid.

Any demand, advertisement or notice which may be given to you shall not be a waiver of any right to take any action which we may be authorized to exercise without demand, advertisement or notice.

Whenever and so often as you are indebted to us, all securities and property (hereinafter called "securities") held by us for you or on your account shall be collateral security for the payment of your indebtedness from time to time and we shall have the right to loan such securities and raise money on them and pledge and repledge them either separately or in our general loans or otherwise together with any securities belonging to us or to others, the whole in such manner and on such terms and conditions and for such amount whether more or less than the amount due by you, and for such purposes as we may deem advisable, and if we deem it necessary for our protection, we shall have the right to buy in securities of which your account may be short and to sell securities of which your account may be long, the whole publicly or privately and without demand for margin and without notice.

In placing the order to effect this transaction, you shall be taken to represent to us that you have full capacity power and authority to enter into this transaction and that any securities to be sold by us on your behalf are free of encumbrance and of any restraint (whether imposed by law, any regulatory authority contract or otherwise) on their distribution to the public or sale in any market and are in all respects freely tradeable.

This transaction shall be deemed and treated as authorized and correct and as ratified and confirmed by you unless we receive written notice to the contrary. If you do not agree with the information hereon, please advise us promptly.

**Currency Conversion & Fixed Income Fees:** We will act as principal in fixed income and currency conversion transactions. Scotia Capital Inc. and others apply discretionary currency conversion rates and may earn revenue on currency conversion transactions based on the spread between the bid and ask prices for the currency then in effect and the principal's costs and, on offsetting transactions, based on the difference between the FX rate charged our clients and discretionary rates applied to the offsetting transactions. Conversion of currency will take place on the trade date. If a trade is executed for you in a foreign market and a currency conversion occurs, and the conversion rate applied is not displayed on the face of your trade confirmation, the rate applied is available to you on request.

Leverage/Margin Risk Disclosure Statement: Using borrowed money (whether through a margin account or otherwise) to purchase securities involves greater risk than using cash resources only. Please refer to the terms and conditions in the Account Agreement. Note: you should retain this statement for income tax purposes.

Customer accounts are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of coverage is available on request.

CODE INFORMATION/ NONVOT: NON-VOTING  RESVOT: RESTRICTED VOTING  SUBVOTE: SUBORDINATE VOTE

MV – MULTIPLE VOTING  LV – LIMITED VOTING

**Scotia iTRADE®**

**Customer Service**
44 King St. W., Concourse Level
Toronto, Ontario
M5H 1H1

Scotia iTRADE (Discount Broker – Order – Execution Only Account) is a division of Scotia Capital Inc. (SCI). SCI is a member of the Canadian Investor Protection Fund and the Investment Industry Regulatory Organization of Canada. Scotia iTRADE does not provide investment advice or recommendations and investors are responsible for their own investment decisions.

® Registered trademark of The Bank of Nova Scotia. Used under license.

**P 2**



**Confirmation Notice**

| ACCOUNT NO. | TYPE |
|---|---|
| ●●●●3027● | RRSP |

**FOR SETTLEMENT IN THIS OFFICE**

44 KING STREET WEST, CONCOURSE LEVEL
TORONTO, ONTARIO M5H 1H1

MIYUKI MATSUMOTO       44**
41 BAXTER DR
GUELPH ON  N1L 0G4

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT
OVER THE COUNTER – U.S.A.

JULY 27, 2021

| SETTLEMENT DATE | JULY 29, 2021 |
|---|---|
| ACCOUNT NO. | ●●●●3027●–RRSP |

AS PRINCIPAL, WE CONVERTED AT                    1.277
TRANSACTION TYPE                               BOUGHT

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 200 | META MATLS INC | @ | 3.2982U$ |
| | COMMON STOCK | | |
| | STP PET | | |
| | EXCHANGE RATE    1.27700000 | | |

| GROSS AMOUNT | 659.64 |
|---|---|
| COMMISSION | 9.99 |

| SUB TOTAL | 669.63 U$ |
|---|---|
| EXCHANGE | 185.49 |
| NET AMOUNT | 855.12 C$ |

| INVESTMENT REPRESENTATIVE | TORONTO–PLAZA | REFERENCE F5915  /  CUSIP US59134N1046  / |
|---|---|---|
| IR No. | S20 | SECURITY NO. M067927  /  ORDER NO. 555915  /  A  65 |
| TEL. | (800) 263–3430 | |

Scotia iTRADE (Discount Broker – Order–Execution Only Accounts) is a division of Scotia Capital Inc. (SCI). SCI is a member of the Canadian Investor Protection Fund and the Investment Industry Regulatory Organization of Canada. Scotia iTRADE does not provide investment advice or recommendations and investors are responsible for their own investment decisions. This transaction is subject to the Agreement on the reverse side. ® Registered trademark of The Bank of Nova Scotia. Used under license.

**CIPF**
Canadian Investor Protection Fund
**MEMBER**
**P 1**

# SCOTIA iTRADE®

**Confirmation Notice**

CONDITIONS

**Without limiting** **in any way or otherwise affecting our rights under any other contracts between us, you agree to the following:**
**•Order execution only account means that Scotia iTRADE does not provide recommendations or accept any responsibility to advise clients on the suitability of investment decisions or transactions.**

All transactions are subject to the by–laws, regulations and customs of the stock exchange where executed, and any clearing house involved, and of any regulatory authority including any association of brokers or dealers having jurisdiction, and to the terms and conditions of any relevant customer's or trading agreement which you have entered into with us. In the case of an exchange transaction the name of the exchange (and clearing house, if any) and of the other broker will be furnished upon request. Details of the individual representative who accepted your order(s) are available on request. Please contact the branch manager.

If settlement or provision for settlement of this transaction is not made by the settlement date shown hereon, or by the date ("accrued interest date") to which accrued interest is calculated as shown hereon, whichever date is applicable, this transaction may be closed out without notice to you by the sale or purchase of the related securities, whichever action is appropriate and we will claim from you any balance owing to us or credit to you any balance owing to you as a result of such action. Unless already in our possession, payment or security should reach us by the settlement date or accrued interest date indicated. Payments on accounts received after the indicated date may result in interest being charged on the unpaid balance until the balance is paid.

Any demand, advertisement or notice which may be given to you shall not be a waiver of any right to take any action which we may be authorized to exercise without demand, advertisement or notice.

Whenever and so often as you are indebted to us, all securities and property (hereinafter called "securities") held by us for you or on your account shall be collateral security for the payment of your indebtedness from time to time and we shall have the right to loan such securities and raise money on them and pledge and repledge them either separately or in our general loans or otherwise together with any securities belonging to us or to others, the whole in such manner and on such terms and conditions and for such amount whether more or less than the amount due by you, and for such purposes as we may deem advisable, and if we deem it necessary for our protection, we shall have the right to buy in securities of which your account may be short and to sell securities of which your account may be long, the whole publicly or privately and without demand for margin and without notice.

In placing the order to effect this transaction, you shall be taken to represent to us that you have full capacity power and authority to enter into this transaction and that any securities to be sold by us on your behalf are free of encumbrance and of any restraint (whether imposed by law, any regulatory authority contract or otherwise) on their distribution to the public or sale in any market and are in all respects freely tradeable.

This transaction shall be deemed and treated as authorized and correct and as ratified and confirmed by you unless we receive written notice to the contrary. If you do not agree with the information hereon, please advise us promptly.

**Currency Conversion & Fixed Income Fees:** We will act as principal in fixed income and currency conversion transactions. Scotia Capital Inc. and others apply discretionary currency conversion rates and may earn revenue on currency conversion transactions based on the spread between the bid and ask prices for the currency then in effect and the principal's costs and, on offsetting transactions, based on the difference between the FX rate charged our clients and discretionary rates applied to the offsetting transactions. Conversion of currency will take place on the trade date. If a trade is executed for you in a foreign market and a currency conversion occurs, and the conversion rate applied is not displayed on the face of your trade confirmation, the rate applied is available to you on request.

Leverage/Margin Risk Disclosure Statement: Using borrowed money (whether through a margin account or otherwise) to purchase securities involves greater risk than using cash resources only. Please refer to the terms and conditions in the Account Agreement. Note: you should retain this statement for income tax purposes.

Customer accounts are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of coverage is available on request.

CODE INFORMATION/ NONVOT: NON–VOTING  RESVOT: RESTRICTED VOTING  SUBVOTE: SUBORDINATE VOTE

MV – MULTIPLE VOTING  LV – LIMITED VOTING

**Scotia iTRADE®**

**Customer Service**
44 King St. W., Concourse Level
Toronto, Ontario
M5H 1H1

Scotia iTRADE (Discount Broker – Order – Execution Only Account) is a division of Scotia Capital Inc. (SCI). SCI is a member of the Canadian Investor Protection Fund and the Investment Industry Regulatory Organization of Canada. Scotia iTRADE does not provide investment advice or recommendations and investors are responsible for their own investment decisions.

® Registered trademark of The Bank of Nova Scotia. Used under license.

**P 2**



**Confirmation Notice**

ACCOUNT NO.    TYPE
██████3027█    RRSP

**FOR SETTLEMENT IN THIS OFFICE**

*44 KING STREET WEST, CONCOURSE LEVEL*
*TORONTO, ONTARIO M5H 1H1*

MIYUKI MATSUMOTO        44**
41 BAXTER DR
GUELPH ON  N1L 0G4

---

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT
OVER THE COUNTER – U.S.A.

AUGUST 12, 2021
SETTLEMENT DATE    AUGUST 16, 2021
ACCOUNT NO.        ██████3027█–RRSP

| | | |
|---|---|---|
| AS PRINCIPAL, WE CONVERTED AT | | 1.2705 |
| TRANSACTION TYPE | | BOUGHT |

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 2,300 | META MATLS INC | @ | 3.3893U$ |
| | COMMON STOCK | | |
| | STP PET | | |
| | EXCHANGE RATE | 1.27050000 | |

| | |
|---|---|
| GROSS AMOUNT | 7,795.39 |
| COMMISSION | 9.99 |
| SUB TOTAL | 7,805.38 U$ |
| EXCHANGE | 2,111.36 |
| NET AMOUNT | 9,916.74 C$ |

---

INVESTMENT REPRESENTATIVE    TORONTO–PLAZA
IR No.                        S20
TEL.                          (800) 263–3430

REFERENCE F5982  /  CUSIP US59134N1046  /
SECURITY NO. M067927  /  ORDER NO. 555982  /  A  65

Scotia iTRADE (Discount Broker – Order–Execution Only Accounts) is a division of Scotia Capital Inc. (SCI). SCI is a member of the Canadian Investor Protection Fund and the Investment Industry Regulatory Organization of Canada. Scotia iTRADE does not provide investment advice or recommendations and investors are responsible for their own investment decisions. This transaction is subject to the Agreement on the reverse side. ® Registered trademark of The Bank of Nova Scotia. Used under license.

**CIPF**
Canadian Investor Protection Fund
M E M B E R

P 1



**Confirmation Notice**

CONDITIONS

**Without limiting in any way or otherwise affecting our rights under any other contracts between us, you agree to the following:**
**•Order execution only account means that Scotia iTRADE does not provide recommendations or accept any responsibility to advise clients on the suitability of investment decisions or transactions.**

All transactions are subject to the by-laws, regulations and customs of the stock exchange where executed, and any clearing house involved, and of any regulatory authority including any association of brokers or dealers having jurisdiction, and to the terms and conditions of any relevant customer's or trading agreement which you have entered into with us. In the case of an exchange transaction the name of the exchange (and clearing house, if any) and of the other broker will be furnished upon request. Details of the individual representative who accepted your order(s) are available on request. Please contact the branch manager.

If settlement or provision for settlement of this transaction is not made by the settlement date shown hereon, or by the date ("accrued interest date") to which accrued interest is calculated as shown hereon, whichever date is applicable, this transaction may be closed out without notice to you by the sale or purchase of the related securities, whichever action is appropriate and we will claim from you any balance owing to us or credit to you any balance owing to you as a result of such action. Unless already in our possession, payment or security should reach us by the settlement date or accrued interest date indicated. Payments on accounts received after the indicated date may result in interest being charged on the unpaid balance until the balance is paid.

Any demand, advertisement or notice which may be given to you shall not be a waiver of any right to take any action which we may be authorized to exercise without demand, advertisement or notice.

Whenever and so often as you are indebted to us, all securities and property (hereinafter called "securities") held by us for you or on your account shall be collateral security for the payment of your indebtedness from time to time and we shall have the right to loan such securities and raise money on them and pledge and repledge them either separately or in our general loans or otherwise together with any securities belonging to us or to others, the whole in such manner and on such terms and conditions and for such amount whether more or less than the amount due by you, and for such purposes as we may deem advisable, and if we deem it necessary for our protection, we shall have the right to buy in securities of which your account may be short and to sell securities of which your account may be long, the whole publicly or privately and without demand for margin and without notice.

In placing the order to effect this transaction, you shall be taken to represent to us that you have full capacity power and authority to enter into this transaction and that any securities to be sold by us on your behalf are free of encumbrance and of any restraint (whether imposed by law, any regulatory authority contract or otherwise) on their distribution to the public or sale in any market and are in all respects freely tradeable.

This transaction shall be deemed and treated as authorized and correct and as ratified and confirmed by you unless we receive written notice to the contrary. If you do not agree with the information hereon, please advise us promptly.

**Currency Conversion & Fixed Income Fees:** We will act as principal in fixed income and currency conversion transactions. Scotia Capital Inc. and others apply discretionary currency conversion rates and may earn revenue on currency conversion transactions based on the spread between the bid and ask prices for the currency then in effect and the principal's costs and, on offsetting transactions, based on the difference between the FX rate charged our clients and discretionary rates applied to the offsetting transactions. Conversion of currency will take place on the trade date. If a trade is executed for you in a foreign market and a currency conversion occurs, and the conversion rate applied is not displayed on the face of your trade confirmation, the rate applied is available to you on request.

Leverage/Margin Risk Disclosure Statement: Using borrowed money (whether through a margin account or otherwise) to purchase securities involves greater risk than using cash resources only. Please refer to the terms and conditions in the Account Agreement. Note: you should retain this statement for income tax purposes.

Customer accounts are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of coverage is available on request.

CODE INFORMATION/ NONVOT: NON–VOTING  RESVOT: RESTRICTED VOTING  SUBVOTE: SUBORDINATE VOTE

MV – MULTIPLE VOTING  LV – LIMITED VOTING

**Scotia iTRADE®**

**Customer Service**

44 King St. W., Concourse Level
Toronto, Ontario
M5H 1H1

Scotia iTRADE (Discount Broker – Order – Execution Only Account) is a division of Scotia Capital Inc. (SCI). SCI is a member of the Canadian Investor Protection Fund and the Investment Industry Regulatory Organization of Canada. Scotia iTRADE does not provide investment advice or recommendations and investors are responsible for their own investment decisions.

® Registered trademark of The Bank of Nova Scotia. Used under license.

**P 2**



**Confirmation Notice**

ACCOUNT NO.   TYPE
■■■3027■   RRSP

**FOR SETTLEMENT IN THIS OFFICE**

44 KING STREET WEST, CONCOURSE LEVEL
TORONTO, ONTARIO M5H 1H1

MIYUKI MATSUMOTO          44**
41 BAXTER DR
GUELPH ON  N1L 0G4

---

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT
OVER THE COUNTER -- U.S.A.

AUGUST 26, 2021
SETTLEMENT DATE      AUGUST 30, 2021
ACCOUNT NO.          ■■■3027■ –RRSP

| | | | |
|---|---|---|---|
| AS PRINCIPAL, WE CONVERTED AT | | | 1.2855 |
| TRANSACTION TYPE | | | BOUGHT |

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 925 | META MATLS INC | @ | 3.51U$ |
| | COMMON STOCK | | |
| | STP PET | | |
| | EXCHANGE RATE    1.28550000 | | |

| | |
|---|---|
| GROSS AMOUNT | 3,246.75 |
| COMMISSION | 9.99 |
| SUB TOTAL | 3,256.74 U$ |
| EXCHANGE | 929.80 |
| NET AMOUNT | 4,186.54 C$ |

---

INVESTMENT REPRESENTATIVE     TORONTO–PLAZA
IR No.                        S20
TEL.                          (800) 263–3430

REFERENCE H0382  /  CUSIP US59134N1046  /
SECURITY NO. M067927  /  ORDER NO. 570382  /  A  65

Scotia iTRADE (Discount Broker – Order–Execution Only Accounts) is a division of Scotia Capital Inc. (SCI). SCI is a member of the Canadian Investor Protection Fund and the Investment Industry Regulatory Organization of Canada. Scotia iTRADE does not provide investment advice or recommendations and investors are responsible for their own investment decisions. This transaction is subject to the Agreement on the reverse side. ® Registered trademark of The Bank of Nova Scotia. Used under license.

**CIPF**
Canadian Investor Protection Fund
M E M B E R

**P 1**

# SCOTIA iTRADE®

**Confirmation Notice**

CONDITIONS

**Without limiting in any way or otherwise affecting our rights under any other contracts between us, you agree to the following:**
**\*Order execution only account means that Scotia iTRADE does not provide recommendations or accept any responsibility to advise clients on the suitability of investment decisions or transactions.**

All transactions are subject to the by–laws, regulations and customs of the stock exchange where executed, and any clearing house involved, and of any regulatory authority including any association of brokers or dealers having jurisdiction, and to the terms and conditions of any relevant customer's or trading agreement which you have entered into with us. In the case of an exchange transaction the name of the exchange (and clearing house, if any) and of the other broker will be furnished upon request. Details of the individual representative who accepted your order(s) are available on request. Please contact the branch manager.

If settlement or provision for settlement of this transaction is not made by the settlement date shown hereon, or by the date ("accrued interest date") to which accrued interest is calculated as shown hereon, whichever date is applicable, this transaction may be closed out without notice to you by the sale or purchase of the related securities, whichever action is appropriate and we will claim from you any balance owing to us or credit to you any balance owing to you as a result of such action. Unless already in our possession, payment or security should reach us by the settlement date or accrued interest date indicated. Payments on accounts received after the indicated date may result in interest being charged on the unpaid balance until the balance is paid.

Any demand, advertisement or notice which may be given to you shall not be a waiver of any right to take any action which we may be authorized to exercise without demand, advertisement or notice.

Whenever and so often as you are indebted to us, all securities and property (hereinafter called "securities") held by us for you or on your account shall be collateral security for the payment of your indebtedness from time to time and we shall have the right to loan such securities and raise money on them and pledge and repledge them either separately or in our general loans or otherwise together with any securities belonging to us or to others, the whole in such manner and on such terms and conditions and for such amount whether more or less than the amount due by you, and for such purposes as we may deem advisable, and if we deem it necessary for our protection, we shall have the right to buy in securities of which your account may be short and to sell securities of which your account may be long, the whole publicly or privately and without demand for margin and without notice.

In placing the order to effect this transaction, you shall be taken to represent to us that you have full capacity power and authority to enter into this transaction and that any securities to be sold by us on your behalf are free of encumbrance and of any restraint (whether imposed by law, any regulatory authority contract or otherwise) on their distribution to the public or sale in any market and are in all respects freely tradeable.

This transaction shall be deemed and treated as authorized and correct and as ratified and confirmed by you unless we receive written notice to the contrary. If you do not agree with the information hereon, please advise us promptly.

**Currency Conversion & Fixed Income Fees:** We will act as principal in fixed income and currency conversion transactions. Scotia Capital Inc. and others apply discretionary currency conversion rates and may earn revenue on currency conversion transactions based on the spread between the bid and ask prices for the currency then in effect and the principal's costs and, on offsetting transactions, based on the difference between the FX rate charged our clients and discretionary rates applied to the offsetting transactions. Conversion of currency will take place on the trade date. If a trade is executed for you in a foreign market and a currency conversion occurs, and the conversion rate applied is not displayed on the face of your trade confirmation, the rate applied is available to you on request.

Leverage/Margin Risk Disclosure Statement: Using borrowed money (whether through a margin account or otherwise) to purchase securities involves greater risk than using cash resources only. Please refer to the terms and conditions in the Account Agreement. Note: you should retain this statement for income tax purposes.

Customer accounts are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of coverage is available on request.

CODE INFORMATION/ NONVOT: NON–VOTING RESVOT: RESTRICTED VOTING SUBVOTE: SUBORDINATE VOTE

MV – MULTIPLE VOTING LV – LIMITED VOTING

**Scotia iTRADE®**

**Customer Service**
44 King St. W., Concourse Level
Toronto, Ontario
M5H 1H1

Scotia iTRADE (Discount Broker – Order – Execution Only Account) is a division of Scotia Capital Inc. (SCI). SCI is a member of the Canadian Investor Protection Fund and the Investment Industry Regulatory Organization of Canada. Scotia iTRADE does not provide investment advice or recommendations and investors are responsible for their own investment decisions.

® Registered trademark of The Bank of Nova Scotia. Used under license.

**P 2**



SCOTIA **iTRADE**®

*44 KING STREET WEST, CONCOURSE LEVEL*
*TORONTO, ONTARIO M5H 1H1*

**Confirmation Notice**

**ACCOUNT NO.    TYPE**
●━━3027●        RRSP

**FOR SETTLEMENT IN THIS OFFICE**

MIYUKI MATSUMOTO          44**
41 BAXTER DR
GUELPH ON  N1L 0G4

---

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT
OVER THE COUNTER – U.S.A.

SEPTEMBER 9, 2021
SETTLEMENT DATE      SEPTEMBER 13, 2021
ACCOUNT NO.          ●━━3027●–RRSP

| | | |
|---|---|---|
| AS PRINCIPAL, WE CONVERTED AT | | 1.288 |
| TRANSACTION TYPE | | BOUGHT |

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 125 | META MATLS INC | @ | 5.2187U$ |
| | COMMON STOCK | | |
| | STP PET | | |
| | EXCHANGE RATE    1.28800000 | | |

| | |
|---|---|
| GROSS AMOUNT | 652.34 |
| COMMISSION | 9.99 |

| | |
|---|---|
| SUB TOTAL | 662.33 U$ |
| EXCHANGE | 190.75 |
| NET AMOUNT | 853.08 C$ |

---

| | | |
|---|---|---|
| INVESTMENT REPRESENTATIVE | TORONTO–PLAZA | REFERENCE G8646  /  CUSIP US59134N1046  / |
| IR No. | S20 | SECURITY NO. M067927  /  ORDER NO. 568646  /  A  65 |
| TEL. | (800) 263–3430 | |

Scotia iTRADE (Discount Broker – Order–Execution Only Accounts) is a division of Scotia Capital Inc. (SCI). SCI is a member of the
Canadian Investor Protection Fund and the Investment Industry Regulatory Organization of Canada. Scotia iTRADE does not provide
investment advice or recommendations and investors are responsible for their own investment decisions. This transaction is subject to
the Agreement on the reverse side. ® Registered trademark of The Bank of Nova Scotia. Used under license.

**CIPF**
Canadian Investor Protection Fund
M E M B E R

**P 1**



**Confirmation Notice**

CONDITIONS

**Without limiting  In any way or otherwise affecting our rights under any other contracts between us, you agree to the following:**
**\*Order execution only account means that Scotia ITRADE does not provide recommendations or accept any responsibility to advise clients on the suitability of investment decisions or transactions.**

All transactions are subject to the by–laws, regulations and customs of the stock exchange where executed, and any clearing house involved, and  of any regulatory authority including any association of brokers or dealers having jurisdiction, and to the terms and conditions of  any relevant customer's or trading agreement which you have entered into with us. In the case of an exchange transaction the  name of the exchange (and clearing house, if any) and of the other broker will be furnished upon request. Details of the individual representative who accepted your order(s) are available on request. Please contact the branch manager.

If settlement  or provision for settlement of this transaction is not made by the settlement date shown hereon, or by the date ("accrued interest date")  to which accrued interest is calculated as shown hereon, whichever date is applicable, this transaction may be closed out without  notice to you by the sale or purchase of the related securities, whichever action is appropriate and we will claim from you any balance  owing to us or credit to you any balance owing to you as a result of such action. Unless already in our possession, payment or  security should reach us by the settlement date or accrued interest date indicated. Payments on accounts received after the indicated date may result in interest being charged on the unpaid balance until the balance is paid.

Any demand,  advertisement or notice which may be given to you shall not be a waiver of any right to take any action which we may be authorized to  exercise without demand, advertisement or notice.

Whenever and  so often as you are indebted to us, all securities and property (hereinafter called "securities") held by us for you or on your account shall  be collateral security for the payment of your indebtedness from time to time and we shall have the right to loan such securities  and raise money on them and pledge and repledge them either separately or in our general loans or otherwise together with  any securities belonging to us or to others, the whole in such manner and on such terms and conditions and for such amount whether  more or less than the amount due by you, and for such purposes as we may deem advisable, and if we deem it necessary for  our protection, we shall have the right to buy in securities of which your account may be short and to sell securities of which your  account may be long, the whole publicly or privately and without demand for margin and without notice.

In placing  the order to effect this transaction, you shall be taken to represent to us that you have full capacity power and authority to enter into  this transaction and that any securities to be sold by us on your behalf are free of encumbrance and of any restraint (whether imposed by  law, any regulatory authority contract or otherwise) on their distribution to the public or sale in any market and are in all respects freely tradeable.

This transaction  shall be deemed and treated as authorized and correct and as ratified and confirmed by you unless we receive written notice to  the contrary. If you do not agree with the information hereon, please advise us promptly.

**Currency Conversion  & Fixed Income Fees:**  We will act as principal in fixed income and currency conversion transactions. Scotia Capital Inc.  and others apply discretionary currency conversion rates and may earn revenue on currency conversion transactions based on  the spread between the bid and ask prices for the currency then in effect and the principal's costs and, on offsetting transactions, based  on the difference between the FX rate charged our clients and discretionary rates applied to the offsetting transactions. Conversion  of currency will take place on the trade date. If a trade is executed for you in a foreign market and a currency conversion  occurs, and the conversion rate applied is not displayed on the face of your trade confirmation, the rate applied is available to you on request.

Leverage/Margin Risk  Disclosure Statement: Using borrowed money (whether through a margin account or otherwise) to purchase securities involves  greater risk than using cash resources only. Please refer to the terms and conditions in the Account Agreement. Note: you should  retain this statement for income tax purposes.

Customer accounts  are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of  coverage is available on request.

CODE INFORMATION/  NONVOT: NON–VOTING  RESVOT: RESTRICTED VOTING  SUBVOTE: SUBORDINATE VOTE

MV – MULTIPLE VOTING  LV – LIMITED VOTING

**Scotia iTRADE®**

**Customer Service**
44 King St. W., Concourse Level
Toronto, Ontario
M5H 1H1

Scotia iTRADE (Discount Broker – Order – Execution Only Account) is a division of Scotia Capital Inc. (SCI). SCI is a member of the Canadian Investor Protection Fund and the Investment Industry Regulatory Organization of Canada. Scotia iTRADE does not provide investment advice or recommendations and investors are responsible for their own investment decisions.

® Registered trademark of The Bank of Nova Scotia. Used under license.

**P 2**



SCOTIA **iTRADE**®

*44 KING STREET WEST, CONCOURSE LEVEL*
*TORONTO, ONTARIO M5H 1H1*

## Confirmation Notice

**ACCOUNT NO.    TYPE**
CR3—03027C7    RRSP

**FOR SETTLEMENT IN THIS OFFICE**

MIYUKI MATSUMOTO        44**
41 BAXTER DR
GUELPH ON  N1L 0G4

---

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT
OVER THE COUNTER – U.S.A.

SEPTEMBER 22, 2021
SETTLEMENT DATE    SEPTEMBER 24, 2021
ACCOUNT NO.        CR3—03027C–RRSP

| | |
|---|---|
| AS PRINCIPAL, WE CONVERTED AT | 1.292 |
| TRANSACTION TYPE | BOUGHT |

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 220 | META MATLS INC | @ | 5.0577US$ |
| | COMMON STOCK | | |
| | STP PET | | |
| | EXCHANGE RATE   1.29200000 | | |

| | |
|---|---|
| GROSS AMOUNT | 1,112.69 |
| COMMISSION | 9.99 |
| SUB TOTAL | 1,122.68 US$ |
| EXCHANGE | 327.82 |
| NET AMOUNT | 1,450.50 C$ |

---

**INVESTMENT REPRESENTATIVE**    TORONTO–PLAZA
IR No.                           S20
TEL.                             (800) 263–3430

REFERENCE F4769  /  CUSIP US59134N1046  /
SECURITY NO. M067927  /  ORDER NO. 554769  /  A  65

---

Scotia iTRADE (Discount Broker – Order–Execution Only Accounts) is a division of Scotia Capital Inc. (SCI). SCI is a member of the Canadian Investor Protection Fund and the Investment Industry Regulatory Organization of Canada. Scotia iTRADE does not provide investment advice or recommendations and investors are responsible for their own investment decisions. This transaction is subject to the Agreement on the reverse side. ® Registered trademark of The Bank of Nova Scotia. Used under license.



**CIPF**
Canadian Investor Protective Fund
**M E M B E R**

**P 1**

# SCOTIA iTRADE®

**Confirmation Notice**

## CONDITIONS

**Without limiting** in any way or otherwise affecting our rights under any other contracts between us, you agree to the following:
*Order execution only account means that Scotia iTRADE does not provide recommendations or accept any responsibility to advise clients on the suitability of investment decisions or transactions.

All transactions are subject to the by-laws, regulations and customs of the stock exchange where executed, and any clearing house involved, and of any regulatory authority including any association of brokers or dealers having jurisdiction, and to the terms and conditions of any relevant customer's or trading agreement which you have entered into with us. In the case of an exchange transaction the name of the exchange (and clearing house, if any) and of the other broker will be furnished upon request. Details of the individual representative who accepted your order(s) are available on request. Please contact the branch manager.

If settlement or provision for settlement of this transaction is not made by the settlement date shown hereon, or by the date ("accrued interest date") to which accrued interest is calculated as shown hereon, whichever date is applicable, this transaction may be closed out without notice to you by the sale or purchase of the related securities, whichever action is appropriate and we will claim from you any balance owing to us or credit to you any balance owing to you as a result of such action. Unless already in our possession, payment or security should reach us by the settlement date or accrued interest date indicated. Payments on accounts received after the indicated date may result in interest being charged on the unpaid balance until the balance is paid.

Any demand, advertisement or notice which may be given to you shall not be a waiver of any right to take any action which we may be authorized to exercise without demand, advertisement or notice.

Whenever and so often as you are indebted to us, all securities and property (hereinafter called "securities") held by us for you or on your account shall be collateral security for the payment of your indebtedness from time to time and we shall have the right to loan such securities and raise money on them and pledge and repledge them either separately or in our general loans or otherwise together with any securities belonging to us or to others, the whole in such manner and on such terms and conditions and for such amount whether more or less than the amount due by you, and for such purposes as we may deem advisable, and if we deem it necessary for our protection, we shall have the right to buy in securities of which your account may be short and to sell securities of which your account may be long, the whole publicly or privately and without demand for margin and without notice.

In placing the order to effect this transaction, you shall be taken to represent to us that you have full capacity power and authority to enter into this transaction and that any securities to be sold by us on your behalf are free of encumbrance and of any restraint (whether imposed by law, any regulatory authority contract or otherwise) on their distribution to the public or sale in any market and are in all respects freely tradeable.

This transaction shall be deemed and treated as authorized and correct and as ratified and confirmed by you unless we receive written notice to the contrary. If you do not agree with the information hereon, please advise us promptly.

**Currency Conversion & Fixed Income Fees:** We will act as principal in fixed income and currency conversion transactions. Scotia Capital Inc. and others apply discretionary currency conversion rates and may earn revenue on currency conversion transactions based on the spread between the bid and ask prices for the currency then in effect and the principal's costs and, on offsetting transactions, based on the difference between the FX rate charged our clients and discretionary rates applied to the offsetting transactions. Conversion of currency will take place on the trade date. If a trade is executed for you in a foreign market and a currency conversion occurs, and the conversion rate applied is not displayed on the face of your trade confirmation, the rate applied is available to you on request.

Leverage/Margin Risk Disclosure Statement: Using borrowed money (whether through a margin account or otherwise) to purchase securities involves greater risk than using cash resources only. Please refer to the terms and conditions in the Account Agreement. Note: you should retain this statement for income tax purposes.

Customer accounts are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of coverage is available on request.

CODE INFORMATION/ NONVOT: NON-VOTING  RESVOT: RESTRICTED VOTING  SUBVOTE: SUBORDINATE VOTE

MV – MULTIPLE VOTING  LV – LIMITED VOTING

**Scotia iTRADE®**

**Customer Service**
44 King St. W., Concourse Level
Toronto, Ontario
M5H 1H1

Scotia iTRADE (Discount Broker – Order – Execution Only Account) is a division of Scotia Capital Inc. (SCI). SCI is a member of the Canadian Investor Protection Fund and the Investment Industry Regulatory Organization of Canada. Scotia iTRADE does not provide investment advice or recommendations and investors are responsible for their own investment decisions.

® Registered trademark of The Bank of Nova Scotia. Used under license.

**P 2**



SCOTIA iTRADE®

44 KING STREET WEST, CONCOURSE LEVEL
TORONTO, ONTARIO M5H 1H1

# Confirmation Notice

ACCOUNT NO.    TYPE
██3027█        RRSP

## FOR SETTLEMENT IN THIS OFFICE

MIYUKI MATSUMOTO        44**
41 BAXTER DR
GUELPH ON  N1L 0G4

---

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT
OVER THE COUNTER – U.S.A.

FEBRUARY 28, 2022
SETTLEMENT DATE    MARCH 2, 2022
ACCOUNT NO.        ██93027█–RRSP

AS PRINCIPAL, WE CONVERTED AT                           1.292
TRANSACTION TYPE                                        BOUGHT

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 1,600 | META MATLS INC<br>COMMON STOCK<br>STP PET | @ | 1.9484U$ |
| | EXCHANGE RATE    1.29200000 | | |

| | |
|---|---|
| GROSS AMOUNT | 3,117.44 |
| COMMISSION | 9.99 |
| SUB TOTAL | 3,127.43 U$ |
| EXCHANGE | 913.21 |
| NET AMOUNT | 4,040.64 C$ |

---

INVESTMENT REPRESENTATIVE    TORONTO–PLAZA
IR No.                       S20
TEL.                         (800) 263–3430

REFERENCE H4247  /  CUSIP US59134N1046  /
SECURITY NO. M067927  /  ORDER NO. 574247  /  A  65

Scotia iTRADE (Discount Broker – Order–Execution Only Accounts) is a division of Scotia Capital Inc. (SCI). SCI is a member of the Canadian Investor Protection Fund and the Investment Industry Regulatory Organization of Canada. Scotia iTRADE does not provide investment advice or recommendations and investors are responsible for their own investment decisions. This transaction is subject to the Agreement on the reverse side. ® Registered trademark of The Bank of Nova Scotia. Used under license.



CIPF
Canadian Investor Protection Fund
M E M B E R

P 1



**Confirmation Notice**

CONDITIONS

**Without limiting in any way or otherwise affecting our rights under any other contracts between us, you agree to the following:**
**\*Order execution only account means that Scotia iTRADE does not provide recommendations or accept any responsibility to advise clients on the suitability of investment decisions or transactions.**

All transactions are subject to the by-laws, regulations and customs of the stock exchange where executed, and any clearing house involved, and of any regulatory authority including any association of brokers or dealers having jurisdiction, and to the terms and conditions of any relevant customer's or trading agreement which you have entered into with us. In the case of an exchange transaction the name of the exchange (and clearing house, if any) and of the other broker will be furnished upon request. Details of the individual representative who accepted your order(s) are available on request. Please contact the branch manager.

If settlement or provision for settlement of this transaction is not made by the settlement date shown hereon, or by the date ("accrued interest date") to which accrued interest is calculated as shown hereon, whichever date is applicable, this transaction may be closed out without notice to you by the sale or purchase of the related securities, whichever action is appropriate and we will claim from you any balance owing to us or credit to you any balance owing to you as a result of such action. Unless already in our possession, payment or security should reach us by the settlement date or accrued interest date indicated. Payments on accounts received after the indicated date may result in interest being charged on the unpaid balance until the balance is paid.

Any demand, advertisement or notice which may be given to you shall not be a waiver of any right to take any action which we may be authorized to exercise without demand, advertisement or notice.

Whenever and so often as you are indebted to us, all securities and property (hereinafter called "securities") held by us for you or on your account shall be collateral security for the payment of your indebtedness from time to time and we shall have the right to loan such securities and raise money on them and pledge and repledge them either separately or in our general loans or otherwise together with any securities belonging to us or to others, the whole in such manner and on such terms and conditions and for such amount whether more or less than the amount due by you, and for such purposes as we may deem advisable, and if we deem it necessary for our protection, we shall have the right to buy in securities of which your account may be short and to sell securities of which your account may be long, the whole publicly or privately and without demand for margin and without notice.

In placing the order to effect this transaction, you shall be taken to represent to us that you have full capacity power and authority to enter into this transaction and that any securities to be sold by us on your behalf are free of encumbrance and of any restraint (whether imposed by law, any regulatory authority contract or otherwise) on their distribution to the public or sale in any market and are in all respects freely tradeable.

This transaction shall be deemed and treated as authorized and correct and as ratified and confirmed by you unless we receive written notice to the contrary. If you do not agree with the information hereon, please advise us promptly.

**Currency Conversion & Fixed Income Fees:** We will act as principal in fixed income and currency conversion transactions. Scotia Capital Inc. and others apply discretionary currency conversion rates and may earn revenue on currency conversion transactions based on the spread between the bid and ask prices for the currency then in effect and the principal's costs and, on offsetting transactions, based on the difference between the FX rate charged our clients and discretionary rates applied to the offsetting transactions. Conversion of currency will take place on the trade date. If a trade is executed for you in a foreign market and a currency conversion occurs, and the conversion rate applied is not displayed on the face of your trade confirmation, the rate applied is available to you on request.

Leverage/Margin Risk Disclosure Statement: Using borrowed money (whether through a margin account or otherwise) to purchase securities involves greater risk than using cash resources only. Please refer to the terms and conditions in the Account Agreement. Note: you should retain this statement for income tax purposes.

Customer accounts are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of coverage is available on request.

CODE INFORMATION/ NONVOT: NON–VOTING  RESVOT: RESTRICTED VOTING  SUBVOTE: SUBORDINATE VOTE

MV – MULTIPLE VOTING  LV – LIMITED VOTING

**Scotia iTRADE®**

**Customer Service**

44 King St. W., Concourse Level
Toronto, Ontario
M5H 1H1

Scotia iTRADE (Discount Broker – Order – Execution Only Account) is a division of Scotia Capital Inc. (SCI). SCI is a member of the Canadian Investor Protection Fund and the Investment Industry Regulatory Organization of Canada. Scotia iTRADE does not provide investment advice or recommendations and investors are responsible for their own investment decisions.

® Registered trademark of The Bank of Nova Scotia. Used under license.

**P 2**



# SCOTIA iTRADE®

**Confirmation Notice**

44 KING STREET WEST, CONCOURSE LEVEL
TORONTO, ONTARIO M5H 1H1

| ACCOUNT NO. | TYPE |
|---|---|
| ⬛⬛⬛3027⬛ | RRSP |

**FOR SETTLEMENT IN THIS OFFICE**

MIYUKI MATSUMOTO        44**
41 BAXTER DR
GUELPH ON  N1L 0G4

---

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT
OVER THE COUNTER – U.S.A.

APRIL 7, 2022
SETTLEMENT DATE        APRIL 11, 2022
ACCOUNT NO.            ⬛⬛⬛3027⬛-RRSP

| AS PRINCIPAL, WE CONVERTED AT | | 1.274 |
|---|---|---|
| TRANSACTION TYPE | | BOUGHT |

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 115 | META MATLS INC | @ | 1.5576US$ |
| | COMMON STOCK | | |
| | STP PET | | |
| | EXCHANGE RATE  1.27400000 | | |

| | |
|---|---|
| GROSS AMOUNT | 179.12 |
| COMMISSION | 9.99 |
| SUB TOTAL | 189.11 US |
| EXCHANGE | 51.82 |
| NET AMOUNT | 240.93 C$ |

---

| INVESTMENT REPRESENTATIVE | TORONTO–PLAZA | REFERENCE G9490  /  CUSIP US59134N1046  / |
|---|---|---|
| IR No. | S20 | SECURITY NO. M067927  /  ORDER NO. 569490  /  A  65 |
| TEL. | (800) 263–3430 | |

---

Scotia iTRADE (Discount Broker – Order–Execution Only Accounts) is a division of Scotia Capital Inc. (SCI). SCI is a member of the Canadian Investor Protection Fund and the Investment Industry Regulatory Organization of Canada. Scotia iTRADE does not provide investment advice or recommendations and investors are responsible for their own investment decisions. This transaction is subject to the Agreement on the reverse side. ® Registered trademark of The Bank of Nova Scotia. Used under license.



**CIPF**
Canadian Investor Protection Fund
M E M B E R

P 1



**Confirmation Notice**

CONDITIONS

**Without limiting  in any way or otherwise affecting our rights under any other contracts between us, you agree to the following:**
**\*Order execution  only account means that Scotia iTRADE does not provide recommendations or accept any responsibility to advise clients on the suitability of investment decisions or transactions.**

All transactions  are subject to the by–laws, regulations and customs of the stock exchange where executed, and any clearing house involved, and  of any regulatory authority including any association of brokers or dealers having jurisdiction, and to the terms and conditions of  any relevant customer's or trading agreement which you have entered into with us. In the case of an exchange transaction the  name of the exchange (and clearing house, if any) and of the other broker will be furnished upon request. Details of the individual representative who accepted your order(s) are available on request. Please contact the branch manager.

If settlement  or provision for settlement of this transaction is not made by the settlement date shown hereon, or by the date ("accrued interest date") to which accrued interest is calculated as shown hereon, whichever date is applicable, this transaction may be closed out without  notice to you by the sale or purchase of the related securities, whichever action is appropriate and we will claim from you any balance  owing to us or credit to you any balance owing to you as a result of such action. Unless already in our possession, payment or security should reach us by the settlement date or accrued interest date indicated. Payments on accounts received after the indicated date may result in interest being charged on the unpaid balance until the balance is paid.

Any demand,  advertisement or notice which may be given to you shall not be a waiver of any right to take any action which we may be authorized to exercise without demand, advertisement or notice.

Whenever and  so often as you are indebted to us, all securities and property (hereinafter called "securities") held by us for you or on your account shall be collateral security for the payment of your indebtedness from time to time and we shall have the right to loan such securities  and raise money on them and pledge and repledge them either separately or in our general loans or otherwise together with  any securities belonging to us or to others, the whole in such manner and on such terms and conditions and for such amount whether  more or less than the amount due by you, and for such purposes as we may deem advisable, and if we deem it necessary for  our protection, we shall have the right to buy in securities of which your account may be short and to sell securities of which your account may be long, the whole publicly or privately and without demand for margin and without notice.

In placing  the order to effect this transaction, you shall be taken to represent to us that you have full capacity power and authority to enter into  this transaction and that any securities to be sold by us on your behalf are free of encumbrance and of any restraint (whether imposed by law, any regulatory authority contract or otherwise) on their distribution to the public or sale in any market and are in all respects freely tradeable.

This transaction  shall be deemed and treated as authorized and correct and as ratified and confirmed by you unless we receive written notice to the contrary. If you do not agree with the information hereon, please advise us promptly.

**Currency Conversion & Fixed Income Fees:**  We will act as principal in fixed income and currency conversion transactions. Scotia Capital Inc.  and others apply discretionary currency conversion rates and may earn revenue on currency conversion transactions based on  the spread between the bid and ask prices for the currency then in effect and the principal's costs and, on offsetting transactions, based  on the difference between the FX rate charged our clients and discretionary rates applied to the offsetting transactions. Conversion  of currency will take place on the trade date. If a trade is executed for you in a foreign market and a currency conversion  occurs, and the conversion rate applied is not displayed on the face of your trade confirmation, the rate applied is available to you on request.

Leverage/Margin Risk Disclosure Statement: Using borrowed money (whether through a margin account or otherwise) to purchase securities involves  greater risk than using cash resources only. Please refer to the terms and conditions in the Account Agreement. Note: you should retain this statement for income tax purposes.

Customer accounts  are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of coverage is available on request.

CODE INFORMATION/  NONVOT: NON–VOTING  RESVOT: RESTRICTED VOTING  SUBVOTE: SUBORDINATE VOTE

MV – MULTIPLE VOTING  LV – LIMITED VOTING

**Scotia iTRADE®**

**Customer Service**
44 King St. W., Concourse Level
Toronto, Ontario
M5H 1H1

Scotia iTRADE  (Discount Broker – Order – Execution Only Account) is a division of Scotia Capital Inc. (SCI). SCI is a member of the Canadian Investor Protection Fund and the Investment Industry Regulatory Organization of Canada. Scotia iTRADE does not provide investment advice or recommendations and investors are responsible for their own investment decisions.

® Registered trademark of The Bank of Nova Scotia. Used under license.

**P 2**



**Confirmation Notice**

ACCOUNT NO.   TYPE
████3027█      RRSP

**FOR SETTLEMENT IN THIS OFFICE**

44 KING STREET WEST, CONCOURSE LEVEL
TORONTO, ONTARIO M5H 1H1

MIYUKI MATSUMOTO        44**
41 BAXTER DR
GUELPH ON  N1L 0G4

JULY 18, 2022

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT
OVER THE COUNTER – U.S.A.

SETTLEMENT DATE    JULY 20, 2022
ACCOUNT NO.        ████3027█–RRSP

AS PRINCIPAL, WE CONVERTED AT                    1.311
TRANSACTION TYPE                              BOUGHT

| Quantity | Security Description | | Unit Price |
|----------|---------------------|---|-----------|
| 170 | META MATLS INC<br>COMMON STOCK<br>STP PET | @ | 1.0087U$ |
| | EXCHANGE RATE    1.31100000 | | |



GROSS AMOUNT                171.48
COMMISSION                    9.99

SUB TOTAL                 181.47 U$
EXCHANGE                     56.44
NET AMOUNT               237.91 C$

| INVESTMENT REPRESENTATIVE | TORONTO–PLAZA | REFERENCE F8900  / CUSIP US59134N1046 / |
|---|---|---|
| IR No. | S20 | SECURITY NO. M067927  /  ORDER NO. 558900  /  A  65 |
| TEL. | (800) 263–3430 | |

Scotia iTRADE (Discount Broker – Order–Execution Only Accounts) is a division of Scotia Capital Inc. (SCI). SCI is a member of the Canadian Investor Protection Fund and the Investment Industry Regulatory Organization of Canada. Scotia iTRADE does not provide investment advice or recommendations and investors are responsible for their own investment decisions. This transaction is subject to the Agreement on the reverse side. * Registered trademark of The Bank of Nova Scotia. Used under license.



CIPF
Canadian Investor Protection Fund
M E M B E R

**P 1**

 **Confirmation Notice**

CONDITIONS

**Without limiting in any way or otherwise affecting our rights under any other contracts between us, you agree to the following:**
**\*Order execution only account means that Scotia iTRADE does not provide recommendations or accept any responsibility to advise clients on the suitability of investment decisions or transactions.**

All transactions are subject to the by-laws, regulations and customs of the stock exchange where executed, and any clearing house involved, and of any regulatory authority including any association of brokers or dealers having jurisdiction, and to the terms and conditions of any relevant customer's or trading agreement which you have entered into with us. In the case of an exchange transaction the name of the exchange (and clearing house, if any) and of the other broker will be furnished upon request. Details of the individual representative who accepted your order(s) are available on request. Please contact the branch manager.

If settlement or provision for settlement of this transaction is not made by the settlement date shown hereon, or by the date ("accrued interest date") to which accrued interest is calculated as shown hereon, whichever date is applicable, this transaction may be closed out without notice to you by the sale or purchase of the related securities, whichever action is appropriate and we will claim from you any balance owing to us or credit to you any balance owing to you as a result of such action. Unless already in our possession, payment or security should reach us by the settlement date or accrued interest date indicated. Payments on accounts received after the indicated date may result in interest being charged on the unpaid balance until the balance is paid.

Any demand, advertisement or notice which may be given to you shall not be a waiver of any right to take any action which we may be authorized to exercise without demand, advertisement or notice.

Whenever and so often as you are indebted to us, all securities and property (hereinafter called "securities") held by us for you or on your account shall be collateral security for the payment of your indebtedness from time to time and we shall have the right to loan such securities and raise money on them and pledge and repledge them either separately or in our general loans or otherwise together with any securities belonging to us or to others, the whole in such manner and on such terms and conditions and for such amount whether more or less than the amount due by you, and for such purposes as we may deem advisable, and if we deem it necessary for our protection, we shall have the right to buy in securities of which your account may be short and to sell securities of which your account may be long, the whole publicly or privately and without demand for margin and without notice.

In placing the order to effect this transaction, you shall be taken to represent to us that you have full capacity power and authority to enter into this transaction and that any securities to be sold by us on your behalf are free of encumbrance and of any restraint (whether imposed by law, any regulatory authority contract or otherwise) on their distribution to the public or sale in any market and are in all respects freely tradeable.

This transaction shall be deemed and treated as authorized and correct and as ratified and confirmed by you unless we receive written notice to the contrary. If you do not agree with the information hereon, please advise us promptly.

**Currency Conversion & Fixed Income Fees:** We will act as principal in fixed income and currency conversion transactions. Scotia Capital Inc. and others apply discretionary currency conversion rates and may earn revenue on currency conversion transactions based on the spread between the bid and ask prices for the currency then in effect and the principal's costs and, on offsetting transactions, based on the difference between the FX rate charged our clients and discretionary rates applied to the offsetting transactions. Conversion of currency will take place on the trade date. If a trade is executed for you in a foreign market and a currency conversion occurs, and the conversion rate applied is not displayed on the face of your trade confirmation, the rate applied is available to you on request.

Leverage/Margin Risk Disclosure Statement: Using borrowed money (whether through a margin account or otherwise) to purchase securities involves greater risk than using cash resources only. Please refer to the terms and conditions in the Account Agreement. Note: you should retain this statement for income tax purposes.

Customer accounts are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of coverage is available on request.

CODE INFORMATION/ NONVOT: NON-VOTING  RESVOT: RESTRICTED VOTING  SUBVOTE: SUBORDINATE VOTE

MV – MULTIPLE VOTING  LV – LIMITED VOTING

**Scotia iTRADE®**

**Customer Service**
44 King St. W., Concourse Level
Toronto, Ontario
M5H 1H1

Scotia iTRADE (Discount Broker – Order – Execution Only Account) is a division of Scotia Capital Inc. (SCI). SCI is a member of the Canadian Investor Protection Fund and the Investment Industry Regulatory Organization of Canada. Scotia iTRADE does not provide investment advice or recommendations and investors are responsible for their own investment decisions.

® Registered trademark of The Bank of Nova Scotia. Used under license.

**P 2**



SCOTIA **iTRADE**®

44 KING STREET WEST, CONCOURSE LEVEL
TORONTO, ONTARIO M5H 1H1

**Confirmation Notice**

**ACCOUNT NO.    TYPE**
⬛⬛⬛3027⬛    RRSP

**FOR SETTLEMENT IN THIS OFFICE**

MIYUKI MATSUMOTO        44**
41 BAXTER DR
GUELPH ON  N1L 0G4

|  |  |
|---|---|
| | NOVEMBER 25, 2022 |
| AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT OVER THE COUNTER – U.S.A. | SETTLEMENT DATE    NOVEMBER 29, 2022 |
| | ACCOUNT NO.    ⬛⬛⬛3027⬛–RRSP |

| AS PRINCIPAL, WE CONVERTED AT | 1.3545 |
|---|---|
| TRANSACTION TYPE | BOUGHT |

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 1,000 | META MATLS INC | @ | 1.95U$ |
| | COMMON STOCK | | |
| | STP PET | | |
| | EXCHANGE RATE    1.35450000 | | |

| | |
|---|---|
| GROSS AMOUNT | 1,950.00 |
| COMMISSION | 9.99 |
| SUB TOTAL | 1,959.99 U$ |
| EXCHANGE | 694.82 |
| NET AMOUNT | 2,654.81 C$ |

| | | | |
|---|---|---|---|
| INVESTMENT REPRESENTATIVE | TORONTO–PLAZA | REFERENCE G2148  /  CUSIP US59134N1046  / | |
| IR No. | S20 | SECURITY NO. M067927  /  ORDER NO. 562148  / A  65 | |
| TEL. | (800) 263–3430 | | |

Scotia iTRADE (Discount Broker – Order–Execution Only Accounts) is a division of Scotia Capital Inc. (SCI). SCI is a member of the Canadian Investor Protection Fund and the Investment Industry Regulatory Organization of Canada. Scotia iTRADE does not provide investment advice or recommendations and investors are responsible for their own investment decisions. This transaction is subject to the Agreement on the reverse side. ® Registered trademark of The Bank of Nova Scotia. Used under license.

**CIPF**
Canadian Investor Protection Fund
M E M B E R

**P 1**



**Confirmation Notice**

CONDITIONS

**Without limiting in any way or otherwise affecting our rights under any other contracts between us, you agree to the following:**
**\*Order execution only account means that Scotia iTRADE does not provide recommendations or accept any responsibility to advise clients on the suitability of investment decisions or transactions.**

All transactions are subject to the by-laws, regulations and customs of the stock exchange where executed, and any clearing house involved, and of any regulatory authority including any association of brokers or dealers having jurisdiction, and to the terms and conditions of any relevant customer's or trading agreement which you have entered into with us. In the case of an exchange transaction the name of the exchange (and clearing house, if any) and of the other broker will be furnished upon request. Details of the individual representative who accepted your order(s) are available on request. Please contact the branch manager.

If settlement or provision for settlement of this transaction is not made by the settlement date shown hereon, or by the date ("accrued interest date") to which accrued interest is calculated as shown hereon, whichever date is applicable, this transaction may be closed out without notice to you by the sale or purchase of the related securities, whichever action is appropriate and we will claim from you any balance owing to us or credit to you any balance owing to you as a result of such action. Unless already in our possession, payment or security should reach us by the settlement date or accrued interest date indicated. Payments on accounts received after the indicated date may result in interest being charged on the unpaid balance until the balance is paid.

Any demand, advertisement or notice which may be given to you shall not be a waiver of any right to take any action which we may be authorized to exercise without demand, advertisement or notice.

Whenever and so often as you are indebted to us, all securities and property (hereinafter called "securities") held by us for you or on your account shall be collateral security for the payment of your indebtedness from time to time and we shall have the right to loan such securities and raise money on them and pledge and repledge them either separately or in our general loans or otherwise together with any securities belonging to us or to others, the whole in such manner and on such terms and conditions and for such amount whether more or less than the amount due by you, and for such purposes as we may deem advisable, and if we deem it necessary for our protection, we shall have the right to buy in securities of which your account may be short and to sell securities of which your account may be long, the whole publicly or privately and without demand for margin and without notice.

In placing the order to effect this transaction, you shall be taken to represent to us that you have full capacity power and authority to enter into this transaction and that any securities to be sold by us on your behalf are free of encumbrance and of any restraint (whether imposed by law, any regulatory authority contract or otherwise) on their distribution to the public or sale in any market and are in all respects freely tradeable.

This transaction shall be deemed and treated as authorized and correct and as ratified and confirmed by you unless we receive written notice to the contrary. If you do not agree with the information hereon, please advise us promptly.

**Currency Conversion & Fixed Income Fees:** We will act as principal in fixed income and currency conversion transactions. Scotia Capital Inc. and others apply discretionary currency conversion rates and may earn revenue on currency conversion transactions based on the spread between the bid and ask prices for the currency then in effect and the principal's costs and, on offsetting transactions, based on the difference between the FX rate charged our clients and discretionary rates applied to the offsetting transactions. Conversion of currency will take place on the trade date. If a trade is executed for you in a foreign market and a currency conversion occurs, and the conversion rate applied is not displayed on the face of your trade confirmation, the rate applied is available to you on request.

**Disclosure related to GICs:** Interest is calculated daily. Interest on compound GICs is compounded annually on the anniversary date of the GIC. The principal and interest are then paid on the maturity date. For non-compound GICs, issuer will pay interest on the principal at an annual fixed rate and frequency indicated.

Leverage/Margin Risk Disclosure Statement: Using borrowed money (whether through a margin account or otherwise) to purchase securities involves greater risk than using cash resources only. Please refer to the terms and conditions in the Account Agreement. Note: you should retain this statement for income tax purposes.

Customer accounts are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of coverage is available on request.

CODE INFORMATION/ NONVOT: NON-VOTING  RESVOT: RESTRICTED VOTING  SUBVOTE: SUBORDINATE VOTE

MV – MULTIPLE VOTING  LV – LIMITED VOTING

**Scotia iTRADE®**

**Customer Service**
44 King St. W., Concourse Level
Toronto, Ontario
M5H 1H1

**P 2**

# HOLDINGS

| | |
|---|---|
| Share quantity | 101 |
| Market price | 0.151 USD |
| Market value | 21.03 CAD |
| Unrealized loss | -16,414.66 CAD (-99.87%) ▽ |
| Book value | 16,435.69 CAD |
| Average cost | 119.66 USD |
| Account | TFSA CAD (5190) |



**Confirmation Notice**

SCOTIA iTRADE®

44 KING STREET WEST, CONCOURSE LEVEL
TORONTO, ONTARIO M5H 1H1

ACCOUNT NO.   TYPE
▆▆▆5190▆   TFSA

**FOR SETTLEMENT IN THIS OFFICE**

MIYUKI MATSUMOTO       44**
41 BAXTER DR
GUELPH ON  N1L 0G4

---

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT
OVER THE COUNTER – U.S.A.

JANUARY 5, 2022
SETTLEMENT DATE       JANUARY 7, 2022
ACCOUNT NO.           ▆▆▆5190▆–TFSA

AS PRINCIPAL, WE CONVERTED AT                          1.292
TRANSACTION TYPE                                      BOUGHT

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 1,600 | META MATLS INC | @ | 2.8393U$ |
| | COMMON STOCK | | |
| | STP PET | | |
| | EXCHANGE RATE   1.29200000 | | |

| | |
|---|---|
| GROSS AMOUNT | 4,542.88 |
| COMMISSION | 9.99 |
| | |
| SUB TOTAL | 4,552.87 U$ |
| EXCHANGE | 1,329.44 |
| NET AMOUNT | 5,882.31 C$ |

---

INVESTMENT REPRESENTATIVE    SCOTIA I–TRADE
IR No.                       SY1
TEL.                         (888) 872–3388

REFERENCE F5484  /  CUSIP US59134N1046  /
SECURITY NO. M067927  /  ORDER NO. 555484  /  A  65

Scotia iTRADE (Discount Broker – Order–Execution Only Accounts) is a division of Scotia Capital Inc. (SCI). SCI is a member of the Canadian Investor Protection Fund and the Investment Industry Regulatory Organization of Canada. Scotia iTRADE does not provide investment advice or recommendations and investors are responsible for their own investment decisions. This transaction is subject to the Agreement on the reverse side. ® Registered trademark of The Bank of Nova Scotia. Used under license.

CIPF
Canadian Investor Protection Fund
M E M B E R
P 1

 **Confirmation Notice**

CONDITIONS

**Without limiting** In any way or otherwise affecting our rights under any other contracts between us, you agree to the following:
*Order execution only account means that Scotia iTRADE does not provide recommendations or accept any responsibility to advise clients on the suitability of investment decisions or transactions.

All transactions are subject to the by-laws, regulations and customs of the stock exchange where executed, and any clearing house involved, and of any regulatory authority including any association of brokers or dealers having jurisdiction, and to the terms and conditions of any relevant customer's or trading agreement which you have entered into with us. In the case of an exchange transaction the name of the exchange (and clearing house, if any) and of the other broker will be furnished upon request. Details of the individual representative who accepted your order(s) are available on request. Please contact the branch manager.

If settlement or provision for settlement of this transaction is not made by the settlement date shown hereon, or by the date ("accrued interest date") to which accrued interest is calculated as shown hereon, whichever date is applicable, this transaction may be closed out without notice to you by the sale or purchase of the related securities, whichever action is appropriate and we will claim from you any balance owing to us or credit to you any balance owing to you as a result of such action. Unless already in our possession, payment or security should reach us by the settlement date or accrued interest date indicated. Payments on accounts received after the indicated date may result in interest being charged on the unpaid balance until the balance is paid.

Any demand, advertisement or notice which may be given to you shall not be a waiver of any right to take any action which we may be authorized to exercise without demand, advertisement or notice.

Whenever and so often as you are indebted to us, all securities and property (hereinafter called "securities") held by us for you or on your account shall be collateral security for the payment of your indebtedness from time to time and we shall have the right to loan such securities and raise money on them and pledge and repledge them either separately or in our general loans or otherwise together with any securities belonging to us or to others, the whole in such manner and on such terms and conditions and for such amount whether more or less than the amount due by you, and for such purposes as we may deem advisable, and if we deem it necessary for our protection, we shall have the right to buy in securities of which your account may be short and to sell securities of which your account may be long, the whole publicly or privately and without demand for margin and without notice.

In placing the order to effect this transaction, you shall be taken to represent to us that you have full capacity power and authority to enter into this transaction and that any securities to be sold by us on your behalf are free of encumbrance and of any restraint (whether imposed by law, any regulatory authority contract or otherwise) on their distribution to the public or sale in any market and are in all respects freely tradeable.

This transaction shall be deemed and treated as authorized and correct and as ratified and confirmed by you unless we receive written notice to the contrary. If you do not agree with the information hereon, please advise us promptly.

**Currency Conversion & Fixed Income Fees:** We will act as principal in fixed income and currency conversion transactions. Scotia Capital Inc. and others apply discretionary currency conversion rates and may earn revenue on currency conversion transactions based on the spread between the bid and ask prices for the currency then in effect and the principal's costs and, on offsetting transactions, based on the difference between the FX rate charged our clients and discretionary rates applied to the offsetting transactions. Conversion of currency will take place on the trade date. If a trade is executed for you in a foreign market and a currency conversion occurs, and the conversion rate applied is not displayed on the face of your trade confirmation, the rate applied is available to you on request.

Leverage/Margin Risk Disclosure Statement: Using borrowed money (whether through a margin account or otherwise) to purchase securities involves greater risk than using cash resources only. Please refer to the terms and conditions in the Account Agreement. Note: you should retain this statement for income tax purposes.

Customer accounts are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of coverage is available on request.

CODE INFORMATION/ NONVOT: NON-VOTING  RESVOT: RESTRICTED VOTING  SUBVOTE: SUBORDINATE VOTE

MV – MULTIPLE VOTING  LV – LIMITED VOTING

**Scotia iTRADE®**

**Customer Service**
44 King St. W., Concourse Level
Toronto, Ontario
M5H 1H1

Scotia iTRADE (Discount Broker – Order – Execution Only Account) is a division of Scotia Capital Inc. (SCI). SCI is a member of the Canadian Investor Protection Fund and the Investment Industry Regulatory Organization of Canada. Scotia iTRADE does not provide investment advice or recommendations and investors are responsible for their own investment decisions.

® Registered trademark of The Bank of Nova Scotia. Used under license.

**P 2**



**SCOTIA iTRADE®**

*44 KING STREET WEST, CONCOURSE LEVEL*
*TORONTO, ONTARIO M5H 1H1*

## Confirmation Notice

**ACCOUNT NO.   TYPE**
●●●●5190●●       TFSA

**FOR SETTLEMENT IN THIS OFFICE**

MIYUKI MATSUMOTO        44**
41 BAXTER DR
GUELPH ON  N1L 0G4

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT
OVER THE COUNTER – U.S.A.

|  |  |
|---|---|
| | JANUARY 12, 2022 |
| SETTLEMENT DATE | JANUARY 14, 2022 |
| ACCOUNT NO. | ●●●●5190●●–TFSA |

AS PRINCIPAL, WE CONVERTED AT                           1.269
TRANSACTION TYPE                                       BOUGHT

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 1,550 | META MATLS INC | @ | 2.28999U$ |
| | COMMON STOCK | | |
| | AVG PRICE SHOWN–DETAILS ON REQ | | |
| | STP PET | | |
| | EXCHANGE RATE    1.26900000 | | |

| | |
|---|---|
| GROSS AMOUNT | 3,549.49 |
| COMMISSION | 9.99 |
| SUB TOTAL | 3,559.48 US |
| EXCHANGE | 957.50 |
| NET AMOUNT | 4,516.98 C$ |

| INVESTMENT REPRESENTATIVE | SCOTIA I–TRADE |
|---|---|
| IR No. | SY1 |
| TEL. | (888) 872–3388 |

REFERENCE G8258  /  CUSIP US59134N1046  /
SECURITY NO. M067927  /  ORDER NO. 568258  /  A  AT  65

Scotia iTRADE (Discount Broker – Order–Execution Only Accounts) is a division of Scotia Capital Inc. (SCI). SCI is a member of the
Canadian Investor Protection Fund and the Investment Industry Regulatory Organization of Canada. Scotia iTRADE does not provide
investment advice or recommendations and investors are responsible for their own investment decisions. This transaction is subject to
the Agreement on the reverse side. ® Registered trademark of The Bank of Nova Scotia. Used under license.



**CIPF**
Canadian Investor Protection Fund
M E M B E R

P 1

# SCOTIA iTRADE®

**Confirmation Notice**

## CONDITIONS

**Without limiting in any way or otherwise affecting our rights under any other contracts between us, you agree to the following:**
**\*Order execution only account means that Scotia iTRADE does not provide recommendations or accept any responsibility to advise clients on the suitability of investment decisions or transactions.**

All transactions are subject to the by-laws, regulations and customs of the stock exchange where executed, and any clearing house involved, and of any regulatory authority including any association of brokers or dealers having jurisdiction, and to the terms and conditions of any relevant customer's or trading agreement which you have entered into with us. In the case of an exchange transaction the name of the exchange (and clearing house, if any) and of the other broker will be furnished upon request. Details of the individual representative who accepted your order(s) are available on request. Please contact the branch manager.

If settlement or provision for settlement of this transaction is not made by the settlement date shown hereon, or by the date ("accrued interest date") to which accrued interest is calculated as shown hereon, whichever date is applicable, this transaction may be closed out without notice to you by the sale or purchase of the related securities, whichever action is appropriate and we will claim from you any balance owing to us or credit to you any balance owing to you as a result of such action. Unless already in our possession, payment or security should reach us by the settlement date or accrued interest date indicated. Payments on accounts received after the indicated date may result in interest being charged on the unpaid balance until the balance is paid.

Any demand, advertisement or notice which may be given to you shall not be a waiver of any right to take any action which we may be authorized to exercise without demand, advertisement or notice.

Whenever and so often as you are indebted to us, all securities and property (hereinafter called "securities") held by us for you or on your account shall be collateral security for the payment of your indebtedness from time to time and we shall have the right to loan such securities and raise money on them and pledge and repledge them either separately or in our general loans or otherwise together with any securities belonging to us or to others, the whole in such manner and on such terms and conditions and for such amount whether more or less than the amount due by you, and for such purposes as we may deem advisable, and if we deem it necessary for our protection, we shall have the right to buy in securities of which your account may be short and to sell securities of which your account may be long, the whole publicly or privately and without demand for margin and without notice.

In placing the order to effect this transaction, you shall be taken to represent to us that you have full capacity power and authority to enter into this transaction and that any securities to be sold by us on your behalf are free of encumbrance and of any restraint (whether imposed by law, any regulatory authority contract or otherwise) on their distribution to the public or sale in any market and are in all respects freely tradeable.

This transaction shall be deemed and treated as authorized and correct and as ratified and confirmed by you unless we receive written notice to the contrary. If you do not agree with the information hereon, please advise us promptly.

**Currency Conversion & Fixed Income Fees:** We will act as principal in fixed income and currency conversion transactions. Scotia Capital Inc. and others apply discretionary currency conversion rates and may earn revenue on currency conversion transactions based on the spread between the bid and ask prices for the currency then in effect and the principal's costs and, on offsetting transactions, based on the difference between the FX rate charged our clients and discretionary rates applied to the offsetting transactions. Conversion of currency will take place on the trade date. If a trade is executed for you in a foreign market and a currency conversion occurs, and the conversion rate applied is not displayed on the face of your trade confirmation, the rate applied is available to you on request.

Leverage/Margin Risk Disclosure Statement: Using borrowed money (whether through a margin account or otherwise) to purchase securities involves greater risk than using cash resources only. Please refer to the terms and conditions in the Account Agreement. Note: you should retain this statement for income tax purposes.

Customer accounts are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of coverage is available on request.

CODE INFORMATION/ NONVOT: NON-VOTING  RESVOT: RESTRICTED VOTING  SUBVOTE: SUBORDINATE VOTE

MV – MULTIPLE VOTING  LV – LIMITED VOTING

**Scotia iTRADE®**

**Customer Service**

44 King St. W., Concourse Level
Toronto, Ontario
M5H 1H1

Scotia iTRADE (Discount Broker – Order – Execution Only Account) is a division of Scotia Capital Inc. (SCI). SCI is a member of the Canadian Investor Protection Fund and the Investment Industry Regulatory Organization of Canada. Scotia iTRADE does not provide investment advice or recommendations and investors are responsible for their own investment decisions.

® Registered trademark of The Bank of Nova Scotia. Used under license.

**P 2**

# Deposit MMAT : US

# 0.00 CAD

## 6900 shares ⓘ

| | |
|---|---|
| Price per share | **0.00 CAD** |
| Transaction date | **February 23, 2023** |
| Settlement date | **February 23, 2023** |

Description ⌃

META MATLS INC COMMON STOCK AS OF 02/23/23 TFSA CONTRIBUTION FROM ACCOUNT ███████6809-██ BOOK VALUE        $6;031.98