NVB 3001 (Effective 1/21)

**UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA** | **PROOF OF INTEREST**

Name of Debtor: **META MATERIALS INC**
Case Number: **24-50792**

1. Name and address of holder of the Equity Interest (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

**ZALINA SABDIN AND NADZARIN WOK NOROIN**
**C-FF-2 BUKIT GITA BAYU**
**JALAN BAYU 3, 43300 SERI KEMBANGAN**
**SELANGOR MALAYSIA**

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

☑ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

Telephone Number: **6012-3320238 & 60122388201**

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security of any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

COURT USE ONLY

Account or other number by which Interest holder identifies Debtor: **U4648092**

Check here if this claim:
☐ replaces a previously filed Proof of Interest dated: _____
☐ amends a previously filed Proof of Interest dated: _____

2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:

**INTERACTIVE BROKER LLC**
**ONE PICKWICK PLAZA GREENWICH CT 06830 USA**

Telephone Number: **1 (888) 919-0022**

3. Date Equity Interest was acquired: **PLEASE REFER LIST ATTACHED**

4. Total amount of member interest: **2630**

5. Certificate number(s): **—**

6. Type of Equity Interest:
Please indicate the type of Equity Interest you hold:
☑ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
☐ Check this box if your Equity Interest is based on anything else and describe that interest:
Description: **INVESTOR**

7. Supporting Documents: Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. Date-Stamped Copy: To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest. **YES VIA EMAIL**

9. Signature:
Check the appropriate box.
☑ I am the creditor.   ☐ I am the creditor's authorized agent. (Attach copy of power of attorney, if any.)   ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)   ☐ I am a guarantor, surety, endorser, or other codebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: **ZALINA SABDIN AND NADZARIN WOKNOROIN**
Title: —
Company: Address and telephone number (if different from notice address above): —
(Signature) / (Date) **11/11/24**
Telephone number: **60123320238 60122388201**    email: **zs-lurin@yahoo.com**

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

Account Management                                                                                                       20/08/2021, 4:07 PM

| Symbol | Date/Time | Qty | Price | Close Price | Proceeds | Comm/Fee | Basis | Realized P/L | MTM P/L | Code |
|---|---|---|---|---|---|---|---|---|---|---|
| KO | 2021-02-05, 13:58:53 | -100 | 49.6250 | 49.6500 | 4,962.50 | -1.12 | -5,225.53 | -264.15 | -2.50 | C |
| Total KO | | -20 | | | 809.73 | -5.12 | -1,068.76 | -264.15 | 4.53 | |
| LMT | 2020-11-20, 12:24:13 | 20 | 370.7900 | 368.0200 | -7,415.80 | -1.00 | 7,416.80 | 0.00 | -55.40 | O |
| LMT | 2020-11-30, 12:04:51 | 3 | 366.7373 | 365.0000 | -1,100.21 | -1.00 | 1,101.21 | 0.00 | -5.21 | O |
| LMT | 2021-02-05, 13:59:54 | -23 | 337.5100 | 337.0400 | 7,762.73 | -1.17 | -8,518.01 | -756.46 | 10.81 | C |
| Total LMT | | 0 | | | -753.28 | -3.17 | 0.00 | -756.46 | -49.80 | |
| MMAT | 2021-06-29, 19:01:07 | 50 | 7.0300 | 7.0300 | -351.50 | -1.00 | 352.50 | 0.00 | 0.00 | O |
| MMAT | 2021-06-30, 05:16:11 | 100 | 6.9900 | 7.4900 | -699.00 | -1.00 | 700.00 | 0.00 | 50.00 | O |
| MMAT | 2021-06-30, 07:00:00 | 300 | 7.0000 | 7.4900 | -2,100.00 | -1.50 | 2,101.50 | 0.00 | 147.00 | O;P |
| MMAT | 2021-06-30, 07:03:21 | 100 | 6.9900 | 7.4900 | -699.00 | -1.00 | 700.00 | 0.00 | 50.00 | O |
| MMAT | 2021-06-30, 07:03:21 | 50 | 6.9900 | 7.4900 | -349.50 | -1.00 | 350.50 | 0.00 | 25.00 | O |
| MMAT | 2021-06-30, 07:03:21 | 100 | 6.9900 | 7.4900 | -699.00 | -1.00 | 700.00 | 0.00 | 50.00 | O |
| MMAT | 2021-06-30, 07:46:05 | 100 | 6.9100 | 7.4900 | -691.00 | -1.00 | 692.00 | 0.00 | 58.00 | O |
| MMAT | 2021-06-30, 07:49:47 | 100 | 6.9100 | 7.4900 | -691.00 | -1.00 | 692.00 | 0.00 | 58.00 | O |
| MMAT | 2021-06-30, 07:57:10 | 20 | 6.7800 | 7.4900 | -135.60 | -1.00 | 136.60 | 0.00 | 14.20 | O |
| MMAT | 2021-06-30, 07:59:27 | 10 | 6.7100 | 7.4900 | -67.10 | -0.67 | 67.77 | 0.00 | 7.80 | O |
| MMAT | 2021-06-30, 09:48:21 | 10 | 6.5300 | 7.4900 | -65.30 | -0.65 | 65.95 | 0.00 | 9.60 | O |
| MMAT | 2021-07-07, 10:52:27 | 10 | 6.2500 | 5.8000 | -62.50 | -0.62 | 63.12 | 0.00 | -4.50 | O |
| MMAT | 2021-07-07, 13:50:02 | 500 | 6.0600 | 5.8000 | -3,030.00 | -2.50 | 3,032.50 | 0.00 | -130.00 | O;P |
| MMAT | 2021-07-12, 10:59:11 | 100 | 4.2400 | 3.9400 | -424.00 | -1.00 | 425.00 | 0.00 | -30.00 | O |
| MMAT | 2021-07-12, 10:59:12 | 100 | 4.2300 | 3.9400 | -423.00 | -1.00 | 424.00 | 0.00 | -29.00 | O;P |
| MMAT | 2021-07-12, 11:10:08 | 5 | 4.2300 | 3.9400 | -21.15 | -0.21 | 21.36 | 0.00 | -1.45 | O |
| MMAT | 2021-07-12, 11:17:39 | 100 | 4.1500 | 3.9400 | -415.00 | -1.00 | 416.00 | 0.00 | -21.00 | O |
| MMAT | 2021-07-12, 11:35:35 | 30 | 4.0400 | 3.9400 | -121.20 | -1.00 | 122.20 | 0.00 | -3.00 | O |
| MMAT | 2021-07-12, 11:36:16 | 3 | 3.9900 | 3.9400 | -11.97 | -0.12 | 12.09 | 0.00 | -0.15 | O |
| MMAT | 2021-07-12, 13:13:49 | 12 | 3.9700 | 3.9400 | -47.64 | -0.48 | 48.12 | 0.00 | -0.36 | O |
| MMAT | 2021-07-27, 10:07:36 | 100 | 3.3000 | 3.2700 | -330.00 | -1.00 | 331.00 | 0.00 | -3.00 | O |
| MMAT | 2021-07-30, 12:16:50 | 100 | 3.4600 | 3.5000 | -346.00 | -1.00 | 347.00 | 0.00 | 4.00 | O |
| MMAT | 2021-07-30, 12:17:29 | 100 | 3.4573 | 3.5000 | -345.73 | -1.00 | 346.73 | 0.00 | 4.27 | O |
| MMAT | 2021-08-11, 11:08:34 | 300 | 3.3600 | 3.6400 | -1,008.00 | -1.50 | 1,009.50 | 0.00 | 84.00 | O |
| MMAT | 2021-08-16, 09:56:37 | 50 | 3.0800 | 3.0500 | -154.00 | -1.00 | 155.00 | 0.00 | -1.50 | O |
| MMAT | 2021-08-16, 09:57:02 | 5 | 3.0600 | 3.0500 | -15.30 | -0.15 | 15.45 | 0.00 | -0.05 | O |
| MMAT | 2021-08-16, 10:00:59 | 10 | 3.0300 | 3.0500 | -30.30 | -0.33 | 30.63 | 0.00 | 0.20 | O |
| MMAT | 2021-08-17, 12:03:55 | 100 | 2.9150 | 2.9100 | -291.50 | -1.00 | 292.50 | 0.00 | -0.50 | O |
| MMAT | 2021-08-17, 12:33:54 | 15 | 2.8850 | 2.9100 | -43.28 | -0.43 | 43.71 | 0.00 | 0.38 | O |
| MMAT | 2021-08-17, 12:34:36 | 10 | 2.8700 | 2.9100 | -28.70 | -0.29 | 28.99 | 0.00 | 0.40 | O |
| MMAT | 2021-08-17, 12:48:40 | 10 | 2.8800 | 2.9100 | -28.80 | -0.29 | 29.09 | 0.00 | 0.30 | O |
| MMAT | 2021-08-17, 12:49:12 | 10 | 2.8850 | 2.9100 | -28.85 | -0.29 | 29.14 | 0.00 | 0.25 | O |
| MMAT | 2021-08-18, 09:40:58 | 20 | 2.8500 | 3.0100 | -57.00 | -0.57 | 57.57 | 0.00 | 3.20 | O |
| Total MMAT | | 2,630 | | | -13,611.92 | -27.61 | 13,839.53 | 0.00 | 342.09 | |
| MSFT | 2020-11-19, 11:12:05 | 8 | 211.0000 | 212.4200 | -1,688.00 | -1.00 | 1,689.00 | 0.00 | 11.36 | O |
| MSFT | 2020-11-19, 11:45:27 | 12 | 210.9400 | 212.4200 | -2,531.28 | -1.00 | 2,532.28 | 0.00 | 17.76 | O |
| MSFT | 2020-11-20, 11:26:07 | 10 | 212.7900 | 210.3900 | -2,127.90 | -1.00 | 2,128.90 | 0.00 | -24.00 | O |
| MSFT | 2020-11-20, 12:49:05 | 1 | 211.9300 | 210.3900 | -211.93 | -1.00 | 212.93 | 0.00 | -1.54 | O |
| MSFT | 2020-11-23, 11:20:36 | 10 | 208.6300 | 210.1100 | -2,086.30 | -1.00 | 2,087.30 | 0.00 | 14.80 | O |
| MSFT | 2020-11-24, 10:15:25 | 10 | 209.1000 | 213.8600 | -2,091.00 | -1.00 | 2,092.00 | 0.00 | 47.60 | O |
| MSFT | 2020-11-25, 10:16:15 | 10 | 213.5000 | 213.8700 | -2,135.00 | -1.00 | 2,136.00 | 0.00 | 3.70 | O |
| MSFT | 2020-11-25, 10:27:28 | 20 | 213.3500 | 213.8700 | -4,267.00 | -1.00 | 4,268.00 | 0.00 | 10.40 | O |
| MSFT | 2020-11-25, 11:40:49 | 3 | 213.1500 | 213.8700 | -639.45 | -1.00 | 640.45 | 0.00 | 2.16 | O |
| MSFT | 2020-12-02, 13:03:04 | 4 | 213.8600 | 215.3700 | -855.44 | -1.00 | 856.44 | 0.00 | 6.04 | O |
| MSFT | 2020-12-10, 11:09:57 | 40 | 212.29875 | 210.5200 | -8,491.95 | -1.00 | 8,492.95 | 0.00 | -71.15 | O;P |
| MSFT | 2020-12-10, 11:29:35 | 7 | 211.9300 | 210.5200 | -1,483.51 | -1.00 | 1,484.51 | 0.00 | -9.87 | O |
| MSFT | 2021-01-12, 12:17:12 | 5 | 213.4000 | 214.9300 | -1,067.00 | -1.00 | 1,068.00 | 0.00 | 7.65 | O |
| MSFT | 2021-01-27, 11:28:18 | -160 | 236.5900 | 232.9000 | 37,854.40 | -1.86 | -34,012.76 | 3,839.78 | 590.40 | C;P |
| Total MSFT | | -20 | | | 8,178.64 | -14.86 | -4,324.00 | 3,839.78 | 605.31 | |
| NIO | 2021-02-12, 12:03:48 | 20 | 60.6200 | 59.8500 | -1,212.40 | -1.00 | 1,213.40 | 0.00 | -15.40 | O |
| NIO | 2021-02-16, 08:44:31 | 100 | 60.2750 | 59.2300 | -6,027.50 | -1.00 | 6,028.50 | 0.00 | -104.50 | O;P |
| NIO | 2021-02-16, 08:51:24 | 90 | 60.2300 | 59.2300 | -5,420.70 | -1.00 | 5,421.70 | 0.00 | -90.00 | O |
| NIO | 2021-02-16, 08:57:19 | 5 | 60.2300 | 59.2300 | -301.15 | -1.00 | 302.15 | 0.00 | -5.00 | O |
| NIO | 2021-02-16, 08:58:55 | 10 | 60.2300 | 59.2300 | -602.30 | -1.00 | 603.30 | 0.00 | -10.00 | O |
| NIO | 2021-02-16, 09:01:30 | 25 | 60.2100 | 59.2300 | -1,505.25 | -1.00 | 1,506.25 | 0.00 | -24.50 | O |
| NIO | 2021-02-16, 09:01:30 | 10 | 60.2100 | 59.2300 | -602.10 | -1.00 | 603.10 | 0.00 | -9.80 | O |
| NIO | 2021-02-16, 09:04:32 | 10 | 60.2000 | 59.2300 | -602.00 | -1.00 | 603.00 | 0.00 | -9.70 | O |
| NIO | 2021-02-16, 09:06:45 | 10 | 60.1500 | 59.2300 | -601.50 | -1.00 | 602.50 | 0.00 | -9.20 | O |
| NIO | 2021-03-05, 12:37:04 | -180 | 35.9900 | 38.1100 | 6,478.20 | -1.05 | -10,856.37 | -4,379.22 | -381.60 | C |
| NIO | 2021-06-07, 11:39:47 | -100 | 43.1900 | 43.6800 | 4,319.00 | -1.03 | -6,027.53 | -1,709.57 | -49.00 | C |
| Total NIO | | 0 | | | -6,077.70 | -11.09 | 0.00 | -6,088.79 | -708.70 | |
| NMTR | 2021-01-07, 12:06:11 | 500 | 1.3000 | 1.4200 | -650.00 | -2.50 | 652.50 | 0.00 | 60.00 | O |
| NMTR | 2021-01-08, 13:48:38 | 500 | 1.3400 | 1.4000 | -670.00 | -2.50 | 672.50 | 0.00 | 30.00 | O |
| NMTR | 2021-02-05, 14:01:01 | 500 | 1.7600 | 1.7800 | 880.00 | -2.50 | 552.50 | -334.92 | 10.00 | C |

Account Confirmation Letter

# InteractiveBrokers

Stocks • Options • Futures
Forex • Bonds
Over 100 Markets Worldwide

To whom it may concern

October 23, 2024

**Verification of account information**

Please accept this letter as a verification for below mentioned account in the name of <u>Zalina Sabdin, Nadzarin Wok Nordin</u>. Interactive Brokers verifies that the following is accurate:

| Account Title | Account Number | National ID | Base Currency | Date of Opening | Account Type |
|---|---|---|---|---|---|
| Zalina Sabdin and Nadzarin Wok Nordin | U4648092 | 711224106260 | USD | November 9, 2020 | Joint |

If you need any additional details, please don't hesitate to contact us with any of the listed methods under:

ibkr.com/clientservices

Yours sincerely,

*[signature]*

Viktoria R.
Customer Service Representative
Interactive Brokers LLC

> **Interactive Brokers LLC**
> One Pickwick Plaza
> Greenwich, CT 06830 USA