NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | | **PROOF OF INTEREST** |
|---|---|---|
| Name of Debtor: Meta Materials | Case Number: 24-50792 | |

1. Name and address of holder of the Equity Interest (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

   Simon Michael Lourenco
   5633 Gulfstream Row
   Columbia, MD 21044

   ☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

   ☒ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

   ☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

   Telephone Number: 240-418-5625

**COURT USE ONLY**

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

| Account or other number by which Interest holder identifies Debtor: 3323-8518 | Check here if this claim:<br>☐ replaces a previously filed Proof of Interest dated: _____<br>☐ amends a previously filed Proof of Interest dated: _____ |
|---|---|

2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:

   Charles Schwab

   Telephone Number: 800-435-4000

3. Date Equity Interest was acquired: 04/14/2021

4. Total amount of member interest: 260 Shares

5. Certificate number(s): _____

6. Type of Equity Interest:
   Please indicate the type of Equity Interest you hold:
   ☐ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
   ☐ Check this box if your Equity Interest is based on anything else and describe that interest:
   Description: Investor

7. Supporting Documents: Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
   DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. Date-Stamped Copy: To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

9. Signature:
   Check the appropriate box.
   ☒ I am the creditor.   ☐ I am the creditor's authorized agent.   ☐ I am the trustee, or the debtor,   ☐ I am a guarantor, surety, endorser, or other codebtor.
                          (Attach copy of power of attorney, if any.)   or their authorized agent.   (See Bankruptcy Rule 3005.)
                                                                       (See Bankruptcy Rule 3004.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: Simon Michael Lourenco
Title:
Company: Address and telephone number (if different from notice address above):

(Signature)    11/06/2024 (Date)

Telephone number:    email:

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

11/08/2024

C. Schwab

⟨ Accounts      Individual ⌄

Positions   **Gain/Loss**   Themes   History

Unrealized Gain/Loss         -$39,603.89
                             (-97.32%)

| Symbol ▲ | Cost & G/L per Share | Qty<br>Mkt Val<br>G/L |
|---|---|---|

**Equities**

| 629999590<br>NEXT BRIDGE HYDROCARBONS | $0.00<br>N/A | 1,303<br>--.--<br>N/A |
| AGNCN<br>AGNC INVES<br>10.0199% PFDP... | $25.68<br>+$0.19 | 39<br>$1,008.93<br>+$7.60 (0.76%) |
| EEENF<br>88 ENERGY<br>ORD ORDF | $0.02<br>-$0.02 | 26,315<br>$34.21<br>-$470.09 (-93.22%) |
| **MMATQ**<br>META MATLS INC<br>CLASS EQU... | $150.32<br>-$150.26 | 260<br>$15.86<br>-$39,066.41 (-99.96%) |
| SYAXF<br>SAYONA MNG<br>LTD ORDF | $0.07<br>-$0.05 | 1,400<br>$29.96<br>-$74.99 (-71.45%) |

**Equities Total**        $1,088.96
                          -$39,603.89 (-97.32%)

Bubble Chart                              ⟩

Disclosures & Footnotes                   ⟩

Accounts   Watchlist   Trade   Markets   More

Charles Schwab

## Schwab statement mmtlp

Schwab One® Account of

SIMON MICHAEL LOURENCO

Statement Period
December 1-31, 2023

### Cash and Cash Investments

| Type | Symbol | Description | Quantity | Price($) | Beginning Balance($) | Ending Balance($) | Change in Period Balance($) | Pending/Unsettled Cash($) | Interest/ Yield Rate | % of Acct |
|---|---|---|---|---|---|---|---|---|---|---|
| Cash | | | | | 0.40 | 0.40 | 0.00 | 0.00 | | <1% |
| **Total Cash and Cash Investments** | | | | | **$0.40** | **$0.40** | **$0.00** | | | **<1%** |

### Positions - Equities

| Symbol | Description | Quantity | Price($) | Market Value($) | Cost Basis($) | Unrealized Gain/(Loss)($) | Est. Yield | Est. Annual Income($) | % of Acct |
|---|---|---|---|---|---|---|---|---|---|
| MMAT | META MATLS INC | 25,070.0000 | 0.06600 | 1,654.62 | 39,031.10 | (37,376.48) | N/A | 0.00 | 92% |
| SYAXF | SAYONA MINING LTD  ORDF | 1,400.0000 | 0.04837 | 67.72 | 104.95 | (37.23) | N/A | 0.00 | 4% |
| EEENF | 88 ENERGY ORD  ORDF | 26,315.0000 | 0.00315 | 82.89 | 504.30 | (421.41) | N/A | 0.00 | 5% |
| **Total Equities** | | | | **$1,805.23** | **$39,640.35** | **($37,835.12)** | | **$0.00** | **100%** |

### Positions - Unpriced Securities

| Symbol | Description | Quantity | Price($) | Market Value($) | Cost Basis($) | Unrealized Gain/(Loss)($) | Est. Yield | Est. Annual Income($) |
|---|---|---|---|---|---|---|---|---|
| | NEXT BRIDGE HYDROCARBONS | 1,303.0000 | | | 150.95 | | N/A | |
| **Total Unpriced Securities** | | | | **$0.00** | **$150.95** | **$0.00** | | **$0.00** |

Estimated Annual Income ("EAI") and Estimated Yield ("EY") calculations are for informational [...] tual income and yield might be lower or higher than the estimated amounts. EY is based upon EAI and the current price of the security and will fluctuate. For certain types of securities, the calculations could include a return of principal or capital gains in which case EAI and EY would be overstated. EY and EAI are not promptly updated to reflect when an issuer has missed a regular payment or announced changes to future payments, in which case EAI and EY will continue to display at a prior rate.

| Date ▼ | Action | Symbol / Description | Quantity | Price | Fees & Comm | Amount |
|---|---|---|---|---|---|---|
| | | TDA TRAN - MANDATORY REVERSE SPLIT (MMAT) | | | | |

**Page Total: -$33,552.34**

Intra-day transactions are subject to change.

Brokerage Account Balances are from the previous market close, but also may include new activity that will be posted to your account at after market close. Balances are subject to change.

Bank sweep information can be found on your Statements. Current Balance bank sweep information can be found on the Balances page.

(1123-3U5Y, 0924-CLCV)

---

**Brokerage Products: Not FDIC Insured • No Bank Guarantee • May Lose Value**

Account: ...518
Today's Date: 10:08 AM ET, 11/08/2024

The Charles Schwab Corporation provides a full range of brokerage, banking and financial advisory services through its operating subsidiaries. Its broker-dealer subsidiary, Charles Schwab & Co. Inc. (Member SIPC), and its affiliates offer investment services and products. Its banking subsidiary, Charles Schwab Bank, SSB (member FDIC and an Equal Housing Lender), provides deposit and lending services and products. This site is designed for U.S. residents. Non-U.S. residents are subject to country-specific restrictions. Learn more about our services for non-US Residents , Charles Schwab Hong Kong clients , Charles Schwab UK clients. © 2024 Charles Schwab & Co., Inc. All rights reserved. Member SIPC. Unauthorized access is prohibited. Usage will be monitored.

> Schwab / TD Ameritrade Transaction History *[handwritten note]*

| Date ▼ | Action | Symbol / Description | Quantity | Price | Fees & Comm | Amount |
|---|---|---|---|---|---|---|
| | | TDA TRAN - Bought 10 (MMAT) @3.7799 | | | | |
| 07/09/2021 | Buy | MMAT TDA TRAN - Bought 5 (MMAT) @5.2499 | 5 | $5.2499 | | -$26.25 |
| 07/09/2021 | Journaled Shares | MMAT TDA TRAN - MANDATORY - EXCHANGE (MMAT) | 1,937 | | | |
| 07/02/2021 | Buy | MMAT TDA TRAN - Bought 5 (MMAT) @6.7699 | 5 | $6.7699 | | -$33.85 |
| 07/02/2021 | Buy | MMAT TDA TRAN - Bought 5 (MMAT) @6.8883 | 5 | $6.8883 | | -$34.44 |
| 06/28/2021 | Buy | MMAT TDA TRAN - Bought 3 (MMAT) @8.2285 | 3 | $8.2285 | | -$24.69 |
| 06/28/2021 | Buy | MMAT TDA TRAN - Bought 2 (MMAT) @8.2679 | 2 | $8.2679 | | -$16.54 |
| 06/28/2021 | Journaled Shares | MMAT | 601 | | | |

| Date ▼ | Action | Symbol / Description | Quantity | Price | Fees & Comm | Amount |
|---|---|---|---|---|---|---|
| | | TDA TRAN - Bought 10 (MMAT) @5.1191 | | | | |
| 10/04/2021 | Buy | MMAT<br>TDA TRAN - Bought 1 (MMAT) @5.1600 | 1 | $5.16 | | -$5.16 |
| 10/04/2021 | Buy | MMAT<br>TDA TRAN - Bought 19 (MMAT) @5.1592 | 19 | $5.1592 | | -$98.02 |
| 10/04/2021 | Buy | MMAT<br>TDA TRAN - Bought 19 (MMAT) @5.3500 | 19 | $5.35 | | -$101.65 |
| 09/29/2021 | Buy | MMAT<br>TDA TRAN - Bought 1 (MMAT) @6.5299 | 1 | $6.5299 | | -$6.53 |
| 08/10/2021 | Buy | MMAT<br>TDA TRAN - Bought ...150 (MMAT) @3.5500 | 150 | $3.55 | | -$532.50 |
| 08/05/2021 | Buy | MMAT<br>TDA TRAN - Bought 32 (MMAT) @3.1400 | 32 | $3.14 | | -$100.48 |
| 07/14/2021 | Buy | MMAT | 10 | $3.7799 | | -$37.80 |

| Date ▼ | Action | Symbol / Description | Quantity | Price | Fees & Comm | Amount |
|---|---|---|---|---|---|---|
| | | TDA TRAN - Bought 32 (MMAT) @4.7089 | | | | |
| 10/22/2021 | Buy | MMAT<br>TDA TRAN - Bought ...100 (MMAT) @4.1750 | 100 | $4.175 | | -$417.50 |
| 10/20/2021 | Buy | MMAT<br>TDA TRAN - Bought 20 (MMAT) @4.7500 | 20 | $4.75 | | -$95.00 |
| 10/15/2021 | Buy | MMAT<br>TDA TRAN - Bought 67 (MMAT) @5.0000 | 67 | $5.00 | | -$335.00 |
| 10/15/2021 | Buy | MMAT<br>TDA TRAN - Bought ...100 (MMAT) @5.0550 | 100 | $5.055 | | -$505.50 |
| 10/06/2021 | Buy | MMAT<br>TDA TRAN - Bought 13 (MMAT) @5.0099 | 13 | $5.0099 | | -$65.13 |
| 10/05/2021 | Buy | MMAT<br>TDA TRAN - Bought 20 (MMAT) @5.1000 | 20 | $5.10 | | -$102.00 |
| 10/04/2021 | Buy | MMAT | 10 | $5.1191 | | -$51.19 |

| Date ▼ | Action | Symbol / Description | Quantity | Price | Fees & Comm | Amount |
|---|---|---|---|---|---|---|
| | | TDA TRAN - Bought ...100 (MMAT) @3.7450 | | | | |
| 11/29/2021 | Buy | MMAT<br>TDA TRAN - Bought 33 (MMAT) @3.7494 | 33 | $3.7494 | | -$123.73 |
| 11/26/2021 | Buy | MMAT<br>TDA TRAN - Bought 50 (MMAT) @3.8199 | 50 | $3.8199 | | -$191.00 |
| 11/19/2021 | Buy | MMAT<br>TDA TRAN - Bought 23 (MMAT) @4.2099 | 23 | $4.2099 | | -$96.83 |
| 11/12/2021 | Buy | MMAT<br>TDA TRAN - Bought 20 (MMAT) @4.7099 | 20 | $4.7099 | | -$94.20 |
| 11/10/2021 | Buy | MMAT<br>TDA TRAN - Bought 50 (MMAT) @5.0100 | 50 | $5.01 | | -$250.50 |
| 11/05/2021 | Buy | MMAT<br>TDA TRAN - Bought 50 (MMAT) @4.8300 | 50 | $4.83 | | -$241.50 |
| 10/29/2021 | Buy | MMAT | 32 | $4.7089 | | -$150.68 |

| Date ▼ | Action | Symbol / Description | Quantity | Price | Fees & Comm | Amount |
|---|---|---|---|---|---|---|
| | | TDA TRAN - Bought 15 (MMAT) @2.6465 | | | | |
| 12/20/2021 | Buy | MMAT TDA TRAN - Bought 50 (MMAT) @2.6199 | 50 | $2.6199 | | -$131.00 |
| 12/20/2021 | Buy | MMAT TDA TRAN - Bought ...100 (MMAT) @2.6699 | 100 | $2.6699 | | -$266.99 |
| 12/20/2021 | Buy | MMAT TDA TRAN - Bought ...100 (MMAT) @2.7299 | 100 | $2.7299 | | -$272.99 |
| 12/20/2021 | Buy | MMAT TDA TRAN - Bought ...362 (MMAT) @2.7493 | 362 | $2.7493 | | -$995.25 |
| 12/15/2021 | Buy | MMAT TDA TRAN - Bought ...490 (MMAT) @2.8699 | 490 | $2.8699 | | -$1,406.25 |
| 11/30/2021 | Buy | MMAT TDA TRAN - Bought ...142 (MMAT) @3.5000 | 142 | $3.50 | | -$497.00 |
| 11/29/2021 | Buy | MMAT | 100 | $3.745 | | -$374.50 |

| Date ▼ | Action | Symbol / Description | Quantity | Price | Fees & Comm | Amount |
|---|---|---|---|---|---|---|
| | | TDA TRAN - Bought 50 (MMAT) @2.4751 | | | | |
| 12/31/2021 | Buy | MMAT<br>TDA TRAN - Bought 25 (MMAT) @2.4950 | 25 | $2.495 | | -$62.38 |
| 12/31/2021 | Buy | MMAT<br>TDA TRAN - Bought 25 (MMAT) @2.4950 | 25 | $2.495 | | -$62.38 |
| 12/31/2021 | Buy | MMAT<br>TDA TRAN - Bought 50 (MMAT) @2.5181 | 50 | $2.5181 | | -$125.91 |
| 12/31/2021 | Buy | MMAT<br>TDA TRAN - Bought 50 (MMAT) @2.5450 | 50 | $2.545 | | -$127.25 |
| 12/28/2021 | Buy | MMAT<br>TDA TRAN - Bought 68 (MMAT) @2.5553 | 68 | $2.5553 | | -$173.76 |
| 12/28/2021 | Buy | MMAT<br>TDA TRAN - Bought 50 (MMAT) @2.5699 | 50 | $2.5699 | | -$128.50 |
| 12/28/2021 | Buy | MMAT | 15 | $2.6465 | | -$39.70 |

| Date ▽ | Action | Symbol / Description | Quantity | Price | Fees & Comm | Amount |
|---|---|---|---|---|---|---|
| | | TDA TRAN - Bought ...662 (MMAT) @1.5099 | | | | |
| 01/19/2022 | Buy | MMAT TDA TRAN - Bought ...133 (MMAT) @2.0499 | 133 | $2.0499 | | -$272.64 |
| 01/19/2022 | Buy | MMAT TDA TRAN - Bought ...100 (MMAT) @2.0450 | 100 | $2.045 | | -$204.50 |
| 01/18/2022 | Buy | MMAT TDA TRAN - Bought ...200 (MMAT) @2.0700 | 200 | $2.07 | | -$414.00 |
| 01/13/2022 | Buy | MMAT TDA TRAN - Bought 50 (MMAT) @2.2199 | 50 | $2.2199 | | -$111.00 |
| 01/05/2022 | Buy | MMAT TDA TRAN - Bought ...171 (MMAT) @2.5600 | 171 | $2.56 | | -$437.76 |
| 12/31/2021 | Buy | MMAT TDA TRAN - Bought 25 (MMAT) @2.4456 | 25 | $2.4456 | | -$61.14 |
| 12/31/2021 | Buy | MMAT | 50 | $2.4751 | | -$123.76 |

| Date ▼ | Action | Symbol / Description | Quantity | Price | Fees & Comm | Amount |
|---|---|---|---|---|---|---|
| | | TDA TRAN - Bought ...200 (MMAT) @1.3800 | | | | |
| 04/20/2022 | Buy | MMAT<br>TDA TRAN - Bought 1000 (MMAT) @1.3799 | 1,000 | $1.3799 | | -$1,379.90 |
| 04/12/2022 | Buy | MMAT<br>TDA TRAN - Bought ...242 (MMAT) @1.4400 | 242 | $1.44 | | -$348.48 |
| 03/18/2022 | Buy | MMAT<br>TDA TRAN - Bought 1 (MMAT) @1.9199 | 1 | $1.9199 | | -$1.92 |
| 03/04/2022 | Buy | MMAT<br>TDA TRAN - Bought ...335 (MMAT) @1.4899 | 335 | $1.4899 | | -$499.12 |
| 02/08/2022 | Buy | MMAT<br>TDA TRAN - Bought ...895 (MMAT) @1.6100 | 895 | $1.61 | | -$1,440.95 |
| 02/07/2022 | Buy | MMAT<br>TDA TRAN - Bought ...945 (MMAT) @1.6500 | 945 | $1.65 | | -$1,559.25 |
| 01/27/2022 | Buy | MMAT | 662 | $1.5099 | | -$999.55 |

| Date ▼ | Action | Symbol / Description | Quantity | Price | Fees & Comm | Amount |
|---|---|---|---|---|---|---|
| | | TDA TRAN - Bought 1000 (MMAT) @1.1874 | | | | |
| 06/24/2022 | Buy | MMAT TDA TRAN - Bought 48 (MMAT) @1.2053 | 48 | $1.2053 | | -$57.85 |
| 06/17/2022 | Buy | MMAT TDA TRAN - Bought 1000 (MMAT) @1.4390 | 1,000 | $1.439 | | -$1,439.00 |
| 06/17/2022 | Buy | MMAT TDA TRAN - Bought 52 (MMAT) @1.5499 | 52 | $1.5499 | | -$80.59 |
| 06/09/2022 | Buy | MMAT TDA TRAN - Bought ...600 (MMAT) @1.5400 | 600 | $1.54 | | -$924.00 |
| 05/10/2022 | Buy | MMAT TDA TRAN - Bought ...800 (MMAT) @1.1549 | 800 | $1.1549 | | -$923.92 |
| 05/09/2022 | Buy | MMAT TDA TRAN - Bought ...100 (MMAT) @1.1560 | 100 | $1.156 | | -$115.60 |
| 04/20/2022 | Buy | MMAT | 200 | $1.38 | | -$276.00 |

| Date ▼ | Action | Symbol / Description | Quantity | Price | Fees & Comm | Amount |
|---|---|---|---|---|---|---|
|  |  | TDA TRAN - Bought ...100 (MMAT) @0.9127 |  |  |  |  |
| 07/22/2022 | Buy | MMAT<br>TDA TRAN - Bought ...500 (MMAT) @0.9284 | 500 | $0.9284 |  | -$464.20 |
| 07/15/2022 | Buy | MMAT<br>TDA TRAN - Bought 1 (MMAT) @0.9713 | 1 | $0.9713 |  | -$0.97 |
| 07/15/2022 | Buy | MMAT<br>TDA TRAN - Bought 51 (MMAT) @0.9181 | 51 | $0.9181 |  | -$46.82 |
| 07/12/2022 | Buy | MMAT<br>TDA TRAN - Bought 50 (MMAT) @0.9560 | 50 | $0.956 |  | -$47.80 |
| 06/30/2022 | Buy | MMAT<br>TDA TRAN - Bought ...900 (MMAT) @1.0058 | 900 | $1.0058 |  | -$905.22 |
| 06/29/2022 | Buy | MMAT<br>TDA TRAN - Bought ...486 (MMAT) @1.0599 | 486 | $1.0599 |  | -$515.11 |
| 06/27/2022 | Buy | MMAT | 1,000 | $1.1874 |  | -$1,187.40 |

| Date ▼ | Action | Symbol / Description | Quantity | Price | Fees & Comm | Amount |
|---|---|---|---|---|---|---|
| | | TDA TRAN - Bought 1000 (MMAT) @0.9125 | | | | |
| 08/04/2022 | Buy | MMAT<br>TDA TRAN - Bought 66 (MMAT) @0.9250 | 66 | $0.925 | | -$61.05 |
| 08/04/2022 | Buy | MMAT<br>TDA TRAN - Bought 1001 (MMAT) @0.9362 | 1,001 | $0.9362 | | -$937.14 |
| 08/02/2022 | Buy | MMAT<br>TDA TRAN - Bought ...197 (MMAT) @0.8831 | 197 | $0.8831 | | -$173.97 |
| 08/02/2022 | Buy | MMAT<br>TDA TRAN - Bought ...100 (MMAT) @0.8856 | 100 | $0.8856 | | -$88.56 |
| 07/22/2022 | Buy | MMAT<br>TDA TRAN - Bought ...100 (MMAT) @0.9100 | 100 | $0.91 | | -$91.00 |
| 07/22/2022 | Buy | MMAT<br>TDA TRAN - Bought ...100 (MMAT) @0.9134 | 100 | $0.9134 | | -$91.34 |
| 07/22/2022 | Buy | MMAT | 100 | $0.9127 | | -$91.27 |

| Date ▼ | Action | Symbol / Description | Quantity | Price | Fees & Comm | Amount |
|---|---|---|---|---|---|---|
| | | TDA TRAN - Bought 10 (MMAT) @0.8001 | | | | |
| 08/16/2022 | Buy | MMAT<br>TDA TRAN - Bought ...531 (MMAT) @0.9450 | 531 | $0.945 | | -$501.80 |
| 08/09/2022 | Buy | MMAT<br>TDA TRAN - Bought ...469 (MMAT) @0.9000 | 469 | $0.90 | | -$422.10 |
| 08/09/2022 | Buy | MMAT<br>TDA TRAN - Bought ...636 (MMAT) @0.9069 | 636 | $0.9069 | | -$576.79 |
| 08/09/2022 | Buy | MMAT<br>TDA TRAN - Bought 38 (MMAT) @0.9089 | 38 | $0.9089 | | -$34.54 |
| 08/05/2022 | Buy | MMAT<br>TDA TRAN - Bought 20 (MMAT) @0.9013 | 20 | $0.9013 | | -$18.03 |
| 08/05/2022 | Buy | MMAT<br>TDA TRAN - Bought 40 (MMAT) @0.9012 | 40 | $0.9012 | | -$36.05 |
| 08/05/2022 | Buy | MMAT | 1,000 | $0.9125 | | -$912.50 |

| Date ▼ | Action | Symbol / Description | Quantity | Price | Fees & Comm | Amount |
|---|---|---|---|---|---|---|
| | | TDA TRAN - Bought ...266 (MMAT) @0.7720 | | | | |
| 09/22/2022 | Buy | MMAT TDA TRAN - Bought ...250 (MMAT) @0.7793 | 250 | $0.7793 | | -$194.83 |
| 09/14/2022 | Buy | MMAT TDA TRAN - Bought 29 (MMAT) @0.7828 | 29 | $0.7828 | | -$22.70 |
| 09/14/2022 | Buy | MMAT TDA TRAN - Bought 50 (MMAT) @0.7828 | 50 | $0.7828 | | -$39.14 |
| 08/30/2022 | Buy | MMAT TDA TRAN - Bought 50 (MMAT) @0.7704 | 50 | $0.7704 | | -$38.52 |
| 08/23/2022 | Buy | MMAT TDA TRAN - Bought 10 (MMAT) @0.7801 | 10 | $0.7801 | | -$7.80 |
| 08/23/2022 | Buy | MMAT TDA TRAN - Bought 10 (MMAT) @0.7815 | 10 | $0.7815 | | -$7.82 |
| 08/23/2022 | Buy | MMAT | 10 | $0.8001 | | -$8.00 |

| Date ▼ | Action | Symbol / Description | Quantity | Price | Fees & Comm | Amount |
|---|---|---|---|---|---|---|
| | | TDA TRAN - Bought ...500 (MMAT) @1.0000 | | | | |
| 10/26/2022 | Buy | MMAT TDA TRAN - Bought 75 (MMAT) @0.9900 | 75 | $0.99 | | -$74.25 |
| 10/13/2022 | Buy | MMAT TDA TRAN - Bought ...100 (MMAT) @0.9800 | 100 | $0.98 | | -$98.00 |
| 10/13/2022 | Buy | MMAT TDA TRAN - Bought ...100 (MMAT) @0.9860 | 100 | $0.986 | | -$98.60 |
| 10/12/2022 | Buy | MMAT TDA TRAN - Bought 5 (MMAT) @1.0099 | 5 | $1.0099 | | -$5.05 |
| 09/29/2022 | Buy | MMAT TDA TRAN - Bought 75 (MMAT) @0.6630 | 75 | $0.663 | | -$49.73 |
| 09/23/2022 | Buy | MMAT TDA TRAN - Bought ...146 (MMAT) @0.6824 | 146 | $0.6824 | | -$99.63 |
| 09/22/2022 | Buy | MMAT | 266 | $0.772 | | -$205.35 |

| Date ▼ | Action | Symbol / Description | Quantity | Price | Fees & Comm | Amount |
|---|---|---|---|---|---|---|
| | | TDA TRAN - Bought 10 (MMAT) @0.6857 | | | | |
| 11/09/2022 | Buy | MMAT TDA TRAN - Bought ...784 (MMAT) @1.4800 | 784 | $1.48 | | -$1,160.32 |
| 11/09/2022 | Buy | MMAT TDA TRAN - Bought ...855 (MMAT) @1.4800 | 855 | $1.48 | | -$1,265.40 |
| 11/09/2022 | Buy | MMAT TDA TRAN - Bought ...500 (MMAT) @1.4700 | 500 | $1.47 | | -$735.00 |
| 11/09/2022 | Buy | MMAT TDA TRAN - Bought ...267 (MMAT) @1.5300 | 267 | $1.53 | | -$408.51 |
| 11/07/2022 | Buy | MMAT TDA TRAN - Bought ...400 (MMAT) @1.4782 | 400 | $1.4782 | | -$591.28 |
| 11/01/2022 | Buy | MMAT TDA TRAN - Bought ...518 (MMAT) @1.1100 | 518 | $1.11 | | -$574.98 |
| 10/27/2022 | Buy | MMAT | 500 | $1.00 | | -$500.00 |

# Transaction History for Individual ...518

## Transactions found from 11/08/2020 to 11/08/2024

| Date ▼ | Action | Symbol / Description | Quantity | Price | Fees & Comm | Amount |
|---|---|---|---|---|---|---|
| 01/29/2024 | Reverse Split | MMAT META MATLS INC | 260 | | | |
| 01/16/2024 | Buy | MMAT META MATLS INC | 850 | $0.0602 | | -$51.17 |
| 05/30/2023 | Journaled Shares | MMAT TDA TRAN - TRANSFER OF SECURITY OR OPTION OUT (MMAT) | -25,070 | | | |
| 05/30/2023 | Internal Transfer | MMAT META MATLS INC | 25,070 | | | |
| 03/16/2023 | Buy | MMAT TDA TRAN - Bought 40 (MMAT) @0.4982 | 40 | $0.4982 | | -$19.93 |
| 02/21/2023 | Buy | MMAT TDA TRAN - Bought 10 (MMAT) @0.6603 | 10 | $0.6603 | | -$6.60 |
| 02/21/2023 | Buy | MMAT TDA TRAN - Bought 10 (MMAT) @0.6751 | 10 | $0.6751 | | -$6.75 |
| 02/21/2023 | Buy | MMAT | 10 | $0.6857 | | -$6.86 |