NVB 3001 (Effective 1/21)

# UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA

**PROOF OF INTEREST**

**Name of Debtor:** Meta Materials

**Case Number:** 24-50792

**1. Name and address of holder of the Equity Interest** (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

Simon Michael Lourenco
5633 Gulfstream Row
Columbia, MD 21044

**Telephone Number:** 240-418-5625

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

☒ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

**COURT USE ONLY**

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

**Account or other number by which Interest holder identifies Debtor:** 5JF75316

**Check here if this claim:**
☐ replaces a previously filed Proof of Interest dated: _____
☐ amends a previously filed Proof of Interest dated: _____

**2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:**

Webull Financial

**Telephone Number:** 888-828-0618

**3. Date Equity Interest was acquired:** 04/05/2021

**4. Total amount of member interest:** 272 Shares

**5. Certificate number(s):** _____

**6. Type of Equity Interest:**
Please indicate the type of Equity Interest you hold:
☐ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
☐ Check this box if your Equity Interest is based on anything else and describe that interest:
**Description:** Investor

**7. Supporting Documents:** Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**8. Date-Stamped Copy:** To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

**9. Signature:**
Check the appropriate box.
☒ I am the creditor.   ☐ I am the creditor's authorized agent. (Attach copy of power of attorney, if any.)   ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)   ☐ I am a guarantor, surety, endorser, or other codebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: Simon Michael Lourenco
Title:
Company: ___ Address and telephone number (if different from notice address above):

(Signature)  11/06/2024 (Date)

Telephone number: ___   email: ___

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

Around 12-01-2023
webull



12:45

Individual Cash ⌄

11/08/2024

Webull

🔊 Please note that all deposits, withdrawals, and trade set... ✕

**Assets**   P&L   Orders(0)   Transfers   History   Docur

## $27.32

ⓘ Day's P&L  0.00 0.00%

Open P&L  
-13,433.25 -99.88%

Market Value  
16.59

Cash Balance  
10.73

Settled Cash  >  
10.73

Unsettled Cash  
0.00

Buying Power  >  
10.73

Unlock YOUR Bonus & APY Booster!  2.0% 
Claim

 Webull Cash Management  
Activate Now



 Recurring Investment    ✕  
Set a frequency for stock investment  
Schedule a Recurring Investment >

**My Positions (1)** ⌄        Trade

| Symbol ⇅ | Mkt Value/Qty ⇅ | Open P&L ⇅ | Last/Avg Price ⇅ » |
|---|---|---|---|
| (MMATQ)<br>Meta Materials Inc | 16.59<br>272 | -13,433.25<br>-99.88% | 0.0610<br>$49.45 |

♡           ⊘                  ◉        
Watchlists   Markets                         Feeds      Menu

Webull transaction History



### MMATQ
Meta Materials Inc

| Open P&L(USD) | Day's P&L(USD) |
|---|---|
| -13,433.25  -99.88% | 0.00  0.00% |

| Market Value | Total Cost | Average Price |
|---|---|---|
| 16.59 | 13,449.84 | 49.45 |

| Quantity | Position Ratio | Last Price |
|---|---|---|
| 272 | 100.00% | 0.0610 |

## Corporation Action Reminder

## Filled Records

| Side/Qty | Filled Price/Amount | Filled Time |
|---|---|---|
| Buy  1,000 | 0.09  90.50 | 11/30/2023  10:30:42 EST |
| Buy  4,945 | 0.20  1,000.37 | 09/22/2023  12:36:11 EDT |
| Buy  4,825 | 0.21  998.78 | 09/19/2023  17:10:12 EDT |
| Buy  2,200 | 0.21  467.22 | 09/11/2023  11:46:07 EDT |
| Buy  2,500 | 0.21  533.25 | 09/11/2023  11:06:03 EDT |

Sell to Close        Quotes

**MMATQ**
Meta Materials Inc

| | | |
|---|---|---|
| Buy  130 | 0.21  27.72 | 06/06/2023  09:33:45 EDT |
| Buy  100 | 0.19  18.96 | 04/26/2023  14:06:20 EDT |
| Buy  100 | 0.19  18.96 | 04/26/2023  14:04:43 EDT |
| Buy  100 | 0.19  19.02 | 04/26/2023  10:02:39 EDT |
| Buy  100 | 0.19  19.49 | 04/25/2023  14:42:34 EDT |
| Buy  200 | 0.20  39.46 | 04/24/2023  12:09:39 EDT |
| Buy  100 | 0.20  20.09 | 04/19/2023  15:24:23 EDT |
| Buy  100 | 0.23  22.59 | 04/14/2023  17:05:15 EDT |
| Buy  100 | 0.22  21.55 | 04/14/2023  09:09:47 EDT |
| Buy  100 | 0.22  21.60 | 04/14/2023  09:08:21 EDT |
| Buy  100 | 0.31  30.51 | 04/13/2023  16:34:06 EDT |

Sell to Close    Buy    Quotes

**MMATQ**
Meta Materials Inc

| Action | Qty | Price | Total | Date | Time |
|---|---|---|---|---|---|
| Buy | 100 | 0.38 | 37.51 | 04/12/2023 | 11:07:16 EDT |
| Buy | 100 | 0.40 | 40.09 | 04/12/2023 | 10:39:43 EDT |
| Buy | 100 | 0.40 | 40.39 | 04/12/2023 | 10:35:34 EDT |
| Buy | 100 | 0.40 | 40.30 | 04/05/2023 | 15:54:22 EDT |
| Buy | 100 | 0.41 | 41.12 | 04/05/2023 | 13:09:20 EDT |
| Buy | 100 | 0.41 | 41.01 | 04/05/2023 | 10:42:20 EDT |
| Buy | 190 | 0.56 | 106.21 | 03/09/2023 | 13:14:01 EST |
| Buy | 150 | 0.59 | 88.85 | 03/06/2023 | 15:56:53 EST |
| Buy | 200 | 0.61 | 122.34 | 03/01/2023 | 11:49:02 EST |
| Buy | 200 | 0.65 | 130.02 | 02/28/2023 | 15:07:03 EST |
| Buy | 150 | 0.63 | 95.10 | 02/24/2023 | 18:49:54 EST |

Sell to Close  Quotes

**MMATQ**
Meta Materials Inc

| Action | Price | Date |
|---|---|---|
| Buy<br>100 | 0.64<br>63.59 | 02/24/2023<br>12:29:59 EST |
| Buy<br>100 | 0.64<br>63.90 | 02/24/2023<br>11:03:09 EST |
| Buy<br>200 | 0.65<br>130.32 | 02/24/2023<br>10:11:02 EST |
| Buy<br>200 | 0.66<br>132.48 | 02/23/2023<br>13:04:21 EST |
| Buy<br>100 | 0.66<br>66.28 | 02/23/2023<br>12:59:12 EST |
| Buy<br>1 | 3.75<br>3.75 | 11/23/2021<br>10:52:13 EST |
| Buy<br>28 | 4.45<br>124.60 | 10/22/2021<br>09:24:15 EDT |
| Buy<br>81 | 5.22<br>422.82 | 10/08/2021<br>08:35:23 EDT |
| Buy<br>9 | 5.78<br>52.02 | 09/29/2021<br>19:19:12 EDT |
| Buy<br>1 | 5.69<br>5.69 | 09/27/2021<br>10:42:48 EDT |
| Buy<br>10 | 4.92<br>49.20 | 09/15/2021<br>10:24:54 EDT |

Sell to Close | Buy | Quotes

**MMATQ**
Meta Materials Inc

| Action | Price / Total | Date / Time |
|---|---|---|
| Buy 1 | 4.67 / 4.67 | 08/31/2021 12:31:47 EDT |
| Buy 1 | 3.97 / 3.97 | 08/27/2021 11:47:03 EDT |
| Buy 2 | 3.60 / 7.19 | 08/24/2021 15:35:14 EDT |
| Buy 15 | 2.87 / 43.03 | 08/20/2021 14:49:35 EDT |
| Buy 1 | 2.90 / 2.90 | 08/20/2021 10:40:02 EDT |
| Buy 20 | 2.86 / 57.17 | 08/17/2021 13:42:17 EDT |
| Buy 25 | 3.09 / 77.25 | 08/16/2021 14:09:56 EDT |
| Buy 4 | 3.22 / 12.88 | 08/13/2021 14:41:41 EDT |
| Buy 150 | 3.40 / 510.00 | 08/12/2021 11:05:42 EDT |
| Buy 150 | 3.67 / 550.50 | 08/10/2021 04:42:25 EDT |
| Buy 150 | 3.52 / 528.00 | 08/09/2021 16:48:53 EDT |

Sell to Close    Buy    Quotes

5:03

< MMATQ
Meta Materials Inc

| | | | |
|---|---|---|---|
| Buy | | 3.45 | 08/05/2021 |
| 50 | | 172.50 | 09:22:09 EDT |
| Buy | | 3.15 | 08/04/2021 |
| 20 | | 63.00 | 11:53:45 EDT |
| Buy | | 3.24 | 08/03/2021 |
| 10 | | 32.40 | 13:23:18 EDT |
| Buy | | 3.25 | 08/03/2021 |
| 10 | | 32.50 | 09:57:13 EDT |
| Buy | | 3.29 | 08/03/2021 |
| 10 | | 32.90 | 09:33:52 EDT |
| Buy | | 3.37 | 08/02/2021 |
| 25 | | 84.25 | 15:51:18 EDT |
| Buy | | 3.37 | 08/02/2021 |
| 25 | | 84.25 | 15:42:31 EDT |
| Buy | | 3.41 | 08/02/2021 |
| 25 | | 85.25 | 11:20:48 EDT |
| Buy | | 3.54 | 07/29/2021 |
| 25 | | 88.50 | 16:32:45 EDT |
| Buy | | 3.27 | 07/27/2021 |
| 50 | | 163.50 | 15:59:55 EDT |
| Buy | | 3.25 | 07/27/2021 |
| 25 | | 81.22 | 13:30:28 EDT |

Sell to Close   Buy   Quotes

**MMATQ**
Meta Materials Inc

| | | |
|---|---|---|
| Buy<br>50 | 3.41<br>170.50 | 07/27/2021<br>08:19:40 EDT |
| Buy<br>25 | 3.44<br>86.00 | 07/26/2021<br>15:59:04 EDT |
| Buy<br>25 | 3.42<br>85.50 | 07/26/2021<br>14:04:48 EDT |
| Buy<br>25 | 3.42<br>85.50 | 07/26/2021<br>07:14:29 EDT |
| Buy<br>25 | 3.45<br>86.25 | 07/22/2021<br>15:09:39 EDT |
| Buy<br>1 | 4.00<br>4.00 | 07/21/2021<br>11:33:51 EDT |
| Buy<br>20 | 3.51<br>70.15 | 07/19/2021<br>14:55:11 EDT |
| Buy<br>5 | 3.38<br>16.90 | 07/19/2021<br>09:30:10 EDT |
| Buy<br>10 | 3.64<br>36.39 | 07/16/2021<br>15:16:01 EDT |
| Buy<br>1 | 3.77<br>3.77 | 07/16/2021<br>12:00:27 EDT |
| Buy<br>5 | 3.65<br>18.25 | 07/16/2021<br>10:09:07 EDT |

Sell to Close  Quotes

**MMATQ**
Meta Materials Inc

| | | | |
|---|---|---|---|
| Buy | | 4.08 | 07/15/2021 |
| 25 | | 102.00 | 11:43:51 EDT |
| Buy | | 3.96 | 07/12/2021 |
| 25 | | 99.00 | 17:24:56 EDT |
| Buy | | 4.02 | 07/12/2021 |
| 10 | | 40.20 | 15:03:48 EDT |
| Buy | | 4.02 | 07/12/2021 |
| 1 | | 4.02 | 12:16:54 EDT |
| Buy | | 5.85 | 07/09/2021 |
| 5 | | 29.25 | 08:47:42 EDT |
| Buy | | 6.23 | 07/07/2021 |
| 5 | | 31.14 | 12:58:11 EDT |
| Buy | | 7.23 | 07/01/2021 |
| 5 | | 36.15 | 12:56:25 EDT |
| Buy | | 7.35 | 07/01/2021 |
| 10 | | 73.50 | 12:17:47 EDT |
| Buy | | 7.58 | 07/01/2021 |
| 20 | | 151.60 | 10:10:22 EDT |
| Buy | | 7.11 | 06/29/2021 |
| 10 | | 71.09 | 14:07:01 EDT |
| Buy | | 7.46 | 06/29/2021 |
| 5 | | 37.30 | 11:29:59 EDT |

Sell to Close | Buy | Quotes

5:02

< **MMATQ**
Meta Materials Inc

| | | |
|---|---|---|
| Buy | 8.02 | 06/29/2021 |
| 5 | 40.10 | 09:38:57 EDT |
| Buy | 4.89 | 06/25/2021 |
| 1 | 4.89 | 14:14:44 EDT |
| Buy | 4.98 | 06/24/2021 |
| 1 | 4.98 | 14:20:46 EDT |
| Buy | 5.00 | 06/24/2021 |
| 1 | 5.00 | 13:52:19 EDT |
| Buy | 4.96 | 06/17/2021 |
| 20 | 99.20 | 10:44:43 EDT |
| Buy | 3.25 | 06/08/2021 |
| 316 | 1,027.00 | 09:33:35 EDT |
| Buy | 2.79 | 06/04/2021 |
| 175 | 487.38 | 14:09:02 EDT |
| Buy | 2.37 | 05/28/2021 |
| 1 | 2.37 | 11:27:51 EDT |
| Buy | 2.13 | 05/07/2021 |
| 182 | 387.66 | 16:32:59 EDT |
| Buy | 1.75 | 04/12/2021 |
| 50 | 87.50 | 11:05:53 EDT |
| Buy | 1.87 | 04/05/2021 |
| 267 | 499.29 | 08:19:16 EDT |

Sell to Close  Quotes

**MMATQ**
Meta Materials Inc

| | | |
|---|---|---|
| Buy<br>2,500 | 0.21<br>533.25 | 09/11/2023<br>11:06:03 EDT |
| Buy<br>1,995 | 0.25<br>493.76 | 08/09/2023<br>15:17:23 EDT |
| Buy<br>2,000 | 0.25<br>506.20 | 08/09/2023<br>10:41:26 EDT |
| Buy<br>160 | 0.20<br>31.84 | 07/19/2023<br>17:17:03 EDT |
| Buy<br>100 | 0.19<br>18.69 | 07/07/2023<br>12:39:37 EDT |
| Buy<br>250 | 0.19<br>46.90 | 07/06/2023<br>11:25:53 EDT |
| Buy<br>500 | 0.20<br>98.50 | 07/06/2023<br>09:37:08 EDT |
| Buy<br>500 | 0.19<br>95.40 | 06/23/2023<br>15:07:46 EDT |
| Buy<br>300 | 0.20<br>60.36 | 06/22/2023<br>09:47:32 EDT |
| Buy<br>200 | 0.20<br>40.40 | 06/22/2023<br>09:43:30 EDT |
| Buy<br>500 | 0.22<br>108.50 | 06/15/2023<br>15:34:23 EDT |

Sell to Close    Buy    Quotes