| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | | **PROOF OF INTEREST** |
|---|---|---|
| Name of Debtor: Meta Materials Inc | Case Number: 24-50792 | |

1. Name and address of holder of the Equity Interest (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

   Johnna Alvarez
   2750 NE 183rd Street
   411 T
   Aventura FL 33160

   Telephone Number: 786-556-4099

   ☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

   ☒ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

   ☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

**NOTE:** This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

**COURT USE ONLY**

| Account or other number by which Interest holder identifies Debtor: 600431381 | Check here if this claim: ☐ replaces a previously filed Proof of Interest dated: _____ ☒ amends a previously filed Proof of Interest dated: 10/28/24 |
|---|---|

2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:

   Robinhood

   Telephone Number:

3. Date Equity Interest was acquired:
   - Prior to June 2021
   See attach spread sheet
   I never sold through the 100 x 1 Reverse split

4. Total amount of member interest: 137 shares currently

5. Certificate number(s): #

6. Type of Equity Interest:
   Please indicate the type of Equity Interest you hold:
   ☒ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
   ☐ Check this box if your Equity Interest is based on anything else and describe that interest:
   Description: Investor

7. Supporting Documents: Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
   DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. Date-Stamped Copy: To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

9. Signature:
   Check the appropriate box.
   ☒ I am the creditor.    ☐ I am the creditor's authorized agent. (Attach copy of power of attorney, if any.)    ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)    ☐ I am a guarantor, surety, endorser, or other codebtor. (See Bankruptcy Rule 3005.)

   I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

   Print Name: Johnna Alvarez
   Title:
   Company: Address and telephone number (if different from notice address above):
   (Signature) [signed]    (Date) 11/12/24
   Telephone number: 786 556 4099    email: johnnaa@ar-intl.com

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

# Robinhood

85 Willow Rd, Menlo Park, CA 94025
help@robinhood.com

Page 1 of 7
10/01/2024 to 10/31/2024
Johnna Alvarez Account #:600431381
2750 NE 183rd street 411T, Miami, FL 33160

| Account Summary | Opening Balance | Closing Balance |
|---|---|---|
| Brokerage Cash Balance | $0.60 | $0.00 |
| Deposit Sweep Balance | $0.00 | $0.60 |
| Total Securities | $4,926.11 | $4,696.21 |
| Portfolio Value | $4,926.71 | $4,696.81 |

### Portfolio Allocation



- Cash and Cash Equivalents 0.01%
- Equities 99.99%
- Options 0.00%

| Income and Expense Summary | This Period | Year to Date |
|---|---|---|
| Dividends | $0.00 | $0.00 |
| Capital Gains Distributions | $0.00 | $0.00 |
| Interest Earned | $0.00 | $0.00 |

As of the closing date of this statement, the annual percentage yield (APY) for customers enrolled in the brokerage cash sweep program is 0.01% for customers who are not subscribed to Robinhood Gold. For customers subscribed to Robinhood Gold or enrolled in a boosted rate promotion, the APY ranges from 4.50% - 5.00%. Program banks pay interest on your swept cash, minus any fees paid to Robinhood. Neither Robinhood Financial LLC nor any of its affiliates are banks. Investment products are not FDIC-insured, not bank guaranteed, and may lose value. Uninvested cash swept to the program banks is eligible for FDIC insurance up to applicable limits, subject to FDIC rules. The Securities Investor Protection Corporation has taken the position that uninvested cash swept to the program banks is not covered by the Securities Investor Protection Act.

This statement shall be conclusive if not objected to in writing within ten days (except with respect to debit card transactions). Errors and omissions exempted. Please address all communications to the firm and not to the individuals. Address changes or other material changes in your account should be directed to the office servicing your account. Kindly mention your account number. This statement should be retained for income tax purposes.

Robinhood Securities, LLC ("RHS") carries your account as the clearing broker by arrangement with your introducing broker-dealer, Robinhood Financial LLC ("RHF").

RHS is a Member of SIPC, which protects securities customers of its members up to $500,000 (including $250,000 for claims for cash). Explanatory brochure available upon request or at www.sipc.org.

3840999

Portfolio Summary

| Securities Held in Account | Sym/Cusip | Acct Type | Qty | Price | Mkt Value | Est. Dividend Yield | % of Total Portfolio |
|---|---|---|---|---|---|---|---|
| [illegible] | GENN | Cash | [illegible] | $1.2700 | $236.76 | $0.00 | 5.09% |
| [illegible] Therapeutics [illegible] Estimated Yield: 0.00% | [illegible] | Cash | [illegible]20602 | [illegible] | [illegible] | $0.00 | [illegible]% |
| [illegible] Therapeutics Non-transferable CVR Estimated Yield: 0.00% | [illegible] | Cash | [illegible]20602 | [illegible] | [illegible] | $0.00 | [illegible] |
| FingerMotion Estimated Yield: 0.00% | FNGR | Cash | [illegible] | $1.8800 | [illegible] | $0.00 | [illegible]% |
| [illegible] Group Estimated Yield: 0.00% | [illegible] | Cash | [illegible] | [illegible] | [illegible] | [illegible] | [illegible]% |
| MICROMOBILITY.COM Estimated Yield: 0.00% | [illegible] | Cash | [illegible] | [illegible] | [illegible] | $0.00 | 0.00% |
| Meta Materials Estimated Yield: 0.00% | MMATQ | Cash | 137 | $0.0710 | $9.73 | $0.00 | 0.21% |
| Nuvei Automotive Estimated Yield: 0.00% | [illegible] | Cash | 1 | $2.0500 | $2.05 | $0.00 | 0.04% |
| SHOE [illegible] Estimated Yield: 0.00% | SHOL | Cash | 1,301.3 | $2.0800 | [illegible] | $0.00 | 57.63% |
| Maxar [illegible] Estimated Yield: 0.00% | WART | Cash | 570 | $[illegible] | $438.2[illegible] | $0.00 | 9.29% |
| **Total Securities** | | | | | $4,698.21 | $0.00 | 99.99% |
| **Brokerage Cash Balance** | | | | | $0.00 | | 0.00% |
| **Deposit Sweep Balance** | | | | | $0.60 | | 0.01% |
| **Total Priced Portfolio** | | | | | $4,698.81 | | |

Johnna Alvarez   Robinhood   Transaction lo Log

Account 600431381

| Ticker | Date | Buy/sell | Shares | cost basis | Total Cost | |
|---|---|---|---|---|---|---|
| TRCH | June 22, 2021 | buy | 59 shares | 9.14 per | $539.23 | |
| TRCH | June 22 2021 | buy | 3 shares | 9.00 per | $27.00 | |
| MMAT | June 28 2021 | buy | 60 shares | 7.90 per | $473.89 | |
| MMAT | July 6 2021 | buy | 60 shares | 7.87 per | $472.18 | |
| MMAT | July 6 2021 | buy | 3 shares | 7.18 per | $21.53 | |
| MMAT | July 7 2021 | buy | 75 shares | 6.21 per | $465.62 | |
| MMAT | July 7. 2021 | buy | 5 shares | 5.99 per | $29.94 | |
| MMAT | july 15 2021 | buy | 121 shares | 3.97 per | $480.37 | |
| MMAT | August 5 2021 | buy | 91.603053 shares | 3.28 per | $300.00 | |
| MMAT | Sept 3 2021 | buy | 55.220183 shares | 5.45 per | $300.95 | |
| MMAT | December 16 2021 | buy | 243.317235 shares | 2.88 per | $700.34 | |
| MMAT | January 14 2022 | buy | 485.998153 shares | 2.06 per | $1,000.33 | |
| MMAT | April 22 2022 | buy | 784.313725 shares | 1.28 per | $1,000.00 | |
| MMAT | july 7 2022 | buy | 990 shares | 1.01 per | $999.90 | |
| MMAT | september 6 2022 | buy | 602 shares | .7902 per | $475.70 | |
| MMAT | september 6 2022 | buy | 29 shares | .07876 per | $22.84 | |
| MMAT | october 13 2022 | buy | 1022.393338 shares | .09781 per | $1,000.00 | |
| MMAT | October 28 2022 | buy | 503.47397 shares | .09931 per | $500.00 | |
| MMAT | November 21 2022 | buy | 511.214562 shares | 2.13 per | $1,088.12 | |
| MMAT | November 28 2022 | buy | 91.530799 shares | 1.80 per | $164.49 | |
| MMAT | December 23 2022 | sell | 236.069143 shares | 1.08 per | $255.00 | Hit sell instead of buy mistake |
| MMAT | December 23 2022 | buy | 460.70211 shares | 1.09 per | $500.00 | |
| MMAT | January 19 2023 | buy | 217.462609 shares | .09695 per | $210.83 | |
| MMAT | April 13 2023 | buy | 800 shares | .25 per | $200.00 | |
| MMAT | May 3 2023 | buy | 2 shares | .19 per | $0.38 | |
| MMAT | May 4 2023 | buy | 1 share | .19 per | $0.19 | |
| MMAT | May 19 2023 | buy | 351 shares | .2421 per | $84.89 | |
| MMAT | may 26 2023 | buy | 47 shares | .2428 per | $11.41 | |
| MMAT | june 12 2023 | buy | 69 shares | 0.2451 per | $16.91 | |
| MMAT | June 27 2023 | buy | 108 shares | .1757 per | $18.98 | |
| MMAT | June 27 2023 | buy | 2907 shares | .1899 per | $552.04 | |

| | | | | | |
|---|---|---|---|---|---|
| MMAT | June 27 2023 | buy | 1494 shares | .1959 per | $292.67 |
| MMAT | June 27 2023 | buy | 97 shares | .1951 per | $18.92 |
| MMAT | June 29 2023 | buy | 4 shares | .20 per | $0.80 |
| MMAT | July 17 2023 | buy | 21 shares | .19 per | $3.99 |
| MMAT | July 17 2023 | buy | 12 shares | .1933 per | $2.32 |
| MMAT | July 17 2023 | buy | 6 shares | .19 per | $1.14 |
| MMAT | September 12 2023 | buy | 590 shares | .2249 per | $132.69 |
| MMAT | September 12 2023 | buy | 28 shares | 0.2229 per | $6.24 |
| MMAT | January 26 2024 | buy | 850 shares | .0561 per | $47.68 |
| MMAT | January 26 2024 | buy | 7 shares | .0557 per | $0.39 |