Redacted Version

NVB 3001 (Effective 1/21)

**UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA**

**PROOF OF INTEREST**

Name of Debtor: Meta Materials Inc.

Case Number: 24-50792-hlb

**1. Name and address of holder of the Equity Interest** (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

Henry Cedeno
4000 NW 36th Ave #205
Miami, FL 33142

Telephone Number: 323-906-7465

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

☐ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

RECEIVED AND FILED DLS
NOV 18 2024
U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

**NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.**

COURT USE ONLY

Account or other number by which Interest holder identifies Debtor: ****5473

Check here if this claim:
☐ replaces a previously filed Proof of Interest dated: ______________
☐ amends a previously filed Proof of Interest dated: ______________

**2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:**
Webull Financial LLC
CRD: 289063
**Telephone Number:** 1-888-828-0618

**3. Date Equity Interest was acquired:** 9/18/23, 9/19/23, 9/20/23, 10/25/23, 11/02/23, 11/22/23, 01/24/24, 01/26/24, 03/05/24

**4. Total amount of member interest:** 210

**5. Certificate number(s):** ______________

**6. Type of Equity Interest:**
Please indicate the type of Equity Interest you hold:
☒ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
☐ Check this box if your Equity Interest is based on anything else and describe that interest:
**Description:** Investor

**7. Supporting Documents**: Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**8. Date-Stamped Copy:** To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

**9. Signature:**
Check the appropriate box.
☒ I am the creditor. ☐ I am the creditor's authorized agent. (Attach copy of power of attorney, if any.) ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.) ☐ I am a guarantor, surety, endorser, or other codebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: Henry Cedeno
Title: Individual
Company:__ Address and telephone number (if different from notice address above):

(Signature) [signature] (Date) 11-11-24

Telephone number: 323-906-7465 email: circles.00colder@icloud.com

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

# Webull

**Statement Period:** 09/18/2023

**Account Name:** Henry Cedeno

**Account Number:** [redacted]5473

**Account Type:** CASH

**Account Address:** [redacted]

Welcome to your Webull Brokerage Account Statement!

This document provides a comprehensive overview of your investment activities and holdings within your Webull brokerage account. It serves as a record of your transactions, portfolio performance, and important account details. Details regarding participation in fully-paid securities lending are also provided here. A glossary of key definitions and important terms are provided at the end of the document.

Please note that this statement is for informational purposes only and does not provide personalized investment advice. If you have any questions or need assistance, our customer support team is available to help.

Happy investing with Webull!

**OFFICE SERVING YOU**

44 Wall Street, 2nd Floor, New York, NY 10005

customerservices@webull.us

1 (888) 828-0618

**MKT = Market in which transaction was Executed/Cleared**

NYSE - New York Stock Exchange
NYSEA - NYSE Alternext
USE - Other US Exchange
MF - Mutual Funds
OP - Options
OTC - Over-the-Counter/NASDAQ
UND - Underwriting
FOREX - Foreign Exchange
OTH - Other

**Buy/Sell Codes**

B = Buy or Buy To Open
S = Sell or Sell To Close
BCXL = Cancel Buy
SCXL = Cancel Sell
BTC = Buy To Close
STO = Sell To Open
BTCX = Buy To Close Cancel
STOX = Sell To Open Cancel

**Account Types**

C = Cash
M = Margin
S = Short

**U/S: Solicitation**

U = Unsolicited
S = Solicited

**CAP = Capacity in which the firm acted**

A - As Agency
P - As Principal

## SECURITIES TRADING ACTIVITY

Currency: USD

| Equities/Option | Cusip | Trade Date | Settlement Date | Account Type | Buy/Sell | Quantity | Price | Gross Amount | Fee/Tax | Net Amount | MKT | Solicitation | CAP |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MMAT<br>META MATERIALS INC | 59134N104 | 09/18/2023 | 09/20/2023 | C | B | 500.00 | 0.21 | -103.60 | 0.00 | -103.60 | OTH | U | A |
| MMAT<br>META MATERIALS INC | 59134N104 | 09/18/2023 | 09/20/2023 | C | B | 100.00 | 0.21 | -20.72 | 0.00 | -20.72 | OTH | U | A |

Total

| Equities/Option | Cusip | Quantity (Bought) | Quantity (Sold) | Net Amount (Bought) | Net Amount (Sold) |
|---|---|---|---|---|---|
| MMAT<br>META MATERIALS INC | 59134N104 | 600.00 | 0.00 | -124.32 | 0.00 |

| MKT = Market in which transaction was Executed/Cleared | Buy/Sell Codes | Account Types | U/S: Solicitation | CAP = Capacity in which the firm acted |
|---|---|---|---|---|
| NYSE - New York Stock Exchange | B = Buy or Buy To Open | C = Cash | U = Unsolicited | A - As Agency |
| NYSEA - NYSE Alternext | S = Sell or Sell To Close | M = Margin | S = Solicited | P - As Principal |
| USE - Other US Exchange | BCXL = Cancel Buy | S = Short | | |
| MF - Mutual Funds | SCXL = Cancel Sell | | | |
| OP - Options | BTC = Buy To Close | | | |
| OTC - Over-the-Counter/NASDAQ | STO = Sell To Open | | | |
| UND - Underwriting | BTCX = Buy To Close Cancel | | | |
| FOREX - Foreign Exchange | STOX = Sell To Open Cancel | | | |
| OTH - Other | | | | |

## SECURITIES TRADING ACTIVITY

Currency: USD

| Equities/Option | Cusip | Trade Date | Settlement Date | Account Type | Buy/Sell | Quantity | Price | Gross Amount | Fee/Tax | Net Amount | MKT | Solicitation | CAP |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MMAT<br>META MATERIALS INC | 59134N104 | 09/19/2023 | 09/21/2023 | C | B | 200.00 | 0.21 | -41.10 | 0.00 | -41.10 | OTH | U | A |
| MMAT<br>META MATERIALS INC | 59134N104 | 09/19/2023 | 09/21/2023 | C | B | 100.00 | 0.20 | -20.45 | 0.00 | -20.45 | OTH | U | A |
| MMAT<br>META MATERIALS INC | 59134N104 | 09/19/2023 | 09/21/2023 | C | B | 100.00 | 0.21 | -20.55 | 0.00 | -20.55 | OTH | U | A |

Total

| Equities/Option | Cusip | Quantity (Bought) | Quantity (Sold) | Net Amount (Bought) | Net Amount (Sold) |
|---|---|---|---|---|---|
| MMAT<br>META MATERIALS INC | 59134N104 | 400.00 | 0.00 | -82.10 | 0.00 |

| MKT = Market in which transaction was Executed/Cleared | Buy/Sell Codes | Account Types | U/S: Solicitation | CAP = Capacity in which the firm acted |
|---|---|---|---|---|
| NYSE - New York Stock Exchange | B = Buy or Buy To Open | C = Cash | U = Unsolicited | A - As Agency |
| NYSEA - NYSE Alternext | S = Sell or Sell To Close | M = Margin | S = Solicited | P - As Principal |
| USE - Other US Exchange | BCXL = Cancel Buy | S = Short | | |
| MF - Mutual Funds | SCXL = Cancel Sell | | | |
| OP - Options | BTC = Buy To Close | | | |
| OTC - Over-the-Counter/NASDAQ | STO = Sell To Open | | | |
| UND - Underwriting | BTCX = Buy To Close Cancel | | | |
| FOREX - Foreign Exchange | STOX = Sell To Open Cancel | | | |
| OTH - Other | | | | |

## SECURITIES TRADING ACTIVITY

Currency: USD

| Equities/Option | Cusip | Trade Date | Settlement Date | Account Type | Buy/Sell | Quantity | Price | Gross Amount | Fee/Tax | Net Amount | MKT | Solicitation | CAP |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MMAT META MATERIALS INC | 59134N104 | 09/20/2023 | 09/22/2023 | C | B | 100.00 | 0.22 | -21.51 | 0.00 | -21.51 | OTH | U | A |
| MMAT META MATERIALS INC | 59134N104 | 09/20/2023 | 09/22/2023 | C | B | 100.00 | 0.22 | -21.70 | 0.00 | -21.70 | OTH | U | A |
| MMAT META MATERIALS INC | 59134N104 | 09/20/2023 | 09/22/2023 | C | B | 200.00 | 0.21 | -42.00 | 0.00 | -42.00 | OTH | U | A |
| MMAT META MATERIALS INC | 59134N104 | 09/20/2023 | 09/22/2023 | C | B | 100.00 | 0.21 | -21.40 | 0.00 | -21.40 | OTH | U | A |

Total

| Equities/Option | Cusip | Quantity (Bought) | Quantity (Sold) | Net Amount (Bought) | Net Amount (Sold) |
|---|---|---|---|---|---|
| MMAT META MATERIALS.INC | 59134N104 | 500.00 | 0.00 | -106.61 | 0.00 |

| MKT = Market in which transaction was Executed/Cleared | Buy/Sell Codes | Account Types | U/S: Solicitation | CAP = Capacity in which the firm acted |
|---|---|---|---|---|
| NYSE - New York Stock Exchange | B = Buy or Buy To Open | C = Cash | U = Unsolicited | A - As Agency |
| NYSEA - NYSE Alternext | S = Sell or Sell To Close | M = Margin | S = Solicited | P - As Principal |
| USE - Other US Exchange | BCXL = Cancel Buy | S = Short | | |
| MF - Mutual Funds | SCXL = Cancel Sell | | | |
| OP - Options | BTC = Buy To Close | | | |
| OTC - Over-the-Counter/NASDAQ | STO = Sell To Open | | | |
| UND - Underwriting | BTCX = Buy To Close Cancel | | | |
| FOREX - Foreign Exchange | STOX = Sell To Open Cancel | | | |
| OTH - Other | | | | |

## SECURITIES TRADING ACTIVITY

Currency: USD

| Equities/Option | Cusip | Trade Date | Settlement Date | Account Type | Buy/Sell | Quantity | Price | Gross Amount | Fee/Tax | Net Amount | MKT | Solicitation | CAP |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MMAT META MATERIALS INC | 59134N104 | 10/25/2023 | 10/27/2023 | C | B | 200.00 | 0.1287 | -25.74 | 0.00 | -25.74 | OTH | U | A |
| MMAT META MATERIALS INC | 59134N104 | 10/25/2023 | 10/27/2023 | C | B | 100.00 | 0.1271 | -12.71 | 0.00 | -12.71 | OTH | U | A |
| MMAT META MATERIALS INC | 59134N104 | 10/25/2023 | 10/27/2023 | C | B | 100.00 | 0.1261 | -12.61 | 0.00 | -12.61 | OTH | U | A |
| MMAT META MATERIALS INC | 59134N104 | 10/25/2023 | 10/27/2023 | C | B | 100.00 | 0.1271 | -12.71 | 0.00 | -12.71 | OTH | U | A |

Total

| Equities/Option | Cusip | Quantity (Bought) | Quantity (Sold) | Net Amount (Bought) | Net Amount (Sold) |
|---|---|---|---|---|---|
| MMAT META MATERIALS INC | 59134N104 | 500.00 | 0.00 | -63.77 | 0.00 |

| MKT = Market in which transaction was Executed/Cleared | Buy/Sell Codes | Account Types | U/S: Solicitation | CAP = Capacity in which the firm acted |
|---|---|---|---|---|
| NYSE - New York Stock Exchange | B = Buy or Buy To Open | C = Cash | U = Unsolicited | A - As Agency |
| NYSEA - NYSE Alternext | S = Sell or Sell To Close | M = Margin | S = Solicited | P - As Principal |
| USE - Other US Exchange | BCXL = Cancel Buy | S = Short | | |
| MF - Mutual Funds | SCXL = Cancel Sell | | | |
| OP - Options | BTC = Buy To Close | | | |
| OTC - Over-the-Counter/NASDAQ | STO = Sell To Open | | | |
| UND - Underwriting | BTCX = Buy To Close Cancel | | | |
| FOREX - Foreign Exchange | STOX = Sell To Open Cancel | | | |
| OTH - Other | | | | |

## SECURITIES TRADING ACTIVITY

Currency: USD

| Equities/Option | Cusip | Trade Date | Settlement Date | Account Type | Buy/Sell | Quantity | Price | Gross Amount | Fee/Tax | Net Amount | MKT | Solicitation | CAP |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MMAT<br>META MATERIALS INC | 59134N104 | 11/02/2023 | 11/06/2023 | C | B | 500.00 | 0.1102 | -55.10 | 0.00 | -55.10 | OTH | U | A |

Total

| Equities/Option | Cusip | Quantity (Bought) | Quantity (Sold) | Net Amount (Bought) | Net Amount (Sold) |
|---|---|---|---|---|---|
| MMAT<br>META MATERIALS INC | 59134N104 | 500.00 | 0.00 | -55.10 | 0.00 |

| MKT = Market in which transaction was Executed/Cleared | Buy/Sell Codes | Account Types | U/S: Solicitation | CAP = Capacity in which the firm acted |
|---|---|---|---|---|
| NYSE - New York Stock Exchange | B = Buy or Buy To Open | C = Cash | U = Unsolicited | A - As Agency |
| NYSEA - NYSE Alternext | S = Sell or Sell To Close | M = Margin | S = Solicited | P - As Principal |
| USE - Other US Exchange | BCXL = Cancel Buy | S = Short | | |
| MF - Mutual Funds | SCXL = Cancel Sell | | | |
| OP - Options | BTC = Buy To Close | | | |
| OTC - Over-the-Counter/NASDAQ | STO = Sell To Open | | | |
| UND - Underwriting | BTCX = Buy To Close Cancel | | | |
| FOREX - Foreign Exchange | STOX = Sell To Open Cancel | | | |
| OTH - Other | | | | |

## SECURITIES TRADING ACTIVITY

Currency: USD

| Equities/Option | Cusip | Trade Date | Settlement Date | Account Type | Buy/Sell | Quantity | Price | Gross Amount | Fee/Tax | Net Amount | MKT | Solicitation | CAP |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MMAT<br>META MATERIALS INC | 59134N104 | 11/22/2023 | 11/27/2023 | C | B | 1100.00 | 0.0785 | -86.35 | 0.00 | -86.35 | OTH | U | A |

Total

| Equities/Option | Cusip | Quantity (Bought) | Quantity (Sold) | Net Amount (Bought) | Net Amount (Sold) |
|---|---|---|---|---|---|
| MMAT<br>META MATERIALS INC | 59134N104 | 1100.00 | 0.00 | -86.35 | 0.00 |

| MKT = Market in which transaction was Executed/Cleared | Buy/Sell Codes | Account Types | U/S: Solicitation | CAP = Capacity in which the firm acted |
|---|---|---|---|---|
| NYSE - New York Stock Exchange | B = Buy or Buy To Open | C = Cash | U = Unsolicited | A - As Agency |
| NYSEA - NYSE Alternext | S = Sell or Sell To Close | M = Margin | S = Solicited | P - As Principal |
| USE - Other US Exchange | BCXL = Cancel Buy | S = Short | | |
| MF - Mutual Funds | SCXL = Cancel Sell | | | |
| OP - Options | BTC = Buy To Close | | | |
| OTC - Over-the-Counter/NASDAQ | STO = Sell To Open | | | |
| UND - Underwriting | BTCX = Buy To Close Cancel | | | |
| FOREX - Foreign Exchange | STOX = Sell To Open Cancel | | | |
| OTH - Other | | | | |

## SECURITIES TRADING ACTIVITY

Currency: USD

| Equities/Option | Cusip | Trade Date | Settlement Date | Account Type | Buy/Sell | Quantity | Price | Gross Amount | Fee/Tax | Net Amount | MKT | Solicitation | CAP |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MMAT<br>META MATERIALS INC | 59134N104 | 01/24/2024 | 01/26/2024 | C | B | 1400.00 | 0.0585 | -81.90 | 0.00 | -81.90 | OTH | U | A |

Total

| Equities/Option | Cusip | Quantity (Bought) | Quantity (Sold) | Net Amount (Bought) | Net Amount (Sold) |
|---|---|---|---|---|---|
| MMAT<br>META MATERIALS INC | 59134N104 | 1400.00 | 0.00 | -81.90 | 0.00 |

| MKT = Market in which transaction was Executed/Cleared | Buy/Sell Codes | Account Types | U/S: Solicitation | CAP = Capacity in which the firm acted |
|---|---|---|---|---|
| NYSE - New York Stock Exchange | B = Buy or Buy To Open | C = Cash | U = Unsolicited | A - As Agency |
| NYSEA - NYSE Alternext | S = Sell or Sell To Close | M = Margin | S = Solicited | P - As Principal |
| USE - Other US Exchange | BCXL = Cancel Buy | S = Short | | |
| MF - Mutual Funds | SCXL = Cancel Sell | | | |
| OP - Options | BTC = Buy To Close | | | |
| OTC - Over-the-Counter/NASDAQ | STO = Sell To Open | | | |
| UND - Underwriting | BTCX = Buy To Close Cancel | | | |
| FOREX - Foreign Exchange | STOX = Sell To Open Cancel | | | |
| OTH - Other | | | | |

## SECURITIES TRADING ACTIVITY

Currency: USD

| Equities/Option | Cusip | Trade Date | Settlement Date | Account Type | Buy/Sell | Quantity | Price | Gross Amount | Fee/Tax | Net Amount | MKT | Solicitation | CAP |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MMAT<br>META MATERIALS INC | 59134N104 | 01/26/2024 | 01/30/2024 | C | B | 1000.00 | 0.0545 | -54.50 | 0.00 | -54.50 | OTH | U | A |
| MMAT<br>META MATERIALS INC | 59134N104 | 01/26/2024 | 01/30/2024 | C | B | 2000.00 | 0.0569 | -113.80 | 0.00 | -113.80 | OTH | U | A |
| CRBP<br>CORBUS PHARMACEUTICALS HLDGS I | 21833P301 | 01/26/2024 | 01/30/2024 | C | S | -46.00 | 29.50 | 1,357.00 | -0.03 | 1,356.97 | OTH | U | A |
| MMAT<br>META MATERIALS INC | 59134N104 | 01/26/2024 | 01/30/2024 | C | B | 2000.00 | 0.0561 | -112.20 | 0.00 | -112.20 | OTH | U | A |
| MMAT<br>META MATERIALS INC | 59134N104 | 01/26/2024 | 01/30/2024 | C | B | 1000.00 | 0.0562 | -56.20 | 0.00 | -56.20 | OTH | U | A |

Total

| Equities/Option | Cusip | Quantity (Bought) | Quantity (Sold) | Net Amount (Bought) | Net Amount (Sold) |
|---|---|---|---|---|---|
| CRBP<br>CORBUS PHARMACEUTICALS HLDGS I | 21833P301 | 0.00 | -46.00 | 0.00 | 1,356.97 |
| MMAT<br>META MATERIALS INC | 59134N104 | 6000.00 | 0.00 | -336.70 | 0.00 |

| MKT = Market in which transaction was Executed/Cleared | Buy/Sell Codes | Account Types | U/S: Solicitation | CAP = Capacity in which the firm acted |
|---|---|---|---|---|
| NYSE - New York Stock Exchange | B = Buy or Buy To Open | C = Cash | U = Unsolicited | A - As Agency |
| NYSEA - NYSE Alternext | S = Sell or Sell To Close | M = Margin | S = Solicited | P - As Principal |
| USE - Other US Exchange | BCXL = Cancel Buy | S = Short | | |
| MF - Mutual Funds | SCXL = Cancel Sell | | | |
| OP - Options | BTC = Buy To Close | | | |
| OTC - Over-the-Counter/NASDAQ | STO = Sell To Open | | | |
| UND - Underwriting | BTCX = Buy To Close Cancel | | | |
| FOREX - Foreign Exchange | STOX = Sell To Open Cancel | | | |
| OTH - Other | | | | |

## SECURITIES TRADING ACTIVITY

Currency: USD

| Equities/Option | Cusip | Trade Date | Settlement Date | Account Type | Buy/Sell | Quantity | Price | Gross Amount | Fee/Tax | Net Amount | MKT | Solicitation | CAP |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MMAT<br>META MATERIALS INC | 59134N302 | 03/05/2024 | 03/07/2024 | C | B | 10.00 | 2.87 | -28.70 | 0.00 | -28.70 | OTH | U | A |

Total

| Equities/Option | Cusip | Quantity (Bought) | Quantity (Sold) | Net Amount (Bought) | Net Amount (Sold) |
|---|---|---|---|---|---|
| MMAT<br>META MATERIALS INC | 59134N302 | 10.00 | 0.00 | -28.70 | 0.00 |