NVB 3001 (Effective 1/21)

**UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA**

**PROOF OF INTEREST**

Name of Debtor: Meta Materials INC

Case Number: 24-50792

1. Name and address of holder of the Equity Interest (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

    ZARA AHMED
    79A BERKELEY ROAD
    KINGSBURY
    LONDON, NW9 9DH - UK

    ☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

    ☑ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

    ☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

Telephone Number: +447707721756

**NOTE:** This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

**COURT USE ONLY**

Account or other number by which Interest holder identifies Debtor: ZARA11

Check here if this claim:
☐ replaces a previously filed Proof of Interest dated: _____
☐ amends a previously filed Proof of Interest dated: _____

2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:
    DEGIRO TRADING
    Telephone Number: 3120 261 3072

3. Date Equity Interest was acquired:
    Between 13-FEB-2023 AND 19-MAY-2023.

4. Total amount of member interest: 170
    PRE SPLIT (17,000)

5. Certificate number(s): _____

6. Type of Equity Interest:
    Please indicate the type of Equity Interest you hold:
    ☑ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
    ☐ Check this box if your Equity Interest is based on anything else and describe that interest:
    Description: INVESTOR

7. Supporting Documents: Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
    DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. Date-Stamped Copy: To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

9. Signature:
    Check the appropriate box.
    ☑ I am the creditor.    ☐ I am the creditor's authorized agent.    ☐ I am the trustee, or the debtor,    ☐ I am a guarantor, surety, endorser, or other codebtor.
                            (Attach copy of power of attorney, if any.)    or their authorized agent.    (See Bankruptcy Rule 3005.)
                                                                        (See Bankruptcy Rule 3004.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: ZARA AHMED
Title: MS
Company: Address and telephone number (if different from notice address above):

(Signature) [signed]    (Date) 29/10/24

Telephone number: +447707721756    email: ZAHMED1@HOTMAIL.CO.UK

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

[Print Form]    [Save Form]    [Clear Form]

**DEGIRO**

Ms Zara Ahmed
79A Berkeley Road
London NW9 9DH
United Kingdom

User name: ***a11

### Statement on financial instruments and funds as of 30-09-2024

| Product | ISIN/Symbol | Exchange Name | Units | Close | Market value | Value in GBP |
|---|---|---|---|---|---|---|
| CASH & CASH FUND & FTX CASH (GBP) | | | | | GBP 9.99 | 9.99 |
| FINGERMOTION INC | US31788K1088 | Nasdaq | 500 | 2.18 | USD 1090.00 | 814.96 |
| GAMESTOP CORPORATION C | US36467W1099 | New York Stock | 222 | 22.93 | USD 5090.46 | 3,805.98 |
| META MATERIALS INC | US59134N3026 | OTC Markets Group | 170 | 0.37 | USD 62.90 | 47.03 |
| TRUMP MEDIA & TECHNOLOGY GROUP C... | US25400Q1058 | Nasdaq | 25 | 16.07 | USD 401.75 | 300.38 |
| **Total portfolio value** | | | | | | **GBP 4978.33** |

Instruments fall under the regulation of Directive 2014/65/EU (MIFID II) and their implementation measures.

flatexDEGIRO Bank Dutch Branch, trading under the name DEGIRO, is the Dutch branch of flatexDEGIRO Bank AG. flatexDEGIRO Bank AG is an overseas company primarily supervised by the German financial regulator (BaFin). In the Netherlands, flatexDEGIRO Bank Dutch Branch is registered with DNB and supervised by AFM and DNB.

www.degiro.com/uk
clients@degiro.com
Amstelplein 1 1096 HA

Financial instruments and funds statement
2024-10-02
Page 1 / 1

| Date | Time | Product | ISIN | Reference | Venue | Quantity | | Price | | Local value | | Value | Exchange rate | ransaction and/or third | | Total | Order ID |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 21-08-2024 | 13:18 | META MATERIALS INC | US59134N3026 | | OTC | 170 | | 0.5258 | USD | -89.39 | USD | -70.43 | GBP | 1.2691 | | GBP | -70.43 | GBP |
| 21-08-2024 | 13:18 | META MATERIALS INC | US59134N3026 | | NDQ | -170 | | 0.5258 | USD | 89.39 | USD | 70.43 | GBP | 1.2691 | | GBP | 70.43 | GBP |
| 29-01-2024 | 00:00 | META MATERIALS INC | US59134N3026 | | NDQ | 170 | | 5.82 | USD | -989.40 | USD | -784.74 | GBP | 1.2608 | | GBP | -784.74 | GBP |
| 29-01-2024 | 00:00 | META MATERIALS INC | US59134N1046 | | NDQ | -17000 | | 0.0582 | USD | 989.40 | USD | 784.74 | GBP | 1.2608 | | GBP | 784.74 | GBP |
| 19-05-2023 | 20:32 | META MATERIALS INC | US59134N1046 | | NDQ | SOHO | 3000 | 0.2394 | USD | -718.20 | USD | -576.72 | GBP | 1.2453 | -1.74 | GBP | -578.46 | GBP 21-a4b4-09c11c748751 |
| 14-04-2023 | 15:35 | META MATERIALS INC | US59134N1046 | | NDQ | MSPL | 2000 | 0.22 | USD | -440.00 | USD | -352.72 | GBP | 1.2474 | -0.89 | GBP | -353.61 | GBP 30-9824-77d120935517 |
| 28-03-2023 | 21:23 | META MATERIALS INC | US59134N1046 | | NDQ | MSPL | 1000 | 0.4264 | USD | -426.40 | USD | -345.53 | GBP | 1.2341 | -0.88 | GBP | -346.41 | GBP 36d-a589-0f01655407fa |
| 28-03-2023 | 21:19 | META MATERIALS INC | US59134N1046 | | NDQ | CDED | 1000 | 0.4223 | USD | -422.30 | USD | -342.18 | GBP | 1.2341 | -0.88 | GBP | -343.06 | GBP 305-8443-c1fa1ca39fd2 |
| 28-03-2023 | 21:13 | META MATERIALS INC | US59134N1046 | | NDQ | ARCX, XNAS | 200 | 0.423 | USD | -84.60 | USD | -68.56 | GBP | 1.234 | | GBP | -68.56 | GBP 3aa-a9dd-37aff612468c |
| 28-03-2023 | 21:13 | META MATERIALS INC | US59134N1046 | | NDQ | ARCX, XNAS | 200 | 0.423 | USD | -84.60 | USD | -68.56 | GBP | 1.234 | | GBP | -68.56 | GBP 3aa-a9dd-37aff612468c |
| 28-03-2023 | 21:13 | META MATERIALS INC | US59134N1046 | | NDQ | ARCX, XNAS | 200 | 0.423 | USD | -84.60 | USD | -68.56 | GBP | 1.234 | | GBP | -68.56 | GBP 3aa-a9dd-37aff612468c |
| 28-03-2023 | 21:13 | META MATERIALS INC | US59134N1046 | | NDQ | ARCX, XNAS | 200 | 0.423 | USD | -84.60 | USD | -68.56 | GBP | 1.234 | | GBP | -68.56 | GBP 3aa-a9dd-37aff612468c |
| 28-03-2023 | 21:13 | META MATERIALS INC | US59134N1046 | | NDQ | ARCX, XNAS | 200 | 0.423 | USD | -84.60 | USD | -68.56 | GBP | 1.234 | -0.88 | GBP | -69.44 | GBP 3aa-a9dd-37aff612468c |
| 24-03-2023 | 19:18 | META MATERIALS INC | US59134N1046 | | NDQ | CDED | 1000 | 0.4599 | USD | -459.90 | USD | -376.32 | GBP | 1.2221 | -0.88 | GBP | -377.20 | GBP 144-a05d-aa86ff2bd3a6 |
| 16-03-2023 | 20:48 | META MATERIALS INC | US59134N1046 | | NDQ | SOHO | 1000 | 0.5 | USD | -500.00 | USD | -412.62 | GBP | 1.2118 | -0.88 | GBP | -413.50 | GBP 30-80c8-b6bd143a041b |
| 15-03-2023 | 19:37 | META MATERIALS INC | US59134N1046 | | NDQ | MEMX | 1000 | 0.5 | USD | -500.00 | USD | -412.57 | GBP | 1.2119 | -0.88 | GBP | -413.45 | GBP 39-aed0-e0ba4aac5595 |
| 09-03-2023 | 21:18 | META MATERIALS INC | US59134N1046 | | NDQ | CDED | 1500 | 0.5464 | USD | -819.60 | USD | -688.06 | GBP | 1.1912 | -0.89 | GBP | -688.95 | GBP 59d-aa8f-7622f08026ad |
| 08-03-2023 | 18:20 | META MATERIALS INC | US59134N1046 | | NDQ | MSPL, SOHO | 1000 | 0.5666 | USD | -566.56 | USD | -478.96 | GBP | 1.1829 | -0.89 | GBP | -479.85 | GBP 38-a607-c0c1dd99d834 |
| 01-03-2023 | 19:53 | META MATERIALS INC | US59134N1046 | | NDQ | ARCX, XNAS | 800 | 0.6 | USD | -480.00 | USD | -399.80 | GBP | 1.2006 | | GBP | -399.80 | GBP :5e-82e9-2fb72b2cfd5a |
| 01-03-2023 | 19:52 | META MATERIALS INC | US59134N1046 | | NDQ | MEMX | 100 | 0.6 | USD | -60.00 | USD | -49.97 | GBP | 1.2007 | | GBP | -49.97 | GBP :5e-82e9-2fb72b2cfd5a |
| 01-03-2023 | 19:52 | META MATERIALS INC | US59134N1046 | | NDQ | MEMX | 100 | 0.6 | USD | -60.00 | USD | -49.97 | GBP | 1.2007 | -0.89 | GBP | -50.86 | GBP :5e-82e9-2fb72b2cfd5a |
| 23-02-2023 | 20:54 | META MATERIALS INC | US59134N1046 | | NDQ | CDED | 300 | 0.6849 | USD | -205.47 | USD | -170.89 | GBP | 1.2024 | -0.88 | GBP | -171.77 | GBP 5da-812f-b0bfc153c424 |
| 21-02-2023 | 16:48 | META MATERIALS INC | US59134N1046 | | NDQ | ARCX | 500 | 0.67 | USD | -335.00 | USD | -276.12 | GBP | 1.2132 | -0.88 | GBP | -277.00 | GBP ice-9f1d-e9c8e134c592 |
| 17-02-2023 | 18:14 | META MATERIALS INC | US59134N1046 | | NDQ | XNAS | 100 | 0.7 | USD | -70.00 | USD | -58.18 | GBP | 1.2031 | | GBP | -58.18 | GBP a7-af72-60655bda745c |
| 17-02-2023 | 18:05 | META MATERIALS INC | US59134N1046 | | NDQ | XNAS | 200 | 0.7 | USD | -140.00 | USD | -116.45 | GBP | 1.2022 | | GBP | -116.45 | GBP a7-af72-60655bda745c |
| 17-02-2023 | 18:05 | META MATERIALS INC | US59134N1046 | | NDQ | XNAS | 100 | 0.7 | USD | -70.00 | USD | -58.23 | GBP | 1.2022 | -0.89 | GBP | -59.12 | GBP a7-af72-60655bda745c |
| 14-02-2023 | 20:54 | META MATERIALS INC | US59134N1046 | | NDQ | MSPL, SOHO | 500 | 0.7452 | USD | -372.60 | USD | -306.15 | GBP | 1.2171 | -0.88 | GBP | -307.03 | GBP c5-a6bf-ed27114b79a7 |
| 13-02-2023 | 19:57 | META MATERIALS INC | US59134N1046 | | NDQ | ARCX | 486 | 0.75 | USD | -364.50 | USD | -299.96 | GBP | 1.2152 | | GBP | -299.96 | GBP 31-878e-2bc4a400d84a |
| 13-02-2023 | 19:57 | META MATERIALS INC | US59134N1046 | | NDQ | ARCX | 114 | 0.75 | USD | -85.50 | USD | -70.37 | GBP | 1.215 | | GBP | -70.37 | GBP 31-878e-2bc4a400d84a |
| 13-02-2023 | 19:53 | META MATERIALS INC | US59134N1046 | | NDQ | ARCX | 100 | 0.75 | USD | -75.00 | USD | -61.74 | GBP | 1.2147 | | GBP | -61.74 | GBP 31-878e-2bc4a400d84a |
| 13-02-2023 | 19:53 | META MATERIALS INC | US59134N1046 | | NDQ | ARCX | 100 | 0.75 | USD | -75.00 | USD | -61.74 | GBP | 1.2148 | -0.89 | GBP | -62.63 | GBP 31-878e-2bc4a400d84a |