NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | | PROOF OF INTEREST |
|---|---|---|

| Name of Debtor: Meta Materials Inc. | Case Number: 24-50792 | |
|---|---|---|

1. Name and address of holder of the Equity Interest (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

   Nathan Joel Price
   242 Cherokee Trl
   Wilmington, NC 28409

   Telephone Number: (910) 228-6146

   ☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

   ☒ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

   ☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

**COURT USE ONLY**

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

Account or other number by which Interest holder identifies Debtor:
**6967-7385**

Check here if this claim:
☐ replaces a previously filed Proof of Interest dated: _____
☐ amends a previously filed Proof of Interest dated: _____

2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:

   **Charles Schwab Corporation**

   Telephone Number: 1-800-435-4000

3. Date Equity Interest was acquired:

   Multiple dates from 6/2/2021 to 1/27/2022
   (See attached summary)

4. Total amount of member interest: 14 shares (unrealized loss: $6,450.74)

5. Certificate number(s): _____

6. Type of Equity Interest:
   Please indicate the type of Equity Interest you hold:
   ☒ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
   ☐ Check this box if your Equity Interest is based on anything else and describe that interest:
   Description: _____

7. Supporting Documents: Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
   DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. Date-Stamped Copy: To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

9. Signature:
   Check the appropriate box.
   ☒ I am the creditor.   ☐ I am the creditor's authorized agent. (Attach copy of power of attorney, if any.)   ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)   ☐ I am a guarantor, surety, endorser, or other codebtor. (See Bankruptcy Rule 3005.)

   I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

   Print Name: Nathan Joel Price
   Title: _____
   Company: Address and telephone number (if different from notice address above): _____

   (Signature) *Nathan Joel Price*    (Date) 11-17-24

   Telephone number: (910) 228-6146    email: nathanprice228@gmail.com

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*



Roth Contributory IRA of

NATHAN JOEL PRICE
CHARLES SCHWAB & CO INC CUST
ROTH CONTRIBUTORY IRA

Statement Period

October 1-31, 2024

## Positions - Summary

| Beginning Value as of 10/01 | + | Transfer of Securities(In/Out) | + | Dividends Reinvested | + | Cash Activity | + | Change in Market Value | = | Ending Value as of 10/31 | Cost Basis | Unrealized Gain/(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| $18,489.23 | | $0.00 | | $0.00 | | $0.43 | | ($150.71) | | $18,338.95 | $21,451.73 i | ($5,460.33) i |

Values may not reflect all of your gains/losses; Schwab has provided accurate gain and loss information wherever possible for most investments. Cost basis may be incomplete or unavailable for some of your holdings and may change or be adjusted in certain cases. Statement information should not be used for tax preparation, instead refer to official tax documents. For additional information refer to Terms and Conditions.

## Cash and Cash Investments

| Type | Symbol | Description | Quantity | Price($) | Beginning Balance($) | Ending Balance($) | Change in Period Balance($) | Pending/Unsettled Cash($) | Interest/ Yield Rate | % of Acct |
|---|---|---|---|---|---|---|---|---|---|---|
| Bank Sweep | | TD BANK USA NA x,z | | | 2,347.12 | 2,347.55 | 0.43 | | 0.20% | 13% |
| **Total Cash and Cash Investments** | | | | | **$2,347.12** | **$2,347.55** | **$0.43** | | | **13%** |

## Positions - Equities

| Symbol | Description | Quantity | Price($) | Market Value($) | Cost Basis($) | Unrealized Gain/(Loss)($) | Est. Yield | Est. Annual Income($) | % of Acct |
|---|---|---|---|---|---|---|---|---|---|
| MMATQ | META MATLS INC | 14.0000 | 0.07100 | 0.99 | 6,451.73 | (6,450.74) | N/A | 0.00 | <1% |
| **Total Equities** | | | | **$0.99** | **$6,451.73** | **($6,450.74)** | | **$0.00** | **<1%** |

## Positions - Mutual Funds

| Symbol | Description | Quantity | Price($) | Market Value($) | Cost Basis($) | Unrealized Gain/(Loss)($) | % of Acct |
|---|---|---|---|---|---|---|---|
| SWPPX | SCHWAB S&P 500 INDEX ◊ | 180.8870 | 88.40000 | 15,990.41 | 15,000.00 | 990.41 | 87% |
| **Total Mutual Funds** | | | | **$15,990.41** | **$15,000.00** | **$990.41** | **87%** |

Nathan Joel Price  Roth IRA

242 Cherokee Trail

Wilmington, NC 28409

(910) 228-6146

**TRCH & MMAT stock transactions**

| Purchase Date | Symbol | # Shares | Price/Share | Total Cost |
|---|---|---|---|---|
| 6/2/2021 | TRCH | 82 | $2.6399 | $216.47 |
| 6/4/2021 | TRCH | 1518 | $2.7999 | $4,250.25 |
| **Total** | **TRCH** | **1600** | | **$4,466.72** |

| Purchase Date | Symbol | # Shares | Price/Share | Total Cost |
|---|---|---|---|---|
| 7/26/2021 | MMAT | 570 | $3.4599 | $1,972.14 |
| 1/27/2022 | MMAT | 9 | $1.4299 | $12.87 |
| **Total** | **MMAT** | **579** | | **$1,985.01** |

**Notes:**

1600 TRCH Shares became 800 shares of MMAT via merger and 1:2 Reverse Split on 6/28/2021

Purchased an additional 579 shares of MMAT bringing total up to 1379 shares

1379 shares of MMAT became 14 shares of MMAT via 1:100 Reverse Split on 1/29/24

**I currently hold these 14 shares in my Schwab Roth IRA**