NVB 3001 (Effective 1/21)

# UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA

**PROOF OF INTEREST**

| Name of Debtor: | Case Number: |
|---|---|
| Meta Materials Inc. | 24-50792-hlb |

1. Name and address of holder of the Equity Interest (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

   ARMANDO C TENORIO
   BOX 262020
   SAN DIEGO, CA 92196-2020

   Telephone Number: 858-733-0415

   ☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

   ☐ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

   ☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

**COURT USE ONLY**

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

Account or other number by which Interest holder identifies Debtor:

AST - 0000010220

Check here if this claim:
☐ replaces a previously filed Proof of Interest dated: _____
☐ amends a previously filed Proof of Interest dated: _____

2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:
   ARMANDO C TENORIO
   BOX 262020
   SAN DIEGO, CA 92196-2020
   Telephone Number: 858-733-0415

3. Date Equity Interest was acquired:
   06/16/2021

4. Total amount of member interest: __4__

5. Certificate number(s): _____

6. Type of Equity Interest:
   Please indicate the type of Equity Interest you hold:
   ☒ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
   ☐ Check this box if your Equity Interest is based on anything else and describe that interest:
   Description: _____

7. Supporting Documents: Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
   DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. Date-Stamped Copy: To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

9. Signature:    ☒ a shareholder
   Check the appropriate box.
   ☐ I am the creditor.    ☐ I am the creditor's authorized agent.    ☐ I am the trustee, or the debtor,    ☐ I am a guarantor, surety, endorser, or other codebtor.
                           (Attach copy of power of attorney, if any.)    or their authorized agent.    (See Bankruptcy Rule 3005.)
                                                                          (See Bankruptcy Rule 3004.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: ARMANDO C TENORIO
Title: INDIVIDUAL
Company: __ Address and telephone number (if different from notice address above):

(Signature) _Armando Tenorio_    (Date) 11-17-24

Telephone number: 858-733-0415    email: mmsa858@yahoo.com

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*



AST is now EQ

EQUINITI TRUST COMPANY, LLC
OPERATIONS CENTER
PO BOX 500
NEWARK, NJ 07101

ARMANDO C TENORIO
BOX 262020
SAN DIEGO CA 92196-2020

| | |
|---|---|
| Statement Date: | October 18, 2024 |
| Company Name: | META MATERIALS INC (NEW) |
| Company Number: | 27756 |
| Stock Exchange: | NASD |
| Company Ticker Symbol: | MMAT |
| CUSIP: | 59134N302 |
| Account Number: | 0000010220 |

equiniti.com/us
help@equiniti.com
800-937-5449

# Transaction Advice

**IMPORTANT: Retain this statement for your investment and tax records.**

| Account Balance | Restricted | Unrestricted | Total | Account Value | |
|---|---|---|---|---|---|
| DRS/Book Entry Shares | | 4.000 | 4.000 | Market Value Date | 10/18/2024 |
| Plan Shares | | | | Market Value Price | $0.525 |
| Certificated Shares | | | | | |
| Total Shares | | | 4.000 | Total Market Value | $2.10 |

Stock quotes are provided for informational purposes only. The quotes are supplied by an independent third-party as of a particular date. EQ does not guarantee the accuracy of such information as at the date of this statement or at any future date. Neither EQ nor its provider will be liable for any errors, incompleteness, or delays in the information herein, or for any actions taken in reliance thereon.

## Transaction Details:

| Transaction Date | Transaction Number | Transaction Type | Shares Debited or Credited |
|---|---|---|---|
| 10/18/2024 | BK*0000241 | BOOK SHARES CREDITED | 4.000 |

AST01277560000010220



8953.001.001.00912

# META MATERIALS INC (NEW) Shareowner Disclosure

A full copy of any rights, privileges, restrictions, and conditions which may be attached to the securities covered by this statement can be obtained by writing to the Secretary of the Company

## Online Account Access

Accessing the EQ website is designed to be simple and secure. In order to:
- View your account details including balances and transaction history
- Manage your payment method for dividends and sales proceeds
- Request check replacements
- Buy or sell shares
- Update your contact information
- Download statements and tax forms

Please follow these steps:
    Step 1: Go to equiniti.com/us/ast-access/individuals/
    Step 2:
- If you already have your unique login ID, click **Login** under **Shareholder Central.**
- **If you are a new user**, please click **First Time Registration** under **Shareholder Central** and complete the short registration process to create your unique login ID.

If you are unable to log into your account, it may be that your Social Security Number/TIN is not on file with EQ. You will need to complete and return the tax form, W9 form (domestic shareholders), W8 BEN (foreign individual), or W8 BEN-E (foreign entity). The forms are available at equiniti.com/us/ast-access/individuals/. Once EQ receives your tax form your Social Security Number/TIN will be updated and your account will become certified.

## Important Information

- If you have only fractional shares, they cannot be transferred.
- If you have at least one share:
  - If your broker is a participant in the Direct Registration System (DRS), your broker may request your shares from EQ via the DRS. You must provide your broker with the Company's CUSIP, your shareholder account number, your taxpayer identification number, the name in which the shares are registered, and the number of shares you wish to transfer. Please note, your broker may request a copy of this Direct Registration Statement.

  - If your broker is not a participant in the Direct Registration System (DRS), please write to EQ at the address listed above, instructing EQ to credit your brokerage account. You must include your EQ account number, the name of your brokerage institution, your brokerage account number, and the number of shares that you wish to transfer. Your letter of instruction must be signed by all owners listed in the account registration and the signatures must be medallion guaranteed by a bank, broker or other financial institution that is a member of a Securities Transfer Association-approved medallion program such as STAMP, SEMP, or MSP. Please include a copy of this Direct Registration Statement. Please coordinate with your broker to ensure that they will accept share delivery via the DRS.