NVB 3001 (Effective 1/21)

# UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA

**PROOF OF INTEREST**

Name of Debtor: Meta Materials Inc

Case Number: 24-50792-hlb

**COURT USE ONLY**

**1. Name and address of holder of the Equity Interest** (the person or entity holding an Equity Interest in the Debtor Referred to hereinafter as the "Interest holder")

Ryan Nadelson 632 Rio Vista Court Suwanee GA 30024

Telephone Number 978 289 8737

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest Attach copy of statement giving particulars

X Check box if you have never received any notices from the bankruptcy court or the Debtors in this case

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors

**NOTE:** This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

Account or other number by which Interest holder identifies Debtor:
2 accounts Merrill Lynch and Schwab Account number if requested

Check here if this claim
☐ replaces a previously filed Proof of Interest dated
☐ amends a previously filed Proof of Interest dated

**2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest**

Ryan Nadelson Same address above

Telephone Number 978 289 8737

**3. Date Equity Interest was acquired** Multiple dates Included in supporting documents (if available) All shares in the total amount of member interest below is still actively held

**4. Total amount of member interest** 2569 currently held shares
Merrill 424 shares
Schwab 2145 shares

**5. Certificate number(s)** N/A

**6. Type of Equity Interest**
Please indicate the type of Equity Interest you hold
X Check this box if your Equity Interest is based on an actual member interest held in the Debtor
☐ Check this box if your Equity Interest is based on anything else and describe that interest
Description:

**7. Supporting Documents** Attach copies of supporting documents such as stock certificates option agreements warrants etc DO NOT SEND ORIGINAL DOCUMENTS If the documents are not available explain If the documents are voluminous attach a summary

**8. Date-Stamped Copy** To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self addressed envelope and copy of this Proof of Interest

**9. Signature:**
Check the appropriate box.
**X** I am the creditor.  ☐ I am the creditor's authorized agent.

☐ I am the trustee, or the debtor,

☐ I am a guarantor, surety, endorser, or other codebtor.

(Attach copy of power of attorney, if any.)

or their authorized agent.

(See Bankruptcy Rule 3005.)

(See Bankruptcy Rule 3004.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Ryan Nadelson

632 Rio Vista Court

Suwanee, GA 30024

nadelson.r@gmail.com

978-289-8737

11/17/2024

X _____/signature/_____

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*



| EQUITIES Description | Symbol | Acquired | Quantity | Unit Cost Basis | Total Cost Basis | Estimated Market Price | Estimated Market Value | Unrealized Gain/(Loss) | Estimated Annual Income |
|---|---|---|---|---|---|---|---|---|---|
| META MATERIALS INC | MMATQ | 06/08/21 | 138 2131 | 217 6140 | 30,077 11 | 0 0710 | 9 81 | (30,067 30) | |
| REGISTERED SHS | | 06/14/21 | 15 3837 | 285 9097 | 4,398 35 | 0 0710 | 1 09 | (4,397 26) | |
| | | 06/17/21 | 21 8183 | 323 2112 | 7,051 92 | 0 0710 | 1 55 | (7,050 37) | |
| | | 06/29/21 | 35 5781 | 705 5843 | 25,103 35 | 0 0710 | 2 53 | (25,100 82) | |
| | | 07/06/21 | 33 5236 | 744 8248 | 24,969 21 | 0 0710 | 2 38 | (24,966 83) | |
| | | 07/13/21 | 63 4393 | 398 2082 | 25,262 05 | 0 0710 | 4 50 | (25,257 55) | |
| | | 08/09/21 | 103 9783 | 363 5279 | 37,799 02 | 0 0710 | 7 38 | (37,791 64) | |
| | | 09/29/23 | 12 0656 | 23 4634 | 283 10 | 0 0710 | 86 | (282 24) | |
| Subtotal | | | 424 0000 | | 154,944 11 | | 30 10 | (154,914 01) | |
| TOTAL | | | | | 181,304 74 | | 7,540 48 | (173,764 26) | |

# MMATQ

## Positions

| | |
|---|---|
| Total Value | $25 86 |
| Value As Of | 11/04/2024 03 28 PM ET |
| Quantity | 424 |
| Held Since | 06/08/2021 |
| Unrealized Gain/Loss As of 11/04/2024 03 28 PM ET | Short $0 00 Long -$154,918 25 |

**META MATLS INC CLASS EQU...**
**MMATQ**

$0.06    -$0.01 (-14.08%)
Updated: 11/04 08:47 PM EST

| Date | Qty | Cost per Share |
|---|---|---|
| 12/11/2023 | 3 | $7.00 |
| 11/13/2023 | 565.018 | $10.00 |
| 09/13/2023 | 225.007 | $22.00 |
| 07/26/2023 | 33.251 | $21.00 |
| 06/29/2023 | 199.187 | $21.69 |
| 03/11/2023[1] | 229.155 | $61.86 |
| 03/11/2023[1] | 119.537 | $62.39 |
| 03/05/2023[1] | 119.504 | $62.48 |
| 02/22/2023[1] | 119.504 | $72.35 |
| 02/16/2023[1] | 500.016 | $72.85 |
| 02/12/2023[1] | 31.821 | $61.82 |

