NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | **PROOF OF INTEREST** |
|---|---|

Name of Debtor: Meta Materials Inc.

Case Number: 24-50792-hlb

1. Name and address of holder of the Equity Interest (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

    Matthew Tyrrell
    3206 Kendale Ave. NW
    Concord, NC 28027

    Telephone Number: 704-728-7288

    ☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

    ☒ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

    ☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

**COURT USE ONLY**

Account or other number by which Interest holder identifies Debtor: 5407-5801

Check here if this claim:
☐ replaces a previously filed Proof of Interest dated: _____
☐ amends a previously filed Proof of Interest dated: _____

2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:

    Schwab

    Telephone Number: 1-800-435-4000

3. Date Equity Interest was acquired:
    * see attachments

4. Total amount of member interest: 968

5. Certificate number(s): _____

6. **Type of Equity Interest:**
    Please indicate the type of Equity Interest you hold:
    ☒ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
    ☐ Check this box if your Equity Interest is based on anything else and describe that interest:
    Description: _____

7. **Supporting Documents:** Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
    DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. **Date-Stamped Copy:** To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

9. **Signature:**
    Check the appropriate box.
    ☒ I am the creditor.    ☐ I am the creditor's authorized agent.    ☐ I am the trustee, or the debtor,    ☐ I am a guarantor, surety, endorser, or other codebtor.
    (Attach copy of power of attorney, if any.)    or their authorized agent.    (See Bankruptcy Rule 3005.)
    (See Bankruptcy Rule 3004.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: Matthew Tyrrell
Title:
Company: ___ Address and telephone number (if different from notice address above):

(Signature) 11/18/24 (Date)

Telephone number: 704-728-7288  email: Mtyrrell57@gmail.com

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

[Print Form]    [Save Form]    [Clear Form]

**Individual**

Date range: All
Symbol (optional): mmat
☑ Include Options    [Search]

**Transactions found from 11/17/2020 to 11/17/2024**

| Date | Action | Symbol | Quantity | Price | Fees & Comm | Amount |
|---|---|---|---|---|---|---|
| 01/29/2024 | Reverse Split | MMAT META MATLS INC | 962 | | | |
| 01/26/2024 | Buy / Trade Details | MMAT META MATLS INC REVERSE SPLIT EFF: 01/29/24 | 49 | $0.0518 | | -$2.53 |
| 09/28/2023 | Buy / Trade Details | MMAT META MATLS INC | 2,035 | $0.20 | | -$407.00 |
| 09/11/2023 | Buy / Trade Details | MMAT META MATLS INC | 1,510 | $0.212 | | -$320.12 |
| 04/26/2023 | Buy / Trade Details | MMAT META MATLS INC | 681 | $0.19 | | -$129.39 |
| 04/10/2023 | Buy / Trade Details | MMAT META MATLS INC | 657 | $0.413 | | -$271.34 |
| 03/13/2023 | Buy / Trade Details | MMAT META MATLS INC | 506 | $0.4978 | | -$251.89 |
| 01/25/2023 | Buy / Trade Details | MMAT META MATLS INC | 48 | $1.00 | | -$48.00 |
| 11/21/2022 | Buy / Trade Details | MMAT META MATLS INC | 71 | $1.92 | | -$136.32 |
| 09/22/2022 | Buy / Trade Details | MMAT META MATLS INC | 214 | $0.78 | | -$166.92 |
| 08/26/2022 | Buy / Trade Details | MMAT META MATLS INC | 191 | $0.81 | | -$154.71 |
| 08/30/2022 | Buy / Trade Details | MMAT META MATLS INC | 25 | $1.03 | | -$25.75 |
| 05/10/2022 | Buy / Trade Details | MMAT META MATLS INC | 415 | $1.15 | | -$477.25 |
| 02/24/2022 | Buy / Trade Details | MMAT META MATLS INC | 100 | $1.58 | | -$158.00 |
| 01/20/2022 | Buy / Trade Details | MMAT META MATLS INC | 600 | $1.99 | | -$1,194.00 |
| 12/16/2021 | Buy / Trade Details | MMAT META MATLS INC | 25,099 | $2.90 | | -$72,787.10 |
| 12/16/2021 | Buy / Trade Details | MMAT META MATLS INC | 1,187 | $2.90 | | -$3,442.30 |
| 12/16/2021 | Buy / Trade Details | MMAT META MATLS INC | 2,673 | $2.90 | | -$7,751.70 |
| 12/16/2021 | Buy / Trade Details | MMAT META MATLS INC | 2,249 | $2.90 | | -$6,522.10 |
| 11/24/2021 | Buy / Trade Details | MMAT META MATLS INC | 150 | $4.20 | | -$630.00 |
| 11/08/2021 | Buy / Trade Details | MMAT META MATLS INC | 48 | $5.10 | | -$244.80 |
| 11/08/2021 | Buy / Trade Details | MMAT META MATLS INC | 79 | $5.10 | | -$402.90 |
| 08/12/2021 | Buy / Trade Details | MMAT META MATLS INC | 5,917 | $3.38 | | -$19,999.46 |
| 08/04/2021 | Buy / Trade Details | MMAT META MATLS INC | 9,434 | $3.18 | | -$30,000.12 |
| 08/03/2021 | Buy / Trade Details | MMAT META MATLS INC | 2,006 | $3.23 | | -$6,479.38 |
| 08/03/2021 | Buy / Trade Details | MMAT META MATLS INC | 13,449 | $3.23 | | -$43,440.27 |
| 08/03/2021 | Buy / Trade Details | MMAT META MATLS INC | 12,304 | $3.23 | | -$39,741.92 |
| 08/03/2021 | Buy / Trade Details | MMAT META MATLS INC | 1,103 | $3.23 | | -$3,562.69 |
| 08/03/2021 | Buy / Trade Details | MMAT META MATLS INC | 700 | $3.23 | | -$2,261.00 |
| 08/03/2021 | Buy / Trade Details | MMAT META MATLS INC | 800 | $3.23 | | -$2,584.00 |
| 08/03/2021 | Buy / Trade Details | MMAT META MATLS INC | 600 | $3.23 | | -$1,938.00 |
| 07/12/2021 | Journal | MMAT META MATLS INC | -4,121 | | | |
| 07/12/2021 | Journal | MMAT META MATLS INC | 4,121 | | | |
| 07/09/2021 | Stock Merger | MMAT META MATLS INC | 4,121 | | | |
| 06/29/2021 | Reverse Split | MMAT META MATLS INC | 7,179 | | | |

Page Total: -$246,530.96

Today's Date: 10:28 AM ET 11/17/2024

Own your tomorrow

Check the Background of Charles Schwab or one of its investment professionals on FINRA's BrokerCheck.

Accounts / Trade / Research / Move Money / Products / Learn

© 2024 Charles Schwab & Co., Inc. All rights reserved. Member SIPC. Unauthorized access is prohibited. Usage will be monitored.



Summary   Balances   Positions   Realized Gain / Loss   Investment Income   Portfolio Performance   Securities Lending   Corporate Actions   Transaction History

Statements & Tax Forms   Open An Account   Relationship Summary

**Individual**   ...747 ⌄

Date range: All
Symbol (Optional): Q mmat    ☑ Include Options    Search

☰ Filter by Transaction Types

### Transactions found from 11/17/2020 to 11/17/2024
Don't see it here? Go to Statements

| Date ▼ | Action | Symbol / Description | Quantity | Price | Fees & Comm | Amount |
|---|---|---|---|---|---|---|
| 01/29/2024 | Reverse Split | MMAT<br>META MATLS INC | 6 | | | |
| 01/26/2024 | Buy<br>Trade Details | MMAT<br>META MATLS INC REVERSE SPLIT EFF 01/29/24 | 4 | $0.0522 | | -$0.21 |
| 05/30/2023 | Journaled Shares | MMAT<br>TDA TRAN - TRANSFER OF SECURITY OR OPTION OUT (MMAT) | -596 | | | |
| 05/30/2023 | Internal Transfer | MMAT<br>META MATLS INC | 596 | | | |
| 10/03/2022 | Buy<br>Trade Details | MMAT<br>TDA TRAN - Bought 1 (MMAT) @0.6363 | 1 | $0.6363 | | -$0.64 |
| 05/13/2022 | Buy<br>Trade Details | MMAT<br>TDA TRAN - Bought 1 (MMAT) @1.3582 | 1 | $1.3582 | | -$1.36 |
| 08/02/2021 | Buy<br>Trade Details | MMAT<br>TDA TRAN - Bought .588 (MMAT) @3.4000 | 588 | $3.40 | | $1,999.20 |
| 06/28/2021 | Journaled Shares | MMAT<br>TDA TRAN - MANDATORY REVERSE SPLIT (MMAT) | 6 | | | |

Page Total: -$2,001.41

Intra-day transactions are subject to change

Brokerage Account Balances are from the previous market close, but also may include new activity that will be posted to your account at after market close. Balances are subject to change

Bank sweep information can be found on your Statements. Current Balance bank sweep information can be found on the Balances page.

(1123-3U5Y, 0924-CLCV)

Today's Date: 10:34 AM ET, 11/17/2024

*Own your tomorrow*

Check the background of Charles Schwab or one of its investment professionals on FINRA'S BrokerCheck

↑ Back to Top

| Accounts | Trade | Research | Move Money | Products | Learn |
|---|---|---|---|---|---|
| Summary | All-In-One Trade Ticket | U.S. Markets | Transfers & Payments | Ways to Invest | Insights & Education |
| Balances | Stocks & ETFs | International Markets | Recent Transfer Activity | Account Types | Market Commentary |
| Positions | Options | Research Tools | Online Transfer | Retirement & IRAs | Trading |
| Realized Gain / Loss | Mutual Funds | Watchlist | External Accounts | Banking & Borrowing | thinkorswim Demos |
| Investment Income | Schwab Stock Slices™ | | Send Wire | Trading | Planning & Retirement |
| Portfolio Performance | Schwab Investing Themes™ | | Pay Bills | Investment Products | Tax Center |
| Securities Lending | Order Status | | Request Check | Advice Solutions | Courses |
| Corporate Actions | Bonds | | Transfer Account | Financial Planning | Schwab Coaching™ |