*NOTICE OF REDACTION*
*REDACTED FORM*

NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | | **PROOF OF INTEREST** |
|---|---|---|
| Name of Debtor: **META MATERIALS INC.** | Case Number: **24-50792-hLb** | |

1. Name and address of holder of the Equity Interest (the person or entity holding an Equity Interest in the Debtor Referred to hereinafter as the Interest holder)

   **REDACTED**

   Telephone Number

   ☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest Attach copy of statement giving particulars

   ☐ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case

   ☐ Check box if this address differs from the address on the envelope sent to you by the Debtors

NOTE This form SHOULD NOT be used to make a claim against the Debtor for money owed A separate Proof of Claim form should be used for that purpose This form should only be used to assert an Equity Interest in the Debtor An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein

**COURT USE ONLY**

Account or other number by which Interest holder identifies Debtor: **000001**** (REDACTED)**

Check here if this claim
☐ replaces a previously filed Proof of Interest dated _____
☐ amends a previously filed Proof of Interest dated _____

2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest
   **EQUINITI TRANSFER AGENCY**
   **1110 CENTRE POINTE CURVE, MENDOTA HEIGHTS, MN 55120**
   Telephone Number **1-800-401-1957**

3. Date Equity Interest was acquired
   **NOV 22, 2022 to JUNE 6, 2024**
   **PRE-REVERSE SPLIT 220,000 SHARES**
   **SOLD 4 SHARES AT LOSS ON 8-19-24**

4. Total amount of member interest **2,200 SHARES**

5. Certificate number(s) _____

6. Type of Equity Interest
   Please indicate the type of Equity Interest you hold
   ☒ Check this box if your Equity Interest is based on an actual member interest held in the Debtor
   ☐ Check this box if your Equity Interest is based on anything else and describe that interest
   Description: _____

7. Supporting Documents Attach copies of supporting documents such as stock certificates option agreements warrants etc
   DO NOT SEND ORIGINAL DOCUMENTS If the documents are not available explain If the documents are voluminous, attach a summary

8. Date-Stamped Copy To receive an acknowledgement of the filing of your Proof of Interest enclose a stamped, self addressed envelope and copy of this Proof of Interest

9. Signature
   Check the appropriate box
   ☒ I am the creditor
   ☐ I am the creditor's authorized agent (Attach copy of power of attorney, if any)
   ☐ I am the trustee or the debtor or their authorized agent (See Bankruptcy Rule 3004)
   ☐ I am a guarantor surety endorser or other codebtor (See Bankruptcy Rule 3005)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge information and reasonable belief

Print Name **GLENN R. GUNSTEN**
Title _____
Company ___ Address and telephone number (if different from notice address above)

(Signature) *Glenn Gunsten*    (Date) **11-18-24**

Telephone number **636 734-8504**    email **GALAXYWELLS@GMAIL.COM**

*Penalty for presenting fraudulent claim is a fine of up to $500 000 or imprisonment for up to 5 years, or both 18 U S C §§ 152 AND 3571*