NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | PROOF OF INTEREST |
|---|---|

| Name of Debtor: Meta Materials | Case Number: 24-50792 hlb |
|---|---|

**1    Name and address of holder of the Equity Interest** (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the Interest holder.)

Michelle Miller
13676 Dogwood Trail
Yucaipa Ca 92399

Telephone Number: 909-856-1908

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

☑ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors

**COURT USE ONLY**

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

| Account or other number by which Interest holder identifies Debtor: WEBULL ACCT #5JC5983 ETRADE ACCT #120-812944-204 | Check here if this claim:<br>☐ replaces a previously filed Proof of Interest dated _____<br>☐ amends a previously filed Proof of Interest dated _____ |
|---|---|

| **2    Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest** WEBULL 44 WALL STREET 2nd floor New York, NY 10005 Telephone Number WEBULL - 1888-828-0618 ETRADE - 1 800-387-2331 | **3    Date Equity Interest was acquired** WEBULL VARIOUS DATES FROM 6/22/21 THRU 8/16/24 ETRADE VARIOUS DATES FROM 12/22/22 THRU 12/4/23 |
|---|---|

| **4    Total amount of member interest** 597 SHARES | **5    Certificate number(s)** _____ |
|---|---|

**6    Type of Equity Interest**
Please indicate the type of Equity Interest you hold:
☑ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
☐ Check this box if your Equity Interest is based on anything else and describe that interest
**Description**

**7    Supporting Documents** Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**8    Date-Stamped Copy** To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

**9    Signature**
Check the appropriate box.
☑ I am the creditor    ☐ I am the creditor's authorized agent   ☐ I am the trustee, or the debtor,   ☐ I am a guarantor, surety, endorser, or other codebtor.
(Attach copy of power of attorney if any.)   or their authorized agent.   (See Bankruptcy Rule 3005.)
(See Bankruptcy Rule 3004.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief

Print Name: Michelle Miller
Title:
Company:___ Address and telephone number (if different from notice address above):
_____
_____

(Signature) _Michelle Miller_     (Date) 11/30/24

Telephone number 909-856-1908   email mchllmllr616@gmail.com

_Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571_



| | |
|---|---|
| **Statement Period:** | 09/01/2024 - 09/30/2024 |
| **Account Name:** | MICHELLE MARIE MILLER |
| **Account Number:** | 5JC59583 |
| **Account Type:** | MARGIN |
| **Account Address:** | 13676 Dogwood Trail YUCAIPA,CA,92399 |

Welcome to your Webull Summary Statement!

This document provides a comprehensive overview of your investment activities and holdings within your Webull brokerage account. It serves as a record of your transactions, portfolio performance, and important account details. Details regarding participation in fully-paid securities lending are also provided here. A glossary of key definitions and important terms are provided at the end of the document.

Please note that this statement is for informational purposes only and does not provide personalized investment advice. If you have any questions or need assistance, our customer support team is available to help.

Please note that externally held assets are included on the statement solely as a courtesy; information (including valuation) for such externally held assets is derived from external sources for which the member is not responsible; and externally held assets may not be covered by SIPC. Funds deposited with Program Banks of Webull's Cash Management Program are insured, in aggregate, up to $250,000 per Program Bank, per depositor, for each account ownership category, by the FDIC. For joint accounts, FDIC coverage is available up to $500,000 per Program Bank.

Happy investing with Webull!

**OFFICE SERVING YOU**

Webull Financial LLC

Member FINRA (CRD: 289063), SIPC

44 Wall Street, 2nd Floor

New York, NY 10005

support@webull.us

1 (888) 828-0618

**WEBULL'S CLEARING BROKER**

Apex Clearing Corporation

Member FINRA (CRD: 13071), SIPC

350 N. St. Paul Suite 1300

Dallas, TX 75201

cs@apexclearing.com

## SUMMARY STATEMENT

This section provides a consolidated view of assets held in your brokerage account at Webull including cash and securities and assets related to the activity in your brokerage account but held outside of Webull including fully paid securities lent to Apex through your participation in the Apex Clearing Fully Paid Securities Lending Program the collateral you held through the FPSL Program s Trustee and cash you hold in Webull s FDIC-insured bank sweep program

| Assets Held in Webull Account | Prior Month  Aug 31 2024 | Current Month  Sep 30 2024 | | | |
|---|---|---|---|---|---|
| | Total | Long | Short | Total | Change |
| SIPC Cash Balance | 103 84 | | | 103 84 | +0 00 |
| Stock | 2 451 42 | 2 434 11 | 0 00 | 2,434 11 | 17 31 |
| Bonds | 0 00 | 0 00 | 0 00 | 0 00 | +0 00 |
| Options | 0 00 | 0 00 | 0 00 | 0 00 | +0 00 |
| Mutual Funds | 0 00 | 0 00 | 0 00 | 0 00 | +0 00 |
| Securities Lent | 0 00 | 0 00 | 0 00 | 0 00 | +0 00 |
| Assets Held Away From Webull Account | | | | | |
| FDIC Cash Balance | 0 00 | | | 0 00 | +0 00 |
| Collateral Value | 0 00 | 0 00 | 0 00 | 0 00 | +0 00 |
| Total(Combined Assets) | 2 555 26 | 2 434 11 | 0 00 | 2 537 95 | -17 31 |

## CASH BALANCE DETAIL

| | SIPC Cash Balance | FDIC Cash Balance | Total |
|---|---|---|---|
| Opening | 103 84 | 0 00 | 103 84 |
| Closing | 103 84 | 0 00 | 103 84 |

Important Notice  Webull is a Member of SIPC  which protects securities customers of its members up to $500 000 (including $250 000 for claims for cash)  Funds deposited at Program Banks in the Webull Cash Management Program are insured  in aggregate  up to $250 000 per Program Bank  per depositor  for each account ownership category  by the FDIC

## CASH REPORT SUMMARY

This section provides a summary of all cash deposits withdrawals and other movements within your Webull brokerage account during the statement period  Key definitions and terms can be found at the end of this document.

| | USD |
|---|---|
| Opening Cash | 103 84 |
| Deposits | 0 00 |
| Withdrawals | 0 00 |
| Trades (Sold) | 0 00 |
| Trades (Bought) | 0 00 |
| Fee | 0 00 |
| Tax | 0 00 |
| Commission | 0 00 |
| Dividends | 0 00 |
| Interest | 0 00 |
| Others | 0 00 |
| Closing Cash | 103 84 |
| Closing Cash (Settled) | 103 84 |

## OPEN POSITIONS

### Equities & Options

| Symbol | Cusip | Quantity | Multi | Closing Price | Amount |
|--------|-------|----------|-------|---------------|--------|
| AMPY | 03212B103 | 1 | 1 | 6 53 | 6 53 |
| BBLNF | G07031209 | 15 | 1 | 0 0001 | 0 00 |
| CEIN | 13200M607 | 6 | 1 | 0 0217 | 0 13 |
| FNGR | 31788K108 | 20 | 1 | 2 18 | -- 43 60 |
| GME | 36467W109 | 1 | 1 | 22 93 | 22 93 |
| GNS | Y3005A117 | 30 | 1 | 0 9080 | 27 24 |
| LAES | G79483106 | 12 | 1 | 0 4399 | 5 28 |
| MMATQ | 59134N302 | 509 | 1 | 0 3700 | 188 33 |
| MMTLPWB | US8AQ9903 | 15 | 1 | 0 0000 | 0 00 |
| MULN | 62526P505 | 1 | 1 | 3 15 | 3 15 |
| OXY | 674599105 | 5 | 1 | 51 54 | 257 70 |
| SAVA | 14817C107 | 56 | 1 | 29 43 | 1 648 08 |
| TNXP | 890260847 | 1 | 1 | 0 1485 | 0 15 |
| UNG | 912318409 | 1 | 1 | 16 33 | 16 33 |
| WKEY | 97727L408 | 42 | 1 | 2 32 | 97 44 |
| XOM | 30231G102 | 1 | 1 | 117 22 | 117 22 |

## ACCOUNT ACTIVITY

| Date | Transaction | Currency | Account Type | Symbol | Cusip | Quantity | Amount | Description |
|------|-------------|----------|--------------|--------|-------|----------|--------|-------------|
| 09/17/2024 | Corporate Action | | MARGIN | MULN | 62526P406 | 1 | | MULLEN AUTOMOTIVE INC  Reverse Split @100 1 ~ into 62526P505 |
| 09/17/2024 | Corporate Action | | MARGIN | MULN | 62526P505 | 1 | | MULLEN AUTOMOTIVE INC  Reverse Split @100 1  Result of Reverse Split |

## NOTES

### KEY DEFINITIONS AND TERMS

1  Accrued Dividends  The pending dividend section includes unpaid cash dividends that the shareholder is entitled to receive but have not been distributed in the statement period  Most often due to the declared payment date being in the future outside of the statement period

2  Accrued Balance  Interest is charged monthly  so this section will be the total interest incurred by the user in the statement period  rather than the portion of the interest charged  Additional detail provided in the important information section below

3  Trades (Sold)  Cash from selling securities

4  Trades (Bought)  Cash spent on buying securities

5  Multiplier(Mult)  In an individual stock option  the value of the contract is expressed as the product of a certain monetary amount and the underlying index  The certain monetary amount is fixed by the contract  which is referred to as the contract multiplier  At present  the stock is 1 by default and the individual stock option is 100

6  Closing Price  Last traded price on the last trading date of the month  Note  closing prices are indicative and may be from third party sources  Webull does not warrant the accuracy of the prices provided by third party sources

7  The sum of Exchange related fees  transaction related fees  stamp duty  withholding tax  contract fees  commissions  or other fees or taxes

8  Webull does not charge any fees for currency exchanges  Exchange rate is prone to be impacted by the market exchange rates  Please take exchange rates on market as reference

9  All transactions are based on a First in  First-out ( FIFO ) method

10  Trade Records  Displays all GTC (Good Till Cancelled) orders in your account  Also included in the section are GTX orders (GTC orders eligible for extended trading hours)

11  Account Types  C = Cash  M = Margin  S = Short  X = RVP/DVP  and O = Other

12  FPSL  The Apex Clearing Corporation Fully Paid Securities Lending Program

13  Market Value of Securities Held Long  includes the market value of securities held in non short account types (i e  Cash account  Margin account)

14  Market Value of Securities Held Short  includes the market value of securities held in the short account type  Bona fide short positions will mark to market on a daily basis between the margin and short account types based on prevailing closing prices of the security which was shorted

15  Market Value of Fully Paid Securities Loaned  The market value of the fully paid securities you have loaned through participating in the Apex Clearing Corporation Fully Paid Securities Lending Program

16  Collateral Value and Loan Value  Collateral Value and Loan Value are related to the fully paid securities lent by you under the FPSL program  Collateral Value is the amount of collateral (e g  cash) held on your behalf through the program s Trustee for your benefit at a bank  Loan Value is the market value of the fully paid securities you have loaned  subject to rounding convention  through participating in the FPSL Program  See the Master Securities Lending Agreement for Apex Clearing Corporation Fully Paid Securities Lending Program for complete program details

17  Portfolio Market Value  The sum of the cash in your account (i e  Total Cash Value)  the securities in your account (i e  Market Value of Securities In Your Account)  and the market value of the fully paid securities on loan (i e  Market Value of Fully Paid Securities Loaned)

18  Payment in Lieu  Cash distributions paid on fully paid securities on loan in the Securities Lending Income Program will be credited to your Webull account in the form of a  cash in lieu  payment  Receipt of cash in lieu payments may have different taxable consequences than receipt of the actual dividends from the issuer

19  SIPC Cash Balance  Cash held in the brokerage account

20  FDIC Cash Balance  Cash swept into Program Banks through the bank sweep program

## IMPORTANT INFORMATION

1  Webull carries your account on an omnibus basis with Apex Clearing Corporation  which acts as the clearing broker

2  If there are any material changes regarding your contact information  investment objectives  or financial situation  advise Webull promptly by updating your information using the Webull platform or by contacting support@webull us

3  If this is a margin account and we maintain a special memorandum account for you  this is a combined statement of your general account and special memorandum account maintained for you under Regulation T issued by the Board of Governors of the Federal Reserve System  The permanent record of the special memorandum account as required by Regulation T is available for your inspection at your request

4  The interest charged on the debit balance in your account is shown on this statement  Interest on debit balances is calculated for each calendar day and charged monthly  The interest settlement cycle begins from the prior month s settlement date to the latest settlement date before the 15th of each month  The margin rate is variable and is determined by the size of the margin loan  The margin rate is set at Webull s discretion and is subject to change without notice  The daily interest charge is calculated by multiplying the debit balance by the margin interest rate divided by a 360 calendar year  When calculating margin interest  the free credit balance in the account will offset any debit in the margin account and the interest will be charged on the net debit balance

5  We are required to report to the Internal Revenue Service all cash dividends and registered bond interest credited to your account on securities held for you in our name  All dividends and interest credits should be included in your income tax return  Webull s policy is to pay all dividends and interest in US Dollars  Webull will allow the following countries to be paid in their foreign currency (Canadian Dollars  Euros  Argentine Peso  Chinese Renminbi  Korean Won  Philippine Peso and Brazilian Real)

6  Information related to fees and other charges incurred in connection with listed options transactions occurring during the month has previously been furnished to you in confirmation of such transactions  A summary of this information will be made available to you promptly upon request  Exercise assignment notices for option contracts are randomly allocated among customers short positions  A more detailed description of our random allocation procedure is available upon request

7  SIPC Coverage  Webull is a Member of SIPC  which protects securities customers of its members up to $500 000 (including $250 000 for claims for cash)  Explanatory brochure available upon request or at www sipc org  Deposits held away from Webull may not qualify under SIPC protection

8  Any free credit balance represents funds payable upon demand which  although properly accounted for on our books of records  is not segregated  and may be used in the conduct of this firm s business as permissible under the SEC Rule 15c3 2

9  Rate on Customer Collateral represents the interest paid on the collateral posted to the customer s account and received from lending stock  A positive rate indicates a benefit to the lender

10  Fixed Income  Bond transactions are executed by our clearing broker  Apex  who charges a mark up or mark down on the trade  Apex shares a negotiated portion of this markup with its vendor  Moment  and with Webull  A mark up and mark-down will impact the price you pay for a bond transaction and may impact your effective yield on the bond  Call features for bonds  preferred stocks  and other convertible securities may affect the yield on your investment  For zero coupon  compound interest and multiplier securities  there are no periodic payments and securities may be callable below maturity value without notice to a holder unless registered  Redeeming or selling your position prior to maturity may reduce the yield or result in a loss  For additional information regarding bond yield  please contact support@webull us

11  Fixed income securities carry various risks including interest rate risk  inflation risk  callable risk  liquidity  and default risk  If the debt security is unrated by a nationally recognized statistical rating organization  it may pose a high risk of default  You should consult a financial advisor to determine whether unrated bonds are appropriate for your portfolio considering your goals and your financial circumstances  Additional information regarding the risk of bond trading is available at www webull com /policy

12  Investors should be aware that money market mutual funds are not guaranteed  their share value may fluctuate  and there is a risk of loss  including the possible loss of principal  See additional details in the Mutual Fund Risk Disclosure on www webull com/policy

## NOTICE TO CUSTOMERS

1  Webull utilizes the service of Apex Clearing Corporation ( Apex") as a custodian to hold clients  assets in omnibus accounts  Apex  a full service broker-dealer  is a member of FINRA and SIPC  As custodian  Apex is responsible for holding  maintaining and handling assets in the manner instructed by Webull as per the clients  direction  As a clearing agent  Apex provides securities clearance and may order execution based on Webull instructions  By opening an account at Webull  you have agreed to Webull s use of an omnibus account with Apex as custodian

2  You are a customer of Webull  Apex is not involved with or has any responsibility for decisions regarding securities transactions in your account  Webull is responsible for opening  approving  and monitoring all activities in connection with your account  The entry of orders and any instructions regarding the deposit or withdrawal of securities or monies should be made through Webull

3  Interest charges to your account may be based on the size and net debit balance during the interest period  These rates are subject to revision  For more complete information regarding interest charges to customers  consult the Webull Fee Schedule available at webull com/pricing

4  Fully Paid Securities Lending Program  Customers participating in the Fully Paid Securities Lending Program should be aware that shares on loan are not covered by SIPC  Cash collateralizing fully paid securities loaned are held at Wilmington Trust and are not subject to SIPC protections  Please consult the Master Securities Lending Agreement for additional information  available at webull com/policy

5  In case of errors or questions about your electronic transfers  if you think your statement or receipt is wrong  or if you need more information about a transaction listed  email support@webull us  Webull must hear from you no later than 60 days after you were sent the first statement on which the problem or error appeared  When reaching out  please include your name  account number  a description of the item you are unsure about  a clear explanation as to why you believe it is an error  and the dollar amount of the suspected error

6  Webull will investigate your complaint and will correct any error promptly  If we take more than 10 business days to do this  Webull will credit your account for the amount you think is in error  so that you will have the use of the funds during the time it takes Webull to complete our investigation

7  FINRA Investor Brochure  Webull is a member of FINRA and we are required to inform you of the availability of the FINRA Investor Brochure which contains information on FINRA BrokerCheck  You may contact FINRA at 800 289  9999 or at their website www finra org  Webull carries your account and acts as your custodian for funds and Apex acts as your custodian for securities  Any suspected inaccuracy or discrepancy in your account statement must be promptly reported to Webull  In order to protect your rights  including your right to SIPC coverage  please confirm any oral communication in writing and include your brokerage account number  General inquiries or concerns regarding your account should be directed to Webull  Account positions and balance inquires  or concerns should be directed to Webull via the Help Center

8  The SEC requires all broker-dealers that route orders in equity securities and options to make available quarterly reports that present a general overview of their routing practices  The reports must identify the significant venues to which customer orders were routed for execution during the applicable quarter and disclose the material aspect of the broker-dealer's relationship with such venues  In addition  the Rule (SEC 606) requires broker-dealers to disclose  on customer request  the venues to which the six months prior to the request  and the execution time for the orders that were executed  For further information  please contact Webull

9  All trade confirmations are transmitted on or about the transaction date  For certain Index Options Webull charges a per contract fee  referred to as the Webull Index Option Contract Fee  The Tax/Fee column is an aggregate of the following fees  the Webull Index Option Contract Fee  the Proprietary Index Option Fee  the OCC fee  the Regulatory Transaction (SEC) Fee  Trading Activity Fee (TAF)  and Options Regulatory Fee (ORF)  whenever applicable  For more details please visit www webull com/pricing

10  Cost Basis for Foreign Account Statements  Cost basis is required to be reported in U S  dollars for tax purposes  It is the responsibility of the account holder to convert sales proceeds paid in foreign currency to U S  dollars to avoid inaccurate cost basis calculations  When reporting the purchase or sale  you must determine the U S  dollar amounts to be reported as of the settlement date  at the spot rate or by following a reasonable spot rate convention  See Regulations section 1 6045 1(d)(8)

11  Please retain this statement as it will be helpful In preparing your income tax returns and may be needed along with subsequent statements to verify interest charges in your account  This statement shall be deemed conclusive unless objected to In writing within 10 days of the statement closing date  Mutual funds and other securities are not insured by FDIC  are not deposits  obligations of Webull

12  A financial statement of Webull Financial LLC is available for your personal inspection at www webull com or a copy of it can be mailed to you upon your written request

13  Please contact Webull Financial LLC ("Webull ) customer service to report any inaccuracy or discrepancy in this statement via in App ticket  email at support@webull us  or by phone at 1 (888) 828 0618

## STATEMENT OF FINANCIAL CONDITION

1  Pursuant to the Securities Exchange Act of 1934  Webull Financial LLC ("Webull ) is required to provide clients with certain financial information  The unaudited Statement of Financial Condition of Webull Financial LLC as of June 30  2024 is available on the Webull website at www webull com/policy  A copy of this document may also be obtained at no cost by calling Webull at 1 (888) 828 0618

2  On June 30  2024  Webull Financial LLC had net capital of $142 347 631 which exceeded its required net capital of $4 079 266 by $138 268 365

# E✲TRADE®
from Morgan Stanley

**CLIENT STATEMENT** | For the Period October 1-31, 2024

**STATEMENT FOR:**
MICHELLE MILLER

| | |
|---|---|
| **Beginning Total Value** (as of 10/1/24) | **$12.00** |
| **Ending Total Value** (as of 10/31/24) | **$84.60** |
| *Includes Accrued Interest* | |

**Access Your Account Online At**
www.etrade.com or call 800-387-2331

*Morgan Stanley Smith Barney LLC. Member SIPC.*
*E*TRADE is a business of Morgan Stanley.*

#BWNJGWM

MICHELLE MILLER
13676 DOGWOOD TRL
YUCAIPA CA 92399

*INVESTMENTS AND INSURANCE PRODUCTS: NOT FDIC INSURED • NOT A BANK DEPOSIT •*
*NOT INSURED BY ANY FEDERAL GOVERNMENT AGENCY • NOT BANK GUARANTEED •*
*MAY LOSE VALUE • UNLESS SPECIFICALLY NOTED, ALL VALUES ARE DISPLAYED IN USD*

120 - 812944 - 204 - 4 - 1

E✺TRADE®
from Morgan Stanley

# Standard Disclosures

The following Disclosures are applicable to the enclosed statement(s). Expanded Disclosures are attached to your most recent June and December statement (or your first Statement if you have not received a statement for those months). The Expanded Disclosures are also available online or by contacting us by using the contact information on the statement cover page.

**Questions?**
Questions regarding your account may be directed to us by using the contact information on the statement cover page.

**Errors and Inquiries**
Be sure to review your statement promptly, and immediately address any concerns regarding entries that you do not understand or believe were made in error by contacting us by using the contact information on your statement cover page. Oral communications regarding any inaccuracy or discrepancy in this statement should be re-confirmed in writing to further protect your rights, including rights under the Securities Investor Protection Act (SIPA). Your statement will be deemed correct unless we receive a written inquiry of a suspected error. See your account documentation for special rules regarding your rights and responsibilities with respect to erroneous electronic fund transfers, including a description of the transfers covered. For concerns or complaints, contact us.

**Senior Investor Helpline**
Senior Investor clients or those acting on their behalf have a convenient way to communicate with our Firm by calling us at (800) 280-4534 Monday-Friday 9am-7pm Eastern Time.

**Availability of Free Credit Balances and Financial Statements**
Under the customer protection rules of the SEC [17 CFR §240.15c3-3], we may use funds comprising free credit balances carried for customer accounts here, provided that these funds are payable to customers on demand (i.e., are free of a lien or right of set-off in our favor or on behalf of some third party to whom you have given control). A financial statement of this organization is available for your personal inspection at its offices, or a copy will be mailed to you upon your written request.

**Listed Options**
Information with respect to commissions and other charges related to the execution of options transactions has been included in confirmations of such transactions previously furnished to you and such information will be made available to you promptly at your request. Promptly advise us of any material change in your investment objectives or financial situation.

**Important Information if You are a Margin Customer** (not available for certain retirement accounts)
If you have margin privileges, you may borrow money from us in

exchange for pledging assets in your accounts as collateral for any outstanding margin loan. The amount you may borrow is based on the value of the eligible securities in your margin accounts. If a security has eligible shares, the number of shares pledged as collateral will be indicated below the description.

**Margin Interest Charges**
We calculate interest charges on margin loans as follows: (1) multiply the applicable margin interest rate by the daily close of business net settled debit balance, and (2) divide by 360 (days). Margin interest accrues daily throughout the month and is added to your debit balance at month-end. The month-end interest charge is the sum of the daily accrued interest calculations for the month. We add the accrued interest to your debit balance and start a new calculation each time the applicable interest rate changes and at the close of every statement month. For interest rate information, log into your account online and select your account with a Margin agreement to view more information.

**Information Regarding Special Memorandum Account**
If you have a Margin Account, this is a combined statement of your Margin Account and Special Memorandum Account maintained for you under Section 220.5 of Regulation T issued by the Board of Governors of the Federal Reserve System. The permanent record of the Special Memorandum Account as required by Regulation T is available for your inspection at your request.

**Important Information About Auction Rate Securities**
For certain Auction Rate Securities there is no or limited liquidity. Therefore, the price(s) for these Auction Rate Securities are indicated by N/A (not available). There can be no assurance that a successful auction will occur or that a secondary market exists or will develop for a particular security.

**Structured Investments Risks and Considerations**
Structured Investments (Structured Products) are complex products and may be subject to special risks. Investors should consider the concentration risk of owning the related security and their total exposure to any underlying asset. Structured Investments, which may appear in various statement product categories and are identified on the Position Description Details line as "Asset Class: Struct Inv," may not perform in a manner consistent with the statement product category where they appear and therefore may not satisfy portfolio asset allocation needs for that category. For information on the risks and conflicts of interest related to Structured Investments generally, log in to Morgan Stanley Online and go to www.morganstanley.com/structuredproductsrisksandconflicts.

**Security Measures**
This statement features several embedded security elements to safeguard its authenticity. One is a unique blue security rectangle,

printed in heat-sensitive ink on the back of every page. When exposed to warmth, the color will disappear, and then reappear.

**SIPC Protection**
We are a member of Securities Investor Protection Corporation (SIPC), which protects securities of its customers up to $500,000 (including $250,000 for claims for cash). An explanatory brochure is available upon request or at www.sipc.org. Losses due to market fluctuation are not protected by SIPC and assets not held with us may not be covered by SIPC protection. To obtain information about SIPC, including an explanatory SIPC brochure, contact SIPC at 1-202-371-8300 or visit www.sipc.org.

**Transaction Dates and Conditions**
Upon written request, we will furnish the date and time of a transaction and the name of the other party to a transaction. We and/or our affiliates may accept benefits that constitute payment for order flow. Details regarding these benefits and the source and amount of any other remuneration received or to be received by us in connection with any transaction will be furnished upon written request.

**Equity Research Ratings Definitions and Global Investment Manager Analysis Status**
Some equity securities may have research ratings from Morgan Stanley & Co. LLC or Morningstar, Inc. Research ratings are the research providers' opinions and not representations or guarantees of performance. For more information about each research provider's rating system, see the Research Ratings on your most recent June or December statement (or your first statement if you have not received a statement for those months), go online or refer to the research provider's research report. Research reports contain more complete information concerning the analyst's views and you should read the entire research report and not infer its contents from the rating alone. If your account contains an advisory component or is an advisory account, a GIMA status will apply.

**Credit Ratings from Moody's Investors Service and Standard & Poor's**
The credit rating from Moody's Investors Service and Standard & Poor's may be shown for certain securities. All credit ratings represent the opinions of the provider and are not representations or guarantees of performance. Please contact us if you need further information or assistance in interpreting these credit ratings.

Revised 11/2022

# E✲TRADE®
from Morgan Stanley

**CLIENT STATEMENT** | For the Period October 1-31, 2024

## Account Summary

| | |
|---|---|
| Self-Directed Brokerage Account | MICHELLE MILLER |
| 120-812944-204 | |

### CHANGE IN VALUE OF YOUR ACCOUNT (includes accrued interest)

| | This Period (10/1/24-10/31/24) | This Year (1/1/24-10/31/24) |
|---|---|---|
| **TOTAL BEGINNING VALUE** | **$12.00** | **$569.53** |
| Credits | 100.00 | 200.00 |
| Debits | — | (98.15) |
| Security Transfers | — | — |
| **Net Credits/Debits/Transfers** | **$100.00** | **$101.85** |
| Change in Value | (27.40) | (586.78) |
| **TOTAL ENDING VALUE** | **$84.60** | **$84.60** |

### MARKET VALUE OVER TIME

The below chart displays the most recent thirteen months of Market Value.



The percentages above represent the change in dollar value from the prior period. They do not represent account investment performance, as they do not consider the impact of contributions and withdrawals, nor other factors that may have affected performance calculations. No percentage will be displayed when the previous month reflected no value.

### ASSET ALLOCATION (Includes accrued interest)

| | Market Value | Percentage |
|---|---|---|
| Cash | $76.30 | 90.19 |
| Equities | 8.30 | 9.81 |
| **TOTAL VALUE** | **$84.60** | **100.00%** |

*FDIC rules apply and Bank Deposits are eligible for FDIC insurance but are not covered by SIPC. Cash and securities (including MMFs) are eligible for SIPC coverage. See Expanded Disclosures.*
*Values may include assets externally held, as a courtesy, and may not be covered by SIPC. Foreign Exchange (FX) is neither FDIC nor SIPC insured. For additional information, refer to the corresponding section of this statement.*



*This asset allocation represents holdings on a trade date basis, and projected settled Cash/BDP and MMF balances. These classifications do not constitute a recommendation and may differ from the classification of instruments for regulatory or tax purposes.*

# E✳TRADE®
from Morgan Stanley

**CLIENT STATEMENT** | For the Period October 1-31, 2024

Page 4 of 8

## Account Summary

Self-Directed Brokerage Account
120-812944-204    MICHELLE MILLER

### BALANCE SHEET (^ includes accrued interest)

| | Last Period (as of 9/30/24) | This Period (as of 10/31/24) |
|---|---|---|
| Cash, BDP, MMFs | — | $76.30 |
| Stocks | 35.71 | 8.30 |
| **Total Assets** | **$35.71** | **$84.60** |
| Cash, BDP, MMFs (Debit) | (23.71) | — |
| **Total Liabilities** (outstanding balance) | **$(23.71)** | — |
| **TOTAL VALUE** | **$12.00** | **$84.60** |

### CASH FLOW

| | This Period (10/1/24-10/31/24) | This Year (1/1/24-10/31/24) |
|---|---|---|
| **OPENING CASH, BDP, MMFs** | **$(23.71)** | **$(25.56)** |
| Income and Distributions | 0.01 | 0.01 |
| **Total Investment Related Activity** | **$0.01** | **$0.01** |
| Electronic Transfers-Credits | 100.00 | 200.00 |
| Electronic Transfers-Debits | — | (60.00) |
| Other Debits | — | (38.00) |
| Interest Charged | — | (0.15) |
| **Total Cash Related Activity** | **$100.00** | **$101.85** |
| **Total Card/Check Activity** | — | — |
| **CLOSING CASH, BDP, MMFs** | **$76.30** | **$76.30** |

### INCOME AND DISTRIBUTION SUMMARY

| | This Period (10/1/24-10/31/24) | This Year (1/1/24-10/31/24) |
|---|---|---|
| Interest | $0.01 | $0.01 |
| **Income And Distributions** | **$0.01** | **$0.01** |
| **Tax-Exempt Income** | | |
| Tax-Exempt Income | — | — |
| **TOTAL INCOME AND DISTRIBUTIONS** | **$0.01** | **$0.01** |

*Taxable and tax exempt income classifications are based on the characteristics of the underlying securities and not the taxable status of the account.*

### GAIN/(LOSS) SUMMARY

| | Realized This Period (10/1/24-10/31/24) | Realized This Year (1/1/24-10/31/24) | Unrealized Inception to Date (as of 10/31/24) |
|---|---|---|---|
| Short-Term (Loss) | — | — | $(91.81) |
| Long-Term (Loss) | — | — | (4,533.48) |
| **TOTAL GAIN/(LOSS)** | — | — | **$(4,625.29)** |

*The Gain/(Loss) Summary, which may be subsequently adjusted, is provided for informational purposes and should not be used for tax preparation. For additional detail, please visit www.etrade.com.*



**CLIENT STATEMENT** | For the Period October 1-31, 2024

Page 5 of 8

## Account Detail

Self-Directed Brokerage Account
120-812944-204

MICHELLE MILLER

Brokerage Account

**Investment Objectives (in order of priority):**  Income
*Inform us if your investment objectives, as defined in the Expanded Disclosures, change.*

## HOLDINGS

*This section reflects positions purchased/sold on a trade date basis. "Market Value" and "Unrealized Gain/(Loss)" may not reflect the value that could be obtained in the market. Your actual investment return may differ from the unrealized gain/(loss) displayed. Fixed Income securities are sorted by maturity or pre-refunding date, and alphabetically within date. Estimated Annual Income a) is calculated on a pre-tax basis, b) does not include any reduction for applicable non-US withholding taxes, c) may include return of principal or capital gains which could overstate such estimates, and d) for holdings that have a defined maturity date within the next 12 months, is reflected only through maturity date. Actual income or yield may be lower or higher than the estimates. Current Yield is an estimate for informational purposes only. It reflects the income generated by an investment, and is calculated by dividing the total estimated annual income by the current market value of the entire position. It does not reflect changes in its price. Structured Investments, identified on the Position Description Details line as "Asset Class: Struct Inv," may appear in various statement product categories. When displayed, the accrued interest, annual income and current yield for those with a contingent income feature (e.g., Range Accrual Notes or Contingent Income Notes) are estimates and assume specified accrual conditions are met during the relevant period and payment in full of all contingent interest. For Floating Rate Securities, the accrued interest, annual income and current yield are estimates based on the current floating coupon rate and may not reflect historic rates within the accrual period.*

*For additional information related to Unrealized and Realized Gain/(Loss) and tax lot details, including cost basis, please visit www.etrade.com. The information presented on the statement should not be used for tax purposes.*

## CASH, BANK DEPOSIT PROGRAM AND MONEY MARKET FUNDS

*Cash, Bank Deposit Program, and Money Market Funds are generally displayed on a settlement date basis. You have the right to instruct us to liquidate your bank deposit balance(s) or shares of any money market fund balance(s) at any time and have the proceeds of such liquidation remitted to you. Estimated Annual Income, Accrued Interest, and APY% will only be displayed for fully settled positions. Under the Bank Deposit Program, free credit balances held in an account(s) at Morgan Stanley Smith Barney LLC are automatically deposited into an interest-bearing deposit account(s), at Morgan Stanley Bank, N.A. and/or Morgan Stanley Private Bank, National Association, each a national bank, FDIC member and an affiliate of Morgan Stanley. Under certain circumstances, deposits may be held at other FDIC insured Program Banks. For more information regarding the Bank Deposit Program and the Program Banks, go to www.etrade.com/bdpdisclosure. Cash and interest from required Pattern Day Trader minimum equity amounts are retained in Cash Balance Program.*

| Description | | | | Market Value | 7-Day Current Yield % | Est Ann Income | APY % |
|---|---|---|---|---|---|---|---|
| **MORGAN STANLEY BANK N.A.** | | | | **$76.30** | — | $0.01 | 0.010 |

| Description | Percentage of Holdings | | | Market Value | | Est Ann Income | |
|---|---|---|---|---|---|---|---|
| **CASH, BDP, AND MMFs** | **90.19%** | | | **$76.30** | | **$0.01** | |

## STOCKS

### COMMON STOCKS

| Security Description | Quantity | Share Price | Total Cost | Market Value | Unrealized Gain/(Loss) | Est Ann Income | Current Yield % |
|---|---|---|---|---|---|---|---|
| **META MATERIALS INC NEW (MMATQ)** | 88.000 | $0.071 | $4,721.54 | **$6.25** | $(4,037.95) | — | — |
| *Asset Class: Equities* | | | | | | | |

**E✱TRADE®**
from Morgan Stanley

**CLIENT STATEMENT** | For the Period October 1-31, 2024

Page 6 of 8

## Account Detail

**Self-Directed Brokerage Account**
**120-812944-204**

**MICHELLE MILLER**

| Security Description | Quantity | Share Price | Total Cost | Market Value | Unrealized Gain/(Loss) | Est Ann Income | Current Yield % |
|---|---|---|---|---|---|---|---|
| **MULLEN AUTOMOTIVE INC NEW (MULN)** | 1.000 | 2.050 | 763.48 | 2.05 | (587.34) | — | — |
| *Asset Class: Equities* | | | | | | | |

| | Percentage of Holdings | | Total Cost | Market Value | Unrealized Gain/(Loss) | Est Ann Income | Current Yield % |
|---|---|---|---|---|---|---|---|
| STOCKS | 9.81% | | $5,485.02 | $8.30 | $(4,625.29) | — | — |

| | Percentage of Holdings | | Total Cost | Market Value | Unrealized Gain/(Loss) | Est Ann Income Accrued Interest | Current Yield % |
|---|---|---|---|---|---|---|---|
| TOTAL VALUE | 100.00% | | $5,485.02 | $84.60 | $(4,625.29) | $0.01 | 0.01% |

*Unrealized Gain/(Loss) totals only reflect positions that have both cost basis and market value information available. Cash, MMF, Deposits and positions stating 'Please Provide' or 'Pending Corporate Actions' are not included.*

## ALLOCATION OF ASSETS

| | Cash | Equities | Fixed Income & Preferred Securities | Alternatives | Structured Investments | Other |
|---|---|---|---|---|---|---|
| Cash, BDP, MMFs | $76.30 | — | — | — | — | — |
| Stocks | — | $8.30 | — | — | — | — |
| **TOTAL ALLOCATION OF ASSETS** | **$76.30** | **$8.30** | **—** | **—** | **—** | **—** |

## ACTIVITY

### CASH FLOW ACTIVITY BY DATE

| Activity Date | Settlement Date | Activity Type | Description | Comments | Quantity | Price | Credits/(Debits) |
|---|---|---|---|---|---|---|---|
| 10/18 | | Online Transfer | ACH DEPOSIT | REFID:119772340906; | | | $100.00 |
| 10/31 | | Interest Income | MORGAN STANLEY BANK N.A. | (Period 10/01-10/31) | | | 0.01 |
| **NET CREDITS/(DEBITS)** | | | | | | | **$100.01** |

### MONEY MARKET FUND (MMF) AND BANK DEPOSIT PROGRAM ACTIVITY

| Activity Date | Activity Type | Description | Credits/(Debits) |
|---|---|---|---|
| 10/21 | Automatic Investment | BANK DEPOSIT PROGRAM | $76.29 |



**CLIENT STATEMENT** | For the Period October 1-31, 2024

## Account Detail

Self-Directed Brokerage Account
120-812944-204

MICHELLE MILLER

### MONEY MARKET FUND (MMF) AND BANK DEPOSIT PROGRAM ACTIVITY (CONTINUED)

| Activity Date | Activity Type | Description | Credits/(Debits) |
|---|---|---|---|
| 10/31 | Automatic Investment | BANK DEPOSIT PROGRAM | 0.01 |
| **NET ACTIVITY FOR PERIOD** | | | **$76.30** |

## MESSAGES

**Senior Investor Helpline**

For any inquiries or potential concerns, senior investors or someone acting on their behalf may contact our Firm by calling (800) 280-4534.

**E✻TRADE**
from Morgan Stanley

This page intentionally left blank



| Statement Period | 09/01/2024 – 09/30/2024 |
|---|---|
| Account Name | |
| Account Number | |
| Account Type | MARGIN |
| Account Address | |

Welcome to your Webull Summary Statement!

This document provides a comprehensive overview of your investment activities and holdings within your Webull brokerage account  It serves as a record of your transactions  portfolio performance  and important account details  Details regarding participation in fully paid securities lending are also provided here  A glossary of key definitions and important terms are provided at the end of the document

Please note that this statement is for informational purposes only and does not provide personalized investment advice  If you have any questions or need assistance  our customer support team is available to help

Please note that externally held assets are included on the statement solely as a courtesy  information (including valuation) for such externally held assets is derived from external sources for which the member is not responsible  and externally held assets may not be covered by SIPC  Funds deposited with Program Banks of Webull s Cash Management Program are insured  in aggregate  up to $250 000 per Program Bank  per depositor  for each account ownership category  by the FDIC  For joint accounts  FDIC coverage is available up to $500 000 per Program Bank

Happy investing with Webull!

**OFFICE SERVING YOU**

Webull Financial LLC

Member FINRA (CRD  289063)  SIPC

44 Wall Street  2nd Floor

New York  NY 10005

support@webull us

1 (888) 828 0618

**WEBULL S CLEARING BROKER**

Apex Clearing Corporation

Member FINRA (CRD  13071)  SIPC

350 N  St  Paul Suite 1300

Dallas  TX 75201

cs@apexclearing com

## SUMMARY STATEMENT

This section provides a consolidated view of assets held in your brokerage account at Webull including cash and securities and assets related to the activity in your brokerage account but held outside of Webull including fully paid securities lent to Apex through your participation in the Apex Clearing Fully Paid Securities Lending Program the collateral you held through the FPSL Program's Trustee and cash you hold in Webull's FDIC insured bank sweep program

| Assets Held In Webull Account | Prior Month  Aug 31,2024 | Current Month  Sep 30 2024 | | | |
|---|---|---|---|---|---|
| | Total | Long | Short | Total | Change |
| SIPC Cash Balance | 103 84 | | | 103 84 | +0 00 |
| Stock | 2 451 42 | 2 434 11 | 0 00 | 2 434 11 | 17 31 |
| Bonds | 0 00 | 0 00 | 0 00 | 0 00 | +0 00 |
| Options | 0 00 | 0 00 | 0 00 | 0 00 | +0 00 |
| Mutual Funds | 0 00 | 0 00 | 0 00 | 0 00 | +0 00 |
| Securities Lent | 0 00 | 0 00 | 0 00 | 0 00 | +0 00 |
| **Assets Held Away From Webull Account** | | | | | |
| FDIC Cash Balance | 0 00 | | | 0 00 | +0 00 |
| Collateral Value | 0 00 | 0 00 | 0 00 | 0 00 | +0 00 |
| Total(Combined Assets) | 2 555 26 | 2 434 11 | 0 00 | 2 537 95 | 17 31 |

## CASH BALANCE DETAIL

| | SIPC Cash Balance | FDIC Cash Balance | Total |
|---|---|---|---|
| Opening | 103 84 | 0 00 | 103 84 |
| Closing | 103 84 | 0 00 | 103 84 |

Important Notice  Webull is a Member of SIPC which protects securities customers of its members up to $500 000 (including $250 000 for claims for cash)  Funds deposited at Program Banks in the Webull Cash Management Program are insured  in aggregate  up to $250 000 per Program Bank  per depositor  for each account ownership category  by the FDIC

## CASH REPORT SUMMARY

This section provides a summary of all cash deposits  withdrawals  and other movements within your Webull brokerage account during the statement period  Key definitions and terms can be found at the end of this document

| | USD |
|---|---|
| Opening Cash | 103 84 |
| Deposits | 0 00 |
| Withdrawals | 0 00 |
| Trades (Sold) | 0 00 |
| Trades (Bought) | 0 00 |
| Fee | 0 00 |
| Tax | 0 00 |
| Commission | 0 00 |
| Dividends | 0 00 |
| Interest | 0 00 |
| Others | 0 00 |
| Closing Cash | 103 84 |
| Closing Cash (Settled) | 103 84 |

## OPEN POSITIONS

### Equities & Options

| Symbol | Cusip | Quantity | Multi | Closing Price | Amount |
|---|---|---|---|---|---|
| AMPY | 03212B103 | 1 | 1 | 6 53 | 6 53 |
| BBLNF | G07031209 | 15 | 1 | 0 0001 | 0 00 |
| CEIN | 13200M607 | 6 | 1 | 0 0217 | 0 13 |
| FNGR | 31788K108 | 20 | 1 | 2 18 | 43 60 |
| GME | 36467W109 | 1 | 1 | 22 93 | 22 93 |
| GNS | Y3005A117 | 30 | 1 | 0 9080 | 27 24 |
| LAES | G79483106 | 12 | 1 | 0 4399 | 5 28 |
| MMATQ | 59134N302 | 509 | 1 | 0 3700 | 188 33 |
| MMTLPWB | US8AQ9903 | 15 | 1 | 0 0000 | 0 00 |
| MULN | 62526P505 | 1 | 1 | 3 15 | 3 15 |
| OXY | 674599105 | 5 | 1 | 51 54 | 257 70 |
| SAVA | 14817C107 | 56 | 1 | 29 43 | 1 648 08 |
| TNXP | 890260847 | 1 | 1 | 0 1485 | 0 15 |
| UNG | 912318409 | 1 | 1 | 16 33 | 16 33 |
| WKEY | 97727L408 | 42 | 1 | 2 32 | 97 44 |
| XOM | 30231G102 | 1 | 1 | 117 22 | 117 22 |

## ACCOUNT ACTIVITY

| Date | Transaction | Currency | Account Type | Symbol | Cusip | Quantity | Amount | Description |
|---|---|---|---|---|---|---|---|---|
| 09/17/2024 | Corporate Action | | MARGIN | MULN | 62526P406 | 1 | | MULLEN AUTOMOTIVE INC  Reverse Split @100 1  into 62526P505 |
| 09/17/2024 | Corporate Action | | MARGIN | MULN | 62526P505 | 1 | | MULLEN AUTOMOTIVE INC  Reverse Split @100 1  Result of Reverse Split |

## NOTES

### KEY DEFINITIONS AND TERMS

1  Accrued Dividends  The pending dividend section includes unpaid cash dividends that the shareholder is entitled to receive but have not been distributed in the statement period  Most often due to the declared payment date being in the future outside of the statement period

2  Accrued Balance  Interest is charged monthly  so this section will be the total interest incurred by the user in the statement period  rather than the portion of the interest charged  Additional detail provided in the important information section below

3  Trades (Sold)  Cash from selling securities

4  Trades (Bought)  Cash spent on buying securities

5  Multiplier(Mult)  In an individual stock option  the value of the contract is expressed as the product of a certain monetary amount and the underlying index  The certain monetary amount is fixed by the contract  which is referred to as the contract multiplier  At present  the stock is 1 by default and the individual stock option is 100

6  Closing Price  Last traded price on the last trading date of the month  Note  closing prices are indicative and may be from third party sources  Webull does not warrant the accuracy of the prices provided by third-party sources

7  The sum of Exchange related fees  transaction related fees  stamp duty  withholding tax  contract fees  commissions  or other fees or taxes

8  Webull does not charge any fees for currency exchanges  Exchange rate is prone to be impacted by the market exchange rates  Please take exchange rates on market as reference

9  All transactions are based on a First in  First-out ( FIFO ) method

10  Trade Records  Displays all GTC (Good Till Cancelled) orders in your account  Also included in the section is GTX orders (GTC orders eligible for extended trading hours)

11  Account Types  C = Cash  M = Margin  S = Short  X = RVP/DVP  and O = Other

12  FPSL  The Apex Clearing Corporation Fully Paid Securities Lending Program

13  Market Value of Securities Held Long  includes the market value of securities held in non short account types (i e  Cash account  Margin account)

14  Market Value of Securities Held Short  includes the market value of securities held in the short account type  Bona fide short positions will mark to market on a daily basis between the margin and short account types based on prevailing closing prices of the security which was shorted

15  Market Value of Fully Paid Securities Loaned  The market value of the fully paid securities you have loaned through participating in the Apex Clearing Corporation Fully Paid Securities Lending Program

16  Collateral Value and Loan Value  Collateral Value and Loan Value are related to the fully paid securities lent by you under the FPSL program  Collateral Value is the amount of collateral (e g  cash) held on your behalf through the program s Trustee for your benefit at a bank  Loan Value is the market value of the fully paid securities you have loaned  subject to rounding convention  through participating in the FPSL Program  See the Master Securities Lending Agreement for Apex Clearing Corporation Fully Paid Securities Lending Program for complete program details

17  Portfolio Market Value  The sum of the cash in your account (i e  Total Cash Value)  the securities in your account (i e  Market Value of Securities in Your Account)  and the market value of the fully paid securities on loan (i e  Market Value of Fully Paid Securities Loaned)

18  Payment in Lieu  Cash distributions paid on fully paid securities on loan in the Securities Lending Income Program will be credited to your Webull account in the form of a  cash in lieu  payment  Receipt of cash in lieu payments may have different taxable consequences than receipt of the actual dividends from the issuer

19  SIPC Cash Balance  Cash held in the brokerage account

20  FDIC Cash Balance  Cash swept into Program Banks through the bank sweep program

**IMPORTANT INFORMATION**

1  Webull carries your account on an omnibus basis with Apex Clearing Corporation  which acts as the clearing broker

2  If there are any material changes regarding your contact information  investment objectives  or financial situation  advise Webull promptly by updating your information using the Webull platform or by contacting support@webull us

3  If this is a margin account and we maintain a special memorandum account for you  this is a combined statement of your general account and special memorandum account maintained for you under Regulation T issued by the Board of Governors of the Federal Reserve System  The permanent record of the special memorandum account as required by Regulation T is available for your inspection at your request

4  The interest charged on the debit balance in your account is shown on this statement  Interest on debit balances is calculated for each calendar day and charged monthly  The interest settlement cycle begins from the prior month s settlement date to the latest settlement date before the 15th of each month  The margin rate is variable and is determined by the size of the margin loan  The margin rate is set at Webull s discretion and is subject to change without notice  The daily interest charge is calculated by multiplying the debit balance by the margin interest rate divided by a 360 calendar year  When calculating margin interest  the free credit balance in the account will offset any debit in the margin account and the interest will be charged on the net debit balance

5  We are required to report to the Internal Revenue Service all cash dividends and registered bond interest credited to your account on securities held for you in your name  All dividends and interest credits should be included in your income tax return  Webull s policy is to pay all dividends and interest in US Dollars  Webull will allow the following countries to be paid in their foreign currency (Canadian Dollars  British Pounds  Euros  Argentine Peso  Chinese Renminbi  Korean Won  Philippine Peso and Brazilian Real)

6  Information related to fees and other charges incurred in connection with listed options transactions occurring during the month has previously been furnished to you in confirmation of such transactions  A summary of this information will be made available to you promptly upon request  Exercise assignment notices for option contracts are randomly allocated among customer short accounts  A more detailed description of our random allocation procedure is available upon request

7  SIPC Coverage  Webull is a Member of SIPC  which protects securities customers of its members up to $500 000 (including $250 000 for claims for cash)  Explanatory brochure available upon request or at www sipc org  Deposits held away from Webull may not qualify under SIPC protection

8  Any free credit balance represents funds payable upon demand which  although properly accounted for on our books of records  is not segregated and may be used in the conduct of this firm s business as permissible under the SEC Rule 15c3 2

9  Rate on Customer Collateral represents the interest paid on the collateral posted to the customer's account and received from lending stock  A positive rate indicates a benefit to the lender

10  Fixed Income  Bond transactions are executed by our clearing broker  Apex  who charges a mark up or mark down on the trade  Apex shares a negotiated portion of this markup with its vendor  Moment  and with Webull  A mark up and mark down will impact the price you pay for a bond transaction and may impact your effective yield on the bond  Call features for bonds  preferred stocks  and other convertible securities may affect the yield on your investment  For zero coupon  compound interest and multiplier securities  there are no periodic payments and securities may be callable below maturity value without notice to a holder unless registered  Redeeming or selling your position prior to maturity may reduce the yield or result in a loss  For additional information regarding bond yield  please contact support@webull us

11  Fixed income securities carry various risks including interest rate risk  inflation risk  callable risk  liquidity  and default risk  If the debt security is unrated by a nationally recognized statistical rating organization  it may pose a high risk of default  You should consult a financial advisor to determine whether unrated bonds are appropriate for your portfolio considering your goals and your financial circumstances  Additional information regarding the risk of bond trading is available at www webull com /policy

12  Investors should be aware that money market mutual funds are not guaranteed  their share value may fluctuate  and there is a risk of loss  including the possible loss of principal  See additional details in the Mutual Fund Risk Disclosure on www webull com/policy

**NOTICE TO CUSTOMERS**

1  Webull utilizes the service of Apex Clearing Corporation ( Apex") as a custodian to hold clients  assets in omnibus accounts  Apex  a full-service broker-dealer  is a member of FINRA and SIPC  As custodian  Apex is responsible for holding  maintaining and handling assets in the manner instructed by Webull as per the clients  direction  As a clearing agent  Apex provides securities clearance and may order execution based on Webull instructions  By opening an account at Webull  you have agreed to Webull's use of an omnibus account with Apex as custodian

2  You are a customer of Webull  Apex is not involved with or has any responsibility for decisions regarding securities transactions in your account  Webull is responsible for opening  approving  and monitoring all activities in connection with your account  The entry of orders and any instructions regarding the deposit or withdrawal of securities or monies should be made through Webull

3  Interest charges to your account may be based on the size and net debit balance during the interest period  These rates are subject to revision  For more complete information regarding interest charges to customers  consult the Webull Fee Schedule available at webull com/pricing

4  Fully Paid Lending Program  Customers participating in the Fully Paid Securities Lending Program should be aware that shares on loan are not covered by SIPC  Cash collateralizing fully paid securities loaned are held at Wilmington Trust and are not subject to SIPC protections  Please consult the Master Securities Lending Agreement for additional information  available at webull com/policy

5  In case of errors or questions about your electronic transfers  if you think your statement or receipt is wrong  or if you need more information about a transaction listed  email support@webull us  Webull must hear from you no later than 60 days after you were sent the first statement on which the problem or error appeared  When reaching out  please include your name  account number  a description of the item you are unsure about  a clear explanation as to why you believe it is an error and the dollar amount of the suspected error

6   Webull will investigate your complaint and will correct any error promptly  If we take more than 10 business days to do this  Webull will credit your account for the amount you think is in error  so that you will have the use of the funds during the time it takes Webull to complete our investigation

7   FINRA Investor Brochure  Webull is a member of FINRA and we are required to inform you of the availability of the FINRA Investor Brochure which contains information on FINRA BrokerCheck  You may contact FINRA at 800 289  9999 or at their website www finra org  Webull carries your account and acts as your custodian for funds and Apex acts as your custodian for securities  Any suspected inaccuracy or discrepancy in your account statement must be promptly reported to Webull  In order to protect your rights  including your right to SIPC coverage  please confirm any oral communication in writing and include your brokerage account number  General inquiries or concerns regarding your account should be directed to Webull  Account positions and balance inquiries  or concerns should be directed to Webull via the Help Center

8   The SEC requires all broker-dealers that route orders in equity securities and options to make available quarterly reports that present a general overview of their routing practices  The reports must identify the significant venues to which customer orders were routed for execution during the applicable quarter and disclose the material aspect of the broker-dealer's relationship with such venues  In addition  the Rule (SEC 606) requires broker-dealers to disclose  on customer request  the venues to which the six months prior to the request  and the execution time for the orders that were executed  For further information  please contact Webull

9   All trade confirmations are transmitted on or about the transaction date  For certain Index Options Webull charges a per contract fee  referred to as the Webull Index Option Contract Fee  The Tax/Fee column is an aggregate of the following fees  the Webull Index Option Contract Fee  the Proprietary Index Option Fee  the OCC fee  the Regulatory Transaction (SEC) Fee  Trading Activity Fee (TAF)  and Options Regulatory Fee (ORF)  whenever applicable  For more details please visit www webull com/pricing

10  Cost Basis for Foreign Account Statements  Cost basis is required to be reported in U S  dollars for tax purposes  It is the responsibility of the account holder to convert sales proceeds paid in foreign currency to U S  dollars to avoid inaccurate cost basis calculations  When reporting the purchase or sale  you must determine the U S  dollar amounts to be reported as of the settlement date  at the spot rate or by following a reasonable spot rate convention  See Regulations section 1 6045 1(d)(8)

11  Please retain this statement as it will be helpful in preparing your income tax returns and may be needed along with subsequent statements to verify interest charges in your account  This statement shall be deemed conclusive unless objected to in writing within 10 days of the statement closing date  Mutual funds and other securities are not insured by FDIC  are not deposits  obligations of Webull

12  A financial statement of Webull Financial LLC is available for your personal inspection at www webull com or a copy of it can be mailed to you upon your written request

13  Please contact Webull Financial LLC ("Webull") customer service to report any inaccuracy or discrepancy in this statement via in App ticket  email at support@webull us  or by phone at 1 (888) 828-0618

## STATEMENT OF FINANCIAL CONDITION

1   Pursuant to the Securities Exchange Act of 1934  Webull Financial LLC ( Webull ) is required to provide clients with certain financial information  The unaudited Statement of Financial Condition of Webull Financial LLC as of June 30  2024 is available on the Webull website at www webull com/policy  A copy of this document may also be obtained at no cost by calling Webull at 1 (888) 828-0618

2   On June 30  2024  Webull Financial LLC had net capital of $142 347 631 which exceeded its required net capital of $4 079 266 by $138 268 365



**CLIENT STATEMENT** | For the Period October 1-31 2024

**STATEMENT FOR**



| | |
|---|---|
| **Beginning Total Value** (as of 10/1/24) | **$12 00** |
| **Ending Total Value** (as of 10/31/24) | **$84 60** |
| *Includes Accrued Interest* | |

**Access Your Account Online At**
www etrade com or call 800-387-2331

*Morgan Stanley Smith Barney LLC  Member SIPC*
*E*TRADE is a business of Morgan Stanley*

#BWNJGWM



*INVESTMENTS AND INSURANCE PRODUCTS  NOT FDIC INSURED • NOT A BANK DEPOSIT •*
*NOT INSURED BY ANY FEDERAL GOVERNMENT AGENCY • NOT BANK GUARANTEED •*
*MAY LOSE VALUE • UNLESS SPECIFICALLY NOTED  ALL VALUES ARE DISPLAYED IN USD*

**E✲TRADE**
from Morgan Stanley

# Standard Disclosures

The following Disclosures are applicable to the enclosed statement(s) Expanded Disclosures are attached to your most recent June and December statement (or your first Statement if you have not received a statement for those months) The Expanded Disclosures are also available online or by contacting us by using the contact information on the statement cover page

**Questions?**
Questions regarding your account may be directed to us by using the contact information on the statement cover page

**Errors and Inquiries**
Be sure to review your statement promptly  and immediately address any concerns regarding entries that you do not understand or believe were made in error by contacting us by using the contact information on your statement cover page  Oral communications regarding any inaccuracy or discrepancy in this statement should be re confirmed in writing to further protect your rights  including rights under the Securities Investor Protection Act (SIPA)  Your statement will be deemed correct unless we receive a written inquiry of a suspected error  See your account documentation for special rules regarding your rights and responsibilities with respect to erroneous electronic fund transfers  including a description of the transfers covered  For concerns or complaints  contact us

**Senior Investor Helpline**
Senior Investor clients or those acting on their behalf have a convenient way to communicate with our Firm by calling us at (800) 280 4534 Monday-Friday 9am 7pm Eastern Time

**Availability of Free Credit Balances and Financial Statements**
Under the customer protection rules of the SEC [17 CFR §240 15c3 3]  we may use funds comprising free credit balances carried for customer accounts here  provided that these funds are payable to customers on demand (i e  are free of a lien or right of set off in our favor or on behalf of some third party to whom you have given control)  A financial statement of this organization is available for your personal inspection at its offices  or a copy will be mailed to you upon your written request

**Listed Options**
Information with respect to commissions and other charges related to the execution of options transactions has been included in confirmations of such transactions previously furnished to you and such information will be made available to you promptly at your request Promptly advise us of any material change in your investment objectives or financial situation

**Important Information if You are a Margin Customer** (not available for certain retirement accounts)
If you have margin privileges  you may borrow money from us in

exchange for pledging assets in your accounts as collateral for any outstanding margin loan  The amount you may borrow is based on the value of the eligible securities in your margin accounts  If a security has eligible shares  the number of shares pledged as collateral will be indicated below the position

**Margin Interest Charges**
We calculate interest charges on margin loans as follows  (1) multiply the applicable margin interest rate by the daily close of business net settled debit balance  and (2) divide by 360 (days)  Margin interest accrues daily throughout the month and is added to your debit balance at month end  The month end interest charge is the sum of the daily accrued interest calculations for the month  We add the accrued interest to your debit balance and start a new calculation each time the applicable interest rate changes and at the close of every statement month  For interest rate information  log into your account online and select your account with a Margin agreement to view more information

**Information Regarding Special Memorandum Account**
If you have a Margin Account  this is a combined statement of your Margin Account and Special Memorandum Account maintained for you under Section 220 5 of Regulation T issued by the Board of Governors of the Federal Reserve System  The permanent record of the Special Memorandum Account as required by Regulation T is available for your inspection at your request

**Important Information About Auction Rate Securities**
For certain Auction Rate Securities there is no or limited liquidity Therefore  the price(s) for these Auction Rate Securities are indicated by N/A (not available)  There can be no assurance that a successful auction will occur or that a secondary market exists or will develop for a particular security

**Structured Investments Risks and Considerations**
Structured Investments (Structured Products) are complex products and may be subject to special risks  Investors should consider the concentration risk of owning the related security and their total exposure to any underlying asset  Structured Investments  which may appear in various statement product categories and are identified on the Position Description Details line as  Asset Class  Struct Inv  may not perform in a manner consistent with the statement product category where they appear and therefore may not satisfy portfolio asset allocation needs for that category  For information on the risks and conflicts of interest related to Structured Investments generally  log in to Morgan Stanley Online and go to www morganstanley com/structuredproductsrisksandconflicts

**Security Measures**
This statement features several embedded security elements to safeguard its authenticity  One is a unique blue security rectangle

printed in heat sensitive ink on the back of every page  When exposed to warmth  the color will disappear  and then reappear

**SIPC Protection**
We are a member of Securities Investor Protection Corporation (SIPC) which protects securities of its customers up to $500 000 (including $250 000 for claims for cash)  An explanatory brochure is available upon request or at www sipc org  Losses due to market fluctuation are not protected by SIPC and assets not held with us may not be covered by SIPC protection  To obtain information about SIPC  including an explanatory SIPC brochure  contact SIPC at 1 202 371 8300 or visit www sipc org

**Transaction Dates and Conditions**
Upon written request  we will furnish the date and time of a transaction and the name of the other party to a transaction  We and/or our affiliates may accept benefits that constitute payment for order flow Details regarding these benefits and the source and amount of any other remuneration received or to be received by us in connection with any transaction will be furnished upon written request

**Equity Research Ratings Definitions and Global Investment Manager Analysis Status**
Some equity securities may have research ratings from Morgan Stanley & Co  LLC or Morningstar  Inc  Research ratings are the research providers  opinions and not representations or guarantees of performance  For more information about each research provider's rating system  see the Research Ratings on your most recent June or December statement (or your first statement if you have not received a statement for those months)  go online or refer to the research provider's research report  Research reports contain more complete information concerning the analyst's views and you should read the entire research report and not infer its contents from the rating alone  If your account contains an advisory component or is an advisory account  a GIMA status will apply

**Credit Ratings from Moody's Investors Service and Standard & Poor's**
The credit rating from Moody s Investors Service and Standard & Poor s may be shown for certain securities  All credit ratings represent the opinions of the provider and are not representations or guarantees of performance  Please contact us if you need further information or assistance in interpreting these credit ratings

Revised 11/2022

# E✳TRADE
from Morgan Stanley

**CLIENT STATEMENT** | For the Period October 1-31  2024

Page 3 of 8

## Account Summary

Self-Directed Brokerage Account

### CHANGE IN VALUE OF YOUR ACCOUNT (Includes accrued interest)

| | This Period (10/1/24 10/31/24) | This Year (1/1/24 10/31/24) |
|---|---|---|
| **TOTAL BEGINNING VALUE** | **$12 00** | **$569 53** |
| Credits | 100 00 | 200 00 |
| Debits | — | (98 15) |
| Security Transfers | — | — |
| **Net Credits/Debits/Transfers** | **$100 00** | **$101 85** |
| Change in Value | (27 40) | (586 78) |
| **TOTAL ENDING VALUE** | **$84 60** | **$84 60** |

### MARKET VALUE OVER TIME
*The below chart displays the most recent thirteen months of Market Value*



*The percentages above represent the change in dollar value from the prior period  They do not represent account investment performance  as they do not consider the impact of contributions and withdrawals nor other factors that may have affected performance calculations  No percentage will be displayed when the previous month reflected no value*

### ASSET ALLOCATION (Includes accrued interest)

| | Market Value | Percentage |
|---|---|---|
| Cash | $76 30 | 90 19 |
| Equities | 8 30 | 9 81 |
| **TOTAL VALUE** | **$84 60** | **100 00%** |

*FDIC rules apply and Bank Deposits are eligible for FDIC insurance but are not covered by SIPC  Cash and securities (including MMFs) are eligible for SIPC coverage  See Expanded Disclosures Values may include assets externally held  as a courtesy  and may not be covered by SIPC  Foreign Exchange (FX) is neither FDIC nor SIPC insured  For additional information  refer to the corresponding section of this statement*



*This asset allocation represents holdings on a trade date basis  and projected settled Cash/BDP and MMF balances   These classifications do not constitute a recommendation and may differ from the classification of instruments for regulatory or tax purposes*

**E✱TRADE**
from Morgan Stanley

**CLIENT STATEMENT** | For the Period October 1-31 2024

# Account Summary

Self-Directed Brokerage Account

## BALANCE SHEET (^ Includes accrued Interest)

| | Last Period (as of 9/30/24) | This Period (as of 10/31/24) |
|---|---|---|
| Cash BDP MMFs | — | $76 30 |
| Stocks | 35 71 | 8 30 |
| **Total Assets** | **$35 71** | **$84 60** |
| Cash, BDP, MMFs (Debit) | (23 71) | — |
| **Total Liabilities** (outstanding balance) | **$(23 71)** | — |
| **TOTAL VALUE** | **$12 00** | **$84 60** |

## INCOME AND DISTRIBUTION SUMMARY

| | This Period (10/1/24 10/31/24) | This Year (1/1/24 10/31/24) |
|---|---|---|
| Interest | $0 01 | $0 01 |
| **Income And Distributions** | **$0 01** | **$0 01** |
| **Tax-Exempt Income** | — | — |
| **TOTAL INCOME AND DISTRIBUTIONS** | **$0 01** | **$0 01** |

*Taxable and tax exempt income classifications are based on the characteristics of the underlying securities and not the taxable status of the account*

## CASH FLOW

| | This Period (10/1/24 10/31/24) | This Year (1/1/24 10/31/24) |
|---|---|---|
| **OPENING CASH, BDP, MMFs** | **$(23 71)** | **$(25 56)** |
| Income and Distributions | 0 01 | 0 01 |
| **Total Investment Related Activity** | **$0 01** | **$0 01** |
| Electronic Transfers Credits | 100 00 | 200 00 |
| Electronic Transfers Debits | — | (60 00) |
| Other Debits | — | (38 00) |
| Interest Charged | — | (0 15) |
| **Total Cash Related Activity** | **$100 00** | **$101 85** |
| **Total Card/Check Activity** | — | — |
| **CLOSING CASH, BDP, MMFs** | **$76 30** | **$76 30** |

## GAIN/(LOSS) SUMMARY

| | Realized This Period (10/1/24 10/31/24) | Realized This Year (1/1/24 10/31/24) | Unrealized Inception to Date (as of 10/31/24) |
|---|---|---|---|
| Short-Term (Loss) | — | — | $(91 81) |
| Long Term (Loss) | — | — | (4 533 48) |
| **TOTAL GAIN/(LOSS)** | — | — | **$(4,625 29)** |

*The Gain/(Loss) Summary which may be subsequently adjusted is provided for Informational purposes and should not be used for tax preparation For additional detail please visit www etrade com*

**E✱TRADE**
from Morgan Stanley

**CLIENT STATEMENT** | For the Period October 1-31 2024

## Account Detail

Self Directed Brokerage Account

**Brokerage Account**

**Investment Objectives (in order of priority)** Income
*Inform us if your investment objectives as defined in the Expanded Disclosures change*

## HOLDINGS

*This section reflects positions purchased/sold on a trade date basis Market Value and Unrealized Gain/(Loss) may not reflect the value that could be obtained in the market Your actual investment return may differ from the unrealized gain/(loss) displayed Fixed Income securities are sorted by maturity or pre refunding date and alphabetically within date Estimated Annual Income a) is calculated on a pre tax basis b) does not include any reduction for applicable non US withholding taxes c) may include return of principal or capital gains which could overstate such estimates and d) for holdings that have a defined maturity date within the next 12 months is reflected only through maturity date Actual Income or yield may be lower or higher than the estimates Current Yield is an estimate for informational purposes only It reflects the income generated by an investment and is calculated by dividing the total estimated annual income by the current market value of the entire position It does not reflect changes in its price Structured Investments identified on the Position Description Details line as Asset Class Struct Inv may appear in various statement product categories When displayed the accrued interest annual income and current yield for those with a contingent income feature (e g Range Accrual Notes or Contingent Income Notes) are estimates and assume specified accrual conditions are met during the relevant period and payment in full of all contingent interest For Floating Rate Securities the accrued interest annual Income and current yield are estimates based on the current floating coupon rate and may not reflect historic rates within the accrual period*

*For additional information related to Unrealized and Realized Gain/(Loss) and tax lot details including cost basis please visit www etrade com The information presented on the statement should not be used for tax purposes*

## CASH, BANK DEPOSIT PROGRAM AND MONEY MARKET FUNDS

*Cash Bank Deposit Program and Money Market Funds are generally displayed on a settlement date basis You have the right to instruct us to liquidate your bank deposit balance(s) or shares of any money market fund balance(s) at any time and have the proceeds of such liquidation remitted to you Estimated Annual Income Accrued Interest and APY% will only be displayed for fully settled positions Under the Bank Deposit Program free credit balances held in an account(s) at Morgan Stanley Smith Barney LLC are automatically deposited into an interest bearing deposit account(s) at Morgan Stanley Bank N A and/or Morgan Stanley Private Bank National Association each a national bank FDIC member and an affiliate of Morgan Stanley Under certain circumstances deposits may be held at other FDIC insured Program Banks For more information regarding the Bank Deposit Program and the Program Banks go to www etrade com/bdpdisclosure Cash and interest from required Pattern Day Trader minimum equity amounts are retained in Cash Balance Program*

| Description | | | | Market Value | 7 Day Current Yield % | Est Ann Income | APY % |
|---|---|---|---|---|---|---|---|
| **MORGAN STANLEY BANK N A** | | | | $76 30 | — | $0 01 | 0 010 |

| | Percentage of Holdings | | | Market Value | | Est Ann Income | |
|---|---|---|---|---|---|---|---|
| **CASH, BDP, AND MMFs** | 90 19% | | | $76 30 | | $0 01 | |

## STOCKS
### COMMON STOCKS

| Security Description | Quantity | Share Price | Total Cost | Market Value | Unrealized Gain/(Loss) | Est Ann Income | Current Yield % |
|---|---|---|---|---|---|---|---|
| **META MATERIALS INC NEW (MMATQ)** | 88 000 | $0 071 | $4 721 54 | $6 25 | $(4,037 95) | — | — |
| *Asset Class Equities* | | | | | | | |

# E✲TRADE
from Morgan Stanley

**CLIENT STATEMENT** | For the Period October 1-31 2024

## Account Detail

Self-Directed Brokerage Account

| Security Description | Quantity | Share Price | Total Cost | Market Value | Unrealized Gain/(Loss) | Est Ann Income | Current Yield % |
|---|---|---|---|---|---|---|---|
| MULLEN AUTOMOTIVE INC NEW (MULN) | 1 000 | 2 050 | 763 48 | 2 05 | (587 34) | — | — |
| *Asset Class Equities* | | | | | | | |

| | Percentage of Holdings | | Total Cost | Market Value | Unrealized Gain/(Loss) | Est Ann Income | Current Yield % |
|---|---|---|---|---|---|---|---|
| STOCKS | 9 81% | | $5,485 02 | $8 30 | $(4,625 29) | — | — |

| | Percentage of Holdings | | Total Cost | Market Value | Unrealized Gain/(Loss) | Est Ann Income Accrued Interest | Current Yield % |
|---|---|---|---|---|---|---|---|
| TOTAL VALUE | 100 00% | | $5,485 02 | $84 60 | $(4,625 29) | $0 01 | 0 01% |

*Unrealized Gain/(Loss) totals only reflect positions that have both cost basis and market value information available Cash MMF Deposits and positions stating Please Provide or Pending Corporate Actions are not Included*

## ALLOCATION OF ASSETS

| | Cash | Equities | Fixed Income & Preferred Securities | Alternatives | Structured Investments | Other |
|---|---|---|---|---|---|---|
| Cash, BDP MMFs | $76 30 | — | — | — | — | — |
| Stocks | — | $8 30 | — | — | — | — |
| TOTAL ALLOCATION OF ASSETS | $76 30 | $8 30 | — | — | — | — |

## ACTIVITY

### CASH FLOW ACTIVITY BY DATE

| Activity Date | Settlement Date | Activity Type | Description | Comments | Quantity | Price | Credits/(Debits) |
|---|---|---|---|---|---|---|---|
| 10/18 | | Online Transfer | ACH DEPOSIT | REFID 119772340906 | | | $100 00 |
| 10/31 | | Interest Income | MORGAN STANLEY BANK N A | (Period 10/01 10/31) | | | 0 01 |
| **NET CREDITS/(DEBITS)** | | | | | | | **$100 01** |

### MONEY MARKET FUND (MMF) AND BANK DEPOSIT PROGRAM ACTIVITY

| Activity Date | Activity Type | Description | | | | | Credits/(Debits) |
|---|---|---|---|---|---|---|---|
| 10/21 | Automatic Investment | BANK DEPOSIT PROGRAM | | | | | $76 29 |

 

**E✲TRADE**
from Morgan Stanley

Account Detail                                              Self-Directed Brokerage Account

## MONEY MARKET FUND (MMF) AND BANK DEPOSIT PROGRAM ACTIVITY (CONTINUED)

### Activity

| Date | Activity Type | Description | Credits/(Debits) |
|------|---------------|-------------|------------------|
| 10/31 | Automatic Investment | BANK DEPOSIT PROGRAM | 0 01 |

**NET ACTIVITY FOR PERIOD**                                                                                                                                          **$76 30**

## MESSAGES

**Senior Investor Helpline**
For any inquiries or potential concerns  senior investors or someone acting on their behalf may contact our Firm by calling (800) 280 4534





This page intentionally left blank