NVB 5075 (Rev. 10/24)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| IN RE: | BK–24–50792–hlb |
| META MATERIALS INC. | CHAPTER 7 |
| Debtor(s) | NOTICE OF DOCKETING ERROR |

**NOTICE IS ORDERED** that the following docket entry requires correction:

| | |
|---|---|
| Docket Number/Entry: | *232* – Proof of Interest Filed by MICHELLE MILLER (mms) |
| Filed On: | 11/22/24 |
| With A Hearing Date Of: | N/A |
| And A Hearing Time Of: | N/A |

The reason(s) for the required correction(s) is as follows:

* PDF has an incorrect case caption. Please refer to the Local Rules and file an amended pleading or file it in the correct case immediately. The following caption item(s) are incorrect/missing:
    * The case caption must reflect Debtor(s) name exactly as they appear on the docket sheet including terminated parties.

Dated: 11/22/24

*Mary A. Schott*
Mary A. Schott
Clerk of Court

**For additional information, please visit the court's web site at <u>https://www.nvb.uscourts.gov</u>**