NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | PROOF OF INTEREST |
|---|---|

| Name of Debtor: | Case Number: |
|---|---|
| Meta Materials Inc. | 24-50792 -hlb |

| 1.  Name and address of holder of the Equity Interest (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):   Juan Esteban Pabon Rincon    Telephone Number:  203-4967824 | □ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.  ☒ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.  □ Check box if this address differs from the address on the envelope sent to you by the Debtors. | |
|---|---|---|
| NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein. | | COURT USE ONLY |

| Account or other number by which Interest holder identifies Debtor:   0000010219 | Check here if this claim:  □ replaces a previously filed Proof of Interest dated: _____  □ amends a previously filed Proof of Interest dated: _____ |
|---|---|

| 2.  Name and Address of any person or entity that is the record holder for Juan E Pabon R the Equity Interest asserted in this Proof of Interest:  AST Equinit Trust Company, LLC.  Operations Center PO Box 500  Newark, NJ 07101  Telephone Number:  800-937-5449 | 3.  Date Equity Interest was acquired:   Attached is a tax lot record of all purchases made between years 2021 - 2024 |
|---|---|

| 4.  Total amount of member interest:___2200_____ | 5.  Certificate number(s):_____ |
|---|---|

6.  **Type of Equity Interest:**
Please indicate the type of Equity Interest you hold:
☒ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
□ Check this box if your Equity Interest is based on anything else and describe that interest:
**Description:** Investor_____

7.  **Supporting Documents**: Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8.  **Date-Stamped Copy:** To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

9. Signature:
Check the appropriate box.
☒ I am the creditor.    □ I am the creditor's authorized agent.    □ I am the trustee, or the debtor,    □ I am a guarantor, surety, endorser, or other codebtor.
(Attach copy of power of attorney, if any.)    or their authorized agent.    (See Bankruptcy Rule 3005.)
(See Bankruptcy Rule 3004.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name:  Juan E Pabon R.
Title:
Company:___ Address and telephone number (if different from notice address above):
_____

(Signature)

11/6/2024
(Date)

Telephone number: 203 496 7824  email: juanpeople7@yahoo.com

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

| Print Form | Save Form | Clear Form |
|---|---|---|



**AST → EO**
AST is now EQ

EQUINITI TRUST COMPANY, LLC
OPERATIONS CENTER
PO BOX 500
NEWARK, NJ 07101



JUAN E PABON

| | |
|---|---|
| **Statement Date** | October 16, 2024 |
| **Company Name** | META MATERIALS INC (NEW) |
| **Company Number** | 27756 |
| **Stock Exchange** | NASD |
| **Company Ticker Symbol** | MMAT |
| **CUSIP** | 59134N302 |
| **Account Number** | 0000010219 |

equiniti.com/us
help@equiniti.com
800-937-5449

# Transaction Advice

**IMPORTANT** Retain this statement for your investment and tax records

| Account Balance | Restricted | Unrestricted | Total | Account Value | |
|---|---|---|---|---|---|
| DRS/Book Entry Shares | | 2 200 000 | 2,200 000 | Market Value Date | 10/16/2024 |
| Plan Shares | | | | | |
| Certificated Shares | | | | | |
| Total Shares | | | 2.200 000 | | |

Stock quotes are provided for informational purposes only. The quotes are supplied by an independent third-party as of a particular date. EQ does not guarantee the accuracy of such information as at the date of this statement or at any future date. Neither EQ nor its provider will be liable for any errors incompleteness or delays in the information herein, or for any actions taken in reliance thereon.

# Transaction Details

| Transaction Date | Transaction Number | Transaction Type | Shares Debited or Credited |
|---|---|---|---|
| 10/16/2024 | BK*0000240 | BOOK SHARES CREDITED | 2,200.000 |



AST01277560000010219



8953 001 001 00324

MORGAN STANLEY DOMESTIC HOLDINGS, INC
E*TRADE SECURITIES LLC
PO BOX 484
JERSEY CITY  NJ 07303–0484

Account No　█████████
Account Name　JUAN E PABON
Recipient s TIN　█████████

Account Executive No　ET1

ORIGINAL　12/31/2021

## DETAILS OF 2021 INVESTMENT ACTIVITY CONTINUED

| Date | Security Description | CUSIP | Transaction Description | Quantity | Price | Amount | |
|---|---|---|---|---|---|---|---|
| | | | | 180 000 | | | |
| | | | | 14 000 | | | |
| | | | | 17 000 | | | |
| 11/19/21 | META MATLS INC COMMON STOCK | 59134N104 | PURCHASE | 100 000 | $4 24 | $424 00 | |
| 12/01/21 | META MATLS INC COMMON STOCK | 59134N104 | PURCHASE | 126 000 | $3 79 | $477 54 | |
| 12/03/21 | META MATLS INC COMMON STOCK | 59134N104 | PURCHASE | 74 000 | $3 53 | $261 21 | |
| 12/10/21 | META MATLS INC COMMON STOCK | 59134N104 | PURCHASE | 100 000 | $3 14 | $314 00 | |
| 12/15/21 | META MATLS INC COMMON STOCK | 59134N104 | PURCHASE | 100 000 | $2 94 | $293 99 | |

THIS STATEMENT IS NOT A SUBSTITUTE FOR FORM 1099 AND IS PROVIDED FOR INFORMATIONAL PURPOSES ONLY

MORGAN STANLEY DOMESTIC HOLDINGS, INC
E*TRADE SECURITIES LLC
PO BOX 484
JERSEY CITY, NJ 07303-0484

Account No    ▮▮▮▮▮▮▮

Account Name    JUAN E PABON

Recipient's TIN    ▮▮▮▮▮▮▮

Account Executive No    ET1

ORIGINAL    12/31/2021

## DETAILS OF 2021 INVESTMENT ACTIVITY (CONTINUED)

| Date | Security Description | CUSIP | Transaction Description | Quantity | Price | Amount | Additional Information |
|---|---|---|---|---|---|---|---|
| 12/15/21 | META MATLS INC COMMON STOCK | 59134N104 | PURCHASE | 100 000 | $3 09 | $308 91 | |
| 12/17/21 | META MATLS INC COMMON STOCK | 59134N104 | PURCHASE | 100 000 | $2 84 | $284 00 | |

| | | Account No | ▓▓▓▓▓ |
| | | Account Name | JUAN E PABON |
| MORGAN STANLEY DOMESTIC HOLDINGS, INC | | Recipient s TIN | ▓▓▓▓▓ |
| E*TRADE SECURITIES LLC | | | |
| PO BOX 484 | | | |
| JERSEY CITY, NJ 07303-0484 | | Account Executive No | ET1 |
| | | ORIGINAL | 12/31/2022 |

## DETAILS OF 2022 INVESTMENT ACTIVITY CONTINUED

| Date | Security Description | CUSIP | Transaction Description | Quantity | Price | Amount | Additional Information |
|---|---|---|---|---|---|---|---|
| ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | |
| 01/06/22 | META MATLS INC COMMON STOCK | 59134N104 | PURCHASE | 300 000 | $2 58 | $774 00 | |
| 01/14/22 | META MATLS INC COMMON STOCK | 59134N104 | PURCHASE | 200 000 | $2 12 | $423 84 | |
| 01/18/22 | META MATLS INC COMMON STOCK | 59134N104 | PURCHASE | 186 000 | $2 17 | $403 19 | |
| 01/28/22 | META MATLS INC COMMON STOCK | 59134N104 | PURCHASE | 214 000 | $1 45 | $310 30 | |
| 01/31/22 | META MATLS INC COMMON STOCK | 59134N104 | PURCHASE | 200 000 | $1 60 | $320 00 | |
| 02/04/22 | META MATLS INC COMMON STOCK | 59134N104 | PURCHASE | 101 000 | $1 65 | $166 15 | |
| 02/11/22 | META MATLS INC COMMON STOCK | 59134N104 | PURCHASE | 278 000 | $1 92 | $533 73 | |
| 02/11/22 | META MATLS INC COMMON STOCK | 59134N104 | PURCHASE | 321 000 | $1 92 | $615 84 | |
| 02/28/22 | META MATLS INC COMMON STOCK | 59134N104 | PURCHASE | 630 000 | $1 95 | $1,227 93 | |
| 03/02/22 | META MATLS INC COMMON STOCK | 59134N104 | PURCHASE | 165 000 | $1 83 | $302 69 | |
| 04/22/22 | META MATLS INC COMMON STOCK | 59134N104 | PURCHASE | 205 000 | $1 31 | $268 08 | |
| 05/23/22 | META MATLS INC COMMON STOCK | 59134N104 | PURCHASE | 800 000 | $1 85 | $1,480 00 | |
| 06/03/22 | META MATLS INC COMMON STOCK | 59134N104 | PURCHASE | 88 000 | $1 82 | $160 16 | |
| 06/21/22 | META MATLS INC COMMON STOCK | 59134N104 | PURCHASE | 185 000 | $1 60 | $296 00 | |
| 06/29/22 | META MATLS INC COMMON STOCK | 59134N104 | PURCHASE | 427 000 | $1 08 | $461 12 | |
| 08/04/22 | META MATLS INC COMMON STOCK | 59134N104 | PURCHASE | 147 000 | $0 92 | $135 24 | |
| 09/01/22 | META MATLS INC COMMON STOCK | 59134N104 | PURCHASE | 322 000 | $0 79 | $254 17 | |
| 10/11/22 | META MATLS INC COMMON STOCK | 59134N104 | PURCHASE | 14 000 | $0 78 | $10 97 | |
| 10/12/22 | META MATLS INC COMMON STOCK | 59134N104 | PURCHASE | 568 000 | $0 81 | $460 02 | |
| 11/02/22 | META MATLS INC COMMON STOCK | 59134N104 | PURCHASE | 121 000 | $1 35 | $163 07 | |
| 11/18/22 | META MATLS INC COMMON STOCK | 59134N104 | PURCHASE | 591 000 | $1 76 | $1 040 16 | |
| 12/01/22 | META MATLS INC COMMON STOCK | 59134N104 | SELL | 763 000 | $1 85 | $1,411 41 | |
| 12/12/22 | META MATLS INC COMMON STOCK | 59134N104 | PURCHASE | 76 000 | $1 30 | $98 66 | |
| 12/28/22 | META MATLS INC COMMON STOCK | 59134N104 | PURCHASE | 124 000 | $1 08 | $133 81 | |
| 12/30/22 | META MATLS INC COMMON STOCK | 59134N104 | PURCHASE | 300 000 | $1 16 | $346 50 | |
| 11/21/22 | META MATLS INC PFD SER A | 59134N203 | PURCHASE | 61 000 | $11 20 | $688 15 | |
| 11/28/22 | META MATLS INC PFD SER A | 59134N203 | PURCHASE | 55 000 | $10 75 | $596 20 | |
| 12/01/22 | META MATLS INC PFD SER A | 59134N203 | PURCHASE | 156 000 | $9 00 | $1,408 95 | |

THIS STATEMENT IS NOT A SUBSTITUTE FOR FORM 1099 AND IS PROVIDED FOR INFORMATIONAL PURPOSES ONLY

MORGAN STANLEY DOMESTIC HOLDINGS  INC
E*TRADE SECURITIES LLC
PO BOX 484
JERSEY CITY, NJ 07303-0484

| | |
|---|---|
| Account No | ▓▓▓▓▓ |
| Account Name | JUAN E PABON |
| Recipient's TIN | ▓▓▓▓▓ |
| Account Executive No | ET1 |
| ORIGINAL | 12/31/2022 |

## DETAILS OF 2022 INVESTMENT ACTIVITY CONTINUED

| Date | Security Description | CUSIP | Transaction Description | Quantity | Price | Amount | Additional Information |
|---|---|---|---|---|---|---|---|
| 12/02/22 | META MATLS INC PFD SER A | 59134N203 | PURCHASE | 73 000 | $8 25 | $607 20 | |
| 12/08/22 | META MATLS INC PFD SER A | 59134N203 | PURCHASE | 32 000 | $5 20 | $171 35 | |
| 12/08/22 | META MATLS INC PFD SER A | 59134N203 | PURCHASE | 1 600 000 | $5 20 | $8 324 95 | |
| ▓▓▓▓ | ▓▓▓▓ | ▓▓▓▓ | ▓▓▓▓ | ▓▓▓▓ | | ▓▓▓▓ | |
| ▓▓▓▓ | ▓▓▓▓ | ▓▓▓▓ | ▓▓▓▓ | ▓▓▓▓ | | ▓▓▓▓ | |
| ▓▓▓▓ E | ▓▓▓▓ | ▓▓▓▓ | ▓▓▓▓ | ▓▓▓▓ | | ▓▓▓▓ | |
| ▓▓▓▓ E | ▓▓▓▓ | ▓▓▓▓ | ▓▓▓▓ | ▓▓▓▓ | | ▓▓▓▓ | |
| ▓▓▓▓ E | ▓▓▓▓ | ▓▓▓▓ | ▓▓▓▓ | ▓▓▓▓ | | ▓▓▓▓ | |
| ▓▓▓▓ E | ▓▓▓▓ | ▓▓▓▓ | ▓▓▓▓ | ▓▓▓▓ | | ▓▓▓▓ | |
| ▓▓▓▓ E | ▓▓▓▓ | ▓▓▓▓ | ▓▓▓▓ | ▓▓▓▓ | | ▓▓▓▓ | |
| ▓▓▓▓ E | ▓▓▓▓ | ▓▓▓▓ | ▓▓▓▓ | ▓▓▓▓ | | ▓▓▓▓ | |
| ▓▓▓▓ | ▓▓▓▓ | ▓▓▓▓ | ▓▓▓▓ | ▓▓▓▓ | | ▓▓▓▓ | |
| ▓▓▓▓ | ▓▓▓▓ | ▓▓▓▓ | ▓▓▓▓ | ▓▓▓▓ | | ▓▓▓▓ | |
| ▓▓▓▓ | ▓▓▓▓ | ▓▓▓▓ | ▓▓▓▓ | ▓▓▓▓ | | ▓▓▓▓ | |
| ▓▓▓▓ | ▓▓▓▓ | ▓▓▓▓ | ▓▓▓▓ | ▓▓▓▓ | | ▓▓▓▓ | |
| ▓▓▓▓ | ▓▓▓▓ | ▓▓▓▓ | ▓▓▓▓ | ▓▓▓▓ | | ▓▓▓▓ | |
| ▓▓▓▓ | ▓▓▓▓ | ▓▓▓▓ | ▓▓▓▓ | ▓▓▓▓ | | ▓▓▓▓ | |
| ▓▓▓▓ | ▓▓▓▓ | ▓▓▓▓ | ▓▓▓▓ | ▓▓▓▓ | | ▓▓▓▓ | |
| ▓▓▓▓ | ▓▓▓▓ | ▓▓▓▓ | ▓▓▓▓ | ▓▓▓▓ | $5 02 | ▓▓▓▓ | |

## END OF 2022 DETAILS

THIS STATEMENT IS NOT A SUBSTITUTE FOR FORM 1099 AND IS PROVIDED FOR INFORMATIONAL PURPOSES ONLY

| Trade Date | Order Type | Security | Cusip | Transaction Description | | Quantity | Executed Pri | Commission | Net Amount |
|---|---|---|---|---|---|---|---|---|---|
| 1/6/22 | Buy | MMAT | 59134N104 | META MATLS INC | COMMON STOCK | 300 | 2 58 | 0 | 774 |
| 1/14/22 | Buy | MMAT | 59134N104 | META MATLS INC | COMMON STOCK | 200 | 2 1192 | 0 | 423 84 |
| 1/18/22 | Buy | MMAT | 59134N104 | META MATLS INC | COMMON STOCK | 186 | 2 1677 | 0 | 403 19 |
| 1/28/22 | Buy | MMAT | 59134N104 | META MATLS INC | COMMON STOCK | 214 | 1 45 | 0 | 310 3 |
| 1/31/22 | Buy | MMAT | 59134N104 | META MATLS INC | COMMON STOCK | 200 | 1 6 | 0 | 320 |
| 2/4/22 | Buy | MMAT | 59134N104 | META MATLS INC | COMMON STOCK | 101 | 1 645 | 0 | 166 15 |
| 2/11/22 | Buy | MMAT | 59134N104 | META MATLS INC | COMMON STOCK | 321 | 1 9185 | 0 | 615 84 |
| 2/11/22 | Buy | MMAT | 59134N104 | META MATLS INC | COMMON STOCK | 278 | 1 9199 | 0 | 533 73 |
| 2/28/22 | Buy | MMAT | 59134N104 | META MATLS INC | COMMON STOCK | 630 | 1 9491 | 0 | 1227 93 |
| 3/2/22 | Buy | MMAT | 59134N104 | META MATLS INC | COMMON STOCK | 165 | 1 8345 | 0 | 302 69 |
| 4/22/22 | Buy | MMAT | 59134N104 | META MATLS INC | COMMON STOCK | 205 | 1 3077 | 0 | 268 08 |
| 5/23/22 | Buy | MMAT | 59134N104 | META MATLS INC | COMMON STOCK | 800 | 1 85 | 0 | 1480 |
| 6/3/22 | Buy | MMAT | 59134N104 | META MATLS INC | COMMON STOCK | 88 | 1 82 | 0 | 160 16 |
| 6/21/22 | Buy | MMAT | 59134N104 | META MATLS INC | COMMON STOCK | 185 | 1 6 | 0 | 296 |
| 6/29/22 | Buy | MMAT | 59134N104 | META MATLS INC | COMMON STOCK | 427 | 1 0799 | 0 | 461 12 |
| 8/4/22 | Buy | MMAT | 59134N104 | META MATLS INC | COMMON STOCK | 147 | 0 92 | 0 | 135 24 |
| 9/1/22 | Buy | MMAT | 59134N104 | META MATLS INC | COMMON STOCK | 322 | 0 78935 | 0 | 254 17 |
| 10/11/22 | Buy | MMAT | 59134N104 | META MATLS INC | COMMON STOCK | 14 | 0 7836 | 0 | 10 97 |
| 10/12/22 | Buy | MMAT | 59134N104 | META MATLS INC | COMMON STOCK | 568 | 0 8099 | 0 | 460 02 |
| 11/2/22 | Buy | MMAT | 59134N104 | META MATLS INC | COMMON STOCK | 121 | 1 3477 | 0 | 163 07 |
| 11/18/22 | Buy | MMAT | 59134N104 | META MATLS INC | COMMON STOCK | 591 | 1 76 | 0 | 1040 16 |
| 12/1/22 | Sell | MMAT | 59134N104 | META MATLS INC | COMMON STOCK | 763 | 1 85 | 0 | 1411 41 |
| 12/12/22 | Buy | MMAT | 59134N104 | META MATLS INC | COMMON STOCK | 76 | 1 2982 | 0 | 98 66 |
| 12/28/22 | Buy | MMAT | 59134N104 | META MATLS INC | COMMON STOCK | 124 | 1 0791 | 0 | 133 81 |
| 12/30/22 | Buy | MMAT | 59134N104 | META MATLS INC | COMMON STOCK | 300 | 1 155 | 0 | 346 5 |
| 11/21/22 | Buy | MMTLP | 59134N203 | META MATLS INC | PFD SER A | 61 | 11 2 | 4 95 | 688 15 |
| 11/28/22 | Buy | MMTLP | 59134N203 | META MATLS INC | PFD SER A | 55 | 10 75 | 4 95 | 596 2 |
| 12/1/22 | Buy | MMTLP | 59134N203 | META MATLS INC | PFD SER A | 156 | 9 | 4 95 | 1408 95 |
| 12/2/22 | Buy | MMTLP | 59134N203 | META MATLS INC | PFD SER A | 73 | 8 25 | 4 95 | 607 2 |
| 12/8/22 | Buy | MMTLP | 59134N203 | META MATLS INC | PFD SER A | 1600 | 5.2 | 4 95 | 8324 95 |
| 12/8/22 | Buy | MMTLP | 59134N203 | META MATLS INC | PFD SER A | 32 | 5 2 | 4 95 | 171 35 |

TAX LOT 2023

MORGAN STANLEY CAPITAL MANAGEMENT LLC
E*TRADE SECURITIES LLC
PO BOX 484
JERSEY CITY  NJ 07303-0484

| | |
|---|---|
| Account No | ▓▓▓▓▓▓ |
| Account Name | JUAN E PABON |
| Recipient s TIN | ▓▓▓▓▓▓ |
| Account Executive No | ET1 |
| ORIGINAL | 12/31/2023 |

## 2023 INVESTMENT DETAILS

### DETAILS OF 2023 INVESTMENT ACTIVITY

| Date | Security Description | CUSIP | Transaction Description | Quantity | Price | Amount | Additional Information |
|---|---|---|---|---|---|---|---|
| 01/13/23 | META MATLS INC COMMON STOCK | 59134N104 | PURCHASE | 284 000 | $1 06 | $299 62 | |
| 01/26/23 | META MATLS INC COMMON STOCK | 59134N104 | PURCHASE | 1,000 000 | $1 01 | $1 005 00 | |

THIS STATEMENT IS NOT A SUBSTITUTE FOR FORM 1099 AND IS PROVIDED FOR INFORMATIONAL PURPOSES ONLY

| | |
|---|---|
| MORGAN STANLEY CAPITAL MANAGEMENT LLC<br>E*TRADE SECURITIES LLC<br>PO BOX 484<br>JERSEY CITY  NJ 07303–0484 | Account No      ▓▓▓▓▓▓<br>Account Name    JUAN E PABON<br>Recipient's TIN    ▓▓▓▓▓▓<br><br>Account Executive No    ET1<br><br>ORIGINAL      12/31/2023 |

## DETAILS OF 2023 INVESTMENT ACTIVITY CONTINUED

| Date | Security Description | CUSIP | Transaction Description | Quantity | Price | Amount | Additional Information |
|---|---|---|---|---|---|---|---|
| 02/02/23 | META MATLS INC COMMON STOCK | 59134N104 | SELL | 1,000 000 | $1 02 | $1 014 82 | |
| 02/17/23 | META MATLS INC COMMON STOCK | 59134N104 | PURCHASE | 644 000 | $0 78 | $500 13 | |
| 02/24/23 | META MATLS INC COMMON STOCK | 59134N104 | PURCHASE | 669 000 | $0 64 | $427 36 | |
| 02/27/23 | META MATLS INC COMMON STOCK | 59134N104 | PURCHASE | 1 230 000 | $0 69 | $843 35 | |
| 03/01/23 | META MATLS INC COMMON STOCK | 59134N104 | PURCHASE | 907 000 | $0 65 | $589 05 | |
| 03/07/23 | META MATLS INC COMMON STOCK | 59134N104 | PURCHASE | 427 000 | $0 59 | $250 05 | |
| 03/10/23 | META MATLS INC COMMON STOCK | 59134N104 | SELL | 1 000 | $0 54 | $0 53 | |
| 03/16/23 | META MATLS INC COMMON STOCK | 59134N104 | PURCHASE | 100 000 | $0 52 | $51 69 | |
| 03/16/23 | META MATLS INC COMMON STOCK | 59134N104 | PURCHASE | 1,656 000 | $0 52 | $856 98 | |
| 03/17/23 | META MATLS INC COMMON STOCK | 59134N104 | PURCHASE | 117 000 | $0 49 | $57 81 | |
| 03/24/23 | META MATLS INC COMMON STOCK | 59134N104 | PURCHASE | 503 000 | $0 46 | $229 52 | |
| 04/04/23 | META MATLS INC COMMON STOCK | 59134N104 | PURCHASE | 732 000 | $0 52 | $380 64 | |
| 04/06/23 | META MATLS INC COMMON STOCK | 59134N104 | PURCHASE | 707 000 | $0 40 | $284 35 | |
| 04/10/23 | META MATLS INC COMMON STOCK | 59134N104 | PURCHASE | 727 000 | $0 41 | $300 25 | |
| 04/13/23 | META MATLS INC COMMON STOCK | 59134N104 | PURCHASE | 374 000 | $0 40 | $149 71 | |
| 04/14/23 | META MATLS INC COMMON STOCK | 59134N104 | PURCHASE | 591 000 | $0 22 | $131 20 | |
| 04/14/23 | META MATLS INC COMMON STOCK | 59134N104 | PURCHASE | 705 000 | $0 21 | $150 17 | |
| 04/17/23 | META MATLS INC COMMON STOCK | 59134N104 | PURCHASE | 525 000 | $0 23 | $120 75 | |
| 04/18/23 | META MATLS INC COMMON STOCK | 59134N104 | PURCHASE | 448 000 | $0 22 | $99 90 | |
| 04/21/23 | META MATLS INC COMMON STOCK | 59134N104 | PURCHASE | 1,050 000 | $0 19 | $199 50 | |
| 04/21/23 | META MATLS INC COMMON STOCK | 59134N104 | PURCHASE | 1,124 000 | $0 20 | $220 08 | |
| 05/03/23 | META MATLS INC COMMON STOCK | 59134N104 | PURCHASE | 304 000 | $0 19 | $56 94 | |
| 05/03/23 | META MATLS INC COMMON STOCK | 59134N104 | PURCHASE | 860 000 | $0 19 | $160 39 | |
| 05/05/23 | META MATLS INC COMMON STOCK | 59134N104 | PURCHASE | 877 000 | $0 21 | $181 01 | |
| 05/08/23 | META MATLS INC COMMON STOCK | 59134N104 | PURCHASE | 977 000 | $0 23 | $223 73 | |
| 05/22/23 | META MATLS INC COMMON STOCK | 59134N104 | PURCHASE | 426 000 | $0 26 | $112 00 | |
| 05/22/23 | META MATLS INC COMMON STOCK | 59134N104 | PURCHASE | 3 963 000 | $0 24 | $963 01 | |
| 05/30/23 | META MATLS INC COMMON STOCK | 59134N104 | PURCHASE | 700 000 | $0 25 | $177 80 | |
| 06/02/23 | META MATLS INC COMMON STOCK | 59134N104 | PURCHASE | 1,874 000 | $0 21 | $396 91 | |
| 06/08/23 | META MATLS INC COMMON STOCK | 59134N104 | PURCHASE | 777 000 | $0 26 | $199 69 | |
| 06/16/23 | META MATLS INC COMMON STOCK | 59134N104 | PURCHASE | 1 233 000 | $0 23 | $281 06 | |
| ▓▓▓▓▓ | ▓▓▓▓▓▓▓▓▓▓▓▓▓ | ▓▓▓▓▓ | ▓▓▓▓▓ | 490 000 | ▓▓▓▓ | ▓▓▓▓ | |
| ▓▓▓▓▓ | ▓▓▓▓▓▓▓▓▓▓▓▓▓ | ▓▓▓▓▓ | ▓▓▓▓ | 805 000 | ▓▓▓▓ | ▓▓▓▓ | |
| ▓▓▓▓▓ | ▓▓▓▓▓▓▓▓▓▓▓▓▓ | ▓▓▓▓▓ | ▓▓▓ | 65 000 | ▓▓▓▓ | ▓▓▓▓ | |
| ▓▓▓▓▓ | ▓▓▓▓▓▓▓▓▓▓▓▓▓ | ▓▓▓▓▓ | ▓▓▓▓ | 5 000 | ▓▓▓▓ | ▓▓▓▓ | |
| ▓▓▓▓▓ | ▓▓▓▓▓▓▓▓▓▓▓▓▓ | ▓▓▓▓▓ | ▓▓▓▓ | | ▓▓▓▓ | ▓▓▓▓ | |

THIS STATEMENT IS NOT A SUBSTITUTE FOR FORM 1099 AND IS PROVIDED FOR INFORMATIONAL PURPOSES ONLY

| Trade Date | Order Type | Security | Cusip | Transaction Description | Quantity | Executed Price | Commission | Net Amount |
|---|---|---|---|---|---|---|---|---|
| 1/13/23 | Buy | MMAT | 59134N104 | META MATLS INC COMMON STOCK | 284 | 1 055 | 0 | 299 62 |
| 1/26/23 | Buy | MMAT | 59134N104 | META MATLS INC COMMON STOCK | 1000 | 1 005 | 0 | 1005 |
| 2/2/23 | Sell | MMAT | 59134N104 | META MATLS INC COMMON STOCK | 1000 | 1 015 | 0 | 1014 82 |
| 2/17/23 | Buy | MMAT | 59134N104 | META MATLS INC COMMON STOCK | 644 | 0 7766 | 0 | 500 13 |
| 2/24/23 | Buy | MMAT | 59134N104 | META MATLS INC COMMON STOCK | 669 | 0 6388 | 0 | 427 36 |
| 2/27/23 | Buy | MMAT | 59134N104 | META MATLS INC COMMON STOCK | 1230 | 0 68565 | 0 | 843 35 |
| 3/1/23 | Buy | MMAT | 59134N104 | META MATLS INC COMMON STOCK | 907 | 0 64945 | 0 | 589 05 |
| 3/7/23 | Buy | MMAT | 59134N104 | META MATLS INC COMMON STOCK | 427 | 0 5856 | 0 | 250 05 |
| 3/9/23 | Sell | MMAT | 59134N104 | META MATLS INC COMMON STOCK | 1 | 0 5365 | 0 | 0 53 |
| 3/16/23 | Buy | MMAT | 59134N104 | META MATLS INC COMMON STOCK | 100 | 0 516899 | 0 | 51 69 |
| 3/16/23 | Buy | MMAT | 59134N104 | META MATLS INC COMMON STOCK | 1656 | 0 5175 | 0 | 856 98 |
| 3/17/23 | Buy | MMAT | 59134N104 | META MATLS INC COMMON STOCK | 117 | 0 4941 | 0 | 57 81 |
| 3/24/23 | Buy | MMAT | 59134N104 | META MATLS INC COMMON STOCK | 503 | 0 4563 | 0 | 229 52 |
| 4/4/23 | Buy | MMAT | 59134N104 | META MATLS INC COMMON STOCK | 732 | 0 52 | 0 | 380 64 |
| 4/6/23 | Buy | MMAT | 59134N104 | META MATLS INC COMMON STOCK | 707 | 0 402199 | 0 | 284 35 |
| 4/10/23 | Buy | MMAT | 59134N104 | META MATLS INC COMMON STOCK | 727 | 0 413 | 0 | 300 25 |
| 4/13/23 | Buy | MMAT | 59134N104 | META MATLS INC COMMON STOCK | 374 | 0 4003 | 0 | 149 71 |
| 4/14/23 | Buy | MMAT | 59134N104 | META MATLS INC COMMON STOCK | 705 | 0 213 | 0 | 150 17 |
| 4/14/23 | Buy | MMAT | 59134N104 | META MATLS INC COMMON STOCK | 591 | 0 222 | 0 | 131 2 |
| 4/17/23 | Buy | MMAT | 59134N104 | META MATLS INC COMMON STOCK | 525 | 0 23 | 0 | 120 75 |
| 4/18/23 | Buy | MMAT | 59134N104 | META MATLS INC COMMON STOCK | 448 | 0 223 | 0 | 99 9 |
| 4/21/23 | Buy | MMAT | 59134N104 | META MATLS INC COMMON STOCK | 1050 | 0 19 | 0 | 199 5 |
| 4/21/23 | Buy | MMAT | 59134N104 | META MATLS INC COMMON STOCK | 1124 | 0 195799 | 0 | 220 08 |
| 5/3/23 | Buy | MMAT | 59134N104 | META MATLS INC COMMON STOCK | 860 | 0 1865 | 0 | 160 39 |
| 5/3/23 | Buy | MMAT | 59134N104 | META MATLS INC COMMON STOCK | 304 | 0 1873 | 0 | 56 94 |
| 5/5/23 | Buy | MMAT | 59134N104 | META MATLS INC COMMON STOCK | 877 | 0 2064 | 0 | 181 01 |
| 5/8/23 | Buy | MMAT | 59134N104 | META MATLS INC COMMON STOCK | 977 | 0 229 | 0 | 223 73 |
| 5/22/23 | Buy | MMAT | 59134N104 | META MATLS INC COMMON STOCK | 3963 | 0 243 | 0 | 963 01 |
| 5/22/23 | Buy | MMAT | 59134N104 | META MATLS INC COMMON STOCK | 426 | 0 2629 | 0 | 112 |
| 5/30/23 | Buy | MMAT | 59134N104 | META MATLS INC COMMON STOCK | 700 | 0 254 | 0 | 177 8 |
| 6/2/23 | Buy | MMAT | 59134N104 | META MATLS INC COMMON STOCK | 1874 | 0 2118 | 0 | 396 91 |
| 6/8/23 | Buy | MMAT | 59134N104 | META MATLS INC COMMON STOCK | 777 | 0 257 | 0 | 199 69 |
| 6/15/23 | Buy | MMAT | 59134N104 | META MATLS INC COMMON STOCK | 1233 | 0 227949 | 0 | 281 06 |
| 6/21/23 | Buy | MMAT | 59134N104 | 600 of MMAT @ $0 20355 | 600 | 0 20355 | 0 | 122 13 |
| 6/26/23 | Buy | MMAT | 59134N104 | 800 of MMAT @ $0 1882 | 800 | 0 1882 | 0 | 150 56 |
| 6/26/23 | Buy | MMAT | 59134N104 | 110 of MMAT @ $0 1897 | 110 | 0 1897 | 0 | 20 87 |
| 6/27/23 | Buy | MMAT | 59134N104 | 3360 of MMAT @ $0 185 | 3360 | 0 185 | 0 | 621 6 |
| 6/29/23 | Buy | MMAT | 59134N104 | 3120 of MMAT @ $0 2043 | 3120 | 0 2043 | 0 | 637 41 |
| 7/6/23 | Buy | MMAT | 59134N104 | META MATERIALS INC UNSOLICITED TRADE | 1050 | 0 1901 | 0 | 199 61 |
| 7/20/23 | Buy | MMAT | 59134N104 | META MATERIALS INC UNSOLICITED TRADE | 4362 | 0 211 | 0 | 920 38 |
| 7/20/23 | Buy | MMAT | 59134N104 | META MATERIALS INC UNSOLICITED TRADE | 3070 | 0 2149 | 0 | 659 74 |
| 7/20/23 | Buy | MMAT | 59134N104 | META MATERIALS INC UNSOLICITED TRADE | 1192 | 0 2148 | 0 | 256 04 |
| 7/20/23 | Buy | MMAT | 59134N104 | META MATERIALS INC UNSOLICITED TRADE | 326 | 0 22835 | 0 | 74 44 |
| 7/28/23 | Buy | MMAT | 59134N104 | META MATERIALS INC UNSOLICITED TRADE | 100 | 0 2091 | 0 | 20 91 |

| 7/28/23 | Buy | | MMAT | 59134N104 | META MATERIALS INC UNSOLICITED TRADE | 300 | 0 2094 | 0 | 62 82 |
|---|---|---|---|---|---|---|---|---|---|
| 7/28/23 | Buy | | MMAT | 59134N104 | META MATERIALS INC UNSOLICITED TRADE | 600 | 0 2093 | 0 | 125 58 |
| 7/31/23 | Buy | | MMAT | 59134N104 | META MATERIALS INC UNSOLICITED TRADE | 1000 | 0 231 | 0 | 231 |
| 7/31/23 | Buy | | MMAT | 59134N104 | META MATERIALS INC UNSOLICITED TRADE | 64 | 0 23977 | 0 | 15 35 |
| 7/31/23 | Buy | | MMAT | 59134N104 | META MATERIALS INC UNSOLICITED TRADE | 1336 | 0 2397 | 0 | 320 24 |
| 7/31/23 | Buy | | MMAT | 59134N104 | META MATERIALS INC UNSOLICITED TRADE | 8215 | 0 2715 | 0 | 2230 37 |
| 7/31/23 | Buy | | MMAT | 59134N104 | META MATERIALS INC UNSOLICITED TRADE | 385 | 0 241 | 0 | 92 78 |
| 8/10/23 | Buy | | MMAT | 59134N104 | META MATERIALS INC UNSOLICITED TRADE | 1000 | 0 227 | 0 | 227 |
| 9/1/23 | Buy | | MMAT | 59134N104 | META MATERIALS INC UNSOLICITED TRADE | 260 | 0 23799 | 0 | 61 88 |
| 9/7/23 | Buy | | MMAT | 59134N104 | META MATERIALS INC UNSOLICITED TRADE | 559 | 0 22 | 0 | 122 98 |
| 9/7/23 | Buy | | MMAT | 59134N104 | META MATERIALS INC UNSOLICITED TRADE | 457 | 0 2189 | 0 | 100 04 |
| 9/8/23 | Buy | | MMAT | 59134N104 | META MATERIALS INC UNSOLICITED TRADE | 370 | 0 2158 | 0 | 79 85 |
| 9/12/23 | Sell | | MMAT | 59134N104 | META MATERIALS INC UNSOLICITED TRADE | 4362 | 0 2195 | 0 01 | 956 82 |
| 9/12/23 | Sell | | MMAT | 59134N104 | META MATERIALS INC UNSOLICITED TRADE | 3360 | 0 2135 | 0 01 | 716 86 |
| 9/22/23 | Buy | | MMAT | 59134N104 | META MATERIALS INC UNSOLICITED TRADE | 1463 | 0 205 | 0 | 299 92 |
| 9/29/23 | Buy | | MMAT | 59134N104 | META MATERIALS INC UNSOLICITED TRADE | 95 | 0 21 | 0 | 19 95 |
| 10/2/23 | Buy | | MMAT | 59134N104 | META MATERIALS INC UNSOLICITED TRADE | 400 | 0 219 | 0 | 87 6 |
| 10/2/23 | Buy | | MMAT | 59134N104 | META MATERIALS INC UNSOLICITED TRADE | 8277 | 0 22 | 0 | 1820 94 |
| 10/4/23 | Buy | | MMAT | 59134N104 | META MATERIALS INC UNSOLICITED TRADE | 830 | 0 234 | 0 | 194 22 |
| 10/4/23 | Buy | | MMAT | 59134N104 | META MATERIALS INC UNSOLICITED TRADE | 730 | 0 2177 | 0 | 158 92 |
| 10/5/23 | Sell | | MMAT | 59134N104 | META MATERIALS INC UNSOLICITED TRADE | 1531 | 0 2173 | 0 01 | 332 46 |
| 10/17/23 | Buy | | MMAT | 59134N104 | META MATERIALS INC UNSOLICITED TRADE | 3200 | 0 208 | 0 | 665 6 |
| 10/20/23 | Buy | | MMAT | 59134N104 | META MATERIALS INC UNSOLICITED TRADE | 1112 | 0 19 | 0 | 211 28 |
| 10/23/23 | Buy | | MMAT | 59134N104 | META MATERIALS INC UNSOLICITED TRADE | 500 | 0 1495 | 0 | 74 75 |
| 10/25/23 | Buy | | MMAT | 59134N104 | META MATERIALS INC UNSOLICITED TRADE | 500 | 0 1415 | 0 | 70 75 |
| 10/25/23 | Buy | | MMAT | 59134N104 | META MATERIALS INC UNSOLICITED TRADE | 500 | 0 1259 | 0 | 62 95 |
| 11/3/23 | Buy | | MMAT | 59134N104 | META MATERIALS INC UNSOLICITED TRADE | 2000 | 0 1107 | 0 | 221 4 |
| 11/6/23 | Buy | | MMAT | 59134N104 | META MATERIALS INC UNSOLICITED TRADE | 1000 | 0 1015 | 0 | 101 5 |
| 11/8/23 | Buy | | MMAT | 59134N104 | META MATERIALS INC UNSOLICITED TRADE | 4000 | 0 107 | 0 | 428 |
| 11/28/23 | Buy | | MMAT | 59134N104 | META MATERIALS INC UNSOLICITED TRADE | 2500 | 0 0803 | 0 | 200 75 |
| 11/28/23 | Buy | | MMAT | 59134N104 | META MATERIALS INC UNSOLICITED TRADE | 2500 | 0 083 | 0 | 207 5 |
| 12/1/23 | Buy | | MMAT | 59134N104 | META MATERIALS INC UNSOLICITED TRADE | 1900 | 0 0967 | 0 | 183 73 |
| 12/1/23 | Buy | | MMAT | 59134N104 | META MATERIALS INC UNSOLICITED TRADE | 3100 | 0 0968 | 0 | 300 08 |
| 12/1/23 | Buy | | MMAT | 59134N104 | META MATERIALS INC UNSOLICITED TRADE | 10000 | 0 099 | 0 | 990 |
| 12/4/23 | Buy | | MMAT | 59134N104 | META MATERIALS INC UNSOLICITED TRADE | 1000 | 0 0793 | 0 | 79 3 |
| 12/8/23 | Buy | | MMAT | 59134N104 | META MATERIALS INC UNSOLICITED TRADE | 9030 | 0 065 | 0 | 586 95 |
| 12/11/23 | Buy | | MMAT | 59134N104 | META MATERIALS INC UNSOLICITED TRADE | 10000 | 0 0689 | 0 | 689 |
| 12/15/23 | Buy | | MMAT | 59134N104 | META MATERIALS INC UNSOLICITED TRADE | 11070 | 0 0747 | 0 | 826 93 |
| 12/15/23 | Buy | | MMAT | 59134N104 | META MATERIALS INC UNSOLICITED TRADE | 3900 | 0 0742 | 0 | 289 38 |
| 12/18/23 | Buy | | MMAT | 59134N104 | META MATERIALS INC UNSOLICITED TRADE | 2539 | 0 0747 | 0 | 189 66 |
| 12/18/23 | Buy | | MMAT | 59134N104 | META MATERIALS INC UNSOLICITED TRADE | 2961 | 0 0734 | 0 | 217 34 |
| 12/21/23 | Buy | | MMAT | 59134N104 | META MATERIALS INC UNSOLICITED TRADE | 4566 | 0 0657 | 0 | 299 99 |
| 12/22/23 | Buy | | MMAT | 59134N104 | META MATERIALS INC UNSOLICITED TRADE | 1944 | 0 06715 | 0 | 130 54 |
| 12/27/23 | Buy | | MMAT | 59134N104 | META MATERIALS INC UNSOLICITED TRADE | 2990 | 0 0695 | 0 | 207 81 |
| 12/29/23 | Buy | | MMAT | 59134N104 | META MATERIALS INC UNSOLICITED TRADE | 3000 | 0 0664 | 0 | 199 2 |

TAX LOT 2024 to date MMAT

| Trade Date | Order Type | Security | Cusip | Transaction Description | Quantity | Executed Pri | Commission | Net Amount |
|---|---|---|---|---|---|---|---|---|
| 1/2/24 | Buy | MMAT | 59134N104 | META MATERIALS INC UNSOLICITED TRADE | 2000 | 0 0708 | 0 | 141 6 |
| 1/3/24 | Buy | MMAT | 59134N104 | META MATERIALS INC UNSOLICITED TRADE | 4400 | 0 069 | 0 | 303 6 |
| 1/4/24 | Buy | MMAT | 59134N104 | META MATERIALS INC UNSOLICITED TRADE | 600 | 0 0667 | 0 | 40 02 |
| 1/17/24 | Buy | MMAT | 59134N104 | META MATERIALS INC UNSOLICITED TRADE | 2621 | 0 0762 | 0 | 199 72 |
| 1/23/24 | Buy | MMAT | 59134N104 | META MATERIALS INC UNSOLICITED TRADE | 2379 | 0 0621 | 0 | 147 74 |
| 1/26/24 | Buy | MMAT | 59134N104 | META MATERIALS INC UNSOLICITED TRADE | 5001 | 0 057 | 0 | 285 06 |
| 1/29/24 | Buy | MMAT | 59134N302 | META MATERIALS INC NEW UNSOLICITED TRADE | 1 | 4 8693 | 0 | 4 87 |
| 2/14/24 | Buy | MMAT | 59134N302 | META MATERIALS INC NEW UNSOLICITED TRADE | 1 | 4 23 | 0 | 4 23 |
| 2/14/24 | Buy | MMAT | 59134N302 | META MATERIALS INC NEW UNSOLICITED TRADE | 26 | 4 24 | 0 | 110 24 |
| 3/22/24 | Buy | MMAT | 59134N302 | META MATERIALS INC NEW UNSOLICITED TRADE | 71 | 2 1811 | 0 | 154 86 |
| 3/28/24 | Buy | MMAT | 59134N302 | META MATERIALS INC NEW UNSOLICITED TRADE | 200 | 2 74 | 0 | 548 |
| 5/2/24 | Buy | MMAT | 59134N302 | META MATERIALS INC NEW UNSOLICITED TRADE | 94 | 3 59 | 0 | 337 46 |
| 5/16/24 | Sell | MMAT | 59134N302 | META MATERIALS INC NEW UNSOLICITED TRADE | 94 | 2 23 | 0 01 | 209 59 |
| 5/21/24 | Buy | MMAT | 59134N302 | META MATERIALS INC NEW UNSOLICITED TRADE | 200 | 2 8 | 0 | 560 |
| 6/20/24 | Buy | MMAT | 59134N302 | META MATERIALS INC NEW UNSOLICITED TRADE | 2 | 3 075 | 0 | 6 15 |