NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | | PROOF OF INTEREST |
|---|---|---|

**Name of Debtor**
Meta Materials Inc

**Case Number**
24-50792

**1** Name and address of holder of the Equity Interest (the person or entity holding an Equity Interest in the Debtor Referred to hereinafter as the 'Interest holder')

Tom Lachaussee
2631 Balls Ferry rd.
Anderson, Ca 96007

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest Attach copy of statement giving particulars

☐ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors

**Telephone Number** 530-949-2568

NOTE This form SHOULD NOT be used to make a claim against the Debtor for money owed A separate Proof of Claim form should be used for that purpose This form should only be used to assert an Equity Interest in the Debtor An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein

**COURT USE ONLY**

**Account or other number by which Interest holder identifies Debtor**
9509-8794

Check here if this claim
☐ replaces a previously filed Proof of Interest dated _____
☐ amends a previously filed Proof of Interest dated _____

**2** Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest
Charles Schwab & Co Inc
El Paso Operations Center
PO Box 982600
El Paso, TX 79998-2600
**Telephone Number** 877-316-6400

**3** Date Equity Interest was acquired
See Attached

**4** Total amount of member interest  20,000

**5** Certificate number(s) _____

**6** Type of Equity Interest
Please indicate the type of Equity Interest you hold
☒ Check this box if your Equity Interest is based on an actual member interest held in the Debtor
☐ Check this box if your Equity Interest is based on anything else and describe that interest
**Description** _____

**7** Supporting Documents Attach copies of supporting documents such as stock certificates option agreements warrants etc
DO NOT SEND ORIGINAL DOCUMENTS If the documents are not available explain If the documents are voluminous attach a summary

**8** Date-Stamped Copy To receive an acknowledgement of the filing of your Proof of Interest enclose a stamped self addressed envelope and copy of this Proof of Interest

**9 Signature**
Check the appropriate box
☒ I am the creditor  ☐ I am the creditor's authorized agent  ☐ I am the trustee or the debtor  ☐ I am a guarantor surety endorser or other codebtor
(Attach copy of power of attorney if any)  or their authorized agent  (See Bankruptcy Rule 3005)
(See Bankruptcy Rule 3004)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge information and reasonable belief

Print Name  Tom Lachaussee
Title  Mr.
Company __ Address and telephone number (if different from notice address above)

(Signature)   11/19/24  (Date)

Telephone number 530-949-2568  email eat@humblejoes.com

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both 18 U S C §§ 152 AND 3571*

## Transaction History for Designated Bene Individual  .794

## Transactions found from 01/01/2021 to 11/19/2024

| Date ▼ | Action | Symbol / Description | Quantity | Price | Fees & Comm | Amount |
|---|---|---|---|---|---|---|
| 08/09/2024 | Sell | MMAT<br>META MATLS INC | 200 | $0 6193 | $0 03 | $123 83 |
| 01/29/2024 | Reverse Split | MMAT<br>META MATLS INC | 200 | | | |
| 05/30/2023 | Journaled Shares | MMAT<br>TDA TRAN - TRANSFER OF SECURITY OR OPTION OUT (MMAT) | -20,000 | | | |
| 05/30/2023 | Internal Transfer | MMAT<br>META MATLS INC | 20,000 | | | |
| 04/03/2023 | Buy | MMAT<br>TDA TRAN - Bought 10000 (MMAT) @0 4784 | 10,000 | $0 4784 | | -$4,784 00 |
| 03/23/2023 | Buy | MMAT<br>TDA TRAN - Bought 5000 (MMAT) @0 4970 | 5,000 | $0 497 | | -$2,485 00 |
| 02/21/2023 | Buy | MMAT<br>TDA TRAN - Bought 1750 (MMAT) @0 6811 | 1,750 | $0 6811 | | -$1,191 93 |

| Date ▼ | Action | Symbol / Description | Quantity | Price | Fees & Comm | Amount |
|---|---|---|---|---|---|---|
| 11/23/2022 | Buy | MMAT<br>TDA TRAN - Bought    750 (MMAT) @1 9199 | 750 | $1 9199 | | -<br>$1,439 93 |
| 11/21/2022 | Buy | MMAT<br>TDA TRAN - Bought 2001 (MMAT) @2 0450 | 2,001 | $2 045 | | -<br>$4,092 05 |
| 11/21/2022 | Buy | MMAT<br>TDA TRAN - Bought    499 (MMAT) @2 0500 | 499 | $2 05 | | -<br>$1,022 95 |

Page Total  -$14,892 03

Intra-day transactions are subject to change

Brokerage Account Balances are from the previous market close, but also may include new activity that will be posted to your account at after market close Balances are subject to change

Bank sweep information can be found on your Statements  Current Balance bank sweep information can be found on the Balances page

(1123-3U5Y, 0924-CLCV)

**Brokerage Products  Not FDIC Insured • No Bank Guarantee • May Lose Value**

Account    794
Today's Date  04 29 PM ET  11/19/2024

The Charles Schwab Corporation provides a full range of brokerage, banking and financial advisory services through its operating subsidiaries  Its broker-dealer subsidiary  Charles Schwab & Co  Inc  (Member SIPC), and its affiliates offer investment services and products  Its banking subsidiary, Charles Schwab Bank, SSB (member FDIC and an Equal Housing Lender), provides deposit and lending services and products  This site is designed for U S  residents  Non-U S  residents are subject to country-specific restrictions  Learn more about our services for non-US Residents , Charles Schwab Hong Kong clients , Charles Schwab UK clients  © 2024 Charles Schwab & Co  Inc  All rights reserved  Member SIPC  Unauthorized access is prohibited  Usage will be monitored