NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | **PROOF OF INTEREST** |

**Name of Debtor:** META MATERIALS (MMAT)

**Case Number:** 24-50792

1. **Name and address of holder of the Equity Interest** (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

   IFEANYI SUNDAY NWOSU
   CALLE CUBA N° 79, 2
   46006 VALENCIA SPAIN

   **Telephone Number:** +34611330021

   ☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

   ☒ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

   ☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

**COURT USE ONLY**

**Account or other number by which Interest holder identifies Debtor:** US59134N3026

Check here if this claim:
☐ replaces a previously filed Proof of Interest dated: _____
☐ amends a previously filed Proof of Interest dated: _____

2. **Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:**

   IFEANYI SUNDAY NWOSU

   **Telephone Number:** +34611330021

3. **Date Equity Interest was acquired:** 11/03/2021

4. **Total amount of member interest:** 1

5. **Certificate number(s):** _____

6. **Type of Equity Interest:**
   Please indicate the type of Equity Interest you hold:
   ☐ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
   ☒ Check this box if your Equity Interest is based on anything else and describe that interest: I am a shareholder
   **Description:** _____

7. **Supporting Documents:** Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
   DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. **Date-Stamped Copy:** To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

9. **Signature:**
   Check the appropriate box.
   ☒ I am the creditor.   ☐ I am the creditor's authorized agent.   ☐ I am the trustee, or the debtor,   ☐ I am a guarantor, surety, endorser, or other codebtor.
   (Attach copy of power of attorney, if any.)   or their authorized agent.   (See Bankruptcy Rule 3005.)
   (See Bankruptcy Rule 3004.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

**Print Name:** IFEANYI SUNDAY NWOSU
**Title:** _____
**Company:** Address and telephone number (if different from notice address above): _____

(Signature) S    (Date) 26/10/2024

**Telephone number:** +34611330021   **email:** KELVINI.S.N@HOTMAIL.COM

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

# TR^DING 212

| | ID/PASSPORT NO | CUSTOMER ID | CUSTOMER NAME |
|---|---|---|---|
| | A09712057 | 8186020 | Ifeanyi Sunday Nwosu |

## Confirmation of holdings
as of 11/03/2021

**Trading 212 Invest**
Holdings value 4 296 51 EUR

| INSTRUMENT | ISIN | QUANTITY | PRICE |
|---|---|---|---|
| Cerebain Biotech Corp | US15672M1062 | 362 9108 | USD 0 08774 |
| Vision Lithium Inc | CA92837C1095 | 726 7773 | USD 0 206 |
| Retractable Technologies Inc | US76129W1053 | 84 656735 | USD 12 61 |
| Nano Dimension Ltd | US63008G2030 | 55 | USD 11 08 |
| Workhorse Group Inc | US98138J3059 | 30 | USD 17 48 |
| Inseego Corp | US45782B3024 | 40 | USD 10 83 |
| Meta Materials Inc | US59134N3026 | 178 2349 | USD 2 71 |
| Cardiff Oncology Inc | US14147L1089 | 33 541489 | USD 10 657 |
| GoPro Inc | US38268T1034 | 64 07368 | USD 9 81 |
| DSG Global Inc | US23340C2035 | 2041 3863 | USD 0 42 |

This document is electronically generated and it doesn t require signing
The information presented herein reflects the number and value of shares held by Trading 212 UK Ltd on behalf of the client as of the closing times of the respective exchanges on the specified date This includes the closing of the US after-hours session which may extend into the following day
Prices are relevant to the closing prices at the end of the trading session on the specified date

When investing your capital is at risk Investments can rise and fall and you may get back less than you invested Trading 212 is a trading name of Trading 212 UK Ltd Trading 212 Markets Ltd Trading 212 AU PTY LTD and Trading 212 Ltd Trading 212 UK Ltd is registered in England and Wales (Company number 08590005) Registered address Aldermary House 10-15 Queen Street London EC4N 1TX Trading 212 UK Ltd is authorised and regulated by the Financial Conduct Authority (Firm reference number 609146)

1/1

# TR^DING 212

| | ID/PASSPORT NO | CUSTOMER ID | CUSTOMER NAME |
|---|---|---|---|
| | A09712057 | 8186020 | Ifeanyi Sunday Nwosu |

## Confirmation of holdings
### as of 16/02/2022

**Trading 212 Invest**
Holdings value 9,254.78 EUR

| INSTRUMENT | ISIN | QUANTITY | PRICE |
|---|---|---|---|
| Cerebain Biotech Corp | US15672M1062 | 3629.108 | USD 0.04165 |
| Vision Lithium Inc | CA92837C1095 | 7267.773 | USD 0.133 |
| Nano Dimension Ltd | US63008G2030 | 555 | USD 3.9 |
| Meta Materials – Preferred share | US59134N2036 | 615.59808 | USD 1.27 |
| The9 Ltd | US88337K4013 | 4.63 | USD 4.5781 |
| Meta Materials Inc | US59134N3026 | 1603.39904 | USD 1.94 |
| Zomedica Corp | CA98980M1095 | 309.51929 | USD 0.38 |
| DSG Global Inc | US23340C2035 | 2041.3863 | USD 0.08 |
| Canaan Inc | US1347481020 | 356.15 | USD 5.49 |

This document is electronically generated and it doesn't require signing
The information presented herein reflects the number and value of shares held by Trading 212 UK Ltd on behalf of the client as of the closing times of the respective exchanges on the specified date. This includes the closing of the US after-hours session which may extend into the following day
Prices are relevant to the closing prices at the end of the trading session for the specified date

When investing your capital is at risk. Investments can rise and fall and you may get back less than you invested. Trading 212 is a trading name of Trading 212 UK Ltd, Trading 212 Markets Ltd, Trading 212 AU PTY LTD and Trading 212 Ltd. Trading 212 UK Ltd is registered in England and Wales (Company number 08590005). Registered address: Alhermiary House, 10-15 Queen Street, London EC4N 1TX. Trading 212 UK Ltd is authorised and regulated by the Financial Conduct Authority (Firm reference number 609146)