NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | | **PROOF OF INTEREST** |
|---|---|---|
| Name of Debtor: META MATERIALS INC | Case Number: 24-50792 | |

1. Name and address of holder of the Equity Interest (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the Interest holder):

ZALINA SABOIN AND NADZARIN WOK NOROIN
C-FF-2 BUKIT GITA BAYU
JALAN BAYU 3, 43300 SERI KEMBANGAN
SELANGOR MALAYSIA

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

☑ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

Telephone Number: 6012-3320238 AND 60122388201

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

**COURT USE ONLY**

Account or other number by which Interest holder identifies Debtor: U4648092

Check here if this claim:
☐ replaces a previously filed Proof of Interest dated: _____
☐ amends a previously filed Proof of Interest dated: 24/11/11
(Additional supplement)

2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:

INTERACTIVE BROKER LLC
ONE PICKWICK PLAZA GREENWICH
CT 06830 USA
Telephone Number: 1-(888) 919-0022

3. Date Equity Interest was acquired:

PLEASE REFER LIST ATTACHED

4. Total amount of member interest: 15150 (-15150)

5. Certificate number(s): —

6. Type of Equity Interest
Please indicate the type of Equity Interest you hold:
☑ Check this box if your Equity Interest is based on an actual member interest held in the Debtor
☐ Check this box if your Equity Interest is based on anything else and describe that interest
Description: INVESTOR

7. Supporting Documents: Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. Date-Stamped Copy: To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped self-addressed envelope and copy of this Proof of Interest.

9. Signature
Check the appropriate box.
☑ I am the creditor ☐ I am the creditor's authorized agent (Attach copy of power of attorney if any) ☐ I am the trustee or the debtor or their authorized agent (See Bankruptcy Rule 3004) ☐ I am a guarantor, surety, endorser or other codebtor (See Bankruptcy Rule 3005)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information and reasonable belief.

Print Name: ZALINA SABOIN AND NADZARIN WOK NOROIN
Title: —
Company: Address and telephone number (if different from notice address above):
(Signature) _____
(Date) 24/11/2024
Telephone number: 6012-3320238 & 6012 2388201
email: as_lynn@yahoo.com

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U S C §§ 152 AND 3571*

NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | | **PROOF OF INTEREST** |
|---|---|---|
| Name of Debtor<br>META MATERIALS INC | Case Number<br>24-50792 | |

1. Name and address of holder of the Equity Interest (the person or entity holding an Equity Interest in the Debtor Referred to hereinafter as the Interest holder )

ZALINA SABDIN AND NADZARIN WOK NORDIN
C-FP-2 BUKIT GITA BAYU
JALAN BAYU 3, 43300 SERI KEMBANGAN
SELANGOR MALAYSIA

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest Attach copy of statement giving particulars

☑ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors

Telephone Number
6012-3320238 AND 60122388201

NOTE This form SHOULD NOT be used to make a claim against the Debtor for money owed A separate Proof of Claim form should be used for that purpose This form should only be used to assert an Equity Interest in the Debtor An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein

COURT USE ONLY

Account or other number by which Interest holder identifies Debtor
4H648092

Check here if this claim
☐ replaces a previously filed Proof of Interest dated _____
☐ amends a previously filed Proof of Interest dated _____
(Additional Supplement) 24/11/11

2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest
INTERACTIVE BROKER LLC
ONE PICKWICK PLAZA GREENWICH
Telephone Number CT 06830 USA
1-(888) 919-0022

3. Date Equity Interest was acquired
PLEASE REFER LIST ATTACHED

4. Total amount of member interest 15150 (-15150)

5. Certificate number(s) —

6. Type of Equity Interest
Please indicate the type of Equity Interest you hold
☑ Check this box if your Equity Interest is based on an actual member interest held in the Debtor
☐ Check this box if your Equity Interest is based on anything else and describe that interest
Description INVESTOR

7. Supporting Documents Attach copies of supporting documents such as stock certificates option agreements warrants etc
DO NOT SEND ORIGINAL DOCUMENTS If the documents are not available explain If the documents are voluminous attach a summary

8. Date Stamped Copy To receive an acknowledgement of the filing of your Proof of Interest enclose a stamped self addressed envelope and copy of this Proof of Interest

9. Signature
Check the appropriate box
☑ I am the creditor    ☐ I am the creditor s authorized agent (Attach copy of power of attorney if any)    ☐ I am the trustee or the debtor or their authorized agent (See Bankruptcy Rule 3004)    ☐ I am a guarantor surety endorser or other codebtor (See Bankruptcy Rule 3005)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge information and reasonable belief

Print Name ZALINA SABDIN AND NADZARIN WOK NORDIN
Title _____
Company ___ Address and telephone number (if different from notice address above) _____
(Signature) _____
(Date) 24/11/24
Telephone number 60123320238 & 60122388201
email zs_lynne@yahoo.com

*Penalty for presenting fraudulent claim is a fine of up to $500 000 or imprisonment for up to 5 years or both 18 USC §§ 152 AND 3571*

## Trades

### Stocks
### USD

| Symbol | Date/Time | Quantity | Price | Basis | Proceeds | Comm/Fee | Basis2 | Realized P/L | MTM P/L | Code |
|---|---|---|---|---|---|---|---|---|---|---|
| AMC | 2024-05-14, 06:48:41 | 1 | 8.5200 | 6.8500 | -8.52 | -0.09 | 8.61 | 0.00 | -1.67 | O |
| AMC | 2024-05-15, 09:41:17 | 2 | 5.9000 | 5.4800 | -11.80 | -0.12 | 11.92 | 0.00 | -0.84 | O |
| AMC | 2024-05-15, 10:22:17 | 1 | 5.0300 | 5.4800 | -5.03 | -0.05 | 5.08 | 0.00 | 0.45 | O |
| Total AMC | | 4 | | | -25.35 | -0.26 | 25.61 | 0.00 | -2.06 | |
| GME | 2024-05-14, 06:46:20 | 1 | 48.5200 | 48.7500 | -48.52 | -0.49 | 49.01 | 0.00 | 0.23 | O |
| GME | 2024-05-14, 08:04:14 | 1 | 65.0000 | 48.7500 | -65.00 | -0.65 | 65.65 | 0.00 | -16.25 | O |
| GME | 2024-05-14, 08:06:08 | 1 | 58.1100 | 48.7500 | -58.11 | -0.58 | 58.69 | 0.00 | -9.36 | O |
| GME | 2024-06-07, 12:41:14 | 1 | 31.3200 | 28.2200 | -31.32 | -0.31 | 31.63 | 0.00 | -3.10 | O |
| Total GME | | 4 | | | -202.95 | -2.03 | 204.98 | 0.00 | -28.48 | |
| GNS | 2024-02-13, 15:14:43 | -11,121 | 0.35001079 | 0.3500 | 3,892.47 | -51.17 | -15,926.11 | -12,084.80 | 0.12 | C;P |
| GNS | 2024-05-16, 10:10:56 | 5 | 0.4010 | 0.4187 | -2.00 | -0.02 | 2.03 | 0.00 | 0.09 | O |
| GNS | 2024-08-15, 20:25:00 | -0.5 | 1.3700 | 1.3700 | 0.68 | 0.00 | -2.03 | -1.34 | 0.00 | C |
| Total GNS | | -11,116.5 | | | 3,891.15 | -51.19 | -15,926.11 | -12,086.14 | 0.21 | |
| MMAT | 2024-01-26, 06:47:10 | -3,634 | 0.0507 | 0.0582 | 184.24 | -2.95 | -831.36 | -650.07 | -27.26 | C;P |
| MMAT | 2024-01-26, 07:00:00 | -1,366 | 0.0505 | 0.0582 | 68.98 | -0.92 | -314.67 | -246.60 | -10.52 | C;P |
| MMAT | 2024-01-26, 09:58:47 | -10,000 | 0.05260451 | 0.0582 | 526.05 | -6.93 | -1,867.94 | -1,348.82 | -55.95 | C;P |
| Total MMAT | | -15,000 | | | 779.27 | -10.80 | -3,013.97 | -2,245.49 | -93.73 | |
| Total | | | | | 4,442.12 | -64.28 | -18,709.48 | -14,331.64 | -124.06 | |

## Corporate Actions | Glossary

| Report Date | Date/Time | Description | Quantity | Proceeds | Value | Realized P/L | Code |
|---|---|---|---|---|---|---|---|
| | | **Stocks** | | | | | |
| | | **USD** | | | | | |
| 2024-01-29 | 2024-01-26, 20:25:00 | MMAT(US59134N1046) Split 1 for 100 (MMAT, META MATERIALS INC, US59134N3026) | -150 | 0.00 | 0.00 | 0.00 | |
| 2024-01-29 | 2024-01-26, 20:25:00 | MMAT(US59134N1046) Split 1 for 100 (MMAT, META MATERIALS INC, US59134N3026) | 150 | 0.00 | 0.00 | 0.00 | |
| 2024-01-29 | 2024-01-26, 20:25:00 | MMAT(US59134N1046) Split 1 for 100 (MMAT.OLD, META MATERIALS INC, US59134N1046) | 15,000 | 0.00 | 0.00 | 0.00 | |
| 2024-01-29 | 2024-01-26, 20:25:00 | MMAT(US59134N1046) Split 1 for 100 (MMAT.OLD, META MATERIALS INC, US59134N1046) | -15,000 | 0.00 | 0.00 | 0.00 | |
| 2024-08-16 | 2024-08-15, 20:25:00 | GNS.OLD(SGXZ34583559) Split 1 for 10 (GNS, GENIUS GROUP LTD, SGXZ81555062) | 0.5 | 0.00 | 0.00 | 0.00 | |
| 2024-08-16 | 2024-08-15, 20:25:00 | GNS(SGXZ34583559) Split 1 for 10 (GNS.NEW, GENIUS GROUP LTD, SGXZ81555062) | -0.5 | 0.00 | 0.00 | 0.00 | Ca |
| 2024-08-16 | 2024-08-15, 20:25:00 | GNS(SGXZ34583559) Split 1 for 10 (GNS.NEW, GENIUS GROUP LTD, SGXZ81555062) | 0.5 | 0.00 | 0.00 | 0.00 | |
| 2024-08-16 | 2024-08-15, 20:25:00 | GNS.OLD(SGXZ34583559) Split 1 for 10 (GNS.OLD, GENIUS GROUP LTD, SGXZ34583559) | -5 | 0.00 | 0.00 | 0.00 | |
| 2024-08-16 | 2024-08-15, 20:25:00 | GNS(SGXZ34583559) Split 1 for 10 (GNS.OLD, GENIUS GROUP LTD, SGXZ34583559) | 5 | 0.00 | 0.00 | 0.00 | Ca |
| 2024-08-16 | 2024-08-15, 20:25:00 | GNS(SGXZ34583559) Split 1 for 10 (GNS.OLD, GENIUS GROUP LTD, SGXZ34583559) | -5 | 0.00 | 0.00 | 0.00 | |
| Total | | | | 0.00 | 0.00 | 0.00 | |

Account Confirmation Letter



Stocks  Options  Futures
Forex  Bonds
Over 100 Markets Worldwide

To whom it may concern

October 23 2024

Verification of account information

Please accept this letter as a verification for below mentioned account in the name of Zalina Sabdin, Nadzarin Wok Nordin. Interactive Brokers verifies that the following is accurate

| Account Title | Account Number | National ID | Base Currency | Date of Opening | Account Type |
|---|---|---|---|---|---|
| Zalina Sabdin and Nadzarin Wok Nordin | U4648092 | 711224106260 | USD | November 9 2020 | Joint |

If you need any additional details please don t hesitate to contact us with any of the listed methods under

ibkr com/clientservices

Yours sincerely

Viktoria R
Customer Service Representative
Interactive Brokers LLC

Interactive Brokers LLC
One Pickwick Plaza
Greenwich  CT 06830 USA