NVB 3001 (Effective 1/21)

# UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA

**PROOF OF INTEREST**

**Name of Debtor:** Meta Materials Inc

**Case Number:** 24-50792-hlb

1. **Name and address of holder of the Equity Interest** (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

   Saada Habib
   614 Concerto Ln
   Silver Spring MD 20901

   ☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

   ☐ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case

   ☐ Check box if this address differs from the address on the envelope sent to you by the Debtors

**Telephone Number:** 301-267-2313

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

**COURT USE ONLY**

**Account or other number by which Interest holder identifies Debtor:** ▇▇▇▇-0138

Check here if this claim:
☐ replaces a previously filed Proof of Interest dated: _____
☐ amends a previously filed Proof of Interest dated: _____

2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:
E-trade  Morgan Staley capital mang
         New your plaza
         4th Floor New york ny 10004
**Telephone Number:** 1800-838-0908

3. Date Equity Interest was acquired:
I purchased 11/22-8/23 see attached
Total cost $20,843.66
I sold at a loss 10/23-01/24 see att
-($18,306.03) Lost

4. **Total amount of member interest:** 22,537 shares sold at a loss -($18,306.03)

5. **Certificate number(s):** _____

6. **Type of Equity Interest:**
Please indicate the type of Equity Interest you hold:
☐ Check this box if your Equity Interest is based on an actual member interest held in the Debtor
☑ Check this box if your Equity Interest is based on anything else and describe that interest

**Description:** 22,537 shares ($20,843.66) Originally Bought and then Sold at a loss

7. **Supporting Documents:** Attach copies of supporting documents such as stock certificates, option agreements, warrants, etc.
DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. **Date-Stamped Copy:** To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped self addressed envelope and copy of this Proof of Interest.

9. **Signature**
Check the appropriate box.
☑ I am the creditor.  ☐ I am the creditor's authorized agent. (Attach copy of power of attorney if any.)  ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)  ☐ I am a guarantor, surety, endorser, or other codebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

**Print Name:** Saada Habib
**Title:**
**Company:** ___ Address and telephone number (if different from notice address above):

(Signature)   11/20/24 (Date)

**Telephone number:** 301-267-2313   **email:** sada_aman@gmail.com

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C §§ 152 AND 3571*

  



DOW 43,577.57 ▲ 1,355.69 (3.21%)   NASDAQ 18,878.47 ▲ 439.29 (2.38%)   S&P 500 5,903.73 ▲ 120.97 (2.09%)   as of 12:08 PM ET   Log Off

# E*TRADE from Morgan Stanley

Support ∨ | 99+ Alerts | Documents | Profile

Accounts | Pay & Transfer | Trading | Markets & Ideas | At Work | Planning | What We Offer | 🔍 Search

Complete View | Portfolios | Watch Lists | Orders | Balances | Transactions | Banking | Tax Center | Documents ∨ | Dividend Reinvestment | Open Account

## Portfolios

↻ Refresh Nov 6, 2024 12:07 PM ET   ❓ Help   🖨   ⬇

Positions | Allocation | Performance | Historical value | Margin | **Gains & Losses** | Risk Assessment | Estimated Income | Shareholder Actions

**Account**
[ Individual Brokerage -9026 ∨ ]

Net Account Value
~~~~~~

Total Unrealized Gain
==$18,000.05 (12.34%)==

Day's Gain Unrealized
==$4,170.31 (2.61%)==

› Show more    [ Transfer money ]

**Time Period**
[ Custom ∨ ]

**Date From**
📅 11/01/2022

**Date Closed**
📅 10/04/2024

› Filters

| Total Gain | Short-Term Gain | Long-Term Gain | Deferred Loss | Total Commission & Fees |
|---|---|---|---|---|
| -$30,850.43 | ==-$13,293.84== | ==-$17,556.59== | ==-$248.34== | $9.33 |

| » Symbol | Qty # | Date Added | Cost / Share | Total Cost | Date | Price / Share | Proceeds | Gain $ | Deferred Loss $ | Term | Lot Selection |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ~~~~ | 100 | -- | -- | ~~~~ | -- | -- | 0.00 | -614.30 | 0.00 | Long | -- |
| ~~~~ | 10 | -- | -- | ~~~~ | -- | -- | 1,481.00 | ~~~~.00 | | Short | -- |
| ~~~~ | 118 | -- | -- | ~~~~ | -- | -- | ~~~~ | 50.43 | 0.00 | Long | -- |
| ~~~~ | 2,080 | -- | -- | ~~~~ | -- | -- | ~~~~ | -9,533.73 | 0.00 | Short | -- |
| ~~~~ | 45.224 | -- | -- | ~~~~ | -- | -- | 2,0~~ | -372.56 | -248.34 | Mixed | -- |
| ~~~~ | 12.5 | -- | -- | ~~~~ | -- | -- | 7~~ | -1,713.13 | 0.00 | Long | -- |
| ~~~~ | 152 | -- | -- | ~~~~ | -- | -- | ~~~~ | ~~~~ | 0.00 | Short | -- |
| ~~~~ | 100 | -- | -- | ~~~.87 | -- | -- | 91~~ | ~~~~ | 0.00 | Long | -- |
| **MMAT** | **22,537** | -- | -- | -- | **20,843.66** | -- | -- | **2,537.63** | **-18,306.03** | **0.00** | **Mixed** | -- |
| ~~~~ | 100 | -- | -- | ~~~~ | -- | -- | ~~~.00 | ~~~.00 | | | |

DOW 44 004 33 ▲ 274 99 (0 63%)   NASDAQ 19,271 93 ▲ 2 47 (0 01%)   S&P 500 5,995 64 ▲ 22 54 (0 38%)   as of 03 36 PM ET                Log Off

# E*TRADE
from Morgan Stanley

Support ⌄ | Alerts | Documents | Profile

Accounts | Pay & Transfer | Trading | Markets & Ideas | At Work | Planning | What We Offer    🔍 Search

Complete View | Portfolios | Watch Lists | Orders | Balances | Transactions | Banking | Tax Center | **Documents ⌄** | Dividend Reinvestment | Open Account

# Documents

**Statements**  **Trade Confirmations**  **General Correspondence**  **eDelivery Preferences**

Brokerage & Stock Plan (CVS) 9 ⌄

| Date from | Date to | Symbol | Results per page | |
|---|---|---|---|---|
| 01/01/2022 | 10/30/2024 | 🔍 MMAT | 50 ⌄ | Apply |

| Date | Description | Security / CUSIP | Principal Amount | Net Amount ⓘ | Additional Information |
|---|---|---|---|---|---|
| 01/24/2024 | ⬇ Sold MMAT | META MATERIALS INC / 59134N104 | | $597 32 | |
| 10/23/2023 | ⬇ Sold MMAT | META MATERIALS INC / 59134N104 | | $18 33 | |
| 10/23/2023 | ⬇ Sold MMAT | META MATERIALS INC / 59134N104 | | $6 68 | |
| 10/23/2023 | ⬇ Sold MMAT | META MATERIALS INC / 59134N104 | | $305 90 | |
| 10/23/2023 | ⬇ Sold MMAT | META MATERIALS INC / 59134N104 | | $458 85 | $2,537·31 |
| 10/23/2023 | ⬇ Sold MMAT | META MATERIALS INC / 59134N104 | | $835 19 | |
| 10/23/2023 | ⬇ Sold MMAT | META MATERIALS INC / 59134N104 | | $40 08 | |
| 10/23/2023 | ⬇ Sold MMAT | META MATERIALS INC / 59134N104 | | $236 89 | |
| 10/23/2023 | ⬇ Sold MMAT | META MATERIALS INC / 59134N104 | | $38 39 | |
| 08/01/2023 | ⬇ Bought MMAT | MMAT / | $480 00 | | |
| 07/21/2023 | ⬇ Bought MMAT | MMAT / | $660 00 | | |
| 07/03/2023 | ⬇ Bought MMAT | MMAT / | $55 44 | | |
| 05/03/2023 | ⬇ Bought MMAT | MMAT / | $47 50 | | |
| 05/02/2023 | ⬇ Bought MMAT | MMAT / | $1 039 50 | | |
| 12/02/2022 | ⬇ Bought MMAT | MMAT / | $142 45 | | |
| 11/21/2022 | ⬇ Bought MMAT | MMAT / | $822 00 | | |
| 11/16/2022 | ⬇ Bought MMAT | MMAT / | $3 119 50 | | |
| 11/16/2022 | ⬇ Bought MMAT | MMAT / | $3 638 20 | | |
| 11/15/2022 | ⬇ Bought MMAT | MMAT / | $1 815 70 | | |
| 11/15/2022 | ⬇ Bought MMAT | MMAT / | $3 680 00 | | |
| 11/14/2022 | ⬇ Bought MMAT | MMAT / | $192 77 | | |
| 11/14/2022 | ⬇ Bought MMAT | MMAT / | $177 60 | | |
| 11/09/2022 | ⬇ Bought MMAT | MMAT / | $156 00 | | |
| 11/02/2022 | ⬇ Bought MMAT | MMAT / | $2 048 00 | | |
| 11/02/2022 | ⬇ Bought MMAT | MMAT / | $510 00 | | |

Total Cost Purchased  $20,843·66

| 11/01/2022 | Bought MMAT | MMAT / | $2 259 00 |

Multiple trades placed on the same day may appear in one trade confirmation statement for print fulfillment

## Please read all the important disclosures below

### Investing

Check the background of Morgan Stanley Smith Barney LLC on FINRA's BrokerCheck and see the Morgan Stanley Smith Barney LLC Relationship Summary

**Investment Products**  **Not FDIC Insured**  **No Bank Guarantee**
**May Lose Value**

 Securities in your account protected up to $500 000 For details please see www sipc org

### Banking

Banking products and services are provided by Morgan Stanley Private Bank, National Association Member FDIC

**Banking Products** • **FDIC Insured**  **Bank Guarantee**

 FDIC Insured Backed by the full faith and credit of the U S Government

### Affiliations

Securities products and investment advisory services offered by Morgan Stanley Smith Barney LLC Member SIPC and a Registered Investment Adviser Commodity futures and options on futures products and services offered by E*TRADE Futures LLC, Member NFA Stock plan administration solutions and services offered by E*TRADE Financial Corporate Services Inc and are a part of Morgan Stanley at Work Banking products and services provided by Morgan Stanley Private Bank National Association Member FDIC All entities are separate but affiliated subsidiaries of Morgan Stanley E*TRADE from Morgan Stanley and Morgan Stanley at Work are registered trademarks of Morgan Stanley

Your receipt and use of this service is subject to the terms and conditions in E*TRADE from Morgan Stanley's Market Data Agreement (MDA) Your receipt and use of options market data is subject to the terms of the OPRA Subscriber Agreement

**System response and account access may vary due to a variety of factors, including trading volumes market conditions system performances and other factors**

 E*TRADE COMPLETE™ PROTECTION GUARANTEE

Privacy  |  Disclosure Library  |  Statement of Financial Condition  |  About Asset Protection  |  Account Agreements and Disclosures  |  Quarterly 606 Report  |  Business Continuity Plan

© 2024 E*TRADE from Morgan Stanley All rights reserved **E*TRADE Copyright Policy** 9w4m3

**E✱TRADE** from Morgan Stanley

**1099 Consolidated Tax Statement**
**Tax Year 2023     Copy B For Recipient**

Morgan Stanley Capital Management, LLC
Morgan Stanley Smith Barney, LLC
1 New York Plaza
7th Floor
New York, NY 10004

Page 7 of 10

| | |
|---|---|
| Identification Number: | 11-3658445 |
| Taxpayer ID Number: | XXX-XX-2825 |
| Account Number: | ▓▓▓▓9026 206 |

Name Reported to the IRS:   SAADA HABIB
617 CONCERTO LANE
SILVER SPRING MD 20901

**Customer Service: 866-324-6088**

This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported.

### 1099-B   PROCEEDS FROM BROKER AND BARTER EXCHANGE TRANSACTIONS                                                 OMB NO. 1545-0715

**Gross Proceeds less commissions and option premiums on stocks, bonds, etc.** Consider the Net Proceeds box checked in IRS box 6 (Reported to IRS) for all option transactions. Consider IRS box 7(Loss is not allowed based on amount in 1d) as not being checked for any transactions.

**Short Term - Covered Securities** (Consider Box 12 (Basis Reported to IRS) as being checked for this section. These transactions should be reported on Form 8949 Part I with box A checked.)

| DESCRIPTION (Box 1a) QUANTITY | DATE ACQUIRED (Box 1b) | DATE SOLD (Box 1c) | PROCEEDS (Box 1d) | COST OR OTHER BASIS (Box 1e) | ACCRUED MARKET DISCOUNT (Box 1f) | WASH SALE LOSS DISALLOWED (Box 1g) | GAIN/(LOSS) AMOUNT | FEDERAL INCOME TAX WITHHELD (Box 4) |
|---|---|---|---|---|---|---|---|---|
| META MATERIALS INC | | CUSIP: 59134N104 | | Symbol: MMAT | | | | |
| 44.000 | 11/02/22 | 10/23/23 | $6.68 | $56.32 | $0.00 | $0.00 | ($49.64) | $0.00 |
| 1,556.000 | 11/02/22 | 10/23/23 | $236.89 | $1,991.68 | $0.00 | $0.00 | ($1,754.79) | $0.00 |
| 120.000 | 11/14/22 | 10/23/23 | $18.33 | $177.60 | $0.00 | $0.00 | ($159.27) | $0.00 |
| 5,500.000 | 05/02/23 | 10/23/23 | $835.19 | $1,039.50 | $0.00 | $0.00 | ($204.31) | $0.00 |
| 250.000 | 05/03/23 | 10/23/23 | $38.39 | $47.50 | $0.00 | $0.00 | ($9.11) | $0.00 |
| 264.000 | 07/03/23 | 10/23/23 | $40.08 | $55.44 | $0.00 | $0.00 | ($15.36) | $0.00 |
| 3,000.000 | 07/21/23 | 10/23/23 | $458.85 | $660.00 | $0.00 | $0.00 | ($201.15) | $0.00 |
| 2,000.000 | 08/01/23 | 10/23/23 | $305.90 | $480.00 | $0.00 | $0.00 | ($174.10) | $0.00 |
| Security Subtotal   12,734.000 | | | $1,940.31 | $4,508.04 | $0.00 | $0.00 | ($2,567.73) | $0.00 |
| **Total Short Term Covered Securities** | | | **$1,940.31** | **$4,508.04** | **$0.00** | **$0.00** | **($2,567.73)** | **$0.00** |

**Long Term - Covered Securities** (Consider Box 12 (Basis Reported to IRS) as being checked for this section. These transactions should be reported on Form 8949 Part II with box D checked.)

| DESCRIPTION (Box 1a) QUANTITY | DATE ACQUIRED (Box 1b) | DATE SOLD (Box 1c) | PROCEEDS (Box 1d) | COST OR OTHER BASIS (Box 1e) | ACCRUED MARKET DISCOUNT (Box 1f) | WASH SALE LOSS DISALLOWED (Box 1g) | GAIN/(LOSS) AMOUNT | FEDERAL INCOME TAX WITHHELD (Box 4) |
|---|---|---|---|---|---|---|---|---|
| AMAZON COM INC | | CUSIP: 023135106 | | Symbol: AMZN | | | | |
| 20.000 | 04/25/22 | 10/12/23 | $2,642.37 | $2,878.08 | $0.00 | $0.00 | ($235.71) | $0.00 |
| 50.000 | 09/02/22 | 10/12/23 | $6,605.94 | $6,525.50 | $0.00 | $0.00 | $80.44 | $0.00 |
| 48.000 | 09/26/22 | 10/12/23 | $6,341.70 | $5,436.00 | $0.00 | $0.00 | $905.70 | $0.00 |
| Security Subtotal   118.000 | | | $15,590.01 | $14,839.58 | $0.00 | $0.00 | $750.43 | $0.00 |

**CONTINUED ON NEXT PAGE**

**IMPORTANT TAX INFORMATION -- PLEASE RETAIN FOR YOUR RECORDS**

|  |  |  |
|---|---|---|
| MORGAN STANLEY CAPITAL MANAGEMENT LLC<br>E*TRADE SECURITIES LLC<br>PO BOX 484<br>JERSEY CITY  NJ 07303-0484 | Account No<br>Account Name<br>Recipient s TIN<br><br>Account Executive No<br><br>ORIGINAL | ▮▮▮▮0138<br>SAADA HABIB<br>***-**-2825<br><br>ET1<br><br>12/31/2023 |

# CONSOLIDATED 2023 FORMS 1099 AND DETAILS

SAADA HABIB
617 CONCERTO LANE
SILVER SPRING, MD 20901-5009

### YEAR-END MESSAGES

Certain events may result in an amended 1099 for current and/or prior tax years  Please visit
etrade com/tax for access to details and FAQs found in the "Understanding your Form 1099" guide

Important  If your E*TRADE account transitioned to Morgan Stanley in 2023  you may receive two
tax forms  One for your original E*TRADE account   and a second for your converted account
You may need to reference both forms in order to file your tax return
Please note there may be a slight timing difference in the availability of the two forms

**TABLE OF CONTENTS**
**Consolidated 1099 Sections**

1099-DIV / INT Summary Information                              Page  3
1099-B Proceeds from Broker and Barter Exchange Transactions    Page  6

**Details**
1099-DIV Dividend & Distribution Details                        Page  9
Investment Details                                              Page 11

Your Account did not receive the following Forms

1099-INT
1099-OID
1099-MISC

|  |  |
|---|---|
| MORGAN STANLEY CAPITAL MANAGEMENT LLC<br>E*TRADE SECURITIES LLC<br>PO BOX 484<br>JERSEY CITY, NJ 07303-0484 | Account No: ████0138<br>Account Name: SAADA HABIB<br>Recipient's TIN: ***-**-2825<br>Account Executive No: ET1<br>ORIGINAL: 12/31/2023 |

## 2023 INVESTMENT DETAILS

### DETAILS OF 2023 INVESTMENT ACTIVITY

| Date | Security Description | CUSIP | Transaction Description | Quantity | Price | Amount | Additional Information |
|---|---|---|---|---|---|---|---|
| ██████ | ██████████████ | ██████ | SELL | 16.000 | $70.00 | $1,119.99 | |
| ██████ | ██████████████ | ██████ | PURCHASE | 500.000 | $3.97 | $1,985.00 | |
| ██████ | GLOBAL TECH INDUSTRIES GROUP INC COM | ██████ | PURCHASE | 150.000 | $1.08 | $167.70 | |
| 01/23/23 | GLOBAL TECH ██████████████ | ██████ | PURCHASE | 300.000 | $1.09 | $327.00 | |
| 01/21/23 | GLOBAL TECH ██████████████ | ██████ | PURCHASE | 500.000 | $1.67 | $839.95 | |
| ██████ | ██████ TECH ██████████████ COM | ██████ | PURCHASE | 1,000.000 | $1.66 | $1,664.95 | |
| ██████ | GLOBAL TECH INDUSTRIES GROUP INC COM | ██████ | PURCHASE | 310.000 | $1.54 | $481.11 | |
| ██████ | GLOBAL TECH INDUSTRIES GROUP INC COM | ██████ | PURCHASE | 800.000 | $1.54 | $1,236.95 | |
| ██████ | GLOBAL TECH INDUSTRIES GROUP INC COM | ██████ | PURCHASE | 500.000 | $1.36 | $687.45 | |
| ██████ | ██████████████ | ██████ | PURCHASE | 1,300.000 | $0.82 | $1,070.95 | |
| ██████ | ██████████████ COM | ██████ | PURCHASE | 150.000 | $0.83 | $128.70 | |
| 07/12/23 | ██████████████ COM | ██████ | PURCHASE | 800.000 | $1.34 | $1,076.87 | |
| ██████ | ██████████████ | ██████ | PURCHASE | 550.000 | $0.96 | $532.95 | |
| ██████ | ██████████████ | ██████ | PURCHASE | 500.000 | $0.85 | $429.95 | |
| 08/01/23 | ██████████████ | ██████ | PURCHASE | 505.000 | $0.86 | $439.25 | |
| 08/██/23 | ██████████████ | ██████ | PURCHASE | 1,005.000 | $0.87 | $879.30 | |
| ██████ | ██████████████ COM | ██████ | PURCHASE | 500.000 | $0.78 | $393.70 | |
| ██████ | ██████████████ COM | ██████ | PURCHASE | 500.000 | $0.60 | $304.95 | |
| ██████ | ██████████████ COMMON STOCK | ██████ | PURCHASE | 150.000 | $0.25 | $37.50 | |
| ██████ | ██████████████ COMMON STOCK | ██████ | PURCHASE | 2,000.000 | $0.27 | $540.40 | |
| ██████ | ██████████████ | ██████ | PURCHASE | 1,500.000 | $0.27 | $409.95 | |
| 05/02/23 | META MATLS INC COMMON STOCK | 59134N104 | PURCHASE | 5,500.000 | $0.19 | $1,039.50 | |
| 05/03/23 | META MATLS INC COMMON STOCK | 59134N104 | PURCHASE | 250.000 | $0.19 | $47.50 | |
| 07/03/23 | META MATLS INC COMMON STOCK | 59134N104 | PURCHASE | 264.000 | $0.21 | $55.44 | |
| 07/21/23 | META MATLS INC COMMON STOCK | 59134N104 | PURCHASE | 3,000.000 | $0.22 | $660.00 | |
| 08/01/23 | META MATLS INC COMMON STOCK | 59134N104 | PURCHASE | 2,000.000 | $0.24 | $480.00 | |
| ██████ | ██████████████ | ██████ | SELL | 73.427 | $69.83 | $5,127.41 | |

### END OF 2023 DETAILS

THIS STATEMENT IS NOT A SUBSTITUTE FOR FORM 1099 AND IS PROVIDED FOR INFORMATIONAL PURPOSES ONLY.

MORGAN STANLEY DOMESTIC HOLDINGS, INC.
E*TRADE SECURITIES LLC
PO BOX 484
JERSEY CITY, NJ 07303-0484

Account No: ****0138
Account Name: SAADA HABIB
Recipient's TIN: ***-**-2825
Account Executive No: ET1
ORIGINAL: 12/31/2022

## DETAILS OF 2022 INVESTMENT ACTIVITY, CONTINUED

| Date | Security Description | CUSIP | Transaction Description | Quantity | Price | Amount | Additional Information |
|---|---|---|---|---|---|---|---|
| 11/16/22 | META MATLS INC COMMON STOCK | 59134N104 | PURCHASE | 1,700.000 | $1.84 | $3,119.50 | |
| 11/16/22 | META MATLS INC COMMON STOCK | 59134N104 | PURCHASE | 2,000.000 | $1.82 | $3,638.20 | |
| 11/21/22 | META MATLS INC COMMON STOCK | 59134N104 | PURCHASE | 400.000 | $2.06 | $822.00 | |
| 12/02/22 | META MATLS INC COMMON STOCK | 59134N104 | PURCHASE | 77.000 | $1.85 | $142.45 | |
| 10/12/22 | META MATLS INC PFD SER A | 59134N203 | PURCHASE | 150.000 | $5.69 | $860.45 | |
| 10/12/22 | META MATLS INC PFD SER A | 59134N203 | PURCHASE | 600.000 | $5.76 | $3,456.00 | |
| 10/12/22 | META MATLS INC PFD SER A | 59134N203 | PURCHASE | 4,000.000 | $4.40 | $17,606.95 | |
| 11/03/22 | META MATLS INC PFD SER A | 59134N203 | PURCHASE | 800.000 | $6.62 | $5,302.95 | |
| 11/04/22 | META MATLS INC PFD SER A | 59134N203 | PURCHASE | 100.000 | $7.26 | $732.95 | |
| 11/04/22 | META MATLS INC PFD SER A | 59134N203 | PURCHASE | 100.000 | $7.26 | $732.95 | |
| 11/04/22 | META MATLS INC PFD SER A | 59134N203 | PURCHASE | 800.000 | $7.26 | $5,814.95 | |
| 11/07/22 | META MATLS INC PFD SER A | 59134N203 | PURCHASE | 1,000.000 | $7.36 | $7,366.95 | |
| 11/08/22 | META MATLS INC PFD SER A | 59134N203 | PURCHASE | 800.000 | $7.30 | $5,846.95 | |
| 11/14/22 | META MATLS INC PFD SER A | 59134N203 | PURCHASE | 800.000 | $7.32 | $5,862.95 | |
| 11/21/22 | META MATLS INC PFD SER A | 59134N203 | PURCHASE | 600.000 | $11.18 | $6,714.95 | |
| 11/22/22 | META MATLS INC PFD SER A | 59134N203 | PURCHASE | 42.000 | $12.18 | $518.51 | |
| 12/01/22 | META MATLS INC PFD SER A | 59134N203 | PURCHASE | 73.000 | $8.29 | $605.17 | |
| 12/01/22 | META MATLS INC PFD SER A | 59134N203 | PURCHASE | 507.000 | $8.30 | $4,215.05 | |
| 12/02/22 | META MATLS INC PFD SER A | 59134N203 | PURCHASE | 240.000 | $8.20 | $1,973.99 | |
| 12/08/22 | META MATLS INC PFD SER A | 59134N203 | PURCHASE | 475.000 | $4.24 | $2,020.95 | |
| | | | PURCHASE | 800.000 | $6.12 | $4,902.95 | |
| | | | PURCHASE | 2,800.000 | $5.56 | $15,574.95 | |
| | | | PURCHASE | 49.000 | $4.25 | $215.20 | |
| | | | PURCHASE | 451.000 | $4.28 | $1,930.28 | |
| | | | PURCHASE | 1,500.000 | $4.05 | $6,081.95 | |
| | | | PURCHASE | 800.000 | $5.74 | $4,598.95 | |
| | | | PURCHASE | 10.000 | $279.98 | $2,799.80 | |
| | | | PURCHASE | 20.000 | $239.78 | $4,795.62 | |
| | | | PURCHASE | 20.000 | $217.27 | $4,345.40 | |
| | | | PURCHASE | 20.000 | $139.34 | $2,786.80 | |
| | | | PURCHASE | 100.000 | $7.38 | $738.00 | |
| | | | PURCHASE | 13.910 | $71.89 | $1,000.00 | |
| | | | PURCHASE | 10.000 | $81.17 | $811.69 | |
| | | | PURCHASE | 15.000 | $81.27 | $1,219.04 | |
| | | | PURCHASE | 18.949 | $158.32 | $3,000.00 | |
| | | | SELL | 19.032 | $120.11 | $2,285.93 | |

THIS STATEMENT IS NOT A SUBSTITUTE FOR FORM 1099 AND IS PROVIDED FOR INFORMATIONAL PURPOSES ONLY.

| | |
|---|---|
| MORGAN STANLEY DOMESTIC HOLDINGS, INC.<br>E*TRADE SECURITIES LLC<br>PO BOX 484<br>JERSEY CITY, NJ 07303-0484 | Account No:  ▇▇▇▇0138<br>Account Name: SAADA HABIB<br>Recipient's TIN: ***-**-2825<br><br>Account Executive No: ET1<br><br>ORIGINAL: 12/31/2022 |

## 2022 INVESTMENT DETAILS

### DETAILS OF 2022 INVESTMENT ACTIVITY

| Date | Security Description | CUSIP | Transaction Description | Quantity | Price | Amount | Additional Information |
|---|---|---|---|---|---|---|---|
| 04/1▇/22 | ALPHABET INC CLASS C CAPITAL STOCK | 02079K1▇7 | PURCHASE | 1.000 | $2,563.98 | $2,563.98 | |
| ▇▇/▇▇/22 | ALPHABET INC CLASS C CAPITAL STOCK | 02079▇▇▇ | PURCHASE | 1.000 | $2,559.22 | $2,559.22 | |
| ▇▇/▇▇/22 | ALPHABET INC CLASS C CAPITAL STOCK | 02079▇▇▇7 | PURCHASE | 24.000 | $115.12 | $2,762.84 | |
| 04/25/22 | ▇▇▇▇ INC | ▇▇▇▇▇▇▇ | PURCHASE | 1.000 | $2,878.08 | $2,878.08 | |
| 09/▇▇/22 | AMAZON.COM INC | ▇▇▇▇▇▇▇ | PURCHASE | 50.000 | $130.51 | $6,525.50 | |
| 09/▇▇/22 | ▇▇▇▇▇.COM INC | ▇▇▇▇▇▇▇ | PURCHASE | 48.000 | $113.25 | $5,436.00 | |
| 0▇/▇▇/22 | APPLE INC | ▇▇▇▇▇▇▇ | PURCHASE | 10.000 | $175.80 | $1,758.00 | |
| 1▇/▇▇/22 | APPLE INC | ▇▇▇▇▇▇▇ | SELL | 10.000 | $148.20 | $1,481.96 | |
| 01/▇▇/22 | ▇▇▇▇▇▇▇ CORPORATION | ▇▇▇▇▇▇▇ | SELL | 72.000 | $104.82 | $7,541.69 | |
| 03/▇▇/22 | ▇▇▇▇▇▇▇ CORPORATION | ▇▇▇▇▇▇▇ | SELL | 1.276 | $103.01 | $131.46 | |
| 0▇/▇▇/22 | ▇▇▇▇▇▇▇ CORPORATION | ▇▇▇▇▇▇▇ | SELL | 307.000 | $103.01 | $31,618.95 | |
| 0▇/▇▇/22 | ▇▇▇▇▇▇ BIOSCIENCES INC COMMON STOCK | ▇▇▇▇▇▇▇ | PURCHASE | 200.000 | $10.35 | $2,069.98 | |
| 0▇/▇▇/22 | EDITAS MEDICINE INC COM | ▇▇▇▇▇▇▇ | PURCHASE | 100.000 | $23.55 | $2,355.50 | |
| 02/23/22 | EDITAS MEDICINE INC COM | ▇▇▇▇▇▇▇ | PURCHASE | 100.000 | $15.12 | $1,511.58 | |
| 04/18/22 | EDITAS MEDICINE INC COM | ▇▇▇▇▇▇▇ | PURCHASE | 8.000 | $15.43 | $123.40 | |
| 04/18/22 | EDITAS MEDICINE INC COM | ▇▇▇▇▇▇▇ | PURCHASE | 47.000 | $15.43 | $725.09 | |
| 05/03/22 | EDITAS MEDICINE INC COM | ▇▇▇▇▇▇▇ | PURCHASE | 40.000 | $14.16 | $566.40 | |
| 05/09/22 | EDITAS MEDICINE INC COM | ▇▇▇▇▇▇▇ | PURCHASE | 200.000 | $13.12 | $2,624.00 | |
| 04/▇▇/22 | ▇▇▇▇▇▇ FIREWORKS HOLDINGS INC CLASS A CO | ▇▇▇▇▇▇▇ | PURCHASE | 500.000 | $3.58 | $1,790.00 | |
| 12/23/22 | GLOBAL TECH INDUSTRIES GROUP INC COM | ▇▇▇▇▇▇▇ | PURCHASE | 930.000 | $1.09 | $1,020.65 | |
| 12/30/22 | GLOBAL TECH INDUSTRIES GROUP INC COM | ▇▇▇▇▇▇▇ | PURCHASE | 700.000 | $1.50 | $1,056.95 | |
| 02/04/22 | INTELLIA THERAPEUTICS INC COM | ▇▇▇▇▇▇▇ | PURCHASE | 4.000 | $90.90 | $363.58 | |
| 02/23/22 | INTELLIA THERAPEUTICS INC COM | ▇▇▇▇▇▇▇ | PURCHASE | 10.000 | $80.00 | $800.00 | |
| 04/18/22 | INTELLIA THERAPEUTICS INC COM | ▇▇▇▇▇▇▇ | PURCHASE | 40.000 | $57.73 | $2,309.36 | |
| ▇▇/▇▇/22 | INVITAE CORPORATION COM | ▇▇▇▇▇▇▇ | PURCHASE | 100.000 | $6.14 | $614.30 | |
| 1▇/▇▇/22 | ▇▇▇▇▇▇▇ COMMON STOCK | ▇▇▇▇▇▇▇ | PURCHASE | ▇▇▇▇ | ▇▇▇ | ▇▇▇▇ | |
| 11/01/22 | META MATLS INC COMMON STOCK | 59134N104 | PURCHASE | 2,000.000 | $1.13 | $2,259.00 | |
| 11/02/22 | META MATLS INC COMMON STOCK | 59134N104 | PURCHASE | 400.000 | $1.28 | $510.00 | |
| 11/02/22 | META MATLS INC COMMON STOCK | 59134N104 | PURCHASE | 1,600.000 | $1.28 | $2,048.00 | |
| 11/09/22 | META MATLS INC COMMON STOCK | 59134N104 | PURCHASE | 100.000 | $1.56 | $156.00 | |
| 11/14/22 | META MATLS INC COMMON STOCK | 59134N104 | PURCHASE | 120.000 | $1.48 | $177.60 | |
| 11/14/22 | META MATLS INC COMMON STOCK | 59134N104 | PURCHASE | 126.000 | $1.53 | $192.77 | |
| 11/15/22 | META MATLS INC COMMON STOCK | 59134N104 | PURCHASE | 1,000.000 | $1.82 | $1,815.70 | |
| 11/15/22 | META MATLS INC COMMON STOCK | 59134N104 | PURCHASE | 2,000.000 | $1.84 | $3,680.00 | |

THIS STATEMENT IS NOT A SUBSTITUTE FOR FORM 1099 AND IS PROVIDED FOR INFORMATIONAL PURPOSES ONLY.