NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | PROOF OF INTEREST |
|---|---|

| Name of Debtor | Case Number |
|---|---|
| META MATERIALS | 24-50792 |

**1** Name and address of holder of the Equity Interest (the person or entity holding an Equity Interest in the Debtor Referred to hereinafter as the Interest holder )

NOLA WHETHAM
4 LUPEA PLACE
PUKALANI, HI 96768

Telephone Number
808. 205. 2214

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest Attach copy of statement giving particulars

☐ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors

NOTE This form SHOULD NOT be used to make a claim against the Debtor for money owed A separate Proof of Claim form should be used for that purpose This form should only be used to assert an Equity Interest in the Debtor An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein

**COURT USE ONLY**

| Account or other number by which Interest holder identifies Debtor | Check here if this claim |
|---|---|
| # 771-151690-210 | ☐ replaces a previously filed Proof of Interest dated _____<br>☐ amends a previously filed Proof of Interest dated _____ |

| **2** Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest | **3** Date Equity Interest was acquired |
|---|---|
| ETRADE FROM MORGAN STANLEY<br><br>Telephone Number  800-387-2331 | 4/4/22   11/10/22   5/15/23<br>9/14/22   12/16/22   11/7/22<br>11/2/22   2/8/23 |

| **4** Total amount of member interest  484  ORIGINAL: 48,355 | **5** Certificate number(s) |
|---|---|

**6** Type of Equity Interest
Please indicate the type of Equity Interest you hold
☒ Check this box if your Equity Interest is based on an actual member interest held in the Debtor
☐ Check this box if your Equity Interest is based on anything else and describe that interest
Description  INVESTOR

**7** Supporting Documents Attach copies of supporting documents such as stock certificates, option agreements warrants etc
DO NOT SEND ORIGINAL DOCUMENTS If the documents are not available explain If the documents are voluminous, attach a summary

**8** Date Stamped Copy To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped self addressed envelope and copy of this Proof of Interest

**9** Signature
Check the appropriate box
☒ I am the creditor ☐ I am the creditor s authorized agent ☐ I am the trustee, or the debtor ☐ I am a guarantor surety endorser or other codebtor
(Attach copy of power of attorney, if any ) or their authorized agent (See Bankruptcy Rule 3005 )
(See Bankruptcy Rule 3004 )

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge information and reasonable belief

Print Name  NOLA WHETHAM
Title
Company ___ Address and telephone number (if different from notice address above)
_____
_____

(Signature) Nola S Whetham   11/10/24 (Date)

Telephone number 808. 205. 2214 email nolamaui @gmail.com

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both  18 U S C §§ 152 AND 3571*

CASE # 24-50792
1/7

November 5, 2024

United States Bankruptcy Court

District of Nevada

Clerk of the Court

1st Floor, 300 Booth Street

Reno, NV   89509

This letter is to verify and confirm that my original MMAT stock sold to me by E-Trade at eight different dates, on my account #771-151690-210, totaled 48,355 as of May 15, 2023   After the reverse split in 2024, my total MMAT stock became 484   Attached are copies of my ETrade statements as confirmation

I appreciate your help on a fair trial

Please contact me anytime 208 205 2214

Sincerely,

Nola Whetham

4 Lupea Place

Pukalani, HI  96768

nolamaui@gmail.com

# E✱TRADE®
from Morgan Stanley

**CLIENT STATEMENT** | For the Period August 1-31, 2024

## Account Summary

| Self-Directed Brokerage Account | NOLA S WHETHAM TOD |
|---|---|
| 771-151690-210 | SUBJECT TO STA RULES |

### BALANCE SHEET (^ includes accrued interest)

| | Last Period (as of 7/31/24) | This Period (as of 8/31/24) |
|---|---|---|
| Cash, BDP, MMFs | $39.68 | $39.68 |
| Stocks | 56,326.50 | 54,936.16 |
| ETFs & CEFs | 59,850.86 | 60,511.53 |
| Net Unsettled Purchases/Sales | | 224.13 |
| **Total Assets** | **$116,217.04** | **$115,711.50** |
| **Total Liabilities** (outstanding balance) | — | — |
| **TOTAL VALUE** | **$116,217.04** | **$115,711.50** |

### CASH FLOW

| | This Period (8/1/24-8/31/24) | This Year (1/1/24-8/31/24) |
|---|---|---|
| **OPENING CASH, BDP, MMFs** | **$39.68** | **$176.43** |
| Purchases | — | (10,496.40) |
| Dividend Reinvestments | — | (215.24) |
| Sales and Redemptions | 224.13 | 6,025.26 |
| Net Unsettled Purch/Sales | (224.13) | (224.13) |
| Income and Distributions | — | 322.17 |
| **Total Investment Related Activity** | **—** | **$(4,588.34)** |
| Electronic Transfers-Credits | — | 10,500.00 |
| Electronic Transfers-Debits | — | (6,047.09) |
| Other Debits | — | (1.32) |
| **Total Cash Related Activity** | **—** | **$4,451.59** |
| **Total Card/Check Activity** | **—** | **—** |
| **CLOSING CASH, BDP, MMFs** | **$39.68** | **$39.68** |

### INCOME AND DISTRIBUTION SUMMARY

| | This Period (8/1/24-8/31/24) | This Year (1/1/24-8/31/24) |
|---|---|---|
| Qualified Dividends | — | $106.92 |
| Other Dividends | — | 215.24 |
| Interest | — | 0.01 |
| **Income And Distributions** | **—** | **$322.17** |
| **Tax-Exempt Income** | — | — |
| **TOTAL INCOME AND DISTRIBUTIONS** | **—** | **$322.17** |

*Taxable and tax exempt income classifications are based on the characteristics of the underlying securities and not the taxable status of the account.*

### GAIN/(LOSS) SUMMARY

| | Realized This Period (8/1/24-8/31/24) | Realized This Year (1/1/24-8/31/24) | Unrealized Inception to Date (as of 8/31/24) |
|---|---|---|---|
| Short-Term Gain | — | $9.73 | $651.05 |
| Long-Term Gain | — | 468.57 | 24,951.71 |
| Long-Term (Loss) | (32,575.90) | (32,575.90) | (6,198.15) |
| **Total Long-Term** | **$(32,575.90)** | **$(32,107.33)** | **$18,753.56** |
| **TOTAL GAIN/(LOSS)** | **$(32,575.90)** | **$(32,097.60)** | **$19,404.61** |

*The Gain/(Loss) Summary, which may be subsequently adjusted, is provided for informational purposes and should not be used for tax preparation. For additional detail, please visit www.etrade.com.*

TOTAL LOSS

# E✱TRADE
from Morgan Stanley

**CLIENT STATEMENT** | For the Period August 1-31, 2024

## Account Detail

| | Self-Directed Brokerage Account<br>771-151690-210 | NOLA S WHETHAM TOD<br>SUBJECT TO STA RULES |
|---|---|---|

| Security Description | | Quantity | Share Price | Total Cost | Market Value | Unrealized Gain/(Loss) | Est Ann Income | Current Yield % |
|---|---|---|---|---|---|---|---|---|
| | **Total** | 127.053 | | 40,153.27 | **60,511.53** | 20,358.26 | 340.37 | 0.56 |

*Next Dividend Payable 10/2024; Asset Class: Equities*

| | Percentage of Holdings | | | Total Cost | Market Value | Unrealized Gain/(Loss) | Est Ann Income | Current Yield % |
|---|---|---|---|---|---|---|---|---|
| **EXCHANGE-TRADED & CLOSED-END FUNDS** | 52.30% | | | $40,153.27 | $60,511.53 | $20,358.26 | $340.37 | 0.56% |

| | Percentage of Holdings | | | Total Cost | Market Value | Unrealized Gain/(Loss) | Est Ann Income Accrued Interest | Current Yield % |
|---|---|---|---|---|---|---|---|---|
| **TOTAL VALUE** | **100.00%** | | | **$105,933.18** | **$115,711.50** | **$19,404.61** | **$460.49** | **0.40%** |

*Unrealized Gain/(Loss) totals only reflect positions that have both cost basis and market value information available. Cash, MMF, Deposits and positions stating 'Please Provide' or 'Pending Corporate Actions' are not included.*

## ALLOCATION OF ASSETS

| | Cash | Equities | Fixed Income & Preferred Securities | Alternatives | Structured Investments | Other |
|---|---|---|---|---|---|---|
| Cash, BDP, MMFs | $263.81 | — | — | — | — | — |
| Stocks | — | $54,936.16 | — | — | — | — |
| ETFs & CEFs | — | 60,511.53 | — | — | — | — |
| **TOTAL ALLOCATION OF ASSETS** | **$263.81** | **$115,447.69** | — | — | — | — |

## ACTIVITY

### CASH FLOW ACTIVITY BY DATE

| Activity Date | Settlement Date | Activity Type | Description | Comments | Quantity | Price | Credits/(Debits) |
|---|---|---|---|---|---|---|---|
| 8/30 | 9/3 | Sold | META MATERIALS INC NEW | ACTED AS AGENT<br>UNSOLICITED TRADE | 484.000 | $0.4776 | $224.13 |

| **NET CREDITS/(DEBITS)** | | | | | | | **$224.13** |

*Purchase and Sale transactions above may have received an average price execution. Details regarding the actual prices are available upon request.*

SOLD

| | | |
|---|---|---|
| MORGAN STANLEY DOMESTIC HOLDINGS, INC. | Account No: | 51142168 |
| E*TRADE SECURITIES LLC | Account Name: | NOLA S WHETHAM |
| PO BOX 484 | Recipient's TIN: | ***-**-4042 |
| JERSEY CITY, NJ 07303-0484 | Account Executive No: | ET1 |
| | ORIGINAL: | 12/31/2022 |

## 2022 INVESTMENT DETAILS

### DETAILS OF 2022 INVESTMENT ACTIVITY

| Date | Security Description | CUSIP | Transaction Description | Quantity | Price | Amount | Additional Information |
|---|---|---|---|---|---|---|---|
| 01/19/22 | AMAZON.COM INC | 023135106 | PURCHASE | 3.000 | $3,174.53 | $9,523.59 | |
| 06/03/22 | AMAZON.COM INC | 023135106 | PURCHASE | 2.000 | $2,439.37 | $4,878.74 | |
| 05/20/22 | INVESCO QQQ TR UNIT SER 1 | 46090E103 | PURCHASE | 17.000 | $293.05 | $4,981.85 | |
| 07/14/22 | INVESCO QQQ TR UNIT SER 1 | 46090E103 | PURCHASE | 18.000 | $280.00 | $5,040.00 | |
| 09/22/22 | INVESCO QQQ TR UNIT SER 1 | 46090E103 | PURCHASE | 17.000 | $280.00 | $4,760.00 | |
| 09/22/22 | INVESCO QQQ TR UNIT SER 1 | 46090E103 | PURCHASE | 18.000 | $280.37 | $5,046.66 | |
| 02/23/22 | META MATLS INC COMMON STOCK | 59134N104 | PURCHASE | 2,090.000 | $1.67 | $3,490.30 | |
| 03/02/22 | META MATLS INC COMMON STOCK | 59134N104 | SELL | 2,090.000 | $1.70 | $3,542.26 | |
| 04/04/22 | META MATLS INC COMMON STOCK | 59134N104 | PURCHASE | 15.000 | $1.64 | $24.60 | |
| 04/04/22 | META MATLS INC COMMON STOCK | 59134N104 | PURCHASE | 2,294.000 | $1.64 | $3,762.16 | |
| 09/14/22 | META MATLS INC COMMON STOCK | 59134N104 | PURCHASE | 306.000 | $0.82 | $250.89 | |
| 09/14/22 | META MATLS INC COMMON STOCK | 59134N104 | PURCHASE | 6,034.000 | $0.82 | $4,947.88 | |
| 11/02/22 | META MATLS INC COMMON STOCK | 59134N104 | PURCHASE | 4,500.000 | $1.20 | $5,400.00 | |
| 11/07/22 | META MATLS INC COMMON STOCK | 59134N104 | PURCHASE | 3,000.000 | $1.58 | $4,740.00 | |
| 11/10/22 | META MATLS INC COMMON STOCK | 59134N104 | PURCHASE | 4,096.000 | $1.25 | $5,120.00 | |
| 12/16/22 | META MATLS INC COMMON STOCK | 59134N104 | PURCHASE | 2,000.000 | $1.25 | $2,500.00 | |
| 01/21/22 | META MATLS INC PFD SER A | 59134N203 | PURCHASE | 4,000.000 | $1.25 | $5,006.95 | |
| 05/09/22 | META MATLS INC PFD SER A | 59134N203 | PURCHASE | 3,870.000 | $1.26 | $4,883.15 | |
| 01/03/22 | TESLA INC COMMON STOCK | 88160R101 | SELL | 5.000 | $1,200.00 | $5,999.96 | |
| 01/19/22 | TESLA INC COMMON STOCK | 88160R101 | PURCHASE | 5.000 | $1,000.00 | $5,000.00 | |

### END OF 2022 DETAILS

THIS STATEMENT IS NOT A SUBSTITUTE FOR FORM 1099 AND IS PROVIDED FOR INFORMATIONAL PURPOSES ONLY.

# E✳TRADE
from Morgan Stanley

## Account Detail

Self-Directed Brokerage Account
771-151690-210

NOLA S WHETHAM TOD
SUBJECT TO STA RULES

### STOCKS
#### COMMON STOCKS

*Morgan Stanley & Co. LLC (Morgan Stanley) and Morningstar, Inc.'s equity research ratings are shown for certain securities. These ratings represent the opinions of the research provider and are not representations or guarantees of performance. The applicable research report contains more information regarding the analyst's opinions, analysis, and rating, and you should read the entire research report and evaluate its contents. For ease of comparison, Morgan Stanley and Morningstar, Inc.'s equity research ratings have been normalized to a 1 (Buy), 2 (Hold), and 3 (Sell). Refer to your June or December statement for a summary guide describing the ratings. We do not take responsibility for, nor guarantee the accuracy, completeness, or timeliness of research prepared for Morningstar, Inc.*

| Security Description | Quantity | Share Price | Total Cost | Market Value | Unrealized Gain/(Loss) | Est Ann Income | Current Yield % |
|---|---|---|---|---|---|---|---|
| ALIBABA GROUP HLDG LTD (BABA) | 22.000 | $77.510 | $3,753.31 | **$1,705.22** | $(2,048.09) | $21.56 | 1.26 |
| *Rating: Morgan Stanley: 2; Morningstar: 1; Next Dividend Payable: 01/18/24; Asset Class: Equities* | | | | | | | |
| AMAZON COM INC (AMZN) | 160.000 | 151.940 | 24,182.45 | **24,310.40** | 127.95 | — | — |
| *Rating: Morgan Stanley: 1; Morningstar: 2; Asset Class: Equities* | | | | | | | |
| BOEING CO (BA) | 21.000 | 260.660 | 4,451.55 | **5,473.86** | 1,022.31 | — | — |
| *Rating: Morgan Stanley: 2; Morningstar: 2; Asset Class: Equities* | | | | | | | |
| FM4 NXTBRG HYDROCARBONS CONTRA | 7,870.000 | N/A | 9,890.10 | **N/A** | N/A | — | — |
| *Asset Class: Equities* | | | | | | | |
| META MATERIALS INC (MMAT)  *TOTAL STOCK* | 48,355.000 | 0.060 | 32,800.03 | **3,191.43** | (29,608.60) | — | — |
| *Asset Class: Equities* | | | | | | | |
| TARGET CORPORATION (TGT) | 22.000 | 142.420 | 5,066.60 | **3,133.24** | (1,933.36) | 96.80 | 3.09 |
| *Rating: Morgan Stanley: 2; Morningstar: 2; Next Dividend Payable 03/2024; Asset Class: Equities* | | | | | | | |
| TESLA INC (TSLA) | 30.000 | 248.480 | 7,939.50 | **7,454.40** | (485.10) | — | — |
| *Rating: Morgan Stanley: 1; Morningstar: 2; Asset Class: Equities* | | | | | | | |

| | Percentage of Holdings | | | Total Cost | Market Value | Unrealized Gain/(Loss) | Est Ann Income | Current Yield % |
|---|---|---|---|---|---|---|---|---|
| **STOCKS** | 44.12% | | | $88,083.54 | $45,268.55 | $(32,924.89) | $118.36 | 0.26% |

## EXCHANGE-TRADED & CLOSED-END FUNDS

*Estimated Annual Income for Exchange Traded Funds is based upon historical distributions over the preceding 12-month period, while Estimated Annual Income for Closed-End Funds may be based upon either (a) the most recent dividend or (b) sum of prior 12 months (depending upon whether there is an announced fixed rate). Current Yield is calculated by dividing the total Estimated Annual Income by the current Market Value of the position, and it is for informational purposes only. Distributions may consist of income, capital gains or the returns of capital distributions. EAI is based upon information provided by an outside vendor and is not verified by us. Depending upon market conditions, Current Yield may differ materially from published yields. Investors should refer to the Fund website for the most recent yield information.*

| Security Description | | Quantity | Share Price | Total Cost | Market Value | Unrealized Gain/(Loss) | Est Ann Income | Current Yield % |
|---|---|---|---|---|---|---|---|---|
| INVESCO QQQ TRUST, SERIES 1 (QQQ) | Purchases | 126.000 | $409.520 | $39,723.57 | **$51,599.52** | $11,875.95 | | |
| Reinvestments | | 0.609 | | 233.20 | **249.40** | 16.20 | | |



# E✳TRADE
from Morgan Stanley

**CLIENT STATEMENT** | For the Period July 1-31, 2024

## Account Detail

Self-Directed Brokerage Account
771-151690-210

NOLA S WHETHAM TOD
SUBJECT TO STA RULES

### STOCKS
### COMMON STOCKS

*Morgan Stanley & Co. LLC (Morgan Stanley) and Morningstar, Inc.'s equity research ratings are shown for certain securities. These ratings represent the opinions of the research provider and are not representations or guarantees of performance. The applicable research report contains more information regarding the analyst's opinions, analysis, and rating, and you should read the entire research report and not infer its contents. For ease of comparison, Morgan Stanley and Morningstar, Inc.'s equity research ratings have been normalized to a 1 (Buy), 2 (Hold), and 3 (Sell). Refer to your June or December statement for a summary quote describing the ratings. We do not take responsibility for, nor guarantee the accuracy, completeness, or timeliness of research prepared for Morningstar, Inc.*

| Security Description | Quantity | Share Price | Total Cost | Market Value | Unrealized Gain/(Loss) | Est Ann Income | Current Yield % |
|---|---|---|---|---|---|---|---|
| ALIBABA GROUP HLDG LTD (BABA) | 22.000 | $78.850 | $3,753.31 | **$1,734.70** | $(2,018.61) | $21.56 | 1.24 |
| *Rating: Morgan Stanley: 2; Morningstar: 1; Next Dividend Payable 07/2025; Asset Class: Equities* | | | | | | | |
| AMAZON COM INC (AMZN) | 160.000 | 186.980 | 24,182.45 | **29,916.80** | 5,734.35 | — | — |
| *Rating: Morgan Stanley: 1; Morningstar: 2; Asset Class: Equities* | | | | | | | |
| BOEING CO (BA) | 21.000 | 190.600 | 4,451.55 | **4,002.60** | (448.95) | — | — |
| *Rating: Morgan Stanley: 2; Morningstar: 2; Asset Class: Equities* | | | | | | | |
| CROWDSTRIKE HLDGS INC CL A (CRWD) | 40.000 | 231.960 | 10,496.40 | **9,278.40** | (1,218.00) | — | — |
| *Rating: Morgan Stanley: 1; Morningstar: 1; Asset Class: Equities* | | | | | | | |
| FM4 NXTBRG HYDROCARBONS CONTRA | 1,870.000 | N/A | 9,890.10 | **N/A** | N/A | — | — |
| *Asset Class: Equities* | | | | | | | |
| META MATERIALS INC NEW (MMAT)  *AFTER REVERSE SPLIT* | 484.000 | 2.320 | 32,800.03 | **1,122.88** | (31,677.14) | — | — |
| *Asset Class: Equities* | | | | | | | |
| TARGET CORPORATION (TGT) | 22.000 | 150.410 | 5,066.60 | **3,309.02** | (1,757.58) | 98.56 | 2.98 |
| *Rating: Morgan Stanley: 1; Morningstar: 3; Next Dividend Payable 09/2024; Asset Class: Equities* | | | | | | | |
| TESLA INC (TSLA) | 30.000 | 232.070 | 7,939.50 | **6,962.10** | (977.40) | — | — |
| *Rating: Morgan Stanley: 1; Morningstar: 2; Asset Class: Equities* | | | | | | | |

| | Percentage of Holdings | | | Total Cost | Market Value | Unrealized Gain/(Loss) | Est Ann Income | Current Yield % |
|---|---|---|---|---|---|---|---|---|
| STOCKS | 48.47% | | | $98,579.94 | $56,326.50 | $(32,363.33) | $120.12 | 0.21% |