NVB 3001 (Effective 1/21)

# UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA

## PROOF OF INTEREST

**Name of Debtor:** META MATERIALS

**Case Number:** 24-50792

**1. Name and address of holder of the Equity Interest** (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

MARIAM MILIAN
8620 SW 43RD TERRACE
MIAMI FL 33155

**Telephone Number:** 786 454 6116

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

☐ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

**COURT USE ONLY**

**Account or other number by which Interest holder identifies Debtor:** 4038 95576

Check here if this claim:
☐ replaces a previously filed Proof of Interest dated: _____
☐ amends a previously filed Proof of Interest dated: _____

**2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:**

ROBIN HOOD

**Telephone Number:** 1650 761 7789

**3. Date Equity Interest was acquired:**
05-03-2023    1839 SHARES
11-09-2023    1853 SHARES

TOTAL 3692 (37) POSTSPLIT

**4. Total amount of member interest:** 37 POST SPLIT (3700) 100

**5. Certificate number(s):** _____

**6. Type of Equity Interest:**
Please indicate the type of Equity Interest you hold:
☒ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
☐ Check this box if your Equity Interest is based on anything else and describe that interest:
**Description:** INVESTOR

**7. Supporting Documents:** Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**8. Date-Stamped Copy:** To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

**9. Signature:**
Check the appropriate box.
☒ I am the creditor.   ☐ I am the creditor's authorized agent. (Attach copy of power of attorney, if any.)   ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)   ☐ I am a guarantor, surety, endorser, or other codebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: MARIAM MILIAN
Title: _____
Company: __ Address and telephone number (if different from notice address above): _____

(Signature)    01-10-24 (Date)

Telephone number: 786 454 6116    email: MARIAMMILIAN1@GMAIL.COM

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*




# Robinhood

85 Willow Rd, Menlo Park CA 94025
help@robinhood.com

11/09/2023

**MARIAM MILIAN** Account # 403895576
8620 Southwest 43rd Terrace, Miami, FL 33155

## Transaction Confirmation

Thank you for letting Robinhood Securities LLC (RHS) serve you through Robinhood Financial LLC (RHF).

1. Amounts due for securities transactions must be received on or before the settlement date shown

2. All orders are received and executed subject to the applicable rules regulations and customs of the SEC FINRA and the exchange or market where the order is entered the provisions of the Securities Exchange Act of 1934

3. Failure of customer to notify RHS in writing within five days of the receipt of this document of any concerns constitutes an acceptance of the transaction

4. For purchase transactions in a margin account it is agreed that sufficient cash or acceptable collateral will be deposited on or before the settlement date or at such earlier time that payment may be demanded to satisfy applicable margin requirements

5. Securities purchased and securities pledged as margin are or may be hypothecated for the sum due thereon or for a greater sum under circumstances which permit commingling thereof with securities of other customers all without further notice to the customer

6. If shares loaned for a short sale are no longer available RHS reserves the right to decide by random selection which positions will be subject to a buy-in

7. Upon written request and where available further details of items herein will be provided including the execution date and time the counterparty when acting as agent the detailed breakdown of transaction fees (including regulatory trading fees) and the remuneration details if any to RHS or RHF for directing orders to select market participants and details of provisions that may cause a call or prepayment

8. All transactions on this confirmation are presumed to be unsolicited unless noted otherwise

9. Any Good Till Canceled (GTC) orders may expire or be terminated by RHS or RHF in their ordinary course of business after the order has remained open for a reasonable period of time Please contact RHF for more specific details Until such expiration or cancellation or cancellation by the customer all open orders are considered good When entering a substitute order the responsibility for cancelling the original order rests upon the customer Therefore if a customer fails to cancel an existing order transactions resulting from the execution of both the original and new order(s) will be entered into the customer's account

10. The responsibility to cancel an open order resides with the customer Any transactions which result from the execution of any order which the customer has not instructed RHF/RHS to cancel will be entered into the customer's account

11. The default Cost Basis Election or tax relief method used by RHS for tax preparing is First-In-First-Out (FIFO) for Equities Please contact RHF if you wish to change the default tax-relief method for your account or specify different tax lots for liquidation

12. Backup Withholding - if you have not provided us with your correct social security number/tax id number under federal law you may be subject to a $50 penalty as well as backup withholding on certain payments

13. RHS receives remuneration for directing orders to particular broker-dealers or market centers for execution Such remuneration is considered compensation to the firm The source and nature in connection with your transactions are available upon written request RHF when clearing through RHS may share in such payments or may directly receive payment for order flow for certain transactions Details are available upon written request

14. If you request the sale of a non-marketable or worthless security RHF will be the buyer to the transaction in the event a market cannot be located In such a sale you are deeming the security worthless and RHF thereby makes no representation regarding the present or future value of these securities The transaction is irreversible and you will have no further claim to the securities and no claim against RHF for any losses related to the sale

15. RHF receives payment from a third-party for services rendered in distributing new securities offerings

16. To access the prospectus please visit the Securities and Exchange Commission's EDGAR database and enter the company's name or ticker symbol

17. If the transaction involves a debt security that is subject to redemption before maturity including exchange traded notes the security may be redeemed in whole or in part before maturity and a redemption could affect the yield represented Additional information is available upon request If the transaction involves a callable equity security you may request additional information regarding the security

Accounts carried by Robinhood Securities LLC Member FINRA & SIPC - help@robinhood.com Tax ID 38-4019216

---

**MKT = Market in which transaction was Executed/Cleared**
NYSE - New York Stock Exchange
NYSEA - NYSE Alternext
USE - Other US Exchange
MF - Mutual Funds
OP - Options
OTC - Over-the-Counter/NASDAQ
UND - Underwriting
FOREX - Foreign Exchange
OTH - Other

**Buy/Sell Codes**
B = Buy or Buy To Open
S = Sell or Sell To Close
BCXL = Cancel Buy
SCXL = Cancel Sell
BTC = Buy To Close
STO = Sell To Open
BTCX = Buy To Close Cancel
STOX = Sell to Open Cancel

**Account Types**
C = Cash
M = Margin
N = Non negotiable
S = Short

**U/S Solicitation**
U = Unsolicited
S = Solicited

**CAP = Capacity in which the firm acted**
1 - 2 4 - 5 8 - As AGENT
3 - As PRINCIPAL or RISKLESS PRINCIPAL your broker has bought from you or sold to you and may have received a profit or loss on the transaction any difference in price between a transaction with you and any prior offsetting contemporaneous transaction will be disclosed
6 - As AGENT for both buyer and seller



# Robinhood

85 Willow Rd, Menlo Park CA 94025  
help@robinhood com

11/09/2023

**MARIAM MILIAN** Account # 403895576  
8620 Southwest 43rd Terrace  Miami, FL 33155

| Equities/Options | B/S | Trade Date | Settle Date | Acct Type | Price | QTY | Principal | Comm | Tran Fee | Net Amount | MKT | CAP | U/S |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Meta Materials MMAT CUSIP 59134N104 | B | 11/09/2023 | 11/13/2023 | M | $0 1046 | 1 853 | $193 82 | $0 00 | $0 00 | $193 82 | OTC | 1 | U |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **Total Quantity Bought** | | 1 853 | | | **Total Dollars Bought** | | | | $193 82 |
| **Total Quantity Sold** | | 0 | | | **Total Dollars Sold** | | | | $0 00 |

# Robinhood

85 Willow Rd Menlo Park CA 94025
help@robinhood com

05/03/2023

**MARIAM MILIAN** Account # 403895576
8620 Southwest 43rd Terrace Miami FL 33155

## Transaction Confirmation

Thank you for letting Robinhood Securities LLC ( RHS ) serve you through Robinhood Financial LLC ( RHF )

1  Amounts due for securities transactions must be received on or before the settlement date shown

2  All orders are received and executed subject to the applicable rules regulations and customs of the SEC FINRA and the exchange or market where the order is entered the provisions of the Securities Exchange Act of 1934

3  Failure of customer to notify RHS in writing within five days of the receipt of this document of any concerns constitutes an acceptance of the transaction

4  For purchase transactions in a margin account it is agreed that sufficient cash or acceptable collateral will be deposited on or before the settlement date or at such earlier time that payment may be demanded to satisfy applicable margin requirements

5  Securities purchased and securities pledged as margin are or may be hypothecated for the sum due thereon or for a greater sum under circumstances which permit commingling thereof with securities of other customers all without further notice to the customer

6  If shares loaned for a short sale are no longer available RHS reserves the right to decide by random selection which positions will be subject to a buy-in

7  Upon written request and where available further details of items herein will be provided including the execution date and time the counterparty when acting as agent the detailed breakdown of fees and the remuneration details if any to RHS or RHF for directing orders to select market participants and details of provisions that may cause a call or prepayment

8  All transactions on this confirmation are presumed to be unsolicited unless noted otherwise

9  Any Good Till Canceled (GTC) orders may expire or be terminated by RHS or RHF in their ordinary course of business after the order has remained open for a reasonable period of time  Please contact RHF for more specific details  Until such expiration or cancellation  or cancellation by the customer  all open orders are considered good  When entering a substitute order  the responsibility for cancelling the original order rests upon the customer  Therefore  if a customer fails to cancel an existing order transactions resulting from the execution of both the original and new order(s) will be entered into the customer s account

10  The responsibility to cancel an open order resides with the customer  Any transactions which result from the execution of any order which the customer has not instructed RHF/RHS to cancel will be entered into the customer s account

11  The default Cost Basis Election or tax relief method used by RHS for tax preparing is First-In-First-Out (FIFO) for Equities  Please contact RHF if you wish to change the default tax-relief method for your account or specify different tax lots for liquidation

12  Backup Withholding - if you have not provided us with your correct social security number/tax id number under federal law you may be subject to a $50 penalty as well as backup withholding on certain payments

13  RHS receives remuneration for directing orders to particular broker-dealers or market centers for execution  Such remuneration is considered compensation to the firm  The source and nature in connection with your transactions are available upon written request  RHF when clearing through RHS  may share in such payments or may directly receive payment for order flow for certain transactions  Details are available upon written request

14  If you request the sale of a non-marketable or worthless security RHF will be the buyer to the transaction in the event a market cannot be located  In such a sale  you are deeming the security worthless and RHF thereby makes no representation regarding the present or future value of these securities  The transaction is irreversible and you will have no further claim to the securities and no claim against RHF for any losses related to the sale

15  RHF receives payment from a third-party for services rendered in distributing new securities offerings

16  To access the prospectus  please visit the Securities and Exchange Commission s EDGAR database and enter the company s name or ticker symbol

Accounts carried by Robinhood Securities  LLC Member FINRA & SIPC - help@robinhood com Tax ID 38-4019216

---

**MKT = Market in which transaction was Executed/Cleared**
NYSE - New York Stock Exchange
NYSEA - NYSE Alternext
USE - Other US Exchange
MF - Mutual Funds
OP - Options
OTC - Over-the-Counter/NASDAQ
UND - Underwriting
FOREX - Foreign Exchange
OTH - Other

**Buy/Sell Codes**
B = Buy or Buy To Open
S = Sell or Sell To Close
BCXL = Cancel Buy
SCXL = Cancel Sell
BTC = Buy To Close
STO = Sell To Open
BTCX = Buy To Close Cancel
STOX = Sell to Open Cancel

**Account Types**
C = Cash
M = Margin
N = Non-negotiable
S = Short

**U/S. Solicitation**
U = Unsolicited
S = Solicited

**CAP = Capacity in which the firm acted**
1 - 2 4 - 5 8 - As AGENT
3 - As PRINCIPAL or RISKLESS PRINCIPAL  your broker has bought from you or sold to you and may have received a profit or loss on the transaction  any difference in price between a transaction with you and any prior offsetting contemporaneous transaction will be disclosed
6 - As AGENT for both buyer and seller



**Robinhood**

85 Willow Rd, Menlo Park, CA 94025
help@robinhood.com

05/03/2023
**MARIAM MILIAN** Account #:403895576
8620 Southwest 43rd Terrace, Miami, FL 33155

| Equities/Options | B/S | Trade Date | Settle Date | Acct Type | Price | QTY | Principal | Comm | Tran Fee | Net Amount | MKT | CAP | U/S |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Meta Materials MMAT CUSIP: 59134N104 | B | 05/03/2023 | 05/05/2023 | M | $0.1818 | 1,839 | $334.33 | $0.00 | $0.00 | $334.33 | OTC | 1 | U |
| **Total Quantity Bought:** | | | 1,839 | | | | **Total Dollars Bought:** | | | | | | $334.33 |
| **Total Quantity Sold:** | | | 0 | | | | **Total Dollars Sold:** | | | | | | $0.00 |