NVB 3001 (Effective 1/21)

# UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA

**PROOF OF INTEREST**

**Name of Debtor:** META MATERIALS

**Case Number:** 24-50792

**1. Name and address of holder of the Equity Interest** (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

YUNILEIDYS PADRON
15401 SW 81 CIRCLE LANE
#15 MIAMI FL 33193

**Telephone Number:** 786 619 6291

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

☐ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

**COURT USE ONLY**

**Account or other number by which Interest holder identifies Debtor:** 9025 47843

Check here if this claim:
☐ replaces a previously filed Proof of Interest dated: _____
☐ amends a previously filed Proof of Interest dated: _____

**2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:**

ROBINHOOD

**Telephone Number:** 1 650 761 7789

**3. Date Equity Interest was acquired:**
04-05-2021    10-20-2023
04-12-2021    10-24-2023
04-14-2021    5300 TOTAL
05-12-2023

**4. Total amount of member interest** 53 POST SPLIT (5300 PFIER) 1:100

**5. Certificate number(s):** _____

**6. Type of Equity Interest:**
Please indicate the type of Equity Interest you hold:
☒ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
☐ Check this box if your Equity Interest is based on anything else and describe that interest:
**Description:** INVESTOR

**7. Supporting Documents:** Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**8. Date-Stamped Copy:** To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

**9. Signature:**
Check the appropriate box.
☒ I am the creditor.   ☐ I am the creditor's authorized agent. (Attach copy of power of attorney, if any.)   ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)   ☐ I am a guarantor, surety, endorser, or other codebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: YUNILEIDYS PADRON
Title: _____
Company: ___ Address and telephone number (if different from notice address above):

X _(Signature)_     01/11/24 (Date)

Telephone number: 786 619 6291     email: YUNIPB@GMAIL.COM

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*



# Robinhood

85 Willow Rd, Menlo Park, CA 94025
help@robinhood com

Page
09/01/2024 to 09/30/

**Yunileidys Padron** Account # 9025

15401 Southwest 81st Circle Lane 15  Miami, FL

| Account Summary | Opening Balance | Closing Balance |
|---|---|---|
| Brokerage Cash Balance | $0 00 | $0 00 |
| Deposit Sweep Balance | $0 59 | $0 59 |
| Total Securities | $23 85 | $19 61 |
| **Portfolio Value** | **$24 44** | **$20 20** |

Portfolio Allocation



- Cash and Cash Equivalents
  2 92%
- Equities
  97 08%
- Options
  0 00%

| Income and Expense Summary | This Period | Year to Date |
|---|---|---|
| Dividends | $0 00 | $0 00 |
| Capital Gains Distributions | $0 00 | $0 00 |
| Interest Earned | $0 00 | $0 00 |

As of the closing date of this statement  the annual percentage yield (APY) for customers enrolled in the brokerage cash sweep program is 0 01% for customers who are not subscribed to Robinhood Gold  For customers subscribed to Robinhood Gold or enrolled in a boosted rate promotion  the APY ranges from 4 50% - 5 00%  Program banks pay interest on your swept cash  minus any fees paid to Robinhood  Neither Robinhood Financial LLC nor any of its affiliates banks  Investment products are not FDIC-insured  not bank guaranteed  and may lose value  Uninvested cash swept to the program banks is eligible for FDIC insurance up to applicable limits  subject to FDIC rules  The Securities Inves Protection Corporation has taken the position that uninvested cash swept to the program banks is not covered by the Securities Investor Protection Act

This statement shall be conclusive if not objected to in writing within ten days (except with respect to debit card transactions)  Errors and omissions exempted  Please address all communications to the firm and not to the individuals  Address changes or other material changes in your account should be directed to the office servicing your account  Kindly mention your account number  This statement should be retained for income tax purposes

Robinhood Securities  LLC ( RHS ) carries your account as the clearing broker by arrangement with your introducing broker-dealer  Robinhood Financial LLC ( RHF )

RHS is a Member of SIPC  which protects securities customers of its members up to $500 000 (including $250 000 for claims for cash)  Explanatory brochure available upon request or at www sipc org

3

## Portfolio Summary

*POST 1:100 SPLIT*

| Securities Held in Account | Sym/Cusip | Acct Type | Qty | Price | Mkt Value | Est. Dividend Yield | % of Total Portfolio |
|---|---|---|---|---|---|---|---|
| Meta Materials<br>Estimated Yield: 0.00% | MMATQ | Margin | (53) | $0.3700 | $19.61 | $0.00 | 97.08% |
| **Total Securities** | | | | | $19.61 | $0.00 | 97.08% |
| **Brokerage Cash Balance** | | | | | $0.00 | | 0.00% |
| **Deposit Sweep Balance** | | | | | $0.59 | | 2.92% |
| **Total Priced Portfolio** | | | | | $20.20 | | |



# Robinhood

85 Willow Rd  Menlo Park  CA 94025
help@robinhood.com

04/05/2021

**Yunileidys Padron** Account # 902547843
15401 Southwest 81st Circle Lane 15  Miami  FL 33193

## Transaction Confirmation

Thank you for letting Robinhood Securities  LLC ( RHS ) serve you through Robinhood Financial  LLC ( RHF )

1  Amounts due for securities transactions must be received on or before the settlement date shown

2  All orders are received and executed subject to the applicable rules  regulations and customs of the SEC  FINRA  and the exchange or market where the order is entered  the provisions of the Securities Exchange Act of 1934

3  Failure of customer to notify RHS in writing within five days of the receipt of this document of any concerns constitutes an acceptance of the transaction

4  For purchase transactions in a margin account  it is agreed that sufficient cash or acceptable collateral will be deposited on or before the settlement date  or at such earlier time that payment may be demanded to satisfy applicable margin requirements

5  Securities purchased and securities pledged as margin are or may be hypothecated for the sum due thereon or for a greater sum  under circumstances which permit commingling thereof with securities of other customers  all without further notice to the customer

6  If shares loaned for a short sale are no longer available  RHS reserves the right to decide  by random selection  which positions will be subject to a buy-in

7  Upon written request and where available  further details of items herein will be provided including  the execution date and time  the counterparty details  if any  to RHS  or RHF for directing orders to select market participants and details of provisions that may cause a call or prepayment

8  All transactions on this confirmation are presumed to be unsolicited unless noted otherwise

9  Any Good Till Canceled (GTC) orders may expire or be terminated by RHS or RHF in their ordinary course of business after the order has remained open for a reasonable period of time  Please contact RHF for more specific details  Until such expiration or cancellation  or cancellation by the customer  all open orders are considered good  When entering a substitute order  the responsibility for cancelling the original order rests upon the customer  Therefore  if a customer fails to cancel an existing order  transactions resulting from the execution of both the original and new order(s) will be entered into the customer s account

10  The responsibility to cancel an open order resides with the customer  Any transactions which result from the execution of any order which the customer has not instructed RHF/RHS to cancel will be entered into the customer s account

11  The default Cost Basis Election or tax relief method used by RHS for tax preparing is First-In-First-Out (FIFO) for Equities  Please contact RHF if you wish to change the default tax-relief method for your account or specify different tax lots for liquidation

12  Backup Withholding - if you have not provided us with your correct social security number/tax id number  under federal law  you may be subject to a $50 penalty as well as backup withholding on certain payments

13  RHS receives remuneration for directing orders to particular broker-dealers or market centers for execution  Such remuneration is considered compensation to the firm  The source and nature in connection with your transactions are available upon written request  RHF  when clearing through RHS  may share in such payments or may directly receive payment for order flow for certain transactions  Details are available upon written request

14  If you request the sale of a non-marketable or worthless security  RHF will be the buyer to the transaction in the event a market cannot be located  In such a sale  you are deeming the security worthless and RHF thereby makes no representation regarding the present or future value of these securities  The transaction is irreversible and you will have no further claim to the securities and no claim against RHF for any losses related to the sale

Accounts carried by Robinhood Securities  LLC Member FINRA & SIPC - help@robinhood com Tax ID 38-4019216

---

**MKT = Market in which transaction was Executed/Cleared**
NYSE - New York Stock Exchange
NYSEA - NYSE Alternext
USE - Other US Exchange
MF - Mutual Funds
OP - Options
OTC - Over-the-Counter/NASDAQ
UND - Underwriting
FOREX - Foreign Exchange
OTH - Other

**Buy/Sell Codes**
B = Buy or Buy To Open
S = Sell or Sell To Close
BCXL = Cancel Buy
SCXL = Cancel Sell
BTC = Buy To Close
STO = Sell To Open
BTCX = Buy To Close Cancel
STOX = Sell to Open Cancel

**Account Types**
C = Cash
M = Margin
N = Non-negotiable
S = Short

**U/S Solicitation**
U = Unsolicited
S = Solicited

**CAP = Capacity in which the firm acted**
1 - 2 4 - 5 8 - As AGENT
3 - As PRINCIPAL  your broker has bought from you or sold to you and may have received a profit or loss on the transaction
6 - As AGENT for both buyer and seller

# Robinhood 

85 Willow Rd, Menlo Park, CA 94025
help@robinhood.com

04/05/2021
**Yunileidys Padron** Account #:902547843
15401 Southwest 81st Circle Lane 15, Miami, FL 33193

| Equities/Options | B/S | Trade Date | Settle Date | Acct Type | Price | QTY | Principal | Comm | Tran Fee | Net Amount | MKT | CAP | U/S |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Torchlight Energy Resources TRCH CUSIP: 89102U103 | B | 04/05/2021 | 04/07/2021 | M | $1.7950 | 0.103064 | $0.18 | $0.00 | $0.00 | $0.18 | OTC | 3 | U |
| Torchlight Energy Resources TRCH CUSIP: 89102U103 | B | 04/05/2021 | 04/07/2021 | M | $1.7988 | 555.826106 | $999.82 | $0.00 | $0.00 | $999.82 | OTC | 3 | U |

**Total Quantity Bought:** 555.929170   **Total Dollars Bought:** $1,000.00

**Total Quantity Sold:** 0   **Total Dollars Sold:** $0.00

# Robinhood

85 Willow Rd, Menlo Park, CA 94025
help@robinhood.com

04/12/2021

**Yunileidys Padron** Account # 902547843
15401 Southwest 81st Circle Lane 15, Miami FL 33193

## Transaction Confirmation

Thank you for letting Robinhood Securities LLC (RHS) serve you through Robinhood Financial LLC (RHF)

1  Amounts due for securities transactions must be received on or before the settlement date shown

2  All orders are received and executed subject to the applicable rules regulations and customs of the SEC FINRA and the exchange or market where the order is entered the provisions of the Securities Exchange Act of 1934

3  Failure of customer to notify RHS in writing within five days of the receipt of this document of any concerns constitutes an acceptance of the transaction

4  For purchase transactions in a margin account it is agreed that sufficient cash or acceptable collateral will be deposited on or before the settlement date or at such earlier time that payment may be demanded to satisfy applicable margin requirements

5  Securities purchased and securities pledged as margin are or may be hypothecated for the sum due thereon or for a greater sum under circumstances which permit commingling thereof with securities of other customers all without further notice to the customer

6  If shares loaned for a short sale are no longer available RHS reserves the right to decide by random selection which positions will be subject to a buy-in

7  Upon written request and where available further details of items herein will be provided including the execution date and time the counterparty when acting as agent the detailed breakdown of fees and the remuneration details if any to RHS or RHF for directing orders to select market participants and details of provisions that may cause a call or prepayment

8  All transactions on this confirmation are presumed to be unsolicited unless noted otherwise

9  Any Good Till Canceled (GTC) orders may expire or be terminated by RHS or RHF in their ordinary course of business after the order has remained open for a reasonable period of time Please contact RHF for more specific details Until such expiration or cancellation or cancellation by the customer all open orders are considered good When entering a substitute order the responsibility for cancelling the original order rests upon the customer Therefore if a customer fails to cancel an existing order transactions resulting from the execution of both the original and new order(s) will be entered into the customer s account

10  The responsibility to cancel an open order resides with the customer Any transactions which result from the execution of any order which the customer has not instructed RHF/RHS to cancel will be entered into the customer s account

11  The default Cost Basis Election or tax relief method used by RHS for tax preparing is First-In-First-Out (FIFO) for Equities Please contact RHF if you wish to change the default tax-relief method for your account or specify different tax lots for liquidation

12  Backup Withholding – if you have not provided us with your correct social security number/tax id number under federal law you may be subject to a $50 penalty as well as backup withholding on certain payments

13  RHS receives remuneration for directing orders to particular broker-dealers or market centers for execution Such remuneration is considered compensation to the firm The source and nature in connection with your transactions are available upon written request RHF when clearing through RHS may share in such payments or may directly receive payment for order flow for certain transactions Details are available upon written request

14  If you request the sale of a non-marketable or worthless security RHF will be the buyer to the transaction in the event a market cannot be located In such a sale you are deeming the security worthless and RHF thereby makes no representation regarding the present or future value of these securities The transaction is irreversible and you will have no further claim to the securities and no claim against RHF for any losses related to the sale

Accounts carried by Robinhood Securities LLC Member FINRA & SIPC - help@robinhood.com Tax ID 38-4019216

---

**MKT = Market in which transaction was Executed/Cleared**
NYSE - New York Stock Exchange
NYSEA - NYSE Alternext
USE - Other US Exchange
MF - Mutual Funds
OP - Options
OTC - Over-the-Counter/NASDAQ
UND - Underwriting
FOREX - Foreign Exchange
OTH - Other

**Buy/Sell Codes**
B = Buy or Buy To Open
S = Sell or Sell To Close
BCXL = Cancel Buy
SCXL = Cancel Sell
BTC = Buy To Close
STO = Sell To Open
BTCX = Buy To Close Cancel
STOX = Sell to Open Cancel

**Account Types**
C = Cash
M = Margin
N = Non-negotiable
S = Short

**U/S Solicitation**
U = Unsolicited
S = Solicited

**CAP = Capacity in which the firm acted**
1 - 2 4 - 5 8 - As AGENT
3 - As PRINCIPAL your broker has bought from you or sold to you and may have received a profit or loss on the transaction
6 - As AGENT for both buyer and seller


# Robinhood

85 Willow Rd, Menlo Park, CA 94025
help@robinhood.com

04/12/2021
**Yunileidys Padron** Account #:902547843
15401 Southwest 81st Circle Lane 15, Miami, FL 33193

| Equities/Options | B/S | Trade Date | Settle Date | Acct Type | Price | QTY | Principal | Comm | Tran Fee | Net Amount | MKT | CAP | U/S |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Torchlight Energy Resources TRCH CUSIP: 89102U103 | B | 04/12/2021 | 04/14/2021 | M | $1.7183 | 118.721992 | $204.00 | $0.00 | $0.00 | $204.00 | OTC | 3 | U |

**Total Quantity Bought:** 118.721992          **Total Dollars Bought:** $204.00
**Total Quantity Sold:** 0                    **Total Dollars Sold:** $0.00

# Robinhood 

85 Willow Rd  Menlo Park, CA 94025  
help@robinhood com

04/14/2021

**Yunileidys Padron** Account # 902547843  
15401 Southwest 81st Circle Lane 15  Miami  FL 33193

## Transaction Confirmation

Thank you for letting Robinhood Securities  LLC ( RHS ) serve you through Robinhood Financial  LLC ( RHF )

1  Amounts due for securities transactions must be received on or before the settlement date shown

2  All orders are received and executed subject to the applicable rules regulations and customs of the SEC  FINRA  and the exchange or market where the order is entered  the provisions of the Securities Exchange Act of 1934

3  Failure of customer to notify RHS in writing within five days of the receipt of this document of any concerns constitutes an acceptance of the transaction

4  For purchase transactions in a margin account  it is agreed that sufficient cash or acceptable collateral will be deposited on or before the settlement date  or at such earlier time that payment may be demanded to satisfy applicable margin requirements

5  Securities purchased and securities pledged as margin are or may be hypothecated for the sum due thereon or for a greater sum  under circumstances which permit commingling thereof with securities of other customers  all without further notice to the customer

6  If shares loaned for a short sale are no longer available  RHS reserves the right to decide  by random selection  which positions will be subject to a buy-in

7  Upon written request and where available  further details of items herein will be provided including  the execution date and time  the counterparty when acting as agent  the detailed breakdown of fees and the remuneration details  if any  to RHS  or RHF for directing orders to select market participants and details of provisions that may cause a call or prepayment

8  All transactions on this confirmation are presumed to be unsolicited unless noted otherwise

9  Any Good Till Canceled (GTC) orders may expire or be terminated by RHS or RHF in their ordinary course of business after the order has remained open for a reasonable period of time  Please contact RHF for more specific details  Until such expiration or cancellation  or cancellation by the customer  all open orders are considered good  When entering a substitute order  the responsibility for cancelling the original order rests upon the customer  Therefore  if a customer fails to cancel an existing order  transactions resulting from the execution of both the original and new order(s) will be entered into the customer s account

10  The responsibility to cancel an open order resides with the customer  Any transactions which result from the execution of any order which the customer has not instructed RHF/RHS to cancel will be entered into the customer s account

11  The default Cost Basis Election or tax relief method used by RHS for tax preparing is First-In-First-Out (FIFO) for Equities  Please contact RHF if you wish to change the default tax-relief method for your account or specify different tax lots for liquidation

12  Backup Withholding – if you have not provided us with your correct social security number/tax id number  under federal law  you may be subject to a $50 penalty as well as backup withholding on certain payments

13  RHS receives remuneration for directing orders to particular broker-dealers or market centers for execution  Such remuneration is considered compensation to the firm  The source and nature in connection with your transactions are available upon written request  RHF  when clearing through RHS  may share in such payments or may directly receive payment for order flow for certain transactions  Details are available upon written request

14  If you request the sale of a non-marketable or worthless security RHF will be the buyer to the transaction in the event a market cannot be located  In such a sale  you are deeming the security worthless and RHF thereby makes no representation regarding the present or future value of these securities  The transaction is irreversible and you will have no further claim to the securities and no claim against RHF for any losses related to the sale

Accounts carried by Robinhood Securities  LLC Member FINRA & SIPC - help@robinhood com Tax ID 38-4019216

---

**MKT = Market in which transaction was Executed/Cleared**  
NYSE - New York Stock Exchange  
NYSEA - NYSE Alternext  
USE - Other US Exchange  
MF - Mutual Funds  
OP - Options  
OTC - Over-the Counter/NASDAQ  
UND - Underwriting  
FOREX - Foreign Exchange  
OTH - Other

**Buy/Sell Codes**  
B = Buy or Buy To Open  
S = Sell or Sell To Close  
BCXL = Cancel Buy  
SCXL = Cancel Sell  
BTC = Buy To Close  
STO = Sell To Open  
BTCX = Buy To Close Cancel  
STOX = Sell to Open Cancel

**Account Types**  
C = Cash  
M = Margin  
N = Non-negotiable  
S = Short

**U/S. Solicitation**  
U = Unsolicited  
S = Solicited

**CAP = Capacity in which the firm acted**  
1 - 2 4 - 5 8 - As AGENT  
3 - As PRINCIPAL  your broker has bought from you or sold to you and may have received a profit or loss on the transaction  
6 - As AGENT for both buyer and seller

# Robinhood

85 Willow Rd, Menlo Park, CA 94025
help@robinhood.com

04/14/2021
**Yunileidys Padron** Account #:902547843
15401 Southwest 81st Circle Lane 15, Miami, FL 33193

| Equities/Options | B/S | Trade Date | Settle Date | Acct Type | Price | QTY | Principal | Comm | Tran Fee | Net Amount | MKT | CAP | U/S |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Zomedica ZOM CUSIP: 98980M109 | S | 04/14/2021 | 04/16/2021 | M | $1.0500 | 956.730769 | $1,004.57 | $0.00 | $0.12 | $1,004.45 | OTC | 3 | U |
| Torchlight Energy Resources TRCH CUSIP: 89102U103 | B | 04/14/2021 | 04/16/2021 | M | $1.6089 | 624.383118 | $1,004.57 | $0.00 | $0.00 | $1,004.57 | OTC | 3 | U |
| Prospect Capital PSEC CUSIP: 74348T102 | S | 04/14/2021 | 04/16/2021 | M | $7.9650 | 1 | $7.97 | $0.00 | $0.00 | $7.97 | OTC | 1 | U |
| Torchlight Energy Resources TRCH CUSIP: 89102U103 | B | 04/14/2021 | 04/16/2021 | M | $1.6050 | 4.965732 | $7.97 | $0.00 | $0.00 | $7.97 | OTC | 3 | U |

**Total Quantity Bought:** 629.348885          **Total Dollars Bought:** $1,012.54
**Total Quantity Sold:** 957.730769          **Total Dollars Sold:** $1,012.42

# Robinhood

85 Willow Rd  Menlo Park  CA 94025
help@robinhood.com

05/12/2023

**YUNILEIDYS PADRON** Account # 902547843
15401 Southwest 81st Circle Lane 15  Miami, FL 33193

## Transaction Confirmation

Thank you for letting Robinhood Securities  LLC ( RHS ) serve you through Robinhood Financial  LLC ( RHF )

1  Amounts due for securities transactions must be received on or before the settlement date shown

2  All orders are received and executed subject to the applicable rules  regulations and customs of the SEC  FINRA  and the exchange or market where the order is entered  the provisions of the Securities Exchange Act of 1934

3  Failure of customer to notify RHS in writing within five days of the receipt of this document of any concerns constitutes an acceptance of the transaction

4  For purchase transactions in a margin account  it is agreed that sufficient cash or acceptable collateral will be deposited on or before the settlement date  or at such earlier time that payment may be demanded to satisfy applicable margin requirements

5  Securities purchased and securities pledged as margin are or may be hypothecated for the sum due thereon or for a greater sum  under circumstances which permit commingling thereof with securities of other customers  all without further notice to the customer

6  If shares loaned for a short sale are no longer available  RHS reserves the right to decide  by random selection  which positions will be subject to a buy-in

7  Upon written request and where available  further details of items herein will be provided including  the execution date and time  the counterparty when acting as agent  the detailed breakdown of fees and the remuneration details  if any to RHS  or RHF for directing orders to select market participants and details of provisions that may cause a call or prepayment

8  All transactions on this confirmation are presumed to be unsolicited unless noted otherwise

9  Any Good Till Canceled (GTC) orders may expire or be terminated by RHS or RHF in their ordinary course of business after the order has remained open for a reasonable period of time  Please contact RHF for more specific details  Until such expiration or cancellation  or cancellation by the customer  all open orders are considered good  When entering a substitute order  the responsibility for cancelling the original order rests upon the customer  Therefore  if a customer fails to cancel an existing order  transactions resulting from the execution of both the original and new order(s) will be entered into the customer s account

10  The responsibility to cancel an open order resides with the customer  Any transactions which result from the execution of any order which the customer has not instructed RHF/RHS to cancel will be entered into the customer s account

11  The default Cost Basis Election or tax relief method used by RHS for tax preparing is First In-First-Out (FIFO) for Equities  Please contact RHF if you wish to change the default tax-relief method for your account or specify different tax lots for liquidation

12  Backup Withholding - if you have not provided us with your correct social security number/tax id number  under federal law  you may be subject to a $50 penalty as well as backup withholding on certain payments

13  RHS receives remuneration for directing orders to particular broker-dealers or market centers for execution  Such remuneration is considered compensation to the firm  The source and nature in connection with your transactions are available upon written request  RHF  when clearing through RHS  may share in such payments or may directly receive payment for order flow for certain transactions  Details are available upon written request

14  If you request the sale of a non-marketable or worthless security  RHF will be the buyer to the transaction in the event a market cannot be located  In such a sale  you are deeming the security worthless and RHF thereby makes no representation regarding the present or future value of these securities  The transaction is irreversible and you will have no further claim to the securities and no claim against RHF for any losses related to the sale

15  RHF receives payment from a third-party for services rendered in distributing new securities offerings

16  To access the prospectus  please visit the Securities and Exchange Commission s **EDGAR** database and enter the company s name or ticker symbol

Accounts carried by Robinhood Securities  LLC Member FINRA & SIPC - help@robinhood com Tax ID 38-4019216

---

**MKT = Market in which transaction was Executed/Cleared**
NYSE - New York Stock Exchange
NYSEA - NYSE Alternext
USE - Other US Exchange
MF - Mutual Funds
OP - Options
OTC - Over-the-Counter/NASDAQ
UND - Underwriting
FOREX - Foreign Exchange
OTH - Other

**Buy/Sell Codes**
B = Buy or Buy To Open
S = Sell or Sell To Close
BCXL = Cancel Buy
SCXL = Cancel Sell
BTC = Buy To Close
STO = Sell To Open
BTCX = Buy To Close Cancel
STOX = Sell to Open Cancel

**Account Types**
C = Cash
M = Margin
N = Non-negotiable
S = Short

**U/S. Solicitation**
U = Unsolicited
S = Solicited

**CAP = Capacity in which the firm acted**
1 - 2 4 - 5 8 - As AGENT
3 - As PRINCIPAL or RISKLESS PRINCIPAL  your broker has bought from you or sold to you and may have received a profit or loss on the transaction  any difference in price between a transaction with you and any prior offsetting contemporaneous transaction will be disclosed
6 - As AGENT for both buyer and seller

# Robinhood

85 Willow Rd  Menlo Park, CA 94025
help@robinhood com

10/20/2023

**YUNILEIDYS PADRON** Account # 902547843

15401 Southwest 81st Circle Lane 15  Miami, FL 33193

## Transaction Confirmation

Thank you for letting Robinhood Securities  LLC ( RHS ) serve you through Robinhood Financial  LLC ( RHF )

1  Amounts due for securities transactions must be received on or before the settlement date shown

2  All orders are received and executed subject to the applicable rules regulations and customs of the SEC  FINRA  and the exchange or market where the order is entered  the provisions of the Securities Exchange Act of 1934

3  Failure of customer to notify RHS in writing within five days of the receipt of this document of any concerns constitutes an acceptance of the transaction

4  For purchase transactions in a margin account  it is agreed that sufficient cash or acceptable collateral will be deposited on or before the settlement date  or at such earlier time that payment may be demanded to satisfy applicable margin requirements

5  Securities purchased and securities pledged as margin are or may be hypothecated for the sum due thereon or for a greater sum  under circumstances which permit commingling thereof with securities of other customers  all without further notice to the customer

6  If shares loaned for a short sale are no longer available  RHS reserves the right to decide  by random selection  which positions will be subject to a buy-in

7  Upon written request and where available  further details of items herein will be provided including  the execution date and time  the counterparty when acting as agent  the detailed breakdown of transaction fees (including regulatory trading fees) and the remuneration details  if any  to RHS  or RHF  for directing orders to select market participants and details of provisions that may cause a call or prepayment

8  All transactions on this confirmation are presumed to be unsolicited unless noted otherwise

9  Any Good Till Canceled (GTC) orders may expire or be terminated by RHS or RHF in their ordinary course of business after the order has remained open for a reasonable period of time  Please contact RHF for more specific details  Until such expiration or cancellation  or cancellation by the customer  all open orders are considered good  When entering a substitute order  the responsibility for cancelling the original order rests upon the customer  Therefore  if a customer fails to cancel an existing order transactions resulting from the execution of both the original and new order(s) will be entered into the customer s account

10  The responsibility to cancel an open order resides with the customer Any transactions which result from the execution of any order which the customer has not instructed RHF/RHS to cancel will be entered into the customer s account

11  The default Cost Basis Election or tax relief method used by RHS for tax preparing is First-In-First-Out (FIFO) for Equities  Please contact RHF if you wish to change the default tax-relief method for your account or specify different tax lots for liquidation

12  Backup Withholding - if you have not provided us with your correct social security number/tax id number  under federal law  you may be subject to a $50 penalty as well as backup withholding on certain payments

13  RHS receives remuneration for directing orders to particular broker-dealers or market centers for execution  Such remuneration is considered compensation to the firm  The source and nature in connection with your transactions are available upon written request  RHF when clearing through RHS  may share in such payments or may directly receive payment for order flow for certain transactions  Details are available upon written request

14  If you request the sale of a non-marketable or worthless security  RHF will be the buyer to the transaction in the event a market cannot be located In such a sale  you are deeming the security worthless and RHF thereby makes no representation regarding the present or future value of these securities  The transaction is irreversible and you will have no further claim to the securities and no claim against RHF for any losses related to the sale

15  RHF receives payment from a third-party for services rendered in distributing new securities offerings

16  To access the prospectus  please visit the Securities and Exchange Commission s **EDGAR** database and enter the company's name or ticker symbol

Accounts carried by Robinhood Securities  LLC Member FINRA & SIPC - help@robinhood com Tax ID 38-4019216

---

| | | | |
|---|---|---|---|
| **MKT = Market in which transaction was Executed/Cleared**<br>NYSE - New York Stock Exchange<br>NYSEA - NYSE Alternext<br>USE - Other US Exchange<br>MF - Mutual Funds<br>OP - Options<br>OTC - Over-the-Counter/NASDAQ<br>UND - Underwriting<br>FOREX - Foreign Exchange<br>OTH - Other | **Buy/Sell Codes**<br>B = Buy or Buy To Open<br>S = Sell or Sell To Close<br>BCXL = Cancel Buy<br>SCXL = Cancel Sell<br>BTC = Buy To Close<br>STO = Sell To Open<br>BTCX = Buy To Close Cancel<br>STOX = Sell to Open Cancel | **Account Types**<br>C = Cash<br>M = Margin<br>N = Non  negotiable<br>S = Short | **U/S. Solicitation**<br>U = Unsolicited<br>S = Solicited | **CAP = Capacity in which the firm acted**<br>1 - 2 4 - 5 8 - As AGENT<br>3 - As PRINCIPAL or RISKLESS PRINCIPAL  your broker has bought from you or sold to you and may have received a profit or loss on the transaction  any difference in price between a transaction with you and any prior offsetting contemporaneous transaction will be disclosed<br>6 - As AGENT for both buyer and seller |

# Robinhood

85 Willow Rd, Menlo Park, CA 94025
help@robinhood.com

10/20/2023
YUNILEIDYS PADRON Account #:902547843
15401 Southwest 81st Circle Lane 15, Miami, FL 33193

| Equities/Options | B/S | Trade Date | Settle Date | Acct Type | Price | QTY | Principal | Comm | Tran Fee | Net Amount | MKT | CAP | U/S |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Meta Materials MMAT CUSIP: 59134N104 | B | 10/20/2023 | 10/24/2023 | M | $0.1450 | 500 | $72.50 | $0.00 | $0.00 | $72.50 | OTC | 1 | U |
| Meta Materials MMAT CUSIP: 59134N104 | B | 10/20/2023 | 10/24/2023 | M | $0.1459 | 500 | $72.95 | $0.00 | $0.00 | $72.95 | OTC | 1 | U |
| Meta Materials MMAT CUSIP: 59134N104 | B | 10/20/2023 | 10/24/2023 | M | $0.1450 | 500 | $72.50 | $0.00 | $0.00 | $72.50 | OTC | 1 | U |
| Meta Materials MMAT CUSIP: 59134N104 | B | 10/20/2023 | 10/24/2023 | M | $0.1458 | 1,000 | $145.80 | $0.00 | $0.00 | $145.80 | OTC | 1 | U |
| Meta Materials MMAT CUSIP: 59134N104 | B | 10/20/2023 | 10/24/2023 | M | $0.1475 | 950 | $140.13 | $0.00 | $0.00 | $140.13 | OTC | 1 | U |

**Total Quantity Bought:** 3,450 (handwritten: 3450)  **Total Dollars Bought:** $503.88

**Total Quantity Sold:** 0  **Total Dollars Sold:** $0.00



# Robinhood

85 Willow Rd  Menlo Park, CA 94025
help@robinhood com

10/24/2023

**YUNILEIDYS PADRON** Account # 902547843
15401 Southwest 81st Circle Lane 15, Miami  FL 33193

## Transaction Confirmation

Thank you for letting Robinhood Securities  LLC ( RHS ) serve you through Robinhood Financial  LLC ( RHF )

1  Amounts due for securities transactions must be received on or before the settlement date shown

2  All orders are received and executed subject to the applicable rules regulations and customs of the SEC  FINRA  and the exchange or market where the order is entered  the provisions of the Securities Exchange Act of 1934

3  Failure of customer to notify RHS in writing within five days of the receipt of this document of any concerns constitutes an acceptance of the transaction

4  For purchase transactions in a margin account  it is agreed that sufficient cash or acceptable collateral will be deposited on or before the settlement date  or at such earlier time that payment may be demanded to satisfy applicable margin requirements

5  Securities purchased and securities pledged as margin are or may be hypothecated for the sum due thereon or for a greater sum  under circumstances which permit commingling thereof with securities of other customers  all without further notice to the customer

6  If shares loaned for a short sale are no longer available  RHS reserves the right to decide  by random selection  which positions will be subject to a buy-in

7  Upon written request and where available  further details of items herein will be provided including  the execution date and time  the counterparty when acting as agent  the detailed breakdown of transaction fees (including regulatory trading fees) and the remuneration details  if any  to RHS  or RHF  for directing orders to select market participants and details of provisions that may cause a call or prepayment

8  All transactions on this confirmation are presumed to be unsolicited unless noted otherwise

9  Any Good Till Canceled (GTC) orders may expire or be terminated by RHS or RHF in their ordinary course of business after the order has remained open for a reasonable period of time  Please contact RHF for more specific details  Until such expiration or cancellation  or cancellation by the customer  all open orders are considered good  When entering a substitute order  the responsibility for cancelling the original order rests upon the customer  Therefore  if a customer fails to cancel an existing order  transactions resulting from the execution of both the original and new order(s) will be entered into the customer s account

10  The responsibility to cancel an open order resides with the customer  Any transactions which result from the execution of any order which the customer has not instructed RHF/RHS to cancel will be entered into the customer s account

11  The default Cost Basis Election or tax relief method used by RHS for tax preparing is First-In-First-Out (FIFO) for Equities  Please contact RHF if you wish to change the default tax-relief method for your account or specify different tax lots for liquidation

12  Backup Withholding - if you have not provided us with your correct social security number/tax id number  under federal law  you may be subject to a $50 penalty as well as backup withholding on certain payments

13  RHS receives remuneration for directing orders to particular broker-dealers or market centers for execution  Such remuneration is considered compensation to the firm  The source and nature in connection with your transactions are available upon written request  RHF when clearing through RHS  may share in such payments or may directly receive payment for order flow for certain transactions  Details are available upon written request

14  If you request the sale of a non-marketable or worthless security  RHF will be the buyer to the transaction in the event a market cannot be located  In such a sale  you are deeming the security worthless and RHF thereby makes no representation regarding the present or future value of these securities  The transaction is irreversible and you will have no further claim to the securities and no claim against RHF for any losses related to the sale

15  RHF receives payment from a third-party for services rendered in distributing new securities offerings

16  To access the prospectus  please visit the Securities and Exchange Commission s EDGAR database and enter the company's name or ticker symbol

17  If the transaction involves a debt security that is subject to redemption before maturity  including exchange traded notes  the security may be redeemed in whole or in part before maturity and a redemption could affect the yield represented  Additional information is available upon request  If the transaction involves a callable equity security  you may request additional information regarding the security

Accounts carried by Robinhood Securities  LLC Member FINRA & SIPC - help@robinhood com Tax ID 38-4019216

---

**MKT = Market in which transaction was Executed/Cleared**
NYSE - New York Stock Exchange
NYSEA - NYSE Alternext
USE - Other US Exchange
MF - Mutual Funds
OP - Options
OTC - Over-the-Counter/NASDAQ
UND - Underwriting
FOREX - Foreign Exchange
OTH - Other

**Buy/Sell Codes**
B = Buy or Buy To Open
S = Sell or Sell To Close
BCXL = Cancel Buy
SCXL = Cancel Sell
BTC = Buy To Close
STO = Sell To Open
BTCX = Buy To Close Cancel
STOX = Sell to Open Cancel

**Account Types**
C = Cash
M = Margin
N = Non  negotiable
S = Short

**U/S Solicitation**
U = Unsolicited
S = Solicited

**CAP = Capacity in which the firm acted**
1 - 2 4 - 5 8 - As AGENT
3 - As PRINCIPAL or RISKLESS PRINCIPAL  your broker has bought from you or sold to you and may have received a profit or loss on the transaction  any difference in price between a transaction with you and any prior offsetting contemporaneous transaction will be disclosed
6 - As AGENT for both buyer and seller



# Robinhood

85 Willow Rd, Menlo Park, CA 94025
help@robinhood.com

10/24/2023
**YUNILEIDYS PADRON** Account #:902547843
15401 Southwest 81st Circle Lane 15, Miami, FL 33193

| Equities/Options | B/S | Trade Date | Settle Date | Acct Type | Price | QTY | Principal | Comm | Tran Fee | Net Amount | MKT | CAP | U/S |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Meta Materials MMAT CUSIP: 59134N104 | B | 10/24/2023 | 10/26/2023 | M | $0.1430 | 740 | $105.82 | $0.00 | $0.00 | $105.82 | OTC | 1 | U |

**Total Quantity Bought:** 740    **Total Dollars Bought:** $105.82

**Total Quantity Sold:** 0    **Total Dollars Sold:** $0.00



| Market cap | Price-Earnings ratio | Dividend yield | Average volume |
|---|---|---|---|
| 408 43K | — | — | 4 45K |
| High today | Low today | Open price | Volume |
| $0 061 | $0 061 | $0 061 | 337 00 |
| 52 Week high | 52 Week low | | |
| $6 00 | $0 061 | | |

## Shareholder Q&As

Powered by Say

MAR 02  Q4 & FY 2021 Earnings Call
7 questions answered                                                                                    >

## History

Meta Materials Reverse Split                                                                  1 100 Split
Jan 29

## People also own

Based on the portfolios of people who own MMATQ This list is generated using Robinhood data and it s not a recommendation

| SNDL | Zomedica | Cenntro Inc | AMC Entertainment |
|---|---|---|---|
| $1 95 | $0 1349 | $1 35 | $4 47 |
| -0 02% | -2 25% | -1 46% | -2 18% |

All investments involve risks including the loss of principal Securities trading offered through Robinhood Financial LLC Member SIPC and a registered broker-dealer **Full disclosure**

Options are risky and aren t suitable for all investors To learn more about risks read the **Options Disclosure Document**