NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | | **PROOF OF INTEREST** |
|---|---|---|
| Name of Debtor<br>Meta Materials Inc | Case Number<br>24-50792 | |

1. Name and address of holder of the Equity Interest (the person or entity holding an Equity Interest in the Debtor Referred to hereinafter as the Interest holder)

   Joseph + Sarah Lachaussee
   6224 Cultus Bay Rd
   Clinton WA 98236

   Telephone Number  360 507-7495

   ☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest Attach copy of statement giving particulars

   ☑ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case

   ☐ Check box if this address differs from the address on the envelope sent to you by the Debtors

NOTE This form SHOULD NOT be used to make a claim against the Debtor for money owed A separate Proof of Claim form should be used for that purpose This form should only be used to assert an Equity Interest in the Debtor An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein

**COURT USE ONLY**

Account or other number by which Interest holder identifies Debtor
8582-4048

Check here if this claim
☐ replaces a previously filed Proof of Interest dated _____
☐ amends a previously filed Proof of Interest dated _____

2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest
   Charles Schwab + Co Inc
   PO Box 982600 El Paso Texas 79998-2600
   Telephone Number  800-435-4000

3. Date Equity Interest was acquired
   See Attached

4. Total amount of member interest  12,800 +-

5. Certificate number(s) _____

6. Type of Equity Interest
   Please indicate the type of Equity Interest you hold
   ☑ Check this box if your Equity Interest is based on an actual member interest held in the Debtor
   ☐ Check this box if your Equity Interest is based on anything else and describe that interest
   Description _____

7. Supporting Documents Attach copies of supporting documents such as stock certificates option agreements warrants etc
   DO NOT SEND ORIGINAL DOCUMENTS If the documents are not available explain If the documents are voluminous attach a summary

8. Date Stamped Copy To receive an acknowledgement of the filing of your Proof of Interest enclose a stamped self addressed envelope and copy of this Proof of Interest

9. Signature
   Check the appropriate box
   ☑ I am the creditor   ☐ I am the creditor's authorized agent (Attach copy of power of attorney if any)   ☐ I am the trustee or the debtor or their authorized agent (See Bankruptcy Rule 3004)   ☐ I am a guarantor surety endorser or other codebtor (See Bankruptcy Rule 3005)

   I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge information and reasonable belief

   Print Name  Joseph R Lachaussee
   Title _____
   Company __ Address and telephone number (if different from notice address above)
   _____

   (Signature) Joe Lachaussee    (Date) 11/18/24
   Telephone number 360 507-7495  email Scoodcc1cllc@whidbey.net

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both 18 U S C §§ 152 AND 3571*

## Transaction History for Joint Tenant    048

Transactions found from 11/09/2020 to 11/09/2024

| Date ▼ | Action | Symbol / Description | Quantity | Price | Fees & Comm | Amount |
|---|---|---|---|---|---|---|
| 08/09/2024 | Sell | MMAT<br>META MATLS INC | 920 | $0.88 | $0.18 | $809.42 |
| 01/26/2024 | Buy | MMAT<br>META MATLS INC REVERSE SPLIT EFF 01/29/24 | 700 | $0.0516 | | -$36.12 |
| 01/05/2024 | Buy | MMAT<br>META MATLS INC | 500 | $0.0634 | | -$31.70 |
| 09/11/2023 | Buy | MMAT<br>META MATLS INC | 500 | $0.214 | | -$107.00 |
| 07/26/2023 | Buy | MMAT<br>META MATLS INC | 2,000 | $0.2129 | | -$425.80 |
| 07/24/2023 | Buy | MMAT<br>META MATLS INC | 435 | $0.2159 | | -$93.92 |
| 06/23/2023 | Buy | MMAT<br>META MATLS INC | 175 | $0.1937 | | -$33.90 |
| 06/12/2023 | Buy | MMAT<br>META MATLS INC | 4,340 | $0.231 | | -$1,002.54 |
| 05/23/2023 | Buy | MMAT<br>TDA TRAN - Bought   381 (MMAT) @0.2584 | 381 | $0.2584 | | -$98.45 |
| 05/22/2023 | Buy | MMAT<br>TDA TRAN - Bought   384 (MMAT) @0.2587 | 384 | $0.2587 | | -$99.34 |
| 05/22/2023 | Buy | MMAT | 85 | $0.2484 | | -$21.11 |

| Date ▼ | Action | Symbol / Description | Quantity | Price | Fees & Comm | Amount |
|---|---|---|---|---|---|---|
| | | TDA TRAN - Bought 85 (MMAT) @0 2484 | | | | |
| 05/12/2023 | Buy | MMAT<br>TDA TRAN - Bought 5400 (MMAT) @0 2046 | 5,400 | $0 2046 | | -$1,104 84 |
| 05/09/2023 | Buy | MMAT<br>TDA TRAN - Bought 4400 (MMAT) @0 2276 | 4,400 | $0 2276 | | -$1,001 44 |
| 05/05/2023 | Buy | MMAT<br>TDA TRAN - Bought 6200 (MMAT) @0 2020 | 6,200 | $0 202 | | -$1,252 40 |
| 05/04/2023 | Buy | MMAT<br>TDA TRAN - Bought   500 (MMAT) @0 2040 | 500 | $0 204 | | -$102 00 |
| 05/04/2023 | Buy | MMAT<br>TDA TRAN - Bought 5000 (MMAT) @0 2037 | 5,000 | $0 2037 | | -$1,018 50 |
| 04/26/2023 | Buy | MMAT<br>TDA TRAN - Bought   580 (MMAT) @0 1894 | 580 | $0 1894 | | -$109 85 |
| 04/26/2023 | Buy | MMAT<br>TDA TRAN - Bought   420 (MMAT) @0 1895 | 420 | $0 1895 | | -$79 59 |
| 04/19/2023 | Buy | MMAT<br>TDA TRAN - Bought 4400 (MMAT) @0 2098 | 4,400 | $0 2098 | | -$923 12 |
| 04/19/2023 | Buy | MMAT<br>TDA TRAN - Bought   100 (MMAT) @0 2082 | 100 | $0 2082 | | -$20 82 |
| 04/19/2023 | Buy | MMAT<br>TDA TRAN - Bought   400 (MMAT) @0 2101 | 400 | $0 2101 | | -$84 04 |
| 04/19/2023 | Buy | MMAT<br>TDA TRAN - Bought 9600 (MMAT) @0 2106 | 9,600 | $0 2106 | | -$2,021 76 |
| 04/17/2023 | Buy | MMAT | 5,500 | $0 2181 | | -$1,199 55 |

| Date ▼ | Action | Symbol / Description | Quantity | Price | Fees & Comm | Amount |
|---|---|---|---|---|---|---|
| | | TDA TRAN - Bought 5500 (MMAT) @0 2181 | | | | |
| 04/14/2023 | Buy | MMAT<br>TDA TRAN - Bought 100 (MMAT) @0 2222 | 100 | $0 2222 | | -$22 22 |
| 04/14/2023 | Buy | MMAT<br>TDA TRAN - Bought 9370 (MMAT) @0 2198 | 9,370 | $0 2198 | | -$2,059 53 |
| 04/13/2023 | Buy | MMAT<br>TDA TRAN - Bought 3800 (MMAT) @0 3904 | 3,800 | $0 3904 | | -$1,483 52 |
| 04/11/2023 | Buy | MMAT<br>TDA TRAN - Bought 3150 (MMAT) @0 4130 | 3,150 | $0 413 | | -$1,300 95 |
| 03/23/2023 | Buy | MMAT<br>TDA TRAN - Bought 520 (MMAT) @0 4800 | 520 | $0 48 | | -$249 60 |
| 03/23/2023 | Buy | MMAT<br>TDA TRAN - Bought 60 (MMAT) @0 5019 | 60 | $0 5019 | | -$30 11 |
| 03/21/2023 | Buy | MMAT<br>TDA TRAN - Bought 1800 (MMAT) @0 5499 | 1,800 | $0 5499 | | -$989 82 |
| 03/16/2023 | Buy | MMAT<br>TDA TRAN - Bought 1200 (MMAT) @0 4925 | 1,200 | $0 4925 | | -$591 00 |
| 03/14/2023 | Buy | MMAT<br>TDA TRAN - Bought 800 (MMAT) @0 5276 | 800 | $0 5276 | | -$422 08 |
| 03/13/2023 | Buy | MMAT<br>TDA TRAN - Bought 2000 (MMAT) @0 4977 | 2,000 | $0 4977 | | -$995 40 |
| 03/13/2023 | Buy | MMAT<br>TDA TRAN - Bought 1000 (MMAT) @0 4989 | 1,000 | $0 4989 | | -$498 90 |
| 03/09/2023 | Buy | MMAT | 1,850 | $0 54 | | -$999 00 |

| Date ▼ | Action | Symbol / Description | Quantity | Price | Fees & Comm | Amount |
|---|---|---|---|---|---|---|
| | | TDA TRAN - Bought 1850 (MMAT) @0 5400 | | | | |
| 03/08/2023 | Buy | MMAT<br>TDA TRAN - Bought 3800 (MMAT) @0 5789 | 3,800 | $0 5789 | | -$2,199 82 |
| 03/01/2023 | Buy | MMAT<br>TDA TRAN - Bought 1700 (MMAT) @0 5981 | 1,700 | $0 5981 | | -$1,016 77 |
| 03/01/2023 | Buy | MMAT<br>TDA TRAN - Bought 79 (MMAT) @0 5994 | 79 | $0 5994 | | -$47 35 |
| 02/13/2023 | Buy | MMAT<br>TDA TRAN - Bought 1350 (MMAT) @0 7401 | 1,350 | $0 7401 | | -$999 14 |
| 02/13/2023 | Buy | MMAT<br>TDA TRAN - Bought 1460 (MMAT) @0 7548 | 1,460 | $0 7548 | | -$1,102 01 |
| 10/06/2022 | Buy | MMAT<br>TDA TRAN - Bought 1765 (MMAT) @0 6801 | 1,765 | $0 6801 | | -$1,200 38 |
| 08/03/2022 | Buy | MMAT<br>TDA TRAN - Bought 1119 (MMAT) @0 8949 | 1,119 | $0 8949 | | -$1,001 39 |
| 07/19/2022 | Buy | MMAT<br>TDA TRAN - Bought 1059 (MMAT) @0 9432 | 1,059 | $0 9432 | | -$998 85 |
| 06/17/2022 | Buy | MMAT<br>TDA TRAN - Bought   100 (MMAT) @1 4797 | 100 | $1 4797 | | -$147 97 |
| 06/17/2022 | Buy | MMAT<br>TDA TRAN - Bought   100 (MMAT) @1 4799 | 100 | $1 4799 | | -$147 99 |
| 03/01/2022 | Buy | MMAT<br>TDA TRAN - Bought 92 (MMAT) @2 1800 | 92 | $2 18 | | -$200 56 |
| 01/21/2022 | Buy | MMAT | 84 | $1 7799 | | -$149 51 |

| Date ▼ | Action | Symbol / Description | Quantity | Price | Fees & Comm | Amount |
|---|---|---|---|---|---|---|
| | | TDA TRAN - Bought 84 (MMAT) @1 7799 | | | | |
| 11/23/2021 | Buy | MMAT | 134 | $3 7594 | | -$503 76 |
| | | TDA TRAN - Bought 134 (MMAT) @3 7594 | | | | |
| 06/28/2021 | Buy | MMAT | 6 | $9 83 | | -$58 98 |
| | | TDA TRAN - Bought 6 (MMAT) @9 8300 | | | | |

Page Total **-$29,474 98**

Intra-day transactions are subject to change

Brokerage Account Balances are from the previous market close but also may include new activity that will be posted to your account at after market close Balances are subject to change

Bank sweep information can be found on your Statements Current Balance bank sweep information can be found on the Balances page

(1123-3U5Y, 0924-CLCV)

---

**Brokerage Products Not FDIC Insured • No Bank Guarantee • May Lose Value**

Account 048
Today s Date 03 48 PM ET 11/09/2024

The Charles Schwab Corporation provides a full range of brokerage banking and financial advisory services through its operating subsidiaries Its broker-dealer subsidiary Charles Schwab & Co Inc (Member SIPC) and its affiliates offer investment services and products Its banking subsidiary Charles Schwab Bank SSB (member FDIC and an Equal Housing Lender) provides deposit and lending services and products This site is designed for U S residents Non-U S residents are subject to country-specific restrictions Learn more about our services for non-US Residents Charles Schwab Hong Kong clients Charles Schwab UK clients © 2024 Charles Schwab & Co Inc All rights reserved Member SIPC Unauthorized access is prohibited Usage will be monitored

## Transaction History for Joint Tenant 048

### Transactions found from 11/09/2020 to 11/09/2024

| Date ▼ | Action | Symbol / Description | Quantity | Price | Fees & Comm | Amount |
|---|---|---|---|---|---|---|
| 06/22/2021 | Buy | TRCH<br>TDA TRAN - Bought 4 (TRCH) @9 5086 | 4 | $9 5086 | | -$38 03 |
| 06/22/2021 | Buy | TRCH<br>TDA TRAN - Bought 3000 (TRCH) @10 0000 | 3,000 | $10 00 | | -$30,000 00 |

Page Total **-$30,038 03**

Intra-day transactions are subject to change

Brokerage Account Balances are from the previous market close but also may include new activity that will be posted to your account at after market close Balances are subject to change

Bank sweep information can be found on your Statements Current Balance bank sweep information can be found on the Balances page

(1123-3U5Y 0924-CLCV)

**Brokerage Products Not FDIC Insured • No Bank Guarantee • May Lose Value**

The Charles Schwab Corporation provides a full range of brokerage banking and financial advisory services through its operating subsidiaries Its broker-dealer subsidiary Charles Schwab & Co Inc (Member SIPC) and its affiliates offer investment services and products Its banking subsidiary Charles Schwab Bank SSB (member FDIC and an Equal Housing Lender) provides deposit and lending services and products This site is designed for U S residents Non-U S residents are subject to country-specific restrictions Learn more about our services for non-US Residents Charles Schwab Hong Kong clients Charles Schwab UK clients © 2024 Charles Schwab & Co Inc All rights reserved Member SIPC Unauthorized access is prohibited Usage will be monitored

Account 048
Today's Date 03 48 PM ET 11/09/2024