NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | PROOF OF INTEREST |
|---|---|

**Name of Debtor**
META MATERIALS INC

**Case Number**
24-50792

| 1 | **Name and address of holder of the Equity Interest** (the person or entity holding an Equity Interest in the Debtor Referred to hereinafter as the 'Interest holder') |
|---|---|

SANA AHMED
7 GRANGE ROAD
BOLTON
BL4 0HN

**Telephone Number**
0777 3555 355

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest Attach copy of statement giving particulars

☒ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors

**COURT USE ONLY**

NOTE This form SHOULD NOT be used to make a claim against the Debtor for money owed A separate Proof of Claim form should be used for that purpose This form should only be used to assert an Equity Interest in the Debtor An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein

**Account or other number by which Interest holder identifies Debtor**
S AHMED 31

Check here if this claim
☐ replaces a previously filed Proof of Interest dated _____
☐ amends a previously filed Proof of Interest dated _____

| 2 | **Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest** |
|---|---|

DEGIRO TRADING

**Telephone Number** +31 20 261 3072

| 3 | **Date Equity Interest was acquired** |
|---|---|

19th Aug 2022

| 4 | **Total amount of member interest** ___13___ (PRE SPLIT 13,00) | 5 | **Certificate number(s)** _____ |
|---|---|---|---|

| 6 | **Type of Equity Interest** |
|---|---|

Please indicate the type of Equity Interest you hold
☒ Check this box if your Equity Interest is based on an actual member interest held in the Debtor
☐ Check this box if your Equity Interest is based on anything else and describe that interest

**Description** INVESTOR

| 7 | **Supporting Documents** Attach copies of supporting documents, such as stock certificates option agreements warrants, etc DO NOT SEND ORIGINAL DOCUMENTS If the documents are not available, explain If the documents are voluminous attach a summary |
|---|---|
| 8 | **Date-Stamped Copy** To receive an acknowledgement of the filing of your Proof of Interest enclose a stamped, self addressed envelope and copy of this Proof of Interest |

**9 Signature**
Check the appropriate box
☒ I am the creditor    ☐ I am the creditor's authorized agent (Attach copy of power of attorney if any)    ☐ I am the trustee, or the debtor, or their authorized agent (See Bankruptcy Rule 3004)    ☐ I am a guarantor, surety, endorser or other codebtor (See Bankruptcy Rule 3005)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief

Print Name SANA AHMED
Title MS
Company ___ Address and telephone number (if different from notice address above)
_____
_____
_____

_S Ahmed_ (Signature)    29/10/24 (Date)

Telephone number 07773555355    email Sana.3105@yahoo.co.uk

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both 18 U S C §§ 152 AND 3571*

  

# DEGIRO

Ms Sana Ahmed
7 GRANGE RD
Bolton BL4 0HG
United Kingdom

User name  *****d31

## Statement on financial instruments and funds as of 30-09-2024

| Product | ISIN/Symbol | Exchange Name | Units | Close | Market value | Value in GBP |
|---|---|---|---|---|---|---|
| CASH & CASH FUND & FTX CASH (GBP) | | | | | GBP 4 88 | 4 88 |
| META MATERIALS INC | US59134N3026 | OTC Markets Group | 13 | 0 37 | USD 4 81 | 3 60 |
| **Total portfolio value** | | | | | | **GBP 8 48** |
| Instruments fall under the regulation of Directive 2014/65/EU (MIFID II) and their implementation measures | | | | | | |

flatexDEGIRO Bank Dutch Branch, trading under the name
DEGIRO, is the Dutch branch of flatexDEGIRO Bank AG
flatexDEGIRO Bank AG is an overseas company primarily
supervised by the German financial regulator (BaFin)  In the
Netherlands, flatexDEGIRO Bank Dutch Branch is registered
with DNB and supervised by AFM and DNB

www degiro com/uk
clients@degiro com
Amstelplein 1 1096 HA

Financial instruments
and funds statement
2024-10-02
Page 1 /1

| Date | Time | Value date | Product | ISIN | Description | FX | Change | | Balance | | Order Id |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 21-08-2024 | 13 18 | 21-08-2024 | META MATERIALS INC | US59134N3026 | PRODUCT CHANGE | | USD | -6 84 | USD | 0 00 | |
| 21-08-2024 | 13 18 | 21-08-2024 | META MATERIALS INC | US59134N3026 | PRODUCT CHANGE | | USD | 6 84 | USD | 6 84 | |
| 29-01-2024 | 16 24 | 29-01-2024 | META MATERIALS INC | US59134N1046 | Corporate Action Cash | | USD | 1 75 | USD | 1 75 | |
| 29-01-2024 | 16 24 | 29-01-2024 | META MATERIALS INC | US59134N1046 | DELISTING  Sell 36 ME | | USD | 0 00 | USD | 0 00 | |
| 29-01-2024 | 15 36 | 29-01-2024 | META MATERIALS INC | US59134N3026 | STOCK SPLIT  Buy 13 | | USD | 75 66 | USD | 0 00 | |
| 29-01-2024 | 15 36 | 29-01-2024 | META MATERIALS INC | US59134N1046 | STOCK SPLIT  Sell 1 3 | | USD | 75 66 | USD | 75 66 | |
| 19-08-2022 | 20 52 | 19-08-2022 | META MATERIALS INC | US59134N1046 | Buy 36 META MATERIA | | USD | 31 50 | USD | 119 00 | i9fd-90fc-e665c05d3cdf |
| 19-08-2022 | 20 52 | 19-08-2022 | META MATERIALS INC | US59134N1046 | Buy 100 META MATER | | USD | -87 50 | USD | 87 50 | i9fd-90fc-e665c05d3cdf |
| 19-08-2022 | 18 05 | 19-08-2022 | META MATERIALS INC | US59134N1046 | Buy 100 META MATER | | USD | -87 50 | USD | 87 50 | i9fd-90fc-e665c05d3cdf |
| 19-08-2022 | 18 05 | 19-08-2022 | META MATERIALS INC | US59134N1046 | Buy 100 META MATER | | USD | -87 50 | USD | 87 50 | i9fd-90fc-e665c05d3cdf |
| 19-08-2022 | 18 05 | 19-08-2022 | META MATERIALS INC | US59134N1046 | Buy 100 META MATER | | USD | -87 50 | USD | -87 50 | i9fd-90fc-e665c05d3cdf |
| 19-08-2022 | 18 04 | 19-08-2022 | META MATERIALS INC | US59134N1046 | Buy 100 META MATER | | USD | -87 50 | USD | 87 50 | i9fd-90fc-e665c05d3cdf |
| 19-08-2022 | 18 04 | 19-08-2022 | META MATERIALS INC | US59134N1046 | Buy 100 META MATER | | USD | -87 50 | USD | -87 50 | i9fd-90fc-e665c05d3cdf |
| 19-08-2022 | 18 03 | 19-08-2022 | META MATERIALS INC | US59134N1046 | Buy 100 META MATER | | USD | -87 50 | USD | 87 50 | i9fd-90fc-e665c05d3cdf |
| 19-08-2022 | 18 03 | 19-08-2022 | META MATERIALS INC | US59134N1046 | Buy 100 META MATER | | USD | 87 50 | USD | 87 50 | i9fd-90fc-e665c05d3cdf |
| 19-08-2022 | 18 03 | 19-08-2022 | META MATERIALS INC | US59134N1046 | Buy 100 META MATER | | USD | 87 50 | USD | 87 50 | i9fd-90fc-e665c05d3cdf |
| 19-08-2022 | 18 03 | 19-08-2022 | META MATERIALS INC | US59134N1046 | Buy 100 META MATER | | USD | -87 50 | USD | 87 50 | i9fd-90fc-e665c05d3cdf |
| 19-08-2022 | 18 03 | 19-08-2022 | META MATERIALS INC | US59134N1046 | Buy 100 META MATER | | USD | 87 50 | USD | 262 50 | i9fd-90fc-e665c05d3cdf |
| 19-08-2022 | 18 03 | 19-08-2022 | META MATERIALS INC | US59134N1046 | Buy 100 META MATER | | USD | -87 50 | USD | 175 00 | i9fd-90fc-e665c05d3cdf |
| 19-08-2022 | 18 03 | 19-08-2022 | META MATERIALS INC | US59134N1046 | Buy 100 META MATER | | USD | -87 50 | USD | 87 50 | i9fd-90fc-e665c05d3cdf |