NVB 3001 (Effective 1/21)

**UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA**

**PROOF OF INTEREST**

Name of Debtor
META MATERIALS, INC

Case Number
24-50792-hlb

1 **Name and address of holder of the Equity Interest** (the person or entity holding an Equity Interest in the Debtor Referred to hereinafter as the Interest holder )

[redacted]

Telephone Number [redacted]

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest Attach copy of statement giving particulars

☐ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors

**NOTE This form SHOULD NOT be used to make a claim against the Debtor for money owed A separate Proof of Claim form should be used for that purpose This form should only be used to assert an Equity Interest in the Debtor An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein**

**COURT USE ONLY**

Account or other number by which Interest holder identifies Debtor

Check here if this claim
☐ replaces a previously filed Proof of Interest dated ____________
☐ amends a previously filed Proof of Interest dated ____________

2 **Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest**
E*TRADE 1 800 387-2331
EDWARD JONES -1580-234-8390
**Telephone Number**

3 **Date Equity Interest was acquired**
**SEE ATTACHED SUMMARIES**

4 **Total amount of member interest** SEE ATTACHED SUMMARIES

5 **Certificate number(s)** SEE ATACHED SUMMARIES

6 **Type of Equity Interest**
Please indicate the type of Equity Interest you hold
■ Check this box if your Equity Interest is based on an actual member interest held in the Debtor
☐ Check this box if your Equity Interest is based on anything else and describe that interest
**Description** ____________

7 **Supporting Documents** Attach copies of supporting documents, such as stock certificates option agreements, warrants, etc DO NOT SEND ORIGINAL DOCUMENTS If the documents are not available, explain If the documents are voluminous, attach a summary

8 **Date-Stamped Copy** To receive an acknowledgement of the filing of your Proof of Interest enclose a stamped self addressed envelope and copy of this Proof of Interest

9 **Signature**
Check the appropriate box
■ I am the creditor
☐ I am the creditor s authorized agent (Attach copy of power of attorney, if any )
☐ I am the trustee or the debtor, or their authorized agent (See Bankruptcy Rule 3004 )
☐ I am a guarantor surety endorser, or other codebtor (See Bankruptcy Rule 3005 )

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge information and reasonable belief

Print Name Courtney Lynn Tucker
Title ____________
Company ___ Address and telephone number (if different from notice address above)

(Signature) [signature] (Date) 11/22/24

Telephone number 1-580 747-1691 email courtneycolby@okenid com

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both 18 U S C §§ 152 AND 3571*

NVB 3001 (Effective 1/21)

## UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA

**PROOF OF INTEREST**

| Name of Debtor | Case Number |
|---|---|
| META MATERIALS, INC | 24-50792-hlb |

1 **Name and address of holder of the Equity Interest** (the person or entity holding an Equity Interest in the Debtor Referred to hereinafter as the "Interest holder")

[redacted]

Telephone Number [redacted]

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars

☐ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors

**NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose This form should only be used to assert an Equity Interest in the Debtor An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.**

**COURT USE ONLY**

Account or other number by which Interest holder identifies Debtor

Check here if this claim
☐ replaces a previously filed Proof of Interest dated ____________
☐ amends a previously filed Proof of Interest dated ____________

2 **Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest**
E*TRADE 1-800-387-2331
EDWARD JONES -1580-234-8390
**Telephone Number**

3 **Date Equity Interest was acquired**

**SEE ATTACHED SUMMARIES**

4 **Total amount of member interest** SEE ATTACHED SUMMARIES

5 **Certificate number(s)** SEE ATACHED SUMMARIES

6 **Type of Equity Interest**
Please indicate the type of Equity Interest you hold
■ Check this box if your Equity Interest is based on an actual member interest held in the Debtor
☐ Check this box if your Equity Interest is based on anything else and describe that interest
**Description** ____________

7 **Supporting Documents** Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc
DO NOT SEND ORIGINAL DOCUMENTS If the documents are not available, explain If the documents are voluminous attach a summary

8 **Date-Stamped Copy** To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

9 **Signature**
Check the appropriate box
■ I am the creditor
☐ I am the creditor s authorized agent (Attach copy of power of attorney, if any )
☐ I am the trustee or the debtor or their authorized agent. (See Bankruptcy Rule 3004 )
☐ I am a guarantor surety endorser, or other codebtor (See Bankruptcy Rule 3005 )

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief

Print Name Courtney Lynn Tucker
Title
Company __ Address and telephone number (if different from notice address above)

[redacted] 11/22/24
(Signature) (Date)

Telephone number 1-580-747-1691 email courtneycolby@okemd com

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C §§ 152 AND 3571*



DOW ▲0 97% NASDAQ ▲0 16% S&P 500 ▲0 35%

E*TRADE from Morgan Stanley

Log Off

Nov 23, 2024 01 04 PM ET

# Portfolios

Positions | Allocation | Performance | Historical value | Margin | **Gains & Losses** | Risk Assessment | Estimated Income | Sharehol(

Account

[redacted]

Net Account Value
**$0 00**

Total Unrealized Gain
**$0 00 (0 00%)**

Day's Gain Unrealized
**$0 00 (0 00%)**

Cash Purchasing Power
**$0 00**

Available for Withdrawal
**$0 00**

Show less

Time Period: 2024

Date From: 01/01/2024

Date Closed: 11/23/2024

› **Filters**

| Total Gain | Short-Term Gain | Long-Term Gain | Deferred Loss | Total Commission & Fees |
|---|---|---|---|---|
| **-$130,824 00** | **$0 00** | **-$130,824 00** | **$0 00** | **$55 73** |

| Symbol | Qty # | Date Added | Cost / Share | Total Cost | Date | Price / Share | Proceeds | Gain $ | Deferred Loss $ | Term | Lot Selection |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **MMATQ** | 648 | -- | -- | 131,219 15 | -- | -- | 395 15 | -130,824 00 | 0 00 | Long | -- |
| Sell WS | 1 481 | 06/14/2021 | 986 151 | 1,460 49 | 08/15/2024 | 0 608 | 0 90 | -1,459 59 | 0 00 | Long | FIFO |
| Sell | 0 01 | 07/15/2022 | 97 0 | 0 97 | 08/15/2024 | 0 0 | 0 00 | -0 97 | 0 00 | Long | FIFO |
| Sell | 8 804 | 07/15/2022 | 94 857 | 835 12 | 08/15/2024 | 0 61 | 5 37 | -829 75 | 0 00 | Long | FIFO |
| Sell | 8 004 | 07/05/2022 | 103 568 | 828 96 | 08/15/2024 | 0 611 | 4 89 | -824 07 | 0 00 | Long | FIFO |
| Sell | 0 5 | 01/20/2022 | 202 0 | 101 00 | 08/15/2024 | 0.62 | 0 31 | -100 69 | 0 00 | Long | FIFO |
| Sell | 1 | 01/12/2022 | 225 65 | 225 65 | 08/15/2024 | 0 61 | 0 61 | -225 04 | 0 00 | Long | FIFO |
| Sell | 4 002 | 08/05/2021 | 322 339 | 1,290 00 | 08/15/2024 | 0 61 | 2 44 | -1,287 56 | 0 00 | Long | FIFO |
| Sell | 0 08 | 07/15/2022 | 96 625 | 7 73 | 08/15/2024 | 0 625 | 0 05 | 7 68 | 0 00 | Long | FIFO |
| Sell | 3 361 | 07/13/2022 | 97 852 | 328 88 | 08/15/2024 | 0 61 | 2 05 | -326 83 | 0 00 | Long | FIFO |
| Sell | 0 931 | 07/13/2022 | 97 777 | 91 03 | 08/15/2024 | 0 612 | 0 57 | -90 46 | 0 00 | Long | FIFO |
| Sell | 3 802 | 08/03/2022 | 91 602 | 348 27 | 08/15/2024 | 0 61 | 2 32 | -345 95 | 0 00 | Long | FIFO |
| **Total** | | | | $131,219 15 | | | $395 15 | -$130,824 00 | $0 00 | | |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Sell | 0 01 | 08/03/2022 | 92 0 | 0 92 | 08/15/2024 | 0 0 | 0 00 | -0 92 | 0 00 | Long | FIFO |
| Sell | 0 1 | 08/03/2022 | 91 4 | 9 14 | 08/15/2024 | 0 6 | 0 06 | -9 08 | 0 00 | Long | FIFO |
| Sell | 0 03 | 07/29/2022 | 90 0 | 2 70 | 08/15/2024 | 0 333 | 0 01 | -2 69 | 0 00 | Long | FIFO |
| Sell | 0 05 | 07/13/2022 | 97 8 | 4 89 | 08/15/2024 | 0 6 | 0 03 | -4 86 | 0 00 | Long | FIFO |
| Sell | 0 07 | 07/13/2022 | 97 857 | 6 85 | 08/15/2024 | 0 571 | 0 04 | -6 81 | 0 00 | Long | FIFO |
| Sell | 1 | 08/05/2021 | 323 0 | 323 00 | 08/15/2024 | 0 61 | 0 61 | -322 39 | 0 00 | Long | FIFO |
| Sell | 5 002 | 08/04/2021 | 314 874 | 1,575 00 | 08/15/2024 | 0 61 | 3 05 | -1,571 95 | 0 00 | Long | FIFO |
| Sell | 5 002 | 08/04/2021 | 310 876 | 1,555 00 | 08/15/2024 | 0 61 | 3 05 | -1,551 95 | 0 00 | Long | FIFO |
| Sell | 1 001 | 07/08/2021 | 571 928 | 572 50 | 08/15/2024 | 0 609 | 0 61 | -571 89 | 0 00 | Long | FIFO |
| Sell | 2 311 | 07/08/2021 | 577 75 | 1,335 18 | 08/15/2024 | 0 61 | 1 41 | -1,333 77 | 0 00 | Long | FIFO |
| Sell | 0 55 | 07/02/2021 | 681 745 | 374 96 | 08/15/2024 | 0 618 | 0 34 | -374 62 | 0 00 | Long | FIFO |
| Sell | 0 55 | 07/02/2021 | 681 982 | 375 09 | 08/15/2024 | 0 6 | 0 33 | -374 76 | 0 00 | Long | FIFO |
| Sell | 0 45 | 07/02/2021 | 681 778 | 306 80 | 08/15/2024 | 0 622 | 0 28 | -306 52 | 0 00 | Long | FIFO |
| **Total** | | | | $131,219 15 | | | $395 15 | $130,824 00 | $0 00 | | |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Sell | 1 001 | 07/02/2021 | 680 819 | 681 50 | 08/15/2024 | 0 609 | 0 61 | -680 89 | 0 00 | Long | FIFO |
| Sell | 2 501 | 07/12/2021 | 399 312 | 998 68 | 08/15/2024 | 0 608 | 1 52 | 99716 | 0 00 | Long | FIFO |
| Sell | 0 01 | 07/15/2021 | 403 0 | 4 03 | 08/15/2024 | 1 0 | 0 01 | -4 02 | 0 00 | Long | FIFO |
| Sell | 2 501 | 07/15/2021 | 399 28 | 998 60 | 08/15/2024 | 0 612 | 1 53 | -997 07 | 0 00 | Long | FIFO |
| Sell | 1 | 08/03/2021 | 325 58 | 325 58 | 08/15/2024 | 0 61 | 0 61 | -324 97 | 0 00 | Long | FIFO |
| Sell | 2 001 | 07/27/2021 | 326 837 | 654 00 | 08/15/2024 | 0 61 | 1 22 | -652 78 | 0 00 | Long | FIFO |
| Sell | 3 001 | 07/23/2021 | 337 887 | 1,014 00 | 08/15/2024 | 0 61 | 1 83 | -1,012 17 | 0 00 | Long | FIFO |
| Sell | 1 | 07/20/2021 | 320 0 | 320 00 | 08/15/2024 | 0 61 | 0 61 | -319 39 | 0 00 | Long | FIFO |
| Sell | 0 01 | 07/19/2021 | 349 0 | 3 49 | 08/15/2024 | 1 0 | 0 01 | -3 48 | 0 00 | Long | FIFO |
| Sell | 0 981 | 07/19/2021 | 350 52 | 343 86 | 08/15/2024 | 0 601 | 0 59 | -343 27 | 0 00 | Long | FIFO |
| Sell | 0 08 | 08/03/2022 | 91 625 | 7 33 | 08/15/2024 | 0 625 | 0 05 | -7 28 | 0 00 | Long | FIFO |
| Sell | 0 01 | 08/03/2022 | 92 0 | 0 92 | 08/15/2024 | 1 0 | 0 01 | -0 91 | 0 00 | Long | FIFO |
| Sell | 0 01 | 08/09/2022 | 91 0 | 0 91 | 08/15/2024 | 0 0 | 0 00 | -0 91 | 0 00 | Long | FIFO |
| **Total** | | | | $131,219 15 | | | $395 15 | -$130 824 00 | $0 00 | | |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Sell | 0 11 | 12/19/2022 | 129 727 | 14 27 | 08/15/2024 | 0 636 | 0 07 | -14 20 | 0 00 | Long | FIFO |
| Sell | 0 15 | 12/19/2022 | 129 8 | 19 47 | 08/15/2024 | 0 6 | 0 09 | -19 38 | 0 00 | Long | FIFO |
| Sell | 0 1 | 12/19/2022 | 129 5 | 12 95 | 08/15/2024 | 0 6 | 0 06 | -12 89 | 0 00 | Long | FIFO |
| Sell | 6 553 | 07/12/2022 | 99 954 | 655 00 | 08/15/2024 | 0 609 | 3 99 | -651 01 | 0 00 | Long | FIFO |
| Sell | 0 09 | 07/13/2022 | 97 556 | 8 78 | 08/15/2024 | 0 667 | 0 06 | -8 72 | 0 00 | Long | FIFO |
| Sell | 0 49 | 02/17/2022 | 179 857 | 88 13 | 08/15/2024 | 0 592 | 0 29 | 87 84 | 0 00 | Long | FIFO |
| Sell | 0 5 | 12/19/2022 | 129 84 | 64 92 | 08/15/2024 | 0 62 | 0 31 | -64 61 | 0 00 | Long | FIFO |
| Sell | 0 33 | 12/19/2022 | 129 788 | 42 83 | 08/15/2024 | 0 606 | 0 20 | -42 63 | 0 00 | Long | FIFO |
| Sell | 2 001 | 12/19/2022 | 129 755 | 259 64 | 08/15/2024 | 0 61 | 1 22 | -258 42 | 0 00 | Long | FIFO |
| Sell | 9 955 | 08/09/2022 | 90 625 | 902 17 | 08/15/2024 | 0 61 | 6 07 | -896 10 | 0 00 | Long | FIFO |
| Sell | 0 97 | 07/29/2022 | 90 144 | 87 44 | 08/15/2024 | 0 608 | 0 59 | 86 85 | 0 00 | Long | FIFO |
| Sell | 5 002 | 07/29/2022 | 90 104 | 450 70 | 08/15/2024 | 0 612 | 3 06 | -447 64 | 0 00 | Long | FIFO |
| Sell | 0 01 | 07/15/2022 | 97 0 | 0 97 | 08/15/2024 | 1 0 | 0 01 | -0 96 | 0 00 | Long | FIFO |
| **Total** | | | | $131,219 15 | | | $395 15 | -$130,824 00 | $0 00 | | |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Sell | 0 05 | 07/15/2022 | 96 6 | 4 83 | 08/15/2024 | 0 6 | 0 03 | -4 80 | 0 00 | Long | FIFO |
| Sell | 0 02 | 12/19/2022 | 130 0 | 2 60 | 08/15/2024 | 0 5 | 0 01 | -2 59 | 0 00 | Long | FIFO |
| Sell | 0 01 | 02/17/2022 | 180 0 | 1 80 | 08/15/2024 | 1 0 | 0 01 | 1 79 | 0 00 | Long | FIFO |
| Sell | 5 002 | 01/27/2022 | 155 938 | 780 00 | 08/15/2024 | 0 61 | 3 05 | -776 95 | 0 00 | Long | FIFO |
| Sell | 10 005 | 01/26/2022 | 166 917 | 1,670 00 | 08/15/2024 | 0 61 | 6 10 | -1,663 90 | 0 00 | Long | FIFO |
| Sell | 3 501 | 12/19/2022 | 129 463 | 453 25 | 08/15/2024 | 0 611 | 2 14 | -451 11 | 0 00 | Long | FIFO |
| Sell | 20 009 | 12/19/2022 | 129 862 | 2,598 40 | 08/15/2024 | 0 61 | 12 20 | -2,586 20 | 0 00 | Long | FIFO |
| Sell | 2 221 | 10/12/2022 | 81 945 | 182 00 | 08/15/2024 | 0 608 | 1 35 | -180 65 | 0 00 | Long | FIFO |
| Sell | 0 5 | 02/17/2022 | 179 5 | 89 75 | 08/15/2024 | 0 62 | 0 31 | -89 44 | 0 00 | Long | FIFO |
| Sell | 5 003 | 02/01/2022 | 182 6 | 913 55 | 08/15/2024 | 0 61 | 3 05 | -910 50 | 0 00 | Long | FIFO |
| Sell | 5 002 | 01/27/2022 | 146 941 | 735 00 | 08/15/2024 | 0 61 | 3 05 | -731 95 | 0 00 | Long | FIFO |
| Sell | 1 021 | 12/19/2022 | 129 461 | 132 18 | 08/15/2024 | 0 607 | 0 62 | -131 56 | 0 00 | Long | FIFO |
| Sell | 0 05 | 12/19/2022 | 129 8 | 6 49 | 08/15/2024 | 0 6 | 0 03 | -6 46 | 0 00 | Long | FIFO |
| Total | | | | $131,219 15 | | | $395 15 | $130,824 00 | $0 00 | | |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Sell | 1 001 | 08/02/2021 | 339 031 | 339 37 | 08/15/2024 | 0 609 | 0 61 | -338 76 | 0 00 | Long | FIFO |
| Sell | 2 001 | 01/20/2022 | 204 398 | 409 00 | 08/15/2024 | 0 61 | 1 22 | -407 78 | 0 00 | Long | FIFO |
| Sell | 10 004 | 01/21/2022 | 179 928 | 1,800 00 | 08/15/2024 | 0 61 | 6 10 | -1,793 90 | 0 00 | Long | FIFO |
| Sell | 0 5 | 01/21/2022 | 179 0 | 89 50 | 08/15/2024 | 0 6 | 0 30 | -89 20 | 0 00 | Long | FIFO |
| Sell | 1 001 | 01/13/2022 | 221 778 | 222 00 | 08/15/2024 | 0 609 | 0 61 | -221 39 | 0 00 | Long | FIFO |
| Sell | 1 001 | 08/03/2021 | 325 674 | 326 00 | 08/15/2024 | 0 609 | 0 61 | -325 39 | 0 00 | Long | FIFO |
| Sell | 1 001 | 08/05/2021 | 316 104 | 316 42 | 08/15/2024 | 0 609 | 0 61 | -315 81 | 0 00 | Long | FIFO |
| Sell | 1 | 07/02/2021 | 683 0 | 683 00 | 08/15/2024 | 0 61 | 0 61 | -682 39 | 0 00 | Long | FIFO |
| Sell | 1 001 | 07/02/2021 | 687 083 | 687 77 | 08/15/2024 | 0 609 | 0 61 | -687 16 | 0 00 | Long | FIFO |
| Sell | 2 776 | 05/13/2021 | 359 87 | 999 00 | 08/15/2024 | 0 609 | 1 69 | -997 31 | 0 00 | Long | FIFO |
| Sell | 6 996 | 05/11/2021 | 142 929 | 999 93 | 08/15/2024 | 0 61 | 4 27 | -995 66 | 0 00 | Long | FIFO |
| Sell | 0 005 | 05/10/2021 | 418 0 | 2 09 | 08/15/2024 | 0 0 | 0 00 | -2 09 | 0 00 | Long | FIFO |
| Sell | 0 005 | 05/10/2021 | 434 0 | 2 17 | 08/15/2024 | 0 0 | 0 00 | -2 17 | 0 00 | Long | FIFO |
| Total | | | | $131,219 15 | | | $395 15 | -$130,824 00 | $0 00 | | |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Sell | 0 53 | 05/10/2021 | 434 0 | 230 02 | 08/15/2024 | 0 623 | 0 33 | -229 69 | 0 00 | Long | FIFO |
| Sell | 64 715 | 05/05/2021 | 154 509 | 9,999 05 | 08/15/2024 | 0 61 | 39 46 | -9,959 59 | 0 00 | Long | FIFO |
| Sell | 0 005 | 05/13/2021 | 360 0 | 1 80 | 08/15/2024 | 0 0 | 0 00 | -1 80 | 0 00 | Long | FIFO |
| Sell | 1 237 | 05/19/2021 | 144 616 | 178 89 | 08/15/2024 | 0 614 | 0 76 | -178 13 | 0 00 | Long | FIFO |
| Sell | 5 537 | 05/19/2021 | 147 544 | 816 95 | 08/15/2024 | 0 61 | 3 38 | -813 57 | 0 00 | Long | FIFO |
| Sell | 0 445 | 06/02/2021 | 589 348 | 262 26 | 08/15/2024 | 0 629 | 0 28 | -261 98 | 0 00 | Long | FIFO |
| Sell | 0 565 | 05/24/2021 | 456 0 | 257 64 | 08/15/2024 | 0 602 | 0 34 | -257 30 | 0 00 | Long | FIFO |
| Sell | 0 05 | 05/24/2021 | 454 0 | 22 70 | 08/15/2024 | 0 6 | 0 03 | 22 67 | 0 00 | Long | FIFO |
| Sell | 18 588 | 05/24/2021 | 160 189 | 2,977 60 | 08/15/2024 | 0 61 | 11 34 | -2,966 26 | 0 00 | Long | FIFO |
| Sell | 0 005 | 05/20/2021 | 416 0 | -2 08 | 08/15/2024 | 0 0 | 0 00 | -2 08 | 0 00 | Long | FIFO |
| Sell | 0 01 | 05/19/2021 | 416 0 | 4 16 | 08/15/2024 | 0 0 | 0 00 | -4 16 | 0 00 | Long | FIFO |
| Sell | 0 005 | 05/06/2021 | 366 0 | 1 83 | 08/15/2024 | 0 0 | 0 00 | -1 83 | 0 00 | Long | FIFO |
| Sell | 1 845 | 04/23/2021 | 133 415 | 246 15 | 08/15/2024 | 0 612 | 1 13 | -245 02 | 0 00 | Long | FIFO |
| Total | | | | $131,219 15 | | | $395 15 | -$130,824 00 | $0 00 | | |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Sell | 13 401 | 04/23/2021 | 130 02 | 1,742 40 | 08/15/2024 | 0 61 | 8 17 | -1,734 23 | 0 00 | Long | FIFO |
| Sell | 2 701 | 03/26/2021 | 369 863 | 999 00 | 08/15/2024 | 0 611 | 1 65 | -997 35 | 0 00 | Long | FIFO |
| Sell | 2 271 | 03/09/2021 | 439 806 | 998 80 | 08/15/2024 | 0 608 | 1 38 | -997 42 | 0 00 | Long | FIFO |
| Sell | 0 005 | 03/09/2021 | 436 0 | 2 18 | 08/15/2024 | 2 0 | 0 01 | -2 17 | 0 00 | Long | FIFO |
| Sell | 0 14 | 02/26/2021 | 490 0 | 68 60 | 08/15/2024 | 0 571 | 0 08 | 68 52 | 0 00 | Long | FIFO |
| Sell | 63 589 | 02/25/2021 | 156 183 | 9,931 51 | 08/15/2024 | 0 61 | 38 78 | -9,892 73 | 0 00 | Long | FIFO |
| Sell | 176 273 | 02/19/2021 | 114 27 | 20,142 65 | 08/15/2024 | 0 61 | 107 49 | -20,035 16 | 0 00 | Long | FIFO |
| Sell | 13 971 | 03/29/2021 | 357 846 | 4,999 47 | 08/15/2024 | 0 61 | 8 52 | -4,990 95 | 0 00 | Long | FIFO |
| Sell | 0 01 | 03/29/2021 | 357 0 | 3 57 | 08/15/2024 | 0 0 | 0 00 | -3 57 | 0 00 | Long | FIFO |
| Sell | 0 005 | 03/29/2021 | 360 0 | 1 80 | 08/15/2024 | 2 0 | 0 01 | -1 79 | 0 00 | Long | FIFO |
| Sell | 0 03 | 04/23/2021 | 368 0 | 11 04 | 08/15/2024 | 0 667 | 0 02 | -11 02 | 0 00 | Long | FIFO |
| Sell | 63 386 | 04/12/2021 | 157 762 | 9,999 89 | 08/15/2024 | 0 61 | 38 65 | -9 961 24 | 0 00 | Long | FIFO |
| Sell | 0 005 | 04/12/2021 | 334 0 | 1 67 | 08/15/2024 | 0 0 | 0 00 | -1 67 | 0 00 | Long | FIFO |
| Total | | | | $131,219 15 | | | $395 15 | -$130,824.00 | $0 00 | | |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Sell | 2 796 | 04/08/2021 | 357 872 | 1,000 61 | 08/15/2024 | 0 608 | 1 70 | 998 91 | 0 00 | Long | FIFO |
| Sell | 2 731 | 04/09/2021 | 365 866 | 999 18 | 08/15/2024 | 0 611 | 1 67 | -997 51 | 0 00 | Long | FIFO |
| Sell | 0 916 | 03/29/2021 | 357 249 | 327 24 | 08/15/2024 | 0 611 | 0 56 | -326 68 | 0 00 | Long | FIFO |
| Sell | 0 005 | 06/02/2021 | 600 0 | 3 00 | 08/15/2024 | 0 0 | 0 00 | -3 00 | 0 00 | Long | FIFO |
| Sell | 0 07 | 06/10/2021 | 625 0 | 43 75 | 08/15/2024 | 0 571 | 0 04 | -43 71 | 0 00 | Long | FIFO |
| Sell | 0 005 | 06/10/2021 | 590 0 | 2 95 | 08/15/2024 | 0 0 | 0 00 | -2 95 | 0 00 | Long | FIFO |
| Sell | 1 001 | 07/02/2021 | 691 868 | 692 56 | 08/15/2024 | 0 609 | 0 61 | -691 95 | 0 00 | Long | FIFO |
| Sell | 1 | 07/02/2021 | 698 45 | 698 45 | 08/15/2024 | 0 61 | 0 61 | -697 84 | 0 00 | Long | FIFO |
| Sell | 0 2 | 07/02/2021 | 678 05 | 135 61 | 08/15/2024 | 0 6 | 0 12 | -135 49 | 0 00 | Long | FIFO |
| Sell | 1 001 | 07/02/2021 | 679 231 | 679 91 | 08/15/2024 | 0 609 | 0 61 | 679 30 | 0 00 | Long | FIFO |
| Sell | 1 | 07/02/2021 | 684 42 | 684 42 | 08/15/2024 | 0 61 | 0 61 | -683 81 | 0 00 | Long | FIFO |
| Sell | 1 001 | 07/02/2021 | 695 984 | 696 68 | 08/15/2024 | 0 609 | 0 61 | 696 07 | 0 00 | Long | FIFO |
| Sell | 0 1 | 07/02/2021 | 678 4 | 67 84 | 08/15/2024 | 0 6 | 0 06 | -67 78 | 0 00 | Long | FIFO |
| Total | | | | $131,219 15 | | | $395 15 | -$130,824 00 | $0 00 | | |

|  |  |  |  |  |  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Sell | 1 | 07/02/2021 | 685 0 | 685 00 | 08/15/2024 | 0 61 | 0 61 | -684 39 | 0 00 | Long | FIFO |
| Sell | 1 001 | 07/02/2021 | 673 626 | 674 30 | 08/15/2024 | 0 609 | 0 61 | -673 69 | 0 00 | Long | FIFO |
| Sell | 1 | 07/02/2021 | 693 0 | 693 00 | 08/15/2024 | 0 61 | 0 61 | -692 39 | 0 00 | Long | FIFO |
| Sell | 1 001 | 07/02/2021 | 697 073 | 697 77 | 08/15/2024 | 0 609 | 0 61 | -697 16 | 0 00 | Long | FIFO |
| Sell | 1 | 07/02/2021 | 681 77 | 681 77 | 08/15/2024 | 0 61 | 0 61 | -681 16 | 0 00 | Long | FIFO |
| Sell | 1 | 07/02/2021 | 687 0 | 687 00 | 08/15/2024 | 0 61 | 0 61 | -686 39 | 0 00 | Long | FIFO |
| Sell | 1 001 | 07/02/2021 | 687 303 | 687 99 | 08/15/2024 | 0 609 | 0 61 | -687 38 | 0 00 | Long | FIFO |
| Sell | 1 | 07/02/2021 | 693 9 | 693 90 | 08/15/2024 | 0 61 | 0 61 | -693 29 | 0 00 | Long | FIFO |
| Sell | 0 01 | 07/02/2021 | 677 0 | 6 77 | 08/15/2024 | 1 0 | 0 01 | -6 76 | 0 00 | Long | FIFO |
| Sell | 1 | 07/02/2021 | 679 92 | 679 92 | 08/15/2024 | 0 61 | 0 61 | -679 31 | 0 00 | Long | FIFO |
| Sell | 1 001 | 07/02/2021 | 677 053 | 677 73 | 08/15/2024 | 0 609 | 0 61 | -677 12 | 0 00 | Long | FIFO |
| Sell | 0 005 | 06/14/2021 | 678 0 | 3 39 | 08/15/2024 | 2 0 | 0 01 | -3 38 | 0 00 | Long | FIFO |
| Sell | 0 165 | 06/14/2021 | 671 636 | 110 82 | 08/15/2024 | 0 606 | 0 10 | -110 72 | 0 00 | Long | FIFO |
| Total |  |  |  | $131,219 15 |  |  | $395 15 | -$130,824 00 | $0 00 |  |  |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Sell | 7144 | 06/14/2021 | 683 617 | 4,883 76 | 08/15/2024 | 0 609 | 4 35 | -4,879 41 | 0 00 | Long | FIFO |
| Sell | 0 411 | 06/08/2021 | 647324 | 266 05 | 08/15/2024 | 0 608 | 0 25 | -265 80 | 0 00 | Long | FIFO |
| Sell | 0 025 | 06/10/2021 | 591 6 | 14 79 | 08/15/2024 | 0 8 | 0 02 | -14 77 | 0 00 | Long | FIFO |
| Sell | 8 438 | 06/10/2021 | 593 789 | 5,010 39 | 08/15/2024 | 0 61 | 5 15 | -5,005 24 | 0 00 | Long | FIFO |
| Sell | 6 232 | 06/28/2021 | 979 685 | 6,105 40 | 08/15/2024 | 0 61 | 3 80 | 6,101 60 | 0 00 | Long | FIFO |
| Sell | 0 01 | 06/28/2021 | 802 0 | 8 02 | 08/15/2024 | 1 0 | 0 01 | -8 01 | 0 00 | Long | FIFO |
| Sell | 0 01 | 06/28/2021 | 932 0 | 9 32 | 08/15/2024 | 0 0 | 0 00 | -9 32 | 0 00 | Long | FIFO |
| Sell | 1 | 07/02/2021 | 681 79 | 681 79 | 08/15/2024 | 0 61 | 0 61 | 681 18 | 0 00 | Long | FIFO |
| Sell | 1 | 07/02/2021 | 688 88 | 688 88 | 08/15/2024 | 0 61 | 0 61 | -688 27 | 0 00 | Long | FIFO |
| Sell | 1 001 | 07/02/2021 | 691 808 | 692 50 | 08/15/2024 | 0 609 | 0 61 | -691 89 | 0 00 | Long | FIFO |
| Sell | 1 | 07/02/2021 | 688 91 | 688 91 | 08/15/2024 | 0 61 | 0 61 | -688 30 | 0 00 | Long | FIFO |
| Sell | 1 001 | 07/02/2021 | 698 142 | 698 84 | 08/15/2024 | 0 609 | 0 61 | -698 23 | 0 00 | Long | FIFO |
| Sell | 0 2 | 06/28/2021 | 926 0 | 185 20 | 08/15/2024 | 0 6 | 0 12 | -185 08 | 0 00 | Long | FIFO |
| Total | | | | $131,219 15 | | | $395 15 | -$130,824 00 | $0 00 | | |

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Sell | 0 04 | 08/09/2022 | 90 75 | 3 63 | 08/15/2024 | 0 75 | 0 03 | -3 60 | 0 00 | Long | FIFO |
| Total | | | | $131,219 15 | | | $395 15 | -$130,824 00 | $0 00 | | |

As of 11/22/2024

WS This lot has been adjusted for wash sales Learn more

**Account Holder(s)**
**Account Number**
**Financial Advisor**

**Statement Date** Jun 26 - Jul 30 2021

## Asset Details (continued)

*Your Rate of Return for each individual asset above is as of July 30, 2021 Returns greater than 12 months are annualized

Your Rate of Return in the Asset Details section above measures the investment performance of each of your individual assets It incorporates the timing of your additions and withdrawals and reflects commissions and fees paid Reviewing your Rate of Return is important to help ensure you re on track to achieving your financial goals

The performance of your investments is tracked since they have been held in the current account but no earlier than Jan 1 2009 Certain events including a transfer of an investment between accounts, share class conversion, or change in an investment's identification code (CUSIP) caused by a corporate action will impact the time frame over which the investment's rate of return is calculated

Information used to calculate performance may have been obtained from third parties and Edward Jones cannot guarantee the accuracy of such information

For the most current information contact your financial advisor or visit www edwardjones com/performance

## Summary of Realized Gain/Loss

| | This Year |
|---|---|
| Short Term (assets held 1 year or less) | $0 00 |
| Long Term (held over 1 year) | 206 26 |
| **Total** | **$206 26** |

Summary totals may not include proceeds from uncosted securities or certain corporate actions

## Investment and Other Activity by Date

| Date | Description | Quantity | Amount |
|---|---|---|---|
| 6/30 | Sell Wells Fargo Natl Bk West Las @ 100 05784 Accrued Interest = 32 55 Due 08/10/2021 01 650% | -36 000 | $36,053 37 |
| 6/30 | Sell Goldman Sachs Bk USA New York @ 100 66227 Accrued Interest = 174 67 Due 02/14/2022 01 650% | -28,000 | 28 360 11 |
| 6/30 | Buy Meta Matls Inc @ 8 158 | 17 | -142 41 |
| 6/30 | Buy Meta Matls Inc @ 8 155 | 100 | -829 30 |
| 6/30 | Buy Meta Matls Inc @ 9 2131 | 6 826 | -63 719 48 |
| 7/12 | Dividend on Spdr Dow Jones Indust Ave ETF on 31 Shares @ 0 4927 | | 15 27 |
| 7/30 | Dividend on Invesco Qqq Tr on 31 Shares @ 0 39679 | | 12 30 |



201 Progress Parkway
Maryland Heights  MO 63043-3042
edwardjones com

[REDACTED NAME]
[REDACTED ADDRESS]
[REDACTED CITY, STATE ZIP]

Account # [REDACTED]
[REDACTED NAME]
Single account
Select

Financial Advisor
[REDACTED]
[REDACTED PHONE]

## TRADE CONFIRMATION

We are pleased to confirm the following trade(s) subject to the disclosures that follow  Please retain for your records

| Stocks | | | | |
|---|---|---|---|---|
| **SELL** | **ORDER** 875734930 | | **SYMBOL** MMAT | |
| META MATLS INC | **TRADE DATE** | 08/15/2024 | **SHARES** | 70 |
| UNSOLICITED | **SETTLEMENT DATE** | 08/16/2024 | **PRICE** | $0 7150 |
| | **CUSIP** | 59134N302 | **AMOUNT** | $50 05 |
| | **ACCOUNT TYPE** | CASH | **COMMISSION** | $1 25 |
| | **CAPACITY** | AGENT | **TOTAL** | $48 80 |

Please see the terms  definitions and additional disclosures on the following page

Page 1 of 2

**EdwardJones**

201 Progress Parkway
Maryland Heights MO 63043-3042
edwardjones com

Account #

Individual retirement account
Select

Financial Advisor

**TRADE CONFIRMATION**

We are pleased to confirm the following trade(s) subject to the disclosures that follow Please retain for your records

| **Stocks** | | | | |
|---|---|---|---|---|
| **SELL** | **ORDER** 875735380 | | **SYMBOL** MMAT | |
| META MATLS INC | **TRADE DATE** | 08/15/2024 | **SHARES** | 74 |
| UNSOLICITED | **SETTLEMENT DATE** | 08/16/2024 | **PRICE** | $0 7170 |
| | **CUSIP** | 59134N302 | **AMOUNT** | **$53 06** |
| | **ACCOUNT TYPE** | CASH | **COMMISSION** | $1 32 |
| | **CAPACITY** | AGENT | **TOTAL** | **$51 74** |

Please see the terms definitions and additional disclosures on the following page