NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | **PROOF OF INTEREST** |
|---|---|

Name of Debtor:

**Meta Materials Inc.**

Case Number: **24-50792-hlb**

1. **Name and address of holder of the Equity Interest** (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

Terri-Lynn F. Young
13 Power St.
Dartmouth, Nova Scotia
Canada
B2W 1M3

Telephone Number: **902-229-8559**

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

☑ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

**COURT USE ONLY**

Account or other number by which Interest holder identifies Debtor:

Wealth Simple
HQ0 N2TCK    41199 0002   IBKR
HQ 1HKL807   45832693

Check here if this claim:
☐ replaces a previously filed Proof of Interest dated: _____
☐ amends a previously filed Proof of Interest dated: _____

2. **Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:**

Wealthsimple
201-80 Spadina Ave.
Toronto ON M5V 2J4
Telephone Number: 1-855-255-9038

IBKR
1800 McGill College Ave
Suit 2106
Montreal, Quebec CA
1-877-745-4222

3. **Date Equity Interest was acquired:**

Please see attached Statements.

4. **Total amount of member interest:** # 361   700
$ mmat    IRCH

5. **Certificate number(s):** _____

6. **Type of Equity Interest:**
Please indicate the type of Equity Interest you hold:
☑ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
☐ Check this box if your Equity Interest is based on anything else and describe that interest:
Description: _____

7. **Supporting Documents:** Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. **Date-Stamped Copy:** To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

9. **Signature:**
Check the appropriate box.
☑ I am the creditor.   ☐ I am the creditor's authorized agent. (Attach copy of power of attorney, if any.)   ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)   ☐ I am a guarantor, surety, endorser, or other codebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: Terri-Lynn Young
Title: _____
Company: ___ Address and telephone number (if different from notice address above): _____

(Signature)    18 Nov 2024   (Date)

Telephone number: 902-229-8559    email: terri@kenandterri.com

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

11/4/24, 10:43 AM                                        MMATQ $0.07 (▲0.00%)



### MMATQ Meta Materials Inc.                                   Stocks    Options    ☆

**$0.0710** USD

$0.00 (0.00%)  10:28:00 AM

1D    1W    1M    3M    1Y    5Y

## Market details

| | | | |
|---|---|---|---|
| Bid | — | Market cap | $475.4K |
| Ask | — | P/E ratio | — |
| Last sale | $0.071 x 100 | 52 week high | $6.00 |
| Open | $0.061 | 52 week low | $0.061 |
| High | $0.071 | Volume | 17.2K |
| Low | $0.061 | Average volume | 12.6K |
| Exchange | FINRA | Yield | — |

## Holdings

| Investment ⬍ | Average price ⬍ | Total value ⬍ | Performance ⬍ |
|---|---|---|---|
| 10.4 shares TFSA *Acct # HQØN2TCK.* | $22.18 USD | $0.74 USD | −$229.94 USD −99.68% all time |
| 34.6 shares Non-registered *Acct # HQ1HKLBØ7* | $23.09 USD | $2.46 USD | −$796.29 USD −99.69% all time |

*Post Split.*



11/4/24, 10:43 AM                                                      MMAX $0.25 (▲0.00%)

META  MMAX METAMATL EXCH RG

**$0.2500** CAD

**$0.00 (0.00%)** 10:43:13 AM

We can't display a graph right now because there isn't enough data for the selected time range.

| 1D | 1W | 1M | 3M | 1Y | 5Y |

## Market details

| | | | | |
|---|---|---|---|---|
| Bid | $0.16 x 500 | Market cap | | $249.2K |
| Ask | $0.50 x 500 | P/E ratio | | — |
| Last sale | — | 52 week high | | $21.00 |
| Open | $0.00 | 52 week low | | $0.25 |
| High | $0.00 | Volume | | — |
| Low | $0.00 | Average volume | | — |
| Exchange | CSE | Yield | | — |

## Holdings

| Investment ⬍ | Average price ⬍ | Total value ⬍ | Performance ⬍ |
|---|---|---|---|
| 4 shares Non-registered    HQ1HKLB07 | $12.05 CAD | $1.00 CAD | −$47.20 CAD -97.93% all time |

*Post Split*

Activity Statement
June 2, 2023 - May 31, 2024

Interactive Brokers Canada Inc.
1800 McGill College Avenue, Suite 2106, Montreal, Quebec, Canada H3A 3J6
**Member - Canadian Investor Protection Fund**
**Membre - Fonds canadien de protection des investisseurs**



Regulated by CIRO
Canadian Investment
Regulatory Organization



Réglementée par OCRI
Organisme canadien de réglementation
des investissements

∨ Account Information

| | |
|---|---|
| Name | Terri-Lynn F Young |
| Account | U11990002 |
| Account Type | Individual |
| Customer Type | Tax-Free Savings Account |
| Account Capabilities | Cash |
| Base Currency | CAD |

∨ Trade Summary by Symbol

| | Buys | | | Sells | | |
|---|---|---|---|---|---|---|
| Symbol | Quantity | Avg. Price | Proceeds | Quantity | Avg. Price | Proceeds |
| **Stocks** | | | | | | |

| | | Buys | | | Sells | |
| --- | --- | --- | --- | --- | --- | --- |
| Symbol | Quantity | Avg Price | Proceeds | Quantity | Avg Price | Proceeds |
| **Total in CAD** | | | -165 28 | | | 119 07 |
| **Forex** | | | | | | |
| **CAD** | | | | | | |
| USD CAD | 366 68 | 1 35 | -493 68 | -162 68820542 | 1 36 | 221 44 |
| **Total** | | | -493 68 | | | 221 44 |

> Trades

Generated  2024-11-04, 10 05 07 EST

U11990002 Activity Statement June 2  2023 - May 31  2024 - Interactive Brokers

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| MMAT | 2023-06 07  10 19 35 | 300 | 0 2496 | 0 2380 | 74 88 | -0 79 | 72 75 | 1 34 | 3 48 | C |
| MMAT | 2023-06 07  10 55 13 | 200 | 0 2565 | 0 2380 | 51 30 | -0 54 | -48 50 | 2 26 | 3 70 | C |
| MMAT | 2023 06 07  10 57 43 | 250 | 0 2597 | 0 2380 | 64 92 | 0 69 | 60 31 | 3 93 | 5 42 | C |
| MMAT | 2023 06 07  14 45 59 | 750 | 0 2418 | 0 2380 | 181 35 | 1 81 | 183 16 | 0 00 | 2 85 | O |
| MMAT | 2023 06 08  10 32 21 | 300 | 0 2515 | 0 2380 | 75 45 | 0 80 | 73 27 | 1 39 | 4 05 | C P |
| MMAT | 2023 06 09  10 17 02 | 300 | 0 2415 | 0 2380 | 72 45 | 0 72 | 73 17 | 0 00 | 1 05 | O |
| MMAT | 2023-06 09  14 36 39 | 350 | 0 2550 | 0 2267 | 89 25 | 0 94 | 85 48 | 2 83 | 9 90 | C |
| MMAT | 2023 06 12  09 45 52 | 300 | 0 2294 | 0 2267 | -68 82 | 0 69 | 69 51 | 0 00 | 0 81 | O |
| MMAT | 2023 06 22  12 52 17 | 100 | 0 2358 | 0 2281 | 23 58 | -0 31 | 23 89 | 0 00 | 0 77 | O |
| MMAT | 2023 07 20  10 31 28 | 185 | 0 1919 | 0 1925 | 35 50 | 0 36 | 35 86 | 0 00 | 0 11 | O |
| MMAT | 2023 07 31  14 39 41 | 500 | 0 2302 | 0 2135 | 115 10 | 1 22 | 120 77 | -6 89 | 8 35 | C |
| MMAT | 2023 09 05  14 38 46 | 485 | 0 2405 | 0 2485 | 116 64 | 1 24 | 106 08 | 9 32 | 3 88 | C |
| MMAT | 2023 11 22  13 33 01 | 100 | 0 2359 | 0 2355 | 23 59 | 0 31 | 23 90 | 0 00 | -0 04 | O |
| MMAT | 2023-12 04  12 08 16 | 500 | 0 0783 | 0 0795 | 39 15 | -0 39 | 39 54 | 0 00 | 0 60 | O |
| MMAT | 2024-01 05  12 49 12 | 500 | 0 0749 | 0 0699 | -37 45 | -0 49 | 37 94 | 0 00 | 2 50 | O P |
| MMAT | 2024-01 19  10 08 35 | 45 | 0 0650 | 0 0630 | 2 92 | -0 03 | 2 95 | 0 00 | 0 09 | O |
| MMAT | 2024 01 22  10 43 38 | 1 200 | 0 0728 | 0 0760 | 87 36 | 0 87 | 88 23 | 0 00 | 3 84 | O |
| MMAT | 2024 01 26  20 25 00 | 150 | 0 0684 | 0 0668 | 10 41 | 0 10 | 10 51 | 0 00 | -0 39 | O |
| MMAT | | 0 95 | 5 8200 | 5 5100 | 5 53 | 0 00 | 22 70 | 17 17 | 0 29 | C |
| Total MMAT | | 1 744 05 | | | 10 49 | 12 31 | 1 19 | -3 00 | 27 38 | |



## Activity Statement

May 17, 2023 - May 15, 2024

⑦ Help

Interactive Brokers Canada Inc. 1800 McGill College Avenue, Suite 2106, Montreal, Quebec, Canada  H3A 3J6

**Member - Canadian Investor Protection Fund**

**Membre - Fonds canadien de protection des investisseurs**



**Regulated by CIRO**
Canadian Investment
Regulatory Organization



**Réglementée par OCRI**
Organisme canadien de réglementation
des investissements

### Account Information

| | |
|---|---|
| Name | Terri-Lynn F Young |
| Account | U11990002 |
| Account Type | Individual |
| Customer Type | Tax-Free Savings Account |
| Account Capabilities | Cash |
| Base Currency | CAD |

Case 24-50792-hlb    Doc 254    Entered 11/25/24 16:12:10    Page 8 of 26

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| MMAT | 2023 05 24 14 06 23 | 7... | 2401 | | | | | | 2 03 | O P |
| MMAT | 2023 05 25 09 48 33 | 50 | 0 2339 | 0 2321 | 11 70 | 0 12 | 11 81 | 0 00 | 0 09 | O |
| MMAT | 2023 06 07 10 19 35 | 300 | 0 2496 | 0 2380 | 74 88 | 0 79 | 72 75 | 1 34 | 3 48 | C |
| MMAT | 2023 06 07 10 55 13 | 200 | 0 2565 | 0 2380 | 51 30 | 0 54 | 48 50 | 2 26 | 3 70 | C |
| MMAT | 2023 06 07 10 57 43 | 250 | 0 2597 | 0 2380 | 64 92 | 0 69 | 60 31 | 3 93 | 5 42 | C |
| MMAT | 2023 06 07 14 45 59 | 750 | 0 2418 | 0 2380 | 181 35 | 1 81 | 183 16 | 0 00 | 2 85 | O |
| MMAT | 2023 06 08 10 32 21 | 300 | 0 2515 | 0 2380 | 75 45 | 0 80 | 73 27 | 1 39 | 4 05 | C P |
| MMAT | 2023 06 08 12 42 02 | 300 | 0 2415 | 0 2380 | 72 45 | 0 72 | 73 17 | 0 00 | 1 05 | O |

Activity Statement   May 17  2023   May 15  2024

## Trades

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| MMAT | 2023-06-09, 10:17:02 | -350 | 0.2550 | 0.2267 | 89.25 | -0.94 | -85.48 | 2.83 | 9.90 | C |
| MMAT | 2023-06-09, 14:36:39 | 300 | 0.2294 | 0.2267 | -68.82 | -0.69 | 69.51 | 0.00 | -0.81 | O |
| MMAT | 2023-06-12, 09:45:52 | 100 | 0.2358 | 0.2281 | -23.58 | -0.31 | 23.89 | 0.00 | -0.77 | O |
| MMAT | 2023-06-22, 12:52:17 | 185 | 0.1919 | 0.1925 | -35.50 | -0.36 | 35.86 | 0.00 | 0.11 | O |
| MMAT | 2023-07-20, 10:31:28 | -500 | 0.2302 | 0.2135 | 115.10 | -1.22 | -120.77 | -6.89 | 8.35 | C |
| MMAT | 2023-07-31, 14:39:41 | -485 | 0.2405 | 0.2485 | 116.64 | -1.24 | -106.08 | 9.32 | -3.88 | C |
| MMAT | 2023-09-05, 14:38:46 | 100 | 0.2359 | 0.2355 | -23.59 | -0.31 | 23.90 | 0.00 | -0.04 | O |
| MMAT | 2023-11-22, 13:33:01 | 500 | 0.0783 | 0.0795 | -39.15 | -0.39 | 39.54 | 0.00 | 0.60 | O |
| MMAT | 2023-12-04, 12:08:16 | 500 | 0.0749 | 0.0699 | -37.45 | -0.49 | 37.94 | 0.00 | -2.50 | O;P |
| MMAT | 2024-01-05, 12:49:12 | 45 | 0.0650 | 0.0630 | -2.92 | -0.03 | 2.95 | 0.00 | -0.09 | O |
| MMAT | 2024-01-19, 10:08:35 | 1,200 | 0.0728 | 0.0760 | -87.36 | -0.87 | 88.23 | 0.00 | 3.84 | O |
| MMAT | 2024-01-22, 10:43:38 | 150 | 0.0694 | 0.0668 | -10.41 | -0.10 | 10.51 | 0.00 | -0.39 | O |
| MMAT | 2024-01-26, 20:25:00 | -0.95 | 5.8200 | 5.5100 | 5.53 | 0.00 | -22.70 | -17.17 | 0.29 | C |
| Total MMAT | | 2,494.05 | | | -169.28 | 14.10 | 180.38 | 2.00 | 20.32 | |

11/4/24, 11:00 AM                                    Quote Details - Quote

**MMATQ** META MATERIALS INC PINK <sup>NT</sup>

**0.0610**USD  -0.0100  **-14.08%**

Ask  0.3626 × 22,300
Bid  0.0610 × 10,000

| | | Today | | 52 Week | | Volume | | Volatility | | Notice |
|---|---|---|---|---|---|---|---|---|---|---|
| **Today** | | **High** | 0.0610 | **High** | 12.00 | **Today** | 500 | Hist. | 754.406% | |
| Open | 0.0610 | Low | 0.0610 | Low | 0.0610 | Average | 147K | Impl. | N/A | |
| Close | — | | | | | | | | | |

Transaction History



| ACCOUNT | TRANSACTION TYPE | QUANTITY | PRICE | AMOUNT | | Your Positi... |
|---|---|---|---|---|---|---|
| | | | | | | Market Value **7.27** |
| | | | | | | Shares |
| | | | | | | Avg Price |
| | | | | | | Cost Basis |
| U11990002 | Buy | 51 | 0.6782 | -34.59 | | |
| U11990002 | Buy | 25 | 0.945 | -23.63 | | |

Load More

11/4/24, 10:27 AM                                    U5832693 Activity Statement April 20, 2023 - April 19, 2024 - Interactive Brokers

## Account Information

| Name | Terri-Lynn F Young |
|------|------|
| Account | U5832693 |
| Account Type | Individual |
| Customer Type | Individual |
| Account Capabilities | Margin |
| Base Currency | CAD |

## Trade Summary by Symbol

| Symbol | Buys | | | Sells | | |
|--------|----------|------------|----------|----------|------------|----------|
| | Quantity | Avg. Price | Proceeds | Quantity | Avg. Price | Proceeds |
| Stocks | | | | | | |
| USD | | | | | | |
| | 200 | 136.00 | 27,200.00 | | | ,203.00 |
| BAOS | 100 | 11.65 | -1,165.00 | -100 | 12.03 | 1,203.02 |
| DGLY | 50 | 5.17 | -258.60 | -50 | 4.45 | 222.60 |
| F | 100 | 10.35 | -1,035.00 | -100 | 10.50 | 1,050.00 |
| GEN | 10 | 16.20 | -161.95 | -10 | 16.86 | 168.62 |
| GNS | 200 | 1.00 | -200.00 | -200 | 1.35 | 270.38 |
| HUSA | 100 | 2.56 | -256.00 | -100 | 2.37 | 237.00 |
| ICCM | 300 | 1.68 | -503.00 | -300 | 1.34 | 402.00 |
| MIMO | 2,700 | 0.26 | -712.48 | -2,700 | 0.24 | 640.95 |
| MMAT | 21,545 | 0.12 | -2,625.94 | 0 | 0.00 | 0.00 |

U5832693 Activity Statement April 20, 2023 - April 19, 2024 - Interactive Brokers

| MMAT | 2023-04 27  08 46 25 | 1 000 | 0 1980 | 0 1890 | 198 00 | 2 46 | 200 46 | 0 00 | 9 00 | O P |
| MMAT | 2023 04 27  10 11 20 | 1 000 | 0 18786 | 0 1890 | 187 86 | 1 88 | 189 74 | 0 00 | 1 14 | O P |
| MMAT | 2023 04 27  12 54 17 | 500 | 0 1840 | 0 1890 | 92 00 | 0 92 | 92 92 | 0 00 | 2 50 | O P |
| MMAT | 2023 06 12  15 17 28 | 500 | 0 2285238 | 0 2281 | 114 26 | 1 14 | 115 40 | 0 00 | 0 21 | O P |
| MMAT | 2023-06 27  18 38 06 | 300 | 0 1975 | 0 1872 | 59 25 | 0 77 | 60 02 | 0 00 | 3 09 | O |
| MMAT | 2023-10 02  07 44 08 | 700 | 0 2214 | 0 2243 | 154 98 | 2 01 | 156 99 | 0 00 | 2 03 | O |
| MMAT | 2023-10 02  12 08 11 | 1 000 | 0 21405 | 0 2243 | 214 05 | 2 14 | 216 19 | 0 00 | 10 25 | O |
| MMAT | 2023 10 16  19 33 02 | 1 000 | 0 2100 | 0 2150 | 210 00 | 2 73 | 212 73 | 0 00 | 5 00 | O P |
| MMAT | 2023 10 20  11 34 40 | 100 | 0 1756 | 0 1769 | 17 56 | 0 18 | 17 74 | 0 00 | 0 13 | O |
| MMAT | 2023-10 20  14 24 15 | 900 | 0 1799 | 0 1769 | 161 91 | 1 62 | 163 53 | 0 00 | 2 70 | O |
| MMAT | 2023 10 23  11 07 44 | 1 000 | 0 1457 | 0 1486 | 145 70 | 1 46 | 147 16 | 0 00 | 2 90 | O |
| MMAT | 2023 10 25  15 06 06 | 1 000 | 0 1277 | 0 1292 | 127 70 | 1 28 | 128 98 | 0 00 | 1 50 | O |
| MMAT | 2023 12 06  10 56 27 | 2 500 | 0 0634 | 0 0625 | 158 50 | 1 58 | 160 08 | 0 00 | 2 25 | O |
| MMAT | 2023 12 20  15 10 37 | 2 000 | 0 06985 | 0 0695 | 139 70 | 1 40 | 141 10 | 0 00 | 0 70 | O |
| MMAT | 2024 01 11  12 56 52 | 8 000 | 0 0592 | 0 0615 | -473 60 | 6 16 | 479 76 | 0 00 | 18 40 | O P |
| MMAT | 2024-01 31  12 40 20 | 45 | 3 79710667 | 3 8200 | 170 87 | 1 00 | 171 87 | 0 00 | 1 03 | O P |

11/4/24  10 21 AM                    U5832693 Activity Statement April 19, 2021 – April 19  2022   Interactive Brokers

| Symbol | Buys | | | Sells | | |
|---|---|---|---|---|---|---|
| | Quantity | Avg Price | Proceeds | Quantity | Avg Price | Proceeds |



| Symbol | Quantity | Avg Price | Proceeds | Quantity | Avg Price | Proceeds |
|---|---|---|---|---|---|---|
| MMAT | 10 800 | 3 52 | -38 031 37 | -4 648 | 3 80 | 17 657 24 |
| TRCH | 700 | 8 04 | -5 630 50 | 0 | 0 00 | 0 00 |

11/4/24  10 21 AM

U5832693 Activity Statement April 19  2021 - April 19  2022 - Interactive Brokers

Activity Statement
April 19, 2021 - April 19  2022

Interactive Brokers Canada Inc
1800 McGill College Avenue  Suite 2106  Montreal  Quebec  Canada H3A 3J6
**Member - Canadian Investor Protection Fund**
**Membre   Fonds canadien de protection des investisseurs**

 

> Account Information

> Trade Summary by Symbol

| Symbol | Buys | | | Sells | | |
|---|---|---|---|---|---|---|
| | Quantity | Avg Price | Proceeds | Quantity | Avg Price | Proceeds |
| **Stocks** | | | | | | |
| **CAD** | | | | | | |
| OREA | 1 500 | 0 21 | -320 00 | -1 500 | 0 21 | 315 00 |
| Total | | | 320 00 | | | 315 00 |
| **USD** | | | | | | |
| ABB | 100 | 39 00 | 3 900 00 | -100 | 37 69 | 3 769 00 |
| AEHR | 100 | 4 85 | -485 00 | -100 | 4 50 | 450 00 |
| AEMD | 50 | 9 54 | -477 00 | 50 | 10 57 | 528 50 |
| AMC | 2 400 | 45 49 | 109 167 92 | -2,400 | 45 72 | 109,724 53 |
| ANY | 100 | 6 93 | -693 00 | -100 | 6 82 | 682 00 |
| ATER | 50 | 13 27 | -663 42 | -50 | 12 67 | 633 50 |
| BB | 200 | 14 16 | -2 832 00 | -200 | 13 87 | 2 774 40 |
| BBIG | 3 980 | 4 90 | -19 510 63 | -3 980 | 4 75 | 18,894 48 |
| BCTX | 100 | 6 59 | -659 00 | -100 | 6 99 | 699 00 |
| BFRI | 1 300 | 6 12 | -7 951 75 | -1 300 | 6 03 | 7,838 00 |
| BLIN | 1 650 | 8 02 | -13 235 00 | -1 650 | 8 14 | 13 429 00 |
| BMRA | 50 | 6 32 | -316 00 | -50 | 6 21 | 310 50 |
| CARV | 310 | 31 81 | -9 860 00 | -310 | 31 57 | 9,786 68 |
| CCL | 100 | 20 02 | -2 001 50 | -100 | 20 59 | 2 059 00 |
| CEI | 6 900 | 1 86 | -12 802 46 | -6 800 | 1 71 | 11,652 54 |
| CHPT | 100 | 20 86 | -2,086 02 | -100 | 20 07 | 2 007 00 |
| CLOV | 1,370 | 16 28 | -22 306 05 | -1 370 | 16 26 | 22 276 34 |
| CRVS | 1 000 | 3 62 | 3 620 00 | -1,000 | 3 60 | 3 600 00 |
| CUEN | 100 | 7 45 | -745 00 | -100 | 6 44 | 644 00 |
| DIDI | 170 | 15 62 | -2 655 70 | -170 | 15 63 | 2 657 00 |
| F | 200 | 14 82 | -2,964 00 | -200 | 14 71 | 2 941 16 |
| GME | 2 | 136 38 | -272 76 | -2 | 119 59 | 239 18 |
| GPS | 20 | 34 03 | -680 60 | -20 | 27 90 | 558 00 |
| GSAT | 500 | 1 88 | -940 00 | -500 | 1 77 | 882 70 |
| LEDS | 81 | 13 03 | 1 055 35 | -81 | 11 84 | 959 20 |

11/4/24, 10:21 AM                    U5832693 Activity Statement April 19, 2021 - April 19, 2022 - Interactive Brokers

| | Buys | | | Sells | | |
|---|---|---|---|---|---|---|
| Symbol | Quantity | Avg. Price | Proceeds | Quantity | Avg. Price | Proceeds |
| **Total in CAD** | | | -603,042.48 | | | 564,235.79 |
| **Equity and Index Options** | | | | | | |
| **USD** | | | | | | |
| ABR 210820P00020000 | 1 | 0.00 | 0.00 | -1 | 1.60 | 160.00 |
| BBIG 210820C00004500 | 5 | 0.00 | 0.00 | -5 | 0.35 | 175.00 |
| BBIG 210917C00003500 | 5 | 4.82 | -2,411.00 | -5 | 0.12 | 60.00 |
| BBIG 210917C00009000 | 2 | 0.50 | -100.00 | -2 | 1.21 | 242.00 |
| BBIG 210917C00010000 | 1 | 0.33 | -33.00 | -1 | 1.52 | 152.00 |
| BBIG 211015C00007000 | 2 | 0.10 | -20.00 | -2 | 0.43 | 86.00 |
| BBIG 211015C00009000 | 3 | 0.06 | -18.00 | -3 | 1.92 | 577.00 |
| BBIG 211022C00006000 | 5 | 1.20 | -600.00 | -5 | 0.41 | 203.00 |
| BBIG 211029C00007500 | 5 | 0.10 | -50.00 | -5 | 0.79 | 395.00 |
| BBIG 211119C00006000 | 5 | 0.26 | -130.00 | -5 | 0.66 | 330.00 |
| BBIG 211126C00005500 | 5 | 0.01 | -5.00 | -5 | 0.42 | 210.00 |
| BBIG 211217C00004000 | 5 | 0.04 | -20.00 | -5 | 0.23 | 115.00 |
| BBIG 220121C00003000 | 5 | 0.49 | -245.00 | -5 | 0.45 | 225.00 |
| BBIG 220204C00004000 | 5 | 0.01 | -5.00 | -5 | 0.08 | 40.00 |
| BBIG 220211C00003500 | 5 | 0.13 | -64.00 | -5 | 0.12 | 60.00 |
| BBIG 220218C00004000 | 5 | 0.01 | -3.00 | -5 | 0.18 | 89.00 |
| BBIG 220225C00004000 | 5 | 0.00 | 0.00 | -5 | 0.08 | 40.00 |
| BBIG 220304C00003000 | 5 | 0.02 | -10.00 | -5 | 0.05 | 25.00 |
| BBIG 220311C00003000 | 5 | 0.02 | -10.00 | -5 | 0.09 | 45.00 |
| CEI 211015C00002000 | 10 | 0.05 | -50.00 | -10 | 0.17 | 170.00 |
| CEI 211105C00002000 | 10 | 0.03 | -30.00 | -10 | 0.15 | 150.00 |
| CEI 211119C00001500 | 10 | 0.15 | -150.00 | -10 | 0.17 | 170.00 |
| CEI 211119C00002000 | 7 | 0.09 | -66.00 | -7 | 0.45 | 315.00 |
| CEI 211203C00001500 | 7 | 0.13 | -91.00 | -7 | 0.20 | 143.00 |
| CEI 211210C00001500 | 10 | 0.00 | 0.00 | -10 | 0.25 | 250.00 |
| CEI 211217C00001500 | 7 | 0.01 | -7.00 | -7 | 0.18 | 126.00 |
| CEI 220128C00001500 | 7 | 0.00 | 0.00 | -7 | 0.15 | 105.00 |
| CEI 220218C00001000 | 1 | 0.00 | 0.00 | -1 | 0.02 | 2.00 |
| CEI 220311C00001000 | 7 | 0.00 | 0.00 | -7 | 0.03 | 21.00 |
| CEI 220520C00001500 | 0 | 0.00 | 0.00 | -1 | 0.23 | 23.00 |
| CHPT 211001C00022000 | 1 | 0.00 | 0.00 | -1 | 0.36 | 36.00 |
| GOOG 210820C02760000 | 1 | 32.87 | -3,287.00 | -1 | 6.80 | 680.00 |
| GOOG 210820C02770000 | 1 | 0.55 | -55.00 | -1 | 27.92 | 2,792.00 |
| M 210820C00021000 | 1 | 1.31 | -131.00 | -1 | 0.27 | 27.00 |
| M 210827P00022500 | 1 | 0.17 | -17.00 | -1 | 0.75 | 75.00 |
| M 210903P00022500 | 1 | 0.00 | 0.00 | -1 | 0.62 | 62.00 |
| M 210910C00022500 | 1 | 0.00 | 0.00 | -1 | 0.19 | 19.00 |
| M 210917C00024000 | 1 | 0.02 | -2.00 | -1 | 0.90 | 90.00 |
| MMAT 210820C00007000 | 2 | 0.00 | 0.00 | -2 | 0.15 | 30.00 |
| MMAT 210917C00007000 | 10 | 0.06 | -56.00 | -10 | 0.23 | 234.00 |
| MMAT 211015C00006000 | 12 | 0.81 | -970.00 | -12 | 0.42 | 503.00 |

11/4/24, 10:21 AM

U5832693 Activity Statement April 19, 2021 - April 19, 2022 - Interactive Brokers

| Symbol | Buys | | | Sells | | |
|---|---|---|---|---|---|---|
| | Quantity | Avg. Price | Proceeds | Quantity | Avg. Price | Proceeds |
| MMAT 211015C00010000 | 4 | 0.04 | -14.00 | -4 | 0.22 | 88.00 |
| MMAT 211015P00003000 | 3 | 0.04 | -12.00 | -3 | 0.78 | 234.00 |
| MMAT 211119C00006000 | 11 | 0.33 | -361.00 | -11 | 0.52 | 575.00 |
| MMAT 211119C00008000 | 11 | 0.14 | -158.00 | -11 | 0.82 | 902.00 |
| MMAT 211217C00007000 | 32 | 0.10 | -320.00 | -32 | 0.40 | 1,292.00 |
| MMAT 220121C00005000 | 32 | 0.00 | 0.00 | -32 | 0.55 | 1,760.00 |
| MMAT 220121P00003000 | 6 | 1.20 | -720.00 | -6 | 0.51 | 306.00 |
| MMAT 220318C00002000 | 3 | 0.00 | 0.00 | -3 | 0.18 | 54.00 |
| MMAT 220318C00003000 | 30 | 0.00 | 0.00 | -30 | 0.07 | 211.00 |
| MMAT 220520C00002000 | 0 | 0.00 | 0.00 | -20 | 0.17 | 340.00 |
| NIO 211015P00034000 | 1 | 1.23 | -123.00 | -1 | 1.44 | 144.00 |
| NRXP 211119C00015000 | 1 | 0.09 | -9.00 | -1 | 2.10 | 210.00 |
| NRXP 211217C00007500 | 1 | 0.04 | -4.00 | -1 | 0.35 | 35.00 |
| NRXP 220121C00007500 | 1 | 0.00 | 0.00 | -1 | 0.31 | 31.00 |
| NRXP 220318C00005000 | 1 | 0.00 | 0.00 | -1 | 0.15 | 15.00 |
| PLTR 220218C00014500 | 1 | 0.00 | 0.00 | -1 | 0.68 | 68.00 |
| PROG 211015C00002500 | 2 | 0.10 | -20.00 | -2 | 0.20 | 40.00 |
| PROG 211119C00003000 | 2 | 0.67 | -134.00 | -2 | 0.40 | 80.00 |
| PROG 211217C00003000 | 2 | 2.92 | -584.00 | -2 | 0.97 | 194.00 |
| PSFE 210917C00009000 | 1 | 0.00 | 0.00 | -1 | 0.31 | 31.00 |
| PSFE 210917C00012000 | 1 | 0.04 | -4.00 | -1 | 0.33 | 33.00 |
| PSFE 211119C00009000 | 1 | 0.01 | -1.00 | -1 | 0.44 | 44.00 |
| PSFE 220218C00004000 | 1 | 0.00 | 0.00 | -1 | 0.09 | 9.00 |
| PSFE 220318C00003500 | 1 | 0.00 | 0.00 | -1 | 0.13 | 13.00 |
| SESN 210820C00002000 | 1 | 0.00 | 0.00 | -1 | 0.15 | 15.00 |
| SESN 210917C00001000 | 1 | 0.00 | 0.00 | -1 | 0.10 | 10.00 |
| SKLZ 210910C00013500 | 1 | 0.00 | 0.00 | -1 | 0.43 | 43.00 |
| SKLZ 211022C00012000 | 1 | 0.05 | -5.00 | -1 | 0.47 | 47.00 |
| SKLZ 211119C00010000 | 1 | 0.00 | 0.00 | -1 | 0.80 | 80.00 |
| UAA 210820C00023500 | 1 | 0.00 | 0.00 | -1 | 0.33 | 33.00 |
| **Total** | | | **-11,107.00** | | | **16,189.00** |
| **Total in CAD** | | | **-13,972.36** | | | **20,373.17** |
| **Forex** | | | | | | |
| **CAD** | | | | | | |
| USD.CAD | 15,401 | 1.25 | -19,245.09 | 0 | 0.00 | 0.00 |
| **Total** | | | **-19,245.09** | | | **0.00** |

 **>** Trades

Generated: 2024-11-04, 09:19:35 EST

U5832693 Activity Statement April 19, 2021 - April 19, 2022 - Interactive Brokers

| TRCH | 700 | 8.04 | -5,630.50 | 0 | 0.00 | 0.00 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| TRCH | 2021 06 21 17 37 20 | 50 | 11 1500 | 9 9200 | 557 50 | 1 00 | 558 50 | 0 00 | 61 50 | O |
| TRCH | 2021 06 22 08 44 13 | 50 | 9 7400 | 7 0000 | -487 00 | 1 00 | 488 00 | 0 00 | 137 00 | O |
| TRCH | 2021 06 22 09 34 21 | 50 | 9 4100 | 7 0000 | -470 50 | 1 00 | 471 50 | 0 00 | 120 50 | O |
| TRCH | 2021 06 22 09 57 06 | 50 | 9 0500 | 7 0000 | -452 50 | 1 00 | 453 50 | 0 00 | 102 50 | O |
| TRCH | 2021 06 22 11 26 53 | 50 | 8 9900 | 7 0000 | -449 50 | 1 00 | 450 50 | 0 00 | 99 50 | O |
| TRCH | 2021 06 22 11 52 37 | 50 | 8 5000 | 7 0000 | -425 00 | 1 00 | 426 00 | 0 00 | 75 00 | O |
| TRCH | 2021 06 22 11 58 37 | 50 | 8 0900 | 7 0000 | -404 50 | 1 00 | 405 50 | 0 00 | 54 50 | O |
| TRCH | 2021 06 22 12 05 48 | 50 | 7 5300 | 7 0000 | 376 50 | 1 00 | 377 50 | 0 00 | 26 50 | O |
| TRCH | 2021 06 22 13 32 46 | 50 | 8 0300 | 7 0000 | -401 50 | 1 00 | 402 50 | 0 00 | 51 50 | O |
| TRCH | 2021 06 22 15 25 44 | 100 | 7 6600 | 7 0000 | 766 00 | 1 00 | 767 00 | 0 00 | 66 00 | O |
| TRCH | 2021 06 22 15 48 09 | 50 | 7 1000 | 7 0000 | 355 00 | 1 00 | 356 00 | 0 00 | 5 00 | O |
| TRCH | 2021 06 23 11 16 05 | 100 | 4 8500 | 4 9200 | -485 00 | 1 00 | 486 00 | 0 00 | 7 00 | O |
| Total TRCH | | 700 | | | 5 630 50 | 12 00 | 5 642 50 | 0 00 | 792 50 | |

11/14/24, 10:25 AM    U5832693 Activity Statement April 20, 2022 - April 20, 2023 - Interactive Brokers

Expand All  |  Contract All                                    Print



## Account Information

| Name | Terri-Lynn F Young |
|------|------|
| Account | U5832693 |
| Account Type | Individual |
| Customer Type | Individual |
| Account Capabilities | Margin |
| Base Currency | CAD |

## Trade Summary by Symbol

| Symbol | Quantity | Buys Avg. Price | Proceeds | Quantity | Sells Avg. Price | Proceeds |
|--------|----------|-----------------|----------|----------|------------------|----------|
| **Stocks** | | | | | | |
| **CAD** | | | | | | |
| AAZ | 4,985 | 0.06 | -289.10 | -4,985 | 0.06 | 274.18 |
| MMAX | 100 | 1.22 | -122.00 | -100 | 1.08 | 108.00 |
| Total | | | -411.10 | | | 382.18 |
| **USD** | | | | | | |
| ALHR | 400 | 0.40 | -160.80 | | 0.35 | 140.38 |
| AMZN | 100 | 118.46 | -11,846.00 | -100 | 119.00 | 11,900.00 |
| BBBY | 100 | 13.00 | -1,300.00 | -100 | 4.34 | 433.50 |
| GMBL | 2,000 | 0.61 | -1,221.24 | -2,000 | 0.66 | 1,312.32 |
| GNS | 300 | 0.53 | -158.39 | -300 | 0.58 | 173.26 |
| GSDT | 1,000 | 0.67 | -670.00 | -1,000 | 0.71 | 710.00 |
| KOSS | 1,000 | 0.21 | -210.00 | -1,000 | 0.26 | 256.82 |
| MMAT | 148.762 | 1.36 | -202,352.83 | -121,264 | 1.51 | 183,282.88 |
| MULN | 1,100 | 0.69 | -754.80 | -1,000 | 0.58 | 580.37 |
| NEON | 40 | 9.92 | -396.80 | -40 | 10.15 | 406.00 |
| NFLX | 5 | 252.18 | -1,260.90 | -5 | 232.88 | 1,164.40 |
| NHWK | 100 | 2.60 | -260.00 | -100 | 2.50 | 250.50 |
| RNAZ | 1,100 | 1.56 | -1,714.00 | -1,100 | 1.57 | 1,732.00 |
| SOFI | 100 | 6.96 | -696.50 | -100 | 7.03 | 703.20 |
| SPRO | 2,000 | 2.14 | -4,280.00 | -2,000 | 2.14 | 4,270.00 |
| SXTC | 100 | 1.57 | -157.00 | -100 | 1.67 | 167.00 |
| TLF | 410 | 6.62 | -2,716.10 | -410 | 4.91 | 2,011.24 |
| TSLA | 1 | 895.92 | -895.92 | -4 | 451.12 | 1,804.46 |
| VINO | 100 | 0.33 | -32.64 | | 0.28 | 27.52 |
| Total | | | -231,083.93 | | | 211,325.85 |
| Total in CAD | | | -310,068.91 | | | 284,670.11 |

*(Handwritten annotations: "Not Applicable" and "Not applicable," with lines crossing out several rows)*

file:///C:/Users/terri/Downloads/U5832693_20220420_20230420.htm



11/4/24  10:25 AM                          U5832693 Activity Statement April 20  2022 - April-20-2023 - Interactive Brokers

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| MMAX | 2022-08 23  12 31 12 | 100 | 1 2200 | 1 2200 | 122 00 | -0 63 | 122 63 | 0 00 | 0 00 | O |
| MMAX | 2022 09 12  12 51 52 | 100 | 1 0800 | 1 0800 | 108 00 | 0 56 | 122 63 | 15 19 | 0 00 | C |
| Total MMAX | | 0 | | | 14 00 | 1 19 | 0 00 | 15 19 | 0 00 | |
| Total | | | | | 28 93 | -4 01 | 0 00 | 32 93 | 29 92 | |

11/4/24, 10:25 AM                                 U5832693 Activity Statement April 20, 2022 - April 20, 2023 - Interactive Brokers

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| MMAT | 2022 04 21 15 43 04 | 1 500 | 1 2750 | 1 2800 | 1 912 50 | 7 50 | 1 920 00 | 0 00 | 7 50 | O |
| MMAT | 2022 04 22 09 31 39 | 998 | 1 2700 | 1 2500 | 1 267 46 | -4 99 | 1 272 45 | 0 00 | 19 96 | O P |
| MMAT | 2022 04 27 11 20 24 | 2 000 | 1 2000 | 1 1900 | 2 400 00 | 10 00 | 2 410 00 | 0 00 | 20 00 | O |
| MMAT | 2022 04 27 14 51 08 | 100 | 1 2150 | 1 1900 | 121 50 | 1 01 | 454 08 | 333 59 | 2 50 | P |
| MMAT | 2022 04 28 04 19 54 | 900 | 1 2400 | 1 2500 | 1 116 00 | -4 62 | 4 871 24 | 3 759 86 | 9 00 | C P |
| MMAT | 2022 04 28 10 17 20 | 500 | 1 1550 | 1 2500 | 577 50 | 2 50 | 580 00 | 0 00 | 47 50 | O |
| MMAT | 2022-04-28 11 26 56 | -500 | 1 2000 | 1 2500 | 600 00 | 2 57 | 2 194 76 | 1 597 33 | 25 00 | C |
| MMAT | 2022 04 28 14 36 13 | 1 000 | 1 2600 | 1 2500 | 1 260 00 | 5 14 | 2 839 89 | 1 585 03 | 10 00 | C P |
| MMAT | 2022-05-02 10 59 54 | 1 250 | 1 2300 | 1 2700 | 1 537 50 | 6 25 | 1 543 75 | 0 00 | 50 00 | O P |
| MMAT | 2022 05-24 09 47 47 | 2 250 | 1 8100 | 1 8300 | -4 072 50 | 11 25 | 4 083 75 | 0 00 | 45 00 | O P |
| MMAT | 2022-05-25 14 06 33 | 500 | 1 6600 | 1 6800 | 830 00 | 2 50 | 832 50 | 0 00 | 10 00 | O |
| MMAT | 2022 06 02 10 35 48 | 3 000 | 1 9300 | 1 8900 | 5 790 00 | 15 52 | 5 652 06 | 122 42 | 120 00 | C P |
| MMAT | 2022 06 02 11 27 38 | 3 000 | 1 9100 | 1 8900 | 5 730 00 | 15 00 | 5 745 00 | 0 00 | -60 00 | O |
| MMAT | 2022 06 02 15 29 30 | 1 000 | 1 8050 | 1 8900 | 1 805 00 | 5 00 | 1 810 00 | 0 00 | 85 00 | O |
| MMAT | 2022 06 02 15 51 45 | 1 000 | 1 8750 | 1 8900 | 1 875 00 | 5 17 | 1 827 16 | 42 67 | 15 00 | C |
| MMAT | 2022-06-03 10 39 02 | 1 000 | 1 8100 | 1 8100 | 1 810 00 | 5 00 | 1 815 00 | 0 00 | 0 00  ⌃ | O |
| MMAT | 2022 06-21 10 32 10 | 1 000 | 1 6500 | 1 7400 | 1 650 00 | 5 17 | 1 280 95 | 363 88 | 90 00 | C |
| MMAT | 2022 06 21 11 04 11 | 1 000 | 1 7100 | 1 7400 | 1 710 00 | 5 17 | 1 277 52 | 427 31 | 30 00 | C |
| MMAT | 2022 06 24 13 22 19 | 1 000 | 1 6100 | 1 7700 | 1 610 00 | 5 00 | 1 615 00 | 0 00 | -440 00 | O |
| MMAT | 2022 06 24 13 22 31 | 1 000 | 1 5900 | 1 7700 | 1 590 00 | 5 00 | 1 595 00 | 0 00 | -420 00 | O |
| MMAT | 2022 07 11 12 10 21 | 300 | 1 0080 | 1 0000 | 302 40 | 1 50 | 303 90 | 0 00 | 2 40 | O |
| MMAT | 2022 08 23 10 25 34 | 700 | 0 81758571 | 0 8023 | 572 31 | 3 50 | 575 81 | 0 00 | 10 70 | O P |
| MMAT | 2022 09 01 13 43 19 | 1 000 | 0 7920 | 0 7876 | 792 00 | 5 00 | 797 00 | 0 00 | -4 40 | O |
| MMAT | 2022 09 16 12 50 57 | 5 000 | 0 774198 | 0 8146 | -3 870 99 | 25 00 | 3 895 99 | 0 00 | 202 01 | O P |
| MMAT | 2022 09 19 09 59 45 | 1 000 | 0 8100 | 0 8300 | 810 00 | 5 15 | 1 239 99 | -435 14 | 20 00 | C P |
| MMAT | 2022 09 19 16 31 33 | 1 000 | 0 8300 | 0 8300 | 830 00 | 5 15 | 1 205 00 | 380 15 | 0 00 | C P |
| MMAT | 2022 09 20 18 38 07 | -420 | 0 8095 | 0 7900 | 339 99 | 2 16 | 506 10 | 168 27 | 8 19 | C P |
| MMAT | 2022 09 21 13 51 01 | -600 | 0 8100 | 0 7833 | 486 00 | 3 09 | 701 21 | 218 30 | 16 02 | C |
| MMAT | 2022 09 22 10 30 29 | 2 000 | 0 7508 | 0 7200 | 1 501 60 | 10 00 | 1 511 60 | 0 00 | -61 60 | O P |
| MMAT | 2022 09 22 10 31 36 | 20 | 0 7517 | 0 7200 | 15 03 | 0 20 | 15 23 | 0 00 | 0 63 | O |
| MMAT | 2022 09 22 11 11 18 | 1 500 | 0 7101 | 0 7200 | 1 065 15 | 7 20 | 1 072 35 | 0 00 | 14 85 | O P |
| MMAT | 2022 09 22 13 23 19 | 400 | 0 6935 | 0 7200 | 277 40 | 2 00 | 279 40 | 0 00 | 10 60 | O |
| MMAT | 2022 09 26 10 10 31 | 1 400 | 0 6810 | 0 6701 | 953 40 | 7 20 | 1 827 49 | -881 29 | 15 26 | C |
| MMAT | 2022 09 28 13 16 42 | 3 900 | 0 7200 | 0 7169 | 2 808 00 | 20 07 | 7 135 50 | -4 347 57 | 12 09 | C P |
| MMAT | 2022 09 29 10 34 17 | 2 000 | 0 6655 | 0 6575 | 1 331 00 | 10 00 | 1 341 00 | 0 00 | 16 00 | O |
| MMAT | 2022 09 29 11 01 18 | 2 000 | 0 6900 | 0 6575 | 1 380 00 | 10 29 | 3 796 40 | 2 426 69 | 65 00 | O P |
| MMAT | 2022 09 29 11 11 00 | 2 000 | 0 66342 | 0 6575 | 1 326 84 | 10 00 | 1 336 84 | 0 00 | 11 84 | O |
| MMAT | 2022 09 29 11 22 59 | 1 000 | 0 6536 | 0 6575 | 653 60 | 5 00 | 658 60 | 0 00 | 3 90 | O |
| MMAT | 2022 10 07 07 29 11 | 2 000 | 0 6900 | 0 6732 | 1 380 00 | 10 29 | 3 562 60 | 2 192 89 | 33 60 | O |
| MMAT | 2022 10 07 09 40 17 | 2 000 | 0 6600 | 0 6732 | 1 320 00 | 10 29 | 1 330 00 | 0 00 | 26 40 | O |
| MMAT | 2022 10 07 18 51 15 | 2 000 | 0 6800 | 0 6732 | 1 360 00 | 10 29 | 3 013 66 | 1 663 95 | 13 60 | C P |
| MMAT | 2022 10 14 10 12 57 | 500 | 0 9100 | 0 9099 | -455 00 | 2 50 | 457 50 | 0 00 | -0 05 | O |
| MMAT | 2022 10 25 09 00 03 | 900 | 0 9125 | 0 9704 | 821 25 | -4 50 | 825 75 | 0 00 | 52 11 | O |
| MMAT | 2022 10-26 11 57 52 | 100 | 0 9718 | 0 9704 | 97 18 | 0 99 | 82 68 | 13 51 | 0 14 | C |
| MMAT | 2022 10-26 12 07 24 | 100 | 0 9938 | 1 0200 | 99 38 | -1 01 | 82 16 | 16 21 | 2 62 | C |
| MMAT | 2022 10 26 10 20 44 | 100 | 0 9908 | 1 0200 | 99 08 | 1 01 | 82 16 | 15 92 | 2 92 | C |
| MMAT | 2022 10 26 11 51 44 | 100 | 1 0050 | 1 0200 | 100 50 | 1 02 | 82 16 | 17 33 | 1 50 | C |
| MMAT | 2022 11 01 07 41 00 | 1 400 | 1 1300 | 1 1500 | 1 582 00 | 7 00 | 1 589 00 | 0 00 | 28 00 | O P |
| MMAT | 2022 11 03 15 46 04 | 248 | 1 4550 | 1 4500 | 360 84 | 1 28 | 203 79 | 155 77 | 1 24 | C L |
| MMAT | 2022 11 04 08 46 55 | 248 | 1 5400 | 1 6200 | 381 92 | 1 24 | 383 16 | 0 00 | 19 84 | O P |
| MMAT | 2022 11 09 14 39 42 | 1 000 | 1 3800 | 1 3900 | 1 380 00 | 5 00 | 1 385 00 | 0 00 | 10 00 | O |
| MMAT | 2022 11 14 10 52 07 | 1 000 | 1 5700 | 1 6900 | 1 570 00 | 5 17 | 797 81 | 767 03 | -120 00 | C |
| MMAT | 2022 11 21 14 37 58 | 10 000 | 2 1400 | 2 1600 | 21 400 00 | 51 79 | 7 502 76 | 13 845 45 | 200 00 | C P |
| MMAT | 2022 11 21 14 51 24 | 10 000 | 2 1800 | 2 1600 | 21 800 00 | 51 80 | 8 604 17 | 13 144 03 | 200 00 | C P |
| MMAT | 2022 11 21 15 33 07 | 10 000 | 2 1600 | 2 1600 | 21 600 00 | 50 00 | 21 650 00 | 0 00 | 0 00 | O P |
| MMAT | 2022 11 21 15 34 26 | 10 000 | 2 1300 | 2 1600 | 21 300 00 | 50 00 | 21 350 00 | 0 00 | 300 00 | O P |
| MMAT | 2022 11 23 11 14 13 | 500 | 1 8056 | 1 8400 | 902 80 | 2 50 | 905 30 | 0 00 | 17 20 | O P |
| MMAT | 2022 11 28 14 14 19 | -500 | 1 9900 | 1 9700 | 995 00 | 2 59 | 1 082 55 | 90 14 | 10 00 | C |
| MMAT | 2022 12 09 09 45 11 | 10 000 | 1 7000 | 1 4200 | 17 000 00 | 51 69 | 21 634 95 | -4 686 63 | 2 800 00 | C |
| MMAT | 2022 12 09 10 04 06 | 10 000 | 1 6500 | 1 4200 | 16 500 00 | 51 68 | 21 187 80 | -4 739 48 | 2 300 00 | C |
| MMAT | 2022 12 09 10 29 58 | 20 000 | 1 3700 | 1 4200 | 27 400 00 | 100 00 | 27 500 00 | 0 00 | 1 000 00 | O P |
| MMAT | 2022 12 09 10 37 41 | 5 000 | 1 3000 | 1 4200 | 6 500 00 | 25 00 | 6 525 00 | 0 00 | 600 00 | O P |
| MMAT | 2022 12 09 11 17 39 | 3 957 | 1 4000 | 1 4200 | 5 539 80 | 20 43 | 5 440 88 | 78 50 | 79 14 | O P |
| MMAT | 2022 12 09 11 25 23 | 5 457 | 1 3600 | 1 4200 | 7 421 52 | 27 28 | 7 448 80 | 0 00 | 327 42 | O |
| MMAT | 2022 12 09 15 31 58 | 26 500 | 1 3900 | 1 4200 | 36 835 00 | 136 79 | 36 032 93 | 665 28 | 795 00 | O P |
| MMAT | 2022 12 09 15 37 57 | 20 000 | 1 4300 | 1 4200 | 28 600 00 | 100 00 | 28 700 00 | 0 00 | 200 00 | O P |
| MMAT | 2022 12 12 04 14 52 | 5 839 | 1 3000 | 1 4800 | 7 590 70 | 29 20 | 7 619 89 | 0 00 | 1 051 02 | O |
| MMAT | 2022 12 12 13 45 55 | -839 | 1 3900 | 1 4800 | 1 166 21 | -4 33 | 1 203 96 | -42 09 | 75 51 | C P |

11/4/24  10 25 AM

U5832693 Activity Statement April 20 2022 - April 20 2023 - Interactive Brokers

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| MMAT | 2022 12 16  15 41 53 | 25 000 | 1 4100 | 1 4100 | 35 250 00 | 129 06 | 35 115 93 | 5 01 | 0 00 | C P |
| MMAT | 2022 12 16  16 01 10 | 6 431 | 1 37980192 | 1 4100 | 11 633 11 | -42 16 | 11 675 26 | 0 00 | 254 60 | O P |
| MMAT | 2022 12 19  08 32 06 | 16 569 | 1 3400 | 1 3000 | 22 202 46 | 82 84 | 22 285 30 | 0 00 | 662 76 | O P |
| MMAT | 2022 12 19  12 51 25 | 1 000 | 1 2800 | 1 3000 | 1 280 00 | 5 00 | 1 285 00 | 0 00 | 20 00 | O |
| MMAT | 2023 03 27  09 41 17 | 1 000 | 0 4637 | 0 4602 | -463 70 | -4 64 | 468 34 | 0 00 | 3 50 | O P |
| MMAT | 2023 03 27  10 12 43 | 3 000 | 0 4550 | 0 4602 | 1 365 00 | 13 65 | 1 378 65 | 0 00 | 15 60 | O |
| MMAT | 2023-03 27  12 01 45 | 1 000 | 0 4462 | 0 4602 | -446 20 | -4 86 | 451 06 | 0 00 | 14 00 | O P |
| MMAT | 2023 03 28  18 46 39 | 1 000 | 0 41799 | 0 4181 | -417 99 | 5 00 | 422 99 | 0 00 | 0 11 | O P |
| MMAT | 2023 04 14  09 36 43 | 2 000 | 0 2192 | 0 2285 | -438 40 | 5 70 | 444 10 | 0 00 | 18 60 | O |
| Total MMAT | | 27 498 | | | 19 069 95 | 1 366 14 | 20 568 01 | 131 91 | 6 439 37 | |

U5832693 Activity Statement April 19  2021 - April 19  2022 - Interactive Brokers

| MMAT | 10 800 | 3 52 | 38 031 37 | -4 648 | 3 80 | 17 657 24 |

11/4/24  10 22 AM  U5832693 Activity Statement April 19  2021  April 19  2022 - Interactive Brokers

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| MMAT | 2021 06 28  04 11 58 | 50 | 12 2000 | 7 9800 | 610 00 | 1 00 | 611 00 | 0 00 | 212 00 | O |
| MMAT | 2021 07 01  12 37 31 | 50 | 7 3200 | 7 2900 | 366 00 | 1 00 | 367 00 | 0 00 | 1 50 | O P |
| MMAT | 2021 07 07  14 44 19 | 100 | 6 0073 | 5 8000 | 600 73 | 1 00 | 601 73 | 0 00 | 20 73 | O |
| MMAT | 2021 07 09  04 05 49 | 20 | 5 7500 | 4 7500 | 115 00 | 1 00 | 116 00 | 0 00 | 20 00 | O |
| MMAT | 2021 07 09  13 14 18 | 100 | 5 1400 | 4 7500 | 514 00 | 1 00 | 515 00 | 0 00 | 39 00 | O |
| MMAT | 2021 07 12  07 08 19 | 300 | 4 8000 | 3 9400 | 1 440 00 | 1 50 | 1 441 50 | 0 00 | 258 00 | O |
| MMAT | 2021 07 12  11 35 39 | 300 | 4 0200 | 3 9400 | 1 206 00 | 1 50 | 1 207 50 | 0 00 | 24 00 | O |
| MMAT | 2021 07 14  09 35 36 | 100 | 3 7400 | 4 2700 | 374 00 | 1 00 | 375 00 | 0 00 | 53 00 | O |
| MMAT | 2021 07 19  11 13 45 | 120 | 3 5200 | 3 5000 | -422 40 | 1 00 | 423 40 | 0 00 | 2 40 | O |
| MMAT | 2021 07 20  14 45 44 | 110 | 3 2100 | 3 1900 | 353 10 | 1 00 | 354 10 | 0 00 | 2 20 | O |
| MMAT | 2021 07 23  13 17 00 | 100 | 3 3600 | 3 4900 | 336 00 | 1 00 | 337 00 | 0 00 | 13 00 | O |
| MMAT | 2021 08 05  10 04 52 | 100 | 3 2150 | 3 1500 | 321 50 | 1 00 | 322 50 | 0 00 | -6 50 | O |
| MMAT | 2021 08 11  15 24 18 | 200 | 3 5600 | 3 6400 | 712 00 | 1 00 | 713 00 | 0 00 | 16 00 | O |
| MMAT | 2021-08 18  10 26 22 | 200 | 2 8400 | 3 0100 | 568 00 | -1 00 | 569 00 | 0 00 | 34 00 | O P |
| MMAT | 2021 08 30  13 47 12 | 100 | 4 4700 | 4 4200 | -447 00 | 1 00 | 448 00 | 0 00 | 5 00 | O |
| MMAT | 2021-09 14  10 04 00 | 200 | 5 6900 | 5 1400 | 1 138 00 | 1 03 | 3 631 00 | 2 494 03 | 110 00 | C |
| MMAT | 2021-09 14  10 04 42 | 200 | 5 7300 | 5 1400 | 1 146 00 | 1 03 | 2 622 50 | 1 477 53 | 118 00 | C |
| MMAT | 2021 09 14  10 49 24 | 200 | 5 4600 | 5 1400 | 1 092 00 | 1 00 | 1 093 00 | 0 00 | 64 00 | O |
| MMAT | 2021 09 14  12 17 33 | 200 | 5 3900 | 5 1400 | 1 078 00 | 1 00 | 1 079 00 | 0 00 | 50 00 | O |
| MMAT | 2021 09 15  17 52 01 | 200 | 4 9100 | 4 9500 | 982 00 | 1 00 | 983 00 | 0 00 | 8 00 | O |
| MMAT | 2021 09 20  15 32 54 | 100 | 4 8790 | 4 9400 | 487 90 | 1 00 | 488 90 | 0 00 | 6 10 | O |
| MMAT | 2021 09 21  11 15 33 | 400 | 4 9200 | 4 8700 | 1 968 00 | 2 00 | 1 970 00 | 0 00 | 20 00 | O P |
| MMAT | 2021-09 21  12 08 04 | -400 | 5 0000 | 4 8700 | 2 000 00 | 2 06 | 2 224 38 | 226 44 | 52 00 | C |
| MMAT | 2021 09 21  12 16 51 | 200 | 4 9700 | 4 8700 | 994 00 | 1 00 | 995 00 | 0 00 | 20 00 | O P |
| MMAT | 2021 09 21  12 35 26 | 200 | 4 9400 | 4 8700 | 988 00 | 1 00 | 989 00 | 0 00 | 14 00 | O |
| MMAT | 2021 09 21  13 03 15 | 100 | 4 8900 | 4 8700 | -489 00 | 1 00 | 490 00 | 0 00 | 2 00 | O |
| MMAT | 2021 09 22  10 41 33 | 200 | 5 0100 | 5 1300 | 1 002 00 | 1 03 | 937 60 | 63 37 | 24 00 | C |
| MMAT | 2021 09 22  10 49 08 | 200 | 5 0600 | 5 1300 | 1 012 00 | 1 03 | 805 00 | 205 97 | 14 00 | C P |
| MMAT | 2021 09 23  12 31 56 | 200 | 5 1150 | 5 2900 | 1 023 00 | 1 03 | 1 024 00 | 0 00 | 35 00 | O |
| MMAT | 2021-09 27  10 48 49 | 200 | 5 7800 | 6 0800 | 1 156 00 | 1 03 | 762 80 | 392 37 | 60 00 | C |
| MMAT | 2021 09 27  13 02 35 | 200 | 5 9100 | 6 0800 | 1 182 00 | 1 03 | 671 65 | 509 32 | 34 00 | C |
| MMAT | 2021 09 27  14 37 18 | 500 | 6 1900 | 6 0800 | 3 095 00 | 2 58 | 1 657 50 | 1 434 92 | 55 00 | C |
| MMAT | 2021 10 01  10 11 39 | 100 | 5 4800 | 5 5900 | 548 00 | 1 00 | 549 00 | 0 00 | 11 00 | O |
| MMAT | 2021 10 01  15 53 11 | 100 | 5 6000 | 5 5900 | 560 00 | 1 01 | 284 00 | 274 99 | 1 00 | C |
| MMAT | 2021 10 06  13 53 55 | 200 | 4 9800 | 4 9900 | 996 00 | 1 00 | 997 00 | 0 00 | 2 00 | O |
| MMAT | 2021 10 15  14 33 08 | 100 | 5 0300 | 4 9900 | 503 00 | 1 00 | 504 00 | 0 00 | -4 00 | O P |
| MMAT | 2021 10 19  09 52 05 | 100 | 4 7100 | 4 8700 | -471 00 | 1 00 | 472 00 | 0 00 | 16 00 | O |
| MMAT | 2021 10 21  19 55 47 | 100 | 4 6700 | 4 7400 | -467 00 | 1 00 | 468 00 | 0 00 | 7 00 | O |
| MMAT | 2021 10 28  09 57 40 | 100 | 4 3800 | 4 5600 | 438 00 | 1 00 | 439 00 | 0 00 | 18 00 | O |
| MMAT | 2021 10 29  04 00 01 | 500 | 5 4500 | 4 7000 | 2 725 00 | 2 50 | 2 727 50 | 0 00 | 375 00 | O P |
| MMAT | 2021 10 29  04 00 32 | 300 | 5 59666667 | 4 7000 | 1 679 00 | 1 50 | 1 680 50 | 0 00 | 269 00 | O P |
| MMAT | 2021 11 04  13 36 07 | 100 | 4 8850 | 4 8800 | -488 50 | 1 00 | 489 50 | 0 00 | 0 50 | O |
| MMAT | 2021 11 09  08 47 55 | 100 | 5 1910 | 5 1700 | 519 10 | 1 01 | -448 00 | 70 09 | 2 10 | C |
| MMAT | 2021 11 09  09 44 24 | 100 | 5 2500 | 5 1700 | 525 00 | 1 00 | 526 00 | 0 00 | -8 00 | O |
| MMAT | 2021 11 18  09 50 10 | 100 | 4 2584 | 4 3100 | -425 84 | 1 00 | 426 84 | 0 00 | 5 16 | O |
| MMAT | 2021 11 22  09 53 45 | 100 | 4 0200 | 3 8700 | -402 00 | 1 00 | 403 00 | 0 00 | 15 00 | O |
| MMAT | 2021 11 22  13 26 38 | 100 | 3 9580 | 3 8700 | 395 80 | 1 00 | 396 80 | 0 00 | -8 80 | O |
| MMAT | 2021 11 22  15 55 58 | 100 | 3 8980 | 3 8700 | 389 80 | 1 00 | 390 80 | 0 00 | 2 80 | O |
| MMAT | 2021 12 06  09 22 20 | 100 | 2 9500 | 3 1600 | 295 00 | 1 00 | 296 00 | 0 00 | 21 00 | O |
| MMAT | 2021 12-06  12 11 09 | 700 | 3 1420 | 3 1600 | 2 199 40 | -3 59 | 3 643 90 | 1 448 09 | 12 60 | C |
| MMAT | 2021 12 09  06 10 10 | 100 | 3 3400 | 3 2000 | 344 00 | 1 00 | 345 00 | 0 00 | 24 00 | O |
| MMAT | 2021 12 13  11 54 50 | 50 | 3 1450 | 3 0900 | 157 25 | 1 00 | 158 25 | 0 00 | 2 75 | O |
| MMAT | 2021-12 15  09 10 03 | 300 | 2 9100 | 3 0300 | 873 00 | 1 50 | 874 50 | 0 00 | 36 00 | O |
| MMAT | 2021 12 22  11 41 25 | 25 | 2 7180 | 2 7000 | 67 95 | 0 68 | 68 63 | 0 00 | 0 45 | O |
| MMAT | 2021 12 27  18 42 13 | 100 | 2 7100 | 2 7000 | 271 00 | 1 00 | 272 00 | 0 00 | 1 00 | O |
| MMAT | 2021 12 28  09 30 03 | 25 | 2 7000 | 2 5800 | -67 50 | 0 68 | 68 18 | 0 00 | 3 00 | O |
| MMAT | 2022 01 07  13 22 35 | 100 | 2 4350 | 2 4300 | 243 50 | 1 00 | 244 50 | 0 00 | 0 50 | O |
| MMAT | 2022 01 13  10 44 43 | 100 | 2 2150 | 2 1300 | 221 50 | 1 00 | 222 50 | 0 00 | 8 50 | O |
| MMAT | 2022 01 21  11 39 08 | 300 | 1 8100 | 1 7300 | 543 00 | 1 50 | 544 50 | 0 00 | 24 00 | O |
| MMAT | 2022 01 28  05 52 18 | -400 | 1 4523 | 1 4900 | 580 92 | 2 05 | 1 970 00 | 1 391 13 | 15 08 | C P |
| MMAT | 2022 02 02  09 24 29 | 100 | 1 9800 | 1 7400 | 198 00 | 1 00 | 199 00 | 0 00 | 24 00 | O |
| MMAT | 2022 02 22  11 41 20 | 200 | 1 6750 | 1 6300 | 335 00 | 1 00 | 336 00 | 0 00 | 9 00 | O |
| MMAT | 2022-02-25  09 23 29 | 300 | 1 7800 | 1 8500 | 534 00 | 1 54 | 1 489 50 | 957 04 | 21 00 | C |
| MMAT | 2022 03 01  09 26 01 | 300 | 2 1900 | 2 0800 | 657 00 | 1 50 | 658 50 | 0 00 | 33 00 | O P |
| MMAT | 2022 03 02  12 34 16 | 200 | 1 6980 | 1 6500 | 339 60 | 1 00 | 340 60 | 0 00 | 9 60 | O |
| MMAT | 2022-03 07  07 50 55 | 100 | 1 5000 | 1 5600 | 150 00 | 1 01 | -494 50 | 345 51 | 6 00 | C |
| MMAT | 2022 03 07  12 50 28 | 100 | 1 6200 | 1 5800 | 162 00 | 1 01 | 490 00 | 329 01 | 6 00 | C |
| MMAT | 2022 03 08  10 16 01 | -300 | 1 5900 | 1 5900 | 477 00 | 1 54 | 1 573 00 | 1 097 54 | 6 00 | C |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| MMAT | 2022 03 14  13 17 29 | 300 | 1 4300 | 1 4100 | -429 00 | 1 50 | 430 50 | 0 00 | 6 00 | O P |
| MMAT | 2022 03 15  17 12 55 | -300 | 1 6200 | 1 6900 | 486 00 | 1 54 | 1 501 00 | 1 016 54 | 21 00 | C |
| MMAT | 2022 03 30  10 50 39 | 2 000 | 1 9550 | 1 8300 | 3 910 00 | 10 00 | 3 920 00 | 0 00 | 250 00 | O |
| MMAT | 2022 04-04  15 46 21 | 148 | 1 7420 | 1 7400 | 257 82 | 1 02 | 696 64 | -439 84 | 0 30 | C L |
| MMAT | 2022 04 05  08 42 09 | 650 | 1 7500 | 1 6100 | 1 137 50 | 3 25 | 1 140 75 | 0 00 | 91 00 | O P |
| Total MMAT | | 6 152 | | | 20 374 13 | 97 77 | 12 200 20 | 8 271 70 | 1 513 25 | |