NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | | **PROOF OF INTEREST** |
|---|---|---|

Name of Debtor: MetaMaterials, Inc.
Case Number: 24-50792-hlb

1. **Name and address of holder of the Equity Interest** (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

   Dorothy DeMay
   (permanent address)
   3347 Halter Dr.
   Las Vegas, NV 89122

   (temporary mailing address)
   12145 Gilmore Pt.
   Plainwell, MI 49080

   Telephone Number: (702) 682-9781

   ☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

   ☑ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

   ☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

   **COURT USE ONLY**

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

Account or other number by which Interest holder identifies Debtor: 227281018

Check here if this claim:
☐ replaces a previously filed Proof of Interest dated: _____
☐ amends a previously filed Proof of Interest dated: _____

2. **Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:**
   Fidelity Investments, 245 Summer St, Boston, MA 02210
   Telephone Number: (617) 563-7000

3. **Date Equity Interest was acquired:**
   Documents attached

4. **Total amount of member interest:** 230

5. **Certificate number(s):** _____

6. **Type of Equity Interest:**
   Please indicate the type of Equity Interest you hold:
   ☑ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
   ☐ Check this box if your Equity Interest is based on anything else and describe that interest.
   Description: _____

7. **Supporting Documents:** Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
   DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. **Date-Stamped Copy:** To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

9. **Signature:**
   Check the appropriate box.
   ☑ I am the creditor.   ☐ I am the creditor's authorized agent. (Attach copy of power of attorney, if any.)   ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)   ☐ I am a guarantor, surety, endorser, or other codebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: Dorothy DeMay
Title: Ms.
Company: Address and telephone number (if different from notice address above): (temporary mailing address) 12145 Gilmore Pt. Plainwell, MI 49080

(Signature) Dorothy DeMay    (Date) 11/23/2024
Telephone number: (702) 682-9781   email: dorothyjdemay@gmail.cc

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*



**INVESTMENT REPORT**
October 1, 2024 - October 31, 2024

Account # 227-281018
DOROTHY DEMAY - TRADITIONAL IRA

# Holdings

## Stocks

| Description | Beginning Market Value Oct 1, 2024 | Quantity Oct 31, 2024 | Price Per Unit Oct 31, 2024 | Ending Market Value Oct 31, 2024 | Cost | Unrealized Gain/Loss Oct 31, 2024 | EAI ($) / EY (%) |
|---|---|---|---|---|---|---|---|
| **Common Stock** | | | | | | | |
| META MATERIALS INC COM NEW ISIN #US59134N3026 SEDOL #BQ67J98 (MMATQ) | 85.10 | 230.000 | 0.0710 | 16.33 | 77,476.36 | -77,460.03 | |

Dorothy DeMay   Traditional IRA 227281018   MMAT SHARE PURCHASES and ONE SOLD Transaction

| Acquired | Term | $ Total Gain/Loss | % Total Gain/Loss | Current Value | Quantity | Average Cost Basis | Cost Basis Total | Purchased Quantity Total | Purchased Cost Basis |
|---|---|---|---|---|---|---|---|---|---|
| Jul-13-2023 | Long | -$167 39 | -99 67% | $0 55 | 9 | $18 66 | $167 94 | 900 | $0 19 |
| Mar-07-2023 | Long | -$56 19 | -99 89% | $0 06 | 1 | $56 25 | $56 25 | 100 | $0 56 |
| Feb-24-2023 | Long | -$64 62 | -99 91% | $0 06 | 1 | $64 68 | $64 68 | 100 | $0 65 |
| Dec-06-2022 | Long | -$169 44 | -99 96% | $0 06 | 1 | $169 50 | $169 50 | 100 | $1 70 |
| Dec-02-2022 | Long | -$184 71 | -99 97% | $0 06 | 1 | $184 77 | $184 77 | 100 | $1 85 |
| Dec-02-2022 | Long | -$184 83 | -99 97% | $0 06 | 1 | $184 89 | $184 89 | 100 | $1 84 |
| Nov-18-2022 | Long | -$162 66 | -99 96% | $0 06 | 1 | $162 72 | $162 72 | 100 | $1 63 |
| Nov-18-2022 | Long | -$166 39 | -99 96% | $0 06 | 1 | $166 45 | $166 45 | 100 | $1 66 |
| Nov-10-2022 | Long | -$130 22 | -99 95% | $0 06 | 1 | $130 28 | $130 28 | 100 | $1 30 |
| Nov-08-2022 | Long | -$155 94 | -99 96% | $0 06 | 1 | $156 00 | $156 00 | 100 | $1 56 |
| Nov-08-2022 | Long | -$46 63 | -99 96% | $0 02 | 0 3 | $155 50 | $46 65 | 30 | $1 56 |
| Nov-08-2022 | Long | -$109 16 | -99 96% | $0 04 | 0 7 | $156 00 | $109 20 | 70 | $1 56 |
| Nov-08-2022 | Long | -$135 44 | -99 95% | $0 06 | 1 | $135 50 | $135 50 | 100 | $1 36 |
| Aug-18-2022 | Long | -$879 39 | -99 93% | $0 61 | 10 | $88 00 | $880 00 | 1000 | $0 88 |
| Apr-27-2022 | Long | -$117 94 | -99 95% | $0 06 | 1 | $118 00 | $118 00 | 100 | $1 18 |
| Apr-27-2022 | Long | -$121 94 | -99 95% | $0 06 | 1 | $122 00 | $122 00 | 100 | $1 22 |
| Apr-22-2022 | Long | -$125 94 | -99 95% | $0 06 | 1 | $126 00 | $126 00 | 100 | $1 26 |
| Feb-22-2022 | Long | -$82 47 | -99 96% | $0 03 | 0 5 | $165 00 | $82 50 | 50 | $1 65 |
| Jan-27-2022 | Long | -$74 97 | -99 96% | $0 03 | 0 5 | $150 00 | $75 00 | 50 | $1 50 |
| Jan-27-2022 | Long | -$76 47 | -99 96% | $0 03 | 0 5 | $153 00 | $76 50 | 50 | $1 53 |
| Jan-26-2022 | Long | -$79 97 | -99 96% | $0 03 | 0 5 | $160 00 | $80 00 | 50 | $1 60 |

| Date | Type | P/L | % | Price | Qty | Cost | Proceeds | Shares | Unit |
|---|---|---|---|---|---|---|---|---|---|
| Jan-26-2022 | Long | -$80 97 | -99 96% | $0 03 | 0 5 | $162 00 | $81 00 | 50 | $1 62 |
| Jan-26-2022 | Long | -$81 47 | -99 96% | $0 03 | 0 5 | $163 00 | $81 50 | 50 | $1 63 |
| Jan-24-2022 | Long | -$156 94 | -99 96% | $0 06 | 1 | $157 00 | $157 00 | 100 | $1 57 |
| Jan-21-2022 | Long | -$180 94 | -99 97% | $0 06 | 1 | $181 00 | $181 00 | 100 | $1 81 |
| Jan-19-2022 | Long | -$202 94 | -99 97% | $0 06 | 1 | $203 00 | $203 00 | 100 | $2 03 |
| Jan-13-2022 | Long | -$213 94 | -99 97% | $0 06 | 1 | $214 00 | $214 00 | 100 | $2 14 |
| Jan-13-2022 | Long | -$879 76 | -99 97% | $0 24 | 4 | $220 00 | $880 00 | 400 | $2 20 |
| Jan-10-2022 | Long | -$224 44 | -99 97% | $0 06 | 1 | $224 50 | $224 50 | 100 | $2 25 |
| Jan-10-2022 | Long | -$2,305 49 | -99 97% | $0 61 | 10 | $230 61 | $2,306 10 | 1000 | $2 31 |
| Jan-10-2022 | Long | -$2,269 39 | -99 97% | $0 61 | 10 | $227 00 | $2,270 00 | 1000 | $2 27 |
| Dec-20-2021 | Long | -$257 94 | -99 98% | $0 06 | 1 | $258 00 | $258 00 | 100 | $2 58 |
| Dec-20-2021 | Long | -$259 94 | -99 98% | $0 06 | 1 | $260 00 | $260 00 | 100 | $2 60 |
| Dec-20-2021 | Long | -$261 94 | -99 98% | $0 06 | 1 | $262 00 | $262 00 | 100 | $2 62 |
| Dec-20-2021 | Long | -$266 94 | -99 98% | $0 06 | 1 | $267 00 | $267 00 | 100 | $2 67 |
| Dec-20-2021 | Long | -$269 94 | -99 98% | $0 06 | 1 | $270 00 | $270 00 | 100 | $2 70 |
| Dec-15-2021 | Long | -$1,389 69 | -99 98% | $0 30 | 5 | $278 00 | $1,390 00 | 500 | $2 78 |
| Dec-15-2021 | Long | -$1,409 69 | -99 98% | $0 30 | 5 | $282 00 | $1,410 00 | 500 | $2 82 |
| Sep-03-2021 | Long | -$5,248 49 | -99 99% | $0 61 | 10 | $524 91 | $5,249 10 | 1000 | $5 25 |
| Sep-03-2021 | Long | -$5,344 09 | -99 99% | $0 61 | 10 | $534 47 | $5,344 70 | 1000 | $5 34 |
| Sep-03-2021 | Long | -$5,444 39 | -99 99% | $0 61 | 10 | $544 50 | $5,445 00 | 1000 | $5 45 |
| Aug-17-2021 | Long | -$288 46 | -99 98% | $0 06 | 1 | $288 52 | $288 52 | 100 | $2 89 |
| Aug-17-2021 | Long | -$290 52 | -99 98% | $0 06 | 1 | $290 58 | $290 58 | 100 | $2 90 |
| Aug-17-2021 | Long | -$289 94 | -99 98% | $0 06 | 1 | $290 00 | $290 00 | 100 | $2 90 |
| Aug-16-2021 | Long | -$303 47 | -99 98% | $0 06 | 1 | $303 53 | $303 53 | 100 | $3 04 |

| Date | Type | Amount | Pct | Fee | Qty | Price | Total | Shares | Unit |
|---|---|---|---|---|---|---|---|---|---|
| Aug-16-2021 | Long | -$306 62 | -99 98% | $0 06 | 1 | $306 68 | $306 68 | 100 | $3 07 |
| Aug-13-2021 | Long | -$315 56 | -99 98% | $0 06 | 1 | $315 62 | $315 62 | 100 | $3 16 |
| Aug-13-2021 | Long | -$316 44 | -99 98% | $0 06 | 1 | $316 50 | $316 50 | 100 | $3 17 |
| Aug-13-2021 | Long | -$317 44 | -99 98% | $0 06 | 1 | $317 50 | $317 50 | 100 | $3 18 |
| Aug-13-2021 | Long | -$318 57 | -99 98% | $0 06 | 1 | $318 63 | $318 63 | 100 | $3 19 |
| Aug-13-2021 | Long | -$319 44 | -99 98% | $0 06 | 1 | $319 50 | $319 50 | 100 | $3 20 |
| Aug-13-2021 | Long | -$319 44 | -99 98% | $0 06 | 1 | $319 50 | $319 50 | 100 | $3 19 |
| Aug-13-2021 | Long | -$319 36 | -99 98% | $0 06 | 1 | $319 42 | $319 42 | 100 | $3 19 |
| Aug-13-2021 | Long | -$321 47 | -99 98% | $0 06 | 1 | $321 53 | $321 53 | 100 | $3 22 |
| Aug-13-2021 | Long | -$321 44 | -99 98% | $0 06 | 1 | $321 50 | $321 50 | 100 | $3 22 |
| Aug-13-2021 | Long | -$321 35 | -99 98% | $0 06 | 1 | $321 41 | $321 41 | 100 | $3 21 |
| Aug-13-2021 | Long | -$322 94 | -99 98% | $0 06 | 1 | $323 00 | $323 00 | 100 | $3 23 |
| Aug-13-2021 | Long | -$322 44 | -99 98% | $0 06 | 1 | $322 50 | $322 50 | 100 | $3 23 |
| Aug-13-2021 | Long | -$324 44 | -99 98% | $0 06 | 1 | $324 50 | $324 50 | 100 | $3 25 |
| Aug-13-2021 | Long | -$325 44 | -99 98% | $0 06 | 1 | $325 50 | $325 50 | 100 | $3 26 |
| Aug-13-2021 | Long | -$325 87 | -99 98% | $0 06 | 1 | $325 93 | $325 93 | 100 | $3 26 |
| Aug-13-2021 | Long | -$651 16 | -99 98% | $0 12 | 2 | $325 64 | $651 28 | 200 | $3 26 |
| Aug-13-2021 | Long | -$328 59 | -99 98% | $0 06 | 1 | $328 65 | $328 65 | 100 | $3 29 |
| Aug-13-2021 | Long | -$330 36 | -99 98% | $0 06 | 1 | $330 42 | $330 42 | 100 | $3 30 |
| Aug-13-2021 | Long | -$331 59 | -99 98% | $0 06 | 1 | $331 65 | $331 65 | 100 | $3 32 |
| Aug-13-2021 | Long | -$332 46 | -99 98% | $0 06 | 1 | $332 52 | $332 52 | 100 | $3 33 |
| Aug-13-2021 | Long | -$333 66 | -99 98% | $0 06 | 1 | $333 72 | $333 72 | 100 | $3 34 |
| Aug-13-2021 | Long | -$334 44 | -99 98% | $0 06 | 1 | $334 50 | $334 50 | 100 | $3 35 |
| Aug-13-2021 | Long | -$333 61 | -99 98% | $0 06 | 1 | $333 67 | $333 67 | 100 | $3 34 |

| Date | Type | Amount | % | Fee | Qty | Price | Total | Shares | Unit |
|---|---|---|---|---|---|---|---|---|---|
| Aug-13-2021 | Long | -$335 36 | -99 98% | $0 06 | 1 | $335 42 | $335 42 | 100 | $3 35 |
| Aug-13-2021 | Long | -$332 48 | -99 98% | $0 06 | 1 | $332 54 | $332 54 | 100 | $3 33 |
| Aug-13-2021 | Long | -$3,344 39 | -99 98% | $0 61 | 10 | $334 50 | $3,345 00 | 1000 | $3 35 |
| Aug-13-2021 | Long | -$3,369 39 | -99 98% | $0 61 | 10 | $337 00 | $3,370 00 | 1000 | $3 37 |
| Aug-13-2021 | Long | -$3,369 39 | -99 98% | $0 61 | 10 | $337 00 | $3,370 00 | 1000 | $3 37 |
| Aug-13-2021 | Long | -$3,369 39 | -99 98% | $0 61 | 10 | $337 00 | $3,370 00 | 1000 | $3 37 |
| Aug-12-2021 | Long | -$333 54 | -99 98% | $0 06 | 1 | $333 60 | $333 60 | 100 | $3 34 |
| Aug-12-2021 | Long | -$345 44 | -99 98% | $0 06 | 1 | $345 50 | $345 50 | 100 | $3 46 |
| Aug-11-2021 | Long | -$337 46 | -99 98% | $0 06 | 1 | $337 52 | $337 52 | 100 | $3 38 |
| Aug-11-2021 | Long | -$345 89 | -99 98% | $0 06 | 1 | $345 95 | $345 95 | 100 | $3 46 |
| Aug-10-2021 | Long | -$357 54 | -99 98% | $0 06 | 1 | $357 60 | $357 60 | 100 | $3 58 |
| Aug-04-2021 | Long | -$314 41 | -99 98% | $0 06 | 1 | $314 47 | $314 47 | 100 | $3 14 |
| Aug-04-2021 | Long | -$318 53 | -99 98% | $0 06 | 1 | $318 59 | $318 59 | 100 | $3 19 |
| Aug-03-2021 | Long | -$322 93 | -99 98% | $0 06 | 1 | $322 99 | $322 99 | 100 | $3 23 |
| Aug-03-2021 | Long | -$325 87 | -99 98% | $0 06 | 1 | $325 93 | $325 93 | 100 | $3 26 |
| Jul-27-2021 | Long | -$326 44 | -99 98% | $0 06 | 1 | $326 50 | $326 50 | 100 | $3 27 |
| Jul-27-2021 | Long | -$330 44 | -99 98% | $0 06 | 1 | $330 50 | $330 50 | 100 | $3 31 |
| Jul-26-2021 | Long | -$344 42 | -99 98% | $0 06 | 1 | $344 48 | $344 48 | 100 | $3 44 |
| Jul-22-2021 | Long | -$345 54 | -99 98% | $0 06 | 1 | $345 60 | $345 60 | 100 | $3 46 |
| Jul-22-2021 | Long | -$1,078 14 | -99 98% | $0 18 | 3 | $359 44 | $1,078 32 | 300 | $3 59 |
| Jul-20-2021 | Long | -$316 44 | -99 98% | $0 06 | 1 | $316 50 | $316 50 | 100 | $3 17 |
| Jul-20-2021 | Long | -$324 42 | -99 98% | $0 06 | 1 | $324 48 | $324 48 | 100 | $3 24 |
| Jul-20-2021 | Long | -$328 63 | -99 98% | $0 06 | 1 | $328 69 | $328 69 | 100 | $3 29 |
| Jul-20-2021 | Long | -$336 80 | -99 98% | $0 06 | 1 | $336 86 | $336 86 | 100 | $3 37 |

| Date | Type | P/L | % | | | | | Qty | Price |
|---|---|---|---|---|---|---|---|---|---|
| Jul-20-2021 | Long | -$337.94 | -99.98% | $0.06 | 1 | $338.00 | $338.00 | 100 | $3.38 |
| Jul-19-2021 | Long | +$347.49 | SOLD | | | | | 100 | $3.48 |
| Jul-19-2021 | Long | -$333.94 | -99.98% | $0.06 | 1 | $334.00 | $334.00 | 100 | $3.34 |
| Jul-19-2021 | Long | -$343.83 | -99.98% | $0.06 | 1 | $343.89 | $343.89 | 100 | $3.44 |
| Jul-19-2021 | Long | -$342.52 | -99.98% | $0.06 | 1 | $342.58 | $342.58 | 100 | $3.43 |
| Jul-16-2021 | Long | -$362.52 | -99.98% | $0.06 | 1 | $362.58 | $362.58 | 100 | $3.63 |
| Jul-15-2021 | Long | -$188.17 | -99.98% | $0.03 | 0.5 | $376.40 | $188.20 | 50 | $3.76 |
| Jul-14-2021 | Long | -$365.49 | -99.98% | $0.06 | 1 | $365.55 | $365.55 | 100 | $3.66 |
| Jul-14-2021 | Long | -$365.44 | -99.98% | $0.06 | 1 | $365.50 | $365.50 | 100 | $3.66 |
| Jul-14-2021 | Long | -$938.60 | -99.98% | $0.15 | 2.5 | $375.50 | $938.75 | 250 | $3.76 |
| Jul-12-2021 | Long | -$2,028.94 | -99.98% | $0.30 | 5 | $405.85 | $2,029.25 | 500 | $4.06 |
| Jul-02-2021 | Long | -$676.94 | -99.99% | $0.06 | 1 | $677.00 | $677.00 | 100 | $6.77 |
| Jul-02-2021 | Long | -$678.60 | -99.99% | $0.06 | 1 | $678.66 | $678.66 | 100 | $6.79 |
| Jul-02-2021 | Long | -$683.94 | -99.99% | $0.06 | 1 | $684.00 | $684.00 | 100 | $6.84 |
| Jul-02-2021 | Long | -$688.44 | -99.99% | $0.06 | 1 | $688.50 | $688.50 | 100 | $6.89 |
| Jul-02-2021 | Long | -$683.94 | -99.99% | $0.06 | 1 | $684.00 | $684.00 | 100 | $6.84 |
| Jul-01-2021 | Long | -$71.98 | -99.99% | $0.01 | 0.1 | $719.90 | $71.99 | 50 | $7.20 |
| Jul-01-2021 | Long | -$72.19 | -99.99% | $0.01 | 0.1 | $722.00 | $72.20 | 10 | $7.22 |
| Jul-01-2021 | Long | -$72.47 | -99.99% | $0.01 | 0.1 | $724.80 | $72.48 | 10 | $7.25 |
| Jul-01-2021 | Long | -$73.14 | -99.99% | $0.01 | 0.1 | $731.50 | $73.15 | 10 | $7.32 |
| Jul-01-2021 | Long | -$73.42 | -99.99% | $0.01 | 0.1 | $734.30 | $73.43 | 10 | $7.34 |
| Jul-01-2021 | Long | -$36.64 | -99.99% | $0.00 | 0.05 | $732.80 | $36.64 | 5 | $7.33 |
| Jul-01-2021 | Long | -$73.14 | -99.99% | $0.01 | 0.1 | $731.50 | $73.15 | 10 | $7.32 |
| Jul-01-2021 | Long | -$73.64 | -99.99% | $0.01 | 0.1 | $736.50 | $73.65 | 10 | $7.37 |

| Date | Type | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Jul-01-2021 | Long | -$74 17 | -99 99% | $0 01 | 0 1 | $741 80 | $74 18 | 10 | $7 42 |
| Jul-01-2021 | Long | -$74 47 | -99 99% | $0 01 | 0 1 | $744 80 | $74 48 | 10 | $7 45 |
| Jul-01-2021 | Long | -$75 04 | -99 99% | $0 01 | 0 1 | $750 50 | $75 05 | 10 | $7 51 |
| Jun-30-2021 | Long | -$65 97 | -99 99% | $0 01 | 0 1 | $659 80 | $65 98 | 10 | $6 60 |
| Jun-29-2021 | Long | -$75 49 | -99 99% | $0 01 | 0 1 | $755 00 | $75 50 | 10 | $7 55 |
| Jun-29-2021 | Long | -$78 06 | -99 99% | $0 01 | 0 1 | $780 70 | $78 07 | 10 | $7 81 |
| Jun-29-2021 | Long | -$78 64 | -99 99% | $0 01 | 0 1 | $786 50 | $78 65 | 10 | $7 87 |
| Jun-28-2021 | Long | -$856 77 | -99 99% | $0 06 | 1 | $856 83 | $856 83 | 100 | $8 57 |
| Jun-28-2021 | Long | -$83 20 | -99 99% | $0 01 | 0 1 | $832 10 | $83 21 | 10 | $8 32 |
| Jun-28-2021 | Long | -$86 57 | -99 99% | $0 01 | 0 1 | $865 80 | $86 58 | 10 | $8 66 |
| Jun-28-2021 | Long | -$88 13 | -99 99% | $0 01 | 0 1 | $881 40 | $88 14 | 10 | $8 81 |
| Jun-28-2021 | Long | -$1,861 88 | -99 99% | $0 12 | 2 | $931 00 | $1,862 00 | 200 | $9 30 |
| Jun-28-2021 | Long | -$1,951 88 | -99 99% | $0 12 | 2 | $976 00 | $1,952 00 | 200 | $9 76 |
| Jun-28-2021 | Long | Reverse Merger Share Quantity | | TRCH 650 shares before reverse merger = 325 Shares of MMAT received after reverse merger | | | | | |
| Current Nov-21-2024 | Long | Total share= 230 | Loss $77,476 36 | Cost Basis= 336 85/share | | Current Value= $14 03 | | | |

**All MMAT shares were purchased before the 1:100 Reverse Stock Split**