NVB 3001 (Effective 1/21)

# UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA

**PROOF OF INTEREST**

**Name of Debtor:** Meta Materials

**Case Number:** 24-50792

**1. Name and address of holder of the Equity Interest** (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

Eva Miller
43983 W. Palo Amarillo Rd.
Maricopa, AZ 85138

**Telephone Number:** 503-504-3110

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

☑ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

**COURT USE ONLY**

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

**Account or other number by which Interest holder identifies Debtor:** 9677-9578

Check here if this claim:
☐ replaces a previously filed Proof of Interest dated: _____
☐ amends a previously filed Proof of Interest dated: _____

**2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:**

Charles Schwab & Co. Inc.

**Telephone Number:** 800-435-4000

**3. Date Equity Interest was acquired:** 02/23/2023

**4. Total amount of member interest:** 123,500

**5. Certificate number(s):** _____

**6. Type of Equity Interest:**
Please indicate the type of Equity Interest you hold:
☑ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
☐ Check this box if your Equity Interest is based on anything else and describe that interest:
**Description:** Investor

**7. Supporting Documents:** Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**8. Date-Stamped Copy:** To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

**9. Signature:**
Check the appropriate box.
☑ I am the creditor.  ☐ I am the creditor's authorized agent. (Attach copy of power of attorney, if any.)  ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)  ☐ I am a guarantor, surety, endorser, or other codebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

**Print Name:** Eva Miller
**Title:**
**Company:** Address and telephone number (if different from notice address above):

(Signature) Eva Miller    (Date) 11/25/2024

Telephone number: 503-504-3110  email: eva.orlik7@gmail.com

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

Print Form    Save Form    Clear Form



**Rollover IRA** of

EVA MILLER
CHARLES SCHWAB & CO INC CUST
IRA ROLLOVER

Statement Period
October 1-31, 2024

## Positions - Summary

| Beginning Value as of 10/01 | + | Transfer of Securities(In/Out) | + | Dividends Reinvested | + | Cash Activity | + | Change in Market Value | = | Ending Value as of 10/31 | Cost Basis | Unrealized Gain/(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| $602.18 | | $0.00 | | $0.00 | | $0.03 | | ($369.26) | | $232.95 | $82,510.00 | ($82,422.31) |

Values may not reflect all of your gains/losses; Schwab has provided accurate gain and loss information wherever possible for most investments. Cost basis may be incomplete or unavailable for some of your holdings and may change or be adjusted in certain cases. Statement information should not be used for tax preparation, instead refer to official tax documents. For additional information refer to Terms and Conditions.

## Cash and Cash Investments

| Type | Symbol | Description | Quantity | Price($) | Beginning Balance($) | Ending Balance($) | Change in Period Balance($) | Pending/Unsettled Cash($) | Interest/ Yield Rate | % of Acct |
|---|---|---|---|---|---|---|---|---|---|---|
| Bank Sweep | | TD BANK NA X,Z | | | 145.23 | 145.26 | 0.03 | | 0.20% | 62% |
| **Total Cash and Cash Investments** | | | | | **$145.23** | **$145.26** | **$0.03** | | | **62%** |

## Positions - Equities

| Symbol | Description | Quantity | Price($) | Market Value($) | Cost Basis($) | Unrealized Gain/(Loss)($) | Est. Yield | Est. Annual Income($) | % of Acct |
|---|---|---|---|---|---|---|---|---|---|
| MMATQ | META MATLS INC | 1,235.0000 | 0.07100 | 87.69 | 82,510.00 | (82,422.31) | N/A | 0.00 | 38% |
| **Total Equities** | | | | **$87.69** | **$82,510.00** | **($82,422.31)** | | **$0.00** | **38%** |

Estimated Annual Income ("EAI") and Estimated Yield ("EY") calculations are for informational purposes only. The actual income and yield might be lower or higher than the estimated amounts. EY is based upon EAI and the current price of the security and will fluctuate. For certain types of securities, the calculations could include a return of principal or capital gains in which case EAI and EY would be overstated. EY and EAI are not promptly updated to reflect when an issuer has missed a regular payment or announced changes to future payments, in which case EAI and EY will continue to display at a prior rate.

## Transactions - Summary

| Beginning Cash* as of 10/01 | + | Deposits | + | Withdrawals | + | Purchases | + | Sales/Redemptions | + | Dividends/Interest | + | Expenses | = | Ending Cash* as of 10/31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| $145.23 | | $0.00 | | $0.00 | | $0.00 | | $0.00 | | $0.03 | | $0.00 | | $145.26 |

Other Activity  $0.00      Other activity includes transactions which don't affect the cash balance such as stock transfers, splits, etc.

*Cash (includes any cash debit balance) held in your account plus the value of any cash invested in a sweep money fund.

TD Ameritrade

**Statement for Account # 256-178616**

02/01/23 - 02/28/23

## Income Summary Detail

| Description | Current | Year to Date |
|---|---|---|
| Interest Income Credit Balance | $ 0.79 | $ 0.79 |
| IDA Interest | 3.17 | 3.17 |

*This section displays current and year to date totals for this account. The year to date totals will accurately reflect your cumulative amount for the year. Year-end tax reporting income amounts may differ from what is reflected on monthly statements versus your tax documents. Please reference your official tax document(s) for tax reporting.

## Account Positions

| Investment Description | Symbol/ CUSIP | Quantity | Current Price | Market Value | Purchase Date | Cost Basis | Average Cost | Unrealized Gain(Loss) | Estimated Income | Yield |
|---|---|---|---|---|---|---|---|---|---|---|
| **Stocks - Cash** | | | | | | | | | | |
| META MATERIALS INC COM | MMAT | 123,500 | $ 0.64 | $ 79,040.00 | 02/23/23 | $ 82,510.00 | $ 0.67 | $ (3,470.00) | $ - | - |
| **Total Stocks** | | | | $79,040.00 | | $82,510.00 | | $(3,470.00) | $0.00 | 0.0% |
| **Total Cash Account** | | | | $79,040.00 | | $82,510.00 | | $(3,470.00) | $0.00 | 0.0% |

## Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|
| **Opening Balance** | | | | | | | | | **$ 0.00** |
| 02/22/23 | 02/22/23 | Cash | Cash Rec'd - Contributions | CASH RECEIPT DIRECT ROLLOVER CHECK9904929 Business Check | - | - | $ 0.00 | $ 82,650.36 | 82,650.36 |
| 02/23/23 | 02/23/23 | Cash | Journal - Other | PURCHASE FDIC INSURED DEPOSIT ACCOUNT | - | - | 0.00 | (82,650.36) | 0.00 |
| 02/23/23 | 02/27/23 | Cash | Buy - Securities Purchased | META MATERIALS INC COM | MMAT | 100,000 | 0.67 | (67,000.00) | (67,000.00) |
| 02/23/23 | 02/27/23 | Cash | Buy - Securities Purchased | META MATERIALS INC COM | MMAT | 23,500 | 0.66 | (15,510.00) | (82,510.00) |
| 02/27/23 | 02/27/23 | Cash | Journal - Other | REDEMPTION FDIC INSURED DEPOSIT ACCOUNT | - | - | 0.00 | 82,510.00 | 0.00 |
| 02/28/23 | 02/28/23 | Cash | Div/Int - Income | INTEREST CREDIT Payable: 02/28/2023 | - | - | 0.00 | 0.79 | 0.79 |

**Closing Balance** $0.79

*For Cash Activity totals, refer to the Cash Activity Summary on page one of your statement.