NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | | PROOF OF INTEREST |
|---|---|---|
| Name of Debtor: Meta Materials | Case Number: 24-50792 | |

1. Name and address of holder of the Equity Interest (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

Jonathan Nap   SSN 8121
930 N Mesa Drive
Mesa AZ 85201  Unit 1035

Telephone Number: 509-951-9343

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

☑ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

COURT USE ONLY

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

Account or other number by which Interest holder identifies Debtor: 159619675

Check here if this claim:
☐ replaces a previously filed Proof of Interest dated: _____
☐ amends a previously filed Proof of Interest dated: _____

2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:
Robinhood Securities
Telephone Number: 650-761-7789

3. Date Equity Interest was acquired:
Between July 2021 and January 2024

4. Total amount of member interest: 132.631614 Shares

5. Certificate number(s): _____

6. Type of Equity Interest:
Please indicate the type of Equity Interest you hold:
☑ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
☐ Check this box if your Equity Interest is based on anything else and describe that interest:
Description: Investor

7. Supporting Documents: Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. Date-Stamped Copy: To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

9. Signature:
Check the appropriate box.
☑ I am the creditor.   ☐ I am the creditor's authorized agent.   ☐ I am the trustee, or the debtor,   ☐ I am a guarantor, surety, endorser, or other codebtor.
(Attach copy of power of attorney, if any.)  or their authorized agent.  (See Bankruptcy Rule 3005.)
(See Bankruptcy Rule 3004.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: Jonathan Nap
Title: _____
Company: Address and telephone number (if different from notice address above): _____

(Signature) Jonathan Nap    (Date) 11/27/2024
Telephone number: 509-951-9343  email: Jonathannap@gmail.com

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

# Proof of Interest Explanation

Jonathan Nap

Owned 12,500 shares Leading up to December 2022 before the reverse split. Bought 2000 more shares in January 2023 prior to the 100-1 reverse split. After the reverse split I had 145 shares. However, after I lost the majority of the value of my account, I stayed away from trading for a while. I forgot to unsubscribe from the 5 Dollar a month robin hood gold subscription. On May 14th 2024 1.953889 shares were liquidated to cover the 5 dollar subscription. And on August 28th 2024, 10.414497 shares were liquidated to cover the subscription without my knowledge. This leaves me with a present holding of 132.631614 shares of MMAT

# Robinhood 

85 Willow Rd. Menlo Park, CA 94025
help@robinhood.com

10/01/2023 to 10/31/2023
**JONATHAN NAP** Account #:159619675
5102 North Mcintosh Court, Spokane, WA 99206

◨ Options   ■ Equities   ■ Cash and Cash Equivalents

| Account Summary | Opening Balance | Closing Balance |
|---|---|---|
| Net Account Balance | $0.35 | $19.60 |
| Total Securities | $6,597.75 | $3,851.50 |
| **Portfolio Value** | **$6,598.10** | **$3,871.10** |

| Income and Expense Summary | This Period | Year to Date |
|---|---|---|
| Dividends | $0.00 | $0.00 |
| Capital Gains Distributions | $0.00 | $0.00 |
| Interest Earned | $0.00 | $0.00 |

## Portfolio Allocation



- Cash and Cash Equivalents 0.51%
- Equities 39.07%
- Options 60.42%

This statement shall be conclusive if not objected to in writing within ten days (except with respect to debit card transactions). Errors and omissions exempted. Please address all communications to the firm and not to the individuals. Address changes or other material changes in your account should be directed to the office servicing your account. Kindly mention your account number. This statement should be retained for income tax purposes.

3132498

**Portfolio Summary**

| Securities Held in Account | Sym/Cusip | Acct Type | Qty | Price | Mkt Value | Est. Dividend Yield | % of Total Portfolio |
|---|---|---|---|---|---|---|---|
| Meta Materials<br>Estimated Yield: 0.00% | MMAT | Margin | 12,500 | $0.12 | $1,512.50 | $0.00 | 39.07% |
| MMAT 01/19/2024 Call $5.00<br>Estimated Yield: 0.00% | MMAT | Margin | 2 | $0.01 | $2.00 | $0.00 | 0.05% |
| MMAT 01/19/2024 Call $2.00<br>Estimated Yield: 0.00% | MMAT | Margin | 24 | $0.01 | $24.00 | $0.00 | 0.62% |
| MMAT 01/17/2025 Call $2.00<br>Estimated Yield: 0.00% | MMAT | Margin | 10 | $0.03 | $30.00 | $0.00 | 0.77% |
| MMAT 01/17/2025 Call $1.00<br>Estimated Yield: 0.00% | MMAT | Margin | 36 | $0.03 | $108.00 | $0.00 | 2.79% |
| MMAT 01/19/2024 Call $0.50<br>Estimated Yield: 0.00% | MMAT | Margin | 85 | $0.01 | $85.00 | $0.00 | 2.20% |
| MMAT 01/17/2025 Call $0.50<br>Estimated Yield: 0.00% | MMAT | Margin | 425 | $0.04 | $1,700.00 | $0.00 | 43.92% |
| MMAT 01/16/2026 Call $0.50<br>Estimated Yield: 0.00% | MMAT | Margin | 65 | $0.06 | $390.00 | $0.00 | 10.07% |
| **Total Securities** | | | | | $3,851.50 | $0.00 | 99.49% |
| **Brokerage Cash Balance** | | | | | $19.60 | | 0.51% |
| **Total Priced Portfolio** | | | | | $3,871.10 | | |



**Robinhood**

85 Willow Rd, Menlo Park, CA 94025
help@robinhood.com

01/16/2024
**JONATHAN NAP** Account #:159619675
5102 North Mcintosh Court, Spokane, WA 99206

| Equities/Options | B/S | Trade Date | Settle Date | Acct Type | Price | QTY | Principal | Comm | Tran Fee | Net Amount | MKT | CAP | U/S |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Meta Materials<br>MMAT CUSIP: 59134N104 | B | 01/16/2024 | 01/18/2024 | M | $0.0689 | 2,000 | $137.80 | $0.00 | $0.00 | $137.80 | OTC | 1 | U |

| | | | | | | |
|---|---|---|---|---|---|---|
| **Total Quantity Bought:** | | 2,000 | | **Total Dollars Bought:** | | $137.80 |
| **Total Quantity Sold:** | | 0 | | **Total Dollars Sold:** | | $0.00 |

# Robinhood

85 Willow Rd, Menlo Park, CA 94025
help@robinhood.com

05/10/2024
**JONATHAN NAP** Account #:159619675
5102 North Mcintosh Court, Spokane, WA 99206

| Equities/Options | B/S | Trade Date | Settle Date | Acct Type | Price | QTY | Principal | Comm | Tran Fee | Net Amount | MKT | CAP | U/S |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Meta Materials<br>MMAT CUSIP: 59134N302 | S | 05/10/2024 | 05/14/2024 | M | $2.0403 | 1.953889 | $3.99 | $0.00 | $0.00 | $3.99 | OTC | 3 | U |

| | | | | |
|---|---|---|---|---|
| **Total Quantity Bought:** | 0 | **Total Dollars Bought:** | | $0.00 |
| **Total Quantity Sold:** | 1.953889 | **Total Dollars Sold:** | | $3.99 |

# Robinhood

85 Willow Rd, Menlo Park, CA 94025
help@robinhood.com

08/28/2024
**JONATHAN NAP** Account #:159619675
5102 North Mcintosh Court, Spokane, WA 99206

| Equities/Options | B/S | Trade Date | Settle Date | Acct Type | Price | QTY | Principal | Comm | Tran Fee | Net Amount | MKT | CAP | U/S |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Meta Materials MMATQ CUSIP: 59134N302 | S | 08/28/2024 | 08/29/2024 | M | $0.4801 | 10.414497 | $5.00 | $0.00 | $0.00 | $5.00 | OTC | 3 | U |

**Total Quantity Bought:** 0  **Total Dollars Bought:** $0.00

**Total Quantity Sold:** 10.414497  **Total Dollars Sold:** $5.00

# Robinhood

85 Willow Rd, Menlo Park, CA 94025
help@robinhood.com

Page 1 of 7
10/01/2024 to 10/31/2024
**Jonathan Nap** Account #:159619675
5102 North Mcintosh Court, Spokane, WA 99206

| Account Summary | Opening Balance | Closing Balance |
|---|---|---|
| Brokerage Cash Balance | $0.00 | $0.00 |
| Deposit Sweep Balance | $0.79 | $0.79 |
| Total Securities | $585.07 | $545.42 |
| **Portfolio Value** | **$585.86** | **$546.21** |

### Portfolio Allocation



- Cash and Cash Equivalents 0.14%
- Equities 1.73%
- Options 98.13%

| Income and Expense Summary | This Period | Year to Date |
|---|---|---|
| Dividends | $0.00 | $0.00 |
| Capital Gains Distributions | $0.00 | $0.00 |
| Interest Earned | $0.00 | $0.00 |

As of the closing date of this statement, the annual percentage yield (APY) for customers enrolled in the brokerage cash sweep program is 0.01% for customers who are not subscribed to Robinhood Gold. For customers subscribed to Robinhood Gold or enrolled in a boosted rate promotion, the APY ranges from 4.50% - 5.00%. Program banks pay interest on your swept cash, minus any fees paid to Robinhood. Neither Robinhood Financial LLC nor any of its affiliates are banks. Investment products are not FDIC-insured, not bank guaranteed, and may lose value. Uninvested cash swept to the program banks is eligible for FDIC insurance up to applicable limits, subject to FDIC rules. The Securities Investor Protection Corporation has taken the position that uninvested cash swept to the program banks is not covered by the Securities Investor Protection Act.

This statement shall be conclusive if not objected to in writing within ten days (except with respect to debit card transactions). Errors and omissions exempted. Please address all communications to the firm and not to the individuals. Address changes or other material changes in your account should be directed to the office servicing your account. Kindly mention your account number. This statement should be retained for income tax purposes.

Robinhood Securities, LLC ("RHS") carries your account as the clearing broker by arrangement with your introducing broker-dealer, Robinhood Financial LLC ("RHF").

RHS is a Member of SIPC, which protects securities customers of its members up to $500,000 (including $250,000 for claims for cash). Explanatory brochure available upon request or at www.sipc.org.

3840999

## Portfolio Summary

| Securities Held in Account | Sym/Cusip | Acct Type | Qty | Price | Mkt Value | Est. Dividend Yield | % of Total Portfolio |
|---|---|---|---|---|---|---|---|
| Meta Materials<br>Estimated Yield: 0.00% | MMATQ | Margin | 132.631614 | $0.0710 | $9.42 | $0.00 | 1.73% |
| MMAT1 01/16/2026 Call $0.50<br>Estimated Yield: 0.00% | MMAT1 | Margin | 65 | $0.0100 | $65.00 | $0.00 | 11.90% |
| MMAT1 01/17/2025 Call $0.50<br>Estimated Yield: 0.00% | MMAT1 | Margin | 425 | $0.0100 | $425.00 | $0.00 | 77.81% |
| MMAT1 01/17/2025 Call $1.00<br>Estimated Yield: 0.00% | MMAT1 | Margin | 36 | $0.0100 | $36.00 | $0.00 | 6.59% |
| MMAT1 01/17/2025 Call $2.00<br>Estimated Yield: 0.00% | MMAT1 | Margin | 10 | $0.0100 | $10.00 | $0.00 | 1.83% |
| **Total Securities** | | | | | $545.42 | $0.00 | 99.86% |
| **Brokerage Cash Balance** | | | | | $0.00 | | 0.00% |
| **Deposit Sweep Balance** | | | | | $0.79 | | 0.14% |
| **Total Priced Portfolio** | | | | | $546.21 | | |