NVB 3001 (Effective 1/21)

# UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA

**PROOF OF INTEREST**

| Name of Debtor: Meta Materials Inc. | Case Number: 24-50792 |

**1. Name and address of holder of the Equity Interest** (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

Telephone Number:

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

☒ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

**COURT USE ONLY**

Account or other number by which Interest holder identifies Debtor:
TFSA 26509822 / RRSP 69118246 / RESP 69677360

Check here if this claim:
☐ replaces a previously filed Proof of Interest dated: _____
☐ amends a previously filed Proof of Interest dated: _____

**2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:**
Gary Garfai Chan - 62 Markview Rd, Stouffville ON, L4A4W3

Telephone Number: 6479821703

**3. Date Equity Interest was acquired:**
NOVEMBER 2022 - JULY 2023

**4. Total amount of member interest:** 475

**5. Certificate number(s):** _____

**6. Type of Equity Interest:**
Please indicate the type of Equity Interest you hold:
☒ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
☐ Check this box if your Equity Interest is based on anything else and describe that interest:
Description: _____

**7. Supporting Documents:** Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**8. Date-Stamped Copy:** To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

**9. Signature:**
Check the appropriate box.
☒ I am the creditor.   ☐ I am the creditor's authorized agent. (Attach copy of power of attorney, if any.)   ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)   ☐ I am a guarantor, surety, endorser, or other codebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: Gary Garfai Chan
Title:
Company: Address and telephone number (if different from notice address above):

(Signature)
Telephone number: 6479821703
Nov 10, 2024 (Date)
email: garfai.chan@gmail.com

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*



Direct Investing

# Order Execution Only
# RRSP Statement (CDN$)

**OCT. 31 2024**

Your Account Number:   691-18246-1-0      2 of  3

## Asset Review

( Exchange rate 1USD = 1.39215 CAD as of OCT. 31, 2024 )

| SECURITY SYMBOL | QUANTITY/ SEGREGATED | MKT. PRICE | BOOK COST | MARKET VALUE |
|---|---|---|---|---|

### Common Shares

| | | | | |
|---|---|---|---|---|
| EMPOWER CLINICS INC COM NEW | EPWCF | 33,076 / 33,076 | UNPRICED | 20,409.60 | |
| WHITECAP RESOURCES INC | WCP | 1,898 / 1,898 | 10.390 | 5,075.11 | $19,720.22 |
| **Total Value of Common Shares** | | | | 25,484.71 | $19,720.22 |

### Foreign Securities

| | | | | | |
|---|---|---|---|---|---|
| META MATERIALS INC COMMON STOCK | MMATQ | 2 / 2 | 0.099 | 3,231.76 | $0.20 |
| NEXT BRIDGE HYDROCARBONS INC. (NV) COMMON | | 270 / 270 | UNPRICED | 0.01 | |
| **Total Value of Foreign Securities** | | | | 3,231.77 | $0.20 |

| | | | | | |
|---|---|---|---|---|---|
| **Total Value of All Securities** | | | | 28,716.48 | $19,720.42 |

## Account Activity

| DATE | ACTIVITY | DESCRIPTION | QUANTITY | PRICE \RATE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|
| | | Opening Balance (SEPT 30, 2024) | | | | $161.14 |
| OCT. 15 | DIV REIN | WHITECAP RESOURCES INC REINV@C$11.06 REC 09/30/24 PAY 10/15/24 | 10 | | 110.60 | |
| OCT. 15 | DIVIDEND | WHITECAP RESOURCES INC CASH DIV ON   1888 SHS REC 09/30/24 PAY 10/15/24 | | 0.0608 | | 114.79 |
| | | Closing Balance (OCT. 31, 2024) | | | | $165.33 |

- CONTINUED ON NEXT PAGE -

04220 (11/2019) 178-P7



Direct Investing

# Order Execution Only
# TFSA Statement (CDN$)

**OCT. 31 2024**

Your Account Number:    265-09822-1-4    2 of 3

## Asset Review

( Exchange rate 1USD = 1.39215 CAD as of OCT. 31, 2024 )

| SECURITY | SYMBOL | QUANTITY/ SEGREGATED | MKT. PRICE | BOOK COST | MARKET VALUE |
|---|---|---|---|---|---|
| **Common Shares** | | | | | |
| AUSTRALIS CAP INC COM | AUSA | 2 / 2 | 0.000 | 17.93 | |
| EMPOWER CLINICS INC COM NEW | EPWCF | 12,078 / 12,078 | UNPRICED | 15,888.45 | |
| ENBRIDGE INC | ENB | 85 / 85 | 56.240 | 3,802.85 | $4,780.40 |
| **Total Value of Common Shares** | | | | 19,709.23 | $4,780.40 |
| **Foreign Securities** | | | | | |
| AMAZON.COM INC | AMZN | 50 / 50 | 259.755 | 6,014.99 | $12,987.75 |
| DIREXION SHS ETF TR DIREXION DAILY ENERGY BULL 2X SHARES | ERX | 200 / 200 | 83.361 | 4,299.56 | $16,672.20 |
| META MATERIALS INC COMMON STOCK | MMATQ | 462 / 462 | 0.099 | 33,418.86 | $45.74 |
| TILRAY BRANDS INC COMMON STOCK | TLRY | 4 / 4 | 2.280 | 8.20 | $9.12 |
| **Total Value of Foreign Securities** | | | | 43,741.61 | $29,714.81 |
| **Total Value of All Securities** | | | | 63,450.84 | $34,495.21 |

## Account Activity

| DATE | ACTIVITY | DESCRIPTION | QUANTITY | PRICE \RATE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|
| | | Opening Balance (SEPT 30, 2024) | | | | $646.14 |
| OCT. 01 | DIVIDEND | DIREXION SHS ETF TR DIREXION DAILY ENERGY BULL 2X SHARES CASH DIV ON 200 SHS REC 09/24/24 PAY 10/01/24 NON-RES TAX WITHHELD | | 0.39497 | 15.94 NRT | 106.37 |
| | | Closing Balance (OCT. 31, 2024) | | | | $736.57 |

- CONTINUED ON NEXT PAGE -

 Direct Investing

P.O. BOX 50 ROYAL BANK PLAZA
TORONTO, ON M5J 2W7

# RBC Direct Investing Inc.
## ORDER EXECUTION ONLY ACCOUNT

ADPRB10720_2732014_007-E:52991-04991

\>GARY GARFAI CHAN
LORETTA NG
62 MARKVIEW ROAD
STOUFFVILLE ON L4A 4W3

## Confirmation Notice

**DATE**
FEBRUARY 17, 2023

**ACCOUNT NO.**  **TYPE**
696-7736015    RESP

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769-2560

---

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT OVER THE COUNTER - U.S.A.

**SETTLEMENT DATE**                **FEBRUARY 22, 2023**
AS PRINCIPAL, WE CONVERTED AT              1.3679
TRANSACTION TYPE                  **BOUGHT**

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 1,100 | META MATLS INC COMMON STOCK UNSOLICITED DA | @ | .69U$ |
| | EXCHANGE RATE  1.36790000 | | |

| | |
|---|---|
| GROSS AMOUNT | 759.00 |
| COMMISSION | 9.95 |
| SUB TOTAL | 768.95 U$ |
| EXCHANGE | 282.90 |
| NET AMOUNT | 1,051.85 C$ |

**CLIENT NAME**             \>GARY GARFAI CHAN
**ACCOUNT NO.**             696-7736015 - RESP
**INVESTMENT REPRESENTATIVE**   ONLINE INVESTNG
I.R. NO. 4GA

REFERENCE H7544  /  CUSIP US59134N1046  /  SECURITY NO. M067927  /  ORDER NO. 177544  /  INTERNAL CODES UN 65  /  684 A

Member-Canadian Investor Protection Fund. ®/ ™ Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.

ADPRB10720_2732014_007 - 00009981 - E:52991

 **Direct Investing**

# RBC Direct Investing Inc.
### ORDER EXECUTION ONLY ACCOUNT

P.O. BOX 50 ROYAL BANK PLAZA
TORONTO, ON  M5J 2W7

ADPRB10720_7094662_006-E:46914-06914

>GARY GARFAI CHAN
LORETTA NG
62 MARKVIEW ROAD
STOUFFVILLE ON  L4A 4W3

## Confirmation Notice

**DATE**
AUGUST 9, 2024

**ACCOUNT NO.**     **TYPE**
696-7736015            RESP

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769-2560

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING SALE FOR YOUR ACCOUNT OVER THE COUNTER - U.S.A.

**SETTLEMENT DATE**              **AUGUST 12, 2024**
AS PRINCIPAL, WE CONVERTED AT                1.3523
TRANSACTION TYPE                             **SOLD**

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 11 | META MATERIALS INC COMMON STOCK UNSOLICITED CA | @ | 1.1601U$ |
|  | EXCHANGE RATE  1.35230000 | | |

| | |
|---|---|
| GROSS AMOUNT | 12.76 |
| COMMISSION | 9.95 |
| US TRAN FEE | .01 |
| FEE SUB TOTAL | 9.96 |
| SUB TOTAL | 2.80 U$ |
| EXCHANGE | .99 |
| NET AMOUNT | 3.79CR C$ |

CLIENT NAME                >GARY GARFAI CHAN
ACCOUNT NO.                696-7736015 - RESP
INVESTMENT REPRESENTATIVE  ONLINE INVESTNG
I.R. NO. 3TV

REFERENCE W3071  /  CUSIP US59134N3026  /  SECURITY NO. M076501  /  ORDER NO. 383071  /  INTERNAL CODES UN 65  /  684 A

Member-Canadian Investor Protection Fund. ®/™  Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.

ADPRB10720_7094662_006 - 00013827 - E:46914

 **Direct Investing**

P.O. BOX 50 ROYAL BANK PLAZA
TORONTO, ON M5J 2W7

# RBC Direct Investing Inc.
## ORDER EXECUTION ONLY ACCOUNT

ADPRB10720_3671557_001-E:3080-03080
>MR GARY GARFAI CHAN
62 MARKVIEW ROAD
STOUFFVILLE ON L4A 4W3

## Confirmation Notice

**DATE**
APRIL 4, 2023

**ACCOUNT NO.**   **TYPE**
265-0982214       TFSA

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769-2560

---

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT OVER THE COUNTER - U.S.A.

**SETTLEMENT DATE**                     **APRIL 6, 2023**
AS PRINCIPAL, WE CONVERTED AT                    1.3652
TRANSACTION TYPE                                **BOUGHT**

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 6,220 | META MATLS INC COMMON STOCK UNSOLICITED AVG PRICE SHOWN-DETAILS ON REQ DA | @ | .445U$ |
|  | EXCHANGE RATE 1.36520000 | | |

| | |
|---|---|
| GROSS AMOUNT | 2,767.90 |
| COMMISSION | 9.95 |
| SUB TOTAL | 2,777.85 U$ |
| EXCHANGE | 1,014.47 |
| NET AMOUNT | 3,792.32 C$ |

**CLIENT NAME**                    >MR GARY GARFAI CHAN
**ACCOUNT NO.**                    265-0982214 - TFSA
**INVESTMENT REPRESENTATIVE**      ONLINE INVESTNG
**I.R. NO. 4GA**

REFERENCE W9629  /  CUSIP US59134N1046  /  SECURITY NO. M067927  /  ORDER NO. 379629  /  INTERNAL CODES UN 65  /  684 A

Member-Canadian Investor Protection Fund. ®/™ Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.

ADPRB10720_3671557_001 - 00006159 - E:3080

 **Direct Investing**

P.O. BOX 50 ROYAL BANK PLAZA
TORONTO, ON  M5J 2W7

ADPRB10720_3839717_001-E:2604-02604
>MR GARY GARFAI CHAN
62 MARKVIEW ROAD
STOUFFVILLE ON  L4A 4W3

# RBC Direct Investing Inc.
## ORDER EXECUTION ONLY ACCOUNT

### Confirmation Notice

**DATE**
APRIL 12, 2023

**ACCOUNT NO.**   **TYPE**
265-0982214   TFSA

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769-2560

---

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT OVER THE COUNTER - U.S.A.

**SETTLEMENT DATE**  **APRIL 14, 2023**
AS PRINCIPAL, WE CONVERTED AT      1.3668
TRANSACTION TYPE            **BOUGHT**

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 5,000 | META MATLS INC COMMON STOCK UNSOLICITED DA | @ | .38U$ |
| | EXCHANGE RATE  1.36680000 | | |

| | |
|---|---|
| GROSS AMOUNT | 1,900.00 |
| COMMISSION | 9.95 |
| SUB TOTAL | 1,909.95 U$ |
| EXCHANGE | 700.57 |
| NET AMOUNT | 2,610.52 C$ |

CLIENT NAME                >MR GARY GARFAI CHAN
ACCOUNT NO.                265-0982214 - TFSA
INVESTMENT REPRESENTATIVE  ONLINE INVESTNG
I.R. NO. 4GA

REFERENCE W3401  /  CUSIP US59134N1046  /  SECURITY NO. M067927  /  ORDER NO. 343401  /  INTERNAL CODES UN 65  /  684 A

Member-Canadian Investor Protection Fund. ®/™  Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.

ADPRB10720_3839717_001 - 00005207 - E:2604



**Direct Investing**

P.O. BOX 50 ROYAL BANK PLAZA
TORONTO, ON M5J 2W7

# RBC Direct Investing Inc.
### ORDER EXECUTION ONLY ACCOUNT

ADPRB10720_4226414_001-E:2853-02853

>MR GARY GARFAI CHAN
62 MARKVIEW ROAD
STOUFFVILLE ON L4A 4W3

### Confirmation Notice

**DATE**
MAY 1, 2023

**ACCOUNT NO.**  **TYPE**
265-0982214    TFSA

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769-2560

---

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT OVER THE COUNTER - U.S.A.

**SETTLEMENT DATE**                                   **MAY 3, 2023**
AS PRINCIPAL, WE CONVERTED AT                              1.3747
TRANSACTION TYPE                                         **BOUGHT**

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 15,000 | META MATLS INC<br>COMMON STOCK<br>UNSOLICITED<br>AVG PRICE SHOWN-DETAILS ON REQ<br>DA<br>EXCHANGE RATE   1.37470000 | @ | .1899U$ |

| | |
|---|---|
| GROSS AMOUNT | 2,848.50 |
| COMMISSION | 9.95 |
| SUB TOTAL | 2,858.45 U$ |
| EXCHANGE | 1,071.06 |
| NET AMOUNT | 3,929.51 C$ |

**CLIENT NAME**              >MR GARY GARFAI CHAN
**ACCOUNT NO.**              265-0982214 - TFSA
**INVESTMENT REPRESENTATIVE**  ONLINE INVESTNG
I.R. NO. 3TV

REFERENCE W8928 / CUSIP US59134N1046 / SECURITY NO. M067927 / ORDER NO. 378928 / INTERNAL CODES UN 65 / 684 A

Member-Canadian Investor Protection Fund. ®/™ Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.

ADPRB10720_4226414_001 - 00005705 - E:2853



Direct Investing

P.O. BOX 50 ROYAL BANK PLAZA
TORONTO, ON M5J 2W7

# RBC Direct Investing Inc.
## ORDER EXECUTION ONLY ACCOUNT

ADPRB10720_5576439_001-E:2830-02830
>MR GARY GARFAI CHAN
62 MARKVIEW ROAD
STOUFFVILLE ON L4A 4W3

## Confirmation Notice

**DATE**
JULY 6, 2023

**ACCOUNT NO.**    **TYPE**
265-0982214          TFSA

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769-2560

---

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT OVER THE COUNTER - U.S.A.

**SETTLEMENT DATE**                     **JULY 10, 2023**
AS PRINCIPAL, WE CONVERTED AT                    1.3557
TRANSACTION TYPE                              **BOUGHT**

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 11,125 | META MATLS INC COMMON STOCK UNSOLICITED AVG PRICE SHOWN-DETAILS ON REQ DA EXCHANGE RATE  1.35570000 | @ | .19U$ |

| | |
|---|---|
| GROSS AMOUNT | 2,113.75 |
| COMMISSION | 9.95 |
| SUB TOTAL | 2,123.70 US |
| EXCHANGE | 755.40 |
| NET AMOUNT | 2,879.10 C$ |

**CLIENT NAME**                  >MR GARY GARFAI CHAN
**ACCOUNT NO.**                  265-0982214 - TFSA
**INVESTMENT REPRESENTATIVE**    ONLINE INVESTNG
I.R. NO. 4GA

REFERENCE W8419  /  CUSIP US59134N1046  /  SECURITY NO. M067927  /  ORDER NO. 398419  /  INTERNAL CODES UN 65  /  684 A

Member-Canadian Investor Protection Fund. ®/ ™ Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.

ADPRB10720_5576439_001 - 00005659 - E:2830

 Direct Investing

P.O. BOX 50 ROYAL BANK PLAZA
TORONTO, ON M5J 2W7

# RBC Direct Investing Inc.
### ORDER EXECUTION ONLY ACCOUNT

ADPRB10720_1017482_001-E:2601-02601
>MR GARY GARFAI CHAN
62 MARKVIEW ROAD
STOUFFVILLE ON L4A 4W3

## Confirmation Notice

DATE
NOVEMBER 28, 2022

ACCOUNT NO.      TYPE
265-0982214      TFSA

FOR SETTLEMENT IN THIS OFFICE
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769-2560

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT OVER THE COUNTER - U.S.A.

**SETTLEMENT DATE** — **NOVEMBER 30, 2022**
AS PRINCIPAL, WE CONVERTED AT     1.3679
TRANSACTION TYPE                  **BOUGHT**

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 7,560 | META MATLS INC COMMON STOCK UNSOLICITED DA | @ | 1.80 U$ |
| | EXCHANGE RATE  1.36790000 | | |

| | |
|---|---|
| GROSS AMOUNT | 13,608.00 |
| COMMISSION | 9.95 |
| SUB TOTAL | 13,617.95 U$ |
| EXCHANGE | 5,010.04 |
| NET AMOUNT | 18,627.99 C$ |

CLIENT NAME                    >MR GARY GARFAI CHAN
ACCOUNT NO.                    265-0982214 - TFSA
INVESTMENT REPRESENTATIVE      ONLINE INVESTNG
I.R. NO. 4GA

REFERENCE W1372  /  CUSIP US59134N1046  /  SECURITY NO. M067927  /  ORDER NO. 351372  /  INTERNAL CODES UN 65  /  684 A

Member-Canadian Investor Protection Fund. ®/™ Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.

 Direct Investing

**RBC Direct Investing Inc.**
**ORDER EXECUTION ONLY ACCOUNT**

P.O. BOX 50 ROYAL BANK PLAZA
TORONTO, ON  M5J 2W7

ADPRB10720_2103313_001-E:3225-03225
>MR GARY GARFAI CHAN
62 MARKVIEW ROAD
STOUFFVILLE ON  L4A 4W3

## Confirmation Notice

**DATE**
JANUARY 19, 2023

**ACCOUNT NO.**  **TYPE**
265-0982214       TFSA

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769-2560

---

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT OVER THE COUNTER - U.S.A.

**SETTLEMENT DATE**                **JANUARY 23, 2023**
AS PRINCIPAL, WE CONVERTED AT                    1.3676
TRANSACTION TYPE                              **BOUGHT**

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 300 | META MATLS INC | @ | .99U$ |
| | COMMON STOCK | | |
| | UNSOLICITED | | |
| | AVG PRICE SHOWN-DETAILS ON REQ | | |
| | DA | | |
| | EXCHANGE RATE    1.36760000 | | |

| | |
|---|---|
| GROSS AMOUNT | 297.00 |
| COMMISSION | 9.95 |
| SUB TOTAL | 306.95 U$ |
| EXCHANGE | 112.83 |
| NET AMOUNT | 419.78 C$ |

CLIENT NAME            >MR GARY GARFAI CHAN
ACCOUNT NO.            265-0982214 - TFSA
INVESTMENT REPRESENTATIVE   ONLINE INVESTNG
I.R. NO. 4GA

REFERENCE W6609  /  CUSIP US59134N1046  /  SECURITY NO. M067927  /  ORDER NO. 396609  /  INTERNAL CODES UN 65  /  684 A

Member-Canadian Investor Protection Fund. ®/™  Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.

ADPRB10720_2103313_001 - 00006449 - E:3225

 Direct Investing

P.O. BOX 50 ROYAL BANK PLAZA
TORONTO, ON M5J 2W7

# RBC Direct Investing Inc.
### ORDER EXECUTION ONLY ACCOUNT

ADPRB10720_2544962_001-E:3501-03501

>MR GARY GARFAI CHAN
62 MARKVIEW ROAD
STOUFFVILLE ON L4A 4W3

## Confirmation Notice

**DATE**
FEBRUARY 8, 2023

**ACCOUNT NO.**   **TYPE**
265-0982214        TFSA

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769-2560

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT OVER THE COUNTER - U.S.A.

**SETTLEMENT DATE**         **FEBRUARY 10, 2023**
AS PRINCIPAL, WE CONVERTED AT             1.3629
TRANSACTION TYPE                      **BOUGHT**

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 920 | META MATLS INC COMMON STOCK UNSOLICITED AVG PRICE SHOWN-DETAILS ON REQ DA | @ | .91404 U$ |
| | EXCHANGE RATE   1.36290000 | | |

| | |
|---|---|
| GROSS AMOUNT | 840.91 |
| COMMISSION | 9.95 |
| SUB TOTAL | 850.86 U$ |
| EXCHANGE | 308.78 |
| NET AMOUNT | 1,159.64 C$ |

CLIENT NAME           >MR GARY GARFAI CHAN
ACCOUNT NO.            265-0982214 - TFSA
INVESTMENT REPRESENTATIVE   ONLINE INVESTNG
I.R. NO. 4GA

REFERENCE W3833 / CUSIP US59134N1046 / SECURITY NO. M067927 / ORDER NO. 353833 / INTERNAL CODES UN 65 / 684 A

Member-Canadian Investor Protection Fund. ®/™ Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.

ADPRB10720_2544962_001 - 00007001 - E:3501



Direct Investing

P.O. BOX 50 ROYAL BANK PLAZA
TORONTO, ON  M5J 2W7

# RBC Direct Investing Inc.
## ORDER EXECUTION ONLY ACCOUNT

ADPRB10720_8501018_003-E:20070-04070

>LORETTA NG
62 MARKVIEW ROAD
STOUFFVILLE ON  L4A 4W3

## Confirmation Notice

**DATE**
NOVEMBER 22, 2022

**ACCOUNT NO.**  **TYPE**
578-5399311        RRSP

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769-2560

---

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT OVER THE COUNTER - U.S.A.

**SETTLEMENT DATE**              **NOVEMBER 25, 2022**
AS PRINCIPAL, WE CONVERTED AT                1.3592
TRANSACTION TYPE                          **BOUGHT**

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 1,772 | META MATLS INC<br>COMMON STOCK<br>UNSOLICITED<br>AVG PRICE SHOWN-DETAILS ON REQ<br>DA<br>EXCHANGE RATE    1.35920000 | @ | 2.02U$ |

| | |
|---|---|
| GROSS AMOUNT | 3,579.44 |
| COMMISSION | 9.95 |
| SUB TOTAL | 3,589.39 U$ |
| EXCHANGE | 1,289.31 |
| NET AMOUNT | 4,878.70 C$ |

**CLIENT NAME**                      >LORETTA NG
**ACCOUNT NO.**                      578-5399311 - RRSP
**INVESTMENT REPRESENTATIVE**        ONLINE INVESTNG
I.R. NO. 3YA

REFERENCE W4117  /  CUSIP US59134N1046  /  SECURITY NO. M067927  /  ORDER NO. 394117  /  INTERNAL CODES UN 65  /  684 A

---

Member-Canadian Investor Protection Fund. ®/™ Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.

 Direct Investing

# RBC Direct Investing Inc.
## ORDER EXECUTION ONLY ACCOUNT

P.O. BOX 50 ROYAL BANK PLAZA
TORONTO, ON  M5J 2W7

ADPRB10720_3512666_003-E:19483-03483
>LORETTA NG
62 MARKVIEW ROAD
STOUFFVILLE ON  L4A 4W3

## Confirmation Notice

**DATE**
MARCH 28, 2023

**ACCOUNT NO.**     **TYPE**
578-5399311         RRSP

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769-2560

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT OVER THE COUNTER - U.S.A.

**SETTLEMENT DATE**                **MARCH 30, 2023**
AS PRINCIPAL, WE CONVERTED AT              1.3805
TRANSACTION TYPE                         **BOUGHT**

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 2,928 | META MATLS INC COMMON STOCK UNSOLICITED DA | @ | .43U$ |
| | EXCHANGE RATE  1.38050000 | | |

| | |
|---|---|
| GROSS AMOUNT | 1,259.04 |
| COMMISSION | 9.95 |
| SUB TOTAL | 1,268.99 U$ |
| EXCHANGE | 482.85 |
| NET AMOUNT | 1,751.84 C$ |

CLIENT NAME                >LORETTA NG
ACCOUNT NO.                578-5399311 - RRSP
INVESTMENT REPRESENTATIVE  ONLINE INVESTNG
I.R. NO. 3YA

REFERENCE W7704  /  CUSIP US59134N1046  /  SECURITY NO. M067927  /  ORDER NO. 347704  /  INTERNAL CODES UN 65  /  684 A

Member-Canadian Investor Protection Fund. ®/™ Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.

ADPRB10720_3512666_003 - 00006965 - E:19483



**Direct Investing**

P.O. BOX 50 ROYAL BANK PLAZA
TORONTO, ON M5J 2W7

# RBC Direct Investing Inc.
**ORDER EXECUTION ONLY ACCOUNT**

ADPRB10720_2732014_007-E:52991-04991

>GARY GARFAI CHAN
LORETTA NG
62 MARKVIEW ROAD
STOUFFVILLE ON L4A 4W3

## Confirmation Notice

**DATE**
FEBRUARY 17, 2023

**ACCOUNT NO.**   **TYPE**
696-7736015      RESP

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769-2560

---

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT OVER THE COUNTER - U.S.A.

**SETTLEMENT DATE**            **FEBRUARY 22, 2023**
AS PRINCIPAL, WE CONVERTED AT           1.3679
TRANSACTION TYPE                        **BOUGHT**

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 1,100 | META MATLS INC COMMON STOCK UNSOLICITED DA | @ | .69U$ |
| | EXCHANGE RATE 1.36790000 | | |

| | |
|---|---|
| GROSS AMOUNT | 759.00 |
| COMMISSION | 9.95 |
| SUB TOTAL | 768.95 U$ |
| EXCHANGE | 282.90 |
| NET AMOUNT | 1,051.85 C$ |

**CLIENT NAME**                    >GARY GARFAI CHAN
**ACCOUNT NO.**                    696-7736015 - RESP
**INVESTMENT REPRESENTATIVE**      ONLINE INVESTNG
**I.R. NO. 4GA**

REFERENCE H7544  /  CUSIP US59134N1046  /  SECURITY NO. M067927  /  ORDER NO. 177544  /  INTERNAL CODES UN 65  /  684 A

Member-Canadian Investor Protection Fund. ®/™ Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.

ADPRB10720_2732014_007 - 00009981 - E:52991



Direct Investing

P.O. BOX 50 ROYAL BANK PLAZA
TORONTO, ON  M5J 2W7

# RBC Direct Investing Inc.
### ORDER EXECUTION ONLY ACCOUNT

ADPRB10720_7094662_006-E:46914-06914

>GARY GARFAI CHAN
LORETTA NG
62 MARKVIEW ROAD
STOUFFVILLE ON  L4A 4W3

## Confirmation Notice

**DATE**
AUGUST 9, 2024

| ACCOUNT NO. | TYPE |
|---|---|
| 696-7736015 | RESP |

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769-2560

---

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING SALE FOR YOUR ACCOUNT OVER THE COUNTER - U.S.A.

| SETTLEMENT DATE | AUGUST 12, 2024 |
|---|---|
| AS PRINCIPAL, WE CONVERTED AT | 1.3523 |
| TRANSACTION TYPE | SOLD |

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 11 | META MATERIALS INC COMMON STOCK UNSOLICITED CA | @ | 1.1601U$ |
|  | EXCHANGE RATE  1.35230000 | | |

| | |
|---|---|
| GROSS AMOUNT | 12.76 |
| COMMISSION | 9.95 |
| US TRAN FEE | .01 |
| FEE SUB TOTAL | 9.96 |
| SUB TOTAL | 2.80 U$ |
| EXCHANGE | .99 |
| NET AMOUNT | 3.79CR C$ |

| CLIENT NAME | >GARY GARFAI CHAN |
|---|---|
| ACCOUNT NO. | 696-7736015 - RESP |
| INVESTMENT REPRESENTATIVE | ONLINE INVESTNG |
| I.R. NO. 3TV | |

REFERENCE W3071  /  CUSIP US59134N3026  /  SECURITY NO. M076501  /  ORDER NO. 383071  /  INTERNAL CODES UN 65  /  684 A

Member-Canadian Investor Protection Fund. ®/ ™  Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.

ADPRB10720_7094662_006 - 00013827 - E:46914



**Direct Investing**

P.O. BOX 50 ROYAL BANK PLAZA
TORONTO, ON M5J 2W7

# RBC Direct Investing Inc.
**ORDER EXECUTION ONLY ACCOUNT**

ADPRB10720_2564433_002-E:15032-05032
>MRS LORETTA NG
16 WILLOW TRAIL ROAD
MARKHAM ON L6E 1V2

## Confirmation Notice

**DATE**
MARCH 1, 2021

**ACCOUNT NO.**   **TYPE**
265-6802812    TFSA

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769-2560

---

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT TRADED ON ONE OR MORE MARKETPLACES OR MARKETS. DETAILS AVAILABLE UPON REQUEST

**SETTLEMENT DATE**       **MARCH 3, 2021**

**TRANSACTION TYPE**                **BOUGHT**

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 888 | METAMATERIAL INC COM UNSOLICITED WE ACTED AS PRINCIPAL AVG PRICE SHOWN-DETAILS ON REQ DA | @ | 3.45C$ |

| | |
|---|---|
| GROSS AMOUNT | 3,063.60 |
| COMMISSION | 9.95 |
| SUB TOTAL | 3,073.55 C$ |
| NET AMOUNT | 3,073.55 C$ |

**CLIENT NAME**            >MRS LORETTA NG
**ACCOUNT NO.**            265-6802812 - TFSA
**INVESTMENT REPRESENTATIVE**  ONLINE INVESTNG
I.R. NO. 4GA

REFERENCE W2296 / CUSIP CA59134F1018 / SECURITY NO. M064469 / ORDER NO. 372296 / INTERNAL CODES UN TL / 684 A

Member--CanadianInvestor Protection Fund. ®/™ Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.

ADPRB10720_2564433_002 - 00010063 - E:15032

 Direct Investing

# RBC Direct Investing Inc.
## ORDER EXECUTION ONLY ACCOUNT

P.O. BOX 50 ROYAL BANK PLAZA
TORONTO, ON M5J 2W7

ADPRB10720_5016133_001-E:6403-06403
>MRS LORETTA NG
16 WILLOW TRAIL ROAD
MARKHAM ON L6E 1V2

### Confirmation Notice

**DATE**
JUNE 24, 2021

**ACCOUNT NO.**  **TYPE**
265-6802812    TFSA

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769-2560

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING SALE FOR YOUR ACCOUNT TRADED ON ONE OR MORE MARKETPLACES OR MARKETS. DETAILS AVAILABLE UPON REQUEST

**SETTLEMENT DATE**           **JUNE 28, 2021**

| TRANSACTION TYPE | | SOLD |
|---|---|---|
| Quantity | Security Description | Unit Price |
| 333 | METAMATERIAL INC COM UNSOLICITED AVG PRICE SHOWN-DETAILS ON REQ CA | @ 15.50C$ |

| | |
|---|---|
| GROSS AMOUNT | 5,161.50 |
| COMMISSION | 9.95 |
| SUB TOTAL | 5,151.55 C$ |
| NET AMOUNT | 5,151.55CR C$ |

**CLIENT NAME**                  >MRS LORETTA NG
**ACCOUNT NO.**                  265-6802812 - TFSA
**INVESTMENT REPRESENTATIVE**    ONLINE INVESTNG
**I.R. NO. 3TV**

REFERENCE W4303 / CUSIP CA59134F1018 / SECURITY NO. M064469 / ORDER NO. 394303 / INTERNAL CODES UN TL / 684 A

Member-CanadianInvestor Protection Fund. ®/™ Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.

ADPRB10720_5016133_001 - 00012805 - E:6403

 Direct Investing

# RBC Direct Investing Inc.
**ORDER EXECUTION ONLY ACCOUNT**

P.O. BOX 50 ROYAL BANK PLAZA
TORONTO, ON  M5J 2W7

ADPRB10720_8120633_001-E:3864-03864
>MRS LORETTA NG
62 MARKVIEW ROAD
STOUFFVILLE ON  L4A 4W3

## Confirmation Notice

**DATE**
NOVEMBER 2, 2022

**ACCOUNT NO.**   **TYPE**
265-6802812     TFSA

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769-2560

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT OVER THE COUNTER - U.S.A.

**SETTLEMENT DATE**            **NOVEMBER 4, 2022**
AS PRINCIPAL, WE CONVERTED AT         1.3845
TRANSACTION TYPE                 **BOUGHT**

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 3,477 | META MATLS INC COMMON STOCK UNSOLICITED DA | @ | 1.3392U$ |
| | EXCHANGE RATE  1.38450000 | | |

GROSS AMOUNT      4,656.39
COMMISSION          9.95
SUB TOTAL        4,666.34 U$
EXCHANGE         1,794.21
NET AMOUNT       6,460.55 C$

CLIENT NAME              >MRS LORETTA NG
ACCOUNT NO.              265-6802812 - TFSA
INVESTMENT REPRESENTATIVE   ONLINE INVESTNG
I.R. NO. 3YA

REFERENCE W5525  /  CUSIP US59134N1046  /  SECURITY NO. M067927  /  ORDER NO. 355525  /  INTERNAL CODES UN 65  /  684 A

Member-Canadian Investor Protection Fund. ®/ ™  Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.

ADPRB10720_8120633_001 - 00007727 - E:3864

 **Direct Investing**

# RBC Direct Investing Inc.
## ORDER EXECUTION ONLY ACCOUNT

P.O. BOX 50 ROYAL BANK PLAZA
TORONTO, ON M5J 2W7

ADPRB10720_5539959_001-E:3438-03438

>MRS LORETTA NG
62 MARKVIEW ROAD
STOUFFVILLE ON L4A 4W3

## Confirmation Notice

**DATE**
JULY 5, 2023

**ACCOUNT NO.**  **TYPE**
265-6802812    TFSA

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769-2560

---

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT OVER THE COUNTER - U.S.A.

**SETTLEMENT DATE**                              **JULY 7, 2023**
AS PRINCIPAL, WE CONVERTED AT                         1.3475
TRANSACTION TYPE                                  **BOUGHT**

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 9,500 | META MATLS INC | @ | .20U$ |
|  | COMMON STOCK |  |  |
|  | UNSOLICITED |  |  |
|  | AVG PRICE SHOWN-DETAILS ON REQ |  |  |
|  | DA |  |  |
|  | EXCHANGE RATE   1.34750000 |  |  |

| GROSS AMOUNT | 1,900.00 |
|---|---|
| COMMISSION | 9.95 |
| SUB TOTAL | 1,909.95 U$ |
| EXCHANGE | 663.71 |
| NET AMOUNT | 2,573.66 C$ |

CLIENT NAME                >MRS LORETTA NG
ACCOUNT NO.                265-6802812 - TFSA
INVESTMENT REPRESENTATIVE  ONLINE INVESTNG
I.R. NO. 3YA

REFERENCE W4269  /  CUSIP US59134N1046  /  SECURITY NO. M067927  /  ORDER NO. 344269  /  INTERNAL CODES UN 65  /  684 A

Member-Canadian Investor Protection Fund. ®/™  Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.