NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | | **PROOF OF INTEREST** |
|---|---|---|

Name of Debtor: Meta Materials

Case Number: 24-50792

**1. Name and address of holder of the Equity Interest** (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

Barbara J. Johnson
7406 Rooses dr
Indpls, In 46217

Telephone Number: 317 946 8493

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

☐ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

**NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.**

COURT USE ONLY

Account or other number by which Interest holder identifies Debtor:
256-160715-1

Check here if this claim:
☐ replaces a previously filed Proof of Interest dated: _____
☐ amends a previously filed Proof of Interest dated: _____

**2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:**
Charles Schwab
P.O. Box 2339
Omaha NE 68103
Telephone Number: 877-519-1403

**3. Date Equity Interest was acquired:**
Bought 7000 shares from 4-24-23 to 6-20-23
See attached forms
Sold 73 shares on 8-15-2024

**4. Total amount of member interest:** Bought 7000 Sold 73

**5. Certificate number(s):** _____

**6. Type of Equity Interest:**
Please indicate the type of Equity Interest you hold:
☒ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
☐ Check this box if your Equity Interest is based on anything else and describe that interest:
Description: Investor

**7. Supporting Documents:** Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**8. Date-Stamped Copy:** To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

**9. Signature:**
Check the appropriate box.
☐ I am the creditor.  ☐ I am the creditor's authorized agent. (Attach copy of power of attorney, if any.)  ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)  ☐ I am a guarantor, surety, endorser, or other codebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: Barbara J. Johnson
Title: _____
Company: __ Address and telephone number (if different from notice address above):

(Signature) Barbara Johnson   (Date) 11/21/24

Telephone number: 317-946-8493   email: donJohnson7406@comcast.net

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

I Bought shares 7000
dated from 4-24-23 to 6-20-2023

Meta Materials did a Reverse split 100-1 on Jan 29, 2024 leaving me with 73

Sold those on 8-16-23
lost - 2087.41

Barbara Johnson
317-442-4881



PO BOX 2577 - OMAHA NE 68103-2577
Please do not send deposits or correspondence to this address.

**TD AMERITRADE, INC.**
**PO BOX 2209**
**OMAHA NE 68103-2209**

BARBARA J JOHNSON ROTH IRA
TD AMERITRADE CLEARING, CUSTODIAN
7406 ROOSES DR
INDIANAPOLIS IN 46217-5489

## Confirmation Notice



| ACCOUNT NO. | OTHER INFO | TRANSACTION NUMBER | | CAP CODES | YOUR REPRESENTATIVE | | |
|---|---|---|---|---|---|---|---|
| 256-160715-1 | | 49599119856 | | A | TD AMERITRADE | | |
| **ACTIVITY** | **QUANTITY** | **CUSIP NUMBER** | **PRICE** | **PRINCIPAL AMOUNT** | | **MISC. FEES** | **REG FEES** |
| YOU BOUGHT | 1,000 | 59134N104 | .205 | 205.00 | | | 0.00 |
| **AS OF TRADE DATE** | **TRADE DATE** | **SETTLEMENT DATE** | | **INTEREST** | **COMMISSION/FEE** | **NET AMOUNT** | |
| | 04/24/2023 | 04/26/2023 | | | 0.00 | 205.00 | |
| **TRADE DESCRIPTION** | | | | **SYMBOL** | | | |
| META MATERIALS INC<br>COM | | | | MMAT | | | |
| THIS IS AN UNSOLICITED TRADE<br>FOR FURTHER INFORMATION REGARDING YOUR TRADE CONFIRMATION<br>PLEASE REFER TO THE TERMS AND CONDITIONS.<br>*CLBL - If the above security description includes a 'CLBL' notation, this transaction involves a debt security that is subject to call or redemption before maturity. The debt security may be called or redeemed in whole or in part before maturity which could affect its yield. Additional information is available upon request. | | | | | | | |

 **Ameritrade**

PO BOX 2577 - OMAHA NE 68103-2577
Please do not send deposits or correspondence to this address.

TD AMERITRADE, INC.
PO BOX 2209
OMAHA NE 68103-2209

BARBARA J JOHNSON ROTH IRA
TD AMERITRADE CLEARING, CUSTODIAN
7406 ROOSES DR
INDIANAPOLIS IN 46217-5489

## Confirmation Notice



| ACCOUNT NO. | OTHER INFO | TRANSACTION NUMBER | CAP CODES | YOUR REPRESENTATIVE | | |
|---|---|---|---|---|---|---|
| 256-160715-1 | | 49935213140 | A | TD AMERITRADE | | |
| ACTIVITY | QUANTITY | CUSIP NUMBER | PRICE | PRINCIPAL AMOUNT | MISC. FEES | REG FEES |
| YOU BOUGHT | 4,000 | 59134N104 | .2221 | 888.40 | | 0.00 |
| AS OF TRADE DATE | TRADE DATE | SETTLEMENT DATE | INTEREST | COMMISSION/FEE | | NET AMOUNT |
| | 05/08/2023 | 05/10/2023 | | 0.00 | | 888.40 |
| TRADE DESCRIPTION | | | SYMBOL | | | |

META MATERIALS INC                                    MMAT
COM

THIS IS AN UNSOLICITED TRADE
FOR FURTHER INFORMATION REGARDING YOUR TRADE CONFIRMATION
PLEASE REFER TO THE TERMS AND CONDITIONS.
*CLBL - If the above security description includes a 'CLBL' notation, this transaction involves a debt security that is subject to call or redemption before maturity. The debt security may be called or redeemed in whole or in part before maturity which could affect its yield. Additional information is available upon request.



PO BOX 2577 - OMAHA NE 68103-2577
Please do not send deposits or correspondence to this address.

TD AMERITRADE, INC.
PO BOX 2209
OMAHA NE 68103-2209

BARBARA J JOHNSON ROTH IRA
TD AMERITRADE CLEARING, CUSTODIAN
7406 ROOSES DR
INDIANAPOLIS IN 46217-5489

**Confirmation Notice**

| ACCOUNT NO. | OTHER INFO | TRANSACTION NUMBER | CAP CODES | YOUR REPRESENTATIVE | |
|---|---|---|---|---|---|
| 256-160715-1 | | 50828209414 | A | TD AMERITRADE | |
| **ACTIVITY** | **QUANTITY** | **CUSIP NUMBER** | **PRICE** | **PRINCIPAL AMOUNT** | **MISC. FEES** | **REG FEES** |
| YOU BOUGHT | 2,000 | 59134N104 | .2204 | 440.80 | | 0.00 |
| **AS OF TRADE DATE** | **TRADE DATE** | **SETTLEMENT DATE** | **INTEREST** | **COMMISSION/FEE** | **NET AMOUNT** | |
| | 06/20/2023 | 06/22/2023 | | 0.00 | 440.80 | |
| **TRADE DESCRIPTION** | | | **SYMBOL** | | | |

META MATERIALS INC                                     MMAT
COM

THIS IS AN UNSOLICITED TRADE
FOR FURTHER INFORMATION REGARDING YOUR TRADE CONFIRMATION
PLEASE REFER TO THE TERMS AND CONDITIONS.
*CLBL - If the above security description includes a 'CLBL' notation, this transaction involves a debt security
that is subject to call or redemption before maturity. The debt security may be called or redeemed in whole
or in part before maturity which could affect its yield. Additional information is available upon request.



**Roth Contributory IRA** of

BARBARA J JOHNSON
CHARLES SCHWAB & CO INC CUST
ROTH CONTRIBUTORY IRA

Statement Period
August 1-31, 2024

## Transaction Details (continued)

| Date | Category | Action | Symbol/CUSIP | Description | Quantity | Price/Rate per Share($) | Charges/Interest($) | Amount($) | Realized Gain/(Loss)($) |
|---|---|---|---|---|---|---|---|---|---|
| 08/16 | Sale | | MMAT | META MATLS INC | (73.0000) | 0.6000 | 0.01 | 43.79 | (2,087.41) (LT) |
| | | | | Exchange Processing Fee $0.01 | | | | | |
| | Interest | Bank Interest X,Z | | BANK INT 071624-081524 | | | | 0.53 | |
| 08/19 | Deposit | MoneyLink Txn | | Tfr JPMORGAN CHASE BAN, DANIEL R. JOHNSO | | | | 250.00 | |
| **Total Transactions** | | | | | | | | **$301.97** | **$(2,087.41)** |

Date column represents the Settlement/Process date for each transaction.

## Bank Sweep Activity

| Date | Description | Amount | Date | Description | Amount |
|---|---|---|---|---|---|
| 08/01 | **Beginning Balance** X,Z | $1,396.93 | 08/16 | BANK CREDIT FROM BROKERAGE X | 43.79 |
| 08/01 | BANK CREDIT FROM BROKERAGE X | 5.32 | 08/19 | BANK CREDIT FROM BROKERAGE X | 250.00 |
| 08/06 | BANK CREDIT FROM BROKERAGE X | 1.93 | 08/31 | **Ending Balance** X,Z | **$1,698.90** |
| 08/14 | BANK CREDIT FROM BROKERAGE X | 0.40 | 08/30 | **Interest Rate** *,Z | **0.45%** |
| 08/15 | BANK INTEREST - TD BANK USA NA X,Z | 0.53 | | | |

* Your interest period was 07/16/24 - 08/15/24.

## Pending / Open Activity

| Activity Type | Date | Action | Symbol/CUSIP | Description | Quantity | Market Price/Rate per Share($) | Limit Price($) | Settle/Payable Date | Expiration Date | Amount($) |
|---|---|---|---|---|---|---|---|---|---|---|
| Pending | 08/09 | Qual Div | BP | BP PLC    F | 10.1980 | 0.4800 | | 09/20 | | 4.90 |
| | 08/16 | Qual Div | MAR | MARRIOTT INTL INC | 1.0070 | 0.6300 | | 09/30 | | 0.63 |
| | 08/23 | Qual Div | HLT | HILTON WORLDWIDE HLD | 1.0030 | 0.1500 | | 09/27 | | 0.15 |
| **Total Pending Transactions** | | | | | | | | | | **$5.68** |
| Open Orders | 06/06 | Sell | GME | GAMESTOP CORP CLASS A | 50.0000 | 23.4200 | 79.5000 | | 11/08 | |

Pending transactions are not included in account value.

You can change or cancel any open order by calling us. Orders expire as of close of business on expiration date listed above.



### Individual Retirement Account of

BARBARA J JOHNSON
CHARLES SCHWAB & CO INC CUST
ROTH CONTRIBUTORY IRA

Account Number
5277-5584

Trade Confirmation
August 15, 2024

| Total Trades | Total Purchases | Total Sales | Net Charges and/or Interest | Net Amount |
|---|---|---|---|---|
| 1 | $0.00 | $43.80 | $0.01 | $43.79 |

| Settle Date | Action | Symbol/CUSIP | Description | Quantity | Price($) | Principal($) | Exchange Processing Fee | Amount($) | Disclosure |
|---|---|---|---|---|---|---|---|---|---|
| 08/16 | Sale | MMAT 59134N302 | META MATLS INC | 73 | 0.60 | 43.80 | 0.01 | 43.79 | A5, F2, A1, C2 |

### Disclosures

A5  Exch Process Fee: This fee offsets costs incurred by Schwab for the exchange of securities - including those relating to assessments on broker-dealers by an exchange or other SRO - for equity, option, or other covered security sell transactions and option security buy transactions.

A1  Schwab acted as your agent.

C2  The cost basis method requested was FIFO. Please view the cost Basis Disclosure Statement for additional information on cost basis method choices and how Schwab reports adjusted cost basis information to the IRS.

F2  Payment Type: Cash.

See "Disclosures" section for an explanation of the disclosure codes and symbols on this document.



**Individual Retirement Account** of

BARBARA J JOHNSON
CHARLES SCHWAB & CO INC CUST
ROTH CONTRIBUTORY IRA

Account Number
5277-5584

Trade Confirmation
August 15, 2024

## Terms & Conditions

It is agreed between Charles Schwab & Co., Inc. ("Schwab") and the customer: **(1)** If you find any errors or omissions on this trade confirmation, please call Schwab immediately using any of the appropriate phone numbers listed above. To protect your rights, you must also notify us in writing. You should notify us immediately upon discovery of the error, but in any event no later than 10 days after you receive the confirmation. This confirmation will be deemed conclusive after 10 days. Schwab will not be liable for any losses that occur because of your failure to promptly notify us of an error. **(2)** All transactions are subject to the rules, regulations, requirements and customs of the Federal Reserve Board, the exchange or market (and its clearing agency, if any) where executed, any association whose rules and regulations govern transactions in said market, and your account agreement(s) with Schwab. We will furnish, upon written request, the date and time when this transaction took place and the name of the other party to the transaction. Federal regulations require that all brokerage firms report sales transactions to the IRS unless the order was placed through an IRA, corporate or trustee account. **(3)** Securities purchased by you or held by us may be hypothecated and/or commingled with securities carried for other customers. **(4)** Payment for all purchases or delivery of securities sold is due promptly and in any event no later than the settlement date. We reserve the right to liquidate securities or otherwise cover a position without notice at any time, including prior to settlement date, when in our judgment the value of the collateral is in jeopardy or the account poses a risk to the firm. You will be held responsible for any resulting loss. **(5)** Mutual Fund Transaction Fees shown on this confirmation, if applicable, are charged by Schwab. You can choose to buy the shares directly from the fund itself or its principal underwriter or distributor without paying Schwab's transaction fee. Please consult the prospectus for information about any other fees which a fund might charge. **(6)** Call features, in addition to any identified on the face hereof, may exist for certain common stocks, preferred stocks and bonds that could affect yield. For additional information or questions, contact Schwab using any of the appropriate numbers listed above. Securities held for you at Schwab or at a central clearing facility, but not registered in your name, are commingled with identical securities held for other customers. In the event securities so held are called by the issuer, the securities to be called will be determined by an impartial and random selection system. Should your security be so selected, it will be presented for redemption and your account credited with the proceeds. Clients have the right to withdraw uncalled, fully paid securities at any time prior to a partial call, and also to withdraw excess margin securities not subject to restrictions. **(7)** Schwab received remuneration from the broker-dealer or market center through which the transaction was executed. The nature and source of which such remuneration may vary and will be disclosed to you upon written request. **(8)** If the security described on the front of this confirmation was issued by The Charles Schwab Corporation ("CSC") or an entity controlled by CSC, we are required to disclose that (a) Schwab is controlled by CSC or (b) Schwab and the issuer are under the common control of CSC. **(9)** Additional Load Fund Breakpoint Information: You may be eligible for breakpoint discounts based on the size of your purchase, current holdings or future purchases. The sales charge you paid may differ slightly from the prospectus disclosed rate due to rounding calculations. Please refer to the prospectus or Statement of Additional Information. If you need additional assistance please contact your Schwab investment professional or financial advisor. **(10)** Transaction Fee - includes fees charged for purchases and sales of certain mutual fund shares, and/or fees charged for certain fixed income securities transactions. **(11)** To obtain electronic copies of notices, offering documents, and documents incorporated by reference pertaining to Government Sponsored Enterprises ("GSE") and Federal Agency securities, visit the following web sites: Federal Farm Credit Bank (FFCB): http://www.farmcredit-ffcb.com ; Federal Home Loan Bank (FHLB): http://www.fhlb-of.com ; Federal Home Loan Mortgage Corporation (FHLMC): For debt securities: http://www.freddiemac.com/debt , for mortgage securities: http://www.freddiemac.com/mbs ; Federal National Mortgage Association (FNMA): http://www.fanniemae.com ; Government National Mortgage Association (GNMA): http://www.ginniemae.gov. **(12)** To request a paper copy of an offering document, official statement, or final prospectus, call 888-835-8846. **(13)** For asset-backed securities, which represent an interest in or are secured by a pool of receivables or other financial assets subject continuously to prepayment, the actual yield may vary according to the rate at which the underlying receivables or other financial assets are prepaid. Information concerning the factors that affect yield (including at a minimum estimated yield, weighted average life and the prepayment assumptions underlying yield) will be furnished upon request. **(14)** If this transaction involves a zero-coupon security, no periodic interest payments will be made and, if the security is callable, it may be called below maturity value and if callable and available in bearer form it may be called without notice by mail to the holder, unless registered. (0122-11MT)

**Manage Your Account**

If you have questions about this report, please contact Schwab at 1-800-435-4000.

BARBARA J JOHNSON
CHARLES SCHWAB & CO INC CUST
ROTH CONTRIBUTORY IRA
7406 ROOSES DR
INDIANAPOLIS IN 46217-5489

08/15-00000-DC62A091 *

Charles Schwab & Co., Inc., 211 Main Street, San Francisco, CA 94105. Telephone: 1-800-435-4000.    www.schwab.com
©2024 Charles Schwab & Co., Inc. All rights reserved. Member SIPC. Custodial and brokerage services provided by Charles Schwab & Co., Inc. CSA 04726 (0314-0082)