NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | | PROOF OF INTEREST |
|---|---|---|
| Name of Debtor: Meta Materials, Inc | Case Number: 24-50792-hlb | |

**1. Name and address of holder of the Equity Interest** (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

Dorothy DeMay
(permanent address)
3347 Halter Dr.
Las Vegas, NV 89122

(temporary mailing address)
12145 Gilmore Pt.
Plainwell, MI 49080

Telephone Number
(702) 682-9781

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

☑ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

**COURT USE ONLY**

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

Account or other number by which Interest holder identifies Debtor:
Z05954973

Check here if this claim:
☐ replaces a previously filed Proof of Interest dated: _____
☐ amends a previously filed Proof of Interest dated: _____

**2.** Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:
Fidelity Investments, 245 Summer St, Boston, MA 02210
Telephone Number (617) 563-7000

**3.** Date Equity Interest was acquired:
Documents attached

**4.** Total amount of member interest: 1

**5.** Certificate number(s): _____

**6. Type of Equity Interest:**
Please indicate the type of Equity Interest you hold:
☑ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
☐ Check this box if your Equity Interest is based on anything else and describe that interest:
Description: _____

**7. Supporting Documents**: Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**8. Date-Stamped Copy:** To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

**9. Signature:**
Check the appropriate box.
☑ I am the creditor.  ☐ I am the creditor's authorized agent. (Attach copy of power of attorney, if any.)  ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)  ☐ I am a guarantor, surety, endorser, or other codebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: Dorothy DeMay
Title: Ms
Company:___ Address and telephone number (if different from notice address above) (temporary address)
12145 Gilmore Pt.
Plainwell, MI 49080

(Signature) Dotty DeMay   11/23/2024 (Date)

Telephone number: (702) 682-9781   email: dorothyjdemray@gmail.com

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*



# Holdings

Account # Z05-954973
DOROTHY DEMAY - INDIVIDUAL - TOD

## Core Account

| Description | Beginning Market Value Oct 1, 2024 | Quantity Oct 31, 2024 | Price Per Unit Oct 31, 2024 | Ending Market Value Oct 31, 2024 | Total Cost Basis | Unrealized Gain/Loss Oct 31, 2024 | EAI ($) / EY (%) |
|---|---|---|---|---|---|---|---|
| ▓▓▓▓▓▓▓▓ | ▓▓▓▓ | ▓▓▓ | ▓▓▓▓ | ▓▓▓ | not applicable | not applicable | ▓▓ |
| — 7-day yield: 4.47% | | | | | | | |
| Total Core Account (2% of account holdings) | ▓▓▓ | | | $0.23 | | | ▓▓ |

## Stocks

| Description | Beginning Market Value Oct 1, 2024 | Quantity Oct 31, 2024 | Price Per Unit Oct 31, 2024 | Ending Market Value Oct 31, 2024 | Total Cost Basis | Unrealized Gain/Loss Oct 31, 2024 | EAI ($) / EY (%) |
|---|---|---|---|---|---|---|---|
| **Common Stock** | | | | | | | |
| ▓▓▓▓▓▓▓▓▓▓▓▓▓ | ▓▓▓ | ▓▓▓ | ▓▓▓ | ▓▓▓ | ▓▓▓ | ▓▓▓ | — |
| **META MATERIALS INC COM NEW** ISIN #US59134N3026 SEDOL #BQ67J98 (MMATQ) | 0.37 | 1.000 | 0.0710 | 0.07 | 196.50 | -196.43 | — |

be negative on short
return of principal
to the

Individual Cash Account TOD Z05954973    Shares of MMAT

| Acquired | Term | $ Total Gain/Loss | % Total Gain/Loss | Current Value | Quantity | Average Cost Basis | Cost Basis Total | Purchased Quantity | Purchased Cost Basis |
|---|---|---|---|---|---|---|---|---|---|
| Jan-24-2024 | Short | -$2.38 | -98.98% | $0.02 | 0.4 | $6.00 | $2.40 | 40 | $0.06 |
| Dec-29-2021 | Long | -$49.59 | -99.98% | $0.01 | 0.2 | $248.00 | $49.60 | 20 | $2.48 |
| Dec-15-2021 | Long | -$55.99 | -99.98% | $0.01 | 0.2 | $280.00 | $56.00 | 20 | $2.80 |
| Oct-27-2021 | Long | -$43.99 | -99.99% | $0.01 | 0.1 | $440.00 | $44.00 | 10 | $4.40 |
| Oct-26-2021 | Long | -$44.49 | -99.99% | $0.01 | 0.1 | $445.00 | $44.50 | 10 | $4.45 |

Current Nov-21-2024        Total share= 1        Loss $196.50        Cost Basis= 196.50/share        Current Value= $0.06

All MMAT shares were purchased before the 1:100 Reverse Stock Split