NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | PROOF OF INTEREST |
|---|---|

**Name of Debtor:** META MATERIAL  
**Case Number:** 24-50792

**1. Name and address of holder of the Equity Interest** (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

MISAEL CABRERA  
11485 SW 49 TERRACE  
MIAMI FL 33165

Telephone Number: 305 322 0850

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

☐ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

COURT USE ONLY

**Account or other number by which Interest holder identifies Debtor:** 040330379

Check here if this claim:
☐ replaces a previously filed Proof of Interest dated: _____
☐ amends a previously filed Proof of Interest dated: _____

**2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:**

ROBIN HOOD

Telephone Number: 1650 761 7789

**3. Date Equity Interest was acquired:**
04-25-23 (1030 SHARES) 07-27 (4)
04-26-23 (1055 SHARES) 08-07 (30)
04-27-23 529 SHARES 08-29 1958
04-28-23 2602 SHARES 10-16 10000
05-03-23 114 " " 10-19 (1200)
06-22-23 (491 " ") 10-20 (6650)
06-23-23 (525 " ") 11-21 (2150)
06-27-23 1139 " "
07-11-23 587 " "
07-__-23 8 " "

TOTA 40100 SHARES

**4. Total amount of member interest:** 200 POST SPLIT 40100 BEFORE SPLIT

**5. Certificate number(s):**

**6. Type of Equity Interest:**
Please indicate the type of Equity Interest you hold:
☑ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
☐ Check this box if your Equity Interest is based on anything else and describe that interest:
Description: INVESTOR

**7. Supporting Documents:** Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**8. Date-Stamped Copy:** To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

**9. Signature:**
Check the appropriate box.
☑ I am the creditor.   ☐ I am the creditor's authorized agent. (Attach copy of power of attorney, if any.)   ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)   ☐ I am a guarantor, surety, endorser, or other codebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: MISAEL CABRERA  
Title:  
Company: _____ Address and telephone number (if different from notice address above):

(Signature)    (Date) 11/21/24

Telephone number: 305 322 0850  email: MISAELCABRERA@ YMAIL.COM

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

[ Print Form ]    [ Save Form ]    [ Clear Form ]

# Meta Materials
# $0.061

+$0.00 (+0.00%) Today
+$0.00 (+0.00%) After-hours


Advanced

1D    1W    1M    3M    YTD    1Y    5Y    MAX



Your market value
## $12.20

Today's return                    $0.00 (0.00%)

Total return                    -$2,892.23 (-99.58%)

Your average cost
## $14.52

Shares                    200

Portfolio diversity                    1.95%

40100 SHARES
BEFORE STOCK
SPLIT

200

TOTAL LOSS

**Buy MMATQ   Sell MMATQ**

You can close out your position in this stock, but you cannot purchase additional shares.

# Stock Lending

**Enroll in Stock Lending Program**

$1.93 buying power available

Individual ⇕

You're currently not taking advantage of an income opportunity. You could change that today.

✓ Add to Lists

## About    ⓘ Filed for bankruptcy

Meta Materials, Inc. engages in the manufacture and development of functional materials. It also provides nano-optic metamaterial technology for anti-counterfeiting security features. **Show more**

| CEO | Employees | Headquarters | Founded |
|---|---|---|---|
| Uzi Sasson, CPA | 103 | Dartmouth, Nova Scotia | 2007 |

## Key statistics

| Market cap | Price-Earnings ratio | Dividend yield | Average volume |
|---|---|---|---|
| 415.24K | — | — | 4.15K |

| High today | Low today | Open price | Volume |
|---|---|---|---|
| $0.061 | $0.061 | $0.061 | 861.00 |

| 52 Week high | 52 Week low | | |
|---|---|---|---|
| $6.00 | $0.061 | | |

## Shareholder Q&As

Powered by Say

| MAR 02 | Q4 & FY 2021 Earnings Call | > |
|---|---|---|

7 questions answered

## History

**Meta Materials Reverse Split**                                    1:100 Split
Jan 29

## People also own

Based on the portfolios of people who own MMATQ. This list is generated using Robinhood data, and it's not a recommendation.

| SNDL | Zomedica | Cenntro Inc. | AMC Entertainment |
|---|---|---|---|
| $1.96 | $0.1331 | $1.24 | $4.47 |
| 0.00% | +1.45% | 0.00% | +0.68% |

All investments involve risks, including the loss of principal. Securities trading offered through Robinhood Financial LLC, Member SIPC and a registered broker-dealer. **Full disclosure**

Options are risky and aren't suitable for all investors. To learn more about risks, read the **Options Disclosure Document.**

# Robinhood 🖉

85 Willow Rd, Menlo Park, CA 94025
help@robinhood.com

11/21/2023
**MISAEL CABRERA** Account #:640330379
11458 SW 49th Terrace, Miami, FL 33165

## Transaction Confirmation

Thank you for letting Robinhood Securities, LLC ("RHS") serve you through Robinhood Financial, LLC ("RHF").

1. Amounts due for securities transactions must be received on or before the settlement date shown.

2. All orders are received and executed subject to the applicable rules, regulations and customs of the SEC, FINRA, and the exchange or market where the order is entered, the provisions of the Securities Exchange Act of 1934.

3. Failure of customer to notify RHS in writing within five days of the receipt of this document of any concerns constitutes an acceptance of the transaction.

4. For purchase transactions in a margin account, it is agreed that sufficient cash or acceptable collateral will be deposited on or before the settlement date, or at such earlier time that payment may be demanded to satisfy applicable margin requirements.

5. Securities purchased and securities pledged as margin are or may be hypothecated for the sum due thereon or for a greater sum, under circumstances which permit commingling thereof with securities of other customers, all without further notice to the customer.

6. If shares loaned for a short sale are no longer available, RHS reserves the right to decide, by random selection, which positions will be subject to a buy-in.

7. Upon written request and where available, further details of items herein will be provided including: the execution date and time, the counterparty when acting as agent, the detailed breakdown of transaction fees (including regulatory trading fees) and the remuneration details, if any, to RHS, or RHF for directing orders to select market participants and details of provisions that may cause a call or prepayment.

8. All transactions on this confirmation are presumed to be unsolicited unless noted otherwise.

9. Any Good Till Canceled (GTC) orders may expire or be terminated by RHS or RHF in their ordinary course of business after the order has remained open for a reasonable period of time. Please contact RHF for more specific details. Until such expiration or cancellation, or cancellation by the customer, all open orders are considered good. When entering a substitute order, the responsibility for cancelling the original order rests upon the customer. Therefore, if a customer fails to cancel an existing order, transactions resulting from the execution of both the original and new order(s) will be entered into the customer's account.

10. The responsibility to cancel an open order resides with the customer. Any transactions which result from the execution of any order which the customer has not instructed RHF/RHS to cancel will be entered into the customer's account.

11. The default Cost Basis Election or tax relief method used by RHS for tax preparing is First-In-First-Out (FIFO) for Equities. Please contact RHF if you wish to change the default tax-relief method for your account or specify different tax lots for liquidation.

12. Backup Withholding - if you have not provided us with your correct social security number/tax id number, under federal law, you may be subject to a $50 penalty as well as backup withholding on certain payments.

13. RHS receives remuneration for directing orders to particular broker-dealers or market centers for execution. Such remuneration is considered compensation to the firm. The source and nature in connection with your transactions are available upon written request. RHF, when clearing through RHS, may share in such payments or may directly receive payment for order flow for certain transactions. Details are available upon written request.

14. If you request the sale of a non-marketable or worthless security, RHF will be the buyer to the transaction in the event a market cannot be located. In such a sale, you are deeming the security worthless and RHF thereby makes no representation regarding the present or future value of these securities. The transaction is irreversible and you will have no further claim to the securities and no claim against RHF for any losses related to the sale.

15. RHF receives payment from a third-party for services rendered in distributing new securities offerings.

16. To access the prospectus, please visit the Securities and Exchange Commission's EDGAR database and enter the company's name or ticker symbol.

17. If the transaction involves a debt security that is subject to redemption before maturity, including exchange traded notes, the security may be redeemed in whole or in part before maturity and a redemption could affect the yield represented. Additional information is available upon request. If the transaction involves a callable equity security, you may request additional information regarding the security.

Accounts carried by Robinhood Securities, LLC Member FINRA & SIPC - help@robinhood.com Tax ID 38-4019216

---

**MKT = Market in which transaction was Executed/Cleared**
NYSE - New York Stock Exchange
NYSEA - NYSE Alternext
USE - Other US Exchange
MF - Mutual Funds
OP - Options .
OTC - Over-the-Counter/NASDAQ
UND - Underwriting
FOREX - Foreign Exchange
OTH - Other

**Buy/Sell Codes**
B = Buy or Buy To Open
S = Sell or Sell To Close
BCXL = Cancel Buy
SCXL = Cancel Sell
BTC = Buy To Close
STO = Sell To Open
BTCX = Buy To Close Cancel
STOX = Sell to Open Cancel

**Account Types**
C = Cash
M = Margin
N = Non-negotiable
S = Short

**U/S: Solicitation**
U = Unsolicited
S = Solicited

**CAP = Capacity in which the firm acted:**
1 - 2,4 - 5,8 - As AGENT
3 - As PRINCIPAL or RISKLESS PRINCIPAL; your broker has bought from you or sold to you and you may have received a profit or loss on the transaction; any difference in price between a transaction with you and any prior offsetting contemporaneous transaction will be disclosed
6 - As AGENT for both buyer and seller.

# Robinhood 🖉

85 Willow Rd, Menlo Park, CA 94025
help@robinhood.com

11/21/2023
**MISAEL CABRERA** Account #:640330379
11458 SW 49th Terrace, Miami, FL 33165

| Equities/Options | B/S | Trade Date | Settle Date | Acct Type | Price | QTY | Principal | Comm | Tran Fee | Net Amount | MKT | CAP | U/S |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Meta Materials<br>MMAT CUSIP: 59134N104 | B | 11/21/2023 | 11/24/2023 | M | $0.0934 | 400 | $37.36 | $0.00 | $0.00 | $37.36 | OTC | 1 | U |
| Meta Materials<br>MMAT CUSIP: 59134N104 | B | 11/21/2023 | 11/24/2023 | M | $0.0914 | 30 | $2.74 | $0.00 | $0.00 | $2.74 | OTC | 1 | U |
| Meta Materials<br>MMAT CUSIP: 59134N104 | B | 11/21/2023 | 11/24/2023 | M | $0.0868 | 1,000 | $86.80 | $0.00 | $0.00 | $86.80 | OTC | 1 | U |
| Meta Materials<br>MMAT CUSIP: 59134N104 | B | 11/21/2023 | 11/24/2023 | M | $0.0866 | 100 | $8.66 | $0.00 | $0.00 | $8.66 | OTC | 1 | U |
| Meta Materials<br>MMAT CUSIP: 59134N104 | B | 11/21/2023 | 11/24/2023 | M | $0.0874 | 20 | $1.75 | $0.00 | $0.00 | $1.75 | OTC | 1 | U |
| Meta Materials<br>MMAT CUSIP: 59134N104 | B | 11/21/2023 | 11/24/2023 | M | $0.0878 | 30 | $2.63 | $0.00 | $0.00 | $2.63 | OTC | 1 | U |
| Genius Group<br>GNS CUSIP: Y3005A109 | B | 11/21/2023 | 11/24/2023 | M | $0.6400 | 2 | $1.28 | $0.00 | $0.00 | $1.28 | OTC | 1 | U |
| Meta Materials<br>MMAT CUSIP: 59134N104 | B | 11/21/2023 | 11/24/2023 | M | $0.0868 | 70 | $6.08 | $0.00 | $0.00 | $6.08 | OTC | 1 | U |
| Meta Materials<br>MMAT CUSIP: 59134N104 | B | 11/21/2023 | 11/24/2023 | M | $0.0868 | 500 | $43.40 | $0.00 | $0.00 | $43.40 | OTC | 1 | U |

**Total Quantity Bought:** 2,152          **Total Dollars Bought:** $190.70

**Total Quantity Sold:** 0          **Total Dollars Sold:** $0.00



**Robinhood**

85 Willow Rd, Menlo Park, CA 94025
help@robinhood.com

10/19/2023
**MISAEL CABRERA** Account #:640330379
11458 SW 49th Terrace, Miami, FL 33165

## Transaction Confirmation

Thank you for letting Robinhood Securities, LLC ("RHS") serve you through Robinhood Financial, LLC ("RHF").

1. Amounts due for securities transactions must be received on or before the settlement date shown.

2. All orders are received and executed subject to the applicable rules, regulations and customs of the SEC, FINRA, and the exchange or market where the order is entered, the provisions of the Securities Exchange Act of 1934.

3. Failure of customer to notify RHS in writing within five days of the receipt of this document of any concerns constitutes an acceptance of the transaction.

4. For purchase transactions in a margin account, it is agreed that sufficient cash or acceptable collateral will be deposited on or before the settlement date, or at such earlier time that payment may be demanded to satisfy applicable margin requirements.

5. Securities purchased and securities pledged as margin are or may be hypothecated for the sum due thereon or for a greater sum, under circumstances which permit commingling thereof with securities of other customers, all without further notice to the customer.

6. If shares loaned for a short sale are no longer available, RHS reserves the right to decide, by random selection, which positions will be subject to a buy-in.

7. Upon written request and where available, further details of items herein will be provided including: the execution date and time, the counterparty when acting as agent, the detailed breakdown of transaction fees (including regulatory trading fees) and the remuneration details, if any, to RHS, or RHF for directing orders to select market participants and details of provisions that may cause a call or prepayment.

8. All transactions on this confirmation are presumed to be unsolicited unless noted otherwise.

9. Any Good Till Canceled (GTC) orders may expire or be terminated by RHS or RHF in their ordinary course of business after the order has remained open for a reasonable period of time. Please contact RHF for more specific details. Until such expiration or cancellation, or cancellation by the customer, all open orders are considered good. When entering a substitute order, the responsibility for cancelling the original order rests upon the customer. Therefore, if a customer fails to cancel an existing order, transactions resulting from the execution of both the original and new order(s) will be entered into the customer's account.

10. The responsibility to cancel an open order resides with the customer. Any transactions which result from the execution of any order which the customer has not instructed RHF/RHS to cancel will be entered into the customer's account.

11. The default Cost Basis Election or tax relief method used by RHS for tax preparing is First-In-First-Out (FIFO) for Equities. Please contact RHF if you wish to change the default tax-relief method for your account or specify different tax lots for liquidation.

12. Backup Withholding – if you have not provided us with your correct social security number/tax id number, under federal law, you may be subject to a $50 penalty as well as backup withholding on certain payments.

13. RHS receives remuneration for directing orders to particular broker-dealers or market centers for execution. Such remuneration is considered compensation to the firm. The source and nature in connection with your transactions are available upon written request. RHF, when clearing through RHS, may share in such payments or may directly receive payment for order flow for certain transactions. Details are available upon written request.

14. If you request the sale of a non-marketable or worthless security, RHF will be the buyer to the transaction in the event a market cannot be located. In such a sale, you are deeming the security worthless and RHF thereby makes no representation regarding the present or future value of these securities. The transaction is irreversible and you will have no further claim to the securities and no claim against RHF for any losses related to the sale.

15. RHF receives payment from a third-party for services rendered in distributing new securities offerings.

16. To access the prospectus, please visit the Securities and Exchange Commission's EDGAR database and enter the company's name or ticker symbol.

Accounts carried by Robinhood Securities, LLC Member FINRA & SIPC – help@robinhood.com Tax ID 38-4019216

---

**MKT = Market in which transaction was Executed/Cleared**
NYSE – New York Stock Exchange
NYSEA – NYSE Alternext
USE – Other US Exchange
MF – Mutual Funds
OP – Options
OTC – Over-the-Counter/NASDAQ
UND – Underwriting
FOREX – Foreign Exchange
OTH – Other

**Buy/Sell Codes**
B = Buy or Buy To Open
S = Sell or Sell To Close
BCXL = Cancel Buy
SCXL = Cancel Sell
BTC = Buy To Close
STO = Sell To Open
BTCX = Buy To Close Cancel
STOX = Sell to Open Cancel

**Account Types**
C = Cash
M = Margin
N = Non-negotiable
S = Short

**U/S: Solicitation**
U = Unsolicited
S = Solicited

**CAP = Capacity in which the firm acted:**
1 – 2, 4 – 5, 8 – As AGENT
3 – As PRINCIPAL or RISKLESS PRINCIPAL; your broker has bought from you or sold to you and may have received a profit or loss on the transaction; any difference in price between a transaction with you and any prior offsetting contemporaneous transaction will be disclosed
6 – As AGENT for both buyer and seller

# Robinhood 🪶

85 Willow Rd, Menlo Park, CA 94025
help@robinhood.com

10/19/2023
**MISAEL CABRERA** Account #:640330379
11458 SW 49th Terrace, Miami, FL 33165

| Equities/Options | B/S | Trade Date | Settle Date | Acct Type | Price | QTY | Principal | Comm | Tran Fee | Net Amount | MKT | CAP | U/S |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Meta Materials MMAT CUSIP: 59134N104 | B | 10/19/2023 | 10/23/2023 | M | $0.1814 | 3,098 | $561.98 | $0.00 | $0.00 | $561.98 | OTC | 1 | U |
| Meta Materials MMAT CUSIP: 59134N104 | B | 10/19/2023 | 10/23/2023 | M | $0.1830 | 1,578 | $288.77 | $0.00 | $0.00 | $288.77 | OTC | 1 | U |
| Meta Materials MMAT CUSIP: 59134N104 | B | 10/19/2023 | 10/23/2023 | M | $0.1878 | 1,500 | $281.70 | $0.00 | $0.00 | $281.70 | OTC | 1 | U |
| Meta Materials MMAT CUSIP: 59134N104 | B | 10/19/2023 | 10/23/2023 | M | $0.1880 | 3,824 | $718.91 | $0.00 | $0.00 | $718.91 | OTC | 1 | U |
| Meta Materials MMAT CUSIP: 59134N104 | B | 10/19/2023 | 10/23/2023 | M | $0.1895 | 1,000 | $189.50 | $0.00 | $0.00 | $189.50 | OTC | 1 | U |
| Meta Materials MMAT CUSIP: 59134N104 | B | 10/19/2023 | 10/23/2023 | M | $0.1900 | 200 | $38.00 | $0.00 | $0.00 | $38.00 | OTC | 1 | U |
| Genius Group GNS CUSIP: Y3005A109 | B | 10/19/2023 | 10/23/2023 | M | $0.8448 | 19 | $16.05 | $0.00 | $0.00 | $16.05 | OTC | 1 | U |
| Genius Group GNS CUSIP: Y3005A109 | B | 10/19/2023 | 10/23/2023 | M | $0.8448 | 4 | $3.38 | $0.00 | $0.00 | $3.38 | OTC | 1 | U |

**Total Quantity Bought:** 11,223

**Total Quantity Sold:**

**Total Dollars Bought:** $2,098.29

**Total Dollars Sold:** $0.00

# Robinhood

85 Willow Rd, Menlo Park, CA 94025
help@robinhood.com

10/20/2023
**MISAEL CABRERA** Account #:640330379
11458 SW 49th Terrace, Miami, FL 33165

## Transaction Confirmation

Thank you for letting Robinhood Securities, LLC ("RHS") serve you through Robinhood Financial, LLC ("RHF").

1. Amounts due for securities transactions must be received on or before the settlement date shown.

2. All orders are received and executed subject to the applicable rules, regulations and customs of the SEC, FINRA, and the exchange or market where the order is entered, the provisions of the Securities Exchange Act of 1934.

3. Failure of customer to notify RHS in writing within five days of the receipt of this document of any concerns constitutes an acceptance of the transaction.

4. For purchase transactions in a margin account, it is agreed that sufficient cash or acceptable collateral will be deposited on or before the settlement date, or at such earlier time that payment may be demanded to satisfy applicable margin requirements.

5. Securities purchased and securities pledged as margin are or may be hypothecated for the sum due thereon or for a greater sum, under circumstances which permit commingling thereof with securities of other customers, all without further notice to the customer.

6. If shares loaned for a short sale are no longer available, RHS reserves the right to decide, by random selection, which positions will be subject to a buy-in.

7. Upon written request and where available, further details of items herein will be provided including: the execution date and time, the counterparty when acting as agent, the detailed breakdown of transaction fees (including regulatory trading fees) and the remuneration details, if any, to RHS, or RHF for directing orders to select market participants and details of provisions that may cause a call or prepayment.

8. All transactions on this confirmation are presumed to be unsolicited unless noted otherwise.

9. Any Good Till Canceled (GTC) orders may expire or be terminated by RHS or RHF in their ordinary course of business after the order has remained open for a reasonable period of time. Please contact RHF for more specific details. Until such expiration or cancellation, or cancellation by the customer, all open orders are considered good. When entering a substitute order, the responsibility for cancelling the original order rests upon the customer. Therefore, if a customer fails to cancel an existing order, transactions resulting from the execution of both the original and new order(s) will be entered into the customer's account.

10. The responsibility to cancel an open order resides with the customer. Any transactions which result from the execution of any order which the customer has not instructed RHF/RHS to cancel will be entered into the customer's account.

11. The default Cost Basis Election or tax relief method used by RHS for tax preparing is First-In-First-Out (FIFO) for Equities. Please contact RHF if you wish to change the default tax-relief method for your account or specify different tax lots for liquidation.

12. Backup Withholding - if you have not provided us with your correct social security number/tax id number, under federal law, you may be subject to a $50 penalty as well as backup withholding on certain payments.

13. RHS receives remuneration for directing orders to particular broker-dealers or market centers for execution. Such remuneration is considered compensation to the firm. The source and nature in connection with your transactions are available upon written request. RHF, when clearing through RHS, may share in such payments or may directly receive payment for order flow for certain transactions. Details are available upon written request.

14. If you request the sale of a non-marketable or worthless security, RHF will be the buyer to the transaction in the event a market cannot be located. In such a sale, you are deeming the security worthless and RHF thereby makes no representation regarding the present or future value of these securities. The transaction is irreversible and you will have no further claim to the securities and no claim against RHF for any losses related to the sale.

15. RHF receives payment from a third-party for services rendered in distributing new securities offerings.

16. To access the prospectus, please visit the Securities and Exchange Commission's EDGAR database and enter the company's name or ticker symbol.

Accounts carried by Robinhood Securities, LLC Member FINRA & SIPC - help@robinhood.com Tax ID 38-4019216

| MKT = Market in which transaction was Executed/Cleared | Buy/Sell Codes | Account Types | U/S: Solicitation | CAP = Capacity in which the firm acted: |
|---|---|---|---|---|
| NYSE - New York Stock Exchange | B = Buy or Buy To Open | C = Cash | U = Unsolicited | 1 – 2,4 – 5,8 - As AGENT |
| NYSEA - NYSE Alternext | S = Sell or Sell To Close | M = Margin | S = Solicited | 3 - As PRINCIPAL or RISKLESS PRINCIPAL; your broker has bought from you |
| USE - Other US Exchange | BCXL = Cancel Buy | N = Non-negotiable | | or sold to you and may have received a profit or loss on the transaction; any |
| MF - Mutual Funds | SCXL = Cancel Sell | S = Short | | difference in price between a transaction with you and any prior offsetting |
| OP - Options | BTC = Buy To Close | | | contemporaneous transaction will be disclosed |
| OTC - Over-the-Counter/NASDAQ | STO = Sell To Open | | | 6 - As AGENT for both buyer and seller |
| UND - Underwriting | BTCX = Buy To Close Cancel | | | |
| FOREX - Foreign Exchange | STOX = Sell to Open Cancel | | | |
| OTH - Other | | | | |

# Robinhood 🖋

85 Willow Rd, Menlo Park, CA 94025
help@robinhood.com

10/20/2023
**MISAEL CABRERA** Account #:640330379
11458 SW 49th Terrace, Miami, FL 33165

| Equities/Options | B/S | Trade Date | Settle Date | Acct Type | Price | QTY | Principal | Comm | Tran Fee | Net Amount | MKT | CAP | U/S |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| micromobility.com<br>MCOM CUSIP: 42309B402 | B | 10/20/2023 | 10/24/2023 | M | $0.0390 | 5 | $0.20 | $0.00 | $0.00 | $0.20 | OTC | 1 | U |
| Meta Materials<br>MMAT CUSIP: 59134N104 | B | 10/20/2023 | 10/24/2023 | M | $0.1500 | 6,000 | $900.00 | $0.00 | $0.00 | $900.00 | OTC | 1 | U |
| Meta Materials<br>MMAT CUSIP: 59134N104 | B | 10/20/2023 | 10/24/2023 | M | $0.1500 | 500 | $75.00 | $0.00 | $0.00 | $75.00 | OTC | 1 | U |
| Meta Materials<br>MMAT CUSIP: 59134N104 | B | 10/20/2023 | 10/24/2023 | M | $0.1500 | 150 | $22.50 | $0.00 | $0.00 | $22.50 | OTC | 1 | U |
| Genius Group<br>GNS CUSIP: Y3005A109 | B | 10/20/2023 | 10/24/2023 | M | $0.8550 | 2 | $1.71 | $0.00 | $0.00 | $1.71 | OTC | 1 | U |

**Total Quantity Bought:** 6,657

**Total Quantity Sold:** 0

**Total Dollars Bought:** $999.41

**Total Dollars Sold:** $0.00

6650
10/20

# Robinhood 🖊

85 Willow Rd, Menlo Park, CA 94025
help@robinhood.com

10/16/2023
**MISAEL CABRERA** Account #:640330379
11458 SW 49th Terrace, Miami, FL 33165

---

## Transaction Confirmation

Thank you for letting Robinhood Securities, LLC ("RHS") serve you through Robinhood Financial, LLC ("RHF").

1. Amounts due for securities transactions must be received on or before the settlement date shown.

2. All orders are received and executed subject to the applicable rules, regulations and customs of the SEC, FINRA, and the exchange or market where the order is entered, the provisions of the Securities Exchange Act of 1934.

3. Failure of customer to notify RHS in writing within five days of the receipt of this document of any concerns constitutes an acceptance of the transaction.

4. For purchase transactions in a margin account, it is agreed that sufficient cash or acceptable collateral will be deposited on or before the settlement date, or at such earlier time that payment may be demanded to satisfy applicable margin requirements.

5. Securities purchased and securities pledged as margin are or may be hypothecated for the sum due thereon or for a greater sum, under circumstances which permit commingling thereof with securities of other customers, all without further notice to the customer.

6. If shares loaned for a short sale are no longer available, RHS reserves the right to decide, by random selection, which positions will be subject to a buy-in.

7. Upon written request and where available, further details of items herein will be provided including: the execution date and time, the counterparty when acting as agent, the detailed breakdown of transaction fees (including regulatory trading fees) and the remuneration details, if any, to RHS, or RHF for directing orders to select market participants and details of provisions that may cause a call or prepayment.

8. All transactions on this confirmation are presumed to be unsolicited unless noted otherwise.

9. Any Good Till Canceled (GTC) orders may expire or be terminated by RHS or RHF in their ordinary course of business after the order has remained open for a reasonable period of time. Please contact RHF for more specific details. Until such expiration or cancellation, or cancellation by the customer, all open orders are considered good. When entering a substitute order, the responsibility for cancelling the original order rests upon the customer. Therefore, if a customer fails to cancel an existing order, transactions resulting from the execution of both the original and new order(s) will be entered into the customer's account.

10. The responsibility to cancel an open order resides with the customer. Any transactions which result from the execution of any order which the customer has not instructed RHF/RHS to cancel will be entered into the customer's account.

11. The default Cost Basis Election or tax relief method used by RHS for tax preparing is First-In-First-Out (FIFO) for Equities. Please contact RHF if you wish to change the default tax-relief method for your account or specify different tax lots for liquidation.

12. Backup Withholding - if you have not provided us with your correct social security number/tax id number, under federal law, you may be subject to a $50 penalty as well as backup withholding on certain payments.

13. RHS receives remuneration for directing orders to particular broker-dealers or market centers for execution. Such remuneration is considered compensation to the firm. The source and nature in connection with your transactions are available upon written request. RHF, when clearing through RHS, may share in such payments or may directly receive payment for order flow for certain transactions. Details are available upon written request.

14. If you request the sale of a non-marketable or worthless security, RHF will be the buyer to the transaction in the event a market cannot be located. In such a sale, you are deeming the security worthless and RHF thereby makes no representation regarding the present or future value of these securities. The transaction is irreversible and you will have no further claim to the securities and no claim against RHF for any losses related to the sale.

15. RHF receives payment from a third-party for services rendered in distributing new securities offerings.

16. To access the prospectus, please visit the Securities and Exchange Commission's EDGAR database and enter the company's name or ticker symbol.

Accounts carried by Robinhood Securities, LLC Member FINRA & SIPC - help@robinhood.com Tax ID 38-4019216

---

| MKT = Market in which transaction was Executed/Cleared | Buy/Sell Codes | Account Types | U/S: Solicitation | CAP= Capacity in which the firm acted: |
|---|---|---|---|---|
| NYSE - New York Stock Exchange | B = Buy or Buy To Open | C = Cash | U = Unsolicited | 1 - 2,4 - 5,8 - As AGENT |
| NYSEA - NYSE Alternext | S = Sell or Sell To Close | M = Margin | S = Solicited | 3 - As PRINCIPAL or RISKLESS PRINCIPAL; your broker has bought from you |
| USE - Other US Exchange | BCXL = Cancel Buy | N = Non-negotiable | | or sold to you and may have received a profit or loss on the transaction; any |
| MF - Mutual Funds | SCXL = Cancel Sell | S = Short | | difference in price between a transaction with you and any prior offsetting |
| OP - Options | BTC = Buy To Close | | | contemporaneous transaction will be disclosed |
| OTC - Over-the-Counter/NASDAQ | STO = Sell To Open | | | 6 - As AGENT for both buyer and seller |
| UND - Underwriting | BTCX = Buy To Close Cancel | | | |
| FOREX - Foreign Exchange | STOX = Sell to Open Cancel | | | |
| OTH - Other. | | | | |

# Robinhood 🖋

85 Willow Rd, Menlo Park, CA 94025
help@robinhood.com

10/16/2023
**MISAEL CABRERA** Account #:640330379
11458 SW 49th Terrace, Miami, FL 33165

| Equities/Options | B/S | Trade Date | Settle Date | Acct Type | Price | QTY | Principal | Comm | Tran Fee | Net Amount | MKT | CAP | U/S |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Meta Materials<br>MMAT CUSIP: 59134N104 | S | 10/16/2023 | 10/18/2023 | M | $0.2100 | 10,000 | $2,100.00 | $0.00 | $1.47 | $2,098.53 | OTC | 1 | U |

**Total Quantity Bought:**      0            **Total Dollars Bought:**         $0.00

**Total Quantity Sold:**      10,000       **Total Dollars Sold:**        $2,098.53

# Robinhood 🖊

85 Willow Rd, Menlo Park, CA 94025
help@robinhood.com

08/29/2023
**MISAEL CABRERA** Account #:640330379
11458 SW 49th Terrace, Miami, FL 33165

## Transaction Confirmation

Thank you for letting Robinhood Securities, LLC ("RHS") serve you through Robinhood Financial, LLC ("RHF").

1. Amounts due for securities transactions must be received on or before the settlement date shown.

2. All orders are received and executed subject to the applicable rules, regulations and customs of the SEC, FINRA, and the exchange or market where the order is entered, the provisions of the Securities Exchange Act of 1934.

3. Failure of customer to notify RHS in writing within five days of the receipt of this document of any concerns constitutes an acceptance of the transaction.

4. For purchase transactions in a margin account, it is agreed that sufficient cash or acceptable collateral will be deposited on or before the settlement date, or at such earlier time that payment may be demanded to satisfy applicable margin requirements.

5. Securities purchased and securities pledged as margin are or may be hypothecated for the sum due thereon or for a greater sum, under circumstances which permit commingling thereof with securities of other customers, all without further notice to the customer.

6. If shares loaned for a short sale are no longer available, RHS reserves the right to decide, by random selection, which positions will be subject to a buy-in.

7. Upon written request and where available, further details of items herein will be provided including: the execution date and time, the counterparty when acting as agent, the detailed breakdown of transaction fees (including regulatory trading fees) and the remuneration details, if any, to RHS, or RHF for directing orders to select market participants and details of provisions that may cause a call or prepayment.

8. All transactions on this confirmation are presumed to be unsolicited unless noted otherwise.

9. Any Good Till Canceled (GTC) orders may expire or be terminated by RHS or RHF in their ordinary course of business after the order has remained open for a reasonable period of time. Please contact RHF for more specific details. Until such expiration or cancellation, or cancellation by the customer, all open orders are considered good. When entering a substitute order, the responsibility for cancelling the original order rests upon the customer. Therefore, if a customer fails to cancel an existing order, transactions resulting from the execution of both the original and new order(s) will be entered into the customer's account.

10. The responsibility to cancel an open order resides with the customer. Any transactions which result from the execution of any order which the customer has not instructed RHF/RHS to cancel will be entered into the customer's account.

11. The default Cost Basis Election or tax relief method used by RHS for tax preparing is First-In-First-Out (FIFO) for Equities. Please contact RHF if you wish to change the default tax-relief method for your account or specify different tax lots for liquidation.

12. Backup Withholding – if you have not provided us with your correct social security number/tax id number, under federal law, you may be subject to a $50 penalty as well as backup withholding on certain payments.

13. RHS receives remuneration for directing orders to particular broker-dealers or market centers for execution. Such remuneration is considered compensation to the firm. The source and nature in connection with your transactions are available upon written request. RHF, when clearing through RHS, may share in such payments or may directly receive payment for order flow for certain transactions. Details are available upon written request.

14. If you request the sale of a non-marketable or worthless security, RHF will be the buyer to the transaction in the event a market cannot be located. In such a sale, you are deeming the security worthless and RHF thereby makes no representation regarding the present or future value of these securities. The transaction is irreversible and you will have no further claim to the securities and no claim against RHF for any losses related to the sale.

15. RHF receives payment from a third-party for services rendered in distributing new securities offerings.

16. To access the prospectus, please visit the Securities and Exchange Commission's EDGAR database and enter the company's name or ticker symbol.

Accounts carried by Robinhood Securities, LLC Member FINRA & SIPC - help@robinhood.com Tax ID 38-4019216

---

**MKT = Market in which transaction was Executed/Cleared**
NYSE - New York Stock Exchange
NYSEA - NYSE Alternext
USE – Other US Exchange
MF – Mutual Funds
OP – Options
OTC – Over-the-Counter/NASDAQ
UND - Underwriting
FOREX – Foreign Exchange
OTH – Other

**Buy/Sell Codes**
B = Buy or Buy To Open
S = Sell or Sell To Close
BCXL = Cancel Buy
SCXL = Cancel Sell
BTC = Buy To Close
STO = Sell To Open
BTCX = Buy To Close Cancel
STOX = Sell to Open Cancel

**Account Types**
C = Cash
M = Margin
N = Non-negotiable
S = Short

**U/S: Solicitation**
U = Unsolicited
S = Solicited

**CAP = Capacity in which the firm acted:**
1 – 2,4 – 5,8 – As AGENT
3 - As PRINCIPAL or RISKLESS PRINCIPAL; your broker has bought from you or sold to you and may have received a profit or loss on the transaction; any difference in price between a transaction with you and any prior offsetting contemporaneous transaction will be disclosed
6 – As AGENT for both buyer and seller

# Robinhood 🖋

85 Willow Rd, Menlo Park, CA 94025
help@robinhood.com

08/29/2023

**MISAEL CABRERA** Account #:640330379
11458 SW 49th Terrace, Miami, FL 33165

| Equities/Options | B/S | Trade Date | Settle Date | Acct Type | Price | QTY | Principal | Comm | Tran Fee | Net Amount | MKT | CAP | U/S |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Genius Group<br>GNS CUSIP: Y3005A109 | S | 08/29/2023 | 08/31/2023 | M | $1.7700 | 68 | $120.36 | $0.00 | $0.01 | $120.35 | OTC | 1 | U |
| Genius Group<br>GNS CUSIP: Y3005A109 | S | 08/29/2023 | 08/31/2023 | M | $1.7700 | 22 | $38.94 | $0.00 | $0.00 | $38.94 | OTC | 1 | U |
| Genius Group<br>GNS CUSIP: Y3005A109 | S | 08/29/2023 | 08/31/2023 | M | $1.7700 | 300 | $531.00 | $0.00 | $0.05 | $530.95 | OTC | 1 | U |
| Meta Materials<br>MMAT CUSIP: 59134N104 | B | 08/29/2023 | 08/31/2023 | M | $0.2330 | 1,958 | $456.21 | $0.00 | $0.00 | $456.21 | OTC | 1 | U |

**Total Quantity Bought:**            1,958            **Total Dollars Bought:**            $456.21

**Total Quantity Sold:**            390            **Total Dollars Sold:**            $690.24

# Robinhood 🖊

85 Willow Rd, Menlo Park, CA 94025
help@robinhood.com

08/07/2023
**MISAEL CABRERA** Account #:640330379
11458 SW 49th Terrace, Miami, FL 33165

## Transaction Confirmation

Thank you for letting Robinhood Securities, LLC ("RHS") serve you through Robinhood Financial, LLC ("RHF").

1. Amounts due for securities transactions must be received on or before the settlement date shown.

2. All orders are received and executed subject to the applicable rules, regulations and customs of the SEC, FINRA, and the exchange or market where the order is entered, the provisions of the Securities Exchange Act of 1934.

3. Failure of customer to notify RHS in writing within five days of the receipt of this document of any concerns constitutes an acceptance of the transaction.

4. For purchase transactions in a margin account, it is agreed that sufficient cash or acceptable collateral will be deposited on or before the settlement date, or at such earlier time that payment may be demanded to satisfy applicable margin requirements.

5. Securities purchased and securities pledged as margin are or may be hypothecated for the sum due thereon or for a greater sum, under circumstances which permit commingling thereof with securities of other customers, all without further notice to the customer.

6. If shares loaned for a short sale are no longer available, RHS reserves the right to decide, by random selection, which positions will be subject to a buy-in.

7. Upon written request and where available, further details of items herein will be provided including: the execution date and time, the counterparty when acting as agent, the detailed breakdown of fees and the remuneration details, if any, to RHS, or RHF for directing orders to select market participants and details of provisions that may cause a call or prepayment.

8. All transactions on this confirmation are presumed to be unsolicited unless noted otherwise.

9. Any Good Till Canceled (GTC) orders may expire or be terminated by RHS or RHF in their ordinary course of business after the order has remained open for a reasonable period of time. Please contact RHF for more specific details. Until such expiration or cancellation, or cancellation by the customer, all open orders are considered good. When entering a substitute order, the responsibility for cancelling the original order rests upon the customer. Therefore, if a customer fails to cancel an existing order, transactions resulting from the execution of both the original and new order(s) will be entered into the customer's account.

10. The responsibility to cancel an open order resides with the customer. Any transactions which result from the execution of any order which the customer has not instructed RHF/RHS to cancel will be entered into the customer's account.

11. The default Cost Basis Election or tax relief method used by RHS for tax preparing is First-In-First-Out (FIFO) for Equities. Please contact RHF if you wish to change the default tax-relief method for your account or specify different tax lots for liquidation.

12. Backup Withholding – if you have not provided us with your correct social security number/tax id number, under federal law, you may be subject to a $50 penalty as well as backup withholding on certain payments.

13. RHS receives remuneration for directing orders to particular broker-dealers or market centers for execution. Such remuneration is considered compensation to the firm. The source and nature in connection with your transactions are available upon written request. RHF, when clearing through RHS, may share in such payments or may directly receive payment for order flow for certain transactions. Details are available upon written request.

14. If you request the sale of a non-marketable or worthless security, RHF will be the buyer to the transaction in the event a market cannot be located. In such a sale, you are deeming the security worthless and RHF thereby makes no representation regarding the present or future value of these securities. The transaction is irreversible and you will have no further claim to the securities and no claim against RHF for any losses related to the sale.

15. RHF receives payment from a third-party for services rendered in distributing new securities offerings.

16. To access the prospectus, please visit the Securities and Exchange Commission's EDGAR database and enter the company's name or ticker symbol.

Accounts carried by Robinhood Securities, LLC Member FINRA & SIPC – help@robinhood.com Tax ID 38-4019216

| MKT = Market in which transaction was Executed/Cleared | Buy/Sell Codes | Account Types | U/S: Solicitation | CAP = Capacity in which the firm acted: |
|---|---|---|---|---|
| NYSE – New York Stock Exchange | B = Buy or Buy To Open | C = Cash | U = Unsolicited | 1 – 2,4 – 5,8 – As AGENT |
| NYSEA – NYSE Alternext | S = Sell or Sell To Close | M = Margin | S = Solicited | 3 – As PRINCIPAL or RISKLESS PRINCIPAL; your broker has bought from you |
| USE – Other US Exchange | BCXL = Cancel Buy | N = Non-negotiable | | or sold to you and may have received a profit or loss on the transaction; any |
| MF – Mutual Funds | SCXL = Cancel Sell | S = Short | | difference in price between a transaction with you and any prior offsetting |
| OP – Options | BTC = Buy To Close | | | contemporaneous transaction will be disclosed |
| OTC – Over-the-Counter/NASDAQ | STO = Sell To Open | | | 6 – As AGENT for both buyer and seller |
| UND – Underwriting | BTCX = Buy To Close Cancel | | | |
| FOREX – Foreign Exchange | STOX = Sell to Open Cancel | | | |
| OTH – Other | | | | |

# Robinhood 

85 Willow Rd, Menlo Park, CA 94025
help@robinhood.com

08/07/2023
**MISAEL CABRERA** Account #:640330379
11458 SW 49th Terrace, Miami, FL 33165

| Equities/Options | B/S | Trade Date | Settle Date | Acct Type | Price | QTY | Principal | Comm | Tran Fee | Net Amount | MKT | CAP | U/S |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Genius Group<br>GNS CUSIP: Y3005A109 | B | 08/07/2023 | 08/09/2023 | M | $0.5441 | 171 | $93.04 | $0.00 | $0.00 | $93.04 | OTC | 1 | U |
| Meta Materials<br>MMAT CUSIP: 59134N104 | B | 08/07/2023 | 08/09/2023 | M | $0.2288 | 30 | $6.86 | $0.00 | $0.00 | $6.86 | OTC | 1 | U |

**Total Quantity Bought:**          201                          **Total Dollars Bought:**                    $99.90

**Total Quantity Sold:**            0                            **Total Dollars Sold:**                      $0.00

# Robinhood 🖉

85 Willow Rd, Menlo Park, CA 94025
help@robinhood.com

07/27/2023
**MISAEL CABRERA** Account #:640330379
11458 SW 49th Terrace, Miami, FL 33165

---

## Transaction
## Confirmation

Thank you for letting Robinhood Securities, LLC ("RHS") serve you through Robinhood Financial, LLC ("RHF").

1. Amounts due for securities transactions must be received on or before the settlement date shown.

2. All orders are received and executed subject to the applicable rules, regulations and customs of the SEC, FINRA, and the exchange or market where the order is entered, the provisions of the Securities Exchange Act of 1934.

3. Failure of customer to notify RHS in writing within five days of the receipt of this document of any concerns constitutes an acceptance of the transaction.

4. For purchase transactions in a margin account, it is agreed that sufficient cash or acceptable collateral will be deposited on or before the settlement date, or at such earlier time that payment may be demanded to satisfy applicable margin requirements.

5. Securities purchased and securities pledged as margin are or may be hypothecated for the sum due thereon or for a greater sum, under circumstances which permit commingling thereof with securities of other customers, all without further notice to the customer.

6. If shares loaned for a short sale are no longer available, RHS reserves the right to decide, by random selection, which positions will be subject to a buy-in.

7. Upon written request and where available, further details of items herein will be provided including: the execution date and time, the counterparty when acting as agent, the detailed breakdown of fees and the remuneration details, if any, to RHS, or RHF for directing orders to select market participants and details of provisions that may cause a call or prepayment.

8. All transactions on this confirmation are presumed to be unsolicited unless noted otherwise.

9. Any Good Till Canceled (GTC) orders may expire or be terminated by RHS or RHF in their ordinary course of business after the order has remained open for a reasonable period of time. Please contact RHF for more specific details. Until such expiration or cancellation, or cancellation by the customer, all open orders are considered good. When entering a substitute order, the responsibility for cancelling the original order rests upon the customer. Therefore, if a customer fails to cancel an existing order, transactions resulting from the execution of both the original and new order(s) will be entered into the customer's account.

10. The responsibility to cancel an open order resides with the customer. Any transactions which result from the execution of any order which the customer has not instructed RHF/RHS to cancel will be entered into the customer's account.

11. The default Cost Basis Election or tax relief method used by RHS for tax preparing is First-In-First-Out (FIFO) for Equities. Please contact RHF if you wish to change the default tax-relief method for your account or specify different tax lots for liquidation.

12. Backup Withholding - if you have not provided us with your correct social security number/tax id number, under federal law, you may be subject to a $50 penalty as well as backup withholding on certain payments.

13. RHS receives remuneration for directing orders to particular broker-dealers or market centers for execution. Such remuneration is considered compensation to the firm. The source and nature in connection with your transactions are available upon written request. RHF, when clearing through RHS, may share in such payments or may directly receive payment for order flow for certain transactions. Details are available upon written request.

14. If you request the sale of a non-marketable or worthless security, RHF will be the buyer to the transaction in the event a market cannot be located. In such a sale, you are deeming the security worthless and RHF thereby makes no representation regarding the present or future value of these securities. The transaction is irreversible and you will have no further claim to the securities and no claim against RHF for any losses related to the sale.

15. RHF receives payment from a third-party for services rendered in distributing new securities offerings.

16. To access the prospectus, please visit the Securities and Exchange Commission's EDGAR database and enter the company's name or ticker symbol.

Accounts carried by Robinhood Securities, LLC Member FINRA & SIPC - help@robinhood.com Tax ID 38-4019216

---

| | | | | |
|---|---|---|---|---|
| **MKT = Market in which transaction was Executed/Cleared**<br>NYSE - New York Stock Exchange<br>NYSEA - NYSE Alternext<br>USE - Other US Exchange<br>MF - Mutual Funds<br>OP - Options<br>OTC - Over-the-Counter/NASDAQ<br>UND - Underwriting<br>FOREX - Foreign Exchange<br>OTH - Other | **Buy/Sell Codes**<br>B = Buy or Buy To Open<br>S = Sell or Sell To Close<br>BCXL = Cancel Buy<br>SCXL = Cancel Sell<br>BTC = Buy To Close<br>STO = Sell To Open<br>BTCX = Buy To Close Cancel<br>STOX = Sell to Open Cancel | **Account Types**<br>C = Cash<br>M = Margin<br>N = Non-negotiable<br>S = Short | **U/S: Solicitation**<br>U = Unsolicited<br>S = Solicited | **CAP = Capacity in which the firm acted:**<br>1 - 2,4 - 5,8 - As AGENT<br>3 - As PRINCIPAL or RISKLESS PRINCIPAL; your broker has bought from you or sold to you and may have received a profit or loss on the transaction; any difference in price between a transaction with you and any prior offsetting contemporaneous transaction will be disclosed<br>6 - As AGENT for both buyer and seller |

# Robinhood ✒

85 Willow Rd, Menlo Park, CA 94025
help@robinhood.com

07/27/2023
**MISAEL CABRERA** Account #:640330379
11458 SW 49th Terrace, Miami, FL 33165

| Equities/Options | B/S | Trade Date | Settle Date | Acct Type | Price | QTY | Principal | Comm | Tran Fee | Net Amount | MKT | CAP | U/S |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Meta Materials MMAT CUSIP: 59134N104 | B | 07/27/2023 | 07/31/2023 | M | $0.2130 | 4 | $0.85 | $0.00 | $0.00 | $0.85 | OTC | 1 | U |

| | | | | | |
|---|---|---|---|---|---|
| **Total Quantity Bought:** | 4 | | **Total Dollars Bought:** | | $0.85 |
| **Total Quantity Sold:** | 0 | | **Total Dollars Sold:** | | $0.00 |

# Robinhood 🖋

85 Willow Rd, Menlo Park, CA 94025
help@robinhood.com

07/12/2023
**MISAEL CABRERA** Account #:640330379
11458 SW 49th Terrace, Miami, FL 33165

## Transaction Confirmation

Thank you for letting Robinhood Securities, LLC ("RHS") serve you through Robinhood Financial, LLC ("RHF").

1. Amounts due for securities transactions must be received on or before the settlement date shown.

2. All orders are received and executed subject to the applicable rules, regulations and customs of the SEC, FINRA, and the exchange or market where the order is entered, the provisions of the Securities Exchange Act of 1934.

3. Failure of customer to notify RHS in writing within five days of the receipt of this document of any concerns constitutes an acceptance of the transaction.

4. For purchase transactions in a margin account, it is agreed that sufficient cash or acceptable collateral will be deposited on or before the settlement date, or at such earlier time that payment may be demanded to satisfy applicable margin requirements.

5. Securities purchased and securities pledged as margin are or may be hypothecated for the sum due thereon or for a greater sum, under circumstances which permit commingling thereof with securities of other customers, all without further notice to the customer.

6. If shares loaned for a short sale are no longer available, RHS reserves the right to decide, by random selection, which positions will be subject to a buy-in.

7. Upon written request and where available, further details of items herein will be provided including: the execution date and time, the counterparty when acting as agent, the detailed breakdown of fees and the remuneration details, if any, to RHS, or RHF for directing orders to select market participants and details of provisions that may cause a call or prepayment.

8. All transactions on this confirmation are presumed to be unsolicited unless noted otherwise.

9. Any Good Till Canceled (GTC) orders may expire or be terminated by RHS or RHF in their ordinary course of business after the order has remained open for a reasonable period of time. Please contact RHF for more specific details. Until such expiration or cancellation, or cancellation by the customer, all open orders are considered good. When entering a substitute order, the responsibility for cancelling the original order rests upon the customer. Therefore, if a customer fails to cancel an existing order, transactions resulting from the execution of both the original and new order(s) will be entered into the customer's account.

10. The responsibility to cancel an open order resides with the customer. Any transactions which result from the execution of any order which the customer has not instructed RHF/RHS to cancel will be entered into the customer's account.

11. The default Cost Basis Election or tax relief method used by RHS for tax preparing is First-In-First-Out (FIFO) for Equities. Please contact RHF if you wish to change the default tax-relief method for your account or specify different tax lots for liquidation.

12. Backup Withholding - if you have not provided us with your correct social security number/tax id number, under federal law, you may be subject to a $50 penalty as well as backup withholding on certain payments.

13. RHS receives remuneration for directing orders to particular broker-dealers or market centers for execution. Such remuneration is considered compensation to the firm. The source and nature in connection with your transactions are available upon written request. RHF, when clearing through RHS, may share in such payments or may directly receive payment for order flow for certain transactions. Details are available upon written request.

14. If you request the sale of a non-marketable or worthless security, RHF will be the buyer to the transaction in the event a market cannot be located. In such a sale, you are deeming the security worthless and RHF thereby makes no representation regarding the present or future value of these securities. The transaction is irreversible and you will have no further claim to the securities and no claim against RHF for any losses related to the sale.

15. RHF receives payment from a third-party for services rendered in distributing new securities offerings.

16. To access the prospectus, please visit the Securities and Exchange Commission's EDGAR database and enter the company's name or ticker symbol.

Accounts carried by Robinhood Securities, LLC Member FINRA & SIPC - help@robinhood.com Tax ID 38-4019216

| MKT = Market in which transaction was Executed/Cleared | Buy/Sell Codes | Account Types | U/S: Solicitation | CAP = Capacity in which the firm acted: |
|---|---|---|---|---|
| NYSE – New York Stock Exchange | B = Buy or Buy To Open | C = Cash | U = Unsolicited | 1 – 2,4 – 5,8 - As AGENT |
| NYSEA - NYSE Alternext | S = Sell or Sell To Close | M = Margin | S = Solicited | 3 - As PRINCIPAL or RISKLESS PRINCIPAL; your broker has bought from you |
| USE - Other US Exchange | BCXL = Cancel Buy | N = Non-negotiable | | or sold to you and may have received a profit or loss on the transaction; any |
| MF – Mutual Funds | SCXL = Cancel Sell | S = Short | | difference in price between a transaction with you and any prior offsetting |
| OP – Options | BTC = Buy To Close | | | contemporaneous transaction will be disclosed |
| OTC - Over-the-Counter/NASDAQ | STO = Sell To Open | | | 6 - As AGENT for both buyer and seller |
| UND – Underwriting | BTCX = Buy To Close Cancel | | | |
| FOREX - Foreign Exchange | STOX = Sell to Open Cancel | | | |
| OTH – Other | | | | |

# Robinhood

85 Willow Rd, Menlo Park, CA 94025
help@robinhood.com

07/12/2023
**MISAEL CABRERA** Account #:640330379
11458 SW 49th Terrace, Miami, FL 33165

| Equities/Options | B/S | Trade Date | Settle Date | Acct Type | Price | QTY | Principal | Comm | Tran Fee | Net Amount | MKT | CAP | U/S |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Genius Group<br>GNS CUSIP: Y3005A109 | B | 07/12/2023 | 07/14/2023 | M | $0.7700 | 25 | $19.25 | $0.00 | $0.00 | $19.25 | OTC | 1 | U |
| Meta Materials<br>MMAT CUSIP: 59134N104 | B | 07/12/2023 | 07/14/2023 | M | $0.1866 | 8 | $1.49 | $0.00 | $0.00 | $1.49 | OTC | 1 | U |

**Total Quantity Bought:** 33    **Total Dollars Bought:** $20.74

**Total Quantity Sold:** 0    **Total Dollars Sold:** $0.00

# Robinhood 🖊

85 Willow Rd, Menlo Park, CA 94025
help@robinhood.com

07/11/2023
**MISAEL CABRERA** Account #:640330379
11458 SW 49th Terrace, Miami, FL 33165

## Transaction Confirmation

Thank you for letting Robinhood Securities, LLC ("RHS") serve you through Robinhood Financial, LLC ("RHF").

1. Amounts due for securities transactions must be received on or before the settlement date shown.

2. All orders are received and executed subject to the applicable rules, regulations and customs of the SEC, FINRA, and the exchange or market where the order is entered, the provisions of the Securities Exchange Act of 1934.

3. Failure of customer to notify RHS in writing within five days of the receipt of this document of any concerns constitutes an acceptance of the transaction.

4. For purchase transactions in a margin account, it is agreed that sufficient cash or acceptable collateral will be deposited on or before the settlement date, or at such earlier time that payment may be demanded to satisfy applicable margin requirements.

5. Securities purchased and securities pledged as margin are or may be hypothecated for the sum due thereon or for a greater sum, under circumstances which permit commingling thereof with securities of other customers, all without further notice to the customer.

6. If shares loaned for a short sale are no longer available, RHS reserves the right to decide, by random selection, which positions will be subject to a buy-in.

7. Upon written request and where available, further details of items herein will be provided including: the execution date and time, the counterparty when acting as agent, the detailed breakdown of fees and the remuneration details, if any, to RHS, or RHF for directing orders to select market participants and details of provisions that may cause a call or prepayment.

8. All transactions on this confirmation are presumed to be unsolicited unless noted otherwise.

9. Any Good Till Canceled (GTC) orders may expire or be terminated by RHS or RHF in their ordinary course of business after the order has remained open for a reasonable period of time. Please contact RHF for more specific details. Until such expiration or cancellation, or cancellation by the customer, all open orders are considered good. When entering a substitute order, the responsibility for cancelling the original order rests upon the customer. Therefore, if a customer fails to cancel an existing order, transactions resulting from the execution of both the original and new order(s) will be entered into the customer's account.

10. The responsibility to cancel an open order resides with the customer. Any transactions which result from the execution of any order which the customer has not instructed RHF/RHS to cancel will be entered into the customer's account.

11. The default Cost Basis Election or tax relief method used by RHS for tax preparing is First-In-First-Out (FIFO) for Equities. Please contact RHF if you wish to change the default tax-relief method for your account or specify different tax lots for liquidation.

12. Backup Withholding - if you have not provided us with your correct social security number/tax id number, under federal law, you may be subject to a $50 penalty as well as backup withholding on certain payments.

13. RHS receives remuneration for directing orders to particular broker-dealers or market centers for execution. Such remuneration is considered compensation to the firm. The source and nature in connection with your transactions are available upon written request. RHF, when clearing through RHS, may share in such payments or may directly receive payment for order flow for certain transactions. Details are available upon written request.

14. If you request the sale of a non-marketable or worthless security, RHF will be the buyer to the transaction in the event a market cannot be located. In such a sale, you are deeming the security worthless and RHF thereby makes no representation regarding the present or future value of these securities. The transaction is irreversible and you will have no further claim to the securities and no claim against RHF for any losses related to the sale.

15. RHF receives payment from a third-party for services rendered in distributing new securities offerings.

16. To access the prospectus, please visit the Securities and Exchange Commission's EDGAR database and enter the company's name or ticker symbol.

Accounts carried by Robinhood Securities, LLC Member FINRA & SIPC - help@robinhood.com Tax ID 38-4019216

---

| MKT = Market in which transaction was Executed/Cleared | Buy/Sell Codes | Account Types | U/S: Solicitation | CAP = Capacity in which the firm acted: |
|---|---|---|---|---|
| NYSE - New York Stock Exchange | B = Buy or Buy To Open | C = Cash | U = Unsolicited | 1 - 2,4 - 5,8 - As AGENT |
| NYSEA - NYSE Alternext | S = Sell or Sell To Close | M = Margin | S = Solicited | 3 - As PRINCIPAL or RISKLESS PRINCIPAL; your broker has bought from you |
| USE - Other US Exchange | BCXL = Cancel Buy | N = Non-negotiable | | or sold to you and may have received a profit or loss on the transaction; any |
| MF - Mutual Funds | SCXL = Cancel Sell | S = Short | | difference in price between a transaction with you and any prior offsetting |
| OP - Options | BTC = Buy To Close | | | contemporaneous transaction will be disclosed |
| OTC - Over-the-Counter/NASDAQ | STO = Sell To Open | | | 6 - As AGENT for both buyer and seller |
| UND - Underwriting | BTCX = Buy To Close Cancel | | | |
| FOREX - Foreign Exchange | STOX = Sell to Open Cancel | | | |
| OTH - Other | | | | |

# Robinhood 🖋

85 Willow Rd, Menlo Park, CA 94025
help@robinhood.com

07/11/2023

**MISAEL CABRERA** Account #:640330379
11458 SW 49th Terrace, Miami, FL 33165

| Equities/Options | B/S | Trade Date | Settle Date | Acct Type | Price | QTY | Principal | Comm | Tran Fee. | Net Amount | MKT | CAP | U/S |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| FingerMotion<br>FNGR CUSIP: 31788K108 | B | 07/11/2023 | 07/13/2023 | M | $6.4300 | 0.177293 | $1.14 | $0.00 | $0.00 | $1.14 | OTC | 3 | U |
| FingerMotion<br>FNGR CUSIP: 31788K108 | B | 07/11/2023 | 07/13/2023 | M | $6.4300 | 2 | $12.86 | $0.00 | $0.00 | $12.86 | OTC | 3 | U |
| Meta Materials<br>MMAT CUSIP: 59134N104 | B | 07/11/2023 | 07/13/2023 | M | $0.1881 | 496 | $93.30 | $0.00 | $0.00 | $93.30 | OTC | 1 | U |
| Meta Materials<br>MMAT CUSIP: 59134N104 | B | 07/11/2023 | 07/13/2023 | M | $0.1881 | 31 | $5.83 | $0.00 | $0.00 | $5.83 | OTC | 1 | U |
| Meta Materials<br>MMAT CUSIP: 59134N104 | B | 07/11/2023 | 07/13/2023 | M | $0.1879 | 5 | $0.94 | $0.00 | $0.00 | $0.94 | OTC | 1 | U |
| Meta Materials<br>MMAT CUSIP: 59134N104 | B | 07/11/2023 | 07/13/2023 | M | $0.1891 | 50 | $9.45 | $0.00 | $0.00 | $9.45 | OTC | 1 | U |
| Meta Materials<br>MMAT CUSIP: 59134N104 | B | 07/11/2023 | 07/13/2023 | M | $0.1880 | 5 | $0.94 | $0.00 | $0.00 | $0.94 | OTC | 1 | U |

| | | |
|---|---|---|
| **Total Quantity Bought:** | 589.177293 | **Total Dollars Bought:** $124.46 |
| **Total Quantity Sold:** | 0 | **Total Dollars Sold:** $0.00 |

# Robinhood 🖊

85 Willow Rd, Menlo Park, CA 94025
help@robinhood.com

06/27/2023
**MISAEL CABRERA** Account #:640330379
11458 SW 49th Terrace, Miami, FL 33165

---

## Transaction Confirmation

Thank you for letting Robinhood Securities, LLC ("RHS") serve you through Robinhood Financial, LLC ("RHF").

1. Amounts due for securities transactions must be received on or before the settlement date shown.

2. All orders are received and executed subject to the applicable rules, regulations and customs of the SEC, FINRA, and the exchange or market where the order is entered, the provisions of the Securities Exchange Act of 1934.

3. Failure of customer to notify RHS in writing within five days of the receipt of this document of any concerns constitutes an acceptance of the transaction.

4. For purchase transactions in a margin account, it is agreed that sufficient cash or acceptable collateral will be deposited on or before the settlement date, or at such earlier time that payment may be demanded to satisfy applicable margin requirements.

5. Securities purchased and securities pledged as margin are or may be hypothecated for the sum due thereon or for a greater sum, under circumstances which permit commingling thereof with securities of other customers, all without further notice to the customer.

6. If shares loaned for a short sale are no longer available, RHS reserves the right to decide, by random selection, which positions will be subject to a buy-in.

7. Upon written request and where available, further details of items herein will be provided including: the execution date and time, the counterparty when acting as agent, the detailed breakdown of fees and the remuneration details, if any, to RHS, or RHF for directing orders to select market participants and details of provisions that may cause a call or prepayment.

8. All transactions on this confirmation are presumed to be unsolicited unless noted otherwise.

9. Any Good Till Canceled (GTC) orders may expire or be terminated by RHS or RHF in their ordinary course of business after the order has remained open for a reasonable period of time. Please contact RHF for more specific details. Until such expiration or cancellation, or cancellation by the customer, all open orders are considered good. When entering a substitute order, the responsibility for cancelling the original order rests upon the customer. Therefore, if a customer fails to cancel an existing order, transactions resulting from the execution of both the original and new order(s) will be entered into the customer's account.

10. The responsibility to cancel an open order resides with the customer. Any transactions which result from the execution of any order which the customer has not instructed RHF/RHS to cancel will be entered into the customer's account.

11. The default Cost Basis Election or tax relief method used by RHS for tax preparing is First-In-First-Out (FIFO) for Equities. Please contact RHF if you wish to change the default tax-relief method for your account or specify different tax lots for liquidation.

12. Backup Withholding - if you have not provided us with your correct social security number/tax id number, under federal law, you may be subject to a $50 penalty as well as backup withholding on certain payments.

13. RHS receives remuneration for directing orders to particular broker-dealers or market centers for execution. Such remuneration is considered compensation to the firm. The source and nature in connection with your transactions are available upon written request. RHF, when clearing through RHS, may share in such payments or may directly receive payment for order flow for certain transactions. Details are available upon written request.

14. If you request the sale of a non-marketable or worthless security, RHF will be the buyer to the transaction in the event a market cannot be located. In such a sale, you are deeming the security worthless and RHF thereby makes no representation regarding the present or future value of these securities. The transaction is irreversible and you will have no further claim to the securities and no claim against RHF for any losses related to the sale.

15. RHF receives payment from a third-party for services rendered in distributing new securities offerings.

16. To access the prospectus, please visit the Securities and Exchange Commission's EDGAR database and enter the company's name or ticker symbol.

Accounts carried by Robinhood Securities, LLC Member FINRA & SIPC – help@robinhood.com Tax ID 38-4019216

---

| | | | | |
|---|---|---|---|---|
| **MKT = Market in which transaction was Executed/Cleared**<br>NYSE – New York Stock Exchange<br>NYSEA – NYSE Alternext<br>USE – Other US Exchange<br>MF – Mutual Funds<br>OP – Options<br>OTC – Over-the-Counter/NASDAQ<br>UND – Underwriting<br>FOREX – Foreign Exchange<br>OTH – Other | **Buy/Sell Codes**<br>B = Buy or Buy To Open<br>S = Sell or Sell To Close<br>BCXL = Cancel Buy<br>SCXL = Cancel Sell<br>BTO = Buy To Close<br>STO = Sell To Open<br>BTCX = Buy To Close Cancel<br>STOX = Sell to Open Cancel | **Account Types**<br>C = Cash<br>M = Margin<br>N = Non-negotiable<br>S = Short | **U/S: Solicitation**<br>U = Unsolicited<br>S = Solicited | **CAP = Capacity in which the firm acted:**<br>1 – 2,4 - 5,8 - As AGENT<br>3 - As PRINCIPAL or RISKLESS PRINCIPAL; your broker has bought from you or sold to you and may have received a profit or loss on the transaction; any difference in price between a transaction with you and any prior offsetting contemporaneous transaction will be disclosed<br>6 - As AGENT for both buyer and seller |

# Robinhood

85 Willow Rd, Menlo Park, CA 94025
help@robinhood.com

06/27/2023

**MISAEL CABRERA** Account #:640330379
11458 SW 49th Terrace, Miami, FL 33165

| Equities/Options | B/S | Trade Date | Settle Date | Acct Type | Price | QTY | Principal | Comm | Tran Fee. | Net Amount | MKT. | CAP | U/S. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Meta Materials<br>MMAT CUSIP: 59134N104 | B | 06/27/2023 | 06/29/2023 | M | $0.1764 | 514 | $90.67 | $0.00 | $0.00 | $90.67 | OTC | 1 | U |
| Meta Materials<br>MMAT CUSIP: 59134N104 | B | 06/27/2023 | 06/29/2023 | M | $0.1759 | 51 | $8.97 | $0.00 | $0.00 | $8.97 | OTC | 1 | U |
| Meta Materials<br>MMAT CUSIP: 59134N104 | B | 06/27/2023 | 06/29/2023 | M | $0.1759 | 540 | $94.99 | $0.00 | $0.00 | $94.99 | OTC | 1 | U |
| Meta Materials<br>MMAT CUSIP: 59134N104 | B | 06/27/2023 | 06/29/2023 | M | $0.1763 | 34 | $5.99 | $0.00 | $0.00 | $5.99 | OTC | 1 | U |

**Total Quantity Bought:**          1,139                      **Total Dollars Bought:**                          $200.62

**Total Quantity Sold:**          0                      **Total Dollars Sold:**                          $0.00

# Robinhood 🖊

85 Willow Rd, Menlo Park, CA 94025
help@robinhood.com

04/25/2023
**MISAEL CABRERA** Account #:640330379
11458 SW 49th Terrace, Miami, FL 33165

## Transaction Confirmation

Thank you for letting Robinhood Securities, LLC ("RHS") serve you through Robinhood Financial, LLC ("RHF").

1. Amounts due for securities transactions must be received on or before the settlement date shown.

2. All orders are received and executed subject to the applicable rules, regulations and customs of the SEC, FINRA, and the exchange or market where the order is entered, the provisions of the Securities Exchange Act of 1934.

3. Failure of customer to notify RHS in writing within five days of the receipt of this document of any concerns constitutes an acceptance of the transaction.

4. For purchase transactions in a margin account, it is agreed that sufficient cash or acceptable collateral will be deposited on or before the settlement date, or at such earlier time that payment may be demanded to satisfy applicable margin requirements.

5. Securities purchased and securities pledged as margin are or may be hypothecated for the sum due thereon or for a greater sum, under circumstances which permit commingling thereof with securities of other customers, all without further notice to the customer.

6. If shares loaned for a short sale are no longer available, RHS reserves the right to decide, by random selection, which positions will be subject to a buy-in.

7. Upon written request and where available, further details of items herein will be provided including: the execution date and time, the counterparty when acting as agent, the detailed breakdown of fees and the remuneration details, if any, to RHS, or RHF for directing orders to select market participants and details of provisions that may cause a call or prepayment.

8. All transactions on this confirmation are presumed to be unsolicited unless noted otherwise.

9. Any Good Till Canceled (GTC) orders may expire or be terminated by RHS or RHF in their ordinary course of business after the order has remained open for a reasonable period of time. Please contact RHF for more specific details. Until such expiration or cancellation, or cancellation by the customer, all open orders are considered good. When entering a substitute order, the responsibility for cancelling the original order rests upon the customer. Therefore, if a customer fails to cancel an existing order, transactions resulting from the execution of both the original and new order(s) will be entered into the customer's account.

10. The responsibility to cancel an open order resides with the customer. Any transactions which result from the execution of any order which the customer has not instructed RHF/RHS to cancel will be entered into the customer's account.

11. The default Cost Basis Election or tax relief method used by RHS for tax preparing is First-In-First-Out (FIFO) for Equities. Please contact RHF if you wish to change the default tax-relief method for your account or specify different tax lots for liquidation.

12. Backup Withholding – if you have not provided us with your correct social security number/tax id number, under federal law, you may be subject to a $50 penalty as well as backup withholding on certain payments.

13. RHS receives remuneration for directing orders to particular broker-dealers or market centers for execution. Such remuneration is considered compensation to the firm. The source and nature in connection with your transactions are available upon written request. RHF, when clearing through RHS, may share in such payments or may directly receive payment for order flow for certain transactions. Details are available upon written request.

14. If you request the sale of a non-marketable or worthless security, RHF will be the buyer to the transaction in the event a market cannot be located. In such a sale, you are deeming the security worthless and RHF thereby makes no representation regarding the present or future value of these securities. The transaction is irreversible and you will have no further claim to the securities and no claim against RHF for any losses related to the sale.

15. RHF receives payment from a third-party for services rendered in distributing new securities offerings.

16. To access the prospectus, please visit the Securities and Exchange Commission's EDGAR database and enter the company's name or ticker symbol.

Accounts carried by Robinhood Securities, LLC Member FINRA & SIPC - help@robinhood.com Tax ID 38-4019216

| MKT = Market in which transaction was Executed/Cleared | Buy/Sell Codes | Account Types | U/S: Solicitation | CAP = Capacity in which the firm acted: |
|---|---|---|---|---|
| NYSE - New York Stock Exchange | B = Buy or Buy To Open | C = Cash | U = Unsolicited | 1 - 2,4 - 5,8 - As AGENT |
| NYSEA - NYSE Alternext | S = Sell or Sell To Close | M = Margin | S = Solicited | 3 - As PRINCIPAL or RISKLESS PRINCIPAL; your broker has bought from you |
| USE - Other US Exchange | BCXL = Cancel Buy | N = Non-negotiable | | or sold to you and may have received a profit or loss on the transaction; any |
| MF - Mutual Funds | SCXL = Cancel Sell | S = Short | | difference in price between a transaction with you and any prior offsetting |
| OP - Options | BTC = Buy To Close | | | contemporaneous transaction will be disclosed |
| OTC - Over-the-Counter/NASDAQ | STO = Sell To Open | | | 6 - As AGENT for both buyer and seller |
| UND - Underwriting , | BTCX = Buy To Close Cancel | | | |
| FOREX - Foreign Exchange | STOX = Sell to Open Cancel | | | |
| OTH - Other . | | | | |

Page 2 of 2

# Robinhood 

85 Willow Rd, Menlo Park, CA 94025
help@robinhood.com

04/25/2023
**MISAEL CABRERA** Account #:640330379
11458 SW 49th Terrace, Miami, FL 33165

| Equities/Options | B/S | Trade Date | Settle Date | Acct Type | Price | QTY | Principal | Comm | Tran Fee | Net Amount | MKT | CAP | U/S |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Meta Materials<br>MMAT CUSIP: 59134N104 | B | 04/25/2023 | 04/27/2023 | M | $0.1943 | 515 | $100.06 | $0.00 | $0.00 | $100.06 | OTC | 1 | U |
| Meta Materials<br>MMAT CUSIP: 59134N104 | B | 04/25/2023 | 04/27/2023 | M | $0.1938 | 515 | $99.81 | $0.00 | $0.00 | $99.81 | OTC | 1 | U |
| Camber Energy<br>CEI CUSIP: 13200M607 | S | 04/25/2023 | 04/27/2023 | M | $1.3526 | 1 | $1.35 | $0.00 | $0.00 | $1.35 | OTC | 1 | U |

**Total Quantity Bought:**          1,030                    **Total Dollars Bought:**                         $199.87

**Total Quantity Sold:**          1                    **Total Dollars Sold:**                         $1.35

# Robinhood 🖊

85 Willow Rd, Menlo Park, CA 94025
help@robinhood.com

04/26/2023

**MISAEL CABRERA** Account #:640330379
11458 SW 49th Terrace, Miami, FL 33165

---

## Transaction
## Confirmation

Thank you for letting Robinhood Securities, LLC ("RHS") serve you through Robinhood Financial, LLC ("RHF").

1. Amounts due for securities transactions must be received on or before the settlement date shown.

2. All orders are received and executed subject to the applicable rules, regulations and customs of the SEC, FINRA, and the exchange or market where the order is entered, the provisions of the Securities Exchange Act of 1934.

3. Failure of customer to notify RHS in writing within five days of the receipt of this document of any concerns constitutes an acceptance of the transaction.

4. For purchase transactions in a margin account, it is agreed that sufficient cash or acceptable collateral will be deposited on or before the settlement date, or at such earlier time that payment may be demanded to satisfy applicable margin requirements.

5. Securities purchased and securities pledged as margin are or may be hypothecated for the sum due thereon or for a greater sum, under circumstances which permit commingling thereof with securities of other customers, all without further notice to the customer.

6. If shares loaned for a short sale are no longer available, RHS reserves the right to decide, by random selection, which positions will be subject to a buy-in.

7. Upon written request and where available, further details of items herein will be provided including: the execution date and time, the counterparty when acting as agent, the detailed breakdown of fees and the remuneration details, if any, to RHS, or RHF for directing orders to select market participants and details of provisions that may cause a call or prepayment.

8. All transactions on this confirmation are presumed to be unsolicited unless noted otherwise.

9. Any Good Till Canceled (GTC) orders may expire or be terminated by RHS or RHF in their ordinary course of business after the order has remained open for a reasonable period of time. Please contact RHF for more specific details. Until such expiration or cancellation, or cancellation by the customer, all open orders are considered good. When entering a substitute order, the responsibility for cancelling the original order rests upon the customer. Therefore, if a customer fails to cancel an existing order, transactions resulting from the execution of both the original and new order(s) will be entered into the customer's account.

10. The responsibility to cancel an open order resides with the customer. Any transactions which result from the execution of any order which the customer has not instructed RHF/RHS to cancel will be entered into the customer's account.

11. The default Cost Basis Election or tax relief method used by RHS for tax preparing is First-In-First-Out (FIFO) for Equities. Please contact RHF if you wish to change the default tax-relief method for your account or specify different tax lots for liquidation.

12. Backup Withholding - if you have not provided us with your correct social security number/tax id number, under federal law, you may be subject to a $50 penalty as well as backup withholding on certain payments.

13. RHS receives remuneration for directing orders to particular broker-dealers or market centers for execution. Such remuneration is considered compensation to the firm. The source and nature in connection with your transactions are available upon written request. RHF, when clearing through RHS, may share in such payments or may directly receive payment for order flow for certain transactions. Details are available upon written request.

14. If you request the sale of a non-marketable or worthless security, RHF will be the buyer to the transaction in the event a market cannot be located. In such a sale, you are deeming the security worthless and RHF thereby makes no representation regarding the present or future value of these securities. The transaction is irreversible and you will have no further claim to the securities and no claim against RHF for any losses related to the sale.

15. RHF receives payment from a third-party for services rendered in distributing new securities offerings.

16. To access the prospectus, please visit the Securities and Exchange Commission's EDGAR database and enter the company's name or ticker symbol.

Accounts carried by Robinhood Securities, LLC Member FINRA & SIPC - help@robinhood.com Tax ID 38-4019216

---

| MKT = Market in which transaction was Executed/Cleared | Buy/Sell Codes | Account Types | U/S: Solicitation | CAP = Capacity in which the firm acted: |
|---|---|---|---|---|
| NYSE - New York Stock Exchange | B = Buy or Buy To Open | C = Cash | U = Unsolicited | 1 - 2, 4 - 5, 8 - As AGENT |
| NYSEA - NYSE Alternext | S = Sell or Sell To Close | M = Margin | S = Solicited | 3 - As PRINCIPAL or RISKLESS PRINCIPAL; your broker has bought from you |
| USE - Other US Exchange | BCXL = Cancel Buy | N = Non-negotiable | | or sold to you and may have received a profit or loss on the transaction; any |
| MF - Mutual Funds | SCXL = Cancel Sell | S = Short | | difference in price between a transaction with you and any prior offsetting |
| OP - Options | BTC = Buy To Close | | | contemporaneous transaction will be disclosed |
| OTC - Over-the-Counter/NASDAQ | STO = Sell To Open | | | 6 - As AGENT for both buyer and seller |
| UND - Underwriting | BTOX = Buy To Close Cancel | | | |
| FOREX - Foreign Exchange | STOX = Sell to Open Cancel | | | |
| OTH - Other | | | | |

# Robinhood

85 Willow Rd, Menlo Park, CA 94025
help@robinhood.com

04/26/2023
**MISAEL CABRERA** Account #:640330379
11458 SW 49th Terrace, Miami, FL 33165

| Equities/Options | B/S | Trade Date | Settle Date | Acct Type | Price | QTY | Principal | Comm | Tran Fee | Net Amount | MKT | CAP | U/S |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Meta Materials<br>MMAT CUSIP: 59134N104 | B | 04/26/2023 | 04/28/2023 | M | $0.1892 | 528 | $99.90 | $0.00 | $0.00 | $99.90 | OTC | 1 | U |
| Meta Materials<br>MMAT CUSIP: 59134N104 | B | 04/26/2023 | 04/28/2023 | M | $0.1895 | 527 | $99.87 | $0.00 | $0.00 | $99.87 | OTC | 1 | U |
| Mullen Automotive<br>MULN CUSIP: 62526P109 | B | 04/26/2023 | 04/28/2023 | M | $0.0774 | 22 | $1.70 | $0.00 | $0.00 | $1.70 | OTC | 1 | U |

| | | |
|---|---|---|
| **Total Quantity Bought:** | 1,077 | **Total Dollars Bought:** $201.47 |
| **Total Quantity Sold:** | 0 | **Total Dollars Sold:** $0.00 |

1055

# Robinhood ✎

85 Willow Rd, Menlo Park, CA 94025
help@robinhood.com

04/27/2023
**MISAEL CABRERA** Account #:640330379
11458 SW 49th Terrace, Miami, FL 33165

## Transaction Confirmation

Thank you for letting Robinhood Securities, LLC ("RHS") serve you through Robinhood Financial, LLC ("RHF").

1. Amounts due for securities transactions must be received on or before the settlement date shown.

2. All orders are received and executed subject to the applicable rules, regulations and customs of the SEC, FINRA, and the exchange or market where the order is entered, the provisions of the Securities Exchange Act of 1934.

3. Failure of customer to notify RHS in writing within five days of the receipt of this document of any concerns constitutes an acceptance of the transaction.

4. For purchase transactions in a margin account, it is agreed that sufficient cash or acceptable collateral will be deposited on or before the settlement date, or at such earlier time that payment may be demanded to satisfy applicable margin requirements.

5. Securities purchased and securities pledged as margin are or may be hypothecated for the sum due thereon or for a greater sum, under circumstances which permit commingling thereof with securities of other customers, all without further notice to the customer.

6. If shares loaned for a short sale are no longer available, RHS reserves the right to decide, by random selection, which positions will be subject to a buy-in.

7. Upon written request and where available, further details of items herein will be provided including: the execution date and time, the counterparty when acting as agent, the detailed breakdown of fees and the remuneration details, if any, to RHS, or RHF for directing orders to select market participants and details of provisions that may cause a call or prepayment.

8. All transactions on this confirmation are presumed to be unsolicited unless noted otherwise.

9. Any Good Till Canceled (GTC) orders may expire or be terminated by RHS or RHF in their ordinary course of business after the order has remained open for a reasonable period of time. Please contact RHF for more specific details. Until such expiration or cancellation, or cancellation by the customer, all open orders are considered good. When entering a substitute order, the responsibility for cancelling the original order rests upon the customer. Therefore, if a customer fails to cancel an existing order, transactions resulting from the execution of both the original and new order(s) will be entered into the customer's account.

10. The responsibility to cancel an open order resides with the customer. Any transactions which result from the execution of any order which the customer has not instructed RHF/RHS to cancel will be entered into the customer's account.

11. The default Cost Basis Election or tax relief method used by RHS for tax preparing is First-In-First-Out (FIFO) for Equities. Please contact RHF if you wish to change the default tax-relief method for your account or specify different tax lots for liquidation.

12. Backup Withholding - if you have not provided us with your correct social security number/tax id number, under federal law, you may be subject to a $50 penalty as well as backup withholding on certain payments.

13. RHS receives remuneration for directing orders to particular broker-dealers or market centers for execution. Such remuneration is considered compensation to the firm. The source and nature in connection with your transactions are available upon written request. RHS, when clearing through RHS, may share in such payments or may directly receive payment for order flow for certain transactions. Details are available upon written request.

14. If you request the sale of a non-marketable or worthless security, RHF will be the buyer to the transaction in the event a market cannot be located. In such a sale, you are deeming the security worthless and RHF thereby makes no representation regarding the present or future value of these securities. The transaction is irreversible and you will have no further claim to the securities and no claim against RHF for any losses related to the sale.

15. RHF receives payment from a third-party for services rendered in distributing new securities offerings.

16. To access the prospectus, please visit the Securities and Exchange Commission's EDGAR database and enter the company's name or ticker symbol.

Accounts carried by Robinhood Securities, LLC Member FINRA & SIPC - help@robinhood.com Tax ID 38-4019216

---

| MKT = Market in which transaction was Executed/Cleared | Buy/Sell Codes | Account Types | U/S: Solicitation | CAP = Capacity in which the firm acted: |
|---|---|---|---|---|
| NYSE - New York Stock Exchange | B = Buy or Buy To Open | C = Cash | U = Unsolicited | 1 - 2, 4 - 5, 8 - As AGENT |
| NYSEA - NYSE Alternext | S = Sell or Sell To Close | M = Margin | S = Solicited | 3 - As PRINCIPAL or RISKLESS PRINCIPAL; your broker has bought from you or sold to you and may have received a profit or loss on the transaction; any difference in price between a transaction with you and any prior offsetting contemporaneous transaction will be disclosed |
| USE - Other US Exchange | BCXL = Cancel Buy | N = Non-negotiable | | |
| MF - Mutual Funds | SCXL = Cancel Sell | S = Short | | |
| OP - Options | BTC = Buy To Close | | | |
| OTC - Over-the-Counter/NASDAQ | STO = Sell To Open | | | |
| UND - Underwriting | BTCX = Buy To Close Cancel | | | 6 - As AGENT for both buyer and seller |
| FOREX - Foreign Exchange | STOX = Sell to Open Cancel | | | |
| OTH - Other | | | | |

# Robinhood 🖋

85 Willow Rd, Menlo Park, CA 94025
help@robinhood.com

04/27/2023
**MISAEL CABRERA** Account #:640330379
11458 SW 49th Terrace, Miami, FL 33165

| Equities/Options | B/S | Trade Date | Settle Date | Acct Type | Price | QTY | Principal | Comm | Tran Fee | Net Amount | MKT | CAP | U/S |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Meta Materials<br>MMAT CUSIP: 59134N104 | B | 04/27/2023 | 05/01/2023 | M | $0.1889 | 529 | $99.93 | $0.00 | $0.00 | $99.93 | OTC | 1 | U |

| | | | | |
|---|---|---|---|---|
| **Total Quantity Bought:** | 529 | | **Total Dollars Bought:** | $99.93 |
| **Total Quantity Sold:** | 0 | | **Total Dollars Sold:** | $0.00 |

# Robinhood

85 Willow Rd, Menlo Park, CA 94025
help@robinhood.com

04/28/2023
**MISAEL CABRERA** Account #:640330379
11458 SW 49th Terrace, Miami, FL 33165

## Transaction Confirmation

Thank you for letting Robinhood Securities, LLC ("RHS") serve you through Robinhood Financial, LLC ("RHF").

1. Amounts due for securities transactions must be received on or before the settlement date shown.

2. All orders are received and executed subject to the applicable rules, regulations and customs of the SEC, FINRA, and the exchange or market where the order is entered, the provisions of the Securities Exchange Act of 1934.

3. Failure of customer to notify RHS in writing within five days of the receipt of this document of any concerns constitutes an acceptance of the transaction.

4. For purchase transactions in a margin account, it is agreed that sufficient cash or acceptable collateral will be deposited on or before the settlement date, or at such earlier time that payment may be demanded to satisfy applicable margin requirements.

5. Securities purchased and securities pledged as margin are or may be hypothecated for the sum due thereon or for a greater sum, under circumstances which permit commingling thereof with securities of other customers, all without further notice to the customer.

6. If shares loaned for a short sale are no longer available, RHS reserves the right to decide, by random selection, which positions will be subject to a buy-in.

7. Upon written request and where available, further details of items herein will be provided including: the execution date and time, the counterparty when acting as agent, the detailed breakdown of fees and the remuneration details, if any, to RHS, or RHF for directing orders to select market participants and details of provisions that may cause a call or prepayment.

8. All transactions on this confirmation are presumed to be unsolicited unless noted otherwise.

9. Any Good Till Canceled (GTC) orders may expire or be terminated by RHS or RHF in their ordinary course of business after the order has remained open for a reasonable period of time. Please contact RHF for more specific details. Until such expiration or cancellation, or cancellation by the customer, all open orders are considered good. When entering a substitute order, the responsibility for cancelling the original order rests upon the customer. Therefore, if a customer fails to cancel an existing order, transactions resulting from the execution of both the original and new order(s) will be entered into the customer's account.

10. The responsibility to cancel an open order resides with the customer. Any transactions which result from the execution of any order which the customer has not instructed RHF/RHS to cancel will be entered into the customer's account.

11. The default Cost Basis Election or tax relief method used by RHS for tax preparing is First-In-First-Out (FIFO) for Equities. Please contact RHF if you wish to change the default tax-relief method for your account or specify different tax lots for liquidation.

12. Backup Withholding - if you have not provided us with your correct social security number/tax id number, under federal law, you may be subject to a $50 penalty as well as backup withholding on certain payments.

13. RHS receives remuneration for directing orders to particular broker-dealers or market centers for execution. Such remuneration is considered compensation to the firm. The source and nature in connection with your transactions are available upon written request. RHF, when clearing through RHS, may share in such payments or may directly receive payment for order flow for certain transactions. Details are available upon written request.

14. If you request the sale of a non-marketable or worthless security, RHF will be the buyer to the transaction in the event a market cannot be located. In such a sale, you are deeming the security worthless and RHF thereby makes no representation regarding the present or future value of these securities. The transaction is irreversible and you will have no further claim to the securities and no claim against RHF for any losses related to the sale.

15. RHF receives payment from a third-party for services rendered in distributing new securities offerings.

16. To access the prospectus, please visit the Securities and Exchange Commission's EDGAR database and enter the company's name or ticker symbol.

Accounts carried by Robinhood Securities, LLC Member FINRA & SIPC - help@robinhood.com Tax ID 38-4019216

| MKT = Market in which transaction was Executed/Cleared | Buy/Sell Codes | Account Types | U/S: Solicitation | CAP = Capacity in which the firm acted: |
|---|---|---|---|---|
| NYSE - New York Stock Exchange | B = Buy or Buy To Open | C = Cash | U = Unsolicited | 1 - 2,4 - 5,8 - As AGENT |
| NYSEA - NYSE Alternext | S = Sell or Sell To Close | M = Margin | S = Solicited | 3 - As PRINCIPAL or RISKLESS PRINCIPAL; your broker has bought from you |
| USE - Other US Exchange | BCXL = Cancel Buy | N = Non-negotiable | | or sold to you and may have received a profit or loss on the transaction; any |
| MF - Mutual Funds | SCXL = Cancel Sell | S = Short | | difference in price between a transaction with you and any prior offsetting |
| OP - Options | BTC = Buy To Close | | | contemporaneous transaction will be disclosed |
| OTC - Over-the-Counter/NASDAQ | STO = Sell To Open | | | 6 - As AGENT for both buyer and seller |
| UND - Underwriting | BTCX = Buy To Close Cancel | | | |
| FOREX - Foreign Exchange | STOX = Sell to Open Cancel | | | |
| OTH - Other | | | | |

# Robinhood 

85 Willow Rd, Menlo Park, CA 94025
help@robinhood.com

04/28/2023
**MISAEL CABRERA** Account #:640330379
11458 SW 49th Terrace, Miami, FL 33165

| Equities/Options | B/S | Trade Date | Settle Date | Acct Type | Price | QTY | Principal | Comm | Tran Fee | Net Amount | MKT | CAP | U/S |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Meta Materials MMAT CUSIP: 59134N104 | B | 04/28/2023 | 05/02/2023 | M | $0.1884 | 530 | $99.85 | $0.00 | $0.00 | $99.85 | OTC | 1 | U |
| Meta Materials MMAT CUSIP: 59134N104 | B | 04/28/2023 | 05/02/2023 | M | $0.1880 | 533 | $100.20 | $0.00 | $0.00 | $100.20 | OTC | 1 | U |
| Meta Materials MMAT CUSIP: 59134N104 | B | 04/28/2023 | 05/02/2023 | M | $0.1886 | 529 | $99.77 | $0.00 | $0.00 | $99.77 | OTC | 1 | U |
| Meta Materials MMAT CUSIP: 59134N104 | B | 04/28/2023 | 05/02/2023 | M | $0.1879 | 100 | $18.79 | $0.00 | $0.00 | $18.79 | OTC | 1 | U |
| Meta Materials MMAT CUSIP: 59134N104 | B | 04/28/2023 | 05/02/2023 | M | $0.1879 | 100 | $18.79 | $0.00 | $0.00 | $18.79 | OTC | 1 | U |
| Meta Materials MMAT CUSIP: 59134N104 | B | 04/28/2023 | 05/02/2023 | M | $0.1879 | 333 | $62.57 | $0.00 | $0.00 | $62.57 | OTC | 1 | U |
| Meta Materials MMAT CUSIP: 59134N104 | B | 04/28/2023 | 05/02/2023 | M | $0.1878 | 479 | $89.96 | $0.00 | $0.00 | $89.96 | OTC | 1 | U |
| Mullen Automotive MULN CUSIP: 62526P109 | B | 04/28/2023 | 05/02/2023 | M | $0.0739 | 103 | $7.61 | $0.00 | $0.00 | $7.61 | OTC | 1 | U |
| Meta Materials MMAT CUSIP: 59134N104 | B | 04/28/2023 | 05/02/2023 | M | $0.1879 | 7 | $1.32 | $0.00 | $0.00 | $1.32 | OTC | 1 | U |
| Meta Materials MMAT CUSIP: 59134N104 | B | 04/28/2023 | 05/02/2023 | M | $0.1879 | 5 | $0.94 | $0.00 | $0.00 | $0.94 | OTC | 1 | U |
| Mullen Automotive MULN CUSIP: 62526P109 | B | 04/28/2023 | 05/02/2023 | M | $0.0725 | 137 | $9.93 | $0.00 | $0.00 | $9.93 | OTC | 1 | U |
| AquaBounty AQB CUSIP: 03842K200 | S | 04/28/2023 | 05/02/2023 | M | $0.5420 | 1 | $0.54 | $0.00 | $0.00 | $0.54 | OTC | 1 | U |
| Meta Materials MMAT CUSIP: 59134N104 | B | 04/28/2023 | 05/02/2023 | M | $0.1858 | 6 | $1.11 | $0.00 | $0.00 | $1.11 | OTC | 1 | U |

| **Total Quantity Bought:** | 2,862 | **Total Dollars Bought:** | $510.84 |
|---|---|---|---|
| **Total Quantity Sold:** | 1 | **Total Dollars Sold:** | $0.54 |

# Robinhood 🪶

85 Willow Rd, Menlo Park, CA 94025
help@robinhood.com

05/03/2023
**MISAEL CABRERA** Account #:640330379
11458 SW 49th Terrace, Miami, FL 33165

---

## Transaction Confirmation

Thank you for letting Robinhood Securities, LLC ("RHS") serve you through Robinhood Financial, LLC ("RHF").

1. Amounts due for securities transactions must be received on or before the settlement date shown.

2. All orders are received and executed subject to the applicable rules, regulations and customs of the SEC, FINRA, and the exchange or market where the order is entered, the provisions of the Securities Exchange Act of 1934.

3. Failure of customer to notify RHS in writing within five days of the receipt of this document of any concerns constitutes an acceptance of the transaction.

4. For purchase transactions in a margin account, it is agreed that sufficient cash or acceptable collateral will be deposited on or before the settlement date, or at such earlier time that payment may be demanded to satisfy applicable margin requirements.

5. Securities purchased and securities pledged as margin are or may be hypothecated for the sum due thereon or for a greater sum, under circumstances which permit commingling thereof with securities of other customers, all without further notice to the customer.

6. If shares loaned for a short sale are no longer available, RHS reserves the right to decide, by random selection, which positions will be subject to a buy-in.

7. Upon written request and where available, further details of items herein will be provided including: the execution date and time, the counterparty when acting as agent, the detailed breakdown of fees and the remuneration details, if any, to RHS, or RHF for directing orders to select market participants and details of provisions that may cause a call or prepayment.

8. All transactions on this confirmation are presumed to be unsolicited unless noted otherwise.

9. Any Good Till Canceled (GTC) orders may expire or be terminated by RHS or RHF in their ordinary course of business after the order has remained open for a reasonable period of time. Please contact RHF for more specific details. Until such expiration or cancellation, or cancellation by the customer, all open orders are considered good. When entering a substitute order, the responsibility for cancelling the original order rests upon the customer. Therefore, if a customer fails to cancel an existing order, transactions resulting from the execution of both the original and new order(s) will be entered into the customer's account.

10. The responsibility to cancel an open order resides with the customer. Any transactions which result from the execution of any order which the customer has not instructed RHF/RHS to cancel will be entered into the customer's account.

11. The default Cost Basis Election or tax relief method used by RHS for tax preparing is First-In-First-Out (FIFO) for Equities. Please contact RHF if you wish to change the default tax-relief method for your account or specify different tax lots for liquidation.

12. Backup Withholding - if you have not provided us with your correct social security number/tax id number, under federal law, you may be subject to a $50 penalty as well as backup withholding on certain payments.

13. RHS receives remuneration for directing orders to particular broker-dealers or market centers for execution. Such remuneration is considered compensation to the firm. The source and nature in connection with your transactions are available upon written request. RHF, when clearing through RHS, may share in such payments or may directly receive payment for order flow for certain transactions. Details are available upon written request.

14. If you request the sale of a non-marketable or worthless security, RHF will be the buyer to the transaction in the event a market cannot be located. In such a sale, you are deeming the security worthless and RHF thereby makes no representation regarding the present or future value of these securities. The transaction is irreversible and you will have no further claim to the securities and no claim against RHF for any losses related to the sale.

15. RHF receives payment from a third-party for services rendered in distributing new securities offerings.

16. To access the prospectus, please visit the Securities and Exchange Commission's EDGAR database and enter the company's name or ticker symbol.

Accounts carried by Robinhood Securities, LLC Member FINRA & SIPC - help@robinhood.com Tax ID 38-4019216

---

| MKT = Market in which transaction was Executed/Cleared | Buy/Sell Codes | Account Types | U/S: Solicitation | CAP = Capacity in which the firm acted: |
|---|---|---|---|---|
| NYSE - New York Stock Exchange | B = Buy or Buy To Open | C = Cash | U = Unsolicited | 1 - 2,4 - 5,8 - As AGENT |
| NYSEA - NYSE Alternext | S = Sell or Sell To Close | M = Margin | S = Solicited | 3 - As PRINCIPAL or RISKLESS PRINCIPAL; your broker has bought from you |
| USE - Other US Exchange | BCXL = Cancel Buy | N = Non-negotiable | | or sold to you and may have received a profit or loss on the transaction; any |
| MF - Mutual Funds | SCXL = Cancel Sell | S = Short | | difference in price between a transaction with you and any prior offsetting |
| OP - Options | BTC = Buy To Close | | | contemporaneous transaction will be disclosed |
| OTC - Over-the-Counter/NASDAQ | STO = Sell To Open | | | 6 - As AGENT for both buyer and seller |
| UND - Underwriting | BTCX = Buy To Close Cancel | | | |
| FOREX - Foreign Exchange | STOX = Sell to Open Cancel | | | |
| OTH - Other | | | | |

# Robinhood 🖋

85 Willow Rd, Menlo Park, CA 94025
help@robinhood.com

05/03/2023
**MISAEL CABRERA** Account #:640330379
11458 SW 49th Terrace, Miami, FL 33165

| Equities/Options | B/S | Trade Date | Settle Date | Acct Type | Price | QTY | Principal | Comm | Tran Fee | Net Amount | MKT | CAP | U/S |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Mullen Automotive<br>MULN CUSIP: 62526P109 | B | 05/03/2023 | 05/05/2023 | M | $0.0696 | 100 | $6.96 | $0.00 | $0.00 | $6.96 | OTC | 1 | U |
| Meta Materials<br>MMAT CUSIP: 59134N104 | B | 05/03/2023 | 05/05/2023 | M | $0.1858 | 14 | $2.60 | $0.00 | $0.00 | $2.60 | OTC | 1 | U |

| **Total Quantity Bought:** | 114 | | **Total Dollars Bought:** | $9.56 |
|---|---|---|---|---|
| **Total Quantity Sold:** | 0 | | **Total Dollars Sold:** | $0.00 |

# Robinhood 🖊

85 Willow Rd, Menlo Park, CA 94025
help@robinhood.com

06/23/2023
**MISAEL CABRERA** Account #:640330379
11458 SW 49th Terrace, Miami, FL 33165

---

## Transaction Confirmation

Thank you for letting Robinhood Securities, LLC ("RHS") serve you through Robinhood Financial, LLC ("RHF").

1. Amounts due for securities transactions must be received on or before the settlement date shown.

2. All orders are received and executed subject to the applicable rules, regulations and customs of the SEC, FINRA, and the exchange or market where the order is entered, the provisions of the Securities Exchange Act of 1934.

3. Failure of customer to notify RHS in writing within five days of the receipt of this document of any concerns constitutes an acceptance of the transaction.

4. For purchase transactions in a margin account, it is agreed that sufficient cash or acceptable collateral will be deposited on or before the settlement date, or at such earlier time that payment may be demanded to satisfy applicable margin requirements.

5. Securities purchased and securities pledged as margin are or may be hypothecated for the sum due thereon or for a greater sum, under circumstances which permit commingling thereof with securities of other customers, all without further notice to the customer.

6. If shares loaned for a short sale are no longer available, RHS reserves the right to decide, by random selection, which positions will be subject to a buy-in.

7. Upon written request and where available, further details of items herein will be provided including: the execution date and time, the counterparty when acting as agent, the detailed breakdown of fees and the remuneration details, if any, to RHS, or RHF for directing orders to select market participants and details of provisions that may cause a call or prepayment.

8. All transactions on this confirmation are presumed to be unsolicited unless noted otherwise.

9. Any Good Till Canceled (GTC) orders may expire or be terminated by RHS or RHF in their ordinary course of business after the order has remained open for a reasonable period of time. Please contact RHF for more specific details. Until such expiration or cancellation, or cancellation by the customer, all open orders are considered good. When entering a substitute order, the responsibility for cancelling the original order rests upon the customer. Therefore, if a customer fails to cancel an existing order, transactions resulting from the execution of both the original and new order(s) will be entered into the customer's account.

10. The responsibility to cancel an open order resides with the customer. Any transactions which result from the execution of any order which the customer has not instructed RHF/RHS to cancel will be entered into the customer's account.

11. The default Cost Basis Election or tax relief method used by RHS for tax preparing is First-In-First-Out (FIFO) for Equities. Please contact RHF if you wish to change the default tax-relief method for your account or specify different tax lots for liquidation.

12. Backup Withholding – if you have not provided us with your correct social security number/tax id number, under federal law, you may be subject to a $50 penalty as well as backup withholding on certain payments.

13. RHS receives remuneration for directing orders to particular broker-dealers or market centers for execution. Such remuneration is considered compensation to the firm. The source and nature in connection with your transactions are available upon written request. RHF, when clearing through RHS, may share in such payments or may directly receive payment for order flow for certain transactions. Details are available upon written request.

14. If you request the sale of a non-marketable or worthless security, RHF will be the buyer to the transaction in the event a market cannot be located. In such a sale, you are deeming the security worthless and RHF thereby makes no representation regarding the present or future value of these securities. The transaction is irreversible and you will have no further claim to the securities and no claim against RHF for any losses related to the sale.

15. RHF receives payment from a third-party for services rendered in distributing new securities offerings.

16. To access the prospectus, please visit the Securities and Exchange Commission's EDGAR database and enter the company's name or ticker symbol.

Accounts carried by Robinhood Securities, LLC Member FINRA & SIPC – help@robinhood.com Tax ID 38-4019216

---

**MKT = Market in which transaction was Executed/Cleared**
NYSE - New York Stock Exchange
NYSEA - NYSE Alternext
USE - Other US Exchange
MF - Mutual Funds
OP - Options
OTC - Over-the-Counter/NASDAQ
UND - Underwriting
FOREX - Foreign Exchange
OTH - Other

**Buy/Sell Codes**
B = Buy or Buy To Open
S = Sell or Sell To Close
BCXL = Cancel Buy
SCXL = Cancel Sell
BTC = Buy To Close
STO = Sell To Open
BTCX = Buy To Close Cancel
STOX = Sell to Open Cancel

**Account Types**
C = Cash
M = Margin
N = Non-negotiable
S = Short

**U/S: Solicitation**
U = Unsolicited
S = Solicited

**CAP = Capacity in which the firm acted:**
1 - 2, 4 - 5, 8 – As AGENT
3 - As PRINCIPAL or RISKLESS PRINCIPAL; your broker has bought from you or sold to you and may have received a profit or loss on the transaction; any difference in price between a transaction with you and any prior offsetting contemporaneous transaction will be disclosed
6 – As AGENT for both buyer and seller

# Robinhood 🖋

85 Willow Rd, Menlo Park, CA 94025
help@robinhood.com

06/23/2023
**MISAEL CABRERA** Account #:640330379
11458 SW 49th Terrace, Miami, FL 33165

| Equities/Options | .B/S | Trade Date | Settle Date | Acct Type | Price | QTY | Principal | Comm | Tran Fee | Net Amount | MKT | CAP | U/S |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Meta Materials<br>MMAT CUSIP: 59134N104 | B | 06/23/2023 | 06/27/2023 | M | $0.1897 | 421 | $79.86 | $0.00 | $0.00 | $79.86 | OTC | 1 | U |
| Meta Materials<br>MMAT CUSIP: 59134N104 | B | 06/23/2023 | 06/27/2023 | M | $0.1897 | 94 | $17.83 | $0.00 | $0.00 | $17.83 | OTC | 1 | U |
| Meta Materials<br>MMAT CUSIP: 59134N104 | B | 06/23/2023 | 06/27/2023 | M | $0.1900 | 10 | $1.90 | $0.00 | $0.00 | $1.90 | OTC | 1 | U |

**Total Quantity Bought:**         525                    **Total Dollars Bought:**                                      $99.59

**Total Quantity Sold:**         0                    **Total Dollars Sold:**                                      $0.00

# Robinhood 🖋

85 Willow Rd, Menlo Park, CA 94025
help@robinhood.com

06/22/2023

**MISAEL CABRERA** Account #:640330379
11458 SW 49th Terrace, Miami, FL 33165

## Transaction Confirmation

Thank you for letting Robinhood Securities, LLC ("RHS") serve you through Robinhood Financial, LLC ("RHF").

1. Amounts due for securities transactions must be received on or before the settlement date shown.

2. All orders are received and executed subject to the applicable rules, regulations and customs of the SEC, FINRA, and the exchange or market where the order is entered, the provisions of the Securities Exchange Act of 1934.

3. Failure of customer to notify RHS in writing within five days of the receipt of this document of any concerns constitutes an acceptance of the transaction.

4. For purchase transactions in a margin account, it is agreed that sufficient cash or acceptable collateral will be deposited on or before the settlement date, or at such earlier time that payment may be demanded to satisfy applicable margin requirements.

5. Securities purchased and securities pledged as margin are or may be hypothecated for the sum due thereon or for a greater sum, under circumstances which permit commingling thereof with securities of other customers, all without further notice to the customer.

6. If shares loaned for a short sale are no longer available, RHS reserves the right to decide, by random selection, which positions will be subject to a buy-in.

7. Upon written request and where available, further details of items herein will be provided including: the execution date and time, the counterparty when acting as agent, the detailed breakdown of fees and the remuneration details, if any, to RHS, or RHF for directing orders to select market participants and details of provisions that may cause a call or prepayment.

8. All transactions on this confirmation are presumed to be unsolicited unless noted otherwise.

9. Any Good Till Canceled (GTC) orders may expire or be terminated by RHS or RHF in their ordinary course of business after the order has remained open for a reasonable period of time. Please contact RHF for more specific details. Until such expiration or cancellation, or cancellation by the customer, all open orders are considered good. When entering a substitute order, the responsibility for cancelling the original order rests upon the customer. Therefore, if a customer fails to cancel an existing order, transactions resulting from the execution of both the original and new order(s) will be entered into the customer's account.

10. The responsibility to cancel an open order resides with the customer. Any transactions which result from the execution of any order which the customer has not instructed RHF/RHS to cancel will be entered into the customer's account.

11. The default Cost Basis Election or tax relief method used by RHS for tax preparing is First-In-First-Out (FIFO) for Equities. Please contact RHF if you wish to change the default tax-relief method for your account or specify different tax lots for liquidation.

12. Backup Withholding – if you have not provided us with your correct social security number/tax id number, under federal law, you may be subject to a $50 penalty as well as backup withholding on certain payments.

13. RHS receives remuneration for directing orders to particular broker-dealers or market centers for execution. Such remuneration is considered compensation to the firm. The source and nature in connection with your transactions are available upon written request. RHF, when clearing through RHS, may share in such payments or may directly receive payment for order flow for certain transactions. Details are available upon written request.

14. If you request the sale of a non-marketable or worthless security, RHF will be the buyer to the transaction in the event a market cannot be located. In such a sale, you are deeming the security worthless and RHF thereby makes no representation regarding the present or future value of these securities. The transaction is irreversible and you will have no further claim to the securities and no claim against RHF for any losses related to the sale.

15. RHF receives payment from a third-party for services rendered in distributing new securities offerings.

16. To access the prospectus, please visit the Securities and Exchange Commission's EDGAR database and enter the company's name or ticker symbol.

Accounts carried by Robinhood Securities, LLC Member FINRA & SIPC – help@robinhood.com Tax ID 38-4019216

---

| | | | | |
|---|---|---|---|---|
| **MKT = Market in which transaction was Executed/Cleared**<br>NYSE - New York Stock Exchange<br>NYSEA - NYSE Alternext<br>USE - Other US Exchange<br>MF - Mutual Funds<br>OP - Options<br>OTC - Over-the-Counter/NASDAQ<br>UND - Underwriting<br>FOREX - Foreign Exchange<br>OTH - Other | **Buy/Sell Codes**<br>B = Buy or Buy To Open<br>S = Sell or Sell To Close<br>BCXL = Cancel Buy<br>SCXL = Cancel Sell<br>BTC = Buy To Close<br>STO = Sell To Open<br>BTCX = Buy To Close Cancel<br>STOX = Sell to Open Cancel | **Account Types**<br>C = Cash<br>M = Margin<br>N = Non-negotiable<br>S = Short | **U/S: Solicitation**<br>U = Unsolicited<br>S = Solicited | **CAP = Capacity in which the firm acted:**<br>1 – 2,4 – 5,8 - As AGENT<br>3 – As PRINCIPAL or RISKLESS PRINCIPAL; your broker has bought from you or sold to you and may have received a profit or loss on the transaction; any difference in price between a transaction with you and any prior offsetting contemporaneous transaction will be disclosed<br>6 – As AGENT for both buyer and seller |

**Robinhood** 🖋

85 Willow Rd, Menlo Park, CA 94025
help@robinhood.com

06/22/2023
**MISAEL CABRERA** Account #:640330379
11458 SW 49th Terrace, Miami, FL 33165

| Equities/Options | B/S | Trade Date | Settle Date | Acct Type | Price | QTY | Principal | Comm | Tran Fee | Net Amount | MKT | CAP | U/S |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Meta Materials<br>MMAT CUSIP: 59134N104 | B | 06/22/2023 | 06/26/2023 | M | $0.1994 | 469 | $93.52 | $0.00 | $0.00 | $93.52 | OTC | 1 | U |
| Meta Materials<br>MMAT CUSIP: 59134N104 | B | 06/22/2023 | 06/26/2023 | M | $0.1999 | 25 | $5.00 | $0.00 | $0.00 | $5.00 | OTC | 1 | U |
| AMTD Digital Inc. American Depositary Shares (every five of which represent two Class A Ordinary Shares)<br>HKD CUSIP: 00180N101 | B | 06/22/2023 | 06/26/2023 | M | $6.5175 | 15.343306 | $100.00 | $0.00 | $0.00 | $100.00 | OTC | 3 | U |
| Meta Materials<br>MMAT CUSIP: 59134N104 | B | 06/22/2023 | 06/26/2023 | M | $0.1938 | 5 | $0.97 | $0.00 | $0.00 | $0.97 | OTC | 1 | U |
| AMTD Digital Inc. American Depositary Shares (every five of which represent two Class A Ordinary Shares)<br>HKD CUSIP: 00180N101 | B | 06/22/2023 | 06/26/2023 | M | $6.5500 | 0.035114 | $0.23 | $0.00 | $0.00 | $0.23 | OTC | 3 | U |
| AMTD Digital Inc. American Depositary Shares (every five of which represent two Class A Ordinary Shares)<br>HKD CUSIP: 00180N101 | B | 06/22/2023 | 06/26/2023 | M | $6.5500 | 45.76659 | $299.77 | $0.00 | $0.00 | $299.77 | OTC | 3 | U |

| | | | |
|---|---|---|---|
| **Total Quantity Bought:** | 560.14501 | **Total Dollars Bought:** | $499.49 |
| **Total Quantity Sold:** | 0 | **Total Dollars Sold:** | $0.00 |