Jeffrey L. Hartman, Esq.
Nevada Bar No. 1607
HARTMAN & HARTMAN
510 W. Plumb Lane, Suite B
Reno, NV 89509
T: (775) 324-2800
F: (775) 324-1818
notices@bankruptcyreno.com
Attorney for Christina Lovato, Trustee

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>META MATERIALS INC.,<br><br>Debtor. | Case No.: 24-50792-hlb<br>(Chapter 7)<br><br>CERTIFICATE OF SERVICE<br><br>Hearing Date: N/A<br>Hearing Time: |

I certify that I am an employee of Hartman & Hartman, and that on December 2, 2024, I caused to be served the following document(s):

ORDER DENYING *EX PARTE* MOTION TO FILE UNDER SEAL ALL PROOFS OF INTEREST AND DIRECTING PARTIES TO FILE REDACTED PROOFS OF INTEREST – ECF No. 138

I caused to be served the above-named document(s) as indicated below:

✔ a. Via U. S. Mail, postage prepaid, addressed to all those persons/entities listed on the attached list of creditors maintained by the Court who have file Proofs of Interest in this case.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: December 2, 2024.

　　　　　　　　　　　*/s/ Angie Gerbig*
　　　　　　　　　　　Angie Gerbig

1

WALEED KAMEL
2628 TOTTENHAM DR.
NEW PORT RICHEY, FL 34655

MARK TENORIO &
SHELLEY TENORIO TEN ENT
9530 COMPASS POINT DR S UNIT 7
SAN DIEGO, CA 92126-8526

E-TRADE SECURITIES LLC
RE: JUAN ESTEBAN PABON RINCON
PO BOX 484
JERSEY CITY, NJ 07303-0484

ANTONIO VIRGILIO
1444 RUE PAGE
LAVAL, QC H7W 354
CANADA

AST EQUINITI TRUST COMPANY, LLC
OPERATIONS CENTER
RE: JUAN ESTEBAN PABON RINCON
PO BOX 500
NEWARK, NJ 07101

ARMANDO C. TENORIO
BOX 232020
SAN DIEGO, CA 92196-2020

BERNADETTE M.K. GRUBER
PO BOX 131
KAUNAKAKAI, HI 96748-0131

BERNARD G. MACY
181 LONG HILL ROAD, APT 5-3
LITTLE FALLS, NJ 07424-2036

JB EMERALD CONSULTING SOLUTIONS INC.
ATTN: JONATHAN BRUNT
1383 W 8TH AVE
VANCOUVER, BC V6H 3W4
CANADA

ROBINHOOD MARKETS INC.
ROBERT RUSNIAK
85 WILLOW ROAD
MENLO PARK, CA 94025

GREG MCCABE
PO BOX 11188
MIDLAND, TX 79702-8188

DOROTHY DEMAY
3347 HALTER DR.
LAS VEGAS, NV 89122

JOHN ALLEN BURGE
421 ROOSEVELT ST
SAN MARCOS, TX 78666-6231

AMR SALEM
1751 – 2ND AVENUE, APT 22T
NEW YORK, NY 10128

BRUCE TRAN
10621 LAKESIDE OAK CT
BURKE, VA 22015-2221

CALEB STEPHEN PRICE
242 CHEROKEE TRL
WILMINGTON, NC 28409-3408

CARY WALLACE
17442 MELANCON RD
LIVINGSTON, LA 70754-3014

CENOBIO DAVALOS
454 BENTLEY DR.
MIDLOTHIAN, TX 76065-1666

CHARLES HILL
17442 MELANCON ROAD
LIVINGSTON, LA 70754-3014

CHRISTINA W. LOVATO
P.O. BOX 18417
RENO, NV 89511-0417

CHRISTOPHER ENTREKIN
17442 MELANCON ROAD
LIVINGSTON, LA 70754-3014

CHRISTOPHER SCHENKEL
1302 SPRINGHOUSE RD
SINKING SPRING, PA 19608-9535

CHRISTOPHER P.K. GRUBER
8088 SMOKING JACKET PLACE
LAS VEGAS, NV 89166-3792

COURTNEY LYNN TUCKER
2601 BELLE CROSSING DR.
ENID, OK 73703-7053

DANIEL RITZ   GLEN
26W211 ARROW GLAN CT
WHEATON, IL 60189-1628

DANIEL A GOLUBEK
82 WOOD RD
WESTFIELD, MA 01085-4032

DANIEL R. AUXIER
105 VALLEY ROAD
WANTAGE, NJ 07461-3632

DARRELL L. PETERSON
1150 BAILEY BRIDGE RD.
LIMESTONE, TN 37681-3328

DAVID C. JACKSON
9095 HENRY RD
PINCKNEY, MI 48169-9159

DAVID T. JAMES
691 CORNWALIS CT.
MEDINA, OH 44256-7199

DENISE M. OVERMOHLE
1502 FAITH WAY DRIVE
CEDAR FALLS, IA 50613-3912

DONALD MOREL
44 CAROL DRIVE
HARRISVILLE, RI 02830-1836

DOUGLAS A. HULETT
58 ELIAS RD
ARENAS VALLEY, NM 88022-9710

DWAYNE J. GITTENS
1881 MCNICOLL AVE, UNIT 617
TORONTOMIV 5MC CANADA

GARY M KAIBLE
832 B CANAL ROAD
MOUNT SIANI, NY 11766-3322

GERARD DOUCET
10 REXDALE AVE
HALIFAX NOVA SCOTIAB3P2B5 CANADA

GINA DONATO
84-736 LAHAINA ST.
WAIANAE, HI 96792-1846

GLENN GUNSTEN
6360 HWY V
UNION, MO 63084-3121

GLENN TEASDALE
41 BAXTER DR.
GUELPH, ON N1L0G4
CANADA

GREGORY RYAN HELTON
5244 AVERY WOODS LN
KNOXVILLE, TN 37921-5242

HENRY CEDENO
4000 NW 36TH AVE #205
MIAMI, FL 33142-4211

IFEANYI SUNDAY NWOSU
CALLE CUBA NO 79, 2
VALENCIA46006 SPAIN

JAMES JONES
P.O. BOX 352
FAYETTEVILLE, OH 45118-0352

JANET HALL
3826 NW VARDON PL
PORTLAND, OR 97229-0918

| | | |
|---|---|---|
| JEFFREY CHRISTENSEN<br>26 ELYON LANE<br>BONNERS FERRY, ID 83805-4000 | JOHNNA ALVAREZ<br>2750 NE 183RD STREET 411T<br>AVENTURA, FL 33160-2118 | JONATHAN BUTLER<br>6879 BLACK POWDER RD<br>MOUNTAIN GREEN, UT 84050-9748 |
| JONATHAN ALLUN BRUNT<br>6352 ALDERWOOD LANE<br>DELTA, BC V4E 3E8 CANADA | JORDAN KOLHOFF —GLEN<br>1200 ALEN MEADOW DR.<br>FINDLAY, OH 45840-6224 | JOSEPH GILBERT<br>664 OLD PHELPS RD.<br>HUNTSVILLE, TX 77340-7256 |
| JOSEPH HADDON<br>17442 MELANCON ROAD<br>LIVINGSTON, LA 70754-3014 | JOSEPH C. BELLINA<br>165 KLINGER DR<br>SUGAR LOAF, PA 18249-3222 | JOSHUA CALARA<br>9052 TANTALIZING AVE<br>LAS VEGAS, NV 89149-3100 |
| KA WING KAREN LEE<br>6352 ALDERWOOD LANE<br>DELTA, BC V4E 3E8 CANADA | KERRY GAINS<br>8750 CAPSTONE RANCH DRIVE<br>TRINITY, FL 34655-0071 | KIMBERLY KEPLING<br>5843 GLEN EAGLES<br>MEDINA, OH 44256-6470 |
| L ROGER FARLEY<br>5261 OGLETHORPE CT<br>POWDER SPRINGS, GA 30127-3782 | LAURA ENTREKIN<br>17442 MELANCON ROAD<br>LIVINGSTON, LA 70754-3014 | MARCO AURELIO PANG MILLAN<br>1302 E BELL AVE<br>PHARR, TX 78577-4322 |
| MARIAM MILIAN<br>8620 SW 43RD TERRACE<br>MIAMI, FL 33155-4125 | MARK TENORIO<br>9530 COMPASS POINT DR S UNIT 7<br>SAN DIEGO, CA 92126-8526 | MATTHEW TYRRELL<br>3206 KENDALE AVE. NW<br>CONCORD, NC 28027-9657 |
| MICAYLA ENTREKIN<br>17442 MELANCON ROAD<br>LIVINGSTON, LA 70754-3014 | MICHAEL LEE<br>1221 W. MARIGOLD AVE<br>LA HABRA, CA 90631-9250 | MICHAEL NORGARD<br>2389 BARTON CRK<br>SMITHVILLE, TX 78957-5328 |
| MICHAEL EDWARD SATTERFIELD<br>1208 SW 2ND CT APT 3<br>FORT LAUDERDALE, FL 33312-1622 | MICHAEL STEPHEN PRICE<br>242 CHEROKEE TRL<br>WILMINGTON, NC 28409-3408 | MICHELLE BRIENT<br>33561 VIA DE AGUA<br>SAN JUAN CAPISTRANO, CA 92675-4932 |
| MICHELLE MILLER<br>13676 DOGWOOD TRAIL<br>YUCAIPA, CA 92399-5215 | MICHELLE E LONDON<br>18 IMPERIAL DRIVE<br>EGG HARBOUR TWP, NJ 08234-4300 | MIKHAIL M. KHANUKHOV<br>29101 LASSEN ST, #146<br>CHATSWORTH, CA 91311 |
| MIYUKI MATSUMOTO<br>41 BAXTER DR.<br>GUELPH, ON N1L0G4<br>CANADA | MOHAMMAD ESA BIN RAHMAD<br>BLK 363 WOODLANDS AVENUE 5<br>06-436<br>730363 SINGAPORE | NADZARIN WOK NORDIN<br>C-FF-2 BUKIT GITA BAYU<br>JALAN BAYU 3<br>43300 SERI KEMBANGAN<br>SELANGOR MALAYSIA |

| | | |
|---|---|---|
| NATHAN JOEL PRICE<br>242 CHEROKEE TRL<br>WILMINGTON, NC 28409-3408 | NATHANIAL J. CONDREAY<br>16316 87TH AVE E<br>PUYALLUP, WA 98375-9647 | NICOLE HUEBENEC<br>2527 CORAL WAY E<br>DAYTONA BEACH, FL 32118-5516 |
| NOLA WHETHAM<br>4 LUPEA PLACE<br>PUKALANI, HI 96768-8893 | NORMA S. MARTINS<br>362 HOLOLANI ST.<br>MAKAWAO, HI 96768-8617 | OSCAR LEE<br>6232 FALKIRK RD<br>BALTIMORE, MD 21239-1901 |
| PAMELA HAIGH<br>18961 MCGRATH CIR<br>PORT CHARLOTTE, FL 33948-9443 | RANIN LUMAGBAS CANLAS<br>716 ROCK ROSE WAY<br>RICHMOND, CA 94806-1890 | REINA LUMAGBAS CANLAS<br>716 ROCK ROSE WAY<br>RICHMOND, CA 94806-1890 |
| RIANNE KASSANDRA CANLAS<br>716 ROCK ROSE WAY<br>RICHMOND, CA 94806-1890 | RIELLE KARISSA CANLAS<br>716 ROCK ROSE WAY<br>RICHMOND, CA 94806-1890 | ROGER N. WURTELE<br>5913 GLEN HEATHER DR<br>PLANO, TX 75093-4561 |
| ROSIE KLARITA CANLAS<br>716 ROCK ROSE WAY<br>RICHMOND, CA 94806-1890 | RYAN FORTIER<br>41 INDIAN LEDGE DRIVE<br>SPRINVALE, ME 04083-1413 | RYAN NADELSON<br>632 RIO VISTA COURT<br>SUWANEE, GA 30024-4466 |
| RYAN SOBOLIK<br>636 WILSON AVE<br>MINTO, ND 58261-6116 | RYAN T FRANZ<br>6750 LONGLEAF BRANCH DRIVE<br>JACKSONVILLE, FL 32222-4228 | SAADA HABIB<br>617 CONCERTO LN<br>SILVER SPRINGS, MD 20901-5009 |
| SANA AHMED<br>7 GRANGE ROAD<br>BOLTONBL4 0HN UNITED KINGDOM | SARAH LACHAUSSEE<br>6224 CULTUS BAY RD<br>CLINTON, WA 98236-8603 | SETH VAWTERS<br>2140 IDLEWOOD DR<br>GRAPEVINE, TX 76051-7801 |
| SHARON FARLEY<br>5261 OGLETHORPE CT<br>POWDER SPRINGS, GA 30127-3782 | SHARON ROGER FARLEY<br>5261 OGLETHORPE CT<br>POWDER SPRINGS, GA 30127-3782 | SHELLEY TENORIO TEN ENT<br>9530 COMPASS POINT DR S UNIT 7<br>SAN DIEGO, CA 92126-8526 |
| SIMON MICHAEL LOURENCO<br>5633 GULFSTREAM ROW<br>COLUMBIA, MD 21044-2910 | TABETHA DAWN PRICE<br>242 CHEROKEE TRL<br>WILMINGTON, NC 28409-3408 | TERRI-LYNN F. YOUNG<br>13 POWER ST.<br>DARMOUTHB2W 1M3 CANADA<br>NOVA SCOTIA CANADA |
| TOM LACHAUSSEE<br>2631 BALLS FERRY RD.<br>ANDERSON, CA 96007-3507 | TREVOR BLACK<br>12 CARDIGAN PLACE<br>STONEY CREEKL8E6C3 CANADA | VEERAPANENI C SRINIVASA<br>8458 ROSEMARY WAY<br>HARRISBURG, NC 28075-9657 |

| | | |
|---|---|---|
| WANDA NORGARD<br>2389 BARTON CRK<br>SMITHVILLE, TX 78957-5328 | YOGESH DESAI<br>36 ALLERTON RD.<br>PARSIPPANY, NJ 07054-2946 | YUNILEIDYS PADRON<br>15401 SW 81 CIRCLE LANE<br>#15<br>MIAMI, FL 33193-2681 |
| ZALINA SABDIN<br>C-FF-2 BUKIT GITA BAYU<br>JALAN BAYU 3<br>43300 SERI KEMBANGAN<br>SELANGOR MALAYSIA | ZARA AHMED<br>79A BERKELEY ROAD<br>KINGSBURY<br>LONDON<br>NW99DH-U-K | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Broadridge Financial Solutions<br>1155 long Island Avanue<br>Edgewood, NY 11717 | Brownstein Hyatt Farber Schreck LLP<br>675 15th Street, Suit 2900<br>Denver, CO 80202 | Mediant Communications Inc.<br>PO Box 29976<br>New York, NY 10087-9976 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)CHRISTIAN ATTAR | (u)KASOWITZ BENSON TORRES LLP | (u)ROBISON, SHARP, SULLIVAN & BRUST |
| (u)ARDUCAM TECHNOLOGY CO., LIMITED<br>4th floor, Building C10, East District<br>Zidong International Creative Park, No.<br>Zidong Road, Qixia District.<br>Nanjing, Jiangsu, 210000 | (d)Amster, Rothstein & Ebenstein LLP<br>405 Lexington Avenue<br>48th Floor<br>New York, NY 10174-0002 | (d)David Chester<br>c/o JOHNSON & GUBLER, P.C.<br>8831 W. Sahara Avenue<br>Las Vegas, NV 89117-5865 |
| (u)Georgios Palikaras | (u)IOANNIS PAPAGIANNIS<br>FLAT 84 GREENHILL<br>PRINCE ARTHUR ROAD<br>CAMDEN NW3 5TZ LONDON | (d)Infinite Equity Inc.<br>PO Box 720151<br>San Francisco, CA 94172-0151 |
| (d)JOHN AND THERESA HILLMAN<br>PROPERTIES LP<br>PO BOX 50187<br>MIDLAND, TX 79710-0187 | (d)Jonathan Edwards<br>c/o JOHNSON & GUBLER, P.C.<br>8831 W. Sahara Avenue<br>Las Vegas, NV 89117-5865 | (u)LG Energy Solution, Ltd.<br>Parc. 1 Tower 108<br>Yeoui-dacro, Yeongdeungpo-gu<br>Seoul, 0733 |
| (u)Law office of Kim & Chang<br>39, Sajik-ro 8-gil, Jongno-gu<br>Seoul, Gyeonggi-do, 03170 | (u)Lewis Silkin LLP<br>Arbor, 255 Blackfriars Road<br>London SE1 9AX | (u)Patsnap UK LTD<br>Building 3, Chiswick Business Park<br>566 Chiswick High road<br>London W4 5YA |