NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | | **PROOF OF INTEREST** |
|---|---|---|

Name of Debtor: Meta Materials Inc.

Case Number: 24-50792-hlb

1. Name and address of holder of the Equity Interest (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

CORY KNAPP
915 12th Street South
GOLDEN, British Columbia, Canada
BOX 2671
V0A 1H0

Telephone Number: 250-439-8237

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

☒ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

COURT USE ONLY

Account or other number by which Interest holder identifies Debtor: 43FJ19-S and 082355-J

Check here if this claim:
☐ replaces a previously filed Proof of Interest dated: _____
☐ amends a previously filed Proof of Interest dated: _____

2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:
TD Direct Investing - 3500 STEELES ave
TOWER 2, 2nd floor
Markham Ontario
L3R 0X1
Telephone Number:

3. Date Equity Interest was acquired:
Nov 5, 2021 — Oct 2, 2023

4. Total amount of member interest: 1,224

5. Certificate number(s): _____

6. Type of Equity Interest:
Please indicate the type of Equity Interest you hold:
☒ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
☐ Check this box if your Equity Interest is based on anything else and describe that interest.
Description: _____

7. Supporting Documents: Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. Date-Stamped Copy: To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

9. Signature:
Check the appropriate box.
☒ I am the creditor.   ☐ I am the creditor's authorized agent.   ☐ I am the trustee, or the debtor,   ☐ I am a guarantor, surety, endorser, or other codebtor.
(Attach copy of power of attorney, if any.)   or their authorized agent.   (See Bankruptcy Rule 3005.)
(See Bankruptcy Rule 3004.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: Cory Knapp
Title: Mr.
Company: Address and telephone number (if different from notice address above):

(Signature)   (Date) Nov 18 2024
Telephone number: 250 439 8237   email: CORYKNAPP7@gmail.com

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*



**TD Direct Investing**

# Your TFSA statement
August 1, 2024 to October 31, 2024

Account number: 082355-J
Account type: Tax-Free Savings Account - CDN
Account currency: Canadian dollars

MR. CORY R KNAPP
PO BOX 2671
GOLDEN BC
V0A 1H0

### Do you have a question?
If you have any questions or require assistance, please log into the TD app and choose Contact Us from the 'More' menu, or call the numbers below to speak to an Investment Representative:

| | |
|---|---|
| English: | 1-800-465-5463 |
| French: | 1-800-361-2684 |
| Cantonese: | 1-800-838-3223 option 1 |
| Mandarin: | 1-800-838-3223 option 2 |

## Your account at a glance

**You need to know**
Please see **page 2** for important information about your account.

| | This period (Aug 1 - Oct 31, 2024) | Last period (Jul 1 - Jul 31, 2024) | Year to date (Jan 1 - Oct 31, 2024) |
|---|---|---|---|
| Beginning balance | $732.45 | $937.29 | $1,972.04 |
| Change in your account balance | -$695.55 | -$204.84 | -$1,935.14 |
| **Ending balance** | **$36.90** | **$732.45** | **$36.90** |

▸ US dollars converted to Canadian dollars at **1.3910** as of Oct 31, 2024

## Holdings in your account
on October 31, 2024

| Description | Quantity or par value ($) | Price ($) | Book cost ($) | Market value ($) | Unrealized gain or loss ($) | % of your holdings |
|---|---|---|---|---|---|---|
| **DOMESTIC** | | | | | | |
| Cash | | | 12.15 | 12.15 | 0.00 | 32.93% |
| **COMMON SHARES** | | | | | | |
| MENE INC (MENE) | 25 SEG | 0.105 | 13.96 | 2.62 | -11.34 | 7.10% |
| META MATERIALS INC-NEW (MMATQ) | 224 SEG | 0.071U | 46,778.80 | 22.13 | -46,756.67 | 59.97% |
| **TOTAL DOMESTIC** | | | **$46,804.91** | **$36.90** | | **100.00%** |
| **Total Portfolio** | | | **$46,804.91** | **$36.90** | | **100.00%** |

▸ The US dollar conversion rate we used to convert your month-end market values to Canadian dollars is **1.3910**

▸ Book costs are converted to Canadian dollars at the exchange rate used at the time of the transaction

▸ U=US dollars

---

**Order-Execution-Only Account.**

TD Waterhouse Canada Inc.
Member - Canadian Investor Protection Fund



**Regulated by CIRO**
Canadian Investment
Regulatory Organization

Page 1 of 3



**TD Direct Investing**

# Your RSP statement
July 1, 2024 to October 31, 2024

Account number: 43FJ19-S
Account type: Self-Directed RSP - CDN
Account currency: Canadian dollars

MR. CORY R KNAPP
717 ELK RD
GOLDEN BC
V0A 1H0

### Do you have a question?
If you have any questions or require assistance, please log into the TD app and choose Contact Us from the 'More' menu, or call the numbers below to speak to an Investment Representative:

| | |
|---|---|
| **English:** | 1-800-465-5463 |
| **French:** | 1-800-361-2684 |
| **Cantonese:** | 1-800-838-3223 option 1 |
| **Mandarin:** | 1-800-838-3223 option 2 |

## Your account at a glance

> You need to know
> Please see page 2 for important information about your account.

| | This period (Jul 1 - Oct 31, 2024) | Last period (Apr 1 - Jun 30, 2024) | Year to date (Jan 1 - Oct 31, 2024) |
|---|---:|---:|---:|
| Beginning balance | $6,321.45 | $6,451.60 | $11,107.41 |
| Change in your account balance | -$4,038.08 | -$130.15 | -$8,824.04 |
| **Ending balance** | **$2,283.37** | **$6,321.45** | **$2,283.37** |

▶ US dollars converted to Canadian dollars at **1.3910** as of Oct 31, 2024

## Holdings in your account
on October 31, 2024

| Description | Quantity or par value ($) | Price ($) | Book cost ($) | Market value ($) | Unrealized gain or loss ($) | % of your holdings |
|---|---:|---:|---:|---:|---:|---:|
| **DOMESTIC** | | | | | | |
| Cash | | | 2,075.91 | 2,075.91 | 0.00 | 90.91% |
| **COMMON SHARES** | | | | | | |
| ~~MENE INC (MENE)~~ | ~~1,035 SEG~~ | ~~0.105~~ | ~~579.59~~ | ~~108.67~~ | ~~-470.92~~ | ~~4.76%~~ |
| META MATERIALS INC-NEW (**MMATQ**) | 1,000 SEG | 0.071U | 29,617.59 | 98.79 | -29,518.80 | 4.33% |
| **TOTAL DOMESTIC** | | | **$32,273.09** | **$2,283.37** | | **100.00%** |
| **Total Portfolio** | | | **$32,273.09** | **$2,283.37** | | **100.00%** |

▶ The US dollar conversion rate we used to convert your month-end market values to Canadian dollars is **1.3910**

▶ Book costs are converted to Canadian dollars at the exchange rate used at the time of the transaction

▶ U=US dollars
**Order-Execution-Only Account.**

TD Waterhouse Canada Inc.
Member - Canadian Investor Protection Fund



**Regulated by CIRO**
Canadian Investment
Regulatory Organization



**TD Direct Investing**
3500 STEELES AVE E
TOWER 2, 2ND FLOOR
MARKHAM ON L3R 0X1

**TD Direct Investing**

## Transaction Confirmation

MR. CORY R KNAPP
PO BOX 2671
GOLDEN BC  V0A 1H0

**Account number and type**
082355J - TD Waterhouse Tax-Free Savings Account - CDN

**Questions?**
Contact an Investment Representative
Toll Free 1 (800) 465-5463

## Transaction on October 17, 2022

▸ **For settlement on:** October 19, 2022
▸ **Processed on:** October 17, 2022

| Transaction | Security Description | Quantity | Price ($) | Amount ($) |
|---|---|---|---|---|
| You bought | META MATERIALS INC FY-555999 | 3,000 | 0.9218 | |
| | Gross transaction amount | | | USD 2,765.40 |

**Ticker symbol:** MMAT
Security number: 43665R
CUSIP ID: 59134N104
Trade number: 000703
Trade processed by: 9BBC

| | | |
|---|---|---|
| Plus | Commission | 9.99 |
| Plus | Premium on USD Funds converted at 39.29% | 1,090.45 |
| Equals | **Net transaction amount** | **CAD $3,865.84** |

*As agent, TD Direct Investing confirms the above purchase on a U.S. OTC marketplace for settlement in your account.*

## Important information

Please review the information in this Transaction Confirmation carefully and let us know within 10 calendar days if there are any discrepancies.

Clients' accounts are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of coverage is available upon request.

**Abbreviations used in the security descriptions**
RS  = Restricted shares
NVS = Non-voting shares
RVS = Restricted voting shares
SVS = Subordinate voting shares
MVS = Multiple voting shares
/D  = DSC (Deferred Sales Charge)
/NL = No Load

**Disclosure of sources of revenue**
TD Direct Investing and/or parties related to us may earn revenue in addition to commission from the following sources: currency conversion charges on certain trades and mutual fund transactions, fees paid by issuers and others in connection with corporate actions and new issues, the sale of fixed income products, trailer fees paid by mutual fund companies, and remuneration paid by U.S. market makers and exchanges in connection with U.S. trades. For more information, see the TD Waterhouse Canada Inc. Account and Service Agreements and Disclosure Documents booklet. It is also available online at www.td.com/ca/en/investing/direct-investing.

The name of the salesperson, dealer and/or market in this transaction will be provided upon request.

TD Direct Investing is a division of TD Waterhouse Canada Inc., a subsidiary of The Toronto-Dominion Bank.

**Thank you for choosing TD Direct Investing.**

TD Waterhouse Canada Inc. - Member of the Canadian Investor Protection Fund
00008910 0000004123 20221017 59134N104 43665R

Order execution account
No advice or recommendations provided.



**TD Direct Investing**
*3500 STEELES AVE E*
*TOWER 2, 2ND FLOOR*
*MARKHAM ON L3R 0X1*

**TD Direct Investing**

## Transaction Confirmation

MR. CORY R KNAPP
PO BOX 2671
GOLDEN BC  V0A 1H0

**Account number and type**
082355J - TD Waterhouse Tax-Free Savings Account - CDN

**Questions?**
Contact an Investment Representative
Toll Free 1 (800) 465-5463

## Transaction on July 28, 2022

▸ **For settlement on:** August 01, 2022
▸ **Processed on:** July 28, 2022

| Transaction | Security Description | Quantity | Price ($) | Amount ($) |
|---|---|---|---|---|
| You bought | META MATERIALS INC | 100 | 0.8873 | |
| | EQ-539411 | 55 | 0.8829 | |
| | | 45 | 0.883 | |
| | | 7,516 | 0.8921 | |
| | | 7,716 | | |

**Ticker symbol: MMAT**
Security number: 43665R
CUSIP ID: 59134N104
Trade number: 006768
Trade processed by: 9BBC

| | | |
|---|---|---|
| | Gross transaction amount | USD 6,882.05 |
| *Plus* | Premium on USD Funds converted at 30.49% | 2,098.34 |
| *Equals* | **Net transaction amount** | **CAD $8,980.39** |

*As agent, TD Direct Investing confirms the above purchase on a U.S. OTC marketplace for settlement in your account.*

## Important information

Please review the information in this Transaction Confirmation carefully and let us know within 10 calendar days if there are any discrepancies.

Clients' accounts are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of coverage is available upon request.

**Abbreviations used in the security descriptions**
RS = Restricted shares
NVS = Non–voting shares
RVS = Restricted voting shares
SVS = Subordinate voting shares
MVS = Multiple voting shares
/D = DSC (Deferred Sales Charge)
/NL = No Load

**Disclosure of sources of revenue**
TD Direct Investing and/or parties related to us may earn revenue in addition to commission from the following sources: currency conversion charges on certain trades and mutual fund transactions, fees paid by issuers and others in connection with corporate actions and new issues, the sale of fixed income products, trailer fees paid by mutual fund companies, and remuneration paid by U.S. market makers and exchanges in connection with U.S. trades. For more information, see the TD Waterhouse Canada Inc. Account and Service Agreements and Disclosure Documents booklet. It is also available online at www.td.com/ca/en/investing/direct-investing.

The name of the salesperson, dealer and/or market in this transaction will be provided upon request.

TD Direct Investing is a division of TD Waterhouse Canada Inc., a subsidiary of The Toronto-Dominion Bank.

**Thank you for choosing TD Direct Investing.**

TD Waterhouse Canada Inc. - Member of the Canadian Investor Protection Fund
00008901 0000004067 20220728 59134N104 43665R

Order execution account
No advice or recommendations provided.



**TD Direct Investing**
3500 STEELES AVE E
TOWER 2, 2ND FLOOR
MARKHAM ON L3R 0X1

**TD Direct Investing**

## Transaction Confirmation

MR. CORY R KNAPP
PO BOX 2671
GOLDEN BC  V0A 1H0

**Account number and type**
082355J - TD Waterhouse Tax-Free Savings
Account - CDN

**Questions?**
**Contact an Investment Representative**
Toll Free 1 (800) 465-5463

## Transaction on July 28, 2022

▸ **For settlement on:** August 01, 2022
▸ **Processed on:** July 28, 2022

| Transaction | Security Description | Quantity | Price ($) | Amount ($) |
|---|---|---|---|---|
| You bought | META MATERIALS INC | 600 | 0.8814 | |
| | EQ-539411 | 125 | 0.8815 | |
| | | 1,100 | 0.8821 | |
| **Ticker symbol: MMAT** | | 559 | 0.8822 | |
| Security number: 43665R | | 1,900 | 0.8823 | |
| CUSIP ID: 59134N104 | | **4,284** | | |

Trade number: 006767
Trade processed by: 9BBC

| | | |
|---|---|---|
| | Gross transaction amount | USD 3,778.86 |
| Plus | Commission | 9.99 |
| Plus | Premium on USD Funds converted at 30.49% | 1,155.22 |
| Equals | **Net transaction amount** | **CAD $4,944.07** |

*As agent, TD Direct Investing confirms the above purchase on a U.S. OTC marketplace for settlement in your account.*

## Important information

Please review the information in this Transaction Confirmation carefully and let us know within 10 calendar days if there are any discrepancies.

Clients' accounts are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of coverage is available upon request.

**Abbreviations used in the security descriptions**
RS   = Restricted shares
NVS = Non-voting shares
RVS = Restricted voting shares
SVS = Subordinate voting shares
MVS = Multiple voting shares
/D   = DSC (Deferred Sales Charge)
/NL  = No Load

**Disclosure of sources of revenue**
TD Direct Investing and/or parties related to us may earn revenue in addition to commission from the following sources: currency conversion charges on certain trades and mutual fund transactions, fees paid by issuers and others in connection with corporate actions and new issues, the sale of fixed income products, trailer fees paid by mutual fund companies, and remuneration paid by U.S. market makers and exchanges in connection with U.S. trades. For more information, see the TD Waterhouse Canada Inc. Account and Service Agreements and Disclosure Documents booklet. It is also available online at www.td.com/ca/en/investing/direct-investing.

The name of the salesperson, dealer and/or market in this transaction will be provided upon request.

TD Direct Investing is a division of TD Waterhouse Canada Inc., a subsidiary of The Toronto-Dominion Bank.

**Thank you for choosing
TD Direct Investing.**

TD Waterhouse Canada Inc. - Member of the Canadian Investor Protection Fund
00008900 0000004067 20220728 59134N104 43665R

Order execution account
No advice or recommendations provided.



**TD Direct Investing**
*3500 STEELES AVE E*
*TOWER 2, 2ND FLOOR*
*MARKHAM ON L3R 0X1*

**TD Direct Investing**

## Transaction Confirmation

MR. CORY R KNAPP
PO BOX 2671
GOLDEN BC  V0A 1H0

**Account number and type**
082355J - TD Waterhouse Tax-Free Savings Account - CDN

**Questions?**
**Contact an Investment Representative**
Toll Free 1 (800) 465-5463

## Transaction on July 18, 2022

▸ **For settlement on:** July 20, 2022
▸ **Processed on:** July 18, 2022

| Transaction | Security Description | Quantity | Price ($) | Amount ($) |
|---|---|---|---|---|
| You bought | META MATERIALS INC XA-536584 | 4,000 | 0.9951 | |

|  |  |  |
|---|---|---|
| | Gross transaction amount | USD 3,980.40 |
| Plus | Commission | 9.99 |
| Plus | Premium on USD Funds converted at 31.89% | 1,272.54 |
| Equals | **Net transaction amount** | **CAD $5,262.93** |

**Ticker symbol: MMAT**
Security number: 43665R
CUSIP ID: 59134N104
Trade number: 006073
Trade processed by: 9BBC

*As agent, TD Direct Investing confirms the above purchase on a U.S. OTC marketplace for settlement in your account.*

## Important information

Please review the information in this Transaction Confirmation carefully and let us know within 10 calendar days if there are any discrepancies.

Clients' accounts are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of coverage is available upon request.

**Abbreviations used in the security descriptions**
RS   = Restricted shares
NVS = Non-voting shares
RVS = Restricted voting shares
SVS = Subordinate voting shares
MVS = Multiple voting shares
/D   = DSC (Deferred Sales Charge)
/NL = No Load

**Disclosure of sources of revenue**
TD Direct Investing and/or parties related to us may earn revenue in addition to commission from the following sources: currency conversion charges on certain trades and mutual fund transactions, fees paid by issuers and others in connection with corporate actions and new issues, the sale of fixed income products, trailer fees paid by mutual fund companies, and remuneration paid by U.S. market makers and exchanges in connection with U.S. trades. For more information, see the TD Waterhouse Canada Inc. Account and Service Agreements and Disclosure Documents booklet. It is also available online at www.td.com/ca/en/investing/direct-investing.

The name of the salesperson, dealer and/or market in this transaction will be provided upon request.

TD Direct Investing is a division of TD Waterhouse Canada Inc., a subsidiary of The Toronto-Dominion Bank.

**Thank you for choosing TD Direct Investing.**

TD Waterhouse Canada Inc. - Member of the Canadian Investor Protection Fund
00010897 0000004059 20220718 59134N104 43665R

Order execution account
No advice or recommendations provided.



**TD Direct Investing**
3500 STEELES AVE E
TOWER 2, 2ND FLOOR
MARKHAM ON L3R 0X1

**TD Direct Investing**

# Transaction Confirmation

MR. CORY R KNAPP
PO BOX 2671
GOLDEN BC  V0A 1H0

### Account number and type
082355J - TD Waterhouse Tax-Free Savings Account - CDN

**Questions?**
**Contact an Investment Representative**
Toll Free 1 (800) 465-5463

## Transaction on November 11, 2021

▸ **For settlement on:** November 15, 2021
▸ **Processed on:** November 11, 2021

| Transaction | Security Description | Quantity | Price ($) | Amount ($) |
|---|---|---|---|---|
| **You bought** | META MATERIALS INC-A PFD | 100 | 1.66 | |
| | BJ-463120 | 2,100 | 1.67 | |
| | | 2,200 | | |

Security number: 43664T
CUSIP ID: 59134N203
Trade number: 005606
Trade processed by: 9BBC

| | | |
|---|---|---|
| | Gross transaction amount | USD 3,673.00 |
| *Plus* | Commission | 9.99 |
| *Plus* | Premium on USD Funds converted at 27.79% | 1,023.50 |
| *Equals* | **Net transaction amount** | **CAD $4,706.49** |

*As agent, TD Direct Investing confirms the above purchase on a U.S. OTC marketplace for settlement in your account.*

## Important information

Please review the information in this Transaction Confirmation carefully and let us know within 10 calendar days if there are any discrepancies.

Clients' accounts are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of coverage is available upon request.

**Abbreviations used in the security descriptions**
RS  = Restricted shares
NVS = Non-voting shares
RVS = Restricted voting shares
SVS = Subordinate voting shares
MVS = Multiple voting shares
/D  = DSC (Deferred Sales Charge)
/NL = No Load

**Disclosure of sources of revenue**
TD Direct Investing and/or parties related to us may earn revenue in addition to commission from the following sources: currency conversion charges on certain trades and mutual fund transactions, fees paid by issuers and others in connection with corporate actions and new issues, the sale of fixed income products, trailer fees paid by mutual fund companies, and remuneration paid by U.S. market makers and exchanges in connection with U.S. trades. For more information, see the TD Waterhouse Canada Inc. Account and Service Agreements and Disclosure Documents booklet. It is also available online at www.td.com/ca/en/investing/direct-investing.

The name of the salesperson, dealer and/or market in this transaction will be provided upon request.

TD Direct Investing is a division of TD Waterhouse Canada Inc., a subsidiary of The Toronto-Dominion Bank.

**Thank you for choosing TD Direct Investing.**

TD Waterhouse Canada Inc. - Member of the Canadian Investor Protection Fund
00010600 0000003883 20211111 59134N203 43664T

Order execution account
No advice or recommendations provided.



**TD Direct Investing**
*3500 STEELES AVE E*
*TOWER 2, 2ND FLOOR*
*MARKHAM ON L3R 0X1*

**TD Direct Investing**

# Transaction Confirmation

MR. CORY R KNAPP
PO BOX 2671
GOLDEN BC  V0A 1H0

**Account number and type**
082355J - TD Waterhouse Tax-Free Savings Account - CDN

**Questions?**
Contact an Investment Representative
Toll Free 1 (800) 465-5463

## Transaction on November 05, 2021

▸ **For settlement on:** November 09, 2021
▸ **Processed on:** November 05, 2021

| Transaction | Security Description | Quantity | Price ($) | Amount ($) |
|---|---|---|---|---|
| You bought | META MATERIALS INC LN-461714 | 4,000 | 4.9693 | |

|  | | |
|---|---|---|
| | Gross transaction amount | USD  19,877.20 |
| *Plus* | Commission | 9.99 |
| *Plus* | Premium on USD Funds converted at 26.25% | 5,220.39 |
| *Equals* | **Net transaction amount** | **CAD $25,107.58** |

**Ticker symbol: MMAT**
Security number: 43665R
CUSIP ID: 59134N104
Trade number: 005551
Trade processed by: 9BBC

*As agent, TD Direct Investing confirms the above purchase on a U.S. OTC marketplace for settlement in your account.*

## Important information

Please review the information in this Transaction Confirmation carefully and let us know within 10 calendar days if there are any discrepancies.

Clients' accounts are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of coverage is available upon request.

**Abbreviations used in the security descriptions**
RS   = Restricted shares
NVS = Non–voting shares
RVS = Restricted voting shares
SVS = Subordinate voting shares
MVS = Multiple voting shares
/D    = DSC (Deferred Sales Charge)
/NL  = No Load

**Disclosure of sources of revenue**
TD Direct Investing and/or parties related to us may earn revenue in addition to commission from the following sources: currency conversion charges on certain trades and mutual fund transactions, fees paid by issuers and others in connection with corporate actions and new issues, the sale of fixed income products, trailer fees paid by mutual fund companies, and remuneration paid by U.S. market makers and exchanges in connection with U.S. trades. For more information, see the TD Waterhouse Canada Inc. Account and Service Agreements and Disclosure Documents booklet. It is also available online at www.td.com/ca/en/investing/direct-investing.

The name of the salesperson, dealer and/or market in this transaction will be provided upon request.

TD Direct Investing is a division of TD Waterhouse Canada Inc., a subsidiary of The Toronto-Dominion Bank.

**Thank you for choosing TD Direct Investing.**

TD Waterhouse Canada Inc. - Member of the Canadian Investor Protection Fund
00017083 0000003879 20211105 59134N104 43665R

Order execution account
No advice or recommendations provided.



**TD Direct Investing**
3500 STEELES AVE E
TOWER 2, 2ND FLOOR
MARKHAM ON L3R 0X1

**TD Direct Investing**

## Transaction Confirmation

MR. CORY R KNAPP
717 ELK RD
GOLDEN BC  V0A 1H0

**Account number and type**
43FJ19S - TD Waterhouse Self-Directed
RSP/LRSP/LIRA - CDN

**Questions?**
Contact an Investment Representative
Toll Free 1 (800) 465-5463

### Transaction on October 02, 2023

▸ **For settlement on:** October 04, 2023
▸ **Processed on:** October 02, 2023

| Transaction | Security Description | Quantity | Price ($) | Amount ($) |
|---|---|---|---|---|
| You bought | META MATERIALS INC JH-635708 | 100,000 | 0.2139 | |

**Ticker symbol:** MMAT
**Security number:** 43665R
**CUSIP ID:** 59134N104
**Trade number:** 001937
**Trade processed by:** GBAU

|  |  |  |
|---|---|---|
|  | Gross transaction amount | USD 21,390.00 |
| *Plus* | Commission | 9.99 |
| *Plus* | Premium on USD Funds converted at 38.40% | 8,217.60 |
| *Equals* | **Net transaction amount** | **CAD $29,617.59** |

*As agent, TD Direct Investing confirms the above purchase on a U.S. OTC marketplace for settlement in your account.*

### Important information

Please review the information in this Transaction Confirmation carefully and let us know within 10 calendar days if there are any discrepancies.

Clients' accounts are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of coverage is available upon request.

**Abbreviations used in the security descriptions**
RS  = Restricted shares
NVS = Non-voting shares
RVS = Restricted voting shares
SVS = Subordinate voting shares
MVS = Multiple voting shares
/D  = DSC (Deferred Sales Charge)
/NL = No Load

**Disclosure of sources of revenue**
TD Direct Investing and/or parties related to us may earn revenue in addition to commission from the following sources: currency conversion charges on certain trades and mutual fund transactions, fees paid by issuers and others in connection with corporate actions and new issues, the sale of fixed income products, trailer fees paid by mutual fund companies, and remuneration paid by U.S. market makers and exchanges in connection with U.S. trades. For more information, see the TD Waterhouse Canada Inc. Account and Service Agreements and Disclosure Documents booklet. It is also available online at www.td.com/ca/en/investing/direct-investing.

The name of the salesperson, dealer and/or market in this transaction will be provided upon request.

TD Direct Investing is a division of TD Waterhouse Canada Inc., a subsidiary of The Toronto-Dominion Bank.

®The TD logo and other TD trademarks are the property of The Toronto-Dominion Bank or its subsidiaries.

**Thank you for choosing TD Direct Investing.**

---

**TD Waterhouse Canada Inc. - Member of the Canadian Investor Protection Fund**
00057733 0000004369 20231002 59134N104 43665R

**Order execution account**
No advice or recommendations provided.