NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | PROOF OF INTEREST |
|---|---|

Name of Debtor: *Meta Materials Inc*

Case Number: *24-50792-hlb*

1. **Name and address of holder of the Equity Interest** (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

*Nicholas Drew*
*7163 Saratoga Dr*
*Flint, MI 48532*

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

☒ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

Telephone Number: *586-873-6354*

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b)herein.

COURT USE ONLY

Account or other number by which Interest holder identifies Debtor: *Robinhood — 846603348*

Check here if this claim:
☐ replaces a previously filed Proof of Interestdated: _____
☐ amends a previously filed Proof of Interestdated: _____

2. **Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:**

*Robinhood LLC*
*85 Willow Rd, Menlo Park, CA 94025*
Telephone Number: *650-761-7789*

3. **Date Equity Interest was acquired:**
*Begining 3/12/2021 thru 10/20/2023*

4. Total amount of member interest: *679 shares (post reverse split)*

5. Certificate number(s): _____

6. **Type of Equity Interest:**
Please indicate the type of Equity Interest you hold:
☒ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
☐ Check this box if your Equity Interest is based on anything else and describe that interest:
Description: *Investor*

7. **Supporting Documents:** Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. **Date-Stamped Copy:** To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

9. **Signature:**
Check the appropriate box.
☒ I am the creditor.   ☐ I am the creditor's authorized agent.   ☐ I am the trustee, or the debtor,   ☐ I am a guarantor, surety, endorser, or othercodebtor.
(Attach copy of power of attorney, ifany.)   or their authorized agent.   (See Bankruptcy Rule 3005.)
(See Bankruptcy Rule 3004.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: *Nicholas Drew*
Title: ·
Company: ___ Address and telephone number (if different from notice addressabove): _____

(Signature)   *11/28/2024*
(Date)

Telephone number: *586-873-6354*   email: *NicholasODrew@gmail.com*

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

# Robinhood

85 Willow Rd, Menlo Park, CA 94025
help@robinhood.com

Page 1 of 8
10/01/2024 to 10/31/2024
**Nicholas Drew** Account #:846603348
7163 Saratoga Dr, Flint, MI 48532



| Account Summary | Opening Balance | Closing Balance |
|---|---|---|
| Brokerage Cash Balance | ▮ | ▮ |
| Deposit Sweep Balance | ▮ | ▮ |
| Total Securities | ▮ | ▮ |
| **Portfolio Value** | ▮ | ▮ |

### Portfolio Allocation

- Cash and Cash Equivalents
  0.00%
- Equities
  100.00%
- Options
  0.00%

| Income and Expense Summary | This Period | Year to Date |
|---|---|---|
| Dividends | ▮ | ▮ |
| Capital Gains Distributions | ▮ | ▮ |
| Interest Earned | ▮ | ▮ |

As of the closing date of this statement, the annual percentage yield (APY) for customers enrolled in the brokerage cash sweep program is 0.01% for customers who are not subscribed to Robinhood Gold. For customers subscribed to Robinhood Gold or enrolled in a boosted rate promotion, the APY ranges from 4.50% - 5.00%. Program banks pay interest on your swept cash, minus any fees paid to Robinhood. Neither Robinhood Financial LLC nor any of its affiliates are banks. Investment products are not FDIC-insured, not bank guaranteed, and may lose value. Uninvested cash swept to the program banks is eligible for FDIC insurance up to applicable limits, subject to FDIC rules. The Securities Investor Protection Corporation has taken the position that uninvested cash swept to the program banks is not covered by the Securities Investor Protection Act.

This statement shall be conclusive if not objected to in writing within ten days (except with respect to debit card transactions). Errors and omissions exempted. Please address all communications to the firm and not to the individuals. Address changes or other material changes in your account should be directed to the office servicing your account. Kindly mention your account number. This statement should be retained for income tax purposes.

Robinhood Securities, LLC ("RHS") carries your account as the clearing broker by arrangement with your introducing broker-dealer, Robinhood Financial LLC ("RHF").

RHS is a Member of SIPC, which protects securities customers of its members up to $500,000 (including $250,000 for claims for cash). Explanatory brochure available upon request or at www.sipc.org.

3840999

**Portfolio Summary**

| Securities Held in Account | Sym/Cusip | Acct Type | Qty | Price | Mkt Value | Est. Dividend Yield | % of Total Portfolio |
|---|---|---|---|---|---|---|---|
| ███████ | ███ | ███ | ███ | ███ | ███ | ███ | ███ |
| ███ | ██ | ███ | ███ | ███ | ███ | ███ | ███ |
| ████ | ██ | ███ | █ | ████ | ███ | ███ | ███ |
| ██ | ██ | ███ | ████ | ███ | ███ | ███ | ██ |
| ████ | ██ | ███ | █ | ███ | ███ | ███ | ███ |
| ███ | ███ | ███ | ████ | ████ | ███ | ███ | ███ |
| ██ | ██ | ███ | █ | ███ | ███ | ███ | ███ |
| ████ | ██ | ███ | ███ | ███ | ███ | ███ | ███ |
| ████ | ██ | ███ | ████ | ████ | ███ | ███ | ███ |
| ███ | ██ | ███ | ███ | ███ | ███ | ███ | ███ |
| Meta Materials<br>Estimated Yield: 0.00% | MMATQ | Cash | 679 | $0.0710 | $48.21 | $0.00 | 6.50% |
| ███ | ██ | ██ | ███ | ███ | ███ | ███ | ███ |
| ████ | ██ | ██ | ███ | ███ | ██ | ███ | ███ |

# Meta Materials History

**Refine Results**

## Older

| | | Account | Individual | ⬍ |
| | | Type | All | ⬍ |

**Meta Materials Reverse Split**
Jan 29

**1:100 Split**

Search

**Meta Materials Limit Buy**
Oct 20, 2023

**$205.45**
1,170 shares at $0.1756

**Meta Materials Limit Buy**
Apr 14, 2023

**$213.00**
1,000 shares at $0.213

**Meta Materials Limit Buy**
Apr 14, 2023

**$4,729.75**
22,000 shares at $0.215

**Meta Materials Limit Buy**
Apr 5, 2023

**$475.91**
1,178 shares at $0.404

**Meta Materials Limit Buy**
Apr 5, 2023

**$1,904.24**
4,703 shares at $0.4049

**Meta Materials Limit Buy**
Apr 5, 2023

**$1,904.72**
4,703 shares at $0.405

**Meta Materials Limit Buy**
Apr 5, 2023

**$1,905.06**
4,675 shares at $0.4075

**Meta Materials Limit Buy**
Apr 5, 2023

**$1,905.06**
4,675 shares at $0.4075

**Meta Materials Limit Buy**
Mar 29, 2023

**$4.70**
11 shares at $0.4273

**Meta Materials Limit Buy**
Mar 29, 2023

**$89.91**
211 shares at $0.4261

**Meta Materials Limit Buy**
Mar 29, 2023

**$1,899.13**
4,457 shares at $0.4261

| | | |
|---|---|---|
| **Meta Materials Market Buy**<br>Feb 10, 2023 | **$390.00**<br>500 shares at $0.78 | |
| **Meta Materials Market Buy**<br>Feb 10, 2023 | **$1,560.00**<br>2,000 shares at $0.78 | **Refine Results** |
| **Meta Materials Market Buy**<br>Dec 8, 2022 | **$17.26**<br>9.283076 shares at $1.86 | Account<br><br>Type |
| **Meta Materials Market Buy**<br>Nov 4, 2022 | **$1.47**<br>0.939297 shares at $1.57 | Search |
| **Meta Materials Market Buy**<br>Jun 28, 2022 | **$2,000.00**<br>1,859.609235 shares at $1.08 | |
| **Meta Materials Limit Buy**<br>Jun 28, 2022 | **Canceled** | |
| **Meta Materials Market Buy**<br>Apr 22, 2022 | **$2,000.00**<br>1,515.151515 shares at $1.32 | |
| **Meta Materials Market Buy**<br>Apr 1, 2022 | **$61.40**<br>38.713745 shares at $1.59 | |
| **Meta Materials Market Sell**<br>Mar 29, 2022 | **$449.29**<br>251 shares at $1.79 | |
| **Meta Materials Market Buy**<br>Mar 4, 2022 | **$500.00**<br>346.020761 shares at $1.45 | |
| **Meta Materials Market Buy**<br>Feb 17, 2022 | **$2.00**<br>1.108033 shares at $1.81 | |
| **Meta Materials Market Buy**<br>Feb 17, 2022 | **$500.00**<br>278.118558 shares at $1.80 | |
| **Meta Materials Market Buy**<br>Feb 3, 2022 | **$1,000.00**<br>613.501179 shares at $1.63 | |
| **Meta Materials Market Buy**<br>Jan 27, 2022 | **$2,500.00**<br>1,708.699117 shares at $1.46 | |

**Meta Materials Market Buy**
Jan 27, 2022

$1.28
0.833876 shares at $1.54

Refine Results

Account

Type

Search

**Meta Materials Limit Buy**
Jan 26, 2022

$2,498.72
1.552 shares at $1.61

**Meta Materials Market Buy**
Jan 26, 2022

Canceled

**Meta Materials Market Buy**
Jan 26, 2022

Canceled

**Meta Materials Market Buy**
Jan 24, 2022

$2,500.00
1,563.868384 shares at $1.60

**Meta Materials Market Buy**
Jan 21, 2022

$2,500.00
1,381.218346 shares at $1.81

**Meta Materials Market Buy**
Jan 21, 2022

$2,500.00
1,382.287487 shares at $1.81

**Meta Materials Market Buy**
Jan 18, 2022

$58.37
27.27883 shares at $2.14

**Meta Materials Market Buy**
Jan 18, 2022

$44.32
21.43138 shares at $2.07

**Meta Materials Market Buy**
Jan 18, 2022

$2,000.00
954.016844 shares at $2.10

**Meta Materials Market Buy**
Dec 30, 2021

$2,000.00
735.916399 shares at $2.72

**Meta Materials Market Buy**
Nov 26, 2021

$1,000.00
260.559159 shares at $3.84

**Meta Materials Market Buy**
Oct 1, 2021

$1,000.00
185.269587 shares at $5.40

**Meta Materials Market Buy**
Sep 30, 2021

$1,000.00
176.112266 shares at $5.68

| | | |
|---|---|---|
| **Meta Materials Market Buy**<br>Aug 30, 2021 | **$1,000.00**<br>206.696982 shares at $4.84 | |
| **Meta Materials Market Buy**<br>Aug 17, 2021 | **$500.00**<br>168.355836 shares at $2.97 | **Refine Results** |
| **Meta Materials Market Buy**<br>Aug 16, 2021 | **$500.00**<br>164.473466 shares at $3.04 | Account<br><br>Type |
| **Meta Materials Market Buy**<br>Aug 13, 2021 | **$500.00**<br>155.96731 shares at $3.21 | Search |
| **Meta Materials Market Buy**<br>Aug 11, 2021 | **$500.00**<br>146.628801 shares at $3.41 | |
| **Meta Materials Market Buy**<br>Aug 5, 2021 | **Canceled** | |
| **Meta Materials Market Buy**<br>Aug 5, 2021 | **Canceled** | |
| **Meta Materials Market Buy**<br>Aug 4, 2021 | **$250.00**<br>80.515297 shares at $3.11 | |
| **Meta Materials Market Buy**<br>Jul 30, 2021 | **$300.00**<br>86.083213 shares at $3.49 | |
| **Meta Materials Market Buy**<br>Jul 12, 2021 | **$50.00**<br>12.50594 shares at $4.00 | |
| **Meta Materials Market Buy**<br>Jul 12, 2021 | **$2,050.00**<br>512.501426 shares at $4.00 | |
| **Meta Materials Market Buy**<br>Jun 28, 2021 | **$679.83**<br>68.669696 shares at $9.90 | |
| **Meta Materials Reverse Split**<br>Jun 28, 2021 | **1:2 Split** | |

 Q Search

Rewards    Investing    Crypto    Spending    Retirement    Notifications    Account

# Torchlight Energy Resources History

Refine Results

## Older

| Account | Individual | ⇕ |

| Type | All | ⇕ |

Search

**Meta Materials Reverse Split**
Jun 28, 2021                                                      **1:2 Split**

**Torchlight Energy Resources Market Buy**
Jun 25, 2021                                                      **Canceled**

**Torchlight Energy Resources Market Buy**
Jun 25, 2021                                                      **$500.00**
                                        100.226734 shares at $4.99

**Torchlight Energy Resources Market Buy**
Jun 22, 2021                                                     **$1,873.22**
                                        246.175025 shares at $7.61

**Torchlight Energy Resources Market Buy**
Jun 22, 2021                                                     **$1,000.00**
                                        122.263961 shares at $8.18

**Torchlight Energy Resources Market Buy**
Jun 22, 2021                                                     **$1,995.00**
                                        231.173766 shares at $8.63

**Torchlight Energy Resources Market Buy**
Jun 22, 2021                                                     **$1,000.00**
                                        113.766937 shares at $8.79

**Torchlight Energy Resources Market Buy**
Mar 29, 2021                                                      **$100.00**
                                        55.401662 shares at $1.81

**Torchlight Energy Resources Market Buy**
Mar 24, 2021                                                      **$100.00**
                                        50.125313 shares at $2.00

**Torchlight Energy Resources Market Buy**
Mar 23, 2021                                                      **$100.00**
                                        45.76659 shares at $2.19

**Torchlight Energy Resources Market Buy**
Mar 16, 2021                                                      **$100.00**
                                        45.067861 shares at $2.22

**Torchlight Energy Resources Market Buy**
Mar 12, 2021                                                      **$100.00**
                                        35.842293 shares at $2.79

**Torchlight Energy Resources Market Buy**
Mar 12, 2021

**$100.00**
34.723427 shares at $2.88

**Torchlight Energy Resources Market Buy**
Mar 12, 2021

**$100.00**
34.013726 shares at $2.94

**Refine Results**

Account

Type

Search

| Activity Date | Process Date | Settle Date | Instrument | Description | Trans Code | Quantity | Price | Amount |
|---|---|---|---|---|---|---|---|---|
| 3/12/2021 | 3/12/2021 | 3/16/2021 | TRCH | Torchlight Energy Resources CUSIP: 89102U103 | Buy | 35.842293 | $2.79 | ($100.00) |
| 3/12/2021 | 3/12/2021 | 3/16/2021 | TRCH | Torchlight Energy Resources CUSIP: 89102U103 | Buy | 34.723427 | $2.88 | ($100.00) |
| 3/12/2021 | 3/12/2021 | 3/16/2021 | TRCH | Torchlight Energy Resources CUSIP: 89102U103 | Buy | 33.942176 | $2.94 | ($99.79) |
| 3/12/2021 | 3/12/2021 | 3/16/2021 | TRCH | Torchlight Energy Resources CUSIP: 89102U103 | Buy | 0.07155 | $2.94 | ($0.21) |
| 3/16/2021 | 3/16/2021 | 3/18/2021 | TRCH | Torchlight Energy Resources CUSIP: 89102U103 | Buy | 44.921135 | $2.22 | ($99.68) |
| 3/16/2021 | 3/16/2021 | 3/18/2021 | TRCH | Torchlight Energy Resources CUSIP: 89102U103 | Buy | 0.146726 | $2.22 | ($0.32) |
| 3/23/2021 | 3/23/2021 | 3/25/2021 | TRCH | Torchlight Energy Resources CUSIP: 89102U103 | Buy | 45.76659 | $2.18 | ($100.00) |
| 3/24/2021 | 3/24/2021 | 3/26/2021 | TRCH | Torchlight Energy Resources CUSIP: 89102U103 | Buy | 50 | $2.00 | ($99.75) |
| 3/24/2021 | 3/24/2021 | 3/26/2021 | TRCH | Torchlight Energy Resources CUSIP: 89102U103 | Buy | 0.125313 | $2.00 | ($0.25) |
| 3/29/2021 | 3/29/2021 | 3/31/2021 | TRCH | Torchlight Energy Resources CUSIP: 89102U103 | Buy | 55 | $1.80 | ($99.28) |
| 3/29/2021 | 3/29/2021 | 3/31/2021 | TRCH | Torchlight Energy Resources CUSIP: 89102U103 | Buy | 0.401662 | $1.80 | ($0.72) |
| 6/22/2021 | 6/22/2021 | 6/24/2021 | TRCH | Torchlight Energy Resources CUSIP: 89102U103 | Buy | 245.829396 | $7.61 | ($1,870.59) |
| 6/22/2021 | 6/22/2021 | 6/24/2021 | TRCH | Torchlight Energy Resources CUSIP: 89102U103 | Buy | 0.345629 | $7.61 | ($2.63) |
| 6/22/2021 | 6/22/2021 | 6/24/2021 | TRCH | Torchlight Energy Resources CUSIP: 89102U103 | Buy | 122.174709 | $8.18 | ($999.27) |
| 6/22/2021 | 6/22/2021 | 6/24/2021 | TRCH | Torchlight Energy Resources CUSIP: 89102U103 | Buy | 0.089252 | $8.18 | ($0.73) |
| 6/22/2021 | 6/22/2021 | 6/24/2021 | TRCH | Torchlight Energy Resources CUSIP: 89102U103 | Buy | 230.869419 | $8.63 | ($1,992.38) |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 6/22/2021 | 6/22/2021 | 6/24/2021 | TRCH | Torchlight Energy Resources CUSIP: 89102U103 | Buy | 0.304347 | $8.62 | ($2.62) |
| 6/22/2021 | 6/22/2021 | 6/24/2021 | TRCH | Torchlight Energy Resources CUSIP: 89102U103 | Buy | 113.766937 | $8.79 | ($1,000.00) |
| 6/25/2021 | 6/28/2021 | 6/29/2021 | MMAT | Meta Materials CUSIP: 59134N104 | SPR | 50 | | |
| 6/25/2021 | 6/28/2021 | 6/29/2021 | TRCH | Torchlight Energy Resources CUSIP: 89102U103 | SPR | 100.2267S | | |
| 6/25/2021 | 6/25/2021 | 6/29/2021 | TRCH | Torchlight Energy Resources CUSIP: 89102U103 | Buy | 99.925832 | $4.99 | ($498.50) |
| 6/25/2021 | 6/25/2021 | 6/29/2021 | TRCH | Torchlight Energy Resources CUSIP: 89102U103 | Buy | 0.300902 | $4.98 | ($1.50) |
| 6/28/2021 | 6/28/2021 | 6/30/2021 | MMAT | Meta Materials CUSIP: 59134N104 | Buy | 68.669696 | $9.90 | ($679.83) |
| 6/28/2021 | 6/28/2021 | 6/28/2021 | MMAT | Meta Materials CUSIP: 59134N104 | SPR | 507 | | |
| 6/28/2021 | 6/28/2021 | 6/28/2021 | TRCH | Torchlight Energy Resources CUSIP: 89102U103 | SPR | 1014.3206S | | |
| 7/6/2021 | 7/6/2021 | 7/6/2021 | MMAT | CIL on 0.274 @ $9.34 - MMAT | CIL | | | $2.56 |
| 7/12/2021 | 7/12/2021 | 7/14/2021 | MMAT | Meta Materials CUSIP: 59134N104 | Buy | 12.50594 | $4.00 | ($50.00) |
| 7/12/2021 | 7/12/2021 | 7/14/2021 | MMAT | Meta Materials CUSIP: 59134N104 | Buy | 512.36 | $4.00 | ($2,049.44) |
| 7/12/2021 | 7/12/2021 | 7/14/2021 | MMAT | Meta Materials CUSIP: 59134N104 | Buy | 0.141426 | $4.00 | ($0.56) |
| 7/30/2021 | 7/30/2021 | 8/3/2021 | MMAT | Meta Materials CUSIP: 59134N104 | Buy | 86 | $3.48 | ($299.71) |
| 7/30/2021 | 7/30/2021 | 8/3/2021 | MMAT | Meta Materials CUSIP: 59134N104 | Buy | 0.083213 | $3.48 | ($0.29) |
| 8/4/2021 | 8/4/2021 | 8/6/2021 | MMAT | Meta Materials CUSIP: 59134N104 | Buy | 80.515297 | $3.10 | ($250.00) |
| 8/11/2021 | 8/11/2021 | 8/13/2021 | MMAT | Meta Materials CUSIP: 59134N104 | Buy | 0.842878 | $3.40 | ($2.87) |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 8/11/2021 | 8/11/2021 | 8/13/2021 | MMAT | Meta Materials CUSIP: 59134N104 | Buy | 145.785923 | $3.41 | ($497.13) |
| 8/13/2021 | 8/13/2021 | 8/17/2021 | MMAT | Meta Materials CUSIP: 59134N104 | Buy | 0.00624 | $3.20 | ($0.02) |
| 8/13/2021 | 8/13/2021 | 8/17/2021 | MMAT | Meta Materials CUSIP: 59134N104 | Buy | 155.96107 | $3.21 | ($499.98) |
| 8/16/2021 | 8/16/2021 | 8/18/2021 | MMAT | Meta Materials CUSIP: 59134N104 | Buy | 164.18421 | $3.04 | ($499.12) |
| 8/16/2021 | 8/16/2021 | 8/18/2021 | MMAT | Meta Materials CUSIP: 59134N104 | Buy | 0.204917 | $3.02 | ($0.62) |
| 8/16/2021 | 8/16/2021 | 8/18/2021 | MMAT | Meta Materials CUSIP: 59134N104 | Buy | 0.084339 | $3.04 | ($0.26) |
| 8/17/2021 | 8/17/2021 | 8/19/2021 | MMAT | Meta Materials CUSIP: 59134N104 | Buy | 168.355836 | $2.97 | ($500.00) |
| 8/30/2021 | 8/30/2021 | 9/1/2021 | MMAT | Meta Materials CUSIP: 59134N104 | Buy | 206.696982 | $4.84 | ($1,000.00) |
| 9/30/2021 | 9/30/2021 | 10/4/2021 | MMAT | Meta Materials CUSIP: 59134N104 | Buy | 175.900813 | $5.68 | ($998.80) |
| 9/30/2021 | 9/30/2021 | 10/4/2021 | MMAT | Meta Materials CUSIP: 59134N104 | Buy | 0.211453 | $5.68 | ($1.20) |
| 10/1/2021 | 10/1/2021 | 10/5/2021 | MMAT | Meta Materials CUSIP: 59134N104 | Buy | 182.912776 | $5.40 | ($987.29) |
| 10/1/2021 | 10/1/2021 | 10/5/2021 | MMAT | Meta Materials CUSIP: 59134N104 | Buy | 2.356811 | $5.40 | ($12.71) |
| 11/26/2021 | 11/26/2021 | 11/30/2021 | MMAT | Meta Materials CUSIP: 59134N104 | Buy | 260.559159 | $3.84 | ($1,000.00) |
| 12/30/2021 | 12/30/2021 | 1/3/2022 | MMAT | Meta Materials CUSIP: 59134N104 | Buy | 735.916399 | $2.72 | ($2,000.00) |
| 1/18/2022 | 1/18/2022 | 1/20/2022 | MMAT | Meta Materials CUSIP: 59134N104 | Buy | 26.939252 | $2.14 | ($57.65) |
| 1/18/2022 | 1/18/2022 | 1/20/2022 | MMAT | Meta Materials CUSIP: 59134N104 | Buy | 0.339578 | $2.14 | ($0.72) |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 1/18/2022 | 1/18/2022 | 1/20/2022 | MMAT | Meta Materials<br>CUSIP: 59134N104 | Buy | 0.462469 | $2.06 | ($0.95) |
| 1/18/2022 | 1/18/2022 | 1/20/2022 | MMAT | Meta Materials<br>CUSIP: 59134N104 | Buy | 20.968911 | $2.07 | ($43.37) |
| 1/18/2022 | 1/18/2022 | 1/20/2022 | MMAT | Meta Materials<br>CUSIP: 59134N104 | Buy | 953.362907 | $2.10 | ($1,998.63) |
| 1/18/2022 | 1/18/2022 | 1/20/2022 | MMAT | Meta Materials<br>CUSIP: 59134N104 | Buy | 0.653937 | $2.10 | ($1.37) |
| 1/21/2022 | 1/21/2022 | 1/25/2022 | MMAT | Meta Materials<br>CUSIP: 59134N104 | Buy | 1381.176795 | $1.81 | ($2,499.93) |
| 1/21/2022 | 1/21/2022 | 1/25/2022 | MMAT | Meta Materials<br>CUSIP: 59134N104 | Buy | 0.041551 | $1.80 | ($0.07) |
| 1/21/2022 | 1/21/2022 | 1/25/2022 | MMAT | Meta Materials<br>CUSIP: 59134N104 | Buy | 1382.245936 | $1.81 | ($2,499.93) |
| 1/21/2022 | 1/21/2022 | 1/25/2022 | MMAT | Meta Materials<br>CUSIP: 59134N104 | Buy | 0.041551 | $1.80 | ($0.07) |
| 1/24/2022 | 1/24/2022 | 1/26/2022 | MMAT | Meta Materials<br>CUSIP: 59134N104 | Buy | 1563.868384 | $1.60 | ($2,500.00) |
| 1/26/2022 | 1/26/2022 | 1/28/2022 | MMAT | Meta Materials | Buy | 60 | $1.61 | ($96.60) |
| 1/26/2022 | 1/26/2022 | 1/28/2022 | MMAT | Meta Materials | Buy | 200 | $1.61 | ($322.00) |
| 1/26/2022 | 1/26/2022 | 1/28/2022 | MMAT | Meta Materials | Buy | 355 | $1.61 | ($571.55) |
| 1/26/2022 | 1/26/2022 | 1/28/2022 | MMAT | Meta Materials | Buy | 100 | $1.61 | ($161.00) |
| 1/26/2022 | 1/26/2022 | 1/28/2022 | MMAT | Meta Materials | Buy | 100 | $1.61 | ($161.00) |
| 1/26/2022 | 1/26/2022 | 1/28/2022 | MMAT | Meta Materials | Buy | 100 | $1.61 | ($161.00) |
| 1/26/2022 | 1/26/2022 | 1/28/2022 | MMAT | Meta Materials | Buy | 512 | $1.61 | ($824.32) |
| 1/26/2022 | 1/26/2022 | 1/28/2022 | MMAT | Meta Materials | Buy | 125 | $1.61 | ($201.25) |
| 1/27/2022 | 1/27/2022 | 1/31/2022 | MMAT | Meta Materials<br>CUSIP: 59134N104 | Buy | 0.214476 | $1.46 | ($0.31) |
| 1/27/2022 | 1/27/2022 | 1/31/2022 | MMAT | Meta Materials<br>CUSIP: 59134N104 | Buy | 1706.484641 | $1.46 | ($2,496.76) |
| 1/27/2022 | 1/27/2022 | 1/31/2022 | MMAT | Meta Materials<br>CUSIP: 59134N104 | Buy | 2 | $1.46 | ($2.93) |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 1/27/2022 | 1/27/2022 | 1/31/2022 | MMAT | Meta Materials CUSIP: 59134N104 | Buy | 0.833876 | $1.54 | ($1.28) |
| 2/3/2022 | 2/3/2022 | 2/7/2022 | MMAT | Meta Materials CUSIP: 59134N104 | Buy | 0.384615 | $1.62 | ($0.62) |
| 2/3/2022 | 2/3/2022 | 2/7/2022 | MMAT | Meta Materials CUSIP: 59134N104 | Buy | 613.116564 | $1.63 | ($999.38) |
| 2/17/2022 | 2/17/2022 | 2/22/2022 | MMAT | Meta Materials CUSIP: 59134N104 | Buy | 1.108033 | $1.80 | ($2.00) |
| 2/17/2022 | 2/17/2022 | 2/22/2022 | MMAT | Meta Materials CUSIP: 59134N104 | Buy | 0.551532 | $1.80 | ($0.99) |
| 2/17/2022 | 2/17/2022 | 2/22/2022 | MMAT | Meta Materials CUSIP: 59134N104 | Buy | 277.567026 | $1.80 | ($499.01) |
| 3/4/2022 | 3/4/2022 | 3/8/2022 | MMAT | Meta Materials CUSIP: 59134N104 | Buy | 300 | $1.44 | ($433.50) |
| 3/4/2022 | 3/4/2022 | 3/8/2022 | MMAT | Meta Materials CUSIP: 59134N104 | Buy | 46 | $1.44 | ($66.47) |
| 3/4/2022 | 3/4/2022 | 3/8/2022 | MMAT | Meta Materials CUSIP: 59134N104 | Buy | 0.020761 | $1.44 | ($0.03) |
| 3/29/2022 | 3/29/2022 | 3/31/2022 | MMAT | Meta Materials CUSIP: 59134N104 | Sell | 246 | $1.79 | $440.31 |
| 3/29/2022 | 3/29/2022 | 3/31/2022 | MMAT | Meta Materials CUSIP: 59134N104 | Sell | 5 | $1.79 | $8.95 |
| 4/1/2022 | 4/1/2022 | 4/5/2022 | MMAT | Meta Materials CUSIP: 59134N104 | Buy | 38.713745 | $1.59 | ($61.40) |
| 4/22/2022 | 4/22/2022 | 4/26/2022 | MMAT | Meta Materials CUSIP: 59134N104 | Buy | 800 | $1.32 | ($1,056.00) |
| 4/22/2022 | 4/22/2022 | 4/26/2022 | MMAT | Meta Materials CUSIP: 59134N104 | Buy | 1 | $1.32 | ($1.32) |
| 4/22/2022 | 4/22/2022 | 4/26/2022 | MMAT | Meta Materials CUSIP: 59134N104 | Buy | 300 | $1.32 | ($396.00) |
| 4/22/2022 | 4/22/2022 | 4/26/2022 | MMAT | Meta Materials CUSIP: 59134N104 | Buy | 116 | $1.32 | ($153.12) |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 4/22/2022 | 4/22/2022 | 4/26/2022 | MMAT | Meta Materials CUSIP: 59134N104 | Buy | 98.151515 | $1.32 | ($129.56) |
| 4/22/2022 | 4/22/2022 | 4/26/2022 | MMAT | Meta Materials CUSIP: 59134N104 | Buy | 100 | $1.32 | ($132.00) |
| 4/22/2022 | 4/22/2022 | 4/26/2022 | MMAT | Meta Materials CUSIP: 59134N104 | Buy | 100 | $1.32 | ($132.00) |
| 6/28/2022 | 6/28/2022 | 6/30/2022 | MMAT | Meta Materials CUSIP: 59134N104 | Buy | 1850.144119 | $1.08 | ($1,989.83) |
| 6/28/2022 | 6/28/2022 | 6/30/2022 | MMAT | Meta Materials CUSIP: 59134N104 | Buy | 9.465116 | $1.08 | ($10.17) |
| 11/4/2022 | 11/4/2022 | 11/8/2022 | MMAT | Meta Materials CUSIP: 59134N104 | Buy | 0.939297 | $1.56 | ($1.47) |
| 12/8/2022 | 12/8/2022 | 12/12/2022 | MMAT | Meta Materials CUSIP: 59134N104 | Buy | 8.978494 | $1.86 | ($16.70) |
| 12/8/2022 | 12/8/2022 | 12/12/2022 | MMAT | Meta Materials CUSIP: 59134N104 | Buy | 0.304582 | $1.86 | ($0.56) |
| 2/10/2023 | 2/10/2023 | 2/14/2023 | MMAT | Meta Materials CUSIP: 59134N104 | Buy | 500 | $0.78 | ($390.00) |
| 2/10/2023 | 2/10/2023 | 2/14/2023 | MMAT | Meta Materials CUSIP: 59134N104 | Buy | 2000 | $0.78 | ($1,560.00) |
| 3/29/2023 | 3/29/2023 | 3/31/2023 | MMAT | Meta Materials CUSIP: 59134N104 | Buy | 11 | $0.43 | ($4.70) |
| 3/29/2023 | 3/29/2023 | 3/31/2023 | MMAT | Meta Materials CUSIP: 59134N104 | Buy | 211 | $0.43 | ($89.91) |
| 3/29/2023 | 3/29/2023 | 3/31/2023 | MMAT | Meta Materials CUSIP: 59134N104 | Buy | 4457 | $0.43 | ($1,899.13) |
| 4/5/2023 | 4/5/2023 | 4/10/2023 | MMAT | Meta Materials CUSIP: 59134N104 | Buy | 1178 | $0.40 | ($475.91) |
| 4/5/2023 | 4/5/2023 | 4/10/2023 | MMAT | Meta Materials CUSIP: 59134N104 | Buy | 4703 | $0.40 | ($1,904.24) |
| 4/5/2023 | 4/5/2023 | 4/10/2023 | MMAT | Meta Materials CUSIP: 59134N104 | Buy | 4703 | $0.40 | ($1,904.72) |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 4/5/2023 | 4/5/2023 | 4/10/2023 | MMAT | Meta Materials CUSIP: 59134N104 | Buy | 4675 | $0.41 | ($1,905.06) |
| 4/5/2023 | 4/5/2023 | 4/10/2023 | MMAT | Meta Materials CUSIP: 59134N104 | Buy | 4675 | $0.41 | ($1,905.06) |
| 4/14/2023 | 4/14/2023 | 4/18/2023 | MMAT | Meta Materials CUSIP: 59134N104 | Buy | 200 | $0.21 | ($42.60) |
| 4/14/2023 | 4/14/2023 | 4/18/2023 | MMAT | Meta Materials CUSIP: 59134N104 | Buy | 100 | $0.21 | ($21.30) |
| 4/14/2023 | 4/14/2023 | 4/18/2023 | MMAT | Meta Materials CUSIP: 59134N104 | Buy | 100 | $0.21 | ($21.30) |
| 4/14/2023 | 4/14/2023 | 4/18/2023 | MMAT | Meta Materials CUSIP: 59134N104 | Buy | 100 | $0.21 | ($21.30) |
| 4/14/2023 | 4/14/2023 | 4/18/2023 | MMAT | Meta Materials CUSIP: 59134N104 | Buy | 100 | $0.21 | ($21.30) |
| 4/14/2023 | 4/14/2023 | 4/18/2023 | MMAT | Meta Materials CUSIP: 59134N104 | Buy | 300 | $0.21 | ($63.90) |
| 4/14/2023 | 4/14/2023 | 4/18/2023 | MMAT | Meta Materials CUSIP: 59134N104 | Buy | 100 | $0.21 | ($21.30) |
| 4/14/2023 | 4/14/2023 | 4/18/2023 | MMAT | Meta Materials CUSIP: 59134N104 | Buy | 400 | $0.21 | ($85.96) |
| 4/14/2023 | 4/14/2023 | 4/18/2023 | MMAT | Meta Materials CUSIP: 59134N104 | Buy | 700 | $0.22 | ($150.50) |
| 4/14/2023 | 4/14/2023 | 4/18/2023 | MMAT | Meta Materials CUSIP: 59134N104 | Buy | 200 | $0.22 | ($43.00) |
| 4/14/2023 | 4/14/2023 | 4/18/2023 | MMAT | Meta Materials CUSIP: 59134N104 | Buy | 400 | $0.22 | ($86.00) |
| 4/14/2023 | 4/14/2023 | 4/18/2023 | MMAT | Meta Materials CUSIP: 59134N104 | Buy | 2165 | $0.21 | ($465.26) |
| 4/14/2023 | 4/14/2023 | 4/18/2023 | MMAT | Meta Materials CUSIP: 59134N104 | Buy | 200 | $0.22 | ($43.00) |
| 4/14/2023 | 4/14/2023 | 4/18/2023 | MMAT | Meta Materials CUSIP: 59134N104 | Buy | 17600 | $0.22 | ($3,784.00) |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 4/14/2023 | 4/14/2023 | 4/18/2023 | MMAT | Meta Materials CUSIP: 59134N104 | Buy | | 335 | $0.22 | ($72.03) |
| 10/20/2023 | 10/20/2023 | 10/24/2023 | MMAT | Meta Materials CUSIP: 59134N104 | Buy | | 1170 | $0.18 | ($205.45) |
| 1/29/2024 | 1/29/2024 | 1/29/2024 | MMATQ | Meta Materials CUSIP: 59134N302 | SPR | | 678 | | |
| 1/29/2024 | 1/29/2024 | 1/29/2024 | MMAT | Meta Materials CUSIP: 59134N104 | SPR | 67803.335S | | | |
| 1/31/2024 | 1/31/2024 | 1/31/2024 | MMATQ | Meta Materials CUSIP: 59134N302 | SPR | | 1 | | |