NVB 3001 (Effective 1/21)

| United States Bankruptcy Court for the District of Nevada | | **PROOF OF INTEREST** |
|---|---|---|
| Name of Debtor: Meta Materials | Case Number: 24-50792 | |

1. Name and address of holder of the Equity Interest (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

   Jeff Hansen
   610 Olson Dr.
   West Salem, WI 54669

   Telephone Number: 608-790-1123

   ☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

   ☑ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

   ☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

**NOTE:** This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

**COURT USE ONLY**

---

Account or other number by which Interest holder identifies Debtor: 279-89965-1-7

Check here if this claim:
☐ replaces a previously filed Proof of Interest dated: _____
☐ amends a previously filed Proof of Interest dated: _____

2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:

   Edward Jones

   Telephone Number: 608-399-1438

3. Date Equity Interest was acquired:
   3/7/2022

4. Total amount of member interest: 1290

5. Certificate number(s): _____

6. Type of Equity Interest:
   Please indicate the type of Equity Interest you hold:
   ☑ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
   ☐ Check this box if your Equity Interest is based on anything else and describe that interest:
   Description: Investor

7. Supporting Documents: Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
   DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. Date-Stamped Copy: To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

9. Signature:
   Check the appropriate box.
   ☑ I am the creditor. ☐ I am the creditor's authorized agent. ☐ I am the trustee, or the debtor, ☐ I am a guarantor, surety, endorser, or other codebtor.
   (Attach copy of power of attorney, if any.) or their authorized agent. (See Bankruptcy Rule 3005.)
   (See Bankruptcy Rule 3004.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: Jeff Hansen
Title:
Company: Address and telephone number (if different from notice address above):

(Signature) Jeff Hansen       (Date) 11-10-2024

Telephone number: 608-790-1123  email: jehansen340@gmail.com

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

**Edward Jones**
MAKING SENSE OF INVESTING

Account Holder(s) Jeff J Hansen
Account Number 279-89905-1-7
Financial Advisor Paul T. Gunderson, 608-399-1438
106 S Holmen Dr Suite 1, Holmen, WI 54636

Statement Date Jan 1 - Mar 25, 2022

Page 1 of 4

Edward Jones Trust Co As Cust
FBO Jeff J Hansen      Rth

### Let us partner with your other experts
When it comes to your finances, the value of professional advice cannot be overestimated. That's why we believe it's critical to work with your attorney, accountant and other trusted professionals. Be sure to share your other professionals' contact information with your financial advisor. Together with their knowledge and resources, we can tailor a holistic strategy for you.

## Roth Individual Retirement Account - Select
## Custodian: Edward Jones Trust Company
Portfolio Objective - Account: Growth Focus

### Account Value

**$14,909.53**

| | |
|---|---|
| 1 Month Ago | $12,321.04 |
| 1 Year Ago | $0.00 |
| 3 Years Ago | $0.00 |
| 5 Years Ago | $0.00 |

### Value of Your Account

(Line chart showing account value from Apr 2021 to Mar 2022, ranging approximately $14,000-$16,000)

### Value Summary

| | This Period | This Year |
|---|---|---|
| Beginning Value | $15,168.56 | $15,168.56 |
| Assets Added to Account | 2,100.00 | 2,100.00 |
| Assets Withdrawn from Account | 0.00 | 0.00 |
| Fees and Charges | 0.00 | 0.00 |
| Change in Value | -2,359.03 | -2,359.03 |
| **Ending Value** | **$14,909.53** | |

For more information regarding the Value Summary section, please visit www.edwardjones.com/mystatementguide.

### Rate of Return

| Your Personal Rate of Return for Assets Held at Edward Jones | This Quarter | Year to Date | Last 12 Months | 3 Years Annualized | 5 Years Annualized |
|---|---|---|---|---|---|
| | -14.98% | -14.98% | — | — | — |

**Edward Jones**
MAKING SENSE OF INVESTING

Account Holder(s) Jeff J Hansen
Account Number 279-89905-1-7
Financial Advisor Paul T. Gunderson, 608-399-1438
106 S Holmen Dr Suite 1, Holmen, WI 54636

Statement Date Jan 1 - Mar 25, 2022

Page 2 of 4

### Rate of Return (continued)

**Your Personal Rate of Return:** Your Personal Rate of Return measures the investment performance of your account. It incorporates the timing of your additions and withdrawals and reflects commissions and fees paid. Reviewing Your Personal Rate of Return is important to help ensure you're on track to achieving your financial goals.

The performance of your investments is tracked since they have been held in the current account, but no earlier than Jan.1, 2009. This also includes investments you owned during this time period but have since sold. Certain events, including a transfer of an investment between accounts, share class conversion, or change in an investment's identification code (CUSIP) caused by a corporate action, will impact the time frame over which the investment's rate of return is calculated.

Rate of Return information on account statements uses the dollar-weighted calculation. Time-weighted Rate of Return numbers for Advisory Solutions Fund and UMA accounts can be found on your Quarterly Performance Report through Online Account Access. If you are not an Online Access user, visit edwardjones.com/access to sign up.

Information used to calculate performance may have been obtained from third parties and Edward Jones cannot guarantee the accuracy of such information.

For the most current information, contact your financial advisor or visit edwardjones.com/performance.

### Retirement Fee Notice

| | |
|---|---|
| Amount due for account 279-89905-1-7 | $20.00 |
| Due date | April 20, 2022 |

To learn more about the various payment methods available to you, contact your Financial Advisor.

### Asset Details (as of Mar 25, 2022)   additional details at www.edwardjones.com/access

**Assets Held At Edward Jones**

| | | | | Balance |
|---|---|---|---|---|
| Cash | | | | $24.81 |

| Stocks | Price | Quantity | Value | Rate of Return* |
|---|---|---|---|---|
| Meta Matls Inc | 1.86 | 1,290 | 2,399.40 | 15.62% |

| Mutual Funds | Price | Quantity | Value | Rate of Return* |
|---|---|---|---|---|
| Franklin Dynatech A | 127.68 | 97.786 | 12,485.32 | -10.81% |

| Total Account Value | | | $14,909.53 | |



**Account Holder(s)** Jeff J Hansen
**Account Number** 279-89905-1-7
**Financial Advisor** Paul T. Gunderson, 608-399-1438
106 S Holmen Dr Suite 1, Holmen, WI 54636

**Statement Date** Jan 1 - Mar 25, 2022

Page 3 of 4

## Asset Details (continued)

*Your Rate of Return for each individual asset above is as of March 25, 2022. Returns greater than 12 months are annualized.

Your Rate of Return in the Asset Details section above measures the investment performance of each of your individual assets. It incorporates the timing of your additions and withdrawals and reflects commissions and fees paid. Reviewing your Rate of Return is important to help ensure you're on track to achieving your financial goals.

The performance of your investments is tracked since they have been held in the current account, but no earlier than Jan. 1, 2009. Certain events, including a transfer of an investment between accounts, share class conversion, or change in an investment's identification code (CUSIP) caused by a corporate action, will impact the time frame over which the investment's rate of return is calculated.

Information used to calculate performance may have been obtained from third parties and Edward Jones cannot guarantee the accuracy of such information.

For the most current information, contact your financial advisor or visit www.edwardjones.com/performance.

## Retirement Summary

| Roth IRA | This Period | Cumulative |
|---|---|---|
| 2022 Contributions | $0.00 | $0.00 |
| 2021 Contributions | 2,100.00 | 2,180.84 |

## Investment and Other Activity by Date

| Date | Description | Quantity | Amount |
|---|---|---|---|
| 3/03 | 2021 Roth Contribution Transfer from 2792280311 | | $2,100.00 |
| 3/07 | Buy Meta Matls Inc @ 1.5657 | 1,290 | -2,075.19 |

**Custodian: Edward Jones Trust Company**
This Edward Jones brokerage statement also serves as the Edward Jones Trust Company custodial account statement. No other account statement will be provided by Edward Jones Trust company for the period of time reflected on this statement.

**Edward Jones**
MAKING SENSE OF INVESTING

Account Holder(s) Jeff J Hansen
Account Number 279-89905-1-7
Financial Advisor Paul T. Gunderson, 608-399-1438
106 S Holmen Dr Suite 1, Holmen, WI 54636

Statement Date Jan 1 - Mar 25, 2022

Page 4 of 4

## Your Relationship and Mailing Group(s)

<u>Relationship</u> - You have asked us to combine the accounts listed below for planning purposes as we work with you to achieve your financial goals. This means that information about these accounts and your goals and objectives may be shared with and accessible by each owner and authorized party in the relationship, including through Edward Jones Online Access and Edward Jones reports.

<u>Mailing Group</u> - You have also asked us to combine certain information about the accounts listed below into the mailing group(s) below for delivery purposes. Information for accounts within the same mailing group may be included in one envelope and mailed to the mailing group address. We may still send certain information directly to the account owners, as we believe appropriate.

| Account Number | Account Owner(s) | Account Type | Mailing Group Address |
|---|---|---|---|
| XXX-XX803-1-1 | Jeff J Hansen & Kim H Hansen | Survivorship Marital Property Select | JEFF J HANSEN & KIM H HANSEN 610 OLSON DRIVE WEST SALEM WI 54669-1944 |
| XXX-XX858-1-5 | Jeff J Hansen | Single Account Select | |
| XXX-XX886-1-0 | Kim H Hansen | Individual Retirement Account Guided Solutions Flex Account | |
| XXX-XX904-1-8 | Jeff J Hansen | Individual Retirement Account Select | |
| XXX-XX905-1-7 | Jeff J Hansen | Roth Individual Retirement Account Select | |

For more information on this relationship or mailing group(s), please visit www.edwardjones.com/disclosures. If you wish to make changes to either the relationship(s) or mailing group(s), please contact your financial advisor.



Account Holder(s) Jeff J Hansen
Account Number 279-89905-1-7
Financial Advisor Paul T. Gunderson, 608-399-1438
106 S Holmen Dr Suite 1, Holmen, WI 54636

Statement Date Jan 1 - Feb 23, 2024

Page 1 of 4

Edward Jones Trust Co As Cust
FBO Jeff J Hansen     Rth

### Solutions for your needs

Have you considered Edward Jones for your saving, spending and borrowing needs? With an Edward Jones account, you have access to features that can help you keep your saving, spending and borrowing in line with your long-term financial goals. Ask your financial advisor for details.

## Roth Individual Retirement Account - Select
## Custodian: Edward Jones Trust Company
Portfolio Objective - Account: Growth Focus

### Account Value

**$14,713.14**

| | |
|---|---|
| 1 Month Ago | $13,817.59 |
| 1 Year Ago | $10,724.75 |
| 3 Years Ago | $0.00 |
| 5 Years Ago | $0.00 |



Value of Your Account

### Value Summary

| | This Period | This Year |
|---|---|---|
| Beginning Value | $13,166.87 | $13,166.87 |
| Assets Added to Account | 0.00 | 0.00 |
| Assets Withdrawn from Account | 0.00 | 0.00 |
| Fees and Charges | 0.00 | 0.00 |
| Change In Value | 1,546.27 | 1,546.27 |
| **Ending Value** | **$14,713.14** | |

For more information regarding the Value Summary section, please visit www.edwardjones.com/mystatementguide.

### Rate of Return

| | This Quarter | Year to Date | Last 12 Months | 3 Years Annualized | 5 Years Annualized |
|---|---|---|---|---|---|
| Your Personal Rate of Return for Assets Held at Edward Jones | 11.74% | 11.74% | 34.29% | — | — |

201 Progress Parkway
Maryland Heights, MO 63043-9042

www.edwardjones.com
Member SIPC

**Account Holder(s)** Jeff J Hansen
**Account Number** 279-89905-1-7
**Financial Advisor** Paul T. Gunderson, 608-399-1438
106 S Holmen Dr Suite 1, Holmen, WI 54636

**Edward Jones**
MAKING SENSE OF INVESTING

**Statement Date** Jan 1 - Feb 23, 2024

Page 2 of 4

## Rate of Return (continued)

**Your Personal Rate of Return:** Your Personal Rate of Return measures the investment performance of your account. It incorporates the timing of your additions and withdrawals and reflects commissions and fees paid. Reviewing Your Personal Rate of Return is important to help ensure you're on track to achieving your financial goals.

The performance of your investments is tracked since they have been held in the current account, but no earlier than Jan.1, 2009. This also includes investments you owned during this time period but have since sold. Certain events, including a transfer of an investment between accounts, share class conversion, or change in an investment's identification code (CUSIP) caused by a corporate action, will impact the time frame over which the investment's rate of return is calculated.

Rate of Return information on account statements uses the dollar-weighted calculation. Time-weighted Rate of Return numbers for Advisory Solutions Fund and UMA accounts can be found on your Quarterly Performance Report through Online Account Access. If you are not an Online Access user, visit edwardjones.com/access to sign up.

Information used to calculate performance may have been obtained from third parties and Edward Jones cannot guarantee the accuracy of such information.

For the most current information, contact your financial advisor or visit edwardjones.com/performance.

## Asset Details (as of Feb 23, 2024)

additional details at www.edwardjones.com/access

**Assets Held At Edward Jones**

|  |  |  |  |  | Balance |
|---|---|---|---|---|---|
| Cash |  |  |  |  | $4.81 |
| **Stocks** | **Price** | **Quantity** |  | **Value** | **Rate of Return*** |
| Meta Matls Inc | 3.11 | 13 |  | 40.43 | -36.53% |
| **Mutual Funds** | **Price** | **Quantity** |  | **Value** | **Rate of Return*** |
| Franklin Dynatech A | 150.00 | 97.786 |  | 14,667.90 | 1.66% |
| **Total Account Value** |  |  |  | **$14,713.14** |  |



**Account Holder(s)** Jeff J Hansen
**Account Number** 279-89905-1-7
**Financial Advisor** Paul T. Gunderson, 608-399-1438
106 S Holmen Dr Suite 1, Holmen, WI 54636

**Statement Date** Jan 1 - Feb 23, 2024    Page 3 of 4

## Asset Details (continued)

*Your Rate of Return for each Individual asset above is as of February 23, 2024. Returns greater than 12 months are annualized.

Your Rate of Return in the Asset Details section above measures the investment performance of each of your individual assets. It incorporates the timing of your additions and withdrawals and reflects commissions and fees paid. Reviewing your Rate of Return is important to help ensure you're on track to achieving your financial goals.

The performance of your investments is tracked since they have been held in the current account, but no earlier than Jan. 1, 2009. Certain events, including a transfer of an investment between accounts, share class conversion, or change in an investment's identification code (CUSIP) caused by a corporate action, will impact the time frame over which the investment's rate of return is calculated.

Information used to calculate performance may have been obtained from third parties and Edward Jones cannot guarantee the accuracy of such information.

For the most current information, contact your financial advisor or visit www.edwardjones.com/performance.

### Retirement Summary

| Roth IRA | This Period | Cumulative |
|---|---|---|
| 2024 Contributions | $0.00 | $0.00 |
| 2023 Contributions | 0.00 | 0.00 |

### Investment and Other Activity by Date

| Date | Description | Quantity | Amount |
|---|---|---|---|
| 1/29 | Exchange from Meta Matls Inc Result of Reverse Split | -1,290 | |
| 1/29 | Exchange to Meta Matls Inc Roundup Share | 1 | |
| 1/29 | Exchange to Meta Matls Inc Result of Reverse Split | 12 | |

**Custodian: Edward Jones Trust Company**
This Edward Jones brokerage statement also serves as the Edward Jones Trust Company custodial account statement. No other account statement will be provided by Edward Jones Trust company for the period of time reflected on this statement.

201 Progress Parkway
Maryland Heights, MO 63043-3042

www.edwardjones.com
Member SIPC

**Edward Jones**
MAKING SENSE OF INVESTING

Account Holder(s) Jeff J Hansen
Account Number 279-89905-1-7
Financial Advisor Paul T. Gunderson, 608-399-1438
106 S Holmen Dr Suite 1, Holmen, WI 54636

Statement Date Jan 1 - Feb 23, 2024

Page 4 of 4

## Your Relationship and Mailing Group(s)

Relationship Group - You've directed us to share information about these accounts with the individual(s) listed below. This means information about your financial accounts, goals and objectives may be shared with and accessible by each owner, authorized party, and any other individual in the Relationship Group, including through Edward Jones Online Access and Edward Jones reports.

Without any additional notification to you, the individual(s) below will also be able to share any information available to the Relationship Group with people outside your Relationship Group through Edward Jones Online Access, or by contacting the Edward Jones branch responsible for your accounts. You may revoke this direction at any time, but until such revocation, we'll share information as directed by any member of the Relationship Group.

Mailing Group - You have also asked us to combine certain information about the accounts listed below into the mailing group(s) below for delivery purposes. Information for accounts within the same mailing group may be included in one envelope and mailed to the mailing group address. We may still send certain information directly to the account owners, as we believe appropriate.

| Account Number | Account Owner(s) | Account Type | Mailing Group Address |
|---|---|---|---|
| XXX-XX803-1-1 | Jeff J Hansen & Kim H Hansen | Survivorship Marital Property Select | JEFF J HANSEN & KIM H HANSEN 610 OLSON DRIVE WEST SALEM WI 54669-1944 |
| XXX-XX858-1-5 | Jeff J Hansen | Single Account Select | |
| XXX-XX886-1-0 | Kim H Hansen | Individual Retirement Account Guided Solutions Flex Account | |
| XXX-XX904-1-8 | Jeff J Hansen | Individual Retirement Account Select | |
| XXX-XX905-1-7 | Jeff J Hansen | Roth Individual Retirement Account Select | |

For more information on this relationship or mailing group(s), please visit www.edwardjones.com/disclosures. If you wish to make changes to either the relationship(s) or mailing group(s), please contact your financial advisor.

201 Progress Parkway
Maryland Heights, MO 63043-3042

www.edwardjones.com
Member SIPC