NVB 3001 (Effective 1 21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | **PROOF OF INTEREST** |
|---|---|

| Name of Debtor: META Materials | Case Number: 24-50792 |
|---|---|

| 1. **Name and address of holder of the Equity Interest** (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"): | ☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars. |
|---|---|

VUONG M. TRAN
PSC 808 BOX 3367
FPO, AE 09618

■ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

Telephone Number:

**RECEIVED AND FILED**
DEC 0 3 2024
U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

**NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.**

COURT USE ONLY

| Account or other number by which Interest holder identifies Debtor: 7777-1696 | Check here if this claim:<br>☐ replaces a previously filed Proof of Interest dated: _____<br>☐ amends a previously filed Proof of Interest dated: _____ |
|---|---|

| 2. **Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:**<br><br>Charles Schwab<br><br>**Telephone Number:** 1-800-435-4000 | 3. **Date Equity Interest was acquired:**<br><br>Various Dates - See attached supporting documents |
|---|---|

| 4. **Total amount of member interest:** 2850 | 5. **Certificate number(s):** _____ |
|---|---|

6. **Type of Equity Interest:**
Please indicate the type of Equity Interest you hold:
■ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
☐ Check this box if your Equity Interest is based on anything else and describe that interest:
Description: _____

7. **Supporting Documents**: Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. **Date-Stamped Copy:** To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

9. **Signature:**
Check the appropriate box.
■ I am the creditor.   ☐ I am the creditor's authorized agent. (Attach copy of power of attorney, if any.)   ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)   ☐ I am a guarantor, surety, endorser, or other codebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name:   VUONG TRAN
Title:
Company: _____   Address and telephone number (if different from notice address above): _____
_____

(Signature)   20 Nov 2024 (Date)

Telephone number:   email: traianhtan@hotmail.com

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

Account    777-1696

## MMAT Purchase Individual Investment Account

| DATE | DESCRIPTION | QUANTITY | PRICE | |
|---|---|---|---|---|
| July 9, 2021 | TRANSFER OF SECURITY OR OPTION IN (MMAT) | 5,000 | | |
| July 12, 2021 | Bought 3000 MMAT @ 3.99 | 3,000 | $ | 3.990 |
| July 14, 2021 | Bought 4000 MMAT @ 3.7 | 4,000 | $ | 3.700 |
| July 20, 2021 | Bought 6000 MMAT @ 3.25 | 6,000 | $ | 3.250 |
| August 23, 2021 | Bought 5000 MMAT @ 3 | 5,000 | $ | 3.000 |
| November 23, 2021 | Bought 10000 MMAT @ 3.75 | 10,000 | $ | 3.750 |
| December 1, 2021 | Bought 8000 MMAT @ 3.3999 | 8,000 | $ | 3.400 |
| December 28, 2021 | Bought 10000 MMAT @ 2.55 | 10,000 | $ | 2.550 |
| January 7, 2022 | Bought 20000 MMAT @ 2.45 | 20,000 | $ | 2.450 |
| January 13, 2022 | Bought 3900 MMAT @ 2.24 | 3,900 | $ | 2.240 |
| January 21, 2022 | Bought 20000 MMAT @ 1.8 | 20,000 | $ | 1.800 |
| January 27, 2022 | Bought 15000 MMAT @ 1.55 | 15,000 | $ | 1.550 |
| April 20, 2022 | Bought 10000 MMAT @ 1.38 | 10,000 | $ | 1.380 |
| April 27, 2022 | Bought 3000 MMAT @ 1.18 | 3,000 | $ | 1.180 |
| April 27, 2022 | Bought 100 MMAT @ 1.17 | 100 | $ | 1.170 |
| May 10, 2022 | Bought 2600 MMAT @ 1.13 | 2,600 | $ | 1.130 |
| June 29, 2022 | Bought 5000 MMAT @ 1.05 | 5,000 | $ | 1.050 |
| June 29, 2022 | Bought 1400 MMAT @ 1.04 | 1,400 | $ | 1.040 |
| August 29, 2022 | Bought 10000 MMAT @ 0.79 | 10,000 | $ | 0.790 |
| November 10, 2022 | Bought 3000 MMAT @ 1.25 | 3,000 | $ | 1.250 |
| November 17, 2022 | Bought 6900 MMAT @ 1.7 | 6,900 | $ | 1.700 |
| November 17, 2022 | Bought 100 MMAT @ 1.6831 | 100 | $ | 1.683 |
| April 12, 2023 | Bought 8000 MMAT @ 0.4 | 8,000 | $ | 0.400 |
| May 1, 2023 | Bought 30000 MMAT @ 0.185 | 30,000 | $ | 0.185 |
| June 22, 2023 | Bought 20000 MMAT @ 0.2 | 20,000 | $ | 0.200 |
| July 31, 2023 | Bought 505 MMAT @ 0.245 | 505 | $ | 0.245 |
| August 4, 2023 | Bought 505 MMAT @ 0.2441 | 505 | $ | 0.244 |
| September 13, 2023 | Bought 5990 MMAT @ 0.2194 | 5,990 | $ | 0.219 |
| September 28, 2023 | Bought 13000 MMAT @ 0.2 | 13,000 | $ | 0.200 |
| October 18, 2023 | Bought 30000 MMAT @ 0.205 | 30,000 | $ | 0.205 |
| December 5, 2023 | Bought 15000 MMAT @ 0.07 | 15,000 | $ | 0.070 |
| December 29, 2023 | Bought 10000 MMAT @ 0.066 | 10,000 | $ | 0.066 |
| | TOTAL SHARES PURCHASED: | 285,000 | | |
| | AFTER 100 REVERSE SPLIT | 2,850 | | |

# J.P.Morgan

TFR ON DEATH IND  (Acct # 834-63365)

VUONG M TRAN

Statement Period: May 31 – June 30, 2021

J.P. Morgan Self-Directed Investing

## EQUITIES (continued)

| Description | Acquisition Date | Quantity | Price | Market Value | Unit Cost | Cost Basis | Unrealized Gain/Loss | Est. Accrued Inc. Est. Annual Inc. |
|---|---|---|---|---|---|---|---|---|
| **KINDER MORGAN INC** | 07 Dec 2015 | 700 | | 12,761.00 | 13.85 | 9,692.25 | 3,068.75 LT | |
| | 12 May 2018 | 980 | | 17,865.40 | 14.5 | 14,210.52 | 3,654.88 LT | |
| | 15 May 2019 | 47.39252 | | 863.97 | 18.6 | 881.61 | (17.64) LT | |
| | 15 Aug 2019 | 48.32575 | | 880.96 | 18.51 | 894.62 | (13.64) LT | |
| | 15 Apr 2020 | 2,000 | | 36,460.00 | 13.35 | 26,695.00 | 9,765.00 LT | |
| | 18 Feb 2021 | 2,000 | | 36,460.00 | 14.8 | 29,600.00 | 6,860.00 LT | |
| **META MATLS INC**<br>COMMON STOCK<br>Symbol: MMAT | 24 Jun 2021 | 5,000 | 7.49 | 37,450.00 | 9.84 | 49,200.00 | (11,750.00) ST | -- |
| **PFIZER INC**<br>EST YIELD: 3.98%<br>Symbol: PFE | 11 Feb 2021 | 1,000 | 39.16 | 39,160.00 | 34.5 | 34,500.00 | 4,660.00 -- | 1,560.00 |
| **ROCKET COMPANIES INC**<br>CLASS A COMMON STOCK<br>Symbol: RKT | | 5,800 | 19.35 | 112,230.00 | 22.54 | 130,751.88 | (18,521.88) | -- |
| | 30 Mar 2021 | 200 | | 3,870.00 | 24.01 | 4,801.64 | (931.64) ST | |
| | 30 Mar 2021 | 200 | | 3,870.00 | 24.09 | 4,817.70 | (947.70) ST | |
| | 30 Mar 2021 | 200 | | 3,870.00 | 24.07 | 4,814.54 | (944.54) ST | |
| | 30 Mar 2021 | 200 | | 3,870.00 | 24.09 | 4,818.60 | (948.60) ST | |
| | 03 May 2021 | 5,000 | | 96,750.00 | 22.3 | 111,500.00 | (14,750.00) ST | |
| **P SOFI TECHNOLOGIES INC**<br>COMMON STOCK<br>Symbol: SOFI | 29 Jun 2021 | 2,000 | 19.17 | 38,340.00 | 19.19 | 38,380.00 | (40.00) ST | -- |
| **P CALL SOFI 07/02/21 19.50**<br>SOFI TECHNOLOGIES INC<br>Symbol: SOFI JUL 21 CALL<br>19.50 | 30 Jun 2021 | (200.0) | 0.505 | (1,010.00) | 0.63 | (1,266.30) | 256.30 ST | -- |
| **TOTAL EQUITIES** | | | | **$675,414.11** | | **$606,242.54** | **$69,171.57** | **$10,065.78** |

P  Position reflects trades executed pending settlement

Please read the important disclosures at the end of the statement. For questions, please contact us using the information provided on the front of this statement.

See additional footnotes on the last page of the Holdings section.

P  Position reflects trades executed pending settlement

| STATEMENT SUMMARY | BROKERAGE | IMPORTANT INFORMATION |
|---|---|---|

**Statement for Account # 250-048122**

07/01/21 - 07/31/21

**Account Activity**

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|
| 07/09/21 | 07/09/21 | Cash | Journal - Funds Deposited | Cash Award | - | - | 0.00 | 300.00 | 450.00 |
| 07/09/21 | 07/09/21 | Cash | Journal - Funds Deposited | Cash Award | - | - | 0.00 | 400.00 | 850.00 |
| 07/09/21 | 07/09/21 | Cash | Journal - Other | TRANSFER CASH BALANCE TO MARGIN | - | - | 0.00 | (850.00) | 0.00 |
| 07/06/21 | 07/06/21 | Margin | Journal - Other | TRANSFER FROM 250-048122-2 TO 250-048122-1 | - | - | 0.00 | 5.00 | 5.00 |
| 07/06/21 | 07/06/21 | Margin | - Funds Deposited | ACH IN | - | - | 0.00 | 80,000.00 | 80,005.00 |
| 07/07/21 | 07/07/21 | Margin | Journal - Other | TRANSFER CASH BALANCE TO MARGIN | - | - | 0.00 | 150.00 | 80,155.00 |
| 07/09/21 | 07/09/21 | Margin | Journal - Other | TOA CASH BALANCE IN | - | - | 0.00 | 411.30 | 80,566.30 |
| 07/09/21 | 07/09/21 | Margin | Journal - Funds Deposited | Received - | - | - | 0.00 | - | 80,566.30 |
| 07/09/21 | 07/09/21 | Margin | Received - | AMC ENTERTAINMENT HOLDINGS INC COM CL A TOA FROM JP MORGAN SECURITIES SD 07/09/2021 0352 | AMC | 1,000 | 0.00 | - | 80,566.30 |
| 07/09/21 | 07/09/21 | Margin | Received - | FORD MOTOR CO COM TOA FROM JP MORGAN SECURITIES SD 07/09/2021 0352 | F | 16,816 | 0.00 | - | 80,566.30 |
| 07/09/21 | 07/09/21 | Margin | Received - | KINDER MORGAN INC COM TOA FROM JP MORGAN SECURITIES SD 07/09/2021 0352 | KMI | 7,875 | 0.00 | - | 80,566.30 |
| 07/09/21 | 07/09/21 | Margin | Received - | META MATERIALS INC COM TOA FROM JP MORGAN SECURITIES SD 07/09/2021 0352 | MMAT | 5,000 | 0.00 | - | 80,566.30 |
| 07/09/21 | 07/09/21 | Margin | Received - | PFIZER INC COM TOA FROM JP MORGAN SECURITIES SD 07/09/2021 0352 | PFE | 1,000 | 0.00 | - | 80,566.30 |

## Statement for Account # 250-048122
### 07/01/21 - 07/31/21

**Account Activity**

| Trade Date | Settle Date | Acct Type | Transaction/Cash Activity* | Description | Symbol/CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|
| 07/09/21 | 07/09/21 | Margin | Received - | ROCKET COMPANIES INC COM CL A | RKT | 5,800 | 0.00 | - | 80,566.30 |
| 07/09/21 | 07/09/21 | Margin | Received - | SOFI TECHNOLOGIES INC COM | SOFI | 2,000 | 0.00 | - | 80,566.30 |
| 07/09/21 | 07/09/21 | Margin | Journal - Funds Deposited | TOA CASH BALANCE IN SD 07/09/2021 0352 | - | - | 0.00 | 127,267.47 | 207,833.77 |
| 07/09/21 | 07/09/21 | Margin | Journal - Other | TRANSFER CASH BALANCE TO MARGIN | - | - | 0.00 | 850.00 | 208,683.77 |
| 07/12/21 | 07/12/21 | Margin | - Funds Deposited | ACH IN | - | - | 0.00 | 5,000.00 | 213,683.77 |
| 07/13/21 | 07/13/21 | Margin | Journal - Funds Deposited | TOA CASH BALANCE IN | - | - | 0.00 | 14.63 | 213,698.40 |
| 07/12/21 | 07/14/21 | Margin | Buy - Securities Purchased | AMC ENTERTAINMENT HOLDINGS INC COM CL A | AMC | 200 | 42.60 | (8,520.00) | 205,178.40 |
| 07/12/21 | 07/14/21 | Margin | Buy - Securities Purchased | META MATERIALS INC COM | MMAT | 3,000 | 3.99 | (11,970.00) | 193,208.40 |
| 07/14/21 | 07/16/21 | Margin | Buy - Securities Purchased | META MATERIALS INC COM | MMAT | 4,000 | 3.70 | (14,800.00) | 178,408.40 |
| 07/15/21 | 07/19/21 | Margin | Buy - Securities Purchased | BEYOND COMMERCE INC COM Commission/Fee 6.95 | BYOC | 1,000,000 | 0.0018 | (1,806.95) | 176,601.45 |
| 07/16/21 | 07/19/21 | Margin | Buy - Securities Purchased | META MATERIALS INC COM Commission/Fee 26.00 Regulatory Fee 0.55 | - | 40 | 0.01 | (66.55) | 176,534.90 |
| 07/19/21 | 07/19/21 | Margin | Delivered - Other | META MATERIALS INC MMAT Jul 16 21 3.0 P EXPIRATION | - | 40- | 0.00 | - | 176,534.90 |
| 07/20/21 | 07/21/21 | Margin | Sell - Securities Sold | ROCKET COMPANIES INC RKT Jul 23 21 16.0 P TO OPEN Commission/Fee 19.50 Regulatory Fee 0.48 | - | 30- | 0.13 | 370.02 | 176,904.92 |

**Statement for Account # 250-048122**
07/01/21 - 07/31/21

**Account Activity**

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|
| 07/20/21 | 07/21/21 | Margin | Sell - Securities Sold | PFIZER INC<br>PFE Jul 23 21 42.5 C TO OPEN<br>Commission/Fee 6.50<br>Regulatory Fee 0.16 | - | 10- | 0.21 | 203.34 | 177,108.26 |
| 07/20/21 | 07/21/21 | Margin | Sell - Securities Sold | FORD MOTOR CO<br>F Jul 23 21 14.5 C TO OPEN<br>Commission/Fee 1.95<br>Regulatory Fee 0.05 | - | 3- | 0.06 | 16.00 | 177,124.26 |
| 07/20/21 | 07/22/21 | Margin | Buy - Securities Purchased | META MATERIALS INC COM | MMAT | 6,000 | 3.25 | (19,500.00) | 157,624.26 |
| 07/21/21 | 07/22/21 | Margin | Sell - Securities Sold | KINDER MORGAN INC<br>KMI Jul 23 21 18.5 C TO OPEN<br>Commission/Fee 50.70<br>Regulatory Fee 1.24 | - | 78- | 0.03 | 182.06 | 157,806.32 |
| 07/22/21 | 07/23/21 | Margin | Sell - Securities Sold | SOFI TECHNOLOGIES INC<br>SOFI Jul 23 21 15.5 P TO OPEN<br>Commission/Fee 6.50<br>Regulatory Fee 0.16 | - | 10- | 0.17 | 163.34 | 157,969.66 |
| 07/22/21 | 07/23/21 | Margin | Buy - Securities Purchased | DARE BIOSCIENCE INC COM | DARE | 10,000 | 1.49 | (14,900.00) | 143,069.66 |
| 07/23/21 | 07/26/21 | Margin | Sell - Securities Sold | AMC ENTERTAINMENT HOLDINGS INC<br>AMC Jul 23 21 32.0 P TO OPEN<br>Commission/Fee 6.50<br>Regulatory Fee 0.16 | - | 10- | 0.13 | 123.34 | 143,193.00 |
| 07/23/21 | 07/26/21 | Margin | Sell - Securities Sold | AMC ENTERTAINMENT HOLDINGS INC<br>AMC Jul 23 21 32.0 P TO OPEN<br>Commission/Fee 0.65<br>Regulatory Fee 0.01 | - | 1- | 0.13 | 12.34 | 143,205.34 |
| 07/26/21 | 07/26/21 | Margin | Received - Other | ROCKET COMPANIES INC<br>RKT Jul 23 21 16.0 P<br>EXPIRATION | - | 30 | 0.00 | - | 143,205.34 |
| 07/26/21 | 07/26/21 | Margin | Received - Other | FORD MOTOR CO<br>F Jul 23 21 14.5 C<br>EXPIRATION | - | 3 | 0.00 | - | 143,205.34 |
| 07/26/21 | 07/26/21 | Margin | Received - Other | KINDER MORGAN INC<br>KMI Jul 23 21 18.5 C<br>EXPIRATION | - | 78 | 0.00 | - | 143,205.34 |

**Statement for Account # 250-048122**
08/01/21 - 08/31/21

## Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/Cash Activity* | Description | Symbol/CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|
| 08/23/21 | 08/23/21 | Margin | Received - Other | SOFI TECHNOLOGIES INC SOFI Aug 20 21 14.5 P OPTION ASSIGNED | - | 30 | 0.00 | - | 198,194.82 |
| 08/23/21 | 08/23/21 | Margin | Received - Other | NEWEGG COMMERCE INC NEGG Aug 20 21 15.0 P EXPIRATION | - | 20 | 0.00 | - | 198,194.82 |
| 08/23/21 | 08/23/21 | Margin | Received - Other | SQUARE INC SQ Aug 20 21 250.0 P EXPIRATION | - | 3 | 0.00 | - | 198,194.82 |
| 08/23/21 | 08/23/21 | Margin | Received - Other | ZILLOW GROUP INC Z Aug 20 21 95.0 P EXPIRATION | - | 10 | 0.00 | - | 198,194.82 |
| 08/23/21 | 08/24/21 | Margin | Buy - Securities Purchased | META MATERIALS INC COM | MMAT | 5,000 | 3.00 | (15,000.00) | 183,194.82 |
| 08/23/21 | 08/23/21 | Margin | Buy - Securities Purchased | SOFI TECHNOLOGIES INC COM | SOFI | 3,000 | 14.50 | (43,500.00) | 139,694.82 |
| 08/24/21 | 08/24/21 | Margin | Sell - Securities Sold | FORD MOTOR CO F Aug 27 21 13.5 C TO OPEN Commission/Fee 109.20 Regulatory Fee 2.23 | - | 168- | 0.03 | 392.57 | 140,087.39 |
| 08/24/21 | 08/25/21 | Margin | Sell - Securities Sold | SOFI TECHNOLOGIES INC SOFI Aug 27 21 16.5 C TO OPEN Commission/Fee 32.50 Regulatory Fee 0.66 | - | 50- | 0.02 | 66.84 | 140,154.23 |
| 08/30/21 | 08/30/21 | Margin | Received - Other | FORD MOTOR CO F Aug 27 21 13.5 C EXPIRATION | - | 168 | 0.00 | - | 140,154.23 |
| 08/30/21 | 08/30/21 | Margin | Received - Other | SOFI TECHNOLOGIES INC SOFI Aug 27 21 16.5 C EXPIRATION | - | 50 | 0.00 | - | 140,154.23 |
| 08/31/21 | 08/31/21 | Margin | Div/Int - Income | INTEREST CREDIT Payable 08/31/2021 | - | - | 0.00 | 1.51 | 140,155.74 |

**Closing Balance**      **$140,155.74**

*For Cash Activity totals, refer to the Cash Activity Summary on page one of your statement.

## Statement for Account # 250-048122
### 11/01/21 - 11/30/21

### Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|
| 11/22/21 | 11/23/21 | Margin | Buy - Securities Purchased | ROCKET COMPANIES INC RKT Nov 26 21 15.0 P TO CLOSE Commission/Fee 32.50 Regulatory Fee 0.47 | - | 50 | 0.18 | (932.97) | 90,690.82 |
| 11/22/21 | 11/23/21 | Margin | Sell - Securities Sold | FORD MOTOR CO F Dec 17 21 25.0 C TO OPEN Commission/Fee 109.20 Regulatory Fee 1.93 | - | 168- | 0.11 | 1,736.87 | 92,427.69 |
| 11/22/21 | 11/23/21 | Margin | Sell - Securities Sold | AMC ENTERTAINMENT HOLDINGS INC AMC Dec 03 21 60.0 C TO OPEN Commission/Fee 7.80 Regulatory Fee 0.13 | - | 12- | 0.65 | 772.07 | 93,199.76 |
| 11/23/21 | 11/26/21 | Margin | Buy - Securities Purchased | META MATERIALS INC COM | MMAT | 10,000 | 3.75 | (37,500.00) | 55,699.76 |
| 11/23/21 | 11/26/21 | Margin | Sell - Securities Sold | BM TECHNOLOGIES INC COM CL A Regulatory Fee 0.92 | BMTX | 4,955- | 13.2037 | 65,423.41 | 121,123.17 |
| 11/23/21 | 11/26/21 | Margin | Sell - Securities Sold | BM TECHNOLOGIES INC COM CL A Regulatory Fee 0.01 | BMTX | 45- | 13.40 | 602.99 | 121,726.16 |
| 11/29/21 | 11/29/21 | Margin | Received - Other | LORDSTOWN MOTORS CORP RIDE Nov 26 21 6.0 C EXPIRATION | - | 70 | 0.00 | - | 121,726.16 |
| 11/26/21 | 11/30/21 | Margin | Buy - Securities Purchased | APTEVO THERAPEUTICS INC COM | APVO | 2,000 | 12.89 | (25,780.00) | 95,946.16 |
| 11/26/21 | 11/30/21 | Margin | Buy - Securities Purchased | APTEVO THERAPEUTICS INC COM | APVO | 4,000 | 13.00 | (52,000.00) | 43,946.16 |
| 11/26/21 | 11/30/21 | Margin | Buy - Securities Purchased | BRIGHT HEALTH GROUP INC COM | BHG | 7,000 | 3.63 | (25,410.00) | 18,536.16 |
| 11/30/21 | 11/30/21 | Margin | Div/Int - Income | INTEREST CREDIT Payable 11/30/2021 | - | - | 0.00 | 0.87 | 18,537.03 |

**Closing Balance** $18,537.03

*For Cash Activity totals, refer to the Cash Activity Summary on page one of your statement.

Statement for Account # 250-048122
12/01/21 - 12/31/21

## Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|
| 11/30/21 | 12/02/21 | Margin | Sell - Securities Sold | ISPECIMEN INC COM Regulatory Fee 1.06 | ISPC | 5,000- | 18.00 | 89,998.94 | 74,381.04 |
| 12/01/21 | 12/03/21 | Margin | Buy - Securities Purchased | PIONEER POWER SOLUTIONS INC PPSI COM | | 5,000 | 9.00 | (45,000.00) | 29,381.04 |
| 12/01/21 | 12/03/21 | Margin | Buy - Securities Purchased | META MATERIALS INC COM | MMAT | 8,000 | 3.3999 | (27,199.20) | 2,181.84 |
| 12/06/21 | 12/07/21 | Margin | - Funds Deposited | ACH IN | - | - | 0.00 | 25,000.00 | 27,181.84 |
| 12/06/21 | 12/08/21 | Margin | Buy - Securities Purchased | CF ACQUISITION CORP VI COM CL A Regulatory Fee 0.60 | CFVI | 5,000 | 14.50 | (72,500.00) | (45,318.16) |
| 12/08/21 | 12/08/21 | Margin | Sell - Securities Sold | KINDER MORGAN INC COM | KMI | 3,000- | 15.93 | 47,789.40 | 2,471.24 |
| 12/09/21 | 12/13/21 | Margin | Sell - Securities Sold | BRIGHT HEALTH GROUP INC COM Regulatory Fee 0.03 | BHG | 200- | 4.345 | 868.97 | 3,340.21 |
| 12/09/21 | 12/13/21 | Margin | Sell - Securities Sold | BRIGHT HEALTH GROUP INC COM | BHG | 16,800- | 4.34 | 72,909.63 | 76,249.84 |
| 12/20/21 | 12/13/21 | Margin | Buy - Securities Purchased | PIONEER POWER SOLUTIONS INC PPSI COM Regulatory Fee 2.37 | | 7,900 | 9.60 | (75,840.00) | 409.84 |
| 12/20/21 | 12/20/21 | Margin | Received - Other | FORD MOTOR CO F Dec 17 21 25.0 C EXPIRATION | - | 168 | 0.00 | - | 409.84 |
| 12/27/21 | 12/29/21 | Margin | Sell - Securities Sold | LORDSTOWN MOTORS CORP COM CL A Regulatory Fee 0.08 | RIDE | 567- | 4.03 | 2,284.93 | 2,694.77 |
| 12/28/21 | 12/30/21 | Margin | Sell - Securities Sold | LORDSTOWN MOTORS CORP COM CL A Regulatory Fee 0.90 | RIDE | 6,433- | 3.90 | 25,087.80 | 27,782.57 |
| 12/28/21 | 12/30/21 | Margin | Buy - Securities Purchased | META MATERIALS INC COM | MMAT | 10,000 | 2.55 | (25,500.00) | 2,282.57 |

## Statement for Account # 250-048122
### 01/01/22 - 01/31/22

### Online Cash Services Transaction Detail

| Category | Transaction Date | Description | | Amount |
|---|---|---|---|---|
| CREDITS | | | | $ 8,000.00 |
| | 01/24/2022 | ACH IN | | 13,000.00 |
| Subtotal | | | | 13,000.00 |
| TOTAL | | | | 13,000.00 |

### Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|
| Opening Balance | | | | | | | | | $57,781.76 |
| 01/03/22 | 01/04/22 | Margin | Sell - Securities Sold | FORD MOTOR CO F Jan 21 22 25.0 C TO OPEN Commission/Fee 13.00 Regulatory Fee 0.23 | - | 20- | $ 0.10 | $ 186.77 | 57,968.53 |
| 01/04/22 | 01/05/22 | Margin | Buy - Securities Purchased | FORD MOTOR CO F Jan 21 22 25.0 C TO CLOSE Commission/Fee 0.65 Regulatory Fee 0.01 | - | 1 | 0.29 | (29.66) | 57,938.87 |
| 01/07/22 | 01/11/22 | Margin | Buy - Securities Purchased | META MATERIALS INC COM | MMAT | 20,000 | 2.45 | (49,000.00) | 8,938.87 |
| 01/13/22 | 01/18/22 | Margin | Buy - Securities Purchased | META MATERIALS INC COM | MMAT | 3,900 | 2.24 | (8,736.00) | 202.87 |
| 01/14/22 | 01/18/22 | Margin | - Funds Deposited | ACH IN | - | - | 0.00 | 5,000.00 | 5,202.87 |
| 01/21/22 | 01/24/22 | Margin | - Funds Deposited | ACH IN | - | - | 0.00 | 8,000.00 | 13,202.87 |
| 01/21/22 | 01/24/22 | Margin | Buy - Securities Purchased | META MATERIALS INC MMAT Jan 21 22 4.0 P TO CLOSE Commission/Fee 195.00 Regulatory Fee 0.28 | - | 30 | 2.20 | (6,795.28) | 6,407.59 |
| 01/21/22 | 01/24/22 | Margin | Buy - Securities Purchased | META MATERIALS INC MMAT Jan 21 22 4.0 P TO CLOSE Regulatory Fee 2.54 | - | 270 | 2.16 | (58,322.54) | (51,914.95) |
| 01/24/22 | 01/24/22 | Margin | Received - Other | FORD MOTOR CO F Jan 21 22 25.0 C EXPIRATION | - | 19 | 0.00 | - | (51,914.95) |
| 01/21/22 | 01/25/22 | Margin | Sell - Securities Sold | ROCKET COMPANIES INC COM CL A Regulatory Fee 0.03 | RKT | 200- | 13.095 | 2,618.97 | (49,295.98) |

## Statement for Account # 250-048122
### 01/01/22 - 01/31/22

### Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/Cash Activity* | Description | Symbol/CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|
| 01/21/22 | 01/25/22 | Margin | Sell - Securities Sold | ROCKET COMPANIES INC COM CL A Regulatory Fee 1.79 | RKT | 9,600- | 13.09 | 125,662.21 | 76,366.23 |
| 01/21/22 | 01/25/22 | Margin | Buy - Securities Purchased | META MATERIALS INC COM | MMAT | 20,000 | 1.80 | (36,000.00) | 40,366.23 |
| 01/27/22 | 01/31/22 | Margin | Buy - Securities Purchased | META MATERIALS INC COM | MMAT | 15,000 | 1.55 | (23,250.00) | 17,116.23 |
| 01/31/22 | 01/31/22 | Margin | Div/Int - Expense | MARGIN INTEREST CHARGE Payable: 01/31/2022 | - | - | 0.00 | (11.54) | 17,104.69 |
| 01/31/22 | 01/31/22 | Margin | Div/Int - Income | INTEREST CREDIT Payable: 01/31/2022 | - | - | 0.00 | 0.27 | 17,104.96 |

**Closing Balance**    **$17,104.96**

*For Cash Activity totals, refer to the Cash Activity Summary on page one of your statement.

### TD Ameritrade Cash Interest Credit/Expense

| Begin Date | Margin Balance | Credit Balance | Number of Days | Interest Rate | Interest Debited | Interest Credited |
|---|---|---|---|---|---|---|
| 01/01/22 | $ - | $ 57,781.76 | 3 | 0.01 | $ - | $ 0.05 |
| 01/04/22 | - | 57,968.53 | 1 | 0.01 | - | 0.02 |
| 01/05/22 | - | 57,938.87 | 6 | 0.01 | - | 0.10 |
| 01/11/22 | - | 8,938.87 | 7 | 0.01 | - | 0.02 |
| 01/18/22 | - | 5,202.87 | 6 | 0.01 | - | 0.01 |
| 01/24/22 | (51,914.95) | - | 1 | 8.00 | 11.54 | - |
| 01/25/22 | - | 40,366.23 | 6 | 0.01 | - | 0.07 |
| **Total Interest Income/(Expense)** | | | | | **$11.54** | **$0.27** |

### Important Information

**BREAKPOINTS**
Certain purchases of Class A Mutual Funds may be eligible for breakpoints on, and waivers of, the sales charge. To learn more about breakpoint discounts, go to
http://www.finra.org/industry/issues/breakpoints. For more information on breakpoints or, and waivers of, the sales charge. To learn more about breakpoint discounts, go to
For more information on waiver eligibility, please refer to the fund prospectus.

**Statement for Account # 250-048122**
04/01/22 - 04/30/22

## Account Positions

| Investment Description | Symbol/CUSIP | Quantity | Current Price | Market Value | Purchase Date | Cost Basis | Average Cost | Unrealized Gain(Loss) | Estimated Income | Yield |
|---|---|---|---|---|---|---|---|---|---|---|
| **Short Options - Margin** | | | | | | | | | | |
| NIO INC | - | | | | | | | | | |
| NIO INC NIO May 06 22 15.0 P | | 100- | 0.34 | (3,400.00) | 03/25/22 | (6,633.76) | 0.66 | 3,233.76 | - | - |
| **Total Short Options** | | | | $(8,870.00) | | $(7,490.44) | | $(1,379.56) | $0.00 | 0.0% |
| **Total Margin Account** | | | | $574,107.81 | | $827,300.19 | | $(253,192.38) | $12,138.25 | 2.1% |

**TOTAL**

## Online Cash Services Transaction Detail

| Category | Transaction Date | Description | | Amount |
|---|---|---|---|---|
| **CREDITS** | | | | |
| Electronic Transfer | 04/19/2022 | ACH IN | | $ 5,000.00 |
| | 04/22/2022 | ACH IN | | 2,000.00 |
| | 04/28/2022 | ACH IN | | 100.00 |
| *Subtotal* | | | | 7,100.00 |
| **TOTAL** | | | | 7,100.00 |

## Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/Cash Activity* | Description | Symbol/CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|
| **Opening Balance** | | | | | | | | | **$12,304.40** |
| 04/06/22 | 04/07/22 | Margin | Buy - Securities Purchased | CHEWY INC CHWY Apr 29 22 40.0 P TO CLOSE Commission/Fee 6.50 Regulatory Fee 0.10 | - | 10 | $ 1.90 | $ (1,906.60) | 10,397.80 |
| 04/18/22 | 04/19/22 | Margin | - Funds Deposited | ACH IN | - | - | 0.00 | 5,000.00 | 15,397.80 |
| 04/20/22 | 04/22/22 | Margin | Buy - Securities Purchased | META MATERIALS INC COM | MMAT | 10,000 | 1.38 | (13,800.00) | 1,597.80 |
| 04/21/22 | 04/22/22 | Margin | - Funds Deposited | ACH IN | - | - | 0.00 | 2,000.00 | 3,597.80 |
| 04/27/22 | 04/28/22 | Margin | - Funds Deposited | ACH IN | - | - | 0.00 | 100.00 | 3,697.80 |
| 04/27/22 | 04/29/22 | Margin | Buy - Securities Purchased | META MATERIALS INC COM | MMAT | 3,000 | 1.18 | (3,540.00) | 157.80 |
| 04/27/22 | 04/29/22 | Margin | Buy - Securities Purchased | META MATERIALS INC COM | MMAT | 100 | 1.17 | (117.00) | 40.80 |

**Statement for Account # 250-048122**
05/01/22 - 05/31/22

## Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/Cash Activity* | Description | Symbol/CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|
| Opening Balance | | | | | | | | | ($14,976.93) |
| 04/28/22 | 05/02/22 | Margin | Sell - Securities Sold | FORD MOTOR CO COM Regulatory Fee 0.17 | F | 816- | $ 14.18 | $ 11,570.71 | (3,406.22) |
| 04/28/22 | 05/02/22 | Margin | Sell - Securities Sold | KINDER MORGAN INC COM Regulatory Fee 0.04 | KMI | 175- | 18.40 | 3,219.96 | (186.26) |
| 04/28/22 | 05/02/22 | Margin | Sell - Securities Sold | PIONEER POWER SOLUTIONS INC PPSI COM Regulatory Fee 0.02 | | 119- | 3.961 | 471.34 | 285.08 |
| 04/28/22 | 05/02/22 | Margin | Sell - Securities Sold | PIONEER POWER SOLUTIONS INC PPSI COM Regulatory Fee 0.12 | | 781- | 3.96 | 3,092.64 | 3,377.72 |
| 04/29/22 | 05/02/22 | Margin | Buy - Securities Purchased | CHEWY INC CHWY Apr 29 22 40.0 P TO CLOSE Commission/Fee 3.25 Regulatory Fee 0.05 | - | 5 | 10.80 | (5,403.30) | (2,025.58) |
| 04/29/22 | 05/02/22 | Margin | - Funds Deposited | ACH IN | - | - | 0.00 | 2,100.00 | 74.42 |
| 05/02/22 | 05/03/22 | Margin | - Funds Deposited | ACH IN | - | - | 0.00 | 1,000.00 | 1,074.42 |
| 05/03/22 | 05/04/22 | Margin | Buy - Securities Purchased | META MATERIALS INC MMAT Jan 19 24 4.0 C TO OPEN Commission/Fee 0.65 Regulatory Fee 0.01 | - | 1 | 0.48 | (48.66) | 1,025.76 |
| 05/04/22 | 05/05/22 | Margin | Buy - Securities Purchased | META MATERIALS INC MMAT Jan 20 23 3.0 C TO OPEN Commission/Fee 26.00 Regulatory Fee 0.40 | - | 40 | 0.24 | (986.40) | 39.36 |
| 05/04/22 | 05/05/22 | Margin | - Funds Deposited | ACH IN | - | - | 0.00 | 2,000.00 | 2,039.36 |
| 05/05/22 | 05/09/22 | Margin | Sell - Securities Sold | NEWEGG COMMERCE INC NEGG Jun 10 22 5.0 P TO OPEN Commission/Fee 65.00 Regulatory Fee 1.26 | - | 100- | 0.90 | 8,933.74 | 10,973.10 |
| 05/06/22 | 05/09/22 | Margin | Buy - Securities Purchased | NIO INC NIO May 06 22 15.0 P TO CLOSE Commission/Fee 65.00 Regulatory Fee 0.99 | - | 100 | 0.23 | (2,365.99) | 8,607.11 |
| 05/10/22 | 05/12/22 | Margin | Buy - Securities Purchased | META MATERIALS INC COM | MMAT | 2,600 | 1.13 | (2,938.00) | 5,669.11 |

Statement for Account # 250-048122
07/01/22 - 07/31/22

## Account Positions

| Investment Description | Symbol/CUSIP | Quantity | Current Price | Market Value | Purchase Date | Cost Basis | Average Cost | Unrealized Gain(Loss) | Estimated Income | Yield |
|---|---|---|---|---|---|---|---|---|---|---|
| **Options - Margin** | | | | | | | | | | |
| CAMBER ENERGY INC CEI Jan 20 23 1.0 C | - | 190 | $ 0.095 | $ 1,805.00 | 06/06/22 | $ 4,325.39 | $ 0.23 | $ (2,520.39) | $ - | - |
| META MATERIALS INC MMAT Jan 19 24 4.0 C | - | 1 | 0.239 | 23.90 | 05/03/22 | 48.66 | 0.49 | (24.76) | - | - |
| META MATERIALS INC MMAT Jan 20 23 2.0 C | - | 487 | 0.1101 | 5,361.87 | 05/12/22 | 9,996.38 | 0.21 | (4,634.51) | - | - |
| META MATERIALS INC MMAT Jan 20 23 3.0 C | - | 40 | 0.0831 | 332.40 | 05/04/22 | 986.40 | 0.25 | (654.00) | - | - |
| MULLEN AUTOMOTIVE INC MULN Oct 21 22 1.0 C | - | 94 | 0.1754 | 1,648.76 | 05/20/22 | 3,932.04 | 0.42 | (2,283.28) | - | - |
| **Total Options** | | | | **$9,171.93** | | **$19,288.87** | | **$(10,116.94)** | **$0.00** | **0.0%** |
| **Short Options - Margin** | | | | | | | | | | |
| NEWEGG COMMERCE INC NEGG Jan 20 23 5.0 P | - | 201- | $ 2.1984 | $ (44,187.84) | 06/03/22 | $ (45,696.86) | $ 2.27 | $ 1,509.02 | $ - | - |
| **Total Short Options** | | | | **$(44,187.84)** | | **$(45,696.86)** | | **$1,509.02** | **$0.00** | **0.0%** |
| **Total Margin Account** | | | | **$508,354.55** | | **$812,947.22** | | **$(304,592.67)** | **$14,815.95** | **2.9%** |

## Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|
| **Opening Balance** 07/01/22 | | | | | | | | | **$32,600.82** |
| 06/29/22 | 07/01/22 | Margin | Buy - Securities Purchased | META MATERIALS INC COM | MMAT | 5,000 | $ 1.05 | $ (5,250.00) | 27,350.82 |
| 06/29/22 | 07/01/22 | Margin | Buy - Securities Purchased | META MATERIALS INC COM | MMAT | 1,400 | 1.04 | (1,456.00) | 25,894.82 |
| 07/01/22 | 07/05/22 | Margin | Buy - Securities Purchased | META MATERIALS INC MMAT Jan 20 23 2.0 C TO OPEN Commission/Fee 65.00 Regulatory Fee 0.99 | - | 100 | 0.15 | (1,565.99) | 24,328.83 |

## Statement for Account # 250-048122
### 08/01/22 - 08/31/22

| Category | | | Transaction Date | Description | | Amount |
|---|---|---|---|---|---|---|
| **CREDITS** | | | | | | |
| Electronic Transfer | | | 08/30/2022 | ACH IN | | $ 10,000.00 |
| *Subtotal* | | | | | | 10,000.00 |
| **TOTAL** | | | | | | **10,000.00** |

### Online Cash Services Transaction Detail

### Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|
| Opening Balance | | | | | | | | | $13,313.59 |
| 08/09/22 | 08/11/22 | Margin | Buy - Securities Purchased | AMC ENTERTAINMENT HOLDINGS INC COM CL A | AMC | 500 | $ 21.90 | $ (10,950.00) | 2,363.59 |
| 08/15/22 | 08/15/22 | Margin | Div/Int - Income | KINDER MORGAN INC COM Payable: 08/15/2022 QUALIFIED DIVIDENDS 1304.25 | KMI | - | 0.00 | 1,304.25 | 3,667.84 |
| 08/22/22 | 08/22/22 | Margin | Received - Other | AMC ENTERTAINMENT HOLDINGS APE INC PFD EQT UNIT DEP REP 1/100 Stock DivSplit on 600 | | 600 | 0.00 | - | 3,667.84 |
| | | | | AMC ENTERTAINMENT HOLDINGS INC COM CL A 001650104 1:1 SPINOFF FROM CUSIP Auto Reorg#607296 Payable: 08/19/2022 | | | | | |
| 08/29/22 | 08/30/22 | Margin | - Funds Deposited | ACH IN | - | - | 0.00 | 10,000.00 | 13,667.84 |
| 08/29/22 | 08/31/22 | Margin | Buy - Securities Purchased | META MATERIALS INC COM | MMAT | 10,000 | 0.79 | (7,900.00) | 5,767.84 |
| 08/31/22 | 08/31/22 | Margin | Div/Int - Income | INTEREST CREDIT Payable: 08/31/2022 | - | - | 0.00 | 0.60 | 5,768.44 |
| **Closing Balance** | | | | | | | | | **$5,768.44** |

*For Cash Activity totals, refer to the Cash Activity Summary on page one of your statement.

**Statement for Account # 250-048122**
11/01/22 - 11/30/22

## Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|
| Opening Balance | | | | | | | | | $398.24 |
| 11/02/22 | 11/03/22 | Margin | - Funds Deposited | ACH IN | - | - | $ 0.00 | $ 4,000.00 | 4,398.24 |
| 11/10/22 | 11/15/22 | Margin | Buy - Securities Purchased | META MATERIALS INC COM | MMAT | 3,000 | 1.25 | (3,750.00) | 648.24 |
| 11/15/22 | 11/15/22 | Margin | Div/Int - Income | KINDER MORGAN INC COM Payable: 11/15/2022 QUALIFIED DIVIDENDS 1304.25 | KMI | - | 0.00 | 1,304.25 | 1,952.49 |
| 11/16/22 | 11/16/22 | Margin | - Funds Deposited | ACH IN | - | - | 0.00 | 5,000.00 | 6,952.49 |
| 11/16/22 | 11/18/22 | Margin | Buy - Securities Purchased | META MATERIALS INC PFD SER A *CLBL Commission/Fee 6.95 | MMTLP | 700 | 9.30 | (6,516.95) | 435.54 |
| 11/17/22 | 11/21/22 | Margin | Sell - Securities Sold | PIONEER POWER SOLUTIONS INC PPSI COM Regulatory Fee 0.16 | PPSI | 800- | 3.14 | 2,511.84 | 2,947.38 |
| 11/17/22 | 11/21/22 | Margin | Sell - Securities Sold | PIONEER POWER SOLUTIONS INC PPSI COM Regulatory Fee 0.04 | PPSI | 200- | 3.131 | 626.16 | 3,573.54 |
| 11/17/22 | 11/21/22 | Margin | Sell - Securities Sold | PIONEER POWER SOLUTIONS INC PPSI COM Regulatory Fee 0.81 | PPSI | 4,000- | 3.1301 | 12,519.59 | 16,093.13 |
| 11/17/22 | 11/21/22 | Margin | Sell - Securities Sold | PIONEER POWER SOLUTIONS INC PPSI COM Regulatory Fee 0.40 | PPSI | 2,000- | 3.1438 | 6,287.20 | 22,380.33 |
| 11/17/22 | 11/21/22 | Margin | Buy - Securities Purchased | META MATERIALS INC COM Commission/Fee 6.95 | MMTLP | 1,173 | 8.95 | (10,505.30) | 11,875.03 |
| 11/17/22 | 11/21/22 | Margin | Buy - Securities Purchased | META MATERIALS INC COM | MMAT | 6,900 | 1.70 | (11,730.00) | 145.03 |
| 11/17/22 | 11/21/22 | Margin | Buy - Securities Purchased | META MATERIALS INC COM | MMAT | 100 | 1.6831 | (168.31) | (23.28) |
| 11/17/22 | 11/21/22 | Margin | Sell - Securities Sold | PIONEER POWER SOLUTIONS INC PPSI COM Regulatory Fee 0.50 | PPSI | 2,482- | 3.14 | 7,792.98 | 7,769.70 |
| 11/17/22 | 11/21/22 | Margin | Sell - Securities Sold | PIONEER POWER SOLUTIONS INC PPSI COM Regulatory Fee 0.51 | PPSI | 2,518- | 3.11 | 7,830.47 | 15,600.17 |

## Statement for Account # 250-048122
### 04/01/23 - 04/30/23

### Account Positions

| Investment Description | Symbol/CUSIP | Quantity | Current Price | Market Value | Purchase Date | Cost Basis | Average Cost | Unrealized Gain(Loss) | Estimated Income | Yield |
|---|---|---|---|---|---|---|---|---|---|---|
| **Stocks - Cash** | | | | | | | | | | |
| META MATERIALS INC COM | MMAT | 160.000 | 0.1842 | 29,472.00 | 06/24/21 | 370,537.68 | 2.32 | (341,065.68) | - | - |
| NEXT BRIDGE HYDROCARBONS COM | 6DA993019 | 40.000 | NA | NA | 02/09/22 | 130,465.29 | 3.26 | (130,465.29) | - | - |
| **Total Stocks** | | | | $250,922.00 | | $706,226.85 | | $(455,304.85) | $11,182.96 | 4.5% |
| **Options - Cash** | | | | | | | | | | |
| META MATERIALS INC MMAT Jan 19 24 4.0 C | - | 1 | $ 0.004 | $ 0.40 | 05/03/22 | $ 48.66 | $ 0.49 | $ (48.26) | $ - | - |
| **Total Options** | | | | $0.40 | | $48.66 | | $(48.26) | $0.00 | 0.0% |
| **Total Cash Account** | | | | $250,922.40 | | $706,275.51 | | $(455,353.11) | $11,182.96 | 4.5% |
| **TOTAL** | | | | $250,922.40 | | $706,275.51 | | $(455,353.11) | $11,182.96 | 4.5% |

### Online Cash Services Transaction Detail

| Category | Transaction Date | Description | | Amount |
|---|---|---|---|---|
| **DEBITS** | | | | |
| Electronic Transfer | 04/18/2023 | ACH OUT - 04/17/2023 05:52PM | | $ (13,000.00) |
| *Subtotal* | | | | (13,000.00) |
| **TOTAL** | | | | (13,000.00) |

### Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/Cash Activity* | Description | Symbol/CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|
| **Opening Balance** | | | | | | | | | $20,448.33 |
| 04/12/23 | 04/14/23 | Cash | Buy - Securities Purchased | META MATERIALS INC COM | MMAT | 8,000 | $ 0.40 | $ (3,200.00) | 17,248.33 |
| 04/13/23 | 04/17/23 | Cash | Buy - Securities Purchased | GLOBAL TECH INDUSTRIES GRP INC COM Commission/Fee 6.95 | GTII | 2,000 | 1.60 | (3,206.95) | 14,041.38 |

**Statement for Account # 250-048122**
05/01/23 - 05/31/23

## Account Positions

| Investment Description | Symbol/ CUSIP | Quantity | Current Price | Market Value | Purchase Date | Cost Basis | Average Cost | Unrealized Gain(Loss) | Estimated Income | Yield |
|---|---|---|---|---|---|---|---|---|---|---|
| **Stocks - Cash** | | | | | | | | | | |
| META MATERIALS INC COM | MMAT | 190.000 | 0.21 | 39,900.00 | 06/24/21 | 376,087.68 | 1.98 | (336,187.68) | - | - |
| NEXT BRIDGE HYDROCARBONS COM | 6DA993019 | 40.000 | NA | NA | 02/09/22 | 130,465.29 | 3.26 | (130,465.29) | - | - |
| **Total Stocks** | | | | **$260,106.00** | | **$711,776.85** | | **$(451,670.85)** | **$11,181.94** | **4.3%** |
| **Options - Cash** | | | | | | | | | | |
| META MATERIALS INC MMAT Jan 19 24 4.0 C | - | 1 | $ 0.0121 | $ 1.21 | 05/03/22 | $ 48.66 | $ 0.49 | $ (47.45) | $ - | - |
| **Total Options** | | | | **$1.21** | | **$48.66** | | **$(47.45)** | **$0.00** | **0.0%** |
| **Total Cash Account** | | | | **$260,107.21** | | **$711,825.51** | | **$(451,718.30)** | **$11,181.94** | **4.3%** |

## Online Cash Services Transaction Detail

| Category | Transaction Date | Description | Amount |
|---|---|---|---|
| **CREDITS** | | | |
| Electronic Transfer | 05/02/2023 | ACH IN | $ 20,000.00 |
| **Subtotal** | | | $ 20,000.00 |
| **TOTAL** | | | 20,000.00 |

## Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|
| **Opening Balance** | | | | | | | | | **$1,044.69** |
| 05/01/23 | 05/02/23 | Cash | - Funds Deposited | ACH IN | - | | | $ 20,000.00 | 21,044.69 |
| 05/01/23 | 05/03/23 | Cash | Buy - Securities Purchased | META MATERIALS INC COM | MMAT | 30.000 | $ 0.185 | (5,550.00) | 15,494.69 |

## Statement for Account # 250-048122
### 06/01/23 - 06/30/23

### Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|
| 06/22/23 | 06/26/23 | Cash | Buy - Securities Purchased | META MATERIALS INC COM | MMAT | 20,000 | 0.20 | (4,000.00) | 14,294.78 |
| 06/30/23 | 06/30/23 | Cash | Dw/Int - Income | INTEREST CREDIT Payable: 06/30/2023 | - | - | 0.00 | 5.08 | 14,299.86 |

**Closing Balance** $14,299.86

*For Cash Activity totals, refer to the Cash Activity Summary on page one of your statement.

### TD Ameritrade Cash Interest Credit/Expense

| Begin Date | Margin Balance | Credit Balance | Number of Days | Interest Rate | Interest Debited | Interest Credited |
|---|---|---|---|---|---|---|
| 06/01/23 | $ - | $ 18,294.78 | 25 | 0.35 | $ - | $ 4.39 |
| 06/26/23 | | 14,294.78 | 5 | 0.35 | | 0.69 |
| **Total Interest Income/(Expense)** | | | | | **$ 0.00** | **$5.08** |

### Important Information

**BREAKPOINTS**
Certain purchases of Class A Mutual Funds may be eligible for breakpoint discounts on, and waivers of, the sales charge. To learn more about breakpoint discounts, go to http://www.finra.org/industry/issues/breakpoints. For more information on waiver eligibility, please refer to the fund prospectus.

**IDA FEATURE DURING TRANSITION**
If your TD Ameritrade account was recently transitioned to a Charles Schwab & Co., Inc. ("Schwab") account, this account statement reflects cash in your account being redeemed from the TD Ameritrade Insured Deposit Account (IDA) feature. In fact, the cash in your IDA feature remained at the Program Bank(s) during this time period and remained eligible for FDIC insurance coverage up to the applicable limits throughout the transition process.

**FINRA INFORMATION**
Required Annual FINRA Information: Investors may request disclosable background information on any U.S. licensed broker or broker-dealer via FINRA's BrokerCheck, a free online tool. Visit brokercheck.finra.org. Additionally, FINRA has a brochure which describes the BrokerCheck program. You may request this brochure either through the FINRA web site www.finra.org or by calling (800) 289-9999, the BrokerCheck Hotline Number.

## Statement for Account # 250-048122
### 08/01/23 - 08/31/23

### Account Positions

| Investment Description | Symbol/CUSIP | Quantity | Current Price | Market Value | Purchase Date | Cost Basis | Average Cost | Unrealized Gain(Loss) | Estimated Income | Yield |
|---|---|---|---|---|---|---|---|---|---|---|
| **Options - Cash** | | | | | | | | | | |
| META MATERIALS INC MMAT Jan 19 24 4.0 C | - | 1 | $ 0.0084 | $ 0.84 | 05/03/22 | $ 48.66 | $ 0.49 | $ (47.82) | $ - | - |
| **Total Options** | | | | $0.84 | | $48.66 | | $(47.82) | $0.00 | 0.0% |
| **Total Cash Account** | | | | $51,441.74 | | $526,120.60 | | $(474,678.86) | $0.00 | 0.0% |

### Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|
| **Opening Balance** | | | | | | | | | $34,306.80 |
| 07/31/23 | | | | | | | | | 34,183.08 |
| 08/02/23 | | Cash | Buy - Securities Purchased | META MATERIALS INC COM | MMAT | 505 | $ 0.245 | $ (123.72) | 34,059.78 |
| 08/04/23 | 08/08/23 | Cash | Buy - Securities Purchased | META MATERIALS INC COM | MMAT | 505 | 0.2442 | (123.30) | 34,059.78 |
| 08/24/23 | 08/24/23 | Cash | Delivered - Other | AMC ENTERTAINMENT HOLDINGS INC 1:10 R/S 8/24/23 00165C302 1:10 REVERSE SPLIT TO AMC ENTERTAINMENT HOLDINGS INC 00165C302 Auto Reorg#65257#REVERSE SPLIT | 00165C104 | 600- | 0.00 | - | 34,059.78 |
| 08/24/23 | 08/24/23 | Cash | Received - Other | AMC ENTERTAINMENT HOLDINGS INC COM CL A 1:10 REVERSE SPLIT TO AMC ENTERTAINMENT HOLDINGS INC 00165C302 Auto Reorg#65257#REVERSE SPLIT | AMC | 60 | 0.00 | - | 34,059.78 |
| 08/24/23 | | Cash | Journal - Expense | MANDATORY REORGANIZATION FEE Auto Reorg#65257# | 00165C104 | - | 0.00 | (38.00) | 34,021.78 |

**Statement for Account # 250-048122**
09/01/23 - 09/30/23

## Account Positions

| Investment Description | Symbol/CUSIP | Quantity | Current Price | Market Value | Purchase Date | Cost Basis | Average Cost | Unrealized Gain/Loss | Estimated Income | Yield |
|---|---|---|---|---|---|---|---|---|---|---|
| **Options - Cash** | | | | | | | | | | |
| META MATERIALS INC MMAT Jan 17 25 1.0 C | - | 300 | $ 0.0375 | $ 1,125.00 | 09/08/23 | $ 1,698.30 | $ 0.06 | $ (573.30) | $ - | - |
| META MATERIALS INC MMAT Jan 19 24 4.0 C | - | 1 | 0.0059 | 0.59 | 05/03/22 | 48.66 | 0.49 | (48.07) | - | - |
| **Total Options** | | | | $1,125.59 | | $1,746.96 | | $(621.37) | $0.00 | 0.0% |
| **Total Cash Account** | | | | $49,730.61 | | $529,133.11 | | $(479,402.50) | $0.00 | 0.0% |

## Online Cash Services Transaction Detail

| Category | Transaction Date | Description | Amount |
|---|---|---|---|
| **CREDITS** | | | |
| Electronic Transfer | 09/26/2023 | ACH IN | $ 20,000.00 |
| *Subtotal* | | | 20,000.00 |
| **DEBITS** | | | |
| Electronic Transfer | 09/26/2023 | ACH OUT - 09/25/2023 05:14PM | $ (31,000.00) |
| *Subtotal* | | | (31,000.00) |
| **TOTAL** | | | (11,000.00) |

## Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/Cash Activity* | Description | Symbol/CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|
| **Opening Balance** | | | | | | | | | **$34,071.93** |
| 09/08/23 | 09/11/23 | Cash | Buy - Securities Purchased | META MATERIALS INC MMAT Jan 17 25 1.0 C TO OPEN Commission/Fee 195.00 Regulatory Fee 3.30 | - | 300 | $ 0.05 | $ (1,698.30) | 32,373.63 |
| 09/13/23 | 09/15/23 | Cash | Buy - Securities Purchased | META MATERIALS INC COM | MMAT | 5,990 | 0.2194 | (1,314.21) | 31,059.42 |
| 09/25/23 | 09/26/23 | Cash | - Funds Disbursed | ACH OUT - 09/25/2023 05:14PM | - | - | 0.00 | (31,000.00) | 59.42 |

## Statement for Account # 250-048122
### 10/01/23 - 10/31/23

### Account Positions

#### Options - Cash

| Investment Description | Symbol/CUSIP | Quantity | Current Price | Market Value | Purchase Date | Cost Basis | Average Cost | Unrealized Gain(Loss) | Estimated Income | Yield |
|---|---|---|---|---|---|---|---|---|---|---|
| META MATERIALS INC MMAT Jan 17 '25 1.0 C | - | 300 | $ 0.0256 | $ 768.00 | 09/08/23 | $ 1,698.30 | $ 0.06 | $ (930.30) | $ - | - |
| META MATERIALS INC MMAT Jan 19 24 4.0 C | - | 1 | 0.0001 | 0.01 | 05/03/22 | 48.66 | 0.49 | (48.65) | - | - |
| **Total Options** | | | | $768.01 | | $1,746.96 | | $(978.95) | $0.00 | 0.0% |
| **Total Cash Account** | | | | $34,814.85 | | $537,883.11 | | $(503,068.26) | $0.00 | 0.0% |

### Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/Cash Activity* | Description | Symbol/CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|
| Opening Balance 09/28/23 | | | | | | | | | $20,068.17 |
| 09/28/23 | 10/02/23 | Cash | Buy - Securities Purchased | META MATERIALS INC COM | MMAT | 13,000 | $ 0.20 | $ (2,600.00) | 17,468.17 |
| 10/18/23 | 10/20/23 | Cash | Buy - Securities Purchased | META MATERIALS INC COM | MMAT | 30,000 | 0.205 | (6,150.00) | 11,318.17 |
| 10/31/23 | | Cash | Div/Int - Income | INTEREST CREDIT Payable: 10/31/2023 | - | - | 0.00 | 4.51 | 11,322.68 |
| **Closing Balance** | | | | | | | | | $11,322.68 |

*For Cash Activity totals, refer to the Cash Activity Summary on page one of your statement.

### TD Ameritrade Cash Interest Credit/Expense

| Begin Date | Margin Balance | Credit Balance | Number of Days | Interest Rate | Interest Debited | Interest Credited | Balance |
|---|---|---|---|---|---|---|---|
| 10/01/23 | $ - | $ 20,068.17 | 1 | 0.35 | $ - | $ 0.19 | 17,468.17 |
| 10/02/23 | - | 17,468.17 | 18 | 0.35 | - | 3.02 | 11,318.17 |
| 10/20/23 | - | 11,318.17 | 12 | 0.35 | - | 1.30 | |
| **Total Interest Income/(Expense)** | | | | | | $4.51 | |

### Important Information

**BREAKPOINTS**
Certain purchases of Class A Mutual Funds may be eligible for breakpoints on, and waivers of, the sales charge. To learn more about breakpoint discounts, go to http://www.finra.org/industry/issues/breakpoints. For more information on waiver eligibility, please refer to the fund prospectus.

## Statement for Account # 250-048122
### 12/01/23 - 12/31/23

### Account Positions

| Investment Description | Symbol/ CUSIP | Quantity | Current Price | Market Value | Purchase Date | Cost Basis | Average Cost | Unrealized Gain(Loss) | Estimated Income | Yield |
|---|---|---|---|---|---|---|---|---|---|---|
| **Options - Cash** | | | | | | | | | | |
| META MATERIALS INC MMAT Jan 17 '25 1.0 C | - | 300 | $ 0.0251 | $ 753.00 | 09/08/23 | $ 1,698.30 | $ 0.06 | $ (945.30) | $ - | - |
| META MATERIALS INC MMAT Jan 19 24 4.0 C | - | 1 | 0.0001 | 0.01 | 05/03/22 | 48.66 | 0.49 | (48.65) | - | - |
| **Total Options** | | | | **$753.01** | | **$1,746.96** | | **$(993.95)** | **$0.00** | **0.0%** |
| **Total Cash Account** | | | | **$20,486.17** | | **$538,920.80** | | **$(518,434.63)** | **$0.00** | **0.0%** |

### Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|
| **Opening Balance** | | | | | | | | | **$11,325.94** |
| 12/05/23 | 12/07/23 | Cash | Buy - Securities Purchased | META MATERIALS INC COM | MMAT | 15,000 | $ 0.07 | $ (1,050.00) | 10,275.94 |
| 12/29/23 | | Cash | Div/Int - Income | INTEREST CREDIT Payable: 12/29/2023 | - | - | 0.00 | 3.11 | 10,279.05 |
| **Closing Balance** | | | | | | | | | **$10,279.05** |

*For Cash Activity totals, refer to the Cash Activity Summary on page one of your statement.

### TD Ameritrade Cash Interest Credit/Expense

| Begin Date | Margin Balance | Credit Balance | Number of Days | Interest Rate | Interest Debited | Interest Credited |
|---|---|---|---|---|---|---|
| 12/01/23 | $ - | $ 11,325.94 | 6 | 0.35 | $ - | $ 0.65 |
| 12/07/23 | - | 10,275.94 | 25 | 0.35 | - | 2.46 |
| **Total Interest Income/(Expense)** | | | | | | **$3.11** |

### Trades Pending Settlement

| Investment Description | Account Type | Symbol/ CUSIP | Quantity | Price | Trade Date | Settle Date | Amount |
|---|---|---|---|---|---|---|---|
| BUY    META MATERIALS INC COM | Cash | MMAT | 10,000 | $ 0.066 | 12/29/23 | 01/03/24 | $ (660.00) |

**Statement for Account # 250-048122**
01/01/24 - 01/31/24

## Online Cash Services Transaction Detail

| Category | Transaction Date | Description | Amount |
|---|---|---|---|
| **DEBITS** | | | |
| Electronic Transfer | 01/03/2024 | ACH OUT - 01/02/2024 05:16PM | $ (8,000.00) |
| *Subtotal* | | | (8,000.00) |
| **TOTAL** | | | (8,000.00) |

## Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|
| **Opening Balance** 12/29/23 | | | | | | | | | **$10,279.05** |
| 01/02/24 | 01/03/24 | Cash | Buy - Securities Purchased | META MATERIALS INC 1:100 R/S 1/29/24 59134N302 | 59134N104 | 10,000 | $ 0.066 | $ (660.00) | 9,619.05 |
| 01/03/24 | 01/03/24 | Cash | - Funds Disbursed | ACH OUT - 01/02/2024 05:16PM | - | | 0.00 | (8,000.00) | 1,619.05 |
| 01/22/24 | 01/22/24 | Cash | Delivered - Other | META MATERIALS INC MMAT Jan 19 24 4.0 C EXPIRATION | - | 1- | 0.00 | - | 1,619.05 |
| 01/23/24 | 01/23/24 | Cash | Delivered - | NEXT BRIDGE HYDROCARBONS COM RECD BALANCE CERT. TAKING CLIENT DOWN | 6DA930019 | 90- | 0.00 | - | 1,619.05 |
| 01/29/24 | 01/29/24 | Cash | Delivered - Other | META MATERIALS INC MMAT Jan 17 25 1.0 C 1 FOR 100 REVERSE SPLIT | - | 300- | 0.00 | - | 1,619.05 |
| 01/29/24 | 01/29/24 | Cash | Received - Other | META MATERIALS INC ## MMAT1 Jan 17 25 1.0 C 1 FOR 100 REVERSE SPLIT | - | 300 | 0.00 | - | 1,619.05 |
| 01/29/24 | 01/29/24 | Cash | Delivered - Other | META MATERIALS INC 1:100 R/S 1/29/24 59134N302 1:100 REVERSE SPLIT TO META MATERIALS INC 59134N302 Auto Reorg#662458|REVERSE SPLIT | 59134N104 | 285,000- | 0.00 | - | 1,619.05 |
| 01/29/24 | 01/29/24 | Cash | Received - Other | META MATERIALS INC COM 1:100 REVERSE SPLIT TO META MATERIALS INC 59134N302 Auto Reorg#662458|REVERSE SPLIT | MMAT | 2,850 | 0.00 | - | 1,619.05 |



charles SCHWAB

Schwab One® Account of

VUONG TRAN
DESIGNATED BENE PLAN/TOD

## Manage Your Account

**Customer Service and Trading:**
Call your Schwab Representative
1-800-435-4000
24/7 Customer Service

For the most current records on your account
visit schwab.com/login. Statements are
archived up to 10 years online.

**Commitment to Transparency**
Client Relationship Summaries and Best Interest
disclosures are at schwab.com/transparency.
Charles Schwab & Co., Inc. Member SIPC.

**Online Assistance**

Visit us online at schwab.com

Visit schwab.com/stmt to explore the features
and benefits of this statement.

1031-00000-00226160Z-104456

VUONG TRAN
DESIGNATED BENE PLAN/TOD
PSC 808 BOX 3367
FPO AE              09618-0034

**Account Number**
7777-1696

**Statement Period**
October 1-31, 2024

## Account Summary

Ending Account Value as of 10/31
**$901.96**

Beginning Account Value as of 10/31
**$1,779.59**



|  | This Statement | YTD |
|---|---|---|
| Beginning Value | $1,779.59 | $0.00 |
| Deposits | 0.00 | 1,583.25 |
| Withdrawals | 0.00 | (1,500.00) |
| Dividends and Interest | 0.00 | 1.44 |
| Transfer of Securities | 0.00 | 7,260.62 |
| Market Appreciation/(Depreciation) | (877.63) | (6,443.35) |
| Expenses | 0.00 | 0.00 |
| **Ending Value** | **$901.96** | **$901.96** |

Account Ending Value reflects the market value of your cash and investments. It does not include pending
transactions, unpriced securities or assets held outside Schwab's custody.



# Schwab One® Account of

VUONG TRAN
DESIGNATED BENE PLAN/TOD

Statement Period
October 1-31, 2024

## Asset Allocation




$901.96

| | | Current This Period Allocation |
|---|---|---|
| ■ Cash and Cash Investments | 84.69 | 9% |
| ■ Equities | 814.27 | 90% |
| ■ Options | 3.00 | <1% |
| **Total** | **$901.96** | **100%** |

## Top Account Holdings This Period

| SYMBOL CUSIP | Description | Market Value | % of Accounts |
|---|---|---|---|
| AMC | AMC ENTMT HLDGS INC | 561.92 | 62% |
| MMATQ | META MATLS INC | 202.35 | 22% |
| | Cash | 84.69 | 9% |
| GTII | GLOBAL TECH INDS GROUP I | 50.00 | 6% |
| MMAT1 | CALL META MATLS INC | 3.00 | <1% |

## Gain or (Loss) Summary

| | Short-Term (ST) | | | Long-Term (LT) | | |
|---|---|---|---|---|---|---|
| | Gain | (Loss) | Net | Gain | (Loss) | Net |
| This Period | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| YTD | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Unrealized** | | | | | | **($408,261.89)** |

## Income Summary








| Federal Tax Status | This Period | | YTD | |
|---|---|---|---|---|
| | Tax-Exempt | Taxable | Tax-Exempt | Taxable |
| Schwab One® Interest | 0.00 | 0.00 | 0.00 | 1.44 |
| **Total Income** | **$0.00** | **$0.00** | **$0.00** | **$1.44** |

Dollars ($)

Values may not reflect all of your gains/losses and may be rounded up to the nearest dollar. Schwab has provided accurate gain and loss information wherever possible for most investments. Cost basis may be incomplete or unavailable for some of your holdings and may change or be adjusted in certain cases. Please login to your account at Schwab.com for real-time gain/loss information. Statement information should not be used for tax preparation, instead refer to official tax documents. For additional information refer to Terms and Conditions.



**Schwab One® Account** of

VUONG TRAN
DESIGNATED BENE PLAN/TOD

Statement Period
October 1-31, 2024

## Positions - Summary

| Beginning Value as of 10/01 | + | Transfer of Securities(In/Out) | + | Dividends Reinvested | + | Cash Activity | + | Change in Market Value | = | Ending Value as of 10/31 | Cost Basis | Unrealized Gain/(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| $1,779.59 | | $0.00 | | $0.00 | | $0.00 | | ($877.63) | | $901.96 | $409,079.16 | ($408,261.89) |

Values may not reflect all of your gains/losses. Schwab has provided accurate gain and loss information wherever possible for most investments. Cost basis may be incomplete or unavailable for some of your holdings and may change or be adjusted in certain cases. Statement information should not be used for tax preparation, instead refer to official tax documents. For additional information refer to Terms and Conditions

## Cash and Cash Investments

| Type | Symbol | Description | Quantity | Price($) | Beginning Balance($) | Ending Balance($) | Change in Period Balance($) | Pending/Unsettled Cash($) | Interest/ Yield Rate | % of Acct |
|---|---|---|---|---|---|---|---|---|---|---|
| Cash | | | | | 84.69 | 84.69 | 0.00 | 0.00 | | 9% |
| **Total Cash and Cash Investments** | | | | | **$84.69** | **$84.69** | **$0.00** | | | **9%** |

## Positions - Equities

| Symbol | Description | Quantity | Price($) | Market Value($) | Cost Basis($) | Unrealized Gain/(Loss)($) | Est. Yield | Est. Annual Income($) | % of Acct |
|---|---|---|---|---|---|---|---|---|---|
| AMC | AMC ENTMT HLDGS INC | 128.0000 | 4.39000 | 561.92 | 12,065.00 | (11,503.08) | N/A | 0.00 | 62% |
| GTII | GLOBAL TECH INDS GROUP I | 2,000.0000 | 0.02500 | 50.00 | 3,206.95 | (3,156.95) | N/A | 0.00 | 6% |
| MMATQ | META MATLS INC | 2,850.0000 | 0.07100 | 202.35 | 392,108.91 [1] | (391,906.56) | N/A | 0.00 | 22% |
| **Total Equities** | | | | **$814.27** | **$407,380.86** | **($406,566.59)** | | **$0.00** | **90%** |