NVB 3001 (Effective 1/21)

# UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA

**PROOF OF INTEREST**

**Name of Debtor:** META Materials
**Case Number:** 24-50792

RECEIVED AND FILED
DEC 0 3 2024
U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

1. **Name and address of holder of the Equity Interest** (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

   VUONG M. TRAN
   PSC 808 BOX 3367
   FPO, AE 09618

   Telephone Number:

   ☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

   ■ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

   ☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

COURT USE ONLY

**NOTE:** This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

Account or other number by which Interest holder identifies Debtor:
**6482-3733**

Check here if this claim:
☐ replaces a previously filed Proof of Interest dated: _____
☐ amends a previously filed Proof of Interest dated: _____

2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:
   Charles Schwab
   Telephone Number: 1-800-435-4000

3. Date Equity Interest was acquired:
   Various Dates - See attached supporting documents

4. Total amount of member interest: __900__

5. Certificate number(s): _____

6. **Type of Equity Interest:**
   Please indicate the type of Equity Interest you hold:
   ■ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
   ☐ Check this box if your Equity Interest is based on anything else and describe that interest:
   Description: _____

7. **Supporting Documents:** Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
   DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. **Date-Stamped Copy:** To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

9. **Signature:**
Check the appropriate box.
■ I am the creditor.   ☐ I am the creditor's authorized agent. (Attach copy of power of attorney, if any.)   ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)   ☐ I am a guarantor, surety, endorser, or other codebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: VUONG TRAN
Title:
Company: Address and telephone number (if different from notice address above):
_____

(Signature)   20 Nov 2024 (Date)

Telephone number:   email: traianhtai@hotmail.com

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

| MMAT Purchases in ROTH Account | | |
|---|---|---|
| DATE | QUANTITY | COST |
| December 27, 2021 | 3,044 | $ 8,157.92 |
| January 11, 2022 | 1,436 | $ 3,360.24 |
| March 3, 2022 | 18,000 | $ 30,600.00 |
| October 18, 2022 | 1,900 | $ 1,710.00 |
| April 12, 2023 | 1,620 | $ 648.00 |
| May 1, 2023 | 30,000 | $ 5,550.00 |
| May 22, 2023 | 10,000 | $ 1,999.00 |
| September 14, 2023 | 4,000 | $ 887.60 |
| December 5, 2023 | 10,000 | $ 700.00 |
| December 29, 2023 | 10,000 | $ 660.00 |

| | |
|---|---|
| Total Shares Purchased: | 90,000 |
| Total Shares After Reverse Split: | 900 |

# J.P.Morgan

IRA ROTH (Acct # 968-60359)

VUONG TRAN ROTH IRA
JPMS LLC CUST.

Statement Period: November 01 - November 30, 2022

J.P. Morgan Self-Directed Investing

## EQUITIES (continued)

| Description | Acquisition Date | | Quantity | Price | Market Value | Unit Cost | Cost Basis | Unrealized Gain/Loss | | Est. Accrued Inc. Est. Annual Inc. |
|---|---|---|---|---|---|---|---|---|---|---|
| **FORD MOTOR CO** | 31 Jan 2020 | N | 2,245 | | 31,205.50 | 8.78 | 19,708.86 | 11,496.64 | LT | -- |
| | 07 Feb 2020 | N | 940 | | 13,066.00 | 8.16 | 7,668.33 | 5,397.67 | LT | -- |
| | | | 24,380 | 1.9 | 46,322.00 | 1.8 | 43,828.16 | 2,493.84 | | -- |
| **META MATLS INC** COMMON STOCK Symbol: MMAT | 27 Dec 2021 | N | 3,044 | | 5,783.60 | 2.68 | 8,157.92 | (2,374.32) | ST | -- |
| | 11 Jan 2022 | N | 1,436 | | 2,728.40 | 2.34 | 3,360.24 | (631.84) | ST | -- |
| | 03 Mar 2022 | N | 18,000 | | 34,200.00 | 1.7 | 30,600.00 | 3,600.00 | ST | -- |
| | 18 Oct 2022 | N | 1,900 | | 3,610.00 | 0.9 | 1,710.00 | 1,900.00 | ST | -- |
| | | | 15,172 | 8.17 | 123,955.24 | 1.56 | 23,736.04 | 100,219.20 | | -- |
| **META MATLS INC** PFD SER A Symbol: MMTLP | 17 Mar 2022 | N | 14,572 | | 119,053.24 | 1.57 | 22,878.04 | 96,175.20 | ST | -- |
| | 29 Mar 2022 | N | 600 | | 4,902.00 | 1.43 | 858.00 | 4,044.00 | ST | -- |
| **TOTAL EQUITIES** | | | | | $273,360.36 | | $167,457.03 | $105,903.33 | | $4,131.00 |

**Total Account Value : $273,323.78**

Unless otherwise noted, all positions are held in your cash account.  F - TEFRA Account  G - Good Faith Account  I - Income Account  L - Non Purpose Loan Account
M - Margin Account  R - DVP/RVP Account  S - Short Account

A| Pricing Method:  a -- Net Investment    b -- Appraised Value    c -- The firm did not receive price information compliant with applicable reporting requirements.
A - Average Cost  B - Adjusted for Amortization or Accretion  D - Acquisition Date = Date of Death  E - Adjusted for Option Exercise or Assignment  K - Gifted Security  LT - Long Term
MT - Mixed Term  N - Noncovered  Provide - Please provide this information  ST - Short Term  T - Cost Basis provided by Third Party  W - Adjusted for Wash Sale

Please read the important disclosures at the end of the statement. For questions, please contact us using the information provided on the front of this statement.

## Statement for Account # 255-190422
### 11/01/22 - 12/31/22

### Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|
| 12/02/22 | 12/02/22 | Margin | Received - | AMC ENTERTAINMENT HOLDINGS INC COM CL A TOA FROM JP MORGAN SECURITIES SD 12/02/2022 0352 | AMC | 900 | 0.00 | - | (75.00) |
| 12/02/22 | 12/02/22 | Margin | Received - | AMC ENTERTAINMENT HOLDINGS INC PFD EQT UNIT DEP REP 1/100 TOA FROM JP MORGAN SECURITIES SD 12/02/2022 0352 | APE | 900 | 0.00 | - | (75.00) |
| 12/02/22 | 12/02/22 | Margin | Received - | FORD MOTOR CO COM TOA FROM JP MORGAN SECURITIES SD 12/02/2022 0352 | F | 6,885 | 0.00 | - | (75.00) |
| 12/02/22 | 12/02/22 | Margin | Received - | META MATERIALS INC COM TOA FROM JP MORGAN SECURITIES SD 12/02/2022 0352 | MMAT | 24,380 | 0.00 | - | (75.00) |
| 12/02/22 | 12/02/22 | Margin | Received - | META MATERIALS INC 1:1 EXC 12/13/22 RESEARCHING TOA FROM JP MORGAN SECURITIES SD 12/02/2022 0352 | MMTLP | 15,172 | 0.00 | - | (75.00) |
| 12/02/22 | 12/02/22 | Margin | Journal - Contributions | TOA CASH BALANCE IN | - | - | 0.00 | 38.42 | (36.58) |
| 12/02/22 | 12/06/22 | Margin | Sell - Securities Sold | FORD MOTOR CO COM | F | 5- | 13.86 | 69.30 | 32.72 |
| 12/06/22 | 12/06/22 | Margin | Journal - Other | PURCHASE FDIC INSURED DEPOSIT ACCOUNT | - | - | 0.00 | (32.72) | 0.00 |
| 12/08/22 | 12/08/22 | Margin | Journal - Contributions | TOA CASH BALANCE IN | - | - | 0.00 | 1,032.75 | 1,032.75 |
| 12/09/22 | 12/09/22 | Margin | Journal - Other | PURCHASE FDIC INSURED DEPOSIT ACCOUNT | - | - | 0.00 | (1,032.75) | 0.00 |

**Statement for Account # 255-190422**
04/01/23 - 04/30/23

## Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|
| **Opening Balance** | | | | | | | | | **$ 0.00** |
| 04/12/23 | 04/14/23 | Cash | Buy - Securities Purchased | META MATERIALS INC COM | MMAT | 1,620 | $ 0.40 | $ (648.00) | (648.00) |
| 04/14/23 | 04/14/23 | Cash | Journal - Other | REDEMPTION FDIC INSURED DEPOSIT ACCOUNT | - | - | 0.00 | 648.00 | 0.00 |
| **Closing Balance** | | | | | | | | | **$ 0.00** |

*For Cash Activity totals, refer to the Cash Activity Summary on page one of your statement.

## Insured Deposit Account Interest Credited

| Begin Date | Number of Days | Balance | Interest Rate | Interest Accrued | MTD Accrued | MTD PAID |
|---|---|---|---|---|---|---|
| 04/01/23 | 13 | $ 10,934.64 | 0.3494 | $ 1.36 | $ 1.36 | $ - |
| 04/14/23 | 17 | 10,286.64 | 0.3494 | 1.68 | 3.04 | 3.04 |

**Total Interest Income** $3.04

## Insured Deposit Account Activity

| Date Cleared | Check Number | Date Written | Transaction | Description | Tracking Code | Expense Code | Amount | Balance |
|---|---|---|---|---|---|---|---|---|
| **Opening Balance** | | | | | | | | **$10,934.64** |
| 04/14/23 | - | 04/14/23 | Delivered | FDIC INSURED DEPOSIT ACCOUNT PLUS NOT COVERED BY SIPC REDEMPTION FDIC INSURED DEPOSIT ACCOUNT | - | - | $ (648.00) | 10,286.64 |
| 04/28/23 | - | 04/28/23 | Received | Interest: Insured Deposit Account Bank NA | - | - | 3.04 | 10,289.68 |
| **Closing Balance** | | | | | | | | **$10,289.68** |
| **TD Bank NA** | | | | | | | | **$10,289.68** |

## Important Information

FDIC Insured Deposit Account (IDA) balances reflected in your brokerage account are FDIC-insured up to applicable limits and held by one or more banks ("Program Banks"). Three of the Program Banks are Charles Schwab Bank, SSB; Charles Schwab Premier Bank, SSB; and Charles Schwab Trust Bank, each an affiliate of TD Ameritrade.

**BREAKPOINTS**
Certain purchases of Class A Mutual Funds may be eligible for breakpoints on, and waivers of, the sales charge. To learn more about breakpoint discounts, go to http://www.finra.org/industry/issues/breakpoints. For more information on waiver eligibility, please refer to the fund prospectus.

## Statement for Account # 255-190422
### 05/01/23 - 05/31/23

### Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|
| **Opening Balance** | | | | | | | | | **$ 0.00** |
| 05/01/23 | 05/03/23 | Cash | Buy - Securities Purchased | META MATERIALS INC COM | MMAT | 30,000 | $ 0.185 | $ (5,550.00) | (5,550.00) |
| 05/03/23 | 05/03/23 | Cash | Journal - Other | REDEMPTION FDIC INSURED DEPOSIT ACCOUNT | - | - | 0.00 | 5,550.00 | 0.00 |
| **Closing Balance** | | | | | | | | | **$ 0.00** |

*For Cash Activity totals, refer to the Cash Activity Summary on page one of your statement.

### Insured Deposit Account Interest Credited

| Begin Date | Balance | Number of Days | Interest Rate | Interest Accrued | MTD Accrued | MTD PAID |
|---|---|---|---|---|---|---|
| 05/01/23 | $ 10,289.68 | 2 | 0.3494 | $ 0.20 | $ 0.20 | $ - |
| 05/03/23 | 4,739.68 | 29 | 0.3494 | 1.31 | 1.51 | 1.51 |
| **Total Interest Income** | | | | | | **$1.51** |

### Insured Deposit Account Activity

| Date Cleared | Check Number | Date Written | Transaction | Description | Tracking Code | Expense Code | Amount | Balance |
|---|---|---|---|---|---|---|---|---|
| **Opening Balance** | | | | | | | | **$10,289.68** |
| 05/03/23 | - | 05/03/23 | Delivered | FDIC INSURED DEPOSIT ACCOUNT PLUS NOT COVERED BY SIPC REDEMPTION FDIC INSURED DEPOSIT ACCOUNT | - | - | $ (5,550.00) | 4,739.68 |
| 05/31/23 | - | 05/31/23 | Received | Interest: Insured Deposit Account Bank NA | - | - | 1.51 | 4,741.19 |
| **Closing Balance** | | | | | | | | **$4,741.19** |
| **TD Bank NA** | | | | | | | | **$4,741.19** |

### Important Information

**BREAKPOINTS**
Certain purchases of Class A Mutual Funds may be eligible for breakpoints on, and waivers of, the sales charge. To learn more about breakpoint discounts, go to http://www.finra.org/industry/issues/breakpoints. For more information on waiver eligibility, please refer to the fund prospectus.

FDIC Insured Deposit Account (IDA) balances reflected in your brokerage account are FDIC-insured up to applicable limits and held by one or more banks ("Program Banks"). Three of the Program Banks are Charles Schwab Bank, SSB; Charles Schwab Premier Bank, SSB; and Charles Schwab Trust Bank, each an affiliate of TD Ameritrade.

**Statement for Account # 255-190422**
06/01/23 - 06/30/23

## Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|
| **Opening Balance** | | | | | | | | | **$ 0.00** |
| 06/01/23 | 06/01/23 | Cash | Div/Int - Income | FORD MOTOR CO COM Payable: 06/01/2023 QUALIFIED DIVIDENDS 1032.00 | F | - | $ 0.00 | $ 1,032.00 | 1,032.00 |
| 06/01/23 | 06/01/23 | Cash | Journal - Other | PURCHASE FDIC INSURED DEPOSIT ACCOUNT | - | - | 0.00 | (1,032.00) | 0.00 |
| 06/22/23 | 06/26/23 | Cash | Buy - Securities Purchased | META MATERIALS INC COM | MMAT | 10,000 | 0.1999 | (1,999.00) | (1,999.00) |
| 06/26/23 | 06/26/23 | Cash | Journal - Other | REDEMPTION FDIC INSURED DEPOSIT ACCOUNT | - | - | 0.00 | 1,999.00 | 0.00 |

**Closing Balance** $ 0.00

*For Cash Activity totals, refer to the Cash Activity Summary on page one of your statement.

### Insured Deposit Account Interest Credited

| Begin Date | Number of Days | Balance | Interest Rate | Interest Accrued | MTD Accrued | MTD PAID |
|---|---|---|---|---|---|---|
| 06/01/23 | 25 | $ 5,773.19 | 0.3494 | $ 1.38 | $ 1.38 | $ - |
| 06/26/23 | 5 | 3,774.19 | 0.3494 | 0.18 | 1.56 | 1.56 |

**Total Interest Income** $1.56

page 3 of 4

Statement for Account # 255-190422
09/01/23 - 09/30/23

## Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|
| Opening Balance | | | | | | | | | $ 0.00 |
| 09/01/23 | 09/01/23 | Cash | Div/Int - Income | FORD MOTOR CO COM Payable: 09/01/2023 QUALIFIED DIVIDENDS 1032.00 | F | - | $ 0.00 | $ 1,032.00 | 1,032.00 |
| 09/01/23 | 09/01/23 | Cash | Journal - Other | PURCHASE FDIC INSURED DEPOSIT ACCOUNT | - | - | 0.00 | (1,032.00) | 0.00 |
| 09/08/23 | 09/11/23 | Cash | Buy - Securities Purchased | META MATERIALS INC MMAT Jan 17 25 1.0 C TO OPEN Commission/Fee 65.00 Regulatory Fee 1.10 | - | 100 | 0.05 | (566.10) | (566.10) |
| 09/11/23 | 09/11/23 | Cash | Journal - Other | REDEMPTION FDIC INSURED DEPOSIT ACCOUNT | - | - | 0.00 | 566.10 | 0.00 |
| 09/13/23 | 09/14/23 | Cash | Buy - Securities Purchased | META MATERIALS INC MMAT Jan 17 25 1.0 C TO OPEN Commission/Fee 0.65 Regulatory Fee 0.01 | - | 1 | 0.04 | (4.66) | (4.66) |
| 09/14/23 | 09/14/23 | Cash | Journal - Other | REDEMPTION FDIC INSURED DEPOSIT ACCOUNT | - | - | 0.00 | 4.66 | 0.00 |
| 09/14/23 | 09/18/23 | Cash | Buy - Securities Purchased | META MATERIALS INC COM | MMAT | 4,000 | 0.2219 | (887.60) | (887.60) |
| 09/18/23 | 09/18/23 | Cash | Journal - Other | REDEMPTION FDIC INSURED DEPOSIT ACCOUNT | - | - | 0.00 | 887.60 | 0.00 |

**Closing Balance** $ 0.00

*For Cash Activity totals, refer to the Cash Activity Summary on page one of your statement.

## Insured Deposit Account Interest Credited

| Begin Date | Balance | Number of Days | Interest Rate | Interest Accrued | MTD Accrued | MTD PAID |
|---|---|---|---|---|---|---|
| 09/01/23 | $ 4,733.99 | 10 | 0.3494 | $ 0.45 | $ 0.45 | $ - |
| 09/11/23 | 4,167.89 | 3 | 0.3494 | 0.12 | 0.57 | - |
| 09/14/23 | 4,163.23 | 4 | 0.3494 | 0.16 | 0.73 | - |
| 09/18/23 | 3,275.63 | 13 | 0.3494 | 0.41 | 1.14 | 1.14 |

**Total Interest Income** $1.14

Statement for Account # 255-190422
12/01/23 - 12/31/23

## Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|
| Opening Balance | | | | | | | | | $ 0.00 |
| 12/01/23 | 12/01/23 | Cash | Div/Int - Income | FORD MOTOR CO COM Payable: 12/01/2023 QUALIFIED DIVIDENDS 1032.00 | F | - | $ 0.00 | $ 1,032.00 | 1,032.00 |
| 12/01/23 | 12/01/23 | Cash | Journal - Other | PURCHASE FDIC INSURED DEPOSIT ACCOUNT | - | - | 0.00 | (1,032.00) | 0.00 |
| 12/05/23 | 12/07/23 | Cash | Buy - Securities Purchased | META MATERIALS INC COM | MMAT | 10,000 | 0.07 | (700.00) | (700.00) |
| 12/07/23 | 12/07/23 | Cash | Journal - Other | REDEMPTION FDIC INSURED DEPOSIT ACCOUNT | - | - | 0.00 | 700.00 | 0.00 |
| 12/29/23 | 12/29/23 | Cash | Div/Int - Other | FDIC INSURED DEPOSIT ACCOUNT PLUS NOT COVERED BY SIPC Interest: Insured Deposit Account Bank NA Payable: 01/31/2024 Insured Deposit Account Interest 0.03 | MMDA10 | - | 0.00 | 0.03 | 0.03 |

**Closing Balance** $0.03

*For Cash Activity totals, refer to the Cash Activity Summary on page one of your statement.

## Insured Deposit Account Interest Credited

| Begin Date | Number of Days | Interest Rate | Interest Accrued | MTD Accrued | MTD PAID |
|---|---|---|---|---|---|
| 12/01/23 | 6 | 0.3494 | $ 0.25 | $ 0.25 | $ - |
| 12/07/23 | 25 | 0.3494 | 0.86 | 1.11 | 1.11 |

**Total Interest Income** $1.11

## Trades Pending Settlement

| Investment Description | Account Type | Symbol/ CUSIP | Quantity | Price | Trade Date | Settle Date | Amount |
|---|---|---|---|---|---|---|---|
| BUY    META MATERIALS INC COM | Cash | MMAT | 10,000 | $ 0.066 | 12/29/23 | 01/03/24 | $ (660.00) |

Statement for Account # 255-190422
01/01/24 - 01/31/24

## Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount |
|---|---|---|---|---|---|---|---|---|
| 12/29/23 | 01/03/24 | Cash | Buy - Securities Purchased | META MATERIALS INC 1:100 R/S 1/29/24 59134N302 | 59134N104 | 10,000 | 0.066 | (660.00) |
| 01/03/24 | 01/03/24 | Cash | Journal - Other | REDEMPTION FDIC INSURED DEPOSIT ACCOUNT | — | — | 0.00 | 660.00 |
| 01/29/24 | 01/29/24 | Cash | Delivered - Other | META MATERIALS INC MMAT Jan 17 25 1.0 C 1 FOR 100 REVERSE SPLIT | — | 101- | 0.00 | — |
| 01/29/24 | 01/29/24 | Cash | Received - Other | META MATERIALS INC ## MMAT1 Jan 17 25 1.0 C 1 FOR 100 REVERSE SPLIT | — | 101 | 0.00 | — |
| 01/29/24 | 01/29/24 | Cash | Delivered - Other | META MATERIALS INC 1:100 R/S 1/29/24 59134N302 MATERIALS INC 59134N302 Auto Reorg#662458|REVERSE SPLIT | 59134N104 | 90,000- | 0.00 | — |
| 01/29/24 | 01/29/24 | Cash | Received - Other | META MATERIALS INC COM 1:100 REVERSE SPLIT TO META MATERIALS INC 59134N302 Auto Reorg#662458|REVERSE SPLIT | MMAT | 900 | 0.00 | — |
| 01/29/24 | 01/29/24 | Cash | Journal - Expense | MANDATORY REORGANIZATION FEE Auto Reorg#662458 | 59134N104 | — | 0.00 | (38.00) |
| 01/30/24 | 01/30/24 | Cash | Journal - Other | REDEMPTION FDIC INSURED DEPOSIT ACCOUNT | — | — | 0.00 | 38.00 |

**Closing Balance** $ 0.00

*For Cash Activity totals, refer to the Cash Activity Summary on page one of your statement.

## Insured Deposit Account Interest Credited

| Begin Date | Balance | Number of Days | Interest Rate | Interest Accrued | MTD Accrued | MTD PAID |
|---|---|---|---|---|---|---|
| 01/01/24 | $ 3,611.79 | 1 | 0.3494 | $ 0.03 | $ 0.03 | $ 0.03 |
| 01/02/24 | 3,611.82 | 1 | 0.3494 | 0.03 | 0.03 | — |
| 01/03/24 | 2,951.82 | 26 | 0.3494 | 0.74 | 0.77 | — |
| 01/29/24 | 2,913.82 | 3 | 0.3494 | 0.08 | 0.85 | 0.85 |

**Total Interest Income** $0.88



# Roth Contributory IRA of
VUONG TRAN
CHARLES SCHWAB & CO INC CUST
ROTH CONTRIBUTORY IRA

Statement Period
October 1-31, 2024

Account Number
6482-3733

## Account Summary

Ending Account Value as of 10/31
**$78,967.36**

Beginning Account Value as of 10/01
**$81,123.44**



| | This Statement | YTD |
|---|---|---|
| Beginning Value | $81,123.44 | $0.00 |
| Deposits | 0.00 | 6,221.51 |
| Withdrawals | 0.00 | 0.00 |
| Dividends and Interest | 1.34 | 1,042.86 |
| Transfer of Securities | 0.00 | 87,811.01 |
| Market Appreciation/(Depreciation) | (2,157.42) | (16,108.02) |
| Expenses | 0.00 | 0.00 |
| **Ending Value** ʷ | **$78,967.36** | **$78,967.36** |

Account Ending Value reflects the market value of your cash and investments. It does not include pending transactions, unpriced securities or assets held outside Schwab's custody.

VUONG TRAN
CHARLES SCHWAB & CO INC CUST
ROTH CONTRIBUTORY IRA
PSC 808 BOX 3367
FPO AE               09618-0034

## Manage Your Account

**Customer Service and Trading:**
Call your Schwab Representative
1-800-435-4000
24/7 Customer Service

For the most current records on your account visit schwab.com/login. Statements are archived up to 10 years online.

**Commitment to Transparency**
Client Relationship Summaries and Best Interest disclosures are at schwab.com/transparency.
Charles Schwab & Co., Inc. Member SIPC.

## Online Assistance

Visit us online at schwab.com

Visit schwab.com/stmt to explore the features and benefits of this statement.

# charles SCHWAB

## Roth Contributory IRA of

VUONG TRAN
CHARLES SCHWAB & CO INC CUST
ROTH CONTRIBUTORY IRA

Statement Period
October 1-31, 2024

## Asset Allocation

| | This Period | Current Allocation |
|---|---|---|
| Cash and Cash Investments | 7,264.37 | 9% |
| Equities | 71,701.98 | 91% |
| Options | 1.01 | <1% |
| **Total** | **$78,967.36** | **100%** |

$78.96k

## Top Account Holdings This Period

| SYMBOL CUSIP | Description | Market Value | % of Accounts |
|---|---|---|---|
| F | FORD MTR CO DEL | 70,795.20 | 90% |
| | TD BANK USA NA | 7,264.37 | 9% |
| AMC | AMC ENTMT HLDGS INC | 842.88 | 1% |
| MMATQ | META MATLS INC | 63.90 | <1% |
| MMAT1 | CALL META MATLS INC | 1.01 | <1% |

## Gain or (Loss) Summary

| All Positions | Gain | (Loss) | Net |
|---|---|---|---|
| This Period | 0.00 | 0.00 | 0.00 |
| YTD | 0.00 | 0.00 | 0.00 |
| **Unrealized** | | | **($82,988.88)** |

## Income Summary

| | This Period | YTD |
|---|---|---|
| Bank Sweep Interest | 1.34 | 10.86 |
| Cash Dividends | 0.00 | 1,032.00 |
| **Total Income** | **$1.34** | **$1,042.86** |

### Retirement Details

| | 2023 | 2024 |
|---|---|---|
| Contributions | | |
| **Total YTD ($)** | **0.00** | **0.00** |

Values may not reflect all of your gains/losses; Schwab has provided accurate gain and loss information wherever possible for most investments. Cost basis may be incomplete or unavailable for some of your holdings and may change or be adjusted in certain cases. Please login to your account at Schwab.com for real-time gain/loss information. Statement information should not be used for tax preparation, instead refer to official tax documents. For additional information refer to Terms and Conditions.



# Roth Contributory IRA of

VUONG TRAN
CHARLES SCHWAB & CO INC CUST
ROTH CONTRIBUTORY IRA

Statement Period
October 1-31, 2024

## Positions - Summary

| Beginning Value as of 10/01 | + | Transfer of Securities(In/Out) | + | Dividends Reinvested | + | Cash Activity | + | Change in Market Value | = | Ending Value as of 10/31 | Cost Basis | Unrealized Gain/(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| $81,123.44 | | $0.00 | | $0.00 | | $1.34 | | ($2,157.42) | | $78,967.36 | $178,427.91 | ($82,988.88) |

Values may not reflect all of your gains/losses; Schwab has provided accurate gain and loss information wherever possible for most investments. Cost basis may be incomplete or unavailable for some of your holdings and may change or be adjusted in certain cases. Statement information should not be used for tax preparation, instead refer to official tax documents. For additional information refer to Terms and Conditions.

## Cash and Cash Investments

| Type | Symbol | Description | Quantity | Price($) | Beginning Balance($) | Ending Balance($) | Change in Period Balance($) | Pending/Unsettled Cash($) | Interest/ Yield Rate | % of Acct |
|---|---|---|---|---|---|---|---|---|---|---|
| Bank Sweep | | TD BANK USA NA x,z | | | 7,263.03 | 7,264.37 | 1.34 | | 0.20% | 9% |
| **Total Cash and Cash Investments** | | | | | **$7,263.03** | **$7,264.37** | **$1.34** | | | **9%** |

## Positions - Equities

| Symbol | Description | Quantity | Price($) | Market Value($) | Cost Basis($) | Unrealized Gain/(Loss)($) | Est. Yield | Est. Annual Income($) | % of Acct |
|---|---|---|---|---|---|---|---|---|---|
| AMC | AMC ENTMT HLDGS INC | 192.0000 | 4.39000 | 842.88 | 39,876.18 t | (39,033.30) | N/A | 0.00 | 1% |
| F | FORD MTR CO DEL | 6,880.0000 | 10.29000 | 70,795.20 | 59,972.17 t | 10,823.03 | 5.83% | 4,128.00 | 90% |
| MMATQ | META MATLS INC | 900.0000 | 0.07100 | 63.90 | 54,272.76 t | (54,208.86) | N/A | 0.00 | <1% |
| **Total Equities** | | | | **$71,701.98** | **$154,121.11** | **($82,419.13)** | | **$4,128.00** | **91%** |