NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | **PROOF OF INTEREST** |
|---|---|

Name of Debtor: **META Materials**  
Case Number: **24-50792**

1. **Name and address of holder of the Equity Interest** (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

   **THANHVAN NGUYEN**
   **9432 BEAVER BROOK DR.**
   **COLORADO SPRINGS, CO 80908-4443**

   Telephone Number: **830-837-9791**

   ☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.
   ■ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.
   ☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

   RECEIVED AND FILED
   DEC 0 3 2024
   U.S. BANKRUPTCY COURT
   MARY A. SCHOTT, CLERK

   MAG

   COURT USE ONLY

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

Account or other number by which Interest holder identifies Debtor:
**54X-60H16**

Check here if this claim:
☐ replaces a previously filed Proof of Interest dated: _____
☐ amends a previously filed Proof of Interest dated: _____

2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:
   MERRILL EDGE
   Telephone Number: 877-653-4732

3. Date Equity Interest was acquired:
   **07/17/2023**
   **05/09/2024**

4. Total amount of member interest: **2,800**

5. Certificate number(s): _____

6. **Type of Equity Interest:**
   Please indicate the type of Equity Interest you hold:
   ■ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
   ☐ Check this box if your Equity Interest is based on anything else and describe that interest:
   Description: _____

7. **Supporting Documents:** Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
   DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. **Date-Stamped Copy:** To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

9. **Signature:**
Check the appropriate box.
■ I am the creditor.   ☐ I am the creditor's authorized agent. (Attach copy of power of attorney, if any.)   ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)   ☐ I am a guarantor, surety, endorser, or other codebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: THANHVAN NGUYEN
Title:
Company:___ Address and telephone number (if different from notice address above):

(Signature)   Nov 8th 2024 (Date)

Telephone number:   email: evantran888@gmail.com

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

**MERRILL**
A BANK OF AMERICA COMPANY

Primary Account: 54X-60H16

# YOUR MERRILL EDGE REPORT

October 01, 2024 - October 31, 2024

## PORTFOLIO SUMMARY

| | October 31 | September 30 | Month Change |
|---|---|---|---|
| **Net Portfolio Value** | **$273,963.86** | **$291,828.50** | **($17,864.64)** ◀ |
| Your assets | $273,963.86 | $291,828.50 | ($17,864.64) ◀ |
| Your liabilities | . | . | . |
| Your Net Cash Flow (Inflows/Outflows) | ($15,013.12) | . | |
| Securities You Transferred In/Out | . | . | |
| **Subtotal Net Contributions** | **($15,013.12)** | . | |
| Your Dividends/Interest Income | $64.91 | $185.54 | |
| Your Market Gains/(Losses) | ($2,916.43) | $6,879.26 | |
| **Subtotal Investment Earnings** | **($2,851.52)** | **$7,064.80** | |

Total Value (Net Portfolio Value plus Assets Not Held/Valued By MLPF&S, if any) in thousands, 2024-2024



245  259  275  284  285  292  274
4/24  5/24  6/24  7/24  8/24  9/24  10/24

THANHVAN NGUYEN
9432 BEAVER BROOK DR
COLORADO SPGS CO 80908-4443

**Questions About Your Statement:**
Mon-Fri, 7:30 a.m. - 10 p.m., (ET)
**(877) 653-4732**
24-Hour Account Information & Services

**Your Merrill Office:**
Merrill EDGE
FL9-802-03-05
P.O. BOX 40486
JACKSONVILLE, FL 32203

Up-to-date account information can be viewed at: www.merrilledge.com, where your statements are archived for three or more years.

Questions about www.merrilledge.com? Click the "help" tab at the top of the screen once you log in.

**EASILY MAKE 529 PLAN ACCOUNT WITHDRAWALS ONLINE**
Just sign into your account online at MyMerrill.com® or Merrill.com and request a check or a distribution to your linked Merrill or Bank of America account. Go to Portfolio & Accounts > Transfer & Withdrawals > Transfer Money/Securities

Merrill Lynch, Pierce, Fenner & Smith Incorporated (also referred to as "MLPF&S" or "Merrill") makes available certain investment products sponsored, managed, distributed or provided by companies that are affiliates of Bank of America Corporation (BofA Corp). MLPF&S is a registered broker-dealer, Member SIPC and a wholly owned subsidiary of BofA Corp. Investment products: | Are Not FDIC Insured | Are Not Bank Guaranteed | May Lose Value |

# YOUR PORTFOLIO REVIEW

Primary Account: 54X-60H16

24-Hour Assistance: (877) 653-4732

October 01, 2024 - October 31, 2024

## ASSET ALLOCATION*

\* Estimated Accrued Interest not included; may not reflect all holdings; does not include asset categories less than 1%.

|  | Current Value | Allocation |
|---|---|---|
| Equities | 224,594.12 | 81.98% |
| Cash/Money Accounts | 49,369.74 | 18.02% |
| **TOTAL** | **$273,963.86** | **100%** |

## TOP FIVE PORTFOLIO HOLDINGS
*Based on Estimated Market Value*

|  | Current Value | % of Portfolio |
|---|---|---|
| MICROSOFT CORP | 81,270.00 | 29.66% |
| ÷ML DIRECT DEPOSIT PROGRAM | 49,369.00 | 18.02% |
| META PLATFORMS INC | 28,379.00 | 10.35% |
| NVIDIA | 26,552.00 | 9.69% |
| UBER TECHNOLOGIES INC | 21,615.00 | 7.88% |

÷ FDIC INSURED NOT SIPC COVERED

## CURRENT INCOME



|  | This Report | Year To Date |
|---|---|---|
| Tax-Exempt Interest | - | - |
| Taxable Interest | 0.43 | 2.32 |
| Tax-Exempt Dividends | - | - |
| Taxable Dividends | 64.48 | 925.43 |
| Total | $64.91 | $927.75 |

**Your Estimated Annual Income** $1,943.94

## FINANCIAL MARKET INDICATORS

|  | This Report | Last Report | Previous Year End |
|---|---|---|---|
| S&P 500 | 5705.45 | 5762.48 | 4769.83 |
| Three-Month Treasury Bills | 4.54% | 4.61% | 5.33% |
| Long-Term Treasury Bonds | 4.47% | 4.12% | 4.03% |
| One-Month BSBY | 4.74% | 4.87% | 5.43% |
| NASDAQ | 18095.15 | 18189.17 | 15011.35 |

MERRILL
A BANK OF AMERICA COMPANY

Online at: www.merrilledge.com

THANHVAN NGUYEN
9432 BEAVER BROOK DR
COLORADO SPGS CO 80908-4443

Account Number: 54X-60H16

24-Hour Assistance: (877) 653-4732
Access Code: 22-549-60416

**Net Portfolio Value:** $273,963.86

Your Merrill Office:
Merrill EDGE
FL9-802-03-05
P.O. BOX 40486
JACKSONVILLE, FL 32203

# CMA® ACCOUNT

This account is enrolled in the Preferred Rewards Platinum Honors

## Opening Value (10/01)

|  | This Statement | Year to Date |
|---|---|---|
| Opening Value (10/01) | $291,828.50 | |
| Total Credits | 64.91 | 147,559.21 |
| Total Debits | (15,013.12) | (15,024.46) |
| Securities You Transferred In/Out | - | 126,166.60 |
| Market Gains/(Losses) | (2,916.43) | 15,262.51 |
| **Closing Value (10/31)** | **$273,963.86** | |

October 01, 2024 - October 31, 2024

|  | October 31 | September 30 |
|---|---|---|
| **ASSETS** | | |
| Cash/Money Accounts | 49,369.74 | 64,317.95 |
| Fixed Income | - | - |
| Equities | 224,594.12 | 227,510.55 |
| Mutual Funds | - | - |
| Options | - | - |
| Other | - | - |
| *Subtotal (Long Portfolio)* | *273,963.86* | *291,828.50* |
| **TOTAL ASSETS** | **$273,963.86** | **$291,828.50** |
| **LIABILITIES** | | |
| Debit Balance | - | - |
| Short Market Value | - | - |
| **TOTAL LIABILITIES** | - | - |
| **NET PORTFOLIO VALUE** | **$273,963.86** | **$291,828.50** |

Merrill Lynch, Pierce, Fenner & Smith Incorporated (also referred to as "MLPF&S" or "Merrill") makes available certain investment products sponsored, managed, distributed or provided by companies that are affiliates of Bank of America Corporation (BofA Corp). MLPF&S is a registered broker-dealer, Member SIPC and a wholly owned subsidiary of BofA Corp. Investment products:

| Are Not FDIC Insured | Are Not Bank Guaranteed | May Lose Value |

THANHVAN NGUYEN

Account Number: 54X-60H16

24-Hour Assistance: **(877) 653-4732**
Access Code: 22-549-60416

# CMA® ACCOUNT

October 01, 2024 - October 31, 2024

## CASH FLOW

| | This Statement | Year to Date |
|---|---|---|
| **Opening Cash/Money Accounts** | $64,317.95 | |
| **CREDITS** | | |
| Funds Received | - | 61,000.00 |
| Electronic Transfers | - | 85,631.46 |
| Other Credits | - | - |
| *Subtotal* | | 146,631.46 |
| **DEBITS** | | |
| Electronic Transfers | (15,000.00) | (15,000.00) |
| Margin Interest Charged | - | - |
| Other Debits | (13.12) | (24.46) |
| Visa Purchases | | |
| ATM/Cash Advances | | |
| Checks Written/Bill Payment | | |
| Advisory and other fees | | |
| *Subtotal* | (15,013.12) | (15,024.46) |
| **Net Cash Flow** | ($15,013.12) | $131,607.00 |

## OTHER TRANSACTIONS

| | | |
|---|---|---|
| Dividends/Interest Income | 64.91 | 927.75 |
| Security Purchases/Debits | - | (126,610.96) |
| Security Sales/Credits | - | 43,445.95 |
| **Closing Cash/Money Accounts** | **$49,369.74** | |

| Fees Included in Transactions Above | | |
|---|---|---|
| Commissions/Trading Fees | - | (1.21) |

## ASSET ALLOCATION*

*Estimated Accrued Interest not included; may not reflect all holdings; does not include asset categories less than 1%.



| | | Allocation |
|---|---|---|
| | Equities | 81.98% |
| | Cash/Money Accounts | 18.02% |
| | **TOTAL** | **100%** |

## DOCUMENT PREFERENCES THIS PERIOD

| | Mail | Online Delivery |
|---|---|---|
| Statements | | X |
| Performance Reports | | X |
| Trade Confirms | | X |
| Shareholders Communication | | X |
| Prospectus | | X |
| Service Notices | | X |
| Tax Statements | | X |



THANHVAN NGUYEN

Account Number: 54X-60H16

October 01, 2024 - October 31, 2024

**MERRILL**
A BANK OF AMERICA COMPANY

## YOUR CMA ASSETS

| CASH/MONEY ACCOUNTS Description | Quantity | Total Cost Basis | Estimated Market Price | Estimated Market Value | Estimated Annual Income | Est. Annual Yield% |
|---|---|---|---|---|---|---|
| CASH | 0.74 | 0.74 | | .74 | | |
| +ML DIRECT DEPOSIT PROGRAM | 49,369.00 | 49,369.00 | 1.0000 | 49,369.00 | 5 | .01 |
| +FDIC INSURED NOT SIPC COVERED | | | | | | |
| **TOTAL** | | **49,369.74** | | **49,369.74** | **5** | **.01** |

| EQUITIES Description | Symbol | Quantity | Total Cost Basis | Estimated Market Price | Estimated Market Value | Unrealized Gain/(Loss) | Estimated Annual Income |
|---|---|---|---|---|---|---|---|
| ALPHABET INC SHS CL C CURRENT YIELD 0.463% | GOOG | 50.0000 | 5,950.00 | 172.6900 | 8,634.50 | 2,684.50 | 40 |
| CITIGROUP INC COM NEW CURRENT YIELD 3.490% | C | 196.0000 | 12,327.42 | 64.1700 | 12,577.32 | 249.90 | 440 |
| META MATERIALS INC REGITERED SHS | MMATQ | 2,800.0000 | 10,743.50 | 0.0710 | 198.80 | (10,544.70) | |
| META PLATFORMS INC CLASS A COMMON STOCK CURRENT YIELD 0.352% | META | 50.0000 | 21,556.79 | 567.5800 | 28,379.00 | 6,822.21 | 101 |
| MICROSOFT CORP CURRENT YIELD 0.817% | MSFT | 200.0000 | 66,052.00 | 406.3500 | 81,270.00 | 15,218.00 | 664 |
| NVIDIA CURRENT YIELD 0.030% | NVDA | 200.0000 | 9,398.86 | 132.7600 | 26,552.00 | 17,153.14 | 9 |
| SERITAGE GROWTH PPTYS | SRG | 1,500.0000 | 14,025.00 | 4.1900 | 6,285.00 | (7,740.00) | |
| STARBUCKS CORP CURRENT YIELD 2.497% | SBUX | 205.0000 | 18,019.50 | 97.7000 | 20,028.50 | 2,009.00 | 501 |
| TAIWAN S MANUFCTRING ADR CURRENT YIELD 0.964% | TSM | 100.0000 | 9,800.00 | 190.5400 | 19,054.00 | 9,254.00 | 184 |

THANHVAN NGUYEN

Account Number: 54X-60H16

**24-Hour Assistance: (877) 653-4732**
Access Code: 22-549-60416

October 01, 2024 - October 31, 2024

## YOUR CMA ASSETS

**EQUITIES** (continued)

| Description | Symbol | Quantity | Total Cost Basis | Estimated Market Price | Estimated Market Value | Unrealized Gain/(Loss) | Estimated Annual Income |
|---|---|---|---|---|---|---|---|
| UBER TECHNOLOGIES INC | UBER | 300.0000 | 19,937.50 | 72.0500 | 21,615.00 | 1,677.50 | |
| **TOTAL    YIELD .86%** | | | **187,810.57** | | **224,594.12** | **36,783.55** | **1,939** |

Equity Cost Basis details are available on the Statements and Documents page of www.merrilledge.com.

### RESEARCH RATINGS

| Security | Symbol | BofAML Research | Morningstar | CFRA |
|---|---|---|---|---|
| ALPHABET INC SHS CL C | GOOG | Buy (B17) | Buy | Buy |
| CITIGROUP INC COM NEW | C | Buy (B17) | Hold | Buy |
| META PLATFORMS INC | META | Buy (B17) | Hold | Buy |
| MICROSOFT CORP | MSFT | Buy (B17) | Buy | Buy |
| NVIDIA | NVDA | Buy (C17) | Hold | Buy |
| STARBUCKS CORP | SBUX | Buy (B17) | Hold | Buy |
| TAIWAN S MANUFCTRING ADR | TSM | Buy (B17) | Hold | Buy |
| UBER TECHNOLOGIES INC | UBER | Buy (C19) | Hold | Buy |

**PLEASE REFER TO THE BACK OF YOUR STATEMENT FOR A GUIDE TO BofAML AND THIRD PARTY RESEARCH RATINGS.**

### LONG PORTFOLIO

| | Adjusted/Total Cost Basis | Estimated Market Value | Unrealized Gain/(Loss) | Estimated Accrued Interest | Estimated Annual Income |
|---|---|---|---|---|---|
| **TOTAL    YIELD .71%** | 237,180.31 | 273,963.86 | 36,783.55 | | 1,943 |

## YOUR CMA TRANSACTIONS

**DIVIDENDS/INTEREST INCOME TRANSACTIONS**

| Date | Description | Transaction Type | Quantity | Income | Income Year To Date |
|---|---|---|---|---|---|
| **Taxable Interest** | | | | | |
| 10/31 | BANK DEPOSIT INTEREST | ¤ Bank Interest | | .43 | |
| | **Subtotal (Taxable Interest)** | | | **.43** | **2.32** |

**MERRILL**
A BANK OF AMERICA COMPANY

THANHVAN NGUYEN

Account Number: 54X-60H16

October 01, 2024 - October 31, 2024

## YOUR CMA TRANSACTIONS

### DIVIDENDS/INTEREST INCOME TRANSACTIONS (continued)

| Date | Description | Transaction Type | Quantity | Income | Income Year To Date |
|---|---|---|---|---|---|
| **Taxable Dividends** | | | | | |
| 10/03 | NVIDIA | * Dividend | | 2.00 | |
| | HOLDING 200.0000 PAY DATE 10/03/2024 | | | | |
| 10/09 | TAIWAN S MANUFCTRING ADR | * Foreign Dividend | | 62.48 | |
| | HOLDING 100.0000 PAY DATE 10/09/2024 | | | | |
| ***Subtotal (Taxable Dividends)*** | | | | **64.48** | **925.43** |
| **NET TOTAL** | | | | **64.91** | **927.75** |

### REALIZED GAINS/(LOSSES)

| Description | Quantity | Acquired Date | Liquidation Date | Sale Amount | Cost Basis | Gains/(Losses) ☉ This Statement | Year to Date |
|---|---|---|---|---|---|---|---|
| *Subtotal (Short-Term)* | | | | | | | 7,773.70 |
| **TOTAL** | | | | | | | **7,773.70** |

☉ - Excludes transactions for which we have insufficient data

### CASH/OTHER TRANSACTIONS

| Date | Description | Transaction Type | Quantity | Debit | Credit |
|---|---|---|---|---|---|
| **Electronic Transfers** | | | | | |
| 10/04 | TO BAC#13910622426 | Withdrawal | | 15,000.00 | |
| | THANHVAN NGUYEN and POD VUONG MINH TRAN | | | | |
| ***Subtotal (Electronic Transfers)*** | | | | **15,000.00** | |
| **Other Debits/Credits** | | | | | |
| 10/09 | TAIWAN S MANUFCTRING ADR | Foreign Tax Withholding | | 13.12 | |
| | PAY DATE 10/09/2024 | | | | |
| ***Subtotal (Other Debits/Credits)*** | | | | **13.12** | |
| **NET TOTAL** | | | | **15,013.12** | |

THANHVAN NGUYEN

Account Number: 54X-60H16

**24-Hour Assistance: (877) 653-4732**
Access Code: 22-549-60416

## YOUR CMA MONEY ACCOUNT TRANSACTIONS

October 01, 2024 - October 31, 2024

| Date | Description | Withdrawals | Deposits | Date | Description | Withdrawals | Deposits |
|---|---|---|---|---|---|---|---|
| 10/04 | ML DIRECT DEPOSIT PROGRM | 14,998.00 | | 10/10 | ML DIRECT DEPOSIT PROGRM | | 50.00 |
| **NET TOTAL** | | | | | | 14,948.00 | |

If you own London Interbank Offered Rate (LIBOR) linked financial products, the cessation of LIBOR and the transition from LIBOR to alternative reference rates such as SOFR or BSBY, may have significant impacts to those financial products, including impacts to their liquidity, value and potential performance. Additional information is available at www.ml.com/articles/benchmark-interest-rate-reform.html

# FUNDAMENTAL EQUITY OPINION KEY AND GUIDE TO YOUR BofA MERRILL LYNCH RESEARCH RATINGS

**BofA MERRILL LYNCH RESEARCH**
BofA Merrill Lynch Research or BofAML Research is research produced by Merrill Lynch, Pierce, Fenner & Smith Incorporated (MLPF&S) and/or one or more of its affiliates. MLPF&S is a wholly owned subsidiary of Bank of America Corporation.

**Equity Opinions include a Volatility Risk Rating, an Investment Rating and an Income Rating.**

**BofAML Research Volatility Risk Ratings**
Indicators of potential price fluctuation are:
A – Low
B – Medium
C – High

**BofAML Research Income Ratings**
Indicators of potential cash dividends are:
7 – Same/higher (dividend considered to be secure)
8 – Same/lower (dividend not considered to be secure)
9 – Pays no cash dividend

**BofAML Research Investment Ratings**
Reflect the analyst's assessment of a stock's absolute total return potential and the stock's attractiveness for investment relative to other stocks within a Coverage Cluster (defined below). There are three investment ratings:
1 – Buy stocks are expected to have a total return of at least 10% and are the most attractive stocks in the Coverage Cluster
2 – Neutral stocks are expected to remain flat or increase in value and are less attractive than Buy rated stocks
3 – Underperform stocks are the least attractive stocks in a Coverage Cluster

Analysts assign investment ratings considering, among other things, the 0-12 month total return expectation for a stock and the firm's guidelines for ratings dispersions (shown in the table below). The current price objective for a stock should be referenced to better understand the total return expectation at any given time. The price objective reflects the analyst's view of the potential price appreciation (depreciation).

| BofAML Research Investment Rating | Total return expectation (within 12-month period of date of initial rating) | Ratings dispersion guidelines for Coverage Cluster+ |
|---|---|---|
| Buy | > or = 10% | < or = 70% |
| Neutral | > or = 0% | < or = 30% |
| Underperform | N/A | > or = 20% |

+Ratings dispersions may vary from time to time where BofAML Research believes that it better reflects the investment prospects of stocks in a Coverage Cluster.
A Coverage Cluster is comprised of stocks covered by a single analyst or two or more analysts sharing a common industry, sector, region or other classification(s). A stock's Coverage Cluster is included in the most recent BofAML Comment referencing the stock.

**THIRD PARTY RESEARCH**
Third party research on the equity securities of certain companies is available to clients for informational purposes. Clients can access this research at www.merrilledge.com or can call 877-653-4732 to request that a copy be sent to them. Please note that the third party research rating is not necessarily equivalent to, or derived using the same methodology as, the BofAML Research ratings or the ratings of other third party research providers.

MERRILL
A BANK OF AMERICA COMPANY

This page intentionally left blank

## Customer Service

Please promptly report any inaccuracy, discrepancy, and/or concern by calling Wealth Management Client Support at (800-MERRILL) within ten (10) business days after delivery of or communication of the account statement. You should re-confirm any oral communications in writing to protect your rights.

## About Us

You may review our financial statement at our offices: Merrill Lynch, Pierce, Fenner & Smith Incorporated (MLPF&S or ML), One Bryant Park, New York, New York 10036. If you request a copy of our financial statement, we will mail it to you.

We act as a market maker, dealer, block positioner or arbitrageur in certain securities. These activities may put us or one of our affiliates on the opposite side of transactions we execute for you and potentially result in trading profits for us or our affiliates.

BofA/Merrill Lynch Research is research produced by MLPF&S and/or one or more of its affiliates. Third party research ratings from selected vendors are provided, if available, for your information. Our recommendation of any particular security, MLPF&S and its affiliates are not responsible for any third party research and have no liability for such research. You are responsible for any trading decision you make based upon third party research ratings and reports.

MLPF&S may make available to you certain securities and other investment products that are sponsored, managed, distributed or provided by companies that are affiliates of Bank of America Corporation (BAC) or in which BAC has a substantial economic interest.

Merrill and Merrill Edge are the marketing name for two businesses: Merrill Advisory Center™, which offers team-based advice and guidance brokerage services; and a self-directed online investing platform. Both are made available through MLPF&S.

Bank of America Merrill Lynch is the marketing name for the global banking and global markets businesses of BAC. Lending, derivatives, and other commercial banking activities are performed globally by banking affiliates of BAC, including Bank of America, N.A., member Federal Deposit Insurance Corporation (FDIC). Securities, strategic advisory, and other investment banking activities are performed globally by investment banking affiliates of BAC ("Investment Banking Affiliates"), including, in the United States, MLPF&S and Merrill Lynch Professional Clearing Corp., all of which are registered broker dealers and members of Financial Industry Regulatory Authority (FINRA) and

Securities Investor Protection Corporation (SIPC), and, in other jurisdictions, locally registered entities. Investment products offered by Investment Banking Affiliates, including MLPF&S, ARE NOT FDIC INSURED, ARE NOT BANK GUARANTEED AND MAY LOSE VALUE.

## Additional Information

We will route your equity and option orders to market centers consistent with our duty of best execution.

Except for certain custodial accounts, we hold bonds and preferred stocks in bulk segregation. If there is a partial call for those securities, Securities will be randomly selected from those held in bulk. The probability of your holdings being selected is proportional to the total number of customer holdings of that particular security that we hold.

This statement serves as a confirmation of certain transactions during the period permitted to be reported periodically. Additional information, including the time of execution for any trade, is available upon written request.

In accordance with applicable law, rules and regulations, your free credit balance is not segregated and we can use these funds in our business. Your free credit balance is the amount of funds payable upon your demand. You have the right to receive, in the normal course of business, any free credit balance and any fully paid securities to which you are entitled, subject to any obligations you owe in any of your accounts.

For clients enrolled in a sweep program, the balance in any bank deposit account or shares of any money market mutual fund in which you have a beneficial interest can be withdrawn or liquidated on your order and the proceeds returned to your securities account or remitted to you.

You will have the right to vote full shares and we may solicit voting instructions concerning these full shares in your account. Voting shares in your account will be governed by the then current rules and policies of FINRA and the Securities Exchange Commission or other applicable exchanges or regulatory bodies.

All transactions are subject to the constitution, rules, regulations, customs, usages, rulings and interpretations of the exchange or market, and its clearinghouse, if any, where the transactions are executed, and if not executed on any exchange, FINRA.

You may obtain an investor brochure that includes information describing the FINRA Regulation Public Disclosure Program ("Program"). To obtain a brochure or more information about the Program or your broker, contact the FINRA Regulation Public Disclosure Program Hotline at (800)289-9999 or access the FINRA website

at www.finra.org

We receive a fee from ISA® banks of up to 2% per annum of the average daily balances. We receive a fee from our affiliated banks of up to $100 per annum for each account that sweeps balances to the banks under the RASP℠ and ML bank deposit programs. We also receive a fee from Bank of America, N.A. based on the average daily Preferred Deposit® and Preferred Deposit for Business® balances.

## Options Customers

For all customers, including those who own options, please promptly advise us of any material change in your investment objectives or financial condition. Individual options commission charges have been included in your confirmation. You may request a summary of this information.

## Margin Customers

If this statement is for a margin account, it is a combined statement of your margin account and special memorandum account maintained for you pursuant to applicable regulations. The permanent record of the separate account, as required by Regulation T, is available for your inspection upon request. You should retain this statement for use with your next statement to calculate interest charges, if any, for the period covered by this statement. The interest charge period will parallel the statement period, except that interest due for the final day of the statement period will be carried over and appear on your next statement.

## Coverage for your Account

The Securities Investor Protection Corporation (SIPC) and our excess-SIPC insurance policy do not cover commodities futures contracts, fixed annuity contracts, hedge funds, private equity funds, commodity pools and other investment contracts (such as limited partnerships) that are not registered with the US Securities Exchange Commission, precious metals, other assets that are not securities, as defined by SIPC, and assets that are not held at MLPF&S, such as cash on deposit at Bank of America, N.A. or Bank of America California, N.A. (Merrill Lynch affiliated banks) or other depository institutions. Those bank deposits are protected by the FDIC up to applicable limits. MLPF&S is not a bank. Unless otherwise disclosed, INVESTMENTS THROUGH MLPF&S ARE NOT FDIC INSURED, ARE NOT BANK GUARANTEED AND MAY LOSE VALUE. To obtain information about SIPC, including the SIPC Brochure, contact SIPC at http://www.sipc.org or (202)371-8300.

**MERRILL**
A BANK OF AMERICA COMPANY

### Fixed Income Securities

Values on your statement generally are based on estimates obtained from various sources and in certain cases only from affiliates. These values assume standard market conditions, are not firm bids or offers and may vary from prices achieved in actual transactions, especially for thinly traded securities. These values are generally for transactions of $1 million or more, which often reflect more favorable pricing than transactions in smaller amounts. You may pay more than these values if you purchase smaller amounts of securities, or receive less if you sell smaller amounts of securities.

### Prices and Valuations

While we believe our pricing information to be reliable, we cannot guarantee its accuracy. Pricing information provided for certain thinly traded securities may be stale.

Values on your statement generally are based on estimates obtained from various sources and in certain cases only from affiliates.

Investments such as direct participation program securities (e.g., partnerships, limited liability companies, and real estate trusts which are not listed on any exchange), and alternative investments (e.g. commodity pools, private equity funds, private debt funds, and hedge funds) are generally illiquid investments. No formal trading market exists for these securities and their current values will likely be different from the purchase price. Unless otherwise indicated, and except for certain alternative investment funds sponsored by affiliates of MLPF&S, the value shown on this statement for an investment in these securities has been provided by the management, administrator or sponsor of each program or a third-party vendor, in each case without independent verification by MLPF&S. The values shown may not reflect actual market value or be realized upon a sale. If an estimated value is not provided, accurate valuation information is not available.

### Cost Data/Realized Capital Gains & Losses

Cost Data and Realized Capital Gains/Losses are provided in this statement for informational purposes only. Please review for accuracy. Merrill Lynch is not responsible for omitted or restated data. Please consult your tax advisor to determine the tax consequences of your securities transactions. Your statement is not an official accounting of gains/losses. Please refer to your records, trade confirmations, and your Consolidated Tax Reporting Statement (Form 1099).

### Insurance Policies and Annuity Contracts

Information is based on data from the issuing insurer. We are not responsible for the calculation of policy/contract values. Insurance policies and annuity contracts are generally not held in your MLPF&S account. If we, as custodian or trustee, hold an annuity contract that is a security, SIPC and excess-SIPC coverage apply.

### Estimated Annual Income and Current Yield

Estimated Annual Income and Current Yield for certain types of securities could include a return of principal or capital gains in which case the Estimated Annual Income and Current Yield would be overstated. Estimated Annual Income and Current Yield are estimates and the actual income and yield might be lower or higher than the estimated amounts. Current Yield is based upon Estimated Annual Income and the current price of the security and will fluctuate.

### Market-Linked Investments (MLI)

MLIs are debt securities or Certificates of Deposit linked to an underlying reference asset. They are reflected on your statement by their underlying reference asset – equities (e.g., stocks, ETFs, equity indices), alternative investments (e.g., commodities, currencies), or fixed income (e.g., interest rates). This classification method illustrates your asset allocation.

### Symbols and Abbreviations

| | |
|---|---|
| ¤ | Interest reported to the IRS |
| ■ | Gross Proceeds reported to the IRS |
| * | Dividends reported to the IRS |
| : | Transactions reported to the IRS |
| OCC | Options Clearing Corporation |
| # | Transaction you requested same day payment. Prior day's dividend retained to offset cost of advancing payment on your behalf |
| N/A | Price, value and/or cost data not available |
| N/C | Not-Calculated |
| N/N | Non-negotiable securities |
| N/O | Securities registered in your name |
| N/O CUST | Non-negotiable securities registered in the name of the custodian |
| ↑ ↓ | Indicates that BofA Merrill Lynch Research has upgraded (↑) or downgraded (↓) its fundamental equity opinion on a security. |

THANHVAN NGUYEN

Account Number: 54X-60H16

October 01, 2024 - October 31, 2024


MERRILL
A BANK OF AMERICA COMPANY

## YOUR CMA EQUITY COST BASIS

| EQUITIES Description | Symbol Acquired | Quantity | Unit Cost Basis | Total Cost Basis | Estimated Market Price | Estimated Market Value | Unrealized Gain/(Loss) | Estimated Annual Income |
|---|---|---|---|---|---|---|---|---|
| ALPHABET INC SHS  CL C | GOOG 07/10/23 | 50.0000 | 119.0000 | 5,950.00 | 172.6900 | 8,634.50 | 2,684.50 | 40 |
| CURRENT YIELD  0.463% | | | | | | | | |
| CITIGROUP INC COM NEW | C 05/09/24 | 196.0000 | 62.8950 | 12,327.42 | 64.1700 | 12,577.32 | 249.90 | 440 |
| CURRENT YIELD  3.490% | | | | | | | | |
| META MATERIALS INC REGITERED SHS | MMATQ 07/17/17 | 200.0000 | 19.0000 | 3,800.00 | 0.0710 | 14.20 | (3,785.80) | |
| | 07/17/23 | 100.0000 | 18.7100 | 1,871.00 | 0.0710 | 7.10 | (1,863.90) | |
| | 05/09/24 | 2,500.0000 | 2.0290 | 5,072.50 | 0.0710 | 177.50 | (4,895.00) | |
| Subtotal | | 2,800.0000 | | 10,743.50 | | 198.80 | (10,544.70) | |
| META PLATFORMS INC CLASS A COMMON STOCK CURRENT YIELD 0.352% | META 04/29/24 | 50.0000 | 431.1358 | 21,556.79 | 567.5800 | 28,379.00 | 6,822.21 | 101 |
| MICROSOFT CORP | MSFT 07/10/23 | 200.0000 | 330.2600 | 66,052.00 | 406.3500 | 81,270.00 | 15,218.00 | 664 |
| CURRENT YIELD  0.817% | | | | | | | | |
| NVIDIA | NVDA 07/19/23 | 190.0000 | 46.9940 | 8,928.86 | 132.7600 | 25,224.40 | 16,295.54 | 8 |
| CURRENT YIELD  0.030% | 07/19/23 | 10.0000 | 47.0000 | 470.00 | 132.7600 | 1,327.60 | 857.60 | 1 |
| Subtotal | | 200.0000 | | 9,398.86 | | 26,552.00 | 17,153.14 | 9 |
| SERITAGE GROWTH PPTYS | SRG 05/08/24 | 1,500.0000 | 9.3500 | 14,025.00 | 4.1900 | 6,285.00 | (7,740.00) | |
| STARBUCKS CORP | SBUX 04/05/24 | 205.0000 | 87.9000 | 18,019.50 | 97.7000 | 20,028.50 | 2,009.00 | 501 |
| CURRENT YIELD  2.497% | | | | | | | | |
| TAIWAN S MANUFCTRING ADR | TSM 07/20/23 | 100.0000 | 98.0000 | 9,800.00 | 190.5400 | 19,054.00 | 9,254.00 | 184 |
| CURRENT YIELD  0.964% | | | | | | | | |
| UBER TECHNOLOGIES INC | UBER 04/29/24 | 200.0000 | 67.6600 | 13,532.00 | 72.0500 | 14,410.00 | 878.00 | |
| | 05/08/24 | 100.0000 | 64.0550 | 6,405.50 | 72.0500 | 7,205.00 | 799.50 | |
| Subtotal | | 300.0000 | | 19,937.50 | | 21,615.00 | 1,677.50 | |
| TOTAL    YIELD  .86% | | | | 187,810.57 | | 224,594.12 | 36,783.55 | 1,939 |