NVB 3001 (Effective 1/21)

**UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA**

**PROOF OF INTEREST**

Name of Debtor: Meta Materials INC

Case Number: 24-50792-hlb

1. Name and address of holder of the Equity Interest (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

   Bradley Rains
   3033 CR 178
   Gainsville, TX 76227

   Telephone Number: 940.535.4146

   ☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

   ☑ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

   ☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

   MAG
   RECEIVED AND FILED
   DEC 03 2024
   U.S. BANKRUPTCY COURT
   MARY A. SCHOTT, CLERK

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

COURT USE ONLY

Account or other number by which Interest holder identifies Debtor: 2542.7998

Check here if this claim:
☐ replaces a previously filed Proof of Interest dated: _____
☐ amends a previously filed Proof of Interest dated: _____

2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:
   Charles Swab - One Account
   Telephone Number: 800.435.4000

3. Date Equity Interest was acquired: Originally bought through TD Ameritrade as Torchlight in 2021, Schwab bought TD Ameritrade May 2023 → See Attached statements
   2.17.21 48,000 as torchlight
   6.28.21 split to Meta mat

4. Total amount of member interest: _____

5. Certificate number(s): _____

6. Type of Equity Interest:
   Please indicate the type of Equity Interest you hold:
   ☑ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
   ☐ Check this box if your Equity Interest is based on anything else and describe that interest:
   Description: _____

7. Supporting Documents: Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
   DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. Date-Stamped Copy: To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

9. Signature:
   Check the appropriate box.
   ☑ I am the creditor.   ☐ I am the creditor's authorized agent. (Attach copy of power of attorney, if any.)   ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)   ☐ I am a guarantor, surety, endorser, or other codebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: Bradley Rains
Title:
Company: Address and telephone number (if different from notice address above): _____

(Signature) Bradley Rains      (Date) 10-30-24

Telephone number: 940.535.4146   email: mocha24641@gmail.w

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

# TD Ameritrade

800-669-3900
TD AMERITRADE
DIVISION OF TD AMERITRADE INC
PO BOX 2209
OMAHA, NE 68103-2209
*TD Ameritrade Clearing, Inc., Member SIPC*

**Statement Reporting Period:**
03/01/21 - 03/31/21

**Statement for Account # 494-530709**

BRADLEY RAINS
3033 COUNTY ROAD 178
GAINESVILLE, TX 76240-7592

## Portfolio Summary

| Investment | Current Value | | Prior Value | Period Change | | % Change | Estimated Income | | Estimated Yield | Portfolio Allocation |
|---|---|---|---|---|---|---|---|---|---|---|
| Cash | $1.16 | | $1.16 | $ | - | - | $ | - | - | |
| Insrd Dep Acct (IDA) | - | | - | | - | - | | - | - | |
| Money Market | - | | - | | - | - | | - | - | |
| Short Balance | - | | - | | - | - | | - | - | |
| Stocks | 87,907.71 | | 119,131.76 | (31,224.05) | | (26.2)% | | - | - | |
| Short Stocks | - | | - | | - | - | | - | - | |
| Fixed Income | - | | - | | - | - | | - | - | |
| Options | - | | - | | - | - | | - | - | |
| Short Options | - | | - | | - | - | | - | - | |
| Mutual Funds | - | | - | | - | - | | - | - | |
| Other | - | | - | | - | - | | - | - | |
| **Total** | **$87,908.87** | | **$119,132.92** | **($31,224.05)** | | **(26.2)%** | | **$0.00** | **0.0%** | Stocks 100.0% |
| Margin Equity | 100.0% | | | | | | | | | |

## Cash Activity Summary

| | Current | YTD |
|---|---|---|
| Opening Balance | $1.16 | $888.29 |
| Securities Purchased | - | (282,916.75) |
| Securities Sold | - | 282,028.93 |
| Funds Deposited | - | - |
| Funds Disbursed | - | - |
| Income | - | 0.69 |
| Expense | - | - |
| Other | - | - |
| **Closing Balance** | **$1.16** | **$1.16** |

## Income & Expense Summary

| | Reportable | Non Reportable | YTD |
|---|---|---|---|
| **Income** | | | |
| Dividends | $ - | $ - | - |
| Interest | - | - | 0.69 |
| Other | - | - | - |
| **Expense** | | | |
| Interest | - | - | - |
| Fees | - | - | - |
| Other | - | - | - |
| **Net** | **$0.00** | **$0.00** | **$0.69** |

## Performance Summary

| | |
|---|---|
| Cost Basis As Of - 03/31/21 ** | $188,798.75 |
| Unrealized Gains | - |
| Unrealized Losses | (100,891.04) |
| Funds Deposited/(Disbursed) YTD | - |
| Income/(Expense) YTD | 0.69 |
| Securities Received/(Delivered) YTD | 0.00 |

**To view realized gains and losses for your account, login at www.tdameritrade.com and visit My Account > Cost Basis.

# TD Ameritrade

800-669-3900
TD AMERITRADE
DIVISION OF TD AMERITRADE INC
PO BOX 2209
OMAHA, NE 68103-2209
*TD Ameritrade Clearing, Inc., Member SIPC*

**Statement Reporting Period:**
06/01/21 - 06/30/21

**Statement for Account # 494-530709**

BRADLEY RAINS
3033 COUNTY ROAD 178
GAINESVILLE, TX 76240-7592

## Portfolio Summary

| Investment | Current Value | Prior Value | Period Change | % Change | Estimated Income | Estimated Yield | Portfolio Allocation |
|---|---|---|---|---|---|---|---|
| Cash | $1.16 | $1.16 | $ - | - | $ - | - | |
| Insrd Dep Acct (IDA) | - | - | - | - | - | - | |
| Money Market | - | - | - | - | - | - | |
| Short Balance | - | - | - | - | - | - | |
| Stocks | 179,894.82 | 114,328.06 | 65,566.76 | 57.3% | - | - | |
| Short Stocks | - | - | - | - | - | - | |
| Fixed Income | - | - | - | - | - | - | |
| Options | - | - | - | - | - | - | |
| Short Options | - | - | - | - | - | - | |
| Mutual Funds | - | - | - | - | - | - | |
| Other | - | - | - | - | - | - | |
| **Total** | **$179,895.98** | **$114,329.22** | **$65,566.76** | **57.3%** | **$ 0.00** | **0.0%** | Stocks 100.0% |
| Margin Equity | 100.0% | | | | | | |

## Cash Activity Summary

| | Current | YTD |
|---|---|---|
| Opening Balance | $1.16 | $888.29 |
| Securities Purchased | - | (282,916.75) |
| Securities Sold | - | 282,028.93 |
| Funds Deposited | - | - |
| Funds Disbursed | - | 0.69 |
| Income | - | - |
| Expense | - | - |
| Other | - | - |
| Closing Balance | $1.16 | $1.16 |

## Income & Expense Summary

| Income | Reportable | Non Reportable | YTD |
|---|---|---|---|
| Dividends | $ - | $ - | $ - |
| Interest | - | - | 0.69 |
| Other | - | - | - |
| **Expense** | | | |
| Fees | - | - | - |
| Other | - | - | - |
| **Net** | **$0.00** | **$0.00** | **$0.69** |

## Performance Summary

**Cost Basis As Of - 06/30/21 ** ** $188,798.75
Unrealized Gains                        -
Unrealized Losses                (8,903.93)
Funds Deposited/(Disbursed)YTD          -
Income/(Expense)YTD                  0.69
Securities Received/(Delivered)YTD   0.00

**To view realized gains and losses for your account, login at www.tdameritrade.com and visit My Account > Cost Basis.

Statement for Account # 494-530709
06/01/21 - 06/30/21

## Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|
| 06/28/21 | 06/28/21 | Margin | Journal - Expense | MANDATORY REORGANIZATION FEE Auto Reorg#539843 | 89102U103 | - | 0.00 | (38.00) | (36.84) |
| 06/28/21 | 06/28/21 | Margin | Journal - Expense | Corp Action Fees (Reorg Fee) | - | - | 0.00 | 38.00 | 1.16 |

**Closing Balance** $1.16

*For Cash Activity totals, refer to the Cash Activity Summary on page one of your statement.

## Important Information

**BREAKPOINTS**
Certain purchases of Class A Mutual Funds may be eligible for breakpoints on, and waivers of, the sales charge. To learn more about breakpoint discounts, go to http://www.finra.org/industry/issues/breakpoints. For more information on waiver eligibility, please refer to the fund prospectus.

**STATEMENT OF FINANCIAL CONDITION**
The most recent statement of financial condition for TD Ameritrade Clearing, Inc. may be obtained at no cost, via the Internet at http://www.tdameritrade.com/financialstatement.html or by contacting TD Ameritrade Clearing, Inc. at 1-800-669-3900. As of March 31, 2021, TD Ameritrade Clearing, Inc. had net capital and a net capital requirement of $4.8 billion and $924 million, respectively. A copy of the report and comments is currently available for customers' inspection at the principal office of TD Ameritrade Clearing, Inc. in Omaha Nebraska.

**FINRA INFORMATION**
Required Annual FINRA Information: Investors may request disclosable background information on any U.S. licensed broker or broker-dealer via FINRA's BrokerCheck, a free online tool. Visit brokercheck.finra.org. Additionally, FINRA has a brochure which describes the BrokerCheck program. You may request this brochure either through the FINRA web site www.finra.org or by calling (800) 289-9999, the BrokerCheck Hotline Number.

**EXCESS BANK CHANGE AND FDIC INSURED DEPOSIT ACCOUNT ("IDA") ELIGIBILITY CHANGES**
The following changes have been made to the TD Ameritrade FDIC Insured Deposit Account Sweep Program.

Effective June 30, 2021:
- **Excess Bank Change** –TD Ameritrade has changed the "Excess Bank" for the IDA Sweep Program from TD Bank USA, N.A. to Charles Schwab Bank, SSB. This change will not impact the level of your available FDIC insurance. The list of Program Banks, including "the Excess Bank" can be found on our website at tdameritrade.com/idaprogrambanks.

Effective July 1, 2021:
- **Cross Border Cash Eligibility Change** – Brokerage accounts held by clients who reside outside of the United States and its territories are no longer eligible for the IDA Sweep Feature. Going forward, accounts enrolled in the IDA Sweep Feature that move out of the United States and its territories will be moved to the TD Ameritrade Cash Feature. TD Ameritrade will provide at least 30 days' advance written notice for changes to an account cash feature.

- **IDA Asset Eligibility Change** – Other than managed accounts or retirement accounts, retail brokerage accounts with assets less than $50,000 are not automatically eligible for the IDA Sweep Feature. TD Ameritrade may change the cash feature for these accounts from the IDA Sweep Feature to the TD Ameritrade Cash Feature. TD Ameritrade will provide at least 30 days' advance written notice for changes to an account cash feature.

**No action is required.** For more information, please refer to the Cash Features Program section in your Client Agreement.

# TD Ameritrade

800-669-3900
TD AMERITRADE
DIVISION OF TD AMERITRADE INC
PO BOX 2209
OMAHA, NE 68103-2209
TD Ameritrade Clearing, Inc., Member SIPC

## Statement for Account # 494-530709

Statement Reporting Period: 08/01/22 - 08/31/22

BRADLEY RAINS
3033 COUNTY ROAD 178
GAINESVILLE, TX 76240-7592

### Portfolio Summary

| Investment | Current Value | Prior Value | Period Change | % Change | Estimated Income | Estimated Yield | Portfolio Allocation |
|---|---|---|---|---|---|---|---|
| Cash | $0.70 | $0.70 | $ - | - | $ - | - | |
| Insrd Dep Acct (IDA) | - | - | - | - | - | - | |
| Money Market | - | - | - | - | - | - | |
| Short Balance | - | - | - | - | - | - | |
| Stocks | 156,430.45 | 156,579.06 | (148.61) | (0.1)% | - | - | |
| Short Stocks | - | - | - | - | - | - | |
| Fixed Income | - | - | - | - | - | - | |
| Options | - | - | - | - | - | - | |
| Short Options | - | - | - | - | - | - | |
| Mutual Funds | - | - | - | - | - | - | |
| Other | - | - | - | - | - | - | |
| **Total** | **$156,431.15** | **$156,579.76** | **($148.61)** | **(0.1)%** | **$ 0.00** | **0.0%** | Stocks 100.0% |
| Margin Equity | 100.0% | | | | | | |

### Cash Activity Summary

| | Current | YTD |
|---|---|---|
| Opening Balance | $0.70 | $1.79 |
| Securities Purchased | - | (83,501.22) |
| Securities Sold | - | - |
| Funds Deposited | - | 108,500.00 |
| Funds Disbursed | - | (25,000.00) |
| Income | - | 0.13 |
| Expense | - | - |
| Other | - | - |
| Closing Balance | $0.70 | $0.70 |

### Income & Expense Summary

| | | Reportable | Non Reportable | YTD |
|---|---|---|---|---|
| Income | Dividends | $ - | $ - | $ - |
| | Interest | - | - | 0.13 |
| | Other | - | - | - |
| Expense | Interest | - | - | - |
| | Fees | - | - | - |
| | Other | - | - | - |
| Net | | $0.00 | $0.00 | $0.13 |

### Performance Summary

| Cost Basis As Of - 08/31/22** | |
|---|---|
| Unrealized Gains | $304,297.05 |
| Unrealized Losses | (217,520.25) |
| Funds Deposited/(Disbursed) YTD | 83,500.00 |
| Income/(Expense) YTD | 0.13 |
| Securities Received/(Delivered) YTD | 0.00 |

**To view realized gains and losses for your account, login at www.tdameritrade.com and visit My Account > Cost Basis.

Statement for Account # 494-530709
08/01/22 - 08/31/22

## Online Cash Services Summary

| Description | Current | Year To Date |
|---|---|---|
| **CREDITS** | | |
| Electronic Transfer | $ - | $ 108,500.00 |
| *Subtotal* | 0.00 | 108,500.00 |
| **DEBITS** | | |
| Electronic Transfer | $ - | $ (25,000.00) |
| *Subtotal* | 0.00 | (25,000.00) |
| **TOTAL** | 0.00 | 83,500.00 |

## Income Summary Detail

| Description | Current | Year to Date |
|---|---|---|
| Interest Income Credit Balance | $ 0.00 | $ 0.13 |

*This section displays current and year to date totals for this account. The year to date totals will accurately reflect your cumulative amount for the year. Year-end tax reporting income amounts may differ from what is reflected on monthly statements versus your tax documents. Please reference your official tax document(s) for tax reporting.

## Account Positions

| Investment Description | Symbol/ CUSIP | Quantity | Current Price | Market Value | Purchase Date | Cost Basis | Average Cost | Unrealized Gain(Loss) | Estimated Income | Yield |
|---|---|---|---|---|---|---|---|---|---|---|
| **Stocks - Margin** | | | | | | | | | | |
| META MATERIALS INC COM | MMAT | 100,320 | $ 0.865 | $ 86,776.80 | 02/17/21 | $ 304,297.05 | $ 3.03 | $ (217,520.25) | $ - | - |
| META MATERIALS INC PFD SER A *CLBL | MMTLP | 48,037 | 1.45 | 69,653.65 | - | - | - | - | - | - |
| **Total Stocks** | | | | $156,430.45 | | $304,297.05 | | $(217,520.25) | $0.00 | 0.0% |
| **Total Margin Account** | | | | $156,430.45 | | $304,297.05 | | $(217,520.25) | $0.00 | 0.0% |

## Important Information

**BREAKPOINTS**
Certain purchases of Class A Mutual Funds may be eligible for breakpoints on, and waivers of, the sales charge. To learn more about breakpoint discounts, go to http://www.finra.org/industry/issues/breakpoints. For more information on waiver eligibility, please refer to the fund prospectus.



# Ameritrade

800-669-3900
TD AMERITRADE
DIVISION OF TD AMERITRADE INC
PO BOX 2209
OMAHA, NE 68103-2209
*TD Ameritrade Clearing, Inc., Member SIPC*

## Statement Reporting Period:
10/01/22 - 10/31/22

**Statement for Account # 494-530709**

BRADLEY RAINS
3033 COUNTY ROAD 178
GAINESVILLE, TX 76240-7592

## Portfolio Summary

| Investment | Current Value | Prior Value | Period Change | % Change | Estimated Income | Estimated Yield | Portfolio Allocation |
|---|---|---|---|---|---|---|---|
| Cash | $0.70 | $0.70 | $ - | - | $ - | - | - |
| Insrd Dep Acct (IDA) | - | - | - | - | - | - | - |
| Money Market | - | - | - | - | - | - | - |
| Short Balance | - | - | - | - | - | - | - |
| Stocks | 106,339.20 | 65,117.71 | 41,221.49 | 63.3% | - | - | - |
| Short Stocks | - | - | - | - | - | - | - |
| Fixed Income | - | - | - | - | - | - | - |
| Options | - | - | - | - | - | - | - |
| Short Options | - | - | - | - | - | - | - |
| Mutual Funds | - | - | - | - | - | - | - |
| Other | - | - | - | - | - | - | - |
| **Total** | **$106,339.90** | **$65,118.41** | **$41,221.49** | **63.3%** | **$ 0.00** | **0.0%** | |
| Margin Equity | 100.0% | | | | | | Stocks 100.0% |

## Cash Activity Summary

| | Current | YTD | | | |
|---|---|---|---|---|---|
| **Opening Balance** | $0.70 | $1.79 | **Income** | | |
| Securities Purchased | - | (83,501.22) | Dividends | $ - | $ - |
| Securities Sold | - | - | Interest | - | - |
| Funds Deposited | - | 108,500.00 | Other | - | - |
| Funds Disbursed | - | (25,000.00) | **Expense** | | |
| Income | - | 0.13 | Interest | - | - |
| Expense | - | - | Fees | - | - |
| Other | - | - | Other | - | - |
| **Closing Balance** | **$0.70** | **$0.70** | **Net** | **$0.00** | **$0.00** |

## Income & Expense Summary

| | Reportable | Non Reportable | YTD |
|---|---|---|---|
| Funds Deposited/(Disbursed) YTD | | | 0.13 |
| Income/(Expense) YTD | | | - |
| Securities Received/(Delivered) YTD | | | - |
| | | | **$0.13** |

## Performance Summary

**Cost Basis As Of - 10/31/22 ** $304,297.05
Unrealized Gains -
Unrealized Losses (197,957.85)
Funds Deposited/(Disbursed) YTD 83,500.00
Income/(Expense) YTD 0.13
Securities Received/(Delivered) YTD (77,819.94)

**To view realized gains and losses for your account, login at www.tdameritrade.com and visit My Account > Cost Basis.

# Statement for Account # 494-530709
## 10/01/22 - 10/31/22

### Online Cash Services Summary

| Description | Current | Year To Date |
|---|---|---|
| **CREDITS** | | |
| Electronic Transfer | $ - | $ 108,500.00 |
| *Subtotal* | 0.00 | 108,500.00 |
| **DEBITS** | | |
| Electronic Transfer | $ - | $ (25,000.00) |
| *Subtotal* | 0.00 | (25,000.00) |
| **TOTAL** | 0.00 | 83,500.00 |

### Income Summary Detail

| Description | Current | Year to Date |
|---|---|---|
| Interest Income Credit Balance | $ 0.00 | $ 0.13 |

*This section displays current and year to date totals for this account. The year to date totals will accurately reflect your cumulative amount for the year. Year-end tax reporting income amounts may differ from what is reflected on monthly statements versus your tax documents. Please reference your official tax document(s) for tax reporting.

### Account Positions

| Investment Description | Symbol/ CUSIP | Quantity | Current Price | Market Value | Purchase Date | Cost Basis | Average Cost | Unrealized Gain(Loss) | Estimated Income | Yield |
|---|---|---|---|---|---|---|---|---|---|---|
| **Stocks - Margin** | | | | | | | | | | |
| META MATERIALS INC COM | MMAT | 100,320 | $ 1.06 | $ 106,339.20 | 02/17/21 | $ 304,297.05 | $ 3.03 | $ (197,957.85) | $ - | - |
| Total Stocks | | | | $106,339.20 | | $304,297.05 | | $(197,957.85) | $0.00 | 0.0% |
| Total Margin Account | | | | $106,339.20 | | $304,297.05 | | $(197,957.85) | $0.00 | 0.0% |

### Important Information

**BREAKPOINTS**
Certain purchases of Class A Mutual Funds may be eligible for breakpoints on, and waivers of, the sales charge. To learn more about breakpoint discounts, go to http://www.finra.org/industry/issues/breakpoints. For more information on waiver eligibility, please refer to the fund prospectus.



# Schwab One® Account of

BRADLEY RAINS
DESIGNATED BENE PLAN/TOD

Account Number
2542-7998

Statement Period
April 1-30, 2024

## Account Summary

| | |
|---|---|
| Ending Account Value as of 04/30 | Beginning Account Value as of 04/01 |
| $4,762.65 | $4,116.45 |

| | This Statement | Previous Statement |
|---|---:|---:|
| Beginning Value | $4,116.45 | $3,919.38 |
| Deposits | 0.00 | 0.00 |
| Withdrawals | 0.00 | 0.00 |
| Dividends and Interest | 0.00 | 0.00 |
| Transfer of Securities | 0.00 | 0.00 |
| Market Appreciation/(Depreciation) | 646.20 | 197.07 |
| Expenses | 0.00 | 0.00 |
| **Ending Value** | **$4,762.65** | **$4,116.45** |

Account Ending Value reflects the market value of your cash and investments. It does not include pending transactions, unpriced securities or assets held outside Schwab's custody.

BRADLEY RAINS
DESIGNATED BENE PLAN/TOD
3033 COUNTY ROAD 178
GAINESVILLE TX    76240-7592

## Manage Your Account

**Customer Service and Trading:**
Call your Schwab Representative
1-800-435-4000
24/7 Customer Service

For the most current records on your account visit schwab.com/login. Statements are archived up to 10 years online.

**Commitment to Transparency**

Client Relationship Summaries and Best Interest disclosures are at schwab.com/transparency. Charles Schwab & Co., Inc. Member SIPC.

**Online Assistance**

Visit us online at schwab.com

Visit schwab.com/stmt to explore the features and benefits of this statement.



# Schwab One® Account of

BRADLEY RAINS
DESIGNATED BENE PLAN/TOD

Statement Period
April 1-30, 2024

## Asset Allocation

Investment Objective: Growth

| | This Period | Current Allocation |
|---|---|---|
| Cash and Cash Investments | 0.01 | <1% |
| Equities | 4,762.64 | 100% |
| **Total** | **$4,762.65** | **100%** |

## Margin Loan Information

| Opening Margin Loan Balance | Closing Margin Loan Balance | Funds Available to Withdraw * | Securities Buying Power * |
|---|---|---|---|
| $0.00 | $0.00 | $0.01 | $0.00 |

Margin Loan Rates
Vary by Balance
**11.75% - 13.57%**

* Values include any cash plus the amount available using margin borrowing. For more information about the margin feature, please visit schwab.com/margin.

## Top Account Holdings This Period

| SYMBOL CUSIP | Description | Market Value | % of Accounts |
|---|---|---|---|
| MMAT | META MATLS INC | 4,307.60 | 90% |
| HNRC | HOUSTON NAT RES CORP | 454.22 | 10% |
| CEI | CAMBER ENERGY INC | 0.82 | <1% |
| | Cash | 0.01 | <1% |

## Gain or (Loss) Summary

| | Short-Term (ST) | | | Long-Term (LT) | | |
|---|---|---|---|---|---|---|
| | Gain | (Loss) | Net | Gain | (Loss) | Net |
| This Period | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| YTD | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Unrealized** | | | | | | **($321,143.97)** i |

## A Message About Your Account

**T plus one settlement starts May 28, 2024**
Trades executed on or after May 28, 2024 will now settle on the next business day. For more information, please visit schwab.com/T1. 0324-40HF

Values may not reflect all of your gains/losses; Schwab has provided accurate gain and loss information wherever possible for most investments. Cost basis may be incomplete or unavailable for some of your holdings and may change or be adjusted in certain cases. Please login to your account at Schwab.com for real-time gain/loss information. Statement information should not be used for tax preparation, instead refer to official tax documents. For additional information refer to Terms and Conditions.

charles SCHWAB

## Schwab One® Account of
BRADLEY RAINS
DESIGNATED BENE PLAN/TOD

Statement Period
April 1-30, 2024

## Positions - Summary

| Beginning Value as of 04/01 | + | Transfer of Securities(In/Out) | + | Dividends Reinvested | + | Cash Activity | + | Change in Market Value | = | Ending Value as of 04/30 | Cost Basis | Unrealized Gain/(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| $4,116.45 | | $0.00 | | $0.00 | | $0.00 | | $646.20 | | $4,762.65 | $325,906.61 i | ($321,143.97) i |

Values may not reflect all of your gains/losses; Schwab has provided accurate gain and loss information wherever possible for most investments. Cost basis may be incomplete or unavailable for some of your holdings and may change or be adjusted in certain cases. Statement information should not be used for tax preparation, instead refer to official tax documents. For additional information refer to Terms and Conditions.

## Cash and Cash Investments

| Type | Symbol | Description | Quantity | Price($) | Beginning Balance($) | Ending Balance($) | Change in Period Balance($) |
|---|---|---|---|---|---|---|---|
| Cash | | | | | 0.01 | 0.01 | 0.00 |
| **Total Cash and Cash Investments** | | | | | **$0.01** | **$0.01** | **$0.00** |

## Positions - Equities

| Symbol | Description | Quantity | Price($) | Market Value($) | Cost Basis($) | Unrealized Gain/(Loss)($) | Pending/Unsettled Cash($) | Est. Yield | Est. Annual Income($) | Interest/ Yield Rate | % of Acct |
|---|---|---|---|---|---|---|---|---|---|---|---|
| CEI | CAMBER ENERGY INC (M) | 5.0000 | 0.16470 | 0.82 | 12.50 | (11.68) | N/A | N/A | 0.00 | | <1% |
| HNRC | HOUSTON NAT RES CORP | 20,036.0000 | 0.02267 | 454.22 | 10,018.96 | (9,564.74) | N/A | N/A | 0.00 | | 10% |
| MMAT | META MATLS INC (M) | 1,210.0000 | 3.56000 | 4,307.60 | 315,875.15 | (311,567.55) | N/A | N/A | 0.00 | | 90% |
| | WORLDWIDE DIVERSIFIED HL | 10,018.0000 | 0.00000 | 0.00 | N/A i | N/A i | N/A | N/A | 0.00 | | |
| **Total Equities** | | | | **$4,762.64** | **$325,906.61** | **($321,143.97)** | | | **$0.00** | | **100%** |

Estimated Annual Income ("EAI") and Estimated Yield ("EY") calculations are for informational purposes only. The actual income and yield might be lower or higher than the estimated amounts. EY is based upon EAI and the current price of the security and will fluctuate. For certain types of securities, the calculations could include a return of principal or capital gains in which case EAI and EY would be overstated. EY and EAI are not promptly updated to reflect when an issuer has missed a regular payment or announced changes to future payments, in which case EAI and EY will continue to display at a prior rate.

## Transactions - Summary

| Beginning Cash* as of 04/01 | + | Deposits | + | Withdrawals | + | Purchases | + | Sales/Redemptions | + | Dividends/Interest | + | Expenses | = | Ending Cash* as of 04/30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| $0.01 | | $0.00 | | $0.00 | | $0.00 | | $0.00 | | $0.00 | | $0.00 | | $0.01 |

Other Activity **$0.00**      Other activity includes transactions which don't affect the cash balance such as stock transfers, splits, etc.

*Cash (includes any cash debit balance) held in your account plus the value of any cash invested in a sweep money fund.

# Schwab One® Account of
BRADLEY RAINS
DESIGNATED BENE PLAN/TOD

Account Number
2542-7998

Statement Period
May 1-31, 2024

BRADLEY RAINS
DESIGNATED BENE PLAN/TOD
3033 COUNTY ROAD 178
GAINESVILLE TX    76240-7592

## Account Summary

Ending Account Value as of 05/31
**$1,991.64**

Beginning Account Value as of 05/01
**$4,762.65**



| | This Statement | Previous Statement |
|---|---|---|
| Beginning Value | $4,762.65 | $4,116.45 |
| Deposits | 0.00 | 0.00 |
| Withdrawals | 0.00 | 0.00 |
| Dividends and Interest | 0.00 | 0.00 |
| Transfer of Securities | 0.00 | 0.00 |
| Market Appreciation/(Depreciation) | (2,771.01) | 646.20 |
| Expenses | 0.00 | 0.00 |
| **Ending Value** | **$1,991.64** | **$4,762.65** |

Account Ending Value reflects the market value of your cash and investments. It does not include pending transactions, unpriced securities or assets held outside Schwab's custody.

## Manage Your Account

**Customer Service and Trading:**
Call your Schwab Representative
1-800-435-4000
24/7 Customer Service

For the most current records on your account visit schwab.com/login. Statements are archived up to 10 years online.

**Commitment to Transparency**
Client Relationship Summaries and Best Interest disclosures are at schwab.com/transparency.
Charles Schwab & Co., Inc. Member SIPC.

**Online Assistance**
Visit us online at schwab.com
Visit schwab.com/stmt to explore the features and benefits of this statement.



# Schwab One® Account of
BRADLEY RAINS
DESIGNATED BENE PLAN/TOD

Statement Period
May 1-31, 2024

## Asset Allocation
Investment Objective: Growth

| | This Period | Current Allocation |
|---|---|---|
| Equities | 1,991.64 | 100% |
| **Total** | **$1,991.64** | **100%** |

## Margin Loan Information

| Opening Margin Loan Balance | Closing Margin Loan Balance | Funds Available to Withdraw* | Securities Buying Power* |
|---|---|---|---|
| $0.00 | $0.00 | $0.00 | $0.00 |

Margin Loan Rates Vary by Balance
**11.75% - 13.57%**

* Values include any cash plus the amount available using margin borrowing. For more information about the margin feature, please visit schwab.com/margin.

## Top Account Holdings This Period

| SYMBOL CUSIP | Description | Market Value | % of Accounts |
|---|---|---|---|
| HNRC | HOUSTON NAT RES CORP | 1,738.43 | 87% |
| HNRC | HOUSTON NAT RES CORP | 248.45 | 12% |
| MMAT | META MATLS INC | 3.93 | <1% |
| CEI | CAMBER ENERGY INC | 0.83 | <1% |

## Gain or (Loss) Summary

| | Short-Term (ST) | | | Long-Term (LT) | | |
|---|---|---|---|---|---|---|
| | Gain | (Loss) | Net | Gain | (Loss) | Net |
| This Period | 0.00 | (429.76) | (429.76) | 0.00 | (312,895.31) | (312,895.31) |
| YTD | 0.00 | (429.76) | (429.76) | 0.00 | (312,895.31) | (312,895.31) |
| **Unrealized** | | | | | | **($10,589.91)** |

Values may not reflect all of your gains/losses and may be rounded up to the nearest dollar. Schwab has provided accurate gain and loss information wherever possible for most investments. Cost basis may be incomplete or unavailable for some of your holdings and may change or be adjusted in certain cases. Please login to your account at Schwab.com for real-time gain/loss information. Statement information should not be used for tax preparation, instead refer to official tax documents. For additional information refer to Terms and Conditions.



# Schwab One® Account of
BRADLEY RAINS
DESIGNATED BENE PLAN/TOD

Statement Period
May 1-31, 2024

## Positions - Summary

| Beginning Value as of 05/01 | + | Transfer of Securities(In/Out) | + | Dividends Reinvested | + | Cash Activity | = | Change in Market Value | = | Ending Value as of 05/31 | Cost Basis | Unrealized Gain/(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| $4,762.65 | | $0.00 | | $0.00 | | $0.00 | | ($2,771.01) | | $1,991.64 | $12,581.55 i | ($10,589.91) i |

## Cash and Cash Investments

| Type | Symbol | Description | Quantity | Price($) | Beginning Balance($) | Ending Balance($) | Change in Period Balance($) | Pending/Unsettled Cash($) | Interest/ Yield Rate |
|---|---|---|---|---|---|---|---|---|---|
| Cash | | | | | 0.01 | 0.00 | (0.01) | 0.00 | |
| **Total Cash and Cash Investments** | | | | | **$0.01** | **$0.00** | **($0.01)** | | |

## Positions - Equities

| Symbol | Description | Quantity | Price($) | Market Value($) | Cost Basis($) | Unrealized Gain/(Loss)($) | Est. Yield | Est. Annual Income($) | % of Acct |
|---|---|---|---|---|---|---|---|---|---|
| CEI | CAMBER ENERGY INC (M) | 5.0000 | 0.16660 | 0.83 | 12.50 | (11.67) | N/A | 0.00 | <1% |
| HNRC | HOUSTON NAT RES CORP | 20,036.0000 | 0.01240 | 248.45 | | | N/A | 0.00 | 12% |
| HNRC | HOUSTON NAT RES CORP | 140,196.0000 | 0.01240 | 1,738.43 | 12,549.44 | (10,562.56) | N/A | 0.00 | 87% |
| MMAT | META MATLS INC (M) | 1.0000 | 3.93000 | 3.93 | 19.61 | (15.68) | N/A | 0.00 | <1% |
| | WORLDWIDE DIVERSIFIED HL | 10,018.0000 | 0.00000 | 0.00 | N/A i | N/A i | N/A | 0.00 | |
| **Total Equities** | | | | **$1,991.64** | **$12,581.55** | **($10,589.91)** | | **$0.00** | **100%** |

Values may not reflect all of your gains/losses; Schwab has provided accurate gain and loss information wherever possible for most investments. Cost basis may be incomplete or unavailable for some of your holdings and may change or be adjusted in certain cases. Statement information should not be used for tax preparation, instead refer to official tax documents. For additional information refer to Terms and Conditions.

Estimated Annual Income ("EAI") and Estimated Yield ("EY") calculations are for informational purposes only. The actual income and yield might be lower or higher than the estimated amounts. EY is based upon EAI and the current price of the security and will fluctuate. For certain types of securities, the calculations could include a return of principal or capital gains in which case EAI and EY would be overstated. EY and EAI are not promptly updated to reflect when an issuer has missed a regular payment or announced changes to future payments, in which case EAI and EY will continue to display at a prior rate.



# Schwab One® Account of
BRADLEY RAINS
DESIGNATED BENE PLAN/TOD

Statement Period
May 1-31, 2024

## Transactions - Summary

| Beginning Cash* as of 05/01 | + | Deposits | + | Withdrawals | + | Purchases | + | Sales/Redemptions | + | Dividends/Interest | + | Expenses | = | Ending Cash* as of 05/31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| $0.01 | | $0.00 | | $0.00 | | ($2,530.48) | | $2,530.47 | | $0.00 | | $0.00 | | $0.00 |

*Cash (includes any cash debit balance) held in your account plus the value of any cash invested in a sweep money fund.

**Other Activity $0.00**    Other activity includes transactions which don't affect the cash balance such as stock transfers, splits, etc.

## Transaction Details

| Date | Category | Action | Symbol/CUSIP | Description | Quantity | Price/Rate per Share($) | Charges/Interest($) | Amount($) | Realized Gain/(Loss)($) |
|---|---|---|---|---|---|---|---|---|---|
| 05/13 | Sale | | MMAT | META MATLS INC<br>Exchange Processing Fee $0.02 | (122.0000) | 2.3000 | 0.02 | 280.58 | (95,905.66) [M] |
| 05/15 | Sale | | MMAT | META MATLS INC<br>Exchange Processing Fee $0.20 | (1,087.0000) | 2.0700 | 0.20 | 2,249.89 | (429.76) [M]<br>(216,989.65) [M] |
| | Purchase | | HNRC | HOUSTON NAT RES CORP TRADES WITH DUE BILLS<br>Commission $6.95 | 140,196.0000 | 0.0180 | 6.95 | (2,530.48) | |
| **Total Transactions** | | | | | | | | **($0.01)** | **$(313,325.07)** |

Date column represents the Settlement/Process date for each transaction.

## Endnotes For Your Account

(M)    Denotes a security that is marginable. Some mutual fund or ETF investments may not be immediately marginable.

## Terms and Conditions

**GENERAL INFORMATION AND KEY TERMS:** This Account statement is furnished solely by Charles Schwab & Co., Inc. ("Schwab") for your Account at Schwab ("Account"). Unless otherwise defined herein, capitalized terms have the same meanings as in your Account Agreement. If you receive any other communication from any source other than Schwab which purports to represent your holdings at Schwab (including balances held at a Depository Institution) you should verify its content with this statement. **Accrued Income:** Accrued Income is the sum of the total accrued interest and/or accrued dividends on positions held in your Account, but the interest and/or dividends have not been received into your Account. Schwab makes no representation that the amounts shown (or any other amount) will be received. Accrued amounts are not covered by SIPC account protection until actually received and held in the Account. AIP **(Automatic Investment Plan) Customers:** Schwab receives remuneration in connection with certain transactions effected through Schwab. If you participate in a systematic investment program through Schwab, the additional information normally detailed on a trade confirmation will be provided upon request. **Average Daily Balance:** Average daily composite of all cash balances that earn interest and all loans from Schwab that are charged interest. **Bank Sweep and Bank Sweep for Benefit Plans Features:** Schwab acts as your agent and custodian in establishing and maintaining your Deposit Account(s) as a feature of your brokerage Account(s). Deposit accounts held through these bank sweep features constitute direct

i    Value includes incomplete, missing or cost basis that is not tracked due to the security type. If cost basis is not available for an investment, you may be able to provide updates. For questions, please refer to the contact information on the first page of this statement.

# Schwab One® Account of

BRADLEY RAINS
DESIGNATED BENE PLAN/TOD

Account Number: 2542-7998
Statement Period: September 1-30, 2024

BRADLEY RAINS
DESIGNATED BENE PLAN/TOD
3033 COUNTY ROAD 178
GAINESVILLE TX     76240-7592

## Account Summary

Ending Account Value as of 09/30: **$1,923.26**
Beginning Account Value as of 09/01: **$1,570.83**

| | This Statement | YTD |
|---|---|---|
| Beginning Value | $1,570.83 | $8,543.94 |
| Deposits | 0.00 | 0.00 |
| Withdrawals | 0.00 | 0.00 |
| Dividends and Interest | 0.00 | 0.00 |
| Transfer of Securities | 0.00 | 0.00 |
| Market Appreciation/(Depreciation) | 352.43 | (6,620.68) |
| Expenses | 0.00 | 0.00 |
| **Ending Value** | **$1,923.26** | **$1,923.26** |

Account Ending Value reflects the market value of your cash and investments. It does not include pending transactions, unpriced securities or assets held outside Schwab's custody.

## Manage Your Account

**Customer Service and Trading:**
Call your Schwab Representative
1-800-435-4000
24/7 Customer Service

For the most current records on your account visit schwab.com/login. Statements are archived up to 10 years online.

## Commitment to Transparency

Client Relationship Summaries and Best Interest disclosures are at schwab.com/transparency. Charles Schwab & Co., Inc. Member SIPC.

## Online Assistance

Visit us online at schwab.com
Visit schwab.com/stmt to explore the features and benefits of this statement.



# Schwab One® Account of
BRADLEY RAINS
DESIGNATED BENE PLAN/TOD

Statement Period
September 1-30, 2024

## Asset Allocation

| Investment Objective: Growth | This Period | Current Allocation |
|---|---|---|
| Equities | 1,923.26 | 100% |
| **Total** | **$1,923.26** | **100%** |

## Margin Loan Information

| Opening Margin Loan Balance | Closing Margin Loan Balance | Funds Available to Withdraw* | Securities Buying Power* |
|---|---|---|---|
| $0.00 | $0.00 | $0.00 | $0.00 |

Margin Loan Rates Vary by Balance
**11.25% - 13.07%**

* Values include any cash plus the amount available using margin borrowing.
For more information about the margin feature, please visit schwab.com/margin.

## Top Account Holdings This Period

| SYMBOL CUSIP | Description | Market Value | % of Accounts |
|---|---|---|---|
| HNRC | CUNNINGHAM NAT RES CORP | 1,682.35 | 87% |
| HNRC | CUNNINGHAM NAT RES CORP | 240.43 | 13% |
| MMATQ | META MATLS INC | 0.37 | <1% |
| CEIN | CAMBER ENERGY INC | 0.11 | <1% |

## Gain or (Loss) Summary

| | Short-Term (ST) | | | Long-Term (LT) | | | Unrealized |
|---|---|---|---|---|---|---|---|
| | Gain | (Loss) | Net | Gain | (Loss) | Net | |
| This Period | 0.00 | (429.76) | (429.76) | 0.00 | 0.00 | 0.00 | |
| YTD | 0.00 | (429.76) | (429.76) | 0.00 | (312,895.31) | (312,895.31) | ($10,658.29)[1] |

## A Message About Your Account

Values may not reflect all of your gains/losses and may be rounded up to the nearest dollar; Schwab has provided accurate gain and loss information wherever possible for most investments. Cost basis may be incomplete or unavailable for some of your holdings and may change or be adjusted in certain cases. Please login to your account at Schwab.com for real-time gain/loss information. Statement information should not be used for tax preparation, instead refer to official tax documents. For additional information refer to Terms and Conditions.

## Statement of Financial Condition

The most recent statement of financial condition for Charles Schwab & Co., Inc. (CS&Co) may be obtained at no cost at http://www.schwab.com/legal/financials or by calling 1-800-435-4000. For clients of independent investment advisors, contact Schwab Alliance at 1-800-647-5465. International clients, call +1-415-667-7870 and Charles Schwab Hong Kong

# Schwab One® Account of
BRADLEY RAINS
DESIGNATED BENE PLAN/TOD

Statement Period
September 1-30, 2024

## A Message About Your Account (continued)

clients, call +852-2101-0500. At June 30, and July 31, 2024, CS&Co had net capital of $8.8 billion and $9.0 billion, respectively, and a net capital requirement of $1.7 billion and $1.8 billion, respectively. A copy of the report may be requested via: Investor Relations, 211 Main Street, San Francisco, CA 94105. Independent investment advisors are not owned by, affiliated with, or supervised by CS&Co.

## Positions - Summary

| Beginning Value as of 09/01 | +/- | Transfer of Securities(In/Out) | +/- | Dividends Reinvested | +/- | Cash Activity | +/- | Change in Market Value | = | Ending Value as of 09/30 |
|---|---|---|---|---|---|---|---|---|---|---|
| $1,570.83 | | $0.00 | | $0.00 | | $0.00 | | $352.43 | | $1,923.26 |

Values may not reflect all of your gains/losses; Schwab has provided accurate gain and loss information wherever possible for most investments. Cost basis may be incomplete or unavailable for some of your holdings and may change or be adjusted in certain cases. Statement information should not be used for tax preparation, instead refer to official tax documents. For additional information refer to Terms and Conditions.

## Positions - Equities

| Symbol | Description | Quantity | Price($) | Market Value($) | Cost Basis($) | Unrealized Gain/(Loss)($) | Est. Yield | Est. Annual Income($) | % of Acct |
|---|---|---|---|---|---|---|---|---|---|
| CEIN | CAMBER ENERGY INC | 5.0000 | 0.02160 | 0.11 | 12.50 | (12.39) | N/A | 0.00 | <1% |
| HNRC | CUNNINGHAM NAT RES CORP | 20,036.0000 | 0.01200 | 240.43 | | | | | 13% |
| HNRC | CUNNINGHAM NAT RES CORP | 140,196.0000 | 0.01200 | 1,682.35 | 12,549.44 | (10,626.66) | N/A | 0.00 | 87% |
| MMAT Q | META MATLS INC | 1.0000 | 0.37000 | 0.37 | 19.61 | (19.24) | N/A | 0.00 | <1% |
| | WORLDWIDE DIVERSIFIED HL | 10,018.0000 | 0.00000 | 0.00 | N/A i | N/A i | N/A | 0.00 | |
| **Total Equities** | | | | **$1,923.26** | **$12,581.55** i | **($10,658.29)** i | | **$0.00** | **100%** |

Estimated Annual Income ("EAI") and Estimated Yield ("EY") calculations are for informational purposes only. The actual income and yield might be lower or higher than the estimated amounts. EY is based upon EAI and the current price of the security and will fluctuate. For certain types of securities, the calculations could include a return of principal or capital gains in which case EAI and EY would be overstated. EY and EAI are not promptly updated to reflect when an issuer has missed a regular payment or announced changes to future payments, in which case EAI and EY will continue to display at a prior rate.

## Transactions - Summary

| Beginning Cash* as of 09/01 | +/- | Deposits | +/- | Withdrawals | +/- | Purchases | +/- | Sales/Redemptions | +/- | Dividends/Interest | +/- | Expenses | = | Ending Cash* as of 09/30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| $0.00 | | $0.00 | | $0.00 | | $0.00 | | $0.00 | | $0.00 | | $0.00 | | $0.00 |

Other Activity  $0.00     Other activity includes transactions which don't affect the cash balance such as stock transfers, splits, etc.

*Cash (includes any cash debit balance) held in your account plus the value of any cash invested in a sweep money fund.