NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | | **PROOF OF INTEREST** |
|---|---|---|
| Name of Debtor: Meta Materials Inc. | Case Number: 24-50792-hlb | |

**1. Name and address of holder of the Equity Interest** (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

JARED DUECK
15 EAGLEMERE DR.
WINNIPEG, MB
R2K 4K3

Telephone Number: 204-218-1799

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

■ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

**COURT USE ONLY**

Account or other number by which Interest holder identifies Debtor:

**26839859**

Check here if this claim:
☐ replaces a previously filed Proof of Interest dated: _____
☐ amends a previously filed Proof of Interest dated: _____

**2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:**
RBC Direct investing Inc. Royal Bank Plaza, 200 Bay St. Toronto, ON

Telephone Number: 1-800-769-1255

**3. Date Equity Interest was acquired:**
JUNE 5, 2024
SEE ATTACHED.

**4. Total amount of member interest:** 245

**5. Certificate number(s):** _____

**6. Type of Equity Interest:**
Please indicate the type of Equity Interest you hold:
■ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
☐ Check this box if your Equity Interest is based on anything else and describe that interest:
Description: _____

**7. Supporting Documents**: Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**8. Date-Stamped Copy**: To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

**9. Signature:**
Check the appropriate box.
■ I am the creditor.   ☐ I am the creditor's authorized agent.   ☐ I am the trustee, or the debtor,   ☐ I am a guarantor, surety, endorser, or other codebtor.
(Attach copy of power of attorney, if any.)   or their authorized agent.   (See Bankruptcy Rule 3005.)
(See Bankruptcy Rule 3004.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: Jared Dueck
Title: _____
Company: __ Address and telephone number (if different from notice address above):

(Signature)    DEC 2, 2024 (Date)

Telephone number: 204-218-1799   email: dueck.j.a@gmail.com

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

## Holdings

November 20, 2024

Select an account, goal or group

26839859 - TFSA

Previous Day | Intraday

| Trailing 12 Mo Return | Unrealized Gain/Loss | Combined Book Cost | Combined Total |
|---|---|---|---|
| -51.59% | CAD -21,821.75 | CAD 30,247.53 | CAD 8,437.60 |
|  | -72.14% | USD 21,658.75 | USD 6,041.75 |

| CURRENCY | CASH | INVESTMENTS | TOTAL |
|---|---|---|---|
| CAD | 11.82 | 8,425.78 | 8,437.60 |

Balances as of Nov 20, 2024 12:10:58 PM ET   |   View Exchange Rates [1]

View holdings by  Settlement Currency    Go       Values displayed in  Settlement Currency    Go

As of Nov. 20, 2024 at 12:10 PM ET.  Some quotes may be delayed.

### CAD Holdings

Intraday Change in CAD (%)
**216.72 (+2.64%)**

Total Book Cost in CAD
**30,247.53**

Total Market Value in CAD
**8,425.78**

#### Common Shares

| SYMBOL/NAME | QUANTITY | AVERAGE COST | LAST PRICE | CHANGE $(%) | BOOK COST | MARKET VALUE | UNREALIZED GAIN/LOSS $(%) |
|---|---|---|---|---|---|---|---|
| CEIN — CAMBER ENERGY INC COMMON STOCK | 13 | 35.6538 | 0.0246 | 0.0001 (+0.57%) | 463.50 | 0.32 | -463.18 (-99.93%) |
| F042416 — FIRE AND FLOWER HLDGS CORP COM NEW | 4 | 13.5875 | 0.00 | N/A | 54.35 | 0.00 | -54.35 (-100.00%) |
| GME — GAMESTOP CORP CLASS A | 140 | 37.6921 | 40.067 | 1.5641 (+4.06%) | 5,276.89 | 5,609.38 | +332.49 (+6.30%) |
| HITI — HIGH TIDE INC COMMON NEW | 50 | 10.4012 | 3.85 | 0.12 (+3.22%) | 520.06 | 192.50 | -327.56 (-62.99%) |
| MMATQ — META MATERIALS INC COMMON STOCK | 245 | 76.2334 | 0.0852 | 0.00 (0.00%) | 18,677.18 | 20.87 | -18,656.31 (-99.89%) |
| MULN — MULLEN AUTOMATIVE INC COMMON STOCK | 1 | 1,798.77 | 3.8405 | 0.2653 (+7.42%) | 1,798.77 | 3.84 | -1,794.93 (-99.79%) |
| RIOT — RIOT PLATFORMS INC COMMON STOCK | 152 | 22.5665 | 17.0798 | -0.0559 (-0.33%) | 3,430.11 | 2,596.13 | -833.98 (-24.31%) |
| SNDL — SNDL INC COM | 1 | 26.67 | 2.7372 | -0.0279 (-1.01%) | 26.67 | 2.74 | -23.93 (-89.74%) |
| **Sub Total in CAD:** |  |  |  |  | **30,247.53** | **8,425.78** | **-21,821.75 (-72.14%)** |

### MOST RECENT FROM INSPIRED INVESTOR



IDEAS & MOTIVATION
Boring but Beautiful? Can "Boring" Stocks Help Balance



NOW & NOTEWORTHY
Key Dates for Investors: November 2024



FEATURED
Top 10 Traded Stocks and ETFs in October 2024

# Transactions

November 20, 2024

Activity    Order Status                                              Holdings ▸    Performance ▸    Transfer Funds ▸

Select an account, goal or group

| 26839859 - TFSA ⌄ |

Transactions as of Nov 20, 2024 at 12:05:26 pm ET

Trades this month:[3] 0

⬚ Export    (?) FAQ

## Submitted transactions
Online transfer requests that have been submitted but not processed to your account.

0 Activities ⌄

## Processed transactions  (i) Disclaimers
Displays up to a maximum of 15 months

9 Activities

Display:  30 Days   90 Days   1 Year   ( Max )

Sort:  Date   Activity   ( Symbol ∧ )   Settlement Date

Filter (1) ≡

### Monday, January 29, 2024

| Reorganization | Value 0.00 CAD |

| M067927  REV - META MATLS INC COMMON STOCK REV SPLIT TO META MATLS NEW 1 FOR 100 | Quantity -16,491 |

### Tuesday, June 4, 2024

| Buy | Settlement Date Jun 5, 2024 | Value -415.22 CAD |

| MMAT  META MATERIALS INC COMMON STOCK UNSOLICITED DA EXCHANGE RATE 1.38850000 | Quantity 80 | Price 3.6137 |

### Monday, January 29, 2024

| Reorganization | Value 0.00 CAD |

| MMAT  REV - META MATERIALS INC COMMON STOCK RESULT OF REVERSE SPLIT | Quantity 165 |

### Thursday, November 30, 2023

| Buy | Settlement Date Dec 4, 2023 | Value -494.11 CAD |

| MMAT  META MATLS INC COMMON STOCK UNSOLICITED DA EXCHANGE RATE 1.37720000 | Quantity 3,711 | Price 0.094 |

### Tuesday, November 14, 2023

| Buy | Settlement Date Nov 16, 2023 | Value -333.33 CAD |

| MMAT  META MATLS INC COMMON STOCK UNSOLICITED DA EXCHANGE RATE 1.39100000 | Quantity 2,552 | Price 0.09 |

### Friday, October 13, 2023

| Buy | Settlement Date Oct 17, 2023 | Value -476.03 CAD |

| MMAT  META MATLS INC COMMON STOCK UNSOLICITED DA EXCHANGE RATE 1.38640000 | Quantity 1,540 | Price 0.2165 |

Friday, September 29, 2023

| Buy | | Settlement Date Oct 3, 2023 | Value -187.52 CAD |
|---|---|---|---|
| MMAT | META MATLS INC COMMON STOCK UNSOLICITED AVG PRICE SHOWN-DETAILS ON REQ DA EXCHANGE RATE 1.37930000 | Quantity 600 | Price 0.21 |

Friday, September 15, 2023

| Buy | | Settlement Date Sep 19, 2023 | Value -350.17 CAD |
|---|---|---|---|
| MMAT | META MATLS INC COMMON STOCK UNSOLICITED DA EXCHANGE RATE 1.37440000 | Quantity 1,080 | Price 0.2267 |

Thursday, August 31, 2023

| Buy | | Settlement Date Sep 5, 2023 | Value -256.10 CAD |
|---|---|---|---|
| MMAT | META MATLS INC COMMON STOCK UNSOLICITED DA EXCHANGE RATE 1.37380000 | Quantity 750 | Price 0.2353 |