NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | | **PROOF OF INTEREST** |
|---|---|---|
| Name of Debtor: <br> Meta Materials Inc. | Case Number: <br> 24-50792-hlb | |

**1. Name and address of holder of the Equity Interest** (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

JARED DUECK
15 EAGLEMERE DR,
WINNIPEG, MB
R2K 4K3

Telephone Number: 204-218-1799

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

☑ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

**COURT USE ONLY**

Account or other number by which Interest holder identifies Debtor:
**66771688**

Check here if this claim:
☐ replaces a previously filed Proof of Interest dated: _____
☐ amends a previously filed Proof of Interest dated: _____

**2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:**
RBC Direct investing Inc. Royal Bank Plaza, 200 Bay St. Toronto, ON

Telephone Number: 1-800-769-1255

**3. Date Equity Interest was acquired:**
NOV 8, 2023
SEE ATTACHED.

**4. Total amount of member interest:** 923

**5. Certificate number(s):**

**6. Type of Equity Interest:**
Please indicate the type of Equity Interest you hold:
☑ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
☐ Check this box if your Equity Interest is based on anything else and describe that interest:
Description: _____

**7. Supporting Documents:** Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**8. Date-Stamped Copy:** To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

**9. Signature:**
Check the appropriate box.
☑ I am the creditor. ☐ I am the creditor's authorized agent. ☐ I am the trustee, or the debtor, ☐ I am a guarantor, surety, endorser, or other codebtor.
(Attach copy of power of attorney, if any.) or their authorized agent. (See Bankruptcy Rule 3005.)
(See Bankruptcy Rule 3004.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: Jared Dueck
Title:
Company: ___ Address and telephone number (if different from notice address above):

(Signature)
Date: DEC 2, 2024

Telephone number: 204-218-1799    email: dueck.j.a@gmail.com

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

**Holdings**

November 20, 2024

Select an account, goal or group

66771688 - Investment

Previous Day | Intraday

| Trailing 12 Mo Return[2] | Unrealized Gain/Loss | Combined Book Cost | Combined Total | Combined Margin |
|---|---|---|---|---|
| **-99.41%** | CAD **-14,894.20** | CAD **14,972.84** | CAD **73.30** | CAD **N/A** |
| | -99.47% | USD 10,721.31 | USD 52.49 | USD N/A |

| CURRENCY | CASH | INVESTMENTS[5] | SHORT | TOTAL |
|---|---|---|---|---|
| CAD | -5.34 | 78.64 | N/A | 73.30 |

Balances as of Nov 20, 2024 12:10:05 PM ET  |  View Exchange Rates [1]

View holdings by  Settlement Currency  v   Go           Values displayed in  Settlement Currency  v   Go

As of Nov. 20, 2024 at 12:10 PM ET.  Some quotes may be delayed.

**CAD Holdings**

Intraday Change in CAD (%): **0.00 (0.00%)**
Total Book Cost in CAD: **14,972.84**
Total Market Value in CAD: **78.64**

**Common Shares**

| SYMBOL/NAME | QUANTITY | AVERAGE COST | LAST PRICE | CHANGE $(%) | BOOK COST | MARKET VALUE | UNREALIZED GAIN/LOSS $(%) |
|---|---|---|---|---|---|---|---|
| **MMATQ** META MATERIALS INC COMMON STOCK | 923 | 16.2219 | 0.0852 | 0.00 (0.00%) | 14,972.84 | 78.64 | -14,894.20 (-99.47%) |
| | | | | Sub Total in CAD: | 14,972.84 | 78.64 | -14,894.20 (-99.47%) |

## MOST RECENT FROM INSPIRED INVESTOR



**IDEAS & MOTIVATION**
Boring but Beautiful? Can "Boring" Stocks Help Balance Your Portfolio?

Beyond big buzzy stocks is a much wider world of sectors to invest in, including "boring" stocks



**NOW & NOTEWORTHY**
Key Dates for Investors: November 2024

Dates, deadlines, announcements and more that self-directed investors need to know.



**FEATURED**
Top 10 Traded Stocks and ETFs in October 2024

Here's what RBC Direct Investing clients traded and added to watchlists in October.

**Important Information**

*Options data provided by Bourse De Montréal and OPRA are delayed 15 minutes. ICE Indices, NYMEX and COMEX data are delayed at least 10 minutes.

As your agreement for the receipt and use of market data provides, the securities markets (1) reserve all rights to the market data that they make available, (2) do not guarantee that data; and (3) shall not be liable for any loss due either to their negligence or to any cause beyond their reasonable control. Some quotes or market data may be delayed.

Quotes for NYSE, AMEX and NASDAQ listed securities are based on Cboe One Real-Time Quote, or consolidated market quote. OTC data provided by OTC Markets Group Inc.

# Transactions

November 20, 2024

Activity    Order Status                                                    Holdings ▸    Performance ▸    Transfer Funds ▸

Select an account, goal or group

66771688 - Investment ⌄          Transactions as of Nov 20, 2024 at 12:07:52 pm ET          Trades this month:³ 0

Export    FAQ

## Submitted transactions
Online transfer requests that have been submitted but not processed to your account.    0 Activities ⌄

## Processed transactions  ⓘ Disclaimers    5 Activities
Displays up to a maximum of 15 months

Display:  30 Days  90 Days  1 Year  ( Max )

Sort:  Date  Activity  ( Symbol ⌄ )  Settlement Date          Filter (1)

### Monday, January 29, 2024

| Reorganization | Value 0.00 CAD |

M067927    REV - META MATLS INC COMMON STOCK REV SPLIT TO META MATLS NEW 1 FOR 100          Quantity -92,201

| Reorganization | Value 0.00 CAD |

MMAT    REV - META MATERIALS INC COMMON STOCK RESULT OF REVERSE SPLIT          Quantity 923

### Wednesday, November 8, 2023

| Buy | Settlement Date Nov 10, 2023 | Value -4,985.61 CAD |

MMAT    META MATLS INC COMMON STOCK UNSOLICITED AVG PRICE SHOWN-DETAILS ON REQ DA
EXCHANGE RATE 1.40090000          Quantity 34,566    Price 0.1027

### Tuesday, October 31, 2023

| Buy | Settlement Date Nov 2, 2023 | Value -5,438.56 CAD |

MMAT    META MATLS INC COMMON STOCK UNSOLICITED AVG PRICE SHOWN-DETAILS ON REQ DA
EXCHANGE RATE 1.40780000          Quantity 31,523    Price 0.1222

### Wednesday, October 25, 2023

| Buy | Settlement Date Oct 27, 2023 | Value -4,548.67 CAD |

MMAT    META MATLS INC COMMON STOCK UNSOLICITED DA EXCHANGE RATE 1.39940000          Quantity 26,112    Price 0.1241