NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | | **PROOF OF INTEREST** |
|---|---|---|
| Name of Debtor: **Meta Material Inc** | Case Number: **24-50792** | **COURT USE ONLY** |

**1. Name and address of holder of the Equity Interest** (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

**Benjamin Friedman**
**68 Blue Forest Drive**
**Toronto, Ontario**
**Canada M3H 4W5**

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

■ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

Telephone Number: **416-414-8222**

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

| Account or other number by which Interest holder identifies Debtor: **Account # 27214355** | Check here if this claim: ☐ replaces a previously filed Proof of Interest dated: ☐ amends a previously filed Proof of Interest dated: |
|---|---|
| **2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:** **Questrade** **5700 Yonge Street, Suite 1900** **North York, Ontario, Canada** **M2M 4K2** Telephone Number: **1-888-783-7866** | **3. Date Equity Interest was acquired:** **From March 2021 to Oct 2024** |
| 4. Total amount of member interest: **Pre 1/100 Reverse Split 157,000 shares. After the 1/100 reverse split I'm holding 1570 shares** | 5. Certificate number(s): |

**6. Type of Equity Interest:**
Please indicate the type of Equity Interest you hold:
■ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
☐ Check this box if your Equity Interest is based on anything else and describe that interest:
**Description: Investor**

**7. Supporting Documents**: Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**8. Date-Stamped Copy:** To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

**9. Signature:**
Check the appropriate box.
☒ I am the creditor. ☐ I am the creditor's authorized agent.
  ☐ I am the trustee, or the debtor,
    ☐ I am a guarantor, surety, endorser, or other codebtor.
(Attach copy of power of attorney, if any.)
  or their authorized agent.
    (See Bankruptcy Rule 3005.)
  (See Bankruptcy Rule 3004.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: **Benjamin Friedman**    NOV 25-2024
Title:
Company: Address and telephone number (if different from notice address above):
(Signature) (Date) Telephone number: email: **Phone 416-414-8222 Email: yumi58@gmail.com**

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*



Canada Revenue Agency / Agence du revenu du Canada

**T5008**

## STATEMENT OF SECURITIES TRANSACTIONS
## ÉTATDES OPÉRATIONS SUR TITRES

**Issuer/Négociant:**

Questrade, Inc.
5700 Yonge St., Suite 1900,
Toronto, ON, M2M 4K2
Phone: 1.888.783.7866
www.questrade.com

**Recipient/Bénéficiaire:**

BENJAMIN FRIEDMAN
68 BLUE FOREST DR
TORONTO, ON
M3H4W8

META MATERIAL INC
2023 QUESTRADE ACCOUNT MARGIN ACCOUNT

| Year/Année | Account Number / Numéro decompte | 10 - Report Code / Code du feuillet | 11 - Recipient Type / Type de bénéficiaire | 12 - Recipient Id / I.d. du bénéficiaire |
|---|---|---|---|---|
| 2023 | 27214355 | O | 1 | |

| Box 13 Foreign Currency / Devises étrangères | Box 14 Date | Box 15 Type Code of Securities / Code de genre de titres | Box 16 Quantity of Securities / Quantité de titres | Box 17 Identification of Securities / Désignation des titres | Box 18 ISIN/CUSIP Number / Numéro ISIN/Cusip | Box 19 Face amount / Valeur nominale | Box 20 Cost or Book Value / Coût ou valeur comptable | Box 21 Proceeds Of Disposition / Produits de disposition |
|---|---|---|---|---|---|---|---|---|
| USD | 2023-05-19 | SHS | 55,000.0000 | META MATLS INC COMMON STOCK | 59134N104 | $0.00 | $277,945.61 | $11,424.68 |
| USD | 2023-06-29 | SHS | 2,000.0000 | META MATLS INC COMMON STOCK | 59134N104 | $0.00 | $357.95 | $347.24 |

Securities transactions are disclosed to the Canada Revenue Agency and Revenue Quebec (resident of Quebec only) on a yearly basis. These transactions are to be reported on your annual return of income. Please retain for income tax purposes, as no other form will be issued.
Les opérations sur titres sont divulguées annuellement à l'Agence du revenu du Canada et à Revenu Québec (résidents du Québec uniquement). Ces transactions doivent être déclarées dans votre déclaration de revenus annuelle. Veuillez les conserver aux fins de l'impôt sur le revenu, car aucun autre formulaire ne sera émis.



2023

LOSE  277,945.61 USD
     −11,424.68 USD
     ─────────────
     (266,520.93 USD)

LOSE  357.95 USD
     −347.24 USD
     ─────────────
     (10.71 USD)




## Get the most out of your statement

Your statement is broken down into **five** straight-forward categories, each designed to help you understand how your investments are performing:

- Measure overall account performance, past and present
- Track incoming/outgoing fees and rebates
- Monitor your portfolio's position allocation

**Talk to us, follow us, watch us**

For help with your account, Monday to Friday, 8 a.m. to 8 p.m. ET:

- Visit chat and we can help you immediately
- Call us at 1.888.783.7866
- Email support@questrade.com

For all other help, join the conversation:

- On the Exchange, your online community
- Follow us on Facebook or Twitter
- Tune into our YouTube channel
- Visit our LinkedIn page

## ACCOUNT STATEMENT
Order execution only account

BENJAMIN FRIEDMAN

68 BLUE FOREST DR TORONTO ON
M3H 4W5

**Account #:** 51919611

**Type:** Individual Tax-Free Savings Account (TFSA)   *(TFSA circled)*

**Currency:** CAD/USD

**Current month balance:** ▓▓▓
(September 30, 2024)

**Last month balance:** ▓▓▓
(August 30, 2024)

**Current month:** September 30, 2024

**Account opened:** April 25, 2019

**Dealer:** Questrade, Inc.

*Handwritten note:* HAD TO TRANSFERD FROM TFSA ACCT TO MARGIN ACCOUNT

### SUMMARY
An overview of current and historical balances.

### PERFORMANCE
Your current and historical rate of return.

### INVESTMENT DETAILS
A detailed summary of cash and settled positions.

### ACTIVITY DETAILS
A breakdown of cash and position changes during the month.

### TRADES TO SETTLE AFTER MONTH END
A summary of all trades not settled by the end of the month.

*Handwritten note:* LOSE OF $81,207.45 USD



CPF / FC E
MEMBER MEMBRE

Regulated by Canadian Investment Regulatory Organization
Reglementée par Organisme canadien de reglementation des investissements

Current month FX rate: $1.00 USD = $1.3525 CAD       Previous month FX rate: $1.00 USD = $1.3493 CAD       Account #: 51919611       Current month: September 30, 2024

Questrade, Inc. All rights reserved. Member of CIRO and the Canadian Investor Protection Fund. QUESTRADE is a registered trademark of Questrade, Inc.



**ACCOUNT STATEMENT**

## 03. INVESTMENT DETAILS

## Stocks owned

| | | Securities held in CAD | Securities held in USD | Combined in CAD | Securities held in CAD | Securities held in USD | Combined in CAD |
|---|---|---|---|---|---|---|---|
| | | **CURRENT MONTH** | | | **PREVIOUS MONTH** | | |
| Market Value ($) | | ▓▓▓ | ▓▓▓ | ▓▓▓ | ▓▓▓ | ▓▓▓ | ▓▓▓ |

| Symbol | Description | Cost basis[1] | Qty[1] | Segr.[1] | Cost/share | Pos. cost[1] | Mkt. price[1] | Mkt. value[1] | P&L[1] | % return[1] | % port.[1] |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Securities held in USD | | | | | | | | | | |
| MMATQ | META MATERIALS INC COMMON STOCK | BK | 1,570.00 | 1,570.00 | 52.07 | 81,756.95 | 0.35 | 549.50 | -81,207.45 | -99.33 | 100.00 |

(handwritten annotations: "QTY" pointing to Qty column; "P&L" pointing to P&L column)

### [1]Investment details

**Cost basis:**
- **Book cost (BK):** The cost of a security adjusted by any corporate actions, reinvested dividends, and return of capital.
- **Historical Market value (HMV):** The historical market value of the security is used to estimate some or all of its book cost.
- **Historical Market value date (HMVD):** The market value of the security on October 30, 2015 was used to estimate some or all of its book cost.
- **Non-determinable (ND):** The security is not included in your % portfolio calculation because the cost basis cannot be determined.

**Quantity (Qty.):** The quantity for each security may include fractional shares which are shown in decimals.
**Segregated (Segr.):** fully paid securities that require no reimbursement to Questrade.
**Position cost (Pos. cost):** the cost of the position.
**Market price (Mkt. price)/Market value (Mkt. value):** the price at which a security is trading and could presumably be purchased or sold.
Market value may include accrued interest.
A letter to the right of the market value means:
E: we have estimated the market value of the security
N: the market value of the security cannot be determined
For an explanation of market price, including illiquid or non-exchange traded securities, please refer to the disclosures at the end of this statement.
In RESP accounts, the market value of any securities you own in U.S. dollars are converted and displayed in Canadian dollars.
**P&L:** the market value minus the position cost.
**% portfolio (% port.):** the value of the security divided by the value of all owned positions in your account. Shorted positions are not included in this calculation.
**Note:** Continue reading on glossary page

---

Current month FX rate: $1.00 USD = $1.3525 CAD     Previous month FX rate: $1.00 USD = $1.3493 CAD     Account #: 51919611     Current month: September 30, 2024

©Questrade, Inc. All rights reserved. Member of CIRO and the Canadian Investor Protection Fund. QUESTRADE is a registered trademark of Questrade, Inc.    Page 10 of 14

**MMAT MARGIN ACCT**

| Date | Date | Action | Symbol | Description | Quantity | Price | Amount | Fee | Net | Cur |
|---|---|---|---|---|---|---|---|---|---|---|
| | 06/07/2021 | Buy | MMAT | META MATLS INC COMMON STOCK WE ACTED AS AGENT AVG PRICE - ASK US FOR DETAILS | 1,333.00 | 7.84 | (10,456.13) | (9.90) | (10,466.03) | USD |
| | 07/07/2021 | Buy | MMAT | META MATLS INC COMMON STOCK WE ACTED AS AGENT | 500.00 | 6.83 | (3,414.45) | (4.95) | (3,419.40) | USD |
| | 07/07/2021 | Buy | MMAT | META MATLS INC COMMON STOCK WE ACTED AS AGENT | 800.00 | 7.06 | (5,646.56) | (4.95) | (5,651.51) | USD |
| | 09/07/2021 | Buy | MMAT | META MATLS INC COMMON STOCK WE ACTED AS AGENT AVG PRICE - ASK US FOR DETAILS | 1,400.00 | 5.91 | (8,273.00) | (4.95) | (8,277.95) | USD |
| | 13/07/2021 | Buy | MMAT | META MATLS INC COMMON STOCK WE ACTED AS AGENT AVG PRICE - ASK US FOR DETAILS | 1,800.00 | 5.67 | (10,202.00) | (14.85) | (10,216.85) | USD |
| | 19/07/2021 | Buy | MMAT | META MATLS INC COMMON STOCK WE ACTED AS AGENT AVG PRICE - ASK US FOR DETAILS | 1,000.00 | 3.87 | (3,873.90) | (9.90) | (3,883.80) | USD |
| | 23/07/2021 | Buy | MMAT | META MATLS INC COMMON STOCK WE ACTED AS AGENT | 500.00 | 3.92 | (1,959.20) | (4.95) | (1,964.15) | USD |
| | 09/08/2021 | Buy | MMAT | META MATLS INC COMMON STOCK WE ACTED AS AGENT | 500.00 | 3.57 | (1,785.00) | (4.95) | (1,789.95) | USD |
| | 14/09/2021 | Sell | MMAT | META MATLS INC COMMON STOCK WE ACTED AS AGENT | (1,000.00) | 5.43 | 5,431.50 | (4.98) | 5,426.52 | USD |
| | 17/09/2021 | Buy | MMAT | META MATLS INC COMMON STOCK WE ACTED AS AGENT AVG PRICE - ASK US FOR DETAILS | 2,500.00 | 4.90 | (12,239.55) | (14.85) | (12,254.40) | USD |
| | 22/09/2021 | Buy | MMAT | META MATLS INC COMMON STOCK WE ACTED AS AGENT | 500.00 | 4.81 | (2,404.15) | (4.95) | (2,409.10) | USD |
| | 01/10/2021 | Buy | MMAT | META MATLS INC COMMON STOCK WE ACTED AS AGENT AVG PRICE - ASK US FOR DETAILS | 2,000.00 | 5.73 | (11,458.20) | (9.90) | (11,468.10) | USD |
| | 05/10/2021 | Buy | MMAT | META MATLS INC COMMON STOCK WE ACTED AS AGENT | 1,000.00 | 5.41 | (5,409.50) | (4.95) | (5,414.45) | USD |
| | 15/11/2021 | Buy | MMAT | META MATLS INC COMMON STOCK WE ACTED AS AGENT AVG PRICE - ASK US FOR DETAILS | 2,000.00 | 4.76 | (9,519.35) | (19.80) | (9,539.15) | USD |
| | 03/12/2021 | Sell | MMAT | META MATLS INC COMMON STOCK WE ACTED AS AGENT | (1,000.00) | 2.76 | 2,761.40 | (4.97) | 2,756.43 | USD |
| | 31/12/2021 | Buy | MMAT | META MATLS INC COMMON STOCK WE ACTED AS AGENT | 1,000.00 | 2.47 | (2,468.70) | (4.95) | (2,473.65) | USD |
| | 04/01/2022 | Buy | MMAT | META MATLS INC COMMON STOCK WE ACTED AS AGENT AVG PRICE - ASK US FOR DETAILS | 1,500.00 | 2.45 | (3,678.35) | (14.85) | (3,693.20) | USD |
| | 07/01/2022 | Buy | MMAT | META MATLS INC COMMON STOCK WE ACTED AS AGENT AVG PRICE - ASK US FOR DETAILS | 1,000.00 | 2.59 | (2,593.40) | (9.90) | (2,603.30) | USD |
| | 12/01/2022 | Buy | MMAT | META MATLS INC COMMON STOCK WE ACTED AS AGENT | 500.00 | 2.22 | (1,110.00) | (4.95) | (1,114.95) | USD |
| | 20/01/2022 | Buy | MMAT | META MATLS INC COMMON STOCK WE ACTED AS AGENT AVG PRICE - ASK US FOR DETAILS | 1,000.00 | 2.08 | (2,078.55) | (9.90) | (2,088.45) | USD |
| | 14/04/2023 | Buy | MMAT | META MATLS INC COMMON STOCK WE ACTED AS AGENT AVG PRICE - ASK US FOR DETAILS | 1,000.00 | 0.36 | (360.00) | (4.95) | (364.95) | USD |
| | 17/04/2023 | Buy | MMAT | META MATLS INC COMMON STOCK WE ACTED AS AGENT AVG PRICE - ASK US FOR DETAILS | 1,000.00 | 0.32 | (318.00) | (4.95) | (322.95) | USD |
| | 19/04/2023 | Buy | MMAT | META MATLS INC COMMON STOCK WE ACTED AS AGENT AVG PRICE - ASK US FOR DETAILS | 4,000.00 | 0.22 | (866.40) | (12.75) | (879.15) | USD |
| | 18/05/2023 | Buy | MMAT | META MATLS INC COMMON STOCK WE ACTED AS AGENT AVG PRICE - ASK US FOR DETAILS | 57,000.00 | 0.20 | (11,479.80) | (14.85) | (11,494.65) | USD |
| | 19/05/2023 | Sell | MMAT | META MATLS INC COMMON STOCK WE ACTED AS AGENT AVG PRICE - ASK US FOR DETAILS | (55,000.00) | 0.21 | 11,439.63 | (14.95) | 11,424.68 | USD |

| Date | Action | Symbol | Description | Quantity | Price | Amount | Fee | Total | Cur |
|---|---|---|---|---:|---:|---:|---:|---:|---|
| 09/06/2023 | Buy | MMAT | META MATLS INC COMMON STOCK WE ACTED AS AGENT | 2,000.00 | 0.18 | (353.00) | (4.95) | (357.95) | USD |
| 09/06/2023 | Sell | MMAT | META MATLS INC COMMON STOCK WE ACTED AS AGENT | (2,000.00) | 0.18 | 352.20 | (4.96) | 347.24 | USD |
| 29/06/2023 | Buy | MMAT | META MATLS INC COMMON STOCK WE ACTED AS AGENT | 2,000.00 | 0.18 | (352.40) | (4.95) | (357.35) | USD |
| 11/07/2023 | Buy | MMAT | META MATLS INC COMMON STOCK WE ACTED AS AGENT | 1,000.00 | 0.19 | (186.20) | (4.95) | (191.15) | USD |
| 26/07/2023 | Buy | MMAT | META MATLS INC COMMON STOCK WE ACTED AS AGENT AVG PRICE - ASK US FOR DETAILS | 1,000.00 | 0.20 | (205.00) | (4.95) | (209.95) | USD |
| 21/08/2023 | Buy | MMAT | META MATLS INC COMMON STOCK WE ACTED AS AGENT AVG PRICE - ASK US FOR DETAILS | 1,000.00 | 0.21 | (214.20) | (4.95) | (219.15) | USD |
| 30/09/2021 | Buy | MMAT | META MATLS INC COMMON STOCK WE ACTED AS AGENT AVG PRICE - ASK US FOR DETAILS | 1,000.00 | 5.03 | (5,030.00) | (4.95) | (5,034.95) | USD |
| 03/08/2021 | Buy | MMAT | META MATLS INC COMMON STOCK WE ACTED AS AGENT AVG PRICE - ASK US FOR DETAILS | 2,000.00 | 3.40 | (6,808.55) | (14.85) | (6,823.40) | USD |
| 06/08/2021 | Buy | MMAT | META MATLS INC COMMON STOCK WE ACTED AS AGENT | 500.00 | 3.13 | (1,565.00) | (4.95) | (1,569.95) | USD |
| 26/07/2021 | Buy | MMAT | META MATLS INC COMMON STOCK WE ACTED AS AGENT AVG PRICE - ASK US FOR DETAILS | 5,000.00 | 3.61 | (18,029.30) | (14.85) | (18,044.15) | USD |
| 21/07/2021 | Buy | MMAT | META MATLS INC COMMON STOCK WE ACTED AS AGENT AVG PRICE - ASK US FOR DETAILS | 1,000.00 | 3.42 | (3,425.00) | (9.90) | (3,434.90) | USD |
| 16/07/2021 | Buy | MMAT | META MATLS INC COMMON STOCK WE ACTED AS AGENT AVG PRICE - ASK US FOR DETAILS | 4,000.00 | 3.87 | (15,487.80) | (34.65) | (15,522.45) | USD |
| 15/07/2021 | Buy | MMAT | META MATLS INC COMMON STOCK WE ACTED AS AGENT AVG PRICE - ASK US FOR DETAILS | 3,000.00 | 3.91 | (11,732.50) | (24.75) | (11,757.25) | USD |
| 13/07/2021 | Buy | MMAT | META MATLS INC COMMON STOCK WE ACTED AS AGENT AVG PRICE - ASK US FOR DETAILS | 1,500.00 | 5.40 | (8,105.00) | (9.90) | (8,114.90) | USD |
| 12/07/2021 | Buy | MMAT | META MATLS INC COMMON STOCK WE ACTED AS AGENT AVG PRICE - ASK US FOR DETAILS | 1,200.00 | 5.91 | (7,089.00) | (9.90) | (7,098.90) | USD |
| 09/07/2021 | Buy | MMAT | META MATLS INC COMMON STOCK WE ACTED AS AGENT AVG PRICE - ASK US FOR DETAILS | 2,800.00 | 6.31 | (17,660.81) | (24.75) | (17,685.56) | USD |
| 02/07/2021 | Buy | MMAT | META MATLS INC COMMON STOCK WE ACTED AS AGENT AVG PRICE - ASK US FOR DETAILS | 1,167.00 | 6.55 | (7,641.53) | (9.90) | (7,651.43) | USD |
| 08/09/2023 | Buy | MMAT | META MATLS INC COMMON STOCK WE ACTED AS AGENT AVG PRICE - ASK US FOR DETAILS | 1,000.00 | 0.22 | (220.10) | (4.95) | (225.05) | USD |
| 15/09/2023 | Buy | MMAT | META MATLS INC COMMON STOCK WE ACTED AS AGENT AVG PRICE - ASK US FOR DETAILS | 1,000.00 | 0.22 | (218.25) | (4.95) | (223.20) | USD |
| 22/09/2023 | Buy | MMAT | META MATLS INC COMMON STOCK WE ACTED AS AGENT AVG PRICE - ASK US FOR DETAILS | 1,000.00 | 0.21 | (206.29) | (4.95) | (211.24) | USD |
| 05/10/2023 | Buy | MMAT | META MATLS INC COMMON STOCK WE ACTED AS AGENT AVG PRICE - ASK US FOR DETAILS | 1,000.00 | 0.23 | (226.40) | (4.95) | (231.35) | USD |
| 19/10/2023 | Buy | MMAT | META MATLS INC COMMON STOCK WE ACTED AS AGENT AVG PRICE - ASK US FOR DETAILS | 1,000.00 | 0.20 | (200.10) | (4.95) | (205.05) | USD |
| 20/10/2023 | Buy | MMAT | META MATLS INC COMMON STOCK WE ACTED AS AGENT AVG PRICE - ASK US FOR DETAILS | 165.00 | 0.20 | (33.18) | (4.95) | (38.13) | USD |
| 24/10/2023 | Buy | MMAT | META MATLS INC COMMON STOCK WE ACTED AS AGENT AVG PRICE - ASK US FOR DETAILS | 2,000.00 | 0.16 | (319.50) | (9.90) | (329.40) | USD |

| Date | | Action | Symbol | Description | Quantity | Price | Amount | Fee | Net | Currency |
|---|---|---|---|---|---:|---:|---:|---:|---:|---|
| | 27/10/2023 | Buy | MMAT | META MATLS INC COMMON STOCK WE ACTED AS AGENT | 1,000.00 | 0.13 | (133.60) | (4.95) | (138.55) | USD |
| | 03/11/2023 | Buy | MMAT | META MATLS INC COMMON STOCK WE ACTED AS AGENT | 1,000.00 | 0.11 | (109.00) | (4.95) | (113.95) | USD |
| | 14/11/2023 | Buy | MMAT | META MATLS INC COMMON STOCK WE ACTED AS AGENT AVG PRICE - ASK US FOR DETAILS | 2,000.00 | 0.09 | (188.50) | (9.90) | (198.40) | USD |
| | 22/01/2024 | Buy | MMAT | META MATLS INC COMMON STOCK WE ACTED AS AGENT AVG PRICE - ASK US FOR DETAILS | 50,000.00 | 0.07 | (3,387.50) | (9.90) | (3,397.40) | USD |
| | 21/12/2020 | Buy | MMAT.CN | METAMATERIAL INC COM WE ACTED AS AGENT | 2,000.00 | 0.60 | (1,200.00) | (6.55) | (1,206.55) | CAD |
| | 22/12/2020 | Buy | MMAT.CN | METAMATERIAL INC COM WE ACTED AS AGENT | 3,000.00 | 0.62 | (1,860.00) | (8.55) | (1,868.55) | CAD |
| | 24/02/2021 | Sell | MMAT.CN | METAMATERIAL INC COM WE ACTED AS AGENT AVG PRICE - ASK US FOR DETAILS | (1,000.00) | 4.01 | 4,006.00 | (8.45) | 3,997.55 | CAD |
| | 25/02/2021 | Buy | MMAT.CN | METAMATERIAL INC COM WE ACTED AS AGENT | 300.00 | 2.97 | (891.00) | (6.00) | (897.00) | CAD |
| | 25/02/2021 | Buy | MMAT.CN | METAMATERIAL INC COM WE ACTED AS AGENT | 700.00 | 2.97 | (2,079.00) | (2.45) | (2,081.45) | CAD |
| | 07/03/2021 | Buy | MMAT.CN | METAMATERIAL INC COM WE ACTED AS AGENT AVG PRICE - ASK US FOR DETAILS | 1,000.00 | 3.77 | (3,770.00) | (4.95) | (3,774.95) | CAD |
| | 08/03/2021 | Buy | MMAT.CN | METAMATERIAL INC COM WE ACTED AS AGENT | 200.00 | 3.32 | (664.00) | (4.95) | (668.95) | CAD |
| | 08/03/2021 | Buy | MMAT.CN | METAMATERIAL INC COM WE ACTED AS AGENT AVG PRICE - ASK US FOR DETAILS | 800.00 | 3.27 | (2,612.00) | (12.70) | (2,624.70) | CAD |
| | 09/03/2021 | Sell | MMAT.CN | METAMATERIAL INC COM WE ACTED AS AGENT | (1,000.00) | 3.55 | 3,550.00 | (8.45) | 3,541.55 | CAD |
| | 12/03/2021 | Sell | MMAT.CN | METAMATERIAL INC COM WE ACTED AS AGENT | (800.00) | 3.60 | 2,880.00 | 0.00 | 2,880.00 | CAD |
| | 12/03/2021 | Sell | MMAT.CN | METAMATERIAL INC COM WE ACTED AS AGENT | (100.00) | 3.60 | 360.00 | (5.30) | 354.70 | CAD |
| | 12/03/2021 | Sell | MMAT.CN | METAMATERIAL INC COM WE ACTED AS AGENT | (100.00) | 3.62 | 362.00 | (0.35) | 361.65 | CAD |
| | 23/06/2021 | Sell | MMAT.CN | METAMATERIAL INC COM WE ACTED AS AGENT AVG PRICE - ASK US FOR DETAILS | (5,000.00) | 10.00 | 50,000.00 | (4.95) | 49,995.05 | CAD |