NVB 3001 (Effective 1/21)

# UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA

**PROOF OF INTEREST**

| Name of Debtor: Meta Materials Inc. | Case Number: 24-50792 hlb |
|---|---|

**1.** Name and address of holder of the Equity Interest (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

23016 Lake Forest Dr #D203
Laguna Hills CA 92653

Telephone Number: 949-230-3412

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

☐ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

☒ Check box if this address differs from the address on the envelope sent to you by the Debtors.

**COURT USE ONLY**

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

Account or other number by which Interest holder identifies Debtor:

Check here if this claim:
☐ replaces a previously filed Proof of Interest dated: _____
☒ amends a previously filed Proof of Interest dated: 10/15/24

**2.** Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:
Michelle Brient (Individual) -AST-PO Box 500 Newark, NJ 07101
Michelle Brient (Roth IRA) Charles Schwab P.O. Box 982600 El Paso, TX 79998

Telephone Number: 949-230-3412

**3.** Date Equity Interest was acquired:

Various Dates-See previously filed

**4.** Total amount of member interest: 8445.51 Share cost basis
Shares held after R/S Charles Scwab 202 AST -287

**5.** Certificate number(s): Shares held at Charles Schwab and AST

**6.** Type of Equity Interest:
Please indicate the type of Equity Interest you hold:
☐ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
☒ Check this box if your Equity Interest is based on anything else and describe that interest:
Description: Shareholder (Individual shares are held at AST and Roth Ira shares are held at Charles Schwab)

**7.** Supporting Documents: Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**8.** Date-Stamped Copy: To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

**9. Signature:**
Check the appropriate box.
☒ I am the creditor.   ☐ I am the creditor's authorized agent.   ☐ I am the trustee, or the debtor,   ☐ I am a guarantor, surety, endorser, or other codebtor.
Shareholder (Attach copy of power of attorney, if any.)   or their authorized agent. (See Bankruptcy Rule 3005.)
(See Bankruptcy Rule 3004.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: Michelle Brient
Title: Shareholder
Company:___ Address and telephone number (if different from notice

23016 Lake Forest Dr D203, Laguna Hills CA 92653

(Signature) M T[signature]       10-25-2024 (Date)

Telephone number: 949-230-3412   email:

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

11/26/2024

Attn: NV bankruptcy court

Per your request, please find the revised proof of interest form with the corrected debtor name.

I have also updated my address.

Another shareholder suggested I advise you that the share information I previously provided was after the company's reverse split. The number of shares I had prior to the reverse split are as follows;

| Acct- | Purchased-Pre R/S | Purchased Post R/S | Shares after 100/1 RS |
|---|---|---|---|
| Roth Ira | 10,220 | 100 | 202 |
| Individual | 12,900 | 160 | 289 |

They also suggested I provide information on the 460 MMTLP shares I have, just in case that becomes an issue during your proceedings. Detailed info upon request.

Thank you,

Michelle Brient

NVB 5075 (Rev. 10/24)



# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

IN RE:

META MATERIALS INC.

BK–24–50792–hlb
CHAPTER 7

Debtor(s)

NOTICE OF DOCKETING ERROR

**NOTICE IS ORDERED** that the following docket entry requires correction:

| | |
|---|---|
| Docket Number/Entry: | 57 – Proof of Interest Filed by MICHELLE BRIENT (mms) |
| Filed On: | 10/15/24 |
| With A Hearing Date Of: | N/A |
| And A Hearing Time Of: | N/A |

The reason(s) for the required correction(s) is as follows:

* PDF has an incorrect case caption. Please refer to the Local Rules and file an amended pleading or file it in the correct case immediately. The following caption item(s) are incorrect/missing:
  * The case caption must reflect Debtor(s) name exactly as they appear on the docket sheet including terminated parties.

Dated: 10/18/24

*Mary A Schott*

Mary A. Schott
Clerk of Court

For additional information, please visit the court's web site at https://www.nvb.uscourts.gov

SUN-79308 0978-3 node 24-50792
ANDREA J. DRIGGS
2525 EAST CAMELBACK ROAD
SUITE 500
PHOENIX, AZ 85016



041284 41284 1 AB 0.588 92675 0 8 10274-1-41697

MICHELLE BRIENT
33561 VIA DE AGUA
SAN JUAN CAPISTRANO, CA 92675-4932

041284    79308041325017


**TD Ameritrade**

Sun Dec 11 2022 4:20:06 PM EST

Printer-friendly page

# Position Transaction History
Provided by GainsKeeper

**GAINSKEEPER**

‹ Back to Cost Basis

All transactions for this tax lot are shown below.

**FAQs**

| Symbol: | MMTLP |
| Description: | META MATERIALS INC SERIES A |
| Current quantity: | 315 |
| Current cost basis: | 2,207.03 |

How do I assign a sell to a specific purchase?

Learn about cost basis tracking

### Recent MMTLP transactions

**Long positions**

| Date | Transaction | Qty | Cost adjust. | Cumulative shares | Cumulative cost |
|------|-------------|-----|--------------|-------------------|-----------------|
| 11/21/22 | Buy | 50 | 486.95 | 50 | 486.95 |
| 11/21/22 | Buy | 50 | 561.95 | 100 | 1,048.90 |
| 12/06/22 | Buy | 105 | 568.70 | 205 | 1,617.60 |
| 12/06/22 | Buy | 84 | 452.15 | 289 | 2,069.75 |
| 12/06/22 | Buy | 26 | 137.28 | 315 | 2,207.03 |

The cost basis information TD Ameritrade provides for tax-exempt accounts is for client use only. TD Ameritrade will not report cost basis information on tax-exempt accounts to the IRS.

**Important Disclaimer:** Intraday data is delayed at least 20 minutes. GainsKeeper® service and performance reporting is offered and conducted by Wolters Kluwer Financial Services, Inc. ("WKFS") and is made available by TD Ameritrade for general reference and educational purposes only. TD Ameritrade is not responsible for the reliability or suitability of the information. However, TD Ameritrade is required to provide accurate tax lot basis information in connection with 1099-B reporting for "covered" securities and uses the services of the GainsKeeper system in so doing. TD Ameritrade is solely responsible for the accuracy of tax lot basis information it makes available to its clients for "covered" securities, whether through the Gainskeeper system or otherwise. TD Ameritrade does not provide tax advice. You may wish to consult independent sources with respect to tax lot and performance reporting. The GainsKeeper service and the financial information and research it provides, including but not limited to market data, tools, analysis, services and commentary (collectively, "Information"), are subject to and expressly conditioned on, your acceptance of the GainsKeeper Terms of Usage, including future revisions. Your use of the Information constitutes your acceptance of the GainsKeeper Terms of Usage. Access to and use of the GainsKeeper service and other information is also governed by the TD Ameritrade Client Agreement. TD Ameritrade and WKFS are separate, unaffiliated companies and are not responsible for one another's services or policies.

GainsKeeper is the registered trademark of Wolters Kluwer Financial Services, Inc.

GainsKeeper is a product offered by Wolters Kluwer Financial Services ("WKFS"). WKFS does not provide tax advice. No portion of this web page or report can be construed as tax advice and is not intended or written by WKFS to be used as tax advice. Recipients should consult their own tax advisors.

WKFS relies on data from a variety of sources and such data is not verified by WKFS. WKFS is not responsible for inaccuracies in its calculations that directly or indirectly result from incorrect or inaccurate data. In cases where data is incomplete or insufficient, WKFS may make various assumptions in order to make calculations.

The data reported by WKFS on web pages or in reports do not necessarily take into account potentially important considerations to specific persons or entities. All information provided by WKFS must be considered by users in light of their specific circumstances and judgment as to applicability and correctness, and in light of any subsequent developments and/or other events. WKFS determinations and calculations are based on our understanding of the tax law as available and in effect as of the date of the design of the currently implemented WKFS system. Such tax law is subject to change, possibly with retroactive effect, and such changes may not be taken into account by WKFS.

WKFS performs calculations that are affected by investor elections, including elections that relate to special tax calculation rules for debt instruments. WKFS does not verify that elections have been properly made or revoked. WKFS makes no representation or warranty as to the correctness, accuracy or completeness of any investor election or revocation of election, tax classification, amount, or other determination and assumes no liability for damages resulting from elections or revocation of elections, determinations of taxability, tax classification, or other attributes, including any collateral or consequential damages including but not limited to taxes or tax related penalties, nor does it provide any assurance of the accuracy of any data used to make such determinations.

This is not an offer or solicitation in any jurisdiction where we are not authorized to do business or where such offer or solicit regulations of that jurisdiction, including, but not limited to persons residing in Australia, Canada, Hong Kong, Japan, Saudi A Union.

Unauthorized access and use is prohibited. Usage is monitored.

TD Ameritrade, Inc., member FINRA/SIPC, a subsidiary of The Charles Schwab Corporation. TD Ameritrade is a trademark jo The Toronto-Dominion Bank. © 2022 Charles Schwab & Co. Inc. All rights reserved.

**Search results for 11/1/2022 to 9/1/2023**

| Date/Time ▲ | Description | Amoun |
|---|---|---|
| 12/07/2022 09:46:45 | Bought 145 MMTLP @ 8.3 | -1,210.4! |
| 12/13/2022 14:16:21 | MANDATORY - EXCHANGE (MMTLP) | 0.0( |

| t | Commission | Reg Fee | Details |
|---|---|---|---|
| 5 | 6.95 | 0.00 | |
| ) | 0.00 | 0.00 | |