NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | PROOF OF INTEREST |
|---|---|

Name of Debtor:

**META MATERIALS**

Case Number:

**1. Name and address of holder of the Equity Interest** (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

ERIC MC GUIRE
746 REMBRANDT
QUEBEC, CANADA
J3H 5Y3

Telephone Number:
514-497-5022 / e.mg@videotron.ca

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

☒ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

**COURT USE ONLY**

Account or other number by which Interest holder identifies Debtor:

28080898, 52073719, 46578654

Check here if this claim:
☐ replaces a previously filed Proof of Interest dated: _____
☐ amends a previously filed Proof of Interest dated: _____

**2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:**

QUESTRADE, IBKR CANADA

Telephone Number:

**3. Date Equity Interest was acquired:**

FIRST BUY 2021-03-12

**4. Total amount of member interest:** 1632 MMAT (+/-0)
(3265 TRCH, 7970 MMTLP)   IBKR

**5. Certificate number(s):** _____

**6. Type of Equity Interest:**
Please indicate the type of Equity Interest you hold:
☒ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
☐ Check this box if your Equity Interest is based on anything else and describe that interest:
Description: INVESTOR

**7. Supporting Documents:** Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**8. Date-Stamped Copy:** To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

**9. Signature:**
Check the appropriate box.
☒ I am the creditor.   ☐ I am the creditor's authorized agent.   ☐ I am the trustee, or the debtor,   ☐ I am a guarantor, surety, endorser, or other codebtor.
(Attach copy of power of attorney, if any.)   or their authorized agent.   (See Bankruptcy Rule 3005.)
(See Bankruptcy Rule 3004.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: Eric Mc Guire
Title: President
Company: _____ Address and telephone number (if different from notice address above):
_____
_____

(Signature) Eric Mc Guire      (Date) 2024-12-02

Telephone number: 514-497-5022      email: e.mg@videotron.ca

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

Eric Mc Guire  Summary TRCH-MMAT-MMTLP Holdings at Questrade

| Transaction Date | Settlement Date | Action | Symbol | Description | Quantity | Price | Gross Amount | Commission | Net Amount | Currency | Account # | Activity Type | Account Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2022-12-05 12:00 | 2022-12-07 12:00 | Buy | MMTLP | META MATLS INC PFD SER A WE ACTED AS AGENT AVG PRICE - ASK US FOR DETAILS | 2260.00000 | 7.73654867 | -17484.60 | -26.90 | -17511.50 | USD | 28080898 | Trades | Individual margin |
| 2022-12-06 12:00 | 2022-12-08 12:00 | Sell | MMTLP | META MATLS INC PFD SER A WE ACTED AS AGENT | -500.00000 | 5.52000000 | 2760.00 | -5.07 | 2754.93 | USD | 28080898 | Trades | Individual margin |
| 2022-12-06 12:00 | 2022-12-08 12:00 | Buy | MMTLP | META MATLS INC PFD SER A WE ACTED AS AGENT | 500.00000 | 5.50000000 | -2750.00 | -5.00 | -2755.00 | USD | 28080898 | Trades | Individual margin |
| 2022-12-07 12:00 | 2022-12-09 12:00 | Sell | MMTLP | META MATLS INC PFD SER A WE ACTED AS AGENT AVG PRICE - ASK US FOR DETAILS | -3122.00000 | 8.23003844 | 25694.18 | -40.44 | 25653.74 | USD | 28080898 | Trades | Individual margin |
| 2022-12-07 12:00 | 2022-12-09 12:00 | Buy | MMTLP | META MATLS INC PFD SER A WE ACTED AS AGENT AVG PRICE - ASK US FOR DETAILS | 3212.00000 | 7.95678705 | -25557.20 | -45.25 | -25602.45 | USD | 28080898 | Trades | Individual margin |
| 2022-12-08 12:00 | 2022-12-12 12:00 | Sell | MMTLP | META MATLS INC PFD SER A WE ACTED AS AGENT AVG PRICE - ASK US FOR DETAILS | -2500.00000 | 3.84240000 | 9606.00 | -25.12 | 9580.88 | USD | 28080898 | Trades | Individual margin |
| 2022-12-08 12:00 | 2022-12-12 12:00 | Buy | MMTLP | META MATLS INC PFD SER A WE ACTED AS AGENT AVG PRICE - ASK US FOR DETAILS | 2670.00000 | 3.58531835 | -9572.30 | -31.45 | -9604.25 | USD | 28080898 | Trades | Individual margin |

Summary
3265 shares of TRCH at the time of spinout.  Questrade
converting to 1632 shares of MMAT  Questrade

7970 shares of MMAT at the moment of the Questrade

10 shares of MMAT when the price drops to 0 Dec 2nd 2024 at Interactive Brokers

Questrade forced me to put my MMTLP from my TFSA to Margin account. I have a conversation transcript with time and name that they confirm to me that I hold genuine Next Bridge Hydrocarbons shares after the spinout and not a fake or counterfeit shares.

| Transaction Date | Settlement Date | Action | Symbol | Description | Quantity | Price | Gross Amount | Commission | Net Amount | Currency | Account # | Activity Type | Account Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2023-01-05 12:00 | 2023-01-05 12:00 | MGR | M074526 | META MATLS PREFERRED STOCK CONTRA CUSIP 1:1 MANDATORY EXCHANGE FROM M074526 TO 8AG5588 | -7970 | 0 | 0 | 0 | 0 | USD | 28080898 | Corporate actions | Individual margin |
| 2023-01-05 12:00 | 2023-01-05 12:00 | MGR | 8AG5588 | NEXT BRIDGE HYDROCARBONS SNRS RECEIVED THRU MERGER BOOK VALUE 0.00 | 7970 | 0 | 0 | 0 | 0 | USD | 28080898 | Corporate actions | Individual margin |
| 2022-12-19 12:00 | 2022-12-19 12:00 | FXT | | CONVERSION - CAD/USD | 0 | 0 | 0 | 0 | 75 | USD | 28080898 | FX conversion | Individual margin |
| 2022-12-19 12:00 | 2022-12-19 12:00 | FXT | | CONVERSION - CAD/USD | 0 | 0 | 0 | 0 | -103.76 | CAD | 28080898 | FX conversion | Individual margin |
| 2022-12-15 12:00 | 2022-12-15 12:00 | DEP | | 28080898821 DJ DIR DEP | 0 | 0 | 0 | 0 | 120 | CAD | 28080898 | Deposits | Individual margin |
| 2022-12-14 12:00 | 2022-12-14 12:00 | FXT | | Conversion CAD/USD | 0 | 0 | 0 | 0 | 8058.92 | USD | 28080898 | FX conversion | Individual margin |
| 2022-12-14 12:00 | 2022-12-14 12:00 | FXT | | Conversion CAD/USD | 0 | 0 | 0 | 0 | -11080.24 | CAD | 28080898 | FX conversion | Individual margin |
| 2022-12-13 12:00 | 2022-12-13 12:00 | DIS | M074526 | META MATLS PREFERRED STOCK CONTRA CUSIP SPINOFF ON 7970 SHS FROM SEC# M067998 META MATLS INC REC 12/12/22 PAY 12/13/22 | 7970 | 0 | 0 | 0 | 0 | USD | 28080898 | Dividends | Individual margin |
| 2022-12-13 12:00 | 2022-12-13 12:00 | UCJ | M067998 | META MATLS INC PFD A SHARES CANCELLED EFFECTIVE 12/13/22 | -7970 | 0 | 0 | 0 | 0 | USD | 28080898 | Corporate actions | Individual margin |
| 2022-10-17 12:00 | 2022-10-17 12:00 | DEP | | 28080898821 DJ DIR DEP | 0 | 0 | 0 | 0 | 1400 | CAD | 28080898 | Deposits | Individual margin |
| 2022-09-01 12:00 | 2022-09-01 12:00 | DEP | | 28080898821 DJ DIR DEP | 0 | 0 | 0 | 0 | 250 | CAD | 28080898 | Deposits | Individual margin |
| 2022-06-20 12:00 | 2022-06-20 12:00 | DEP | | 28080898821 DJ DIR DEP | 0 | 0 | 0 | 0 | 10000 | CAD | 28080898 | Deposits | Individual margin |
| 2022-05-18 12:00 | 2022-05-18 12:00 | FCH | | AS OF 05/16/22 DEBIT INTEREST CORRECTION | 0 | 0 | 0 | 0 | 0.23 | CAD | 28080898 | Fees and rebates | Individual margin |
| 2021-09-09 12:00 | 2021-09-09 12:00 | TFO | | INTERACTIVE BROKERS LLC TFSA TRANSFER | 0 | 0 | 0 | 0 | -10805.9 | USD | 52073719 | Transfers | Individual TFSA |
| 2021-09-03 12:00 | 2021-09-09 12:00 | TFO | | INTERACTIVE BROKERS LLC TFSA TRANSFER | 0 | 0 | 0 | 0 | -165.5 | CAD | 52073719 | Transfers | Individual TFSA |
| 2021-09-08 12:00 | 2021-09-08 12:00 | PTX | | GST # | 0 | 0 | 0 | 0 | -14.96 | CAD | 52073719 | Other | Individual TFSA |
| 2021-09-08 12:00 | 2021-09-08 12:00 | GST | | GST# | 0 | 0 | 0 | 0 | -7.5 | CAD | 52073719 | Other | Individual TFSA |
| 2021-09-08 12:00 | 2021-09-08 12:00 | FCH | | TRANSFER FEE | 0 | 0 | 0 | 0 | -150 | CAD | 52073719 | Fees and rebates | Individual TFSA |
| 2021-08-04 12:00 | 2021-08-04 12:00 | FCH | | JUL IQ DATA FEE | 0 | 0 | 0 | 0 | -19.95 | CAD | 52073719 | Fees and rebates | Individual TFSA |
| 2021-08-04 12:00 | 2021-08-04 12:00 | FCH | | JUL IQ DATA FEE REBATE | 0 | 0 | 0 | 0 | 19.95 | CAD | 52073719 | Fees and rebates | Individual TFSA |
| 2021-08-04 12:00 | 2021-08-04 12:00 | FCH | | JUL IQ DATA FEE GST | 0 | 0 | 0 | 0 | -1.99 | CAD | 52073719 | Fees and rebates | Individual TFSA |
| 2021-08-04 12:00 | 2021-08-04 12:00 | FCH | | JUL IQ DATA FEE GST/HST | 0 | 0 | 0 | 0 | -1 | CAD | 52073719 | Fees and rebates | Individual TFSA |

I sold all my MMAT except 10 IBKR shares

Eric Mc Guire  Summary TRCH-MMAT-MMTLP Holdings at Questrade

| Transaction Date | Settlement Date | Action | Symbol | Description | Quantity | Price | Gross Amount | Commission | Net Amount | Currency | Account # | Activity Type | Account Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2021-03-12 12:00 | 2021-03-16 12:00 | Sell | TRCH | TORCHLIGHT ENERGY RESOURCES INC WE ACTED AS AGENT AVG PRICE - ASK US FOR DETAILS | -435.00000 | 3.18000000 | 1383.30 | -4.96 | 1378.34 | USD | 28080898 | Trades | Individual margin |
| 2021-03-12 12:00 | 2021-03-16 12:00 | Buy | TRCH | TORCHLIGHT ENERGY RESOURCES INC WE ACTED AS AGENT | 2500.00000 | 3.07000000 | -7675.00 | -9.95 | -7684.95 | USD | 28080898 | Trades | Individual margin |
| 2021-06-26 12:00 | 2021-06-29 12:00 | Buy | TRCH | TORCHLIGHT ENERGY RESOURCES INC WE ACTED AS AGENT AVG PRICE - ASK US FOR DETAILS | 1200.00000 | 6.30000000 | -7560.00 | -9.95 | -7569.95 | USD | 52073719 | Trades | Individual TFSA |
| 2021-06-29 12:00 | 2021-06-29 12:00 | RNC | M067927 | META MATLS INC COMMON STOCK RESULT OF NAME CHANGE | 600.00000 | 0.00000000 | 0.00 | 0.00 | 0.00 | USD | 52073719 | Corporate actions | Individual TFSA |
| 2021-06-29 12:00 | 2021-06-29 12:00 | RNC | M067927 | META MATLS INC COMMON STOCK RESULT OF NAME CHANGE | 1037.00000 | 0.00000000 | 0.00 | 0.00 | 0.00 | USD | 28080898 | Corporate actions | Individual margin |
| 2021-06-29 12:00 | 2021-06-29 12:00 | RNC | T014092 | TORCHLIGHT ENERGY RESOURCES INC REVERSE SPLIT & NAME CHANGE @1:2 INTO 59134N104 | -1200.00000 | 0.00000000 | 0.00 | 0.00 | 0.00 | USD | 52073719 | Corporate actions | Individual TFSA |
| 2021-06-29 12:00 | 2021-06-29 12:00 | RNC | T014092 | TORCHLIGHT ENERGY RESOURCES INC REVERSE SPLIT & NAME CHANGE @1:2 INTO 59134N104 | -2065.00000 | 0.00000000 | 0.00 | 0.00 | 0.00 | USD | 28080898 | Corporate actions | Individual margin |
| 2021-07-02 12:00 | 2021-07-07 12:00 | Sell | MMAT | META MATLS INC COMMON STOCK WE ACTED AS AGENT | -1032.00000 | 7.19000000 | 7420.08 | -8.99 | 7410.09 | USD | 28080898 | Trades | Individual margin |
| 2021-07-02 12:00 | 2021-07-07 12:00 | Sell | MMAT | META MATLS INC COMMON STOCK WE ACTED AS AGENT AVG PRICE - ASK US FOR DETAILS | -600.00000 | 7.22000000 | 4332.00 | -6.03 | 4325.97 | USD | 52073719 | Trades | Individual TFSA |
| 2021-07-06 12:00 | 2021-07-06 12:00 | CIL | M067927 | META MATLS INC COMMON STOCK CASH IN LIEU OF FRAC SHARES 59134N104000 | 0.00000 | 0.00000000 | 0.00 | 0.00 | 3.71 | USD | 28080898 | Corporate actions | Individual margin |
| 2021-07-07 12:00 | 2021-07-07 12:00 | DIS | M067998 | META MATLS INC PFD SER A SPINOFF ON 1200 SHS FROM SEC# T014092 TORCHLIGHT ENERGY RESOURCES REC 06/24/21 PAY 06/25/21 | 1200.00000 | 0.00000000 | 0.00 | 0.00 | 0.00 | USD | 52073719 | Dividends | Individual TFSA |
| 2021-07-07 12:00 | 2021-07-07 12:00 | DIS | M067998 | META MATLS INC PFD SER A SPINOFF ON 2065 SHS FROM SEC# T014092 TORCHLIGHT ENERGY RESOURCES REC 06/24/21 PAY 06/25/21 | 2065.00000 | 0.00000000 | 0.00 | 0.00 | 0.00 | USD | 28080898 | Dividends | Individual margin |
| 2021-07-14 12:00 | 2021-07-14 12:00 | WDR | M067998 | META MATLS INC PFD SER A TFSA WITHDRAWAL .00 US CNV@ 1.25000000 .00 C$ EQUIVALENT TO ACCOUNT 280-80898-21 MARKET VALUE 5.00 | -1200.00000 | 0.00000000 | 0.00 | 0.00 | 0.00 | USD | 52073719 | Withdrawals | Individual TFSA |
| 2021-07-14 12:00 | 2021-07-14 12:00 | WDR | M067998 | META MATLS INC PFD SER A TFSA WITHDRAWAL FROM ACCOUNT 520-73719-14 MARKET VALUE 5.00 | 1200.00000 | 0.00000000 | 0.00 | 0.00 | 0.00 | USD | 28080898 | Deposits | Individual margin |
| 2021-12-03 12:00 | 2021-12-07 12:00 | Buy | MMTLP | META MATLS INC PFD SER A WE ACTED AS AGENT AVG PRICE - ASK US FOR DETAILS | 250.00000 | 1.82000000 | -455.00 | -4.95 | -459.95 | USD | 28080898 | Trades | Individual margin |
| 2022-06-24 12:00 | 2022-06-28 12:00 | Buy | MMTLP | META MATLS INC PFD SER A WE ACTED AS AGENT AVG PRICE - ASK US FOR DETAILS | 3500.00000 | 1.52052000 | -5321.82 | -39.85 | -5361.67 | USD | 28080898 | Trades | Individual margin |
| 2022-07-08 12:00 | 2022-07-12 12:00 | Buy | MMTLP | META MATLS INC PFD SER A WE ACTED AS AGENT | 185.00000 | 1.82000000 | -336.70 | -4.95 | -341.65 | USD | 28080898 | Trades | Individual margin |
| 2022-07-11 12:00 | 2022-07-13 12:00 | Buy | MMTLP | META MATLS INC PFD SER A WE ACTED AS AGENT AVG PRICE - ASK US FOR DETAILS | 800.00000 | 2.00000000 | -1600.00 | -10.45 | -1610.45 | USD | 28080898 | Trades | Individual margin |
| 2022-07-13 12:00 | 2022-07-15 12:00 | Buy | MMTLP | META MATLS INC PFD SER A WE ACTED AS AGENT AVG PRICE - ASK US FOR DETAILS | 225.00000 | 1.85333333 | -417.00 | -9.90 | -426.90 | USD | 28080898 | Trades | Individual margin |
| 2022-08-22 12:00 | 2022-08-24 12:00 | Sell | MMTLP | META MATLS INC PFD SER A WE ACTED AS AGENT AVG PRICE - ASK US FOR DETAILS | -50.00000 | 1.40000000 | 70.00 | -4.96 | 65.04 | USD | 28080898 | Trades | Individual margin |
| 2022-09-22 12:00 | 2022-09-26 12:00 | Sell | MMTLP | META MATLS INC PFD SER A WE ACTED AS AGENT | -100.00000 | 1.52000000 | 152.00 | -4.96 | 147.04 | USD | 28080898 | Trades | Individual margin |
| 2022-09-28 12:00 | 2022-09-30 12:00 | Sell | MMTLP | META MATLS INC PFD SER A WE ACTED AS AGENT | -100.00000 | 1.52000000 | 152.00 | -4.96 | 147.04 | USD | 28080898 | Trades | Individual margin |
| 2022-10-11 12:00 | 2022-10-13 12:00 | Buy | MMTLP | META MATLS INC PFD SER A WE ACTED AS AGENT AVG PRICE - ASK US FOR DETAILS | -400.00000 | 4.32500000 | 1730.00 | -9.94 | 1720.06 | USD | 28080898 | Trades | Individual margin |
| 2022-10-11 12:00 | 2022-10-13 12:00 | Buy | MMTLP | META MATLS INC PFD SER A WE ACTED AS AGENT AVG PRICE - ASK US FOR DETAILS | 400.00000 | 4.14250000 | -1657.00 | -4.95 | -1661.95 | USD | 28080898 | Trades | Individual margin |
| 2022-10-12 12:00 | 2022-10-14 12:00 | Sell | MMTLP | META MATLS INC PFD SER A WE ACTED AS AGENT AVG PRICE - ASK US FOR DETAILS | -9500.00000 | 5.48494737 | 52107.00 | -80.80 | 52026.20 | USD | 28080898 | Trades | Individual margin |
| 2022-10-12 12:00 | 2022-10-14 12:00 | Buy | MMTLP | META MATLS INC PFD SER A WE ACTED AS AGENT AVG PRICE - ASK US FOR DETAILS | 9425.00000 | 5.51442971 | -51973.50 | -72.65 | -52046.15 | USD | 28080898 | Trades | Individual margin |
| 2022-10-13 12:00 | 2022-10-17 12:00 | Buy | MMTLP | META MATLS INC PFD SER A WE ACTED AS AGENT AVG PRICE - ASK US FOR DETAILS | -13450.00000 | 4.67782007 | 62916.68 | -116.09 | 62800.59 | USD | 28080898 | Trades | Individual margin |
| 2022-10-13 12:00 | 2022-10-17 12:00 | Buy | MMTLP | META MATLS INC PFD SER A WE ACTED AS AGENT AVG PRICE - ASK US FOR DETAILS | 13450.00000 | 4.65445502 | -62602.42 | -159.34 | -62761.76 | USD | 28080898 | Trades | Individual margin |
| 2022-10-14 12:00 | 2022-10-18 12:00 | Sell | MMTLP | META MATLS INC PFD SER A WE ACTED AS AGENT AVG PRICE - ASK US FOR DETAILS | -6080.00000 | 3.38222697 | 20563.94 | -65.28 | 20498.66 | USD | 28080898 | Trades | Individual margin |
| 2022-10-14 12:00 | 2022-10-18 12:00 | Buy | MMTLP | META MATLS INC PFD SER A WE ACTED AS AGENT AVG PRICE - ASK US FOR DETAILS | 5980.00000 | 3.43344482 | -20532.00 | -79.30 | -20611.30 | USD | 28080898 | Trades | Individual margin |
| 2022-10-17 12:00 | 2022-10-19 12:00 | Sell | MMTLP | META MATLS INC PFD SER A WE ACTED AS AGENT AVG PRICE - ASK US FOR DETAILS | -2000.00000 | 3.90000000 | 7800.00 | -20.18 | 7779.82 | USD | 28080898 | Trades | Individual margin |
| 2022-10-18 12:00 | 2022-10-20 12:00 | Buy | MMTLP | META MATLS INC PFD SER A WE ACTED AS AGENT AVG PRICE - ASK US FOR DETAILS | 2200.00000 | 3.92343182 | -8631.55 | -34.80 | -8666.35 | USD | 28080898 | Trades | Individual margin |
| 2022-10-18 12:00 | 2022-10-20 12:00 | Buy | MMTLP | META MATLS INC PFD SER A WE ACTED AS AGENT AVG PRICE - ASK US FOR DETAILS | -1500.00000 | 3.42066667 | 5131.00 | -15.12 | 5115.88 | USD | 28080898 | Trades | Individual margin |
| 2022-10-18 12:00 | 2022-10-20 12:00 | Buy | MMTLP | META MATLS INC PFD SER A WE ACTED AS AGENT AVG PRICE - ASK US FOR DETAILS | 1337.00000 | 3.64796707 | -5096.21 | -9.95 | -5106.16 | USD | 28080898 | Trades | Individual margin |
| 2022-10-19 12:00 | 2022-10-21 12:00 | Buy | MMTLP | META MATLS INC PFD SER A WE ACTED AS AGENT AVG PRICE - ASK US FOR DETAILS | -5000.00000 | 3.82090000 | 19104.50 | -50.44 | 19054.06 | USD | 28080898 | Trades | Individual margin |
| 2022-10-19 12:00 | 2022-10-21 12:00 | Buy | MMTLP | META MATLS INC PFD SER A WE ACTED AS AGENT AVG PRICE - ASK US FOR DETAILS | 5103.00000 | 3.72464875 | -19006.88 | -65.90 | -19062.78 | USD | 28080898 | Trades | Individual margin |
| 2022-10-20 12:00 | 2022-10-24 12:00 | Buy | MMTLP | META MATLS INC PFD SER A WE ACTED AS AGENT AVG PRICE - ASK US FOR DETAILS | -1000.00000 | 4.50186000 | 4501.86 | -10.11 | 4491.75 | USD | 28080898 | Trades | Individual margin |
| 2022-10-20 12:00 | 2022-10-24 12:00 | Buy | MMTLP | META MATLS INC PFD SER A WE ACTED AS AGENT AVG PRICE - ASK US FOR DETAILS | 1000.00000 | 4.48956000 | -4489.56 | -10.00 | -4499.56 | USD | 28080898 | Trades | Individual margin |
| 2022-10-21 12:00 | 2022-10-25 12:00 | Sell | MMTLP | META MATLS INC PFD SER A WE ACTED AS AGENT | -500.00000 | 4.92000000 | 2460.00 | -5.06 | 2454.94 | USD | 28080898 | Trades | Individual margin |
| 2022-10-24 12:00 | 2022-10-25 12:00 | Buy | MMTLP | META MATLS INC PFD SER A WE ACTED AS AGENT | 500.00000 | 4.82000000 | -2410.00 | -5.00 | -2415.00 | USD | 28080898 | Trades | Individual margin |
| 2022-10-24 12:00 | 2022-10-26 12:00 | Sell | MMTLP | META MATLS INC PFD SER A WE ACTED AS AGENT AVG PRICE - ASK US FOR DETAILS | -7544.00000 | 4.78957582 | 36132.55 | -80.63 | 36051.93 | USD | 28080898 | Trades | Individual margin |
| 2022-10-24 12:00 | 2022-10-26 12:00 | Buy | MMTLP | META MATLS INC PFD SER A WE ACTED AS AGENT AVG PRICE - ASK US FOR DETAILS | 7244.00000 | 4.97380591 | -36030.88 | -89.70 | -36119.95 | USD | 28080898 | Trades | Individual margin |
| 2022-10-25 12:00 | 2022-10-27 12:00 | Sell | MMTLP | META MATLS INC PFD SER A WE ACTED AS AGENT AVG PRICE - ASK US FOR DETAILS | -1100.00000 | 4.95927273 | 5455.20 | -15.08 | 5440.12 | USD | 28080898 | Trades | Individual margin |
| 2022-10-25 12:00 | 2022-10-27 12:00 | Buy | MMTLP | META MATLS INC PFD SER A WE ACTED AS AGENT AVG PRICE - ASK US FOR DETAILS | 1000.00000 | 5.39160000 | -5391.00 | -14.90 | -5405.90 | USD | 28080898 | Trades | Individual margin |
| 2022-10-26 12:00 | 2022-10-28 12:00 | Sell | MMTLP | META MATLS INC PFD SER A WE ACTED AS AGENT AVG PRICE - ASK US FOR DETAILS | -10452.00000 | 5.56648445 | 58181.00 | -120.94 | 58060.06 | USD | 28080898 | Trades | Individual margin |
| 2022-10-26 12:00 | 2022-10-28 12:00 | Buy | MMTLP | META MATLS INC PFD SER A WE ACTED AS AGENT AVG PRICE - ASK US FOR DETAILS | 10302.00000 | 5.63415939 | -58043.11 | -124.45 | -58167.56 | USD | 28080898 | Trades | Individual margin |
| 2022-11-03 12:00 | 2022-11-07 12:00 | Sell | MMTLP | META MATLS INC PFD SER A WE ACTED AS AGENT AVG PRICE - ASK US FOR DETAILS | -450.00000 | 6.66111111 | 2997.50 | -5.02 | 2992.48 | USD | 28080898 | Trades | Individual margin |
| 2022-11-03 12:00 | 2022-11-07 12:00 | Buy | MMTLP | META MATLS INC PFD SER A WE ACTED AS AGENT AVG PRICE - ASK US FOR DETAILS | 470.00000 | 6.22297872 | -2924.80 | -9.90 | -2934.70 | USD | 28080898 | Trades | Individual margin |
| 2022-11-10 12:00 | 2022-11-15 12:00 | Sell | MMTLP | META MATLS INC PFD SER A WE ACTED AS AGENT AVG PRICE - ASK US FOR DETAILS | -2000.00000 | 6.78726000 | 13574.52 | -20.32 | 13554.20 | USD | 28080898 | Trades | Individual margin |
| 2022-11-10 12:00 | 2022-11-15 12:00 | Buy | MMTLP | META MATLS INC PFD SER A WE ACTED AS AGENT AVG PRICE - ASK US FOR DETAILS | 2045.00000 | 6.67848411 | -13657.50 | -29.90 | -13687.40 | USD | 28080898 | Trades | Individual margin |
| 2022-11-17 12:00 | 2022-11-21 12:00 | Sell | MMTLP | META MATLS INC PFD SER A WE ACTED AS AGENT AVG PRICE - ASK US FOR DETAILS | -1500.00000 | 8.72642657 | 13089.64 | -15.20 | 13074.34 | USD | 28080898 | Trades | Individual margin |
| 2022-11-17 12:00 | 2022-11-21 12:00 | Buy | MMTLP | META MATLS INC PFD SER A WE ACTED AS AGENT AVG PRICE - ASK US FOR DETAILS | 1535.00000 | 8.47192182 | -13024.35 | -19.96 | -13024.35 | USD | 28080898 | Trades | Individual margin |
| 2022-12-01 12:00 | 2022-12-05 12:00 | Sell | MMTLP | META MATLS INC PFD SER A WE ACTED AS AGENT AVG PRICE - ASK US FOR DETAILS | -2550.00000 | 8.73333333 | 22270.00 | -30.46 | 22239.54 | USD | 28080898 | Trades | Individual margin |
| 2022-12-01 12:00 | 2022-12-05 12:00 | Buy | MMTLP | META MATLS INC PFD SER A WE ACTED AS AGENT AVG PRICE - ASK US FOR DETAILS | 2650.00000 | 8.33837736 | -22096.70 | -44.50 | -22141.60 | USD | 28080898 | Trades | Individual margin |
| 2022-12-05 12:00 | 2022-12-07 12:00 | Sell | MMTLP | META MATLS INC PFD SER A WE ACTED AS AGENT AVG PRICE - ASK US FOR DETAILS | -2200.00000 | 7.96219545 | 17516.83 | -25.36 | 17491.47 | USD | 28080898 | Trades | Individual margin |



QUESTRADE

ACCOUNT STATEMENT

## 03. INVESTMENT DETAILS

*Investment details*

**Cost basis:**
- **Book cost (BK):** The cost of a security adjusted by any corporate actions, reinvested dividends, and return of capital.
- **Historical Market value (HMV):** The historical market value of the security is used to estimate some or all of its book cost.
- **Historical Market value date (HMVD):** The market value of the security on October 30, 2017 was used to estimate some or all of its book cost.
- **Non-determinable (ND):** The security is not included in your % portfolio calculation because the cost basis cannot be determined.

**Quantity (Qty.):** The quantity for each security may include fractional shares that are shown in decimals.

### Stocks owned

| | Securities held in CAD | Securities held in USD | Combined in CAD | | Securities held in CAD | Securities held in USD | Combined in CAD |
|---|---|---|---|---|---|---|---|
| **CURRENT MONTH** | | | | | **PREVIOUS MONTH** | | |
| Market Value ($) | | | | | | | |

| Symbol | Description | Cost basis† | Qty† | Segr.† | Costshare | Pos. cost† | Mkt. price† | Mkt. value† | P&L† | %return† | %port.† |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Securities held in USD | | | | | | | | | | |
| 8AG5588 | NEXT BRIDGE HYDROCARBONS | ND | 7,970.00 | 7,970.00 | ND | ND | - | - | ND | ND | - |

**Individual Margin_2023-05-01**

| Trans Date.† | Settle Date.† | Activity type | Symbol | Description | Qty† | Price | Gross.† | Com.† | Net† | Price | Gross.† | Com.† | Net† |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 06-16-2021 | 06-18-2021 | Buy | | TORCHLIGHT ENERGY RESOURCES INC WE ACTED AS AGENT/AVG PRICE - ASK US FOR DETAILS | 1,200 | - | - | - | - | 6.300 | (7,560.00) | (9.95) | (7,569.95) |
| 06-16-2021 | 06-18-2021 | Sell | ITRM | ITERUM THERAPEUTICS PLC ORDINARY SHARE WE ACTED AS AGENT/AVG PRICE - ASK US FOR DETAILS | 11,000 | - | - | - | - | 1.940 | 21,340.50 | (9.55) | 21,330.44 |
| 06-21-2021 | 06-23-2021 | Buy | WISH | CONTEXTLOGIC INC CLASS A COMMON STOCK WE ACTED AS AGENT | 150 | - | - | - | - | 13.440 | (2,016.00) | (4.90) | (2,020.99) |
| 06-21-2021 | 06-21-2021 | Foreign Exchange | | CONVERSION - CAD/USD | - | - | - | - | (1,692.85) | - | - | - | 1,318.24 |
| 06-23-2021 | 06-25-2021 | Buy | WISH | CONTEXTLOGIC INC CLASS A COMMON STOCK WE ACTED AS AGENT/AVG PRICE - ASK US FOR DETAILS | 1,350 | - | - | - | - | 13.439 | (18,142.14) | (14.90) | (18,157.04) |
| 06-23-2021 | 06-25-2021 | Sell | WISH | CONTEXTLOGIC INC CLASS A COMMON STOCK WE ACTED AS AGENT | 1,350 | - | - | - | - | 13.461 | 18,172.78 | (9.95) | 18,162.71 |
| 06-24-2021 | 06-28-2021 | Buy | ITRM | ITERUM THERAPEUTICS PLC ORDINARY SHARE WE ACTED AS AGENT | 11,000 | - | - | - | - | 1.890 | (16,480.00) | (9.95) | (18,489.95) |
| 06-24-2021 | 06-28-2021 | Sell | ITRM | ITERUM THERAPEUTICS PLC ORDINARY SHARE WE ACTED AS AGENT | 11,000 | - | - | - | - | 1.690 | 18,590.00 | (9.95) | 18,579.95 |
| 06-29-2021 | 06-29-2021 | RNC | MMAT | META MATLS INC COMMON STOCK RESULT OF NAME CHANGE | 600 | - | - | - | - | - | - | - | - |
| 06-29-2021 | 06-29-2021 | RNC | | TORCHLIGHT ENERGY RESOURCES INC REVERSE SPLIT & NAME CHANGE/@1:2 INTO 89134N104 | (1,200) | - | - | - | - | - | - | - | - |
| | | | | Closing balance | - | - | - | - | 372.68 | - | - | - | 95.67 |

**Individual TFSA_2021-06-01**

| Trans Date.† | Settle Date.† | Activity type | Symbol | Description | Qty† | Price | Gross.† | Com.† | Net† | Price | Gross.† | Com.† | Net† |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | CAD | | | | | USD | |
| | | | | Opening balance | - | - | - | - | 372.68 | - | - | - | 95.67 |
| 07-02-2021 | 07-07-2021 | Sell | ITRM | ITERUM THERAPEUTICS PLC ORDINARY SHARE WE ACTED AS AGENT/AVG PRICE - ASK US FOR DETAILS | 5,000 | - | - | - | - | 1.430 | 7,150.00 | (9.95) | 7,140.01 |
| 07-02-2021 | 07-07-2021 | Sell | MMAT | META MATLS INC COMMON STOCK WE ACTED AS AGENT/AVG PRICE - ASK US FOR DETAILS | 600 | - | - | - | - | 7.220 | 4,332.00 | (6.00) | 4,325.97 |
| 07-02-2021 | 07-07-2021 | Buy | BBIG | VINCO VENTURES INC COMMON STOCK WE ACTED AS AGENT/AVG PRICE - ASK US FOR DETAILS | 2,700 | - | - | - | - | 3.993 | (10,782.00) | (16.95) | (10,798.95) |
| 07-07-2021 | 07-07-2021 | DIS | | META MATLS INC PFD SER A SPINOFF ON 1200 SHS FROM 1 SEC# T0140527 TORCHLIGHT ENERGY RESOURCES REC 06/24/21 PAY 06/25/21 | 1,200 | - | - | - | - | - | - | - | - |
| 07-08-2021 | 07-08-2021 | Fee | | JUN IQ DATA FEE GST/HST | - | - | - | - | (1.00) | - | - | - | - |
| 07-08-2021 | 07-08-2021 | Fee | | JUN IQ DATA FEE GST | - | - | - | - | (1.99) | - | - | - | - |
| 07-08-2021 | 07-08-2021 | Fee | | JUN IQ DATA FEE REBATE | - | - | - | - | 19.95 | - | - | - | - |
| 07-08-2021 | 07-08-2021 | Fee | | JUN IQ DATA FEE | - | - | - | - | (19.95) | - | - | - | - |
| 07-14-2021 | 07-14-2021 | WDR | | META MATLS INC PFD SER A JTFSA WITHDRAWAL/1.00 US CN V @ 1.250005000.00 CS EQUIVALENT TO ACCOUNT 230-83093-21) MARKET VALUE          $.00 | (1,200) | - | - | - | - | - | - | - | - |
| 07-16-2021 | 07-20-2021 | Buy | AA | ALCOA CORPORATION COMMON STOCK WE ACTED AS AGENT | 12 | - | - | - | - | 35.470 | (425.64) | (4.95) | (430.59) |
| 07-16-2021 | 07-20-2021 | Sell | AA | ALCOA CORPORATION COMMON STOCK WE ACTED AS AGENT | 12 | - | - | - | - | 33.580 | 402.96 | (4.95) | 398.00 |
| 07-27-2021 | 07-27-2021 | Fee | | TRANSFER FEE | - | - | - | - | (25.00) | - | - | - | - |

**Individual TFSA_2021-07-01**



QUESTRADE

ACCOUNT STATEMENT

**04. ACTIVITY DETAILS**

## Transactions

*Activity details

Transaction date (Trans. date) the date a transaction occurred.
Settle date the date on which entitlement or obligation of your account transaction goes into effect. Generally a few days later than the transaction date. Prices are shown per unit purchased and sold.
Reported share terms.
Sub total column calculations.
REM (the red wellning options.
IATs (the news long terms.
Quantity (Qty.) the number of units displaying stock funds or governments. In the amount of units.
Gross the cost before any commission.
Commission (Com.) the total commission amount for the trade.
Net the cost after commission is paid.

| Trans Date.¹ | Settle Date.¹ | Activity type | Symbol | Description | CAD | | | | | USD | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Qty¹ | Price | Gross.¹ | Com.¹ | Net¹ | Price | Gross.¹ | Com.¹ | Net¹ |
| | | | | Opening balance | - | - | - | - | (353.38) | - | - | - | 734.68 |
| 06-16-2021 | 06-16-2021 | | | INT FR 05/16 THRU06/15@ 5.950%(BAL   353 AVBAL   353 | - | - | - | - | (1.79) | - | - | - | |
| 06-29-2021 | 06-29-2021 | RNC | MMAT | META MATLS INC(COMMON STOCK(RESULT OF NAME CHANGE | 1,032 | - | - | - | | - | - | - | |
| 06-29-2021 | 06-29-2021 | RNC | | TORCHLIGHT ENERGY RESOURCES(INC) REVERSE SPLIT & NAME CHANGE(S)1:2 INTO 59134H104 | (2,065) | - | - | - | | - | - | - | |
| | | | | Closing balance | - | - | - | - | (355.18) | - | - | - | 734.68 |

**Individual Margin_2021-06-01**



QUESTRADE

**03.**

## Stocks owned

| | | CURRENT MONTH | | | | PREVIOUS MONTH | |
|---|---|---|---|---|---|---|---|
| | Securities held in CAD | Securities held in USD | | Combined in CAD | Securities held in CAD | Securities held in USD | Combined in CAD |
| Market Value ($) | - | - | | | - | 6,511.02 | 8,072,33 |

| Symbol | Description | Cost basis¹ | Qty¹ | Segr.¹ | Cost/share | Pos. cost¹ | Mkt. price¹ | Mkt. value¹ | P&L¹ | % return¹ | % port.¹ |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Securities held in USD | | | | | | | | | | |
| M057998 | META MATLS INC FFD SER A | ND | 3,265.00 | 3,265.00 | ND | ND | - | - | ND | ND | - |

**Individual Margin_2021-07-01**



QUESTRADE

ACCOUNT STATEMENT

**04. ACTIVITY DETAILS**

## Transactions

*Activity details

Transaction date (Trans. date) the date a transaction occurred.
Settle date the date on which entitlement or obligation of your account transaction goes into effect. Generally a few days later than the transaction date. Prices are shown per unit purchased and sold.
Reported share terms.
Sub total column calculations.
REM (the red wellning options.
IATs (the news long terms.
Quantity (Qty.) the number of units displaying stock funds or governments. In the amount of units.
Gross the cost before any commission.
Commission (Com.) the total commission amount for the trade.
Net the cost after commission is paid.

**Individual Margin_2021-07-01**

| Trans Date.¹ | Settle Date.¹ | Activity type | Symbol | Description | CAD | | | | | USD | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Qty¹ | Price | Gross.¹ | Com.¹ | Net¹ | Price | Gross.¹ | Com.¹ | Net¹ |
| | | | | Opening balance | - | - | - | - | (355.18) | - | - | - | 734.68 |
| 07-02-2021 | 07-07-2021 | Sell | MMAT | META MATLS INC(COMMON STOCK(WE ACTED AS AGENT | 1,032 | - | - | - | | 7.190 | 7,420.08 | (9.95) | 7,410.09 |
| 07-02-2021 | 07-07-2021 | Buy | BBIG | VINCO VENTURES INC(COMMON STOCK(WE ACTED AS AGENT(AVG PRICE - ASK US FOR DETAILS | 2,000 | - | - | - | | 3.980 | (7,980.00) | (9.95) | (7,989.95) |
| 07-06-2021 | 07-06-2021 | CIL | MMAT | META MATLS INC(COMMON STOCK(CASH IN LIEU OF FRAC SHARES(59134H104000 | - | - | - | - | | - | - | - | 3.71 |
| 07-07-2021 | 07-07-2021 | DIS | | META MATLS INC(PFD SER A(SPINOFF  ON 2065 SHS(FROM EEC# T01406(TORCHLIGHT ENERGY RESOURCES(REC 06/24/21 PAY 06/25/21 | 2,065 | - | - | - | | - | - | - | |
| 07-14-2021 | 07-14-2021 | WDR | | META MATLS INC(PFD SER A(TFSA WITHDRAWAL(FROM ACCOUNT 520-73219-14] (MARKET VALUE      5.00 | 1,200 | - | - | - | | - | - | - | |
| 07-15-2021 | 07-19-2021 | Sell | BBIG | VINCO VENTURES INC(COMMON STOCK(WE ACTED AS AGENT | 200 | - | - | - | | 4.150 | 830.00 | (4.95) | 825.04 |
| 07-16-2021 | 07-16-2021 | | | INT FR 06/16 THRU07/15@ 5.950%(BAL   355 AVBAL   355 | - | - | - | - | (1.74) | - | - | - | |
| 07-23-2021 | 07-23-2021 | Transfer-Out from Non-Registered Account | BBIG | VINCO VENTURES INC(COLLISION STOCK) INTERACTIVE BROKERS LLC(ACCOUNT TRANSFER(ACCOUNT(S): U6507460(BOOK VALUE      7172.96 | (1,800) | - | - | - | | - | - | - | |
| | | | | Closing balance | - | - | - | - | (356.92) | - | - | - | 1,003.57 |

Activity Statement
October 1, 2024 - October 31, 2024

Interactive Brokers Canada Inc.
1800 McGill College Avenue, Suite 2106, Montreal, Quebec, Canada H3A 3J6
Member - Canadian Investor Protection Fund
Membre - Fonds canadien de protection des investisseurs

 **Regulated by CIRO**
Canadian Investment
Regulatory Organization

 **Réglementée par OCRI**
Organisme canadien de réglementation
des investissements

## ⌄ Account Information

| | |
|---|---|
| Name | Eric Mc Guire |
| Account Alias | TFSA |
| Account | U6578654 |
| Account Type | Individual |
| Customer Type | Tax-Free Savings Account |
| Account Capabilities | Cash |
| Base Currency | CAD |

> Net Asset Value

> Mark-to-Market Performance Summary

> Realized & Unrealized Performance Summary

> Cash Report  |  Convert Your Cash Balances to CAD

⌄ Open Positions

| Symbol | Quantity | Mult | Cost Price | Cost Basis | Close Price | Value | Unrealized P/L | Code |
|---|---|---|---|---|---|---|---|---|
| Stocks | | | | | | | | |
| USD | | | | | | | | |
| MMATQ | 10 | 1 | 25.243883 | 252.44 | 0.0710 | 0.71 | -251.73 | |
| Total | | | | 252.44 | | 0.71 | -251.73 | |
| Total in CAD | | | | 351.75 | | 0.99 | -350.76 | |

> Segregated Settled Stock Positions

> Forex Balances

> Financial Instrument Information

> Codes

⌄ Notes/Legal Notes

**Notes**

1. Stock exchange transactions generally settle on the trade date plus one business day (T+1). Options, futures and US open-end mutual fund transactions also settle on trade date plus one business day. Some exchanges and other transaction types may have longer or shorter settlement periods. Ending settled cash reflects the cash that has actually settled.

2. Initial and maintenance margin requirements are available within the Account Window of the Trader Workstation.

3. Quantities preceded by a "-" sign indicate sell transactions. Other transactions are purchases.

4. IB acts as agent in executing the fractional share portion of your order. In certain circumstances, IB routes the fractional portion of your order to an affiliate, which may execute the fractional portion of the order as principal. In such circumstances, this is indicated by the codes associated with the trade. If an IB affiliate acts as principal in executing any fractional share portion of your order, the order will be executed at the price displayed for the opposite side of the NBBO from your order (the offer if you are buying and the bid if you are selling) at the time of execution. If an IB affiliate is acting as riskless principal in connection with filling the fractional share portion of your order, the affiliate will execute the fractional share portion of your order at the price it receives for the execution of the whole share.

5. In case of partial executions, commissions are charged on the total quantity executed on the original order. The commission is displayed on the first partial execution only.

6. Each closed lot indicated above with a reference to note (6) was chosen by the end of the trading day to be sold versus the specific opening purchase identified in that row.

7. Trade execution times are displayed in Eastern Time.

8. Applicable regulatory fees for your transactions are available on the IB website at www.interactivebrokers.com/en/accounts/fees/exchangeAndRegulatoryFees.php.

9. Borrow Fee Rate represents the cost to borrow stock expressed in percent per annum. It is applied to the collateral value on the stock borrow contract and is separate from any interest earned on credit cash balances. Similarly, Loan Fee Rate represents the benefit to lend stock. A positive rate indicates a cost to the borrower/benefit to the lender and a negative rate indicates a benefit to the borrower/cost to the lender. In general, the fee rates for hard-to-borrow stocks are higher than for normal availability stocks.

10. Interest Rate on Customer Collateral represents the interest paid on the collateral posted to the customer's account and received from lending stock. A positive rate indicates a benefit to the lender.

11. The closing prices on this Activity Statement are indicative and may come from third-party sources. Interactive Brokers does not warrant the accuracy of the prices provided by third-party sources. Due to time zone differences, certain non-US mutual funds may deliver closing prices after the Activity Statement has been produced and the closing prices for such funds will reflect the previous