NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | | **PROOF OF INTEREST** |
|---|---|---|
| Name of Debtor: META MATERIALS INC | Case Number: 24-50792-hlb | |

1. Name and address of holder of the Equity Interest (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"): MARINA IVANOVA RUA ENG RUI MANUEL SILVA VIEIRA BL, E, RC B T FUNCHAL 9000-153, MADEIRA PORTUGAL

Telephone Number: 00351 910542310

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

☒ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

COURT USE ONLY

Account or other number by which Interest holder identifies Debtor: CGD NR 0336117565644

Check here if this claim:
☐ replaces a previously filed Proof of Interest dated: _____
☐ amends a previously filed Proof of Interest dated: _____

2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest: CAIXA GERAL DE DEPOSITOS S.A.

Telephone Number: 00351 217900790

3. Date Equity Interest was acquired: 2022-11-14

4. Total amount of member interest: 2100

5. Certificate number(s): _____

6. Type of Equity Interest:
Please indicate the type of Equity Interest you hold:
☒ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
☐ Check this box if your Equity Interest is based on anything else and describe that interest:
Description: INVESTOR

7. Supporting Documents: Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. Date-Stamped Copy: To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

9. Signature:
Check the appropriate box.
☒ I am the creditor.  ☐ I am the creditor's authorized agent. (Attach copy of power of attorney, if any.)  ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)  ☐ I am a guarantor, surety, endorser, or other codebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: MARINA IVANOVA
Title: _____
Company: Address and telephone number (if different from notice address above): _____

(Signature) _____  (Date) 18-11 2024

Telephone number: 00351 910542310  email: TRANSLATEPORT1@GMAIL.COM

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*



## Comprovativo de operação Serviço Caixadirecta

Na sequência do pedido efetuado por MARINA IVANOVA através do Serviço Caixadirecta, foi registada às 15:15 do dia 17-11-2024 a operação - **Consultar carteira e movimentos** - com os seguintes dados:

| | |
|---:|---|
| Tipo de Consulta | Movimentos mobiliários |
| Conta | 0336117565644 - CONTA DE ACTIVOS FINANCEIROS |
| Titular | MARINA IVANOVA |
| Data de Inicio | 01-01-2022 |
| Data de Fim | 17-11-2024 |
| Tipo de operação | Todos |
| Mercado | NASDAQ STOCK MARKET (USD) |
| Espécie | Todos |

| Data | Espécie | Mercado | Tipo de operação | Quant. / Mont. | Moeda |
|---|---|---|---|---|---|
| 16-09-2024 | META MATERIALS INC | NASDAQ STOCK MARKET (USD) | TRANSFERENCIAS EM BLOCA DE CENTRAIS DEPOSITARIAS DE SAIDA | 21,00 | USD |
| 29-01-2024 | META MATLS INC | NASDAQ STOCK MARKET (USD) | CONVERSO VALORES MOBILIARIOS | 2.100,00 | USD |
| 29-01-2024 | META MATERIALS INC | NASDAQ STOCK MARKET (USD) | CONVERSO VALORES MOBILIARIOS | 21,00 | USD |
| 14-11-2022 | META MATLS INC | NASDAQ STOCK MARKET (USD) | Compra simples | 150,00 | USD |
| 14-11-2022 | META MATLS INC | NASDAQ STOCK MARKET (USD) | Compra simples | 9,00 | USD |
| 14-11-2022 | META MATLS INC | NASDAQ STOCK MARKET (USD) | Compra simples | 70,00 | USD |
| 14-11-2022 | META MATLS INC | NASDAQ STOCK MARKET (USD) | Compra simples | 50,00 | USD |
| 14-11-2022 | META MATLS INC | NASDAQ STOCK MARKET (USD) | Compra simples | 200,00 | USD |
| 14-11-2022 | META MATLS INC | NASDAQ STOCK MARKET (USD) | Compra simples | 87,00 | USD |

Caixa Geral de Depósitos, S.A. - Sede Social: Av. João XXI, nº 63, 1000-300 LISBOA - Capital Social 4.525.714.495,00 € - CRCL e Contribuinte sob o nº 500 960 046



| Data | Espécie | Mercado | Tipo de operação | Quant. / Mont. | Moeda |
|---|---|---|---|---|---|
| 14-11-2022 | META MATLS INC | NASDAQ STOCK MARKET (USD) | Compra simples | 200,00 | USD |
| 14-11-2022 | META MATLS INC | NASDAQ STOCK MARKET (USD) | Compra simples | 87,00 | USD |
| 14-11-2022 | META MATLS INC | NASDAQ STOCK MARKET (USD) | Compra simples | 300,00 | USD |
| 14-11-2022 | META MATLS INC | NASDAQ STOCK MARKET (USD) | Compra simples | 113,00 | USD |
| 14-11-2022 | META MATLS INC | NASDAQ STOCK MARKET (USD) | Compra simples | 200,00 | USD |
| 14-11-2022 | META MATLS INC | NASDAQ STOCK MARKET (USD) | Compra simples | 200,00 | USD |
| 14-11-2022 | META MATLS INC | NASDAQ STOCK MARKET (USD) | Compra simples | 200,00 | USD |
| 14-11-2022 | META MATLS INC | NASDAQ STOCK MARKET (USD) | Compra simples | 21,00 | USD |
| 14-11-2022 | META MATLS INC | NASDAQ STOCK MARKET (USD) | Compra simples | 213,00 | USD |

Caso necessite de obter alguma informação adicional, contacte o Serviço Caixadirecta (disponível 24h por dia/todos os dias do ano) pelo telefone 21 790 07 90 (chamada para a rede fixa nacional).

Com os melhores cumprimentos,
Serviço **Caixa**directa

ID: 440454436,15:15 17-11-2024