NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | | **PROOF OF INTEREST** |
|---|---|---|
| Name of Debtor: Meta Materials Inc. | Case Number: 24-50792 - *hlb* | |

1. **Name and address of holder of the Equity Interest** (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

   Christopher DiDomenico
   130 Grant Ave
   Windsor ON, N8N 2X8
   Canada

   Telephone Number: 519-982-0761

   ☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

   ☒ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

   ☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

**NOTE:** This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

**COURT USE ONLY**

Account or other number by which Interest holder identifies Debtor:
51613962

Check here if this claim:
☐ replaces a previously filed Proof of Interest dated: _____
☐ amends a previously filed Proof of Interest dated: _____

2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:

   Questrade
   5700 Yonge Street Unit G1-Ground Floor Toronto ON M2M 4K2
   Telephone Number: 416-277-9876

3. Date Equity Interest was acquired:

   03/28/2023 - 11/24/2023

4. Total amount of member interest: 306 shares + 295 call options

5. Certificate number(s): _____

6. **Type of Equity Interest:**
   Please indicate the type of Equity Interest you hold:
   ☒ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
   ☐ Check this box if your Equity Interest is based on anything else and describe that interest:
   Description: _____

7. **Supporting Documents:** Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
   DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. **Date-Stamped Copy:** To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

9. **Signature:**
Check the appropriate box.
☒ I am the creditor.   ☐ I am the creditor's authorized agent. (Attach copy of power of attorney, if any.)   ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)   ☐ I am a guarantor, surety, endorser, or other codebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: Christopher DiDomenico
Title: _____
Company: __ Address and telephone number (if different from notice address above): _____

(Signature) Christopher DiDomenico    (Date) 12/3/2024

Telephone number: 519-982-0761    email: CD4662@hotmail.com

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

# MEMO

**META MAETERIALS INC**

| | |
|---|---|
| **To:** | United States Bankruptcy Court for the District of Nevada |
| **From:** | Christopher DiDomenico |
| **Date:** | 12/3/2024 |
| **Re:** | Meta Materials Proof of Interest |

**NOTES:**

1.) Trade confirmation report showing the purchase of Meta Materials common stock totaling **30,100**. These were purchased between the dates of March 28, 2023 up to November 24, 2023 and held in TFSA account # 51613962.

2.) TFSA account summary as of October 31, 2024 showing call options totaling **295** being held.

Also, as the common stock had become ineligible to be held in a TFSA account after the reverse split of 100 to 1 shares. I was forced to transfer the balance to a margin account # 26632553. This took place on October 1, 2024.

3.) Account statement of margin account # 26632553 showing a total of **306** Meta Materials shares held.

Balance consists of the 301 post split shares transferred plus I had received approximately 500 shares of Meta Materials from the Torch Light merger.

All of the stock and options were never sold and are still being held as of todays date of December 3, 2024.

MEMO



**QUESTRADE®**

5700 Yonge Street, Unit G1 - Ground Floor, Toronto, ON M2M 4K2
Phone: 416.227.9876   Web: questrade.com

# TRADE CONFIRMATION REPORT

| Account #: | 51613962 | Dealer: | Questrade, Inc. | Type: | TFSA |

Client: Christopher DiDomenico
Order execution only account

## Summary

| Stocks and Options | Canadian securities | U.S. securities |
| --- | --- | --- |
| Purchase | 0.00 | (9,259.11) |
| Sales | 0.00 | 0.00 |
| **Total gross** | **0.00** | **(9,259.11)** |
| Commission | 0.00 | (105.50) |
| Sec fees | 0.00 | 0.00 |
| Interest amount | 0.00 | 0.00 |
| **Total fees** | **0.00** | **(105.50)** |
| **Total amount** | **0.00** | **(9,364.61)** |

1.)

Purchase of 30,100 meta materials shares.

Between 03/28/2023 to 11/24/2023




# TRADE CONFIRMATION REPORT

**QUESTRADE®**
5700 Yonge Street, Unit G1 - Ground Floor, Toronto, ON M2M 4K2
Phone: 416.227.9876   Web: questrade.com

| Account #: | 51613962 | Dealer: | Questrade, Inc. | Type: | TFSA |
|---|---|---|---|---|---|
| Client: | Christopher DiDomenico | | | | |
| Order execution only account | | | | | |

## U.S. stocks and options - Account 5161396212

| Trade Date | Settlement date | Trade # | Action | Quantity | Symbol | T B | EX | Price (USD) | Gross amount (USD) | Comm (USD) | SEC fees (USD) | Interest amount (USD) | Net amount (USD) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 28-03-23 | 30-03-23 | 10D8EA | Buy | 5,000 | MMAT | A | NY | .452 | (2,259.76) | (9.95) | 0.00 | 0.00 | (2,269.71) |

Description  META MATLS INC, COMMON STOCK, AVG PRICE - ASK US FOR DETAILS

| 31-03-23 | 04-04-23 | 149FD3 | Buy | 3,800 | MMAT | A | NY | .411 | (1,561.04) | (9.95) | 0.00 | 0.00 | (1,570.99) |

Description  META MATLS INC, COMMON STOCK

| 03-04-23 | 05-04-23 | 186516 | Buy | 8,200 | MMAT | A | NY | .459 | (3,765.20) | (35.85) | 0.00 | 0.00 | (3,801.05) |

Description  META MATLS INC, COMMON STOCK, AVG PRICE - ASK US FOR DETAILS

| 17-04-23 | 19-04-23 | 2A033B | Buy | 3,000 | MMAT | A | NY | .221 | (663.00) | (9.95) | 0.00 | 0.00 | (672.95) |

Description  META MATLS INC, COMMON STOCK, AVG PRICE - ASK US FOR DETAILS

| 01-11-23 | 03-11-23 | 22F133 | Buy | 1,200 | MMAT | A | NY | .113 | (135.96) | (9.95) | 0.00 | 0.00 | (145.91) |

Description  META MATLS INC, COMMON STOCK, AVG PRICE - ASK US FOR DETAILS

| 03-11-23 | 07-11-23 | 257567 | Buy | 2,800 | MMAT | A | NY | .111 | (311.08) | (9.95) | 0.00 | 0.00 | (321.03) |

Description  META MATLS INC, COMMON STOCK

| 13-11-23 | 15-11-23 | 321488 | Buy | 3,700 | MMAT | A | NY | .10 | (370.00) | (9.95) | 0.00 | 0.00 | (379.95) |

Description  META MATLS INC, COMMON STOCK



**TRADE CONFIRMATION REPORT**

QUESTRADE®
5700 Yonge Street, Unit G1 - Ground Floor, Toronto, ON M2M 4K2
Phone: 416.227.9876   Web: questrade.com

| Account #: | 51613962 | Dealer: | Questrade, Inc. | Type: | TFSA |
|---|---|---|---|---|---|
| Client: | Christopher DiDomenico | | | | |
| Order execution only account | | | | | |

| Trade Date | Settlement date | Trade # | Action | Quantity | Symbol | T B | EX | Price (USD) | Gross amount (USD) | Comm (USD) | SEC fees (USD) | Interest amount (USD) | Net amount (USD) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 24-11-23 | 28-11-23 | 3FE67B | Buy | 2,400 | MMAT | A | NY | .08 | (193.07) | (9.95) | 0.00 | 0.00 | (203.02) |

Description: META MATLS INC, COMMON STOCK, AVG PRICE - ASK US FOR DETAILS

| | | | | | Totals | | | | (9,259.11) | (105.50) | 0.00 | 0.00 | (9,364.61) |

Report generated on  03:52:40 PM 12.01.2024

TRADE CONFIRMATION REPORT    3 of 6



# TRADE CONFIRMATION REPORT

**Account #:** 51613962  **Dealer:** Questrade, Inc.  **Type:** TFSA
**Client:** Christopher DiDomenico
Order execution only account

5700 Yonge Street, Unit G1 - Ground Floor, Toronto, ON M2M 4K2
Phone: 416.227.9876  Web: questrade.com

**Explanation of codes**

| TB - Transaction Basis | | EX - Exchange | | | |
|---|---|---|---|---|---|
| A | As agents, we have bought or sold for your account. | AL | Alpha / Alpha ATS | MF | Mutual funds - Other Canadian Market |
| T | As agents, we have bought or sold through you. | AY | NYSE American | NI | New Issue |
| N | As agents, we have bought from you or sold to you. | BDP | Bourse du Pacifique | NY | NYSE / NYSE over-the-counter |
| P | As principals, we have bought from you or sold to you. | BSE | Boston Stock Exchange | OM | Omega / Omega ATS |
| | | CB/NQ | US over-the-counter / CBOE / Nasdaq | OT | Other US OTC |
| | | CH | CHI-X / CHI-X ATS | PR | Pure Trading / Pure Trading USF |
| | | CQ | CNQ | SF | Seg-funds - Other Canadian Market |
| | | CU | Other Canadian Markets | SL | TMX Select |
| | | CX2 | CX2 Canada ATS | SX | Goldman Sachs ATS |
| | | CXD | Nasdaq CXD | T | TSX |
| | | DE | DirectEdge | TR | TRIACT / TRIACT OTC |
| | | FOTC | Foreign over-the-counter | UU | Manual Trade |
| | | FX | Foreign Exchange | V | TSX Venture Exchange / TSX Venture OTC |
| | | ICX | Instinet Cross Ltd. ATS | X | Converted Trade |
| | | ME | Montreal EX / Montreal OTC / Options and Options Assigned & Exercise | | |

Please indicate your account number on all documents and instructions sent to us. All cheques etc. should be sent to the office servicing your account. We suggest the retention of this contract for income tax purposes.

Without limiting in any way or otherwise affecting our rights under any other contracts between us, you agree to the following:

- This transaction, if it has been made on a stock exchange, is subject to the bylaws, rules, regulations and customs of such stock exchange and of any clearing house involved; in the case of an exchange transaction, the name of the exchange (and clearing house, if any) and of the other broker will be furnished upon request.

- All securities and property (hereinafter called "securities") held or carried by us for you or on your account, shall, so long as any indebtedness of yours to us shall from time to time exist, be held as collateral securities for such indebtedness and we shall have the right, without notice to you, to use such securities in making deliveries or substitutions, to loan such securities and raise money on them and to pledge and re-pledge them either separately or in our general loans or otherwise together with any securities belonging to us or to others. The whole in such manner and on such terms and conditions and for such amount whether or less than amount due by you, and for such purposes as we may deem advisable;

- If we deem necessary for our protection, we shall have the right to buy in securities of which your account may be short and to sell securities of which your account may belong, the whole publically or privately and without demand for margin or tender to you and without notice;

- This transaction is subject to the by-laws and customs of the securities industry;

- Delivery of securities purchased is subject to availability in deliverable form. Notwithstanding the foregoing, payment is due on settlement date;



# TRADE CONFIRMATION REPORT

| | | | | | |
|---|---|---|---|---|---|
| **Account #:** | 51613962 | **Dealer:** | Questrade, Inc. | **Type:** | TFSA |
| **Client:** | Christopher DiDomenico | | | | |
| Order execution only account | | | | | |

5700 Yonge Street, Unit G1 - Ground Floor, Toronto, ON M2M 4K2
Phone: 416.227.9876   Web: questrade.com

- The client agrees that notices made available online in myQuestrade or sent to his/her designated email address shall be deemed received;

- If payment in full is not received on settlement date, interest will be charged on the unpaid balance until such balance is paid;

- When acting as agent, we will furnish the name of the other broker or brokers involved in the transaction on request.

- Your trade may have been executed by another dealer for liquidity purposes and as such, the dealer may have received a commission. In any case, you have received the best execution possible at the time of your trade

**Restricted share terms:**
- SUB-VTG: subordinate voting shares

- REST-VTG: restricted voting shares

- NON-VTG: non-voting shares

**Member CIPF**
Customers' accounts are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of coverage is available upon request. Our Statement of Financial Condition as of our most recent financial year and a list of our directors and senior officers is available upon request. Our clients in British Columbia are entitled to certain additional information about us, including information about commissions and fees that we charge, and about any administrative proceedings that may relate to the firm or our staff.

© Questrade, Inc. All rights reserved. Member of IIROC and the Canadian Investor Protection Fund. QUESTRADE is a registered trademark of Questrade, Inc.

© Questrade Wealth Management Inc. and Questrade, Inc. are wholly owned subsidiaries of Questrade Financial Group Inc. Questrade, Inc. is a registered investment dealer, member of the Investment Industry Regulatory Organization of Canada and a member of Canadian Investor Protection Fund. Questrade Wealth Management Inc. is a registered portfolio manager.

Questrade Wealth Management Inc. manages and issues the Questrade Wealth Management family of exchange traded funds. As such, Questrade Wealth Management Inc. is a related and/or connected issuer of Questrade, Inc.




Report generated on  03:52:40 PM 12.01.2024    TRADE CONFIRMATION REPORT    5 of 6



5700 Yonge Street, Unit G1 - Ground Floor, Toronto, ON M2M 4K2
Phone: 416.227.9876   Web: questrade.com

**TRADE CONFIRMATION REPORT**

| **Account #:** | 51613962 | **Dealer:** | Questrade, Inc. | **Type:** | TFSA |
| **Client:** | Christopher DiDomenico | | | | |
| Order execution only account | | | | | |




**Get the most out of your statement**
Your statement is broken down into **five** straight-forward categories, each designed to help you understand how your investments are performing:
- Measure overall account performance, past and present
- Track incoming/outgoing fees and rebates
- Monitor your portfolio's position allocation

2.)

295 call options of Meta Materials held in account.

&

301 shares after 100 to 1 reverse split transferred.

10/01/2024

## ACCOUNT STATEMENT
Order execution only account

Current month balance: **$475.37**
(October 31, 2024)

Last month balance: **$667.70**
(September 30, 2024)

CHRISTOPHER DIDOMENICO

130 GRANT AVE E WINDSOR ON
N8N 2X8

Account #: 51613962
Type: Individual Tax-Free Savings Account (TFSA)
Currency: CAD/USD

Current month: October 31, 2024
Account opened: April 11, 2014
Dealer: Questrade, Inc.

## CONTENT

 **SUMMARY**
An overview of current and historical balances.

 **ACTIVITY DETAILS**
A breakdown of cash and position changes during the month.

 **PERFORMANCE**
Your current and historical rate of return.

**TRADES TO SETTLE AFTER MONTH END**
A summary of all trades not settled by the end of the month.

 **INVESTMENT DETAILS**
A detailed summary of cash and settled positions.

CIPF FCPE
MEMBER MEMBRE

Regulated by Canadian Investment Regulatory Organization
Réglementée par Organisme canadien de réglementation des investissements



ACCOUNT STATEMENT

## 03. INVESTMENT DETAILS

## Options Owned

|  | CURRENT MONTH | | | PREVIOUS MONTH | | |
|---|---|---|---|---|---|---|
|  | Securities held in CAD | Securities held in USD | Combined in CAD | Securities held in CAD | Securities held in USD | Combined in CAD |
| Market Value ($) |  | 20.00 | 27.87 |  | 20.00 | 27.05 |

| Symbol | Description | Cost basis¹ | Qty¹ | Segr.¹ | Cost/share | Pos. cost¹ | Mkt. price¹ | Mkt. value¹ | P&L¹ | % return¹ | % port.¹ |
|---|---|---|---|---|---|---|---|---|---|---|---|
|  | Securities held in USD |  |  |  |  |  |  |  |  |  |  |
| 8SZZST8 | CALL MMAT1 01/17/25 .50 META MATERIALS INC | BK | 195.00 |  | 0.08 | 1,638.45 | - | - | -1,638.45 | -100.00 | - |
| 8SZZSW9 | CALL MMAT1 01/16/26 .50 META MATERIALS INC | BK | 100.00 |  | 0.05 | 519.90 | - | - | -519.90 | -100.00 | - |
| 8UWHPB0 | CALL MULN1 01/17/25 .50 MULLEN AUTOMOTIVE INC | BK | 20.00 |  | 0.04 | 81.99 | 0.01 | 20.00 | -61.99 | -75.61 | 6.22 |

¹Investment details

**Cost basis:**
- **Book cost (BK):** The cost of a security adjusted by any corporate actions, reinvested dividends, and return of capital.
- **Historical Market value (HMV):** The historical market value of the security is used to estimate some or all of its book cost.
- **Historical Market value date (HMVD):** The market value of the security on October 30, 2015 was used to estimate some or all of its book cost.
- **Non-determinable (ND):** The security is not included in your % portfolio calculation because the cost basis cannot be determined.

**Quantity (Qty.):** The quantity for each security may include fractional shares which are shown in decimals.
**Segregated (Segr.):** fully paid securities that require no reimbursement to Questrade.
**Position cost (Pos. cost):** the cost of the position.
**Market price (Mkt. price)/Market value (Mkt. value):** the price at which a security is trading and could presumably be purchased or sold.
Market value may include accrued interest.
A letter to the right of the market value means:
E: we have estimated the market value of the security
N: the market value of the security cannot be determined
For an explanation of market price, including illiquid or non-exchange traded securities, please refer to the disclosures at the end of this statement.
In RESP accounts, the market value of any securities you own in U.S. dollars are converted and displayed in Canadian dollars.
**P&L:** the market value minus the position cost.
**% portfolio (% port.):** the value of the security divided by the value of all owned positions in your account. Shorted positions are not included in this calculation.
Note: Continue reading on glossary page

Current month FX rate: $1.00 USD = $1.3935 CAD    Previous month FX rate: $1.00 USD = $1.3525 CAD    Account #: 51613962    Current month: October 31, 2024

©Questrade, Inc. All rights reserved. Member of CIRO and the Canadian Investor Protection Fund. QUESTRADE is a registered trademark of Questrade, Inc.    Page 12 of 16



**ACCOUNT STATEMENT**

# 04. ACTIVITY DETAILS

## Transactions

¹Activity details

Transaction date (Trans. date): the date a transaction occurred.
Settle date: the date cash moved in or out of your account. Stock trades generally settle in one business day and options in one business day. The settle date impacts interest paid and received.
Restricted share terms:
SUB-VTG: subordinate voting shares
REST-VTG: restricted voting shares
NON-VTG: non-voting shares
Quantity (Qty.): The quantity for each security may include fractional shares which are shown in decimals.
Gross: the total before any commission.
Commission (Com.): the total commission incurred on the trade.
Net: the total after commission is paid.

| | | | | | | | | CAD | | | | USD | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Trans Date.¹ | Settle Date.¹ | Activity type | Symbol | Description | Qty¹ | Price | Gross.¹ | Com.¹ | Net¹ | Price | Gross.¹ | Com.¹ | Net¹ |
| | | | | Opening balance | - | - | - | - | 27.41 | - | - | - | (0.01) |
| 10-01-2024 | 10-01-2024 | WDR | MMATQ | META MATERIALS INC COMMON STOCK TFSA WITHDRAWAL 111.37 U$ CNV@ 1.35290000 150.67 C$ EQUIVALENT TO ACCOUNT 266-32553-27 MARKET VALUE $111.37 | (301) | - | - | - | - | - | - | - | - |
| | | | | Closing balance | - | - | - | - | 27.41 | - | - | - | (0.01) |

Current month FX rate: $1.00 USD = $1.3935 CAD    Previous month FX rate: $1.00 USD = $1.3525 CAD    Account #: 51613962    Current month: October 31, 2024

©Questrade, Inc. All rights reserved. Member of CIRO and the Canadian Investor Protection Fund. QUESTRADE is a registered trademark of Questrade, Inc.    Page 14 of 16




**Get the most out of your statement**
Your statement is broken down into five straight-forward categories, each designed to help you understand how your investments are performing:
- Measure overall account performance, past and present
- Track incoming/outgoing fees and rebates
- Monitor your portfolio's position allocation

**Talk to us, follow us, watch us**
For help with your account, Monday to Friday, 8 a.m. to 8 p.m. ET:
- Visit chat and we can help you immediately
- Call us at 1.888.783.7866
- Email support@questrade.com

For all other help, join the conversation:
- On the Exchange, your online community
- Follow us on Facebook or Twitter
- Tune into our YouTube channel
- Visit our LinkedIn page

## ACCOUNT STATEMENT
Order execution only account

CHRISTOPHER DIDOMENICO

130 GRANT AVE E WINDSOR ON
N8N 2X8

Account #: 26632553
Type: Individual Margin
Currency: CAD/USD

Current month balance: **$193.81**
(October 31, 2024)
Last month balance: $161.20
(September 30, 2024)

Current month: October 31, 2024
Account opened: August 17, 2012
Dealer: Questrade, Inc.

### CONTENT

**01 SUMMARY**
An overview of current and historical balances.

**02 PERFORMANCE**
Your current and historical rate of return.

**03 INVESTMENT DETAILS**
A detailed summary of cash and settled positions.

**04 ACTIVITY DETAILS**
A breakdown of cash and position changes during the month.

**05 TRADES TO SETTLE AFTER MONTH END**
A summary of all trades not settled by the end of the month.

---

3.)

Currently holding 306 shares of Meta Materials in margin account.

5 shares held previously.

---

Previous month FX rate: $1.00 USD = $1.3525 CAD        Account #: 26632553        Current month: October 31, 2024
xtection Fund. QUESTRADE is a registered trademark of Questrade, Inc.                                          Page 1 of 13



ACCOUNT STATEMENT

## 03. INVESTMENT DETAILS

### Stocks owned

| | CURRENT MONTH | | | PREVIOUS MONTH | | |
|---|---|---|---|---|---|---|
| | Securities held in CAD | Securities held in USD | Combined in CAD | Securities held in CAD | Securities held in USD | Combined in CAD |
| Market Value ($) | | 128.77 | 179.44 | | 108.85 | 147.22 |

| Symbol | Description | Cost basis¹ | Qty¹ | Segr.¹ | Cost/share | Pos. cost¹ | Mkt. price¹ | Mkt. value¹ | P&L¹ | % return¹ | % port.¹ |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Securities held in USD | | | | | | | | | | |
| 8AG5588 | NEXT BRIDGE HYDROCARBONS | ND | 4,050.00 | 4,050.00 | ND | ND | 0.00 N | 0.00 N | ND | ND | - |
| 8AG6115 | ROGUE ONE INC COMMON STOCK RTSD 1933 LEGEND | BK | 65.00 | 65.00 | 0.00 | 0.00 | - | - | - | 0 | - |
| FTX | CREATIVE EDGE NUTRITION INC | BK | 6,500.00 | 6,500.00 | 0.02 | 102.90 | - | - | -102.90 | -100.00 | - |
| GMPR | GOURMET PROVISIONS INTERNATIONAL CORPORATION | BK | 10,000.00 | 10,000.00 | 0.02 | 153.40 | - | 2.00 | -151.40 | -98.70 | 1.55 |
| MRNJ | METATRON INC COMMON STOCK | BK | 1,000,000.00 | 1,000,000.00 | 0.00 | 109.95 | - | 100.00 | -9.95 | -9.05 | 77.66 |
| MMATQ | META MATERIALS INC COMMON STOCK | BK | 306.00 | 306.00 | 1.57 | 478.97 | 0.07 | 21.73 | -457.24 | -95.46 | 16.87 |
| MULN | MULLEN AUTOMATIVE INC COMMON STOCK | BK | 1.00 | 1.00 | 118.63 | 118.63 | 2.04 | 2.04 | -116.59 | -98.28 | 1.58 |
| U007467 | UNI PIXEL INC COMMON STOCK | BK | 500.00 | 500.00 | 0.00 | 0.01 | - | - | -0.01 | -100.00 | - |
| CBTC | XTRA BITCOIN INC COMMON STOCK | BK | 3,000.00 | 3,000.00 | 0.03 | 93.65 | - | 3.00 | -90.65 | -96.80 | 2.33 |

¹Investment details

**Cost basis:**
- **Book cost (BK):** The cost of a security adjusted by any corporate actions, reinvested dividends, and return of capital.
- **Historical Market value (HMV):** The historical market value of the security is used to estimate some or all of its book cost.
- **Historical Market value date (HMVD):** The market value of the security on October 30, 2015 was used to estimate some or all of its book cost.
- **Non-determinable (ND):** The security is not included in your % portfolio calculation because the cost basis cannot be determined.

**Quantity (Qty.):** The quantity for each security may include fractional shares which are shown in decimals.
**Segregated (Segr.):** fully paid securities that require no reimbursement to Questrade.
**Position cost (Pos. cost):** the cost of the position.
**Market price (Mkt. price)/Market value (Mkt. value):** the price at which a security is trading and could presumably be purchased or sold.
Market value may include accrued interest. A letter to the right of the market value means:
E: we have estimated the market value of the security
N: the market value of the security cannot be determined
For an explanation of market price, including illiquid or non-exchange traded securities, please refer to the disclosures at the end of this statement.
In RESP accounts, the market value of any securities you own in U.S. dollars are converted and displayed in Canadian dollars.
**P&L:** the market value minus the position cost.
**% portfolio (% port.):** the value of the security divided by the value of all owned positions in your account. Shorted positions are not included in this calculation.
**Note:** Continue reading on glossary page

Current month FX rate: $1.00 USD = $1.3935 CAD     Previous month FX rate: $1.00 USD = $1.3525 CAD     Account #: 26632553     Current month: October 31, 2024

©Questrade, Inc. All rights reserved. Member of CIRO and the Canadian Investor Protection Fund. QUESTRADE is a registered trademark of Questrade, Inc.     Page 9 of 13


QUESTRADE

ACCOUNT STATEMENT

## 04. ACTIVITY DETAILS

### Transactions

*Activity details*

Transaction date (Trans. date): the date a transaction occurred
Settle date: the date cash moved in or out of your account. Stock trades generally settle in one business day and options in one business day. The settle date impacts interest paid and received.
Restricted share terms:
SUB-VTG: subordinate voting shares
REST-VTG: restricted voting shares
NON-VTG: non-voting shares
Quantity (Qty.): The quantity for each security may include fractional shares which are shown in decimals.
Gross: the total before any commission.
Commission (Com.): the total commission incurred on the trade
Net: the total after commission is paid.

| | | | | | | | | CAD | | | | USD | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Trans Date.[1] | Settle Date.[1] | Activity type | Symbol | Description | Qty[1] | Price | Gross.[1] | Com.[1] | Net[1] | Price | Gross.[1] | Com.[1] | Net[1] |
| | | | | Opening balance | - | - | - | - | 0.98 | - | - | - | 9.81 |
| 10-01-2024 | 10-01-2024 | WDR | MMATQ | META MATERIALS INC COMMON STOCK TFSA WITHDRAWAL FROM ACCOUNT 516-13962-12 MARKET VALUE $111.37 | 301 | - | - | - | - | - | - | - | - |
| | | | | Closing balance | - | - | - | - | 0.98 | - | - | - | 9.61 |

Current month FX rate: $1.00 USD = $1.3935 CAD          Previous month FX rate: $1.00 USD = $1.3525 CAD          Account #: 26632553          Current month: October 31, 2024

©Questrade, Inc. All rights reserved. Member of CIRO and the Canadian Investor Protection Fund. QUESTRADE is a registered trademark of Questrade, Inc.          Page 11 of 13