NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | PROOF OF INTEREST |
|---|---|

Name of Debtor:

**META MATERIALS INC**

Case Number:

**24-50792-hLb**

1.  **Name and address of holder of the Equity Interest** (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"): **MARINA IVANOVA**
**RUA ENG RUI MANUEL SILVA VIEIRA BL,E, RC BI FUNCHAL 9000-153, MADEIRA PORTUGAL**

Telephone Number: **00351 910542310**

- ☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.
- ☒ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.
- ☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

**COURT USE ONLY**

NOTE: This form **SHOULD NOT** be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

Account or other number by which Interest holder identifies Debtor:

**AVANZA NR 5094564**

Check here if this claim:
- ☐ replaces a previously filed Proof of Interest dated: _____
- ☐ amends a previously filed Proof of Interest dated: _____

2.  **Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:**
**AVANZA BANK AB**

Telephone Number: **0046 8562 250 00**

3.  **Date Equity Interest was acquired:**
**2021-06-28**
**2021-08-17**

4.  Total amount of member interest: **2700**

5.  Certificate number(s): _____

6.  **Type of Equity Interest:**
Please indicate the type of Equity Interest you hold:
- ☒ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
- ☐ Check this box if your Equity Interest is based on anything else and describe that interest:

Description: **INVESTOR**

7.  **Supporting Documents:** Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8.  **Date-Stamped Copy:** To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

9. **Signature:**
Check the appropriate box.
- ☒ I am the creditor.
- ☐ I am the creditor's authorized agent. (Attach copy of power of attorney, if any.)
- ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)
- ☐ I am a guarantor, surety, endorser, or other codebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: **MARINA IVANOVA**
Title:
Company:___ Address and telephone number (if different from notice address above):

(Signature)

(Date) **18.11.2024**

Telephone number: **00351910542310**    email: **TRANSLATEPORT1@GMAIL.COM**

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

| o | ?Datum | Konto | Typ av tran | VC$rdepap | Antal | Kurs | Belopp | | Transaktior | Courtage (§ | Valutakurs | Instrument ISIN | Resultat |
|---|--------|-------|-------------|-----------|-------|------|--------|---|-------------|-------------|------------|-----------------|----------|
| | 12/08/2022 | 5094564 | VC$rdepap | C⬚vf till CGI | -3000 | | | | | | | US59134N2036 | |
| | 08/07/2021 | 5094564 | VC$rdepap | Avknoppnii | 3000 | | | | 0 | 0 | | US59134N2036 | |
| | 13/06/2022 | 5094564 | SC$lj | Meta Mate | -2700 | 1,36 | 37157,8 | SEK | 183 | 10,16906 | USD | US59134N: | -200523 |
| | 17/08/2021 | 5094564 | KC6p | Meta Mate | 1200 | 2,93 | -30941 | SEK | 105 | 8,776436 | USD | US59134N1046 | |
| | 28/06/2021 | 5094564 | C⬚vrigt | Meta Mate | 1500 | 137,8265 | | | 0 | 8,4902 | SEK | US59134N1046 | |
| | 28/06/2021 | 5094564 | C⬚vrigt | Torchlight I | -3000 | 68,91325 | | | 0 | 1 | SEK | US89102U1034 | |
| | 22/06/2021 | 5094564 | KC6p | Torchlight I | 3000 | 8,1 | -206740 | SEK | 163 | 8,5011 | USD | US89102U1034 | |



# AVANZA

# Avräkningsnota

Avanza Bank AB

Regeringsgatan 103

111 93 Stockholm

| Vid förfrågningar kontakta | Telefon |
|---|---|
| Avanza Bank | 08-409 420 00 |

| Nummer | |
|---|---|
| GQBWCGGW | |
| **Affärsdatum** 2021-08-17 | **Likviddatum** 2021-08-19 |
| **Utskriftsdatum** 2021-08-18 | **Person-/Org.nr** 19820316-8029 |
| **Depåhavare** Marina Ivanova | |
| **Depånr** 5094564 | |

## Enligt uppdrag har vi för Er räkning köpt följande värdepapper:

| Värdepapper | ISIN |
|---|---|
| Meta Materials Inc | US59134N1046 |

| Antal | Kurs | Valuta | Tid | Ordertyp | MP | HK |
|---|---|---|---|---|---|---|
| 1 200 | 2,9279 | USD | 210817 20:03:40 | LIM | XOFF | I |

HK=Handelskapacitet, K=kommission, E=Egen räkning, I=Inbördes

## Övrig affärsinformation

| | |
|---|---|
| Växlingskurs Avanza USD/SEK | 8,7546 |
| Växlingskurs kund USD/SEK | 8,7764 |
| Köpeskilling USD | 3 513,48 |
| Växlat belopp USD | 3 513,48 |
| Totalt antal | 1 200 |
| Volymviktad snittkurs (USD) | 2,9279 |

## Avräkning

| | |
|---|---|
| Köpeskilling (SEK) | 30 835,83 |
| Courtage (SEK) | 105,00 |
| | |
| | |
| | |
| | |
| | |
| **ATT BETALA (SEK)** | **30 941,00** |

**Avanza Bank AB**

Box 1399 SE-111 93 Stockholm Telefon:08-409 420 00 Fax:08-562 251 31 Internet: www.avanza.se Org. nr 556573-5668

# AVANZA

## Avräkningsnota

Avanza Bank AB

Regeringsgatan 103

111 93 Stockholm

| Vid förfrågningar kontakta | Telefon |
|---|---|
| Avanza Bank | 08-409 420 00 |

| Nummer | |
|---|---|
| 1022719413 | |
| **Affärsdatum** 2022-06-13 | **Likviddatum** 2022-06-15 |
| **Utskriftsdatum** 2022-06-14 | **Person-/Org.nr** 19820316-8029 |
| **Depåhavare** Marina Ivanova | |
| **Depånr** 5094564 | |

## Enligt uppdrag har vi för Er räkning sålt följande värdepapper:

| Värdepapper Meta Materials Inc | ISIN US59134N1046 |
|---|---|

| Antal | Kurs | Valuta | Tid | Ordertyp | MP | HK |
|---|---|---|---|---|---|---|
| 2 700 | 1,36 | USD | 220613 15:30:03 | L | USA1 | K |

HK=Handelskapacitet, K=kommission, E=Egen räkning, I=Inbördes

## Övrig affärsinformation

| | |
|---|---|
| Växlingskurs Avanza USD/SEK | 10,1918 |
| Växlingskurs kund USD/SEK | 10,1691 |
| Köpeskilling USD | 3 672,00 |
| Växlat belopp USD | 3 654,00 |
| Totalt antal | 2 700 |
| Volymviktad snittkurs (USD) | 1,36 |

## Avräkning

| | |
|---|---|
| Köpeskilling (SEK) | 37 340,8016 |
| Courtage (SEK) | 183,00 |
| | |
| | |
| | |
| | |
| | |
| **ATT ERHÅLLA (SEK)** | **37 157,80** |

**Avanza Bank AB**

Box 1399 SE-111 93 Stockholm Telefon:08-409 420 00 Fax:08-562 251 31 Internet: www.avanza.se Org. nr 556573-5668





AVRÄKNINGSNOTA

SAMMANDRAG

Nr    GPHFQGLP
1  av  2

Marina Ivanova

Rua Casa Branca 21 APT 401
9000 113 Funchal
PORTUGAL

| Affärsdatum<br>2021-06-22 | Likviddatum<br>2021-06-24 |
|---|---|
| Utskriftsdatum<br>2021-06-22 | Person-/Organisationsnr<br>19820316-8029 |
| Depåhavare<br>Marina Ivanova | |
| | |

| Depånr<br>5094564 | |
|---|---|

.Vid förfrågningar kontakta:    Avanza Brons, Silver, Guld, Pl
Telefon:                        08-562 250 00

Enligt uppdrag har vi för Er räkning köpt följande värdepapper:

| Torchlight Energy Resources Inc | ISIN Nr<br>US89102U1034 |
|---|---|

| Antal<br>-----<br>3.000 | Kurs<br>8,100000 | Valuta<br>USD |
|---|---|---|

Övrig affärsinformation

| Växlingskurs Avanza(USD/SEK) | 8,4799 |
|---|---|
| Växlingskurs kund(USD/SEK) | 8,5011 |
| Köpeskilling (USD) | 24.300,00 |
| Växlat belopp (USD) | 24.300,00 |

AVRÄKNING

| Köpeskilling (SEK) | 206.576,68 |
|---|---|
| Courtage (SEK) | 163,00 |
| | |
| | |
| | |
| | |
| | |
| **ATT BETALA (SEK)** | **206.740,00** |

OM BS - NEWNOTA

** AVA -    22                          Avanza Bank AB
Box 1399 SE-111 93 Stockholm Telefon:08-562 250 00 Fax:08-562 251 31 Internet: www.avanza.se Org. nr 556573-5668



AVRÄKNINGSNOTA

DETALJ

Nr    GPHFQGLP
2   av  2

| Affärsdatum | Likviddatum |
|---|---|
| 2021-06-22 | 2021-06-24 |
| Utskriftsdatum | Person-/Organisationsnr |
| 2021-06-22 | 19820316-8029 |
| Depåhavare | |
| Marina Ivanova | |

| Depånr | |
|---|---|
| 5094564 | |

Vid förfrågningar kontakta:     Avanza Brons, Silver, Guld, Pl
Telefon:                                    08-562 250 00

Enligt uppdrag har vi för Er räkning köpt följande värdepapper:

| Torchlight Energy Resources Inc | | | | ISIN Nr | | |
|---|---|---|---|---|---|---|
| | | | | US89102U1034 | | |

| Antal | Kurs | Valuta | Tid | MP | Ordertyp | HK |
|---|---|---|---|---|---|---|
| 267 | 8,10 | USD | 17:58:36 CET | XNAS | LIM | I |
| 100 | 8,10 | USD | 17:58:34 CET | XNAS | LIM | I |
| 22 | 8,10 | USD | 17:58:36 CET | XNAS | LIM | I |
| 1.000 | 8,10 | USD | 17:58:35 CET | XNAS | LIM | I |
| 1.000 | 8,10 | USD | 17:58:36 CET | XNAS | LIM | I |
| 50 | 8,10 | USD | 17:58:36 CET | XNAS | LIM | I |
| 18 | 8,10 | USD | 17:58:35 CET | XNAS | LIM | I |
| 240 | 8,10 | USD | 17:58:36 CET | XNAS | LIM | I |
| 29 | 8,10 | USD | 17:58:35 CET | XNAS | LIM | I |
| 200 | 8,10 | USD | 17:58:36 CET | XNAS | LIM | I |
| 74 | 8,10 | USD | 17:58:36 CET | XNAS | LIM | I |

HK/Handelskapacitet, K=kommission, E=Egen räkning, I=Inbördes

©OM BS - NOTAFLER

** AVA -    23                                      Avanza Bank AB
        Box 1399 SE-111 93 Stockholm Telefon:08-562 250 00 Fax:08-562 251 31 Internet: www.avanza.se Org.nr 556573-5668