NVB 3001 (Effective 1/21)

# UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA

## PROOF OF INTEREST

**Name of Debtor:** META MATERIALS INC.

**Case Number:** 24-50792-h1b

1. **Name and address of holder of the Equity Interest** (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

   Marcus Whittington
   113 Campbell Ave. West, Box 424
   Campbellville ON Canada L0P 1B0

   Telephone Number: 416-571 1390

   ☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

   ■ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

   ☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

**COURT USE ONLY**

**Account or other number by which Interest holder identifies Debtor:** 75RM54-S

Check here if this claim:
☐ replaces a previously filed Proof of Interest dated: _____
☐ amends a previously filed Proof of Interest dated: _____

2. **Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:**
   TD DIRECT INVESTING 66 WELLINGTON ST. W. TORONTO ON
   Canada M5K 1A2
   Telephone Number: 1 800 465 5463

3. **Date Equity Interest was acquired:** 03/08/2023

4. **Total amount of member interest:** 750

5. **Certificate number(s):** _____

6. **Type of Equity Interest:**
   Please indicate the type of Equity Interest you hold:
   ■ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
   ☐ Check this box if your Equity Interest is based on anything else and describe that interest:
   **Description:** INVESTOR

7. **Supporting Documents:** Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. **Date-Stamped Copy:** To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

9. **Signature:**
   Check the appropriate box.
   ■ I am the creditor.   ☐ I am the creditor's authorized agent. (Attach copy of power of attorney, if any.)   ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)   ☐ I am a guarantor, surety, endorser, or other codebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: MARCUS WHITTINGTON
Title:
Company: ___ Address and telephone number (if different from notice address above):

(Signature) W. W
(Date) Dec. 2/2024

Telephone number: 416 571 1390    email: mlwhittington@hotmail.com

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

December 2nd, 2024

Marcus Whittington

Account Summary for 75RM54-S (TD DIRECT INVESTING)

Total before split 750 shares

Total after split 8 shares

Currently hold 8 shares in account 75RM54-S

Please see attached statement for clarification/details.

**TD Direct Investing**

# Your Locked-in RSP statement
March 1, 2023 to March 31, 2023

Account number: 75RM54-S
Account type: Self-Directed RSP-CDN- Locked-In
Account currency: Canadian dollars

MR. MARCUS J WHITTINGTON
113 CAMPBELL AVE
PO BOX 424
CAMPBELLVILLE ON
L0P 1B0

### Do you have a question?
For questions about your statement or further information, we provide support Monday through Friday, in 4 languages:

**English:** 1-800-465-5463
**French:** 1-800-361-2684
**Cantonese:** 1-800-838-3223 option 1
**Mandarin:** 1-800-838-3223 option 2

## Your account at a glance

**You need to know**
Please see **page 2** for important information about your account.

|  | This period (Mar 1 - Mar 31, 2023) | Last period (Feb 1 - Feb 28, 2023) | Year to date (Jan 1 - Mar 31, 2023) |
|---|---|---|---|
| Beginning balance | $656.33 | $872.10 | $797.33 |
| Change in your account balance | -$237.30 | -$215.77 | -$378.30 |
| **Ending balance** | **$419.03** | **$656.33** | **$419.03** |

▸ US dollars converted to Canadian dollars at **1.3540** as of Mar 31, 2023

## Holdings in your account
on March 31, 2023

| Description | Quantity or par value ($) | Price ($) | Book cost ($) | Market value ($) | Unrealized gain or loss ($) | % of your holdings |
|---|---|---|---|---|---|---|
| **DOMESTIC** | | | | | | |
| Cash | | | 4.56 | 4.56 | 0.00 | 1.09% |
| **TOTAL DOMESTIC** | | | **$4.56** | **$4.56** | | **1.09%** |
| **FOREIGN** | | | | | | |
| **COMMON SHARES** | | | | | | |
| META MATERIALS INC (MMAT) | 750 SEG | 0.408u | 626.79 | 414.47 | -212.32 | 98.91% |
| **TOTAL FOREIGN** | | | **$626.79** | **$414.47** | | **98.91%** |
| **Total Portfolio** | | | **$631.35** | **$419.03** | | **100.00%** |

▸ The US dollar conversion rate we used to convert your month-end market values to Canadian dollars is **1.3540**
▸ Book costs are converted to Canadian dollars at the exchange rate used at the time of the transaction
▸ U=US dollars

Order-Execution-Only Account.

TD Waterhouse Canada Inc.
Member - Canadian Investor Protection Fund



**Regulated by**
Investment Industry Regulatory Organization of Canada

Page 1 of 3



## Definitions

### An explanation of terms shown in the tables above

**Book cost for long positions** is the total amount paid to purchase a security including any transaction charges related to the purchase, adjusted for reinvested distributions, return of capital and corporate actions.

**Book cost for short positions** is the total amount received for the security, net of any transaction charges related to the sale, adjusted for any distribution (other than dividends), returns of capital and corporate actions.

**Market value** is the price of the security or fund multiplied by the quantity held.

**Unrealized Gain or Loss** is the gain or loss that would be incurred, if your holdings were liquidated as at the end of the statement period. It is calculated by subtracting book cost from market value.

## Activity in your account this period

| Date | Activity | Description | Quantity | Price ($) | Amount ($) | Cash balance ($) |
|---|---|---|---|---|---|---|
| | Beginning cash balance | | | | | 368.45 |
| Mar 8 | Buy | META MATERIALS INC CONV TO CAD @38.29 %US PR JF-588188 | 750 | 0.591 | -626.79 | -258.34 |
| Mar 8 | Sell | BIORA THERAPEUTICS-NEW CONV TO CAD @38.29 %US PR SM-588673 | -69 | 2.900 | 262.90 | 4.56 |
| Mar 31 | Ending cash balance | | | | | $4.56 |

## Your RSP contribution information

You can claim the contributions you made in the first 60 days of 2023 on your 2022 tax return.

| | |
|---|---|
| First 60 days | $0.00 |
| Remainder of the year | $0.00 |

### ⓘ Important information about your account

Discover our top digital tools for investing, managing your account, and other self-serve options. Visit the TD Direct Investing Help Centre at www.td.com/TDDirectInvestingHelp to get the answers you need quickly and easily.

# Disclosures

## Important Information

This statement is an important document and contains a record of all transactions between TD Direct Investing (herein referred to as "we", "us" and "our") and the account holder (herein referred to as "you" and "your"). The information provided in this statement should not be used for the purpose of tax reporting as certain events are dependent on individual circumstances. Book cost shown for your holdings has been calculated to the best of our ability based on the information available to us and may not reflect all required adjustments. It is your obligation as an account holder to review this statement carefully and notify us immediately of any errors, omissions or objections to the statement, including any transactions that you did not authorize. A written notification may be sent to:

TD Direct Investing
3500 Steeles Ave East, Tower 5, Level 3
Markham, Ontario L3R 2Z1

This enables you to contact us directly regarding any comments and concerns. You may also contact an Investment Representative at the number on the front page of this statement.

## Limits on Investment Coverage

Client accounts are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of coverage is available upon request or at cipf.ca. To learn more about CDIC deposit insurance coverage, visit cdic.ca.

## Your account at a glance – Additional information

Beginning balance - The opening balance of the account as of the start of the first day of the statement period. It is the same as the previous statement ending balance. It does not include accrued income for certain fixed income and equity securities.

Change in your account balance - Includes deposits, withdrawals, income received, fees charged, and the change in the value of your investments for the period referenced.

Ending balance - This is the total market value of the account including cash and security holdings. It does not include accrued income for certain fixed income and equity securities.

Ending Balance at reporting period end - The amount shown in the "Activity in your account this period" section excludes amounts arising from any trades pending settlement which are not due for payment until the dates printed against such trades.

## Holdings and Activity – Additional information

"N/D" means that all or a portion of the book cost or market value, as applicable, of the security position cannot be determined or has not been assigned. The total book cost or total market value, or rate of return, as applicable, provided for your portfolio excludes security positions whose book cost or market value is "N/D".

(a) Market value information has been used to estimate part or all of the book cost of this security position.

(b) There is no active market for this security. The price has been estimated.

(c) The market value of these compound interest investments includes the par value and the accrued interest to date. In the event you choose to redeem your securities prior to maturity, the redemption value may differ from the market value reported.

(d) Market value information as at December 31, 2018 has been used to estimate part or all of the book cost of this security position.

Prices for mutual funds do not necessarily reflect the month end close Net Asset Value Per Share (NAVPS). The NAVPS expressed for mutual funds represents the last value received by TD Direct Investing prior to the production of our statements.

Securities listed under the heading "Pending activity in your account" denote trades which are for settlement subsequent to the date of the statement. The settlement dates of such trades are printed in the date column.

The activity description column may contain abbreviations related to mutual funds, restricted voting shares, segregated investments and investments in safekeeping. Common abbreviations related to mutual funds are NL - No Load, D - Deferred Sales Charge, LL - Low Load and FRAC - Fractional Shares. Abbreviations related to restricted voting privileges are NVS - Non - Voting Shares, RS - Restricted Shares, SVS - Subordinate Voting Shares and RVS - Restricted Voting Shares. SEG is an abbreviation to indicate that the investments are segregated. SFK is an abbreviation to indicate that the investments are in safekeeping. If you have any questions about your statement, please speak with your Investment Representative.

All securities paid in full, and margin securities above the legal minimum cannot be used by us in the conduct of our business and are displayed on the statement as segregated (SEG). If you have a credit balance in your TD Direct Investing accounts, it is payable on demand. We'll record it on our books but we may use it in the conduct of our business.

In any currency conversion conducted by us, we or a related party may earn revenue.

The elected annual payout is calculated based on the Dec 31st market value of the previous year and is effective Jan 1st of the current year. This amount reflects the original annual minimum payment for the current + any additional payment elected by you.

Canadian and U.S. dollar denominated RSP accounts comprise a single RSP plan when the first six alpha-numerical characters of each account number are the same.

## Corporate Information

***'Retirement Savings Plan' or 'RSP' - Refers to the TD Waterhouse Self-Directed Retirement Savings Plan.***

TD Direct Investing is a division of TD Waterhouse Canada Inc., a subsidiary of The Toronto-Dominion Bank. TD Direct Investing does not provide investment advice or recommendations regarding the purchase or sale of any securities. Investors are responsible for their own investment decisions.

If you would like a copy of our most recent financial statement and a list of our directors and senior officers, please write to us or call us at the telephone number on the front page of this statement.

An affiliate of TD Waterhouse Canada Inc. owns an equity interest in TMX Group Limited ("TMX") and The Toronto-Dominion Bank (TD) has a nominee director serving on the board thereof. As such, TD may be considered to have an economic interest in the listing and trading of securities on an exchange owned or controlled by TMX, including the Toronto Stock Exchange, the TSX Venture Exchange and Alpha Exchange, and in the clearing, settlement and depository services provided by The Canadian Depository for Securities and its affiliates.

No person or company is required to obtain products or services from TMX or its affiliates as a condition of TD or its affiliates continuing to supply a product or service.

® The TD logo and other trade-marks are the property of The Toronto-Dominion Bank.

*Order-Execution-Only Account.*

**TD Direct Investing**

# Your Locked-in RSP statement
January 1, 2024 to January 31, 2024

Account number: 75RM54-S
Account type: Self-Directed RSP-CDN- Locked-In
Account currency: Canadian dollars

MR. MARCUS J WHITTINGTON
113 CAMPBELL AVE
PO BOX 424
CAMPBELLVILLE ON
L0P 1B0

**Do you have a question?**
For questions about your statement or further information, we provide support Monday through Friday, in 4 languages:

| English:   | 1-800-465-5463          |
|------------|-------------------------|
| French:    | 1-800-361-2684          |
| Cantonese: | 1-800-838-3223 option 1 |
| Mandarin:  | 1-800-838-3223 option 2 |

## Your account at a glance

**You need to know**
Please see **page 2** for important information about your account.

|  | This period (Jan 1 - Jan 31, 2024) | Last period (Nov 1 - Dec 31, 2023) | Year to date (Jan 1 - Jan 31, 2024) |
|---|---|---|---|
| Beginning balance | $70.12 | $130.47 | $70.12 |
| Change in your account balance | -$24.51 | -$60.35 | -$24.51 |
| **Ending balance** | **$45.61** | **$70.12** | **$45.61** |

▸ US dollars converted to Canadian dollars at **1.3430** as of Jan 31, 2024

## Holdings in your account
on January 31, 2024

| Description | Quantity or par value ($) | Price ($) | Book cost ($) | Market value ($) | Unrealized gain or loss ($) | % of your holdings |
|---|---|---|---|---|---|---|
| **DOMESTIC** | | | | | | |
| Cash | | | 4.56 | 4.56 | 0.00 | 10.00% |
| **TOTAL DOMESTIC** | | | **$4.56** | **$4.56** | | **10.00%** |
| **FOREIGN** | | | | | | |
| **COMMON SHARES** | | | | | | |
| META MATERIALS INC-NEW (**MMAT**) | 8 SEG | 3.820u | 626.79 | 41.05 | -585.74 | 90.00% |
| **TOTAL FOREIGN** | | | **$626.79** | **$41.05** | | **90.00%** |
| **Total Portfolio** | | | **$631.35** | **$45.61** | | **100.00%** |

▸ The US dollar conversion rate we used to convert your month-end market values to Canadian dollars is **1.3430**
▸ Book costs are converted to Canadian dollars at the exchange rate used at the time of the transaction
▸ U=US dollars

Order-Execution-Only Account
TD Waterhouse Canada Inc.
Member - Canadian Investor Protection Fund



**Regulated by**
Investment Industry Regulatory Organization of Canada

Page 1 of 3



Account number: 75RM54-S
Account type: Self-Directed RSP-CDN- Locked-In
Your Locked-in RSP statement: Jan 31, 2024

## Definitions

### An explanation of terms shown in the tables above

**Book cost for long positions** is the total amount paid to purchase a security including any transaction charges related to the purchase, adjusted for reinvested distributions, return of capital and corporate actions.

**Book cost for short positions** is the total amount received for the security, net of any transaction charges related to the sale, adjusted for any distribution (other than dividends), returns of capital and corporate actions.

**Market value** is the price of the security or fund multiplied by the quantity held.

**Unrealized Gain or Loss** is the gain or loss that would be incurred, if your holdings were liquidated as at the end of the statement period. It is calculated by subtracting book cost from market value.

## Activity in your account this period

| Date | Activity | Description | Quantity | Price ($) | Amount ($) | Cash balance ($) |
|---|---|---|---|---|---|---|
| | Beginning cash balance | | | | | 4.56 |
| Jan 29 | Reverse Split | META MATERIALS INC * | -750 | | 626.79 | 631.35 |
| Jan 29 | Reverse Split | META MATERIALS INC-NEW | 8 | | -626.79 | 4.56 |
| Jan 31 | Ending cash balance | | | | | $4.56 |

## Your RSP contribution information

You can claim the contributions you made in the first 60 days of 2024 on your 2023 tax return.

| | |
|---|---|
| First 60 days | $0.00 |
| Remainder of the year | $0.00 |

## ⓘ Important information about your account

In May 2024, the standard trade settlement period for North American Capital Markets is expected to be reduced from the current two business days to one business day after the trade date. This will impact most trades in securities. The change is expected to take effect Monday, May 27 for Canadian capital markets and Tuesday, May 28 for U.S. capital markets. Once implemented, your trades in Canadian and U.S. markets will settle one business day sooner.

*Order-Execution-Only Account.*

# Disclosures

## Important Information

This statement is an important document and contains a record of all transactions between TD Direct Investing (herein referred to as "we", "us" and "our") and the account holder (herein referred to as "you" and "your"). The information provided in this statement should not be used for the purpose of tax reporting as certain events are dependent on individual circumstances. Book cost shown for your holdings has been calculated to the best of our ability based on the information available to us and may not reflect all required adjustments. It is your obligation as an account holder to review this statement carefully and notify us immediately of any errors, omissions or objections to the statement, including any transactions that you did not authorize. A written notification may be sent to:

TD Direct Investing
3500 Steeles Ave East, Tower 5, Level 3
Markham, Ontario L3R 2Z1

This enables you to contact us directly regarding any comments and concerns. You may also contact an Investment Representative at the number on the front page of this statement.

## Limits on Investment Coverage

Client accounts are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of coverage is available upon request or at cipf.ca. To learn more about CDIC deposit insurance coverage, visit cdic.ca.

## Your account at a glance – Additional information

Beginning balance - The opening balance of the account as of the start of the first day of the statement period. It is the same as the previous statement ending balance. It does not include accrued income for certain fixed income and equity securities.

Change in your account balance - Includes deposits, withdrawals, income received, fees charged, and the change in the value of your investments for the period referenced.

Ending balance - This is the total market value of the account including cash and security holdings. It does not include accrued income for certain fixed income and equity securities.

Ending Balance at reporting period end - The amount shown in the "Activity in your account this period" section excludes amounts arising from any trades pending settlement which are not due for payment until the dates printed against such trades.

## Holdings and Activity – Additional information

"N/D" means that all or a portion of the book cost or market value, as applicable, of the security position cannot be determined or has not been assigned. The total book cost or total market value, or rate of return, as applicable, provided for your portfolio excludes security positions whose book cost or market value is "N/D".

(a) Market value information has been used to estimate part or all of the book cost of this security position.

(b) There is no active market for this security. The price has been estimated.

(c) The market value of these compound interest investments includes the par value and the accrued interest to date. In the event you choose to redeem your securities prior to maturity, the redemption value may differ from the market value reported.

(d) Market value information as at December 31, 2018 has been used to estimate part or all of the book cost of this security position.

Prices for mutual funds do not necessarily reflect the month end close Net Asset Value Per Share (NAVPS). The NAVPS expressed for mutual funds represents the last value received by TD Direct Investing prior to the production of our statements.

Securities listed under the heading "Pending activity in your account" denote trades which are for settlement subsequent to the date of the statement. The settlement dates of such trades are printed in the date column.

The activity description column may contain abbreviations related to mutual funds, restricted voting shares, segregated investments and investments in safekeeping. Common abbreviations related to mutual funds are NL - No Load, D - Deferred Sales Charge, LL - Low Load and FRAC - Fractional Shares. Abbreviations related to restricted voting privileges are NVS - Non - Voting Shares, RS - Restricted Shares, SVS - Subordinate Voting Shares and RVS - Restricted Voting Shares. SEG is an abbreviation to indicate that the investments are segregated. SFK is an abbreviation to indicate that the investments are in safekeeping. If you have any questions about your statement, please speak with your Investment Representative.

All securities paid in full, and margin securities above the legal minimum cannot be used by us in the conduct of our business and are displayed on the statement as segregated (SEG). If you have a credit balance in your TD Direct Investing accounts, it is payable on demand. We'll record it on our books but we may use it in the conduct of our business.

In any currency conversion conducted by us, we or a related party may earn revenue.

The elected annual payout is calculated based on the Dec 31st market value of the previous year and is effective Jan 1st of the current year. This amount reflects the original annual minimum payment for the current + any additional payment elected by you.

Canadian and U.S. dollar denominated RSP accounts comprise a single RSP plan when the first six alpha-numerical characters of each account number are the same.

## Corporate Information

### 'Retirement Savings Plan' or 'RSP' - Refers to the TD Waterhouse Self-Directed Retirement Savings Plan.

TD Direct Investing is a division of TD Waterhouse Canada Inc., a subsidiary of The Toronto-Dominion Bank. TD Direct Investing does not provide investment advice or recommendations regarding the purchase or sale of any securities. Investors are responsible for their own investment decisions.

If you would like a copy of our most recent financial statement and a list of our directors and senior officers, please write to us or call us at the telephone number on the front page of this statement.

An affiliate of TD Waterhouse Canada Inc. owns an equity interest in TMX Group Limited ("TMX") and The Toronto-Dominion Bank (TD) has a nominee director serving on the board thereof. As such, TD may be considered to have an economic interest in the listing and trading of securities on an exchange owned or controlled by TMX, including the Toronto Stock Exchange, the TSX Venture Exchange and Alpha Exchange, and in the clearing, settlement and depository services provided by The Canadian Depository for Securities and its affiliates.

No person or company is required to obtain products or services from TMX or its affiliates as a condition of TD or its affiliates continuing to supply a product or service.

® The TD logo and other TD trademarks are the property of The Toronto-Dominion Bank or its subsidiaries.

*Order-Execution-Only Account.*

**TD Direct Investing**

# Your Locked-in RSP statement

July 1, 2024 to October 31, 2024

Account number: 75RM54-S
Account type: Self-Directed RSP-CDN- Locked-In
Account currency: Canadian dollars

MR. MARCUS J WHITTINGTON
113 CAMPBELL AVE
PO BOX 424
CAMPBELLVILLE ON
L0P 1B0

### Do you have a question?

If you have any questions or require assistance, please log into the TD app and choose Contact Us from the 'More' menu, or call the numbers below to speak to an Investment Representative:

| | |
|---|---|
| **English:** | 1-800-465-5463 |
| **French:** | 1-800-361-2684 |
| **Cantonese:** | 1-800-838-3223 option 1 |
| **Mandarin:** | 1-800-838-3223 option 2 |

## Your account at a glance

> **You need to know**
> Please see **page 2** for important information about your account.

| | This period (Jul 1 - Oct 31, 2024) | Last period (Apr 1 - Jun 30, 2024) | Year to date (Jan 1 - Oct 31, 2024) |
|---|---:|---:|---:|
| Beginning balance | $37.48 | $37.80 | $70.12 |
| Change in your account balance | -$32.13 | -$0.32 | -$64.77 |
| **Ending balance** | **$5.35** | **$37.48** | **$5.35** |

▸ US dollars converted to Canadian dollars at **1.3910** as of Oct 31, 2024

## Holdings in your account
on October 31, 2024

| Description | Quantity or par value ($) | Price ($) | Book cost ($) | Market value ($) | Unrealized gain or loss ($) | % of your holdings |
|---|---|---|---:|---:|---:|---:|
| **DOMESTIC** | | | | | | |
| Cash | | | 4.56 | 4.56 | 0.00 | 85.23% |
| **COMMON SHARES** | | | | | | |
| META MATERIALS INC-NEW (**MMATQ**) | 8 SEG | 0.071u | 626.79 | 0.79 | -626.00 | 14.77% |
| **TOTAL DOMESTIC** | | | **$631.35** | **$5.35** | | **100.00%** |
| **Total Portfolio** | | | **$631.35** | **$5.35** | | **100.00%** |

▸ The US dollar conversion rate we used to convert your month-end market values to Canadian dollars is **1.3910**

▸ Book costs are converted to Canadian dollars at the exchange rate used at the time of the transaction

▸ U=US dollars

**Order-Execution-Only Account.**
TD Waterhouse Canada Inc.
Member - Canadian Investor Protection Fund



**Regulated by CIRO**
Canadian Investment
Regulatory Organization

Page **1** of 3



## Definitions

**An explanation of terms shown in the tables above**

*Book cost for long positions* is the total amount paid to purchase a security including any transaction charges related to the purchase, adjusted for reinvested distributions, return of capital and corporate actions.

*Book cost for short positions* is the total amount received for the security, net of any transaction charges related to the sale, adjusted for any distribution (other than dividends), returns of capital and corporate actions.

*Market value* is the price of the security or fund multiplied by the quantity held.

*Unrealized Gain or Loss* is the gain or loss that would be incurred, if your holdings were liquidated as at the end of the statement period. It is calculated by subtracting book cost from market value.

## Your RSP contribution information

You can claim the contributions you made in the first 60 days of 2024 on your 2023 tax return.

| | |
|---|---|
| First 60 days | $0.00 |
| Remainder of the year | $0.00 |

### ⓘ Important information about your account

In connection with our annual audit, please review your account statement and report any discrepancies to our auditors: Email: td.waterhouse.auditconfirmations@ca.ey.com ; Ernst & Young LLP, 100 Adelaide Street West, PO Box 1, Toronto, ON, Canada, M5H 0B3, Fax: 416-864-1174

*Order-Execution-Only Account.*



Account number: 75RM54-S
Account type: Self-Directed RSP-CDN- Locked-In
Your Locked-in RSP statement: Oct 31, 2024

# Disclosures

**Important Information**

This statement is an important document and contains a record of all transactions between TD Direct Investing (herein referred to as "we", "us" and "our") and the account holder (herein referred to as "you" and "your"). The information provided in this statement should not be used for the purpose of tax reporting as certain events are dependent on individual circumstances. Book cost shown for your holdings has been calculated to the best of our ability based on the information available to us and may not reflect all required adjustments. It is your obligation as an account holder to review this statement carefully and notify us immediately of any errors, omissions or objections to the statement, including any transactions that you did not authorize. A written notification may be sent to:

TD Direct Investing
3500 Steeles Ave East, Tower 5, Level 3
Markham, Ontario L3R 2Z1

This enables you to contact us directly regarding any comments and concerns. You may also contact an Investment Representative at the number on the front page of this statement.

**Limits on Investment Coverage**

Clients' accounts at CIRO Dealer Members are protected by the CIPF's Investment Dealer Fund in accordance with its Coverage Policy. A brochure describing the scope and nature of coverage, as well as the limitations and exclusions of coverage, is available upon request or at www.cipf.ca. To learn more about CDIC deposit insurance coverage, visit www.cdic.ca.

**Your account at a glance – Additional information**

Beginning balance - The opening balance of the account as of the start of the first day of the statement period. It is the same as the previous statement ending balance. It does not include accrued income for certain fixed income and equity securities.

Change in your account balance - Includes deposits, withdrawals, income received, fees charged, and the change in the value of your investments for the period referenced.

Ending balance - This is the total market value of the account including cash and security holdings. It does not include accrued income for certain fixed income and equity securities.

Ending Balance at reporting period end - The amount shown in the "Activity in your account this period" section excludes amounts arising from any trades pending settlement which are not due for payment until the dates printed against such trades.

**Holdings and Activity – Additional information**

"N/D" means that all or a portion of the book cost or market value, as applicable, of the security position cannot be determined or has not been assigned. The total book cost or total market value, or rate of return, as applicable, provided for your portfolio excludes security positions whose book cost or market value is "N/D".

(a) Market value information has been used to estimate part or all of the book cost of this security position.

(b) There is no active market for this security. The price has been estimated.

(c) The market value of these compound interest investments includes the par value and the accrued interest to date. In the event you choose to redeem your securities prior to maturity, the redemption value may differ from the market value reported.

(d) Market value information as at December 31, 2018 has been used to estimate part or all of the book cost of this security position.

Prices for mutual funds do not necessarily reflect the month end close Net Asset Value Per Share (NAVPS). The NAVPS expressed for mutual funds represents the last value received by TD Direct Investing prior to the production of our statements.

Securities listed under the heading "Pending activity in your account" denote trades which are for settlement subsequent to the date of the statement. The settlement dates of such trades are printed in the date column.

The activity description column may contain abbreviations related to mutual funds, restricted voting shares, segregated investments and investments in safekeeping. Common abbreviations related to mutual funds are NL - No Load, D - Deferred Sales Charge, LL - Low Load and FRAC - Fractional Shares. Abbreviations related to restricted voting privileges are NVS - Non - Voting Shares, RS - Restricted Shares, SVS - Subordinate Voting Shares and RVS - Restricted Voting Shares. SEG is an abbreviation to indicate that the investments are segregated. SFK is an abbreviation to indicate that the investments are in safekeeping. If you have any questions about your statement, please speak with your Investment Representative.

All securities paid in full, and margin securities above the legal minimum cannot be used by us in the conduct of our business and are displayed on the statement as segregated (SEG). If you have a credit balance in your TD Direct Investing accounts, it is payable on demand. We'll record it on our books but we may use it in the conduct of our business.

In any currency conversion conducted by us, we or a related party may earn revenue.

The elected annual payout is calculated based on the Dec 31st market value of the previous year and is effective Jan 1st of the current year. This amount reflects the original annual minimum payment for the current + any additional payment elected by you.

Canadian and U.S. dollar denominated RSP accounts comprise a single RSP plan when the first six alpha-numerical characters of each account number are the same.

**Corporate Information**

*'Retirement Savings Plan' or 'RSP' - Refers to the TD Waterhouse Self-Directed Retirement Savings Plan.*

TD Direct Investing is a division of TD Waterhouse Canada Inc., a subsidiary of The Toronto-Dominion Bank. TD Direct Investing does not provide investment advice or recommendations regarding the purchase or sale of any securities. Investors are responsible for their own investment decisions.

If you would like a copy of our most recent financial statement and a list of our directors and senior officers, please write to us or call us at the telephone number on the front page of this statement.

An affiliate of TD Waterhouse Canada Inc. owns an equity interest in TMX Group Limited ("TMX") and The Toronto-Dominion Bank (TD) has a nominee director serving on the board thereof. As such, TD may be considered to have an economic interest in the listing and trading of securities on an exchange owned or controlled by TMX, including the Toronto Stock Exchange, the TSX Venture Exchange and Alpha Exchange, and in the clearing, settlement and depository services provided by The Canadian Depository for Securities and its affiliates.

No person or company is required to obtain products or services from TMX or its affiliates as a condition of TD or its affiliates continuing to supply a product or service.

The Toronto-Dominion Bank, TD Asset Management Inc., and the Charles Schwab Corporation are related issuers of TD Waterhouse Canada Inc.

® The TD logo and other TD trademarks are the property of The Toronto-Dominion Bank or its subsidiaries.