NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | PROOF OF INTEREST |
|---|---|

| Name of Debtor: **Meta Materials Inc.** | Case Number: **24-50792-hlb** |
|---|---|

1. **Name and address of holder of the Equity Interest** (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"): Yanik Lemieux

   2213 rue Patrick, Saint-Jérôme, Québec, Canada, J7Y 4 K 2

   Telephone Number: +1 (450) 512-8626

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

☐ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

**NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.**

COURT USE ONLY

| Account or other number by which Interest holder identifies Debtor: | Check here if this claim: ☐ replaces a previously filed Proof of Interest dated: _____ ☐ amends a previously filed Proof of Interest dated: _____ |
|---|---|

2. **Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:** National Bank Direct Brokerage / 800 Saint-Jaques Street Business Centre, 3rd floor office east, Montréal, QC, H3C 1A3. Telephone Number: 1-800-363-3511

3. **Date Equity Interest was acquired:** March-10-2021 10/03/2021 Torchlight first Aquired shares before merger

4. **Total amount of member interest:** 8712 before Reverse split After reverse split 88 shares

5. **Certificate number(s):** _____

6. **Type of Equity Interest:**
   Please indicate the type of Equity Interest you hold:
   ☒ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
   ☐ Check this box if your Equity Interest is based on anything else and describe that interest:
   Description: _____

7. **Supporting Documents:** Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
   DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. **Date-Stamped Copy:** To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

9. **Signature:**
   Check the appropriate box.
   ☒ I am the creditor.  ☐ I am the creditor's authorized agent. (Attach copy of power of attorney, if any.)  ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)  ☐ I am a guarantor, surety, endorser, or other codebtor. (See Bankruptcy Rule 3005.)

   I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

   Print Name: Yanik Lemieux
   Title: _____
   Company: _____ Address and telephone number (if different from notice address above): _____

   (Signature)    01 / 12 / 2024 (Date)

   Telephone number: 1 (450)-512 8626    email: Yanik_lemieux@hotmail.com

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

**Yanik Lemieux**
2218 Rue Patrick
Saint-Jérôme , Québec , Canada , J7Y 4K2
01/12/2024

**United States Bankruptcy Court for the District of Nevada**
300 Booth Street , Reno, NV 89509

**Subject:** Request for Acknowledgment of Receipt – Proof of Interest

To Whom It May Concern,

Please find enclosed my completed **Proof of Interest** form submitted in connection with the bankruptcy proceedings of **Meta Materials Inc.** (Case Number: 24-50792-hlb).

To ensure that my document has been properly received and processed, I kindly request an acknowledgment of receipt. I have included a self-addressed, stamped envelope for your convenience.

Should you require any additional information or documentation to process my submission, please do not hesitate to contact me.

Thank you in advance for your attention to this matter.

Sincerely,

Yanik Lemieux


yanik_lemieux@hotmail.com

+1 (450) 512-8626

**Yanik Lemieux**
2218 rue Patrick
Saint-Jérôme , QC, Canada , J7Y4K2
01/12/2024

**Clerk of the Court**
United States Bankruptcy Court for the District of Nevada
300 Booth Street
Reno, NV 89509

Case Name: Meta Materials Inc.
Case Number: 24-50792-hlb

**Subject:** Submission of Proof of Interest and Explanation of Circumstances

Dear Clerk of the Court,

I am submitting a Proof of Interest for consideration in the bankruptcy case of Meta Materials Inc. (MMAT). I would like to take this opportunity to provide full transparency regarding my circumstances and trading activity to aid in the review of my submission.

I held shares of MMAT for an extended period, dating back to the merger with Torchlight Energy Resources. As a long-term shareholder, I believed in the company's potential and maintained my investment through significant fluctuations. However, on July 25, 2024, approximately two weeks before the company announced its bankruptcy filing, I sold my shares due to concerns about its financial health.

Although I no longer held the shares at the time of the bankruptcy filing, I wanted to ensure that my situation is fully disclosed and reviewed by the court. I am submitting this Proof of Interest in good faith, with no intention to misrepresent my eligibility. My hope is to determine whether my circumstances, as a former long-term shareholder, qualify me for inclusion in any potential distributions or considerations.

To support my submission, I have attached:

Trade Confirmation Records – Detailing the dates and amounts of my MMAT share purchases and eventual sale.

Account Statements – Showing my holding period and trade history related to MMAT.

I understand that eligibility for claims in bankruptcy cases depends on specific rules, and I fully respect the court's final determination. Please do not hesitate to contact me if additional documentation or clarification is required.

Thank you for your time and understanding. I trust that the court will handle my submission with fairness and due consideration.

Sincerely,
Yanik Lemieux
yanik_lemieux@hotmail.com
+1 (450) 512-8626



**BANQUE NATIONALE**
**COURTAGE DIRECT**

**Relevé de portefeuille**
En date du 31 mars 2021

## Détails des activités

| Date de transaction | Date de règlement | Activité | Description | Quantité | Prix ($) | Commission ($) | Montant net ($) | Solde ($) |
|---|---|---|---|---|---|---|---|---|
| | | | Encaisse initiale | | | | | 496,74 |
| 26/02/21 | 02/03/21 | Achat | ADAMIS PHARMACEUT CRP-NEW | 1 037 | 1,07 | (4,95) | (1 114,54) | (617,80) |
| 26/02/21 | 02/03/21 | Vente | ATOSSA THERAPEUTICS INC | (250) | 2,60 | (4,95) | 645,04 | 27,24 |
| 05/03/21 | 09/03/21 | Vente | ADAMIS PHARMACEUT CRP-NEW TRANS. ELECT. EXPRESS | (3 791) | 0,91 | (4,95) | 3 447,49 | 3 474,73 |
| 05/03/21 | 09/03/21 | Vente | BORR DRILLING LTD-NEW TRANS. ELECT. EXPRESS | (3 498) | 1,38 | (4,95) | 4 823,66 | 8 298,39 |
| 10/03/21 | 12/03/21 | Achat | TORCHLIGHT ENERGY RES INC TRANS. ELECT. EXPRESS | 500 | 2,31 | (4,95) | (1 159,95) | 7 138,44 |
| 10/03/21 | 12/03/21 | Vente | TORCHLIGHT ENERGY RES INC TRANS. ELECT. EXPRESS | (500) | 2,31 | (4,95) | 1 150,04 | 8 288,48 |
| 10/03/21 | 12/03/21 | Achat | TORCHLIGHT ENERGY RES INC TRANS. ELECT. EXPRESS | 500 | 2,29 | (4,95) | (1 149,95) | 7 138,53 |
| 11/03/21 | 15/03/21 | Achat | GRAN TIERRA ENERGY INC TRANS. ELECT. EXPRESS | 1 000 | 0,83 | (4,95) | (834,95) | 6 303,58 |

Purchase Date

Execution notice 2021 TRCH

**BANQUE NATIONALE**

**COURTAGE DIRECT**
1100, BOUL. ROBERT-BOURASSA, 3E ETAGE
MONTREAL, QC H3B 2G7

**Avis d'exécution** Buying

Voir conditions et codifications au verso.

Numéro de téléphone (siège social): 514 866-6755
Numéro de téléphone sans frais (siège social): 1 800 363-3511
Web: www.bnc.ca/cdbn

Membre: Organisme canadien de réglementation du commerce
des valeurs mobilières
Membre: Fonds canadien de protection des épargnants

eArchive_Primary_afp–NBCsplit_198074_0616_00000

MONSIEUR YANIK LEMIEUX
723 AV DES MESANGES
SAINT-JEROME QC   J7Z 6S8

TRANSACTION EFFECTUÉE LE: 15 JUIN 2021

Représentant: EXPRESS
CODE: W1ST

| NOUS CONFIRMONS QUE VOUS AVEZ | DESCRIPTION DU TITRE | | | | | | T80 NUMÉRO DE COMPTE | TYPE |
|---|---|---|---|---|---|---|---|---|
| **ACHETÉ** | **TORCHLIGHT ENERGY RES INC** | | | | | | **T80 6654536** | |

| RÉFÉRENCES | | QTÉ/VALEUR NOMINALE | PRIX | USD | DESCRIPTION | | | MONTANT |
|---|---|---|---|---|---|---|---|---|
| NUMÉRO DE TRANSACTION | 079482 | 250 | 4.45 | | MONTANT BRUT | | | 1 112.50 $ |
| CODE DU TITRE | 671417 | | | | COMMISSION | | | 6.95 $ |
| CUSIP | 89102U103 | | | | | | | |
| NOTRE RÔLE | A | | | | | | | |
| BOURSE | UU | | | | | | | |

| AUTRES RENSEIGNEMENTS | Date de règlement: 17 JUIN 2021 | | |
|---|---|---|---|
| TRANS. ELECT. EXPRESS | Le paiement est exigible à la date de règlement susmentionnée. | | |
| | Intérêt exigible sur les comptes en retard. | | |
| | | **Net** | **1 119.45 $ USD** |

16 juin 2021

Veuillez examiner soigneusement cet avis d'exécution. Le fait de ne pas rapporter un ordre inexact ou non autorisé au directeur du bureau où vous effectuez vos opérations dans un délai de trois jours de la réception de la présente confirmation est réputé constituer une ratification de son bien-fondé.

Cet avis d'exécution a été produit en version électronique

P 1



**BANQUE NATIONALE**
**COURTAGE DIRECT**
1100, BOUL. ROBERT-BOURASSA, 7E ÉTAGE
MONTRÉAL, QC  H3C 3X7

00000001

# Avis d'exécution

Voir conditions et codifications au verso.

Numéro de téléphone (siège social): 514 866-6755
Numéro de téléphone sans frais (siège social): 1 800 363-3511
Web: www.bnc.ca/cdbn

Membre: Organisme canadien de réglementation du commerce
des valeurs mobilières
Membre: Fonds canadien de protection des épargnants

eArchive_Primary_afp–NBCsplit_198125_0617_00000

MONSIEUR YANIK LEMIEUX
723 AV DES MESANGES
SAINT-JEROME QC  J7Z 6S8

17 juin 2021

TRANSACTION EFFECTUÉE LE: 16 JUIN 2021

Représentant: EXPRESS
CODE: W1ST

| NOUS CONFIRMONS QUE VOUS AVEZ | DESCRIPTION DU TITRE | | | T80  NUMÉRO DE COMPTE | TYPE |
|---|---|---|---|---|---|
| **ACHETÉ** | **TORCHLIGHT ENERGY RES INC** | | | T80  6654536 | |

| RÉFÉRENCES | | QTÉ/VALEUR NOMINALE | PRIX | USD | DESCRIPTION | MONTANT |
|---|---|---|---|---|---|---|
| NUMÉRO DE TRANSACTION | 037594 | **190** | **5.45** | | MONTANT BRUT | 1 035.50 $ |
| CODE DU TITRE | 671417 | | | | COMMISSION | 6.95 $ |
| CUSIP | 89102U103 | | | | | |
| NOTRE RÔLE | A | | | | | |
| BOURSE | UU | | | | | |

| AUTRES RENSEIGNEMENTS | Date de règlement: 18 JUIN 2021 | |
|---|---|---|
| TRANS. ÉLECT. EXPRESS | | |
| | Le paiement est exigible à la date de règlement susmentionnée. | |
| | Intérêt exigible sur les comptes en retard. | |
| | **Net** | **1 042.45 $** USD |

Veuillez examiner soigneusement cet avis d'exécution. Le fait de ne pas rapporter un ordre inexact ou non autorisé au directeur du bureau où vous effectuez vos opérations dans un délai de trois jours de la réception de la présente confirmation est réputé constituer une ratification de son bien-fondé.

Cet avis d'exécution a été produit en version électronique

P 1

# Avis d'exécution

**BANQUE NATIONALE**

**COURTAGE DIRECT**
1100, BOUL. ROBERT-BOURASSA, 5e ÉTAGE
MONTREAL, QC  H3B 2G7

0000000001

Voir conditions et codifications au verso.

Numéro de téléphone (siège social): 514 866-6755
Numéro de téléphone sans frais (siège social): 1 800 363-3511
Web: www.bnc.ca/cdbn

Membre: Organisme canadien de réglementation du commerce des valeurs mobilières
Membre: Fonds canadien de protection des épargnants

eArchive_Primary_afp-NBCsplit_198337_0623_00000

MONSIEUR YANIK LEMIEUX
723 AV DES MESANGES
SAINT-JEROME QC   J7Z 6S8

23 juin 2021

TRANSACTION EFFECTUÉE LE: 22 JUIN 2021

**Représentant: EXPRESS**
**CODE: W1ST**

| NOUS CONFIRMONS QUE VOUS AVEZ | DESCRIPTION DU TITRE | T80  NUMÉRO DE COMPTE | TYPE |
|---|---|---|---|
| **ACHETÉ** | **TORCHLIGHT ENERGY RES INC** | T80  6654536 | |

| RÉFÉRENCES | | QTÉ/VALEUR NOMINALE | PRIX | USD | DESCRIPTION | MONTANT |
|---|---|---|---|---|---|---|
| NUMÉRO DE TRANSACTION | 087429 | 130 | 8.10 | | MONTANT BRUT | 1 053.00 $ |
| CODE DU TITRE | 671417 | | | | COMMISSION | 6.95 $ |
| CUSIP | 89102U103 | | | | | |
| NOTRE RÔLE | A | | | | | |
| BOURSE | UU | | | | | |

| AUTRES RENSEIGNEMENTS | |
|---|---|
| TRANS. ELECT. EXPRESS | Date de règlement: 24 JUIN 2021 |
| | Le paiement est exigible à la date de règlement susmentionnée. |
| | Intérêt exigible sur les comptes en retard. |

| | Net | 1 059.95 $  USD |
|---|---|---|

Veuillez examiner soigneusement cet avis d'exécution. Le fait de ne pas rapporter un ordre inexact ou non autorisé au directeur du bureau où vous effectuez vos opérations dans un délai de trois jours de la réception de la présente confirmation est réputé constituer une ratification de son bien-fondé.

Cet avis d'exécution a été produit en version électronique

[P] 1

# Avis d'exécution

**BANQUE NATIONALE**
**COURTAGE DIRECT**
1100, BOUL. ROBERT-BOURASSA, 7e ÉTAGE
MONTRÉAL, QC  H3B 2G7

Voir conditions et codifications au verso.

Numéro de téléphone (siège social): 514 866-6755
Numéro de téléphone sans frais (siège social): 1 800 363-3511
Web: www.bnc.ca/cdbn

Membre: Organisme canadien de réglementation du commerce des valeurs mobilières
Membre: Fonds canadien de protection des épargnants

eArchive_Primary_afp–NBCsplit_198337_0623_00000

MONSIEUR YANIK LEMIEUX
723 AV DES MESANGES
SAINT-JEROME QC  J7Z 6S8

**TRANSACTION EFFECTUÉE LE: 22 JUIN 2021**

**Représentant: EXPRESS**
**CODE: W1ST**

| NOUS CONFIRMONS QUE VOUS AVEZ | DESCRIPTION DU TITRE | | | | T80 | NUMÉRO DE COMPTE | | TYPE |
|---|---|---|---|---|---|---|---|---|
| **ACHETÉ** | **TORCHLIGHT ENERGY RES INC** | | | | | T80  6654536 | | |

| RÉFÉRENCES | | QTÉ/VALEUR NOMINALE | PRIX | USD | DESCRIPTION | | | MONTANT |
|---|---|---|---|---|---|---|---|---|
| NUMÉRO DE TRANSACTION | 095867 | **150** | **7.15** | | MONTANT BRUT | | | **1 072.50 $** |
| CODE DU TITRE | 671417 | | | | COMMISSION | | | **6.95 $** |
| CUSIP | 89102U103 | | | | | | | |
| NOTRE RÔLE | A | | | | | | | |
| BOURSE | UU | | | | | | | |

| AUTRES RENSEIGNEMENTS | Date de règlement: 24 JUIN 2021 | | |
|---|---|---|---|
| TRANS. ELECT. EXPRESS | | | |
| | Le paiement est exigible à la date de règlement susmentionnée. | | |
| | Intérêt exigible sur les comptes en retard. | | |
| | | **Net** | **1 079.45 $  USD** |

23 juin 2021

Veuillez examiner soigneusement cet avis d'exécution. Le fait de ne pas rapporter un ordre inexact ou non autorisé au directeur du bureau où vous effectuez vos opérations dans un délai de trois jours de la réception de la présente confirmation est réputé constituer une ratification de son bien-fondé.

Cet avis d'exécution a été produit en version électronique

P 1

**BANQUE NATIONALE**

**COURTAGE DIRECT**
1100, BOUL. ROBERT-BOURASSA, 7E ÉTAGE
MONTRÉAL, QC H3C 2G7

# Avis d'exécution

Voir conditions et codifications au verso.

Numéro de téléphone (siège social): 514 866-6755
Numéro de téléphone sans frais (siège social): 1 800 363-3511
Web: www.bnc.ca/cdbn

Membre: Organisme canadien de réglementation du commerce
des valeurs mobilières
Membre: Fonds canadien de protection des épargnants

10000000001

eArchive_Primary_afp–NBCsplit_194651_0311_00000

MONSIEUR YANIK LEMIEUX
723 AV DES MESANGES
SAINT-JEROME QC  J7Z 6S8

**TRANSACTION EFFECTUÉE LE: 10 MARS 2021**

**Représentant: EXPRESS**
**CODE: W1ST**

| NOUS CONFIRMONS QUE VOUS AVEZ | DESCRIPTION DU TITRE | | | T80  NUMÉRO DE COMPTE | TYPE |
|---|---|---|---|---|---|
| **ACHETÉ** | **TORCHLIGHT ENERGY RES INC** | | | T80  6654536 | |

| RÉFÉRENCES | | QTÉ/VALEUR NOMINALE | PRIX | USD | DESCRIPTION | MONTANT |
|---|---|---|---|---|---|---|
| NUMÉRO DE TRANSACTION | 013090 | **500** | **2.31** | | MONTANT BRUT | 1 155.00 $ |
| CODE DU TITRE | 671417 | | | | COMMISSION | 4.95 $ |
| CUSIP | 89102U103 | | | | | |
| NOTRE RÔLE | A | | | | | |
| BOURSE | UU | | | | | |

| AUTRES RENSEIGNEMENTS | Date de règlement: 12 MARS 2021 | | |
|---|---|---|---|
| TRANS. ELECT. EXPRESS | Le paiement est exigible à la date de règlement sumentionnée. | | |
| | Intérêt exigible sur les comptes en retard. | | |
| | | **Net** | **1 159.95 $ USD** |

11 mars 2021

Veuillez examiner soigneusement cet avis d'exécution. Le fait de ne pas rapporter un ordre inexact ou non autorisé au directeur du bureau où vous effectuez vos opérations dans un délai de trois jours de la réception de la présente confirmation est réputé constituer une ratification de son bien-fondé.

Cet avis d'exécution a été produit en version électronique

P 1

# Avis d'exécution

**BANQUE NATIONALE**
**COURTAGE DIRECT**
1100, BOUL. ROBERT-BOURASSA, 7E ÉTAGE
MONTRÉAL, QC H3B 2G7

Voir conditions et codifications au verso.

Numéro de téléphone (siège social): 514 866-6755
Numéro de téléphone sans frais (siège social): 1 800 363-3511
Web: www.bnc.ca/cdbn

Membre: Organisme canadien de réglementation du commerce des valeurs mobilières
Membre: Fonds canadien de protection des épargnants

eArchive_Primary_afp–NBCsplit_194651_0311_00000
MONSIEUR YANIK LEMIEUX
723 AV DES MESANGES
SAINT-JEROME QC   J7Z 6S8

TRANSACTION EFFECTUÉE LE: **10 MARS 2021**

Représentant: **EXPRESS**
CODE: **W1ST**

| NOUS CONFIRMONS QUE VOUS AVEZ | DESCRIPTION DU TITRE | | | T80  NUMÉRO DE COMPTE | TYPE |
|---|---|---|---|---|---|
| **ACHETÉ** | **TORCHLIGHT ENERGY RES INC** | | | **T80  6654536** | |

| RÉFÉRENCES | | QTÉ/VALEUR NOMINALE | PRIX | USD | DESCRIPTION | MONTANT |
|---|---|---|---|---|---|---|
| NUMÉRO DE TRANSACTION | 021521 | **500** | **2.29** | | MONTANT BRUT | **1 145.00 $** |
| CODE DU TITRE | 671417 | | | | COMMISSION | **4.95 $** |
| CUSIP | 89102U103 | | | | | |
| NOTRE RÔLE | A | | | | | |
| BOURSE | UU | | | | | |

| AUTRES RENSEIGNEMENTS | |
|---|---|
| TRANS. ELECT. EXPRESS | |

Date de règlement: 12 MARS 2021

Le paiement est exigible à la date de règlement susmentionnée.

Intérêt exigible sur les comptes en retard.

| | Net | 1 149.95 $ USD |
|---|---|---|

Veuillez examiner soigneusement cet avis d'exécution. Le fait de ne pas rapporter un ordre inexact ou non autorisé au directeur du bureau où vous effectuez vos opérations dans un délai de trois jours de la réception de la présente confirmation est réputé constituer une ratification de son bien-fondé.

Cet avis d'exécution a été produit en version électronique

P 1

11 mars 2021

*Execution notice 2021 MMAT*
*Buying*

**BANQUE NATIONALE**
**COURTAGE DIRECT**
1100, BOUL. ROBERT-BOURASSA, 7E ÉTAGE
MONTRÉAL, QC  H3B 2G7

# Avis d'exécution

Voir conditions et codifications au verso.

00000001

Numéro de téléphone (siège social): 514 866-6755
Numéro de téléphone sans frais (siège social): 1 800 363-3511
Web: www.bnc.ca/cdbn

eArchive_Primary_afp-NBCsplit_198987_0710_00000

MONSIEUR YANIK LEMIEUX
723 AV DES MESANGES
SAINT-JEROME QC  J7Z 6S8

Membre: Organisme canadien de réglementation du commerce des valeurs mobilières
Membre: Fonds canadien de protection des épargnants

TRANSACTION EFFECTUÉE LE: 9 JUILLET 2021

Représentant: EXPRESS
CODE: W1ST

| NOUS CONFIRMONS QUE VOUS AVEZ | DESCRIPTION DU TITRE | | | T80    NUMÉRO DE COMPTE | TYPE |
|---|---|---|---|---|---|
| **ACHETÉ** | **META MATERIALS INC** | | | T80  6654536 | |

| RÉFÉRENCES | | QTÉ/VALEUR NOMINALE | PRIX | USD | DESCRIPTION | MONTANT |
|---|---|---|---|---|---|---|
| NUMÉRO DE TRANSACTION | 010377 | 315 | 4.75 | | MONTANT BRUT | 1 496.25 $ |
| CODE DU TITRE | 43665R | | | | COMMISSION | 6.95 $ |
| CUSIP | 59134N104 | | | | | |
| NOTRE RÔLE | A | | | | | |
| BOURSE | UU | | | | | |

| AUTRES RENSEIGNEMENTS | |
|---|---|
| TRANS. ELECT. EXPRESS | |

Date de règlement: 13 JUILLET 2021

Le paiement est exigible à la date de règlement susmentionnée.

Intérêt exigible sur les comptes en retard.

| | Net | 1 503.20 $ USD |
|---|---|---|

10 juillet 2021

Veuillez examiner soigneusement cet avis d'exécution. Le fait de ne pas rapporter un ordre inexact ou non autorisé au directeur du bureau où vous effectuez vos opérations dans un délai de trois jours de la réception de la présente confirmation est réputé constituer une ratification de son bien-fondé.

Cet avis d'exécution a été produit en version électronique

P 1

**BANQUE NATIONALE**

**COURTAGE DIRECT**
1100, BOUL. ROBERT-BOURASSA, 7E ÉTAGE
MONTRÉAL, QC H3B 2G7

L0000001

# Avis d'exécution

Voir conditions et codifications au verso.

Numéro de téléphone (siège social): 514 866-6755
Numéro de téléphone sans frais (siège social): 1 800 363-3511
Web: www.bnc.ca/cdbn

Membre: Organisme canadien de réglementation du commerce des valeurs mobilières
Membre: Fonds canadien de protection des épargnants

eArchive_Primary_afp–NBCsplit_199352_0721_00000

MONSIEUR YANIK LEMIEUX
723 AV DES MESANGES
SAINT-JEROME QC   J7Z 6S8

TRANSACTION EFFECTUÉE LE: 20 JUILLET 2021

Représentant: EXPRESS
CODE: W1ST

| NOUS CONFIRMONS QUE VOUS AVEZ | DESCRIPTION DU TITRE | | | T80   NUMÉRO DE COMPTE | | TYPE |
|---|---|---|---|---|---|---|
| **ACHETÉ** | **META MATERIALS INC** | | | T80   6654536 | | |

| RÉFÉRENCES | | QTÉ/VALEUR NOMINALE | PRIX       USD | DESCRIPTION | MONTANT |
|---|---|---|---|---|---|
| NUMÉRO DE TRANSACTION | 045771 | **334** | **3.10** | MONTANT BRUT | **1 035.40 $** |
| CODE DU TITRE | 43665R | | | COMMISSION | **6.95 $** |
| CUSIP | 59134N104 | | | | |
| NOTRE RÔLE | A | | | | |
| BOURSE | UU | | | | |

| AUTRES RENSEIGNEMENTS | Date de règlement: 22 JUILLET 2021 | | |
|---|---|---|---|
| TRANS. ELECT. EXPRESS | Le paiement est exigible à la date de règlement susmentionnée.<br><br>Intérêt exigible sur les comptes en retard. | | |
| | **Net** | **1 042.35 $** USD |

21 juillet 2021

Veuillez examiner soigneusement cet avis d'exécution. Le fait de ne pas rapporter un ordre inexact ou non autorisé au directeur du bureau où vous effectuez vos opérations dans un délai de trois jours de la réception de la présente confirmation est réputé constituer une ratification de son bien-fondé.

Cet avis d'exécution a été produit en version électronique.

P 1

# Avis d'exécution

Voir conditions et codifications au verso.

**BANQUE NATIONALE**

**COURTAGE DIRECT**
1100, BOUL. ROBERT-BOURASSA, 3E ÉTAGE
MONTREAL, QC  H3B 2G2

Numéro de téléphone (siège social): 514 866-6755
Numéro de téléphone sans frais (siège social): 1 800 363-3511
Web: www.bnc.ca/cdbn

Membre: Organisme canadien de réglementation du commerce des valeurs mobilières
Membre: Fonds canadien de protection des épargnants

eArchive_Primary_afp–NBCsplit_199955_0806_00000

MONSIEUR YANIK LEMIEUX
723 AV DES MESANGES
SAINT-JEROME QC  J7Z 6S8

TRANSACTION EFFECTUÉE LE: 5 AOÛT 2021

Représentant: EXPRESS
CODE: W1ST

| NOUS CONFIRMONS QUE VOUS AVEZ | DESCRIPTION DU TITRE | | | | T80 NUMÉRO DE COMPTE | | TYPE |
|---|---|---|---|---|---|---|---|
| **ACHETÉ** | **META MATERIALS INC** | | | | T80 6654536 | | |

| RÉFÉRENCES | | QTÉ/VALEUR NOMINALE | PRIX | USD | DESCRIPTION | | MONTANT |
|---|---|---|---|---|---|---|---|
| NUMÉRO DE TRANSACTION | 077187 | **482** | | **3.47** | MONTANT BRUT | | **1 672.54 $** |
| CODE DU TITRE | 43665R | | | | COMMISSION | | **6.95 $** |
| CUSIP | 59134N104 | | | | | | |
| NOTRE RÔLE | A | | | | | | |
| BOURSE | UU | | | | | | |
| AUTRES RENSEIGNEMENTS | | Date de règlement: 9 AOÛT 2021 | | | | | |
| TRANS. ELECT. EXPRESS | | | | | | | |
| | | Le paiement est exigible à la date de règlement susmentionnée. | | | | | |
| | | Intérêt exigible sur les comptes en retard. | | | | | |
| | | | | | **Net** | **1 679.49 $  USD** | |

6 août 2021

Veuillez examiner soigneusement cet avis d'exécution. Le fait de ne pas rapporter un ordre inexact ou non autorisé au directeur du bureau où vous effectuez vos opérations dans un délai de trois jours de la réception de la présente confirmation est réputé constituer une ratification de son bien-fondé.

Cet avis d'exécution a été produit en version électronique

P 1



**BANQUE NATIONALE**

**COURTAGE DIRECT**

*1100, RUE ROBERT-BOURASSA, 7E ÉTAGE*
*MONTRÉAL, QC  H3B 2G7*

10000000001

# Avis d'exécution

Voir conditions et codifications au verso.

Numéro de téléphone (siège social): 514 866-6755
Numéro de téléphone sans frais (siège social): 1 800 363-3511
Web: www.bnc.ca/cdbn

Membre: Organisme canadien de réglementation du commerce des valeurs mobilières
Membre: Fonds canadien de protection des épargnants

eArchive_Primary_afp–NBCsplit_200279_0814_00000

MONSIEUR YANIK LEMIEUX
723 AV DES MESANGES
SAINT-JEROME QC  J7Z 6S8

TRANSACTION EFFECTUÉE LE: 13 AOÛT 2021

Représentant: EXPRESS
CODE: W1ST

14 août 2021

| NOUS CONFIRMONS QUE VOUS AVEZ | DESCRIPTION DU TITRE | | | T80 | NUMÉRO DE COMPTE | TYPE |
|---|---|---|---|---|---|---|
| **ACHETÉ** | **META MATERIALS INC** | | | **T80** | **6654536** | |

| RÉFÉRENCES | | QTÉ/VALEUR NOMINALE | PRIX | USD | DESCRIPTION | | MONTANT |
|---|---|---|---|---|---|---|---|
| NUMÉRO DE TRANSACTION | 087462 | **250** | **3.29** | | MONTANT BRUT | | **822.50 $** |
| CODE DU TITRE | 43665R | | | | COMMISSION | | **6.95 $** |
| CUSIP | 59134N104 | | | | | | |
| NOTRE RÔLE | A | | | | | | |
| BOURSE | UU | | | | | | |

| AUTRES RENSEIGNEMENTS | Date de règlement: 17 AOÛT 2021 | | |
|---|---|---|---|
| TRANS. ELECT. EXPRESS | | | |
| | Le paiement est exigible à la date de règlement susmentionnée. | | |
| | Intérêt exigible sur les comptes en retard. | | |
| | | **Net** | **829.45 $  USD** |

Veuillez examiner soigneusement cet avis d'exécution. Le fait de ne pas rapporter un ordre inexact ou non autorisé au directeur du bureau où vous effectuez vos opérations dans un délai de trois jours de la réception de la présente confirmation est réputé constituer une ratification de son bien-fondé.

Cet avis d'exécution a été produit en version électronique

# Avis d'exécution

**BANQUE NATIONALE**
**COURTAGE DIRECT**
1100, BOUL. ROBERT-BOURASSA, 7E ÉTAGE
MONTRÉAL, QC H3B 2G7

L0000000

Voir conditions et codifications au verso.

Numéro de téléphone (siège social): 514 866-6755
Numéro de téléphone sans frais (siège social): 1 800 363-3511
Web: www.bnc.ca/cdbn

eArchive_Primary_afp~NBCsplit_200926_0901_00000

MONSIEUR YANIK LEMIEUX
723 AV DES MESANGES
SAINT-JEROME QC   J7Z 6S8

Membre: Organisme canadien de réglementation du commerce des valeurs mobilières
Membre: Fonds canadien de protection des épargnants

**TRANSACTION EFFECTUÉE LE: 31 AOÛT 2021**

Représentant: EXPRESS
CODE: W1ST

| NOUS CONFIRMONS QUE VOUS AVEZ | DESCRIPTION DU TITRE | | T80 NUMÉRO DE COMPTE | TYPE |
|---|---|---|---|---|
| **ACHETÉ** | **META MATERIALS INC** | | T80  6654536 | |

| RÉFÉRENCES | | QTÉ/VALEUR NOMINALE | PRIX | USD | DESCRIPTION | MONTANT |
|---|---|---|---|---|---|---|
| NUMÉRO DE TRANSACTION | 082408 | **300** | **4.10** | | MONTANT BRUT | **1 230.00 $** |
| CODE DU TITRE | 43665R | | | | | |
| CUSIP | 59134N104 | | | | | |
| NOTRE RÔLE | A | | | | | |
| BOURSE | UU | | | | | |
| AUTRES RENSEIGNEMENTS | | Date de règlement: 2 SEPTEMBRE 2021 | | | | |
| TRANS. ELECT. EXPRESS | | | | | | |
| | | Le paiement est exigible à la date de règlement susmentionnée. | | | | |
| | | Intérêt exigible sur les comptes en retard. | | | | |
| | | | | | **Net** | **1 230.00 $**  USD |

1 septembre 2021

Veuillez examiner soigneusement cet avis d'exécution. Le fait de ne pas rapporter un ordre inexact ou non autorisé au directeur du bureau où vous effectuez vos opérations dans un délai de trois jours de la réception de la présente confirmation est réputé constituer une ratification de son bien-fondé.

Cet avis d'exécution a été produit en version électronique

P 1

**BANQUE NATIONALE**

**COURTAGE DIRECT**

1100, RUE ROBERT-BOURASSA, 7E ÉTAGE,
MONTRÉAL, QC  H3B 2G7

1 0000000

# Avis d'exécution

Voir conditions et codifications au verso.

Numéro de téléphone (siège social): 514 866-6755
Numéro de téléphone sans frais (siège social): 1 800 363-3511
Web: www.bnc.ca/cdbn

Membre: Organisme canadien de réglementation du commerce des valeurs mobilières
Membre: Fonds canadien de protection des épargnants

eArchive_Primary_afp–NBCsplit_203736_1116_00000

MONSIEUR YANIK LEMIEUX
723 AV DES MESANGES
SAINT-JEROME QC   J7Z 6S8

16 novembre 2021

| | | | |
|---|---|---|---|
| **TRANSACTION EFFECTUÉE LE: 15 NOVEMBRE 2021** | | **Représentant: EXPRESS**<br>**CODE: W1ST** | |

| NOUS CONFIRMONS QUE VOUS AVEZ | DESCRIPTION DU TITRE | | T80   NUMÉRO DE COMPTE | TYPE |
|---|---|---|---|---|
| **ACHETÉ** | **META MATERIALS INC** | | T80  6654536 | |

| RÉFÉRENCES | | QTÉ/VALEUR NOMINALE | PRIX        USD | DESCRIPTION | MONTANT |
|---|---|---|---|---|---|
| NUMÉRO DE TRANSACTION | 040877 | **68** | **4.80** | MONTANT BRUT | **326.40 $** |
| CODE DU TITRE | 43665R | | | | |
| CUSIP | 59134N104 | | | | |
| NOTRE RÔLE | A | | | | |
| BOURSE | UU | | | | |
| AUTRES RENSEIGNEMENTS | | Date de règlement: 17 NOVEMBRE 2021 | | | |
| TRANS. ELECT. EXPRESS NON-SOL. | | | | | |
| | | Le paiement est exigible à la date de règlement susmentionnée. | | | |
| | | Intérêt exigible sur les comptes en retard. | | | |
| | | | | **Net** | **326.40 $  USD** |

Veuillez examiner soigneusement cet avis d'exécution. Le fait de ne pas rapporter un ordre inexact ou non autorisé au directeur du bureau où vous effectuez vos opérations dans un délai de trois jours de la réception de la présente confirmation est réputé constituer une ratification de son bien-fondé.

Cet avis d'exécution a été produit en version électronique

P 1

# Avis d'exécution

**BANQUE NATIONALE**

**COURTAGE DIRECT**

1100, BOUL. ROBERT-BOURASSA, 7E ETAGE
MONTREAL, QC  H3B 2G7

L0000000

Voir conditions et codifications au verso.

Numéro de téléphone (siège social): 514 866-6755
Numéro de téléphone sans frais (siège social): 1 800 363-3511
Web: www.bnc.ca/cdbn

Membre: Organisme canadien de réglementation du commerce des valeurs mobilières
Membre: Fonds canadien de protection des épargnants

eArchive_Primary_afp-NBCsplit_204223_1127_00000

MONSIEUR YANIK LEMIEUX
723 AV DES MESANGES
SAINT-JEROME QC  J7Z 6S8

**TRANSACTION EFFECTUÉE LE: 26 NOVEMBRE 2021**

**Représentant: EXPRESS**
**CODE: W1ST**

27 novembre 2021

| NOUS CONFIRMONS QUE VOUS AVEZ | DESCRIPTION DU TITRE | | | | T80   NUMÉRO DE COMPTE | TYPE |
|---|---|---|---|---|---|---|
| **ACHETÉ** | **META MATERIALS INC** | | | | **T80   6654536** | |

| RÉFÉRENCES | | QTÉ/VALEUR NOMINALE | PRIX | USD | DESCRIPTION | MONTANT |
|---|---|---|---|---|---|---|
| NUMÉRO DE TRANSACTION | 064845 | **250** | **3.90** | | MONTANT BRUT | **975.00 $** |
| CODE DU TITRE | 43665R | | | | | |
| CUSIP | 59134N104 | | | | | |
| NOTRE RÔLE | A | | | | | |
| BOURSE | UU | | | | | |
| AUTRES RENSEIGNEMENTS | | Date de règlement: 30 NOVEMBRE 2021 | | | | |
| TRANS. ELECT. EXPRESS | | | | | | |
| | | Le paiement est exigible à la date de règlement susmentionnée. | | | | |
| | | Intérêt exigible sur les comptes en retard. | | | | |
| | | | | | **Net** | **975.00 $  USD** |

Veuillez examiner soigneusement cet avis d'exécution. Le fait de ne pas rapporter un ordre inexact ou non autorisé au directeur du bureau où vous effectuez vos opérations dans un délai de trois jours de la réception de la présente confirmation est réputé constituer une ratification de son bien-fondé.

Cet avis d'exécution a été produit en version électronique

P 1



**BANQUE
NATIONALE**

**COURTAGE DIRECT**

1100, RUE ROBERT-BOURASSA, 7E ÉTAGE
MONTRÉAL, QC H3C 2G7

# Avis d'exécution

Voir conditions et codifications au verso.

Numéro de téléphone (siège social): 514 866-6755
Numéro de téléphone sans frais (siège social): 1 800 363-3511
Web: www.bnc.ca/cdbn

Membre: Organisme canadien de réglementation du commerce
des valeurs mobilières
Membre: Fonds canadien de protection des épargnants

eArchive_Primary_afp-NBCsplit_204914_1216_00000

MONSIEUR YANIK LEMIEUX
723 AV DES MESANGES
SAINT-JEROME QC   J7Z 6S8

TRANSACTION EFFECTUÉE LE: **15 DÉCEMBRE 2021**

Représentant: **EXPRESS**
CODE: **W1ST**

| NOUS CONFIRMONS QUE VOUS AVEZ | DESCRIPTION DU TITRE | | | T80   NUMÉRO DE COMPTE | | TYPE |
|---|---|---|---|---|---|---|
| **ACHETÉ** | **META MATERIALS INC** | | | T80  6654536 | | |
| RÉFÉRENCES | QTÉ/VALEUR NOMINALE | PRIX | USD | DESCRIPTION | | MONTANT |
| NUMÉRO DE TRANSACTION  059792 | **178** | **2.81** | | MONTANT BRUT | | **500.18 $** |
| CODE DU TITRE  43665R | | | | | | |
| CUSIP  59134N104 | | | | | | |
| NOTRE RÔLE  A | | | | | | |
| BOURSE  UU | | | | | | |
| AUTRES RENSEIGNEMENTS | Date de règlement: 17 DÉCEMBRE 2021 | | | | | |
| TRANS. ELECT. EXPRESS | Le paiement est exigible à la date de règlement susmentionnée. | | | | | |
| | Intérêt exigible sur les comptes en retard. | | | | | |
| | | | | **Net** | | **500.18 $  USD** |

16 décembre 2021

Veuillez examiner soigneusement cet avis d'exécution. Le fait de ne pas rapporter un ordre inexact ou non autorisé au directeur du bureau où vous effectuez vos opérations dans un
délai de trois jours de la réception de la présente confirmation est réputé constituer une ratification de son bien-fondé.

Cet avis d'exécution a été produit en version électronique

P 1

# Avis d'exécution

**BANQUE NATIONALE**
**COURTAGE DIRECT**
1100, BOUL. ROBERT-BOURASSA, 7E ÉTAGE
MONTRÉAL, QC H3B 2G7

Voir conditions et codifications au verso.

Numéro de téléphone (siège social): 514 866-6755
Numéro de téléphone sans frais (siège social): 1 800 363-3511
Web: www.bnc.ca/cdbn

eArchive_Primary_afp–NBCsplit_205072_1221_00000

MONSIEUR YANIK LEMIEUX
723 AV DES MESANGES
SAINT-JEROME QC  J7Z 6S8

Membre: Organisme canadien de réglementation du commerce des valeurs mobilières
Membre: Fonds canadien de protection des épargnants

**TRANSACTION EFFECTUÉE LE: 20 DÉCEMBRE 2021**

Représentant: EXPRESS
CODE: W1ST

| NOUS CONFIRMONS QUE VOUS AVEZ | DESCRIPTION DU TITRE | | | T80 NUMÉRO DE COMPTE | TYPE |
|---|---|---|---|---|---|
| **ACHETÉ** | **META MATERIALS INC** | | | T80 6654536 | |

| RÉFÉRENCES | | QTÉ/VALEUR NOMINALE | PRIX    USD | DESCRIPTION | MONTANT |
|---|---|---|---|---|---|
| NUMÉRO DE TRANSACTION | 021762 | **96** | **2.6081** | MONTANT BRUT | **250.38 $** |
| CODE DU TITRE | 43665R | | | | |
| CUSIP | 59134N104 | | | | |
| NOTRE RÔLE | A | | | | |
| BOURSE | UU | | | | |

| AUTRES RENSEIGNEMENTS | Date de règlement: 22 DÉCEMBRE 2021 | |
|---|---|---|
| TRANS. ELECT. EXPRESS | Le paiement est exigible à la date de règlement susmentionnée. | |
| | Intérêt exigible sur les comptes en retard. | |
| | **Net** | **250.38 $  USD** |

21 décembre 2021

Veuillez examiner soigneusement cet avis d'exécution. Le fait de ne pas rapporter un ordre inexact ou non autorisé au directeur du bureau où vous effectuez vos opérations dans un délai de trois jours de la réception de la présente confirmation est réputé constituer une ratification de son bien-fondé.

Cet avis d'exécution a été produit en version électronique

*Execution notice 2022 MMAT*
*Buying*

**BANQUE NATIONALE**
**COURTAGE DIRECT**
1100, BOUL. ROBERT-BOURASSA, 7E ÉTAGE
MONTRÉAL, QC H3C 3G7

# Avis d'exécution

Voir conditions et codifications au verso.

eArchive_Primary_afp–NBCsplit_212035_0630_00000

MONSIEUR YANIK LEMIEUX
723 AV DES MESANGES
SAINT-JEROME QC   J7Z 6S8

Numéro de téléphone (siège social): 514 866-6755
Numéro de téléphone sans frais (siège social): 1 800 363-3511
Web: www.bnc.ca/cdbn

Membre: Organisme canadien de règlementation du commerce des valeurs mobilières
Membre: Fonds canadien de protection des épargnants

**TRANSACTION EFFECTUÉE LE:** 29 JUIN 2022

**Représentant: EXPRESS**
**CODE: W1ST**

| NOUS CONFIRMONS QUE VOUS AVEZ | DESCRIPTION DU TITRE | | | T80 | NUMÉRO DE COMPTE | TYPE |
|---|---|---|---|---|---|---|
| **ACHETÉ** | **META MATERIALS INC** | | | T80 | 6654536 | |

| RÉFÉRENCES | | QTÉ/VALEUR NOMINALE | PRIX | USD | DESCRIPTION | | MONTANT |
|---|---|---|---|---|---|---|---|
| NUMÉRO DE TRANSACTION | 049313 | **500** | **1.06** | | MONTANT BRUT | | **530.00 $** |
| CODE DU TITRE | 43665R | | | | | | |
| CUSIP | 59134N104 | | | | | | |
| NOTRE RÔLE | A | | | | | | |
| BOURSE | UU | | | | | | |

| AUTRES RENSEIGNEMENTS |
|---|
| TRANS. ÉLECT. EXPRESS |

Date de règlement: 1 JUILLET 2022

Le paiement est exigible à la date de règlement susmentionnée.

Intérêt exigible sur les comptes en retard.

| | Net | 530.00 $  USD |
|---|---|---|

30 juin 2022

Veuillez examiner soigneusement cet avis d'exécution. Le fait de ne pas rapporter un ordre inexact ou non autorisé au directeur du bureau où vous effectuez vos opérations dans un délai de trois jours de la réception de la présente confirmation est réputé constituer une ratification de son bien-fondé.

Cet avis d'exécution a été produit en version électronique

P 1

# Avis d'exécution



**BANQUE NATIONALE**
**COURTAGE DIRECT**
1100, BOUL. ROBERT-BOURASSA, 7E ÉTAGE
MONTRÉAL, QC H3C 2G7

00000001

Voir conditions et codifications au verso.

Numéro de téléphone (siège social): 514 866-6755
Numéro de téléphone sans frais (siège social): 1 800 363-3511
Web: www.bnc.ca/cdbn

Membre: Organisme canadien de réglementation du commerce des valeurs mobilières
Membre: Fonds canadien de protection des épargnants

eArchive_Primary_afp−NBCsplit_212448_0713_00000

MONSIEUR YANIK LEMIEUX
723 AV DES MESANGES
SAINT-JEROME QC   J7Z 6S8

TRANSACTION EFFECTUÉE LE: **12 JUILLET 2022**

Représentant: **EXPRESS**
CODE: **W1ST**

| NOUS CONFIRMONS QUE VOUS AVEZ | DESCRIPTION DU TITRE | | | T80 | NUMÉRO DE COMPTE | TYPE |
|---|---|---|---|---|---|---|
| **ACHETÉ** | **META MATERIALS INC** | | | T80 | 6654536 | |

| RÉFÉRENCES | | QTÉ/VALEUR NOMINALE | PRIX     USD | DESCRIPTION | MONTANT |
|---|---|---|---|---|---|
| NUMÉRO DE TRANSACTION | 063152 | **105** | **0.9423** | MONTANT BRUT | **98.94 $** |
| CODE DU TITRE | 43665R | | | | |
| CUSIP | 59134N104 | | | | |
| NOTRE RÔLE | A | | | | |
| BOURSE | UU | | | | |

| AUTRES RENSEIGNEMENTS | Date de règlement: 14 JUILLET 2022 | |
|---|---|---|
| TRANS. ELECT. EXPRESS | Le paiement est exigible à la date de règlement susmentionnée. | |
| | Intérêt exigible sur les comptes en retard. | |
| | **Net** | **98.94 $  USD** |

13 juillet 2022

Veuillez examiner soigneusement cet avis d'exécution. Le fait de ne pas rapporter un ordre inexact ou non autorisé au directeur du bureau où vous effectuez vos opérations dans un délai de trois jours de la réception de la présente confirmation est réputé constituer une ratification de son bien-fondé.

Cet avis d'exécution a été produit en version électronique

P 1

# Avis d'exécution

**BANQUE NATIONALE**

**COURTAGE DIRECT**

1100, BOUL. ROBERT-BOURASSA, 3E ÉTAGE
MONTRÉAL, QC H3B 2G7

Voir conditions et codifications au verso.

Numéro de téléphone (siège social): 514 866-6755
Numéro de téléphone sans frais (siège social): 1 800 363-3511
Web: www.bnc.ca/cdbn

Membre: Organisme canadien de réglementation du commerce des valeurs mobilières
Membre: Fonds canadien de protection des épargnants

eArchive_Primary_afp–NBCsplit_213970_0824_00000

MONSIEUR YANIK LEMIEUX
723 AV DES MESANGES
SAINT-JEROME QC   J7Z 6S8

**TRANSACTION EFFECTUÉE LE: 23 AOÛT 2022**

**Représentant: EXPRESS**
**CODE: W1ST**

| NOUS CONFIRMONS QUE VOUS AVEZ | DESCRIPTION DU TITRE | | | | T80   NUMÉRO DE COMPTE | TYPE |
|---|---|---|---|---|---|---|
| **ACHETÉ** | **META MATERIALS INC** | | | | T80   6654536 | |

| RÉFÉRENCES | | QTÉ/VALEUR NOMINALE | PRIX | USD | DESCRIPTION | MONTANT |
|---|---|---|---|---|---|---|
| NUMÉRO DE TRANSACTION | 022334 | **217** | **0.7868** | | MONTANT BRUT | **170.74 $** |
| CODE DU TITRE | 43665R | | | | | |
| CUSIP | 59134N104 | | | | | |
| NOTRE RÔLE | A | | | | | |
| BOURSE | UU | | | | | |

| AUTRES RENSEIGNEMENTS | Date de règlement: 25 AOÛT 2022 | |
|---|---|---|
| TRANS. ELECT. EXPRESS | Le paiement est exigible à la date de règlement susmentionnée. | |
| | Intérêt exigible sur les comptes en retard. | |
| | **Net** | **170.74 $  USD** |

Veuillez examiner soigneusement cet avis d'exécution. Le fait de ne pas rapporter un ordre inexact ou non autorisé au directeur du bureau où vous effectuez vos opérations dans un délai de trois jours de la réception de la présente confirmation est réputé constituer une ratification de son bien-fondé.

Cet avis d'exécution a été produit en version électronique

**P** 1

**BANQUE NATIONALE**
**COURTAGE DIRECT**
1100, BOUL ROBERT-BOURASSA, 7E ÉTAGE
MONTRÉAL, QC  H3B 2G7

1 0000000

# Avis d'exécution

Voir conditions et codifications au verso.

Numéro de téléphone (siège social): 514 866-6755
Numéro de téléphone sans frais (siège social): 1 800 363-3511
Web: www.bnc.ca/cdbn

Membre: Organisme canadien de réglementation du commerce des valeurs mobilières
Membre: Fonds canadien de protection des épargnants

eArchive_Primary_afp−NBCsplit_206112_0120_00000

MONSIEUR YANIK LEMIEUX
723 AV DES MESANGES
SAINT-JEROME QC   J7Z 6S8

20 janvier 2022

TRANSACTION EFFECTUÉE LE: 19 JANVIER 2022      Représentant: EXPRESS
                                               CODE: W1ST

| NOUS CONFIRMONS QUE VOUS AVEZ | DESCRIPTION DU TITRE | T80  NUMÉRO DE COMPTE | TYPE |
|---|---|---|---|
| **ACHETÉ** | **META MATERIALS INC** | T80  6654536 | |

| RÉFÉRENCES | | QTÉ/VALEUR NOMINALE | PRIX    USD | DESCRIPTION | MONTANT |
|---|---|---|---|---|---|
| NUMÉRO DE TRANSACTION | 025242 | **169** | **2.07** | MONTANT BRUT | **349.83 $** |
| CODE DU TITRE | 43665R | | | | |
| CUSIP | 59134N104 | | | | |
| NOTRE RÔLE | A | | | | |
| BOURSE | UU | | | | |

AUTRES RENSEIGNEMENTS
TRANS. ELECT. EXPRESS

Date de règlement: 21 JANVIER 2022

Le paiement est exigible à la date de règlement susmentionnée.

Intérêt exigible sur les comptes en retard.

| | | |
|---|---|---|
| **Net** | **349.83 $** | USD |

Veuillez examiner soigneusement cet avis d'exécution. Le fait de ne pas rapporter un ordre inexact ou non autorisé au directeur du bureau où vous effectuez vos opérations dans un délai de trois jours de la réception de la présente confirmation est réputé constituer une ratification de son bien-fondé.

Cet avis d'exécution a été produit en version électronique

P 1

**BANQUE NATIONALE**
**COURTAGE DIRECT**
1100, BOUL. ROBERT-BOURASSA, 7E ÉTAGE
MONTRÉAL, QC  H3B 2G2

# Avis d'exécution

Voir conditions et codifications au verso.

Numéro de téléphone (siège social): 514 866-6755
Numéro de téléphone sans frais (siège social): 1 800 363-3511
Web: www.bnc.ca/cdbn

Membre: Organisme canadien de réglementation du commerce des valeurs mobilières
Membre: Fonds canadien de protection des épargnants

eArchive_Primary_afp–NBCsplit_206867_0209_00000
MONSIEUR YANIK LEMIEUX
723 AV DES MESANGES
SAINT-JEROME QC  J7Z 6S8

TRANSACTION EFFECTUÉE LE: 8 FÉVRIER 2022

Représentant: EXPRESS
CODE: W1ST

| NOUS CONFIRMONS QUE VOUS AVEZ | DESCRIPTION DU TITRE | | | T80 | NUMÉRO DE COMPTE | TYPE |
|---|---|---|---|---|---|---|
| **ACHETÉ** | **META MATERIALS INC** | | | T80 | 6654536 | |

| RÉFÉRENCES | | QTÉ/VALEUR NOMINALE | PRIX | USD | DESCRIPTION | MONTANT |
|---|---|---|---|---|---|---|
| NUMÉRO DE TRANSACTION | 072188 | **350** | **1.64** | | MONTANT BRUT | **574.00 $** |
| CODE DU TITRE | 43665R | | | | | |
| CUSIP | 59134N104 | | | | | |
| NOTRE RÔLE | A | | | | | |
| BOURSE | UU | | | | | |

| AUTRES RENSEIGNEMENTS | Date de règlement: 10 FÉVRIER 2022 | | |
|---|---|---|---|
| TRANS. ELECT. EXPRESS | Le paiement est exigible à la date de règlement susmentionnée. | | |
| | Intérêt exigible sur les comptes en retard. | | |
| | | **Net** | **574.00 $ USD** |

Veuillez examiner soigneusement cet avis d'exécution. Le fait de ne pas rapporter un ordre inexact ou non autorisé au directeur du bureau où vous effectuez vos opérations dans un délai de trois jours de la réception de la présente confirmation est réputé constituer une ratification de son bien-fondé.

9 février 2022

Cet avis d'exécution a été produit en version électronique

P 1

# BANQUE NATIONALE
**COURTAGE DIRECT**
1100, BOUL. ROBERT-BOURASSA, 7E ÉTAGE
MONTREAL, QC  H3B 2G7

# Avis d'exécution

Voir conditions et codifications au verso.

Numéro de téléphone (siège social): 514 866-6755
Numéro de téléphone sans frais (siège social): 1 800 363-3511
Web: www.bnc.ca/cdbn

Membre: Organisme canadien de réglementation du commerce des valeurs mobilières
Membre: Fonds canadien de protection des épargnants

eArchive_Primary_afp-NBCsplit_210001_0505_00000

MONSIEUR YANIK LEMIEUX
723 AV DES MESANGES
SAINT-JEROME QC  J7Z 6S8

TRANSACTION EFFECTUÉE LE: 4 MAI 2022

Représentant: EXPRESS
CODE: W1ST

| NOUS CONFIRMONS QUE VOUS AVEZ | DESCRIPTION DU TITRE | | T80  NUMÉRO DE COMPTE | TYPE |
|---|---|---|---|---|
| **ACHETÉ** | **META MATERIALS INC** | | T80  6654536 | |

| RÉFÉRENCES | | QTÉ/VALEUR NOMINALE | PRIX         USD | DESCRIPTION | MONTANT |
|---|---|---|---|---|---|
| NUMÉRO DE TRANSACTION | 015788 | **500** | **1.20** | MONTANT BRUT | **600.00 $** |
| CODE DU TITRE | 43665R | | | | |
| CUSIP | 59134N104 | | | | |
| NOTRE RÔLE | A | | | | |
| BOURSE | UU | | | | |
| AUTRES RENSEIGNEMENTS | | Date de règlement: 6 MAI 2022 | | | |
| TRANS. ELECT. EXPRESS | | Le paiement est exigible à la date de règlement susmentionnée. | | | |
| | | Intérêt exigible sur les comptes en retard. | | | |
| | | | | **Net** | **600.00 $  USD** |

Veuillez examiner soigneusement cet avis d'exécution. Le fait de ne pas rapporter un ordre inexact ou non autorisé au directeur du bureau où vous effectuez vos opérations dans un délai de trois jours de la réception de la présente confirmation est réputé constituer une ratification de son bien-fondé.

5 mai 2022

Cet avis d'exécution a été produit en version électronique

P 1

*Execution notice 2023 MMAT*

*Buying*

**BANQUE NATIONALE**
**COURTAGE DIRECT**
*1100, BOUL. ROBERT-BOURASSA, 7E ÉTAGE*
*MONTRÉAL, QC  H3C 2G7*

L0000000

# Avis d'exécution

Voir conditions et codifications au verso.

Numéro de téléphone (siège social): 514 866-6755
Numéro de téléphone sans frais (siège social): 1 800 363-3511
Web: www.bnc.ca/cdbn

Membre: Organisme canadien de réglementation du commerce des valeurs mobilières
Membre: Fonds canadien de protection des épargnants

eArchive_Primary_afp–NBCsplit_222432_0415_00000

MONSIEUR YANIK LEMIEUX
723 AV DES MESANGES
SAINT-JEROME QC   J7Z 6S8

TRANSACTION EFFECTUÉE LE: 14 AVRIL 2023

Représentant: EXPRESS
CODE: W1ST

| NOUS CONFIRMONS QUE VOUS AVEZ | DESCRIPTION DU TITRE | | | | T80 NUMÉRO DE COMPTE | TYPE |
|---|---|---|---|---|---|---|
| **ACHETÉ** | **META MATERIALS INC** | | | | **T80  6654536** | |

| RÉFÉRENCES | | QTÉ/VALEUR NOMINALE | PRIX | USD | DESCRIPTION | MONTANT |
|---|---|---|---|---|---|---|
| NUMÉRO DE TRANSACTION | 040192 | **4 850** | **0.2197** | | MONTANT BRUT | **1 065.55 $** |
| CODE DU TITRE | 43865R | | | | | |
| CUSIP | 59134N104 | | | | | |
| NOTRE RÔLE | A | | | | | |
| BOURSE | UU | | | | | |

15 avril 2023

| AUTRES RENSEIGNEMENTS | Date de règlement: 18 AVRIL 2023 | | |
|---|---|---|---|
| TRANS. ELECT. EXPRESS | | | |
| | Le paiement est exigible à la date de règlement susmentionnée. | | |
| | Intérêt exigible sur les comptes en retard. | | |
| | | **Net** | **1 065.55 $ USD** |

Veuillez examiner soigneusement cet avis d'exécution. Le fait de ne pas rapporter un ordre inexact ou non autorisé au directeur du bureau où vous effectuez vos opérations dans un délai de trois jours de la réception de la présente confirmation est réputé constituer une ratification de son bien-fondé.

Cet avis d'exécution a été produit en version électronique

P 1

*Execution notice 2021 TRCH Sale*



**BANQUE NATIONALE**

**COURTAGE DIRECT**
1100, BOUL. ROBERT-BOURASSA, 7E ÉTAGE
MONTRÉAL, QC  H3B 2G7

0000000001

# Avis d'exécution

Voir conditions et codifications au verso.

Numéro de téléphone (siège social): 514 866-6755
Numéro de téléphone sans frais (siège social): 1 800 363-3511
Web: www.bnc.ca/cdbn

Membre: Organisme canadien de réglementation du commerce des valeurs mobilières
Membre: Fonds canadien de protection des épargnants

eArchive_Primary_afp–NBCsplit_198074_0616_00000

MONSIEUR YANIK LEMIEUX
723 AV DES MESANGES
SAINT-JEROME QC  J7Z 6S8

---

TRANSACTION EFFECTUÉE LE: **15 JUIN 2021**

Représentant: **EXPRESS**
CODE: **W1ST**

16 juin 2021

| NOUS CONFIRMONS QUE VOUS AVEZ | DESCRIPTION DU TITRE | | T80 | NUMÉRO DE COMPTE | TYPE |
|---|---|---|---|---|---|
| **VENDU** | **TORCHLIGHT ENERGY RES INC** | | T80 | 6654536 | |

| RÉFÉRENCES | | QTÉ/VALEUR NOMINALE | PRIX | USD | DESCRIPTION | MONTANT |
|---|---|---|---|---|---|---|
| NUMÉRO DE TRANSACTION | 093398 | **250** | **6.10** | | MONTANT BRUT | 1 525.00 $ |
| CODE DU TITRE | 671417 | | | | COMMISSION | (6.95) $ |
| CUSIP | 89102U103 | | | | | |
| NOTRE RÔLE | A | | | | FRAIS (SEC) | (0.01) $ |
| BOURSE | UU | | | | | |

| AUTRES RENSEIGNEMENTS | |
|---|---|
| TRANS. ELECT. EXPRESS | |

Date de règlement: **17 JUIN 2021**

Le paiement est exigible à la date de règlement susmentionnée.

Intérêt exigible sur les comptes en retard.

| | Net | 1 518.04 $ USD |
|---|---|---|

Veuillez examiner soigneusement cet avis d'exécution. Le fait de ne pas rapporter un ordre inexact ou non autorisé au directeur du bureau où vous effectuez vos opérations dans un délai de trois jours de la réception de la présente confirmation est réputé constituer une ratification de son bien-fondé.

Cet avis d'exécution a été produit en version électronique

P 1

# Avis d'exécution

Voir conditions et codifications au verso.

**BANQUE NATIONALE**

**COURTAGE DIRECT**
1100, BOUL. ROBERT-BOURASSA, 7E ÉTAGE
MONTRÉAL, QC H3B 2G7

00000001

Numéro de téléphone (siège social): 514 866-6755
Numéro de téléphone sans frais (siège social): 1 800 363-3511
Web: www.bnc.ca/cdbn

Membre: Organisme canadien de réglementation du commerce des valeurs mobilières
Membre: Fonds canadien de protection des épargnants

eArchive_Primary_afp–NBCsplit_198285_0622_00000

MONSIEUR YANIK LEMIEUX
723 AV DES MESANGES
SAINT-JEROME QC  J7Z 6S8

TRANSACTION EFFECTUÉE LE: 21 JUIN 2021

Représentant: EXPRESS
CODE: W1ST

22 juin 2021

| NOUS CONFIRMONS QUE VOUS AVEZ | DESCRIPTION DU TITRE | | | T80   NUMÉRO DE COMPTE | TYPE |
|---|---|---|---|---|---|
| **VENDU** | **TORCHLIGHT ENERGY RES INC** | | | T80  6654536 | |

| RÉFÉRENCES | | QTÉ/VALEUR NOMINALE | PRIX        USD | DESCRIPTION | MONTANT |
|---|---|---|---|---|---|
| NUMÉRO DE TRANSACTION | 062874 | **345** | **10.10** | MONTANT BRUT | **3 484.50 $** |
| CODE DU TITRE | 671417 | | | COMMISSION | **(6.95) $** |
| CUSIP | 89102U103 | | | | |
| NOTRE RÔLE | A | | | FRAIS (SEC) | **(0.02) $** |
| BOURSE | UU | | | | |
| AUTRES RENSEIGNEMENTS | | Date de règlement: 23 JUIN 2021 | | | |
| TRANS. ELECT. EXPRESS | | | | | |
| | | Le paiement est exigible à la date de règlement susmentionnée. | | | |
| | | Intérêt exigible sur les comptes en retard. | | | |
| | | | | **Net** | **3 477.53 $ USD** |

Veuillez examiner soigneusement cet avis d'exécution. Le fait de ne pas rapporter un ordre inexact ou non autorisé au directeur du bureau où vous effectuez vos opérations dans un délai de trois jours de la réception de la présente confirmation est réputé constituer une ratification de son bien-fondé.

Cet avis d'exécution a été produit en version électronique

P 1

**BANQUE NATIONALE**

**COURTAGE DIRECT**
1100, BOUL. ROBERT-BOURASSA, 7E ÉTAGE
MONTRÉAL, QC H3B 2G7

# Avis d'exécution

Voir conditions et codifications au verso.

Numéro de téléphone (siège social): 514 866-6755
Numéro de téléphone sans frais (siège social): 1 800 363-3511
Web: www.bnc.ca/cdbn

Membre: Organisme canadien de réglementation du commerce des valeurs mobilières
Membre: Fonds canadien de protection des épargnants

eArchive_Primary_afp–NBCsplit_194651_0311_00000

MONSIEUR YANIK LÉMIEUX
723 AV DES MESANGES
SAINT-JEROME QC  J7Z 6S8

TRANSACTION EFFECTUÉE LE: **10 MARS 2021**

Représentant: EXPRESS
CODE: W1ST

| NOUS CONFIRMONS QUE VOUS AVEZ | DESCRIPTION DU TITRE | | T80 | NUMÉRO DE COMPTE | TYPE |
|---|---|---|---|---|---|
| **VENDU** | **TORCHLIGHT ENERGY RES INC** | | T80 | 6654536 | |

| RÉFÉRENCES | | QTÉ/VALEUR NOMINALE | PRIX | USD | DESCRIPTION | MONTANT |
|---|---|---|---|---|---|---|
| NUMÉRO DE TRANSACTION | 015720 | **500** | **2.31** | | MONTANT BRUT | **1 155.00 $** |
| CODE DU TITRE | 671417 | | | | COMMISSION | (4.95) $ |
| CUSIP | 89102U103 | | | | | |
| NOTRE RÔLE | A | | | | FRAIS (SEC) | (0.01) $ |
| BOURSE | UU | | | | | |
| AUTRES RENSEIGNEMENTS | | Date de règlement: 12 MARS 2021 | | | | |
| TRANS. ELECT. EXPRESS | | | | | | |
| | | Le paiement est exigible à la date de règlement susmentionnée. | | | | |
| | | Intérêt exigible sur les comptes en retard. | | | | |
| | | | | | **Net** | **1 150.04 $** USD |

11 mars 2021

Veuillez examiner soigneusement cet avis d'exécution. Le fait de ne pas rapporter un ordre inexact ou non autorisé au directeur du bureau où vous effectuez vos opérations dans un délai de trois jours de la réception de la présente confirmation est réputé constituer une ratification de son bien-fondé.

Cet avis d'exécution a été produit en version électronique

P 1

*Execution Notice 2021 MMAT*

**BANQUE NATIONALE**

**COURTAGE DIRECT**
1100, BOUL. ROBERT-BOURASSA, 7E ÉTAGE
MONTRÉAL, QC H3B 2G7

0000000001

eArchive_Primary_afp-NBCsplit_200870_0831_00000

MONSIEUR YANIK LEMIEUX
723 AV DES MESANGES
SAINT-JEROME QC   J7Z 6S8

# Avis d'exécution  *Sale*

Voir conditions et codifications au verso.

Numéro de téléphone (siège social): 514 866-6755
Numéro de téléphone sans frais (siège social): 1 800 363-3511
Web: www.bnc.ca/cdbn

Membre: Organisme canadien de réglementation du commerce des valeurs mobilières
Membre: Fonds canadien de protection des épargnants

TRANSACTION EFFECTUÉE LE: **30 AOÛT 2021**

Représentant: **EXPRESS**
CODE: **W1ST**

31 août 2021

| NOUS CONFIRMONS QUE VOUS AVEZ | DESCRIPTION DU TITRE | | | | | T80   NUMÉRO DE COMPTE | | TYPE |
|---|---|---|---|---|---|---|---|---|
| **VENDU** | **META MATERIALS INC** | | | | | T80   6654536 | | |
| RÉFÉRENCES | | QTÉ/VALEUR NOMINALE | PRIX | USD | DESCRIPTION | | | MONTANT |
| NUMÉRO DE TRANSACTION | 048547 | **564** | **5.561** | | MONTANT BRUT | | | **3 136.40 $** |
| CODE DU TITRE | 43665R | | | | | | | |
| CUSIP | 59134N104 | | | | | | | |
| NOTRE RÔLE | A | | | | FRAIS (SEC) | | | **(0.02) $** |
| BOURSE | UU | | | | | | | |
| AUTRES RENSEIGNEMENTS | | Date de règlement: 1 SEPTEMBRE 2021 | | | | | | |
| TRANS. ÉLECT. EXPRESS | | | | | | | | |
| | | Le paiement est exigible à la date de règlement susmentionnée. | | | | | | |
| | | Intérêt exigible sur les comptes en retard. | | | | | | |
| | | | | | **Net** | | | **3 136.38 $  USD** |

Veuillez examiner soigneusement cet avis d'exécution. Le fait de ne pas rapporter un ordre inexact ou non autorisé au directeur du bureau où vous effectuez vos opérations dans un délai de trois jours de la réception de la présente confirmation est réputé constituer une ratification de son bien-fondé.

Cet avis d'exécution a été produit en version électronique

P 1

*Execution notice 2024 MMAT*

*sale*

**BANQUE NATIONALE**

**COURTAGE DIRECT**

1100, BOUL. ROBERT-BOURASSA, 7E ÉTAGE
MONTRÉAL, QC  H3B 2G7

00000001

# Avis d'exécution

Voir conditions et codifications au verso.

Numéro de téléphone (siège social): 514 866-6755
Numéro de téléphone sans frais (siège social): 1 800 363-3511
Web: www.bnc.ca/cdbn

Membre: Organisme canadien de réglementation du commerce des valeurs mobilières
Membre: Fonds canadien de protection des épargnants

eArchive_Primary_afp-NBCsplit_238948_0725_00000

MONSIEUR YANIK LEMIEUX
2218 RUE PATRICK
SAINT-JEROME QC   J7Y 4K2

25 juillet 2024

| TRANSACTION EFFECTUÉE LE: 24 JUILLET 2024 | | | Représentant: EXPRESS CODE: W1ST | |

| NOUS CONFIRMONS QUE VOUS AVEZ | DESCRIPTION DU TITRE | | T80  NUMÉRO DE COMPTE | TYPE |
|---|---|---|---|---|
| **VENDU** | **META MATERIALS INC-NEW** | | T80  6654536 | |

| RÉFÉRENCES | | QTÉ/VALEUR NOMINALE | PRIX        USD | DESCRIPTION | MONTANT |
|---|---|---|---|---|---|
| NUMÉRO DE TRANSACTION | 086267 | **88** | **2.6261** | MONTANT BRUT | **231.10 $** |
| CODE DU TITRE | 43666F | | | | |
| CUSIP | 59134N302 | | | | |
| NOTRE RÔLE | A | | | FRAIS (SEC) | (0.01) $ |
| BOURSE | ULI | | | | |

| AUTRES RENSEIGNEMENTS | | |
|---|---|---|
| TRANS. ELECT. EXPRESS | Date de règlement: 25 JUILLET 2024 | |
| | Le paiement est exigible à la date de règlement susmentionnée. | |
| | Intérêt exigible sur les comptes en retard. | |
| | **Net** | **231.09 $  USD** |

Veuillez examiner soigneusement cet avis d'exécution. Le fait de ne pas rapporter un ordre inexact ou non autorisé au directeur du bureau où vous effectuez vos opérations dans un délai de trois jours de la réception de la présente confirmation est réputé constituer une ratification de son bien-fondé.

Cet avis d'exécution a été produit en version électronique

P  1

*Last Sale transaction MMAT 2024*

**BANQUE NATIONALE**

**COURTAGE DIRECT**

**Relevé de portefeuille**
En date du  31 juillet 2024

## Sommaire de la variation de l'encaisse

| Solde d'encaisse initial en date du  1 juillet 2024 | | | (16,88) $ | |
|---|---|---|---|---|
| | **Activités durant cette période** | | | **Cumul annuel** |
| | **Retraits ($)** | **Ajouts ($)** | **Montant net ($)** | **($)** |
| Placements achetés, vendus ou échus | 0,00 | 231,09 | 231,09 | (6 243,71) |
| Retraits ou dépôts | (47,13) | 0,00 | (47,13) | (47,13) |
| Intérêts | 0,00 | 0,00 | 0,00 | 0,00 |
| Dividendes | 0,00 | 0,00 | 0,00 | 0,00 |
| Distributions | 0,00 | 0,00 | 0,00 | 0,00 |
| Impôts prélevés | 0,00 | 0,00 | 0,00 | 0,00 |
| Frais administratifs | 0,00 | 0,00 | 0,00 | (33,33) |
| Autre(s) | 0,00 | 0,00 | 0,00 | (4,99) |
| Total | (47,13) | 231,09 | 183,96 | (6 329,16) |
| Solde d'encaisse final au   31 juillet 2024 | | | 167,08 | |

## Détails de l'actif

| | Symbole | Statut | Quantité | Coût unitaire moyen ($) | Valeur d'acquisition ($) | Prix du marché ($) | Valeur marchande ($) | % du portefeuille |
|---|---|---|---|---|---|---|---|---|
| **Encaisse et quasi-espèces** | | | | | | | | |
| SOLDE D'ENCAISSE | | | | | 167,08 | | 167,08 | 100,0 |
| **Total Encaisse et quasi-espèces** | | | | | 167,08 | | 167,08 | 100,0 |
| **Valeur totale du compte –  USD CELI** | | | | | 167,08 | | 167,08 | 100,0 |

## Détails des activités

| Date de transaction | Date de règlement | Activité | Description | Quantité | Prix ($) | Commission ($) | Montant net ($) | Solde ($) |
|---|---|---|---|---|---|---|---|---|
| | | | Encaisse initiale | | | | | (16,88) |
| 25/07/24 | 25/07/24 | Convertir$ | USD/CAD 665453W @1.356150 | | | | (13,83) | (30,71) |
| 24/07/24 | 25/07/24 | Vente | META MATERIALS INC-NEW TRANS. ELECT. EXPRESS | (88) | 2,626 | | 231,09 | 200,38 |
| 29/07/24 | 29/07/24 | Résiliation | RESILIATION RETRAIT PARTIEL CAD 46.15 CONV @ 1.385940 | | | | (33,30) | 167,08 |



**BANQUE NATIONALE**
**COURTAGE DIRECT**

**Relevé de portefeuille**
En date du 30 juin 2021

Merger Date TRCH → MMAT

## Détails des activités ( USD CELI | 665453-6 Suite )

| Date de transaction | Date de règlement | Activité | Description | Quantité | Prix ($) | Commission ($) | Montant net ($) | Solde ($) |
|---|---|---|---|---|---|---|---|---|
| | | | TRANS. ELECT. EXPRESS | | | | | |
| 07/06/21 | 09/06/21 | Achat | BIONANO GENOMICS INC | 131 | 7,818 | (6,95) | (1 031,16) | 7 350,69 |
| | | | TRANS. ELECT. EXPRESS | | | | | |
| 08/06/21 | 10/06/21 | Achat | ASHFORD HOSPITALITY-NEW | 121 | 6,20 | (6,95) | (757,15) | 6 593,54 |
| | | | TRANS. ELECT. EXPRESS | | | | | |
| 08/06/21 | 10/06/21 | Vente | BIONANO GENOMICS INC | (131) | 8,71 | (6,95) | 1 134,05 | 7 727,59 |
| | | | TRANS. ELECT. EXPRESS | | | | | |
| 09/06/21 | 11/06/21 | Achat | ADAMIS PHARMACEUT CRP-NEW | 1 000 | 1,108 | (6,95) | (1 115,25) | 6 612,34 |
| | | | TRANS. ELECT. EXPRESS | | | | | |
| 09/06/21 | 11/06/21 | Vente | ASHFORD HOSPITALITY-NEW | (130) | 7,27 | (6,95) | 938,14 | 7 550,48 |
| | | | TRANS. ELECT. EXPRESS | | | | | |
| 15/06/21 | 17/06/21 | Achat | TORCHLIGHT ENERGY RES INC | 250 | 4,45 | (6,95) | (1 119,45) | 6 431,03 |
| | | | TRANS. ELECT. EXPRESS | | | | | |
| 15/06/21 | 17/06/21 | Vente | TORCHLIGHT ENERGY RES INC | (250) | 6,10 | (6,95) | 1 518,04 | 7 949,07 |
| | | | TRANS. ELECT. EXPRESS | | | | | |
| 16/06/21 | 18/06/21 | Achat | TORCHLIGHT ENERGY RES INC | 190 | 5,45 | (6,95) | (1 042,45) | 6 906,62 |
| | | | TRANS. ELECT. EXPRESS | | | | | |
| 18/06/21 | 22/06/21 | Achat | ADAMIS PHARMACEUT CRP-NEW | 1 000 | 1,089 | (6,95) | (1 096,45) | 5 810,17 |
| | | | TRANS. ELECT. EXPRESS | | | | | |
| 18/06/21 | 22/06/21 | Achat | ADAMIS PHARMACEUT CRP-NEW | 1 000 | 1,03 | (6,95) | (1 036,95) | 4 773,22 |
| | | | TRANS. ELECT. EXPRESS | | | | | |
| 21/06/21 | 23/06/21 | Vente | TORCHLIGHT ENERGY RES INC | (345) | 10,10 | (6,95) | 3 477,53 | 8 250,75 |
| | | | TRANS. ELECT. EXPRESS | | | | | |
| 22/06/21 | 24/06/21 | Achat | TORCHLIGHT ENERGY RES INC | 130 | 8,10 | (6,95) | (1 059,95) | 7 190,80 |
| | | | TRANS. ELECT. EXPRESS | | | | | |
| 22/06/21 | 24/06/21 | Achat | TORCHLIGHT ENERGY RES INC | 150 | 7,15 | (6,95) | (1 079,45) | 6 111,35 |
| | | | TRANS. ELECT. EXPRESS | | | | | |
| 24/06/21 | 28/06/21 | Achat | ADAMIS PHARMACEUT CRP-NEW | 1 000 | 1,11 | (6,95) | (1 116,95) | 4 994,40 |
| | | | TRANS. ELECT. EXPRESS | | | | | |
| 29/06/21 | 29/06/21 | Échange | META MATERIALS INC | 312 | | | 0,00 | 4 994,40 |
| 29/06/21 | 29/06/21 | Échange | TORCHLIGHT ENERGY RES IN* | (625) | | | 0,00 | 4 994,40 |



**BANQUE NATIONALE**

**COURTAGE DIRECT**

**Relevé de portefeuille**
En date du  31 janvier 2024

*(handwritten in left margin: Reverse split MMAT 2024)*

## Sommaire de la variation de l'encaisse

| Solde d'encaisse initial en date du  1 janvier 2024 | | | | 6 496,24 $ |
|---|---|---|---|---|

| | Activités durant cette période | | | Cumul annuel |
|---|---|---|---|---|
| | Retraits ($) | Ajouts ($) | Montant net ($) | ($) |
| Placements achetés, vendus ou échus | 0,00 | 0,00 | 0,00 | 0,00 |
| Retraits ou dépôts | 0,00 | 0,00 | 0,00 | 0,00 |
| Intérêts | 0,00 | 0,00 | 0,00 | 0,00 |
| Dividendes | 0,00 | 0,00 | 0,00 | 0,00 |
| Distributions | 0,00 | 0,00 | 0,00 | 0,00 |
| Impôts prélevés | 0,00 | 0,00 | 0,00 | 0,00 |
| Frais administratifs | 0,00 | 0,00 | 0,00 | 0,00 |
| Autre(s) | 0,00 | 0,00 | 0,00 | 0,00 |
| Total | 0,00 | 0,00 | 0,00 | 0,00 |

| Solde d'encaisse final au   31 janvier 2024 | | | | 6 496,24 |
|---|---|---|---|---|

## Détails de l'actif

| | Symbole | Statut | Quantité | Coût unitaire moyen ($) | Valeur d'acquisition ($) | Prix du marché ($) | Valeur marchande ($) | % du portefeuille |
|---|---|---|---|---|---|---|---|---|
| **Encaisse et quasi-espèces** | | | | | | | | |
| SOLDE D'ENCAISSE | | | | | 6 496,24 | | 6 496,24 | 91,7 |
| **Total Encaisse et quasi-espèces** | | | | | 6 496,24 | | 6 496,24 | 91,7 |
| **Titres de participation et fonds d'actions** | | | | | | | | |
| META MATERIALS INC-NEW | MMAT | SEP | 88 | 139,979 | 12 318,11 | 3,820 | 336,16 | 4,8 |
| **Total Titres de participation et fonds d'actions** | | | | | 12 318,11 | | 336,16 | 4,8 |
| **Valeur totale du compte -  USD CELI** | | | | | 18 814,35 | | 6 832,40 | 96,5 |

## Détails des activités

| Date de transaction | Date de règlement | Activité | Description | Quantité | Prix ($) | Commission ($) | Montant net ($) | Solde ($) |
|---|---|---|---|---|---|---|---|---|
| | | | Encaisse initiale | | | | | 6 496,24 |
| 29/01/24 | 29/01/24 | Échange | META MATERIALS INC | (8 712) | | | 0,00 | 6 496,24 |
| 29/01/24 | 29/01/24 | Échange | META MATERIALS INC-NEW | 88 | | | 0,00 | 6 496,24 |