NVB 3001 (Effective 1/21)

# UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA

## PROOF OF INTEREST

**Name of Debtor:** META MATERIALS INC.

**Case Number:** 24-50792-h1b

**1. Name and address of holder of the Equity Interest** (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

Lisa Whittington
113 Campbell Ave- West Box 424
L0P 1B0

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

☑ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

**Telephone Number:** 416 571 1390

**COURT USE ONLY**

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

**Account or other number by which Interest holder identifies Debtor:** 6678N7S

Check here if this claim:
☐ replaces a previously filed Proof of Interest dated: _____
☐ amends a previously filed Proof of Interest dated: _____

**2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:**

NATIONAL BANK DIRECT BRO9KERAGE 800 SAINT-JACQUES
3rd Floor Montreal QC Canada H3C 1A3
Telephone Number: 514 866 6755

**3. Date Equity Interest was acquired:** 06/30/2021

**4. Total amount of member interest:** 25900

**5. Certificate number(s):** _____

**6. Type of Equity Interest:**
Please indicate the type of Equity Interest you hold:
☑ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
☐ Check this box if your Equity Interest is based on anything else and describe that interest:
**Description:** INVESTOR

**7. Supporting Documents:** Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**8. Date-Stamped Copy:** To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

**9. Signature:**
Check the appropriate box.
☑ I am the creditor.    ☐ I am the creditor's authorized agent.    ☐ I am the trustee, or the debtor,    ☐ I am a guarantor, surety, endorser, or other codebtor.
(Attach copy of power of attorney, if any.)    or their authorized agent.    (See Bankruptcy Rule 3005.)
(See Bankruptcy Rule 3004.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: LISA WHITTINGTON
Title: _____
Company: __ Address and telephone number (if different from notice address above):

(Signature) Lisa W
(Date) Dec 2 2024

Telephone number: 416 579 0103    email: mabel_dog@hotmail.com

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

December 2nd, 2024

Account Summary for Lisa Whittington (6678N7S NATIONAL BANK DIRECT BROKERAGE)

Total before split 25, 900 shares

Total after split 259 shares

Sold 259 shares on August 20th, 2024 after the bankruptcy announcement of August 9th, 2024

Please see attached statements for clarification/details

# CONFIRMATION

See reverse side for conditions and code explanation.

**NATIONAL BANK DIRECT BROKERAGE**
1100 ROBERT-BOURASSA BLVD., 7TH FLOOR
MONTREAL, QC H3B ...

00000001

Head Office Phone: 514 866-6755
Head Office Toll Free: 1 800 363-3511
Web: www.nbc.ca/nbdb

Member: Investment Industry Regulatory Organization of Canada
Member: Canadian Investor Protection Fund

eArchive_Primary_afp–NBCsplit_198658_0701_00000

MRS. LISA M WHITTINGTON
113 CAMPBELL AVE ~~APT~~ 424 (Box)
CAMPBELLVILLE ON  L0P 1B0

July 1, 2021

**TRADE EXECUTED JUNE 30, 2021**

Registered Representative: EXPRESS
CODE: W1ST

| WE CONFIRM YOU | SECURITY DESCRIPTION | | | T80 ACCOUNT # | TYPE |
|---|---|---|---|---|---|
| BOUGHT | META MATERIALS INC | | | T80 6678N7S | |

| REFERENCES | | QTY/NOMINAL VALUE | PRICE | USD | DESCRIPTION | AMOUNT |
|---|---|---|---|---|---|---|
| TRADE # | 015069 | 200 | 6.539 | | GROSS AMOUNT | $6,539.60 |
| SECURITY CODE | 43665R | 400 | 6.54 | | COMMISSION | $6.95 |
| CUSIP | 59134N104 | 400 | 6.5395 | | | |
| OUR ROLE | A | | | | | |
| MARKET | UU | | | | | |

| OTHER INFORMATION | | | EXCHANGE | $1,713.23 |
|---|---|---|---|---|
| CONV TO CAD @26.17 %US PREM EXPRESS ELECT. TRANS. | Settlement Date: JULY 2, 2021 Payment is due on the settlement date indicated above. Interest payable on overdue accounts. | | **Net** | **$8,259.78** |

Please review this confirmation carefully. Failure to object to incorrect or unauthorized trades within 3 days of receipt of this confirmation, to the manager of the office servicing your account, constitutes ratification by you of those trades.

The confirmation was produced electronically

P 1

**NATIONAL BANK**
**DIRECT BROKERAGE**

# CONFIRMATION

See reverse side for conditions and code explanation.

Head Office Phone: 514 866-6755
Head Office Toll Free: 1 800 363-3511
Web: www.nbc.ca/nbdb

Member: Investment Industry Regulatory Organization of Canada
Member: Canadian Investor Protection Fund

eArchive_Primary_afp-NBCsplit_198658_0701_00000
MRS. LISA M WHITTINGTON
113 CAMPBELL AVE A̶P̶T̶ 424 (Box)
CAMPBELLVILLE ON  L0P 1B0

TRADE EXECUTED **JUNE 30, 2021**

Registered Representative: EXPRESS
CODE: W1ST

| WE CONFIRM YOU | SECURITY DESCRIPTION | | | T80  ACCOUNT # | TYPE |
|---|---|---|---|---|---|
| **BOUGHT** | **META MATERIALS INC** | | | **T80  6678N7S** | |

| REFERENCES | | QTY/NOMINAL VALUE | PRICE | USD | DESCRIPTION | AMOUNT |
|---|---|---|---|---|---|---|
| TRADE # | 015070 | 56 | | 6.48 | GROSS AMOUNT | $73,985.44 |
| SECURITY CODE | 43665R | 11,344 | | 6.49 | COMMISSION | $6.95 |
| CUSIP | 59134N104 | | | | | |
| OUR ROLE | A | | | | | |
| MARKET | UU | | | | | |

OTHER INFORMATION
CONV TO CAD @25.64 %US PREM
EXPRESS ELECT. TRANS.

Settlement Date: JULY 2, 2021

Payment is due on the settlement date indicated above.

Interest payable on overdue accounts.

| | |
|---|---|
| EXCHANGE | $18,971.65 |
| **Net** | **$92,964.04** |

July 1, 2021

Please review this confirmation carefully. Failure to object to incorrect or unauthorized trades within 3 days of receipt of this confirmation, to the manager of the office servicing your account, constitutes ratification by you of those trades.

The confirmation was produced electronically

P 1

**NATIONAL BANK**
**DIRECT BROKERAGE**

# CONFIRMATION

See reverse side for conditions and code explanation.

Head Office Phone: 514 866-6755
Head Office Toll Free: 1 800 363-3511
Web: www.nbc.ca/nbdb

Member: Investment Industry Regulatory Organization of Canada
Member: Canadian Investor Protection Fund

eArchive_Primary_afp–NBCsplit_198658_0701_00000
MRS. LISA M WHITTINGTON
113 CAMPBELL AVE A̶P̶T̶ 424 (Box)
CAMPBELLVILLE ON   L0P 1B0

July 1, 2021

TRADE EXECUTED **JUNE 30, 2021**

Registered Representative: EXPRESS
CODE: W1ST

| WE CONFIRM YOU | SECURITY DESCRIPTION | | | | T80   ACCOUNT # | TYPE |
|---|---|---|---|---|---|---|
| **BOUGHT** | **META MATERIALS INC** | | | | **T80  6678N7S** | |

| REFERENCES | | QTY/NOMINAL VALUE | PRICE | USD | DESCRIPTION | AMOUNT |
|---|---|---|---|---|---|---|
| TRADE # | 015075 | 200 | 6.499 | | GROSS AMOUNT | $87,809.50 |
| SECURITY CODE | 43665R | 9,915 | 6.50 | | COMMISSION | $6.95 |
| CUSIP | 59134N104 | 800 | 6.51 | | | |
| OUR ROLE | A | 2,585 | 6.52 | | | |
| MARKET | UU | | | | | |
| OTHER INFORMATION | | Settlement Date: JULY 2, 2021 | | | EXCHANGE | $22,586.39 |
| CONV TO CAD @25.72 %US PREM EXPRESS ELECT. TRANS. | | Payment is due on the settlement date indicated above. Interest payable on overdue accounts. | | | | |
| | | | | | **Net** | **$110,402.84** |

Please review this confirmation carefully. Failure to object to incorrect or unauthorized trades within 3 days of receipt of this confirmation, to the manager of the office servicing your account, constitutes ratification by you of those trades.

The confirmation was produced electronically

P 1



Access to your accounts, simple and secure
Easily sign in with your email and password.

Start



Buy | Sell | Transfer | Get a quote | Toolbox ⌄

Accounts ⌄     Markets ⌄     **Activities ⌄**     Documents ⌄     Research ⌄

# History      All accounts ▼      ↻ Dec 2, 2024, 10:04:31 AM          Normal view ▼

**Filters**                                                                                    Period: Specific date

Period

Specific date ▼

Operation

All ▼

Products

All ▼

Markets

All ▼

Symbol

👁 Show details

From

Dec 2, 2022  📅

To

Dec 1, 2024  📅     Search



| Trade ▼ | Settlement | Account | Description | Operation | Qty | Price | Comm. | Net amount |
|---|---|---|---|---|---|---|---|---|
| Aug 22, 2024 | Aug 23, 2024 | CAD RRSP 6678N7S WHITTINGTON LISA | 🇺🇸 EBS EMERGENT BIOSOLUTIONS INC | Buy | 15 | 10.23 | 0.00 | -212.19 |
| Aug 20, 2024 | Aug 21, 2024 | CAD RRSP 6678N7S WHITTINGTON LISA | 🇺🇸 EBS EMERGENT BIOSOLUTIONS INC | Buy | 100 | 10.60 | 0.00 | -1,469.02 |
| Aug 20, 2024 | Aug 21, 2024 | CAD RRSP 6678N7S WHITTINGTON LISA | 🇺🇸 MMATQ META MATERIALS INC-NEW | Sell | 259 | 0.6500 | 0.00 | 225.59 |

| Date | | Account | Security | Activity | Quantity | Price | Commission | Amount |
|---|---|---|---|---|---|---|---|---|
| Aug 20, 2024 | Aug 21, 2024 | CAD RRSP 6678N7S WHITTINGTON LISA | RR RICHTECH ROBOTICS INC-B | Sell | 750 | 1.30 | 0.00 | 1,307.46 |
| Aug 20, 2024 | Aug 21, 2024 | CAD RRSP 6678N7S WHITTINGTON LISA | RR RICHTECH ROBOTICS INC-B | Buy | 750 | 1.05 | 0.00 | -1,091.40 |
| Jun 7, 2024 | Jun 7, 2024 | CAD RRSP 6678N7S WHITTINGTON LISA | ANNUAL ADMIN. FEE 2023 | Fee | 0 | — | 0.00 | -100.00 |
| Jun 7, 2024 | Jun 7, 2024 | CAD RRSP 6678N7S WHITTINGTON LISA | HST | HST | 0 | — | 0.00 | -13.00 |
| Jan 29, 2024 | Jan 29, 2024 | CAD RRSP 6678N7S WHITTINGTON LISA | META MATERIALS INC * | Exchange | -25900 | — | 0.00 | — |
| Jan 29, 2024 | Jan 29, 2024 | CAD RRSP 6678N7S WHITTINGTON LISA | MMATQ META MATERIALS INC-NEW | Exchange | 259 | — | 0.00 | — |
| Jun 9, 2023 | Jun 9, 2023 | CAD RRSP 6678N7S WHITTINGTON LISA | ANNUAL ADMIN. FEE 2022 | Fee | 0 | — | 0.00 | -100.00 |
| Jun 9, 2023 | Jun 9, 2023 | CAD RRSP 6678N7S WHITTINGTON LISA | HST | HST | 0 | — | 0.00 | -13.00 |

Export

(https://www.linkedin.com/company/banque-nationale-courtage-direct/)

(https://www.youtube.com/channel/UCco6jQ9CO3L3ArK8q9rHeMw)

**1-800-363-3511 (tel:1-800-363-3511)**
Monday to Friday, 8 a.m. to 6 p.m. (ET)

 (https://apps.apple.com/ca/app/nbc-wealth/id6450997754) 

(https://play.google.com/store/apps/details?id=ca.bnc.wealth)

Print | Français | Privacy Policy (https://www.nbc.ca/privacy-policy.html) | ABCs of security (https://www.nbc.ca/abcs-of-security.html) | Digital data policy (https://www.nbc.ca/privacy-policy/digital-data-policy.html) | Accessibility (https://www.nbc.ca/about-us/social-responsibility/accessibility-standards.html) | Sitemap (https://client.bnc.ca/nbdb/sitemap) | Go to our home page (https://nbdb.ca/)

National Bank Direct Brokerage (NBDB) is a division of National Bank Financial Inc. (NBF), as well as a trademark owned by National Bank of Canada (NBC) that is used under licence by NBF. NBF is a member of the Canadian Investment Regulatory Organization (CIRO), the Canadian Investor Protection Fund (CIPF), and a subsidiary of NBC, and is a subsidiary of NBC, a public company listed on the Toronto Stock Exchange (TSX: NA). NBDB provides order execution only services and makes no investment recommendations. Clients are solely responsible for the financial and tax consequences of their investment decisions.