

NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | | PROOF OF INTEREST |
|---|---|---|

Name of Debtor: **Meta Materials INC.**    Case Number: **24-50792-HLB**

1. Name and address of holder of the Equity Interest (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

   Byeong Chul Kim
   402 2410 33 AVE SW
   CALGARY AB T2T 6W9

   Telephone Number: 1-416-627-3477

   ☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

   ☒ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

   ☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

**NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.**

COURT USE ONLY

Account or other number by which Interest holder identifies Debtor:

**# 5207 6047**

Check here if this claim:
☐ replaces a previously filed Proof of Interest dated: _____
☐ amends a previously filed Proof of Interest dated: _____

2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:

   QUESTRADE, North American Centre 5650 Yonge Street, Suite 1700

   Telephone Number: 1-888-783-7866

3. Date Equity Interest was acquired:

   **215 MMAT Shares acquired on June 29, 2021**

4. Total amount of member interest: **3 MMATQ      it used to be 215 MMAT before 1-100 split**

5. Certificate number(s): _____

6. Type of Equity Interest:
   Please indicate the type of Equity Interest you hold:
   ☒ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
   ☐ Check this box if your Equity Interest is based on anything else and describe that interest:
   Description: **Investor**

7. Supporting Documents: Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. Date-Stamped Copy: To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

9. Signature:
   Check the appropriate box.
   ☒ I am the creditor.   ☐ I am the creditor's authorized agent. (Attach copy of power of attorney, if any.)   ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)   ☐ I am a guarantor, surety, endorser, or other codebtor. (See Bankruptcy Rule 3005.)

   I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

   Print Name: BYEONG CHUL KIM
   Title:
   Company: Address and telephone number (if different from notice address above):

   (Signature)    Dec 1st, 2024 (Date)

   Telephone number: 1-416-627-3477    email: BKIM163@HOTMAIL.COM

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

**Questrade Support**<support@questrade.com>
To: You

Fri 2024-11-22 2:45 PM



Hi Byeong Chul,

Thank you for getting back to me. I have received confirmation from my team that we do not provide tax lot data. This means that you will need to use your account statements to track this information on your end. I apologize for any inconvenience this may cause.

To assist you with tracking this data, I recommend providing your account statements to your tax advisor.

If you have any further questions, please do not hesitate to ask.

Thanks,

Mandy
Support Specialist

Still have a question? Visit our Help & How-To or Get in Touch with us.

Have feedback for us? Please share here.



## Stocks owned

ACCOUNT STATEMENT

## 03. INVESTMENT DETAILS

|  | CURRENT MONTH | | | PREVIOUS MONTH | | |
|---|---|---|---|---|---|---|
|  | Securities held in CAD | Securities held in USD | Combined in CAD | Securities held in CAD | Securities held in USD | Combined in CAD |
| Market Value ($) |  | 1.14 | 1.58 |  | 5.60 | 7.57 |

¹Investment details

**Cost basis:**
- **Book cost (BK):** The cost of a security adjusted by any corporate actions, reinvested dividends, and return of capital.
- **Historical Market value (HMV):** The historical market value of the security is used to estimate some or all of its book cost.
- **Historical Market value date (HMVD):** The market value of the security on October 30, 2015 was used to estimate some or all of its book cost.
- **Non-determinable (ND):** The security is not included in your % portfolio calculation because the cost basis cannot be determined.

| Symbol | Description | Cost basis¹ | Qty¹ | Segr.¹ | Cost/share | Pos. cost¹ | Mkt. price¹ | Mkt. value¹ | P&L¹ | % return¹ | % port.¹ |
|---|---|---|---|---|---|---|---|---|---|---|---|
|  | Securities held in USD |  |  |  |  |  |  |  |  |  |  |
| 8AG5588 | NEXT BRIDGE HYDROCARBONS | ND | 1,000.00 | 1,000.00 | ND | ND | 0.00 N | 0.00 N | ND | ND |  |
| MMATQ | META MATERIALS INC COMMON STOCK | BK | 16.00 | 16.00 | 845.78 | 13,532.55 | 0.07 | 1.14 | -13,531.41 | -99.99 | 100.00 |

**Quantity (Qty.):** The quantity for each security may include fractional shares which are shown in decimals.
**Segregated (Segr.):** fully paid securities that require no reimbursement to Questrade.
**Position cost (Pos. cost):** the cost of the position.
**Market price (Mkt. price)/Market value (Mkt. value):** the price at which a security is trading and could presumably be purchased or sold.
Market value may include accrued interest.
A letter to the right of the market value means:
E: we have estimated the market value of the security
N: the market value of the security cannot be determined
For an explanation of market price, including illiquid or non-exchange traded securities, please refer to the disclosures at the end of this statement.
In RESP accounts, the market value of any securities you own in U.S. dollars are converted and displayed in Canadian dollars.
**P&L:** the market value minus the position cost.
**% portfolio (% port.):** the value of the security divided by the value of all owned positions in your account. Shorted positions are not included in this calculation.
**Note:** Continue reading on glossary page

Current month FX rate: $1.00 USD = $1.3935 CAD    Previous month FX rate: $1.00 USD = $1.3525 CAD    Account #: 27560800    Current month: October 31, 2024

©Questrade, Inc. All rights reserved. Member of CIRO and the Canadian Investor Protection Fund. QUESTRADE is a registered trademark of Questrade, Inc.    Page 9 of 14



## ACCOUNT STATEMENT

## 03. INVESTMENT DETAILS

## Stocks owned

| | Securities held in CAD | Securities held in USD | Combined in CAD | Securities held in CAD | Securities held in USD | Combined in CAD |
|---|---|---|---|---|---|---|
| | **CURRENT MONTH** | | | **PREVIOUS MONTH** | | |
| Market Value ($) | | 752.50 | 938.18 | | 1,356.65 | 1,681.84 |

| Symbol | Description | Cost basis¹ | Qty¹ | Segr.¹ | Cost/share | Pos. cost¹ | Mkt. price¹ | Mkt. value¹ | P&L¹ | % return¹ | % port.¹ |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Securities held in USD | | | | | | | | | | |
| MMAT | META MATLS INC COMMON STOCK | BK | 215.00 | 215.00 | 5.42 | 1,165.95 | 3.50 | 752.50 | -413.45 | -35.46 | 100.00 |
| M067998 | META MATLS INC PFD SER A | ND | 430.00 | 430.00 | ND | ND | - | - | ND | ND | - |

¹Investment details

**Cost basis:**
- **Book cost (BK):** The cost of a security adjusted by any corporate actions, reinvested dividends, and return of capital.
- **Historical Market value (HMV):** The historical market value of the security is used to estimate some or all of its book cost.
- **Historical Market value date (HMVD):** The market value of the security on October 30, 2015 was used to estimate some or all of its book cost.
- **Non-determinable (ND):** The security is not included in your % portfolio calculation because the cost basis cannot be determined.

**Quantity (Qty.):** The quantity for each security may include fractional shares which are shown in decimals.
**Segregated (Segr.):** fully paid securities that require no reimbursement to Questrade.
**Position cost (Pos. cost):** the cost of the position.
**Market price (Mkt. price)/Market value (Mkt. value):** the price at which a security is trading and could presumably be purchased or sold.
Market value may include accrued interest.
A letter to the right of the market value means:
E: we have estimated the market value of the security
N: the market value of the security cannot be determined
For an explanation of market price, including illiquid or non-exchange traded securities, please refer to the disclosures at the end of this statement.
In RESP accounts, the market value of any securities you own in U.S. dollars are converted and displayed in Canadian dollars.
**P&L:** the market value minus the position cost.
**% portfolio (% port.):** the value of the security divided by the value of all owned positions in your account. Shorted positions are not included in this calculation.
**Note:** Continue reading on glossary page

Current month FX rate: $1.00 USD = $1.2468 CAD    Previous month FX rate: $1.00 USD = $1.2397 CAD    Account #: 52076047    Current month: July 30, 2021

©Questrade, Inc. All rights reserved. Member of IIROC and the Canadian Investor Protection Fund. QUESTRADE is a registered trademark of Questrade, Inc.    Page 10 of 15



## Stocks owned

ACCOUNT STATEMENT

## 03. INVESTMENT DETAILS

¹Investment details

|  | CURRENT MONTH | | | PREVIOUS MONTH | | |
|---|---|---|---|---|---|---|
|  | Securities held in CAD | Securities held in USD | Combined in CAD | Securities held in CAD | Securities held in USD | Combined in CAD |
| Market Value ($) |  | 20,904.56 | 26,712.89 |  | 17,694.16 | 21,907.14 |

| Symbol | Description | Cost basis¹ | Qty¹ | Segr.¹ | Cost/share | Pos. cost¹ | Mkt. price¹ | Mkt. value¹ | P&L¹ | % return¹ | % port.¹ |
|---|---|---|---|---|---|---|---|---|---|---|---|
|  | Securities held in USD | | | | | | | | | | |
| MMAT | META MATLS INC COMMON STOCK | BK | 1,300.00 |  | 10.41 | 13,531.44 | 3.64 | 4,732.00 | -8,799.44 | -65.03 | 22.64 |
| MMTLP | META MATLS INC PFD SER A | ND | 6,076.00 |  | ND | ND | 1.81 | 10,997.56 | ND | ND | 52.61 |
| OZSC | OZOP ENERGY SOLUTIONS INC COMMON STOCK | BK | 115,000.00 | 115,000.00 | 0.08 | 9,324.38 | 0.05 | 5,175.00 | -4,149.38 | -44.50 | 24.76 |

**Cost basis:**
- **Book cost (BK):** The cost of a security adjusted by any corporate actions, reinvested dividends, and return of capital.
- **Historical Market value (HMV):** The historical market value of the security is used to estimate some or all of its book cost.
- **Historical Market value date (HMVD):** The market value of the security on October 30, 2015 was used to estimate some or all of its book cost.
- **Non-determinable (ND):** The security is not included in your % portfolio calculation because the cost basis cannot be determined.

**Quantity (Qty.):** The quantity for each security may include fractional shares which are shown in decimals.
**Segregated (Segr.):** fully paid securities that require no reimbursement to Questrade.
**Position cost (Pos. cost):** the cost of the position.
**Market price (Mkt. price)/Market value (Mkt. value):** the price at which a security is trading and could presumably be purchased or sold.
Market value may include accrued interest. A letter to the right of the market value means:
E: we have estimated the market value of the security
N: the market value of the security cannot be determined
For an explanation of market price, including illiquid or non-exchange traded securities, please refer to the disclosures at the end of this statement.
In RESP accounts, the market value of any securities you own in U.S. dollars are converted and displayed in Canadian dollars.
**P&L:** the market value minus the position cost.
**% portfolio (% port.):** the value of the security divided by the value of all owned positions in your account. Shorted positions are not included in this calculation.
Note: Continue reading on glossary page

Current month FX rate: $1.00 USD = $1.2779 CAD    Previous month FX rate: $1.00 USD = $1.2381 CAD    Account #: 27560800    Current month: November 30, 2021

©Questrade, Inc. All rights reserved. Member of IIROC and the Canadian Investor Protection Fund. QUESTRADE is a registered trademark of Questrade, Inc.    Page 9 of 15

# ACCOUNT 52076047

**Questrade** | ACCOUNTS | SUMMARY | TRADING | REPORTS | ACCOUNT MANAGEMENT | FUNDING | REQUESTS | PROGRAMS — TRADE | BYEONG CHUL | LOG OUT

| c.# | Trans. date | Settlement date | Action | Symbol | Description | Quantity | Price | Gross | Commission | Net | Cur |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 52076047 | 13/09/2024 | 13/09/2024 | WDR | M076501 | META MATERIALS INC COMMON STOCK DEREGISTRATION 1.11 U$ CNV@ 1.35825000 1.51 C$ EQUIVALENT TO ACCOUNT 275-60800-20 MARKET VALUE $1.11 | (3.00) | 0.00 | 0.00 | 0.00 | 0.00 | USD |
| 52076047 | 13/09/2024 | 13/09/2024 | FED | | FED TAX WITHHELD ON DEREG .12 U$ CNV@ 1.35825000 .16 C$ EQUIVALENT | 0.00 | 0.00 | 0.00 | 0.00 | (0.12) | USD |
| 52076047 | 13/09/2024 | 13/09/2024 | GST | | 2.50 U$ CNV@ 1.35825000 3.40 C$ EQUIVALENT GST# R999999999 | 0.00 | 0.00 | 0.00 | 0.00 | (2.50) | USD |
| 52076047 | 13/09/2024 | 13/09/2024 | FCH | | WITHDRAWAL FEE 50.00 U$ CNV@ 1.35825000 67.91 C$ EQUIVALENT | 0.00 | 0.00 | 0.00 | 0.00 | (50.00) | USD |
| 52076047 | 29/01/2024 | 29/01/2024 | REV | M067927 | META MATLS INC COMMON STOCK 1:100 REVERSE SPLIT FROM 59134N104 TO 59134N302 | (215.00) | 0.00 | 0.00 | 0.00 | 0.00 | USD |
| 52076047 | 29/01/2024 | 29/01/2024 | REV | M076501 | META MATERIALS INC COMMON STOCK RESULT OF REVERSE SPLIT | 3.00 | 0.00 | 0.00 | 0.00 | 0.00 | USD |
| 52076047 | 15/11/2022 | 15/11/2022 | FCH | | WITHDRAWAL FEE 50.00 U$ CNV@ 1.32870000 66.44 C$ EQUIVALENT | 0.00 | 0.00 | 0.00 | 0.00 | (50.00) | USD |
| 52076047 | 15/11/2022 | 15/11/2022 | GST | | 2.50 U$ CNV@ 1.32870000 3.32 C$ EQUIVALENT GST# R999999999 | 0.00 | 0.00 | 0.00 | 0.00 | (2.50) | USD |
| 52076047 | 15/11/2022 | 15/11/2022 | FED | | FED TAX WITHHELD ON DEREG 352.29 U$ CNV@ 1.32870000 468.09 C$ EQUIVALENT | 0.00 | 0.00 | 0.00 | 0.00 | (352.29) | USD |
| 52076047 | 15/11/2022 | 15/11/2022 | WDR | M067998 | META MATLS INC PFD SER A DEREGISTRATION 3,170.57 U$ CNV@ 1.32870000 4,212.74 C$ EQUIVALENT TO ACCOUNT 275-60800-20 MARKET VALUE $3,170.57 | (377.00) | 0.00 | 0.00 | 0.00 | 0.00 | USD |
| 52076047 | 10/11/2022 | 15/11/2022 | Sell | MMTLP | META MATLS INC PFD SER A WE ACTED AS AGENT | (70.00) | 6.60 | 462.00 | (4.97) | 457.03 | USD |
| 52076047 | 11/04/2022 | 13/04/2022 | Buy | MMTLP | META MATLS INC PFD SER A WE ACTED AS AGENT | 17.00 | 1.16 | (19.72) | (4.95) | (24.67) | USD |
| 52076047 | 07/07/2021 | 07/07/2021 | DIS | M067998 | META MATLS INC PFD SER A SPINOFF ON 430 SHS FROM SEC# T014092 TORCHLIGHT ENERGY RESOURCES REC 06/24/21 PAY 06/25/21 | 430.00 | 0.00 | 0.00 | 0.00 | 0.00 | USD |
| 52076047 | 29/06/2021 | 29/06/2021 | RNC | T014092 | TORCHLIGHT ENERGY RESOURCES INC REVERSE SPLIT & NAME CHANGE @1:2 INTO 59134N104 | (430.00) | 0.00 | 0.00 | 0.00 | 0.00 | USD |
| 52076047 | 29/06/2021 | 29/06/2021 | RNC | M067927 | META MATLS INC COMMON STOCK RESULT OF NAME CHANGE | 215.00 | 0.00 | 0.00 | 0.00 | 0.00 | USD |
| 52076047 | 02/06/2021 | 02/06/2021 | FXT | | CONVERSION - USD/CAD | 0.00 | 0.00 | 0.00 | 0.00 | 3.20 | CAD |
| 52076047 | 02/06/2021 | 02/06/2021 | FXT | | CONVERSION - USD/CAD | 0.00 | 0.00 | 0.00 | 0.00 | (2.70) | USD |
| 52076047 | 02/06/2021 | 04/06/2021 | Sell | TNXP | TONIX PHARMACEUTICALS HOLDING CORP COMMON STOCK WE ACTED AS AGENT | (955.00) | 1.26 | 1,203.30 | (9.56) | 1,193.74 | USD |
| 52076047 | 02/06/2021 | 04/06/2021 | Buy | TRCH | TORCHLIGHT ENERGY RESOURCES INC WE ACTED AS AGENT | 430.00 | 2.70 | (1,161.00) | (4.95) | (1,165.95) | USD |
| 52076047 | 31/03/2021 | 31/03/2021 | FXT | | CONVERSION - CAD/USD | 0.00 | 0.00 | 0.00 | 0.00 | (565 | |



TAX LOT Data created on Nov 23/2024 by Questrade

Byeong Chul Kim

1/4



Description
META MATERIALS INC COMMON STOCK DEREGISTRATION 1.11 U$ CNV@ 1.35825000 1.51 C$ EQUIVALENT TO ACCOUNT 275-60800-20 MARKET VALUE $1.11
FED TAX WITHHELD ON DEREG .12 U$ CNV@ 1.35825000 .16 C$ EQUIVALENT
2.50 U$ CNV@ 1.35825000 3.40 C$ EQUIVALENT GST# R999999999
WITHDRAWAL FEE 50.00 U$ CNV@ 1.35825000 67.91 C$ EQUIVALENT
META MATERIALS INC COMMON STOCK RESULT OF REVERSE SPLIT
META MATLS INC COMMON STOCK 1:100 REVERSE SPLIT FROM 59134N104 TO 59134N302
META MATLS INC PFD SER A DEREGISTRATION 3,170.57 U$ CNV@ 1.32870000 4,212.74 C$ EQUIVALENT TO ACCOUNT 275-60800-20 MARKET VALUE $3,170.57
FED TAX WITHHELD ON DEREG 352.29 U$ CNV@ 1.32870000 468.09 C$ EQUIVALENT
2.50 U$ CNV@ 1.32870000 3.32 C$ EQUIVALENT GST# R999999999
WITHDRAWAL FEE 50.00 U$ CNV@ 1.32870000 66.44 C$ EQUIVALENT
META MATLS INC PFD SER A SPINOFF ON 430 SHS FROM SEC# T014092 TORCHLIGHT ENERGY RESOURCES REC 06/24/21 PAY 06/25/21
TORCHLIGHT ENERGY RESOURCES INC REVERSE SPLIT & NAME CHANGE @1:2 INTO 59134N104
META MATLS INC COMMON STOCK RESULT OF NAME CHANGE
META MATLS INC PFD SER A WE ACTED AS AGENT
META MATLS INC PFD SER A WE ACTED AS AGENT
TORCHLIGHT ENERGY RESOURCES INC WE ACTED AS AGENT

TAX LOT Data created on Nov 23/2024 by Questtrade    2/4    (RK)

| Transaction Date | Settlement Date | Action | Symbol |
|---|---|---|---|
| 2024-09-13 12:00:00 AM | 2024-09-13 12:00:00 AM | WDR | M076501 |
| 2024-09-13 12:00:00 AM | 2024-09-13 12:00:00 AM | FED | |
| 2024-09-13 12:00:00 AM | 2024-09-13 12:00:00 AM | GST | |
| 2024-09-13 12:00:00 AM | 2024-09-13 12:00:00 AM | FCH | |
| 2024-01-29 12:00:00 AM | 2024-01-29 12:00:00 AM | REV | M076501 |
| 2024-01-29 12:00:00 AM | 2024-01-29 12:00:00 AM | REV | M067927 |
| 2022-11-15 12:00:00 AM | 2022-11-15 12:00:00 AM | WDR | M067998 |
| 2022-11-15 12:00:00 AM | 2022-11-15 12:00:00 AM | FED | |
| 2022-11-15 12:00:00 AM | 2022-11-15 12:00:00 AM | GST | |
| 2022-11-15 12:00:00 AM | 2022-11-15 12:00:00 AM | FCH | |
| 2021-07-07 12:00:00 AM | 2021-07-07 12:00:00 AM | DIS | M067998 |
| 2021-06-29 12:00:00 AM | 2021-06-29 12:00:00 AM | RNC | T014092 |
| 2021-06-29 12:00:00 AM | 2021-06-29 12:00:00 AM | RNC | M067927 |
| 2022-11-10 12:00:00 AM | 2022-11-15 12:00:00 AM | Sell | MMTLP |
| 2022-04-11 12:00:00 AM | 2022-04-13 12:00:00 AM | Buy | MMTLP |
| 2021-06-02 12:00:00 AM | 2021-06-04 12:00:00 AM | Buy | TRCH |

Tax Lot Data Created on Nov 23/24 by Questrade  Byeng Chul Kim  3/4  (BK)

| Quantity | Price | Gross Amount | Commission | Net Amount | Currency | Account # | Activity Type | Account Type |
|---|---|---|---|---|---|---|---|---|
| -3.00000 | 0.00000000 | 0.00 | 0.00 | 0.00 | USD | 52076047 | Withdrawals | Individual RRSP |
| 0.00000 | 0.00000000 | 0.00 | 0.00 | -0.12 | USD | 52076047 | Other | Individual RRSP |
| 0.00000 | 0.00000000 | 0.00 | 0.00 | -2.50 | USD | 52076047 | Other | Individual RRSP |
| 0.00000 | 0.00000000 | 0.00 | 0.00 | -50.00 | USD | 52076047 | Fees and rebates | Individual RRSP |
| 3.00000 | 0.00000000 | 0.00 | 0.00 | 0.00 | USD | 52076047 | Corporate actions | Individual RRSP |
| -215.00000 | 0.00000000 | 0.00 | 0.00 | 0.00 | USD | 52076047 | Corporate actions | Individual RRSP |
| -377.00000 | 0.00000000 | 0.00 | 0.00 | 0.00 | USD | 52076047 | Withdrawals | Individual RRSP |
| 0.00000 | 0.00000000 | 0.00 | 0.00 | -352.29 | USD | 52076047 | Other | Individual RRSP |
| 0.00000 | 0.00000000 | 0.00 | 0.00 | -2.50 | USD | 52076047 | Other | Individual RRSP |
| 0.00000 | 0.00000000 | 0.00 | 0.00 | -50.00 | USD | 52076047 | Fees and rebates | Individual RRSP |
| 430.00000 | 0.00000000 | 0.00 | 0.00 | 0.00 | USD | 52076047 | Dividends | Individual RRSP |
| -430.00000 | 0.00000000 | 0.00 | 0.00 | 0.00 | USD | 52076047 | Corporate actions | Individual RRSP |
| 215.00000 | 0.00000000 | 0.00 | 0.00 | 0.00 | USD | 52076047 | Corporate actions | Individual RRSP |
| -70.00000 | 6.60000000 | 462.00 | -4.97 | 457.03 | USD | 52076047 | Trades | Individual RRSP |
| 17.00000 | 1.16000000 | -19.72 | -4.95 | -24.67 | USD | 52076047 | Trades | Individual RRSP |
| 430.00000 | 2.70000000 | -1161.00 | -4.95 | -1165.95 | USD | 52076047 | Trades | Individual RRSP |

Tax Lot Data created on Nov 23/24 by Questrade

Byeong Chul Kim

4/4
BK

**#2756 0800**

| Acct. # | Trans. date | Settlement date | Action | Symbol | Description | Quantity | Price | Gr | Commission | Net | Cur |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 27560800 | 29/01/2024 | 29/01/2024 | REV | M076501 | META MATERIALS INC COMMON STOCK RESULT OF REVERSE SPLIT | 13.00 | 0.00 | 0.0 | 0.00 | 0.00 | USD |
| 27560800 | 29/01/2024 | 29/01/2024 | REV | M067927 | META MATLS INC COMMON STOCK 1:100 REVERSE SPLIT FROM 59134N104 TO 59134N302 | (1,300.00) | 0.00 | 0.0 | 0.00 | 0.00 | USD |
| 27560800 | 24/10/2023 | 24/10/2023 | DEL | 8AG5588 | NEXT BRIDGE HYDROCARBONS TRANSFER TO AST | (5,457.00) | 0.00 | 0.0 | 0.00 | 0.00 | USD |
| 27560800 | 24/10/2023 | 24/10/2023 | FCH | 8AG5588 | NEXT BRIDGE HYDROCARBONS DRS TRANSFER GST | 0.00 | 0.00 | 0.00 | 0.00 | (15.00) | USD |
| 27560800 | 24/10/2023 | 24/10/2023 | FCH | 8AG5588 | NEXT BRIDGE HYDROCARBONS DRS TRANSFER FEE | 0.00 | 0.00 | 0.00 | 0.00 | (300.00) | USD |
| 27560800 | 05/01/2023 | 05/01/2023 | MGR | M074526 | META MATLS PREFERRED STOCK CONTRA CUSIP 1:1 MANDATORY EXCHANGE FROM M074526 TO 8AG5588 | (6,457.00) | 0.00 | 0.00 | 0.00 | 0.00 | USD |
| 27560800 | 05/01/2023 | 05/01/2023 | MGR | 8AG5588 | NEXT BRIDGE HYDROCARBONS SHRS RECEIVED THRU MERGER BOOK VALUE 0.00 | 6,457.00 | 0.00 | 0.00 | 0.00 | 0.00 | USD |
| 27560800 | 13/12/2022 | 13/12/2022 | DIS | M074526 | META MATLS PREFERRED STOCK CONTRA CUSIP SPINOFF ON 6457 SHS FROM SEC# M067998 META MATLS INC REC 12/12/22 PAY 12/13/22 | 6,457.00 | 0.00 | 0.00 | 0.00 | 0.00 | USD |
| 27560800 | 13/12/2022 | 13/12/2022 | LIQ | M067998 | META MATLS INC PFD SER A SHARES CANCELLED EFFECTIVE 12/13/22 | (6,457.00) | 0.00 | 0.00 | 0.00 | 0.00 | USD |
| 27560800 | 04/11/2022 | 04/11/2022 | EFT | | ELECTRONIC FUND TRANSFER | 0.00 | 0.00 | 0.00 | 0.00 | (600.00) | CAD |
| 27560800 | 21/07/2022 | 21/07/2022 | EXP | 8BVYZV7 | PUT QQQ 07/20/22 280 INVESCO QQQ TRUST SERIES 1 OPTION EXPIRATION - EXPIRED | (2.00) | 0.00 | 0.00 | 0.00 | 0.00 | USD |
| 27560800 | 18/05/2022 | 18/05/2022 | FCH | | AS OF 05/16/22 DEBIT INTEREST CORRECTION | 0.00 | 0.00 | 0.00 | 0.00 | 14.15 | USD |
| 27560800 | 01/03/2022 | 01/03/2022 | EFT | | ELECTRONIC FUND TRANSFER | 0.00 | 0.00 | 0.00 | 0.00 | (1,600.00) | CAD |
| 27560800 | 18/10/2021 | 18/10/2021 | FCH | | Debit Interest correction | 0.00 | 0.00 | 0.00 | 0.00 | 0.18 | USD |
| 27560800 | 07/07/2021 | 07/07/2021 | DIS | M067998 | META MATLS INC PFD SER A SPINOFF ON 6076 SHS FROM SEC# T014092 TORCHLIGHT ENERGY RESOURCES REC 06/24/21 PAY 06/25/21 | 6,076.00 | 0.00 | 0.00 | 0.00 | 0.00 | USD |
| 27560800 | 29/06/2021 | 29/06/2021 | RNC | T014092 | TORCHLIGHT ENERGY RESOURCES INC REVERSE SPLIT & NAME CHANGE @1:2 INTO 59134N104 | (2,600.00) | 0.00 | 0.00 | 0.00 | 0.00 | USD |
| 27560800 | 29/06/2021 | 29/06/2021 | RNC | M067927 | META MATLS INC COMMON STOCK RESULT OF NAME CHANGE | 1,300.00 | 0.00 | 0.00 | 0.00 | 0.00 | USD |

Result 17 of 17

# Account 27560800
TAX LOT Data created on Nov 23/2024 by Questrade

Byeong chul Kim       1/4

BK

https://outlook.office365.com/mail/inbox/id/AAQkAGFhNDBhYmUwLWVmOTYtNGU0Mi1hNGEyLTBhNjliYTU4MWE1NAAQALofZ23T08BMtAlxZhStYjE%3D/sxs/AAMkAGFhNDBhYmUwLWVmOTYtNGU0Mi1hNGEyLTBhNjliYTU4MWE3AAAAAAD3vC%2F...

Description
META MATERIALS INC COMMON STOCK RESULT OF REVERSE SPLIT
META MATLS INC COMMON STOCK 1:100 REVERSE SPLIT FROM 59134N104 TO 59134N302
NEXT BRIDGE HYDROCARBONS TRANSFER TO AST
NEXT BRIDGE HYDROCARBONS DRS TRANSFER GST
NEXT BRIDGE HYDROCARBONS DRS TRANSFER FEE
META MATLS PREFERRED STOCK CONTRA CUSIP 1:1 MANDATORY EXCHANGE FROM M074526 TO 8AG5588
NEXT BRIDGE HYDROCARBONS SHRS RECEIVED THRU MERGER BOOK VALUE 0.00
META MATLS PREFERRED STOCK CONTRA CUSIP SPINOFF ON 6457 SHS FROM SEC# M067998 META MATLS INC REC 12/12/22 PAY 12/13/22
META MATLS INC PFD SER A SHARES CANCELLED EFFECTIVE 12/13/22
META MATLS INC PFD SER A SPINOFF ON 6076 SHS FROM SEC# T014092 TORCHLIGHT ENERGY RESOURCES REC 06/24/21 PAY 06/25/21
TORCHLIGHT ENERGY RESOURCES INC REVERSE SPLIT & NAME CHANGE @1:2 INTO 59134N104
META MATLS INC COMMON STOCK RESULT OF NAME CHANGE
META MATLS INC PFD SER A WE ACTED AS AGENT
TORCHLIGHT ENERGY RESOURCES INC WE ACTED AS AGENT
TORCHLIGHT ENERGY RESOURCES INC WE ACTED AS AGENT AVG PRICE - ASK US FOR DETAILS
TORCHLIGHT ENERGY RESOURCES INC WE ACTED AS AGENT AVG PRICE - ASK US FOR DETAILS
TORCHLIGHT ENERGY RESOURCES INC WE ACTED AS AGENT
TORCHLIGHT ENERGY RESOURCES INC WE ACTED AS AGENT AVG PRICE - ASK US FOR DETAILS
TORCHLIGHT ENERGY RESOURCES INC WE ACTED AS AGENT

#Account 27560800
Tax Lot Data created on Nov 23/2024 by Questrade
Byeong Chul Kim   2/4

| Quantity | Price | Gross Amount | Commission | Net Amount | Currency | Account # | Activity Type | Account Type |
|---|---|---|---|---|---|---|---|---|
| 13.00000 | 0.00000000 | 0.00 | 0.00 | 0.00 | USD | 27560800 | Corporate actions | Individual margin |
| -1300.00000 | 0.00000000 | 0.00 | 0.00 | 0.00 | USD | 27560800 | Corporate actions | Individual margin |
| -5457.00000 | 0.00000000 | 0.00 | 0.00 | 0.00 | USD | 27560800 | Other | Individual margin |
| 0.00000 | 0.00000000 | 0.00 | 0.00 | -15.00 | USD | 27560800 | Fees and rebates | Individual margin |
| 0.00000 | 0.00000000 | 0.00 | 0.00 | -300.00 | USD | 27560800 | Fees and rebates | Individual margin |
| -6457.00000 | 0.00000000 | 0.00 | 0.00 | 0.00 | USD | 27560800 | Corporate actions | Individual margin |
| 6457.00000 | 0.00000000 | 0.00 | 0.00 | 0.00 | USD | 27560800 | Corporate actions | Individual margin |
| 6457.00000 | 0.00000000 | 0.00 | 0.00 | 0.00 | USD | 27560800 | Dividends | Individual margin |
| -6457.00000 | 0.00000000 | 0.00 | 0.00 | 0.00 | USD | 27560800 | Corporate actions | Individual margin |
| 6076.00000 | 0.00000000 | 0.00 | 0.00 | 0.00 | USD | 27560800 | Dividends | Individual margin |
| -2600.00000 | 0.00000000 | 0.00 | 0.00 | 0.00 | USD | 27560800 | Corporate actions | Individual margin |
| 1300.00000 | 0.00000000 | 0.00 | 0.00 | 0.00 | USD | 27560800 | Corporate actions | Individual margin |
| 61.00000 | 7.50000000 | 457.50 | -4.97 | 452.53 | USD | 27560800 | Trades | Individual margin |
| 1923.00000 | 5.30000000 | 10191.90 | -10.01 | 10181.89 | USD | 27560800 | Trades | Individual margin |
| -4523.00000 | 5.20000000 | -23519.60 | -19.90 | -23539.50 | USD | 27560800 | Trades | Individual margin |
| 6076.00000 | 5.84003621 | 35484.06 | -10.14 | 35473.92 | USD | 27560800 | Trades | Individual margin |
| -610.00000 | 7.98940000 | -4873.53 | -6.10 | -4879.63 | USD | 27560800 | Trades | Individual margin |
| -2316.00000 | 6.29779793 | -14585.70 | -18.01 | -14603.71 | USD | 27560800 | Trades | Individual margin |
| -1600.00000 | 5.90000000 | -9440.00 | -9.95 | -9449.95 | USD | 27560800 | Trades | Individual margin |

# Account 27560800

TAX LOT Data created on Nov 23/2024 by Questrade

Byeong Chul Kim   3/4

| Transaction Date | Settlement Date | Action | Symbol |
|---|---|---|---|
| 2024-01-29 12:00:00 AM | 2024-01-29 12:00:00 AM | REV | M076501 |
| 2024-01-29 12:00:00 AM | 2024-01-29 12:00:00 AM | REV | M067927 |
| 2023-10-24 12:00:00 AM | 2023-10-24 12:00:00 AM | DEL | 8AG5588 |
| 2023-10-24 12:00:00 AM | 2023-10-24 12:00:00 AM | FCH | 8AG5588 |
| 2023-10-24 12:00:00 AM | 2023-10-24 12:00:00 AM | FCH | 8AG5588 |
| 2023-01-05 12:00:00 AM | 2023-01-05 12:00:00 AM | MGR | M074526 |
| 2023-01-05 12:00:00 AM | 2023-01-05 12:00:00 AM | MGR | 8AG5588 |
| 2022-12-13 12:00:00 AM | 2022-12-13 12:00:00 AM | DIS | M074526 |
| 2022-12-13 12:00:00 AM | 2022-12-13 12:00:00 AM | LIQ | M067998 |
| 2021-07-07 12:00:00 AM | 2021-07-07 12:00:00 AM | DIS | M067998 |
| 2021-06-29 12:00:00 AM | 2021-06-29 12:00:00 AM | RNC | T014092 |
| 2021-06-29 12:00:00 AM | 2021-06-29 12:00:00 AM | RNC | M067927 |
| 2022-11-02 12:00:00 AM | 2022-11-04 12:00:00 AM | Sell | MMTLP |
| 2021-06-25 12:00:00 AM | 2021-06-29 12:00:00 AM | Sell | TRCH |
| 2021-06-25 12:00:00 AM | 2021-06-29 12:00:00 AM | Buy | TRCH |
| 2021-06-23 12:00:00 AM | 2021-06-25 12:00:00 AM | Sell | TRCH |
| 2021-06-22 12:00:00 AM | 2021-06-24 12:00:00 AM | Buy | TRCH |
| 2021-06-18 12:00:00 AM | 2021-06-22 12:00:00 AM | Buy | TRCH |
| 2021-06-16 12:00:00 AM | 2021-06-18 12:00:00 AM | Buy | TRCH |

# Account 2756 0800
TAX LOT Data created on Nov23/bof by Questrade  Byong Chul Kim 4/4/25