NVB 3001 (Effective 1/21)

# UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA

**PROOF OF INTEREST**

**Name of Debtor:** X84995132 - META Materials

**Case Number:** 24-50792-HLB

**1. Name and address of holder of the Equity Interest** (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

Fidelity - Michael Baker
55 - Woolsey Ave
Glen Cove, N.Y. 11542

**Telephone Number:** 800 476-4589
800-544-5372

☒ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

☒ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

**COURT USE ONLY**

**Account or other number by which Interest holder identifies Debtor:**
X84995132

Check here if this claim:
☐ replaces a previously filed Proof of Interest dated: _____
☐ amends a previously filed Proof of Interest dated: _____

**2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:**
Fidelity Investments
**Telephone Number:** 800-476-4589
800 544 5372

**3. Date Equity Interest was acquired:**
6-12-2021

**4. Total amount of member interest:** 1522 - 1536

**5. Certificate number(s):** _____

**6. Type of Equity Interest:**
Please indicate the type of Equity Interest you hold:
☒ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
☐ Check this box if your Equity Interest is based on anything else and describe that interest:
**Description:** INVESTOR

**7. Supporting Documents:** Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**8. Date-Stamped Copy:** To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

**9. Signature:**
Check the appropriate box.
☒ I am the creditor.   ☐ I am the creditor's authorized agent. (Attach copy of power of attorney, if any.)   ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)   ☐ I am a guarantor, surety, endorser, or other codebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

**Print Name:** Michael Baker
**Title:** _____
**Company:** Address and telephone number (if different from notice address above): _____

(Signature) /s/ Michael Baker    (Date) 12-1-2024

Telephone number: _____   email: _____

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

[Print Form]   [Save Form]   [Clear Form]

REORGANIZATION DEPT

FIDELITY INVESTMENTS
PO BOX 673000
DALLAS, TX 75267-3000



BNJHJTBBBBKJR
MICHAEL JARVIS BAKER
MARGARET MARY BAKER
55 WOOLSEY AVE
GLEN COVE NY 11542-1946

**Account:** XXX-XX5132
As of December 2022

# FULLY PAID - SECURITIES LOANS
# CLIENT STATEMENT

| Securities | Quantity/ Shares | Annual Interest Rate | From | To | Days | Contract Price | Contract Amt | $ Amt Accrued |
|---|---|---|---|---|---|---|---|---|
| **META MATERIALS INC COM** | 1,522 | 10.25% | 12/01/22 | 12/02/22 | 1 | $1.83 | $2,785 | $0.79 |
| ISIN #US59134N1046 SEDOL #BKSCVX7 | 1,522 | 12.25% | 12/02/22 | 12/03/22 | 1 | $1.85 | $2,816 | $0.96 |
| Cusip: 59134N104 | 1,522 | 12.25% | 12/03/22 | 12/04/22 | 1 | $1.85 | $2,816 | $0.96 |
| **Symbol: MMAT** | 1,522 | 12.25% | 12/04/22 | 12/05/22 | 1 | $1.85 | $2,816 | $0.96 |
| | 1,522 | 15.13% | 12/05/22 | 12/06/22 | 1 | $1.71 | $2,603 | $1.09 |
| | 1,522 | 17.00% | 12/06/22 | 12/07/22 | 1 | $1.95 | $2,968 | $1.40 |
| | 1,522 | 20.13% | 12/07/22 | 12/08/22 | 1 | $2.05 | $3,120 | $1.74 |
| | 1,522 | 24.38% | 12/08/22 | 12/09/22 | 1 | $1.83 | $2,785 | $1.89 |
| | 1,522 | 29.88% | 12/09/22 | 12/10/22 | 1 | $1.42 | $2,161 | $1.79 |
| | 1,522 | 29.88% | 12/10/22 | 12/11/22 | 1 | $1.42 | $2,161 | $1.79 |
| | 1,522 | 29.88% | 12/11/22 | 12/12/22 | 1 | $1.42 | $2,161 | $1.79 |
| | 1,522 | 35.63% | 12/12/22 | 12/13/22 | 1 | $1.48 | $2,253 | $2.23 |
| | 1,522 | 41.13% | 12/13/22 | 12/14/22 | 1 | $1.37 | $2,085 | $2.38 |
| | 1,522 | 49.25% | 12/14/22 | 12/15/22 | 1 | $1.46 | $2,222 | $3.04 |
| | 1,522 | 42.00% | 12/15/22 | 12/16/22 | 1 | $1.37 | $2,085 | $2.43 |
| | 1,536 | 40.13% | 12/16/22 | 12/17/22 | 1 | $1.41 | $2,166 | $2.41 |
| | 1,536 | 40.13% | 12/17/22 | 12/18/22 | 1 | $1.41 | $2,166 | $2.41 |
| | 1,536 | 40.13% | 12/18/22 | 12/19/22 | 1 | $1.41 | $2,166 | $2.41 |
| | 1,536 | 38.88% | 12/19/22 | 12/20/22 | 1 | $1.30 | $1,997 | $2.16 |

This statement lists the securities that Fidelity Capital Markets ("FCM") a division of National Financial Services LLC, Member NYSE, SIPC has borrowed from you during the month as part of its Fully-Paid Lending Program. The terms of such loan(s) are set forth in the Master Securities Lending Agreement ("MSLA") executed between you and FCM. This statement is supplemental to the other statements you receive from Fidelity Investments or National Financial Services LLC and details the daily share quantity and market value of each security borrowed, the agreed upon annualized interest rate, the period of the borrow and interest accrued, and the total amount of interest paid to you for the month. Securities on loan are not covered under the provisions of the Securities Investor Protection Act of 1970 (SIPC).

2 of 6

## FULLY PAID - SECURITIES LOANS
## CLIENT STATEMENT



| Securities | Quantity/ Shares | Annual Interest Rate | From | To | Days | Contract Price | Contract Amt | $ Amt Accrued |
|---|---|---|---|---|---|---|---|---|
| | 1,536 | 38.75% | 12/20/22 | 12/21/22 | 1 | $1.23 | $1,889 | $2.04 |
| | 1,536 | 39.50% | 12/21/22 | 12/22/22 | 1 | $1.26 | $1,936 | $2.12 |
| | 1,536 | 39.88% | 12/22/22 | 12/23/22 | 1 | $1.14 | $1,751 | $1.94 |
| | 1,536 | 40.38% | 12/23/22 | 12/24/22 | 1 | $1.09 | $1,674 | $1.88 |
| | 1,536 | 40.38% | 12/24/22 | 12/25/22 | 1 | $1.09 | $1,674 | $1.88 |
| | 1,536 | 40.38% | 12/25/22 | 12/26/22 | 1 | $1.09 | $1,674 | $1.88 |
| | 1,536 | 40.38% | 12/26/22 | 12/27/22 | 1 | $1.09 | $1,674 | $1.88 |
| | | | | | | **Total Amount Due For MMAT :** | | **$48.25** |
| | | | | | | **Total Amount Due :** | | **$48.25** |

This statement lists the securities that Fidelity Capital Markets ("FCM") a division of National Financial Services LLC, Member NYSE, SIPC has borrowed from you during the month as part of its Fully-Paid Lending Program. The terms of such loan(s) are set forth in the Master Securities Lending Agreement ("MSLA") executed between you and FCM. This statement is supplemental to the other statements you receive from Fidelity Investments or National Financial Services LLC and details the daily share quantity and market value of each security borrowed, the agreed upon annualized interest rate, the period of the borrow and interest accrued, and the total amount of interest paid to you for the month. Securities on loan are not covered under the provisions of the Securities Investor Protection Act of 1970 (SIPC).

Back IMG_1610.jpg





# Positions

## Joint WROS - TOD
Brokerage: X84995132

Overview   Dividend View   Fund Performance                          AS OF 02/22/2024 3:58 PM ET

| Symbol | Last Price | Today's Gain/Loss | Total Gain/Loss | Current Value | % of Account | Quantity | Cost Basis | 52-Week Range |
|---|---|---|---|---|---|---|---|---|
| **Joint WROS - TOD** X84995132 | | | | | | | | |
| **SPAXX** HELD IN MONEY MAR… | | | | $446.13 | 12.47% | | | |
| **78699D491** NEXT BRIDGE HYDRO… | n/a n/a | n/a n/a | n/a n/a | n/a | 0.00% | 500 | $1,447.50 $2.90 / Share | |

### NEXT BRIDGE HYDROCARBONS INC $0.0001 NEVADA

| Acquired | Term | $ Total Gain/Loss | % Total Gain/Loss | Current Value | Quantity | Average Cost Basis | Cost Basis Total |
|---|---|---|---|---|---|---|---|
| 2022-12-29 | Long | -$1,447.50 | -100% | $0.00 | 500 | $2.90 | $1,447.50 |

| Symbol | Last Price | Today's Gain/Loss | Total Gain/Loss | Current Value | % of Account | Quantity | Cost Basis | 52-Week Range |
|---|---|---|---|---|---|---|---|---|
| **MMAT** META MATERIALS INC… | $3.365 -$0.635 | -$10.16 -15.88% | -$11,692.32 -99.55% | $53.84 | 1.50% | 16 | $11,746.16 $734.14 / Share | ◆——— $2.64  $70.5 |

### META MATERIALS INC COM NEW ISIN #US59134N3026 SEDOL #BQ67J98

| Acquired | Term | $ Total Gain/Loss | % Total Gain/Loss | Current Value | Quantity | Average Cost Basis | Cost Basis Total |
|---|---|---|---|---|---|---|---|
| 2022-12-12 | Long | -$18.37 | -97.41% | $0.49 | 0.145 | $130.07 | $18.86 |
| 2022-11-25 | Long | -$193.49 | -98.22% | $3.51 | 1.042 | $189.06 | $197.00 |
| 2021-06-24 | Long | -$6,394.14 | -99.50% | $32.32 | 9.604 | $669.14 | $6,426.46 |
| 2021-06-16 | Long | -$5,086.31 | -99.66% | $17.53 | 5.209 | $979.81 | $5,103.84 |

| Symbol | Last Price | Today's Gain/Loss | Total Gain/Loss | Current Value | % of Account | Quantity | Cost Basis | 52-Week Range |
|---|---|---|---|---|---|---|---|---|
| **DGWR** DEEP GREEN WASTE … | $0.033 -$0.0025 | -$0.17 -7.05% | -$1,713.00 -99.88% | $2.17 | 0.06% | 66 | $1,715.17 $25.99 / Share | ◆——— $0.0  $0.5 |