NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | | **PROOF OF INTEREST** |
|---|---|---|
| Name of Debtor: Meta Materials | Case Number: 24-50792 | |

**1. Name and address of holder of the Equity Interest** (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

Stephen L. Stinson
638 Old River Rd.
Scottsville KY 42164

Telephone Number: 270 392 0656

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

☑ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

**COURT USE ONLY**

Account or other number by which Interest holder identifies Debtor:
TD Ameritrade #782208836 → Schwab #1859-6897

Check here if this claim:
☐ replaces a previously filed Proof of Interest dated: _____
☐ amends a previously filed Proof of Interest dated: _____

**2.** Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:
TD Ameritrade / Schwab
Telephone Number: 877 519 1403

**3.** Date Equity Interest was acquired:
2023 - 2024
See Attached

**4.** Total amount of member interest: Trading Loss $28,229.56 See Attached

**5.** Certificate number(s): _____

**6. Type of Equity Interest:**
Please indicate the type of Equity Interest you hold:
☑ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
☐ Check this box if your Equity Interest is based on anything else and describe that interest:
Description: Individual Investor

**7. Supporting Documents:** Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**8. Date-Stamped Copy:** To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

**9. Signature:**
Check the appropriate box.
☑ I am the creditor.   ☐ I am the creditor's authorized agent. (Attach copy of power of attorney, if any.)   ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)   ☐ I am a guarantor, surety, endorser, or other codebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: Stephen L Stinson
Title: _____
Company: Address and telephone number (if different from notice address above): 638 Old River Rd. Scottsville KY 42164

(Signature) Stephen L. Stinson    (Date) 11/21/24
Telephone number: 270 392 0656    email: SSTINS@yahoo.com

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

 **Ameritrade**

Statement Reporting Period:
06/01/24 - 06/30/24

*Account # Name Reference*



Statement for Account # 782-208836
STEPHEN L STINSON
638 OLD RIVER RD
SCOTTSVILLE, KY 42164-7440

800-669-3900
TD AMERITRADE
DIVISION OF TD AMERITRADE INC
PO BOX 2209
OMAHA, NE 68103-2209
TD Ameritrade Clearing, Inc., Member SIPC

## Portfolio Summary

| Investment | Current Value | Prior Value | Period Change | % Change | Estimated Income | Estimated Yield | Portfolio Allocation |
|---|---|---|---|---|---|---|---|
| Cash | $ - | $0.21 | ($0.21) | - | $ - | - | |
| Insrd Dep Acct (IDA) | - | - | - | - | - | - | |
| Money Market | - | - | - | - | - | - | |
| Short Balance | - | - | - | - | - | - | |
| Stocks | - | - | - | - | - | - | |
| Short Stocks | - | - | - | - | - | - | |
| Fixed Income | - | - | - | - | - | - | |
| Options | - | - | - | - | - | - | |
| Short Options | - | - | - | - | - | - | |
| Mutual Funds | - | - | - | - | - | - | |
| Other | - | - | - | - | - | - | |
| **Total** | **$ 0.00** | **$0.21** | **($0.21)** | **(100.0)%** | **$ 0.00** | **0.0%** | |

**Cash Activity Summary**       **Income & Expense Summary**       **Performance Summary**

2023

 **Ameritrade**

*Powered by* GAINSKEEPER®

## 2023 Realized Capital Gains & Losses
Account: 782208836
01/01/2023 -- 12/31/2023

Created: 11/11/2024 12:46 pm

**Entire Period**

| | | | |
|---|---:|---|---:|
| Short Term Gain | 9,899.84 | Long Term Gain | 0.00 |
| Short Term Loss | -11,644.85 | Long Term Loss | 0.00 |
| Short Term Net | (-1,745.01) | Long Term Net | 0.00 |
| Short Term Sales | 24,070.11 | Long Term Sales | 0.00 |
| Short Term Cost | 25,815.12 | Long Term Cost | 0.00 |
| Short Term Gain/Loss Adj | 0.00 | Long Term Gain/Loss Adj | 0.00 |

Account: 762208836

| Close Date | Rec type | Open Date | Security | | Shares Sold | Proceeds | Book Cost | WS Cost Adj | Cost | G/L Adj | ST Gain/Loss | LT Gain/Loss | OR Gain/Loss | Trading Method | Settled |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01/19/2023 | | 01/19/2023 | META MATERIALS INC (MMAT) | US | 1,821 | 1,757.74 | 1,784.58 | | 1,784.58 | | -26.84 | | | | 01/23/2023 |
| 01/19/2023 | Wash Sale Adj | 02/09/2023 | META MATERIALS INC (MMAT) | US | 1,821 | | 0.00 | | -26.84 | | 26.84 | | | | 01/23/2023 |
| 01/19/2023 | | 01/19/2023 | META MATERIALS INC (MMAT) | US | 100 | 96.45 | 98.00 | | 98.00 | | -1.55 | | | | 01/23/2023 |
| 01/19/2023 | Wash Sale Adj | 02/09/2023 | META MATERIALS INC (MMAT) | US | 100 | | 0.00 | | -1.55 | | 1.55 | | | | 01/23/2023 |
| 01/19/2023 | | 01/19/2023 | META MATERIALS INC (MMAT) | US | 18,079 | 17,390.84 | 17,717.42 | | 17,717.42 | | -326.58 | | | | 01/23/2023 |
| 01/19/2023 | Wash Sale Adj | 02/09/2023 | META MATERIALS INC (MMAT) | US | 79 | | 0.00 | | -1.43 | | 1.43 | | | | 01/23/2023 |
| 01/19/2023 | Wash Sale Adj | 02/10/2023 | META MATERIALS INC (MMAT) | US | 3,000 | | 0.00 | | -54.19 | | 54.19 | | | | 01/23/2023 |
| 01/19/2023 | Wash Sale Adj | 02/13/2023 | META MATERIALS INC (MMAT) | US | 2,000 | | 0.00 | | -36.13 | | 36.13 | | | | 01/23/2023 |
| 01/19/2023 | Wash Sale Adj | 02/14/2023 | META MATERIALS INC (MMAT) | US | 1,000 | | 0.00 | | -18.06 | | 18.06 | | | | 01/23/2023 |
| 01/19/2023 | Wash Sale Adj | 02/17/2023 | META MATERIALS INC (MMAT) | US | 1,000 | | 0.00 | | -18.07 | | 18.07 | | | | 01/23/2023 |
| 04/26/2023 | | 02/09/2023 | META MATERIALS INC (MMAT) | US | 800 | 151.40 | 698.72 | 11.79 | 710.51 | | -559.11 | | | | 04/28/2023 |
| 04/26/2023 | | 02/09/2023 | META MATERIALS INC (MMAT) | US | 1,200 | 227.11 | 1,047.96 | 18.03 | 1,065.99 | | -838.88 | | | | 04/28/2023 |
| 04/26/2023 | | 02/10/2023 | META MATERIALS INC (MMAT) | US | 500 | 94.63 | 421.00 | 9.03 | 430.03 | | -335.40 | | | | 04/28/2023 |
| 04/26/2023 | Wash Sale Adj | 03/29/2023 | META MATERIALS INC (MMAT) | US | 800 | | 0.00 | | -559.11 | | 559.11 | | | | 04/28/2023 |
| 04/26/2023 | Wash Sale Adj | 03/29/2023 | META MATERIALS INC (MMAT) | US | 200 | | 0.00 | | -139.76 | | 139.76 | | | | 04/28/2023 |
| 04/26/2023 | Wash Sale Adj | 03/31/2023 | META MATERIALS INC (MMAT) | US | 1,000 | | 0.00 | | -699.12 | | 699.12 | | | | 04/28/2023 |
| 04/26/2023 | Wash Sale Adj | 04/04/2023 | META MATERIALS INC (MMAT) | US | 500 | | 0.00 | | -335.40 | | 335.40 | | | | 04/28/2023 |
| 07/19/2023 | | 02/10/2023 | META MATERIALS INC (MMAT) | US | 500 | 99.63 | 421.00 | 9.03 | 430.03 | | -330.40 | | | | 07/21/2023 |
| 07/19/2023 | | 02/10/2023 | META MATERIALS INC (MMAT) | US | 1,000 | 199.25 | 826.40 | 18.07 | 844.47 | | -645.22 | | | | 07/21/2023 |
| 07/19/2023 | | 02/10/2023 | META MATERIALS INC (MMAT) | US | 1,000 | 199.25 | 829.29 | 18.06 | 847.35 | | -648.10 | | | | 07/21/2023 |
| 07/19/2023 | | 02/13/2023 | META MATERIALS INC (MMAT) | US | 492 | 98.03 | 392.12 | 8.89 | 401.01 | | -302.98 | | | | 07/21/2023 |
| 07/19/2023 | | 02/13/2023 | META MATERIALS INC (MMAT) | US | 508 | 101.22 | 404.83 | 9.17 | 414.00 | | -312.78 | | | | 07/21/2023 |
| 07/19/2023 | | 02/13/2023 | META MATERIALS INC (MMAT) | US | 500 | 99.63 | 377.45 | 9.04 | 386.49 | | -286.86 | | | | 07/21/2023 |
| 07/19/2023 | Wash Sale Adj | 07/21/2023 | META MATERIALS INC (MMAT) | US | 500 | | 0.00 | | -330.40 | | 330.40 | | | | 07/21/2023 |
| 07/19/2023 | Wash Sale Adj | 07/21/2023 | META MATERIALS INC (MMAT) | US | 1,000 | | 0.00 | | -645.22 | | 645.22 | | | | 07/21/2023 |
| 08/21/2023 | | 02/13/2023 | META MATERIALS INC (MMAT) | US | 500 | 110.48 | 377.44 | 9.03 | 386.47 | | -275.99 | | | | 08/23/2023 |
| 08/21/2023 | | 02/14/2023 | META MATERIALS INC (MMAT) | US | 500 | 110.47 | 373.35 | 9.03 | 382.38 | | -271.91 | | | | 08/23/2023 |
| 08/21/2023 | | 02/14/2023 | META MATERIALS INC (MMAT) | US | 500 | 110.48 | 372.65 | 9.03 | 381.68 | | -271.20 | | | | 08/23/2023 |
| 08/21/2023 | | 02/17/2023 | META MATERIALS INC (MMAT) | US | 1,000 | 220.95 | 701.89 | 18.07 | 719.96 | | -499.01 | | | | 08/23/2023 |
| 08/21/2023 | | 02/21/2023 | META MATERIALS INC (MMAT) | US | 1,000 | 220.95 | 675.80 | | 675.80 | | -454.85 | | | | 08/23/2023 |
| 08/21/2023 | | 02/24/2023 | META MATERIALS INC (MMAT) | US | 1,000 | 220.95 | 650.00 | | 650.00 | | -429.05 | | | | 08/23/2023 |
| 08/21/2023 | | 03/01/2023 | META MATERIALS INC (MMAT) | US | 500 | 110.48 | 315.00 | | 315.00 | | -204.52 | | | | 08/23/2023 |
| 08/21/2023 | Wash Sale Adj | 08/25/2023 | META MATERIALS INC (MMAT) | US | 500 | | 0.00 | | -275.99 | | 275.99 | | | | 08/23/2023 |
| 08/21/2023 | Wash Sale Adj | 08/25/2023 | META MATERIALS INC (MMAT) | US | 500 | | 0.00 | | -271.91 | | 271.91 | | | | 08/23/2023 |
| 08/21/2023 | Wash Sale Adj | 08/25/2023 | META MATERIALS INC (MMAT) | US | 500 | | 0.00 | | -271.20 | | 271.20 | | | | 08/23/2023 |
| 08/21/2023 | Wash Sale Adj | 08/25/2023 | META MATERIALS INC (MMAT) | US | 1,000 | | 0.00 | | -499.01 | | 499.01 | | | | 08/23/2023 |
| 08/21/2023 | Wash Sale Adj | 08/25/2023 | META MATERIALS INC (MMAT) | US | 1,000 | | 0.00 | | -454.85 | | 454.85 | | | | 08/23/2023 |
| 08/21/2023 | Wash Sale Adj | 08/25/2023 | META MATERIALS INC (MMAT) | US | 1,000 | | 0.00 | | -429.05 | | 429.05 | | | | 08/23/2023 |
| 08/21/2023 | Wash Sale Adj | 08/25/2023 | META MATERIALS INC (MMAT) | US | 500 | | 0.00 | | -204.52 | | 204.52 | | | | 08/23/2023 |
| 08/22/2023 | | 03/01/2023 | META MATERIALS INC (MMAT) | US | 1,500 | 317.93 | 945.00 | | 945.00 | | -627.07 | | | | 08/24/2023 |
| 08/22/2023 | | 03/01/2023 | META MATERIALS INC (MMAT) | US | 500 | 105.98 | 300.00 | | 300.00 | | -194.02 | | | | 08/24/2023 |
| 08/22/2023 | Wash Sale Adj | 08/25/2023 | META MATERIALS INC (MMAT) | US | 1,500 | | 0.00 | | -627.07 | | 627.07 | | | | 08/24/2023 |
| 08/22/2023 | Wash Sale Adj | 08/25/2023 | META MATERIALS INC (MMAT) | US | 500 | | 0.00 | | -194.02 | | 194.02 | | | | 08/24/2023 |
| 08/24/2023 | | 03/01/2023 | META MATERIALS INC (MMAT) | US | 500 | 112.43 | 300.00 | | 300.00 | | -187.57 | | | | 08/28/2023 |
| 08/24/2023 | | 03/06/2023 | META MATERIALS INC (MMAT) | US | 1,000 | 224.86 | 600.00 | | 600.00 | | -375.14 | | | | 08/28/2023 |
| 08/24/2023 | | 03/07/2023 | META MATERIALS INC (MMAT) | US | 1,000 | 224.87 | 570.00 | | 570.00 | | -345.13 | | | | 08/28/2023 |
| 08/24/2023 | | 03/08/2023 | META MATERIALS INC (MMAT) | US | 1,000 | 224.86 | 550.00 | | 550.00 | | -325.14 | | | | 08/28/2023 |
| 08/24/2023 | | 03/24/2023 | META MATERIALS INC (MMAT) | US | 1,000 | 224.86 | 450.00 | | 450.00 | | -225.14 | | | | 08/28/2023 |
| 08/24/2023 | | 03/29/2023 | META MATERIALS INC (MMAT) | US | 500 | 112.43 | 214.15 | 349.44 | 563.59 | | -451.16 | | | | 08/28/2023 |
| 08/24/2023 | Wash Sale Adj | 08/25/2023 | META MATERIALS INC (MMAT) | US | 500 | | 0.00 | | -187.57 | | 187.57 | | | | 08/28/2023 |
| 08/24/2023 | Wash Sale Adj | 08/25/2023 | META MATERIALS INC (MMAT) | US | 1,000 | | 0.00 | | -375.14 | | 375.14 | | | | 08/28/2023 |
| 08/24/2023 | Wash Sale Adj | 08/25/2023 | META MATERIALS INC (MMAT) | US | 1,000 | | 0.00 | | -345.13 | | 345.13 | | | | 08/28/2023 |
| 08/24/2023 | Wash Sale Adj | 08/25/2023 | META MATERIALS INC (MMAT) | US | 1,000 | | 0.00 | | -325.14 | | 325.14 | | | | 08/28/2023 |
| 08/24/2023 | Wash Sale Adj | 08/25/2023 | META MATERIALS INC (MMAT) | US | 1,000 | | 0.00 | | -225.14 | | 225.14 | | | | 08/28/2023 |
| 08/24/2023 | Wash Sale Adj | 08/25/2023 | META MATERIALS INC (MMAT) | US | 500 | | 0.00 | | -451.16 | | 451.16 | | | | 08/28/2023 |

2023

Account: 782208836

| Close Date | Rec type | Open Date | Security | | Shares Sold | Proceeds | Book Cost | WS Cost Adj | Cost | G/L Adj | ST Gain/Loss | LT Gain/Loss | OR Gain/Loss | Trading Method | Settled |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 09/27/2023 | | 03/29/2023 | META MATERIALS INC (MMAT) | US | 300 | 65.66 | 128.49 | 209.67 | 338.16 | | -272.50 | | | | 09/29/2023 |
| 09/27/2023 | Wash Sale Adj | 08/31/2023 | META MATERIALS INC (MMAT) | US | 300 | | 0.00 | | -272.50 | | 272.50 | | | | 09/29/2023 |
| 10/03/2023 | | 03/29/2023 | META MATERIALS INC (MMAT) | US | 200 | 45.23 | 85.66 | 139.76 | 225.42 | | -180.19 | | | | 10/05/2023 |
| 10/03/2023 | | 03/29/2023 | META MATERIALS INC (MMAT) | US | 900 | 203.55 | 369.00 | 628.96 | 997.96 | | -794.41 | | | | 10/05/2023 |
| 10/03/2023 | Wash Sale Adj | 09/06/2023 | META MATERIALS INC (MMAT) | US | 200 | | 0.00 | | -180.19 | | 180.19 | | | | 10/05/2023 |
| 10/03/2023 | Wash Sale Adj | 09/06/2023 | META MATERIALS INC (MMAT) | US | 800 | | 0.00 | | -706.09 | | 706.09 | | | | 10/05/2023 |
| 10/03/2023 | Wash Sale Adj | 09/07/2023 | META MATERIALS INC (MMAT) | US | 100 | | 0.00 | | -88.32 | | 88.32 | | | | 10/05/2023 |
| 10/03/2023 | | 03/31/2023 | META MATERIALS INC (MMAT) | US | 100 | 22.61 | 41.00 | 70.16 | 111.16 | | -88.55 | | | | 10/05/2023 |
| 10/03/2023 | Wash Sale Adj | 09/07/2023 | META MATERIALS INC (MMAT) | US | 100 | | 0.00 | | -88.55 | | 88.55 | | | | 10/05/2023 |
| 10/03/2023 | | 04/04/2023 | META MATERIALS INC (MMAT) | US | 100 | 22.59 | 44.78 | | 44.78 | | -22.19 | | | | 10/05/2023 |
| 10/03/2023 | Wash Sale Adj | 09/07/2023 | META MATERIALS INC (MMAT) | US | 100 | | 0.00 | | -22.19 | | 22.19 | | | | 10/05/2023 |
| 10/03/2023 | | 04/04/2023 | META MATERIALS INC (MMAT) | US | 900 | 203.10 | 403.11 | 335.40 | 738.51 | | -535.41 | | | | 10/05/2023 |
| 10/03/2023 | | 04/14/2023 | META MATERIALS INC (MMAT) | US | 800 | 180.54 | 178.56 | | 178.56 | | 1.98 | | | | 10/05/2023 |
| 10/03/2023 | Wash Sale Adj | 09/07/2023 | META MATERIALS INC (MMAT) | US | 700 | | 0.00 | | -356.80 | | 356.80 | | | | 10/05/2023 |
| 10/03/2023 | Wash Sale Adj | 09/13/2023 | META MATERIALS INC (MMAT) | US | 200 | | 0.00 | | -178.61 | | 178.61 | | | | 10/05/2023 |
| 10/03/2023 | | 04/14/2023 | META MATERIALS INC (MMAT) | US | 100 | 22.56 | 22.32 | | 22.32 | | 0.24 | | | | 10/05/2023 |
| 10/03/2023 | | 04/14/2023 | META MATERIALS INC (MMAT) | US | 400 | 90.18 | 89.28 | | 89.28 | | 0.90 | | | | 10/05/2023 |
| 10/03/2023 | | 04/14/2023 | META MATERIALS INC (MMAT) | US | 200 | 45.93 | 44.64 | | 44.64 | | 1.29 | | | | 10/05/2023 |
| | | | | Total: | | 24,070.11 | 33,820.89 | 1,889.66 | 25,815.12 | | -1,745.01 | | | | |



2024



Powered by GAINSKEEPER

## Realized Capital Gains & Losses
Account: 782208836
01/01/2024 – 11/11/2024

Created: 11/11/2024 12:38 pm

**Entire Period**

| | | | |
|---|---|---|---|
| Short Term Gain | 34,561.53 | Long Term Gain | 27,146.42 |
| Short Term Loss | -48,819.28 | Long Term Loss | -39,373.22 |
| Short Term Net | (-14,257.75) | Long Term Net | -12,226.80 |
| Short Term Sales | 12,242.12 | Long Term Sales | 2,112.04 |
| Short Term Cost | 26,499.87 | Long Term Cost | 14,338.84 |
| Short Term Gain/Loss Adj | 0.00 | Long Term Gain/Loss Adj | 0.00 |

Account: 782208836

| Close Date | Rec type | Open Date | Security | OR | Shares Sold | Proceeds | Book Cost | WS Cost Adj | Cost | G/L Adj | ST Gain/Loss | LT Gain/Loss | Gain/Loss | Trading Method | Settled |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01/05/2024 | | 04/14/2023 | META MATERIALS INC (MMAT) | US | 1,500 | 95.90 | 334.80 | | 334.80 | | -238.90 | | | | 01/09/2024 |
| 01/05/2024 | | 04/14/2023 | META MATERIALS INC (MMAT) | US | 2,000 | 127.87 | 437.60 | | 437.60 | | -309.73 | | | | 01/09/2024 |
| 01/05/2024 | Wash Sale Adj | 12/07/2023 | META MATERIALS INC (MMAT) | US | 1,500 | | 0.00 | | -238.90 | | 238.90 | | | | 01/09/2024 |
| 01/05/2024 | Wash Sale Adj | 12/07/2023 | META MATERIALS INC (MMAT) | US | 2,000 | | 0.00 | | -309.73 | | 309.73 | | | | 01/09/2024 |
| 01/17/2024 | | 04/14/2023 | META MATERIALS INC (MMAT) | US | 2,500 | 185.83 | 549.98 | | 549.98 | | -364.15 | | | | 01/19/2024 |
| 01/17/2024 | Wash Sale Adj | 12/19/2023 | META MATERIALS INC (MMAT) | US | 2,500 | | 0.00 | | -364.15 | | 364.15 | | | | 01/19/2024 |
| 01/18/2024 | | 04/14/2023 | META MATERIALS INC (MMAT) | US | 3,500 | 235.67 | 819.35 | | 819.35 | | -583.68 | | | | 01/22/2024 |
| 01/18/2024 | | 04/14/2023 | META MATERIALS INC (MMAT) | US | 1,500 | 101.00 | 340.58 | | 340.58 | | -239.58 | | | | 01/22/2024 |
| 01/18/2024 | Wash Sale Adj | 12/19/2023 | META MATERIALS INC (MMAT) | US | 500 | | 0.00 | | -83.38 | | 83.38 | | | | 01/22/2024 |
| 02/08/2024 | | 04/14/2023 | META MATERIALS INC (MMAT) | US | 20 | 56.00 | 454.10 | | 454.10 | | -398.10 | | | | 02/12/2024 |
| 02/08/2024 | | 04/17/2023 | META MATERIALS INC (MMAT) | US | 40 | 111.99 | 876.40 | | 876.40 | | -764.41 | | | | 02/12/2024 |
| 03/08/2024 | | 04/17/2023 | META MATERIALS INC (MMAT) | US | 5 | 12.66 | 109.55 | | 109.55 | | -96.89 | | | | 03/12/2024 |
| 03/08/2024 | | 04/17/2023 | META MATERIALS INC (MMAT) | US | 72 | 182.26 | 1,584.00 | | 1,584.00 | | -1,401.74 | | | | 03/12/2024 |
| 03/08/2024 | | 04/17/2023 | META MATERIALS INC (MMAT) | US | 28 | 70.88 | 615.86 | | 615.86 | | -544.98 | | | | 03/12/2024 |
| 03/08/2024 | | 04/18/2023 | META MATERIALS INC (MMAT) | US | 50 | 126.57 | 1,075.50 | | 1,075.50 | | -948.93 | | | | 03/12/2024 |
| 03/08/2024 | | 04/19/2023 | META MATERIALS INC (MMAT) | US | 20 | 50.63 | 405.00 | | 405.00 | | -354.37 | | | | 03/12/2024 |
| 03/08/2024 | | 04/20/2023 | META MATERIALS INC (MMAT) | US | 30 | 75.94 | 586.20 | | 586.20 | | -510.26 | | | | 03/12/2024 |
| 03/08/2024 | | 04/20/2023 | META MATERIALS INC (MMAT) | US | 45 | 113.91 | 848.25 | | 848.25 | | -734.34 | | | | 03/12/2024 |
| 03/08/2024 | Wash Sale Adj | 03/25/2024 | META MATERIALS INC (MMAT) | US | 5 | | 0.00 | | -96.89 | | 96.89 | | | | 03/12/2024 |
| 03/08/2024 | Wash Sale Adj | 03/25/2024 | META MATERIALS INC (MMAT) | US | 72 | | 0.00 | | -1,401.74 | | 1,401.74 | | | | 03/12/2024 |
| 03/08/2024 | Wash Sale Adj | 03/25/2024 | META MATERIALS INC (MMAT) | US | 28 | | 0.00 | | -544.98 | | 544.98 | | | | 03/12/2024 |
| 03/08/2024 | Wash Sale Adj | 03/25/2024 | META MATERIALS INC (MMAT) | US | 45 | | 0.00 | | -854.04 | | 854.04 | | | | 03/12/2024 |
| 03/12/2024 | | 04/20/2023 | META MATERIALS INC (MMAT) | US | 5 | 10.45 | 94.25 | | 94.25 | | -83.80 | | | | 03/14/2024 |
| 03/12/2024 | | 04/21/2023 | META MATERIALS INC (MMAT) | US | 25 | 52.25 | 462.75 | | 462.75 | | -410.50 | | | | 03/14/2024 |
| 03/12/2024 | | 04/24/2023 | META MATERIALS INC (MMAT) | US | 25 | 52.25 | 497.25 | | 497.25 | | -445.00 | | | | 03/14/2024 |
| 03/12/2024 | | 04/25/2023 | META MATERIALS INC (MMAT) | US | 25 | 52.25 | 492.50 | | 492.50 | | -440.25 | | | | 03/14/2024 |
| 03/12/2024 | | 04/25/2023 | META MATERIALS INC (MMAT) | US | 25 | 52.24 | 500.25 | | 500.25 | | -448.01 | | | | 03/14/2024 |
| 03/12/2024 | | 04/26/2023 | META MATERIALS INC (MMAT) | US | 50 | 104.50 | 947.50 | | 947.50 | | -843.00 | | | | 03/14/2024 |
| 03/12/2024 | | 04/27/2023 | META MATERIALS INC (MMAT) | US | 20 | 41.80 | 374.30 | | 374.30 | | -332.50 | | | | 03/14/2024 |
| 03/12/2024 | | 07/21/2023 | META MATERIALS INC (MMAT) | US | 15 | 31.35 | 330.90 | 975.62 | 1,306.52 | | | -1,275.17 | | | 03/14/2024 |
| 03/12/2024 | | 08/25/2023 | META MATERIALS INC (MMAT) | US | 10 | 20.90 | 241.50 | 547.90 | 789.40 | | | -768.50 | | | 03/14/2024 |
| 03/13/2024 | | 08/25/2023 | META MATERIALS INC (MMAT) | US | 50 | 107.00 | 1,207.50 | 2,276.68 | 3,484.18 | | | -3,377.18 | | | 03/15/2024 |
| 03/20/2024 | | 08/25/2023 | META MATERIALS INC (MMAT) | US | 40 | 78.40 | 966.00 | 1,473.45 | 2,439.45 | | | -2,361.05 | | | 03/22/2024 |
| 03/20/2024 | | 08/25/2023 | META MATERIALS INC (MMAT) | US | 1 | 1.96 | 23.42 | 32.51 | 55.93 | | | -53.97 | | | 03/22/2024 |
| 03/20/2024 | | 08/25/2023 | META MATERIALS INC (MMAT) | US | 39 | 76.43 | 912.99 | 806.36 | 1,719.35 | | -868.65 | -774.27 | | | 03/22/2024 |
| 03/20/2024 | | 08/31/2023 | META MATERIALS INC (MMAT) | US | 20 | 39.20 | 474.00 | 272.50 | 746.50 | | -369.58 | -337.72 | | | 03/22/2024 |
| 03/20/2024 | Wash Sale Adj | 04/15/2024 | META MATERIALS INC (MMAT) | US | 40 | | 0.00 | | -2,361.05 | | | 2,361.05 | | | 03/22/2024 |
| 03/20/2024 | Wash Sale Adj | 04/15/2024 | META MATERIALS INC (MMAT) | US | 1 | | 0.00 | | -53.97 | | | 53.97 | | | 03/22/2024 |
| 03/20/2024 | Wash Sale Adj | 04/15/2024 | META MATERIALS INC (MMAT) | US | 39 | | 0.00 | | -1,642.92 | | 868.65 | 774.27 | | | 03/22/2024 |
| 03/20/2024 | Wash Sale Adj | 04/15/2024 | META MATERIALS INC (MMAT) | US | 20 | | 0.00 | | -707.30 | | 369.58 | 337.72 | | | 03/22/2024 |
| 03/20/2024 | | 09/06/2023 | META MATERIALS INC (MMAT) | US | 7 | 13.61 | 156.94 | 621.49 | 778.43 | | | -764.82 | | | 03/22/2024 |
| 03/20/2024 | | 09/06/2023 | META MATERIALS INC (MMAT) | US | 3 | 5.83 | 67.25 | 264.79 | 332.04 | | | -326.21 | | | 03/22/2024 |
| 03/20/2024 | | 09/07/2023 | META MATERIALS INC (MMAT) | US | 10 | 19.45 | 218.55 | 555.86 | 774.41 | | | -754.96 | | | 03/22/2024 |
| 03/20/2024 | | 09/13/2023 | META MATERIALS INC (MMAT) | US | 10 | 19.44 | 217.00 | 178.61 | 395.61 | | -158.05 | -218.12 | | | 03/22/2024 |
| 03/20/2024 | | 10/05/2023 | META MATERIALS INC (MMAT) | US | 15 | 29.16 | 323.70 | | 323.70 | | -294.54 | | | | 03/22/2024 |
| 03/20/2024 | | 10/09/2023 | META MATERIALS INC (MMAT) | US | 25 | 48.61 | 530.00 | | 530.00 | | -481.39 | | | | 03/22/2024 |
| 03/20/2024 | | 10/11/2023 | META MATERIALS INC (MMAT) | US | 20 | 38.89 | 434.40 | | 434.40 | | -395.51 | | | | 03/22/2024 |
| 03/20/2024 | | 10/11/2023 | META MATERIALS INC (MMAT) | US | 10 | 19.44 | 215.10 | | 215.10 | | -195.66 | | | | 03/22/2024 |
| 03/20/2024 | Wash Sale Adj | 04/15/2024 | META MATERIALS INC (MMAT) | US | 7 | | 0.00 | | -764.82 | | | 764.82 | | | 03/22/2024 |
| 03/20/2024 | Wash Sale Adj | 04/15/2024 | META MATERIALS INC (MMAT) | US | 3 | | 0.00 | | -326.21 | | | 326.21 | | | 03/22/2024 |
| 03/20/2024 | Wash Sale Adj | 04/15/2024 | META MATERIALS INC (MMAT) | US | 10 | | 0.00 | | -754.96 | | | 754.96 | | | 03/22/2024 |
| 03/20/2024 | Wash Sale Adj | 04/15/2024 | META MATERIALS INC (MMAT) | US | 10 | | 0.00 | | -376.17 | | 158.05 | 218.12 | | | 03/22/2024 |
| 03/20/2024 | Wash Sale Adj | 04/15/2024 | META MATERIALS INC (MMAT) | US | 15 | | 0.00 | | -294.54 | | 294.54 | | | | 03/22/2024 |
| 03/20/2024 | Wash Sale Adj | 04/15/2024 | META MATERIALS INC (MMAT) | US | 25 | | 0.00 | | -481.39 | | 481.39 | | | | 03/22/2024 |
| 03/20/2024 | Wash Sale Adj | 04/15/2024 | META MATERIALS INC (MMAT) | US | 20 | | 0.00 | | -395.51 | | 395.51 | | | | 03/22/2024 |

2024

Account: 782208836

| Close Date | Rec type | Open Date | Security | | Shares Sold | Proceeds | Book Cost | WS Cost Adj | Cost | G/L Adj | ST Gain/Loss | LT Gain/Loss | OR Gain/Loss | Trading Method | Settled |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 03/20/2024 | Wash Sale Adj | 04/15/2024 | META MATERIALS INC (MMAT) | US | 10 | | 0.00 | | -195.66 | | 195.66 | | | | 03/22/2024 |
| 03/21/2024 | | 10/11/2023 | META MATERIALS INC (MMAT) | US | 10 | 19.64 | 215.10 | | 215.10 | | -195.46 | | | | 03/25/2024 |
| 03/21/2024 | | 10/23/2023 | META MATERIALS INC (MMAT) | US | 30 | 58.92 | 450.60 | | 450.60 | | -391.68 | | | | 03/25/2024 |
| 03/21/2024 | | 10/23/2023 | META MATERIALS INC (MMAT) | US | 30 | 58.92 | 462.90 | | 462.90 | | -403.98 | | | | 03/25/2024 |
| 03/21/2024 | | 10/25/2023 | META MATERIALS INC (MMAT) | US | 30 | 58.92 | 391.20 | | 391.20 | | -332.28 | | | | 03/25/2024 |
| 03/21/2024 | Wash Sale Adj | 04/15/2024 | META MATERIALS INC (MMAT) | US | 10 | | 0.00 | | -195.46 | | 195.46 | | | | 03/25/2024 |
| 03/21/2024 | Wash Sale Adj | 04/15/2024 | META MATERIALS INC (MMAT) | US | 30 | | 0.00 | | -391.68 | | 391.68 | | | | 03/25/2024 |
| 03/21/2024 | Wash Sale Adj | 04/15/2024 | META MATERIALS INC (MMAT) | US | 30 | | 0.00 | | -403.98 | | 403.98 | | | | 03/25/2024 |
| 03/21/2024 | Wash Sale Adj | 04/15/2024 | META MATERIALS INC (MMAT) | US | 30 | | 0.00 | | -332.28 | | 332.28 | | | | 03/25/2024 |
| 04/04/2024 | | 10/25/2023 | META MATERIALS INC (MMAT) | US | 10 | 31.40 | 130.40 | | 130.40 | | -99.00 | | | | 04/08/2024 |
| 04/04/2024 | | 11/07/2023 | META MATERIALS INC (MMAT) | US | 20 | 62.80 | 200.00 | | 200.00 | | -137.20 | | | | 04/08/2024 |
| 04/04/2024 | | 11/07/2023 | META MATERIALS INC (MMAT) | US | 10 | 31.40 | 105.60 | | 105.60 | | -74.20 | | | | 04/08/2024 |
| 04/04/2024 | | 11/09/2023 | META MATERIALS INC (MMAT) | US | 5 | 15.70 | 49.55 | | 49.55 | | -33.85 | | | | 04/08/2024 |
| 04/04/2024 | | 11/22/2023 | META MATERIALS INC (MMAT) | US | 8.99 | 28.22 | 78.39 | | 78.39 | | -50.17 | | | | 04/08/2024 |
| 04/04/2024 | | 11/22/2023 | META MATERIALS INC (MMAT) | US | 0.21 | 0.66 | 1.83 | | 1.83 | | -1.17 | | | | 04/08/2024 |
| 04/04/2024 | | 11/22/2023 | META MATERIALS INC (MMAT) | US | 2.8 | 8.80 | 24.37 | | 24.37 | | -15.57 | | | | 04/08/2024 |
| 04/04/2024 | | 11/22/2023 | META MATERIALS INC (MMAT) | US | 3 | 9.42 | 26.10 | | 26.10 | | -16.68 | | | | 04/08/2024 |
| 04/04/2024 | | 11/22/2023 | META MATERIALS INC (MMAT) | US | 15 | 47.09 | 121.65 | | 121.65 | | -74.56 | | | | 04/08/2024 |
| 04/04/2024 | | 11/30/2023 | META MATERIALS INC (MMAT) | US | 20 | 62.80 | 188.50 | | 188.50 | | -125.70 | | | | 04/08/2024 |
| 04/04/2024 | | 12/01/2023 | META MATERIALS INC (MMAT) | US | 15 | 47.10 | 144.60 | | 144.60 | | -97.50 | | | | 04/08/2024 |
| 04/04/2024 | | 12/04/2023 | META MATERIALS INC (MMAT) | US | 25 | 78.50 | 190.00 | | 190.00 | | -111.50 | | | | 04/08/2024 |
| 04/04/2024 | | 12/07/2023 | META MATERIALS INC (MMAT) | US | 35 | 109.90 | 211.75 | 548.63 | 760.38 | | | -650.48 | | | 04/08/2024 |
| 04/04/2024 | | 12/19/2023 | META MATERIALS INC (MMAT) | US | 30 | 94.19 | 213.30 | 447.53 | 660.83 | | | -566.64 | | | 04/08/2024 |
| 04/04/2024 | | 03/25/2024 | META MATERIALS INC (MMAT) | US | 50 | 157.00 | 125.00 | 972.98 | 1,097.98 | | -940.98 | | | | 04/08/2024 |
| 04/04/2024 | Wash Sale Adj | 04/15/2024 | META MATERIALS INC (MMAT) | US | 10 | | 0.00 | | -99.00 | | 99.00 | | | | 04/08/2024 |
| 04/04/2024 | Wash Sale Adj | 04/15/2024 | META MATERIALS INC (MMAT) | US | 20 | | 0.00 | | -137.20 | | 137.20 | | | | 04/08/2024 |
| 04/04/2024 | Wash Sale Adj | 04/15/2024 | META MATERIALS INC (MMAT) | US | 10 | | 0.00 | | -74.20 | | 74.20 | | | | 04/08/2024 |
| 04/04/2024 | Wash Sale Adj | 04/15/2024 | META MATERIALS INC (MMAT) | US | 5 | | 0.00 | | -33.85 | | 33.85 | | | | 04/08/2024 |
| 04/04/2024 | Wash Sale Adj | 04/15/2024 | META MATERIALS INC (MMAT) | US | 8.99 | | 0.00 | | -50.17 | | 50.17 | | | | 04/08/2024 |
| 04/04/2024 | Wash Sale Adj | 04/15/2024 | META MATERIALS INC (MMAT) | US | 0.21 | | 0.00 | | -1.17 | | 1.17 | | | | 04/08/2024 |
| 04/04/2024 | Wash Sale Adj | 04/15/2024 | META MATERIALS INC (MMAT) | US | 2.8 | | 0.00 | | -15.57 | | 15.57 | | | | 04/08/2024 |
| 04/04/2024 | Wash Sale Adj | 04/15/2024 | META MATERIALS INC (MMAT) | US | 3 | | 0.00 | | -16.68 | | 16.68 | | | | 04/08/2024 |
| 04/04/2024 | Wash Sale Adj | 04/15/2024 | META MATERIALS INC (MMAT) | US | 15 | | 0.00 | | -74.56 | | 74.56 | | | | 04/08/2024 |
| 04/04/2024 | Wash Sale Adj | 04/15/2024 | META MATERIALS INC (MMAT) | US | 20 | | 0.00 | | -125.70 | | 125.70 | | | | 04/08/2024 |
| 04/04/2024 | Wash Sale Adj | 04/15/2024 | META MATERIALS INC (MMAT) | US | 15 | | 0.00 | | -97.50 | | 97.50 | | | | 04/08/2024 |
| 04/04/2024 | Wash Sale Adj | 04/15/2024 | META MATERIALS INC (MMAT) | US | 25 | | 0.00 | | -111.50 | | 111.50 | | | | 04/08/2024 |
| 04/04/2024 | Wash Sale Adj | 04/15/2024 | META MATERIALS INC (MMAT) | US | 35 | | 0.00 | | -650.48 | | | 650.48 | | | 04/08/2024 |
| 04/04/2024 | Wash Sale Adj | 04/15/2024 | META MATERIALS INC (MMAT) | US | 30 | | 0.00 | | -566.64 | | | 566.64 | | | 04/08/2024 |
| 04/04/2024 | Wash Sale Adj | 04/15/2024 | META MATERIALS INC (MMAT) | US | 50 | | 0.00 | | -940.98 | | 940.98 | | | | 04/08/2024 |
| 04/11/2024 | | 03/25/2024 | META MATERIALS INC (MMAT) | US | 100 | 357.48 | 249.99 | 1,924.67 | 2,174.66 | | -1,817.18 | | | | 04/15/2024 |
| 04/11/2024 | Wash Sale Adj | 04/15/2024 | META MATERIALS INC (MMAT) | US | 100 | | 0.00 | | -1,817.18 | | 1,817.18 | | | | 04/15/2024 |
| 04/15/2024 | | 04/15/2024 | META MATERIALS INC (MMAT) | US | 300 | 898.46 | 899.10 | 9,076.30 | 9,975.40 | | -3,485.67 | -5,591.27 | | | 04/17/2024 |
| 04/15/2024 | Wash Sale Adj | 04/22/2024 | META MATERIALS INC (MMAT) | US | 300 | | 0.00 | | -9,076.94 | | 3,485.67 | 5,591.27 | | | 04/17/2024 |
| 04/15/2024 | | 04/15/2024 | META MATERIALS INC (MMAT) | US | 400 | 1,195.90 | 1,198.80 | 5,413.98 | 6,612.78 | | -4,199.29 | -1,217.59 | | | 04/17/2024 |
| 04/15/2024 | Wash Sale Adj | 04/22/2024 | META MATERIALS INC (MMAT) | US | 400 | | 0.00 | | -5,416.88 | | 4,199.29 | 1,217.59 | | | 04/17/2024 |
| 04/25/2024 | | 04/22/2024 | META MATERIALS INC (MMAT) | US | 909 | 2,745.92 | 2,336.13 | 14,493.82 | 16,829.95 | | -7,338.28 | -6,745.75 | | | 04/29/2024 |
| 04/25/2024 | | 04/22/2024 | META MATERIALS INC (MMAT) | US | 91 | 274.89 | 232.96 | | 232.96 | | 41.93 | | | | 04/29/2024 |
| 04/25/2024 | Wash Sale Adj | 05/02/2024 | META MATERIALS INC (MMAT) | US | 650 | | 0.00 | | -14,200.68 | | 7,454.93 | 6,745.75 | | | 04/29/2024 |
| 05/03/2024 | | 05/02/2024 | META MATERIALS INC (MMAT) | US | 1,000 | 3,279.90 | 3,550.00 | 14,200.68 | 17,750.68 | | -7,687.21 | -6,783.57 | | | 05/07/2024 |
| 05/03/2024 | Wash Sale Adj | 05/08/2024 | META MATERIALS INC (MMAT) | US | 1,000 | | 0.00 | | -14,470.78 | | 7,687.21 | 6,783.57 | | | 05/07/2024 |
| 05/09/2024 | | 05/08/2024 | META MATERIALS INC (MMAT) | US | 922 | 1,982.22 | 2,129.73 | 13,071.78 | 15,201.51 | | -6,413.34 | -6,805.95 | | | 05/13/2024 |
| 05/09/2024 | | 05/08/2024 | META MATERIALS INC (MMAT) | US | 78 | 175.49 | 180.17 | 1,399.00 | 1,579.17 | | -1,403.68 | | | | 05/13/2024 |
| | | | | Total: | | 14,354.16 | 32,832.94 | 69,555.14 | 40,838.71 | | -14,257.75 | -12,226.80 | | | |