NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | | PROOF OF INTEREST |
|---|---|---|
| Name of Debtor: Meta Materials | Case Number: 24-50792-hlB | |

**1. Name and address of holder of the Equity Interest** (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

Bahri Mohammed
482 Lucas way NW
Calgary AB T3P 1H9
CANADA

Telephone Number: 1 403 828 3790

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

☐ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

**COURT USE ONLY**

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

Account or other number by which Interest holder identifies Debtor:
- IBKR #U6964882   TD Canada #
- IBKR #U4701724   57MX73B

Check here if this claim:
☐ replaces a previously filed Proof of Interest dated: _____
☐ amends a previously filed Proof of Interest dated: _____

**2.** Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:
1 - INTERACTIVE Broker canada
2 - TD Direct investing Canda
Telephone Number: 1- 1877 745 42 22
2- 1 800 465 5463

**3.** Date Equity Interest was acquired: 2022

**4.** Total amount of member interest: 37 shares

**5.** Certificate number(s): _____

**6. Type of Equity Interest:**
Please indicate the type of Equity Interest you hold:
☒ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
☐ Check this box if your Equity Interest is based on anything else and describe that interest:
Description: INVESTOR

**7.** Supporting Documents: Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**8.** Date-Stamped Copy: To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

**9. Signature:**
Check the appropriate box.
☒ I am the creditor.   ☐ I am the creditor's authorized agent. (Attach copy of power of attorney, if any.)   ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)   ☐ I am a guarantor, surety, endorser, or other codebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: Bahri Mohammed
Title:
Company: ___ Address and telephone number (if different from notice address above): SAME

(Signature)   Dec 02, 2024 (Date)

Telephone number: 1 403 828 3790   email: bafahou8@gmail.com

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

**InteractiveBrokers**    Home    Portfolio    Trade    Research    Transfer & Pay    Performance & Reports

## Portfolio  U4701724

Positions    Performance    Balances    Impact Dashboard    Financial Lens

### Your Holdings

| INSTRUMENT | POSITION | LAST | CHANGE % | COST BASIS |
|---|---|---|---|---|
| NVDA Mar21'25 141 Call<br>NVDA CORP | 5 | 12.95 | 7.57% | 11,203 USD |
| MMATQ<br>MBIA MATERIALS INC | 7 | 0.0610 | 0.00% | 2,233.97 USD |
| META Mar21'25 560 Call | | 50.40 | -6.48% | 6,880.80 USD |



ucts & Services ▾    EasyWeb                                                                                    Contact Us ▾    Settings & Services ▾

Accounts ▾   Research ▾   Trading ▾   Goals   Learn        Search

*TD Direct investing*

Account Details   As of 28 Nov 2024, 09:12:17 a.m. ET

TD Direct Investing — 57MX73B — USD Cash                                                      Documents (eService

| Total Value | Cash Balance | Investments |
|---|---|---|
| $3.18 USD | $2.57 | $0.61 |

⊖ Asset Allocation   This is the current breakdown of the asset mix of your account. Learn More

| ● Canadian Equities | 19.2% | ○ Canadian Fixed Income | 0.0% | Cash & Cash Equivalents | 80.8% |
| ○ U S Equities | 0.0% | · Global Fixed Income | 0.0% | ● Other | 0.0% |
| International Equities | 0.0% | | | | |

Holdings   Allocation   Activity   Performance   Gain & Loss   Projected Income

| Market Value of Investments | Book Cost of Investments | Gain/Loss on Investments Unrealized |
|---|---|---|
| $0.61 | $81.49[1] | -$80.8 99. |

Summary   Quote

| Name | Buy | Sell | Quantity | Price | Avg Cost | Mkt Value | Book Cost | Gain/Loss Unrealized | P |
|---|---|---|---|---|---|---|---|---|---|
| ▶ MMATQ META MATERIALS INC-NEW | Buy | Sell | 10 | $0.06 | $8.149 | $0.61 | $81.49 | $80.88 -99.25% | |

View Statements >