NVB 3001 (Effective 1/21)

# UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA

## PROOF OF INTEREST

**Name of Debtor:** Meta Materials Inc.

**Case Number:** 24-50792-hlb

1. **Name and address of holder of the Equity Interest** (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

   Bobby Bryant
   202 Tournament Rd.
   Ponte Vedra Beach, FL.
   32082-3643

   ☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

   ☑ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

   ☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

   **Telephone Number:** 707-272-3543

   **COURT USE ONLY**

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

**Account or other number by which Interest holder identifies Debtor:** 792-84573

Check here if this claim:
☐ replaces a previously filed Proof of Interest dated: _____
☐ amends a previously filed Proof of Interest dated: _____

2. **Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:**
   MERRILL  P.O. Box 40486
   Bank of America  Jacksonville, FL.
   32203
   **Telephone Number:** 877-653-4732

3. **Date Equity Interest was acquired:** June 13, 2022

4. **Total amount of member interest:** 3

5. **Certificate number(s):** _____

6. **Type of Equity Interest:**
   Please indicate the type of Equity Interest you hold:
   ☑ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
   ☐ Check this box if your Equity Interest is based on anything else and describe that interest.
   **Description:** Retail Investor

7. **Supporting Documents:** Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
   DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. **Date-Stamped Copy:** To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

9. **Signature:**
   Check the appropriate box.
   ☑ I am the creditor.    ☐ I am the creditor's authorized agent.    ☐ I am the trustee, or the debtor,    ☐ I am a guarantor, surety, endorser, or other codebtor.
   (Attach copy of power of attorney, if any.)    or their authorized agent.    (See Bankruptcy Rule 3005.)
   (See Bankruptcy Rule 3004.)

   I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

   **Print Name:** Bobby Bryant
   **Title:**
   **Company:** Address and telephone number (if different from notice address above):

   (Signature) Bobby Bryant    (Date) Dec 2, 2024

   Telephone number: 7072723543    email: bbryan252@yahoo.com

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

[ Print Form ]    [ Save Form ]    [ Clear Form ]



**MERRILL**
A BANK OF AMERICA COMPANY

Online at: www.merrilledge.com

MR BOBBY G BRYANT JR
202 TOURNAMENT RD
PONTE VEDRA FL 32082-3643

Account Number: 79Z-84573

24-Hour Assistance: (877) 653-4732
Access Code: 39-796-84573

**Net Portfolio Value:** $ 61.22

**Your Merrill Office:**
Merrill EDGE
FL9-802-03-05
P.O. BOX 40486
JACKSONVILLE, FL 32203

# ■ CMA® ACCOUNT
This account is enrolled in the Merrill Edge Self-Directed Service

November 01, 2024 - November 29, 2024

|  | This Statement | Year to Date |
|---|---|---|
| **Opening Value** (11/01) | $61.25 |  |
| Total Credits | - | - |
| Total Debits | - | - |
| Securities You Transferred In/Out | - | - |
| Market Gains/(Losses) | (0.03) | (19.62) |
| **Closing Value** (11/29) | $61.22 |  |

| ASSETS | November 29 | October 31 |
|---|---|---|
| Cash/Money Accounts | 61.04 | 61.04 |
| Fixed Income | - | - |
| Equities | 0.18 | 0.21 |
| Mutual Funds | - | - |
| Options | - | - |
| Other | - | - |
| *Subtotal (Long Portfolio)* | *61.22* | *61.25* |
| **TOTAL ASSETS** | **$61.22** | **$61.25** |
| **LIABILITIES** |  |  |
| Debit Balance | - | - |
| Short Market Value | - | - |
| **TOTAL LIABILITIES** | - | - |
| **NET PORTFOLIO VALUE** | **$61.22** | **$61.25** |

*Merrill Lynch, Pierce, Fenner & Smith Incorporated (also referred to as "MLPF&S" or "Merrill") makes available certain investment products sponsored, managed, distributed or provided by companies that are affiliates of Bank of America Corporation (BofA Corp). MLPF&S is a registered broker-dealer, Member SIPC and a wholly owned subsidiary of BofA Corp.*
*Investment products:* | Are Not FDIC Insured | Are Not Bank Guaranteed | May Lose Value |

MR BOBBY G BRYANT JR

Account Number: 79Z-84573

24-Hour Assistance: (877) 653-4732
Access Code: 39-796-84573

# CMA® ACCOUNT

November 01, 2024 - November 29, 2024

## CASH FLOW

| | This Statement | Year to Date |
|---|---|---|
| **Opening Cash/Money Accounts** | $61.04 | |
| **CREDITS** | | |
| Funds Received | - | - |
| Electronic Transfers | - | - |
| Other Credits | - | - |
| *Subtotal* | - | - |
| **DEBITS** | | |
| Electronic Transfers | - | - |
| Margin Interest Charged | - | - |
| Other Debits | - | - |
| Visa Purchases | - | - |
| ATM/Cash Advances | - | - |
| Checks Written/Bill Payment | - | - |
| Advisory and other fees | - | - |
| *Subtotal* | - | - |
| **Net Cash Flow** | - | - |

## OTHER TRANSACTIONS

| | | |
|---|---|---|
| Dividends/Interest Income | - | - |
| Security Purchases/Debits | - | - |
| Security Sales/Credits | - | - |
| **Closing Cash/Money Accounts** | $61.04 | |

## ASSET ALLOCATION*

* Estimated Accrued Interest not included; may not reflect all holdings; does not include asset categories less than 1%.



| | Allocation |
|---|---|
| Cash/Money Accounts | 100.00% |
| **TOTAL** | **100%** |

## DOCUMENT PREFERENCES THIS PERIOD

| | Mail | Online Delivery |
|---|---|---|
| Statements | | X |
| Performance Reports | | X |
| Trade Confirms | | X |
| Shareholders Communication | | X |
| Prospectus | | X |
| Service Notices | | X |
| Tax Statements | | X |

+

014

2 of 5



**MERRILL**
A BANK OF AMERICA COMPANY

MR BOBBY G BRYANT JR  Account Number: 79Z-84573

# YOUR CMA ASSETS

November 01, 2024 - November 29, 2024

| CASH/MONEY ACCOUNTS Description | | Quantity | Total Cost Basis | Estimated Market Price | Estimated Market Value | Estimated Annual Income | Est. Annual Yield% |
|---|---|---|---|---|---|---|---|
| CASH | | 0.04 | 0.04 | | .04 | | |
| +ML DIRECT DEPOSIT PROGRAM | | 61.00 | 61.00 | 1.0000 | 61.00 | | .01 |
| +FDIC INSURED NOT SIPC COVERED | | | | | | | |
| TOTAL | | | | 61.04 | 61.04 | | .02 |

| EQUITIES Description | Symbol | Quantity | Total Cost Basis | Estimated Market Price | Estimated Market Value | Unrealized Gain/(Loss) | Estimated Annual Income |
|---|---|---|---|---|---|---|---|
| META MATERIALS INC REGITERED SHS | MMATQ | 3.0000 | 405.00 | 0.0610 | .18 | (404.82) | |
| TOTAL | | | 405.00 | | .18 | (404.82) | |

Equity Cost Basis details are available on the Statements and Documents page of www.merrilledge.com.

| LONG PORTFOLIO | Adjusted/Total Cost Basis | Estimated Market Value | Unrealized Gain/(Loss) | Estimated Accrued Interest | Estimated Annual Income |
|---|---|---|---|---|---|
| TOTAL    YIELD .02% | 466.04 | 61.22 | (404.82) | | |

+

014

3 of 5



**MERRILL**
A BANK OF AMERICA COMPANY

MR BOBBY G BRYANT-JR  Account Number: 79Z-84573

## YOUR CMA EQUITY COST BASIS

November 01, 2024 - November 29, 2024

| EQUITIES Description | Symbol | Acquired | Quantity | Unit Cost Basis | Total Cost Basis | Estimated Market Price | Estimated Market Value | Unrealized Gain/(Loss) | Estimated Annual Income |
|---|---|---|---|---|---|---|---|---|---|
| META MATERIALS INC REGITERED SHS | MMATQ | 06/13/22 | 3.0000 | 135.0000 | 405.00 | 0.0610 | .18 | (404.82) | |
| **TOTAL** | | | | | 405.00 | | .18 | (404.82) | |