NVB 3001 (Effective 1/21)

# UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA

**PROOF OF INTEREST**

Name of Debtor: Meta Materials Inc.
Case Number: 24-50792

**1. Name and address of holder of the Equity Interest** (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

VLADIMIR ARNAUDOV
451 Crestdale LN, Apt 191
Las Vegas, NV 89144

Telephone Number: (808) 485-7362

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

☒ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

COURT USE ONLY

Account or other number by which Interest holder identifies Debtor:
786541466

Check here if this claim:
☐ replaces a previously filed Proof of Interest dated: _____
☐ amends a previously filed Proof of Interest dated: _____

**2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:**
Robinhood
85 Willow Rd, Menlo Park, CA 94025
Telephone Number: 1 (650) 761-7789

**3. Date Equity Interest was acquired:**
FIRST TRCH buy 02/10/2021  2,205 shares
LAST  TRCH buy 03/26/2021    407 shares
FIRST MMAT buy 07/16/2021    139 shares
LAST  MMAT buy 05/20/2024    388 shares

**4. Total amount of member interest:** 1499 Shares

**5. Certificate number(s):** _____

**6. Type of Equity Interest:**
Please indicate the type of Equity Interest you hold:
☒ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
☐ Check this box if your Equity Interest is based on anything else and describe that interest:
Description: _____

**7. Supporting Documents:** Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**8. Date-Stamped Copy:** To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

**9. Signature:**
Check the appropriate box.
☒ I am the creditor.   ☐ I am the creditor's authorized agent. (Attach copy of power of attorney, if any.)   ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)   ☐ I am a guarantor, surety, endorser, or other codebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: Vladimir Arnaudov
Title: _____
Company: ___ Address and telephone number (if different from notice address above): _____

(Signature) [signed]
(Date) 11/23/2024
Telephone number: (808) 485-7362
email: vatilehawaii@gmail.com

Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571

Print Form    Save Form    Clear Form

# Robinhood

85 Willow Rd, Menlo Park, CA 94025
help@robinhood.com

03/26/2021
Vladimir Arnaudov Account #:
271 Hanakapiai St, Honolulu, HI 96825

| Equities/Options | B/S | Trade Date | Settle Date | Acct Type | Price | QTY | Principal | Comm | Tran Fee | Net Amount | MKT | CAP | U/S |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Torchlight Energy Resources TRCH CUSIP: 89102U103 | B | 03/26/2021 | 03/30/2021 | M | $1.8400 | 407.608695 | $750.00 | $0.00 | $0.00 | $750.00 | OTC | 3 | U |

Total Quantity Bought:              Total Dollars Bought:
Total Quantity Sold:                Total Dollars Sold:

# Robinhood

85 Willow Rd, Menlo Park, CA 94025
help@robinhood.com

02/10/2021

Vladimir Arnaudov Account #: [redacted]
271 Hanakapiai St, Honolulu, HI 96825

| Equities/Options | B/S | Trade Date | Settle Date | Acct Type | Price | QTY | Principal | Comm | Tran Fee | Net Amount | MKT | CAP | U/S |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Comstock Holding CHCI CUSIP: 205684202 | S | 02/10/2021 | 02/12/2021 | M | $7.0450 | 0.540117 | $3.81 | $0.00 | $0.00 | $3.81 | OTC | 3 | U |
| Comstock Holding CHCI CUSIP: 205684202 | S | 02/10/2021 | 02/12/2021 | M | $7.0400 | 560 | $3,942.40 | $0.00 | $0.16 | $3,942.24 | OTC | 3 | U |
| Torchlight Energy Resources TRCH CUSIP: 89102U103 | B | 02/10/2021 | 02/12/2021 | M | $1.7900 | 553.98324 | $991.63 | $0.00 | $0.00 | $991.63 | OTC | 3 | U |
| Torchlight Energy Resources TRCH CUSIP: 89102U103 | B | 02/10/2021 | 02/12/2021 | M | $1.7900 | 1,651 | $2,955.29 | $0.00 | $0.00 | $2,955.29 | OTC | 3 | U |
| Castor Maritime CTRM CUSIP: Y1146L109 | B | 02/10/2021 | 02/12/2021 | M | $1.2250 | 0.306122 | $0.37 | $0.00 | $0.00 | $0.37 | OTC | 3 | U |
| Castor Maritime CTRM CUSIP: Y1146L109 | B | 02/10/2021 | 02/12/2021 | M | $1.2299 | 3,251.996097 | $3,999.63 | $0.00 | $0.00 | $3,999.63 | OTC | 3 | U |
| Sundial Growers SNDL CUSIP: 86730L109 | B | 02/10/2021 | 02/12/2021 | M | $2.3750 | 0.052631 | $0.12 | $0.00 | $0.00 | $0.12 | OTC | 3 | U |
| Sundial Growers SNDL CUSIP: 86730L109 | B | 02/10/2021 | 02/12/2021 | M | $2.3589 | 421 | $993.10 | $0.00 | $0.00 | $993.10 | OTC | 3 | U |
| Sundial Growers SNDL CUSIP: 86730L109 | B | 02/10/2021 | 02/12/2021 | M | $2.3589 | 2.874221 | $6.78 | $0.00 | $0.00 | $6.78 | OTC | 3 | U |
| Romeo Power RMO CUSIP: 776153108 | S | 02/10/2021 | 02/12/2021 | M | $19.3400 | 51.961548 | $1,004.94 | $0.00 | $0.04 | $1,004.90 | OTC | 3 | U |
| Fisker FSR CUSIP: 33813J106 | S | 02/10/2021 | 02/12/2021 | M | $16.4200 | 0.209044 | $3.43 | $0.00 | $0.00 | $3.43 | OTC | 3 | U |
| Fisker FSR CUSIP: 33813J106 | S | 02/10/2021 | 02/12/2021 | M | $16.3703 | 31 | $507.48 | $0.00 | $0.02 | $507.46 | OTC | 3 | U |
| Evofem EVFM CUSIP: 30048L104 | S | 02/10/2021 | 02/12/2021 | M | $3.6850 | 0.006849 | $0.03 | $0.00 | $0.00 | $0.03 | OTC | 3 | U |
| Evofem EVFM CUSIP: 30048L104 | S | 02/10/2021 | 02/12/2021 | M | $3.6819 | 15 | $55.23 | $0.00 | $0.00 | $55.23 | OTC | 3 | U |

# Robinhood

85 Willow Rd, Menlo Park, CA 94025
help@robinhood.com

02/10/2021

**Vladimir Arnaudov** Account #:7865-1146?
271 Hanakapiai St, Honolulu, HI 96825

| Equities/Options | B/S | Trade Date | Settle Date | Acct Type | Price | QTY | Principal | Comm | Tran Fee | Net Amount | MKT | CAP | U/S |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Castor Maritime CTRM CUSIP: Y1146L109 | B | 02/10/2021 | 02/12/2021 | M | $1.1699 | 256.432173 | $300.00 | $0.00 | $0.00 | $300.00 | OTC | 3 | U |
| Castor Maritime CTRM CUSIP: Y1146L109 | B | 02/10/2021 | 02/12/2021 | M | $1.1350 | 1.211453 | $1.37 | $0.00 | $0.00 | $1.37 | OTC | 3 | U |
| Castor Maritime CTRM CUSIP: Y1146L109 | B | 02/10/2021 | 02/12/2021 | M | $1.1400 | 174.236842 | $198.63 | $0.00 | $0.00 | $198.63 | OTC | 3 | U |
| Castor Maritime CTRM CUSIP: Y1146L109 | B | 02/10/2021 | 02/12/2021 | M | $1.1050 | 15.298642 | $16.90 | $0.00 | $0.00 | $16.90 | OTC | 3 | U |
| Castor Maritime CTRM CUSIP: Y1146L109 | B | 02/10/2021 | 02/12/2021 | M | $1.1100 | 48.783783 | $54.15 | $0.00 | $0.00 | $54.15 | OTC | 3 | U |

**Total Quantity Bought:**

**Total Quantity Sold:**

**Total Dollars Bought:**

**Total Dollars Sold:**

# Robinhood

85 Willow Rd, Menlo Park, CA 94025
help@robinhood.com

05/20/2024
**VLADIMIR ARNAUDOV** Account #:786541466
1196 Akuila Pl, Kailua, HI 96734

| Equities/Options | B/S | Trade Date | Settle Date | Acct Type | Price | QTY | Principal | Comm | Tran Fee | Net Amount | MKT | CAP | U/S |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Meta Materials MMAT CUSIP: 59134N302 | B | 05/20/2024 | 05/22/2024 | C | $2.4400 | 386 | $941.84 | $0.00 | $0.00 | $941.84 | OTC | 1 | U |

**Total Quantity Bought:** 386         **Total Dollars Bought:** $941.84

**Total Quantity Sold:** 0             **Total Dollars Sold:** $0.00

# Robinhood

85 Willow Rd, Menlo Park, CA 94025
help@robinhood.com

05/20/2024

**VLADIMIR ARNAUDOV** Account #:786541466

1196 Akuila Pl, Kailua, HI 96734

## Transaction Confirmation

Thank you for letting Robinhood Securities, LLC ("RHS") serve you through Robinhood Financial, LLC ("RHF").

1. Amounts due for securities transactions must be received on or before the settlement date shown.

2. All orders are received and executed subject to the applicable rules, regulations and customs of the SEC, FINRA, and the exchange or market where the order is entered, the provisions of the Securities Exchange Act of 1934.

3. Failure of customer to notify RHS in writing within five days of the receipt of this document of any concerns constitutes an acceptance of the transaction.

4. For purchase transactions in a margin account, it is agreed that sufficient cash or acceptable collateral will be deposited on or before the settlement date, or at such earlier time that payment may be demanded to satisfy applicable margin requirements.

5. Securities purchased and securities pledged as margin are or may be hypothecated for the sum due thereon or for a greater sum, under circumstances which permit commingling thereof with securities of other customers, all without further notice to the customer.

6. If shares loaned for a short sale are no longer available, RHS reserves the right to decide, by random selection, which positions will be subject to a buy-in.

7. Upon written request and where available, further details of items herein will be provided including: the execution date and time, the counterparty when acting as agent, the detailed breakdown of transaction fees (including regulatory trading fees) and the remuneration details, if any, to RHS, or RHF for directing orders to select market participants and details of provisions that may cause a call or prepayment.

8. All transactions on this confirmation are presumed to be unsolicited unless noted otherwise.

9. Any Good Till Canceled (GTC) orders may expire or be terminated by RHS or RHF in their ordinary course of business after the order has remained open for a reasonable period of time. Please contact RHF for more specific details. Until such expiration or cancellation, or cancellation by the customer, all open orders are considered good. When entering a substitute order, the responsibility for cancelling the original order rests upon the customer. Therefore, if a customer fails to cancel an existing order, transactions resulting from the execution of both the original and new order(s) will be entered into the customer's account.

10. The responsibility to cancel an open order resides with the customer. Any transactions which result from the execution of any order which the customer has not instructed RHF/RHS to cancel will be entered into the customer's account.

11. The default Cost Basis Election or tax relief method used by RHS for tax preparing is First-In-First-Out (FIFO) for Equities. Please contact RHF if you wish to change the default tax-relief method for your account or specify different tax lots for liquidation.

12. Backup Withholding - if you have not provided us with your correct social security number/tax id number, under federal law, you may be subject to a $50 penalty as well as backup withholding on certain payments.

13. RHS receives remuneration for directing orders to particular broker-dealers or market centers for execution. Such remuneration is considered compensation to the firm. The source and nature in connection with your transactions are available upon written request. RHF, when clearing through RHS, may share in such payments or may directly receive payment for order flow for certain transactions. Details are available upon written request.

14. If you request the sale of a non-marketable or worthless security, RHF will be the buyer to the transaction in the event a market cannot be located. In such a sale, you are deeming the security worthless and RHF thereby makes no representation regarding the present or future value of these securities. The transaction is irreversible and you will have no further claim to the securities and no claim against RHF for any losses related to the sale.

15. RHF receives payment from a third-party for services rendered in distributing new securities offerings.

16. To access the prospectus, please visit the Securities and Exchange Commission's EDGAR database and enter the company's name or ticker symbol.

17. If the transaction involves a debt security that is subject to redemption before maturity, including exchange traded notes, the security may be redeemed in whole or in part before maturity and a redemption could affect the yield represented. Additional information is available upon request. If the transaction involves a callable equity security, you may request additional information regarding the security.

Accounts carried by Robinhood Securities, LLC Member FINRA & SIPC - help@robinhood.com Tax ID 38-4019216

---

**MKT = Market in which transaction was Executed/Cleared**
NYSE - New York Stock Exchange
NYSEA - NYSE Alternext
USE - Other US Exchange
MF - Mutual Funds
OP - Options
OTC - Over-the-Counter/NASDAQ
UND - Underwriting
FOREX - Foreign Exchange
OTH - Other

**Buy/Sell Codes**
B = Buy or Buy To Open
S = Sell or Sell To Close
BCXL = Cancel Buy
SCXL = Cancel Sell
BTC = Buy To Close
STO = Sell To Open
BTCX = Buy To Close Cancel
STOX = Sell to Open Cancel

**Account Types**
C = Cash
M = Margin
N = Non-negotiable
S = Short

**U/S: Solicitation**
U = Unsolicited
S = Solicited

**CAP = Capacity in which the firm acted:**
1 - 2, 4 - 5, 8 - As AGENT
3 - As PRINCIPAL or RISKLESS PRINCIPAL; your broker has bought from you or sold to you and may have received a profit or loss on the transaction; any difference in price between a transaction with you and any prior offsetting contemporaneous transaction will be disclosed
6 - As AGENT for both buyer and seller

# Robinhood

85 Willow Rd, Menlo Park, CA 94025
help@robinhood.com

07/16/2021

**VLADIMIR ARNAUDOV** Account #:786541466

271 Hanakapiai St, Honolulu, HI 96825

| Equities/Options | B/S | Trade Date | Settle Date | Acct Type | Price | QTY | Principal | Comm | Tran Fee | Net Amount | MKT | CAP | U/S |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Meta Materials MMAT CUSIP: 59134N104 | B | 07/16/2021 | 07/20/2021 | M | $3.6050 | 1.696255 | $6.11 | $0.00 | $0.00 | $6.11 | OTC | 3 | U |
| Meta Materials MMAT CUSIP: 59134N104 | B | 07/16/2021 | 07/20/2021 | M | $3.6050 | 137 | $493.89 | $0.00 | $0.00 | $493.89 | OTC | 3 | U |

**Total Quantity Bought:** 138.696255    **Total Dollars Bought:** $500.00

**Total Quantity Sold:** 0    **Total Dollars Sold:** $0.00

07/16/2021
**VLADIMIR ARNAUDOV** Account #:786541466
271 Hanakapiai St, Honolulu, HI 96825

erves  11. The default Cost Basis Election or tax relief method used by RHS for tax
ject to a    preparing is First-In-First-Out (FIFO) for Equities. Please contact RHF if you
wish to change the default tax-relief method for your account or specify
different tax lots for liquidation.

herein
party   12. Backup Withholding - if you have not provided us with your correct social
neration  security number/tax id number, under federal law, you may be subject to a
$50 penalty as well as backup withholding on certain payments.

yment.
13. RHS receives remuneration for directing orders to particular broker-
ed   dealers or market centers for execution. Such remuneration is considered
compensation to the firm. The source and nature in connection with your
transactions are available upon written request. RHF, when clearing through
by RHS  RHS, may share in such payments or may directly receive payment for order
ned   flow for certain transactions. Details are available upon written request.
specific
14. If you request the sale of a non-marketable or worthless security, RHF
stitute   will be the buyer to the transaction in the event a market cannot be located.
le   In such a sale, you are deeming the security worthless and RHF thereby
makes no representation regarding the present or future value of these
w   securities. The transaction is irreversible and you will have no further claim
to the securities and no claim against RHF for any losses related to the sale.

mer.   15. RHF receives payment from a third-party for services rendered in
the   distributing new securities offerings.
the
16. To access the prospectus, please visit the Securities and Exchange
Commission's EDGAR database and enter the company's name or ticker
symbol.

Accounts carried by Robinhood Securities, LLC Member FINRA & SIPC -
help@robinhood.com Tax ID 38-4019216

**CAP = Capacity in which the firm acted:**
1 - 2,4 - 5,8 - As AGENT
3 - As PRINCIPAL, your broker has bought from you or sold to you and may
have received a profit or loss on the transaction
6 - As AGENT for both buyer and seller