NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | **PROOF OF INTEREST** |
|---|---|

| Name of Debtor: Meta Materials Inc. | Case Number: 24-50792 | |
|---|---|---|

| 1. Name and address of holder of the Equity Interest (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):<br><br>VLadimir Arnaudov<br>451 Crestdale Ln, Apt 191<br>Las Vegas, NV 89144<br><br>Telephone Number: (808) 485-7362 | ☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.<br><br>☒ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.<br><br>☐ Check box if this address differs from the address on the envelope sent to you by the Debtors. | |

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b)herein.

————COURT USE ONLY————

| Account or other number by which Interest holder identifies Debtor:<br>4769-7641 | Check here if this claim:<br>☐ replaces a previously filed Proof of Interest dated: _____<br>☐ amends a previously filed Proof of Interest dated: _____ |
|---|---|

| 2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:<br>Charles Schwab. 3000 Schwab Way Westlake, TX 76262<br><br>Telephone Number: 1 (415) 636-7000 | 3. Date Equity Interest was acquired:<br>First MMAT buy 3/15/2021  2.41 shares<br>Last MMAT buy 1/04/2024  224.26 shares |
|---|---|

| 4. Total amount of member interest: 499 Shares | 5. Certificate number(s): _____ |
|---|---|

6. **Type of Equity Interest:**
Please indicate the type of Equity Interest you hold:
☒ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
☐ Check this box if your Equity Interest is based on anything else and describe that interest:
Description: _____

7. **Supporting Documents:** Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. **Date-Stamped Copy:** To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

9. **Signature:**
Check the appropriate box.
☒ I am the creditor.    ☐ I am the creditor's authorized agent.    ☐ I am the trustee, or the debtor,    ☐ I am a guarantor, surety, endorser, or other codebtor.
(Attach copy of power of attorney, if any.)    or their authorized agent.    (See Bankruptcy Rule 3005.)
(See Bankruptcy Rule 3004.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: Vladimir Arnaudov
Title: _____
Company:__Address and telephone number (if different from notice address above):
_____
_____

(Signature)                     11/23/2024
                                 (Date)

Telephone number: (808) 485-7362    email: vatilehawaii@gmail.com

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

Print Form            Save Form            Clear Form

Lot-Details

**MMATQ Lot Details for  ...641 as of 06:44 PM ET, 11/23/2024**

| Open Date | Quantity | Price | Cost/Share | Market Value | Cost Basis | Gain/Loss ($) | Gain/Loss (%) | Holding Period |
|---|---|---|---|---|---|---|---|---|
| 01/04/2024 | 224.259 | $0.06 | $6.69 | $13.68 | $1499.96 | -$1486.28 | -99.09% | Short Term |
| 12/04/2023 | 225.05 | $0.06 | $8.38 | $13.73 | $1885.50 | -$1871.77 | -99.27% | Short Term |
| 10/09/2023 | 18.514 | $0.06 | $21.52 | $1.13 | $398.34 | -$397.21 | -99.72% | Long Term |
| 06/20/2023 | 8.902 | $0.06 | $20.78 | $0.54 | $184.94 | -$184.40 | -99.71% | Long Term |
| 06/16/2023 | 10.972 | $0.06 | $22.76 | $0.67 | $249.68 | -$249.01 | -99.73% | Long Term |
| 03/19/2021 | 3.488 | $0.06 | $144.79 | $0.21 | $505.00 | -$504.79 | -99.96% | Long Term |
| 03/16/2021 | 3.045 | $0.06 | $165.93 | $0.19 | $505.25 | -$505.06 | -99.96% | Long Term |
| 03/16/2021 | 2.362 | $0.06 | $150.34 | $0.14 | $355.11 | -$354.97 | -99.96% | Long Term |
| 03/15/2021 | 2.112 | $0.06 | $172.20 | $0.13 | $363.75 | -$363.62 | -99.96% | Long Term |
| 03/15/2021 | 0.295 | $0.06 | $170.69 | $0.02 | $50.40 | -$50.38 | -99.96% | Long Term |
| Total | 499 | -- | -- | $30.44 | $5997.93 | -$5967.49 | -99.49% | -- |

1



## Schwab One® Account of

VLADIMIR R ARNAUDOV

| Account Number | Statement Period |
|---|---|
| 4769-7641 | May 1-31, 2024 |

## Account Summary

| Ending Account Value as of 05/31 | Beginning Account Value as of 05/01 |
|---|---|
| $5,121.90 | $5,169.94 |



|  | This Statement | Previous Statement |
|---|---|---|
| Beginning Value | $5,169.94 | $5,198.56 |
| Deposits | 0.00 | 0.00 |
| Withdrawals | 0.00 | 0.00 |
| Dividends and Interest | 0.06 | 0.06 |
| Transfer of Securities | 0.00 | 0.00 |
| Market Appreciation/(Depreciation) | (48.10) | (28.68) |
| Expenses | 0.00 | 0.00 |
| **Ending Value** ᵂ | **$5,121.90** | **$5,169.94** |

Account Ending Value reflects the market value of your cash and investments. It does not include pending transactions, unpriced securities or assets held outside Schwab's custody.

### Manage Your Account

**Customer Service and Trading:**
Call your Schwab Representative
1-800-435-4000
24/7 Customer Service

For the most current records on your account visit schwab.com/login. Statements are archived up to 10 years online.

### Commitment to Transparency

Client Relationship Summaries and Best Interest disclosures are at schwab.com/transparency. Charles Schwab & Co., Inc. Member SIPC.

### Online Assistance

 Visit us online at schwab.com

Visit schwab.com/stmt to explore the features and benefits of this statement.

VLADIMIR R ARNAUDOV
1196 AKUILA PL
KAILUA HI     96734-4002



## Schwab One® Account of

VLADIMIR R ARNAUDOV

**Statement Period**
May 1-31, 2024

## Asset Allocation



$5.12K

| | This Period | Current Allocation |
|---|---|---|
| Cash and Cash Investments | 154.69 | 3% |
| Equities | 4,967.21 | 97% |
| **Total** | **$5,121.90** | 100% |

## Income Summary



| | This Period | | YTD | |
|---|---|---|---|---|
| Federal Tax Status | Tax-Exempt | Taxable | Tax-Exempt | Taxable |
| Bank Sweep Interest | 0.00 | 0.06 | 0.00 | 0.72 |
| **Total Income** | **$0.00** | **$0.06** | **$0.00** | **$0.72** |

## Top Account Holdings This Period

| SYMBOL CUSIP | Description | Market Value | % of Accounts |
|---|---|---|---|
| MMAT | META MATLS INC | 1,961.07 | 38% |
| IQST | IQSTEL INC | 1,111.15 | 22% |
| CYBL | CYBERLUX CORP | 663.57 | 13% |
| AITX | ARTIFICIAL INTELLIGENCE | 460.91 | 9% |
| ILUS | ILUSTRATO PICTRS INTL | 199.47 | 4% |

## Gain or (Loss) Summary

| | Short-Term (ST) | | | Long-Term (LT) | | |
|---|---|---|---|---|---|---|
| | Gain | (Loss) | Net | Gain | (Loss) | Net |
| This Period | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| YTD | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

**Unrealized** ($41,470.62)

Values may not reflect all of your gains/losses and may be rounded up to the nearest dollar; Schwab has provided accurate gain and loss information wherever possible for most investments. Cost basis may be incomplete or unavailable for some of your holdings and may change or be adjusted in certain cases. Please login to your account at Schwab.com for real-time gain/loss information. Statement information should not be used for tax preparation, instead refer to official tax documents. For additional information refer to Terms and Conditions.



Schwab One® Account of

VLADIMIR R ARNAUDOV

Statement Period
May 1-31, 2024

## Positions - Summary

| Beginning Value as of 05/01 | + | Transfer of Securities(In/Out) | + | Dividends Reinvested | + | Cash Activity | + | Change in Market Value | = | Ending Value as of 05/31 | Cost Basis | Unrealized Gain/(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| $5,169.94 | | $0.00 | | $0.00 | | $0.06 | | ($48.10) | | $5,121.90 | $57,190.38 i | ($41,470.62) i |

Values may not reflect all of your gains/losses; Schwab has provided accurate gain and loss information wherever possible for most investments. Cost basis may be incomplete or unavailable for some of your holdings and may change or be adjusted in certain cases. Statement information should not be used for tax preparation, instead refer to official tax documents. For additional information refer to Terms and Conditions.

## Cash and Cash Investments

| Type | Symbol | Description | Quantity | Price($) | Beginning Balance($) | Ending Balance($) | Change in Period Balance($) | Pending/Unsettled Cash($) | Interest/ Yield Rate | % of Acct |
|---|---|---|---|---|---|---|---|---|---|---|
| Bank Sweep | | TD BANK NA x,z | | | 154.63 | 154.69 | 0.06 | | 0.45% | 3% |
| **Total Cash and Cash Investments** | | | | | **$154.63** | **$154.69** | **$0.06** | | | **3%** |

## Positions - Equities

| Symbol | Description | Quantity | Price($) | Market Value($) | Cost Basis($) | Unrealized Gain/(Loss)($) | Est. Yield | Est. Annual Income($) | % of Acct |
|---|---|---|---|---|---|---|---|---|---|
| AITX | ARTIFICIAL INTELLIGENCE | 63,662.0000 | 0.00724 | 460.91 | 2,506.93 | (2,046.02) | N/A | 0.00 | 9% |
| IFXY | BLOCK CAP CORP | 100,000.0000 | 0.00045 | 45.00 | 1,006.95 | (961.95) | N/A | 0.00 | <1% |
| CEI | CAMBER ENERGY INC | 590.0000 | 0.16660 | 98.29 | 3,346.54 | (3,248.25) | N/A | 0.00 | 2% |
| CYBL | CYBERLUX CORP | 229,609.0000 | 0.00289 | 663.57 | 7,152.92 | (6,489.35) | N/A | 0.00 | 13% |
| OCTO | EIGHTCO HOLDINGS INC | 1.0000 | 0.58890 | 0.59 | 311.58 | (310.99) | N/A | 0.00 | <1% |
| GTII | GLOBAL TECH INDS GP | 1,000.0000 | 0.11532 | 115.32 | 2,122.33 | (2,007.01) | N/A | 0.00 | 2% |
| | GLOBAL TECH INDS GP | 92.0000 | 0.11532 | 10.61 | N/A i | N/A i | N/A | 0.00 | <1% |
| HMBL | HUMBL INC | 1,346.0000 | 0.00040 | 0.54 | 1,036.79 | (1,036.25) | N/A | 0.00 | <1% |
| ICOA | ICOA INC | 74,074.0000 | 0.00010 | 7.41 | 1,006.95 | (999.54) | N/A | 0.00 | <1% |
| ILUS | ILUSTRATO PICTRS INTL | 21,800.0000 | 0.00915 | 199.47 | 2,082.41 | (1,882.94) | N/A | 0.00 | 4% |
| IMTL | IMAGE PROTECT INC | 38,461.0000 | 0.00020 | 7.69 | 503.10 | (495.41) | N/A | 0.00 | <1% |
| IQST | IQSTEL INC | 4,193.0000 | 0.26500 | 1,111.15 | 2,328.92 | (1,217.77) | N/A | 0.00 | 22% |



## Schwab One® Account of

**VLADIMIR R ARNAUDOV**

Statement Period
May 1-31, 2024

## Positions - Equities (continued)

| Symbol | Description | Quantity | Price($) | Market Value($) | Cost Basis($) | Unrealized Gain/(Loss)($) | Est. Yield | Est. Annual Income($) | % of Acct |
|---|---|---|---|---|---|---|---|---|---|
| LKCO | LUOKUNG TECHNOLOGY COR F | 188.0000 | 0.80000 | 150.40 | 9,419.80 | (9,269.40) | N/A | 0.00 | 3% |
| MMAT | META MATLS INC | 499.0000 | 3.93000 | 1,961.07 | 5,997.93 | (4,036.86) | N/A | 0.00 | 38% |
| MCOM | MICROMOBILITYCOM INC | 1.0000 | 0.01690 | 0.02 | 484.95 | (484.93) | N/A | 0.00 | <1% |
| OWUV | ONE WORLD UNIVERSE INC | 4,702.0000 | 0.00700 | 32.91 | 954.49 | (921.58) | N/A | 0.00 | <1% |
| RGGI | RESGREEN GP INTL INC | 5,002.0000 | 0.00600 | 30.01 | 510.87 | (480.86) | N/A | 0.00 | <1% |
| SGMD | SUGARMADE INC | 4,959.0000 | 0.00400 | 19.84 | 2,505.60 | (2,485.76) | N/A | 0.00 | <1% |
| TONR | TONNER-ONE WORLD | 174,516.0000 | 0.00030 | 52.35 | 1,403.90 | (1,351.55) | N/A | 0.00 | 1% |
| TWOH | TWO HANDS CORP | 1.0000 | 0.00030 | 0.00 | 1,068.44 | (1,068.44) | N/A | 0.00 | <1% |
| BBIG | VINCO VENTURES INC | 19.0000 | 0.00330 | 0.06 | 675.82 | (675.76) | N/A | 0.00 | <1% |
| **Total Equities** | | | | **$4,967.21** | **$46,427.22** | **($41,470.62)** | | **$0.00** | **97%** |

## Positions - Unpriced Securities

| Symbol | Description | Quantity | Price($) | Market Value($) | Cost Basis($) | Unrealized Gain/(Loss)($) | Est. Yield | Est. Annual Income($) |
|---|---|---|---|---|---|---|---|---|
| | NEXT BRIDGE HYDROCARBONS | 6,259.0000 | | | 10,763.16 | N/A | | |
| **Total Unpriced Securities** | | | | **$0.00** | **$10,763.16** | **$0.00** | | **$0.00** |

Estimated Annual Income ("EAI") and Estimated Yield ("EY") calculations are for informational purposes only. The actual income and yield might be lower or higher than the estimated amounts. EY is based upon EAI and the current price of the security and will fluctuate. For certain types of securities, the calculations could include a return of principal or capital gains in which case EAI and EY would be overstated. EY and EAI are not promptly updated to reflect when an issuer has missed a regular payment or announced changes to future payments, in which case EAI and EY will continue to display at a prior rate.

## Transactions - Summary

| Beginning Cash* as of 05/01 + | Deposits + | Withdrawals + | Purchases + | Sales/Redemptions + | Dividends/Interest + | Expenses = | Ending Cash* as of 05/31 |
|---|---|---|---|---|---|---|---|
| $154.63 | $0.00 | $0.00 | $0.00 | $0.00 | $0.06 | $0.00 | $154.69 |

Other Activity **$0.00**        Other activity includes transactions which don't affect the cash balance such as stock transfers, splits, etc.

*Cash (includes any cash debit balance) held in your account plus the value of any cash invested in a sweep money fund.

| ·ice/Rate Share($) | Charges/ Interest($) | Amount($) | Realized Gain/(Loss)($) |
|---|---|---|---|
| | | 0.06 | |
| | | $0.06 | $0.00 |

| | Amount |
|---|---|
| | $154.69 |
| | 0.45% |

₹ank Sweep for Benefit Plans features, interest is paid for a period
nent Period. Balances include interest paid as indicated on your
ne or more of its Program Banks. These balances do not include
rued during the Statement Period after interest is paid. The interest
.hat accrued in the prior Statement Period.

osit accounts held through these bank sweep features constitute direct
ℂ insured banks ("Program Banks") that are not obligations of Schwab.
are eligible for deposit insurance from the FDIC up to the applicable limits
.he same insurable capacity. The balance in the Deposit Accounts can be
proceeds returned to your brokerage Account or remitted to you as provided
· information on FDIC insurance and its limits, as well as other important
veep feature(s) in your Account(s), please refer to the Cash Features
online or from a Schwab representative. **Cash:** Any Free Credit Balance
m demand which, although accounted for on our books of record, is not
the conduct of this firm's business. **Dividend Reinvestment Customers:**
ons were effected by Schwab acting as a principal for its own account,
Schwab dividends, for which an independent broker-dealer acted as the
on on these transactions will be furnished upon written request. **Gain (or**
s) and Realized Gain or (Loss) sections ("Gain/Loss Section(s)") contain a
Jr Account. This information has been provided on this statement at the