NVB 3001 (Effective 1/21)

# UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA

**PROOF OF INTEREST**

Name of Debtor: Meta Materials
Case Number: 24-50792

**1. Name and address of holder of the Equity Interest** (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

Dana and Nicholas Dybdal-Hargreaves
29003 Irving Circle
Fair Oaks Ranch, TX 78015

Telephone Number: 210-854-6729 and 210-823-0772

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

☑ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

**COURT USE ONLY**

Account or other number by which Interest holder identifies Debtor:
████2952 and ████6813

Check here if this claim:
☐ replaces a previously filed Proof of Interest dated: _____
☐ amends a previously filed Proof of Interest dated: _____

**2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:**
Fidelity Investments
PO Box 770001
Telephone Number: Cincinnati, OH 45277 / 800-343-3548

**3. Date Equity Interest was acquired:**
See attached tax lot information.
Original purchase was 2/16/2021

**4. Total amount of member interest:** 1,838 shares MMAT
1,795 shares MMTLP

**5. Certificate number(s):** _____

**6. Type of Equity Interest:**
Please indicate the type of Equity Interest you hold:
☑ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
☐ Check this box if your Equity Interest is based on anything else and describe that interest:
Description: Investor

**7. Supporting Documents:** Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**8. Date-Stamped Copy:** To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

**9. Signature:**
Check the appropriate box.
☑ I am the creditor.   ☐ I am the creditor's authorized agent.   ☐ I am the trustee, or the debtor,   ☐ I am a guarantor, surety, endorser, or other codebtor.
(Attach copy of power of attorney, if any.)   or their authorized agent.   (See Bankruptcy Rule 3005.)
(See Bankruptcy Rule 3004.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: Nicholas Dybdal-Hargreaves
Title:
Company: ___ Address and telephone number (if different from notice address above):

(Signature) /s/ N. Dybdal-Hargreaves
(Date) 12/1/2024

Telephone number: 210-854-6729   email: ndybdalh@gmail.com

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

Print Form | Save Form | Clear Form



Envelope # BQZXVHBBBBPMS

NICHOLAS FRANCIS DYBDAL-HARGREAVES
DANA DYBDAL-HARGREAVES
29003 IRVING CIR
BOERNE TX 78015-2265

INVESTMENT REPORT
November 1, 2024 - November 30, 2024

FIDELITY ACCOUNT NICHOLAS F DYBDAL-HARGREAVES AND DANA
DYBDAL-HARGREAVES - WITH RIGHTS OF SURVIVORSHIP TOD
▶ Account Number: X85-612952

### Your Account Value:

Change from Last Period:

|  | This Period | Year-to-Date |
|---|---|---|
| Beginning Account Value | | |
| Additions | - | |
| Subtractions | - | |
| Transaction Costs, Fees & Charges | - | |
| Change in Investment Value * | | |
| Ending Account Value ** | | |
| Accrued Interest (AI) | | |
| Ending Account Value incl. AI | | |

### Contact Information

| Online | Fidelity.com |
|---|---|
| FAST®-Automated Telephone | (800) 544-5555 |
| Customer Service | (800) 544-6666 |

\* Reflects appreciation or depreciation of your holdings due to price changes, transactions from Other Activity In or Out and Multi-currency transactions, plus any distribution and income earned during the statement period.
\*\* Excludes unpriced securities.

Brokerage services provided by Fidelity Brokerage Services LLC (FBS), Member NYSE, SIPC (800) 544-6666. Brokerage accounts carried by National Financial Services LLC (NFS), Member NYSE, SIPC.

H0062379 420241130



INVESTMENT REPORT
November 1, 2024 - November 30, 2024

## Holdings

Account # X85-612952
NICHOLAS FRANCIS DYBDAL-HARGREAVES - JOINT WROS - TOD

### Stocks (continued)

| Description | Beginning Market Value Nov 1, 2024 | Quantity Nov 30, 2024 | Price Per Unit Nov 30, 2024 | Ending Market Value Nov 30, 2024 | Total Cost Basis | Unrealized Gain/Loss Nov 30, 2024 | EAI ($) / EY (%) |
|---|---|---|---|---|---|---|---|
| **Common Stock** (continued) | | | | | | | |
| META MATERIALS INC COM NEW ISIN #US59134N3026 SEDOL #BQ67J98 (MMATQ) | 115.09 | 1,621.000 | 0.0610 | 98.88 | 24,574.89 | -24,476.01 | - - |
| NEXT BRIDGE HYDROCARBONS INC $0.0001 NEVADA | unavailable | 1,795.000 | - | unavailable | 5,196.53 | unavailable | - - |
| Total Common Stock (27% of account holdings) | | | | | | | |
| Total Stocks (27% of account holdings) | | | | | | | |

### Total Holdings

All positions held in cash account unless indicated otherwise.

EAI & EY — **Estimated Annual Income (EAI) & Estimated Yield (EY)** - EAI is an estimate of annual income for a specific security position over the next rolling 12 months. EAI may be negative on short positions. EY is calculated by dividing the current EAI for a security position by its statement closing date market value. EAI and EY are estimates only and may include return of principal and/or capital gains, which would render them overstated. Actual income and yield might be lower or higher than the estimated amounts. For calculation details, refer to the "Additional Information and Endnotes" section.

Total Cost Basis does not include the cost basis on core, money market or other positions where cost basis is unknown or not applicable.



INVESTMENT REPORT
November 1, 2024 - November 30, 2024

Envelope # BQZXPFBBBDXWX

DANA DYBDAL-HARGREAVES
29003 IRVING CIR
BOERNE TX 78015-2265

FIDELITY ROTH IRA DANA DYBDAL-HARGREAVES - ROTH
INDIVIDUAL RETIREMENT ACCOUNT - FMTC CUSTODIAN
▶ Account Number: 636-886813

### Your Account Value:

**Change from Last Period:**



|  | This Period | Year-to-Date |
|---|---|---|
| Beginning Account Value | | |
| Additions | | |
| Change in investment Value * | | |
| **Ending Account Value ** | | |
| Accrued Interest (AI) | | |
| Ending Account Value Incl. AI | | |

\* *Reflects appreciation or depreciation of your holdings due to price changes, transactions from Other Activity In or Out and Multi-currency transactions, plus any distribution and income earned during the statement period.*
\*\* *Excludes unpriced securities.*

### Contact Information

| Online | Fidelity.com |
|---|---|
| FAST®-Automated Telephone | (800) 544-5555 |
| Customer Service | (800) 544-6666 |

Brokerage services provided by Fidelity Brokerage Services LLC (FBS), Member NYSE, SIPC (800) 544-6666. Brokerage accounts carried by National Financial Services LLC (NFS), Member NYSE, SIPC.

1 of 8

H03646201120241130



INVESTMENT REPORT
November 1, 2024 - November 30, 2024

## Holdings

Account # 636-886813
DANA DYBDAL-HARGREAVES - ROTH IRA

### Stocks

| Description | Beginning Market Value Nov 1, 2024 | Quantity Nov 30, 2024 | Price Per Unit Nov 30, 2024 | Ending Market Value Nov 30, 2024 | Cost | Unrealized Gain/Loss Nov 30, 2024 | EAI ($) / EY (%) |
|---|---|---|---|---|---|---|---|
| **Common Stock** | | | | | | | |
| META MATERIALS INC COM NEW ISIN #US59134N3026 SEDOL #BQ67J98 (MMATQ) | $15.40 | 217.000 | $0.0610 | $13.23 | $6,656.96[t] | -$6,643.73 | - |
| Total Common Stock (0% of account holdings) | $15.40 | | | $13.23 | $6,656.96 | -$6,643.73 | - |
| Total Stocks (0% of account holdings) | $15.40 | | | $13.23 | $6,656.96 | -$6,643.73 | - |

### Other

| Description | Beginning Market Value Nov 1, 2024 | Quantity Nov 30, 2024 | Price Per Unit Nov 30, 2024 | Ending Market Value Accrued Interest (AI) Nov 30, 2024 | Cost | Unrealized Gain/Loss Nov 30, 2024 | EAI ($) / EY (%) |
|---|---|---|---|---|---|---|---|
| Total Other (2% of account holdings) | $984.51 | | | | | | |

**Total Holdings**

All positions held in cash account unless indicated otherwise.

EAI    Estimated Annual Income (EAI) & Estimated Yield (EY) - EAI is an estimate of annual income for a specific security position over the next rolling 12 months. EAI may be negative on short
& EY   positions. EY is calculated by dividing the current EAI for a security position by its statement closing date market value. EAI and EY are estimates only and may include return of principal
       and/or capital gains, which would render them overstated. Actual income and yield might be lower or higher than the estimated amounts. For calculation details, refer to the
       "Additional Information and Endnotes" section.

Total Cost does not include the cost basis on core, money market or other positions where cost basis is unknown or not applicable.

t      Third-party provided

TRCH/MMAT Holdings Tax Lot Information in two separate brokerage accounts both in Fidelity.

Fidelity Account#: x65612952

| Acquired | Term | $ Total Gain/Loss | % Total Gain/Loss | Current Value | Post-Split Adjusted Quantities Quantity | Pre-Split Quantities | Average Cost Basis | Cost Basis Total | Notes | Split Notes |
|---|---|---|---|---|---|---|---|---|---|---|
| Jan-24-2024 | Short | -$27.52 | -99.01% | $0.27 | 4.493 | 449.30 | $6.19 | $27.79 | | 100:1 reverse split on 1/29/2024 |
| Jan-16-2024 | Short | -$448.43 | -99.12% | $3.97 | 65.04 | 6,504.00 | $6.96 | $452.40 | | |
| Dec-28-2023 | Short | -$526.98 | -99.16% | $4.46 | 73.045 | 7,304.50 | $7.28 | $531.44 | | |
| Dec-28-2023 | Short | -$195.18 | -99.16% | $1.65 | 27.017 | 2,701.70 | $7.29 | $196.83 | | |
| Dec-11-2023 | Short | -$69.09 | -99.12% | $0.61 | 10.006 | 1,000.60 | $6.97 | $69.70 | | |
| Dec-06-2023 | Short | -$869.25 | -99.03% | $8.55 | 140.086 | 14,008.60 | $6.27 | $877.80 | | |
| Dec-05-2023 | Short | -$2,081.69 | -99.13% | $18.31 | 300.184 | 30,018.40 | $7.00 | $2,100.00 | | |
| Dec-04-2023 | Short | -$1,054.05 | -98.20% | $8.55 | 140.086 | 14,008.60 | $7.59 | $1,062.60 | | |
| Nov-29-2023 | Short | -$801.01 | -99.39% | $4.94 | 81.05 | 8,105.00 | $9.94 | $805.95 | | |
| Nov-29-2023 | Short | -$167.70 | -99.39% | $1.16 | 19.012 | 1,901.20 | $9.93 | $168.86 | | |
| Nov-29-2023 | Short | -$1,059.90 | -99.43% | $6.10 | 100.062 | 10,006.20 | $10.65 | $1,066.00 | | |
| Nov-22-2023 | Long | -$75.60 | -99.23% | $0.59 | 9.656 | 965.60 | $7.89 | $76.19 | | |
| Nov-22-2023 | Long | -$0.07 | -99.22% | $0.00 | 0.009 | 0.90 | $7.78 | $0.07 | | |
| Nov-22-2023 | Long | -$916.61 | -99.23% | $7.14 | 117.002 | 11,700.20 | $7.90 | $923.75 | | |
| Nov-02-2023 | Long | -$107.99 | -99.44% | $0.61 | 10.006 | 1,000.60 | $10.85 | $108.60 | | |
| Oct-03-2023 | Long | -$194.63 | -99.75% | $0.49 | 8.005 | 800.50 | $24.37 | $195.12 | | |
| Oct-03-2023 | Long | -$387.50 | -99.75% | $0.98 | 16.01 | 1,601.00 | $24.26 | $388.48 | | |
| Oct-03-2023 | Long | -$339.00 | -99.75% | $0.85 | 14.009 | 1,400.90 | $24.26 | $339.85 | | |
| Oct-03-2023 | Long | -$1,411.66 | -99.75% | $3.54 | 58.036 | 5,803.60 | $24.38 | $1,415.20 | | |
| Oct-03-2023 | Long | -$48.56 | -99.75% | $0.12 | 2.001 | 200.10 | $24.33 | $48.68 | | |
| Oct-03-2023 | Long | -$48.55 | -99.75% | $0.12 | 2.001 | 200.10 | $24.32 | $48.67 | | |
| Sep-26-2023 | Long | -$2,093.90 | -99.71% | $6.10 | 100.062 | 10,006.20 | $20.99 | $2,100.00 | | |
| Sep-18-2023 | Long | -$1,036.95 | -99.71% | $3.05 | 50.031 | 5,003.10 | $20.79 | $1,040.00 | | |
| Sep-15-2023 | Long | -$2,251.90 | -99.73% | $6.10 | 100.062 | 10,006.20 | $22.67 | $2,258.00 | | |
| Sep-14-2023 | Long | -$2,243.91 | -99.73% | $6.10 | 100.062 | 10,006.20 | $22.49 | $2,250.01 | | |
| Jun-07-2023 | Long | -$59.63 | -99.75% | $0.15 | 2.431 | 243.10 | $24.59 | $59.78 | | |
| Jun-07-2023 | Long | -$0.22 | -99.75% | $0.00 | 0.009 | 0.90 | $24.44 | $0.22 | | |
| May-17-2023 | Long | -$0.08 | -99.77% | $0.00 | 0.003 | 0.30 | $28.67 | $0.08 | | |
| May-17-2023 | Long | -$0.23 | -99.73% | $0.00 | 0.01 | 1.00 | $23.00 | $0.23 | | |
| May-17-2023 | Long | -$757.65 | -99.73% | $2.05 | 33.621 | 3,362.10 | $22.60 | $759.70 | | |
| May-08-2023 | Long | -$66.31 | -99.73% | $0.18 | 3.002 | 300.20 | $22.61 | $66.49 | | |
| Apr-05-2023 | Long | -$64.77 | -99.85% | $0.10 | 1.611 | 161.10 | $40.27 | $64.87 | | |
| Apr-05-2023 | Long | -$0.13 | -99.86% | $0.00 | 0.003 | 0.30 | $43.33 | $0.13 | | |
| Mar-03-2023 | Long | -$0.09 | -99.93% | $0.00 | 0.001 | 0.10 | $90.00 | $0.09 | | |
| Mar-03-2023 | Long | -$75.84 | -99.90% | $0.07 | 1.221 | 122.10 | $62.17 | $75.91 | | |
| Feb-15-2023 | Long | -$0.72 | -99.92% | $0.00 | 0.01 | 1.00 | $72.00 | $0.72 | | |
| Feb-15-2023 | Long | -$174.14 | -99.92% | $0.14 | 2.331 | 233.10 | $74.77 | $174.28 | | |
| Feb-13-2023 | Long | -$0.62 | -99.92% | $0.00 | 0.008 | 0.80 | $77.50 | $0.62 | | |
| Feb-13-2023 | Long | -$149.26 | -99.92% | $0.12 | 1.941 | 194.10 | $76.96 | $149.38 | | |
| Feb-06-2023 | Long | -$94.84 | -99.94% | $0.06 | 1.001 | 100.10 | $94.81 | $94.90 | | |
| Nov-25-2022 | Long | -$298.41 | -99.97% | $0.09 | 1.501 | 150.10 | $198.87 | $298.50 | Purchased before the U3 Halt Due to SEC Approved S1 notices | |
| Nov-23-2022 | Long | -$363.70 | -99.97% | $0.12 | 2.001 | 200.10 | $181.82 | $363.82 | Purchased before the U3 Halt Due to SEC Approved S1 notices | |
| Nov-21-2022 | Long | -$536.10 | -99.97% | $0.15 | 2.502 | 250.20 | $214.33 | $536.25 | Purchased before the U3 Halt Due to SEC Approved S1 notices | |
| Nov-04-2022 | Long | -$784.64 | -99.96% | $0.31 | 5.003 | 500.30 | $156.90 | $784.95 | Purchased before the U3 Halt Due to SEC Approved S1 notices | |
| Nov-02-2022 | Long | -$303.50 | -99.95% | $0.14 | 2.251 | 225.10 | $134.89 | $303.64 | Purchased before the U3 Halt Due to SEC Approved S1 notices | |
| Nov-01-2022 | Long | -$398.79 | -99.95% | $0.21 | 3.502 | 350.20 | $113.93 | $399.00 | Purchased before the U3 Halt Due to SEC Approved S1 notices | |
| Oct-26-2022 | Long | -$199.38 | -99.94% | $0.12 | 2.001 | 200.10 | $99.70 | $199.50 | Purchased before the U3 Halt Due to SEC Approved S1 notices | |
| Oct-20-2022 | Long | -$177.60 | -99.93% | $0.12 | 1.999 | 199.90 | $88.90 | $177.72 | Purchased before the U3 Halt Due to SEC Approved S1 notices | |
| Oct-17-2022 | Long | -$95.94 | -99.94% | $0.06 | 1.001 | 100.10 | $95.90 | $96.00 | Purchased before the U3 Halt Due to SEC Approved S1 notices | |
| Oct-12-2022 | Long | -$268.75 | -99.94% | $0.15 | 2.502 | 250.20 | $107.47 | $268.90 | Purchased before the U3 Halt Due to SEC Approved S1 notices | |
| Mar-05-2021 | Long | -$749.26 | -99.98% | $0.12 | 2.001 | 400.20 | $374.50 | $749.38 | Purchased as TRCH | These were TRCH before the merger which underwent a 2:1 reverse split on 6/28/2021 and then the 100:1 reverse split on 1/29/2024 |
| Feb-16-2021 | Long | -$365.81 | -99.89% | $0.03 | 0.5 | 100.00 | $731.68 | $365.84 | Purchased as TRCH | These were TRCH before the merger which underwent a 2:1 reverse split on 6/28/2021 and then the 100:1 reverse split on 1/29/2024 |

Fidelity Account#: 636586613

| Acquired | Term | $ Total Gain/Loss | % Total Gain/Loss | Current Value | Quantity | Pre-Split Quantities | Average Cost Basis | Cost Basis Total | Notes |
|---|---|---|---|---|---|---|---|---|---|
| May-19-2023 | Long | -$647.45 | -99.74% | $1.66 | 27.195 | 2,719.50 | $23.87 | $649.11 | These were all purchased in a Vanguard ROTH IRA and this account with its holdings was migrated over to Fidelity at a later date. |
| May-17-2023 | Long | -$656.52 | -99.73% | $1.78 | 29.123 | 2,912.30 | $22.60 | $658.30 | |
| Apr-14-2023 | Long | -$937.50 | -99.74% | $2.45 | 40.17 | 4,017.00 | $23.40 | $939.95 | 100:1 reverse split on 1/29/2024 |
| Apr-14-2023 | Long | -$877.55 | -99.72% | $2.45 | 40.17 | 4,017.00 | $21.91 | $880.00 | |
| Apr-12-2023 | Long | -$768.97 | -99.84% | $1.23 | 20.086 | 2,008.60 | $38.35 | $770.20 | |
| Mar-24-2023 | Long | -$2,755.72 | -99.87% | $3.68 | 60.256 | 6,025.60 | $45.79 | $2,759.40 | |

Total MMAT Shares: 184,050.10

→ Split adjustments have made the tax lot information not add up with our current holdings. We hold 1,838 shares of MMAT between these two accounts.

MMTLP Holdings Tax Lot information in one brokerage account in Fidelity.

Fidelity Account# - x65612952

| Acquired | Term | Quantity of Shares | Price/Share | Cost | |
|---|---|---|---|---|---|
| 12/08/22 | Long | 45 | $3.05 | $137.25 | All purchases made in December were due to the finalized S1 being approved and the PCO transaction appearing to be in place for the dividend. |
| 12/08/22 | Long | 250 | $3.09 | $772.50 | |
| 12/08/22 | Long | 4 | $3.17 | $12.68 | |
| 12/08/22 | | 40 | $4.70 | $188.00 | |
| 12/08/22 | | 30 | $4.62 | $138.60 | |
| 12/08/22 | | 30 | $4.55 | $136.50 | |
| 12/08/22 | | 3 | $4.40 | $13.20 | |
| 12/07/22 | | 40 | $8.28 | $331.20 | |
| 12/08/22 | | 3 | $8.25 | $24.75 | |
| 12/08/22 | | 2 | $8.40 | $33.60 | |
| 12/06/22 | | 40 | $8.06 | $322.40 | |
| 12/06/22 | | 50 | $5.93 | $296.50 | |
| 12/05/22 | | 50 | $8.00 | $400.00 | |
| 12/01/22 | | 6 | $9.04 | $54.24 | |
| 12/01/22 | | 50 | $8.70 | $435.00 | |
| 12/01/22 | | 50 | $8.68 | $434.00 | |
| 12/01/22 | | 30 | $8.39 | $251.70 | |
| 12/01/22 | | 40 | $8.05 | $322.00 | |
| 12/01/22 | | 30 | $8.06 | $241.80 | |
| 10/27/22 | | 500 | $5.90 | $2,950.00 | This purchase was made after I think the third revision of the S1 was approved. |
| 3/5/21 | | 400 | $0.27 | $108.00 | These two allotments were original TRCH dividends, I received 500 units of the PrefA share as a dividend. |
| 2/16/21 | | 100 | $0.52 | $52.00 | |
| Totals | | 1795 | | $7,655.92 | I hold 1795 shares of MMTLP placeholder now at Fidelity. They claim it is shares of Next Bridge Hydrocarbons. |

11:05

# MMTLP
META MATERIALS INC PFD S...

**Position Details**  **Tax Lots**

| DATE ACQUIRED | QUANTITY | COST BASIS |
|---|---|---|

**ACQUIRED 12/08/2022** — SHORT
45 Shares at $3.05/Share
Unrealized Gain/Loss: +$177.75 (+129.51%)

**ACQUIRED 12/08/2022** — SHORT
250 Shares at $3.09/Share
Unrealized Gain/Loss: +$977.5 (+126.54%)

**ACQUIRED 12/08/2022** — SHORT
4 Shares at $3.17/Share
Unrealized Gain/Loss: +$15.32 (+120.82%)

**ACQUIRED 12/08/2022** — SHORT
40 Shares at $4.70/Share
Unrealized Gain/Loss: +$92 (+48.94%)

**ACQUIRED 12/08/2022** — SHORT
30 Shares at $4.62/Share
Unrealized Gain/Loss: +$71.4 (+51.52%)

**ACQUIRED 12/08/2022** — SHORT
30 Shares at $4.55/Share
Unrealized Gain/Loss: +$73.5 (+53.85%)

**ACQUIRED 12/08/2022** — SHORT
3 Shares at $4.40/Share
Unrealized Gain/Loss: +$7.8 (+59.09%)

**ACQUIRED 12/07/2022** — SHORT
40 Shares at $8.28/Share
Unrealized Gain/Loss: -$51.2 (-15.46%)

11:05 

✕     **MMTLP**     🔍
META MATERIALS INC PFD S…

| DATE ACQUIRED | QUANTITY | COST BASIS |
|---|---|---|

**ACQUIRED 12/08/2022**      SHORT
3 Shares at $4.40/Share
Unrealized Gain/Loss: +$7.8 (+59.09%)

**ACQUIRED 12/07/2022**      SHORT
40 Shares at $8.28/Share
Unrealized Gain/Loss: -$51.2 (-15.46%)

**ACQUIRED 12/06/2022**      SHORT
3 Shares at $8.25/Share
Unrealized Gain/Loss: -$3.75 (-15.15%)

**ACQUIRED 12/06/2022**      SHORT
4 Shares at $8.40/Share
Unrealized Gain/Loss: -$5.6 (-16.67%)

**ACQUIRED 12/06/2022**      SHORT
40 Shares at $8.06/Share
Unrealized Gain/Loss: -$42.4 (-13.15%)

**ACQUIRED 12/06/2022**      SHORT
50 Shares at $5.93/Share
Unrealized Gain/Loss: +$53.5 (+18.04%)

**ACQUIRED 12/05/2022**      SHORT
50 Shares at $8.00/Share
Unrealized Gain/Loss: -$50 (-12.50%)

**ACQUIRED 12/01/2022**      SHORT
6 Shares at $9.04/Share
Unrealized Gain/Loss: -$12.24 (-22.57%)

**ACQUIRED 12/01/2022**      SHORT
50 Shares at $8.70/Share

11:06 

✕     **MMTLP**
META MATERIALS INC PFD S...    🔍

| DATE ACQUIRED | QUANTITY | COST BASIS |
|---|---|---|

**ACQUIRED 12/01/2022**     SHORT
50 Shares at $8.70/Share
Unrealized Gain/Loss: -$85 (-19.54%)

**ACQUIRED 12/01/2022**     SHORT
50 Shares at $8.68/Share
Unrealized Gain/Loss: -$84 (-19.35%)

**ACQUIRED 12/01/2022**     SHORT
30 Shares at $8.39/Share
Unrealized Gain/Loss: -$41.7 (-16.57%)

**ACQUIRED 12/01/2022**     SHORT
40 Shares at $8.05/Share
Unrealized Gain/Loss: -$42 (-13.04%)

**ACQUIRED 12/01/2022**     SHORT
30 Shares at $8.06/Share
Unrealized Gain/Loss: -$31.8 (-13.15%)

**ACQUIRED 10/27/2022**     SHORT
500 Shares at $5.90/Share
Unrealized Gain/Loss: +$550 (+18.64%)

**ACQUIRED 03/05/2021**     LONG
400 Shares at $0.27/Share
Unrealized Gain/Loss: +$2,693.38 (+2526.15%)

**ACQUIRED 02/16/2021**     LONG
100 Shares at $0.52/Share
Unrealized Gain/Loss: +$647.95 (+1244.86%)