NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | PROOF OF INTEREST |
|---|---|

| Name of Debtor | Case Number |
|---|---|
| Meta Materials Inc | 24-50792 |

**1  Name and address of holder of the Equity Interest** (the person or entity holding an Equity Interest in the Debtor  Referred to hereinafter as the Interest holder )

Harpreet Sunner
2035 E 61st Ave
Vancouver, BC
V5P 2K4
Canada

Telephone Number
604-809-9484

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest  Attach copy of statement giving particulars

■ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors

NOTE  This form SHOULD NOT be used to make a claim against the Debtor for money owed  A separate Proof of Claim form should be used for that purpose  This form should only be used to assert an Equity Interest in the Debtor  An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor  An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein

COURT USE ONLY

| Account or other number by which Interest holder identifies Debtor | Check here if this claim |
|---|---|
| 66779993 | ☐ replaces a previously filed Proof of Interest dated _____<br>☐ amends a previously filed Proof of Interest dated _____ |

| **2  Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest**<br>RBC Direct Investing Inc<br>P O  BOX 50 ROYAL BANK PLAZA  TORONTO  ON M5J 2W7   ✚<br>**Telephone Number**  1-800-769-2560 | **3  Date Equity Interest was acquired**<br>11/03/2022 |
|---|---|

| **4  Total amount of member interest**  6211 | **5  Certificate number(s)** _____ |
|---|---|

**6  Type of Equity Interest**
Please indicate the type of Equity Interest you hold
■ Check this box if your Equity Interest is based on an actual member interest held in the Debtor
☐ Check this box if your Equity Interest is based on anything else and describe that interest
Description  INVESTOR

**7  Supporting Documents**  Attach copies of supporting documents  such as stock certificates  option agreements  warrants  etc
DO NOT SEND ORIGINAL DOCUMENTS  If the documents are not available  explain  If the documents are voluminous  attach a summary

**8  Date-Stamped Copy**  To receive an acknowledgement of the filing of your Proof of Interest  enclose a stamped  self-addressed envelope and copy of this Proof of Interest

**9  Signature**
Check the appropriate box
■ I am the creditor  ☐ I am the creditor s authorized agent  ☐ I am the trustee  or the debtor  ☐ I am a guarantor  surety  endorser  or other codebtor
(Attach copy of power of attorney  if any )  or their authorized agent  (See Bankruptcy Rule 3005 )
(See Bankruptcy Rule 3004 )

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge  information  and reasonable belief

| Print Name  HARPREET SUNNER<br>Title<br>Company ___ Address  and telephone number  (if different from notice address above) | _____<br>(Signature)<br><br>Telephone number | 26/11/2024<br>(Date)<br><br>email  Harpreetsunner@hotmail com |
|---|---|---|

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both  18 U S C  §§ 152 AND 3571*

 **Direct Investing**

P O BOX 50 ROYAL BANK PLAZA
TORONTO ON M5J 2W7

# RBC Direct Investing Inc.
## ORDER EXECUTION ONLY ACCOUNT

ADPRB10720_8155985_004 E 28533 04533

HARPREET SUNNER
2035 61ST AVE
VANCOUVER BC  V5P 2K4

### Confirmation Notice

**DATE**
NOVEMBER 3, 2022

**ACCOUNT NO**    **TYPE**
667-7999325      MGN

**FOR SETTLEMENT IN THIS OFFICE**
P O  BOX 75 200 BAY ST ON M5J2Z5
TEL  (800) 769-2560

---

AS AGENTS  WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT TRADED ON ONE OR MORE MARKETPLACES OR MARKETS  DETAILS AVAILABLE UPON REQUEST

## SETTLEMENT DATE        NOVEMBER 7, 2022

TRANSACTION TYPE        **BOUGHT**

| Quantity | Security Description | | Unit Price |
|----------|---------------------|----|------------|
| 6 211 | METAMATERIAL EXCHANGECO INC COMMON UNSOLICITED AVG PRICE SHOWN DETAILS ON REQ DA | @ | 1 90C$ |



| | |
|---|---|
| GROSS AMOUNT | 11,800.90 |
| COMMISSION | 9.95 |
| SUB TOTAL | 11,810 85 C$ |
| NET AMOUNT | 11,810 85 C$ |

CLIENT NAME                        HARPREET SUNNER
ACCOUNT NO                         667 7999325  MGN
INVESTMENT REPRESENTATIVE          ONLINE INVESTNG
I R  NO  3YC

REFERENCE 39837  /  CUSIP CA59134L1085  /  SECURITY NO  M067926  /  ORDER NO  039837  /  INTERNAL CODES UN TL  /  688 A

---

Member Canadian Investor Protection Fund  ®/™  Trademark(s) of Royal Bank of Canada  Used under licence  © Royal Bank of Canada 2019  All rights reserved

ADPRB10720_8155985_004  00009065  E 28533