NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | **PROOF OF INTEREST** |
|---|---|

| Name of Debtor | Case Number |
|---|---|
| Meta Materials Inc | 24-50792 |

**1** Name and address of holder of the Equity Interest (the person or entity holding an Equity Interest in the Debtor Referred to hereinafter as the Interest holder')

Harpreet Sunner
2035 E 61st Ave
Vancouver, BC
Canada
5P2K4

Telephone Number
604-809-9484

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest Attach copy of statement giving particulars

■ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors

NOTE This form SHOULD NOT be used to make a claim against the Debtor for money owed A separate Proof of Claim form should be used for that purpose This form should only be used to assert an Equity Interest in the Debtor An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein

**COURT USE ONLY**

| Account or other number by which Interest holder identifies Debtor | Check here if this claim |
|---|---|
| 66779993 | ☐ replaces a previously filed Proof of Interest dated _____ |
|  | ☐ amends a previously filed Proof of Interest dated _____ |

**2** Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest

RBC Direct Investing Inc
P O BOX 50 ROYAL BANK PLAZA TORONTO ON M5J 2W7
Telephone Number 1-800-769-2560

**3** Date Equity Interest was acquired
10/31/2022

**4** Total amount of member interest ___3200___

**5** Certificate number(s) _____

**6** Type of Equity Interest
Please indicate the type of Equity Interest you hold
■ Check this box if your Equity Interest is based on an actual member interest held in the Debtor
☐ Check this box if your Equity Interest is based on anything else and describe that interest
Description INVESTOR

**7** Supporting Documents Attach copies of supporting documents such as stock certificates option agreements warrants etc
DO NOT SEND ORIGINAL DOCUMENTS If the documents are not available explain If the documents are voluminous attach a summary

**8** Date-Stamped Copy To receive an acknowledgement of the filing of your Proof of Interest enclose a stamped self-addressed envelope and copy of this Proof of Interest

**9 Signature**
Check the appropriate box
■ I am the creditor   ☐ I am the creditor's authorized agent   ☐ I am the trustee or the debtor   ☐ I am a guarantor surety endorser or other codebtor
(Attach copy of power of attorney if any) or their authorized agent (See Bankruptcy Rule 3005)
(See Bankruptcy Rule 3004)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge information and reasonable belief

Print Name  HARPREET SUNNER
Title
Company __ Address and telephone number (if different from notice address above)

(Signature)  26/11/2024 (Date)

Telephone number    email Harpreetsunner@hotmail com

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both 18 U S C §§ 152 AND 3571*



**Direct Investing**

P O BOX 50 ROYAL BANK PLAZA
TORONTO ON M5J 2W7

# RBC Direct Investing Inc.
## ORDER EXECUTION ONLY ACCOUNT

ADPRB10720_8041547_004 E 28264 04264

HARPREET SUNNER
2035 61ST AVE
VANCOUVER BC  V5P 2K4

## Confirmation Notice

**DATE**
OCTOBER 31, 2022

**ACCOUNT NO**  **TYPE**
667-7999325      MGN

**FOR SETTLEMENT IN THIS OFFICE**
P O BOX 75 200 BAY ST ON M5J2Z5
TEL (800) 769-2560

---

AS AGENTS WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT ON THE CANADIAN SECURITIES EXCHANGE

**SETTLEMENT DATE**           **NOVEMBER 2, 2022**

TRANSACTION TYPE                          **BOUGHT**

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 3,200 | METAMATERIAL EXCHANGECO INC COMMON UNSOLICITED DA | @ | 1.20 C$ |

| | |
|---|---|
| GROSS AMOUNT | 3,840.00 |
| COMMISSION | 9.95 |
| SUB TOTAL | 3,849.95 C$ |
| NET AMOUNT | 3,849.95 C$ |

**CLIENT NAME**              HARPREET SUNNER
**ACCOUNT NO**               667 7999325  MGN
**INVESTMENT REPRESENTATIVE**  ONLINE INVESTNG
I R NO 3YC

REFERENCE W2272 / CUSIP CA59134L1085 / SECURITY NO M067926 / ORDER NO 382272 / INTERNAL CODES UN A1 / 688 A

Member Canadian Investor Protection Fund ®/™ Trademark(s) of Royal Bank of Canada Used under licence © Royal Bank of Canada 2019 All rights reserved

ADPRB10720_8041547_004 00008527 E 28264