NVB 3001 (Effective 1/21)

# UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA

**PROOF OF INTEREST**

| Name of Debtor: | Case Number: |
|---|---|
| Meta Materials | 24-50792 |

**1. Name and address of holder of the Equity Interest** (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

Mr. Paul Corriveau
8 Linnwood Ave.
Cambridge, ON
N1R 1V1
Canada

Telephone Number: 226-218-9465

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

☑ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

**NOTE:** This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

**COURT USE ONLY**

Account or other number by which Interest holder identifies Debtor:
459X56

Check here if this claim:
☐ replaces a previously filed Proof of Interest dated: _____
☐ amends a previously filed Proof of Interest dated: _____

**2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:**
TD Direct Investing

Telephone Number: 1-800-465-5463

**3. Date Equity Interest was acquired:** 06/29/2021

**4. Total amount of member interest:** 248 shares

**5. Certificate number(s):** _____

**6. Type of Equity Interest:**
Please indicate the type of Equity Interest you hold:
☑ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
☐ Check this box if your Equity Interest is based on anything else and describe that interest:
**Description:** Investor

**7. Supporting Documents:** Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**8. Date-Stamped Copy:** To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

**9. Signature:**
Check the appropriate box.
☑ I am the creditor.   ☐ I am the creditor's authorized agent. (Attach copy of power of attorney, if any.)   ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)   ☐ I am a guarantor, surety, endorser, or other codebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: Paul Corriveau
Title:
Company: Address and telephone number (if different from notice address above):

(Signature) Paul Co——    (Date) 12-02-24

Telephone number: 226-218-9465    email: corriveaupaul@rogers.com

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*



# TD Direct Investing

# Your TFSA statement

October 1, 2024 to October 31, 2024

Account number  459X56-J
Account type  Tax-Free Savings Account - CDN
Account currency  Canadian dollars

### Do you have a question?

If you have any questions or require assistance, please log into the TD app and choose Contact Us from the 'More' menu or call the numbers below to speak to an Investment Representative

| | |
|---|---|
| **English** | 1-800-668-1972 |
| **French** | 1-866-211-3847 |
| **Cantonese** | 1-800-838-3223 option 1 |
| **Mandarin** | 1-800-838-3223 option 2 |

MR PAUL CORRIVEAU
8 LINNWOOD AVE
CAMBRIDGE ON
N1R 1V1

## Your account at a glance

> ⓘ **You need to know**
>
> Please see **page 2** for important information about your account

| | This period (Oct 1 - Oct 31 2024) | Last period (Sep 1 - Sep 30 2024) | Year to date (Jan 1 - Oct 31 2024) |
|---|---|---|---|
| Beginning balance | $25.03 | $30.38 | $437.08 |
| Change in your account balance | -$20.10 | -$5.35 | -$432.15 |
| **Ending balance** | **$4.93** | **$25.03** | **$4.93** |

▸ US dollars converted to Canadian dollars at **1.3915** as of Oct 31, 2024

## Holdings in your account
on October 31, 2024

| Description | Quantity or par value ($) | Price ($) | Book cost ($) | Market value ($) | Unrealized gain or loss ($) | % of your holdings |
|---|---|---|---|---|---|---|
| **Equities** | | | | | | |
| **Canadian common shares & equivalents** | | | | | | |
| META MATERIALS INC-NEW (**MMATQ**) | 50 SEG | 0.071u | 11,824.95 | 4.93 | -11,820.02 | 100.00% |
| Total Canadian common shares & equivalents | | | $11,824.95 | $4.93 | | 100.00% |
| **Total equities** | | | **$11,824.95** | **$4.93** | | **100.00%** |
| **Total Portfolio** | | | **$11,824.95** | **$4.93** | | **100.00%** |

▸ The US dollar conversion rate we used to convert your month-end market values to Canadian dollars is **1.3915**
▸ Book costs are converted to Canadian dollars at the exchange rate used at the time of the transaction
▸ U=US dollars

---

*Order-Execution-Only Account*

TD Waterhouse Canada Inc
Member  Canadian Investor Protection Fund



**Regulated by CIRO**
Canadian Investment
Regulatory Organization

Page 1 of 3



**TD Direct Investing**

# Your RSP statement
October 1, 2024 to October 31, 2024

Account number  459X56-U
Account type  Self-Directed RSP - US
Account currency  US dollars

### Do you have a question?
If you have any questions or require assistance, please log into the TD app and choose Contact Us from the 'More menu or call the numbers below to speak to an Investment Representative

| | |
|---|---|
| **English** | 1-800-668-1972 |
| **French** | 1-866-211-3847 |
| **Cantonese** | 1-800-838-3223 option 1 |
| **Mandarin** | 1-800-838-3223 option 2 |

MR PAUL CORRIVEAU
8 LINNWOOD AVE
CAMBRIDGE ON
N1R 1V1

## Your account at a glance

> ⓘ **You need to know**
>
> Please see **page 2** for important information about your account

| | This period (Oct 1  Oct 31 2024) | Last period (Sep 1  Sep 30 2024) | Year to date (Jan 1  Oct 31 2024) |
|---|---:|---:|---:|
| Beginning balance | $28 86 | $35 10 | $514 80 |
| Change in your account balance | -$23 33 | -$6 24 | -$509 27 |
| **Ending balance** | **$5 53** | **$28 86** | **$5 53** |

## Holdings in your account
on October 31, 2024

| Description | Quantity or par value ($) | Price ($) | Book cost ($) | Market value ($) | Unrealized gain or loss ($) | % of your holdings |
|---|---:|---:|---:|---:|---:|---:|
| **Equities** | | | | | | |
| **Canadian common shares & equivalents** | | | | | | |
| META MATERIALS INC-NEW (**MMATQ**) | 78 SEG | 0 071 | 14,439 99 | 5 53 | -14,434 46 | 100 00% |
| Total Canadian common shares & equivalents | | | $14,439 99 | $5 53 | | 100 00% |
| **Total equities** | | | $14,439 99 | $5 53 | | 100 00% |
| **Total Portfolio** | | | $14,439 99 | $5 53 | | 100 00% |

---

*Order-Execution-Only Account*

TD Waterhouse Canada Inc
Member  Canadian Investor Protection Fund

**Regulated by CIRO**
Canadian Investment
Regulatory Organization

Page 1 of 3



**TD Direct Investing**

# Your TFSA statement
October 1, 2024 to October 31, 2024

Account number  459X56-K
Account type  Tax-Free Savings Account - US
Account currency  US dollars

### Do you have a question?
If you have any questions or require assistance, please log into the TD app and choose Contact Us from the 'More' menu, or call the numbers below to speak to an Investment Representative

| | |
|---|---|
| **English** | **1-800-668-1972** |
| **French** | **1-866-211-3847** |
| **Cantonese** | **1-800-838-3223 option 1** |
| **Mandarin** | **1-800-838-3223 option 2** |

MR PAUL CORRIVEAU
8 LINNWOOD AVE
CAMBRIDGE ON
N1R 1V1

## Your account at a glance

| | This period (Oct 1 Oct 31 2024) | Last period (Sep 1 Sep 30 2024) | Year to date (Jan 1 Oct 31 2024) |
|---|---|---|---|
| Beginning balance | $4,468.48 | $4,495.18 | $7,081.00 |
| Change in your account balance | -$121.50 | -$26.70 | -$2,734.02 |
| **Ending balance** | **$4,346.98** | **$4,468.48** | **$4,346.98** |

> ⓘ **You need to know**
> Please see **page 2** for important information about your account

## Holdings in your account
on October 31, 2024

| Description | Quantity or par value ($) | Price ($) | Book cost ($) | Market value ($) | Unrealized gain or loss ($) | % of your holdings |
|---|---|---|---|---|---|---|
| **Cash** | | | | | | |
| Cash | | | 4,137.16 | 4,137.16 | 0.00 | 95.17% |
| **Equities** | | | | | | |
| **Canadian common shares & equivalents** | | | | | | |
| CAMBER ENERGY INC-NEW (**CEIN**) | 660 SEG | 0.020 | 13,729.58 | 13.20 | -13,716.38 | 0.30% |
| META MATERIALS INC-NEW (**MMATQ**) | 120 SEG | 0.071 | 21,539.98 | 8.52 | -21,531.46 | 0.20% |
| Total Canadian common shares & equivalents | | | $35,269.56 | $21.72 | | 0.50% |

(continued on next page)

---

*Order-Execution-Only Account*

TD Waterhouse Canada Inc
Member Canadian Investor Protection Fund



**Regulated by CIRO**
Canadian Investment
Regulatory Organization

Page 1 of 3



Account number 459X56-K
Account type  Tax-Free Savings Account - US
Your TFSA statement  Oct 31  2024

## Holdings in your account (continued)
on October 31, 2024

| Description | Quantity or par value ($) | Price ($) | Book cost ($) | Market value ($) | Unrealized gain or loss ($) | % of your holdings |
|---|---|---|---|---|---|---|
| **Equities (continued)** | | | | | | |
| Foreign common shares & equivalents | | | | | | |
| GENIUS GROUP LTD-NEW (**GNS**) | 300 SEG | 0 627 | 15 669 99 | 188 10 | -15 481 89 | 4 33% |
| Total foreign common shares & equivalents | | | $15,669 99 | $188 10 | | 4 33% |
| **Total equities** | | | $50,939 55 | $209 82 | | 4 83% |
| **Total Portfolio** | | | $55,076 71 | $4,346 98 | | 100 00% |

### Definitions
#### An explanation of terms shown in the tables above

***Book cost for long positions*** is the total amount paid to purchase a security including any transaction charges related to the purchase adjusted for reinvested distributions, return of capital and corporate actions

***Book cost for short positions*** is the total amount received for the security  net of any transaction charges related to the sale  adjusted for any distribution (other than dividends), returns of capital and corporate actions

***Market value*** is the price of the security or fund multiplied by the quantity held

***Unrealized Gain or Loss*** is the gain or loss that would be incurred  if your holdings were liquidated as at the end of the statement period  It is calculated by subtracting book cost from market value

### ⓘ Important information about your account

In connection with our annual audit, please review your account statement and report any discrepancies to our auditors  Email  td waterhouse auditconfirmations@ca ey com , Ernst & Young LLP, 100 Adelaide Street West, PO Box 1, Toronto, ON, Canada, M5H 0B3, Fax  416-864-1174