NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | PROOF OF INTEREST |
| --- | --- |

Name of Debtor: **Meta Materials** | Case Number: **24-50792**

**1. Name and address of holder of the Equity Interest** (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

*New Address*
Antonio Virgilio
1444 rue Page
Laval QC,
H7W 3S4
Canada

*Old Address*
Antonio Virgilio
3530 rue Mousquetaire Unit 202
Laval QC,
H7E 0C1
Canada

Telephone Number: 514-591-1081

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

■ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

**COURT USE ONLY**

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

Account or other number by which Interest holder identifies Debtor: **44XLJ1K**

Check here if this claim:
☐ replaces a previously filed Proof of Interest dated: _____
☐ amends a previously filed Proof of Interest dated: _____

**2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:**
TD Direct Investing
3500 Steeles ave. E - Tower 2, 2nd Floor - Markham Ontario L3R 0X1
Telephone Number: 1-877-883-8125

**3. Date Equity Interest was acquired:**
Bought and sold between 06/22/2021 to 03/08/2024.
See attached for supporting docs.

**4. Total amount of member interest:** 107 shares - in the amount of 22,656.85 $ | **5. Certificate number(s):** See attached documentation.

**6. Type of Equity Interest:**
Please indicate the type of Equity Interest you hold:
■ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
☐ Check this box if your Equity Interest is based on anything else and describe that interest:
Description: Investor

**7. Supporting Documents:** Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**8. Date-Stamped Copy:** To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

**9. Signature:**
Check the appropriate box.
■ I am the creditor. ☐ I am the creditor's authorized agent. ☐ I am the trustee, or the debtor, ☐ I am a guarantor, surety, endorser, or other codebtor.
(Attach copy of power of attorney, if any.) or their authorized agent. (See Bankruptcy Rule 3005.)
(See Bankruptcy Rule 3004.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: Antonio Virgilio
Title: Mr.
Company:__ Address and telephone number (if different from notice address above):

(Signature) 06/12/2024 (Date)

Telephone number: 514-591-1081 email: virg73@sympatico.ca

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*



**TD Direct Investing**
*3500 STEELES AVE E*
*TOWER 2, 2ND FLOOR*
*MARKHAM ON L3R 0X1*

**TD Direct Investing**



MR ANTONIO VIRGILIO
UNIT 202
3530 RUE DU MOUSQUETAIRE
LAVAL QC  H7E 0C1

**Transaction Confirmation**

**Account number and type**
44XLJ1K - TD Waterhouse Tax-Free Savings
Account - US

**Questions?**
**Contact an Investment Representative**
Toll Free 1 (800) 361-2684

## Transaction on June 22, 2021

▸ **For settlement on:** June 24, 2021
▸ **Processed on:** June 22, 2021

| Transaction | Security Description | Quantity | Price ($) | Amount ($) |
|---|---|---|---|---|
| **You bought** | TORCHLIGHT ENERGY RES INC | 185 | 7.15 | |
| | OO-419542 | | | |

| | | |
|---|---|---|
| | Gross transaction amount | USD  1,322.75 |
| *Plus* | Commission | 9.99 |
| *Equals* | **Net transaction amount** | **USD $1,332.74** |

**Ticker symbol: TRCH**
Security number: 671417
CUSIP is: 89102U103
Trade number: 004501
Trade processed by: 9FPQ

*As agent, TD Direct Investing confirms the above purchase on a U.S. OTC marketplace for settlement in your account.*

## Important information

Please review the information in this Transaction Confirmation carefully and let us know within 10 calendar days if there are any discrepancies.

Clients' accounts are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of coverage is available upon request.

**Abbreviations used in the security descriptions**
RS   = Restricted shares
NVS = Non–voting shares
RVS = Restricted voting shares
SVS = Subordinate voting shares
MVS = Multiple voting shares
/D   = DSC (Deferred Sales Charge)
/NL = No Load

**Disclosure of sources of revenue**
TD Direct Investing and/or parties related to us may earn revenue in addition to commission from the following sources: currency conversion charges on certain trades and mutual fund transactions, fees paid by issuers and others in connection with corporate actions and new issues, the sale of fixed income products, trailer fees paid by mutual fund companies, and remuneration paid by U.S. market makers and exchanges in connection with U.S. trades. For more information, see the TD Waterhouse Canada Inc. Account and Service Agreements and Disclosure Documents booklet. It is also available online at www.td.com/ca/en/investing/direct-investing.

The name of the salesperson, dealer and/or market in this transaction will be provided upon request.

TD Direct Investing is a division of TD Waterhouse Canada Inc., a subsidiary of The Toronto-Dominion Bank.

**Thank you for choosing TD Direct Investing.**

**TD Waterhouse Canada Inc. - Member of the Canadian Investor Protection Fund**
00130875 0000003782 20210622 89102U103 671417

Order execution account
No advice or recommendations provided.



**TD Direct Investing**
*3500 STEELES AVE E*
*TOWER 2, 2ND FLOOR*
*MARKHAM ON L3R 0X1*

**TD Direct Investing**

## Transaction Confirmation

MR ANTONIO VIRGILIO
UNIT 202
3530 RUE DU MOUSQUETAIRE
LAVAL QC  H7E 0C1

**Account number and type**
44XLJ1K - TD Waterhouse Tax-Free Savings
Account - US

**Questions?**
**Contact an Investment Representative**
Toll Free 1 (800) 361-2684

## Transaction on June 22, 2021

▸ **For settlement on:** June 24, 2021
▸ **Processed on:** June 22, 2021

| Transaction | Security Description | Quantity | Price ($) | Amount ($) |
|---|---|---|---|---|
| **You bought** | TORCHLIGHT ENERGY RES INC | 140 | 9.79 | |
| | BC-420562 | | | |

| | | |
|---|---|---|
| | Gross transaction amount | USD  1,370.60 |
| *Plus* | Commission | 9.99 |
| *Equals* | **Net transaction amount** | **USD $1,380.59** |

**Ticker symbol: TRCH**
Security number: 671417
CUSIP ID: 89102U103
Trade number: 006247
Trade processed by: 9FPQ

*As agent, TD Direct Investing confirms the above purchase on a U.S. OTC marketplace for settlement in your account.*

## Important information

Please review the information in this Transaction Confirmation carefully and let us know within 10 calendar days if there are any discrepancies.

Clients' accounts are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of coverage is available upon request.

**Abbreviations used in the security descriptions**
RS   = Restricted shares
NVS = Non–voting shares
RVS = Restricted voting shares
SVS = Subordinate voting shares
MVS = Multiple voting shares
/D   = DSC (Deferred Sales Charge)
/NL  = No Load

**Disclosure of sources of revenue**
TD Direct Investing and/or parties related to us may earn revenue in addition to commission from the following sources: currency conversion charges on certain trades and mutual fund transactions, fees paid by issuers and others in connection with corporate actions and new issues, the sale of fixed income products, trailer fees paid by mutual fund companies, and remuneration paid by U.S. market makers and exchanges in connection with U.S. trades. For more information, see the TD Waterhouse Canada Inc. Account and Service Agreements and Disclosure Documents booklet. It is also available online at www.td.com/ca/en/investing/direct-investing.

The name of the salesperson, dealer and/or market in this transaction will be provided upon request.

TD Direct Investing is a division of TD Waterhouse Canada Inc., a subsidiary of The Toronto-Dominion Bank.

**Thank you for choosing TD Direct Investing.**

**TD Waterhouse Canada Inc. - Member of the Canadian Investor Protection Fund**
00130878 0000003782 20210622 89102U103 671417

Order execution account
No advice or recommendations provided.



**TD Direct Investing**
*3500 STEELES AVE E*
*TOWER 2, 2ND FLOOR*
*MARKHAM ON L3R 0X1*

**TD Direct Investing**

## Transaction Confirmation

MR ANTONIO VIRGILIO
UNIT 202
3530 RUE DU MOUSQUETAIRE
LAVAL QC  H7E 0C1

**Account number and type**
44XLJ1K - TD Waterhouse Tax-Free Savings
Account - US

**Questions?**
**Contact an Investment Representative**
Toll Free 1 (800) 361-2684

## Transaction on June 22, 2021

▸ **For settlement on:** June 24, 2021
▸ **Processed on:** June 22, 2021

| Transaction | Security Description | Quantity | Price ($) | Amount ($) |
|---|---|---|---|---|
| **You bought** | TORCHLIGHT ENERGY RES INC | 100 | 7.575 | |
| | PG-420608 | | | |

**Ticker symbol: TRCH**
Security number: 671417
CUSIP ID: 89102U103
Trade number: 004698
Trade processed by: 9FPQ

| | | |
|---|---|---|
| Gross transaction amount | | USD  757.50 |
| *Plus*     Commission | | 9.99 |
| *Equals* **Net transaction amount** | | **USD $767.49** |

*As agent, TD Direct Investing confirms the above purchase on a U.S. OTC marketplace for settlement in your account.*

## Important information

Please review the information in this Transaction Confirmation carefully and let us know within 10 calendar days if there are any discrepancies.

Clients' accounts are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of coverage is available upon request.

**Abbreviations used in the security descriptions**
RS  = Restricted shares
NVS = Non–voting shares
RVS = Restricted voting shares
SVS = Subordinate voting shares
MVS = Multiple voting shares
/D  = DSC (Deferred Sales Charge)
/NL = No Load

**Disclosure of sources of revenue**
TD Direct Investing and/or parties related to us may earn revenue in addition to commission from the following sources: currency conversion charges on certain trades and mutual fund transactions, fees paid by issuers and others in connection with corporate actions and new issues, the sale of fixed income products, trailer fees paid by mutual fund companies, and remuneration paid by U.S. market makers and exchanges in connection with U.S. trades. For more information, see the TD Waterhouse Canada Inc. Account and Service Agreements and Disclosure Documents booklet. It is also available online at www.td.com/ca/en/investing/direct-investing.

The name of the salesperson, dealer and/or market in this transaction will be provided upon request.

TD Direct Investing is a division of TD Waterhouse Canada Inc., a subsidiary of The Toronto-Dominion Bank.

**Thank you for choosing TD Direct Investing.**

**TD Waterhouse Canada Inc. - Member of the Canadian Investor Protection Fund**
00130877 0000003782 20210622 89102U103 671417

Order execution account
No advice or recommendations provided.

**TD Direct Investing**
*3500 STEELES AVE E*
*TOWER 2, 2ND FLOOR*
*MARKHAM ON L3R 0X1*

**TD Direct Investing**

MR ANTONIO VIRGILIO
UNIT 202
3530 RUE DU MOUSQUETAIRE
LAVAL QC  H7E 0C1

## Transaction Confirmation

**Account number and type**
44XLJ1K - TD Waterhouse Tax-Free Savings
Account - US

**Questions?**
**Contact an Investment Representative**
Toll Free 1 (800) 361-2684

## Transaction on June 21, 2021

▸ **For settlement on:** June 23, 2021
▸ **Processed on:** June 21, 2021

| Transaction | Security Description | Quantity | Price ($) | Amount ($) |
|---|---|---|---|---|
| **You bought** | TORCHLIGHT ENERGY RES INC | 8 | 9.15 | |
| | GY-418852 | | | |

**Ticker symbol: TRCH**
Security number: 671417
CUSIP ID: 89102U103
Trade number: 006346
Trade processed by: 9FPQ

| | | |
|---|---|---|
| Gross transaction amount | USD | 73.20 |
| *Plus*   Commission | | 9.99 |
| *Equals* **Net transaction amount** | **USD** | **$83.19** |

*As agent, TD Direct Investing confirms the above purchase on a U.S. OTC marketplace for settlement in your account.*

## Important information

Please review the information in this Transaction Confirmation carefully and let us know within 10 calendar days if there are any discrepancies.

Clients' accounts are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of coverage is available upon request.

**Abbreviations used in the security descriptions**
RS   = Restricted shares
NVS = Non–voting shares
RVS = Restricted voting shares
SVS = Subordinate voting shares
MVS = Multiple voting shares
/D   = DSC (Deferred Sales Charge)
/NL  = No Load

**Disclosure of sources of revenue**
TD Direct Investing and/or parties related to us may earn revenue in addition to commission from the following sources: currency conversion charges on certain trades and mutual fund transactions, fees paid by issuers and others in connection with corporate actions and new issues, the sale of fixed income products, trailer fees paid by mutual fund companies, and remuneration paid by U.S. market makers and exchanges in connection with U.S. trades. For more information, see the TD Waterhouse Canada Inc. Account and Service Agreements and Disclosure Documents booklet. It is also available online at www.td.com/ca/en/investing/direct-investing.

The name of the salesperson, dealer and/or market in this transaction will be provided upon request.

TD Direct Investing is a division of TD Waterhouse Canada Inc., a subsidiary of The Toronto-Dominion Bank.

**Thank you for choosing
TD Direct Investing.**

**TD Waterhouse Canada Inc. - Member of the Canadian Investor Protection Fund**
00139402 0000003781 20210621 89102U103 671417

Order execution account
No advice or recommendations provided.



**TD Direct Investing**
*3500 STEELES AVE E*
*TOWER 2, 2ND FLOOR*
*MARKHAM ON L3R 0X1*

**TD Direct Investing**

MR ANTONIO VIRGILIO
UNIT 202
3530 RUE DU MOUSQUETAIRE
LAVAL QC  H7E 0C1

# Transaction Confirmation

**Account number and type**
44XLJ1K - TD Waterhouse Tax-Free Savings
Account - US

**Questions?**
**Contact an Investment Representative**
Toll Free 1 (800) 361-2684

## Transaction on June 21, 2021

▸ **For settlement on:** June 23, 2021
▸ **Processed on:** June 21, 2021

| Transaction | Security Description | Quantity | Price ($) | Amount ($) |
|---|---|---|---|---|
| **You bought** | TORCHLIGHT ENERGY RES INC DM-418401 | 100 | 9.0299 | |

**Ticker symbol: TRCH**
Security number: 671417
CUSIP ID: 89102U103
Trade number: 003675
Trade processed by: 9FPQ

| | | |
|---|---|---|
| Gross transaction amount | | USD  902.99 |
| *Plus*    Commission | | 9.99 |
| *Equals* **Net transaction amount** | | **USD $912.98** |

*As agent, TD Direct Investing confirms the above purchase on a U.S. OTC marketplace for settlement in your account.*

## Important information

Please review the information in this Transaction Confirmation carefully and let us know within 10 calendar days if there are any discrepancies.

Clients' accounts are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of coverage is available upon request.

**Abbreviations used in the security descriptions**
RS  = Restricted shares
NVS = Non–voting shares
RVS = Restricted voting shares
SVS = Subordinate voting shares
MVS = Multiple voting shares
/D  = DSC (Deferred Sales Charge)
/NL = No Load

**Disclosure of sources of revenue**
TD Direct Investing and/or parties related to us may earn revenue in addition to commission from the following sources: currency conversion charges on certain trades and mutual fund transactions, fees paid by issuers and others in connection with corporate actions and new issues, the sale of fixed income products, trailer fees paid by mutual fund companies, and remuneration paid by U.S. market makers and exchanges in connection with U.S. trades. For more information, see the TD Waterhouse Canada Inc. Account and Service Agreements and Disclosure Documents booklet. It is also available online at www.td.com/ca/en/investing/direct-investing.

The name of the salesperson, dealer and/or market in this transaction will be provided upon request.

TD Direct Investing is a division of TD Waterhouse Canada Inc., a subsidiary of The Toronto-Dominion Bank.

**Thank you for choosing
TD Direct Investing.**

**TD Waterhouse Canada Inc. - Member of the Canadian Investor Protection Fund**
00139401 0000003781 20210621 89102U103 671417

Order execution account
No advice or recommendations provided.



**TD Direct Investing**
*3500 STEELES AVE E*
*TOWER 2, 2ND FLOOR*
*MARKHAM ON L3R 0X1*

**TD Direct Investing**

## Transaction Confirmation

MR ANTONIO VIRGILIO
UNIT 202
3530 RUE DU MOUSQUETAIRE
LAVAL QC  H7E 0C1

**Account number and type**
44XLJ1K - TD Waterhouse Tax-Free Savings
Account - US

**Questions?**
**Contact an Investment Representative**
Toll Free 1 (800) 361-2684

## Transaction on June 21, 2021

▸ **For settlement on:** June 23, 2021
▸ **Processed on:** June 21, 2021

| Transaction | Security Description | Quantity | Price ($) | Amount ($) |
|---|---|---|---|---|
| **You bought** | TORCHLIGHT ENERGY RES INC IO-418666 | 107 | 9.103 | |

**Ticker symbol: TRCH**
Security number: 671417
CUSIP ID: 89102U103
Trade number: 002184
Trade processed by: 9FPQ

|  |  |  |
|---|---|---|
| | Gross transaction amount | USD  974.02 |
| *Plus* | Commission | 9.99 |
| *Equals* | **Net transaction amount** | **USD $984.01** |

*As agent, TD Direct Investing confirms the above purchase on a U.S. OTC marketplace for settlement in your account.*

## Important information

Please review the information in this Transaction Confirmation carefully and let us know within 10 calendar days if there are any discrepancies.

Clients' accounts are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of coverage is available upon request.

**Abbreviations used in the security descriptions**
RS  = Restricted shares
NVS = Non–voting shares
RVS = Restricted voting shares
SVS = Subordinate voting shares
MVS = Multiple voting shares
/D  = DSC (Deferred Sales Charge)
/NL = No Load

**Disclosure of sources of revenue**
TD Direct Investing and/or parties related to us may earn revenue in addition to commission from the following sources: currency conversion charges on certain trades and mutual fund transactions, fees paid by issuers and others in connection with corporate actions and new issues, the sale of fixed income products, trailer fees paid by mutual fund companies, and remuneration paid by U.S. market makers and exchanges in connection with U.S. trades. For more information, see the TD Waterhouse Canada Inc. Account and Service Agreements and Disclosure Documents booklet. It is also available online at www.td.com/ca/en/investing/direct-investing.

The name of the salesperson, dealer and/or market in this transaction will be provided upon request.

TD Direct Investing is a division of TD Waterhouse Canada Inc., a subsidiary of The Toronto-Dominion Bank.

**Thank you for choosing TD Direct Investing.**

**TD Waterhouse Canada Inc. - Member of the Canadian Investor Protection Fund**
00138399 0000003781 20210621 89102U103 671417

Order execution account
No advice or recommendations provided.



**TD Direct Investing**
*3500 STEELES AVE E*
*TOWER 2, 2ND FLOOR*
*MARKHAM ON L3R 0X1*

**TD Direct Investing**


*100:1 Rev Split*

MR ANTONIO VIRGILIO
UNIT 202
3530 RUE DU MOUSQUETAIRE
LAVAL QC  H7E 0C1

## Transaction Confirmation

**Account number and type**
44XLJ1K - TD Waterhouse Tax-Free Savings
Account - US

**Questions?**
**Contact an Investment Representative**
Toll Free 1 (800) 361-2684

## Transaction on June 28, 2021

▸ **For settlement on:** June 30, 2021
▸ **Processed on:** June 28, 2021

| Transaction | Security Description | Quantity | Price ($) | Amount ($) |
|---|---|---|---|---|
| **You bought** | META MATERIALS INC | 85 | 8.0353 | |
| | WN-425560 | | | |

**Ticker symbol: MMAT**
Security number: 43665R
CUSIP ID: 59134N104
Trade number: 005254
Trade processed by: 9FPQ

| | | |
|---|---|---|
| Gross transaction amount | USD | 683.00 |
| *Plus* **Commission** | | 9.99 |
| *Equals* **Net transaction amount** | | **USD $692.99** |

*As agent, TD Direct Investing confirms the above purchase on a U.S. OTC marketplace for settlement in your account.*

## Important information

Please review the information in this Transaction Confirmation carefully and let us know within 10 calendar days if there are any discrepancies.

Clients' accounts are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of coverage is available upon request.

**Abbreviations used in the security descriptions**
RS   = Restricted shares
NVS = Non–voting shares
RVS = Restricted voting shares
SVS = Subordinate voting shares
MVS = Multiple voting shares
/D   = DSC (Deferred Sales Charge)
/NL  = No Load

**Disclosure of sources of revenue**
TD Direct Investing and/or parties related to us may earn revenue in addition to commission from the following sources: currency conversion charges on certain trades and mutual fund transactions, fees paid by issuers and others in connection with corporate actions and new issues, the sale of fixed income products, trailer fees paid by mutual fund companies, and remuneration paid by U.S. market makers and exchanges in connection with U.S. trades. For more information, see the TD Waterhouse Canada Inc. Account and Service Agreements and Disclosure Documents booklet. It is also available online at www.td.com/ca/en/investing/direct-investing.

The name of the salesperson, dealer and/or market in this transaction will be provided upon request.

TD Direct Investing is a division of TD Waterhouse Canada Inc., a subsidiary of The Toronto-Dominion Bank.

**Thank you for choosing
TD Direct Investing.**

**TD Waterhouse Canada Inc. - Member of the Canadian Investor Protection Fund**
00136502 0000003786 20210628 59134N104 43665R

Order execution account
No advice or recommendations provided.

 **TD Direct Investing**
*3500 STEELES AVE E*
*TOWER 2, 2ND FLOOR*
*MARKHAM ON L3R 0X1*

**TD Direct Investing**

MR ANTONIO VIRGILIO
UNIT 202
3530 RUE DU MOUSQUETAIRE
LAVAL QC  H7E 0C1

## Transaction Confirmation

**Account number and type**
44XLJ1K - TD Waterhouse Tax-Free Savings
Account - US

**Questions?**
**Contact an Investment Representative**
Toll Free 1 (800) 361-2684

## Transaction on June 29, 2021

‣ **For settlement on:** July 01, 2021
‣ **Processed on:** June 29, 2021

| Transaction | Security Description | Quantity | Price ($) | Amount ($) |
|---|---|---|---|---|
| **You bought** | META MATERIALS INC | 100 | 7.0199 | |
| | BR-420671 | | | |

**Ticker symbol: MMAT**
Security number: 43665R
CUSIP ID: 59134N104
Trade number: 001764
Trade processed by: 9FPQ

| | | |
|---|---|---|
| Gross transaction amount | USD | 701.99 |
| *Plus*  Commission | | 9.99 |
| *Equals* **Net transaction amount** | **USD** | **$711.98** |

*As agent, TD Direct Investing confirms the above purchase on a U.S. OTC marketplace for settlement in your account.*

## Important information

Please review the information in this Transaction Confirmation carefully and let us know within 10 calendar days if there are any discrepancies.

Clients' accounts are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of coverage is available upon request.

**Abbreviations used in the security descriptions**
RS   = Restricted shares
NVS = Non–voting shares
RVS = Restricted voting shares
SVS = Subordinate voting shares
MVS = Multiple voting shares
/D   = DSC (Deferred Sales Charge)
/NL  = No Load

**Disclosure of sources of revenue**
TD Direct Investing and/or parties related to us may earn revenue in addition to commission from the following sources: currency conversion charges on certain trades and mutual fund transactions, fees paid by issuers and others in connection with corporate actions and new issues, the sale of fixed income products, trailer fees paid by mutual fund companies, and remuneration paid by U.S. market makers and exchanges in connection with U.S. trades. For more information, see the TD Waterhouse Canada Inc. Account and Service Agreements and Disclosure Documents booklet. It is also available online at www.td.com/ca/en/investing/direct-investing.

The name of the salesperson, dealer and/or market in this transaction will be provided upon request.

TD Direct Investing is a division of TD Waterhouse Canada Inc., a subsidiary of The Toronto-Dominion Bank.

**Thank you for choosing TD Direct Investing.**

**TD Waterhouse Canada Inc. - Member of the Canadian Investor Protection Fund**
00132650 0000003787 20210629 59134N104 43665R

Order execution account
No advice or recommendations provided.



**TD Direct Investing**
*3500 STEELES AVE E*
*TOWER 2, 2ND FLOOR*
*MARKHAM ON L3R 0X1*

**TD Direct Investing**

MR ANTONIO VIRGILIO
UNIT 202
3530 RUE DU MOUSQUETAIRE
LAVAL QC  H7E 0C1

## Transaction Confirmation

**Account number and type**
44XLJ1K - TD Waterhouse Tax-Free Savings
Account - US

**Questions?**
**Contact an Investment Representative**
Toll Free 1 (800) 361-2684

## Transaction on July 08, 2021

▸ **For settlement on:** July 12, 2021
▸ **Processed on:** July 08, 2021

| Transaction | Security Description | Quantity | Price ($) | Amount ($) |
|---|---|---|---|---|
| **You bought** | META MATERIALS INC | 110 | 5.746 | |
| | WC-425004 | | | |

**Ticker symbol: MMAT**
Security number: 43665R
CUSIP ID: 59134N104
Trade number: 001450
Trade processed by: 9FPQ

| | | |
|---|---|---|
| Gross transaction amount | | USD  632.06 |
| *Plus*    Commission | | 9.99 |
| *Equals*  **Net transaction amount** | | **USD $642.05** |

*As agent, TD Direct Investing confirms the above purchase on a U.S. OTC marketplace for settlement in your account.*

## Important information

Please review the information in this Transaction Confirmation carefully and let us know within 10 calendar days if there are any discrepancies.

Clients' accounts are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of coverage is available upon request.

**Abbreviations used in the security descriptions**
RS  = Restricted shares
NVS = Non–voting shares
RVS = Restricted voting shares
SVS = Subordinate voting shares
MVS = Multiple voting shares
/D  = DSC (Deferred Sales Charge)
/NL = No Load

**Disclosure of sources of revenue**
TD Direct Investing and/or parties related to us may earn revenue in addition to commission from the following sources: currency conversion charges on certain trades and mutual fund transactions, fees paid by issuers and others in connection with corporate actions and new issues, the sale of fixed income products, trailer fees paid by mutual fund companies, and remuneration paid by U.S. market makers and exchanges in connection with U.S. trades. For more information, see the TD Waterhouse Canada Inc. Account and Service Agreements and Disclosure Documents booklet. It is also available online at www.td.com/ca/en/investing/direct-investing.

The name of the salesperson, dealer and/or market in this transaction will be provided upon request.

TD Direct Investing is a division of TD Waterhouse Canada Inc., a subsidiary of The Toronto-Dominion Bank.

**Thank you for choosing
TD Direct Investing.**

**TD Waterhouse Canada Inc. - Member of the Canadian Investor Protection Fund**
00144273 0000003794 20210708 59134N104 43665R

Order execution account
No advice or recommendations provided.

**TD Direct Investing**
*3500 STEELES AVE E*
*TOWER 2, 2ND FLOOR*
*MARKHAM ON L3R 0X1*

**TD Direct Investing**

MR ANTONIO VIRGILIO
UNIT 202
3530 RUE DU MOUSQUETAIRE
LAVAL QC  H7E 0C1

## Transaction Confirmation

**Account number and type**
44XLJ1K - TD Waterhouse Tax-Free Savings
Account - US

**Questions?**
**Contact an Investment Representative**
Toll Free 1 (800) 361-2684

## Transaction on July 16, 2021

▸ **For settlement on:** July 20, 2021
▸ **Processed on:** July 16, 2021

| Transaction | Security Description | Quantity | Price ($) | Amount ($) |
|---|---|---|---|---|
| **You bought** | META MATERIALS INC | 185 | 3.70 | |
| | DW-427759 | | | |

**Ticker symbol: MMAT**
Security number: 43665R
CUSIP ID: 59134N104
Trade number: 002061
Trade processed by: 9FPQ

| | | |
|---|---|---|
| | Gross transaction amount | USD  684.50 |
| *Plus* | Commission | 9.99 |
| *Equals* | **Net transaction amount** | **USD $694.49** |

*As agent, TD Direct Investing confirms the above purchase on a U.S. OTC marketplace for settlement in your account.*

## Important information

Please review the information in this Transaction Confirmation carefully and let us know within 10 calendar days if there are any discrepancies.

Clients' accounts are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of coverage is available upon request.

**Abbreviations used in the security descriptions**
RS  = Restricted shares
NVS = Non–voting shares
RVS = Restricted voting shares
SVS = Subordinate voting shares
MVS = Multiple voting shares
/D  = DSC (Deferred Sales Charge)
/NL = No Load

**Disclosure of sources of revenue**
TD Direct Investing and/or parties related to us may earn revenue in addition to commission from the following sources: currency conversion charges on certain trades and mutual fund transactions, fees paid by issuers and others in connection with corporate actions and new issues, the sale of fixed income products, trailer fees paid by mutual fund companies, and remuneration paid by U.S. market makers and exchanges in connection with U.S. trades. For more information, see the TD Waterhouse Canada Inc. Account and Service Agreements and Disclosure Documents booklet. It is also available online at www.td.com/ca/en/investing/direct-investing.

The name of the salesperson, dealer and/or market in this transaction will be provided upon request.

TD Direct Investing is a division of TD Waterhouse Canada Inc., a subsidiary of The Toronto-Dominion Bank.

**Thank you for choosing TD Direct Investing.**

**TD Waterhouse Canada Inc. - Member of the Canadian Investor Protection Fund**
00119068 0000003800 20210716 59134N104 43665R

Order execution account
No advice or recommendations provided.

**TD Direct Investing**
*3500 STEELES AVE E*
*TOWER 2, 2ND FLOOR*
*MARKHAM ON L3R 0X1*

**TD Direct Investing**

MR ANTONIO VIRGILIO
UNIT 202
3530 RUE DU MOUSQUETAIRE
LAVAL QC  H7E 0C1

## Transaction Confirmation

**Account number and type**
44XLJ1K - TD Waterhouse Tax-Free Savings
Account - US

**Questions?**
**Contact an Investment Representative**
Toll Free 1 (800) 361-2684

## Transaction on July 29, 2021

▸ **For settlement on:** August 02, 2021
▸ **Processed on:** July 29, 2021

| Transaction | Security Description | Quantity | Price ($) | Amount ($) |
|---|---|---|---|---|
| **You bought** | META MATERIALS INC ES-430605 | 200 | 3.5877 | |

**Ticker symbol: MMAT**
Security number: 43665R
CUSIP ID: 59134N104
Trade number: 001505
Trade processed by: 9FPQ

|  | | |
|---|---|---|
| Gross transaction amount | USD | 717.54 |
| *Plus* Commission | | 9.99 |
| *Equals* **Net transaction amount** | **USD** | **$727.53** |

*As agent, TD Direct Investing confirms the above purchase on a U.S. OTC marketplace for settlement in your account.*

## Important information

Please review the information in this Transaction Confirmation carefully and let us know within 10 calendar days if there are any discrepancies.

Clients' accounts are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of coverage is available upon request.

**Abbreviations used in the security descriptions**
RS   = Restricted shares
NVS = Non–voting shares
RVS = Restricted voting shares
SVS = Subordinate voting shares
MVS = Multiple voting shares
/D   = DSC (Deferred Sales Charge)
/NL  = No Load

**Disclosure of sources of revenue**
TD Direct Investing and/or parties related to us may earn revenue in addition to commission from the following sources: currency conversion charges on certain trades and mutual fund transactions, fees paid by issuers and others in connection with corporate actions and new issues, the sale of fixed income products, trailer fees paid by mutual fund companies, and remuneration paid by U.S. market makers and exchanges in connection with U.S. trades. For more information, see the TD Waterhouse Canada Inc. Account and Service Agreements and Disclosure Documents booklet. It is also available online at www.td.com/ca/en/investing/direct-investing.

The name of the salesperson, dealer and/or market in this transaction will be provided upon request.

TD Direct Investing is a division of TD Waterhouse Canada Inc., a subsidiary of The Toronto-Dominion Bank.

**Thank you for choosing TD Direct Investing.**

**TD Waterhouse Canada Inc. - Member of the Canadian Investor Protection Fund**
00116347 000000003809 20210729 59134N104 43665R

Order execution account
No advice or recommendations provided.

**TD** **TD Direct Investing**
*3500 STEELES AVE E*
*TOWER 2, 2ND FLOOR*
*MARKHAM ON L3R 0X1*

**TD Direct Investing**

**Transaction Confirmation**

MR ANTONIO VIRGILIO
UNIT 202
3530 RUE DU MOUSQUETAIRE
LAVAL QC  H7E 0C1

**Account number and type**
44XLJ1K - TD Waterhouse Tax-Free Savings Account - US

**Questions?**
**Contact an Investment Representative**
Toll Free 1 (800) 361-2684

## Transaction on October 26, 2021

▸ **For settlement on:** October 28, 2021
▸ **Processed on:** October 26, 2021

| Transaction | Security Description | Quantity | Price ($) | Amount ($) |
|---|---|---|---|---|
| **You sold** | META MATERIALS INC | 500 | 4.6154 | |
| | EP-455290 | | | |

**Ticker symbol: MMAT**
Security number: 43665R
CUSIP ID: 59134N104
Trade number: 003696
Trade processed by: 9FPQ

| | | Amount |
|---|---|---|
| | Gross transaction amount | USD  2,307.70 |
| *Less* | Commission | -9.99 |
| *Less* | US tax | -0.02 |
| *Equals* | **Net transaction amount** | **USD $2,297.69** |

*As agent, TD Direct Investing confirms the above sale on a U.S. OTC marketplace for settlement in your account.*

## Important information

Please review the information in this Transaction Confirmation carefully and let us know within 10 calendar days if there are any discrepancies.

Clients' accounts are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of coverage is available upon request.

**Abbreviations used in the security descriptions**
RS  = Restricted shares
NVS = Non–voting shares
RVS = Restricted voting shares
SVS = Subordinate voting shares
MVS = Multiple voting shares
/D  = DSC (Deferred Sales Charge)
/NL = No Load

**Disclosure of sources of revenue**
TD Direct Investing and/or parties related to us may earn revenue in addition to commission from the following sources: currency conversion charges on certain trades and mutual fund transactions, fees paid by issuers and others in connection with corporate actions and new issues, the sale of fixed income products, trailer fees paid by mutual fund companies, and remuneration paid by U.S. market makers and exchanges in connection with U.S. trades. For more information, see the TD Waterhouse Canada Inc. Account and Service Agreements and Disclosure Documents booklet. It is also available online at www.td.com/ca/en/investing/direct-investing.

The name of the salesperson, dealer and/or market in this transaction will be provided upon request.

TD Direct Investing is a division of TD Waterhouse Canada Inc., a subsidiary of The Toronto-Dominion Bank.

**Thank you for choosing TD Direct Investing.**

**TD Waterhouse Canada Inc. - Member of the Canadian Investor Protection Fund**
00153826 000003871 20211026 59134N104 43665R

Order execution account
No advice or recommendations provided.



**TD Direct Investing**
*3500 STEELES AVE E*
*TOWER 2, 2ND FLOOR*
*MARKHAM ON L3R 0X1*

**TD Direct Investing**

## Transaction Confirmation

MR ANTONIO VIRGILIO
UNIT 202
3530 RUE DU MOUSQUETAIRE
LAVAL QC  H7E 0C1

**Account number and type**
44XLJ1K - TD Waterhouse Tax-Free Savings
Account - US

**Questions?**
**Contact an Investment Representative**
Toll Free 1 (800) 361-2684

## Transaction on October 26, 2021

▸ **For settlement on:** October 28, 2021
▸ **Processed on:** October 26, 2021

| Transaction | Security Description | Quantity | Price ($) | Amount ($) |
|---|---|---|---|---|
| **You sold** | META MATERIALS INC | 300 | 4.5901 | |
| | YZ-457243 | | | |

**Ticker symbol: MMAT**
Security number: 43665R
CUSIP ID: 59134N104
Trade number: 003543
Trade processed by: 9FPQ

| | | |
|---|---|---|
| Gross transaction amount | USD | 1,377.03 |
| *Less*   Commission | | -9.99 |
| *Less*   US tax | | -0.01 |
| *Equals* **Net transaction amount** | **USD** | **$1,367.03** |

*As agent, TD Direct Investing confirms the above sale on a U.S. OTC marketplace for
settlement in your account.*

## Important information

Please review the information in this Transaction Confirmation carefully and let us know within 10 calendar days if there are any discrepancies.

Clients' accounts are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of coverage is available upon request.

**Abbreviations used in the security descriptions**
RS  = Restricted shares
NVS = Non–voting shares
RVS = Restricted voting shares
SVS = Subordinate voting shares
MVS = Multiple voting shares
/D   = DSC (Deferred Sales Charge)
/NL = No Load

**Disclosure of sources of revenue**
TD Direct Investing and/or parties related to us may earn revenue in addition to commission from the following sources: currency conversion charges on certain trades and mutual fund transactions, fees paid by issuers and others in connection with corporate actions and new issues, the sale of fixed income products, trailer fees paid by mutual fund companies, and remuneration paid by U.S. market makers and exchanges in connection with U.S. trades. For more information, see the TD Waterhouse Canada Inc. Account and Service Agreements and Disclosure Documents booklet. It is also available online at www.td.com/ca/en/investing/direct-investing.

The name of the salesperson, dealer and/or market in this transaction will be provided upon request.

TD Direct Investing is a division of TD Waterhouse Canada Inc., a subsidiary of The Toronto-Dominion Bank.

**Thank you for choosing
TD Direct Investing.**

**TD Waterhouse Canada Inc. - Member of the Canadian Investor Protection Fund**
00153825 0000003871 20211026 59134N104 43665R

Order execution account
No advice or recommendations provided.

**TD Direct Investing**
*3500 STEELES AVE E*
*TOWER 2, 2ND FLOOR*
*MARKHAM ON L3R 0X1*

**TD Direct Investing**

MR ANTONIO VIRGILIO
UNIT 202
3530 RUE DU MOUSQUETAIRE
LAVAL QC  H7E 0C1

## Transaction Confirmation

**Account number and type**
44XLJ1K - TD Waterhouse Tax-Free Savings
Account - US

**Questions?**
**Contact an Investment Representative**
Toll Free 1 (800) 361-2684

## Transaction on November 01, 2021

▸ **For settlement on:** November 03, 2021
▸ **Processed on:** November 01, 2021

| Transaction | Security Description | Quantity | Price ($) | Amount ($) |
|---|---|---|---|---|
| **You sold** | META MATERIALS INC DO-459744 | 200 | 4.85 | |

**Ticker symbol: MMAT**
Security number: 43665R
CUSIP ID: 59134N104
Trade number: 003520
Trade processed by: 9FPQ

| | | |
|---|---|---|
| Gross transaction amount | | USD  970.00 |
| *Less*    Commission | | -9.99 |
| *Less*    US tax | | -0.01 |
| *Equals* **Net transaction amount** | | **USD $960.00** |

*As agent, TD Direct Investing confirms the above sale on a U.S. OTC marketplace for settlement in your account.*

## Important information

Please review the information in this Transaction Confirmation carefully and let us know within 10 calendar days if there are any discrepancies.

Clients' accounts are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of coverage is available upon request.

**Abbreviations used in the security descriptions**
RS   = Restricted shares
NVS = Non–voting shares
RVS = Restricted voting shares
SVS = Subordinate voting shares
MVS = Multiple voting shares
/D   = DSC (Deferred Sales Charge)
/NL  = No Load

**Disclosure of sources of revenue**
TD Direct Investing and/or parties related to us may earn revenue in addition to commission from the following sources: currency conversion charges on certain trades and mutual fund transactions, fees paid by issuers and others in connection with corporate actions and new issues, the sale of fixed income products, trailer fees paid by mutual fund companies, and remuneration paid by U.S. market makers and exchanges in connection with U.S. trades. For more information, see the TD Waterhouse Canada Inc. Account and Service Agreements and Disclosure Documents booklet. It is also available online at www.td.com/ca/en/investing/direct-investing.

The name of the salesperson, dealer and/or market in this transaction will be provided upon request.

TD Direct Investing is a division of TD Waterhouse Canada Inc., a subsidiary of The Toronto-Dominion Bank.

**Thank you for choosing TD Direct Investing.**

**TD Waterhouse Canada Inc. - Member of the Canadian Investor Protection Fund**
00143243 0000003875 20211101 59134N104 43665R

Order execution account
No advice or recommendations provided.



**TD Direct Investing**
*3500 STEELES AVE E*
*TOWER 2, 2ND FLOOR*
*MARKHAM ON L3R 0X1*

**TD Direct Investing**

MR ANTONIO VIRGILIO
UNIT 202
3530 RUE DU MOUSQUETAIRE
LAVAL QC  H7E 0C1

## Transaction Confirmation

**Account number and type**
44XLJ1K - TD Waterhouse Tax-Free Savings
Account - US

**Questions?**
**Contact an Investment Representative**
Toll Free 1 (800) 361-2684

## Transaction on November 03, 2021

▸ **For settlement on:** November 05, 2021
▸ **Processed on:** November 03, 2021

| Transaction | Security Description | Quantity | Price ($) | Amount ($) |
|---|---|---|---|---|
| **You bought** | META MATERIALS INC XQ-459732 | 250 | 4.9442 | |

**Ticker symbol: MMAT**
Security number: 43665R
CUSIP ID: 59134N104
Trade number: 003287
Trade processed by: 9FPQ

| | | |
|---|---|---|
| Gross transaction amount | USD | 1,236.05 |
| *Plus* Commission | | 9.99 |
| *Equals* **Net transaction amount** | **USD** | **$1,246.04** |

*As agent, TD Direct Investing confirms the above purchase on a U.S. OTC marketplace for settlement in your account.*

## Important information

Please review the information in this Transaction Confirmation carefully and let us know within 10 calendar days if there are any discrepancies.

Clients' accounts are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of coverage is available upon request.

**Abbreviations used in the security descriptions**
RS  = Restricted shares
NVS = Non–voting shares
RVS = Restricted voting shares
SVS = Subordinate voting shares
MVS = Multiple voting shares
/D  = DSC (Deferred Sales Charge)
/NL = No Load

**Disclosure of sources of revenue**
TD Direct Investing and/or parties related to us may earn revenue in addition to commission from the following sources: currency conversion charges on certain trades and mutual fund transactions, fees paid by issuers and others in connection with corporate actions and new issues, the sale of fixed income products, trailer fees paid by mutual fund companies, and remuneration paid by U.S. market makers and exchanges in connection with U.S. trades. For more information, see the TD Waterhouse Canada Inc. Account and Service Agreements and Disclosure Documents booklet. It is also available online at www.td.com/ca/en/investing/direct-investing.

The name of the salesperson, dealer and/or market in this transaction will be provided upon request.

TD Direct Investing is a division of TD Waterhouse Canada Inc., a subsidiary of The Toronto-Dominion Bank.

**Thank you for choosing TD Direct Investing.**

**TD Waterhouse Canada Inc. - Member of the Canadian Investor Protection Fund**
00146448 0000003877 20211103 59134N104 43665R

Order execution account
No advice or recommendations provided.



**TD Direct Investing**
*3500 STEELES AVE E*
*TOWER 2, 2ND FLOOR*
*MARKHAM ON L3R 0X1*

**TD Direct Investing**

MR ANTONIO VIRGILIO
UNIT 202
3530 RUE DU MOUSQUETAIRE
LAVAL QC  H7E 0C1

## Transaction Confirmation

**Account number and type**
44XLJ1K - TD Waterhouse Tax-Free Savings
Account - US

**Questions?**
**Contact an Investment Representative**
Toll Free 1 (800) 361-2684

## Transaction on November 04, 2021

▸ **For settlement on:** November 08, 2021
▸ **Processed on:** November 04, 2021

| Transaction | Security Description | Quantity | Price ($) | Amount ($) |
|---|---|---|---|---|
| **You bought** | META MATERIALS INC | 250 | 4.975 | |
| | IS-459348 | | | |

| | | |
|---|---|---|
| | Gross transaction amount | USD  1,243.75 |
| *Plus* | Commission | 9.99 |
| *Equals* | **Net transaction amount** | **USD $1,253.74** |

**Ticker symbol: MMAT**
Security number: 43665R
CUSIP ID: 59134N104
Trade number: 001546
Trade processed by: 9FPQ

*As agent, TD Direct Investing confirms the above purchase on a U.S. OTC marketplace for settlement in your account.*

## Important information

Please review the information in this Transaction Confirmation carefully and let us know within 10 calendar days if there are any discrepancies.

Clients' accounts are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of coverage is available upon request.

**Abbreviations used in the security descriptions**
RS   = Restricted shares
NVS = Non–voting shares
RVS = Restricted voting shares
SVS = Subordinate voting shares
MVS = Multiple voting shares
/D    = DSC (Deferred Sales Charge)
/NL  = No Load

**Disclosure of sources of revenue**
TD Direct Investing and/or parties related to us may earn revenue in addition to commission from the following sources: currency conversion charges on certain trades and mutual fund transactions, fees paid by issuers and others in connection with corporate actions and new issues, the sale of fixed income products, trailer fees paid by mutual fund companies, and remuneration paid by U.S. market makers and exchanges in connection with U.S. trades. For more information, see the TD Waterhouse Canada Inc. Account and Service Agreements and Disclosure Documents booklet. It is also available online at www.td.com/ca/en/investing/direct-investing.

The name of the salesperson, dealer and/or market in this transaction will be provided upon request.

TD Direct Investing is a division of TD Waterhouse Canada Inc., a subsidiary of The Toronto-Dominion Bank.

**Thank you for choosing
TD Direct Investing.**

**TD Waterhouse Canada Inc. - Member of the Canadian Investor Protection Fund**
00170771 0000003878 20211104 59134N104 43665R

Order execution account
No advice or recommendations provided.

**TD Direct Investing**
*3500 STEELES AVE E*
*TOWER 2, 2ND FLOOR*
*MARKHAM ON L3R 0X1*

**TD Direct Investing**

MR ANTONIO VIRGILIO
UNIT 202
3530 RUE DU MOUSQUETAIRE
LAVAL QC  H7E 0C1

## Transaction Confirmation

**Account number and type**
44XLJ1K - TD Waterhouse Tax-Free Savings
Account - US

**Questions?**
**Contact an Investment Representative**
Toll Free 1 (800) 361-2684

## Transaction on November 08, 2021

‣ **For settlement on:** November 10, 2021
‣ **Processed on:** November 08, 2021

| Transaction | Security Description | Quantity | Price ($) | Amount ($) |
|---|---|---|---|---|
| **You bought** | META MATERIALS INC | 100 | 5.2182 | |
| | ZI-461693 | 150 | 5.215 | |
| | | **250** | | |

**Ticker symbol: MMAT**
Security number: 43665R
CUSIP ID: 59134N104
Trade number: 004155
Trade processed by: 9FPQ

| | | |
|---|---|---|
| Gross transaction amount | USD | 1,304.07 |
| *Plus* Commission | | 9.99 |
| *Equals* **Net transaction amount** | **USD** | **$1,314.06** |

*As agent, TD Direct Investing confirms the above purchase on a U.S. OTC marketplace for settlement in your account.*

## Important information

Please review the information in this Transaction Confirmation carefully and let us know within 10 calendar days if there are any discrepancies.

Clients' accounts are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of coverage is available upon request.

**Abbreviations used in the security descriptions**
RS  = Restricted shares
NVS = Non–voting shares
RVS = Restricted voting shares
SVS = Subordinate voting shares
MVS = Multiple voting shares
/D  = DSC (Deferred Sales Charge)
/NL = No Load

**Disclosure of sources of revenue**
TD Direct Investing and/or parties related to us may earn revenue in addition to commission from the following sources: currency conversion charges on certain trades and mutual fund transactions, fees paid by issuers and others in connection with corporate actions and new issues, the sale of fixed income products, trailer fees paid by mutual fund companies, and remuneration paid by U.S. market makers and exchanges in connection with U.S. trades. For more information, see the TD Waterhouse Canada Inc. Account and Service Agreements and Disclosure Documents booklet. It is also available online at www.td.com/ca/en/investing/direct-investing.

The name of the salesperson, dealer or market in this transaction will be provided upon request.

TD Direct Investing is a division of TD Waterhouse Canada Inc., a subsidiary of The Toronto-Dominion Bank.

**Thank you for choosing TD Direct Investing.**

**TD Waterhouse Canada Inc. - Member of the Canadian Investor Protection Fund**
00182794 0000003880 20211108 59134N104 43665R

Order execution account
No advice or recommendations provided.



**TD Direct Investing**
*3500 STEELES AVE E*
*TOWER 2, 2ND FLOOR*
*MARKHAM ON L3R 0X1*

**TD Direct Investing**

MR ANTONIO VIRGILIO
UNIT 202
3530 RUE DU MOUSQUETAIRE
LAVAL QC  H7E 0C1

## Transaction Confirmation

**Account number and type**
44XLJ1K - TD Waterhouse Tax-Free Savings
Account - US

**Questions?**
**Contact an Investment Representative**
Toll Free 1 (800) 361-2684

## Transaction on November 08, 2021

▸ **For settlement on:** November 10, 2021
▸ **Processed on:** November 08, 2021

| Transaction | Security Description | Quantity | Price ($) | Amount ($) |
|---|---|---|---|---|
| **You bought** | META MATERIALS INC | 250 | 5.105 | |
| | VL-465607 | | | |

|  |  |  |  |
|---|---|---|---|
| | Gross transaction amount | | USD  1,276.25 |
| *Plus* | Commission | | 9.99 |
| *Equals* | **Net transaction amount** | | **USD $1,286.24** |

**Ticker symbol: MMAT**
Security number: 43665R
CUSIP ID: 59134N104
Trade number: 006511
Trade processed by: 9FPQ

*As agent, TD Direct Investing confirms the above purchase on a U.S. OTC marketplace for settlement in your account.*

## Important information

Please review the information in this Transaction Confirmation carefully and let us know within 10 calendar days if there are any discrepancies.

Clients' accounts are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of coverage is available upon request.

**Abbreviations used in the security descriptions**
RS   = Restricted shares
NVS = Non–voting shares
RVS = Restricted voting shares
SVS = Subordinate voting shares
MVS = Multiple voting shares
/D   = DSC (Deferred Sales Charge)
/NL = No Load

**Disclosure of sources of revenue**
TD Direct Investing and/or parties related to us may earn revenue in addition to commission from the following sources: currency conversion charges on certain trades and mutual fund transactions, fees paid by issuers and others in connection with corporate actions and new issues, the sale of fixed income products, trailer fees paid by mutual fund companies, and remuneration paid by U.S. market makers and exchanges in connection with U.S. trades. For more information, see the TD Waterhouse Canada Inc. Account and Service Agreements and Disclosure Documents booklet. It is also available online at www.td.com/ca/en/investing/direct-investing.

The name of the salesperson, dealer and/or market in this transaction will be provided upon request.

TD Direct Investing is a division of TD Waterhouse Canada Inc., a subsidiary of The Toronto-Dominion Bank.

**Thank you for choosing TD Direct Investing.**

**TD Waterhouse Canada Inc. - Member of the Canadian Investor Protection Fund**
00182795 0000003880 20211108 59134N104 43665R

Order execution account
No advice or recommendations provided.



**TD Direct Investing**
*3500 STEELES AVE E*
*TOWER 2, 2ND FLOOR*
*MARKHAM ON L3R 0X1*

**TD Direct Investing**

MR ANTONIO VIRGILIO
UNIT 202
3530 RUE DU MOUSQUETAIRE
LAVAL QC  H7E 0C1

## Transaction Confirmation

**Account number and type**
44XLJ1K - TD Waterhouse Tax-Free Savings
Account - US

**Questions?**
**Contact an Investment Representative**
Toll Free 1 (800) 361-2684

## Transaction on November 10, 2021

▸ **For settlement on:** November 15, 2021
▸ **Processed on:** November 10, 2021

| Transaction | Security Description | Quantity | Price ($) | Amount ($) |
|---|---|---|---|---|
| **You bought** | META MATERIALS INC | 250 | 4.77 | |
| | QX-462675 | | | |

**Ticker symbol: MMAT**
Security number: 43665R
CUSIP ID: 59134N104
Trade number: 000168
Trade processed by: 9FPQ

| | | |
|---|---|---|
| Gross transaction amount | USD | 1,192.50 |
| *Plus* Commission | | 9.99 |
| *Equals* **Net transaction amount** | **USD** | **$1,202.49** |

*As agent,* TD Direct Investing confirms the above purchase on a U.S. OTC marketplace for settlement in your account.

## Important information

Please review the information in this Transaction Confirmation carefully and let us know within 10 calendar days if there are any discrepancies.

Clients' accounts are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of coverage is available upon request.

**Abbreviations used in the security descriptions**
RS   = Restricted shares
NVS = Non–voting shares
RVS = Restricted voting shares
SVS = Subordinate voting shares
MVS = Multiple voting shares
/D    = DSC (Deferred Sales Charge)
/NL  = No Load

**Disclosure of sources of revenue**
TD Direct Investing and/or parties related to us may earn revenue in addition to commission from the following sources: currency conversion charges on certain trades and mutual fund transactions, fees paid by issuers and others in connection with corporate actions and new issues, the sale of fixed income products, trailer fees paid by mutual fund companies, and remuneration paid by U.S. market makers and exchanges in connection with U.S. trades. For more information, see the TD Waterhouse Canada Inc. Account and Service Agreements and Disclosure Documents booklet. It is also available online at www.td.com/ca/en/investing/direct-investing.

The name of the salesperson, dealer and/or market in this transaction will be provided upon request.

TD Direct Investing is a division of TD Waterhouse Canada Inc., a subsidiary of The Toronto-Dominion Bank.

**Thank you for choosing TD Direct Investing.**

**TD Waterhouse Canada Inc. - Member of the Canadian Investor Protection Fund**
00165490 0000003882 20211110 59134N104 43665R

Order execution account
No advice or recommendations provided.



**TD Direct Investing**
*3500 STEELES AVE E*
*TOWER 2, 2ND FLOOR*
*MARKHAM ON L3R 0X1*

**TD Direct Investing**

## Transaction Confirmation

MR ANTONIO VIRGILIO
UNIT 202
3530 RUE DU MOUSQUETAIRE
LAVAL QC  H7E 0C1

**Account number and type**
44XLJ1K - TD Waterhouse Tax-Free Savings
Account - US

**Questions?**
**Contact an Investment Representative**
Toll Free 1 (800) 361-2684

## Transaction on November 15, 2021

▸ **For settlement on:** November 17, 2021
▸ **Processed on:** November 15, 2021

| Transaction | Security Description | Quantity | Price ($) | Amount ($) |
|---|---|---|---|---|
| You bought | META MATERIALS INC | 100 | 4.80 | |
| | BK-465575 | | | |

| | | |
|---|---|---|
| | Gross transaction amount | USD  480.00 |
| *Plus* | Commission | 9.99 |
| *Equals* | **Net transaction amount** | **USD $489.99** |

**Ticker symbol: MMAT**
Security number: 43665R
CUSIP ID: 59134N104
Trade number: 006866
Trade processed by: 9FPQ

*As agent, TD Direct Investing confirms the above purchase on a U.S. OTC marketplace for settlement in your account.*

## Important information

Please review the information in this Transaction Confirmation carefully and let us know within 10 calendar days if there are any discrepancies.

Clients' accounts are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of coverage is available upon request.

**Abbreviations used in the security descriptions**
RS  = Restricted shares
NVS = Non–voting shares
RVS = Restricted voting shares
SVS = Subordinate voting shares
MVS = Multiple voting shares
/D  = DSC (Deferred Sales Charge)
/NL = No Load

**Disclosure of sources of revenue**
TD Direct Investing and/or parties related to us may earn revenue in addition to commission from the following sources: currency conversion charges on certain trades and mutual fund transactions, fees paid by issuers and others in connection with corporate actions and new issues, the sale of fixed income products, trailer fees paid by mutual fund companies, and remuneration paid by U.S. market makers and exchanges in connection with U.S. trades. For more information, see the TD Waterhouse Canada Inc. Account and Service Agreements and Disclosure Documents booklet. It is also available online at www.td.com/ca/en/investing/direct-investing.

The name of the salesperson, dealer and/or market in this transaction will be provided upon request.

TD Direct Investing is a division of TD Waterhouse Canada Inc., a subsidiary of The Toronto-Dominion Bank.

**Thank you for choosing TD Direct Investing.**

Order execution account
No advice or recommendations provided.



**TD Direct Investing**
*3500 STEELES AVE E*
*TOWER 2, 2ND FLOOR*
*MARKHAM ON L3R 0X1*

**TD Direct Investing**

MR ANTONIO VIRGILIO
UNIT 202
3530 RUE DU MOUSQUETAIRE
LAVAL QC  H7E 0C1

## Transaction Confirmation

**Account number and type**
44XLJ1K - TD Waterhouse Tax-Free Savings
Account - US

**Questions?**
**Contact an Investment Representative**
Toll Free 1 (800) 361-2684

## Transaction on November 17, 2021

‣ **For settlement on:** November 19, 2021
‣ **Processed on:** November 17, 2021

| Transaction | Security Description | Quantity | Price ($) | Amount ($) |
|---|---|---|---|---|
| **You bought** | META MATERIALS INC | 50 | 4.58 | |
| | AI-467201 | | | |

**Ticker symbol: MMAT**
Security number: 43665R
CUSIP ID: 59134N104
Trade number: 000470
Trade processed by: 9FPQ

| | | |
|---|---|---|
| Gross transaction amount | USD | 229.00 |
| *Plus*  Commission | | 9.99 |
| *Equals* **Net transaction amount** | | **USD $238.99** |

*As agent, TD Direct Investing confirms the above purchase on a U.S. OTC marketplace for settlement in your account.*

## Important information

Please review the information in this Transaction Confirmation carefully and let us know within 10 calendar days if there are any discrepancies.

Clients' accounts are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of coverage is available upon request.

**Abbreviations used in the security descriptions**
RS   = Restricted shares
NVS = Non–voting shares
RVS = Restricted voting shares
SVS = Subordinate voting shares
MVS = Multiple voting shares
/D   = DSC (Deferred Sales Charge)
/NL  = No Load

**Disclosure of sources of revenue**
TD Direct Investing and/or parties related to us may earn revenue in addition to commission from the following sources: currency conversion charges on certain trades and mutual fund transactions, fees paid by issuers and others in connection with corporate actions and new issues, the sale of fixed income products, trailer fees paid by mutual fund companies, and remuneration paid by U.S. market makers and exchanges in connection with U.S. trades. For more information, see the TD Waterhouse Canada Inc. Account and Service Agreements and Disclosure Documents booklet. It is also available online at www.td.com/ca/en/investing/direct-investing.

The name of the salesperson, dealer and/or market in this transaction will be provided upon request.

TD Direct Investing is a division of TD Waterhouse Canada Inc., a subsidiary of The Toronto-Dominion Bank.

**Thank you for choosing
TD Direct Investing.**

**TD Waterhouse Canada Inc. - Member of the Canadian Investor Protection Fund**
00145432 0000003887 20211117 59134N104 43665R

Order execution account
No advice or recommendations provided.



**TD Direct Investing**
*3500 STEELES AVE E*
*TOWER 2, 2ND FLOOR*
*MARKHAM ON L3R 0X1*

**TD Direct Investing**

MR ANTONIO VIRGILIO
UNIT 202
3530 RUE DU MOUSQUETAIRE
LAVAL QC  H7E 0C1

## Transaction Confirmation

**Account number and type**
44XLJ1K - TD Waterhouse Tax-Free Savings
Account - US

**Questions?**
**Contact an Investment Representative**
Toll Free 1 (800) 361-2684

## Transaction on November 18, 2021

▸ **For settlement on:** November 22, 2021
▸ **Processed on:** November 18, 2021

| Transaction | Security Description | Quantity | Price ($) | Amount ($) |
|---|---|---|---|---|
| **You bought** | META MATERIALS INC | 100 | 4.3199 | |
| | HF-466034 | | | |

|  |  |  |
|---|---|---|
| Gross transaction amount | | USD  431.99 |
| *Plus* Commission | | 9.99 |
| *Equals* **Net transaction amount** | | **USD $441.98** |

**Ticker symbol: MMAT**
Security number: 43665R
CUSIP ID: 59134N104
Trade number: 004691
Trade processed by: 9FPQ

*As agent, TD Direct Investing confirms the above purchase on a U.S. OTC marketplace for settlement in your account.*

## Important information

Please review the information in this Transaction Confirmation carefully and let us know within 10 calendar days if there are any discrepancies.

Clients' accounts are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of coverage is available upon request.

**Abbreviations used in the security descriptions**
RS   = Restricted shares
NVS = Non–voting shares
RVS = Restricted voting shares
SVS = Subordinate voting shares
MVS = Multiple voting shares
/D   = DSC (Deferred Sales Charge)
/NL  = No Load

**Disclosure of sources of revenue**
TD Direct Investing and/or parties related to us may earn revenue in addition to commission from the following sources: currency conversion charges on certain trades and mutual fund transactions, fees paid by issuers and others in connection with corporate actions and new issues, the sale of fixed income products, trailer fees paid by mutual fund companies, and remuneration paid by U.S. market makers and exchanges in connection with U.S. trades. For more information, see the TD Waterhouse Canada Inc. Account and Service Agreements and Disclosure Documents booklet. It is also available online at www.td.com/ca/en/investing/direct-investing.

The name of the salesperson, dealer and/or market in this transaction will be provided upon request.

TD Direct Investing is a division of TD Waterhouse Canada Inc., a subsidiary of The Toronto-Dominion Bank.

**Thank you for choosing TD Direct Investing.**

**TD Waterhouse Canada Inc. - Member of the Canadian Investor Protection Fund**
00148432 0000003888 20211118 59134N104 43665R

Order execution account
No advice or recommendations provided.



**TD Direct Investing**
*3500 STEELES AVE E*
*TOWER 2, 2ND FLOOR*
*MARKHAM ON L3R 0X1*

**TD Direct Investing**

MR ANTONIO VIRGILIO
UNIT 202
3530 RUE DU MOUSQUETAIRE
LAVAL QC  H7E 0C1

## Transaction Confirmation

**Account number and type**
44XLJ1K - TD Waterhouse Tax-Free Savings
Account - US

**Questions?**
**Contact an Investment Representative**
Toll Free 1 (800) 361-2684

## Transaction on November 30, 2021

▸ **For settlement on:** December 02, 2021
▸ **Processed on:** November 30, 2021

| Transaction | Security Description | Quantity | Price ($) | Amount ($) |
|---|---|---|---|---|
| **You bought** | META MATERIALS INC DT-473585 | 250 | 3.55 | |

|  |  |  |
|---|---|---|
| Gross transaction amount | | USD  887.50 |
| *Plus*     Commission | | 9.99 |
| *Equals*  **Net transaction amount** | | **USD $897.49** |

**Ticker symbol: MMAT**
Security number: 43665R
CUSIP ID: 59134N104
Trade number: 001339
Trade processed by: 9FPQ

*As agent, TD Direct Investing confirms the above purchase on a U.S. OTC marketplace for settlement in your account.*

## Important information

Please review the information in this Transaction Confirmation carefully and let us know within 10 calendar days if there are any discrepancies.

Clients' accounts are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of coverage is available upon request.

**Abbreviations used in the security descriptions**
RS   = Restricted shares
NVS = Non–voting shares
RVS = Restricted voting shares
SVS = Subordinate voting shares
MVS = Multiple voting shares
/D   = DSC (Deferred Sales Charge)
/NL  = No Load

**Disclosure of sources of revenue**
TD Direct Investing and/or parties related to us may earn revenue in addition to commission from the following sources: currency conversion charges on certain trades and mutual fund transactions, fees paid by issuers and others in connection with corporate actions and new issues, the sale of fixed income products, trailer fees paid by mutual fund companies, and remuneration paid by U.S. market makers and exchanges in connection with U.S. trades. For more information, see the TD Waterhouse Canada Inc. Account and Service Agreements and Disclosure Documents booklet. It is also available online at www.td.com/ca/en/investing/direct-investing.

The name of the salesperson, dealer and/or market in this transaction will be provided upon request.

TD Direct Investing is a division of TD Waterhouse Canada Inc., a subsidiary of The Toronto-Dominion Bank.

**Thank you for choosing TD Direct Investing.**

**TD Waterhouse Canada Inc. - Member of the Canadian Investor Protection Fund**
00159955 0000003896 20211130 59134N104 43665R

Order execution account
No advice or recommendations provided.



**TD Direct Investing**
*3500 STEELES AVE E*
*TOWER 2, 2ND FLOOR*
*MARKHAM ON L3R 0X1*

**TD Direct Investing**

MR ANTONIO VIRGILIO
UNIT 202
3530 RUE DU MOUSQUETAIRE
LAVAL QC  H7E 0C1

## Transaction Confirmation

**Account number and type**
44XLJ1K – TD Waterhouse Tax-Free Savings
Account - US

**Questions?**
**Contact an Investment Representative**
Toll Free 1 (800) 361-2684

## Transaction on December 03, 2021

‣ **For settlement on:** December 07, 2021
‣ **Processed on:** December 03, 2021

| Transaction | Security Description | Quantity | Price ($) | Amount ($) |
|---|---|---|---|---|
| **You bought** | META MATERIALS INC OX-471603 | 100 | 3.15 | |

**Ticker symbol: MMAT**
Security number: 43665R
CUSIP ID: 59134N104
Trade number: 004574
Trade processed by: 9FPQ

| | | |
|---|---|---|
| Gross transaction amount | USD | 315.00 |
| *Plus*   Commission | | 9.99 |
| *Equals* **Net transaction amount** | | **USD $324.99** |

*As agent, TD Direct Investing confirms the above purchase on a U.S. OTC marketplace for settlement in your account.*

## Important information

Please review the information in this Transaction Confirmation carefully and let us know within 10 calendar days if there are any discrepancies.

Clients' accounts are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of coverage is available upon request.

**Abbreviations used in the security descriptions**
RS   = Restricted shares
NVS = Non–voting shares
RVS = Restricted voting shares
SVS = Subordinate voting shares
MVS = Multiple voting shares
/D    = DSC (Deferred Sales Charge)
/NL  = No Load

**Disclosure of sources of revenue**
TD Direct Investing and/or parties related to us may earn revenue in addition to commission from the following sources: currency conversion charges on certain trades and mutual fund transactions, fees paid by issuers and others in connection with corporate actions and new issues, the sale of fixed income products, trailer fees paid by mutual fund companies, and remuneration paid by U.S. market makers and exchanges in connection with U.S. trades. For more information, see the TD Waterhouse Canada Inc. Account and Service Agreements and Disclosure Documents booklet. It is also available online at www.td.com/ca/en/investing/direct-investing.

The name of the salesperson, dealer or market in this transaction will be provided upon request.

TD Direct Investing is a division of TD Waterhouse Canada Inc., a subsidiary of The Toronto-Dominion Bank.

**Thank you for choosing TD Direct Investing.**

**TD Waterhouse Canada Inc. - Member of the Canadian Investor Protection Fund**
00155608 0000003899 20211203 59134N104 43665R

Order execution account
No advice or recommendations provided.

**TD Direct Investing**
*3500 STEELES AVE E*
*TOWER 2, 2ND FLOOR*
*MARKHAM ON L3R 0X1*

**TD Direct Investing**

MR ANTONIO VIRGILIO
UNIT 202
3530 RUE DU MOUSQUETAIRE
LAVAL QC  H7E 0C1

## Transaction Confirmation

**Account number and type**
44XLJ1K - TD Waterhouse Tax-Free Savings
Account - US

**Questions?**
**Contact an Investment Representative**
Toll Free 1 (800) 361-2684

## Transaction on December 29, 2021

▸ **For settlement on:** December 31, 2021
▸ **Processed on:** December 29, 2021

| Transaction | Security Description | Quantity | Price ($) | Amount ($) |
|---|---|---|---|---|
| **You bought** | META MATERIALS INC QJ-480672 | 200 | 2.565 | |

Ticker symbol: MMAT
Security number: 43665R
CUSIP ID: 59134N104
Trade number: 006631
Trade processed by: 9FPQ

|  |  |  |
|---|---|---|
| Gross transaction amount | | USD  513.00 |
| *Plus*     Commission | | 9.99 |
| *Equals* **Net transaction amount** | | **USD $522.99** |

*As agent, TD Direct Investing confirms the above purchase on a U.S. OTC marketplace for settlement in your account.*

## Important information

Please review the information in this Transaction Confirmation carefully and let us know within 10 calendar days if there are any discrepancies.

Clients' accounts are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of coverage is available upon request.

**Abbreviations used in the security descriptions**
RS   = Restricted shares
NVS = Non–voting shares
RVS = Restricted voting shares
SVS = Subordinate voting shares
MVS = Multiple voting shares
/D   = DSC (Deferred Sales Charge)
/NL  = No Load

**Disclosure of sources of revenue**
TD Direct Investing and/or parties related to us may earn revenue in addition to commission from the following sources: currency conversion charges on certain trades and mutual fund transactions, fees paid by issuers and others in connection with corporate actions and new issues, the sale of fixed income products, trailer fees paid by mutual fund companies, and remuneration paid by U.S. market makers and exchanges in connection with U.S. trades. For more information, see the TD Waterhouse Canada Inc. Account and Service Agreements and Disclosure Documents booklet. It is also available online at www.td.com/ca/en/investing/direct-investing.

The name of the salesperson, dealer and/or market in this transaction will be provided upon request.

TD Direct Investing is a division of TD Waterhouse Canada Inc., a subsidiary of The Toronto-Dominion Bank.

**Thank you for choosing
TD Direct Investing.**

**TD Waterhouse Canada Inc. - Member of the Canadian Investor Protection Fund**
00115854 0000003917 20211229 59134N104 43665R

Order execution account
No advice or recommendations provided.



**TD Direct Investing**
*3500 STEELES AVE E*
*TOWER 2, 2ND FLOOR*
*MARKHAM ON L3R 0X1*

**TD Direct Investing**

MR ANTONIO VIRGILIO
UNIT 202
3530 RUE DU MOUSQUETAIRE
LAVAL QC  H7E 0C1

## Transaction Confirmation

**Account number and type**
44XLJ1K - TD Waterhouse Tax-Free Savings
Account - US

**Questions?**
**Contact an Investment Representative**
Toll Free 1 (800) 361-2684

## Transaction on January 12, 2022

▸ **For settlement on:** January 14, 2022
▸ **Processed on:** January 12, 2022

| Transaction | Security Description | Quantity | Price ($) | Amount ($) |
|---|---|---|---|---|
| **You bought** | META MATERIALS INC | 300 | 2.3099 | |
| | EM-483088 | | | |

**Ticker symbol: MMAT**
Security number: 43665R
CUSIP ID: 59134N104
Trade number: 005969
Trade processed by: 9FPQ

| | | |
|---|---|---|
| Gross transaction amount | | USD  692.97 |
| *Plus* Commission | | 9.99 |
| *Equals* **Net transaction amount** | | **USD $702.96** |

*As agent, TD Direct Investing confirms the above purchase on a U.S. OTC marketplace for settlement in your account.*

## Important information

Please review the information in this Transaction Confirmation carefully and let us know within 10 calendar days if there are any discrepancies.

Clients' accounts are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of coverage is available upon request.

**Abbreviations used in the security descriptions**
RS   = Restricted shares
NVS = Non–voting shares
RVS = Restricted voting shares
SVS = Subordinate voting shares
MVS = Multiple voting shares
/D   = DSC (Deferred Sales Charge)
/NL  = No Load

**Disclosure of sources of revenue**
TD Direct Investing and/or parties related to us may earn revenue in addition to commission from the following sources: currency conversion charges on certain trades and mutual fund transactions, fees paid by issuers and others in connection with corporate actions and new issues, the sale of fixed income products, trailer fees paid by mutual fund companies, and remuneration paid by U.S. market makers and exchanges in connection with U.S. trades. For more information, see the TD Waterhouse Canada Inc. Account and Service Agreements and Disclosure Documents booklet. It is also available online at www.td.com/ca/en/investing/direct-investing.

The name of the salesperson, dealer and/or market in this transaction will be provided upon request.

TD Direct Investing is a division of TD Waterhouse Canada Inc., a subsidiary of The Toronto-Dominion Bank.

**Thank you for choosing
TD Direct Investing.**

**TD Waterhouse Canada Inc. - Member of the Canadian Investor Protection Fund**
00126415 0000003927 20220112 59134N104 43665R

Order execution account
No advice or recommendations provided.

**TD Direct Investing**
*3500 STEELES AVE E*
*TOWER 2, 2ND FLOOR*
*MARKHAM ON L3R 0X1*

**TD Direct Investing**

MR ANTONIO VIRGILIO
UNIT 202
3530 RUE DU MOUSQUETAIRE
LAVAL QC  H7E 0C1

## Transaction Confirmation

**Account number and type**
44XLJ1K - TD Waterhouse Tax-Free Savings
Account - US

**Questions?**
**Contact an Investment Representative**
Toll Free 1 (800) 361-2684

## Transaction on January 13, 2022

▸ **For settlement on:** January 18, 2022
▸ **Processed on:** January 13, 2022

| Transaction | Security Description | Quantity | Price ($) | Amount ($) |
|---|---|---|---|---|
| **You bought** | META MATERIALS INC GX-482870 | 50 | 2.1848 | |

| | | |
|---|---|---|
| Gross transaction amount | | USD  109.24 |
| *Plus*    Commission | | 9.99 |
| *Equals*  **Net transaction amount** | | **USD $119.23** |

**Ticker symbol: MMAT**
Security number: 43665R
CUSIP ID: 59134N104
Trade number: 002541
Trade processed by: 9FPQ

*As agent, TD Direct Investing confirms the above purchase on a U.S. OTC marketplace for settlement in your account.*

## Important information

Please review the information in this Transaction Confirmation carefully and let us know within 10 calendar days if there are any discrepancies.

Clients' accounts are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of coverage is available upon request.

**Abbreviations used in the security descriptions**
RS   = Restricted shares
NVS = Non–voting shares
RVS = Restricted voting shares
SVS = Subordinate voting shares
MVS = Multiple voting shares
/D    = DSC (Deferred Sales Charge)
/NL  = No Load

**Disclosure of sources of revenue**
TD Direct Investing and/or parties related to us may earn revenue in addition to commission from the following sources: currency conversion charges on certain trades and mutual fund transactions, fees paid by issuers and others in connection with corporate actions and new issues, the sale of fixed income products, trailer fees paid by mutual fund companies, and remuneration paid by U.S. market makers and exchanges in connection with U.S. trades. For more information, see the TD Waterhouse Canada Inc. Account and Service Agreements and Disclosure Documents booklet. It is also available online at www.td.com/ca/en/investing/direct-investing.

The name of the salesperson, dealer and/or market in this transaction will be provided upon request.

TD Direct Investing is a division of TD Waterhouse Canada Inc., a subsidiary of The Toronto-Dominion Bank.

**Thank you for choosing
TD Direct Investing.**

**TD Waterhouse Canada Inc. - Member of the Canadian Investor Protection Fund**
00131045 0000003928 20220113 59134N104 43665R

Order execution account
No advice or recommendations provided.



**TD Direct Investing**
*3500 STEELES AVE E*
*TOWER 2, 2ND FLOOR*
*MARKHAM ON L3R 0X1*

**TD Direct Investing**

MR ANTONIO VIRGILIO
UNIT 202
3530 RUE DU MOUSQUETAIRE
LAVAL QC  H7E 0C1

## Transaction Confirmation

**Account number and type**
44XLJ1K - TD Waterhouse Tax-Free Savings
Account - US

**Questions?**
**Contact an Investment Representative**
Toll Free 1 (800) 361-2684

## Transaction on January 25, 2022

▸ **For settlement on:** January 27, 2022
▸ **Processed on:** January 25, 2022

| Transaction | Security Description | Quantity | Price ($) | Amount ($) |
|---|---|---|---|---|
| **You bought** | META MATERIALS INC<br>FJ-485662 | 200 | 1.665 | |

|  |  |  |
|---|---|---|
| Gross transaction amount | | USD  333.00 |
| *Plus*    Commission | | 9.99 |
| *Equals*  **Net transaction amount** | | **USD $342.99** |

**Ticker symbol: MMAT**
Security number: 43665R
CUSIP ID: 59134N104
Trade number: 005013
Trade processed by: 9FPQ

*As agent, TD Direct Investing confirms the above purchase on a U.S. OTC marketplace for settlement in your account.*

## Important information

Please review the information in this Transaction Confirmation carefully and let us know within 10 calendar days if there are any discrepancies.

Clients' accounts are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of coverage is available upon request.

**Abbreviations used in the security descriptions**
RS  = Restricted shares
NVS = Non–voting shares
RVS = Restricted voting shares
SVS = Subordinate voting shares
MVS = Multiple voting shares
/D   = DSC (Deferred Sales Charge)
/NL = No Load

**Disclosure of sources of revenue**
TD Direct Investing and/or parties related to us may earn revenue in addition to commission from the following sources: currency conversion charges on certain trades and mutual fund transactions, fees paid by issuers and others in connection with corporate actions and new issues, the sale of fixed income products, trailer fees paid by mutual fund companies, and remuneration paid by U.S. market makers and exchanges in connection with U.S. trades. For more information, see the TD Waterhouse Canada Inc. Account and Service Agreements and Disclosure Documents booklet. It is also available online at www.td.com/ca/en/investing/direct-investing.

The name of the salesperson, dealer and/or market in this transaction will be provided upon request.

TD Direct Investing is a division of TD Waterhouse Canada Inc., a subsidiary of The Toronto-Dominion Bank.

**Thank you for choosing TD Direct Investing.**

**TD Waterhouse Canada Inc. - Member of the Canadian Investor Protection Fund**
00129434 0000003936 20220125 59134N104 43665R

Order execution account
No advice or recommendations provided.

**TD Direct Investing**
*3500 STEELES AVE E*
*TOWER 2, 2ND FLOOR*
*MARKHAM ON L3R 0X1*

**TD Direct Investing**

MR ANTONIO VIRGILIO
UNIT 202
3530 RUE DU MOUSQUETAIRE
LAVAL QC  H7E 0C1

## Transaction Confirmation

**Account number and type**
44XLJ1K - TD Waterhouse Tax-Free Savings
Account - US

**Questions?**
**Contact an Investment Representative**
Toll Free 1 (800) 361-2684

## Transaction on January 26, 2022

▸ **For settlement on:** January 28, 2022
▸ **Processed on:** January 26, 2022

| Transaction | Security Description | Quantity | Price ($) | Amount ($) |
|---|---|---|---|---|
| **You bought** | META MATERIALS INC | 100 | 1.5831 | |
| | UH-486657 | | | |

**Ticker symbol: MMAT**
Security number: 43665R
CUSIP ID: 59134N104
Trade number: 000306
Trade processed by: 9FPQ

| | | Amount |
|---|---|---|
| | Gross transaction amount | USD  158.31 |
| *Plus* | Commission | 9.99 |
| *Equals* | **Net transaction amount** | **USD $168.30** |

*As agent, TD Direct Investing confirms the above purchase on a U.S. OTC marketplace for settlement in your account.*

## Important information

Please review the information in this Transaction Confirmation carefully and let us know within 10 calendar days if there are any discrepancies.

Clients' accounts are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of coverage is available upon request.

**Abbreviations used in the security descriptions**
RS   = Restricted shares
NVS = Non-voting shares
RVS = Restricted voting shares
SVS = Subordinate voting shares
MVS = Multiple voting shares
/D   = DSC (Deferred Sales Charge)
/NL  = No Load

**Disclosure of sources of revenue**
TD Direct Investing and/or parties related to us may earn revenue in addition to commission from the following sources: currency conversion charges on certain trades and mutual fund transactions, fees paid by issuers and others in connection with corporate actions and new issues, the sale of fixed income products, trailer fees paid by mutual fund companies, and remuneration paid by U.S. market makers and exchanges in connection with U.S. trades. For more information, see the TD Waterhouse Canada Inc. Account and Service Agreements and Disclosure Documents booklet. It is also available online at www.td.com/ca/en/investing/direct-investing.

The name of the salesperson, dealer and/or market in this transaction will be provided upon request.

TD Direct Investing is a division of TD Waterhouse Canada Inc., a subsidiary of The Toronto-Dominion Bank.

**Thank you for choosing TD Direct Investing.**

**TD Waterhouse Canada Inc. - Member of the Canadian Investor Protection Fund**
00147166 0000003937 20220126 59134N104 43665R

Order execution account
No advice or recommendations provided.



**TD Direct Investing**
*3500 STEELES AVE E*
*TOWER 2, 2ND FLOOR*
*MARKHAM ON L3R 0X1*

**TD Direct Investing**

## Transaction Confirmation

MR ANTONIO VIRGILIO
UNIT 202
3530 RUE DU MOUSQUETAIRE
LAVAL QC  H7E 0C1

**Account number and type**
44XLJ1K - TD Waterhouse Tax-Free Savings
Account - US

**Questions?**
**Contact an Investment Representative**
Toll Free 1 (800) 361-2684

## Transaction on April 26, 2022

▸ **For settlement on:** April 28, 2022
▸ **Processed on:** April 26, 2022

| Transaction | Security Description | Quantity | Price ($) | Amount ($) |
|---|---|---|---|---|
| **You bought** | META MATERIALS INC EY-517349 | 500 | 1.25 | |

**Ticker symbol: MMAT**
Security number: 43665R
CUSIP ID: 59134N104
Trade number: 004034
Trade processed by: 9FPQ

| | | |
|---|---|---|
| Gross transaction amount | | USD  625.00 |
| *Plus* Commission | | 9.99 |
| *Equals* **Net transaction amount** | | **USD $634.99** |

*As agent, TD Direct Investing confirms the above purchase on a U.S. OTC marketplace for settlement in your account.*

## Important information

Please review the information in this Transaction Confirmation carefully and let us know within 10 calendar days if there are any discrepancies.

Clients' accounts are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of coverage is available upon request.

**Abbreviations used in the security descriptions**
RS   = Restricted shares
NVS = Non–voting shares
RVS = Restricted voting shares
SVS = Subordinate voting shares
MVS = Multiple voting shares
/D   = DSC (Deferred Sales Charge)
/NL = No Load

**Disclosure of sources of revenue**
TD Direct Investing and/or parties related to us may earn revenue in addition to commission from the following sources: currency conversion charges on certain trades and mutual fund transactions, fees paid by issuers and others in connection with corporate actions and new issues, the sale of fixed income products, trailer fees paid by mutual fund companies, and remuneration paid by U.S. market makers and exchanges in connection with U.S. trades. For more information, see the TD Waterhouse Canada Inc. Account and Service Agreements and Disclosure Documents booklet. It is also available online at www.td.com/ca/en/investing/direct-investing.

The name of the salesperson, dealer and/or market in this transaction will be provided upon request.

TD Direct Investing is a division of TD Waterhouse Canada Inc., a subsidiary of The Toronto-Dominion Bank.

**Thank you for choosing
TD Direct Investing.**

**TD Waterhouse Canada Inc. - Member of the Canadian Investor Protection Fund**
00123742 0000004000 20220426 59134N104 43665R

Order execution account
No advice or recommendations provided.



**TD Direct Investing**
*3500 STEELES AVE E*
*TOWER 2, 2ND FLOOR*
*MARKHAM ON L3R 0X1*

**TD Direct Investing**

MR ANTONIO VIRGILIO
UNIT 202
3530 RUE DU MOUSQUETAIRE
LAVAL QC  H7E 0C1

## Transaction Confirmation

**Account number and type**
44XLJ1K - TD Waterhouse Tax-Free Savings
Account - US

**Questions?**
**Contact an Investment Representative**
Toll Free 1 (800) 361-2684

## Transaction on May 09, 2022

▸ **For settlement on:** May 11, 2022
▸ **Processed on:** May 09, 2022

| Transaction | Security Description | Quantity | Price ($) | Amount ($) |
|---|---|---|---|---|
| **You bought** | META MATERIALS INC<br>IL-518820 | 350 | 1.1699 | |

| | | |
|---|---|---|
| | Gross transaction amount | USD  409.47 |
| *Plus* | Commission | 9.99 |
| *Equals* | **Net transaction amount** | **USD $419.46** |

**Ticker symbol: MMAT**
Security number: 43665R
CUSIP ID: 59134N104
Trade number: 003257
Trade processed by: 9FPQ

*As agent, TD Direct Investing confirms the above purchase on a U.S. OTC marketplace for settlement in your account.*

## Important information

Please review the information in this Transaction Confirmation carefully and let us know within 10 calendar days if there are any discrepancies.

Clients' accounts are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of coverage is available upon request.

**Abbreviations used in the security descriptions**
RS   = Restricted shares
NVS = Non–voting shares
RVS = Restricted voting shares
SVS = Subordinate voting shares
MVS = Multiple voting shares
/D   = DSC (Deferred Sales Charge)
/NL  = No Load

**Disclosure of sources of revenue**
TD Direct Investing and/or parties related to us may earn revenue in addition to commission from the following sources: currency conversion charges on certain trades and mutual fund transactions, fees paid by issuers and others in connection with corporate actions and new issues, the sale of fixed income products, trailer fees paid by mutual fund companies, and remuneration paid by U.S. market makers and exchanges in connection with U.S. trades. For more information, see the TD Waterhouse Canada Inc. Account and Service Agreements and Disclosure Documents booklet. It is also available online at www.td.com/ca/en/investing/direct-investing.

The name of the salesperson, dealer and/or market in this transaction will be provided upon request.

TD Direct Investing is a division of TD Waterhouse Canada Inc., a subsidiary of The Toronto-Dominion Bank.

**Thank you for choosing TD Direct Investing.**



**TD Direct Investing**
*3500 STEELES AVE E*
*TOWER 2, 2ND FLOOR*
*MARKHAM ON L3R 0X1*

**TD Direct Investing**

MR ANTONIO VIRGILIO
UNIT 202
3530 RUE DU MOUSQUETAIRE
LAVAL QC  H7E 0C1

## Transaction Confirmation

**Account number and type**
44XLJ1K - TD Waterhouse Tax-Free Savings
Account - US

**Questions?**
**Contact an Investment Representative**
Toll Free 1 (800) 361-2684

## Transaction on July 22, 2022

▸ **For settlement on:** July 26, 2022
▸ **Processed on:** July 22, 2022

| Transaction | Security Description | Quantity | Price ($) | Amount ($) |
|---|---|---|---|---|
| **You bought** | META MATERIALS INC | 100 | 0.9223 | |
| | VJ-538006 | | | |

| | | |
|---|---|---|
| | Gross transaction amount | USD  92.23 |
| *Plus* | Commission | 9.99 |
| *Equals* | **Net transaction amount** | **USD $102.22** |

**Ticker symbol: MMAT**
Security number: 43665R
CUSIP ID: 59134N104
Trade number: 004432
Trade processed by: 9FPQ

*As agent, TD Direct Investing confirms the above purchase on a U.S. OTC marketplace for settlement in your account.*

## Important information

Please review the information in this Transaction Confirmation carefully and let us know within 10 calendar days if there are any discrepancies.

Clients' accounts are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of coverage is available upon request.

**Abbreviations used in the security descriptions**
RS  = Restricted shares
NVS = Non–voting shares
RVS = Restricted voting shares
SVS = Subordinate voting shares
MVS = Multiple voting shares
/D  = DSC (Deferred Sales Charge)
/NL = No Load

**Disclosure of sources of revenue**
TD Direct Investing and/or parties related to us may earn revenue in addition to commission from the following sources: currency conversion charges on certain trades and mutual fund transactions, fees paid by issuers and others in connection with corporate actions and new issues, the sale of fixed income products, trailer fees paid by mutual fund companies, and remuneration paid by U.S. market makers and exchanges in connection with U.S. trades. For more information, see the TD Waterhouse Canada Inc. Account and Service Agreements and Disclosure Documents booklet. It is also available online at www.td.com/ca/en/investing/direct-investing.

The name of the salesperson, dealer and/or market in this transaction will be provided upon request.

TD Direct Investing is a division of TD Waterhouse Canada Inc., a subsidiary of The Toronto-Dominion Bank.

**Thank you for choosing TD Direct Investing.**

Order execution account
No advice or recommendations provided.



**TD Direct Investing**
*3500 STEELES AVE E*
*TOWER 2, 2ND FLOOR*
*MARKHAM ON L3R 0X1*

**TD Direct Investing**

MR ANTONIO VIRGILIO
UNIT 202
3530 RUE DU MOUSQUETAIRE
LAVAL QC  H7E 0C1

## Transaction Confirmation

**Account number and type**
44XLJ1K - TD Waterhouse Tax-Free Savings
Account - US

**Questions?**
**Contact an Investment Representative**
Toll Free 1 (800) 361-2684

## Transaction on August 05, 2022

‣ **For settlement on:** August 09, 2022
‣ **Processed on:** August 05, 2022

| Transaction | Security Description | Quantity | Price ($) | Amount ($) |
|---|---|---|---|---|
| **You bought** | META MATERIALS INC | 50 | 0.91 | |
| | ZT-544447 | | | |

|  | | |
|---|---|---|
| | Gross transaction amount | USD  45.50 |
| *Plus* | Commission | 9.99 |
| *Equals* | **Net transaction amount** | **USD $55.49** |

**Ticker symbol: MMAT**
Security number: 43665R
CUSIP ID: 59134N104
Trade number: 006404
Trade processed by: 9FPQ

*As agent, TD Direct Investing confirms the above purchase on a U.S. OTC marketplace for settlement in your account.*

## Important information

Please review the information in this Transaction Confirmation carefully and let us know within 10 calendar days if there are any discrepancies.

Clients' accounts are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of coverage is available upon request.

**Abbreviations used in the security descriptions**
RS  = Restricted shares
NVS = Non–voting shares
RVS = Restricted voting shares
SVS = Subordinate voting shares
MVS = Multiple voting shares
/D  = DSC (Deferred Sales Charge)
/NL = No Load

**Disclosure of sources of revenue**
TD Direct Investing and/or parties related to us may earn revenue in addition to commission from the following sources: currency conversion charges on certain trades and mutual fund transactions, fees paid by issuers and others in connection with corporate actions and new issues, the sale of fixed income products, trailer fees paid by mutual fund companies, and remuneration paid by U.S. market makers and exchanges in connection with U.S. trades. For more information, see the TD Waterhouse Canada Inc. Account and Service Agreements and Disclosure Documents booklet. It is also available online at www.td.com/ca/en/investing/direct-investing.

The name of the salesperson, dealer and/or market in this transaction will be provided upon request.

TD Direct Investing is a division of TD Waterhouse Canada Inc., a subsidiary of The Toronto-Dominion Bank.

**Thank you for choosing TD Direct Investing.**

**TD Waterhouse Canada Inc. - Member of the Canadian Investor Protection Fund**
00097709 0000004073 20220805 59134N104 43665R

Order execution account
No advice or recommendations provided.



**TD Direct Investing**
*3500 STEELES AVE E*
*TOWER 2, 2ND FLOOR*
*MARKHAM ON L3R 0X1*

**TD Direct Investing**

MR ANTONIO VIRGILIO
UNIT 202
3530 RUE DU MOUSQUETAIRE
LAVAL QC  H7E 0C1

## Transaction Confirmation

**Account number and type**
44XLJ1K - TD Waterhouse Tax-Free Savings
Account - US

**Questions?**
**Contact an Investment Representative**
Toll Free 1 (800) 361-2684

## Transaction on August 18, 2022

▸ **For settlement on:** August 22, 2022
▸ **Processed on:** August 18, 2022

| Transaction | Security Description | Quantity | Price ($) | Amount ($) |
|---|---|---|---|---|
| **You bought** | META MATERIALS INC YT-542576 | 100 | 0.8925 | |

| | | |
|---|---|---|
| Gross transaction amount | | USD  89.25 |
| *Plus*  Commission | | 9.99 |
| *Equals* **Net transaction amount** | | USD **$99.24** |

**Ticker symbol: MMAT**
Security number: 43665R
CUSIP ID: 59134N104
Trade number: 000951
Trade processed by: 9FPQ

*As agent, TD Direct Investing confirms the above purchase on a U.S. OTC marketplace for settlement in your account.*

## Important information

Please review the information in this Transaction Confirmation carefully and let us know within 10 calendar days if there are any discrepancies.

Clients' accounts are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of · coverage is available upon request.

**Abbreviations used in the security descriptions**
RS   = Restricted shares
NVS = Non–voting shares
RVS = Restricted voting shares
SVS = Subordinate voting shares
MVS = Multiple voting shares
/D   = DSC (Deferred Sales Charge)
/NL  = No Load

**Disclosure of sources of revenue**
TD Direct Investing and/or parties related to us may earn revenue in addition to commission from the following sources: currency conversion charges on certain trades and mutual fund transactions, fees paid by issuers and others in connection with corporate actions and new issues, the sale of fixed income products, trailer fees paid by mutual fund companies, and remuneration paid by U.S. market makers and exchanges in connection with U.S. trades. For more information, see the TD Waterhouse Canada Inc. Account and Service Agreements and Disclosure Documents booklet. It is also available online at www.td.com/ca/en/investing/direct-investing.

The name of the salesperson, dealer and/or market in this transaction will be provided upon request.

TD Direct Investing is a division of TD Waterhouse Canada Inc., a subsidiary of The Toronto-Dominion Bank.

**Thank you for choosing TD Direct Investing.**

**TD Waterhouse Canada Inc. - Member of the Canadian Investor Protection Fund**
00080438 0000004082 20220818 59134N104 43665R

Order execution account
No advice or recommendations provided.



**TD Direct Investing**
*3500 STEELES AVE E*
*TOWER 2, 2ND FLOOR*
*MARKHAM ON L3R 0X1*

**TD Direct Investing**

MR ANTONIO VIRGILIO
UNIT 202
3530 RUE DU MOUSQUETAIRE
LAVAL QC  H7E 0C1

## Transaction Confirmation

**Account number and type**
44XLJ1K - TD Waterhouse Tax-Free Savings
Account - US

**Questions?**
**Contact an Investment Representative**
Toll Free 1 (800) 361-2684

## Transaction on September 22, 2022

‣ **For settlement on:** September 26, 2022
‣ **Processed on:** September 22, 2022

| Transaction | Security Description | Quantity | Price ($) | Amount ($) |
|---|---|---|---|---|
| **You bought** | META MATERIALS INC | 50 | 0.6923 | |
| | JB-550222 | | | |

| | | | |
|---|---|---|---|
| | Gross transaction amount | | USD  34.62 |
| *Plus* | Commission | | 9.99 |
| *Equals* | **Net transaction amount** | | **USD $44.61** |

**Ticker symbol: MMAT**
Security number: 43665R
CUSIP ID: 59134N104
Trade number: 006979
Trade processed by: 9FPQ

*As agent, TD Direct Investing confirms the above purchase on a U.S. OTC marketplace for settlement in your account.*

## Important information

Please review the information in this Transaction Confirmation carefully and let us know within 10 calendar days if there are any discrepancies.

Clients' accounts are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of coverage is available upon request.

**Abbreviations used in the security descriptions**
RS   = Restricted shares
NVS = Non–voting shares
RVS = Restricted voting shares
SVS = Subordinate voting shares
MVS = Multiple voting shares
/D   = DSC (Deferred Sales Charge)
/NL  = No Load

**Disclosure of sources of revenue**
TD Direct Investing and/or parties related to us may earn revenue in addition to commission from the following sources: currency conversion charges on certain trades and mutual fund transactions, fees paid by issuers and others in connection with corporate actions and new issues, the sale of fixed income products, trailer fees paid by mutual fund companies, and remuneration paid by U.S. market makers and exchanges in connection with U.S. trades. For more information, see the TD Waterhouse Canada Inc. Account and Service Agreements and Disclosure Documents booklet. It is also available online at www.td.com/ca/en/investing/direct-investing.

The name of the salesperson, dealer and/or market in this transaction will be provided upon request.

TD Direct Investing is a division of TD Waterhouse Canada Inc., a subsidiary of The Toronto-Dominion Bank.

**Thank you for choosing TD Direct Investing.**

Order execution account
No advice or recommendations provided.

**TD Direct Investing**
*3500 STEELES AVE E*
*TOWER 2, 2ND FLOOR*
*MARKHAM ON L3R 0X1*

**TD Direct Investing**

MR ANTONIO VIRGILIO
UNIT 202
3530 RUE DU MOUSQUETAIRE
LAVAL QC  H7E 0C1

## Transaction Confirmation

**Account number and type**
44XLJ1K - TD Waterhouse Tax-Free Savings
Account - US

**Questions?**
**Contact an Investment Representative**
Toll Free 1 (800) 361-2684

## Transaction on March 24, 2023

▸ **For settlement on:** March 28, 2023
▸ **Processed on:** March 24, 2023

| Transaction | Security Description | Quantity | Price ($) | Amount ($) |
|---|---|---|---|---|
| **You bought** | META MATERIALS INC PY-593015 | 300 | 0.4586 | |

**Ticker symbol: MMAT**
Security number: 43665R
CUSIP ID: 59134N104
Trade number: 005613
Trade processed by: 9FPQ

| | | |
|---|---|---|
| Gross transaction amount | USD | 137.58 |
| *Plus* Commission | | 9.99 |
| *Equals* **Net transaction amount** | **USD** | **$147.57** |

*As agent, TD Direct Investing confirms the above purchase on a U.S. OTC marketplace for settlement in your account.*

## Important information

Please review the information in this Transaction Confirmation carefully and let us know within 10 calendar days if there are any discrepancies.

Clients' accounts are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of coverage is available upon request.

**Abbreviations used in the security descriptions**
RS   = Restricted shares
NVS = Non–voting shares
RVS = Restricted voting shares
SVS = Subordinate voting shares
MVS = Multiple voting shares
/D   = DSC (Deferred Sales Charge)
/NL  = No Load

**Disclosure of sources of revenue**
TD Direct Investing and/or parties related to us may earn revenue in addition to commission from the following sources: currency conversion charges on certain trades and mutual fund transactions, fees paid by issuers and others in connection with corporate actions and new issues, the sale of fixed income products, trailer fees paid by mutual fund companies, and remuneration paid by U.S. market makers and exchanges in connection with U.S. trades. For more information, see the TD Waterhouse Canada Inc. Account and Service Agreements and Disclosure Documents booklet. It is also available online at www.td.com/ca/en/investing/direct-investing.

The name of the salesperson, dealer and/or market in this transaction will be provided upon request.

TD Direct Investing is a division of TD Waterhouse Canada Inc., a subsidiary of The Toronto-Dominion Bank.

**Thank you for choosing TD Direct Investing.**

**TD Waterhouse Canada Inc. - Member of the Canadian Investor Protection Fund**
00073107 0000004235 20230324 59134N104 43665R

Order execution account
No advice or recommendations provided.

**TD Direct Investing**
*3500 STEELES AVE E*
*TOWER 2, 2ND FLOOR*
*MARKHAM ON L3R 0X1*

**TD Direct Investing**

MR ANTONIO VIRGILIO
UNIT 202
3530 RUE DU MOUSQUETAIRE
LAVAL QC  H7E 0C1

## Transaction Confirmation

**Account number and type**
44XLJ1K - TD Waterhouse Tax-Free Savings
Account - US

**Questions?**
**Contact an Investment Representative**
Toll Free 1 (800) 361-2684

## Transaction on April 14, 2023

▸ **For settlement on:** April 18, 2023
▸ **Processed on:** April 14, 2023

| Transaction | Security Description | Quantity | Price ($) | Amount ($) |
|---|---|---|---|---|
| **You bought** | META MATERIALS INC | 100 | 0.2193 | |
| | PT-601301 | | | |

**Ticker symbol: MMAT**
Security number: 43665R
CUSIP ID: 59134N104
Trade number: 000782
Trade processed by: 9FPQ

| | | |
|---|---|---|
| Gross transaction amount | | USD  21.93 |
| *Plus*    Commission | | 9.99 |
| *Equals* **Net transaction amount** | | **USD $31.92** |

*As agent, TD Direct Investing confirms the above purchase on a U.S. OTC marketplace for settlement in your account.*

## Important information

Please review the information in this Transaction Confirmation carefully and let us know within 10 calendar days if there are any discrepancies.

Clients' accounts are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of coverage is available upon request.

**Abbreviations used in the security descriptions**
RS   = Restricted shares
NVS = Non–voting shares
RVS = Restricted voting shares
SVS = Subordinate voting shares
MVS = Multiple voting shares
/D   = DSC (Deferred Sales Charge)
/NL  = No Load

**Disclosure of sources of revenue**
TD Direct Investing and/or parties related to us may earn revenue in addition to commission from the following sources: currency conversion charges on certain trades and mutual fund transactions, fees paid by issuers and others in connection with corporate actions and new issues, the sale of fixed income products, trailer fees paid by mutual fund companies, and remuneration paid by U.S. market makers and exchanges in connection with U.S. trades. For more information, see the TD Waterhouse Canada Inc. Account and Service Agreements and Disclosure Documents booklet. It is also available online at www.td.com/ca/en/investing/direct-investing.

The name of the salesperson, dealer and/or market in this transaction will be provided upon request.

TD Direct Investing is a division of TD Waterhouse Canada Inc., a subsidiary of The Toronto-Dominion Bank.

**Thank you for choosing TD Direct Investing.**

**TD Waterhouse Canada Inc. - Member of the Canadian Investor Protection Fund**
00073535 0000004249 20230414 59134N104 43665R

Order execution account
No advice or recommendations provided.



**TD Direct Investing**
*3500 STEELES AVE E*
*TOWER 2, 2ND FLOOR*
*MARKHAM ON L3R 0X1*

**TD Direct Investing**

## Transaction Confirmation

MR ANTONIO VIRGILIO
UNIT 202
3530 RUE DU MOUSQUETAIRE
LAVAL QC  H7E 0C1

**Account number and type**
44XLJ1K - TD Waterhouse Tax-Free Savings
Account - US

**Questions?**
**Contact an Investment Representative**
Toll Free 1 (800) 361-2684

### Transaction on May 12, 2023

▸ **For settlement on:** May 16, 2023
▸ **Processed on:** May 12, 2023

| Transaction | Security Description | Quantity | Price ($) | Amount ($) |
|---|---|---|---|---|
| **You bought** | META MATERIALS INC | 44 | 0.2037 | |
| | RJ-602223 | 356 | 0.2038 | |
| | | **400** | | |

**Ticker symbol: MMAT**
Security number: 43665R
CUSIP ID: 59134N104
Trade number: 000352
Trade processed by: 9FPQ

| | | | |
|---|---|---|---|
| | Gross transaction amount | | USD  81.51 |
| *Plus* | Commission | | 9.99 |
| *Equals* | **Net transaction amount** | | **USD $91.50** |

*As agent, TD Direct Investing confirms the above purchase on a U.S. OTC marketplace for settlement in your account.*

## Important information

Please review the information in this Transaction Confirmation carefully and let us know within 10 calendar days if there are any discrepancies.

Clients' accounts are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of coverage is available upon request.

**Abbreviations used in the security descriptions**
RS   = Restricted shares
NVS = Non–voting shares
RVS = Restricted voting shares
SVS = Subordinate voting shares
MVS = Multiple voting shares
/D   = DSC (Deferred Sales Charge)
/NL = No Load

**Disclosure of sources of revenue**
TD Direct Investing and/or parties related to us may earn revenue in addition to commission from the following sources: currency conversion charges on certain trades and mutual fund transactions, fees paid by issuers and others in connection with corporate actions and new issues, the sale of fixed income products, trailer fees paid by mutual fund companies, and remuneration paid by U.S. market makers and exchanges in connection with U.S. trades. For more information, see the TD Waterhouse Canada Inc. Account and Service Agreements and Disclosure Documents booklet. It is also available online at www.td.com/ca/en/investing/direct-investing.

The name of the salesperson, dealer and/or market in this transaction will be provided upon request.

TD Direct Investing is a division of TD Waterhouse Canada Inc., a subsidiary of The Toronto-Dominion Bank.

**Thank you for choosing
TD Direct Investing.**

**TD Waterhouse Canada Inc. - Member of the Canadian Investor Protection Fund**
00066103 0000004269 20230512 59134N104 43665R

Order execution account
No advice or recommendations provided.



**TD Direct Investing**
*3500 STEELES AVE E*
*TOWER 2, 2ND FLOOR*
*MARKHAM ON L3R 0X1*

**TD Direct Investing**

MR ANTONIO VIRGILIO
UNIT 202
3530 RUE DU MOUSQUETAIRE
LAVAL QC  H7E 0C1

## Transaction Confirmation

**Account number and type**
44XLJ1K - TD Waterhouse Tax-Free Savings
Account - US

**Questions?**
**Contact an Investment Representative**
Toll Free 1 (800) 361-2684

## Transaction on June 28, 2023

▸ **For settlement on:** June 30, 2023
▸ **Processed on:** June 28, 2023

| Transaction | Security Description | Quantity | Price ($) | Amount ($) |
|---|---|---|---|---|
| **You bought** | META MATERIALS INC XH-615449 | 300 | 0.193 | |

**Ticker symbol: MMAT**
Security number: 43665R
CUSIP ID: 59134N104
Trade number: 005573
Trade processed by: 9FPQ

| | | |
|---|---|---|
| Gross transaction amount | | USD  57.90 |
| *Plus*   Commission | | 9.99 |
| *Equals* **Net transaction amount** | | **USD $67.89** |

*As agent, TD Direct Investing confirms the above purchase on a U.S. OTC marketplace for settlement in your account.*

## Important information

Please review the information in this Transaction Confirmation carefully and let us know within 10 calendar days if there are any discrepancies.

Clients' accounts are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of coverage is available upon request.

**Abbreviations used in the security descriptions**
RS   = Restricted shares
NVS = Non–voting shares
RVS = Restricted voting shares
SVS = Subordinate voting shares
MVS = Multiple voting shares
/D    = DSC (Deferred Sales Charge)
/NL  = No Load

**Disclosure of sources of revenue**
TD Direct Investing and/or parties related to us may earn revenue in addition to commission from the following sources: currency conversion charges on certain trades and mutual fund transactions, fees paid by issuers and others in connection with corporate actions and new issues, the sale of fixed income products, trailer fees paid by mutual fund companies, and remuneration paid by U.S. market makers and exchanges in connection with U.S. trades. For more information, see the TD Waterhouse Canada Inc. Account and Service Agreements and Disclosure Documents booklet. It is also available online at www.td.com/ca/en/investing/direct-investing.

The name of the salesperson, dealer and/or market in this transaction will be provided upon request.

TD Direct Investing is a division of TD Waterhouse Canada Inc., a subsidiary of The Toronto-Dominion Bank.

**Thank you for choosing TD Direct Investing.**

**TD Waterhouse Canada Inc. - Member of the Canadian Investor Protection Fund**
00064279 0000004302 20230628 59134N104 43665R

Order execution account
No advice or recommendations provided.

**TD Direct Investing**
*3500 STEELES AVE E*
*TOWER 2, 2ND FLOOR*
*MARKHAM ON L3R 0X1*

**TD Direct Investing**

MR ANTONIO VIRGILIO
UNIT 202
3530 RUE DU MOUSQUETAIRE
LAVAL QC  H7E 0C1

## Transaction Confirmation

**Account number and type**
44XLJ1K - TD Waterhouse Tax-Free Savings
Account - US

**Questions?**
**Contact an Investment Representative**
Toll Free 1 (800) 361-2684

## Transaction on July 24, 2023

▸ **For settlement on:** July 26, 2023
▸ **Processed on:** July 24, 2023

| Transaction | Security Description | Quantity | Price ($) | Amount ($) |
|---|---|---|---|---|
| **You bought** | META MATERIALS INC TH-619800 | 200 | 0.2079 | |

**Ticker symbol: MMAT**
Security number: 43665R
CUSIP ID: 59134N104
Trade number: 000688
Trade processed by: 9FPQ

| | | |
|---|---|---|
| Gross transaction amount | USD | 41.58 |
| *Plus* Commission | | 9.99 |
| *Equals* **Net transaction amount** | **USD** | **$51.57** |

*As agent, TD Direct Investing confirms the above purchase on a U.S. OTC marketplace for settlement in your account.*

## Important information

Please review the information in this Transaction Confirmation carefully and let us know within 10 calendar days if there are any discrepancies.

Clients' accounts are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of coverage is available upon request.

**Abbreviations used in the security descriptions**
RS   = Restricted shares
NVS = Non–voting shares
RVS = Restricted voting shares
SVS = Subordinate voting shares
MVS = Multiple voting shares
/D   = DSC (Deferred Sales Charge)
/NL = No Load

**Disclosure of sources of revenue**
TD Direct Investing and/or parties related to us may earn revenue in addition to commission from the following sources: currency conversion charges on certain trades and mutual fund transactions, fees paid by issuers and others in connection with corporate actions and new issues, the sale of fixed income products, trailer fees paid by mutual fund companies, and remuneration paid by U.S. market makers and exchanges in connection with U.S. trades. For more information, see the TD Waterhouse Canada Inc. Account and Service Agreements and Disclosure Documents booklet. It is also available online at www.td.com/ca/en/investing/direct-investing.

The name of the salesperson, dealer and/or market in this transaction will be provided upon request.

TD Direct Investing is a division of TD Waterhouse Canada Inc., a subsidiary of The Toronto-Dominion Bank.

**Thank you for choosing TD Direct Investing.**

**TD Waterhouse Canada Inc. - Member of the Canadian Investor Protection Fund**
00072394 0000004320 20230724 59134N104 43665R

Order execution account
No advice or recommendations provided.

**TD Direct Investing**
*3500 STEELES AVE E*
*TOWER 2, 2ND FLOOR*
*MARKHAM ON L3R 0X1*

**TD Direct Investing**

MR ANTONIO VIRGILIO
UNIT 202
3530 RUE DU MOUSQUETAIRE
LAVAL QC  H7E 0C1

## Transaction Confirmation

**Account number and type**
44XLJ1K - TD Waterhouse Tax-Free Savings
Account - US

**Questions?**
**Contact an Investment Representative**
Toll Free 1 (800) 361-2684

## Transaction on December 04, 2023

▸ **For settlement on:** December 06, 2023
▸ **Processed on:** December 04, 2023

| Transaction | Security Description | Quantity | Price ($) | Amount ($) |
|---|---|---|---|---|
| **You bought** | META MATERIALS INC | 500 | 0.0754 | |
| | JH-648104 | | | |

**Ticker symbol: MMAT**
Security number: 43665R
CUSIP ID: 59134N104
Trade number: 004986
Trade processed by: 9FPQ

| | | |
|---|---|---|
| Gross transaction amount | | USD  37.70 |
| *Plus*    Commission | | 9.99 |
| *Equals* **Net transaction amount** | | **USD $47.69** |

*As agent, TD Direct Investing confirms the above purchase on a U.S. OTC marketplace for settlement in your account.*

## Important information

Please review the information in this Transaction Confirmation carefully and let us know within 10 calendar days if there are any discrepancies.

Clients' accounts are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of coverage is available upon request.

**Abbreviations used in the security descriptions**
RS   = Restricted shares
NVS = Non–voting shares
RVS = Restricted voting shares
SVS = Subordinate voting shares
MVS = Multiple voting shares
/D    = DSC (Deferred Sales Charge)
/NL  = No Load

**Disclosure of sources of revenue**
TD Direct Investing and/or parties related to us may earn revenue in addition to commission from the following sources: currency conversion charges on certain trades and mutual fund transactions, fees paid by issuers and others in connection with corporate actions and new issues, the sale of fixed income products, trailer fees paid by mutual fund companies, and remuneration paid by U.S. market makers and exchanges in connection with U.S. trades. For more information, see the TD Waterhouse Canada Inc. Account and Service Agreements and Disclosure Documents booklet. It is also available online at www.td.com/ca/en/investing/direct-investing.

The name of the salesperson, dealer and/or market in this transaction will be provided upon request.

TD Direct Investing is a division of TD Waterhouse Canada Inc., a subsidiary of The Toronto-Dominion Bank.

®The TD logo and other TD trademarks are the property of The Toronto-Dominion Bank or its subsidiaries.

**Thank you for choosing TD Direct Investing.**

**TD Waterhouse Canada Inc. - Member of the Canadian Investor Protection Fund**
00086190 0000004414 20231204 59134N104 43665R

Order execution account
No advice or recommendations provided.

**TD Direct Investing**
*3500 STEELES AVE E*
*TOWER 2, 2ND FLOOR*
*MARKHAM ON L3R 0X1*

**TD Direct Investing**

MR ANTONIO VIRGILIO
UNIT 202
3530 RUE DU MOUSQUETAIRE
LAVAL QC  H7E 0C1

## Transaction Confirmation

**Account number and type**
44XLJ1K - TD Waterhouse Tax-Free Savings
Account - US

**Questions?**
**Contact an Investment Representative**
Toll Free 1 (800) 361-2684

## Transaction on January 26, 2024

▸ **For settlement on:** January 30, 2024
▸ **Processed on:** January 26, 2024

| Transaction | Security Description | Quantity | Price ($) | Amount ($) |
|---|---|---|---|---|
| **You bought** | META MATERIALS INC | 1,500 | 0.053 | |
| | VG-655634 | | | |

**Ticker symbol: MMAT**
Security number: 43665R
CUSIP ID: 59134N104
Trade number: 006392
Trade processed by: 9FPQ

| | | Amount |
|---|---|---|
| | Gross transaction amount | USD  79.50 |
| *Plus* | Commission | 9.99 |
| *Equals* | **Net transaction amount** | **USD $89.49** |

*As agent, TD Direct Investing confirms the above purchase on a U.S. OTC marketplace for settlement in your account.*

## Important information

Please review the information in this Transaction Confirmation carefully and let us know within 10 calendar days if there are any discrepancies.

Clients' accounts are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of coverage is available upon request.

**Abbreviations used in the security descriptions**
RS  = Restricted shares
NVS = Non–voting shares
RVS = Restricted voting shares
SVS = Subordinate voting shares
MVS = Multiple voting shares
/D  = DSC (Deferred Sales Charge)
/NL = No Load

**Disclosure of sources of revenue**
TD Direct Investing and/or parties related to us may earn revenue in addition to commission from the following sources: currency conversion charges on certain trades and mutual fund transactions, fees paid by issuers and others in connection with corporate actions and new issues, the sale of fixed income products, trailer fees paid by mutual fund companies, and remuneration paid by U.S. market makers and exchanges in connection with U.S. trades. For more information, see the TD Waterhouse Canada Inc. Account and Service Agreements and Disclosure Documents booklet. It is also available online at www.td.com/ca/en/investing/direct-investing.

The name of the salesperson, dealer and/or market in this transaction will be provided upon request.

TD Direct Investing is a division of TD Waterhouse Canada Inc., a subsidiary of The Toronto-Dominion Bank.

®The TD logo and other TD trademarks are the property of The Toronto-Dominion Bank or its subsidiaries.

**Thank you for choosing TD Direct Investing.**

Order execution account
No advice or recommendations provided.

**TD Direct Investing**
*3500 STEELES AVE E*
*TOWER 2, 2ND FLOOR*
*MARKHAM ON L3R 0X1*

**TD Direct Investing**


*Post Split*

MR ANTONIO VIRGILIO
UNIT 202
3530 RUE DU MOUSQUETAIRE
LAVAL QC  H7E 0C1

## Transaction Confirmation

**Account number and type**
44XLJ1K - TD Waterhouse Tax-Free Savings
Account - US

**Questions?**
**Contact an Investment Representative**
Toll Free 1 (800) 361-2684

## Transaction on March 08, 2024

▸ **For settlement on:** March 12, 2024
▸ **Processed on:** March 08, 2024

| Transaction | Security Description | Quantity | Price ($) | Amount ($) |
|---|---|---|---|---|
| **You bought** | META MATERIALS INC-NEW EH-667118 | 20 | 2.4894 | |

**Ticker symbol: MMAT**
Security number: 43666F
CUSIP ID: 59134N302
Trade number: 006155
Trade processed by: 9FPQ

| | | |
|---|---|---|
| Gross transaction amount | USD | 49.79 |
| *Plus*  Commission | | 9.99 |
| *Equals* **Net transaction amount** | **USD** | **$59.78** |

*As agent, TD Direct Investing confirms the above purchase on a U.S. OTC marketplace for settlement in your account.*

## Important information

Please review the information in this Transaction Confirmation carefully and let us know within 10 calendar days if there are any discrepancies.

Clients' accounts are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of coverage is available upon request.

**Abbreviations used in the security descriptions**
RS    = Restricted shares
NVS  = Non–voting shares
RVS  = Restricted voting shares
SVS  = Subordinate voting shares
MVS = Multiple voting shares
/D    = DSC (Deferred Sales Charge)
/NL  = No Load

**Disclosure of sources of revenue**
TD Direct Investing and/or parties related to us may earn revenue in addition to commission from the following sources: currency conversion charges on certain trades and mutual fund transactions, fees paid by issuers and others in connection with corporate actions and new issues, the sale of fixed income products, trailer fees paid by mutual fund companies, and remuneration paid by U.S. market makers and exchanges in connection with U.S. trades. For more information, see the TD Waterhouse Canada Inc. Account and Service Agreements and Disclosure Documents booklet. It is also available online at www.td.com/ca/en/investing/direct-investing.

The name of the salesperson, dealer and/or market in this transaction will be provided upon request.

TD Direct Investing is a division of TD Waterhouse Canada Inc., a subsidiary of The Toronto-Dominion Bank.

®The TD logo and other TD trademarks are the property of The Toronto-Dominion Bank or its subsidiaries.

**Thank you for choosing
TD Direct Investing.**

**TD Waterhouse Canada Inc. - Member of the Canadian Investor Protection Fund**
00110450 0000004481 20240308 59134N302 43666F

Order execution account
No advice or recommendations provided.

**TD** **TD Direct Investing**
*3500 STEELES AVE E*
*TOWER 2, 2ND FLOOR*
*MARKHAM ON L3R 0X1*

**TD Direct Investing**

MR ANTONIO VIRGILIO
UNIT 202
3530 RUE DU MOUSQUETAIRE
LAVAL QC  H7E 0C1

## Transaction Confirmation

### Account number and type
44XLJ1K - TD Waterhouse Tax-Free Savings
Account - US

### Questions?
**Contact an Investment Representative**
Toll Free 1 (800) 361-2684

## Transaction on November 22, 2021

▸ **For settlement on:** November 24, 2021
▸ **Processed on:** November 22, 2021

| Transaction | Security Description | Quantity | Price ($) | Amount ($) |
|---|---|---|---|---|
| **You bought** | META MATERIALS INC | 100 | 4.00 | |
| | WF-472066 | | | |

| | | |
|---|---|---|
| | Gross transaction amount | USD  400.00 |
| *Plus* | Commission | 9.99 |
| *Equals* | **Net transaction amount** | **USD $409.99** |

**Ticker symbol: MMAT**
Security number: 43665R
CUSIP ID: 59134N104
Trade number: 002134
Trade processed by: 9FPQ

*As agent, TD Direct Investing confirms the above purchase on a U.S. OTC marketplace for settlement in your account.*

## Important information

Please review the information in this Transaction Confirmation carefully and let us know within 10 calendar days if there are any discrepancies.

Clients' accounts are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of coverage is available upon request.

**Abbreviations used in the security descriptions**
RS  = Restricted shares
NVS = Non–voting shares
RVS = Restricted voting shares
SVS = Subordinate voting shares
MVS = Multiple voting shares
/D  = DSC (Deferred Sales Charge)
/NL = No Load

**Disclosure of sources of revenue**
TD Direct Investing and/or parties related to us may earn revenue in addition to commission from the following sources: currency conversion charges on certain trades and mutual fund transactions, fees paid by issuers and others in connection with corporate actions and new issues, the sale of fixed income products, trailer fees paid by mutual fund companies, and remuneration paid by U.S. market makers and exchanges in connection with U.S. trades. For more information, see the TD Waterhouse Canada Inc. Account and Service Agreements and Disclosure Documents booklet. It is also available online at www.td.com/ca/en/investing/direct-investing.

The name of the salesperson, dealer and/or market in this transaction will be provided upon request.

TD Direct Investing is a division of TD Waterhouse Canada Inc., a subsidiary of The Toronto-Dominion Bank.

**Thank you for choosing TD Direct Investing.**

**TD Waterhouse Canada Inc. - Member of the Canadian Investor Protection Fund**
00158057 0000003890 20211122 59134N104 43665R

Order execution account
No advice or recommendations provided.

**TD Direct Investing**
*3500 STEELES AVE E*
*TOWER 2, 2ND FLOOR*
*MARKHAM ON L3R 0X1*

**TD Direct Investing**

MR ANTONIO VIRGILIO
UNIT 202
3530 RUE DU MOUSQUETAIRE
LAVAL QC  H7E 0C1

## Transaction Confirmation

**Account number and type**
44XLJ1K - TD Waterhouse Tax-Free Savings
Account - US

**Questions?**
**Contact an Investment Representative**
Toll Free 1 (800) 361-2684

## Transaction on November 26, 2021

▸ **For settlement on:** November 30, 2021
▸ **Processed on:** November 26, 2021

| Transaction | Security Description | Quantity | Price ($) | Amount ($) |
|---|---|---|---|---|
| **You bought** | META MATERIALS INC | 150 | 3.913 | |
| | LQ-467887 | | | |

**Ticker symbol: MMAT**
Security number: 43665R
CUSIP ID: 59134N104
Trade number: 001881
Trade processed by: 9FPQ

| | | | |
|---|---|---|---|
| | Gross transaction amount | | USD  586.95 |
| *Plus* | Commission | | 9.99 |
| *Equals* | **Net transaction amount** | | **USD $596.94** |

*As agent, TD Direct Investing confirms the above purchase on a U.S. OTC marketplace for settlement in your account.*

## Important information

Please review the information in this Transaction Confirmation carefully and let us know within 10 calendar days if there are any discrepancies.

Clients' accounts are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of coverage is available upon request.

**Abbreviations used in the security descriptions**
RS   = Restricted shares
NVS = Non–voting shares
RVS = Restricted voting shares
SVS = Subordinate voting shares
MVS = Multiple voting shares
/D   = DSC (Deferred Sales Charge)
/NL  = No Load

**Disclosure of sources of revenue**
TD Direct Investing and/or parties related to us may earn revenue in addition to commission from the following sources: currency conversion charges on certain trades and mutual fund transactions, fees paid by issuers and others in connection with corporate actions and new issues, the sale of fixed income products, trailer fees paid by mutual fund companies, and remuneration paid by U.S. market makers and exchanges in connection with U.S. trades. For more information, see the TD Waterhouse Canada Inc. Account and Service Agreements and Disclosure Documents booklet. It is also available online at www.td.com/ca/en/investing/direct-investing.

The name of the salesperson, dealer and/or market in this transaction will be provided upon request.

TD Direct Investing is a division of TD Waterhouse Canada Inc., a subsidiary of The Toronto-Dominion Bank.

**Thank you for choosing TD Direct Investing.**

**TD Waterhouse Canada Inc. - Member of the Canadian Investor Protection Fund**
00163867 0000003894 20211126 59134N104 43665R

Order execution account
No advice or recommendations provided.