NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | | PROOF OF INTEREST |
|---|---|---|

Name of Debtor: META MATERIALS

Case Number: 24-50792-hLB

**1. Name and address of holder of the Equity Interest** (the person or entity holding an Equity Interest in the Debtor Referred to hereinafter as the Interest holder)

Irvin Ray Privott, 3034 Ranchwood Terrace, The Villages FL 32163-2543 MMAT META MATLS INC AS OF JANUARY 17 2024 2,757 SHARES BEING HELD BY CHARLES SCHWAB UNDER ACCOUNT # 8757-4401 I voted with shareholders not to split stock. After the BOD was fired & a new BOD appointed they executed a split and as of February 8 2024 my shares were reduced from 2,757 SHARES to 28 SHARES BEING HELD BY CHARLES SCHWAB UNDER ACCOUNT # 8757-4401

Telephone Number: 757-515-1121

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars

☒ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors

COURT USE ONLY

NOTE This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein

Account or other number by which Interest holder identifies Debtor: CHARLES SCHWAB 8757-4401

☐ check here if this claim replaces a previously filed Proof of Interest dated _____
☐ amends a previously filed Proof of Interest dated _____

**2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest**
CHARLES SCHWAB & Co, INC
200 S. 108th AVE
OMAHA, NE 68154
Telephone Number: 800-435-4000

**3. Date Equity Interest was acquired**
8/30/2021 1,170 SHARES
11/10/2022 237 SHARES
4/17/2023 1,350 SHARES

**4. Total amount of member interest** 2,757 SHARES $6,178.76

**5. Certificate number(s)** _____

**6. Type of Equity Interest**
Please indicate the type of Equity Interest you hold
☒ Check this box if your Equity Interest is based on an actual member interest held in the Debtor
☐ Check this box if your Equity Interest is based on anything else and describe that interest
Description: INVESTOR

**7. Supporting Documents** Attach copies of supporting documents such as stock certificates, option agreements, warrants, etc
DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available explain. If the documents are voluminous attach a summary

**8. Date-Stamped Copy** To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped self addressed envelope and copy of this Proof of Interest

**9. Signature**
Check the appropriate box
☒ I am the creditor
☐ I am the creditor's authorized agent (Attach copy of power of attorney if any)
☐ I am the trustee, or the debtor or their authorized agent. (See Bankruptcy Rule 3004)
☐ I am a guarantor, surety, endorser, or other codebtor (See Bankruptcy Rule 3005)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief

Print Name: IRVIN RAY PRIVOTT
Title: _____
Company: Address and telephone number (if different from notice address above) 3034 RANCHWOOD TERRACE
THE VILLAGES, FL 32163

(Signature) Irvin Ray Privott   (Date) 12/05/2024

Telephone number: 757-515-1121   email: IRVINPRIVOTT@YAHOO.COM

Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C §§ 152 AND 3571

**TD Ameritrade**

## My Account: Positions

privotti         Link/Add Acct

| privotti value | Total cash | Avail for withdrawal | Total positions val | Avail funds for trading | Nonmarginable funds |
|---|---|---|---|---|---|
| **$54,687.08** | **$20.81** | **$20.81** | **$54,666.27** | **$20.81** | **$20.81** |
| $9,805.13 (21.85%) | $20.50 (6,612.90%) | | $9,784.63 (21.80%) | | |

Asset type   **All positions**                                                                 Balances   Order status   Transaction history   Cost Basis

### Total Cash

| Description | Mkt value* | Day gain ($)* | Accrued interest ($)[1] | |
|---|---|---|---|---|
| Cash | 20.50 | 20.50 | -- | |
| FDIC INSURED DEPOSIT ACCOUNT CORE NOT COVERED BY SIPC | 0.31 | 0.00 | 0.00 | View rate schedule |

*Most data is streaming, but values marked with * update every 5 minutes. 6:46:47 pm CT 12/19/22  Update now        Current value: **$20.81**    $20.50 (6,612.90%)

### Positions                                                                                  Microcharts    View: All positions (default)

| Symbol | Qty | Asset | Price | Cost | Mkt value* | Day gain ($)* | Day gain (%)* | Gain ($)* | Gain (%)* |
|---|---|---|---|---|---|---|---|---|---|
| MMAT | 1,407 | Equity | 1.30 | 5,873.62 | 1,829.10 | -154.77 | -7.80% | -4,044.52 | -68.86% |
| CEI | 96,000 | Equity | 0.1035 | 10,079.50 | 9,974.40 | -105.10 | -1.04% | -105.10 | -1.04% |
| CCL | 100 | Equity | 8.10 | 690.00 | 810.00 | -35.00 | -4.14% | 120.00 | 17.39% |
| 5CT999019 | 14,526 | Equity | 2.89 | Info | 42,052.77 | 0.00 | 0.00% | 42,052.77 | Info |

*Most data is streaming, but values marked with * update every 5 minutes. 6:46:47 pm ET 12/19/22  Update now        Current value: **$54,666.27**   $9,784.63 (21.80%)



Got internet? Then you've got thinkorswim®.
Streamlined trading, no download required—thinkorswim web is here       **Get started**

Data displayed on this page is for information purposes only. Go to My Account > Cost Basis to view information for tax-reporting. TD Ameritrade does not provide tax advice. You may wish to consult independent sources with respect to tax lot and performance reporting.

Quotes may be delayed up to 15 minutes. If you see delayed quotes, it might be because you haven't signed the exchange agreements, which is required in order to receive streaming data. To sign the agreements, go to My Profile.

Indicates non-standard option

Indicates options that are in-the-money

[1] Interest is accrued daily and credited to your account on a monthly basis. This is accrued interest month-to-date that has not yet been paid; however, this money can be withdrawn or used to buy securities.

The "cash alternatives" balance is the interest- or dividend-earning cash you hold in a sweep vehicle; this money can be withdrawn or used to buy securities. This balance also includes accrued interest that will be paid at month-end.

Interest rates paid on balances in the IDA and TD Ameritrade Cash are based on tiers. The previous day's closing balance determines eligibility for a particular tier each day. Simple interest is accrued daily based on the interest rate tier applicable to each day's balance, and is credited to your account on the last business day of the month. In accordance with the Client Agreement, TD Ameritrade may change the tiers and rates at its discretion and without notice and is not obligated to pay different rates between tiers. Rate changes may vary by program, location or arrangement.

In order to sell fractional shares of a stock position, you'll need to sell all your whole shares of that position. Questions? Call 800-669-3900.

Before investing in a mutual fund or ETF, be sure to carefully consider the fund's or ETF's investing objectives, risks, charges and expenses. For a prospectus containing this and other important information, contact the fund or ETF sponsor, or a TD Ameritrade Client Services representative. Please read the prospectus carefully before investing.

**"Gross Expense Ratio"** reflects a fund's total annual operating expenses as stated in the fund's prospectus and do not reflect any expense reimbursements or waivers that may exist. Some ETFs appearing on this List may be subject to expense reimbursements and waivers, and less such reimbursements and waivers may have lower total annual operating expenses (i.e., **"Net Expense Ratio"**) than indicated herein. Please read the fund prospectus carefully to determine the existence of any expense reimbursements or waivers and details on their limits and termination dates.

Options are not suitable for all investors as the special risks inherent to options trading may expose investors to potentially rapid and substantial losses. Please read Characteristics and Risks of Standardized Options before investing in options.

Access to real-time market data is conditioned on your acceptance of the exchange agreements. TD Ameritrade is not responsible for third-party information or services, including market data provided by the exchanges. Streamer Suite is a trademark of TD Ameritrade IP Company, Inc.

Non-deposit investment products NOT FDIC INSURED/NO BANK GUARANTEE/MAY LOSE VALUE.

Current profit and loss calculations for trades are also presented on our various platforms. Such calculations do not reflect transaction costs, which will impact actual results.



Open an account     Find a branch     Contact us     Screen share


**Ameritrade**

Mon Apr 17 2023 9:08:30 am ET

Export data | Printer-friendly page | Page help

## Order Status | View Bond and CD Orders

Ever use a Trailing Stop?

**Stocks/ETFs, Options, Mutual Funds**    Contingent orders    Equity IPOs    Fixed-Income New Issues

View orders    Expand order details    History & Statements | Balances & Positions
Filter: Status: All ⌄   Type: All ⌄   Date: today ⌄

| Status | Action | Quantity | Symbol | Type | Price | Act. Price | Time-in-Force | Reported |
|--------|--------|----------|--------|------|-------|------------|---------------|----------|
| Filled | BUY | 1350 | MMAT | Limit | 0.2257 | — | | 07:00:00 04/17/23 |

Indicates non-standard option

Market data accompanied by     is delayed by at least 15 minutes for NASDAQ and options and 20 minutes for AMEX and NYSE. Duration of the delay for other exchanges varies.

Cryptocurrency-linked products carry a substantial level of risk and are not suitable for all investors. Compared to other securities, currencies, or commodities, investments in cryptocurrencies are relatively new, highly speculative, and are subject to extreme price volatility, illiquidity, and increased risk of loss, including your entire investment in the fund. Cryptocurrency-linked products use futures contracts to attempt to duplicate the performance of an investment in cryptocurrency, which may result in unpredictable pricing, higher transaction costs, and performance that fails to track the price of the reference cryptocurrency as intended. Please read more about the risks here.

Investing in leveraged and inverse exchange-traded products (ETPs) involves heightened risks and is not appropriate for most investors.

Leveraged and inverse ETPs seek to deliver multiples of the short-term performance (or the opposite of the performance) of the index or benchmark they track.

For most of these products, the amount of leveraged or inverse exposure resets each day. The daily resetting has a compounding effect that can cause these securities to perform worse than their multiple would suggest over any period longer than one day. This effect can be magnified in volatile markets.

It is important to remember that most of these securities are designed for daily use only, and are not intended to be held overnight or long term.

Learn more about leveraged and inverse ETPs

*Options are not suitable for all investors as the special risks inherent to options trading may expose investors to potentially rapid and substantial losses. Please read Characteristics and Risks of Standardized Options before investing in options.*

Apply for options trading

Please review the **Special Margin Requirements** for certain securities.

Orders for OTCBB securities are subject to the **OTCBB Securities Trading Rules**

Extended-hours quotations may be delayed, may reflect only the securities closing price, and may not include information from all extended-hours market participants. Extended-Hours Trading is subject to the Extended-hours Trading Rules.

Execution price, speed and liquidity are affected by many factors, including market volatility, size and type of order and available market centers. Price can change quickly in fast market conditions, resulting in an execution price different from the quote displayed at order entry. We cannot guarantee prices on market orders. In addition, there is the risk that outages involving your access to the Internet or our own systems may interfere with your ability to access your online account. If you experience difficulties, please contact a Client Service representative.



Open an account   Find a branch   Contact us   Screen share

Accessibility   Privacy policies   TD Ameritrade Holding Corp   Mobile   Minimum requirements   Forms   Security setting

This is not an offer or solicitation in any jurisdiction where we are not authorized to do business or where such offer or solicitation would be contrary to the local regulations of that jurisdiction, including, but not limited to persons residing in Australia, Canada, Hong Kong, Japan, Saudi Arabia, Singapore, UK, and the countries of the European Union.

Unauthorized access and use is prohibited. Usage is monitored.

Charles Schwab & Co., Inc., member SIPC, is a separate but affiliated subsidiary of The Charles Schwab Corporation.

TD Ameritrade, member FINRA/SIPC, a subsidiary of The Charles Schwab Corporation. TD Ameritrade is a trademark jointly owned by TD Ameritrade IP Company, Inc. and The Toronto-Dominion Bank. © 2023 Charles Schwab & Co. Inc. All rights reserved. Member SIPC.



## My Account: Positions

privotti    Link/Add Acct

| Acct value | Total cash | Avail for withdrawal | Total positions val | Avail funds for trading | Nonmarginable funds |
|---|---|---|---|---|---|
| **$4,748.31** | **$18.17** | **$18.17** | **$4,730.14** | **$18.17** | **$18.17** |
| $16.16 (0.34%) | $0.00 (0.00%) | | $16.15 (0.34%) | | |

Asset type    All positions                                                                 Balances   Order status   Transaction history   Cost Basis

### Total Cash

| Description | Mkt value* | Day gain ($)* | Accrued interest ($)[1] | |
|---|---|---|---|---|
| Cash | 0.00 | 0.00 | -- | |
| FDIC INSURED DEPOSIT ACCOUNT CORE NOT COVERED BY SIPC | 18.17 | 0.00 | 0.00 | View rate schedule |

*Most data is streaming, but values marked with * update every 5 minutes.   Update now    Current value: **$18.17**   $0.00 (0.00%)

### Positions                                                                                 Microcharts   View: All positions (default)

| Symbol | Qty | Asset | Price | Cost | Mkt value* | Day gain ($)* | Day gain (%)* | Gain ($)* | Gain (%)* |
|---|---|---|---|---|---|---|---|---|---|
| NCLH | 100 | Equity | 16.54 | 1,485.50 | 1,654.00 | -17.00 | -1.19% | 168.50 | 11.34% |
| MMAT | 2,757 | Equity | 0.2358 | 6,178.33 | 650.10 | 36.12 | 5.88% | -5,528.23 | -89.48% |
| CEI | 1,920 | Equity | 0.437 | 10,079.50 | 839.04 | 1.73 | 0.21% | -9,240.46 | -91.68% |
| CCL | 100 | Equity | 15.87 | 690.00 | 1,587.00 | -17.07 | -1.06% | 897.00 | 130.00% |
| 6DA993019 | 14,526 | Equity | 0.00 | 18,194.54 | -- | 0.00 | -- | -18,194.54 | -100.00% |

*Most data is streaming, but values marked with * update every 5 minutes.   Update now    Current value: **$4,730.14**   $16.15 (0.34%)



Got internet? Then you've got thinkorswim®. Streamlined trading, no download required—thinkorswim web is here.   Get started

Data displayed on this page is for information purposes only. Go to My Account > Cost Basis to view information for tax reporting. TD Ameritrade does not provide tax advice. You may wish to consult independent sources with respect to tax lot and performance reporting.

Quotes may be delayed up to 15 minutes. If you see delayed quotes, it might be because you haven't signed the exchange agreements, which is required in order to receive streaming data. To sign the agreements, go to My Profile.

Indicates non-standard option

Indicates options that are in-the-money

[1] Interest is accrued daily and credited to your account on a monthly basis. This is accrued interest month-to-date that has not yet been paid; however, this money can be withdrawn or used to buy securities.

The "cash alternatives" balance is the interest- or dividend-earning cash you hold in a sweep vehicle; this money can be withdrawn or used to buy securities. This balance also includes accrued interest that will be paid at month-end.

Interest rates paid on balances in the IDA and TD Ameritrade Cash are based on tiers. The previous day's closing balance determines eligibility for a particular tier each day. Simple interest is accrued daily based on the interest rate tier applicable to each day's balance, and is credited to your account on the last business day of the month. In accordance with the Client Agreement, TD Ameritrade may change the tiers and rates at its discretion and without notice and is not obligated to pay different rates between tiers. Rate changes may vary by program, location or arrangement.

In order to sell fractional shares of a stock position, you'll need to sell all your whole shares of that position. Questions? Call 800-669-3900

Before investing in a mutual fund or ETF, be sure to carefully consider the fund's or ETF's investing objectives, risks, charges and expenses. For a prospectus containing this and other important information, contact the fund or ETF sponsor, or a TD Ameritrade Client Services representative. Please read the prospectus carefully before investing.

*"Gross Expense Ratio" reflects a fund's total annual operating expenses as stated in the fund's prospectus and do not reflect any expense reimbursements or waivers that may exist. Some ETFs appearing on this

# Positions

Updated



☑ Group by Security Type  ☑ Condensed Table View

## Account Summary

| Account Value | Cash & Cash Investments | Market Value | Day Change | Cost Basis | Gain/Loss [2] |
|---|---|---|---|---|---|
| $3,933.22 | $18.22 | $3,915.00 | -$39.28 (-0.99%) | $36,627.91 | -$14,516.32 (-78.76%) |

## Positions Details *

| Symbol ▲ | Name | Quantity | Price | % Price Change | Market Value | % Day Change | Cost Basis | Gain |
|---|---|---|---|---|---|---|---|---|
| **▼ Equities** | | | | | | | | |
| 629999590 | NEXT BRIDGE HYDR… | 14.526 | N/A | N/A | N/A | N/A | $18,194.59 | |
| CCL | CARNIVAL CORP F | 100 | $16.94 | -$0.09 | $1,694.50 | -$8.50 | $690.00 | +$1,0 |
| CEI | CAMBER ENERGY INC | 1,920 | $0.1719 | +$0.0019 | $328.32 | +$1.92 | $10,079.50 | -$9,7 |
| MMAT | META MATLS INC | 2,757 | $0.0687 | -$0.0038 | $189.68 | -$10.20 | $6,178.32 | -$5,9 |
| NCLH | NORWEGIAN CRUIS… | 100 | $17.016 | -$0.234 | $1,702.50 | -$22.50 | $1,485.50 | +$2 |
| **Total Equities** | | | | | **$3,915.00** | **-$39.28** | **$36,627.91** | **-$14,5** |
| **▼ Cash & Money Market** | | | | | | | | |
| Cash & Cash Investments [1] | | | | | $18.22 | +$0.00 | — | |
| **Total Cash & Money Market** | | | | | **$18.22** | **+$0.00** | **N/A** | |
| **Account Total** | | | | | **$3,933.22** | **-$39.28** | **$36,627.91** | **-$14,5** |

## Disclosures & Footnotes

To update your streaming preferences, go to Profile and then go to Streaming Quotes.

* Streamed data includes Price, Price Change, 52 Week High, 52 Week Low and Volume.

Quantity, Market Value, Day Change, Gain/Loss, % of Account, Intrinsic Value, In the Money, Cost Basis, Margin Requirement, and Cost/Share update every 5 minutes.

Prices and Market Values are real-time and based on Cboe One Real-Time Quote, NASDAQ, and consolidated market quote, unless otherwise indicated.

Quotes from the Toronto Stock Exchange and TSX Venture Exchange are delayed for professional users. Non-professional users may see a mix of real time and delayed quotes.

For Mutual funds, the NAV is a daily calculation occurring after market close. This process may take 2-to-4 hours before a final NAV is made available to the public.

Mutual fund values for Day Change and Price Change will be reset to zero approximately 4 hours before market open on Monday, and approximately 1 hour before market op Change and Price Change will appear if there is a valid value to present. If there is no quote, Day Change and/or Price Change values will show N/A.

As your agreement for the receipt and use of market data provides, the securities markets (1) reserve all rights to the market data that they make available; (2) do not guaran either to their negligence or to any cause beyond their reasonable control.

1. The Cash Balance or Total Cash value reflects the aggregate amount of your bank account(s), money market funds, unswept or intra-day cash, credit or debit balances for the at one or more FDIC-insured banks (collectively, the "Program Banks"). Brokerage products and services (including unswept or intra-day cash, net credit or debit balances, and m Co., Inc. (Member SIPC) are not deposits or obligations of the Program Banks, are subject to investment risk, are not FDIC insured, may lose value, and are not Program Bank-gu Schwab Bank, SSB, Charles Schwab Premier Bank, SSB, and Charles Schwab Trust Bank are separate entities and are all affiliates of The Charles Schwab Corporation. Bank S has been accrued since the last interest payment was made to your account.

2. The Real Time Gain/Loss calculation is provided for informational purposes only and is an estimate of your unrealized daily gains or losses. It does not include all the adjustme your tax gains or losses or for reporting these gains or losses on your tax return, and are not binding on the IRS.

3. The value reported may not reflect the current price.

(0423-3S3E, 1023-3N52)

Today's Date 10:19 AM ET, 01/17/2024

Check the background of Charles Schwab or one of its investment professionals on