NVB 3001 (Effective 1/21)

# UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA

| | | |
|---|---|---|
| Name of Debtor: Meta Materials | Case Number: 24-50792 | **PROOF OF INTEREST** |

1. **Name and address of holder of the Equity Interest** (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

   Michael Hallerbach
   507 Janice Lane
   Placentia CA 92870

   Telephone Number: (714)724-3012

   ☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

   ☒ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

   ☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

**U.S. BANKRUPTCY COURT**
**MARY A. SCHOTT, CLERK**
**RECEIVED AND FILED**
**DEC 0 6 2024**

**COURT USE ONLY**

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

Account or other number by which Interest holder identifies Debtor:
**Schwab Acct# 4127-8889 (Roth IRA)**

Check here if this claim:
☐ replaces a previously filed Proof of Interest dated: _____
☐ amends a previously filed Proof of Interest dated: _____

2. **Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:**

   Charles Schwab & Co, Inc, PO Box 982600, El Paso TX 79998-2600

   Telephone Number: (800)403-9000

3. **Date Equity Interest was acquired:**
   Multiple throughout 2021-2022. - Statement attached

4. **Total amount of member interest:** 28 (After 1:100 reverse split)

5. **Certificate number(s):** _____

6. **Type of Equity Interest:**
   Please indicate the type of Equity Interest you hold:
   ☐ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
   ☒ Check this box if your Equity Interest is based on anything else and describe that interest:
   **Description:** Investor

7. **Supporting Documents:** Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
   DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. **Date-Stamped Copy:** To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

9. **Signature:**
   Check the appropriate box.
   ☒ I am the creditor.  ☐ I am the creditor's authorized agent. (Attach copy of power of attorney, if any.)  ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)  ☐ I am a guarantor, surety, endorser, or other codebtor. (See Bankruptcy Rule 3005.)

   I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

   Print Name: Michael Hallerbach
   Title:
   Company: ___ Address and telephone number (if different from notice address above):
   _____

   (Signature) *[signed]* 12-2-24 (Date)

   Telephone number: (714)724-3012    email: guitarplayer1969@gmail.com

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

**Transaction History for MJH Roth IRA ...889**

**Transactions found from 12/02/2020 to 12/02/2024**

| Date | Action | Symbol / Description | Quantity | Price | Fees & Comm | Amount |
|---|---|---|---|---|---|---|
| 01/29/2024 | Reverse Split | MMAT<br>META MATLS INC | 28 | | | |
| 11/06/2023 | Journaled Shares | MMAT<br>TDA TRAN - TRANSFER OF SECURITY OR OPTION OUT (MMAT) | -2,750 | | | |
| 11/06/2023 | Internal Transfer | MMAT<br>META MATLS INC | 2,750 | | | |
| 06/01/2022 | Buy | MMAT<br>TDA TRAN - Bought ...500 (MMAT) @1.8850 | 500 | $1.885 | | -$942.50 |
| 11/12/2021 | Buy to Open | MMAT 01/20/2023 10.00 C<br>TDA TRAN - Bought to Open 8 (MMAT Jan 20 2023 10.0 Call) @1.3500 | 8 | $1.35 | $5.28 | -$1,085.28 |
| 11/12/2021 | Buy to Open | MMAT 01/20/2023 10.00 C<br>TDA TRAN - Bought to Open 1 (MMAT Jan 20 2023 10.0 Call) @1.3400 | 1 | $1.34 | $0.66 | -$134.66 |
| 09/28/2021 | Buy | MMAT<br>TDA TRAN - Bought ...250 (MMAT) @5.8900 | 250 | $5.89 | | -$1,472.50 |
| 09/28/2021 | Buy | MMAT<br>TDA TRAN - Bought 4 (MMAT) @5.8700 | 4 | $5.87 | | -$23.48 |
| 09/28/2021 | Buy | MMAT<br>TDA TRAN - Bought ...250 (MMAT) @5.9900 | 250 | $5.99 | | -$1,497.50 |
| 09/28/2021 | Buy | MMAT<br>TDA TRAN - Bought ...250 (MMAT) @6.0100 | 250 | $6.01 | | -$1,502.50 |
| 09/27/2021 | Sell | MMAT<br>TDA TRAN - Sold 4 (MMAT) @6.2700 | 4 | $6.27 | | $25.08 |
| 09/27/2021 | Sell | MMAT<br>TDA TRAN - Sold ...250 (MMAT) @6.2222 | 250 | $6.2222 | $0.04 | $1,555.51 |
| 09/27/2021 | Sell | MMAT<br>TDA TRAN - Sold ...250 (MMAT) @6.2150 | 250 | $6.215 | $0.04 | $1,553.71 |
| 09/27/2021 | Sell | MMAT<br>TDA TRAN - Sold ...250 (MMAT) @6.2601 | 250 | $6.2601 | $0.04 | $1,564.99 |
| 09/03/2021 | Buy | MMAT<br>TDA TRAN - Bought ...250 (MMAT) @5.6057 | 250 | $5.6057 | | -$1,401.43 |
| 09/03/2021 | Buy | MMAT<br>TDA TRAN - Bought ...250 (MMAT) @5.5957 | 250 | $5.5957 | | -$1,398.93 |
| 09/03/2021 | Buy | MMAT<br>TDA TRAN - Bought ...250 (MMAT) @5.5863 | 250 | $5.5863 | | -$1,396.58 |
| 09/03/2021 | Buy | MMAT<br>TDA TRAN - Bought ...250 (MMAT) @5.5900 | 250 | $5.59 | | -$1,397.50 |
| 09/03/2021 | Buy | MMAT<br>TDA TRAN - Bought ...250 (MMAT) @5.6000 | 250 | $5.60 | | -$1,400.00 |
| 09/03/2021 | Buy | MMAT<br>TDA TRAN - Bought ...250 (MMAT) @5.6900 | 250 | $5.69 | | -$1,422.50 |
| 09/03/2021 | Buy | MMAT<br>TDA TRAN - Bought ...250 (MMAT) @5.7289 | 250 | $5.7289 | | -$1,432.23 |
| 09/03/2021 | Buy | MMAT<br>TDA TRAN - Bought ...250 (MMAT) @5.6900 | 250 | $5.69 | | -$1,422.50 |
| 09/03/2021 | Buy | MMAT<br>TDA TRAN - Bought ...250 (MMAT) @5.7000 | 250 | $5.70 | | -$1,425.00 |
| 09/03/2021 | Sell | MMAT | 250 | $6.1401 | $0.04 | $1,534.99 |

| Date | Action | Symbol / Description | Quantity | Price | Fees & Comm | Amount |
|---|---|---|---|---|---|---|
| | | TDA TRAN - Sold ...250 (MMAT) @6.1401 | | | | |
| 09/03/2021 | Sell | MMAT<br>TDA TRAN - Sold ...250 (MMAT) @6.3000 | 250 | $6.30 | $0.04 | $1,574.96 |
| 09/03/2021 | Sell | MMAT<br>TDA TRAN - Sold ...500 (MMAT) @6.0912 | 500 | $6.0912 | $0.08 | $3,045.52 |
| 09/03/2021 | Sell | MMAT<br>TDA TRAN - Sold ...250 (MMAT) @6.2700 | 250 | $6.27 | $0.04 | $1,567.46 |
| 09/03/2021 | Sell | MMAT<br>TDA TRAN - Sold ...250 (MMAT) @6.2301 | 250 | $6.2301 | $0.04 | $1,557.49 |
| 09/03/2021 | Sell | MMAT<br>TDA TRAN - Sold ...250 (MMAT) @6.0900 | 250 | $6.09 | $0.04 | $1,522.46 |
| 09/03/2021 | Sell | MMAT<br>TDA TRAN - Sold ...250 (MMAT) @6.3413 | 250 | $6.3413 | $0.04 | $1,585.29 |
| 08/30/2021 | Buy | MMAT<br>TDA TRAN - Bought ...500 (MMAT) @5.4999 | 500 | $5.4999 | | -$2,749.95 |
| 08/30/2021 | Buy | MMAT<br>TDA TRAN - Bought ...500 (MMAT) @5.4699 | 500 | $5.4699 | | -$2,734.95 |
| 08/30/2021 | Buy | MMAT<br>TDA TRAN - Bought ...500 (MMAT) @5.4699 | 500 | $5.4699 | | -$2,734.95 |
| 08/30/2021 | Buy | MMAT<br>TDA TRAN - Bought ...500 (MMAT) @5.4699 | 500 | $5.4699 | | -$2,734.95 |
| 08/30/2021 | Sell | MMAT<br>TDA TRAN - Sold ...500 (MMAT) @5.2801 | 500 | $5.2801 | $0.07 | $2,639.98 |
| 08/30/2021 | Sell | MMAT<br>TDA TRAN - Sold ...500 (MMAT) @5.2801 | 500 | $5.2801 | $0.07 | $2,639.98 |
| 08/30/2021 | Sell | MMAT<br>TDA TRAN - Sold ...500 (MMAT) @5.2910 | 500 | $5.291 | $0.07 | $2,645.43 |
| 08/30/2021 | Sell | MMAT<br>TDA TRAN - Sold ...500 (MMAT) @5.2901 | 500 | $5.2901 | $0.07 | $2,644.98 |
| 08/30/2021 | Sell | MMAT<br>TDA TRAN - Sold ...500 (MMAT) @5.3001 | 500 | $5.3001 | $0.07 | $2,649.98 |
| 08/30/2021 | Buy | MMAT<br>TDA TRAN - Bought ...500 (MMAT) @5.2061 | 500 | $5.2061 | | -$2,603.05 |
| 08/30/2021 | Buy | MMAT<br>TDA TRAN - Bought ...500 (MMAT) @5.1798 | 500 | $5.1798 | | -$2,589.90 |
| 08/30/2021 | Sell | MMAT<br>TDA TRAN - Sold ...500 (MMAT) @5.4101 | 500 | $5.4101 | $0.07 | $2,704.98 |
| 08/30/2021 | Sell | MMAT<br>TDA TRAN - Sold ...500 (MMAT) @5.3601 | 500 | $5.3601 | $0.07 | $2,679.98 |
| 08/30/2021 | Buy | MMAT<br>TDA TRAN - Bought ...500 (MMAT) @5.3300 | 500 | $5.33 | | -$2,665.00 |
| 08/30/2021 | Buy | MMAT<br>TDA TRAN - Bought ...500 (MMAT) @5.3300 | 500 | $5.33 | | -$2,665.00 |
| 08/30/2021 | Buy | MMAT<br>TDA TRAN - Bought ...500 (MMAT) @5.2700 | 500 | $5.27 | | -$2,635.00 |
| 08/30/2021 | Buy | MMAT<br>TDA TRAN - Bought ...500 (MMAT) @5.3599 | 500 | $5.3599 | | -$2,679.95 |
| 08/30/2021 | Buy | MMAT<br>TDA TRAN - Bought ...500 (MMAT) @5.5000 | 500 | $5.50 | | -$2,750.00 |
| 08/30/2021 | Sell | MMAT<br>TDA TRAN - Sold ...500 (MMAT) @5.4500 | 500 | $5.45 | $0.07 | $2,724.93 |

| Date | Action | Symbol / Description | Quantity | Price | Fees & Comm | Amount |
|---|---|---|---|---|---|---|
| 08/30/2021 | Sell | MMAT<br>TDA TRAN - Sold ...500 (MMAT) @5.3701 | 500 | $5.3701 | $0.07 | $2,684.98 |
| 08/30/2021 | Sell | MMAT<br>TDA TRAN - Sold ...500 (MMAT) @5.5101 | 500 | $5.5101 | $0.07 | $2,754.98 |
| 08/30/2021 | Sell | MMAT<br>TDA TRAN - Sold ...500 (MMAT) @5.5300 | 500 | $5.53 | $0.07 | $2,764.93 |
| 08/27/2021 | Buy | MMAT<br>TDA TRAN - Bought ...500 (MMAT) @4.2200 | 500 | $4.22 | | -$2,110.00 |
| 08/27/2021 | Buy | MMAT<br>TDA TRAN - Bought ...500 (MMAT) @4.2200 | 500 | $4.22 | | -$2,110.00 |
| 08/27/2021 | Buy | MMAT<br>TDA TRAN - Bought ...500 (MMAT) @4.2200 | 500 | $4.22 | | -$2,110.00 |
| 08/27/2021 | Buy | MMAT<br>TDA TRAN - Bought ...500 (MMAT) @4.2300 | 500 | $4.23 | | -$2,115.00 |
| 08/27/2021 | Sell | MMAT<br>TDA TRAN - Sold ...500 (MMAT) @4.1601 | 500 | $4.1601 | $0.07 | $2,079.98 |
| 08/27/2021 | Sell | MMAT<br>TDA TRAN - Sold ...500 (MMAT) @4.1649 | 500 | $4.1649 | $0.07 | $2,082.38 |
| 08/27/2021 | Sell | MMAT<br>TDA TRAN - Sold ...500 (MMAT) @4.1650 | 500 | $4.165 | $0.07 | $2,082.43 |
| 08/27/2021 | Sell | MMAT<br>TDA TRAN - Sold ...500 (MMAT) @4.1645 | 500 | $4.1645 | $0.07 | $2,082.18 |
| 08/27/2021 | Buy | MMAT<br>TDA TRAN - Bought ...500 (MMAT) @4.1698 | 500 | $4.1698 | | -$2,084.90 |
| 08/27/2021 | Buy | MMAT<br>TDA TRAN - Bought ...500 (MMAT) @4.1698 | 500 | $4.1698 | | -$2,084.90 |
| 08/27/2021 | Buy | MMAT<br>TDA TRAN - Bought ...200 (MMAT) @4.1550 | 200 | $4.155 | | -$831.00 |
| 08/27/2021 | Buy | MMAT<br>TDA TRAN - Bought ...300 (MMAT) @4.1598 | 300 | $4.1598 | | -$1,247.94 |
| 08/27/2021 | Buy | MMAT<br>TDA TRAN - Bought ...500 (MMAT) @4.1598 | 500 | $4.1598 | | -$2,079.90 |
| 08/27/2021 | Sell | MMAT<br>TDA TRAN - Sold ...500 (MMAT) @3.8713 | 500 | $3.8713 | $0.07 | $1,935.58 |
| 08/27/2021 | Sell | MMAT<br>TDA TRAN - Sold ...500 (MMAT) @3.8700 | 500 | $3.87 | $0.07 | $1,934.93 |
| 08/27/2021 | Sell | MMAT<br>TDA TRAN - Sold ...500 (MMAT) @3.8707 | 500 | $3.8707 | $0.07 | $1,935.28 |
| 08/27/2021 | Buy | MMAT<br>TDA TRAN - Bought ...500 (MMAT) @3.8699 | 500 | $3.8699 | | -$1,934.95 |
| 08/27/2021 | Buy | MMAT<br>TDA TRAN - Bought ...500 (MMAT) @3.8689 | 500 | $3.8689 | | -$1,934.45 |
| 08/27/2021 | Sell | MMAT<br>TDA TRAN - Sold ...500 (MMAT) @3.8318 | 500 | $3.8318 | $0.07 | $1,915.83 |
| 08/27/2021 | Sell | MMAT<br>TDA TRAN - Sold ...500 (MMAT) @3.8500 | 500 | $3.85 | $0.07 | $1,924.93 |
| 08/27/2021 | Sell | MMAT<br>TDA TRAN - Sold ...500 (MMAT) @3.8400 | 500 | $3.84 | $0.07 | $1,919.93 |
| 08/27/2021 | Sell | MMAT<br>TDA TRAN - Sold ...500 (MMAT) @3.8312 | 500 | $3.8312 | $0.07 | $1,915.53 |
| 08/27/2021 | Buy | MMAT | 500 | $3.8684 | | -$1,934.20 |

| Date | Action | Symbol / Description | Quantity | Price | Fees & Comm. | Amount |
|---|---|---|---|---|---|---|
| | | TDA TRAN - Bought ...500 (MMAT) @3.8684 | | | | |
| 08/27/2021 | Buy | MMAT<br>TDA TRAN - Bought ...500 (MMAT) @3.8350 | 500 | $3.835 | | -$1,917.50 |
| 08/27/2021 | Buy | MMAT<br>TDA TRAN - Bought ...500 (MMAT) @3.8399 | 500 | $3.8399 | | -$1,919.95 |
| 08/27/2021 | Buy | MMAT<br>TDA TRAN - Bought ...500 (MMAT) @3.8356 | 500 | $3.8356 | | -$1,917.80 |
| 08/27/2021 | Buy | MMAT<br>TDA TRAN - Bought ...500 (MMAT) @3.8390 | 500 | $3.839 | | -$1,919.50 |
| 08/27/2021 | Sell | MMAT<br>TDA TRAN - Sold 1500 (MMAT) @3.8012 | 1,500 | $3.8012 | $0.21 | $5,701.59 |
| 08/27/2021 | Buy | MMAT<br>TDA TRAN - Bought ...100 (MMAT) @3.7799 | 100 | $3.7799 | | -$377.99 |
| 08/27/2021 | Buy | MMAT<br>TDA TRAN - Bought ...100 (MMAT) @3.7800 | 100 | $3.78 | | -$378.00 |
| 08/27/2021 | Buy | MMAT<br>TDA TRAN - Bought ...300 (MMAT) @3.7900 | 300 | $3.79 | | -$1,137.00 |
| 08/27/2021 | Buy | MMAT<br>TDA TRAN - Bought ...500 (MMAT) @3.7886 | 500 | $3.7886 | | -$1,894.30 |
| 08/27/2021 | Buy | MMAT<br>TDA TRAN - Bought ...500 (MMAT) @3.7886 | 500 | $3.7886 | | -$1,894.30 |
| 08/27/2021 | Sell | MMAT<br>TDA TRAN - Sold ...137 (MMAT) @3.6000 | 137 | $3.60 | $0.01 | $493.19 |
| 08/27/2021 | Sell | MMAT<br>TDA TRAN - Sold ...363 (MMAT) @3.6001 | 363 | $3.6001 | $0.05 | $1,306.79 |
| 08/27/2021 | Sell | MMAT<br>TDA TRAN - Sold ...100 (MMAT) @3.6001 | 100 | $3.6001 | $0.01 | $360.00 |
| 08/27/2021 | Sell | MMAT<br>TDA TRAN - Sold ...500 (MMAT) @3.6018 | 500 | $3.6018 | $0.07 | $1,800.83 |
| 08/27/2021 | Sell | MMAT<br>TDA TRAN - Sold ...500 (MMAT) @3.6150 | 500 | $3.615 | $0.07 | $1,807.43 |
| 08/27/2021 | Sell | MMAT<br>TDA TRAN - Sold ...500 (MMAT) @3.6150 | 500 | $3.615 | $0.07 | $1,807.43 |
| 08/26/2021 | Buy | MMAT<br>TDA TRAN - Bought ...100 (MMAT) @3.3700 | 100 | $3.37 | | -$337.00 |
| 08/26/2021 | Buy | MMAT<br>TDA TRAN - Bought 1000 (MMAT) @3.3800 | 1,000 | $3.38 | | -$3,380.00 |
| 08/26/2021 | Buy | MMAT<br>TDA TRAN - Bought 1000 (MMAT) @3.4399 | 1,000 | $3.4399 | | -$3,439.90 |
| 08/26/2021 | Sell | MMAT<br>TDA TRAN - Sold 1000 (MMAT) @3.5000 | 1,000 | $3.50 | $0.14 | $3,499.86 |
| 08/26/2021 | Buy | MMAT<br>TDA TRAN - Bought 1000 (MMAT) @3.4999 | 1,000 | $3.4999 | | -$3,499.90 |
| 08/26/2021 | Sell | MMAT<br>TDA TRAN - Sold ...500 (MMAT) @3.4701 | 500 | $3.4701 | $0.07 | $1,734.98 |
| 08/26/2021 | Sell | MMAT<br>TDA TRAN - Sold ...500 (MMAT) @3.4756 | 500 | $3.4756 | $0.07 | $1,737.73 |
| 08/26/2021 | Sell | MMAT<br>TDA TRAN - Sold ...500 (MMAT) @3.4701 | 500 | $3.4701 | $0.07 | $1,734.98 |
| 08/26/2021 | Sell | MMAT<br>TDA TRAN - Sold ...500 (MMAT) @3.4743 | 500 | $3.4743 | $0.07 | $1,737.08 |

| Date | Action | Symbol / Description | Quantity | Price | Fees & Comm | Amount |
|---|---|---|---|---|---|---|
| 08/26/2021 | Sell | MMAT<br>TDA TRAN - Sold ...500 (MMAT) @3.4701 | 500 | $3.4701 | $0.07 | $1,734.98 |
| 08/26/2021 | Sell | MMAT<br>TDA TRAN - Sold ...500 (MMAT) @3.4701 | 500 | $3.4701 | $0.07 | $1,734.98 |
| 08/12/2021 | Buy | MMAT<br>TDA TRAN - Bought ...443 (MMAT) @3.3900 | 443 | $3.39 | | -$1,501.77 |
| 08/12/2021 | Buy | MMAT<br>TDA TRAN - Bought 57 (MMAT) @3.3700 | 57 | $3.37 | | -$192.09 |
| 08/12/2021 | Buy | MMAT<br>TDA TRAN - Bought ...500 (MMAT) @3.4384 | 500 | $3.4384 | | -$1,719.20 |
| 08/11/2021 | Buy | MMAT<br>TDA TRAN - Bought ...500 (MMAT) @3.4899 | 500 | $3.4899 | | -$1,744.95 |
| 08/11/2021 | Buy | MMAT<br>TDA TRAN - Bought ...500 (MMAT) @3.4884 | 500 | $3.4884 | | -$1,744.20 |
| 08/11/2021 | Buy | MMAT<br>TDA TRAN - Bought ...500 (MMAT) @3.4886 | 500 | $3.4886 | | -$1,744.30 |
| 08/11/2021 | Buy | MMAT<br>TDA TRAN - Bought ...500 (MMAT) @3.4840 | 500 | $3.484 | | -$1,742.00 |

Page Total: **-$10,253.26**

Intra-day transactions are subject to change.

Brokerage Account Balances are from the previous market close, but also may include new activity that will be posted to your account at after market close. Balances are subject to change.

Bank sweep information can be found on your Statements. Current Balance bank sweep information can be found on the Balances page.

(1123-3U5Y, 0924-CLCV)

**Brokerage Products: Not FDIC Insured • No Bank Guarantee • May Lose Value**

The Charles Schwab Corporation provides a full range of brokerage, banking and financial advisory services through its operating subsidiaries. Its broker-dealer subsidiary, Charles Schwab & Co. Inc. (Member SIPC), and its affiliates offer investment services and products. Its banking subsidiary, Charles Schwab Bank, SSB (member FDIC and an Equal Housing Lender), provides deposit and lending services and products. This site is designed for U.S. residents. Non-U.S. residents are subject to country-specific restrictions. Learn more about our services for non-US Residents , Charles Schwab Hong Kong clients , Charles Schwab UK clients. © 2024 Charles Schwab & Co., Inc. All rights reserved. Member SIPC. Unauthorized access is prohibited. Usage will be monitored.

Account: ...889
Today's Date: 04:32 PM ET, 12/02/2024



Roth Contributory IRA of

MICHAEL JOHN HALLERBACH
CHARLES SCHWAB & CO INC CUST
ROTH CONTRIBUTORY IRA

Account Nickname
MJH Roth IRA

Account Number
4127-8889

Statement Period
November 1-30, 2024

## Account Summary

Ending Account Value as of 11/30
**$16,739.37**

Beginning Account Value as of 11/01
**$14,143.01**



|  | This Statement | YTD |
|---|---:|---:|
| Beginning Value | $14,143.01 | $585.29 |
| Deposits | 1,000.00 | 13,600.00 |
| Withdrawals | 0.00 | 0.00 |
| Dividends and Interest | 12.08 | 92.74 |
| Transfer of Securities | 0.00 | 0.00 |
| Market Appreciation/(Depreciation) | 1,584.28 | 2,461.34 |
| Expenses | 0.00 | 0.00 |
| **Ending Value** | **$16,739.37** | **$16,739.37** |

Account Ending Value reflects the market value of your cash and investments. It does not include pending transactions, unpriced securities or assets held outside Schwab's custody.

**Manage Your Account**

**Customer Service and Trading:**
Call your Schwab Representative
1-800-435-4000
24/7 Customer Service

For the most current records on your account visit schwab.com/login. Statements are archived up to 10 years online.

**Commitment to Transparency**

Client Relationship Summaries and Best Interest disclosures are at schwab.com/transparency. Charles Schwab & Co., Inc. Member SIPC.

**Online Assistance**

  Visit us online at schwab.com

Visit schwab.com/stmt to explore the features and benefits of this statement.

MICHAEL JOHN HALLERBACH
CHARLES SCHWAB & CO INC CUST
ROTH CONTRIBUTORY IRA
507 JANICE LN
PLACENTIA CA  92870

11/29-00000-ID2151616-103708

1 of 8



Roth Contributory IRA of

MICHAEL JOHN HALLERBACH
CHARLES SCHWAB & CO INC CUST
ROTH CONTRIBUTORY IRA

Account Nickname
MJH Roth IRA

Statement Period
November 1-30, 2024

## Asset Allocation



|  | This Period | Current Allocation |
|---|---|---|
| Cash and Cash Investments | 11,378.04 | 68% |
| Equities | 5,361.33 | 32% |
| **Total** | **$16,739.37** | **100%** |

Investment Objective: Growth

## Income Summary



|  | This Period | YTD |
|---|---|---|
| Schwab One® Interest | 0.26 | 5.31 |
| Cash Dividends | 11.82 | 87.43 |
| **Total Income** | **$12.08** | **$92.74** |

## Top Account Holdings This Period

| SYMBOL CUSIP | Description | Market Value | % of Accounts |
|---|---|---|---|
|  | Cash | 11,378.04 | 68% |
| WAL | WESTERN ALLIANCE BANCORP | 2,349.79 | 14% |
| GOOGL | ALPHABET INC | 846.78 | 5% |
| BN | BROOKFIELD CORP    F | 798.07 | 5% |
| EBAY | EBAY INC | 759.48 | 5% |

## Margin Information

The opening settled debit balance in this limited margin account for the statement period was $0.00. There were no margin debits during the margin period. **No interest was charged.**

## Gain or (Loss) Summary

| | All Positions | | |
|---|---|---|---|
| | Gain | (Loss) | Net |
| This Period | 1,148.86 | (8,942.37) | (7,793.51) |
| YTD | 0.00 | (7,806.94) | (7,806.94) |
| **Unrealized** | | | **($8,941.46)** |

Values may not reflect all of your gains/losses; Schwab has provided accurate gain and loss information wherever possible for most investments. Cost basis may be incomplete or unavailable for some of your holdings and may change or be adjusted in certain cases. Please login to your account at Schwab.com for real-time gain/loss information. Statement information should not be used for tax preparation, instead refer to official tax documents. For additional information refer to Terms and Conditions.

## Retirement Details

| Contributions | 2023 | 2024 |
|---|---|---|
| Roth IRA | 7,500.00 | 6,100.00 |
| **Total YTD ($)** | **7,500.00** | **6,100.00** |



**Roth Contributory IRA of**

MICHAEL JOHN HALLERBACH
CHARLES SCHWAB & CO INC CUST
ROTH CONTRIBUTORY IRA

Account Nickname
MJH Roth IRA

Statement Period
November 1-30, 2024

## Positions - Summary

| Beginning Value as of 11/01 | + | Transfer of Securities(In/Out) | + | Dividends Reinvested | + | Cash Activity | + | Change in Market Value | = | Ending Value as of 11/30 | Cost Basis | Unrealized Gain/(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| $14,143.01 | | $0.00 | | ($10.57) | | $1,012.08 | | $1,594.85 | | $16,739.37 | $14,302.79 | ($8,941.46) |

Values may not reflect all of your gains/losses; Schwab has provided accurate gain and loss information wherever possible for most investments. Cost basis may be incomplete or unavailable for some of your holdings and may change or be adjusted in certain cases. Statement information should not be used for tax preparation, instead refer to official tax documents. For additional information refer to Terms and Conditions.

## Cash and Cash Investments

| Type | Symbol | Description | Quantity | Price($) | Beginning Balance($) | Ending Balance($) | Change in Period Balance($) | Pending/Unsettled Cash($) | Interest/ Yield Rate | % of Acct |
|---|---|---|---|---|---|---|---|---|---|---|
| Cash | | | | | 1,306.63 | 11,378.04 | 10,071.41 | (1,248.50) | | 68% |
| Total Cash and Cash Investments | | | | | $1,306.63 | $11,378.04 | $10,071.41 | | | 68% |

## Positions - Equities

| Symbol | Description | Quantity | Price($) | Market Value($) | Cost Basis($) | Unrealized Gain/(Loss)($) | Est. Yield | Est. Annual Income($) | % of Acct |
|---|---|---|---|---|---|---|---|---|---|
| GOOGL | ALPHABET INC ◊ | 5.0120 | 168.95000 | 846.78 | 710.19 | 136.59 | 0.47% | 4.01 | 5% |
| BN | BROOKFIELD CORP    F | 13.0000 | 61.39000 | 798.07 | 497.45 | 300.62 | 0.52% | 4.16 | 5% |
| EBAY | EBAY INC ◊ | 12.0000 | 63.29000 | 759.48 | 485.22 | 274.26 | 1.7% | 12.96 | 5% |
| MMATQ | META MATLS INC | 28.0000 | 0.06100 | 1.71 | 10,655.03 | (10,653.32) | N/A | 0.00 | <1% |
| PRI | PRIMERICA INC | 2.0000 | 302.75000 | 605.50 | 440.57 | 164.93 | 1.18% | 7.20 | 4% |
| WAL | WESTERN ALLIANCE BANCORP ◊ | 25.1019 | 93.61000 | 2,349.79 | 1,514.33 | 835.46 | 1.62% | 38.15 | 14% |
| Total Equities | | | | $5,361.33 | $14,302.79 | ($8,941.46) | | $66.48 | 32% |

Estimated Annual Income ("EAI") and Estimated Yield ("EY") calculations are for informational purposes only. The actual income and yield might be lower or higher than the estimated amounts. EY is based upon EAI and the current price of the security and will fluctuate. For certain types of securities, the calculations could include a return of principal or capital gains in which case EAI and EY would be overstated. EY and EAI are not promptly updated to reflect when an issuer has missed a regular payment or announced changes to future payments, in which case EAI and EY will continue to display at a prior rate.



**Roth Contributory IRA of**

MICHAEL JOHN HALLERBACH
CHARLES SCHWAB & CO INC CUST
ROTH CONTRIBUTORY IRA

Account Nickname
MJH Roth IRA

Statement Period
November 1-30, 2024

## Transactions - Summary

| Beginning Cash* as of 11/01 | + | Deposits | + | Withdrawals | + | Purchases | + | Sales/Redemptions | + | Dividends/Interest | + | Expenses | = | Ending Cash* as of 11/30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| $1,306.63 | | $1,000.00 | | $0.00 | | ($10.57) | | $9,069.90 | | $12.08 | | $0.00 | | $11,378.04 |

Other Activity  $0.00    Other activity includes transactions which don't affect the cash balance such as stock transfers, splits, etc.

*Cash (includes any cash debit balance) held in your account plus the value of any cash invested in a sweep money fund.

## Transaction Details

| Date | Category | Action | Symbol/CUSIP | Description | Quantity | Price/Rate per Share($) | Charges/Interest($) | Amount($) | Realized Gain/(Loss)($) |
|---|---|---|---|---|---|---|---|---|---|
| 11/15 | Sale | | AN | AUTONATION INC<br>Exchange Processing Fee $0.02 | (4.0000) | 167.2078 | 0.02 | 668.81 | 25.61 (LT) |
| | Sale | | BNGO | BIONANO GENOMICS INC<br>Exchange Processing Fee $0.02 | (125.0000) | 0.2409 | 0.02 | 30.09 | (8,942.37) (LT) |
| | Sale | | CMG | CHIPOTLE MEXICAN GRILL I<br>Exchange Processing Fee $0.02 | (10.2163) | 60.2497 | 0.02 | 615.51 | 143.21 (LT) |
| | Sale | | MSFT | MICROSOFT CORP<br>Exchange Processing Fee $0.02 | (2.0000) | 427.0500 | 0.02 | 854.08 | 77.17 (LT) |
| | Sale | | TOL | TOLL BROS INC<br>Exchange Processing Fee $0.02 | (4.0000) | 153.5200 | 0.02 | 614.06 | 119.54 (LT) |
| | Purchase | Reinvested Shares | LAD | LITHIA MTRS INC | 0.0029 | 367.7900 | | (1.07) | |
| | Dividend | Qual Div Reinvest | LAD | LITHIA MTRS INC | | | | 1.07 | |
| 11/18 | Deposit | MoneyLink Txn | | Tfr SchoolsFirst Feder, MICHAEL AND ALIC | | | | 1,000.00 | |
| 11/22 | Sale | | ABG | ASBURY AUTOMOTIVE GROUP<br>Exchange Processing Fee $0.01 | (2.0000) | 258.0495 | 0.01 | 516.09 | 111.29 (LT) |
| | Sale | | BAM | BROOKFIELD ASSET MGMT F CLASS A<br>Exchange Processing Fee $0.02 | (14.0000) | 55.5900 | 0.02 | 778.24 | 250.08 (LT) |
| | Sale | | CEIX | CONSOL ENERGY INC NEW<br>Exchange Processing Fee $0.02 | (5.0000) | 132.6650 | 0.02 | 663.31 | 189.27 (LT) |



Roth Contributory IRA of

MICHAEL JOHN HALLERBACH
CHARLES SCHWAB & CO INC CUST
ROTH CONTRIBUTORY IRA

Account Nickname
MJH Roth IRA

Statement Period
November 1-30, 2024

## Transaction Details (continued)

| Date | Category | Action | Symbol/CUSIP | Description | Quantity | Price/Rate per Share($) | Charges/Interest($) | Amount($) | Realized Gain/(Loss)($) |
|---|---|---|---|---|---|---|---|---|---|
| 11/22 | Sale | | LAD | LITHIA MTRS INC<br>Exchange Processing Fee $0.02 | (2.0140) | 382.6266 | 0.02 | 770.59 | 189.89 (LT) |
| 11/26 | Dividend | Qual. Dividend | CEIX | CONSOL ENERGY INC NEW | | | | 1.25 | |
| 11/27 | Interest | Credit Interest | | SCHWAB1 INT 10/30-11/26 | | | | 0.26 | |
| 11/29 | Sale | | AMR | ALPHA METALLURGICAL RES<br>Exchange Processing Fee $0.10 | (14.0000) | 254.2300 | 0.10 | 3,559.12 | 42.80 (LT) |
| | Purchase | Reinvested Shares | WAL | WESTERN ALLIANCE BANCORP | 0.1019 | 93.2300 | | (9.50) | |
| | Dividend | Qual Div Reinvest | WAL | WESTERN ALLIANCE BANCORP | | | | 9.50 | |
| **Total Transactions** | | | | | | | | **$10,071.41** | **($7,793.51)** |

Date column represents the Settlement/Process date for each transaction.
10/30 through 11/26: $0.26 based on .142% average Schwab One® interest rate paid on 21 days in which your account had an average daily balance of $3,974.97.

## Pending / Open Activity

| Activity Type | Date | Action | Symbol/CUSIP | Description | Quantity | Market Price/Rate per Share($) | Limit Price($) | Settle/Payable Date | Expiration Date | Amount($) |
|---|---|---|---|---|---|---|---|---|---|---|
| Pending | 11/21 | Qual Div | PRI | PRIMERICA INC | 2.0000 | 0.9000 | | 12/12 | | 1.80 |
| | 11/29 | Purchase | BGC | BGC GROUP INC | 100.0000 | 9.7299 | | 12/02 | | (972.99) |
| | | Purchase | TSLA 12/20/2024 400.00 C | CALL TESLA INC | 4.0000 | 2.6400 | | 12/02 | | (1,058.64) |
| | | Short Sale | TSLA 12/20/2024 410.00 C | CALL TESLA INC | 4.0000 | 1.9600 | | 12/02 | | 781.33 |
| **Total Pending Transactions** | | | | | | | | | | **($1,248.50)** |
| Open Orders | 11/29 | Sell Stop | BGC | BGC GROUP INC CLASS A | 100.0000 | 9.7400 | 9.2700 | | 05/28 | |

Pending transactions are not included in account value.

You can change or cancel any open order by calling us. Orders expire as of close of business on expiration date listed above.

## Endnotes For Your Account

◊     Dividends paid on this security will be automatically reinvested.