# UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA

**PROOF OF INTEREST**

Name of Debtor: **Meta Materials, Inc**

Case Number: **24-50792-HLB**

**1. Name and address of holder of the Equity Interest** (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

Dale & June Schmidt
1099 Sky Meadow Rd
Swall Meadows CA 93514

Telephone Number: 760-920-9523

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

☑ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

**COURT USE ONLY**

Account or other number by which Interest holder identifies Debtor:

Check here if this claim:
☐ replaces a previously filed Proof of Interest dated: _____
☐ amends a previously filed Proof of Interest dated: _____

**2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:**

Charles Schwab

Telephone Number: 1-800-435-4000

**3. Date Equity Interest was acquired:**
See attached documentation for Joint Account ~~077~~ 9259-8077

**4. Total amount of member interest:** _____

**5. Certificate number(s):** _____

**6. Type of Equity Interest:**
Please indicate the type of Equity Interest you hold:
☑ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
☐ Check this box if your Equity Interest is based on anything else and describe that interest:
Description: **Investor**

**7. Supporting Documents:** Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**8. Date-Stamped Copy:** To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

**9. Signature:**
Check the appropriate box.
☑ I am the creditor.   ☐ I am the creditor's authorized agent.   ☐ I am the trustee, or the debtor,   ☐ I am a guarantor, surety, endorser, or other codebtor.
(Attach copy of power of attorney, if any.)   or their authorized agent.   (See Bankruptcy Rule 3005.)
(See Bankruptcy Rule 3004.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: Dale Schmidt / June Schmidt
Title:
Company: __ Address and telephone number (if different from notice address above):

Signature: ✱ June E. Schmidt
✱ Dale Schmidt

(Date)

Telephone number: 760-920-9523   Email: skymeadowranch@schat.net

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

# Transaction History

Updated: 03:11:02 PM ET, 12/07/2024   C Refresh   ⓘ Help   ⬇ Export   🖨 Print

**Joint Tenant** ...077 ⌄   9259-8077

**Date range:** All
**Symbol (Optional):** Q MMAT ⊗   ☑ Include Options   [Search]

≡ Filter by Transaction Types

**Transactions found from 12/07/2020 to 12/07/2024**
Don't see it here? Go to Statements

| Date ▼ | Action | Symbol / Description | Quantity | Price | Fees & Comm | Amount |
|---|---|---|---|---|---|---|
| 01/29/2024 | Reverse Split | MMAT META MATLS INC | 32 | | | |
| 10/06/2023 | Buy Trade Details | MMAT META MATLS INC | 80 | $0.2137 | | -$17.10 |
| 08/04/2023 | Buy Trade Details | MMAT META MATLS INC | 240 | $0.241 | | -$57.84 |
| 05/27/2022 | Buy Trade Details | MMAT META MATLS INC | 2,800 | $1.7495 | | -$4,898.60 |

Page Total: -$4,973.54

9259-8077

## Investment Detail - Other Assets

| Other Assets | Quantity | Market Price | Market Value<br>Cost Basis | % of Account Assets | Unrealized Gain or (Loss) | Estimated Yield | Estimated Annual Income |
|---|---|---|---|---|---|---|---|
| META MATLS INC   0%PFD<br>SUBJ TO XTRO REDEMPTION<br>SYMBOL: MMTLP | 4,500.0000 | 1.30000 | 5,850.00<br>5,683.90 | 95% | 166.10 | N/A | N/A |
| Total Other Assets | 4,500.0000 | | 5,850.00 | 95% | 166.10 | | N/A |
| | | Total Cost Basis: | 5,683.90 | | | | |

Estimated Annual Income ("EAI") and Estimated Yield ("EY") calculations are for informational purposes only and are derived from information provided by outside parties. Schwab cannot guarantee the accuracy of such information. Since the interest and dividends are subject to change at any time, they should not be relied upon exclusively for making investment decisions. The actual income and yield might be lower or higher than the estimated amounts. EY is based upon EAI and the current price of the security and will fluctuate. For certain types of securities, the calculations could include a return of principal or capital gains in which case EAI and EY would be overstated. EY and EAI are not promptly updated to reflect when an issuer has missed a regular payment or announced changes to future payments, in which case EAI and EY will continue to display at a prior rate.

| | |
|---|---|
| Total Investment Detail | 6,166.10 |
| Total Account Value | 6,166.10 |
| Total Cost Basis | 5,683.90 |

Please see "Endnotes for Your Account" section for an explanation of the endnote codes and symbols on this statement.



**charles SCHWAB**

Schwab One® Account of
**DALE H SCHMIDT &
JUNE E SCHMIDT JT TEN**

Account Number
9259-8077

Statement Period
January 1, 2023 to
March 31, 2023

### Investment Detail - Bank Sweep

| Bank Sweep | Starting Balance | Ending Balance | % of Account Assets |
|---|---|---|---|
| CHARLES SCHWAB BANK | 2.48 | 2.48 | <1% |
| Total Bank Sweep | 2.48 | 2.48 | <1% |
| Total Bank Sweep | | 2.48 | <1% |

### Investment Detail - Equities

| Equities | Quantity | Market Price | Market Value / Cost Basis | % of Account Assets | Unrealized Gain or (Loss) | Estimated Yield | Estimated Annual Income |
|---|---|---|---|---|---|---|---|
| META MATLS INC SYMBOL: MMAT | 2,800.0000 | 0.40760 | 1,141.28 / 4,898.60 | 100% | (3,757.32) | N/A | N/A |
| Total Equities | 2,800.0000 | Total Cost Basis: | 1,141.28 / 4,898.60 | 100% | (3,757.32) | | N/A |

9259 - 8077

Joint Tenant ...077

**Date range:** All

**Symbol (Options):** MMAT ☒ Include Options [Search]

▽ Filter by Transaction Types

Transactions found from 12/06/2023 to 12/06/2024

| Date | Action | Symbol / Description | Quantity | Price | Fees & Comm | Amount |
|---|---|---|---|---|---|---|
| 01/25/2024 | Reverse Split | MMAT METAMATLS INC | 32 | | | |
| 12/05/2023 | Buy Trade Details | MMAT METAMATLS INC | 40 | $0.2137 | | -$17.10 |
| 03/04/2023 | Buy Trade Details | MMAT METAMATLS INC | 240 | $0.241 | | -$57.84 |
| 05/27/2022 | Buy Trade Details | MMAT METAMATLS INC | 2,880 | $1.7455 | | -$4,898.60 |

Page Total: -$4,973.54



**charles SCHWAB**

Schwab One® Account of
**DALE H SCHMIDT &
JUNE E SCHMIDT JT TEN**

Account Number
9259-9077

Statement Period
January 1-31, 2022

## Transaction Detail - Purchases & Sales

### Other Assets Activity

| Settle Date | Trade Dat | Transaction | Description | Quantity | Unit Price | Charges and Interest | Total Amount |
|---|---|---|---|---|---|---|---|
| 01/28/22 | 01/26/22 | Bought | META MATLS INC  0%PFD | 2,000.0000 | 1.2600 | 6.95 | (2,526.95) |
| | | | Includes Commission $6.95 | | | | |
| 01/28/22 | 01/26/22 | Bought | META MATLS INC  0%PFD | 525.0000 | 1.2600 | 1.46 | (662.96) |
| | | | Includes Commission $1.46 | | | | |
| 01/28/22 | 01/26/22 | Bought | META MATLS INC  0%PFD | 1,975.0000 | 1.2600 | 5.49 | (2,493.99) |
| | | | Includes Commission $5.49 | | | | |
| **Total Other Assets Activity** | | | | | | | **(5,683.90)** |
| **Total Purchases & Sales** | | | | | | | **(5,683.90)** |

## Accounts

(i) Additional Info    ⚙ Settings

| Account Name | Type | Cash & Cash Investments | Account Value | Day Change $ | Day Change % |
|---|---|---|---|---|---|
| Joint Tenant ...9259-8077 | Brokerage | | | | |
| Roth Contributory IRA ...637 | IRA | | | | |
| PCRA Trust ...669 | Retirement | | | | |
| Accounts Total | | | | | |

⊕ Add a Non-Schwab Account    Learn More

Disclosures

## Positions

▼ Equities

| Symbol / Name | Quantity | Price | Price Change $ / % | Market Value | Day Change $ / % | Gain / Loss $ / % |
|---|---|---|---|---|---|---|

🔍 Quote ···    DJIA 44,642.520.00 (0.00%)    NASDAQ 19,820.77 0.00 (0.00%)    S&P 500 6,090.27 0.00 (0.00%)    Russell 2000 2,408.90 0.00 (0.00%)    Time (ET) 07:00:40 PM

| | | | | | | |
|---|---|---|---|---|---|---|
| MMATQ META MATLS INC CLASS ... | 162 | $0.00 | -$0.0001 | $0.00 | -$0.01 | -$87,602.45 |



Account: 9259-8077

December 7, 2024

US Bankruptcy Court

Foley Federal Building and U.S. Courthouse

Attn: Clerk of Court

300 Las Vegas Blvd, South

Las Vegas, Nevada 89101

RE: Proof of Interest Form Case No. 24-50792

To Clerk of Court,

My name is Dale Schmidt, and I herby submit this PROOF OF INTEREST FORM in the matter of Meta Materials, Inc. Case Number 24-50792.

Per Instructions, I have included with this filing 3copies of the version of the POI, a detailed explanation of my $MMAT trading records and their documentation for 3 Separate accounts with Charles Schwab.

1. ROTH Contributory IRA Account 537 with 30 Shares as of this filing #7799-7537
2. PCRA Trust Retirement Account 999 with 100 Shares as of this filing #7336-3999
3. Joint Cash Account 077 with 32 Shares as of this filing #9259-8077
4. For the Combined 3 Accounts I have 162 Shares as of this filing

Thank you for your consideration in this matter.

Dale Schmidt

*Dale Schmidt*
*June E. Schmidt*

1099 Sky Meadow Road

Swall Meadows CA 93514

Detailed Explanation

1. In the ROTH 537 account I have the detailed transactions
    a. 1,000 shares of MMAT buy on 10-12-22
    b. 2,000 shares of MMAT buy on 05-22-23
    c. After the Reverse Split of 01-29-24 I have 30 Shares of MMAT
2. In the PCRA Trust Retirement 999 account I have detailed transactions
    a. On 06-29-21 I held 20,000 shares of TRCH and merged with MMAT for a total of 10,000 shares of MMAT
    b. After the Reverse Split of 01-29-24 I have 100 shares of MMAT
3. In the Joint Account 077 we have detailed transactions
    a. 2,800 shares of MMAT buy on 05-27-22
    b. 240 shares of MMAT buy on 08-04-23
    c. 80 shares of MMAT buy on 10-06-23
    d. After the Reverse Split of 01-29-23 we have 32 shares of MMAT