NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | **PROOF OF INTEREST** |
|---|---|

Name of Debtor: Meta Materials, INC

Case Number: 24-50792-HLB

1. Name and address of holder of the Equity Interest (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

   Dale Schmidt
   1099 Sky Meadow Rd
   Swall Meadows CA 93514

   Telephone Number: 760-920-9523

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

☑ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

**COURT USE ONLY**

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

Account or other number by which Interest holder identifies Debtor:

Check here if this claim:
☐ replaces a previously filed Proof of Interest dated: _____
☐ amends a previously filed Proof of Interest dated: _____

2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:

   Charle Schwab

   Telephone Number: 1-800-435-4000

3. Date Equity Interest was acquired:

   See attached document
   Roth Contributory 537
   7799-7537

4. Total amount of member interest: _____

5. Certificate number(s): _____

6. Type of Equity Interest:
   Please indicate the type of Equity Interest you hold:
   ☑ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
   ☐ Check this box if your Equity Interest is based on anything else and describe that interest:
   Description: Investor

7. Supporting Documents: Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
   DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. Date-Stamped Copy: To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

9. Signature:
Check the appropriate box.
☑ I am the creditor.   ☐ I am the creditor's authorized agent.   ☐ I am the trustee, or the debtor,   ☐ I am a guarantor, surety, endorser, or other codebtor.
                       (Attach copy of power of attorney, if any.)   or their authorized agent.              (See Bankruptcy Rule 3005.)
                                                                    (See Bankruptcy Rule 3004.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: Dale Schmidt
Title:
Company:___ Address and telephone number (if different from notice address above):

(Signature) Dale Schmidt

(Date)

Telephone number: 760-920-9523   email: skymeadowranch@schat.net

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

# Transaction History

Updated 05:11:02 PM ET, 12/07/2024   ↻ Refresh   ⓘ Help   ⬇ Export   🖶 Print

**Roth Contributory IRA  ...537**   7799-7537

Date range: All
Symbol (Optional): MMAT
☐ Include Options   [Search]

▼ Filter by Transaction Types

**Transactions found from 12/07/2020 to 12/07/2024**
Don't see it here? Go to Statements

| Date ▼ | Action | Symbol / Description | Quantity | Price | Fees & Comm | Amount |
|---|---|---|---|---|---|---|
| 01/29/2024 | Reverse Split | MMAT<br>META MATLS INC | 30 | | | |
| 05/22/2023 | Buy<br>Trade Details | MMAT<br>META MATLS INC | 2,000 | $0.26 | | -$520.00 |
| 10/12/2022 | Buy<br>Trade Details | MMAT<br>META MATLS INC | 1,000 | $0.9143 | | -$914.26 |

Page Total: -$1,434.26



Roth Contributory IRA ...537

7799-7537

View Realized Gain/Loss   Return to Legacy View

Group by Security Type   Condensed Table View

## Account Summary

| Total Accounts Value | Total Cash & Cash Investments | Total Market Value | Total Day Change | Total Cost Basis | Total Gain/Loss |
|---|---|---|---|---|---|
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |

## Positions Details *

| Symbol ↑ | Name | Qty | Price | Price Chng | Mkt Val | Day Chng | Cost Basis | Gain/Loss | Ratings | Reinvest? | % of Acct |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **▼ Equities** | | | | | | | | | | | |
| 629999599 | NEXT BRIDGE HYDROCARBONS | 11,667 | N/A | N/A | N/A | N/A | $28,053.77 | N/A | -- | N/A | N/A |
| ▮▮▮ | ▮▮▮ | | | | | | | | | | |
| MMATQ | META MATLS INC CLASS EQUITY | 30 | $0.00 | -$0.0001 | $0.00 | +$0.00 | $1,434.26 | -$1,434.26 | -- | No | N/A |
| **Total Equities** | | | | | | | | | | | |
| **▼ Cash & Money Market** | | | | | | | | | | | |
| Cash & Cash Investments | | | | | | ▮ | ▮ | ▮ | | | ▮ |
| **Total Cash & Money Market** | | | | | | ▮ | | | | | ▮ |
| **Account Total** | | | | | | ▮ | | | | | |

December 7, 2024

US Bankruptcy Court

Foley Federal Building and U.S. Courthouse

Attn: Clerk of Court

300 Las Vegas Blvd, South

Las Vegas, Nevada 89101

RE: Proof of Interest Form Case No. 24-50792

To Clerk of Court,

My name is Dale Schmidt, and I herby submit this PROOF OF INTEREST FORM in the matter of Meta Materials, Inc. Case Number 24-50792.

Per Instructions, I have included with this filing 3copies of the version of the POI, a detailed explanation of my $MMAT trading records and their documentation for 3 Separate accounts with Charles Schwab.

1. ROTH Contributory IRA Account 537 with 30 Shares as of this filing #7799-7537
2. PCRA Trust Retirement Account 999 with 100 Shares as of this filing #7336-3999
3. Joint Cash Account 077 with 32 Shares as of this filing # 9259-8077
4. For the Combined 3 Accounts I have 162 Shares as of this filing

Thank you for your consideration in this matter.

Dale Schmidt

*[signatures: Dale Schmidt, June E. Schmidt]*

1099 Sky Meadow Road

Swall Meadows CA 93514