NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | | **PROOF OF INTEREST** |
|---|---|---|
| Name of Debtor: Meta Materials Inc | Case Number: 24-50792-HLB | |

1. Name and address of holder of the Equity Interest (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

   Dale Schmidt
   1099 Sky Meadow Rd
   Swall Meadows CA 93514

   Telephone Number: 760-920-9523

   ☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

   ☑ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

   ☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

   COURT USE ONLY

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

Account or other number by which Interest holder identifies Debtor:

Check here if this claim:
☐ replaces a previously filed Proof of Interest dated: _____
☐ amends a previously filed Proof of Interest dated: _____

2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:

   Charle Schwab

   Telephone Number: 1-800-435-4000

3. Date Equity Interest was acquired:
   See attached documents
   PCRA Trust 999 7336-3999

4. Total amount of member interest: _____

5. Certificate number(s): _____

6. Type of Equity Interest:
   Please indicate the type of Equity Interest you hold:
   ☑ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
   ☐ Check this box if your Equity Interest is based on anything else and describe that interest:
   Description: Investor

7. Supporting Documents: Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
   DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. Date-Stamped Copy: To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

9. Signature:
   Check the appropriate box.
   ☑ I am the creditor.   ☐ I am the creditor's authorized agent. (Attach copy of power of attorney, if any.)   ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)   ☐ I am a guarantor, surety, endorser, or other codebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: Dale Schmidt
Title:
Company: ___ Address and telephone number (if different from notice address above):

(Signature) Dale Schmidt   (Date)

Telephone number: 760-920-9523  email: skymeadowranch@schat.net

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*



Schwab Personal Choice Retirement Account® (PCRA) of
**VOYA INSTITUTIONAL TRUST CO TT**
**CITY OF LA BOARD DEF COMP PLAN**
**FBO DALE H SCHMIDT**

Account Number: 7336-3999
Statement Period: June 1-30, 2021

## Transaction Detail - Purchases & Sales (continued)

### Equities Activity (continued)

| Settle Date | Trade Date | Transaction | Description | Quantity | Unit Price | Total Amount |
|---|---|---|---|---|---|---|
| | | |  | | | |
| 06/22/21 | 06/18/21 | Bought | TORCHLIGHT ENERGY RE: TRCH | 3,000.0000 | 5.5450 | (16,635.00) |
| 06/22/21 | 06/18/21 | Bought | TORCHLIGHT ENERGY RE: TRCH | 2,000.0000 | 5.5472 | (11,094.40) |
| 06/29/21 | 06/29/21 | Reverse Split | META MATLS INC: MMAT | 10,000.0000 | | |
| 06/29/21 | 06/29/21 | Reverse Split | TORCHLIGHT ENERGY RE XXX MANDATORY MERGER | (20,000.0000) | | |
| **Total Equities Activity** | | | | | | **(38,001.91)** |
| **Total Purchases & Sales** | | | | | | **(38,001.91)** |

## Transaction Detail - Dividends & Interest (including Money Market Fund dividends reinvested)

| Transaction Date | Process Date | Activity | Description | Credit/(Debit) |
|---|---|---|---|---|
| 06/15/21 | 06/15/21 | Bank Interest^A,& | BANK INT 051521-061521: SCHWAB BANK | 0.35 |
| **Total Dividends & Interest** | | | | **0.35** |

| | Total Transaction Detail | (38,001.56) |
|---|---|---|



**charles SCHWAB**

Schwab Personal Choice Retirement Account® (PCRA) of
VOYA INSTITUTIONAL TRUST CO TT
CITY OF LA BOARD DEF COMP PLAN
FBO DALE H SCHMIDT

Account Number
7336-3999

Statement Period
June 1-30, 2021

## Investment Detail - Bank Sweep

| Bank Sweep | Starting Balance | Ending Balance | % of Account Assets |
|---|---|---|---|
| CHARLES SCHWAB BANK | 43,887.29 | 5,885.73 | 3% |
| Total Bank Sweep A,B | 43,887.29 | 5,885.73 | 3% |
| Total Bank Sweep | | 5,885.73 | 3% |

## Investment Detail - Equities

| Equities | Quantity | Market Price | Market Value / Cost Basis | % of Account Assets | Unrealized Gain or (Loss) | Estimated Yield | Estimated Annual Income |
|---|---|---|---|---|---|---|---|
| [redacted] | | | | | | | |
| [redacted] | | | | | | | |
| [redacted] | | | | | | | |
| [redacted] | | | 10,272.51 | | | | |
| META MATLS INC SYMBOL: MMAT | 10,000.0000 | 7.49000 | 74,900.00 / 81,394.66 | 38% | (6,494.66) | N/A | N/A |



Schwab Personal Choice Retirement Account® (PCRA) of
**VOYA INSTITUTIONAL TRUST CO TT**
**CITY OF LA BOARD DEF COMP PLAN**
**FBO DALE H SCHMIDT**

Account Number: 7336-3999
Statement Period: July 1-31, 2021

## Investment Detail - Equities (continued)

| Equities (continued) | Quantity | Market Price | Market Value / Cost Basis | % of Account Assets | Unrealized Gain or (Loss) | Estimated Yield | Estimated Annual Income |
|---|---|---|---|---|---|---|---|
| META MATLS INC SYMBOL: MMAT | 10,000.0000 | 3.50000 | 35,000.00 / 81,394.55 | 24% | (46,394.55) | N/A | N/A |
|  |  |  |  |  |  | N/A | N/A |
|  |  |  |  |  |  | N/A | N/A |
|  |  |  |  |  |  | N/A | N/A |
|  |  |  |  |  |  | N/A | N/A |
| **Total Equities** | 1,561,585.0000 | **Total Cost Basis:** |  |  |  |  | N/A |

Estimated Annual Income ("EAI") and Estimated Yield ("EY") calculations are for informational purposes only. The actual income and yield might be lower or higher than the estimated amounts. EY is based upon EAI and the current price of the security and will fluctuate. For certain types of securities, the calculations could include a return of principal or capital gains in which case EAI and EY would be overstated. EY and EAI are not promptly updated to reflect when an issuer has missed a regular payment or announced changes to future payments, in which case EAI and EY will continue to display at a prior rate.



Schwab Personal Choice Retirement Account® (PCRA) of
VOYA INSTITUTIONAL TRUST CO TT
CITY OF LA BOARD DEF COMP PLAN
FBO DALE H SCHMIDT

Account Number: 7336-3999
Statement Period: June 1-30, 2021

## Investment Detail - Bank Sweep

| Bank Sweep | Starting Balance | Ending Balance | % of Account Assets |
|---|---|---|---|
| CHARLES SCHWAB BANK | 43,887.29 | 5,885.73 | 3% |
| Total Bank Sweep ^# | 43,887.29 | 5,885.73 | 3% |
| Total Bank Sweep | | 5,885.73 | 3% |

## Investment Detail - Equities

| Equities | Quantity | Market Price | Market Value / Cost Basis | % of Account Assets | Unrealized Gain or (Loss) | Estimated Yield | Estimated Annual Income |
|---|---|---|---|---|---|---|---|
| CELL MEDX CORP  SYMBOL: CMXC | | | | | | N/A | N/A |
| CHARLESTOWNE PREM BEVERA  SYMBOL: FPWM | | | | | | N/A | N/A |
| CLOVER HEALTH INVTS CO F  SYMBOL: CLOV | | | | | | N/A | N/A |
| ENTERA BIO LTD  F  SYMBOL: ENTX | | | | | | N/A | N/A |
| K Y N CAPITAL GROUP INC  SYMBOL: KYNC | | | | | | N/A | N/A |
| META MATLS INC  SYMBOL: MMAT | 10,000.0000 | 7.49000 | 74,900.00 / 81,394.66 | 38% | (6,494.66) | N/A | N/A |

Schwab has provided accurate gain and loss information wherever possible for most investments. Cost basis data may be incomplete or unavailable for some of your holdings. Please see "Endnotes for Your Account" section for an explanation of the endnote codes and symbols on this statement.



# Transaction History

Updated: 08:11:02 PM ET 12/07/2024    C Refresh    ⓘ Help    ⬇ Export    🖨 Print

**PCRA Trust    …999 ⌄**

Date range: All
Symbol (Optional): Q MMAT ⓧ
☑ Include Options    [ Search ]

▽ Filter by Transaction Types

**Transactions found from 12/07/2020 to 12/07/2024**
Don't see it here? Go to Statements

| Date ▼ | Action | Symbol / Description | Quantity | Price | Fees & Comm | Amount |
|---|---|---|---|---|---|---|
| 01/29/2024 | Reverse Split | MMAT<br>META MATLS INC | 100 | | | |
| 06/29/2021 | Reverse Split | MMAT<br>META MATLS INC | 10,000 | | | |

Page Total: $0.00





Schwab Personal Choice Retirement Account® (PCRA) of
VOYA INSTITUTIONAL TRUST CO TT
CITY OF LA BOARD DEF COMP PLAN
FBO DALE H SCHMIDT

Account Number
7336-3999

Statement Period
June 1-30, 2021

## Transaction Detail - Purchases & Sales (continued)

### Equities Activity (continued)

| Settle Date | Trade Date | Transaction | Description | Quantity | Unit Price | Total Amount |
|---|---|---|---|---|---|---|
| 06/22/21 | 06/18/21 | Bought | TORCHLIGHT ENERGY RE: TRCH | 3,000.0000 | | (16,635.00) |
| 06/22/21 | 06/18/21 | Bought | TORCHLIGHT ENERGY RE: TRCH | 2,000.0000 | 5.5472 | (11,094.40) |
| 06/29/21 | 06/29/21 | Reverse Split | META MATLS INC: MMAT | 10,000.0000 | | |
| 06/29/21 | 06/29/21 | Reverse Split | TORCHLIGHT ENERGY RE XXX MANDATORY MERGER | (20,000.0000) | | |

**Total Equities Activity** (38,001.91)

**Total Purchases & Sales** (38,001.91)

## Transaction Detail - Dividends & Interest (including Money Market Fund dividends reinvested)

| Transaction Date | Process Date | Activity | Description | Credit/(Debit) |
|---|---|---|---|---|
| 06/15/21 | 06/16/21 | Bank Interest[A,B] | BANK INT 051621-061521 : SCHWAB BANK | 0.35 |

**Total Dividends & Interest** 0.35

**Total Transaction Detail** (38,001.56)

December 7, 2024

US Bankruptcy Court

Foley Federal Building and U.S. Courthouse

Attn: Clerk of Court

300 Las Vegas Blvd, South

Las Vegas, Nevada 89101


RE: Proof of Interest Form Case No. 24-50792


To Clerk of Court,

My name is Dale Schmidt, and I herby submit this PROOF OF INTEREST FORM in the matter of Meta Materials, Inc. Case Number 24-50792.

Per Instructions, I have included with this filing 3copies of the version of the POI, a detailed explanation of my $MMAT trading records and their documentation for 3 Separate accounts with Charles Schwab.

1. ROTH Contributory IRA Account 537 with 30 Shares as of this filing #7799-7537
2. PCRA Trust Retirement Account 999 with 100 Shares as of this filing #7336-3999
3. Joint Cash Account 077 with 32 Shares as of this filing #9259-8077
4. For the Combined 3 Accounts I have 162 Shares as of this filing


Thank you for your consideration in this matter.


Dale Schmidt

*Dale Schmidt*
*June E. Schmidt*

1099 Sky Meadow Road

Swall Meadows CA 93514