NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | PROOF OF INTEREST |
|---|---|

Name of Debtor: **Meta Materials Inc**

Case Number: **24-50792**

**1.** Name and address of holder of the Equity Interest (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

**Matthew Callahan**
**137 Grove Ave**
**Leominster, MA 01453**

Telephone Number: **617 909 8223**

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

☒ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

**RECEIVED AND FILED**
**DEC 06 2024**
**U.S. BANKRUPTCY COURT**
**MARY A. SCHOTT, CLERK**

**COURT USE ONLY**

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

Account or other number by which Interest holder identifies Debtor: **71620963**

Check here if this claim:
☐ replaces a previously filed Proof of Interest dated: _____
☐ amends a previously filed Proof of Interest dated: _____

**2.** Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest: **Charles Schwab**

Telephone Number: **800 435 4000**

**3.** Date Equity Interest was acquired: **See attached**
**6/28/21 – 1/19/24**

**4.** Total amount of member interest: **4,981 $285,163**
**Pre split 498,007**

**5.** Certificate number(s): **See attached**

**6.** Type of Equity Interest:
Please indicate the type of Equity Interest you hold:
☒ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
☐ Check this box if your Equity Interest is based on anything else and describe that interest:
Description: **Investor**

**7.** Supporting Documents: Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**8.** Date-Stamped Copy: To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

**9.** Signature:
Check the appropriate box.
☒ I am the creditor.   ☐ I am the creditor's authorized agent. (Attach copy of power of attorney, if any.)   ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)   ☐ I am a guarantor, surety, endorser, or other codebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: **Matthew Callahan**
Title:
Company: __ Address and telephone number (if different from notice address above):

(Signature)   **12/2/24** (Date)

Telephone number: **617 909 8223**   email: **msc_325@yahoo.com**

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

# Trade Transaction Details

## Trade Details

**MMAT - META MATLS INC**

| Transactions | Trade Details |
|---|---|
| Trade Date | 01/19/2024 |
| Settle Date | 01/23/2024 |
| CUSIP # | 59134N104 |
| Action | Buy |
| Quantity | 91,16 |
| Price | $0.070 |
| Principal | -$6,466.8 |
| Commission | $0.0 |
| **Total** | **-$6,466.81** |

Updated: 05:44:19 PM ET, 12/02/2024

Search

SnapTicket ®

963

| | | ription | Quantity | Price | Fees & Comm | Amount |
|---|---|---|---|---|---|---|
| | | | 91,164 | $0.0709 | | -$6,466.81 |
| | | _S | | | | |
| 11/03/2023 | Buy Trade Details | MMAT TDA TRAN - Bought ...100 (MMAT) @0.1089 | 100 | $0.1089 | | -$10.89 |
| 10/06/2023 | Buy Trade Details | MMAT TDA TRAN - Bought 1018 (MMAT) @0.2155 | 1,018 | $0.2155 | | -$219.43 |
| 10/05/2023 | Buy Trade Details | MMAT TDA TRAN | 5,537 | $0.2193 | | -$1,214.26 |

| | | Trade Details | TDA TRAN -<br>Bought 5537<br>(MMAT)<br>@0.2193 | | | |
|---|---|---|---|---|---|---|
| 10/02/2023 | Buy | Trade Details | MMAT<br>TDA TRAN -<br>Bought 8196<br>(MMAT)<br>@0.2135 | 8,196 | $0.2135 | -$1,749.85 |
| 09/15/2023 | Buy | Trade Details | MMAT<br>TDA TRAN -<br>Bought 3629<br>(MMAT)<br>@0.2290 | 3,629 | $0.229 | -$831.04 |
| 09/14/2023 | Buy | Trade Details | MMAT<br>TDA TRAN -<br>Bought 98434<br>(MMAT)<br>@0.2235 | 98,434 | $0.2235 | -$22,000.00 |
| 09/06/2023 | Buy | Trade Details | MMAT<br>TDA TRAN -<br>Bought 21929<br>(MMAT)<br>@0.2280 | 21,929 | $0.228 | -$4,999.81 |
| 07/24/2023 | Buy | Trade Details | MMAT<br>TDA TRAN -<br>Bought 83<br>(MMAT)<br>@0.2301 | 83 | $0.2301 | -$19.10 |
| 07/20/2023 | Buy | Trade Details | MMAT<br>TDA TRAN -<br>Bought 5485<br>(MMAT)<br>@0.2018 | 5,485 | $0.2018 | -$1,106.87 |
| 07/20/2023 | Buy | Trade Details | MMAT<br>TDA TRAN -<br>Bought 19292<br>(MMAT)<br>@0.2019 | 19,292 | $0.2019 | -$3,895.05 |

| 06/13/2023 | Buy<br>Trade Details | MMAT<br>TDA TRAN -<br>Bought 40000<br>(MMAT)<br>@0.2250 | 40,000 | $0.225 | -$9,000.00 |
| 06/09/2023 | Buy<br>Trade Details | MMAT<br>TDA TRAN -<br>Bought 20325<br>(MMAT)<br>@0.2460 | 20,325 | $0.246 | -$4,999.95 |
| 05/23/2023 | Buy<br>Trade Details | MMAT<br>TDA TRAN -<br>Bought 74349<br>(MMAT)<br>@0.2690 | 74,349 | $0.269 | -$19,999.88 |
| 05/19/2023 | Buy<br>Trade Details | MMAT<br>TDA TRAN -<br>Bought ...518<br>(MMAT)<br>@0.2400 | 518 | $0.24 | -$124.32 |
| 05/19/2023 | Buy<br>Trade Details | MMAT<br>TDA TRAN -<br>Bought 40993<br>(MMAT)<br>@0.2415 | 40,993 | $0.2415 | -$9,899.81 |
| 04/14/2023 | Buy<br>Trade Details | MMAT<br>TDA TRAN -<br>Bought 1700<br>(MMAT)<br>@0.2326 | 1,700 | $0.2326 | -$395.34 |
| 04/14/2023 | Buy<br>Trade Details | MMAT<br>TDA TRAN -<br>Bought 12122<br>(MMAT)<br>@0.2326 | 12,122 | $0.2326 | -$2,819.58 |
| 04/14/2023 | Buy<br>Trade Details | MMAT<br>TDA TRAN -<br>Bought 7865 | 7,865 | $0.2348 | -$1,846.70 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | Bought ... (MMAT) @0.2348 | | | | |
| 12/19/2022 | Buy Trade Details | MMAT TDA TRAN - Bought 3937 (MMAT) @1.2700 | 3,937 | $1.27 | | -$4,999.99 |
| 07/15/2022 | Buy Trade Details | MMAT TDA TRAN - Bought 5389 (MMAT) @0.9277 | 5,389 | $0.9277 | | -$4,999.38 |
| 06/15/2022 | Buy Trade Details | MMAT TDA TRAN - Bought ...866 (MMAT) @1.4900 | 866 | $1.49 | | -$1,290.34 |
| 05/26/2022 | Buy Trade Details | MMAT TDA TRAN - Bought 15 (MMAT) @1.6600 | 15 | $1.66 | | -$24.90 |
| 05/24/2022 | Buy Trade Details | MMAT TDA TRAN - Bought 7817 (MMAT) @1.8100 | 7,817 | $1.81 | | -$14,148.77 |
| 05/20/2022 | Sell Trade Details | MMAT TDA TRAN - Sold 8000 (MMAT) @1.7700 | 8,000 | $1.77 | $1.36 | $14,158.64 |
| 05/20/2022 | Buy Trade Details | MMAT TDA TRAN - Bought 8244 (MMAT) @1.8798 | 8,244 | $1.8798 | | -$15,497.07 |

| 09/03/2021 | Buy Trade Details | MMAT TDA TRAN - Bought 17 (MMAT) @5.6600 | 17 | $5.66 | | -$96.22 |
|---|---|---|---|---|---|---|
| 07/07/2021 | Buy Trade Details | MMAT TDA TRAN - Bought 1533 (MMAT) @6.0900 | 1,533 | $6.09 | | -$9,335.97 |
| 07/07/2021 | Buy Trade Details | MMAT TDA TRAN - Bought 25450 (MMAT) @6.1000 | 25,450 | $6.10 | | - $155,245.00 |
| 07/06/2021 | Sell Trade Details | MMAT TDA TRAN - Sold 21720 (MMAT) @7.2000 | 21,720 | $7.20 | $3.38 | $156,380.62 |
| 07/06/2021 | Sell Trade Details | MMAT TDA TRAN - Sold 3300 (MMAT) @7.2100 | 3,300 | $7.21 | $0.52 | $23,792.48 |
| 07/06/2021 | Sell Trade Details | MMAT TDA TRAN - Sold 1310 (MMAT) @7.2200 | 1,310 | $7.22 | $0.20 | $9,458.00 |
| 07/06/2021 | Sell Trade Details | MMAT TDA TRAN - Sold ...850 (MMAT) @7.2400 | 850 | $7.24 | $0.13 | $6,153.87 |
| 07/06/2021 | Sell Trade Details | MMAT TDA TRAN - Sold 1320 (MMAT) | 1,320 | $7.25 | $0.21 | $9,569.79 |

@7.2500

| 07/06/2021 | Sell Trade Details | MMAT TDA TRAN - Sold ...222 (MMAT) @7.3410 | 222 | $7.341 | $0.04 | $1,629.66 |
| 07/06/2021 | Buy Trade Details | MMAT TDA TRAN - Bought 7029 (MMAT) @7.3600 | 7,029 | $7.36 | | -$51,733.44 |
| 07/06/2021 | Buy Trade Details | MMAT TDA TRAN - Bought 21693 (MMAT) @7.3700 | 21,693 | $7.37 | | -$159,877.41 |
| 07/06/2021 | Sell Trade Details | MMAT TDA TRAN - Sold 7635 (MMAT) @7.3101 | 7,635 | $7.3101 | $1.17 | $55,811.44 |
| 07/06/2021 | Sell Trade Details | MMAT TDA TRAN - Sold 1400 (MMAT) @7.3140 | 1,400 | $7.314 | $0.25 | $10,239.35 |
| 07/06/2021 | Sell Trade Details | MMAT TDA TRAN - Sold ...100 (MMAT) @7.3200 | 100 | $7.32 | $0.01 | $731.99 |
| 07/06/2021 | Sell Trade Details | MMAT TDA TRAN - Sold ...800 (MMAT) @7.3400 | 800 | $7.34 | $0.11 | $5,871.89 |
| 07/06/2021 | Sell Trade Details | MMAT TDA TRAN - | 200 | $7.341 | $0.03 | $1,468.17 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | Trade Details | Sold ...200 (MMAT) @7.3410 | | | | |
| 07/06/2021 | Sell Trade Details | MMAT TDA TRAN - Sold 12425 (MMAT) @7.3500 | 12,425 | $7.35 | $1.95 | $91,321.80 |
| 07/06/2021 | Sell Trade Details | MMAT TDA TRAN - Sold ...200 (MMAT) @7.3510 | 200 | $7.351 | $0.04 | $1,470.16 |
| 07/06/2021 | Sell Trade Details | MMAT TDA TRAN - Sold 4500 (MMAT) @7.3600 | 4,500 | $7.36 | $0.70 | $33,119.30 |
| 07/06/2021 | Sell Trade Details | MMAT TDA TRAN - Sold ...200 (MMAT) @7.3620 | 200 | $7.362 | $0.03 | $1,472.37 |
| 07/06/2021 | Sell Trade Details | MMAT TDA TRAN - Sold 1211 (MMAT) @7.3700 | 1,211 | $7.37 | $0.19 | $8,924.88 |
| 07/01/2021 | Buy Trade Details | MMAT TDA TRAN - Bought 2282 (MMAT) @7.1050 | 2,282 | $7.105 | | -$16,213.61 |
| 07/01/2021 | Buy Trade Details | MMAT TDA TRAN - Bought 1118 (MMAT) @7.1170 | 1,118 | $7.117 | | -$7,956.81 |

| 07/01/2021 | Buy Trade Details | MMAT TDA TRAN - Bought 25271 (MMAT) @7.1200 | 25,271 | $7.12 | | - $179,929.52 |
| 07/01/2021 | Sell Trade Details | MMAT TDA TRAN - Sold 17255 (MMAT) @7.1500 | 17,255 | $7.15 | $2.68 | $123,370.57 |
| 07/01/2021 | Sell Trade Details | MMAT TDA TRAN - Sold 2777 (MMAT) @7.1600 | 2,777 | $7.16 | $0.43 | $19,882.89 |
| 07/01/2021 | Sell Trade Details | MMAT TDA TRAN - Sold 9223 (MMAT) @7.1700 | 9,223 | $7.17 | $1.44 | $66,127.47 |
| 07/01/2021 | Buy Trade Details | MMAT TDA TRAN - Bought 41 (MMAT) @7.1700 | 41 | $7.17 | | -$293.97 |
| 07/01/2021 | Buy Trade Details | MMAT TDA TRAN - Bought 29214 (MMAT) @7.5000 | 29,214 | $7.50 | | - $219,105.00 |
| 07/01/2021 | Sell Trade Details | MMAT TDA TRAN - Sold 20000 (MMAT) @7.5900 | 20,000 | $7.59 | $3.15 | $151,796.85 |
| 07/01/2021 | Sell Trade Details | MMAT TDA TRAN - Sold 9900 | 9,900 | $7.60 | $1.53 | $75,238.47 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | (MMAT)<br>@7.6000 | | | | |
| 07/01/2021 | Sell<br>Trade Details | MMAT<br>TDA TRAN -<br>Sold 2653<br>(MMAT)<br>@7.6001 | 2,653 | $7.6001 | $0.44 | $20,162.63 |
| 07/01/2021 | Sell<br>Trade Details | MMAT<br>TDA TRAN -<br>Sold ...200<br>(MMAT)<br>@7.6010 | 200 | $7.601 | $0.04 | $1,520.16 |
| 07/01/2021 | Sell<br>Trade Details | MMAT<br>TDA TRAN -<br>Sold ...900<br>(MMAT)<br>@7.6100 | 900 | $7.61 | $0.14 | $6,848.86 |
| 06/30/2021 | Buy<br>Trade Details | MMAT<br>TDA TRAN -<br>Bought 3803<br>(MMAT)<br>@7.3750 | 3,803 | $7.375 | | -$28,047.13 |
| 06/30/2021 | Buy<br>Trade Details | MMAT<br>TDA TRAN -<br>Bought ...400<br>(MMAT)<br>@7.3790 | 400 | $7.379 | | -$2,951.60 |
| 06/30/2021 | Buy<br>Trade Details | MMAT<br>TDA TRAN -<br>Bought 1296<br>(MMAT)<br>@7.3800 | 1,296 | $7.38 | | -$9,564.48 |
| 06/30/2021 | Buy<br>Trade Details | MMAT<br>TDA TRAN -<br>Bought ...100<br>(MMAT)<br><br>@7.3900 | 100 | $7.39 | | -$739.00 |

| 06/30/2021 | Buy<br>Trade Details | MMAT<br>TDA TRAN -<br>Bought 5401<br>(MMAT)<br>@7.4000 | 5,401 | $7.40 | -$39,967.40 |
|---|---|---|---|---|---|
| 06/30/2021 | Buy<br>Trade Details | MMAT<br>TDA TRAN -<br>Bought 3115<br>(MMAT)<br>@7.4100 | 3,115 | $7.41 | -$23,082.15 |
| 06/30/2021 | Buy<br>Trade Details | MMAT<br>TDA TRAN -<br>Bought 19532<br>(MMAT)<br>@7.4200 | 19,532 | $7.42 | -<br>$144,927.44 |
| 06/28/2021 | Buy<br>Trade Details | MMAT<br>TDA TRAN -<br>Bought 6<br>(MMAT)<br>@10.0200 | 6 | $10.02 | -$60.12 |

Page Total: **-$285,163.10**

Buy                                                                                                01/19/2024

Trade Details

MMAT

META MATLS INC

91,164 quantity

$0.0709 price

-$6,466.81 amount

Buy                                                                                                11/03/2023

Trade Details

MMAT

TDA TRAN - Bought ...100 (MMAT) @0.1089

100 quantity

$0.1089 price

-$10.89 amount

---

Buy                                                                  10/06/2023

Trade Details

MMAT

TDA TRAN - Bought 1018 (MMAT) @0.2155

1,018 quantity

$0.2155 price

-$219.43 amount

---

Buy                                                                  10/05/2023

Trade Details

MMAT

TDA TRAN - Bought 5537 (MMAT) @0.2193

5,537 quantity

$0.2193 price

-$1,214.26 amount

---

Buy                                                                  10/02/2023

Trade Details

MMAT

TDA TRAN - Bought 8196 (MMAT) @0.2135

8,196 quantity

$0.2135 price

-$1,749.85 amount

---

Buy                                                                  09/15/2023

Trade Details

MMAT

TDA TRAN - Bought 3629 (MMAT) @0.2290

3,629 quantity

$0.229 price

-$831.04 amount

---

Buy                                                                                          09/14/2023

Trade Details

MMAT

TDA TRAN - Bought 98434 (MMAT) @0.2235

98,434 quantity

$0.2235 price

-$22,000.00 amount

---

Buy                                                                                          09/06/2023

Trade Details

MMAT

TDA TRAN - Bought 21929 (MMAT) @0.2280

21,929 quantity

$0.228 price

-$4,999.81 amount

---

Buy                                                                                          07/24/2023

Trade Details

MMAT

TDA TRAN - Bought 83 (MMAT) @0.2301

83 quantity

$0.2301 price

-$19.10 amount

---

Buy                                                                                          07/20/2023

Trade Details

MMAT

TDA TRAN - Bought 5485 (MMAT) @0.2018

5,485 quantity

$0.2018 price

-$1,106.87 amount

---

Buy                                                                 07/20/2023

Trade Details

MMAT

TDA TRAN - Bought 19292 (MMAT) @0.2019

19,292 quantity

$0.2019 price

-$3,895.05 amount

---

Buy                                                                 06/13/2023

Trade Details

MMAT

TDA TRAN - Bought 40000 (MMAT) @0.2250

40,000 quantity

$0.225 price

-$9,000.00 amount

---

Buy                                                                 06/09/2023

Trade Details

MMAT

TDA TRAN - Bought 20325 (MMAT) @0.2460

20,325 quantity

$0.246 price

-$4,999.95 amount

---

Buy                                                                 05/23/2023

Trade Details

MMAT

TDA TRAN - Bought 74349 (MMAT) @0.2690

74,349 quantity

$0.269 price

-$19,999.88 amount

---

Buy                                                                    05/19/2023

Trade Details

MMAT

TDA TRAN - Bought ...518 (MMAT) @0.2400

518 quantity

$0.24 price

-$124.32 amount

---

Buy                                                                    05/19/2023

Trade Details

MMAT

TDA TRAN - Bought 40993 (MMAT) @0.2415

40,993 quantity

$0.2415 price

-$9,899.81 amount

---

Buy                                                                    04/14/2023

Trade Details

MMAT

TDA TRAN - Bought 1700 (MMAT) @0.2326

1,700 quantity

$0.2326 price

-$395.34 amount

---

Buy                                                                    04/14/2023

Buy

Trade Details

MMAT

TDA TRAN - Bought 12122 (MMAT) @0.2326

12,122 quantity

$0.2326 price

-$2,819.58 amount

---

Buy                                                                04/14/2023

Trade Details

MMAT

TDA TRAN - Bought 7865 (MMAT) @0.2348

7,865 quantity

$0.2348 price

-$1,846.70 amount

---

Buy                                                                12/19/2022

Trade Details

MMAT

TDA TRAN - Bought 3937 (MMAT) @1.2700

3,937 quantity

$1.27 price

-$4,999.99 amount

---

Buy                                                                07/15/2022

Trade Details

MMAT

TDA TRAN - Bought 5389 (MMAT) @0.9277

5,389 quantity

$0.9277 price

-$4,999.38 amount

---

**Buy**                                                                06/15/2022

Trade Details

MMAT

TDA TRAN - Bought ...866 (MMAT) @1.4900

866 quantity

$1.49 price

-$1,290.34 amount

---

**Buy**                                                                05/26/2022

Trade Details

MMAT

TDA TRAN - Bought 15 (MMAT) @1.6600

15 quantity

$1.66 price

-$24.90 amount

---

**Buy**                                                                05/24/2022

Trade Details

MMAT

TDA TRAN - Bought 7817 (MMAT) @1.8100

7,817 quantity

$1.81 price

-$14,148.77 amount

---

**Sell**                                                               05/20/2022

Trade Details

MMAT

TDA TRAN - Sold 8000 (MMAT) @1.7700

8,000 quantity

$1.77 price

$1.36 fees & commissions

$14,158.64 amount

Buy                                                          05/20/2022

Trade Details

MMAT

TDA TRAN - Bought 8244 (MMAT) @1.8798

8,244 quantity

$1.8798 price

-$15,497.07 amount

---

Buy                                                          09/03/2021

Trade Details

MMAT

TDA TRAN - Bought 17 (MMAT) @5.6600

17 quantity

$5.66 price

-$96.22 amount

---

Buy                                                          07/07/2021

Trade Details

MMAT

TDA TRAN - Bought 1533 (MMAT) @6.0900

1,533 quantity

$6.09 price

-$9,335.97 amount

---

Buy                                                          07/07/2021

Trade Details

MMAT

TDA TRAN - Bought 25450 (MMAT) @6.1000

25,450 quantity

$6.10 price

-$155,245.00 amount

---

Sell                                                                    07/06/2021

Trade Details

MMAT

TDA TRAN - Sold 21720 (MMAT) @7.2000

21,720 quantity

$7.20 price

$3.38 fees & commissions

$156,380.62 amount

---

Sell                                                                    07/06/2021

Trade Details

MMAT

TDA TRAN - Sold 3300 (MMAT) @7.2100

3,300 quantity

$7.21 price

$0.52 fees & commissions

$23,792.48 amount

---

Sell                                                                    07/06/2021

Trade Details

MMAT

TDA TRAN - Sold 1310 (MMAT) @7.2200

1,310 quantity

$7.22 price

$0.20 fees & commissions

$9,458.00 amount

---

Sell                                                                    07/06/2021

Trade Details

MMAT

TDA TRAN - Sold ...850 (MMAT) @7.2400

850 quantity

$7.24 price

$0.13 fees & commissions

$6,153.87 amount

---

Sell                                                                07/06/2021

Trade Details

MMAT

TDA TRAN - Sold 1320 (MMAT) @7.2500

1,320 quantity

$7.25 price

$0.21 fees & commissions

$9,569.79 amount

---

Sell                                                                07/06/2021

Trade Details

MMAT

TDA TRAN - Sold ...222 (MMAT) @7.3410

222 quantity

$7.341 price

$0.04 fees & commissions

$1,629.66 amount

---

Buy                                                                 07/06/2021

Trade Details

MMAT

TDA TRAN - Bought 7029 (MMAT) @7.3600

7,029 quantity

$7.36 price

-$51,733.44 amount

Buy                                                                        07/06/2021

Trade Details

MMAT

TDA TRAN - Bought 21693 (MMAT) @7.3700

21,693 quantity

$7.37 price

-$159,877.41 amount

---

Sell                                                                       07/06/2021

Trade Details

MMAT

TDA TRAN - Sold 7635 (MMAT) @7.3101

7,635 quantity

$7.3101 price

$1.17 fees & commissions

$55,811.44 amount

---

Sell                                                                       07/06/2021

Trade Details

MMAT

TDA TRAN - Sold 1400 (MMAT) @7.3140

1,400 quantity

$7.314 price

$0.25 fees & commissions

$10,239.35 amount

---

Sell                                                                       07/06/2021

Trade Details

MMAT

TDA TRAN - Sold ...100 (MMAT) @7.3200

100 quantity

$7.32 price

$0.01 fees & commissions

$731.99 amount

---

Sell                                                                                          07/06/2021

Trade Details

MMAT

TDA TRAN – Sold ...800 (MMAT) @7.3400

800 quantity

$7.34 price

$0.11 fees & commissions

$5,871.89 amount

---

Sell                                                                                          07/06/2021

Trade Details

MMAT

TDA TRAN – Sold ...200 (MMAT) @7.3410

200 quantity

$7.341 price

$0.03 fees & commissions

$1,468.17 amount

---

Sell                                                                                          07/06/2021

Trade Details

MMAT

TDA TRAN – Sold 12425 (MMAT) @7.3500

12,425 quantity

$7.35 price

$1.95 fees & commissions

$91,321.80 amount

---

Sell                                                                    07/06/2021

Trade Details

MMAT

TDA TRAN - Sold ...200 (MMAT) @7.3510

200 quantity

$7.351 price

$0.04 fees & commissions

$1,470.16 amount

---

Sell                                                                    07/06/2021

Trade Details

MMAT

TDA TRAN - Sold 4500 (MMAT) @7.3600

4,500 quantity

$7.36 price

$0.70 fees & commissions

$33,119.30 amount

---

Sell                                                                    07/06/2021

Trade Details

MMAT

TDA TRAN - Sold ...200 (MMAT) @7.3620

200 quantity

$7.362 price

$0.03 fees & commissions

$1,472.37 amount

---

Sell                                                                    07/06/2021

Trade Details

MMAT

TDA TRAN - Sold 1211 (MMAT) @7.3700

1,211 quantity

$7.37 price

$0.19 fees & commissions

$8,924.88 amount

---

Buy                                                              07/01/2021

Trade Details

MMAT

TDA TRAN - Bought 2282 (MMAT) @7.1050

2,282 quantity

$7.105 price

-$16,213.61 amount

---

Buy                                                              07/01/2021

Trade Details

MMAT

TDA TRAN - Bought 1118 (MMAT) @7.1170

1,118 quantity

$7.117 price

-$7,956.81 amount

---

Buy                                                              07/01/2021

Trade Details

MMAT

TDA TRAN - Bought 25271 (MMAT) @7.1200

25,271 quantity

$7.12 price

-$179,929.52 amount

---

Sell                                                             07/01/2021

Trade Details

MMAT

TDA TRAN - Sold 17255 (MMAT) @7.1500

17,255 quantity

$7.15 price

$2.68 fees & commissions

$123,370.57 amount

---

Sell                                                                   07/01/2021

Trade Details

MMAT

TDA TRAN - Sold 2777 (MMAT) @7.1600

2,777 quantity

$7.16 price

$0.43 fees & commissions

$19,882.89 amount

---

Sell                                                                   07/01/2021

Trade Details

MMAT

TDA TRAN - Sold 9223 (MMAT) @7.1700

9,223 quantity

$7.17 price

$1.44 fees & commissions

$66,127.47 amount

---

Buy                                                                    07/01/2021

Trade Details

MMAT

TDA TRAN - Bought 41 (MMAT) @7.1700

41 quantity

$7.17 price

-$293.97 amount

Buy                                                                    07/01/2021

Trade Details

MMAT

TDA TRAN - Bought 29214 (MMAT) @7.5000

29,214 quantity

$7.50 price

-$219,105.00 amount

---

Sell                                                                   07/01/2021

Trade Details

MMAT

TDA TRAN - Sold 20000 (MMAT) @7.5900

20,000 quantity

$7.59 price

$3.15 fees & commissions

$151,796.85 amount

---

Sell                                                                   07/01/2021

Trade Details

MMAT

TDA TRAN - Sold 9900 (MMAT) @7.6000

9,900 quantity

$7.60 price

$1.53 fees & commissions

$75,238.47 amount

---

Sell                                                                   07/01/2021

Trade Details

MMAT


TDA TRAN - Sold 2653 (MMAT) @7.6001

2,653 quantity

$7.6001 price

$0.44 fees & commissions

$20,162.63 amount

---

Sell                                                                07/01/2021

Trade Details

MMAT

TDA TRAN - Sold ...200 (MMAT) @7.6010

200 quantity

$7.601 price

$0.04 fees & commissions

$1,520.16 amount

---

Sell                                                                07/01/2021

Trade Details

MMAT

TDA TRAN - Sold ...900 (MMAT) @7.6100

900 quantity

$7.61 price

$0.14 fees & commissions

$6,848.86 amount

---

Buy                                                                 06/30/2021

Trade Details

MMAT

TDA TRAN - Bought 3803 (MMAT) @7.3750

3,803 quantity

$7.375 price

-$28,047.13 amount

---

Buy                                                                 06/30/2021

Trade Details

MMAT

TDA TRAN – Bought ...400 (MMAT) @7.3790

400 quantity

$7.379 price

-$2,951.60 amount

---

Buy                                                                                    06/30/2021

Trade Details

MMAT

TDA TRAN – Bought 1296 (MMAT) @7.3800

1,296 quantity

$7.38 price

-$9,564.48 amount

---

Buy                                                                                    06/30/2021

Trade Details

MMAT

TDA TRAN – Bought ...100 (MMAT) @7.3900

100 quantity

$7.39 price

-$739.00 amount

---

Buy                                                                                    06/30/2021

Trade Details

MMAT

TDA TRAN – Bought 5401 (MMAT) @7.4000

5,401 quantity

$7.40 price

-$39,967.40 amount

---

Buy                                                                                    06/30/2021

Trade Details

MMAT

TDA TRAN - Bought 3115 (MMAT) @7.4100

3,115 quantity

$7.41 price

-$23,082.15 amount

---

Buy                                                                                          06/30/2021

Trade Details

MMAT

TDA TRAN - Bought 19532 (MMAT) @7.4200

19,532 quantity

$7.42 price

-$144,927.44 amount

---

Buy                                                                                          06/28/2021

Trade Details

MMAT

TDA TRAN - Bought 6 (MMAT) @10.0200

6 quantity

$10.02 price

-$60.12 amount

---

Page Total: -$285,163.10

---

Intra-day transactions are subject to change.

Brokerage Account Balances are from the previous market close, but also may include new activity that will be posted to your account at after market close. Balances are subject to change.

Bank sweep information can be found on your Statements. Current Balance bank sweep information can be found on the Balances page.

(1123-3U5Y, 0924-CLCV)