NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | | PROOF OF INTEREST |
|---|---|---|

Name of Debtor: **Meta Materials Inc**

Case Number: **24-50792**

1. Name and address of holder of the Equity Interest (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

   **Matthew Callahan**
   **137 Grove Ave**
   **Leominster, MA 01453**

   ☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

   ☒ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

   ☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

   Telephone Number: **617 909 8223**

   RECEIVED AND FILED
   DEC 06 2024
   U.S. BANKRUPTCY COURT
   MARY A. SCHOTT, CLERK

   COURT USE ONLY

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

Account or other number by which Interest holder identifies Debtor: **CU52WFS5 / 5MS93582**

Check here if this claim:
☐ replaces a previously filed Proof of Interest dated: _____
☐ amends a previously filed Proof of Interest dated: _____

2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:
   **Webull**
   Telephone Number: **888 828 0618**

3. Date Equity Interest was acquired:
   **See attached**
   **6/21/21 - 6/4/24**

4. Total amount of member interest: **476 $76,749**
   **Pre split 26,073**

5. Certificate number(s): **See attached**

6. Type of Equity Interest:
   Please indicate the type of Equity Interest you hold:
   ☒ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
   ☐ Check this box if your Equity Interest is based on anything else and describe that interest:
   Description: **Investor**

7. Supporting Documents: Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
   DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. Date-Stamped Copy: To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

9. Signature:
   Check the appropriate box.
   ☒ I am the creditor.   ☐ I am the creditor's authorized agent.   ☐ I am the trustee, or the debtor,   ☐ I am a guarantor, surety, endorser, or other codebtor.
   (Attach copy of power of attorney, if any.)   or their authorized agent.   (See Bankruptcy Rule 3005.)
   (See Bankruptcy Rule 3004.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: **Matthew Callahan**
Title: _____
Company:___ Address and telephone number (if different from notice address above):

(Signature) **M** **12/2/24** (Date)

Telephone number: **617 909 8223**   email: **msc_325@yahoo.com**

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

12:36 



# MMATQ
Meta Materials Inc

| Open P&L(USD) ⓘ | | Day's P&L(USD) ⓘ |
|---|---|---|
| -3,732.62 -99.23% | | 0.00 0.00% |

| Market Value | Total Cost | Average Price |
|---|---|---|
| 29.04 | 3,761.66 | 7.90 |

| Quantity | Position Ratio ⓘ | Last Price |
|---|---|---|
| 476  *as of 12/3/24* | 44.37% | 0.0610 |

## Corporation Action Reminder ⌄

## Filled Records

**MMATQ**
Meta Materials Inc.

| | |
|---|---|
| Side | Buy |
| Total Quantity | 7,335 |
| Filled Quantity | 7,335 |
| Avg Price | $9.78 |
| Order Filled | 06/21/2021 04:05:29 EDT |
| Order Type | LIMIT |
| Limit Price | $10.00 |
| Time-in-Force | Good 'Til Canceled (GTC) Cancellation Date: 08/20/2021 |
| Trading Hours | Include Extended Hours |
| Order Placed | 06/21/2021 04:05:29 EDT |
| Account | Individual Margin(5MS93582) |
| Last Price | 0.0610 0.00% |

Quotes    



| | |
|---|---|
| Side | Buy |
| Total Quantity | 333 |
| Filled Quantity | 333 |
| Avg Price | $6.91 |
| Order Filled | 07/02/2021 12:07:03 EDT |
| Order Type | LIMIT |
| Limit Price | $6.91 |
| Time-in-Force | Day |
| Trading Hours | Only Regular Hours |
| Order Placed | 07/02/2021 12:06:35 EDT |
| Account | Individual Margin(5MS93582) |
| Last Price | 0.0610 0.00% |

Quotes    View P&L

**MMATQ**
Meta Materials Inc.

| | |
|---|---|
| Side | Buy |
| Total Quantity | 1 |
| Filled Quantity | 1 |
| Avg Price | $3.490 |
| Order Filled | 07/19/2021 15:18:36 EDT |
| Order Type | LIMIT |
| Limit Price | $3.490 |
| Time-in-Force | Day |
| Trading Hours | Only Regular Hours |
| Order Placed | 07/19/2021 15:18:36 EDT |
| Account | Individual Margin(5MS93582) |
| Last Price | 0.0610 0.00% |

Quotes     View P&L

**MMATQ**
Meta Materials Inc.

| | |
|---|---|
| Side | Buy |
| Total Quantity | 1 |
| Filled Quantity | 1 |
| Avg Price | $3.450 |
| Order Filled | 07/22/2021 14:04:35 EDT |
| Order Type | LIMIT |
| Limit Price | $3.450 |
| Time-in-Force | Day |
| Trading Hours | Only Regular Hours |
| Order Placed | 07/22/2021 14:04:05 EDT |
| Account | Individual Margin(5MS93582) |
| Last Price | 0.0610 0.00% |

Quotes 

**MMATQ**
Meta Materials Inc.

| | |
|---|---|
| Side | Buy |
| Total Quantity | 1 |
| Filled Quantity | 1 |
| Avg Price | $3.720 |
| Order Filled | 08/26/2021 04:16:14 EDT |
| Order Type | LIMIT |
| Limit Price | $3.720 |
| Time-in-Force | Day |
| Trading Hours | Include Extended Hours |
| Order Placed | 08/26/2021 04:16:14 EDT |
| Account | Individual Margin(5MS93582) |
| Last Price | 0.0610 0.00% |

Quotes    View P&L



| | |
|---|---|
| Side | Buy |
| Total Quantity | **2,500** |
| Filled Quantity | **2,500** |
| Avg Price | $0.4400 |
| Order Filled | 03/28/2023 11:28:35 EDT |
| Order Type | LIMIT |
| Limit Price | $0.4400 |
| Time-in-Force | Day |
| Trading Hours | Include Extended Hours |
| Order Placed | 03/28/2023 10:57:20 EDT |
| Account | Individual Margin(5MS93582) |

Last Price   0.0610 0.00%

Quotes     View P&L



| | |
|---|---|
| Side | Buy |
| Total Quantity | **1,600** |
| Filled Quantity | **1,600** |
| Avg Price | $0.2850 |
| Order Filled | 04/14/2023 08:08:25 EDT |
| Order Type | LIMIT |
| Limit Price | $0.2850 |
| Time-in-Force | Day |
| Trading Hours | Include Extended Hours |
| Order Placed | 04/14/2023 08:02:18 EDT |
| Account | Individual Margin(5MS93582) |

Last Price                                 0.0610 0.00%

Quotes            View P&L



MMATQ
Meta Materials Inc
Filled

| | |
|---|---|
| Side | Buy |
| Total Quantity | 175 |
| Filled Quantity | 175 |
| Avg Price | $0.2301 |
| Order Filled | 07/24/2023 09:20:12 EDT |
| Order Type | LIMIT |
| Limit Price | $0.2301 |
| Time-in-Force | Day |
| Trading Hours | Include Extended Hours |
| Order Placed | 07/24/2023 09:20:12 EDT |
| Account | Individual Cash(CUS2WFS5) |
| Last Price | 0.0610 0.00% |

Quotes    View P&L



| | |
|---|---|
| Side | Buy |
| Total Quantity | 14,000 |
| Filled Quantity | 14,000 |
| Avg Price | $0.0710 |
| Order Filled | 01/22/2024 08:54:24 EST |
| Order Type | LIMIT |
| Limit Price | $0.0710 |
| Time-in-Force | Day |
| Trading Hours | Include Extended Hours |
| Order Placed | 01/22/2024 08:54:07 EST |
| Account | Individual Margin(5MS93582) |
| Last Price | 0.0610 0.00% |

Quotes     View P&L



| | |
|---|---|
| Side | Buy |
| Total Quantity | 252 |
| Filled Quantity | 11 |
| Avg Price | $3.960 |
| Order Filled | 06/04/2024 11:11:37 EDT |
| Order Type | LIMIT |
| Limit Price | $3.960 |
| Time-in-Force | Day |
| Trading Hours | Include Extended Hours |
| Order Placed | 06/04/2024 11:11:11 EDT |
| Account | Individual Margin(5MS93582) |

Last Price                               0.0610 0.00%

Cancel Order        Modify Order        Quotes

**MMATQ**
Meta Materials Inc.

| | |
|---|---|
| Side | Buy |
| Total Quantity | 241 |
| Filled Quantity | 241 |
| Avg Price | $3.960 |
| Order Filled | 06/04/2024 11:13:04 EDT |
| Order Type | LIMIT |
| Limit Price | $3.960 |
| Time-in-Force | Day |
| Trading Hours | Include Extended Hours |
| Order Placed | 06/04/2024 11:13:04 EDT |
| Account | Individual Margin(5MS93582) |
| Last Price | 0.0610 0.00% |

Quotes   View P&L