NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | PROOF OF INTEREST |
|---|---|

| Name of Debtor: **Meta Materials Inc.** | Case Number: **24-50792** |
|---|---|

**U.S. BANKRUPTCY COURT**
**MARY A. SCHOTT, CLERK**

**RECEIVED AND FILED**
**DEC 06 2024**

1. **Name and address of holder of the Equity Interest** (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

   Joshua Calara
   9052 Tantalizing Ave
   Las Vegas, NV 89149

   Telephone Number: 408-964-0163

   ☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

   ■ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

   ☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

   COURT USE ONLY

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

| Account or other number by which Interest holder identifies Debtor: **5NB25405** | Check here if this claim:<br>☐ replaces a previously filed Proof of Interest dated: _____<br>■ amends a previously filed Proof of Interest dated: 10/25/2024 |
|---|---|

2. **Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:**

   Webull 44 Wall St. New York, NY 10005

   Telephone Number: 917-725-2448

3. **Date Equity Interest was acquired:**
   Between 07/14/21 - 04/17/23
   See attached documents

4. **Total amount of member interest:** 3,300 for $5,911.63

5. **Certificate number(s):** See attached document

6. **Type of Equity Interest:**
   Please indicate the type of Equity Interest you hold:
   ■ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
   ☐ Check this box if your Equity Interest is based on anything else and describe that interest:
   **Description:** Investor

7. **Supporting Documents:** Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
   DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. **Date-Stamped Copy:** To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

9. **Signature:**
   Check the appropriate box.
   ■ I am the creditor.   ☐ I am the creditor's authorized agent. (Attach copy of power of attorney, if any.)   ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)   ☐ I am a guarantor, surety, endorser, or other codebtor. (See Bankruptcy Rule 3005.)

   I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

   Print Name: Joshua Calara
   Title:
   Company:_____ Address and telephone number (if different from notice address above):

   (Signature)   (Date) 12/4/24

   Telephone number: 408-964-0163   email: jccalara@yahoo.com

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

**PROOF OF INTEREST SUPPLEMENTAL INFORMATION:**

**CASE: 24-50792, META MATERIALS, INC.**

**FOR: Joshua Calara**

BROKER: Webull

ACCT #: 5NB25405

TRANSACTIONS:

| Date | Shares | Price | Total |
|---|---|---|---|
| 07/08/21 | 1,100 shares | Post Reverse Merger | |
| 07/14/21 | Purchased 20 shares | $4.40/share | $88 |
| 07/14/21 | Purchased 30 shares | $4.39/share | $131.7 |
| 07/30/21 | Purchased 15 shares | $3.40/share | $51 |
| 08/03/21 | Purchased 15 shares | $3.40/share | $51 |
| 08/06/21 | Purchased 15 shares | $3.19/share | $47.85 |
| 08/11/21 | Purchased 70 shares | $3.56/share | $249.2 |
| 08/12/21 | Purchased 50 shares | $3.60/share | $180 |
| 08/16/21 | Purchased 50 shares | $3.49/share | $174.5 |
| 08/26/21 | Purchased 10 shares | $3.49/share | $34.9 |
| 08/30/21 | Purchased 6 shares | $3.50/share | $21 |
| 08/30/21 | Purchased 90 shares | $3.63/share | $326.7 |
| 09/08/21 | Purchased 4 shares | $5.45/share | $21.8 |
| 09/08/21 | Purchased 14 shares | $5.50/share | $77 |
| 09/10/21 | Purchased 10 shares | $5/share | $50 |
| 09/13/21 | Purchased 2 shares | $4.96/share | $9.92 |
| 09/17/21 | Purchased 20 shares | $4.90/share | $98 |
| 09/30/21 | Purchased 1 share | $5.73/share | $5.73 |
| 09/30/21 | Purchased 44 shares | $5.68/share | $249.92 |
| 10/04/21 | Purchased 1 share | $5.73/share | $5.73 |
| 10/04/21 | Purchased 44 shares | $5.67/share | $249.48 |

| | | | |
|---|---|---|---|
| 10/19/21 | Purchased 9 shares | $5/share | $45 |
| 11/22/21 | Purchased 20 shares | $4.20/share | $84 |
| 11/29/21 | Purchased 5 shares | $3.75/share | $18.75 |
| 11/29/21 | Purchased 5 shares | $3.80/share | $19 |
| 11/30/21 | Purchased 60 shares | $3.50/share | $210 |
| 12/1/21 | Purchased 5 shares | $3.74/share | $18.7 |
| 12/1/21 | Purchased 5 shares | $3.80/share | $19 |
| 12/2/21 | Purchased 60 shares | $3.50/share | $210 |
| 12/8/21 | Purchased 11 shares | $3.06/share | $33.66 |
| 12/16/21 | Purchased 17 shares | $2.92/share | $49.64 |
| 12/17/21 | Purchased 2 shares | $2.90/share | $5.8 |
| 12/28/21 | Purchased 10 shares | $2.78/share | $27.80 |
| 12/31/21 | Purchased 60 shares | $2.46/share | $147.6 |
| 1/14/22 | Purchased 10 shares | $2.30/share | $23 |
| 1/18/22 | Purchased 45 shares | $2.20/share | $99 |
| 1/24/22 | Purchased 45 shares | $1.95/share | $87.75 |
| 1/31/22 | Purchased 100 shares | $1.53/share | $153 |
| 2/4/22 | Purchased 100 shares | $1.80/share | $180 |
| 2/16/22 | Purchased 100 shares | $1.76/share | $176 |
| 2/24/22 | Purchased 20 shares | $1.61/share | $32.2 |
| 2/28/22 | Purchased 12 shares | $1.55/share | $18.6 |
| 2/28/22 | Purchased 18 shares | $2.05/share | $36.9 |
| 3/2/22 | Purchased 18 shares | $2.05/share | $36.9 |
| 3/3/22 | Purchased 50 shares | $2.02/share | $101 |
| 3/16/22 | Purchased 100 shares | $1.57/share | $157 |
| 3/30/22 | Purchased 200 shares | $1.86/share | $372 |
| 4/1/22 | Purchased 200 shares | $1.86/share | $372 |
| 4/11/22 | Purchased 22 shares | $1.49/share | $32.78 |

| | | | |
|---|---|---|---|
| 4/28/22 | Purchased 100 shares | $1.16/share | $116 |
| 6/28/22 | Purchased 100 shares | $1.33/share | $133 |
| 6/30/22 | Purchased 78 shares | $1.02/share | $79.56 |
| 7/5/22 | Purchased 78 shares | $1.02/share | $79.56 |
| 7/19/22 | Purchased 100 shares | $0.93/share | $93 |
| 7/29/22 | Purchased 100 shares | $0.90/share | $90 |
| 09/29/22 | Purchased 100 shares | $0.65/share | $65 |
| 10/3/22 | Purchased 100 shares | $0.65/share | $65 |
| 10/22/22 | Purchased 100 shares | $0.90/share | $90 |
| 4/3/23 | Purchased 300 shares | $0.48/share | $144 |
| 4/17/23 | Purchased 300 shares | $0.22/share | $66 |

**Total**

$5,911.63

**See Transaction Documents Attached**

*June 1, 2021 - June 30, 2021*



## Webull Financial LLC
44 Wall Street, New York, NY 10005
customerservice@webull.us

PAGE 7 OF 12

ACCOUNT NUMBER   **5NB-25405-16  RR WEA**

**JOSHUA CALARA**

▶ ACCOUNT ACTIVITY (CONTINUED)

| TRANSACTION | DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|
| **MISCELLANEOUS TRANSACTIONS** (continued) | | | | | | | |
| REV SPLIT | 06/25/21 | C | TORCHLIGHT ENERGY RESOURCES INC<br>REVERSE SPLIT @ 1:2<br>INTO 59134N104<br>CUSIP: 89102U103 | -1,100 | | | |
| **Total Miscellaneous Transactions** | | | | | | | $0.48 |

▶ **EXECUTED TRADES PENDING SETTLEMENT - THESE TRANSACTIONS MAY NOT BE REFLECTED IN OTHER SUMMARIES**

| TRANSACTION | TRADE DATE | SETTLEMENT DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|---|
| BOUGHT | 06/29/21 | 07/01/21 | C | XERIS PHARMACEUTICALS INC<br>COMMON STOCK<br>CUSIP: 98422L107 | 17 | $4.38 | $74.46 | |
| SOLD | 06/30/21 | 07/02/21 | C | CONTEXTLOGIC INC<br>CLASS A COMMON STOCK<br>CUSIP: 21077C107 | -15 | 13.31 | | 199.63 |
| BOUGHT | 06/30/21 | 07/02/21 | C | DARE BIOSCIENCE INC<br>COMMON STOCK<br>CUSIP: 23666P101 | 100 | 1.85 | 185.00 | |
| BOUGHT | 06/30/21 | 07/02/21 | C | XERIS PHARMACEUTICALS INC<br>COMMON STOCK<br>CUSIP: 98422L107 | 3 | 4.20 | 12.60 | |
| **Total Executed Trades Pending Settlement** | | | | | | | $272.06 | $199.63 |

*July 1, 2021 - July 31, 2021*

PAGE **3** OF 9

**Webull Financial LLC**
44 Wall Street, New York, NY 10005
customerservice@webull.us

ACCOUNT NUMBER   **5NB-25405-16  RR WEA**

**JOSHUA CALARA**

► ACCOUNT ACTIVITY (CONTINUED)

**BUY / SELL TRANSACTIONS** (continued)

| TRANSACTION | DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|
| SOLD | 07/02/21 | C | CONTEXTLOGIC INC<br>CLASS A COMMON STOCK<br>CUSIP: 21077C107 | 15 | 13.31 | | 199.63 |
| BOUGHT | 07/06/21 | C | DARE BIOSCIENCE INC<br>COMMON STOCK<br>CUSIP: 23666P101 | 30 | 1.7199 | 51.60 | |
| BOUGHT | 07/08/21 | C | META MATLS INC<br>PFD SER A<br>SPINOFF  ON   1100 SHS<br>TORCHLIGHT ENERGY RESOURCES<br>REC 06/24/21 PAY 06/25/21<br>AS OF 07/07/21<br>CUSIP: 59134N203 | 1,100 | | | |
| BOUGHT | 07/09/21 | C | DARE BIOSCIENCE INC<br>COMMON STOCK<br>CUSIP: 23666P101 | 300 | 1.80 | 540.00 | |
| SOLD | 07/09/21 | C | DARE BIOSCIENCE INC<br>COMMON STOCK<br>CUSIP: 23666P101 | 130 | 1.8414 | | 239.35 |
| SOLD | 07/09/21 | C | XERIS PHARMACEUTICALS INC<br>COMMON STOCK<br>CUSIP: 98422L107 | 120 | 3.84 | | 460.78 |
| BOUGHT | 07/14/21 | C | META MATLS INC<br>COMMON STOCK<br>CUSIP: 59134N104 | 20 | 4.40 | 88.00 | |
| BOUGHT | 07/14/21 | C | META MATLS INC<br>COMMON STOCK<br>CUSIP: 59134N104 | 30 | 4.3986 | 131.96 | |

*July 1, 2021 - July 31, 2021*



# Webull Financial LLC
44 Wall Street, New York, NY 10005
customerservice@webull.us

PAGE 4 OF 9

ACCOUNT NUMBER   **5NB-25405-16  RR WEA**

**JOSHUA CALARA**

▶ ACCOUNT ACTIVITY (CONTINUED)

| TRANSACTION | DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|
| **BUY / SELL TRANSACTIONS** (continued) | | | | | | | |
| BOUGHT | 07/16/21 | C | DARE BIOSCIENCE INC COMMON STOCK CUSIP: 23666P101 | 1 | 1.53 | 1.53 | |
| BOUGHT | 07/16/21 | C | DARE BIOSCIENCE INC COMMON STOCK CUSIP: 23666P101 | 100 | 1.55 | 155.00 | |
| **Total Buy / Sell Transactions** | | | | | | **$1,240.15** | **$899.76** |
| **FUNDS PAID AND RECEIVED** | | | | | | | |
| ACH | 07/01/21 | C | ACH DEPOSIT SEN(20210701331454) | | | | $50.00 |
| ACH | 07/12/21 | C | ACH DEPOSIT SEN(20210712189091) | | | | 60.00 |
| ACH | 07/14/21 | C | ACH DEPOSIT SEN(20210714224974) | | | | 155.00 |
| ACH | 07/30/21 | C | ACH DEPOSIT SEN(20210729245073) | | | | 50.00 |
| **Total Funds Paid And Received** | | | | | | | **$315.00** |

▶ **EXECUTED TRADES PENDING SETTLEMENT - THESE TRANSACTIONS MAY NOT BE REFLECTED IN OTHER SUMMARIES**

| TRANSACTION | TRADE DATE | SETTLEMENT DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|---|
| BOUGHT | 07/30/21 | 08/03/21 | C | META MATLS INC COMMON STOCK CUSIP: 59134N104 | 15 | $3.40 | $51.00 | |
| **Total Executed Trades Pending Settlement** | | | | | | | **$51.00** | |

*August 1, 2021 - August 31, 2021*

PAGE 2 OF 9

ACCOUNT NUMBER    **5NB-25405-16  RR WEA**

**JOSHUA CALARA**



# Webull Financial LLC
44 Wall Street, New York, NY 10005
customerservice@webull.us

<table>
<tr><td colspan="11">▶ <strong>PORTFOLIO SUMMARY</strong></td></tr>
<tr><th>DESCRIPTION</th><th>SYMBOL/<br>CUSIP</th><th>ACCOUNT<br>TYPE</th><th>QUANTITY</th><th>PRICE</th><th>MARKET<br>VALUE</th><th>LAST PERIOD'S<br>MARKET VALUE</th><th>% CHANGE</th><th>EST. ANNUAL<br>INCOME</th><th>% OF TOTAL<br>PORTFOLIO</th></tr>
<tr><td colspan="10"><strong>EQUITIES / OPTIONS</strong></td></tr>
<tr><td>META MATLS INC<br>COMMON STOCK</td><td>MMAT</td><td>C</td><td>906</td><td>$4.65</td><td>$4,212.90</td><td>$2,100.00</td><td>101%</td><td></td><td>97.629%</td></tr>
<tr><td>META MATLS INC<br>PFD SER A</td><td>59134N203</td><td>C</td><td>1,100</td><td>Not Available</td><td></td><td></td><td>N/A</td><td></td><td>N/A</td></tr>
<tr><td><strong>Total Equities</strong></td><td></td><td></td><td></td><td></td><td><strong>$4,212.90</strong></td><td></td><td></td><td></td><td><strong>97.629%</strong></td></tr>
<tr><td><strong>Total Cash (Net Portfolio Balance)</strong></td><td></td><td></td><td></td><td></td><td><strong>$102.32</strong></td><td></td><td></td><td></td><td><strong>2.371%</strong></td></tr>
<tr><td><strong>TOTAL PRICED PORTFOLIO</strong></td><td></td><td></td><td></td><td></td><td><strong>$4,315.22</strong></td><td></td><td></td><td></td><td></td></tr>
</table>

<table>
<tr><td colspan="7">▶ <strong>ACCOUNT ACTIVITY</strong></td></tr>
<tr><th>TRANSACTION</th><th>DATE</th><th>ACCOUNT<br>TYPE</th><th>DESCRIPTION</th><th>QUANTITY</th><th>PRICE</th><th>DEBIT</th><th>CREDIT</th></tr>
<tr><td colspan="8"><strong>BUY / SELL TRANSACTIONS</strong></td></tr>
<tr><td>BOUGHT</td><td>08/03/21</td><td>C</td><td>META MATLS INC<br>COMMON STOCK<br>CUSIP: 59134N104</td><td>15</td><td>$3.40</td><td>$51.00</td><td></td></tr>
<tr><td>BOUGHT</td><td>08/06/21</td><td>C</td><td>META MATLS INC<br>COMMON STOCK<br>CUSIP: 59134N104</td><td>15</td><td>3.19</td><td>47.85</td><td></td></tr>
<tr><td>BOUGHT</td><td>08/11/21</td><td>C</td><td>DARE BIOSCIENCE INC<br>COMMON STOCK<br>CUSIP: 23666P101</td><td>100</td><td>1.665</td><td>166.50</td><td></td></tr>
</table>

*August 1, 2021 - August 31, 2021*

PAGE **3** OF 9

ACCOUNT NUMBER   **5NB-25405-16  RR WEA**

**JOSHUA CALARA**

# Webull Financial LLC
44 Wall Street, New York, NY 10005
customerservice@webull.us

▶ ACCOUNT ACTIVITY **(CONTINUED)**

**BUY / SELL TRANSACTIONS** (continued)

| TRANSACTION | DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|
| BOUGHT | 08/11/21 | C | META MATLS INC COMMON STOCK CUSIP: 59134N104 | 70 | 3.56 | 249.20 | |
| SOLD | 08/11/21 | C | DARE BIOSCIENCE INC COMMON STOCK CUSIP: 23666P101 | 401 | 1.84 | | 737.78 |
| BOUGHT | 08/12/21 | C | DARE BIOSCIENCE INC COMMON STOCK CUSIP: 23666P101 | 100 | 1.66 | 166.00 | |
| BOUGHT | 08/12/21 | C | META MATLS INC COMMON STOCK CUSIP: 59134N104 | 50 | 3.5599 | 178.00 | |
| BOUGHT | 08/16/21 | C | META MATLS INC COMMON STOCK CUSIP: 59134N104 | 50 | 3.4899 | 174.50 | |
| BOUGHT | 08/17/21 | C | DARE BIOSCIENCE INC COMMON STOCK CUSIP: 23666P101 | 205 | 1.62 | 332.10 | |
| SOLD | 08/17/21 | C | DARE BIOSCIENCE INC COMMON STOCK CUSIP: 23666P101 | 200 | 1.67 | | 333.97 |
| BOUGHT | 08/18/21 | C | DARE BIOSCIENCE INC COMMON STOCK CUSIP: 23666P101 | 1 | 1.52 | 1.52 | |
| SOLD | 08/25/21 | C | DARE BIOSCIENCE INC COMMON STOCK CUSIP: 23666P101 | 206 | 1.62 | | 333.69 |
| BOUGHT | 08/26/21 | C | META MATLS INC COMMON STOCK CUSIP: 59134N104 | 10 | 3.49 | 34.90 | |

*August 1, 2021 - August 31, 2021*

# Webull Financial LLC
44 Wall Street, New York, NY 10005
customerservice@webull.us

PAGE 4 OF 9

ACCOUNT NUMBER    5NB-25405-16  RR WEA

**JOSHUA CALARA**

▶ ACCOUNT ACTIVITY (CONTINUED)

**BUY / SELL TRANSACTIONS** (continued)

| TRANSACTION | DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|
| BOUGHT | 08/30/21 | C | META MATLS INC<br>COMMON STOCK<br>CUSIP: 59134N104 | 1 | 3.485 | 3.49 | |
| BOUGHT | 08/30/21 | C | META MATLS INC<br>COMMON STOCK<br>CUSIP: 59134N104 | 5 | 3.50 | 17.50 | |
| BOUGHT | 08/30/21 | C | META MATLS INC<br>COMMON STOCK<br>CUSIP: 59134N104 | 90 | 3.63 | 326.70 | |
| **Total Buy / Sell Transactions** | | | | | | **$1,749.26** | **$1,405.44** |

**FUNDS PAID AND RECEIVED**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| ACH | 08/04/21 | C | ACH DEPOSIT<br>SEN(20210804087135) | | | | $50.00 |
| ACH | 08/10/21 | C | ACH DEPOSIT<br>SEN(20210810232228) | | | | 20.00 |
| ACH | 08/12/21 | C | ACH DEPOSIT<br>SEN(20210812081176) | | | | 175.00 |
| ACH | 08/26/21 | C | ACH DEPOSIT<br>SEN(20210826069351) | | | | 50.00 |
| ACH | 08/31/21 | C | ACH DEPOSIT<br>SEN(20210831197847) | | | | 100.00 |
| **Total Funds Paid And Received** | | | | | | | **$395.00** |

*September 1, 2021 - September 30, 2021*

PAGE 2 OF 9

ACCOUNT NUMBER **5NB-25405-16  RR WEA**

**JOSHUA CALARA**



# Webull Financial LLC
44 Wall Street, New York, NY 10005
customerservice@webull.us

## ▶ PORTFOLIO SUMMARY

| DESCRIPTION | SYMBOL/ CUSIP | ACCOUNT TYPE | QUANTITY | PRICE | MARKET VALUE | LAST PERIOD'S MARKET VALUE | % CHANGE | EST. ANNUAL INCOME | % OF TOTAL PORTFOLIO |
|---|---|---|---|---|---|---|---|---|---|
| **EQUITIES / OPTIONS** | | | | | | | | | |
| META MATLS INC COMMON STOCK | MMAT | C | 956 | $5.78 | $5,525.68 | $4,212.90 | 31% | | 95.578% |
| META MATLS INC PFD SER A | 59134N203 | C | 1,100 | Not Available | | | N/A | | N/A |
| **Total Equities** | | | | | **$5,525.68** | | | | **95.578%** |
| **Total Cash (Net Portfolio Balance)** | | | | | **$255.65** | | | | **4.422%** |
| **TOTAL PRICED PORTFOLIO** | | | | | **$5,781.33** | | | | |

## ▶ ACCOUNT ACTIVITY

| TRANSACTION | DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|
| **BUY / SELL TRANSACTIONS** | | | | | | | |
| BOUGHT | 09/08/21 | C | META MATLS INC COMMON STOCK CUSIP: 59134N104 | 4 | $5.45 | $21.80 | |
| BOUGHT | 09/08/21 | C | META MATLS INC COMMON STOCK CUSIP: 59134N104 | 14 | 5.50 | 77.00 | |
| BOUGHT | 09/10/21 | C | META MATLS INC COMMON STOCK CUSIP: 59134N104 | 10 | 5 | 50.00 | |

*September 1, 2021 - September 30, 2021*

PAGE **3** OF 9

ACCOUNT NUMBER **5NB-25405-16 RR WEA**

**JOSHUA CALARA**

# Webull Financial LLC
## 44 Wall Street, New York, NY 10005
customerservice@webull.us

▶ ACCOUNT ACTIVITY (CONTINUED)

**BUY / SELL TRANSACTIONS** (continued)

| TRANSACTION | DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|
| BOUGHT | 09/13/21 | C | META MATLS INC COMMON STOCK CUSIP: 59134N104 | 1 | 4.96 | 4.96 | |
| BOUGHT | 09/17/21 | C | META MATLS INC COMMON STOCK CUSIP: 59134N104 | 1 | 4.995 | 5.00 | |
| BOUGHT | 09/17/21 | C | META MATLS INC COMMON STOCK CUSIP: 59134N104 | 20 | 4.90 | 98.00 | |
| **Total Buy / Sell Transactions** | | | | | | **$256.76** | |

**FUNDS PAID AND RECEIVED**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| ACH | 09/07/21 | C | ACH DEPOSIT SEN(20210907190223) | | | | $50.00 |
| ACH | 09/08/21 | C | ACH DEPOSIT SEN(20210908135924) | | | | 1.44 |
| ACH | 09/15/21 | C | ACH DEPOSIT SEN(20210915114789) | | | | 100.00 |
| ACH | 09/15/21 | C | ACH DEPOSIT SEN(20210915185245) | | | | 3.00 |
| ACH | 09/30/21 | C | ACH DEPOSIT SEN(20210930261553) | | | | 5.65 |
| ACH | 09/30/21 | C | ACH DEPOSIT SEN(20210930092098) | | | | 250.00 |
| **Total Funds Paid And Received** | | | | | | | **$410.09** |

*September 1, 2021 - September 30, 2021*

**PAGE 4 OF 9**

ACCOUNT NUMBER   **5NB-25405-16  RR WEA**

**JOSHUA CALARA**



# Webull Financial LLC
44 Wall Street, New York, NY 10005
customerservice@webull.us

▶ **EXECUTED TRADES PENDING SETTLEMENT - THESE TRANSACTIONS MAY NOT BE REFLECTED IN OTHER SUMMARIES**

| TRANSACTION | TRADE DATE | SETTLEMENT DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|---|
| BOUGHT | 09/30/21 | 10/04/21 | C | META MATLS INC COMMON STOCK CUSIP: 59134N104 | 1 | $5.73 | $5.73 | |
| BOUGHT | 09/30/21 | 10/04/21 | C | META MATLS INC COMMON STOCK CUSIP: 59134N104 | 44 | 5.6799 | 249.92 | |

**Total Executed Trades Pending Settlement**      **$255.65**

*October 1, 2021 - October 31, 2021*

ACCOUNT NUMBER    **5NB-25405-16  RR WEA**

**JOSHUA CALARA**

# Webull Financial LLC
44 Wall Street, New York, NY 10005
customerservice@webull.us

**INDIVIDUAL ACCOUNT**

## ► PORTFOLIO SUMMARY

| DESCRIPTION | SYMBOL/ CUSIP | ACCOUNT TYPE | QUANTITY | PRICE | MARKET VALUE | LAST PERIOD'S MARKET VALUE | % CHANGE | EST. ANNUAL INCOME | % OF TOTAL PORTFOLIO |
|---|---|---|---|---|---|---|---|---|---|
| **EQUITIES / OPTIONS** | | | | | | | | | |
| META MATLS INC COMMON STOCK | MMAT | C | 1,010 | $4.70 | $4,747.00 | $5,525.68 | -14% | | 77.124% |
| META MATLS INC PFD SER A | MMTLP | C | 1,100 | 1.28 | 1,408.00 | | N/A | | 22.876 |
| **Total Equities** | | | | | **$6,155.00** | | | | **100.000%** |
| **TOTAL PRICED PORTFOLIO** | | | | | **$6,155.00** | | | | |

## ► ACCOUNT ACTIVITY

| TRANSACTION | DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|
| **BUY / SELL TRANSACTIONS** | | | | | | | |
| BOUGHT | 10/04/21 | C | META MATLS INC COMMON STOCK CUSIP: 59134N104 | 1 | $5.73 | $5.73 | |
| BOUGHT | 10/04/21 | C | META MATLS INC COMMON STOCK CUSIP: 59134N104 | 44 | 5.6799 | 249.92 | |
| BOUGHT | 10/19/21 | C | META MATLS INC COMMON STOCK CUSIP: 59134N104 | 9 | 5 | 45.00 | |
| **Total Buy / Sell Transactions** | | | | | | **$300.65** | |

*November 1, 2021 - November 30, 2021*

# Webull Financial LLC
44 Wall Street, New York, NY 10005
customerservice@webull.us

PAGE 2 OF 9

ACCOUNT NUMBER **5NB-25405-16  RR WEA**

**JOSHUA CALARA**

▶ **PORTFOLIO SUMMARY**

| DESCRIPTION | SYMBOL/ CUSIP | ACCOUNT TYPE | QUANTITY | PRICE | MARKET VALUE | LAST PERIOD'S MARKET VALUE | % CHANGE | EST. ANNUAL INCOME | % OF TOTAL PORTFOLIO |
|---|---|---|---|---|---|---|---|---|---|
| **EQUITIES / OPTIONS** | | | | | | | | | |
| META MATLS INC COMMON STOCK | MMAT | C | 1,030 | $3.67 | $3,780.10 | $4,747.00 | -20% | | 62.123% |
| META MATLS INC PFD SER A | MMTLP | C | 1,100 | 1.87 | 2,057.00 | 1,408.00 | 46 | | 33.805 |
| **Total Equities** | | | | | **$5,837.10** | | | | **95.928%** |
| **Total Cash (Net Portfolio Balance)** | | | | | **$247.75** | | | | **4.072%** |
| **TOTAL PRICED PORTFOLIO** | | | | | **$6,084.85** | | | | |

▶ **ACCOUNT ACTIVITY**

| TRANSACTION | DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|
| **BUY / SELL TRANSACTIONS** | | | | | | | |
| BOUGHT | 11/22/21 | C | META MATLS INC COMMON STOCK CUSIP: 59134N104 | 20 | $4.20 | $84.00 | |
| **Total Buy / Sell Transactions** | | | | | | **$84.00** | |
| **FUNDS PAID AND RECEIVED** | | | | | | | |
| TOU | 11/03/21 | C | Journal to APEX CRYPTO / DIRECT ...(APXD) TPJ(10e67dee-e58d-4c36 9d83-7bbe262580f0) | | | $89.46 | |

*November 1, 2021 - November 30, 2021*

# Webull Financial LLC
44 Wall Street, New York, NY 10005
customerservice@webull.us

PAGE 3 OF 9

ACCOUNT NUMBER  **5NB-25405-16 RR WEA**

**JOSHUA CALARA**

▶ ACCOUNT ACTIVITY (CONTINUED)

| TRANSACTION | DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|
| **FUNDS PAID AND RECEIVED** (continued) | | | | | | | |
| TOU | 11/04/21 | C | Journal to APEX CRYPTO / DIRECT ...(APXD) TPJ(01dfc582-e0c6-44b0 be9a-671b78379aa2) | | | 10.54 | |
| ACH | 11/02/21 | C | ACH DEPOSIT SEN(20211102267761) | | | | 100.00 |
| TIN | 11/18/21 | C | Journal from APEX CRYPTO / DIRECT ...(APXD) TPJ(0911cc11-22b7-4d1a 8705-2d22f43408e2) | | | | 83.25 |
| ACH | 11/18/21 | C | ACH DEPOSIT SEN(20211118245339) | | | | 0.75 |
| ACH | 11/29/21 | C | ACH DEPOSIT SEN(20211129287843) | | | | 17.75 |
| ACH | 11/29/21 | C | ACH DEPOSIT SEN(20211129083991) | | | | 20.00 |
| ACH | 11/30/21 | C | ACH DEPOSIT SEN(20211130256911) | | | | 210.00 |
| **Total Funds Paid And Received** | | | | | | **$100.00** | **$431.75** |

▶ EXECUTED TRADES PENDING SETTLEMENT - THESE TRANSACTIONS MAY NOT BE REFLECTED IN OTHER SUMMARIES

| TRANSACTION | TRADE DATE | SETTLEMENT DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|---|
| BOUGHT | 11/29/21 | 12/01/21 | C | META MATLS INC COMMON STOCK CUSIP: 59134N104 | 5 | $3.7499 | $18.75 | |

*November 1, 2021 - November 30, 2021*

ACCOUNT NUMBER    **5NB-25405-16  RR WEA**

**JOSHUA CALARA**

# Webull Financial LLC
44 Wall Street, New York, NY 10005
customerservice@webull.us

▶ EXECUTED TRADES PENDING SETTLEMENT **(CONTINUED)**

| TRANSACTION | TRADE DATE | SETTLEMENT DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|---|
| BOUGHT | 11/29/21 | 12/01/21 | C | META MATLS INC COMMON STOCK CUSIP: 59134N104 | 5 | 3.80 | 19.00 | |
| BOUGHT | 11/30/21 | 12/02/21 | C | META MATLS INC COMMON STOCK CUSIP: 59134N104 | 60 | 3.50 | 210.00 | |

**Total Executed Trades Pending Settlement**                                                                       **$247.75**

*December 1, 2021 - December 31, 2021*



# Webull Financial LLC
44 Wall Street, New York, NY 10005
customerservice@webull.us

PAGE **2** OF 9

ACCOUNT NUMBER   **5NB-25405-16  RR WEA**

**JOSHUA CALARA**

## ▶ PORTFOLIO SUMMARY

| DESCRIPTION | SYMBOL/ CUSIP | ACCOUNT TYPE | QUANTITY | PRICE | MARKET VALUE | LAST PERIOD'S MARKET VALUE | % CHANGE | EST. ANNUAL INCOME | % OF TOTAL PORTFOLIO |
|---|---|---|---|---|---|---|---|---|---|
| **EQUITIES / OPTIONS** | | | | | | | | | |
| META MATLS INC  COMMON STOCK | MMAT | C | 1,200 | $2.46 | $2,952.00 | $3,780.10 | -22% | | 63.957% |
| META MATLS INC  PFD SER A | MMTLP | C | 1,100 | 1.51 | 1,661.00 | 2,057.00 | -19 | | 35.987 |
| **Total Equities** | | | | | **$4,613.00** | | | | **99.944%** |
| **Total Cash (Net Portfolio Balance)** | | | | | **$2.60** | | | | **0.056%** |
| **TOTAL PRICED PORTFOLIO** | | | | | **$4,615.60** | | | | |

## ▶ ACCOUNT ACTIVITY

| TRANSACTION | DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|
| **BUY / SELL TRANSACTIONS** | | | | | | | |
| BOUGHT | 12/01/21 | C | META MATLS INC  COMMON STOCK  CUSIP: 59134N104 | 5 | $3.7499 | $18.75 | |
| BOUGHT | 12/01/21 | C | META MATLS INC  COMMON STOCK  CUSIP: 59134N104 | 5 | 3.80 | 19.00 | |
| BOUGHT | 12/02/21 | C | META MATLS INC  COMMON STOCK  CUSIP: 59134N104 | 60 | 3.50 | 210.00 | |

*December 1, 2021 - December 31, 2021*

ACCOUNT NUMBER    **5NB-25405-16 RR WEA**

**JOSHUA CALARA**

# Webull Financial LLC
44 Wall Street, New York, NY 10005
customerservice@webull.us

**A C C O U N T    I N D I V I D U A L**

▶ ACCOUNT ACTIVITY (CONTINUED)

| TRANSACTION | DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|
| **BUY / SELL TRANSACTIONS** (continued) | | | | | | | |
| BOUGHT | 12/08/21 | C | META MATLS INC COMMON STOCK CUSIP: 59134N104 | 11 | 3.0599 | 33.66 | |
| BOUGHT | 12/16/21 | C | META MATLS INC COMMON STOCK CUSIP: 59134N104 | 17 | 2.92 | 49.64 | |
| BOUGHT | 12/17/21 | C | META MATLS INC COMMON STOCK CUSIP: 59134N104 | 2 | 2.90 | 5.80 | |
| BOUGHT | 12/28/21 | C | META MATLS INC COMMON STOCK CUSIP: 59134N104 | 10 | 2.78 | 27.80 | |
| BOUGHT | 12/31/21 | C | META MATLS INC COMMON STOCK CUSIP: 59134N104 | 60 | 2.46 | 147.60 | |
| **Total Buy / Sell Transactions** | | | | | | **$512.25** | |

**FUNDS PAID AND RECEIVED**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| ACH | 12/06/21 | C | ACH DEPOSIT SEN(20211206276743) | | | | $34.00 |
| ACH | 12/14/21 | C | ACH DEPOSIT SEN(20211214250929) | | | | 49.56 |
| ACH | 12/14/21 | C | ACH DEPOSIT SEN(20211214251564) | | | | 5.54 |
| ACH | 12/23/21 | C | ACH DEPOSIT SEN(20211223275149) | | | | 28.00 |

*January 1, 2022 - January 31, 2022*

PAGE 2 OF 8

ACCOUNT NUMBER   **5NB-25405-16  RR WEA**

**JOSHUA CALARA**



# Webull Financial LLC

44 Wall Street, New York, NY 10005
customerservice@webull.us

### ▶ PORTFOLIO SUMMARY

| DESCRIPTION | SYMBOL/ CUSIP | ACCOUNT TYPE | QUANTITY | PRICE | MARKET VALUE | LAST PERIOD'S MARKET VALUE | % CHANGE | EST. ANNUAL INCOME | % OF TOTAL PORTFOLIO |
|---|---|---|---|---|---|---|---|---|---|
| **EQUITIES / OPTIONS** | | | | | | | | | |
| META MATLS INC COMMON STOCK | MMAT | C | 1,400 | $1.67 | $2,338.00 | $2,952.00 | -21% | | 62.049% |
| META MATLS INC PFD SER A | MMTLP | C | 1,100 | 1.30 | 1,430.00 | 1,661.00 | -14 | | 37.951 |
| **Total Equities** | | | | | **$3,768.00** | | | | **100.000%** |
| **TOTAL PRICED PORTFOLIO** | | | | | **$3,768.00** | | | | |

### ▶ ACCOUNT ACTIVITY

| TRANSACTION | DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|
| **BUY / SELL TRANSACTIONS** | | | | | | | |
| BOUGHT | 01/14/22 | C | META MATLS INC COMMON STOCK CUSIP: 59134N104 | 10 | $2.30 | $23.00 | |
| BOUGHT | 01/18/22 | C | META MATLS INC COMMON STOCK CUSIP: 59134N104 | 45 | 2.20 | 99.00 | |
| BOUGHT | 01/24/22 | C | META MATLS INC COMMON STOCK CUSIP: 59134N104 | 45 | 1.9581 | 88.11 | |
| BOUGHT | 01/31/22 | C | META MATLS INC COMMON STOCK CUSIP: 59134N104 | 100 | 1.53 | 153.00 | |
| **Total Buy / Sell Transactions** | | | | | | **$363.11** | |

*February 1, 2022 - February 28, 2022*



# Webull Financial LLC

44 Wall Street, New York, NY 10005
customerservice@webull.us

ACCOUNT NUMBER   **5NB-25405-16  RR WEA**

PAGE **2** OF 9

**JOSHUA CALARA**

| ► PORTFOLIO SUMMARY | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| DESCRIPTION | SYMBOL/ CUSIP | ACCOUNT TYPE | QUANTITY | PRICE | MARKET VALUE | LAST PERIOD'S MARKET VALUE | % CHANGE | EST. ANNUAL INCOME | % OF TOTAL PORTFOLIO |
| **EQUITIES / OPTIONS** | | | | | | | | | |
| META MATLS INC COMMON STOCK | MMAT | C | 1,632 | $2.15 | $3,508.80 | $2,338.00 | 50% | | 61.778% |
| META MATLS INC PFD SER A | MMTLP | C | 1,100 | 1.94 | 2,134.00 | 1,430.00 | 49 | | 37.572 |
| **Total Equities** | | | | | **$5,642.80** | | | | **99.350%** |
| **Total Cash (Net Portfolio Balance)** | | | | | **$36.90** | | | | **0.650%** |
| **TOTAL PRICED PORTFOLIO** | | | | | **$5,679.70** | | | | |

| ► ACCOUNT ACTIVITY | | | | | | | |
|---|---|---|---|---|---|---|---|
| TRANSACTION | DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
| **BUY / SELL TRANSACTIONS** | | | | | | | |
| BOUGHT | 02/04/22 | C | META MATLS INC COMMON STOCK CUSIP: 59134N104 | 100 | $1.80 | $180.00 | |
| BOUGHT | 02/16/22 | C | META MATLS INC COMMON STOCK CUSIP: 59134N104 | 100 | 1.76 | 176.00 | |
| BOUGHT | 02/24/22 | C | META MATLS INC COMMON STOCK CUSIP: 59134N104 | 20 | 1.61 | 32.20 | |

*February 1, 2022 - February 28, 2022*

PAGE **3** OF 9

# Webull Financial LLC
44 Wall Street, New York, NY 10005
customerservice@webull.us

ACCOUNT NUMBER   **5NB-25405-16 RR WEA**

**JOSHUA CALARA**

▶ ACCOUNT ACTIVITY (CONTINUED)

| TRANSACTION | DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|
| **BUY / SELL TRANSACTIONS** (continued) | | | | | | | |
| BOUGHT | 02/28/22 | C | META MATLS INC COMMON STOCK CUSIP: 59134N104 | 12 | 1.55 | 18.60 | |
| **Total Buy / Sell Transactions** | | | | | | **$406.80** | |
| **FUNDS PAID AND RECEIVED** | | | | | | | |
| ACH | 02/01/22 | C | ACH DEPOSIT SEN(20220201364745) | | | | $180.00 |
| ACH | 02/14/22 | C | ACH DEPOSIT SEN(20220214467094) | | | | 176.00 |
| ACH | 02/22/22 | C | ACH DEPOSIT SEN(20220222560555) | | | | 2.00 |
| ACH | 02/22/22 | C | ACH DEPOSIT SEN(20220222560122) | | | | 31.00 |
| ACH | 02/24/22 | C | ACH DEPOSIT SEN(20220224149803) | | | | 19.00 |
| ACH | 02/28/22 | C | ACH DEPOSIT SEN(20220228611429) | | | | 0.90 |
| ACH | 02/28/22 | C | ACH DEPOSIT SEN(20220228534095) | | | | 34.80 |
| **Total Funds Paid And Received** | | | | | | **$443.70** | |

<div style="writing-mode: vertical-lr">INDIVIDUAL ACCOUNT</div>

*February 1, 2022 - February 28, 2022*

PAGE 4 OF 9

ACCOUNT NUMBER    **5NB-25405-16  RR WEA**

**JOSHUA CALARA**



# Webull Financial LLC
44 Wall Street, New York, NY 10005
customerservice@webull.us

▶ EXECUTED TRADES PENDING SETTLEMENT - THESE TRANSACTIONS MAY NOT BE REFLECTED IN OTHER SUMMARIES

| TRANSACTION | TRADE DATE | SETTLEMENT DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|---|
| BOUGHT | 02/28/22 | 03/02/22 | C | META MATLS INC COMMON STOCK CUSIP: 59134N104 | 18 | $2.05 | $36.90 | |

**Total Executed Trades Pending Settlement** $36.90

**INDIVIDUAL ACCOUNT**

*March 1, 2022 - March 31, 2022*

# Webull Financial LLC
44 Wall Street, New York, NY 10005
customerservice@webull.us

PAGE **2** OF 9

ACCOUNT NUMBER    **5NB-25405-16  RR WEA**

**JOSHUA CALARA**

## ▶ PORTFOLIO SUMMARY

| DESCRIPTION | SYMBOL/ CUSIP | ACCOUNT TYPE | QUANTITY | PRICE | MARKET VALUE | LAST PERIOD'S MARKET VALUE | % CHANGE | EST. ANNUAL INCOME | % OF TOTAL PORTFOLIO |
|---|---|---|---|---|---|---|---|---|---|
| **EQUITIES / OPTIONS** | | | | | | | | | |
| META MATLS INC COMMON STOCK | MMAT | C | 1,800 | $1.67 | $3,006.00 | $3,508.80 | -14% | | 63.686% |
| META MATLS INC PFD SER A | MMTLP | C | 1,100 | 1.22 | 1,342.00 | 2,134.00 | -37 | | 28.432 |
| **Total Equities** | | | | | **$4,348.00** | | | | **92.119%** |
| **Total Cash (Net Portfolio Balance)** | | | | | **$372.00** | | | | **7.881%** |
| **TOTAL PRICED PORTFOLIO** | | | | | **$4,720.00** | | | | |

## ▶ ACCOUNT ACTIVITY

| TRANSACTION | DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|
| **BUY / SELL TRANSACTIONS** | | | | | | | |
| BOUGHT | 03/02/22 | C | META MATLS INC COMMON STOCK CUSIP: 59134N104 | 18 | $2.05 | $36.90 | |
| BOUGHT | 03/03/22 | C | META MATLS INC COMMON STOCK CUSIP: 59134N104 | 50 | 2.0199 | 101.00 | |
| BOUGHT | 03/16/22 | C | META MATLS INC COMMON STOCK CUSIP: 59134N104 | 100 | 1.57 | 157.00 | |
| **Total Buy / Sell Transactions** | | | | | | **$294.90** | |

*March 1, 2022 - March 31, 2022*



# Webull Financial LLC

44 Wall Street, New York, NY 10005
customerservice@webull.us

PAGE 4 OF 9

ACCOUNT NUMBER    **5NB-25405-16  RR WEA**

**JOSHUA CALARA**

▶ EXECUTED TRADES PENDING SETTLEMENT - THESE TRANSACTIONS MAY NOT BE REFLECTED IN OTHER SUMMARIES

| TRANSACTION | TRADE DATE | SETTLEMENT DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|---|
| BOUGHT | 03/30/22 | 04/01/22 | C | META MATLS INC COMMON STOCK CUSIP: 59134N104 | 200 | $1.86 | $372.00 | |

**Total Executed Trades Pending Settlement**                                         $372.00

*April 1, 2022 - April 30, 2022*

PAGE **2** OF 8

ACCOUNT NUMBER   **5NB-25405-16  RR WEA**

**JOSHUA CALARA**



# Webull Financial LLC

44 Wall Street, New York, NY 10005
customerservice@webull.us

I N D I V I D U A L   A C C O U N T

### ▶ PORTFOLIO SUMMARY

| DESCRIPTION | SYMBOL/ CUSIP | ACCOUNT TYPE | QUANTITY | PRICE | MARKET VALUE | LAST PERIOD'S MARKET VALUE | % CHANGE | EST. ANNUAL INCOME | % OF TOTAL PORTFOLIO |
|---|---|---|---|---|---|---|---|---|---|
| **EQUITIES / OPTIONS** | | | | | | | | | |
| META MATLS INC COMMON STOCK | MMAT | C | 2,022 | $1.20 | $2,426.40 | $3,006.00 | -19% | | 61.765% |
| META MATLS INC PFD SER A | MMTLP | C | 1,100 | 1.26 | 1,386.00 | 1,342.00 | 3 | | 35.281 |
| **Total Equities** | | | | | **$3,812.40** | | | | **97.046%** |
| **Total Cash (Net Portfolio Balance)** | | | | | **$116.04** | | | | **2.954%** |
| **TOTAL PRICED PORTFOLIO** | | | | | **$3,928.44** | | | | |

### ▶ ACCOUNT ACTIVITY

| TRANSACTION | DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|
| **BUY / SELL TRANSACTIONS** | | | | | | | |
| BOUGHT | 04/01/22 | C | META MATLS INC COMMON STOCK CUSIP: 59134N104 | 200 | $1.86 | $372.00 | |
| BOUGHT | 04/11/22 | C | META MATLS INC COMMON STOCK CUSIP: 59134N104 | 2 | 1.4979 | 3.00 | |
| BOUGHT | 04/11/22 | C | META MATLS INC COMMON STOCK CUSIP: 59134N104 | 20 | 1.4979 | 29.96 | |
| **Total Buy / Sell Transactions** | | | | | | **$404.96** | |

*April 1, 2022 - April 30, 2022*

**Webull Financial LLC**
44 Wall Street, New York, NY 10005
customerservice@webull.us

PAGE **3** OF **8**

ACCOUNT NUMBER  **5NB-25405-16  RR WEA**

**JOSHUA CALARA**

▶ ACCOUNT ACTIVITY (CONTINUED)

| TRANSACTION | DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|
| **FUNDS PAID AND RECEIVED** | | | | | | | |
| ACH | 04/07/22 | C | ACH DEPOSIT SEN(20220407311801) | | | | $34.00 |
| ACH | 04/28/22 | C | ACH DEPOSIT SEN(20220428167407) | | | | 115.00 |
| **Total Funds Paid And Received** | | | | | | | **$149.00** |

**▶ EXECUTED TRADES PENDING SETTLEMENT - THESE TRANSACTIONS MAY NOT BE REFLECTED IN OTHER SUMMARIES**

| TRANSACTION | TRADE DATE | SETTLEMENT DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|---|
| BOUGHT | 04/28/22 | 05/02/22 | C | META MATLS INC COMMON STOCK CUSIP: 59134N104 | 100 | $1.1575 | $115.75 | |
| **Total Executed Trades Pending Settlement** | | | | | | | **$115.75** | |

*June 1, 2022 - June 30, 2022*

PAGE 2 OF 8

ACCOUNT NUMBER   **5NB-25405-16  RR WEA**

**JOSHUA CALARA**



# Webull Financial LLC
## 44 Wall Street, New York, NY 10005
customerservice@webull.us

## ▶ PORTFOLIO SUMMARY

| DESCRIPTION | SYMBOL/ CUSIP | ACCOUNT TYPE | QUANTITY | PRICE | MARKET VALUE | LAST PERIOD'S MARKET VALUE | % CHANGE | EST. ANNUAL INCOME | % OF TOTAL PORTFOLIO |
|---|---|---|---|---|---|---|---|---|---|
| **EQUITIES / OPTIONS** | | | | | | | | | |
| META MATLS INC COMMON STOCK | MMAT | C | 2,222 | $1.03 | $2,288.66 | $4,074.24 | -44% | | 56.254% |
| META MATLS INC PFD SER A | MMTLP | C | 1,100 | 1.545 | 1,699.50 | 1,408.00 | 21 | | 41.773 |
| **Total Equities** | | | | | **$3,988.16** | | | | **98.027%** |
| **Total Cash (Net Portfolio Balance)** | | | | | **$80.29** | | | | **1.973%** |
| **TOTAL PRICED PORTFOLIO** | | | | | **$4,068.45** | | | | |

## ▶ ACCOUNT ACTIVITY

| TRANSACTION | DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|
| **BUY / SELL TRANSACTIONS** | | | | | | | |
| BOUGHT | 06/28/22 | C | META MATLS INC COMMON STOCK CUSIP: 59134N104 | 100 | $1.33 | $133.00 | |
| **Total Buy / Sell Transactions** | | | | | | **$133.00** | |
| **FUNDS PAID AND RECEIVED** | | | | | | | |
| ACH | 06/24/22 | C | ACH DEPOSIT SEN(20220624385203) | | | | $133.00 |

*June 1, 2022 - June 30, 2022*

# Webull Financial LLC
44 Wall Street, New York, NY 10005
customerservice@webull.us

PAGE 3 OF 8

ACCOUNT NUMBER    **5NB-25405-16 RR WEA**

**JOSHUA CALARA**

▶ ACCOUNT ACTIVITY (CONTINUED)

| TRANSACTION | DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|
| **FUNDS PAID AND RECEIVED** (continued) | | | | | | | |
| ACH | 06/30/22 | C | ACH DEPOSIT SEN(20220630245595) | | | | 80.00 |
| **Total Funds Paid And Received** | | | | | | | **$213.00** |

▶ **EXECUTED TRADES PENDING SETTLEMENT - THESE TRANSACTIONS MAY NOT BE REFLECTED IN OTHER SUMMARIES**

| TRANSACTION | TRADE DATE | SETTLEMENT DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|---|
| BOUGHT | 06/30/22 | 07/05/22 | C | META MATLS INC COMMON STOCK CUSIP: 59134N104 | 78 | $1.02 | $79.56 | |
| **Total Executed Trades Pending Settlement** | | | | | | | **$79.56** | |

ACCOUNT    ALL    DIVIDEND

*July 1, 2022 - July 31, 2022*



# Webull Financial LLC

44 Wall Street, New York, NY 10005
customerservice@webull.us

ACCOUNT NUMBER    **5NB-25405-16 RR WEA**

PAGE **2** OF **8**

**JOSHUA CALARA**

▶ **PORTFOLIO SUMMARY**

| DESCRIPTION | SYMBOL/ CUSIP | ACCOUNT TYPE | QUANTITY | PRICE | MARKET VALUE | LAST PERIOD'S MARKET VALUE | % CHANGE | EST. ANNUAL INCOME | % OF TOTAL PORTFOLIO |
|---|---|---|---|---|---|---|---|---|---|
| **EQUITIES / OPTIONS** | | | | | | | | | |
| META MATLS INC COMMON STOCK | MMAT | C | 2,400 | $0.90 | $2,160.00 | $2,288.66 | -6% | | 57.301% |
| META MATLS INC PFD SER A | MMTLP | C | 1,100 | 1.38 | 1,518.00 | 1,699.50 | -11 | | 40.270 |
| **Total Equities** | | | | | **$3,678.00** | | | | **97.572%** |
| **Total Cash (Net Portfolio Balance)** | | | | | **$91.54** | | | | **2.428%** |
| **TOTAL PRICED PORTFOLIO** | | | | | **$3,769.54** | | | | |

▶ **ACCOUNT ACTIVITY**

| TRANSACTION | DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|
| **BUY / SELL TRANSACTIONS** | | | | | | | |
| BOUGHT | 07/05/22 | C | META MATLS INC COMMON STOCK CUSIP: 59134N104 | 78 | $1.02 | $79.56 | |
| BOUGHT | 07/19/22 | C | META MATLS INC COMMON STOCK CUSIP: 59134N104 | 100 | 0.9319 | 93.19 | |
| **Total Buy / Sell Transactions** | | | | | | **$172.75** | |

*July 1, 2022 - July 31, 2022*

**ACCOUNT NUMBER**   **5NB-25405-16  RR WEA**                          PAGE 3 OF 8

**JOSHUA CALARA**

## ▶ ACCOUNT ACTIVITY (CONTINUED)

| TRANSACTION | DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|
| **FUNDS PAID AND RECEIVED** | | | | | | | |
| ACH | 07/15/22 | C | ACH DEPOSIT SEN(20220715367412) | | | | $94.00 |
| ACH | 07/29/22 | C | ACH DEPOSIT SEN(20220729261334) | | | | 90.00 |
| **Total Funds Paid And Received** | | | | | | | **$184.00** |

### ▶ EXECUTED TRADES PENDING SETTLEMENT - THESE TRANSACTIONS MAY NOT BE REFLECTED IN OTHER SUMMARIES

| TRANSACTION | TRADE DATE | SETTLEMENT DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|---|
| BOUGHT | 07/29/22 | 08/02/22 | C | META MATLS INC COMMON STOCK CUSIP: 59134N104 | 100 | $0.90 | $90.00 | |
| **Total Executed Trades Pending Settlement** | | | | | | | **$90.00** | |

**Webull Financial LLC**
44 Wall Street, New York, NY 10005
customerservice@webull.us

*September 1, 2022 - September 30, 2022*

PAGE **2** OF 7

ACCOUNT NUMBER **5NB-25405-16 RR WEA**

**JOSHUA CALARA**



# Webull Financial LLC
44 Wall Street, New York, NY 10005
customerservice@webull.us

## ▶ PORTFOLIO SUMMARY

| DESCRIPTION | SYMBOL/ CUSIP | ACCOUNT TYPE | QUANTITY | PRICE | MARKET VALUE | LAST PERIOD'S MARKET VALUE | % CHANGE | EST. ANNUAL INCOME | % OF TOTAL PORTFOLIO |
|---|---|---|---|---|---|---|---|---|---|
| **EQUITIES / OPTIONS** | | | | | | | | | |
| META MATLS INC COMMON STOCK | MMAT | C | 2,500 | $0.649 | $1,622.75 | $2,162.50 | -25% | | 47.964% |
| META MATLS INC PFD SER A | MMTLP | C | 1,100 | 1.54 | 1,694.00 | 1,595.00 | 6 | | 50.070% |
| **Total Equities** | | | | | **$3,316.75** | | | | **98.033%** |
| **Total Cash (Net Portfolio Balance)** | | | | | **$66.54** | | | | **1.967%** |
| **TOTAL PRICED PORTFOLIO** | | | | | **$3,383.29** | | | | |

## ▶ ACCOUNT ACTIVITY

| TRANSACTION | DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|
| **FUNDS PAID AND RECEIVED** | | | | | | | |
| ACH | 09/29/22 | C | ACH DEPOSIT SEN(20220929250525) | | | | $65.00 |
| **Total Funds Paid And Received** | | | | | | | **$65.00** |

## ▶ EXECUTED TRADES PENDING SETTLEMENT - THESE TRANSACTIONS MAY NOT BE REFLECTED IN OTHER SUMMARIES

| TRANSACTION | TRADE DATE | SETTLEMENT DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|---|
| BOUGHT | 09/29/22 | 10/03/22 | C | META MATLS INC COMMON STOCK CUSIP: 59134N104 | 100 | $0.6518 | $65.18 | |
| **Total Executed Trades Pending Settlement** | | | | | | | **$65.18** | |

*October 1, 2022 - October 31, 2022*

PAGE **2** OF 7

ACCOUNT NUMBER    **5NB-25405-16  RR WEA**

JOSHUA CALARA



# Webull Financial LLC
44 Wall Street, New York, NY 10005
customerservice@webull.us

## ▶ PORTFOLIO SUMMARY

| DESCRIPTION | SYMBOL/ CUSIP | ACCOUNT TYPE | QUANTITY | PRICE | MARKET VALUE | LAST PERIOD'S MARKET VALUE | % CHANGE | EST. ANNUAL INCOME | % OF TOTAL PORTFOLIO |
|---|---|---|---|---|---|---|---|---|---|
| **EQUITIES / OPTIONS** | | | | | | | | | |
| META MATLS INC COMMON STOCK | MMAT | C | 2,700 | $1.06 | $2,862.00 | $1,622.75 | 76% | | 27.527% |
| META MATLS INC PFD SER A | MMTLP | C | 1,100 | 6.85 | 7,535.00 | 1,694.00 | 345 | | 72.473 |
| **Total Equities** | | | | | **$10,397.00** | | | | **100.000%** |
| **TOTAL PRICED PORTFOLIO** | | | | | **$10,397.00** | | | | |

## ▶ ACCOUNT ACTIVITY

| TRANSACTION | DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|
| **BUY / SELL TRANSACTIONS** | | | | | | | |
| BOUGHT | 10/03/22 | C | META MATLS INC COMMON STOCK CUSIP: 59134N104 | 100 | $0.6518 | $65.18 | |
| BOUGHT | 10/20/22 | C | META MATLS INC COMMON STOCK CUSIP: 59134N104 | 100 | 0.90 | 90.00 | |
| **Total Buy / Sell Transactions** | | | | | | **$155.18** | |
| **FUNDS PAID AND RECEIVED** | | | | | | | |
| ACH | 10/18/22 | C | ACH DEPOSIT SEN(20221018270608) | | | | $88.64 |
| **Total Funds Paid And Received** | | | | | | | **$88.64** |

## TRADE RECORDS

Currency: USD

| Symbol & Name | Trade Date | Settlement Date | Buy/Sell | Quantity | Price | Gross Amount | Fee/Tax | Net Amount | Remarks |
|---|---|---|---|---|---|---|---|---|---|
| MMAT -59134N104 META MATERIALS INC | 04/17/2023 | 04/19/2023 | B | 300.00 | 0.22 | -67.50 | 0.00 | -67.50 | |
| MMAT -59134N104 META MATERIALS INC | 04/03/2023 | 04/05/2023 | B | 300.00 | 0.48 | -143.40 | 0.00 | -143.40 | |

## PORTFOLIO SUMMARY

| Symbol | Cusip | Quantity | FPL Quantity | Multi | Closing Price | Amount |
|---|---|---|---|---|---|---|
| MMAT | 59134N104 | 3300 | | 1 | 0.18 | 607.86 |
| MMTLP.WB | US8AQ9903 | 1100 | | 1 | 0.00 | 0.00 |

## ACCOUNT ACTIVITY

| Date | Transaction | Currency | Symbol | Cusip | Quantity | Amount | Description | Status |
|---|---|---|---|---|---|---|---|---|
| 04/17/2023 | Deposit | USD | | | | 64.40 | | POST |
| 04/17/2023 | Deposit | USD | | | | 1.50 | | POST |
| 04/04/2023 | Deposit | USD | | | | 145.00 | | POST |

## NOTES

### KEY DEFINITIONS AND TERMS

1. Accrued Dividends: When the company declares the dividends of shares, this part will calculate the dividends to be paid to the user, and the dividends paid to the user during form checking period will be included into cash.
2. Accrued Interest: Interest is charged monthly, so this section will be the total interest incurred by the user in the statement period, rather than the portion of the interest charged. Additional detail provided in the important information section below.
3. Trades (Sold): Cash from selling securities.
4. Trades (Bought): Cash spent on buying securities.
5. Multiplier(Mult): In an individual stock option, the value of the contract is expressed as the product of a certain monetary amount and the underlying index. The certain monetary amount is fixed by the contract, which is referred to as the contract multiplier. At present, the stock is 1 by default and the individual stock option is 100.
6. Closing Price: Last traded price on the last trading date of the month. Note, closing prices are indicative and may be from third-party sources. Webull does not warrant the accuracy of the prices provided by third-party sources.
7. Fee/Tax: Exchange-related Fees / Transaction-related Fees / Stamp Duty / Settlement Fees / Withholding Tax.
8. Webull does not charge any fees for currency exchanges. Exchange rate is prone to be impacted by the market exchange rates. Please take exchange rates on market as reference.