NVB 3001 (Effective 1/21)

**UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA**

**PROOF OF INTEREST**

Name of Debtor: Meta Materials Inc.

Case Number: 24-50792 hlb

1. **Name and address of holder of the Equity Interest** (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

Charles Smith
289 County Road 142
Tuscola TX
79562

Telephone Number: (325) 513-5738

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

☒ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

RECEIVED AND FILED
DEC 06 2024
U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

COURT USE ONLY

**NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.**

Account or other number by which Interest holder identifies Debtor: 619-91880-19 RR A14

Check here if this claim:
☐ replaces a previously filed Proof of Interest dated: ____________
☐ amends a previously filed Proof of Interest dated: ____________

2. **Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:**

Ally Invest Securities

**Telephone Number:** 855-880-2559

3. **Date Equity Interest was acquired:** See attached

4. **Total amount of member interest:** 179

5. **Certificate number(s):** ____________

6. **Type of Equity Interest:**
Please indicate the type of Equity Interest you hold:
☐ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
☐ Check this box if your Equity Interest is based on anything else and describe that interest:
**Description:** ____________

7. **Supporting Documents:** Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. **Date-Stamped Copy:** To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

9. **Signature:**
Check the appropriate box.
☒ I am the creditor.
☐ I am the creditor's authorized agent. (Attach copy of power of attorney, if any.)
☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)
☐ I am a guarantor, surety, endorser, or other codebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: Charles Smith
Title: ____________
Company: ___ Address and telephone number (if different from notice address above):

(Signature) [signature] (Date) 12-02-2024

Telephone number: 325 513 5738 email: smith4529@hotmail.com

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

*September 1, 2024 - September 30, 2024*

ACCOUNT NUMBER **619-91880-19 RR A14**

ally

Ally Invest Securities
P.O. Box 30248, Charlotte, NC 28230
Phone: 855.880.2559 | Fax: 866 699.0563
Member: FINRA and SIPC - Ally.com/invest

IRA ACCOUNT

**CHARLES W SMITH**
**APEX C/F ROTH IRA**

## PORTFOLIO SUMMARY

| DESCRIPTION | SYMBOL/ CUSIP | ACCOUNT TYPE | QUANTITY | PRICE | MARKET VALUE | LAST PERIOD'S MARKET VALUE | % CHANGE | EST. ANNUAL INCOME | % OF TOTAL PORTFOLIO |
|---|---|---|---|---|---|---|---|---|---|
| **EQUITIES / OPTIONS** | | | | | | | | | |
| * META MATERIALS INC COMMON STOCK | MMATQ | C | 179 | 0.37 | 66.23 | 80.55 | -18 | | 15.429 |
| NEXT BRIDGE HYDROCARBONS INC - A PRIVATE COMPANY - | 8AQ9903 | C | 12,672 | Not Available | | | N/A | | N/A |
| **Total Equities** | | | | | **$129.43** | | | **$6** | **30.151%** |
| **Total Cash (Net Portfolio Balance)** | | | | | **$299.84** | | | | **69.849%** |
| **TOTAL PRICED PORTFOLIO** | | | | | **$429.27** | | | **$6** | |

* This is the final number of Meta Materials inc. Shares held.



*June 1, 2021 - June 30, 2021*

ACCOUNT NUMBER **619-91880-19 RR A34**

ally

Ally Invest Securities
P.O. Box 30248, Charlotte, NC 28230
Phone: 855.880.2559 | Fax: 866.699.0563
Member FINRA and SIPC - Ally.com/invest

**CHARLES W SMITH**
**APEX C/F ROTH IRA**

IRA ACCOUNT

## PORTFOLIO SUMMARY

| DESCRIPTION | SYMBOL/ CUSIP | ACCOUNT TYPE | QUANTITY | PRICE | MARKET VALUE | LAST PERIOD'S MARKET VALUE | % CHANGE | EST. ANNUAL INCOME | % OF TOTAL PORTFOLIO |
|---|---|---|---|---|---|---|---|---|---|
| **EQUITIES / OPTIONS** | | | | | | | | | |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | | [illegible] |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | | [illegible] |
| GLOBAL X FDS [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| METAMATERIAL INC COM | 59134F101 | C | 2,000 | 13.65 | 27,300.00 | 5,960.00 | 358 | | 18.132 |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | | [illegible] |
| META MATLS INC COMMON STOCK | MMAT | C | 1,001 | 7.49 | 7,497.49 | | N/A | | 4.980 |
| META MATLS INC COMMON STOCK | MMAT | O | 3,132 | 7.49 | 23,458.68 | | N/A | | 15.580 |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | | [illegible] | [illegible] | [illegible] |
| **Total Equities** | | | | | **$127,559.93** | | | **$2,632** | **84.720%** |
| **Total Cash (Net Portfolio Balance)** | | | | | **$23,005.86** | | | | **15.280%** |
| **TOTAL PRICED PORTFOLIO** | | | | | **$150,565.79** | | | **$2,632** | |

[illegible]

*June 1, 2021 - June 30, 2021*

PAGE 3 OF 16

ACCOUNT NUMBER   **619-91880-19 RR A34**

**CHARLES W SMITH**
**APEX C/F ROTH IRA**

**ally**®

Ally Invest Securities
P.O. Box 30248, Charlotte, NC 28230
Phone: 855.880.2559 | Fax: 866.699.0563
Member FINRA and SIPC - Ally.com/invest

▶ **ACCOUNT ACTIVITY**

**BUY / SELL TRANSACTIONS**

| TRANSACTION | DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|
| BOUGHT | 06/██/21 | C | ████████ ████ CSIP ████ | 100 | $22.21 | $2,221.00 | |
| SOLD | 06/██/21 | C | MARATHON DIGITAL HLDGS INC COMMON ████ CUSIP ███████ | 110 | 25.15 | | 2,766.48 |
| BOUGHT | 06/██/21 | C | █████ ████████ CUSIP ████ | 1,000 | 5.49 | 5,490.00 | |
| SOLD | 06/16/21 | C | MARATHON DIGITAL HLDGS ███ ████ CUSIP 565788106 | 35 | 31.54 | | 1,103.89 |
| BOUGHT | 06/██/21 | C | ████ █████ CUSIP ██████ | 250 | 22.44 | 5,610.00 | |
| | 06/██/21 | C | MARATHON DIGITAL HLDGS INC ████ CUSIP ████ | 35 | 31.25 | | 1,093.74 |
| BOUGHT | 06/21/21 | C | TORCHLIGHT ENERGY RESOURCES INC CUSIP: 89102U103 | 180 | 5.05 | 909.00 | |
| SOLD | 06/22/21 | C | TORCHLIGHT ENERGY RESOURCES INC CUSIP: 89102U103 | 32 | 5.52 | | 176.63 |
| SOLD | 06/22/21 | C | TORCHLIGHT ENERGY RESOURCES INC CUSIP: 89102U103 | 32 | 6.08 | | 194.55 |



*June 1, 2021 - June 30, 2021*

ACCOUNT NUMBER **619-91880-19 RR A34**

ally
Ally Invest Securities
P.O. Box 30248, Charlotte, NC 28230
Phone: 855.880.2559 | Fax: 866.699.0563
Member FINRA and SIPC - Ally.com/invest

**CHARLES W SMITH**
**APEX C/F ROTH IRA**

IRA ACCOUNT

▶ ACCOUNT ACTIVITY (CONTINUED)

| TRANSACTION | DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|
| **BUY / SELL TRANSACTIONS** (continued) | | | | | | | |
| SOLD | 06/22/21 | C | TORCHLIGHT ENERGY RESOURCES INC CUSIP: 89102U103 | 32 | 6.22 | | 199.03 |
| SOLD | 06/22/21 | C | TORCHLIGHT ENERGY RESOURCES INC CUSIP: 89102U103 | 33 | 5.56 | | 183.47 |
| SOLD | 06/22/21 | C | TORCHLIGHT ENERGY RESOURCES INC CUSIP: 89102U103 | 36 | 5.62 | | 202.31 |
| [illegible] | [illegible] | | [illegible] COMMON STOCK [illegible] | [illegible] | [illegible] | | [illegible] |
| BOUGHT | 06/29/21 | C | TORCHLIGHT ENERGY RESOURCES INC CUSIP: 89102U103 | 1 | 5 | 5.00 | |
| BOUGHT | 06/30/21 | C | META MATLS INC COMMON STOCK CUSIP: 59134N104 | 500 | 7.98 | 3,990.00 | |
| BOUGHT | 06/30/21 | C | META MATLS INC COMMON STOCK CUSIP: 59134N104 | 500 | 8.30 | 4,150.00 | |
| **Total Buy / Sell Transactions** | | | | | | **$22,375.00** | **$35,415.86** |

*December 1, 2021 - December 31, 2021*



**Ally Invest Securities**
P.O. Box 30248, Charlotte, NC 28230
Phone: 855.880.2559 | Fax: 866.699.0563
Member FINRA and SIPC - Ally.com/invest

PAGE 2 OF 11

ACCOUNT NUMBER    **619-91880-19  RR A34**

**CHARLES W SMITH**
**APEX C/F ROTH IRA**

I N D U A C C O U N T A    I R A

---

### ► PORTFOLIO SUMMARY

| DESCRIPTION | SYMBOL/CUSIP | ACCOUNT TYPE | QUANTITY | PRICE | MARKET VALUE | LAST PERIOD'S MARKET VALUE | % CHANGE | EST. ANNUAL INCOME | % OF TOTAL PORTFOLIO |
|---|---|---|---|---|---|---|---|---|---|
| **EQUITIES / OPTIONS** | | | | | | | | | |
| ▓▓▓▓▓▓ | ▓▓▓ | ▓ | ▓▓▓ | ▓▓▓ | ▓▓▓ | ▓▓▓ | ▓▓ | | ▓▓▓ |
| ▓▓▓▓▓▓ | ▓▓▓ | ▓ | ▓▓▓ | ▓▓▓ | ▓▓▓ | 2,704.56 | ▓▓ | ▓▓ | ▓▓▓ |
| ▓▓▓▓▓▓ | ▓▓▓ | ▓ | ▓▓▓ | ▓▓▓ | ▓▓▓ | ▓▓▓ | ▓▓ | ▓▓▓ | ▓▓▓ |
| META MATLS INC :COMMON STOCK: | MMAT | C | 13,716 | 2.46 | 33,741.36 | 49,574.36 | -32 | | 35.273 |
| ▓▓▓▓▓▓ | ▓▓▓ | ▓ | 1,505 | ▓▓▓ | ▓▓▓ | ▓▓▓ | ▓ | ▓▓▓ | ▓▓▓ |
| ▓▓▓▓▓▓ AMERICAN DEPOSIT▓▓ | ▓▓▓ | ▓ | ▓▓▓ | ▓▓▓ | ▓▓▓ | ▓▓▓ | ▓ | ▓▓▓ | ▓▓▓ |
| META MATLS INC PFD SER A | MMTLP | 0 | 6,366 | 1.51 | 9,612.66 | 11,904.42 | -19 | | 10.049 |
| **Total Equities** | | | | **$95,354.72** | | | | **$4,723** | **99.685%** |
| **Total Cash (Net Portfolio Balance)** | | | | **$301.76** | | | | | **0.315%** |
| **TOTAL PRICED PORTFOLIO** | | | | **$95,656.48** | | | | **$4,723** | |

IRA ACCOUNT

*December 1, 2021 - December 31, 2021*

ACCOUNT NUMBER **619-91880-19 RR A34**

**CHARLES W SMITH**
**APEX C/F ROTH IRA**

ally
Ally Invest Securities
P.O. Box 30248, Charlotte, NC 28230
Phone: 855.880.2559 | Fax: 866.699.0563
Member FINRA and SIPC - Ally.com/invest

## ▶ ACCOUNT ACTIVITY

| TRANSACTION | DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|
| **BUY / SELL TRANSACTIONS** | | | | | | | |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | | [illegible] |
| BOUGHT | 12/07/21 | C | META MATLS INC<br>COMMON STOCK<br>CUSIP: 59134N104 | 208 | 3.18 | 661.44 | |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | |
| **Total Buy / Sell Transactions** | | | | | | [illegible] | [illegible] |

**DIVIDENDS AND INTEREST**

| TRANSACTION | DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|
| [illegible] | [illegible] | [illegible] | [illegible] | | [illegible] | | [illegible] |
| [illegible] | [illegible] | [illegible] | [illegible] | | | | [illegible] |



I R A   A C C O U N T

*June 1, 2022 - June 30, 2022*

ACCOUNT NUMBER **619-91880-19 RR A14**

ally

Ally Invest Securities
P.O. Box 30248, Charlotte, NC 28230
Phone: 855.880.2559 | Fax: 866.699.0563
Member FINRA and SIPC - Ally.com/invest

**CHARLES W SMITH**
**APEX C/F ROTH IRA**

## PORTFOLIO SUMMARY

| DESCRIPTION | SYMBOL/ CUSIP | ACCOUNT TYPE | QUANTITY | PRICE | MARKET VALUE | LAST PERIOD'S MARKET VALUE | % CHANGE | EST. ANNUAL INCOME | % OF TOTAL PORTFOLIO |
|---|---|---|---|---|---|---|---|---|---|
| **EQUITIES / OPTIONS** | | | | | | | | | |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | | [illegible] |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| META MATLS INC COMMON STOCK | MMAT | 0 | 14,179 | 1.03 | 14,604.37 | 27,223.68 | -46 | | 22.652 |
| META MATLS INC PFD SER A | MMTLP | 0 | 6,467 | 1.545 | 9,991.52 | 8,277.76 | 21 | | 15.497 |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| **Total Equities** | | | | | **$64,104.01** | | | **$4,245** | **99.427%** |
| **Total Cash (Net Portfolio Balance)** | | | | | **$369.21** | | | | **0.573%** |
| **TOTAL PRICED PORTFOLIO** | | | | | **$64,473.22** | | | **$4,245** | |

*December 1, 2022 - December 31, 2022*

PAGE 2 OF 14

ACCOUNT NUMBER   **619-91880-19 RR A34**

# ally®

**Ally Invest Securities**
P.O. Box 30248, Charlotte, NC 28230
Phone: 855.880.2559 | Fax: 866.699.0563
Member FINRA and SIPC - Ally.com/invest

**CHARLES W SMITH**
**APEX C/F ROTH IRA**

I R A   A C C O U N T

▶ **PORTFOLIO SUMMARY**

| DESCRIPTION | SYMBOL/ CUSIP | ACCOUNT TYPE | QUANTITY | PRICE | MARKET VALUE | LAST PERIOD'S MARKET VALUE | % CHANGE | EST. ANNUAL INCOME | % OF TOTAL PORTFOLIO |
|---|---|---|---|---|---|---|---|---|---|
| **EQUITIES / OPTIONS** | | | | | | | | | |
| GOLD RESOURCE CORP | ▓▓▓▓ | C | ▓▓ | $4.53 | ▓▓▓▓ | $1,277.20 | ▓▓% | ▓▓ | ▓▓% |
| GLOBAL X FDS | ▓▓▓▓ | C | ▓▓ | ▓▓▓ | ▓▓▓▓ | 4▓▓▓ | ▓ | ▓ | 0.3▓ |
| GLOBAL X NASDAQ 100 COVERED CALL ETF | | | | | | | | | |
| ISHARES MSCI RUSSIA RF EXCHANGE TRADED FUND FOREIGN ISSUE | 464F89011 | C | ▓▓ | ▓▓▓ | ▓▓▓▓ | ▓▓ | ▓ | ▓ | 0.0▓ |
| META MATLS INC COMMON STOCK | MMAT | C | 16,120 | 1.19 | 19,182.80 | | N/A | | 95.649 |
| META MATLS PREFERRED STOCK CONTRA CUSIP | 591994371 | C | 12,672 | Not Available | | | N/A | | N/A |
| VANECK ETF TR VANECK RUSSIA E | RSX | C | ▓▓▓ | ▓▓▓ | ▓▓▓▓ | ▓▓▓ | ▓▓ | ▓▓ | 2.5▓▓ |
| **Total Equities** | | | | | $19,903.11 | | | $179 | 99.240% |
| **Total Cash (Net Portfolio Balance)** | | | | | $152.34 | | | | 0.760% |
| **TOTAL PRICED PORTFOLIO** | | | | | $20,055.45 | | | $179 | |

*December 1, 2022 - December 31, 2022*

ACCOUNT NUMBER **619-91880-19 RR A34**

ally

Ally Invest Securities
P.O. Box 30248, Charlotte, NC 28230
Phone: 855.880.2559 | Fax: 866.699.0563
Member FINRA and SIPC - Ally.com/invest

**CHARLES W SMITH**
**APEX C/F ROTH IRA**

IRA ACCOUNT

## ACCOUNT ACTIVITY

| TRANSACTION | DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|
| **BUY / SELL TRANSACTIONS** | | | | | | | |
| BOUGHT | 12/01/22 | C | META MATLS INC PFD SER A CUSIP: 59134N203 | 100 | $9.65 | $965.00 | |
| BOUGHT | 12/02/22 | C | META MATLS INC PFD SER A CUSIP: 59134N203 | 100 | 8.35 | 835.00 | |
| BOUGHT | 12/02/22 | C | META MATLS INC PFD SER A AVERAGE PRICE TRADE DETAILS AVAILABLE UPON REQUEST CUSIP: 59134N203 | 200 | 9.02725 | 1,805.45 | |
| BOUGHT | 12/05/22 | C | META MATLS INC PFD SER A AVERAGE PRICE TRADE DETAILS AVAILABLE UPON REQUEST CUSIP: 59134N203 | 200 | 7.76495 | 1,552.99 | |
| BOUGHT | 12/07/22 | C | META MATLS INC PFD SER A PART OF 750 SHR CUSIP: 59134N203 | 250 | 7.77 | 1,942.50 | |
| BOUGHT | 12/07/22 | C | META MATLS INC PFD SER A PART OF 750 SHR CUSIP: 59134N203 | 500 | 7.77 | 3,885.00 | |
| BOUGHT | 12/08/22 | C | META MATLS INC PFD SER A PART OF 1000 SHR CUSIP: 59134N203 | 100 | 5.70 | 570.00 | |

*December 1, 2022 - December 31, 2022*

ACCOUNT NUMBER **619-91880-19 RR A34**

ally
Ally Invest Securities
P.O. Box 30248, Charlotte, NC 28230
Phone: 855.880.2559 | Fax: 866.699.0563
Member FINRA and SIPC - Ally.com/invest

**CHARLES W SMITH**
**APEX C/F ROTH IRA**

IRA ACCOUNT

▶ ACCOUNT ACTIVITY (CONTINUED)

| TRANSACTION | DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|
| **BUY / SELL TRANSACTIONS** (continued) | | | | | | | |
| BOUGHT | 12/08/22 | C | META MATLS INC PFD SER A PART OF 1000 SHR CUSIP: 59134N203 | 400 | 5.59 | 2,236.00 | |
| BOUGHT | 12/08/22 | C | META MATLS INC PFD SER A CUSIP: 59134N203 | 500 | 5.83 | 2,915.00 | |
| BOUGHT | 12/08/22 | C | META MATLS INC PFD SER A PART OF 1000 SHR CUSIP: 59134N203 | 500 | 5.22 | 2,610.00 | |
| BOUGHT | 12/09/22 | C | META MATLS INC PFD SER A CUSIP: 59134N203 | 53 | 7.02 | 372.06 | |
| BOUGHT | 12/09/22 | C | META MATLS INC PFD SER A CUSIP: 59134N203 | 350 | 7.65 | 2,677.50 | |
| BOUGHT | 12/12/22 | C | META MATLS INC PFD SER A PART OF 1700 SHR CUSIP: 59134N203 | 500 | 3.75 | 1,875.00 | |
| BOUGHT | 12/12/22 | C | META MATLS INC PFD SER A PART OF 1700 SHR CUSIP: 59134N203 | 1,200 | 4.56 | 5,472.00 | |
| [redacted] | [redacted] | C | [redacted] | [redacted] | [redacted] | | [redacted] |
| **Total Buy / Sell Transactions** | | | | | | **$29,713.50** | **$7,330.74** |

*June 1, 2023 - June 30, 2023*

PAGE 2 OF 8

ACCOUNT NUMBER    **619-91880-19 RR A14**

CHARLES W SMITH
APEX C/F ROTH IRA

**ally**

Ally Invest Securities
P.O. Box 30248, Charlotte, NC 28230
Phone: 855.880.2559 | Fax: 866.699.0563
Member FINRA and SIPC - Ally.com/invest

IRA ACCOUNT

## ▶ PORTFOLIO SUMMARY

| DESCRIPTION | SYMBOL/ CUSIP | ACCOUNT TYPE | QUANTITY | PRICE | MARKET VALUE | LAST PERIOD'S MARKET VALUE | % CHANGE | EST. ANNUAL INCOME | % OF TOTAL PORTFOLIO |
|---|---|---|---|---|---|---|---|---|---|
| **EQUITIES / OPTIONS** | | | | | | | | | |
| ▓▓ RESOURCE CORP | ▓▓▓▓ | ▓▓ | ▓▓▓ | ▓▓▓▓ | ▓▓▓▓ | ▓▓▓▓ | ▓▓% | | ▓▓▓▓ |
| GLOBAL X ▓▓▓▓ GLOBAL X NASDAQ 100 COVERED ▓▓▓ | ▓▓▓▓ | C | ▓▓ | ▓▓▓▓ | ▓▓▓▓ | ▓▓▓▓ | ▓▓▓ | ▓ | ▓▓▓▓ |
| ILUCTATIO BIOTECH ▓▓ ▓▓▓▓▓ | ▓ILUC | C | 3,200 | ▓▓▓▓ | ▓▓▓▓ | ▓▓▓▓ | ▓▓▓ | | ▓▓▓▓ |
| ISHARES MSCI RUSSIA RE ▓▓▓▓▓▓▓▓▓▓▓▓▓▓ ▓▓ | ▓▓▓▓ | C | ▓▓ | ▓▓▓▓▓ | | | ▓▓▓ | | ▓▓ |
| META MATLS INC COMMON STOCK | MMAT | C | 16,120 | 0.215 | 3,469.02 | 3,385.20 | 2 | | 95.518 |
| VANECK ETF ▓▓▓ VANECK ▓▓▓▓ ETF | ▓▓▓▓▓▓ | ▓ | ▓▓ | ▓▓▓▓▓ | | | ▓▓ | | ▓▓ |
| NEXT BRIDGE HYDROCARBONS INC - A PRIVATE COMPANY - | 8AQ9903 | C | 12,672 | Not Available | | | N/A | | N/A |
| **Total Equities** | | | | | $3,626.10 | | | $6 | 99.844% |
| **Total Cash (Net Portfolio Balance)** | | | | | $5.68 | | | | 0.156% |
| **TOTAL PRICED PORTFOLIO** | | | | | $3,631.78 | | | $6 | |

IRA ACCOUNT

*December 1, 2023 - December 31, 2023*

PAGE 2 OF 9

ACCOUNT NUMBER **619-91880-19 RR A14**

**CHARLES W SMITH**
**APEX C/F ROTH IRA**

ally

Ally Invest Securities
P.O. Box 30248, Charlotte, NC 28230
Phone: 855.880.2559 | Fax: 866.699.0563
Member FINRA and SIPC - Ally.com/invest

## PORTFOLIO SUMMARY

| DESCRIPTION | SYMBOL/ CUSIP | ACCOUNT TYPE | QUANTITY | PRICE | MARKET VALUE | LAST PERIOD'S MARKET VALUE | % CHANGE | EST. ANNUAL INCOME | % OF TOTAL PORTFOLIO |
|---|---|---|---|---|---|---|---|---|---|
| **EQUITIES / OPTIONS** | | | | | | | | | |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | | [illegible] |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| [illegible] INTERNATIONAL INC | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | | [illegible] |
| [illegible] | [illegible] | | [illegible] | [illegible] | | | [illegible] | | [illegible] |
| META MATLS INC COMMON STOCK | MMAT | C | 16,120 | 0.066 | 1,063.92 | 1,520.12 | -30 | | 85.376 |
| [illegible] | [illegible] | | [illegible] | [illegible] | | | [illegible] | | [illegible] |
| NEXT BRIDGE HYDROCARBONS INC - A PRIVATE COMPANY - | 8AQ9903 | C | 12,672 | Not Available | | | N/A | | N/A |
| **Total Equities** | | | | | **$1,142.12** | | | **$6** | **91.651%** |
| **Total Cash (Net Portfolio Balance)** | | | | | **$104.04** | | | | **8.349%** |
| **TOTAL PRICED PORTFOLIO** | | | | | **$1,246.16** | | | **$6** | |

IRA ACCOUNT

*June 1, 2024 - June 30, 2024*

ACCOUNT NUMBER 619-91880-19 RR A14

CHARLES W SMITH
APEX C/F ROTH IRA

ally

Ally Invest Securities
P.O. Box 30248, Charlotte, NC 28230
Phone: 855.880.2559 | Fax: 866.699.0563
Member FINRA and SIPC - Ally.com/invest

## PORTFOLIO SUMMARY

| DESCRIPTION | SYMBOL/ CUSIP | ACCOUNT TYPE | QUANTITY | PRICE | MARKET VALUE | LAST PERIOD'S MARKET VALUE | % CHANGE | EST. ANNUAL INCOME | % OF TOTAL PORTFOLIO |
|---|---|---|---|---|---|---|---|---|---|
| **EQUITIES / OPTIONS** | | | | | | | | | |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | | [redacted] | [redacted] | | | [redacted] | | [redacted] |
| META MATERIALS INC COMMON STOCK | MMAT | C | 179 | 3.01 | 538.79 | 703.47 | -23 | | 59.917 |
| [redacted] | [redacted] | | [redacted] | [redacted] | | | [redacted] | | [redacted] |
| NEXT BRIDGE HYDROCARBONS INC - A PRIVATE COMPANY - | 8AQ9903 | C | 12,672 | Not Available | | | N/A | | N/A |
| **Total Equities** | | | | | **$601.51** | | | **$6** | **66.892%** |
| **Total Cash (Net Portfolio Balance)** | | | | | **$297.72** | | | | **33.108%** |
| **TOTAL PRICED PORTFOLIO** | | | | | **$899.23** | | | **$6** | |

IRA ACCOUNT

*January 1, 2024 - January 31, 2024*

ACCOUNT NUMBER **619-91880-19 RR A14**

ally®
Ally Invest Securities
P.O. Box 30248, Charlotte, NC 28230
Phone: 855.880.2559 | Fax: 866.699.0563
Member FINRA and SIPC - Ally.com/invest

**CHARLES W SMITH**
**APEX C/F ROTH IRA**

## PORTFOLIO SUMMARY

| DESCRIPTION | SYMBOL/ CUSIP | ACCOUNT TYPE | QUANTITY | PRICE | MARKET VALUE | LAST PERIOD'S MARKET VALUE | % CHANGE | EST. ANNUAL INCOME | % OF TOTAL PORTFOLIO |
|---|---|---|---|---|---|---|---|---|---|
| **EQUITIES / OPTIONS** | | | | | | | | | |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | | [illegible] |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| [illegible] | [illegible] | | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | | [illegible] |
| [illegible] | [illegible] | | [illegible] | [illegible] | | | [illegible] | | [illegible] |
| META MATERIALS INC COMMON STOCK | MMAT | C | 179 | 3.82 | 683.78 | | N/A | | 87.221 |
| [illegible] | [illegible] | | [illegible] | [illegible] | | | [illegible] | | [illegible] |
| NEXT BRIDGE HYDROCARBONS INC - A PRIVATE COMPANY - | 8AQ9903 | C | 12,672 | Not Available | | | N/A | | N/A |
| **Total Equities** | | | | | **$775.78** | | | **$6** | **98.957%** |
| **Total Cash (Net Portfolio Balance)** | | | | | **$8.18** | | | | **1.043%** |
| **TOTAL PRICED PORTFOLIO** | | | | | **$783.96** | | | **$6** | |

IRA ACCOUNT

*January 1, 2024 - January 31, 2024*

ACCOUNT NUMBER **619-91880-19 RR A14**

ally

Ally Invest Securities
P.O. Box 30248, Charlotte, NC 28230
Phone: 855.880.2559 | Fax: 866.699.0563
Member FINRA and SIPC - Ally.com/invest

**CHARLES W SMITH**
**APEX C/F ROTH IRA**

## ACCOUNT ACTIVITY

| TRANSACTION | DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|
| **BUY / SELL TRANSACTIONS** | | | | | | | |
| BOUGHT | 01/30/24 | C | META MATLS INC<br>COMMON STOCK<br>CUSIP: 59134N104 | 773 | $0.0547 | $47.23 | |
| BOUGHT | 01/30/24 | C | META MATLS INC<br>COMMON STOCK<br>CUSIP: 59134N104 | 908 | 0.0547 | 49.67 | |
| **Total Buy / Sell Transactions** | | | | | | **$96.90** | |
| **DIVIDENDS AND INTEREST** | | | | | | | |
| DIVIDEND | 01/30/24 | C | GLOBAL X [illegible]<br>GLOBAL X NASDAQ 100 COVERED<br>[illegible]<br>CASH DIV ON 3 SHS<br>REC 01/23/24 PAY 01/30/24<br>NON-QUALIFIED DIVIDEND<br>CUSIP: [illegible] | | [illegible] | | [illegible] |
| **Total Dividends And Interest** | | | | | | | $0.54 |
| **FUNDS PAID AND RECEIVED** | | | | | | | |
| JOURNAL | 01/19/24 | C | FAIR MARKET VALUE 12/31/23<br>Security Number [illegible] | [illegible] | | | |

IRA ACCOUNT

*January 1, 2024 - January 31, 2024*

ACCOUNT NUMBER **619-91880-19 RR A14**

**ally**

Ally Invest Securities
P.O. Box 30248, Charlotte, NC 28230
Phone: 855.880.2559 | Fax: 866.699.0563
Member FINRA and SIPC - Ally.com/invest

**CHARLES W SMITH**
**APEX C/F ROTH IRA**

▶ ACCOUNT ACTIVITY (CONTINUED)

| TRANSACTION | DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|
| **FUNDS PAID AND RECEIVED** (continued) | | | | | | | |
| ~~DIVIDEND~~ | ~~01/08/24~~ | ~~C~~ | ~~GLOBAL X FDS~~<br>~~GLOBAL X NASDAQ 100 COVERED CALL ETF~~<br>~~CASH DIV ON [illegible] SHS~~<br>~~REC 12/29/23 PAY 01/08/24~~<br>~~NON-QUALIFIED DIVIDEND~~<br>~~AMOUNT INCLUDED ON 2023 1099~~<br>~~CUSIP: [illegible]~~ | | | | 0.50 |
| **Total Funds Paid And Received** | | | | | | | **$0.50** |
| **MISCELLANEOUS TRANSACTIONS** | | | | | | | |
| REV SPLIT | 01/26/24 | C | META MATLS INC<br>COM NEW<br>REVERSE SPLIT @ 1:100<br>FROM 59134N104 TO 59134N302<br>RESULT OF REVERSE SPLIT<br>CUSIP: 59134N302 | 179 | | | |
| REV SPLIT | 01/26/24 | C | META MATLS INC<br>COMMON STOCK<br>REVERSE SPLIT @ 1:100<br>FROM 59134N104 TO 59134N302<br>CUSIP: 59134N104 | -17,801 | | | |
| **Total Miscellaneous Transactions** | | | | | | | |