NVB 3001 (Effective 1/21)

**UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA**

| | | PROOF OF INTEREST |
|---|---|---|

Name of Debtor: **META MATERIALS INC.**

Case Number: **24-50792**

1. Name and address of holder of the Equity Interest (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

**Michael Lojkovic**

**40 E 9th st Apt 1410, Chicago Il 60605**

Telephone Number: **(312) 953-7783**

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

☑ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

**COURT USE ONLY**

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

Account or other number by which Interest holder identifies Debtor: **X85-637887**

Check here if this claim:
☐ replaces a previously filed Proof of Interest dated: _____
☐ amends a previously filed Proof of Interest dated: _____

2. Name and Address of any person or entity that is the record holder for **FIDELITY BROKERAGE SERVICES LLC** the Equity Interest identified in this Proof of Interest:

**900 SALEM STREET**
**SMITHFIELD, RI 02917 UNITED STATES**

Telephone Number: **1 800-343-3548**

3. Date Equity Interest was acquired: **9/5/2024 -10/8/2024**

4. Total amount of member interest: **MMATQ: 326,445**

5. Certificate number(s): _____

6. Type of Equity Interest:
Please indicate the type of Equity Interest you hold:
☑ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
☐ Check this box if your Equity Interest is based on anything else and describe that interest:
Description:

7. Supporting Documents: Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. Date-Stamped Copy: To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

9. Signature:
Check the appropriate box.
☑ I am the creditor. ☐ I am the creditor's authorized agent. ☐ I am the trustee, or the debtor, or their authorized agent. ☐ I am a guarantor, surety, endorser, or othercodebtor.
(Attach copy of power of attorney, if any.) (See Bankruptcy Rule 3004.) (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: **Michael Lojkovic**
Title:
Company: Address and telephone number (if different from notice address above):

(Signature) **11/29/2024** (Date)

Telephone number: **(312) 953-7783** email: **mikelojkovic@gmail.com**

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

RECEIVED AND FILED
DEC 0 6 2024
U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

 FIDELITY PRIVATE
CLIENT GROUP®

FIDELITY ACCOUNT MICHAEL F LOJKOVIC - INDIVIDUAL
▶ Account Number: X85-637887

Envelope # BQWVFZBBBCWCF

MICHAEL FANNING LOJKOVIC
40 EAST 9TH ST
APT 1410
CHICAGO IL 60605-2149

**Your Account Value:** **$2,139,419.12**

Change from Last Period: ▼ $88,880.87

| | This Period | Year-to-Date |
|---|---|---|
| **Beginning Account Value** | **$2,228,299.99** | **$8,636.77** |
| Additions | 104.97 | 6,011,166.74 |
| Subtractions | - | -3,690,311.17 |
| *Transaction Costs, Fees & Charges* | - | -3,306.82 |
| Change in Investment Value * | -88,985.84 | -190,073.22 |
| **Ending Account Value \*\*** | **$2,139,419.12** | **$2,139,419.12** |
| Accrued Interest (AI) | 0.00 | |
| Ending Account Value Incl. AI | $2,139,419.12 | |

**Contact Information**

| | |
|---|---|
| Online | Fidelity.com |
| FAST®-Automated Telephone | (800) 544-5555 |
| Private Client Group | (800) 544-5704 |

\*   *Reflects appreciation or depreciation of your holdings due to price changes, transactions from Other Activity In or Out and Multi-currency transactions, plus any distribution and income earned during the statement period.*
\*\*  *Excludes unpriced securities.*

MR_CE_BQWVFZBBBCWCF_BBBBB 20241031

Brokerage services provided by Fidelity Brokerage Services LLC (FBS), Member NYSE, SIPC (800) 544-6666. Brokerage accounts carried by National Financial Services LLC (NFS), Member NYSE, SIPC.


H00710603120241031

**Fidelity** INVESTMENTS | FIDELITY PRIVATE CLIENT GROUP®

INVESTMENT REPORT
October 1, 2024 - October 31, 2024

## Account Summary

Account # X85-637887
MICHAEL FANNING LOJKOVIC - INDIVIDUAL

### Account Value:

**$2,139,419.12**

### Change in Account Value

**▼ $88,880.87**

| | This Period | Year-to-Date |
|---|---|---|
| **Beginning Account Value** | $2,228,299.99 | $8,636.77 |
| **Additions** | 104.97 | 6,011,166.74 |
| Deposits | - | 30,800.00 |
| Securities Transferred In | - | 1,082,137.89 |
| Exchanges In | 104.97 | 4,898,228.85 |
| **Subtractions** | - | -3,690,311.17 |
| Withdrawals | - | -3,672,500.00 |
| Securities Transferred Out | - | -14,490.89 |
| Transaction Costs, Fees & Charges | - | -3,306.82 |
| Taxes Withheld | - | -13.46 |
| **Change in Investment Value \*** | -88,985.84 | -190,073.22 |
| **Ending Account Value** F | $2,139,419.12 | $2,139,419.12 |
| Accrued Interest (AI) | 0.00 | |
| Ending Account Value Incl. AI | $2,139,419.12 | |

Free Credit Balance    $50,067.79

*Free credit balances (FCB) include cash credits from the sale of long positions, deposits, cash dividends, and interest payments which have not been transferred to a money market fund or FDIC core position. FCB also includes positions, FCASH and credit balances that exceed the amount required to satisfy your margin obligations. Refer to the back of your statement for more information.*

### Account Holdings



2% Other ($50,067)
4% Options ($91,360)
5% Loaned/Collateralized Securities ($116,941)
7% Exchange Traded Products ($157,437)
42% Core Account ($868,823)
40% Stocks ($854,789)

### Top Holdings

| Description | Value | Percent of Account |
|---|---|---|
| Fidelity Treasury Money Market Fund | $868,823 | 41% |
| Theraclion Eur0.05 | 238,900 | 11 |
| Gamestop Corporation Com USD0.001 Class A | 170,675 | 8 |
| **Total** | **$1,278,399** | **60%** |

*Please note that, due to rounding, percentages may not add to 100%.*

### Income Summary

| | This Period | Year-to-Date |
|---|---|---|
| **Taxable** | **$3,622.52** | **$30,798.61** |
| Dividends | 3,339.97 | 30,263.24 |
| Interest | 282.55 | 535.37 |
| **Total** | **$3,622.52** | **$30,798.61** |

MR_CE_BQWVF2BBBCWF_BBBBB 20241031



FIDELITY PRIVATE
CLIENT GROUP®

**Account # X85-637887**
MICHAEL FANNING LOJKOVIC - INDIVIDUAL

This account contains multi-currency transactions, activity, and/or positions reflected in
USD equivalents. Please refer to the Global Holdings and/or Global Activity sections for
further information.
*   Reflects appreciation or depreciation of your holdings due to price changes, transactions
    from Other Activity In or Out and Multi-currency transactions, plus any distribution and
    income earned during the statement period.
F   All loaned securities are secured by collateral provided to you pursuant to the Master
    Securities Lending Agreement executed by you. The market value of loaned securities is
    included in Ending Value. Loaned securities are not covered under the Securities Investor
    Protection Corporation.

### Realized Gains and Losses from Sales
(May not reflect all gains and losses due to incomplete cost basis)

|  | This Period | Year-to-Date |
|---|---|---|
| **Net Short-term Gain/Loss** | - | -385.41 |
| Short-term Gain | - | 3,282.07 |
| Short-term Loss | - | -3,667.48 |
| **Net Long-term Gain/Loss** | - | **688,859.85** |
| Long-term Gain | - | 690,860.73 |
| Long-term Loss | - | -5,554.99 |
| Long-term Disallowed Loss | - | 3,554.11 |
| **Net Gain/Loss** | - | **$688,474.44** |

# Holdings

## Core Account

| Description | Beginning Market Value Oct 1, 2024 | Quantity Oct 31, 2024 | Price Per Unit Oct 31, 2024 | Ending Market Value Oct 31, 2024 | Total Cost Basis | Unrealized Gain/Loss Oct 31, 2024 | EAI ($) / EY (%) |
|---|---|---|---|---|---|---|---|
| FIDELITY TREASURY MONEY MARKET FUND (FZFXX) — 7-day yield: 4.46% | $688,366.09 | 868,823.770 | $1.0000 | $868,823.77 | not applicable | not applicable | $43,054.10 4.960% |
| **Total Core Account (41% of account holdings)** | **$888,366.09** | | | **$868,823.77** | | | **$43,054.10** |

MR_CE_BQWVFZBBBCWCF_BBBBB 20241031

**Fidelity** INVESTMENTS | FIDELITY PRIVATE CLIENT GROUP®

INVESTMENT REPORT
October 1, 2024 - October 31, 2024

## Holdings

Account # X85-637887
MICHAEL FANNING LOJKOVIC - INDIVIDUAL

### Exchange Traded Products
*Includes exchange-traded funds (ETFs), exchange-traded notes (ETNs), and other exchange-traded vehicles.*

| Description | Beginning Market Value Oct 1, 2024 | Quantity Oct 31, 2024 | Price Per Unit Oct 31, 2024 | Ending Market Value Oct 31, 2024 | Total Cost Basis | Unrealized Gain/Loss Oct 31, 2024 | EAI ($) / EY (%) |
|---|---|---|---|---|---|---|---|
| **Other ETPs** | | | | | | | |
| ABRDN PALLADIUM ETF TRUST PHYSICAL PALLADM (PALL) | $140,239.80 | 1,530.000 | $102.9000 | $157,437.00 | $124,377.63 | $33,059.37 | - |
| Total Other ETPs(7% of account holdings) | $140,239.80 | | | 157,437.00 | 124,377.63 | 33,059.37 | - |
| **Total Exchange Traded Products (7% of account holdings)** | $140,239.80 | | | $157,437.00 | $124,377.63 | $33,059.37 | - |

### Stocks

| Description | Beginning Market Value Oct 1, 2024 | Quantity Oct 31, 2024 | Price Per Unit Oct 31, 2024 | Ending Market Value Oct 31, 2024 | Total Cost Basis | Unrealized Gain/Loss Oct 31, 2024 | EAI ($) / EY (%) |
|---|---|---|---|---|---|---|---|
| **Common Stock** | | | | | | | |
| THERACLION EUR0.05(TCLIF) | $258,618.38 | 583,894.000 | $0.4090 | $238,900.15 | $214,808.11 | $24,092.04 | |
| SBI HOLDINGS INC NPV ISIN #JP3436120004 SEDOL #6309466 (SBHGF) | 2,464.79 | 107.000 | 22.3141 | 2,387.61 | 2,515.28 | -127.67 | |
| AMERICAN GREEN INC COM NEW (ERBB) | 0.61 | 1,538.000 | 0.0004 | 0.61 | 0.46 | 0.15 | |
| CEL-SCI CORP COM PAR NEW(CVM) | 1,060.00 | 4,000.000 | 0.8898 | 3,559.20 | 5,629.92 | -2,070.72 | |
| CYBIN INC COM NPV(POST REV SPLIT) (CYBN) | 52,637.69 | 5,921.000 | 10.0300 | 59,387.63 | 49,999.55 | 9,388.08 | |
| GAMESTOP CORPORATION COM USD0.001 CLASS A(GME) | 176,446.35 | 7,695.000 | 22.1800 | 170,675.10 | 173,792.60 | -3,117.50 | |
| INTEL CORP COM USD0.001(INTC) | 43,013.72 | 1,833.492 | 21.5200 | 39,456.74 | 47,289.66 | -7,832.92 | 916.75 2.320 |
| META MATERIALS INC COM NEW ISIN #US59134N3026 SEDOL #BQ67J98 (MMATQ) | 100,489.04 | 326,445.000 | 0.0710 | 23,177.59 | 200,470.45 | -177,292.86 | |

MR_CE_BQWFZ8B8CWCF_B8B8B 20241031

**Fidelity** INVESTMENTS | FIDELITY PRIVATE CLIENT GROUP®

INVESTMENT REPORT
October 1, 2024 - October 31, 2024

## Holdings

Account # X85-637887
MICHAEL FANNING LOJKOVIC - INDIVIDUAL

### Stocks (continued)

| Description | Beginning Market Value Oct 1, 2024 | Quantity Oct 31, 2024 | Price Per Unit Oct 31, 2024 | Ending Market Value Oct 31, 2024 | Total Cost Basis | Unrealized Gain/Loss Oct 31, 2024 | EAI ($) / EY (%) |
|---|---|---|---|---|---|---|---|
| **Common Stock** (continued) | | | | | | | |
| MIND MEDICINE (MINDMED) INC COM NPV (POST REV SPLIT) ISIN #CA60255C8850 SEDOL #BPQYY20 (MNMD) | 40,598.15 | 7,135.000 | 6.3000 | 44,950.50 | 52,401.44 | -7,450.94 | - |
| NUMINUS WELLNESS INC COM NPV ISIN #CA67054W1032 SEDOL #BM95935 (NUMIF) | 38,449.22 | 1,731,947.000 | 0.0179 | 31,053.80 | 62,523.02 | -31,469.22 | - |
| PHARMALA BIOTECH HOL DINGS INC COM NPV (MDXXF) | 18,958.88 | 341,500.000 | 0.1220 | 41,647.84 | 24,896.35 | 16,751.49 | - |
| RESPIRERX PHARMACEUTICALS INC COM (RSPI) | 2,352.38 | 5,880,954.000 | 0.0020 | 11,761.90 | 4,672.50 | 7,089.40 | - |
| SOFI TECHNOLOGIES INC COM (SOFI) | 26,558.94 | 3,379.000 | 11.1700 | 37,743.43 | 25,004.60 | 12,738.83 | - |
| TILRAY BRANDS INC COMMON STOCK (TLRY) | 24,446.40 | 13,890.000 | 1.6400 | 22,779.60 | 25,002.00 | -2,222.40 | - |
| UNITY SOFTWARE INC COM (U) | 65,982.54 | 2,917.000 | 20.0800 | 58,573.36 | 49,604.92 | 8,968.44 | - |
| WALGREENS BOOTS ALLIANCE INC (WBA) | 22,400.00 | 2,500.000 | 9.4600 | 23,650.00 | 24,375.00 | -725.00 | 2,500.00 10.570 |
| WONDERFI TECHNOLOGIES INC COM NPV ISIN #CA97818W1077 SEDOL #BM9YQB9 (WONDF) | 43,420.88 | 418,999.000 | 0.1076 | 45,084.29 | 52,110.84 | -7,026.55 | - |
| Total Common Stock (40% of account holdings) | $917,897.95 | | | $854,789.35 | $1,015,096.70 | -$160,307.35 | $3,416.75 |
| **Total Stocks (40% of account holdings)** | **$917,897.95** | | | **$854,789.35** | **$1,015,096.70** | **-$160,307.35** | **$3,416.75** |

### Loaned/Collateralized Securities

| Description | Beginning Market Value Oct 1, 2024 | Quantity Oct 31, 2024 | Price Per Unit Oct 31, 2024 | Ending Market Value Oct 31, 2024 | Total Cost Basis | Unrealized Gain/Loss Oct 31, 2024 | EAI ($) / EY (%) |
|---|---|---|---|---|---|---|---|
| COLLATERAL DELV TO US BANK NA SECURITIES ON LOAN NOT COVERED BY SIPC X | unavailable | 134,179.000 | - | unavailable | unknown | unknown | - |

MR_CE_BOWVFZBBBCWCF_BBBBB 20241031



INVESTMENT REPORT
October 1, 2024 - October 31, 2024

## Holdings

Account # X85-637887
MICHAEL FANNING LOJKOVIC - INDIVIDUAL

### Loaned/Collateralized Securities (continued)

| Description | Beginning Market Value Oct 1, 2024 | Quantity Oct 31, 2024 | Price Per Unit Oct 31, 2024 | Ending Market Value Oct 31, 2024 | Total Cost Basis | Unrealized Gain/Loss Oct 31, 2024 | EAI ($) / EY (%) |
|---|---|---|---|---|---|---|---|
| ATAI LIFE SCIENCES NV COM EUR0.10 (ATAI) F | $40,050.16 | 34,526.000 | 1.0600 | 36,597.56 | unknown | unknown | - |
| AMC ENTMT HLDGS INC CL A NEW (AMC) F | $45,955.00 | 10,100.000 | 4.3900 | 44,339.00 | unknown | unknown | - |
| COMPASS PATHWAYS PLC UNSPON ADS REP 1 ORD SHS (CMPS) F | $47,653.20 | 7,564.000 | 4.7600 | 36,004.64 | unknown | unknown | - |
| Total Loaned/Collateralized Securities (5% of account holdings) | $133,658.36 | | | $116,941.20 | | | - |

### Options

| Description | Beginning Market Value Oct 1, 2024 | Quantity Oct 31, 2024 | Price Per Unit Oct 31, 2024 | Ending Market Value Oct 31, 2024 | Total Cost Basis | Unrealized Gain/Loss Oct 31, 2024 | EAI ($) / EY (%) |
|---|---|---|---|---|---|---|---|
| PUT (NVDA) NVIDIA CORPORATION JAN 17 25 $19 (100 SHS) (NVDA250117P19) | $7,500.00 | 7,500.000 | $0.0100 | $7,500.00 | $19,257.64 | -$11,757.64 | |
| PUT (NVDA) NVIDIA CORPORATION JAN 17 25 $20 (100 SHS) (NVDA250117P20) | 4,280.00 | 4,280.000 | 0.0100 | 4,280.00 | 11,333.69 | -7,053.69 | |
| PUT (SPY) SPDR S&P500 ETF JAN 17 25 $250 (100 SHS) (SPY250117P250) | 83,040.00 | 3,460.000 | 0.2300 | 79,580.00 | 154,561.90 | -74,981.90 | |
| Total Options  (4% of account holdings) | $94,820.00 | | | $91,360.00 | $185,153.23 | -$93,793.23 | |

### Other

| Description | Beginning Market Value Oct 1, 2024 | Quantity Oct 31, 2024 | Price Per Unit Oct 31, 2024 | Ending Market Value Accrued Interest (AI) Oct 31, 2024 | Total Cost Basis | Unrealized Gain/Loss Oct 31, 2024 | EAI ($) / EY (%) |
|---|---|---|---|---|---|---|---|
| EURO (EUR) | $0.13 | 0.120 | $1.0830 | $0.13 | unknown | unknown | - |
| JAPANESE YEN (JPY) | 53,317.66 | 7,626,558.000 | 0.0070 | 50,067.67 | unknown | unknown | - |
| Total Other (2% of account holdings) | $53,317.79 | | | $50,067.80 | | | - |

MR_CE_BOWFZBBBCWCF_BBBBB 20241031



## Holdings

Account # X85-637887
MICHAEL FANNING LOJKOVIC - INDIVIDUAL

| Total Holdings | $2,139,419.12 | $1,324,627.56 | -$221,041.21 | $46,470.85 |
|---|---|---|---|---|

*All remaining positions held in cash account.*

EAI
& EY  **Estimated Annual Income (EAI) & Estimated Yield (EY)** - *EAI is an estimate of annual income for a specific security position over the next rolling 12 months. EAI may be negative on short positions. EY is calculated by dividing the current EAI for a security position by its statement closing date market value. EAI and EY are estimates only and may include return of principal and/or capital gains, which would render them overstated. Actual income and yield might be lower or higher than the estimated amounts. For calculation details, refer to the "Additional Information and Endnotes" section.*

*Total Cost Basis does not include the cost basis on core, money market or other positions where cost basis is unknown or not applicable.*

F  *All loaned securities are secured by collateral provided to you pursuant to the Master Securities Lending Agreement executed by you. The market value of loaned securities is included in Ending Value. Loaned securities are not covered under the Securities Investor Protection Corporation.*

X  *The number presented in the "quantity" column for the collateral represents the value of Loaned Securities and not the share quantity of Loaned Securities.*

## Activity

### Securities Bought & Sold

| Settlement Date | Security Name | Symbol/ CUSIP | Description | Quantity | Price | Transaction Cost | Amount |
|---|---|---|---|---|---|---|---|
| 10/01 | META MATERIALS INC COM NEW<br>ISIN #US59134N3026 SEDOL #BQ67J98 | 59134N302 | You Bought | 8.000 | $0.37000 | - | -$2.96 |
| 10/02 | META MATERIALS INC COM NEW<br>ISIN #US59134N3026 SEDOL #BQ67J98 | 59134N302 | You Bought | 102.000 | 0.37000 | - | -37.74 |
| 10/04 | META MATERIALS INC COM NEW<br>ISIN #US59134N3026 SEDOL #BQ67J98 | 59134N302 | You Bought | 2.000 | 0.15000 | - | -0.30 |
| 10/04 | META MATERIALS INC COM NEW<br>ISIN #US59134N3026 SEDOL #BQ67J98 | 59134N302 | You Bought | 11,892.000 | 0.37000 | - | -4,400.04 |
| 10/07 | META MATERIALS INC COM NEW<br>ISIN #US59134N3026 SEDOL #BQ67J98 | 59134N302 | You Bought | 16,000.000 | 0.37000 | - | -5,920.00 |
| 10/10 | META MATERIALS INC COM NEW<br>ISIN #US59134N3026 SEDOL #BQ67J98 | 59134N302 | You Bought | 30.000 | 0.36000 | - | -10.80 |
| 10/10 | META MATERIALS INC COM NEW<br>ISIN #US59134N3026 SEDOL #BQ67J98 | 59134N302 | You Bought | 1,410.000 | 0.37000 | - | -521.70 |
| 10/11 | CEL-SCI CORP COM PAR NEW | 150837607 | You Bought | 3,000.000 | 1.00000 | - | -3,000.00 |
| 10/16 | META MATERIALS INC COM NEW<br>ISIN #US59134N3026 SEDOL #BQ67J98 | 59134N302 | You Bought | 8,000.000 | 0.37000 | - | -2,960.00 |

**Fidelity** INVESTMENTS | FIDELITY PRIVATE CLIENT GROUP®

INVESTMENT REPORT
October 1, 2024 - October 31, 2024

## Activity

Account # X85-637887
MICHAEL FANNING LOJKOVIC - INDIVIDUAL

### Securities Bought & Sold (continued)

| Settlement Date | Security Name | Symbol/ CUSIP | Description | Quantity | Price | Transaction Cost | Amount |
|---|---|---|---|---|---|---|---|
| 10/16 | META MATERIALS INC COM NEW ISIN #US59134N3026 SEDOL #BQ67J98 | 59134N302 | You Bought | 14,560.000 | 0.37000 | - | -5,387.20 |
| 10/17 | META MATERIALS INC COM NEW ISIN #US59134N3026 SEDOL #BQ67J98 | 59134N302 | You Bought | 63.000 | 0.15000 | - | -9.45 |
| 10/17 | META MATERIALS INC COM NEW ISIN #US59134N3026 SEDOL #BQ67J98 | 59134N302 | You Bought | 160.000 | 0.30000 | - | -48.00 |
| 10/17 | META MATERIALS INC COM NEW ISIN #US59134N3026 SEDOL #BQ67J98 | 59134N302 | You Bought | 2,626.000 | 0.37000 | - | -971.62 |
| Total Securities Bought | | | | | | - | -$23,269.81 |
| Net Securities Bought & Sold | | | | | | | -$23,269.81 |

### Dividends, Interest & Other Income

*(Includes dividend reinvestment)*

| Settlement Date | Security Name | Symbol/ CUSIP | Description | Quantity | Price | Amount |
|---|---|---|---|---|---|---|
| 10/03 | FULLY PAID | 123990BL6 | Interest | - | - | $282.55 |
| 10/31 | FIDELITY TREASURY MONEY MARKET FUND | 316341304 | Dividend Received | - | - | 3,339.97 |
| Total Dividends, Interest & Other Income | | | | | | $3,622.52 |

### Other Activity In

| Settlement Date | Security Name | Symbol/ CUSIP | Description | Quantity | Price | Transaction Cost | Amount |
|---|---|---|---|---|---|---|---|
| 10/01 | DECREASE COLLATERAL | L0C990063 | Adjustment | -2,159.000 | - | - | - |
| 10/02 | DECREASE COLLATERAL | L0C990063 | Adjustment | -31,641.000 | - | - | - |
| 10/03 | DECREASE COLLATERAL | L0C990063 | Adjustment | -1,365.000 | - | - | - |
| 10/04 | DECREASE COLLATERAL | L0C990063 | Adjustment | -439.000 | - | - | - |
| 10/08 | DECREASE COLLATERAL | L0C990063 | Adjustment | -3,675.000 | - | - | - |
| 10/10 | DECREASE COLLATERAL | L0C990063 | Adjustment | -2,439.000 | - | - | - |
| 10/15 | DECREASE COLLATERAL | L0C990063 | Adjustment | -17.000 | - | - | - |
| 10/16 | DECREASE COLLATERAL | L0C990063 | Adjustment | -326.000 | - | - | - |
| 10/18 | DECREASE COLLATERAL | L0C990063 | Adjustment | -597.000 | - | - | - |
| 10/21 | DECREASE COLLATERAL | L0C990063 | Adjustment | -17,985.000 | - | - | - |

MR_CE_BQWFZBBBCWCF_BBBBB 2024 1031

**Fidelity** INVESTMENTS | FIDELITY PRIVATE CLIENT GROUP®

INVESTMENT REPORT
October 1, 2024 - October 31, 2024

## Activity

Account # X85-637887
MICHAEL FANNING LOJKOVIC - INDIVIDUAL

### Other Activity In (continued)

| Settlement Date | Security Name | Symbol/ CUSIP | Description | Quantity | Price | Transaction Cost | Amount |
|---|---|---|---|---|---|---|---|
| 10/22 | DECREASE COLLATERAL | L0C990063 | Adjustment | -3,538.000 | - | - | |
| 10/28 | DECREASE COLLATERAL | L0C990063 | Adjustment | -167,508.000 | - | - | |
| 10/30 | DECREASE COLLATERAL | L0C990063 | Adjustment | -3,898.000 | - | - | |
| **Total Other Activity In** | | | | | | - | - |

### Other Activity Out

| Settlement Date | Security Name | Symbol/ CUSIP | Description | Quantity | Price | Transaction Cost | Amount |
|---|---|---|---|---|---|---|---|
| 10/07 | INCREASE COLLATERAL | L0C990063 | Adjustment | 3,213.000 | - | - | |
| 10/09 | INCREASE COLLATERAL | L0C990063 | Adjustment | 250.000 | - | - | |
| 10/11 | INCREASE COLLATERAL | L0C990063 | Adjustment | 23,411.000 | - | - | |
| 10/17 | INCREASE COLLATERAL | L0C990063 | Adjustment | 5,192.000 | - | - | |
| 10/23 | INCREASE COLLATERAL | L0C990063 | Adjustment | 3,332.000 | - | - | |
| 10/24 | INCREASE COLLATERAL | L0C990063 | Adjustment | 48,192.000 | - | - | |
| 10/25 | INCREASE COLLATERAL | L0C990063 | Adjustment | 164,633.000 | - | - | |
| 10/29 | INCREASE COLLATERAL | L0C990063 | Adjustment | 4,672.000 | - | - | |
| 10/31 | INCREASE COLLATERAL | L0C990063 | Adjustment | 300.000 | - | - | |
| **Total Other Activity Out** | | | | | | - | - |

### Exchanges In

| Date | Security Name | Symbol/ CUSIP | Description | Quantity | Price | Amount |
|---|---|---|---|---|---|---|
| 10/04 | GER-025089-1 RESIDUAL TFR | | Transferred From | - | - | $104.97 |
| **Total Exchanges In** | | | | | | $104.97 |

MR_CE_BQWFZ8BBCWCF_B6BBB 20241031

**Fidelity**
INVESTMENTS

FIDELITY PRIVATE
CLIENT GROUP®

INVESTMENT REPORT
October 1, 2024 - October 31, 2024

## Activity

Account # X85-637887
MICHAEL FANNING LOJKOVIC - INDIVIDUAL

### Core Fund Activity

*For more information about the operation of your core account, please refer to your Customer Agreement.*

**Settlement Account**

| Date | Type | Transaction | Description | Quantity | Price | Amount | Balance |
|------|------|-------------|-------------|----------|-------|--------|---------|
| 10/01 | CASH | You Sold | FIDELITY TREASURY MONEY MARKET FUND MORNING TRADE @ 1 | -2.960 | $1.0000 | -$2.96 | $888,363.13 |
| 10/02 | CASH | You Sold | FIDELITY TREASURY MONEY MARKET FUND MORNING TRADE @ 1 | -37.740 | 1.0000 | -37.74 | 888,325.39 |
| 10/03 | CASH | You Bought | FIDELITY TREASURY MONEY MARKET FUND @ 1 | 282.550 | 1.0000 | 282.55 | 888,607.94 |
| 10/04 | CASH | You Bought | FIDELITY TREASURY MONEY MARKET FUND @ 1 | 104.970 | 1.0000 | 104.97 | 888,712.91 |
| 10/04 | CASH | You Sold | FIDELITY TREASURY MONEY MARKET FUND MORNING TRADE @ 1 | -4,400.340 | 1.0000 | -4,400.34 | 884,312.57 |
| 10/07 | CASH | You Sold | FIDELITY TREASURY MONEY MARKET FUND MORNING TRADE @ 1 | -5,920.000 | 1.0000 | -5,920.00 | 878,392.57 |
| 10/10 | CASH | You Sold | FIDELITY TREASURY MONEY MARKET FUND MORNING TRADE @ 1 | -532.500 | 1.0000 | -532.50 | 877,860.07 |
| 10/11 | CASH | You Sold | FIDELITY TREASURY MONEY MARKET FUND MORNING TRADE @ 1 | -3,000.000 | 1.0000 | -3,000.00 | 874,860.07 |
| 10/16 | CASH | You Sold | FIDELITY TREASURY MONEY MARKET FUND MORNING TRADE @ 1 | -8,347.200 | 1.0000 | -8,347.20 | 866,512.87 |
| 10/17 | CASH | You Sold | FIDELITY TREASURY MONEY MARKET FUND MORNING TRADE @ 1 | -1,029.070 | 1.0000 | -1,029.07 | 865,483.80 |
| 10/31 | CASH | Reinvestment | FIDELITY TREASURY MONEY MARKET FUND REINVEST @ $1.000 | 3,339.970 | 1.0000 | 3,339.97 | 868,823.77 |

**Total Core Fund Activity**  -$19,542.32

### Net Adjustments

| Settlement Date | Security Name | Symbol/ CUSIP | Description | Quantity | Price | Transaction Cost | Amount |
|-----------------|---------------|---------------|-------------|----------|-------|------------------|--------|
| 10/02 | COMPASS PATHWAYS PLC UNSPON ADS REP 1 ORD SHS; YOU RETURNED; X85-637887-6; VALUE OF TRANSACTION; $25,176.96 | 20451W101 | Journaled | 4,464.000 | $5.6400 | - | - |
| 10/02 | LOAN RETURNED | 20451W101 | Journaled | -4,464.000 | 5.6400 | - | - |
| 10/11 | TILRAY BRANDS INC COMMON STOCK | 88688T100 | Journaled | -13,890.000 | 1.6300 | - | - |

10 of 18

MR_CE_RGWVFZBB8CWCF_B8B88 20241031

**Fidelity**
INVESTMENTS

FIDELITY PRIVATE
CLIENT GROUP®

INVESTMENT REPORT
October 1, 2024 - October 31, 2024

## Activity

Account # X85-637887
MICHAEL FANNING LOJKOVIC - INDIVIDUAL

### Net Adjustments (continued)

| Settlement Date | Security Name | Symbol/ CUSIP | Description | Quantity | Price | Transaction Cost | Amount |
|---|---|---|---|---|---|---|---|
| | YOU LOANED; X85-637887-6; VALUE OF TRANSACTION; $22,640.70 | | | | | | |
| 10/11 | YOU LOANED | 88688T100 | Journaled | 13,890.000 | 1.6300 | - | - |
| 10/21 | LOAN RETURNED | 88688T100 | Journaled | -13,890.000 | 1.5800 | - | - |
| 10/21 | TILRAY BRANDS INC COMMON STOCK | 88688T100 | Journaled | 13,890.000 | 1.5800 | | |
| | YOU RETURNED; X85-637887-6; VALUE OF TRANSACTION; $21,946.20 | | | | | | |
| 10/24 | COMPASS PATHWAYS PLC UNSPON ADS REP 1 ORD SHS; YOU LOANED; X85-637887-6; VALUE OF TRANSACTION; $48,636.52 | 20451W101 | Journaled | -7,564.000 | 6.4300 | - | - |
| 10/24 | YOU LOANED | 20451W101 | Journaled | 7,564.000 | 6.4300 | | |
| 10/25 | ABRDN PALLADIUM ETF TRUST PHYSICAL PALLADM; YOU LOANED; X85-637887-6; VALUE OF TRANSACTION; $166,846.50 | 003262102 | Journaled | -1,530.000 | 109.0500 | - | ∕ |
| 10/25 | YOU LOANED | 003262102 | Journaled | 1,530.000 | 109.0500 | | |
| 10/28 | ABRDN PALLADIUM ETF TRUST PHYSICAL PALLADM; YOU RETURNED; X85-637887-6; VALUE OF TRANSACTION; $170,901.00 | 003262102 | Journaled | 1,530.000 | 111.7000 | - | - |
| 10/28 | LOAN RETURNED | 003262102 | Journaled | -1,530.000 | 111.7000 | - | - |

**Total Net Adjustments**

### Trades Pending Settlement

| Trade Date | Settlement Date | Security Name | Symbol/ CUSIP | Description | Quantity | Price | Amount |
|---|---|---|---|---|---|---|---|
| 10/31 | 11/01 | COMPASS PATHWAYS PLC UNSPON ADS REP 1 ORD SHS | CMPS | Bought | 4,546.0000 | $4.27000 | -$19,411.42 |

**Total Trades Pending Settlement** | | | | | | | -$19,411.42

MR_CE_BQWVF2BB8CWCF_B8B8B 20241031



INVESTMENT REPORT
October 1, 2024 - October 31, 2024

## Activity

Account # X85-637887
MICHAEL FANNING LOJKOVIC - INDIVIDUAL

### Open Orders as of October 31, 2024

| Date Entered | Exp. Date | Security Name | Description | Quantity | Limit Price | Market Price |
|---|---|---|---|---|---|---|
| 05/18/24 | 11/14/24 | ENOVIX CORPORATION COM (ENVX) | Buy Limit | 5,000.000 | $5.00000 | $9.0050 |
| 06/04/24 | 11/29/24 | PALANTIR TECHNOLOGIES INC CLA (PLTR) | Buy Limit | 3,334.000 | 7.50000 | 41.5600 |
| 06/04/24 | 11/29/24 | MICRON TECHNOLOGY INC (MU) | Buy Limit | 638.000 | 38.96000 | 99.6500 |
| 06/04/24 | 11/29/24 | TESLA INC COM (TSLA) | Buy Limit | 568.000 | 44.03000 | 249.8500 |
| 06/04/24 | 11/29/24 | ANHEUSER-BUSCH INBEVSA/NV ADR EAH REP 1 ORD NPV (BUD) | Buy Limit | 500.000 | 50.00000 | 59.3700 |
| 06/04/24 | 11/29/24 | SUPER MICRO COMPUTER INC COM NEW (SMCI) | Buy Limit | 1,000.000 | 25.00000 | 29.1100 |
| 08/04/24 | 11/29/24 | FERRARI N V EUR0.01 NEW (RACE) | Buy Limit | 368.000 | 68.42000 | 475.8800 |
| 06/04/24 | 11/29/24 | MONGODB INC CL A (MDB) | Buy Limit | 180.000 | 139.00000 | 270.4000 |
| 06/04/24 | 11/29/24 | ARM HOLDINGS PLC SPON ADS EACH REP 1 ORD SHS (ARM) | Buy Limit | 626.000 | 39.99000 | 141.3000 |
| 06/05/24 | 12/02/24 | WONDERFI TECHNOLOGIES INC COM NPV ISIN #CA97818W1077 SEDOL #BM9YQB9 (WONDF) | Buy Limit | 500,000.000 | 0.05000 | 0.1076 |
| 06/06/24 | 12/03/24 | MIND MEDICINE (MINDMED) INC COM NPV (POST REV SPLIT) ISIN #CA60255C8850 SEDOL #BPQYY20 (MNMD) | Buy Limit | 7,463.000 | 3.35000 | 6.3000 |
| 06/13/24 | 12/10/24 | INTERACTIVE BROKERS GROUP INC COM CL A (IBKR) | Buy Limit | 416.000 | 59.86000 | 152.5800 |
| 06/13/24 | 12/10/24 | UNITY SOFTWARE INC COM (U) | Buy Limit | 5,000.000 | 5.00000 | 20.0800 |
| 06/16/24 | 12/13/24 | UNITY SOFTWARE INC COM (U) | Buy Limit | 2,500.000 | 10.00000 | 20.0800 |
| 06/21/24 | 12/18/24 | NEWEGG COMM INC USD COM SHS ISIN #VGG6483G1000 (NEGG) | Buy Limit | 45,455.000 | 0.55000 | 0.8090 |
| 07/30/24 | 01/24/25 | ABRDN SILVER ETF TR ABRDN PHYSICAL SILVER SHARES ETF (SIVR) | Buy Limit | 1,137.000 | 22.00000 | 31.2200 |
| 08/04/24 | 01/31/25 | UNITY SOFTWARE INC COM (U) | Buy Limit | 3,715.000 | 13.48000 | 20.0800 |
| 08/04/24 | 01/31/25 | INTEL CORP COM USD0.001 (INTC) | Buy Limit | 3,947.000 | 12.54000 | 21.5200 |
| 08/06/24 | 01/31/25 | RIVIAN AUTOMOTIVE INC COM CL A (RIVN) | Buy Limit | 3,013.000 | 8.30000 | 10.1000 |
| 08/07/24 | 02/03/25 | ABRDN PALLADIUM ETF TRUST PHYSICAL PALLADM (PALL) | Buy Limit | 642.000 | 77.96000 | 102.9000 |
| 08/08/24 | 02/04/25 | AMERICAN GREEN INC COM NEW (ERBB) | Buy Limit | 3,331,796.000 | 0.00030 | 0.0004 |
| 09/05/24 | 03/04/25 | META MATERIALS INC COM NEW ISIN #US59134N3026 SEDOL #BQ87J98 (MMATQ) | Sell Limit | 16,000.000 | 1.25000 | 0.0710 |

MR_CE_BQWFZBB8CWCF_BBBBB 20241031

**Fidelity** INVESTMENTS | F I D E L I T Y   P R I V A T E   C L I E N T   G R O U P®

INVESTMENT REPORT
October 1, 2024 - October 31, 2024

## Activity

Account # X85-637887
MICHAEL FANNING LOJKOVIC - INDIVIDUAL

### Open Orders as of October 31, 2024 (continued)

| Date Entered | Exp. Date | Security Name | Description | Quantity | Limit Price | Market Price |
|---|---|---|---|---|---|---|
| 09/05/24 | 02/28/25 | META MATERIALS INC COM NEW ISIN #US59134N3026 SEDOL #BQ67J98 (MMATQ) | Sell Limit | 16,000.000 | 1.50000 | 0.0710 |
| 09/05/24 | 02/28/25 | META MATERIALS INC COM NEW ISIN #US59134N3026 SEDOL #BQ67J98 (MMATQ) | Sell Limit | 16,000.000 | 1.93000 | 0.0710 |
| 09/18/24 | 03/17/25 | META MATERIALS INC COM NEW ISIN #US59134N3026 SEDOL #BQ67J98 (MMATQ) | Sell Limit | 16,000.000 | 2.03000 | 0.0710 |
| 09/29/24 | | PUT (NVDA) NVIDIA CORPORATION DEC 19 25 $20 (100 SHS) | Buy Limit | 200.000 | 0.02000 | 0.1700 |
| 10/08/24 | 04/04/25 | META MATERIALS INC COM NEW ISIN #US59134N3026 SEDOL #BQ67J98 (MMATQ) | Sell Limit | 16,000.000 | 0.80000 | 0.0710 |
| 10/10/24 | 04/08/25 | WALGREENS BOOTS ALLIANCE INC (WBA) | Buy Limit | 3,572.000 | 7.00000 | 9.4600 |
| 10/18/24 | 04/18/25 | ATAI LIFE SCIENCES NV COM EUR0.10 (ATAI) | Buy Limit | 25,188.000 | 1.00000 | 1.0600 |
| 10/30/24 | 04/28/25 | SBI HOLDINGS INC NPV ISIN #JP3436120004 SEDOL #6309466 (SBHGF) | Buy Limit | 1,429.000 | 17.50000 | 22.3141 § |

*Expiration date details are available online or can be provided upon request.*

MR_CE_BGWFZ8B8CWCF_BBB8B 20241031


FIDELITY PRIVATE
CLIENT GROUP®

INVESTMENT REPORT
October 1, 2024 - October 31, 2024

## Estimated Cash Flow (Rolling as of October 31, 2024)

Account # X85-637887
MICHAEL FANNING LOJKOVIC - INDIVIDUAL

| Month | Bond & CD Income | Bond & CD Principal | Stock Income | ETP Income | Mutual Fund Income | Other Income | Total Est. Cash Flow |
|---|---|---|---|---|---|---|---|
| November 2024 | -- | -- | -- | -- | $3,588 | -- | $3,588 |
| December | -- | -- | 854 | -- | 3,588 | -- | 4,442 |
| January 2025 | -- | -- | -- | -- | 3,588 | -- | 3,588 |
| February | -- | -- | -- | -- | 3,588 | -- | 3,588 |
| March | -- | -- | 854 | -- | 3,588 | -- | 4,442 |
| April | -- | -- | -- | -- | 3,588 | -- | 3,588 |
| May | -- | -- | -- | -- | 3,588 | -- | 3,588 |
| June | -- | -- | 854 | -- | 3,588 | -- | 4,442 |
| July | -- | -- | -- | -- | 3,588 | -- | 3,588 |
| August | -- | -- | -- | -- | 3,588 | -- | 3,588 |
| September | -- | -- | 854 | -- | 3,588 | -- | 4,442 |
| October | -- | -- | -- | -- | 3,588 | -- | 3,588 |
| **Total** | -- | -- | **$3,416** | -- | **$43,056** | -- | **$46,472** |

This table presents the estimated monthly interest and dividend income and return of principal that your current holdings may generate over the next rolling 12 months. The cash flows displayed are estimates provided for informational purposes only and there is no guarantee that you will actually receive any of the amounts displayed. These estimates should not be relied upon for making investment, trading or tax decisions. The estimates for fixed income are calculated using the security's coupon rate. The estimates for all other securities are calculated using an indicated annual dividend (IAD). The IAD is an estimate of a security's dividend payments for the next 12 months calculated based on prior and/or declared dividends for that security. IADs are sourced from third party vendors believed to be reliable, but no assurance can be made as to accuracy. There are circumstances in which these estimates will not be presented for a specific security you hold.   Please refer to Help/Glossary on Fidelity.com for additional information on these calculations.

**Bond & CD Income** includes interest payments for fixed and variable rate bonds, international bonds that pay in USD, and Certificates of Deposit (CDs).

**Bond & CD Principal** includes maturing principal payments for fixed and variable rate bonds, international bonds that pay in USD, and Certificates of Deposit (CDs).

**Stock Income** includes estimated dividend payments for common stocks, preferred stocks, ADRs, closed-end mutual funds, and MLPs.

**ETP Income** includes estimated dividend payments for Exchange Traded Funds (ETFs) and Exchange Traded Notes (ETNs).

**Mutual Fund Income** includes estimated dividend payments for Fidelity and non-Fidelity mutual funds.

**Other Income** includes, but is not limited to estimated dividend payments for Unit Investment Trusts (UITs), REITs, and LPs.

This table does not include cash flow from foreign denominated fixed income.

*— not available*

MR_CE_BGWVFZ8B8CWCF_BBBBB 20241031



FIDELITY PRIVATE
CLIENT GROUP®

INVESTMENT REPORT
October 1, 2024 - October 31, 2024

## Global Holdings

Account # X85-637887
MICHAEL FANNING LOJKOVIC - INDIVIDUAL

*All prices listed in local currency unless otherwise noted. Investment results may be impacted by foreign currency fluctuations. Foreign cash positions will not affect margin requirements or calculations.*

### Exchange Rates

*Exchange rates are provided by a third party and based on interbank exchange rates at the time of the close of the statement. Fidelity does not prepare, edit, or endorse third party data. Fidelity is not responsible for inaccurate, incomplete, or missing information.*

| Currency as of October 31, 2024 | USD Equivalent | Per USD | Total Local Currency | USD Total |
|---|---|---|---|---|
| CANADIAN DOLLAR (CAD) | 0.71738593 | 1.3939 | 58,055.00 | $41,647.84 |
| EURO (EUR) | 1.08565001 | 0.9211 | 220,052.76 | 238,900.28 |
| JAPANESE YEN (JPY) | 0.00656491 | 152.3250 | 7,626,558.00 | 50,067.67 |

### Canadian Dollar

| Description | Quantity | Unit Price | Total Local Currency | USD Total |
|---|---|---|---|---|
| **Stocks** | | | | |
| PHARMALA BIOTECH HOLDINGS INC COM NPV (MDXXF) | 341,500.000 | 0.1700 | 58,055.00 | $41,647.84 |
| **Total Canadian Dollar** | | | 58,055.00 | $41,647.84 |

### Euro

| Description | Quantity | Unit Price | Total Local Currency | USD Total |
|---|---|---|---|---|
| **Stocks** | | | | |
| THERACLION EUR0.05 (TCLIF) | 583,694.000 | 0.3770 | 220,052.64 | $238,900.15 |
| **Other** | | | | |
| EURO (EUR) | 0.120 | 1.0000 | 0.12 | $0.13 |
| **Total Euro** | | | 220,052.76 | $238,900.28 |

### Japanese Yen

| Description | Quantity | Unit Price | Total Local Currency | USD Total |
|---|---|---|---|---|
| **Other** | | | | |
| JAPANESE YEN (JPY) | 7,626,558.000 | 1.0000 | 7,626,558.00 | $50,067.67 |

MR_CE_BGWVF29B8CWCF_B6BB9 20241031

**Fidelity** | FIDELITY PRIVATE
INVESTMENTS | CLIENT GROUP®

INVESTMENT REPORT
October 1, 2024 - October 31, 2024

## Global Holdings

Account # X85-637887
MICHAEL FANNING LOJKOVIC - INDIVIDUAL

**Japanese Yen** (continued)

| Description | Quantity | Unit Price | Total Local Currency | USD Total |
|---|---|---|---|---|
| Total Japanese Yen | | | 7,626,558.00 | $50,067.67 |

*This account contains multi-currency transactions, activity, and/or positions reflected in USD equivalents. Please refer to the Global Holdings and/or Global Activity sections for further information.*

## Additional Information and Endnotes

**Estimated Annual Income (EAI) & Estimated Yield (EY)** - EAI for fixed income is calculated using the coupon rate. For all other securities, EAI is calculated using an indicated annual dividend (IAD). The IAD is an estimate of a security's dividend payments for the next 12 months calculated based on prior and/or declared dividends for that security. EY reflects only the income generated by an investment and not changes in its price which may fluctuate. Interest and dividend rates are subject to change at any time and may be affected by current and future economic, political and business conditions. EAI and EY are provided for informational purposes only and should not be used or relied on for making investment, trading or tax decisions. EAI and EY are based on data obtained from information providers believed to be reliable, but no assurance can be made as to accuracy, timeliness or completeness. **Please refer to the Help/Glossary on Fidelity.com for additional information regarding these calculations.**

**Copyright 2022, S&P Global Market Intelligence.** Reproduction of any information, data or material, including ratings ("Content") in any form is prohibited except with the prior written permission of the relevant party. Such party, its affiliates and suppliers ("Content Providers") do not guarantee the accuracy, adequacy, completeness, timeliness or availability of any Content and are not responsible for any errors or omissions (negligent or otherwise), regardless of the cause, or for the results obtained from the use of such Content. In no event shall Content Providers be liable for any damages, costs, expenses, legal fees, or losses (including lost income or lost profit and opportunity costs) in connection with any use of the Content. A reference to a particular investment or security, a rating or any observation concerning an investment that is part of the Content is not a recommendation to buy, sell or hold such investment or security, does not address the suitability of an investment or security and should not be relied on as investment advice. Credit ratings are statements of opinions and are not statements of fact.

**Moody's® Copyright 2022, Moody's Investors Service, Inc.** ("Moody's"). Moody's ratings ("Ratings") are proprietary to Moody's or its affiliates and are protected by copyright and other intellectual property laws. Ratings are licensed to Licensee by Moody's. RATINGS MAY NOT BE COPIED OR OTHERWISE REPRODUCED, REPACKAGED, FURTHER TRANSMITTED, TRANSFERRED, DISSEMINATED, REDISTRIBUTED OR RESOLD, OR STORED FOR SUBSEQUENT USE FOR ANY SUCH PURPOSE, IN WHOLE OR IN PART, IN ANY FORM OR MANNER OR BY ANY MEANS WHATSOEVER, BY ANY PERSON WITHOUT MOODY'S PRIOR WRITTEN CONSENT. Moody's® is a registered trademark.

Please go to Fidelity.com/disclosures to review important legal and regulatory disclosures. Historical statements, confirms and other regulatory documents are available to access and download at Fidelity.com/statements.

For more information about your statement, please refer to our **Frequently Asked Questions** document at **Fidelity.com/statements** .

MR_CE_BGWFZ88BCWCF_B8B8B 20241031

**Fidelity** INVESTMENTS

## Information About Your Fidelity Statement

Lost or Stolen Cards For 24-Hour worldwide customer service, call 800-529-2164 for American Express or 800-323-5353 for Fidelity® Debit Card.

Additional Investments with Fidelity Make checks payable to Fidelity Investments. Include your account number on the check. For retirement and health savings accounts (HSA), designate in the memo field whether your contribution is for the current or prior year. Mail checks or other inquiries to: Fidelity Investments, P.O. Box 770001, Cincinnati, OH 45277-0003.

Income Summary Shows income by tax status for the statement and year-to-date periods. Except for interest income earned on, or distributed by, tax-exempt securities, Fidelity reports dividends and capital gains held in taxable accounts as taxable income. A portion of income reported as tax-exempt income may be subject to alternative minimum taxes and/or state and local taxes. In Traditional IRAs, Rollover IRAs, SEP-IRAs, SIMPLE IRAs and Keoghs, earnings are reported as tax-deferred income. In Roth IRAs and HSAs, earnings are reported as tax-exempt income as they may be federally tax-exempt if certain conditions are met.

Cost Basis, Gain/Loss, and Holding Period Information NFS is required to report certain cost basis and holding period information to the IRS on Form 1099-B. Unless otherwise specified, NFS applies the average cost method for open-end mutual funds and the first-in, first-out (FIFO) method for all other securities. Cost basis is adjusted for wash sales on securities with the same CUSIP held in the same account (unless your account receives mark-to-market reporting). Your statement may not reflect all adjustments required for tax purposes. Customers should consult their tax advisors for further information.

Cost Fidelity provides purchase cost information for securities held in retirement and HSA accounts. Such information may be adjusted for certain transactions and does not reflect dividends or capital gains reinvestments. Fidelity reports transaction profit or loss information when securities are sold within a retirement or HSA account. Transaction profit or loss is calculated by subtracting purchase cost from sales proceeds

using the FIFO method if shares were purchased at different times or prices. Statement Mailing We deliver statements at least four times during the calendar year for any account with a balance.

Statement Discrepancies Please review your statement and report any inaccuracies or discrepancies. Inquiries, concerns or questions regarding your brokerage account or the activity therein should be directed to FBS by calling 800-544-6666, and NFS, who carries your brokerage accounts, by calling 866-408-1138. Any oral communications regarding inaccuracies or discrepancies should be reconfirmed in writing to protect your rights, including those under the Securities Investor Protection Act (SIPA).

Material Changes Please advise us of material changes in your investment objectives or financial situation related to your brokerage account(s).

Mutual Funds and Performance Before investing, consider the funds' investment objectives, risks, charges and expenses. Contact Fidelity for a prospectus containing this information. Read it carefully. Performance data shown represents past performance and is no guarantee of future results. Investment return and principal value will fluctuate, so you may have a gain or loss when shares are sold. Current performance may be higher or lower than that quoted. Visit Fidelity.com/performance for most recent month-end performance.

Sales Loads & Fees Each fund reserves the right to terminate or modify its exchange privilege in the future. In connection with (i) access to, purchase, sale, exchange or redemption of, and/or maintenance of positions in mutual funds, ETFs and other investment products ("funds") or (ii) infrastructure needed to support such funds, some funds, or their investment affiliates, pay FBS and/or NFS sales loads and 12b-1 fees described in the prospectus as well as additional compensation for shareholder services, start-up fees, platform support and maintenance, and marketing, engagement and analytics programs. Additional information about the source(s) and amount(s) of compensation as well as other remuneration received by FBS or NFS will be furnished to you upon written request. At the time you purchase shares of funds those shares will be assigned either a load, transaction fee (TF) or no transaction fee (NTF) status. When you subsequently sell those shares, any fees applicable to your transaction will be assessed based on the status of the shares at the time of purchase.

---

## Additional Information About Your Brokerage Account, If Applicable

Free credit balances (FCB) are funds payable to you on demand. FCB are subject to open commitments such as uncleared checks and exclude proceeds from sales of certificated securities without delivery of the certificate. If your FCB is swept to a core position, you can liquidate the core position and have the proceeds sent to you or held in your account subject to the terms of your account agreement. Required rule 10b-10(a) information not contained herein will be provided on written request. Fidelity may use this free credit balance in connection with its business, subject to applicable law. Assets Separate from Your Brokerage Account Only securities in the margin portion of your brokerage account contribute to margin and maintenance requirements. Other Assets, which may be reported on your statement, including insurance products that are distributed by FBS and Fidelity Insurance Agency, Inc. and mutual fund only accounts held directly with the fund (Fidelity Mutual Fund Accounts) are not carried by NFS, not covered by the Securities Investor Protection Corporation (SIPC) and do not count toward your margin and maintenance requirements. Assets held in brokerage accounts managed by Fidelity Personal and Workplace Advisors LLC (FPWA) are carried by NFS and covered by SIPC but do not contribute to your margin and maintenance requirements. Short Account Balances Securities sold short are held in a segregated short account. These securities are marked-to-market for margin purposes, and any increase or decrease from the previous week's value is transferred weekly to your margin account. Fidelity represents your short account balance as of the last weekly mark-to-market, not as of the statement end date. Information About Your Option Transactions Each transaction confirmation previously delivered to you contains full information about commissions and other charges, and such information is available promptly upon request. Assignments of American and European-style options are allocated among customer short positions pursuant to a random allocation procedure, a description is available upon request. Short positions in American-style options are liable for assignment anytime. The writer of a European-style option is subject to exercise assignment only during the exercise period. For more information, please call Fidelity at 800-544-6666. Equity Dividend Reinvestment Shares credited to your account resulted from transactions by FBS acting as agent for your account, or the Depository Trust Company (DTC). Price Information/Total Market Value The Total Market Value has been calculated up to 9 decimal places but the individual unit price is displayed in 5 decimal places. The Total Market Value represents prices obtained from various sources, may be impacted by the frequency with which such prices are reported and such prices are not guaranteed. Prices received from pricing vendors are generally based on current market quotes, but when such quotes are not available the pricing vendors use a variety of techniques to estimate value. These estimates, particularly for fixed income securities, may be based on certain minimum principal amounts (e.g. $1 million) and may not reflect all of the factors that affect the value of the security, including liquidity risk. For certain situations, a price may be derived from a single market participant, also known as a "single broker quote". The prices provided are not firm bids or offers. Certain securities may reflect as N/A or unavailable where the price for such security is generally not available from a pricing source. The Market Value of a security, including those priced at par value, may differ from its purchase price and may not closely reflect the

value at which the security may be sold or purchased based on various market factors. The sale or redemption of any fixed income security prior to maturity may result in a loss. Prices for Certificates of Deposits (CDs) on your statement are generally estimates and are not based on actual market prices. The secondary market for CDs is generally illiquid. You should always request a current valuation for your securities prior to making a financial decision or placing an order.

Executing Orders on the Floor of the NYSE The Floor broker may permit the Designated Market Maker to trade on parity with the order for some or all of the executions associated with filling that order, where such permission would not be inconsistent with the broker's best execution obligations.

SIPC Securities in accounts carried by NFS, a Fidelity Investments company, are protected in accordance with the SIPC up to $500,000 (including cash claims limited to $250,000). For details, including the SIPC brochure, please see www.sipc.org or call 1-202-371-8300. NFS has arranged for additional protection for cash and covered securities to supplement its SIPC coverage. Neither coverage protects against a decline in the market value of securities.

Fidelity Investments Fidelity Distributors Company LLC (FDC) is the distributor for Fidelity Funds marketing and shareholder services provided by FBS or NFS. Brokerage services are provided by FBS, which clears all transactions through its affiliate, NFS. NFS carries all brokerage accounts. FBS and NFS are members of the NYSE and SIPC. Upon written request, Fidelity will mail an NFS financial statement, which is also available for inspection at its office. Fidelity Investments (with pyramid logo) is a trademark of FMR LLC.

FPWA Services Fidelity Go®, Fidelity Managed FidFolios℠ and Fidelity® Strategic Disciplines are advisory services offered by FPWA, a registered investment adviser. Fidelity® Strategic Disciplines includes the Breckinridge Intermediate Municipal Strategy, the Fidelity® Equity-Income Strategy, the Fidelity® Tax-Managed U.S. Equity Index Strategy, the Fidelity® U.S. Large Cap Equity Strategy, the Fidelity® International Equity Strategy, the Fidelity® Tax-Managed International Equity Index Strategy, the Fidelity® Intermediate Municipal Strategy and the Fidelity® Core Bond Strategy. Fidelity® Wealth Services are advisory services offered by FPWA or Fidelity Personal Trust Company, FSB (FPTC), a federal savings bank. Nondeposit investment products and trust services offered by FPTC and its affiliates are not insured or guaranteed by the Federal Deposit Insurance Corporation or any other government agency, are not obligations of any bank, and are subject to risk, including possible loss of principal. These advisory services are provided for a fee. FBS, NFS, FDC, FPWA and FPTC are direct or indirect subsidiaries of FMR LLC.

Miscellaneous Mutual fund shares, other securities held in your account, and insurance products are neither deposits nor obligations of, nor endorsed or guaranteed by, any bank or other depositing institution, nor are they federally insured by the FDIC or any other agency. If you request a reprint of your statement, the disclosure information may not be the same as the information originally provided. To confirm that an authorized, direct deposit has been made to your Fidelity Account or Fidelity Mutual Fund Account, call Fidelity at 1-800-544-5555.

588130.55.0

MR_CE_BQWVFZBBBCWKF_BBBBB 20241051



This page intentionally left blank