NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | **PROOF OF INTEREST** |
|---|---|

Name of Debtor: Meta Materials Inc.

Case Number: 24-50792

1. **Name and address of holder of the Equity Interest** (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

   MRS HARPREET KAUR SUNNER OR JASWINDER S SUNNER
   2035 61ST AVE E
   VANCOUVER BC
   V5P 2K4
   Canada

   Telephone Number: 604-807-2335

   ☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

   ☒ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

   ☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

**COURT USE ONLY**

Account or other number by which Interest holder identifies Debtor: **4714R1V**

Check here if this claim:
☐ replaces a previously filed Proof of Interest dated: _____
☐ amends a previously filed Proof of Interest dated: _____

2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:

   TD Direct Investing, 3500 STEELES AVE E, TOWER 2, 2ND FLOOR ARKHAM ON L3R 0X1

   Telephone Number: 1-800-465-5463

3. Date Equity Interest was acquired: 07/22/2024

4. Total amount of member interest: 56

5. Certificate number(s): _____

6. **Type of Equity Interest:**
   Please indicate the type of Equity Interest you hold:
   ☒ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
   ☐ Check this box if your Equity Interest is based on anything else and describe that interest:
   Description: Sold 56 shares by my broker to collect account maintence fee

7. **Supporting Documents**: Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
   DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. **Date-Stamped Copy**: To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

9. Signature:
   Check the appropriate box.
   ☒ I am the creditor.   ☐ I am the creditor's authorized agent. (Attach copy of power of attorney, if any.)   ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)   ☐ I am a guarantor, surety, endorser, or other codebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: HARPREET KAUR SUNNER/ JASWINDER S SUNNER
Title: _____
Company: Address and telephone number (if different from notice address above): 2035 61st Ave, Vancouver, _____

(Signature)    Nov 27-2024 (Date)

Telephone number: _____    email: Jassunner@hotmail.com

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*



**TD Direct Investing**
3500 STEELES AVE E
TOWER 2 2ND FLOOR
MARKHAM ON L3R 0X1

**TD Direct Investing**

# Transaction Confirmation

MRS HARPREET KAUR SUNNER OR
JASWINDER S SUNNER
2035 61ST AVE E
VANCOUVER BC  V5P 2K4

**Account number and type**
4714R1V - TD Securities Inc. Self-Directed
Education Savings Plan

**Questions?**
**Contact an Investment Representative**
Toll Free 1 (800) 465-5463

## Transaction on July 22, 2024

▸ **For settlement on** July 23 2024
▸ **Processed on** July 22 2024

| Transaction | Security Description | Quantity | Price ($) | Amount ($) |
|---|---|---|---|---|
| You sold | META MATERIALS INC-NEW CREDIT SELLOUT - WK | 56 | 2.635 | |

Ticker symbol  MMAT
Security number  43666F
CUSIP ID  59134N302
Trade number  006892
Trade processed by  RMZK

|  | | |
|---|---|---|
| | Gross transaction amount | USD 147.56 |
| Less | Commission | -43.00 |
| Less | US tax | -0.01 |
| Plus | Premium on USD Funds converted at 35.46% | 37.07 |
| *Equals* | **Net transaction amount** | **CAD $141.62** |

*As agent, TD Direct Investing confirms the above sale on a U.S. OTC marketplace for settlement in your account*

## Important information

Please review the information in this Transaction Confirmation carefully and let us know within 10 calendar days if there are any discrepancies

Clients' accounts are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of coverage is available upon request

**Abbreviations used in the security descriptions**
RS  = Restricted shares
NVS = Non-voting shares
RVS = Restricted voting shares
SVS = Subordinate voting shares
MVS = Multiple voting shares
/D  = DSC (Deferred Sales Charge)
/NL = No Load

**Disclosure of sources of revenue**
TD Direct Investing and/or parties related to us may earn revenue in addition to commission from the following sources: currency conversion charges on certain trades and mutual fund transactions, fees paid by issuers and others in connection with corporate actions and new issues, the sale of fixed income products, trailer fees paid by mutual fund companies, and remuneration paid by U.S. market makers and exchanges in connection with U.S. trades. For more information, see the TD Waterhouse Canada Inc. Account and Service Agreements and Disclosure Documents booklet. It is also available online at www.td.com/ca/en/investing/direct-investing

The name of the salesperson, dealer and/or market in this transaction will be provided upon request

TD Direct Investing is a division of TD Waterhouse Canada Inc., a subsidiary of The Toronto-Dominion Bank

®The TD logo and other TD trademarks are the property of The Toronto-Dominion Bank or its subsidiaries

**Thank you for choosing
TD Direct Investing**

**TD Waterhouse Canada Inc. - Member of the Canadian Investor Protection Fund**
00083632 0000004576 20240722 59134N302 43666F

**Order execution account**
No advice or recommendations provided

Page 1 of 1