NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | | **PROOF OF INTEREST** |
|---|---|---|
| Name of Debtor: Meta Materials Inc. | Case Number: 24-50792 | |

1. **Name and address of holder of the Equity Interest** (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

   Tron Keefer
   101 Wyncote Ct.
   Apt B
   Mechanicsburg, PA 17055

   Telephone Number: (717) 805-9742

   ☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

   ☒ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

   ☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

   U.S. BANKRUPTCY COURT
   MARY A. SCHOTT, CLERK
   DEC 0 6 2024
   RECEIVED AND FILED

   COURT USE ONLY

**NOTE:** This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

| Account or other number by which Interest holder identifies Debtor: Charles Schwab 6891-0614 and 6408-6161 | Check here if this claim: ☐ replaces a previously filed Proof of Interest dated: _____ ☐ amends a previously filed Proof of Interest dated: _____ |
|---|---|

2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:
   Charles Schwab & Co., Inc.
   3000 Schwab Way, Westlake, TX 76262
   Telephone Number: 1 (877) 519-1403

3. Date Equity Interest was acquired:
   Various dates, see attached

4. Total amount of member interest: 3,598 Shares

5. Certificate number(s): _____

6. **Type of Equity Interest:**
   Please indicate the type of Equity Interest you hold:
   ☒ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
   ☐ Check this box if your Equity Interest is based on anything else and describe that interest:
   Description: Investor

7. **Supporting Documents:** Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
   DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. **Date-Stamped Copy:** To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

9. **Signature:**
   Check the appropriate box.
   ☒ I am the creditor.    ☐ I am the creditor's authorized agent. (Attach copy of power of attorney, if any.)    ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)    ☐ I am a guarantor, surety, endorser, or other codebtor. (See Bankruptcy Rule 3005.)

   I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

   Print Name: Tron Keefer
   Title:
   Company: Address and telephone number (if different from notice address above):

   (Signature)  12-2-24  (Date)

   Telephone number: 717-805-9742    email: tronkeefer@hotmail.com

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*



Schwab One® Account of

TRON E. KEEFER
DESIGNATED BENE PLAN/TOD

Statement Period
October 1-31, 2024

## Positions - Summary

| Beginning Value as of 10/01 | + | Transfer of Securities(In/Out) | + | Dividends Reinvested | + | Cash Activity | + | Change in Market Value | = | Ending Value as of 10/31 | Cost Basis | Unrealized Gain/(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| $66,328.43 | | $0.00 | | $0.00 | | ($1,329.64) | | $22,732.46 | | $87,731.25 | $295,880.68 | ($200,050.43) |

Values may not reflect all of your gains/losses; Schwab has provided accurate gain and loss information wherever possible for most investments. Cost basis may be incomplete or unavailable for some of your holdings and may change or be adjusted in certain cases. Statement information should not be used for tax preparation, instead refer to official tax documents. For additional information refer to Terms and Conditions.

## Cash and Cash Investments

| Type | Symbol | Description | Quantity | Price($) | Beginning Balance($) | Ending Balance($) | Change in Period Balance($) | Pending/Unsettled Cash($) | Interest/ Yield Rate | % of Acct |
|---|---|---|---|---|---|---|---|---|---|---|
| Cash | | | | | 1,632.93 | 310.04 | (1,322.89) | 0.00 | | <1% |
| **Total Cash and Cash Investments** | | | | | **$1,632.93** | **$310.04** | **($1,322.89)** | | | **<1%** |

## Positions - Equities

| Symbol | Description | Quantity | Price($) | Market Value($) | Cost Basis($) | Unrealized Gain/(Loss)($) | Est. Yield | Est. Annual Income($) | % of Acct |
|---|---|---|---|---|---|---|---|---|---|
| | GLOBAL TECH INDS GP | 825.0000 | 0.02500 | 20.63 | 774.24 | (753.61) | N/A | 0.00 | <1% |
| GTII | GLOBAL TECH INDS GROUP I | 19,175.0000 | 0.02500 | 479.38 | 19,253.17 | (18,773.79) | N/A | 0.00 | <1% |
| MMATQ | META MATLS INC | 3,200.0000 | 0.07100 | 227.20 | 197,815.76 | (197,588.56) | N/A | 0.00 | <1% |
| MCOM | MICROMOBILITY.COM INC | 10,000.0000 | 0.01125 | 112.50 | 1,059.85 | (947.35) | N/A | 0.00 | <1% |
| NVOS | NOVO INTEGRATED SCIENCES | 5,000.0000 | 0.18430 | 921.50 | 4,915.43 | (3,993.93) | N/A | 0.00 | 1% |
| WULF | TERAWULF INC ◊ | 13,000.0000 | 6.52000 | 84,760.00 | 60,399.29 | 24,360.71 | N/A | 0.00 | 97% |
| TONR | TONNER-ONE WORLD HLDGS I | 3,000,000.0000 | 0.00030 | 900.00 | 3,253.90 | (2,353.90) | N/A | 0.00 | 1% |
| **Total Equities** | | | | **$87,421.21** | **$287,471.64** | **($200,050.43)** | | **$0.00** | **100%** |

# Transaction History for Designated Bene Individual ...614

## Transactions found from 11/26/2020 to 11/26/2024

| Date ▼ | Action | Symbol / Description | Quantity | Price | Fees & Comm | Amount |
|---|---|---|---|---|---|---|
| 07/19/2024 | Journal | MMAT<br>META MATLS INC | -3,200 | | | |
| 07/19/2024 | Journal | MMAT<br>META MATLS INC | 3,200 | | | |
| 06/28/2024 | Buy | MMAT<br>META MATLS INC | 1,000 | $3.09 | | -$3,090.00 |
| 06/27/2024 | Sell | MMAT<br>META MATLS INC | 1,300 | $3.1226 | $0.33 | $4,059.10 |
| 05/13/2024 | Journaled Shares | MMAT<br>TDA TRAN - TRANSFER OF SECURITY OR OPTION OUT (MMAT) | -3,500 | | | |
| 05/13/2024 | Internal Transfer | MMAT<br>META MATLS INC | 3,500 | | | |
| 02/05/2024 | Buy | MMAT<br>TDA TRAN - Bought 1000 (MMAT) @3.0500 | 1,000 | $3.05 | | -$3,050.00 |
| 01/29/2024 | Journaled Shares | MMAT<br>TDA TRAN - MANDATORY REVERSE SPLIT (MMAT) | 2,500 | | | |

Page Total: -$2,080.90

Intra-day transactions are subject to change.

Brokerage Account Balances are from the previous market close, but also may include new activity that will be posted to your account at after market close. Balances are subject to change.

Bank sweep information can be found on your Statements. Current Balance bank sweep information can be found on the Balances page.

(1123-3U5Y, 0924-CLCV)

---

**Brokerage Products: Not FDIC Insured • No Bank Guarantee • May Lose Value**

Account: ...614
Today's Date: 07:45 PM ET, 11/26/2024

The Charles Schwab Corporation provides a full range of brokerage, banking and financial advisory services through its operating subsidiaries. Its broker-dealer subsidiary, Charles Schwab & Co. Inc. (Member SIPC), and its affiliates offer investment services and products. Its banking subsidiary, Charles Schwab Bank, SSB (member FDIC and an Equal Housing Lender), provides deposit and lending services and products. This site is designed for U.S. residents. Non-U.S. residents are subject to country-specific restrictions. Learn more about our services for non-US Residents , Charles Schwab Hong Kong clients , Charles Schwab UK clients. © 2024 Charles Schwab & Co., Inc. All rights reserved. Member SIPC. Unauthorized access is prohibited. Usage will be monitored.



Schwab Personal Choice Retirement Account® (PCRA) of
**MATRIX TRUST COMPANY TTEE**
**PLANET TECHNOLOGIES 401K**
**FBO TRON E. KEEFER**

Account Number
**6408-6161**

Statement Period
**October 1-31, 2024**

## Investment Detail - Bank Sweep

| Bank Sweep | Starting Balance | Ending Balance | % of Account Assets |
|---|---|---|---|
| CHARLES SCHWAB BANK | 0.18 | 0.18 | <1% |
| Total Bank Sweep A,B | 0.18 | 0.18 | <1% |
| **Total Bank Sweep** | | 0.18 | <1% |

## Investment Detail - Equities

| Equities | Quantity | Market Price | Market Value / Cost Basis | % of Account Assets | Unrealized Gain or (Loss) | Estimated Yield | Estimated Annual Income |
|---|---|---|---|---|---|---|---|
| GENIUS GROUP LTD  F  SYMBOL: GNS | 91.0000 | 0.62700 | 57.06 / 1,037.40 | 11% | (980.34) | N/A | N/A |
| GLOBAL TECH INDS GP | 317.0000 | 0.02500 | 7.93 / 0.00 | 2% | 7.93 | N/A | N/A |
| GLOBAL TECH INDS GROUP I  SYMBOL: GTII | 11,011.0000 | 0.02500 | 275.28 / 12,082.78 | 54% | (11,807.50) | N/A | N/A |
| META MATLS INC  CLASS    EQUITY  SYMBOL: MMATQ | 398.0000 | 0.07100 | 28.26 / 16,135.89 | 6% | (16,107.63) | N/A | N/A |
| MULLEN AUTOMOTIVE INC  SYMBOL: MULN | 1.0000 | 2.05000 | 2.05 / 2,030.48 | <1% | (2,028.43) | N/A | N/A |

Schwab has provided accurate gain and loss information wherever possible for most investments. Cost basis data may be incomplete or unavailable for some of your holdings. Please see "Endnotes for Your Account" section for an explanation of the endnote codes and symbols on this statement.

**Transaction History for PCRA Custodial ...161**

Transactions found from 11/26/2020 to 11/26/2024

| Date | Action | Symbol / Description | Quantity | Price | Fees & Comm | Amount |
|---|---|---|---|---|---|---|
| 01/29/2024 | Reverse Split | MMAT<br>META MATLS INC | 398 | | | |
| 10/24/2023 | Buy | MMAT<br>META MATLS INC | 6,924 | $0.15 | | -$1,038.60 |
| 10/04/2023 | Buy | MMAT<br>META MATLS INC | 4,528 | $0.2295 | | -$1,039.18 |
| 05/05/2023 | Buy | MMAT<br>META MATLS INC | 5,000 | $0.203 | | -$1,014.96 |
| 04/27/2023 | Buy | MMAT<br>META MATLS INC | 5,900 | $0.1839 | | -$1,085.01 |
| 04/13/2023 | Buy | MMAT<br>META MATLS INC | 3,100 | $0.319 | | -$988.90 |
| 03/28/2023 | Buy | MMAT<br>META MATLS INC | 250 | $0.4418 | | -$110.45 |
| 03/28/2023 | Buy | MMAT<br>META MATLS INC | 2,100 | $0.4418 | | -$927.80 |
| 03/10/2023 | Buy | MMAT<br>META MATLS INC | 1,900 | $0.548 | | -$1,041.20 |

| Date | Action | Symbol / Description | Quantity | Price | Fees & Comm | Amount |
|---|---|---|---|---|---|---|
| 02/28/2023 | Sell | MMAT<br>META MATLS INC | 1,600 | $0.671 | $0.01 | $1,073.59 |
| 02/24/2023 | Buy | MMAT<br>META MATLS INC | 1,600 | $0.6482 | | -$1,037.12 |
| 02/03/2023 | Sell | MMAT<br>META MATLS INC | 3,387 | $1.0014 | $0.08 | $3,391.66 |
| 12/08/2022 | Buy | MMAT<br>META MATLS INC | 642 | $1.86 | | -$1,194.12 |
| 12/01/2022 | Buy | MMAT<br>META MATLS INC | 563 | $1.8675 | | -$1,051.40 |
| 10/21/2022 | Buy | MMAT<br>META MATLS INC | 1,422 | $0.887 | | -$1,261.31 |
| 10/07/2022 | Buy | MMAT<br>META MATLS INC | 1,598 | $0.6565 | | -$1,049.09 |
| 09/23/2022 | Buy | MMAT<br>META MATLS INC | 2,613 | $0.6951 | | -$1,816.30 |
| 08/15/2022 | Buy | MMAT<br>META MATLS INC | 10 | $0.98 | | -$9.80 |
| 08/15/2022 | Buy | MMAT<br>META MATLS INC | 25 | $0.98 | | -$24.50 |
| 08/15/2022 | Buy | MMAT | 819 | $0.98 | | -$802.62 |

| Date | Action | Symbol / Description | Quantity | Price | Fees & Comm | Amount |
|---|---|---|---|---|---|---|
| | | META MATLS INC | | | | |
| 08/15/2022 | Buy | MMAT<br>META MATLS INC | 76 | $0.98 | | -$74.48 |
| 07/29/2022 | Buy | MMAT<br>META MATLS INC | 1,018 | $0.9004 | | -$916.61 |
| 07/15/2022 | Buy | MMAT<br>META MATLS INC | 958 | $0.9464 | | -$906.65 |
| 07/01/2022 | Buy | MMAT<br>META MATLS INC | 893 | $1.03 | | -$919.79 |
| 06/27/2022 | Buy | MMAT<br>META MATLS INC | 750 | $1.2047 | | -$903.53 |
| 05/23/2022 | Sell | MMAT<br>META MATLS INC | 1,158 | $1.8658 | $0.05 | $2,160.55 |
| 05/20/2022 | Buy | MMAT<br>META MATLS INC | 80 | $1.82 | | -$145.60 |
| 05/20/2022 | Buy | MMAT<br>META MATLS INC | 2 | $1.81 | | -$3.62 |
| 05/20/2022 | Buy | MMAT<br>META MATLS INC | 429 | $1.81 | | -$776.49 |
| 05/06/2022 | Buy | MMAT<br>META MATLS INC | 743 | $1.21 | | -$899.03 |

| Date ▼ | Action | Symbol / Description | Quantity | Price | Fees & Comm | Amount |
|---|---|---|---|---|---|---|
| 03/14/2022 | Buy | MMAT<br>META MATLS INC | 602 | $1.5299 | | -$921.00 |
| 02/14/2022 | Buy | MMAT<br>META MATLS INC | 502 | $1.814 | | -$910.63 |
| 01/13/2022 | Buy | MMAT<br>META MATLS INC | 800 | $2.3137 | | -$1,850.96 |

**Page Total: -$18,094.95**

Intra-day transactions are subject to change.

Brokerage Account Balances are from the previous market close, but also may include new activity that will be posted to your account at after market close. Balances are subject to change.

Bank sweep information can be found on your Statements. Current Balance bank sweep information can be found on the Balances page.

(1123-3U5Y, 0924-CLCV)

**Brokerage Products: Not FDIC Insured • No Bank Guarantee • May Lose Value**

The Charles Schwab Corporation provides a full range of brokerage, banking and financial advisory services through its operating subsidiaries. Its broker-dealer subsidiary, Charles Schwab & Co. Inc. (Member SIPC), and its affiliates offer investment services and products. Its banking subsidiary, Charles Schwab Bank, SSB (member FDIC and an Equal Housing Lender), provides deposit and lending services and products. This site is designed for U.S. residents. Non-U.S. residents are subject to country-specific restrictions. Learn more about our services for non-US Residents , Charles Schwab Hong Kong clients , Charles Schwab UK clients. © 2024 Charles Schwab & Co., Inc. All rights reserved. Member SIPC. Unauthorized access is prohibited. Usage will be monitored.

Account: ...161
Today's Date: 07:45 PM ET, 11/26/2024