NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | | **PROOF OF INTEREST** |
|---|---|---|
| Name of Debtor: Meta Materials Inc. | Case Number: 24-50792 | |

**1. Name and address of holder of the Equity Interest** (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

JASWINDER SUNNER
2035 61ST AVE E
VANCOUVER, BC
V5P 2K4
CANADA

Telephone Number: 604-807-2335

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

■ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

**COURT USE ONLY**

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

Account or other number by which Interest holder identifies Debtor: **26730284**

Check here if this claim:
☐ replaces a previously filed Proof of Interest dated: _____
☐ amends a previously filed Proof of Interest dated: _____

**2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:**
RBC Direct Investing Inc
P.O. BOX 50, ROYAL BANK PLAZA, TORONTO ON, M5J 2W7

Telephone Number: 1-800-769-2560

**3. Date Equity Interest was acquired:** 11/16/2022

**4. Total amount of member interest:** 1936

**5. Certificate number(s):** _____

**6. Type of Equity Interest:**
Please indicate the type of Equity Interest you hold:
■ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
☐ Check this box if your Equity Interest is based on anything else and describe that interest:
Description: Investor

**7. Supporting Documents:** Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**8. Date-Stamped Copy:** To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

**9. Signature:**
Check the appropriate box.
■ I am the creditor.   ☐ I am the creditor's authorized agent. (Attach copy of power of attorney, if any.)   ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)   ☐ I am a guarantor, surety, endorser, or other codebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: JASWINDER SUNNER
Title:
Company: ___ Address and telephone number (if different from notice address above):

(Signature): *Jay Sunner*    (Date): Nov-27-2024

Telephone number:    email: Jassunner@hotmail.com

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*



| Direct Investing | **RBC Direct Investing Inc.** |
|---|---|
| | ORDER EXECUTION ONLY ACCOUNT |

P O BOX 50 ROYAL BANK PLAZA
TORONTO ON M5J 2W7

ADPRB10720_8393639_001 E 4878 04878
>JASWINDER SUNNER
2035 61ST AVE E
VANCOUVER BC V5P 2K4

## Confirmation Notice

DATE
NOVEMBER 16, 2022

ACCOUNT NO    TYPE
267-3028417    TFSA

**FOR SETTLEMENT IN THIS OFFICE**
P O BOX 75 200 BAY ST ON M5J2Z5
TEL (800) 769-2560

AS AGENTS WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT TRADED ON ONE OR MORE MARKETPLACES OR MARKETS DETAILS AVAILABLE UPON REQUEST

**SETTLEMENT DATE**          **NOVEMBER 18, 2022**

| TRANSACTION TYPE | | | **BOUGHT** |
|---|---|---|---|
| Quantity | Security Description | | Unit Price |
| 1 936 | METAMATERIAL EXCHANGECO INC COMMON UNSOLICITED AVG PRICE SHOWN DETAILS ON REQ DA | @ | 2 49C$ |



| GROSS AMOUNT | 4,820 64 |
|---|---|
| COMMISSION | 9 95 |
| SUB TOTAL | 4,830 59 C$ |
| NET AMOUNT | 4,830 59 C$ |

**CLIENT NAME**                >JASWINDER SUNNER
**ACCOUNT NO**                 267 3028417  TFSA
**INVESTMENT REPRESENTATIVE**  ONLINE INVESTNG
I R NO 4GC

REFERENCE W6834  /  CUSIP CA59134L1085  /  SECURITY NO M067926  /  ORDER NO 396834  /  INTERNAL CODES UN TL  /  688 A

Member Canadian Investor Protection Fund ®/™ Trademark(s) of Royal Bank of Canada Used under licence © Royal Bank of Canada 2019 All rights reserved

ADPRB10720_8393639_001 00009755 E 4878

**MMAT – SOLD AT LOSS**