NVB 3001 (Effective 1/21)

**UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA**

| | | PROOF OF INTEREST |
|---|---|---|
| Name of Debtor: Meta Materials Inc. | Case Number: 24-50792 | |

1. **Name and address of holder of the Equity Interest** (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

   Jon Erik Copeland
   849 Blair Avenue, Apt. #4
   Sunnyvale, CA 94087

   Telephone Number: 408-886-1737

   ☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

   ■ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

   ☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

   **U.S. BANKRUPTCY COURT**
   **MARY A. SCHOTT, CLERK**
   **RECEIVED AND FILED**
   **DEC 0 6 2024**

   COURT USE ONLY

**NOTE:** This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

Account or other number by which Interest holder identifies Debtor:
226914236, Z07908526, 205104868, 211684149, 243196229, 233251511

Check here if this claim:
☐ replaces a previously filed Proof of Interest dated: _____
☐ amends a previously filed Proof of Interest dated: _____

2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:
   Fidelity Investments, P O Box 28019, Albuquerque, NM 87125-8019
   Telephone Number: 800-343-3548

3. Date Equity Interest was acquired:
   Acquired through 14 trades, 03/09/2022 - 01/11/2024

4. Total amount of member interest: 16,711.182 shares

5. Certificate number(s): _____

6. **Type of Equity Interest:**
   Please indicate the type of Equity Interest you hold:
   ■ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
   ☐ Check this box if your Equity Interest is based on anything else and describe that interest:
   Description: Investor

7. **Supporting Documents:** Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
   DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. **Date-Stamped Copy:** To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

9. **Signature:**
Check the appropriate box.
■ I am the creditor.   ☐ I am the creditor's authorized agent.   ☐ I am the trustee, or the debtor,   ☐ I am a guarantor, surety, endorser, or other codebtor.
(Attach copy of power of attorney, if any.) or their authorized agent. (See Bankruptcy Rule 3005.)
(See Bankruptcy Rule 3004.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: Jon Erik Copeland
Title:
Company:__Address and telephone number (if different from notice address above):

(Signature)   03 DEC 2024 (Date)
Telephone number: 408-886-1737   email: jon_copeland@mac.com

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

Print Form | Save Form | Clear Form

MMAT Trades

| Ticker | Account | Account Name | Date | Shares | Price | Extended Cost |
|---|---|---|---|---|---|---|
| MMAT | Z07908526 | Meta Materials | 3/9/22 | 74.000 | $1.60 | $118.40 |
| MMAT | 205104868 | 401k Rollover | 3/11/22 | 0.182 | $1.59 | $0.29 |
| MMAT | 205104868 | 401k Rollover | 3/11/22 | 1,069.000 | $1.59 | $1,699.71 |
| MMAT | 211684149 | SEP-IRA | 4/18/22 | 1,000.000 | $1.46 | $1,460.00 |
| MMAT | 211684149 | SEP-IRA | 11/8/22 | 408.000 | $1.37 | $558.96 |
| MMAT | 243196229 | Roth IRA | 11/22/22 | 4,518.000 | $2.00 | $9,036.00 |
| MMAT | Z07908526 | Meta Materials | 11/22/22 | 8,347.000 | $2.00 | $16,694.00 |
| MMAT | Z07908526 | Meta Materials | 12/16/22 | 1.000 | $1.25 | $1.25 |
| MMAT | 226914236 | Traditional IRA | 1/30/23 | 3.000 | $0.98 | $2.94 |
| MMAT | 233251511 | NL 401k Rollover | 1/30/23 | 4.000 | $0.98 | $3.92 |
| MMAT | 211684149 | SEP-IRA | 1/30/23 | 11.000 | $0.98 | $10.77 |
| MMAT | 205104868 | 401k Rollover | 1/30/23 | 16.000 | $0.98 | $15.67 |
| MMAT | Z07908526 | Meta Materials | 1/30/23 | 4.000 | $0.98 | $3.92 |
| MMAT | 243196229 | Roth IRA | 1/11/24 | 1,256.000 | $0.06 | $74.23 |
| | | | | 16,711.182 | | $29,680.05 |

12/3/2024



JON ERIK COPELAND
849 BLAIR AVE APT 4
APT 503
SUNNYVALE CA 94087-1114

November 12, 2024

Dear Fidelity Investor:

Enclosed are the document(s) you recently requested. We hope the information is helpful.

To learn more about Fidelity's products and services, please visit us at Fidelity.com. If you have any questions, please call us at 800-544-8666 and refer to file number W792004-08NOV24. Customer Service Associates are available to take your call 24 hours a day, seven days a week. Thank you for choosing Fidelity Investments as your financial service provider.

Sincerely,

Fidelity Investments

Our file: W792004-08NOV24

Enclosure(s)

A667648

P.O. Box 770001
Cincinnati, OH 45277-0002

Brokerage Services provided by
Fidelity Brokerage Services LLC,
Member NYSE, SIPC
Clearing, custody,
and settlement services by
National Financial Services LLC
Member NYSE, SIPC



PO Box 28019
Albuquerque, NM 87125-8019

**Transaction Confirmation**
**Confirm Date: March 9, 2022**

Page 1 of 1

Brokerage Account Number
\*\*\*\*\*8526 INDIVIDUAL - TOD

**JON ERIK COPELAND**

9900142767

JON ERIK COPELAND
130 E. SAN FERNANDO STREET
APT 503
SAN JOSE CA 95112-7414

| Online | Fidelity.com |
| FAST®-Automated Telephone | 800-544-5555 |
| Premium Services | 800-544-4442 |
| 8am - 11pm ET, Mon - Fri | |

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 22068-1HH62P | 1* | WO# | 03-09-22 | 03-11-22 | 59134N104 | 22068-HZBWD | | |
| You Bought | | | DESCRIPTION and DISCLOSURES | | | | | |
| | | 74 | META MATERIALS INC COM | | | Principal Amount | | 118.40 |
| at | | | ISIN #US59134N1046 SEDOL #BKSCVX7 | | | Settlement Amount | | 118.40 |
| | | 1.6000 | WE HAVE ACTED AS AGENT. | | | | | |
| Symbol: | | | | | | | | |
| MMAT | | | | | | | | |

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE     9900142767

JON ERIK COPELAND
130 E. SAN FERNANDO STREET
APT 503
SAN JOSE CA 95112-7414

If you are eligible to make a deposit, please use this form for investments in your brokerage account \*\*\*\*\*8526    only.

| AMOUNT OF INVESTMENT | $ |

If there are sufficient funds in your brokerage core account (or margin account), Fidelity will use those funds to cover the trade(s) on this confirm. If you wish to deposit additional money, use this deposit slip and make checks payable to: NATIONAL FINANCIAL SERVICES LLC. Deposits will be made to the account listed above. Please mail checks to the Fidelity address on this form. Refer to the last page for instructions on depositing certificates.

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH  45277-0003

FIDELITY BROKERAGE SERVICES LLC, MEMBER NYSE, SIPC

099  0Z07908526   00    000



PO Box 28019
Albuquerque, NM 87125-8019

**Transaction Confirmation**
**Confirm Date: March 11, 2022**

Page 1 of 1

Brokerage Account Number
*****4868 IRA - ROLLOVER

**JON ERIK COPELAND**

9900251612

FMT CO CUST IRA ROLLOVER
FBO JON ERIK COPELAND
130 E. SAN FERNANDO STREET
APT 503
SAN JOSE CA 95112-7414

| Online | Fidelity.com |
| FAST®-Automated Telephone | 800-544-5555 |
| Premium Services | 800-544-4442 |
| 8am - 11pm ET, Mon - Fri | |

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 22070-1CM59F | 1* | WO# | 03-11-22 | 03-15-22 | 59134N104 | 22070-DHWXF | | |
| You Bought | | | DESCRIPTION and DISCLOSURES | | | | | |
| | .182 | | META MATERIALS INC COM | | | Principal Amount | | 0.29 |
| at | 1.5900 | | ISIN #US59134N1046 SEDOL #BKSCVX7 | | | Settlement Amount | | 0.29 |
| Symbol: | | | WE HAVE ACTED AS AGENT. | | | | | |
| MMAT | | | PARTIAL EXECUTION | | | | | |

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 22070-1CM6GQ | 1* | WO# | 03-11-22 | 03-15-22 | 59134N104 | 22070-DHWXF | | |
| You Bought | | | DESCRIPTION and DISCLOSURES | | | | | |
| | 1,069 | | META MATERIALS INC COM | | | Principal Amount | | 1,699.71 |
| at | 1.5900 | | ISIN #US59134N1046 SEDOL #BKSCVX7 | | | Settlement Amount | | 1,699.71 |
| Symbol: | | | WE HAVE ACTED AS AGENT. | | | | | |
| MMAT | | | PARTIAL EXECUTION | | | | | |

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE             9900251612

---

FMT CO CUST IRA ROLLOVER
FBO JON ERIK COPELAND
130 E. SAN FERNANDO STREET
APT 503
SAN JOSE CA 95112-7414

If you are eligible to make a deposit, please use this form for investments in your brokerage account *****4868    only.

| AMOUNT OF INVESTMENT | $ |

If there are sufficient funds in your brokerage core account (or margin account), Fidelity will use those funds to cover the trade(s) on this confirm. If you wish to deposit additional money, use this deposit slip and make checks payable to: NATIONAL FINANCIAL SERVICES LLC. Deposits will be made to the account listed above. Please mail checks to the Fidelity address on this form. Refer to the last page for instructions on depositing certificates.

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH  45277-0003

FIDELITY BROKERAGE SERVICES LLC, MEMBER NYSE, SIPC

099 0205104868    00    000



PO Box 28019
Albuquerque, NM 87125-8019

**Transaction Confirmation**
**Confirm Date: April 18, 2022**

Page 1 of 1

Brokerage Account Number
*****4149 IRA - SIMPLIFIED EMPLOYEE PENSION PLAN

9900316130

**JON ERIK COPELAND**

FMT CO CUST IRA SEPP
FBO JON ERIK COPELAND
130 E. SAN FERNANDO STREET
APT 503
SAN JOSE CA 95112-7414

| Online | Fidelity.com |
| FAST®-Automated Telephone | 800-544-5555 |
| Premium Services | 800-544-4442 |
| 8am - 11pm ET, Mon - Fri | |
| Retirement Representative | 800-544-5373 |

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 22108-1BFTWJ | 1* | WO# | 04-18-22 | 04-20-22 | 59134N104 | 22106-BDTX7 | | |
| You Bought | | | | DESCRIPTION and DISCLOSURES | | | | |
| | | | 1,000 | META MATERIALS INC COM | | Principal Amount | | 1,460.00 |
| at | | | 1.4600 | ISIN #US59134N1046 SEDOL #BKSCVX7 | | Settlement Amount | | 1,460.00 |
| Symbol:<br>MMAT | | | | WE HAVE ACTED AS AGENT. | | | | |

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE

9900316130

FMT CO CUST IRA SEPP
FBO JON ERIK COPELAND
130 E. SAN FERNANDO STREET
APT 503
SAN JOSE CA 95112-7414

If you are eligible to make a deposit, please use this form for investments in your brokerage account *****4149   only.

| AMOUNT OF INVESTMENT | $ |

If there are sufficient funds in your brokerage core account (or margin account), Fidelity will use those funds to cover the trade(s) on this confirm. If you wish to deposit additional money, use this deposit slip and make checks payable to: NATIONAL FINANCIAL SERVICES LLC. Deposits will be made to the account listed above. Please mail checks to the Fidelity address on this form. Refer to the last page for instructions on depositing certificates.

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH  45277-0003

FIDELITY BROKERAGE SERVICES LLC, MEMBER NYSE, SIPC

099 0211684149   00   000



PO Box 28019
Albuquerque, NM 87125-8019

| | |
|---|---|
| **Transaction Confirmation** | Page 1 of 1 |
| **Confirm Date: November 8, 2022** | |

Brokerage Account Number
*****4149 **IRA - SIMPLIFIED EMPLOYEE PENSION PLAN**

9900227830

**JON ERIK COPELAND**

FMT CO CUST IRA SEPP
FBO JON ERIK COPELAND
130 E. SAN FERNANDO STREET
APT 503
SAN JOSE CA 95112-7414

| | |
|---|---|
| Online | Fidelity.com |
| FAST®-Automated Telephone | 800-544-5555 |
| Premium Services | 800-544-4442 |
| 8am - 11pm ET, Mon - Fri | |
| Retirement Representative | 800-544-5373 |

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 22312-1BFQBM | 1* | WO# | 11-08-22 | 11-10-22 | 59134N104 | 22311-HQAQD | | |
| You Bought | | | DESCRIPTION and DISCLOSURES | | | | | |
| | | | META MATERIALS INC COM | | | Principal Amount | | 558.96 |
| | 408 | | ISIN #US59134N1046 SEDOL #BKSCVX7 | | | Settlement Amount | | 558.96 |
| at | 1.3700 | | WE HAVE ACTED AS AGENT. | | | | | |
| Symbol: | | | | | | | | |
| MMAT | | | | | | | | |

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE          9900227830

FMT CO CUST IRA SEPP
FBO JON ERIK COPELAND
130 E. SAN FERNANDO STREET
APT 503
SAN JOSE CA 95112-7414

If you are eligible to make a deposit, please use this form for investments in your brokerage account *****4149   only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

If there are sufficient funds in your brokerage core account (or margin account), Fidelity will use those funds to cover the trade(s) on this confirm. If you wish to deposit additional money, use this deposit slip and make checks payable to: NATIONAL FINANCIAL SERVICES LLC. Deposits will be made to the account listed above. Please mail checks to the Fidelity address on this form. Refer to the last page for instructions on depositing certificates.

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH 45277-0003

FIDELITY BROKERAGE SERVICES LLC, MEMBER NYSE, SIPC

099  0211684149   00   000



PO Box 28019
Albuquerque, NM 87125-8019

Transaction Confirmation
Confirm Date: November 22, 2022

Page 1 of 1

Brokerage Account Number
*****6229 ROTH IRA

**JON ERIK COPELAND**

9900312262

FMTC CUSTODIAN - ROTH IRA
FBO JON ERIK COPELAND
130 E. SAN FERNANDO STREET
APT 503
SAN JOSE CA 95112-7414

Online                              Fidelity.com
FAST®-Automated Telephone            800-544-5555
Premium Services                    800-544-4442
8am - 11pm ET, Mon - Fri

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 22326-0B22JP | 1* | WO# | 11-22-22 | 11-25-22 | 59134N104 | 22326-GZDFF | | |
| You Bought | | 4,518 | DESCRIPTION and DISCLOSURES<br>META MATERIALS INC COM<br>ISIN #US59134N1046 SEDOL #BKSCVX7 | | | Principal Amount<br>Settlement Amount | 9,036.00<br>9,036.00 | |
| at | | 2.0000 | WE HAVE ACTED AS AGENT. | | | | | |
| Symbol:<br>MMAT | | | | | | | | |

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE          9900312262

FMTC CUSTODIAN - ROTH IRA
FBO JON ERIK COPELAND
130 E. SAN FERNANDO STREET
APT 503
SAN JOSE CA 95112-7414

If you are eligible to make a deposit, please use this form for investments in your brokerage account *****6229    only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

If there are sufficient funds in your brokerage core account (or margin account), Fidelity will use those funds to cover the trade(s) on this confirm. If you wish to deposit additional money, use this deposit slip and make checks payable to: NATIONAL FINANCIAL SERVICES LLC. Deposits will be made to the account listed above. Please mail checks to the Fidelity address on this form. Refer to the last page for instructions on depositing certificates.

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH  45277-0003

FIDELITY BROKERAGE SERVICES LLC, MEMBER NYSE, SIPC

099  0243196229    00    000



PO Box 28019
Albuquerque, NM 87125-8019

Transaction Confirmation
Confirm Date: November 22, 2022

Page 1 of 1

Brokerage Account Number
*****8526 INDIVIDUAL - TOD

**JON ERIK COPELAND**

9900128263

JON ERIK COPELAND
130 E. SAN FERNANDO STREET
APT 503
SAN JOSE CA 95112-7414

Online — Fidelity.com
FAST®-Automated Telephone — 800-544-5555
Premium Services — 800-544-4442
8am - 11pm ET, Mon - Fri

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 22326-1BDV9C | 1* | WO# | 11-22-22 | 11-25-22 | 59134N104 | 22326-GZC94 | | |
| You Bought<br>   at<br>Symbol:<br>MMAT | | 8,347<br>2.0000 | DESCRIPTION and DISCLOSURES<br>META MATERIALS INC COM<br>ISIN #US59134N1046 SEDOL #BKSCVX7<br>WE HAVE ACTED AS AGENT. | | | Principal Amount<br>Settlement Amount | 16,694.00<br>16,694.00 | |

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE

9900128263

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

JON ERIK COPELAND
130 E. SAN FERNANDO STREET
APT 503
SAN JOSE CA 95112-7414

If you are eligible to make a deposit, please use this form for investments in your brokerage account *****8526 only.

| AMOUNT OF INVESTMENT | $ |

If there are sufficient funds in your brokerage core account (or margin account), Fidelity will use those funds to cover the trade(s) on this confirm. If you wish to deposit additional money, use this deposit slip and make checks payable to: NATIONAL FINANCIAL SERVICES LLC. Deposits will be made to the account listed above. Please mail checks to the Fidelity address on this form. Refer to the last page for instructions on depositing certificates.

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH 45277-0003

FIDELITY BROKERAGE SERVICES LLC, MEMBER NYSE, SIPC

099 0Z07908526 00 000



PO Box 28019
Albuquerque, NM 87125-8019

**Transaction Confirmation**
**Confirm Date: December 16, 2022**                Page 1 of 1

Brokerage Account Number
*****8526 **INDIVIDUAL - TOD**

**JON ERIK COPELAND**

9900144620

JON ERIK COPELAND
130 E. SAN FERNANDO STREET
APT 503
SAN JOSE CA 95112-7414

Online                              Fidelity.com
FAST®-Automated Telephone           800-544-5555
Premium Services                    800-544-4442
8am - 11pm ET, Mon - Fri

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 22350-1CT05R | 1* | WO# | 12-16-22 | 12-20-22 | 59134N104 | 22346-HLO5A | | |

You Bought                DESCRIPTION and DISCLOSURES
                          META MATERIALS INC COM              Principal Amount       1.25
          1               ISIN #US59134N1046 SEDOL #BKSCVX7    Settlement Amount      1.25
   at    1.2500           WE HAVE ACTED AS AGENT.
Symbol:
MMAT

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE           9900144620

JON ERIK COPELAND
130 E. SAN FERNANDO STREET
APT 503
SAN JOSE CA 95112-7414

If you are eligible to make a deposit, please use this form for investments in your brokerage account *****8526    only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

If there are sufficient funds in your brokerage core account (or margin account), Fidelity will use those funds to cover the trade(s) on this confirm. If you wish to deposit additional money, use this deposit slip and make checks payable to: NATIONAL FINANCIAL SERVICES LLC. Deposits will be made to the account listed above. Please mail checks to the Fidelity address on this form. Refer to the last page for instructions on depositing certificates.

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH  45277-0003

FIDELITY BROKERAGE SERVICES LLC, MEMBER NYSE, SIPC

099  0Z07908526    00    000



PO Box 28019
Albuquerque, NM 87125-8019

**Transaction Confirmation**
**Confirm Date: January 30, 2023**

Page 1 of 1

Brokerage Account Number
**\*\*\*\*\*1511 IRA - ROLLOVER**

**JON ERIK COPELAND**

9900366611

FMT CO CUST IRA ROLLOVER
FBO JON ERIK COPELAND
130 E. SAN FERNANDO STREET
APT 503
SAN JOSE CA 95112-7414

Online — Fidelity.com
FAST®-Automated Telephone — 800-544-5555
Premium Services — 800-544-4442
8am - 11pm ET, Mon - Fri

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 23030-1J8FWG | 1* | WO# | 01-30-23 | 02-01-23 | 59134N104 | 23030-HQAZF | | |
| You Bought | | | DESCRIPTION and DISCLOSURES | | | | | |
| | 4 | | META MATERIALS INC COM | | | Principal Amount | | 3.92 |
| at | .9792 | | ISIN #US59134N1046 SEDOL #BKSCVX7 | | | Settlement Amount | | 3.92 |
| Symbol: MMAT | | | WE HAVE ACTED AS AGENT. | | | | | |

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE

9900366611

FMT CO CUST IRA ROLLOVER
FBO JON ERIK COPELAND
130 E. SAN FERNANDO STREET
APT 503
SAN JOSE CA 95112-7414

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH 45277-0003

If you are eligible to make a deposit, please use this form for investments in your brokerage account \*\*\*\*\*1511 only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

If there are sufficient funds in your brokerage core account (or margin account), Fidelity will use those funds to cover the trade(s) on this confirm. If you wish to deposit additional money, use this deposit slip and make checks payable to: NATIONAL FINANCIAL SERVICES LLC. Deposits will be made to the account listed above. Please mail checks to the Fidelity address on this form. Refer to the last page for instructions on depositing certificates.

FIDELITY BROKERAGE SERVICES LLC, MEMBER NYSE, SIPC

099  0233251511  00  000



PO Box 28019
Albuquerque, NM 87125-8019

**Transaction Confirmation**
**Confirm Date: January 30, 2023**

Page 1 of 1

Brokerage Account Number
*****4149 IRA - SIMPLIFIED EMPLOYEE PENSION PLAN

9900268891

**JON ERIK COPELAND**

FMT CO CUST IRA SEPP
FBO JON ERIK COPELAND
130 E. SAN FERNANDO STREET
APT 503
SAN JOSE CA 95112-7414

| | |
|---|---|
| Online | Fidelity.com |
| FAST®-Automated Telephone | 800-544-5555 |
| Premium Services | 800-544-4442 |
| 8am - 11pm ET, Mon - Fri | |
| Retirement Representative | 800-544-5373 |

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 23030-1JWN9T | 1* | WO# | 01-30-23 | 02-01-23 | 59134N104 | 23030-HP4VW | | |
| You Bought | | | DESCRIPTION and DISCLOSURES | | | | | |
| | 11 | | META MATERIALS INC COM | | | Principal Amount | | 10.77 |
| at | .9793 | | ISIN #US59134N1046 SEDOL #BKSCVX7 | | | Settlement Amount | | 10.77 |
| Symbol: | | | WE HAVE ACTED AS AGENT. | | | | | |
| MMAT | | | | | | | | |

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE           9900268891

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

FMT CO CUST IRA SEPP
FBO JON ERIK COPELAND
130 E. SAN FERNANDO STREET
APT 503
SAN JOSE CA 95112-7414

If you are eligible to make a deposit, please use this form for investments in your brokerage account *****4149    only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

If there are sufficient funds in your brokerage core account (or margin account), Fidelity will use those funds to cover the trade(s) on this confirm. If you wish to deposit additional money, use this deposit slip and make checks payable to: NATIONAL FINANCIAL SERVICES LLC. Deposits will be made to the account listed above. Please mail checks to the Fidelity address on this form. Refer to the last page for instructions on depositing certificates.

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH  45277-0003

FIDELITY BROKERAGE SERVICES LLC, MEMBER NYSE, SIPC

099  0211684149    00    000



PO Box 28019
Albuquerque, NM 87125-8019

Transaction Confirmation  Page 1 of 1
Confirm Date: January 30, 2023

Brokerage Account Number
*****4868 IRA - ROLLOVER

**JON ERIK COPELAND**

9900263904

FMT CO CUST IRA ROLLOVER
FBO JON ERIK COPELAND
130 E. SAN FERNANDO STREET
APT 503
SAN JOSE CA 95112-7414

Online                              Fidelity.com
FAST®-Automated Telephone           800-544-5555
Premium Services                    800-544-4442
8am - 11pm ET, Mon - Fri

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 23030-1JWPBR | 1* | WO# | 01-30-23 | 02-01-23 | 59134N104 | 23030-HP2TG | | |
| You Bought | | | DESCRIPTION and DISCLOSURES | | | | | |
| | 16 | | META MATERIALS INC COM | | | Principal Amount | | 15.67 |
| at | .9793 | | ISIN #US59134N1046 SEDOL #BKSCVX7 | | | Settlement Amount | | 15.67 |
| Symbol: | | | WE HAVE ACTED AS AGENT. | | | | | |
| MMAT | | | | | | | | |

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE     9900263904

FMT CO CUST IRA ROLLOVER
FBO JON ERIK COPELAND
130 E. SAN FERNANDO STREET
APT 503
SAN JOSE CA 95112-7414

If you are eligible to make a deposit, please use this form for investments in your brokerage account *****4868   only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

If there are sufficient funds in your brokerage core account (or margin account), Fidelity will use those funds to cover the trade(s) on this confirm. If you wish to deposit additional money, use this deposit slip and make checks payable to: NATIONAL FINANCIAL SERVICES LLC. Deposits will be made to the account listed above. Please mail checks to the Fidelity address on this form. Refer to the last page for instructions on depositing certificates.

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH  45277-0003

FIDELITY BROKERAGE SERVICES LLC, MEMBER NYSE, SIPC

099 0205104868   00   000



PO Box 28019
Albuquerque, NM 87125-8019

**Transaction Confirmation**  Page 1 of 1
Confirm Date: January 30, 2023

Brokerage Account Number
**\*\*\*\*\*8526 INDIVIDUAL - TOD**

**JON ERIK COPELAND**

9900145330

JON ERIK COPELAND
130 E. SAN FERNANDO STREET
APT 503
SAN JOSE CA 95112-7414

Online                                      Fidelity.com
FAST®-Automated Telephone   800-544-5555
Premium Services                     800-544-4442
8am - 11pm ET, Mon - Fri

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 23030-1JWPCD | 1* | WO# | 01-30-23 | 02-01-23 | 59134N104 | 23030-HP0FX | | |

You Bought                DESCRIPTION and DISCLOSURES
                    4       META MATERIALS INC COM                  Principal Amount              3.92
    at                      ISIN #US59134N1046 SEDOL #BKSCVX7        Settlement Amount             3.92
    .9792                   WE HAVE ACTED AS AGENT.
Symbol:
MMAT

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE                       9900145330

JON ERIK COPELAND
130 E. SAN FERNANDO STREET
APT 503
SAN JOSE CA 95112-7414

If you are eligible to make a deposit, please use this form for investments in your brokerage account *****8526   only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

If there are sufficient funds in your brokerage core account (or margin account), Fidelity will use those funds to cover the trade(s) on this confirm. If you wish to deposit additional money, use this deposit slip and make checks payable to: NATIONAL FINANCIAL SERVICES LLC. Deposits will be made to the account listed above. Please mail checks to the Fidelity address on this form. Refer to the last page for instructions on depositing certificates.

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH  45277-0003

FIDELITY BROKERAGE SERVICES LLC, MEMBER NYSE, SIPC

099  0Z07908526   00    000



PO Box 28019
Albuquerque, NM 87125-8019

**Transaction Confirmation**
**Confirm Date: January 30, 2023**

Page 1 of 1

Brokerage Account Number
*****4236 IRA

9900328920

**JON ERIK COPELAND**

FMT CO CUST IRA
FBO JON ERIK COPELAND
130 E. SAN FERNANDO STREET
APT 503
SAN JOSE CA 95112-7414

| Online | Fidelity.com |
| FAST®-Automated Telephone | 800-544-5555 |
| Premium Services | 800-544-4442 |
| 8am - 11pm ET, Mon - Fri | |

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 23030-1J6M1R | 1* | WO# | 01-30-23 | 02-01-23 | 59134N104 | 23030-HP88G | | |
| You Bought | | | DESCRIPTION and DISCLOSURES | | | | | |
| | | 3 | META MATERIALS INC COM | | | Principal Amount | | 2.94 |
| at | | .9792 | ISIN #US59134N1046 SEDOL #BKSCVX7 | | | Settlement Amount | | 2.94 |
| Symbol: | | | WE HAVE ACTED AS AGENT. | | | | | |
| MMAT | | | | | | | | |

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE    9900328920

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

FMT CO CUST IRA
FBO JON ERIK COPELAND
130 E. SAN FERNANDO STREET
APT 503
SAN JOSE CA 95112-7414

If you are eligible to make a deposit, please use this form for investments in your brokerage account *****4236   only.

| AMOUNT OF INVESTMENT | $ |

If there are sufficient funds in your brokerage core account (or margin account), Fidelity will use those funds to cover the trade(s) on this confirm. If you wish to deposit additional money, use this deposit slip and make checks payable to: NATIONAL FINANCIAL SERVICES LLC. Deposits will be made to the account listed above. Please mail checks to the Fidelity address on this form. Refer to the last page for instructions on depositing certificates.

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH 45277-0003

FIDELITY BROKERAGE SERVICES LLC, MEMBER NYSE, SIPC

099 0226914236   00   000



PO Box 28019
Albuquerque, NM 87125-8019

**Transaction Confirmation**  Page 1 of 1
**Confirm Date: January 11, 2024**

Brokerage Account Number
*****6229 ROTH IRA**

**JON ERIK COPELAND**

9900467787

FMTC CUSTODIAN - ROTH IRA
FBO JON ERIK COPELAND
130 E. SAN FERNANDO STREET
APT 503
SAN JOSE CA 95112-7414

| Online | Fidelity.com |
| FAST®-Automated Telephone | 800-544-5555 |
| Premium Services | 800-544-4442 |
| 8am - 11pm ET, Mon - Fri | |

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 24011-0D15RC | 1* | WO# | 01-11-24 | 01-16-24 | 59134N104 | 24011-DWOCE | | |
| You Bought | | | DESCRIPTION and DISCLOSURES | | | | | |
| | | 1,256 | META MATERIALS INC COM | | | Principal Amount | | 74.23 |
| at | | .0591 | ISIN #US59134N1046 SEDOL #BKSCVX7 | | | Settlement Amount | | 74.23 |
| Symbol: | | | WE HAVE ACTED AS AGENT. | | | | | |
| MMAT | | | PARTIAL EXECUTION | | | | | |

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE    9900467787

FMTC CUSTODIAN - ROTH IRA
FBO JON ERIK COPELAND
130 E. SAN FERNANDO STREET
APT 503
SAN JOSE CA 95112-7414

If you are eligible to make a deposit, please use this form for investments in your brokerage account *****6229   only.

| AMOUNT OF INVESTMENT | $ |

If there are sufficient funds in your brokerage core account (or margin account), Fidelity will use those funds to cover the trade(s) on this confirm. If you wish to deposit additional money, use this deposit slip and make checks payable to: NATIONAL FINANCIAL SERVICES LLC. Deposits will be made to the account listed above. Please mail checks to the Fidelity address on this form. Refer to the last page for instructions on depositing certificates.

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH 45277-0003

FIDELITY BROKERAGE SERVICES LLC, MEMBER NYSE, SIPC

099 0243196229   00   000