NVB 3001 (Effective 1/21)

**UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA**

**PROOF OF INTEREST**

| Name of Debtor | Case Number |
|---|---|
| Meta Materials | 24-50792-hlb |

**1** Name and address of holder of the Equity Interest (the person or entity holding an Equity Interest in the Debtor Referred to hereinafter as the Interest holder )

Christina Tully
601 Parkdale Ave
Rochester, MI 48307

Telephone Number: 248 953 7895

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest Attach copy of statement giving particulars

☑ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors

NOTE This form SHOULD NOT be used to make a claim against the Debtor for money owed A separate Proof of Claim form should be used for that purpose This form should only be used to assert an Equity Interest in the Debtor An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

**COURT USE ONLY**

Account or other number by which Interest holder identifies Debtor
8467-3117

Check here if this claim
☐ replaces a previously filed Proof of Interest dated _____
☐ amends a previously filed Proof of Interest dated _____

**2** Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest

Charles Schwab

Telephone Number: 800-435-4000

**3** Date Equity Interest was acquired

Included in details of additional paperwork

**4** Total amount of member interest _____118_____

**5** Certificate number(s) _____

**6** Type of Equity Interest
Please indicate the type of Equity Interest you hold
☑ Check this box if your Equity Interest is based on an actual member interest held in the Debtor
☐ Check this box if your Equity Interest is based on anything else and describe that interest
Description: Investor

**7** Supporting Documents Attach copies of supporting documents such as stock certificates option agreements, warrants, etc
DO NOT SEND ORIGINAL DOCUMENTS If the documents are not available, explain If the documents are voluminous, attach a summary

**8** Date-Stamped Copy To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest

**9** Signature
Check the appropriate box
☑ I am the creditor   ☐ I am the creditor's authorized agent (Attach copy of power of attorney, if any)   ☐ I am the trustee or the debtor or their authorized agent (See Bankruptcy Rule 3004)   ☐ I am a guarantor surety, endorser, or other codebtor (See Bankruptcy Rule 3005)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge information, and reasonable belief

Print Name: Christina Tully
Title: _____
Company __ Address and telephone number (if different from notice address above)

(Signature) *[signed]*   (Date) 12/1/2024

Telephone number: 248 953 7895   email: christinaacole@gmail.ca

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both 18 U S C §§ 152 AND 3571*

Lot Details  MMATQ - META MATLS INC CLASS EQUITY

⌘ Cost Basis Calculator   ● Help   ⬆ Export   ⊖ Print

| Open Date | Quantity | Price | Cost/Share | Market Value | Cost Basis | Gain/Loss $ | Gain/Loss / | Holding Period |
|---|---|---|---|---|---|---|---|---|
| 03/22/2023 | 27 781772 | $0 061 | $53 18 | $1 70 | $1 477 36 | $1 475 66 | 99 88% | Long Term |
| 01/26/2023 | 5 15218 | $0 061 | $99 96 | $0 31 | $515 00 | $514 69 | 99 94% | Long Term |
| 01/24/2023 | 10 004239 | $0 061 | $102 96 | $0 61 | $1 030 00 | $1 029 39 | 99 94% | Long Term |
| 01/10/2023 | 10 004239 | $0 061 | $110 95 | $0 61 | $1 110 00 | $1 109 39 | 99 95% | Long Term |
| 11/04/2022 | 2 801187 | $0 061 | $147 94 | $0 17 | $414 40 | $414 23 | 99 96% | Long Term |
| 11/03/2022 | 8 003391 | $0 061 | $135 94 | $0 49 | $1 088 00 | $1 087 51 | 99 95% | Long Term |
| 11/02/2022 | 3 001272 | $0 061 | $125 95 | $0 18 | $378 00 | $377 82 | 99 95% | Long Term |
| 08/18/2022 | 5 00212 | $0 061 | $87 96 | $0 31 | $440 00 | $439 69 | 99 93% | Long Term |
| 08/09/2022 | 11 11471 | $0 061 | $89 56 | $0 68 | $995 46 | $994 78 | 99 93% | Long Term |
| 02/03/2022 | 4 001696 | $0 061 | $168 93 | $0 24 | $676 00 | $675 76 | 99 96% | Long Term |
| 01/20/2022 | 0 550233 | $0 061 | $206 91 | $0 03 | $113 85 | $113 82 | 99 97% | Long Term |
| 01/18/2022 | 2 000848 | $0 061 | $204 91 | $0 12 | $410 00 | $409 88 | 99 97% | Long Term |
| 01/18/2022 | 0 420178 | $0 061 | $209 91 | $0 03 | $88 20 | $88 17 | 99 97% | Long Term |
| 01/10/2022 | 4 001696 | $0 061 | $222 91 | $0 24 | $892 00 | $891 76 | 99 97% | Long Term |
| 12/14/2021 | 2 000848 | $0 061 | $291 88 | $0 12 | $584 00 | $583 88 | 99 98% | Long Term |
| 12/14/2021 | 2 000848 | $0 061 | $291 88 | $0 12 | $584 00 | $583 88 | 99 98% | Long Term |
| 12/03/2021 | 4 001696 | $0 061 | $319 86 | $0 24 | $1 280 00 | $1 279 76 | 99 98% | Long Term |
| 11/30/2021 | 5 00212 | $0 061 | $349 85 | $0 31 | $1 750 00 | $1 749 69 | 99 98% | Long Term |
| 11/29/2021 | 3 001272 | $0 061 | $374 84 | $0 18 | $1 125 00 | $1 124 82 | 99 98% | Long Term |
| 06/25/2021 | 0 090038 | $0 061 | $987 58 | $0 01 | $88 92 | $88 91 | 99 99% | Long Term |
| 06/17/2021 | 1 500636 | $0 061 | $999 58 | $0 09 | $1 500 00 | $1 499 91 | 99 99% | Long Term |
| 04/16/2021 | 0 215091 | $0 061 | $291 88 | $0 01 | $62 78 | $62 77 | 99 98% | Long Term |
| 03/26/2021 | 2 50106 | $0 061 | $373 84 | $0 15 | $935 00 | $934 85 | 99 98% | Long Term |
| 03/04/2021 | 2 496058 | $0 061 | $455 81 | $0 15 | $1 137 72 | $1 137 57 | 99 99% | Long Term |
| 03/04/2021 | 0 500212 | $0 061 | $413 82 | $0 03 | $207 00 | $206 97 | 99 99% | Long Term |
| 03/04/2021 | 0 500212 | $0 061 | $412 82 | $0 03 | $206 50 | $206 47 | 99 99% | Long Term |
| 03/04/2021 | 0 350148 | $0 061 | $413 83 | $0 02 | $144 90 | $144 88 | 99 99% | Long Term |
| Total | 118 | | | $7 20 | $19 234 09 | $19 226 89 | 99 96% | |

[handwritten annotation: "Purchase dates"]



Schwab One® Account of

CHRISTINA A TULLY

Statement Period
October 1-31, 2024

## Positions - Summary

| Beginning Value as of 10/01 | + | Transfer of Securities(In/Out) | + | Dividends Reinvested | + | Cash Activity | + | Change in Market Value | = | Ending Value as of 10/31 | Cost Basis | Unrealized Gain/(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| $4,557 37 | + | $0 00 | + | $0 00 | + | $0 01 | + | ($215 59) | = | $4,341 79 | $37,676 95 ¹ | ($26,958 22) ¹ |

Values may not reflect all of your gains/losses Schwab has provided accurate gain and loss information wherever possible for most investments Cost basis may be incomplete or unavailable for some of your holdings and may change or be adjusted in certain cases Statement information should not be used for tax preparation instead refer to official tax documents For additional information refer to Terms and Conditions

## Cash and Cash Investments

| Type | Symbol | Description | Quantity | Price($) | Beginning Balance($) | Ending Balance($) | Change in Period Balance($) | Pending/Unsettled Cash($) | Interest/ Yield Rate | % of Acct |
|---|---|---|---|---|---|---|---|---|---|---|
| Bank Sweep | | TD BANK NA ˣ ᶻ | | | 69 71 | 69 72 | 0 01 | | 0 20% | 2% |
| **Total Cash and Cash Investments** | | | | | **$69 71** | **$69 72** | **$0 01** | | | **2%** |

## Positions - Equities

| Symbol | Description | Quantity | Price($) | Market Value($) | Cost Basis($) | Unrealized Gain/(Loss)($) | Est Yield | Est Annual Income($) | % of Acct |
|---|---|---|---|---|---|---|---|---|---|
| BTAEF | BETA ENERGY CORP       F | 150 0000 | 0 00050 | 0 08 | N/A ¹ | N/A ¹ | N/A | 0 00 | <1% |
| HNRC | CUNNINGHAM NAT RES CORP | 21,593 0000 | 0 02050 | 442 66 | 5,483 33 | (5,040 67) | N/A | 0 00 | 10% |
| MMATQ | META MATLS INC | 118 0000 | 0 07100 | 8 38 | 19,234 09 | (19,225 71) | N/A | 0 00 | <1% |
| NLST | NETLIST INC | 3,639 0000 | 1 05000 | 3,820 95 | 6,512 79 | (2,691 84) | N/A | 0 00 | 88% |
| | WORLDWIDE DIVERSIFIED HL | 10,797 0000 | 0 00000 | 0 00 | 0 00 ᵗ | 0 00 | N/A | 0 00 | |
| **Total Equities** | | | | **$4,272 07** | **$31,230 21** | **($26,958 22)** | | **$0 00** | **98%** |

## Positions - Unpriced Securities

| Symbol | Description | Quantity | Price($) | Market Value($) | Cost Basis($) | Unrealized Gain/(Loss)($) | Est Yield | Est Annual Income($) |
|---|---|---|---|---|---|---|---|---|
| | NEXT BRIDGE HYDROCARBONS | 4,424 0000 | | | 6,446 74 ¹ | | N/A ¹ | |
| **Total Unpriced Securities** | | | | **$0 00** | **$6,446 74** | **$0 00** | | **$0 00** |

Estimated Annual Income (EAI) and Estimated Yield ('EY') calculations are for informational purposes only The actual income and yield might be lower or higher than the estimated amounts EY is based upon EAI and the current price of the security and will fluctuate For certain types of securities the calculations could include a return of principal or capital gains in which case EAI and EY would be overstated EY and EAI are not promptly updated to reflect when an issuer has missed a regular payment or announced changes to future payments in which case EAI and EY will continue to display at a prior rate