NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | PROOF OF INTEREST |
|---|---|

Name of Debtor: **Meta Materials**

Case Number: **24-50792-hlb**

1. Name and address of holder of the Equity Interest (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

**Anna Mario Alfano**
**38 Impala Cres.**
**Woodbridge, Ontario**
**Canada L4L 3T8**

Telephone Number: **1-416-948-7142**

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

☑ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

**RECEIVED AND FILED**
**DEC - 6 2024**
**U.S. BANKRUPTCY COURT**
**MARY A. SCHOTT, CLERK**

COURT USE ONLY

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

Account or other number by which Interest holder identifies Debtor: **555-3321810**

Check here if this claim:
☐ replaces a previously filed Proof of Interest dated: _____
☐ amends a previously filed Proof of Interest dated: _____

2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:
**Scotia iTrade, P.O Box 4002 Station A Toronto ON. M5W 0G4**

Telephone Number: **1-800-472-6842**

3. Date Equity Interest was acquired:
**Nov 22, 2022**
**Nov 1, 2023**

4. Total amount of member interest: **3150**

5. Certificate number(s): **Ref # 6284, 65781**
**Order # 562640 & 565781**

6. Type of Equity Interest:
Please indicate the type of Equity Interest you hold:
☐ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
☐ Check this box if your Equity Interest is based on anything else and describe that interest.
Description: **Investor**

7. Supporting Documents: Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. Date-Stamped Copy: To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

9. Signature:
Check the appropriate box.
☑ I am the creditor.   ☐ I am the creditor's authorized agent. (Attach copy of power of attorney, if any.)   ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)   ☐ I am a guarantor, surety, endorser, or other codebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: **Anna Mario Alfano**
Title: _____
Company:___ Address and telephone number (if different from notice address above): ✓

(Signature): *Anna Alfano / Mario Alfano*
(Date): **Dec 4/24**

Telephone number: **1-416-948-7142**   email: **alfano3862@aol.com**

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

# Scotia iTRADE®

*44 KING STREET WEST, CONCOURSE LEVEL*
*TORONTO, ONTARIO M5H 1H1*

# Confirmation Notice

**ACCOUNT NO.**   **TYPE**
**555-3321810**   **CASH**

**FOR SETTLEMENT IN THIS OFFICE**

ANNA ALFANO AND           68**
MARIO ALFANO JTWROS
38 IMPALA CRES
WOODBRIDGE ON  L4L 3T8

---

|  |  |  |
|---|---|---|
| AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT OVER THE COUNTER – U.S.A. | | NOVEMBER 1, 2023 |
| | SETTLEMENT DATE | NOVEMBER 3, 2023 |
| | ACCOUNT NO. | 555-3321810-CASH |

| | | |
|---|---|---|
| AS PRINCIPAL, WE CONVERTED AT | | 1.408 |
| TRANSACTION TYPE | | BOUGHT |
| Quantity    Security Description | | Unit Price |
| 3,000    META MATLS INC COMMON STOCK STP PET EXCHANGE RATE   1.40800000 | @ | .12U$ |

| | |
|---|---|
| GROSS AMOUNT | 360.00 |
| COMMISSION | 9.99 |
| SUBTOTAL | 369.99 U$ |
| EXCHANGE | 150.96 |
| NET AMOUNT | 520.95 C$ |

---

| | | |
|---|---|---|
| **INVESTMENT REPRESENTATIVE** | TORONTO-PLAZA | REFERENCE G2840  /  CUSIP US59134N1046  / |
| IR No. | S20 | SECURITY NO. M067927  /  ORDER NO. 562840  /  A  65 |
| TEL. | (800) 263-3430 | |

Scotia iTRADE (Discount Broker – Order-Execution Only Accounts) is a division of Scotia Capital Inc. (SCI). SCI is a member of the Canadian Investor Protection Fund and the Investment Industry Regulatory Organization of Canada. Scotia iTRADE does not provide investment advice or recommendations and investors are responsible for their own investment decisions. This transaction is subject to the Agreement on the reverse side. ® Registered trademark of The Bank of Nova Scotia. Used under license.

CIPF
Canadian Investor Protection Fund
MEMBER



44 KING STREET WEST, CONCOURSE LEVEL
TORONTO, ONTARIO M5H 1H1

**Confirmation Notice**

ACCOUNT NO.  TYPE
555-3321810   CASH

**FOR SETTLEMENT IN THIS OFFICE**

ANNA ALFANO AND
MARIO ALFANO
116 GRACE ST
TORONTO ON  M6J 2S2

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT
OVER THE COUNTER – U.S.A.

NOVEMBER 22, 2022
SETTLEMENT DATE   NOVEMBER 25, 2022
ACCOUNT NO.       555-3321810-CASH

| | | | |
|---|---|---|---|
| AS PRINCIPAL, WE CONVERTED AT | | | 1.36 |
| TRANSACTION TYPE | | | BOUGHT |
| Quantity | Security Description | | Unit Price |
| 150 | META MATLS INC COMMON STOCK STP PET UNSOLICITED VIA INTERNET/LIMIT EXCHANGE RATE   1.36000000 | @ | 2.U$ |

GROSS AMOUNT     300.00
COMMISSION         9.99

SUB TOTAL        309.99 U$
EXCHANGE         111.60
NET AMOUNT       421.59 C$

| INVESTMENT REPRESENTATIVE | TORONTO-PLAZA | REFERENCE G5781  /  CUSIP US59134N1046  / |
| IR No. | S20 | SECURITY NO. M067927  /  ORDER NO. 565781  /  A  65 |
| TEL. | (800) 263-3430 | |

Scotia iTRADE (Discount Broker – Order-Execution Only Accounts) is a division of Scotia Capital Inc. (SCI). SCI is a member of the Canadian Investor Protection Fund and the Investment Industry Regulatory Organization of Canada. Scotia iTRADE does not provide investment advice or recommendations and investors are responsible for their own investment decisions. This transaction is subject to the Agreement on the reverse side. ® Registered trademark of The Bank of Nova Scotia. Used under license.

CIPF
Canadian Investor Protection Fund
MEMBER

P 1