NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | | **PROOF OF INTEREST** |
|---|---|---|
| Name of Debtor: **META MATERIALS** | Case Number: **24-50792-hlb** | |

1. Name and address of holder of the Equity Interest (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

   **WILLIAM PARSONS**
   **40 WINDWARD AVE**
   **DARTMOUTH, NOVA SCOTIA**
   **CANADA B2C 2H2**

   Telephone Number: **902 456 8031**

   ☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

   ☒ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

   ☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

   **RECEIVED AND FILED**
   **DEC - 6 2024**
   **U.S. BANKRUPTCY COURT**
   **MARY A. SCHOTT, CLERK**

   COURT USE ONLY

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

Account or other number by which Interest holder identifies Debtor:
**BMO ACCT# 225-81088 24**
**IB Acct# U1778323**

Check here if this claim:
☐ replaces a previously filed Proof of Interest dated: _____
☐ amends a previously filed Proof of Interest dated: _____

2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:

   **SEE ATTACHED**

   Telephone Number:

3. Date Equity Interest was acquired:
   **Nov 29, 2022 - Dec 8, 2022**

4. Total amount of member interest: **$12,692.71 USD**

5. Certificate number(s): _____

6. Type of Equity Interest:
   Please indicate the type of Equity Interest you hold:
   ☒ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
   ☐ Check this box if your Equity Interest is based on anything else and describe that interest:
   Description: **INVESTOR**

7. Supporting Documents: Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
   DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. Date-Stamped Copy: To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

9. Signature:
   Check the appropriate box.
   ☒ I am the creditor.   ☐ I am the creditor's authorized agent. (Attach copy of power of attorney, if any.)   ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)   ☐ I am a guarantor, surety, endorser, or other codebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: **WILLIAM PARSONS**
Title:
Company: Address and telephone number (if different from notice address above):

(Signature) **W Parsons**   (Date) **Dec 4, 2024**
Telephone number: **902 456 8031**   email: **bparsons2012@gmail.com**

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

# InteractiveBrokers

**Activity Statement**

December 5, 2022 - December 4, 2023

? Help

Interactive Brokers Canada Inc. 1800 McGill College Avenue, Suite 2106, Montreal, Quebec, Canada H3A 3J6

Member - Canadian Investor Protection Fund
Membre - Fonds canadien de protection des investisseurs

Regulated by CIRO — Canadian Investment Regulatory Organization
Réglementée par OCRI — Organisme canadien de réglementation des investissements

## Account Information

| Name | William M Parsons |
|---|---|
| Account | U1778323 |
| Account Type | Individual |
| Customer Type | Individual |
| Account Capabilities | Margin |
| Base Currency | USD |

## Net Asset Value

| | December 2, 2022 | | December 4, 2023 | | | |
|---|---|---|---|---|---|---|
| | Total | Long | Short | Total | Change | |
| Cash | 105.50 | 105.50 | 0.00 | 105.50 | 0.00 | |
| Stock | 925.00 | 34.95 | 0.00 | 34.95 | -890.05 | |
| **Total** | **1,030.50** | **140.45** | **0.00** | **140.45** | **-890.05** | |

## Time Weighted Rate of Return

-86.37%

## Mark-to-Market Performance Summary

| Symbol | Quantity | | Price | | Mark-to-Market P/L | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Prior | Current | Prior | Current | Position | Transaction | Commissions | Other | Total | Code |
| **Stocks** | | | | | | | | | | |
| MMAT | 500 | 500 | 1.8500 | 0.0699 | -890.05 | 0.00 | 0.00 | 0.00 | -890.05 | |
| **Total Stocks** | | | | | **-890.05** | **0.00** | **0.00** | **0.00** | **-890.05** | |
| **Forex** | | | | | | | | | | |
| CAD | 0.00 | 0.00 | 0.74226 | 0.73872 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| USD | 105.50 | 105.50 | 1.0000 | 1.0000 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| **Total Forex** | | | | | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** | |

### Change in NAV

| | Total |
|---|---|
| Starting Value | 1,030.50 |
| Mark-to-Market | -890.05 |
| Ending Value | 140.45 |

## Mark-to-Market Performance Summary

| Symbol | Quantity Prior | Quantity Current | Price Prior | Price Current | Position | Transaction | Mark-to-Market P/L Commissions | Other | Total | Code |
|---|---|---|---|---|---|---|---|---|---|---|
| Total (All Assets) | | | | | -890.05 | 0.00 | 0.00 | 0.00 | -890.05 | |

## Realized & Unrealized Performance Summary

| Symbol | Cost Adj. | Realized S/T Profit | Realized S/T Loss | Realized L/T Profit | Realized L/T Loss | Total | Unrealized S/T Profit | Unrealized S/T Loss | Unrealized L/T Profit | Unrealized L/T Loss | Total | Total | Code |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Stocks** | | | | | | | | | | | | | |
| MMAT | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -892.55 | -892.55 | -892.55 | |
| Total Stocks | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -892.55 | -892.55 | -892.55 | |

## Cash Report

| Base Currency Summary | Total |
|---|---|
| Starting Cash | 105.50 |
| Cash FX Translation Gain/Loss | 0.00 |
| Ending Cash | 105.50 |
| Ending Settled Cash | 105.50 |

## Open Positions

| Symbol | Quantity | Mult | Cost Price | Cost Basis | Close Price | Value | Unrealized P/L | Code |
|---|---|---|---|---|---|---|---|---|
| **Stocks** | | | | | | | | |
| USD | | | | | | | | |
| MMAT | 500 | 1 | 1.8550 | 927.50 | 0.0699 | 34.95 | -892.55 | SY |
| Total | | | | 927.50 | | 34.95 | -892.55 | |

## Financial Instrument Information

| Symbol | Description | Conid | Security ID | Underlying | Listing Exch | Multiplier | Type | Code |
|---|---|---|---|---|---|---|---|---|
| **Stocks** | | | | | | | | |
| MMAT | META MATERIALS INC | 499639678 | US59134N1046 | | NASDAQ | 1 | COMMON | |

## Codes

| Code | Meaning | Code (Cont.) | Meaning (Cont.) |
|---|---|---|---|
| A | Assignment | Lo | Direct Loan |
| ADR | ADR Fee Accrual | M | Entered manually by IB |
| AEx | Automatic exercise for dividend-related recommendation. | MEx | Manual exercise for dividend-related recommendation. |



**BMO Wealth Management**
BMO InvestorLine

1 FIRST CANADIAN PLACE, P.O. BOX 150
TORONTO, ONTARIO M5X 1H3

**Confirmation Notice**
Order Execution Account Only

DATE
DECEMBER 6, 2022

ACCOUNT NO.   TYPE
225-8108824   MGN

FOR SETTLEMENT IN THIS OFFICE

ADPBM10720_1212063_002-E:14123-04123

MR WILLIAM PARSONS
40 WINDWARD AVE
DARTMOUTH NS   B2W 2H2

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT ON THE NEW YORK STOCK EXCHANGE.

SETTLEMENT DATE                                DECEMBER 8, 2022

AS PRINCIPAL, WE CONVERTED AT                          1.3838
TRANSACTION TYPE                                      BOUGHT

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 895 | META MATLS INC | @ | 2.0000U$ |
| 1,105 | COMMON STOCK | @ | 2.0050U$ |
| | UNSOLICITED | | |
| | EXCHANGE RATE  1.38380000 | | |

GROSS AMOUNT         4,005.53
COMMISSION               9.95

SUB TOTAL          4,015.48 U$
EXCHANGE           1,541.14
NET AMOUNT         5,556.62 C$

CLIENT NAME          MR WILLIAM PARSONS
ACCOUNT NO           225-8108824 MGN
INVESTMENT REP       AUTOMATED ORDER
IR CODE              3XG
TEL.                 (888) 776-6886

REFERENCE W7493  /  CUSIP US59134N1046  /  SECURITY NO. M067927  /  ORDER NO. 367493  /  A

WE CONFIRM THIS TRANSACTION(S) SUBJECT TO THE AGREEMENT ON THE REVERSE SIDE.
PLEASE RETAIN THIS CONTRACT FOR INCOME TAX PURPOSES
BMO InvestorLine Inc. is a Member - Canadian Investor Protection Fund. Member of the Investment Industry Regulatory Organization of Canada.

ADPBM10720_1212063_002-00008245-E:14123


**BMO Wealth Management**
BMO InvestorLine

1 FIRST CANADIAN PLACE, P.O. BOX 150
TORONTO, ONTARIO M5X 1H3

## Confirmation Notice
Order Execution Account Only

DATE
NOVEMBER 25, 2022

ACCOUNT NO.    TYPE
225-8108824       MGN

ADPBM10720_8578126_001-E:9170-09170

MR WILLIAM PARSONS
40 WINDWARD AVE
DARTMOUTH NS    B2W 2H2

**FOR SETTLEMENT IN THIS OFFICE**

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT ON THE NEW YORK STOCK EXCHANGE.

| SETTLEMENT DATE | NOVEMBER 29, 2022 | | |
|---|---|---|---|
| | | GROSS AMOUNT | 7,729.83 |
| | | COMMISSION | 19.90 |

| TRANSACTION TYPE | | BOUGHT | |
|---|---|---|---|
| Quantity | Security Description | | Unit Price |
| 2,900 | META MATLS INC | @ | 1.9299U$ |
| 1,100 | COMMON STOCK UNSOLICITED | @ | 1.9392U$ |

| | |
|---|---|
| SUB TOTAL | 7,749.73 U$ |
| NET AMOUNT | 7,749.73 U$ |

CLIENT NAME           MR WILLIAM PARSONS
ACCOUNT NO            225-8108824 MGN
INVESTMENT REP        AUTOMATED ORDER
IR CODE               3XG
TEL.                  (888) 776-6886

REFERENCE W2360  /  CUSIP US59134N1046  /  SECURITY NO. M067927  /  ORDER NO. 392360  /  A

WE CONFIRM THIS TRANSACTION(S) SUBJECT TO THE AGREEMENT ON THE REVERSE SIDE.
PLEASE RETAIN THIS CONTRACT FOR INCOME TAX PURPOSES
BMO InvestorLine Inc. is a Member – Canadian Investor Protection Fund. Member of the Investment Industry Regulatory Organization of Canada.

ADPBM10720_8578126_001 - 00018339 - E:9170