NVB 3001 (Effective 1/21)

# UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA

## PROOF OF INTEREST

**Name of Debtor:** Meta Materials

**Case Number:** 24-50792

**1. Name and address of holder of the Equity Interest** (the person or entity holding an Equity Interest in the Debtor Referred to hereinafter as the "Interest holder"):

Victor Dorso
4440 Johnny Cake Ridge RD
Eagan MN 55122

**Telephone Number:** 612-805-0652

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars

☒ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein

**COURT USE ONLY**

**Account or other number by which Interest holder identifies Debtor:** 485200 8703

Check here if this claim:
☐ replaces a previously filed Proof of Interest dated _____
☐ amends a previously filed Proof of Interest dated _____

**2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:**

Robinhood
85 Willow RD
Menlo Park CA 94025
Telephone Number: 1-650-761-7789

**3. Date Equity Interest was acquired:** See Attached

**4. Total amount of member interest:** 48 Shares

**5. Certificate number(s):** _____

**6. Type of Equity Interest**
Please indicate the type of Equity Interest you hold
☒ Check this box if your Equity Interest is based on an actual member interest held in the Debtor
☐ Check this box if your Equity Interest is based on anything else and describe that interest
Description: _____

**7. Supporting Documents:** Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**8. Date-Stamped Copy:** To receive an acknowledgement of the filing of your Proof of Interest enclose a stamped self addressed envelope and copy of this Proof of Interest

**9. Signature**
Check the appropriate box
☒ I am the creditor
☐ I am the creditor's authorized agent (Attach copy of power of attorney, if any)
☐ I am the trustee, or the debtor, or their authorized agent (See Bankruptcy Rule 3004)
☐ I am a guarantor, surety, endorser, or other codebtor (See Bankruptcy Rule 3005)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge information, and reasonable belief

Print Name: Victor Dorso
Title:
Company: Address and telephone number (if different from notice address above)

(Signature) [signed]    (Date) 10/23/24

Telephone number: 612 805 0652    email: VicDakota@gmail.com

Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both 18 U S C §§ 152 AND 3571



| Open Date | Hold Date | Security ID | Security | Units | Open Orig Price | Book Cost | OPEN LONGS WS Cost Adj | Tax Cost | GL Term | Book Proceeds | OPEN SHORTS WS Cost Adj |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 6/21/21 | 6/21/21 | 59134N302 | META MATERIALS INC (MMATQ) | 0.054606 | 1.686994103 | 92.12 | | 92.12 | lt | | |
| 6/24/21 | 6/24/21 | 59134N302 | META MATERIALS INC (MMATQ) | 0.001419 | 951.374207 | 1.35 | | 1.35 | lt | | |
| 6/24/21 | 6/24/21 | 59134N302 | META MATERIALS INC (MMATQ) | 0.207831 | 955.824684 | 198.65 | | 198.65 | lt | | |
| 12/6/21 | 12/6/21 | 59134N302 | META MATERIALS INC (MMATQ) | 0.669788 | 284.776676 | 190.74 | | 190.74 | lt | | |
| 12/6/21 | 12/6/21 | 59134N302 | META MATERIALS INC (MMATQ) | 0.355191 | 285.761745 | 101.50 | | 101.50 | lt | | |
| 12/14/21 | 12/14/21 | 59134N302 | META MATERIALS INC (MMATQ) | 0.355191 | 295.615598 | 105.00 | | 105.00 | lt | | |
| 12/20/21 | 12/20/21 | 59134N302 | META MATERIALS INC (MMATQ) | 0.405932 | 256.200546 | 104.00 | | 104.00 | lt | | |

| Date | Date | Account | Security | Quantity | Price | Amount | | Amount | |
|---|---|---|---|---|---|---|---|---|---|
| 12/31/21 | 12/31/21 | 59134N302 | META MATERIALS INC (MMATQ) | 1 01483 | 257 067686 | 260 88 | | 260 88 | lt |
| 12/31/21 | 12/31/21 | 59134N302 | META MATERIALS INC (MMATQ) | 0.811864 | 241 419745 | 196 00 | | 196 00 | lt |
| 1/4/22 | 1/4/22 | 59134N302 | META MATERIALS INC (MMATQ) | 1 01483 | 265 551866 | 269 49 | | 269 49 | lt |
| 1/5/22 | 1/5/22 | 59134N302 | META MATERIALS INC (MMATQ) | 0.005902 | 255 845476 | 1 51 | | 1 51 | lt |
| 1/5/22 | 1/5/22 | 59134N302 | META MATERIALS INC (MMATQ) | 0 577586 | 257 087256 | 148 49 | | 148 49 | lt |
| 1/10/22 | 1/10/22 | 59134N302 | META MATERIALS INC (MMATQ) | 0 076772 | 219 741572 | 16 87 | | 16 87 | lt |
| 1/13/22 | 1/13/22 | 59134N302 | META MATERIALS INC (MMATQ) | 1 01483 | 211 858144 | 215 00 | | 215 00 | lt |
| 1/20/22 | 1/20/22 | 59134N302 | META MATERIALS INC (MMATQ) | 0 507415 | 197 077343 | 100 00 | | 100 00 | lt |
| 1/20/22 | 1/20/22 | 59134N302 | META MATERIALS INC (MMATQ) | 0 507415 | 197 077343 | 100 00 | | 100 00 | lt |
| 1/21/22 | 1/21/22 | 59134N302 | META MATERIALS INC (MMATQ) | 0 202966 | 172 442675 | 35 00 | | 35 00 | lt |
| 1/27/22 | 1/27/22 | 59134N302 | META MATERIALS INC (MMATQ) | 1 01483 | 147 808007 | 150 00 | | 150 00 | lt |
| 6/28/22 | 6/28/22 | 59134N302 | META MATERIALS INC (MMATQ) | 0 101483 | 108.392539 | 11 00 | | 11 00 | lt |
| 9/16/22 | 9/16/22 | 59134N302 | META MATERIALS INC (MMATQ) | 1 268538 | 78 625946 | 99 74 | | 99 74 | lt |
| 9/21/22 | 9/21/22 | 59134N302 | META MATERIALS INC (MMATQ) | 1 268538 | 78 420985 | 99 48 | | 99 48 | lt |
| 9/22/22 | 9/22/22 | 59134N302 | META MATERIALS INC (MMATQ) | 1.522245 | 68.97707 | 105 00 | | 105 00 | lt |
| 12/8/22 | 12/8/22 | 59134N302 | META MATERIALS INC (MMATQ) | 0 050742 | 182 885972 | 9 28 | | 9 28 | lt |
| 2/9/23 | 2/9/23 | 59134N302 | META MATERIALS INC (MMATQ) | 1 116313 | 88 684804 | 99 00 | | 99 00 | lt |
| 2/9/23 | 2/9/23 | 59134N302 | META MATERIALS INC (MMATQ) | 0 001829 | 87 479497 | 0 16 | | 0 16 | lt |
| 2/9/23 | 2/9/23 | 59134N302 | META MATERIALS INC (MMATQ) | 1 197397 | 85 886302 | 102 84 | | 102 84 | lt |
| 2/13/23 | 2/13/23 | 59134N302 | META MATERIALS INC (MMATQ) | 0 007096 | 78.9177 | 0 56 | | 0 56 | lt |
| 2/13/23 | 2/13/23 | 59134N302 | META MATERIALS INC (MMATQ) | 1 267773 | 78 436755 | 99 44 | | 99.44 | lt |
| 2/17/23 | 2/17/23 | 59134N302 | META MATERIALS INC (MMATQ) | 1 370021 | 68 816463 | 94 28 | | 94 28 | lt |
| 2/22/23 | 2/22/23 | 59134N302 | META MATERIALS INC (MMATQ) | 1 522245 | 65 620186 | 99 89 | | 99 89 | lt |
| 2/24/23 | 2/24/23 | 59134N302 | META MATERIALS INC (MMATQ) | 1 522245 | 62 670595 | 95 40 | | 95 40 | lt |
| 3/1/23 | 3/1/23 | 59134N302 | META MATERIALS INC (MMATQ) | 0 131928 | 58 516767 | 7 72 | | 7 72 | lt |
| 3/1/23 | 3/1/23 | 59134N302 | META MATERIALS INC (MMATQ) | 1 572987 | 58 519238 | 92 05 | | 92 05 | lt |
| 3/6/23 | 3/6/23 | 59134N302 | META MATERIALS INC (MMATQ) | 1 67447 | 59 105269 | 98 97 | | 98 97 | lt |
| 3/16/23 | 3/16/23 | 59134N302 | META MATERIALS INC (MMATQ) | 1 01483 | 48 776642 | 49 50 | | 49 50 | lt |
| 3/16/23 | 3/16/23 | 59134N302 | META MATERIALS INC (MMATQ) | 1 01483 | 48 776642 | 49 50 | | 49 50 | lt |
| 3/23/23 | 3/23/23 | 59134N302 | META MATERIALS INC (MMATQ) | 0 263856 | 47 601722 | 12 56 | | 12 56 | lt |
| 4/26/23 | 4/26/23 | 59134N302 | META MATERIALS INC (MMATQ) | 10 148302 | 18 722344 | 190 00 | | 190 00 | lt |
| 6/22/23 | 6/22/23 | 59134N302 | META MATERIALS INC (MMATQ) | 1 01483 | 18 722348 | 19 00 | | 19 00 | lt |
| 6/22/23 | 6/22/23 | 59134N302 | META MATERIALS INC (MMATQ) | 6 088981 | 18 722345 | 114 00 | | 114 00 | lt |
| 6/22/23 | 6/22/23 | 59134N302 | META MATERIALS INC (MMATQ) | 2 02966 | 18 722348 | 38 00 | | 38 00 | lt |
| 6/22/23 | 6/22/23 | 59134N302 | META MATERIALS INC (MMATQ) | 1 01483 | 18 722348 | 19 00 | | 19 00 | lt |
| 7/6/23 | 7/6/23 | 59134N302 | META MATERIALS INC (MMATQ) | 1 014833 | 18 722292 | 19 00 | | 19 00 | lt |