NVB 3001 (Effective 1/21)

# UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA

# PROOF OF INTEREST

**Name of Debtor:** Meta Materials Inc.

**Case Number:** 24-50792

**1. Name and address of holder of the Equity Interest** (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

JASWINDER S SUNNER
2035 61ST AVE E
VANCOUVER, BC V5P 2K4
CANADA

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

■ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

**Telephone Number:** 604-807-23325

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

COURT USE ONLY

**Account or other number by which Interest holder identifies Debtor:** 28L4MOU

Check here if this claim:
☐ replaces a previously filed Proof of Interest dated: _____
☐ amends a previously filed Proof of Interest dated: _____

**2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:**

TD Direct Investing
3500 STEELES AVE E

**Telephone Number:** 1-800-465-5463

**3. Date Equity Interest was acquired:** 11/22/2022

**4. Total amount of member interest:** 7178

**5. Certificate number(s):** _____

**6. Type of Equity Interest:**
Please indicate the type of Equity Interest you hold:
■ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
☐ Check this box if your Equity Interest is based on anything else and describe that interest:
**Description:** Investor

**7. Supporting Documents:** Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**8. Date-Stamped Copy:** To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

**9. Signature:**
Check the appropriate box.
■ I am the creditor.   ☐ I am the creditor's authorized agent. (Attach copy of power of attorney, if any.)   ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)   ☐ I am a guarantor, surety, endorser, or other codebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

**Print Name:** JASWINDER S SUNNER
**Title:**
**Company:** ___ Address and telephone number (if different from notice address above):

(Signature)   Nov-27-2024 (Date)

Telephone number: _____   email: Jassunner@hotmail.com

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*



**TD Direct Investing**
*3500 STEELES AVE E*
*TOWER 2 2ND FLOOR*
*MARKHAM ON L3R 0X1*

**TD Direct Investing**

# Transaction Confirmation

MR JASWINDER S SUNNER
2035 61ST AVE E
VANCOUVER BC V5P 2K4

**Account number and type**
28L4M0U - TD Waterhouse Self-Directed
RSP/LRSP/LIRA - US

**Questions?**
**Contact an Investment Representative**
Toll Free 1 (800) 465-5463

## Transaction on November 22, 2022

▸ **For settlement on** November 25, 2022
▸ **Processed on** November 22, 2022

| Transaction | Security Description | Quantity | Price ($) | Amount ($) |
|---|---|---|---|---|
| You bought | META MATERIALS INC | 7,178 | 2 03 | |
| | OV-568670 | 3,718 | 2 025 | |
| | | 10,896 | | |

Ticker symbol  MMAT
Security number  43665R
CUSIP ID  59134N104
Trade number  005919
Trade processed by  9BBC

|  | | |
|---|---|---|
| | Gross transaction amount | USD  22 100 29 |
| Plus | Commission | 9 99 |
| Equals | **Net transaction amount** | **USD $22,110 28** |

*As agent  TD Direct Investing confirms the above purchase on a U S  OTC marketplace for settlement in your account*

## Important information

Please review the information in this Transaction Confirmation carefully and let us know within 10 calendar days if there are any discrepancies

Clients  accounts are protected by the Canadian Investor Protection Fund within specified limits  A brochure describing the nature and limits of coverage is available upon request

**Abbreviations used in the security descriptions**
RS   = Restricted shares
NVS = Non–voting shares
RVS = Restricted voting shares
SVS = Subordinate voting shares
MVS = Multiple voting shares
/D   = DSC (Deferred Sales Charge)
/NL  = No Load

**Disclosure of sources of revenue**
TD Direct Investing and/or parties related to us may earn revenue in addition to commission from the following sources  currency conversion charges on certain trades and mutual fund transactions  fees paid by issuers and others in connection with corporate actions and new issues  the sale of fixed income products, trailer fees paid by mutual fund companies and remuneration paid by U S  market makers and exchanges in connection with U S  trades  For more information  see the TD Waterhouse Canada Inc  Account and Service Agreements and Disclosure Documents booklet  It is also available online at
www td com/ca/en/investing/direct investing

The name of the salesperson  dealer and/or market in this transaction will be provided upon request

TD Direct Investing is a division of TD Waterhouse Canada Inc   a subsidiary of The Toronto Dominion Bank

**Thank you for choosing
TD Direct Investing**

**TD Waterhouse Canada Inc  - Member of the Canadian Investor Protection Fund**
00040001 0000004149 20221122 59134N104 43665R

Order execution account
No advice or recommendations provided

Page 1 of 1