NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | | **PROOF OF INTEREST** |
|---|---|---|
| Name of Debtor: Meta Materials Inc. | Case Number: 24-50792 | |

**1. Name and address of holder of the Equity Interest** (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

JASWINDER SUNNER
2035 61ST AVE E
VANCOUVER BC
V5P 2K4
CANADA

Telephone Number: 604-807-2335

- ☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.
- ☒ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.
- ☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

**COURT USE ONLY**

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

| Account or other number by which Interest holder identifies Debtor: 66584164 | Check here if this claim: ☐ replaces a previously filed Proof of Interest dated: _____ ☐ amends a previously filed Proof of Interest dated: _____ |
|---|---|

**2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:**

RBC Direct Investing Inc, P.O. BOX 50, ROYAL BANK PLAZA TORONTO ON. M5J 2W7

Telephone Number: 1-800-769-2560

**3. Date Equity Interest was acquired:**
Bought on various dates See Attached confirmation Notice

**4. Total amount of member interest:** 9710

**5. Certificate number(s):** _____

**6. Type of Equity Interest:**
Please indicate the type of Equity Interest you hold:
- ☒ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
- ☐ Check this box if your Equity Interest is based on anything else and describe that interest:

**Description:** Investor

**7. Supporting Documents**: Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**8. Date-Stamped Copy:** To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

**9. Signature:**
Check the appropriate box.
- ☒ I am the creditor.
- ☐ I am the creditor's authorized agent. (Attach copy of power of attorney, if any.)
- ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)
- ☐ I am a guarantor, surety, endorser, or other codebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: JASWINDER SUNNER
Title:
Company: ___ Address and telephone number (if different from notice address above):

(Signature) *Jay Sunner*    (Date) Nov-27-2024

Telephone number:    email: Jassunner@hotmail.com

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

 **Direct Investing**

# RBC Direct Investing Inc.
## ORDER EXECUTION ONLY ACCOUNT

P O BOX 50 ROYAL BANK PLAZA
TORONTO ON M5J 2W7

ADPRB10720_4938242_004-E 39545-09545

>JASWINDER SUNNER
2035 61ST AVE E
VANCOUVER BC V5P 2K4

### Confirmation Notice

**DATE**
JUNE 21, 2021

**ACCOUNT NO**  **TYPE**
665-8416422     MGN

**FOR SETTLEMENT IN THIS OFFICE**
P O BOX 75 200 BAY ST ON M5J2Z5
TEL (800) 769-2560

AS AGENTS WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT OVER THE COUNTER – U S A

## SETTLEMENT DATE         JUNE 23, 2021

| TRANSACTION TYPE | | BOUGHT |
|---|---|---|
| Quantity | Security Description | Unit Price |
| 555 | TORCHLIGHT ENERGY RESOURCES INC @ <br> UNSOLICITED <br> AVG PRICE SHOWN-DETAILS ON REQ <br> DA | 9 U$ |



| | |
|---|---|
| GROSS AMOUNT | 4,995 00 |
| COMMISSION | 9 95 |
| SUB TOTAL | 5,004 95 U$ |
| NET AMOUNT | 5,004 95 U$ |

**CLIENT NAME**             >JASWINDER SUNNER
**ACCOUNT NO**              665-8416422 – MGN
**INVESTMENT REPRESENTATIVE**  ONLINE INVESTNG
I R NO 4GC

REFERENCE L8844 / CUSIP US89102U1034 / SECURITY NO T014092 / ORDER NO 218844 / INTERNAL CODES UN 65 / 688 A

Member–CanadianInvestor Protection Fund ®/™ Trademark(s) of Royal Bank of Canada Used under licence © Royal Bank of Canada 2019 All rights reserved

ADPRB10720_4938242_004 – 00019089 – E 39545



Direct Investing

**RBC Direct Investing Inc.**
**ORDER EXECUTION ONLY ACCOUNT**

P O BOX 50 ROYAL BANK PLAZA
TORONTO ON M5J 2W7

ADPRB10720_4965477_004-E 38274-08274
>JASWINDER SUNNER
2035 61ST AVE E
VANCOUVER BC V5P 2K4

**Confirmation Notice**

DATE
JUNE 22, 2021

**ACCOUNT NO**   **TYPE**
665-8416422      MGN

**FOR SETTLEMENT IN THIS OFFICE**
P O BOX 75 200 BAY ST ON M5J2Z5
TEL (800) 769-2560

AS AGENTS WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT OVER THE COUNTER - U S.A

**SETTLEMENT DATE**        **JUNE 24, 2021**

**TRANSACTION TYPE**                              **BOUGHT**

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 558 | TORCHLIGHT ENERGY RESOURCES INC<br>UNSOLICITED<br>AVG PRICE SHOWN-DETAILS ON REQ<br>DA | @ | 8 96U$ |



GROSS AMOUNT         4,999 68
COMMISSION              9 95
SUB TOTAL            5,009 63 U$
NET AMOUNT           5,009 63 U$

**CLIENT NAME**                  >JASWINDER SUNNER
**ACCOUNT NO**                   665-8416422 - MGN
**INVESTMENT REPRESENTATIVE**    ONLINE INVESTNG
I R NO 4GC

REFERENCE W6085  /  CUSIP US89102U1034  /  SECURITY NO T014092  /  ORDER NO 376085  /  INTERNAL CODES UN 65  /  688 A

Member-CanadianInvestor Protection Fund ®/™ Trademark(s) of Royal Bank of Canada Used under licence © Royal Bank of Canada 2019 All rights reserved

ADPRB10720_4965477_004 - 00016547 - E 38274

 **Direct Investing** | # RBC Direct Investing Inc.
## ORDER EXECUTION ONLY ACCOUNT

P O BOX 50 ROYAL BANK PLAZA
TORONTO ON M5J 2W7

ADPRB10720_7850769_003-E 21812-01812

>JASWINDER SUNNER
2035 61ST AVE E
VANCOUVER BC V5P 2K4

## Confirmation Notice

**DATE**
OCTOBER 20, 2022

**ACCOUNT NO**   **TYPE**
665-8416422      MGN

**FOR SETTLEMENT IN THIS OFFICE**
P O BOX 75 200 BAY ST ON M5J2Z5
TEL (800) 769-2560

---

AS AGENTS WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT OVER THE COUNTER -- U S A

## SETTLEMENT DATE        OCTOBER 24, 2022

TRANSACTION TYPE                                        **BOUGHT**

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 800 | META MATLS INC | @ | 4 46U$ |
|  | PFD SER A |  |  |
|  | UNSOLICITED |  |  |
|  | AVG PRICE SHOWN-DETAILS ON REQ |  |  |
|  | DA |  |  |



| GROSS AMOUNT | 3,568 00 |
|---|---|
| COMMISSION | 9 95 |
| SUB TOTAL | 3,577 95 U$ |
| NET AMOUNT | 3,577 95 U$ |

**CLIENT NAME**                  >JASWINDER SUNNER
**ACCOUNT NO**                   665-8416422 - MGN
**INVESTMENT REPRESENTATIVE**    ONLINE INVESTNG
I R NO 4GC

REFERENCE W0566 / CUSIP US59134N2036 / SECURITY NO M067998 / ORDER NO 350566 / INTERNAL CODES UN 65 / 688 A

Member-CanadianInvestor Protection Fund ®/™ Trademark(s) of Royal Bank of Canada Used under licence © Royal Bank of Canada 2019 All rights reserved

 Direct Investing

# RBC Direct Investing Inc.
## ORDER EXECUTION ONLY ACCOUNT

P O BOX 50 ROYAL BANK PLAZA
TORONTO ON M5J 2W7

ADPRB10720_8041547_004 E 25932 01932
>JASWINDER SUNNER
2035 61ST AVE E
VANCOUVER BC V5P 2K4

## Confirmation Notice

**DATE**
OCTOBER 31, 2022

**ACCOUNT NO**   **TYPE**
665-8416422     MGN

**FOR SETTLEMENT IN THIS OFFICE**
P O BOX 75 200 BAY ST ON M5J2Z5
TEL (800) 769-2560

AS AGENTS WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT OVER THE COUNTER U S A

**SETTLEMENT DATE**          **NOVEMBER 2, 2022**

**TRANSACTION TYPE**         **BOUGHT**

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 1 029 | META MATLS INC | @ | 6 80U$ |
| | PFD SER A | | |
| | UNSOLICITED | | |
| | DA | | |



| | |
|---|---|
| GROSS AMOUNT | 6,997 20 |
| COMMISSION | 9 95 |
| SUB TOTAL | 7,007 15 U$ |
| NET AMOUNT | 7,007 15 U$ |

**CLIENT NAME**                 >JASWINDER SUNNER
**ACCOUNT NO**                  665 8416422  MGN
**INVESTMENT REPRESENTATIVE**   ONLINE INV DASH
I R NO 3HA

REFERENCE W2296  /  CUSIP US59134N2036  /  SECURITY NO M067998  /  ORDER NO 382296  /  INTERNAL CODES UN 65  /  688 A

Member-Canadian Investor Protection Fund ®/™ Trademark(s) of Royal Bank of Canada Used under licence © Royal Bank of Canada 2019 All rights reserved

 Direct Investing

# RBC Direct Investing Inc.
## ORDER EXECUTION ONLY ACCOUNT

P O BOX 50 ROYAL BANK PLAZA
TORONTO ON M5J 2W7

ADPRB10720_8334004_005 E 34048 02048

>JASWINDER SUNNER
2035 61ST AVE E
VANCOUVER BC V5P 2K4

## Confirmation Notice

**DATE**
NOVEMBER 14, 2022

**ACCOUNT NO**     **TYPE**
665-8416422         MGN

**FOR SETTLEMENT IN THIS OFFICE**
P O BOX 75 200 BAY ST ON M5J2Z5
TEL (800) 769-2560

AS AGENTS WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT OVER THE COUNTER U S A

**SETTLEMENT DATE**       **NOVEMBER 16, 2022**

**TRANSACTION TYPE**                                    **BOUGHT**

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 2 370 | META MATLS INC PFD SER A UNSOLICITED AVG PRICE SHOWN DETAILS ON REQ DA | @ | 8 32U$ |



| | |
|---|---|
| GROSS AMOUNT | 19,718 40 |
| COMMISSION | 9 95 |
| SUB TOTAL | 19,728 35 U$ |
| NET AMOUNT | 19,728 35 U$ |

**CLIENT NAME**                         >JASWINDER SUNNER
**ACCOUNT NO**                          665 8416422  MGN
**INVESTMENT REPRESENTATIVE**  ONLINE INVESTNG
I R NO 4GC

REFERENCE W5376  /  CUSIP US59134N2036  /  SECURITY NO M067998  /  ORDER NO 395376  /  INTERNAL CODES UN 65  /  688 A

Member-Canadian Investor Protection Fund ®/™ Trademark(s) of Royal Bank of Canada Used under licence © Royal Bank of Canada 2019 All rights reserved

 Direct Investing

**RBC Direct Investing Inc.**
**ORDER EXECUTION ONLY ACCOUNT**

P O BOX 50 ROYAL BANK PLAZA
TORONTO ON M5J 2W7

ADPRB10720_8393639_003 E 23819 07819

>JASWINDER SUNNER
2035 61ST AVE E
VANCOUVER BC V5P 2K4

## Confirmation Notice

DATE
NOVEMBER 16, 2022

ACCOUNT NO    TYPE
665-8416422   MGN

**FOR SETTLEMENT IN THIS OFFICE**
P O BOX 75 200 BAY ST ON M5J2Z5
TEL (800) 769-2560

AS AGENTS WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT OVER THE COUNTER U S A

**SETTLEMENT DATE**         **NOVEMBER 18, 2022**

TRANSACTION TYPE                               **BOUGHT**

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 749 | META MATLS INC<br>PFD SER A<br>UNSOLICITED<br>AVG PRICE SHOWN DETAILS ON REQ<br>DA | @ | 9 U$ |



| | |
|---|---|
| GROSS AMOUNT | 6,741 00 |
| COMMISSION | 9 95 |
| SUB TOTAL | 6,750 95 U$ |
| NET AMOUNT | 6,750 95 U$ |

CLIENT NAME                        >JASWINDER SUNNER
ACCOUNT NO                         665 8416422  MGN
INVESTMENT REPRESENTATIVE          ONLINE INVESTNG
I R NO 4GC

REFERENCE W6903  /  CUSIP US59134N2036  /  SECURITY NO M067998  /  ORDER NO 396903  /  INTERNAL CODES UN 65  /  688 A

Member Canadian Investor Protection Fund ®/™ Trademark(s) of Royal Bank of Canada Used under licence © Royal Bank of Canada 2019 All rights reserved

ADPRB10720_8393639_003  00015637  E 23819



**Direct Investing**

P O BOX 50 ROYAL BANK PLAZA
TORONTO ON M5J 2W7

# RBC Direct Investing Inc.
## ORDER EXECUTION ONLY ACCOUNT

ADPRB10720_8480121_004 E 24513 00513

>JASWINDER SUNNER
2035 61ST AVE E
VANCOUVER BC  V5P 2K4

### Confirmation Notice

**DATE**
NOVEMBER 21, 2022

**ACCOUNT NO**   **TYPE**
665-8416422       MGN

**FOR SETTLEMENT IN THIS OFFICE**
P O  BOX 75 200 BAY ST ON M5J2Z5
TEL  (800) 769-2560

---

AS AGENTS  WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT OVER THE COUNTER  U S A

**SETTLEMENT DATE**    **NOVEMBER 23, 2022**

**TRANSACTION TYPE**                      **BOUGHT**

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 266 | META MATLS INC | @ | 10 90U$ |
| | PFD SER A | | |
| | UNSOLICITED | | |
| | DA | | |

| | |
|---|---|
| GROSS AMOUNT | 2,899 40 |
| COMMISSION | 9 95 |
| SUB TOTAL | 2,909 35 U$ |
| NET AMOUNT | 2,909 35 U$ |

**CLIENT NAME**                >JASWINDER SUNNER
**ACCOUNT NO**                 665 8416422  MGN
**INVESTMENT REPRESENTATIVE**  ALBERT KHAWLI
I R NO 4G9

REFERENCE W0808  /  CUSIP US59134N2036  /  SECURITY NO M067998  /  ORDER NO 340808 /  INTERNAL CODES UN 65  /  688 A

Member-Canadian Investor Protection Fund ®/™ Trademark(s) of Royal Bank of Canada  Used under licence © Royal Bank of Canada 2019  All rights reserved

ADPRB10720_8480121_004  00001025  E 24513



**Direct Investing**

P O BOX 50 ROYAL BANK PLAZA
TORONTO ON M5J 2W7

# RBC Direct Investing Inc.
## ORDER EXECUTION ONLY ACCOUNT

ADPRB10720_8480121_004 E 24514 00514
>JASWINDER SUNNER
2035 61ST AVE E
VANCOUVER BC  V5P 2K4

## Confirmation Notice

**DATE**
NOVEMBER 21, 2022

**ACCOUNT NO**  **TYPE**
665-8416422    MGN

**FOR SETTLEMENT IN THIS OFFICE**
P O  BOX 75 200 BAY ST ON M5J2Z5
TEL  (800) 769-2560

AS AGENTS WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT OVER THE COUNTER  USA

**SETTLEMENT DATE**              **NOVEMBER 23, 2022**

| TRANSACTION TYPE | | | | BOUGHT | | |
|---|---|---|---|---|---|---|
| Quantity | Security Description | | | Unit Price | | |
| 571 | META MATLS INC | | @ | 10 64039 U$ | GROSS AMOUNT | 6,075 66 |
| | PFD SER A | | | | COMMISSION | 9 95 |
| | UNSOLICITED | | | | | |
| | AVG PRICE SHOWN-DETAILS ON REQ | | | | SUB TOTAL | 6,085 61 U$ |
| | DA | | | | NET AMOUNT | 6,085 61 U$ |

**CLIENT NAME**                 >JASWINDER SUNNER
**ACCOUNT NO**                  665 8416422  MGN
**INVESTMENT REPRESENTATIVE**   ONLINE INV DASH
I R NO 3HA

REFERENCE W0809  /  CUSIP US59134N2036  /  SECURITY NO M067998  /  ORDER NO 340809  /  INTERNAL CODES UN 1D  /  688 A

Member-Canadian Investor Protection Fund  ®/™  Trademark(s) of Royal Bank of Canada  Used under licence  © Royal Bank of Canada 2019  All rights reserved

ADPRB10720_8480121_004  00001027  E 24514



**Direct Investing**

# RBC Direct Investing Inc.
## ORDER EXECUTION ONLY ACCOUNT

P O BOX 50 ROYAL BANK PLAZA
TORONTO ON M5J 2W7

ADPRB10720_8480121_004 E 24512 00512

>JASWINDER SUNNER
2035 61ST AVE E
VANCOUVER BC  V5P 2K4

## Confirmation Notice

**DATE**
NOVEMBER 21, 2022

**ACCOUNT NO**  **TYPE**
665-8416422   MGN

**FOR SETTLEMENT IN THIS OFFICE**
P O  BOX 75 200 BAY ST ON M5J2Z5
TEL  (800) 769-2560

AS AGENTS WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT OVER THE COUNTER  U S A.

**SETTLEMENT DATE**     **NOVEMBER 23, 2022**

**TRANSACTION TYPE**                              **BOUGHT**

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 408 | META MATLS INC  PFD SER A  UNSOLICITED  DA | @ | 9 80U$ |



| | |
|---|---|
| GROSS AMOUNT | 3,998 40 |
| COMMISSION | 9 95 |
| SUB TOTAL | 4,008 35 U$ |
| NET AMOUNT | 4,008 35 U$ |

**CLIENT NAME**              >JASWINDER SUNNER
**ACCOUNT NO**               665 8416422  MGN
**INVESTMENT REPRESENTATIVE**  ONLINE INV DASH
I R  NO  3HA

REFERENCE W0807  /  CUSIP US59134N2036  /  SECURITY NO  M067998  /  ORDER NO  340807  /  INTERNAL CODES UN 65  /  688 A

Member-Canadian Investor Protection Fund  ®/™  Trademark(s) of Royal Bank of Canada  Used under licence © Royal Bank of Canada 2019  All rights reserved

ADPRB10720_8480121_004  00001023  E 24512

 Direct Investing

**RBC Direct Investing Inc.**
**ORDER EXECUTION ONLY ACCOUNT**

*P O BOX 50 ROYAL BANK PLAZA*
*TORONTO ON  M5J 2W7*

ADPRB10720_8501018_004 E 24010 00010

>JASWINDER SUNNER
2035 61ST AVE E
VANCOUVER BC  V5P 2K4

## Confirmation Notice

**DATE**
NOVEMBER 22, 2022

**ACCOUNT NO**    **TYPE**
665-8416422       MGN

**FOR SETTLEMENT IN THIS OFFICE**
P O  BOX 75 200 BAY ST ON M5J2Z5
TEL  (800) 769-2560

AS AGENTS WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT OVER THE COUNTER   USA

**SETTLEMENT DATE**          **NOVEMBER 25, 2022**

| TRANSACTION TYPE | | | BOUGHT |
|---|---|---|---|
| Quantity | Security Description | | Unit Price |
| 409 | META MATLS INC | @ | 12 07819 U$ |
|  | PFD SER A | | |
|  | UNSOLICITED | | |
|  | AVG PRICE SHOWN DETAILS ON REQ | | |
|  | DA | | |



| | |
|---|---|
| GROSS AMOUNT | 4,939 98 |
| COMMISSION | 9 95 |
| SUB TOTAL | 4,949 93 U$ |
| NET AMOUNT | 4,949 93 U$ |

**CLIENT NAME**                >JASWINDER SUNNER
**ACCOUNT NO**                 665 8416422  MGN
**INVESTMENT REPRESENTATIVE**  ONLINE INV DASH
I R  NO  3HA

REFERENCE W4188  /  CUSIP US59134N2036  /  SECURITY NO M067998  /  ORDER NO 394188  /  INTERNAL CODES UN 1D  /  688 A

Member-Canadian Investor Protection Fund  ®/™ Trademark(s) of Royal Bank of Canada  Used under licence  © Royal Bank of Canada 2019  All rights reserved

ADPRB10720_8501018_004  00000019  E 24010

 Direct Investing

P O BOX 50 ROYAL BANK PLAZA
TORONTO ON M5J 2W7

# RBC Direct Investing Inc.
## ORDER EXECUTION ONLY ACCOUNT

ADPRB10720_8525164_003 E 23657 07657

>JASWINDER SUNNER
2035 61ST AVE E
VANCOUVER BC V5P 2K4

## Confirmation Notice

**DATE**
NOVEMBER 23, 2022

**ACCOUNT NO**    **TYPE**
665-8416422    MGN

**FOR SETTLEMENT IN THIS OFFICE**
P O BOX 75 200 BAY ST ON M5J2Z5
TEL (800) 769-2560

---

AS AGENTS WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT OVER THE COUNTER U S A

## SETTLEMENT DATE    NOVEMBER 28, 2022

| TRANSACTION TYPE | | BOUGHT |
|---|---|---|
| Quantity | Security Description | Unit Price |
| 1,061 | META MATLS INC PFD SER A UNSOLICITED AVG PRICE SHOWN-DETAILS ON REQ DA | @ 8.57 U$ |



| | |
|---|---|
| GROSS AMOUNT | 9,092.77 |
| COMMISSION | 9.95 |
| SUB TOTAL | 9,102.72 U$ |
| NET AMOUNT | 9,102.72 U$ |

**CLIENT NAME**    >JASWINDER SUNNER
**ACCOUNT NO**    665 8416422 MGN
**INVESTMENT REPRESENTATIVE**    ONLINE INVESTNG
I R NO 4GC

REFERENCE W6002 / CUSIP US59134N2036 / SECURITY NO M067998 / ORDER NO 346002 / INTERNAL CODES UN 65 / 688 A

Member-Canadian Investor Protection Fund ®/™ Trademark(s) of Royal Bank of Canada Used under licence © Royal Bank of Canada 2019 All rights reserved

ADPRB10720_8525164_003 00015313 E 23657

 Direct Investing

# RBC Direct Investing Inc.
## ORDER EXECUTION ONLY ACCOUNT

P O BOX 50 ROYAL BANK PLAZA
TORONTO ON M5J 2W7

ADPRB10720_1240625_004 E 24361 00361

>JASWINDER SUNNER
2035 61ST AVE E
VANCOUVER BC V5P 2K4

## Confirmation Notice

**DATE**
DECEMBER 7, 2022

**ACCOUNT NO**   **TYPE**
665-8416422      MGN

**FOR SETTLEMENT IN THIS OFFICE**
P O BOX 75 200 BAY ST ON M5J2Z5
TEL (800) 769-2560

---

AS AGENTS WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT OVER THE COUNTER U S A

**SETTLEMENT DATE**         **DECEMBER 9, 2022**

**TRANSACTION TYPE**                                **BOUGHT**

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 571 | META MATLS INC<br>PFD SER A<br>UNSOLICITED<br>AVG PRICE SHOWN-DETAILS ON REQ<br>DA | @ | 7 U$ |



GROSS AMOUNT         3,997 00
COMMISSION              9 95
SUB TOTAL            4,006 95 U$
NET AMOUNT           4,006 95 U$

CLIENT NAME                     >JASWINDER SUNNER
ACCOUNT NO                      665 8416422  MGN
INVESTMENT REPRESENTATIVE       ONLINE INVESTNG
I R NO 4GC

REFERENCE W1304 / CUSIP US59134N2036 / SECURITY NO M067998 / ORDER NO 391304 / INTERNAL CODES UN 65 / 688 A

Member-Canadian Investor Protection Fund ®/™ Trademark(s) of Royal Bank of Canada Used under licence © Royal Bank of Canada 2019 All rights reserved

ADPRB10720_1240625_004  00000721  E 24361

 Direct Investing

**P O BOX 50 ROYAL BANK PLAZA**
**TORONTO ON M5J 2W7**

# RBC Direct Investing Inc.
## ORDER EXECUTION ONLY ACCOUNT

ADPRB10720_1260728_004 E 25755 01755

>JASWINDER SUNNER
2035 61ST AVE E
VANCOUVER BC  V5P 2K4

## Confirmation Notice

**DATE**
DECEMBER 8, 2022

**ACCOUNT NO**     **TYPE**
665-8416422          MGN

**FOR SETTLEMENT IN THIS OFFICE**
P O  BOX 75 200 BAY ST ON M5J2Z5
TEL  (800) 769-2560

---

AS AGENTS WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT OVER THE COUNTER  U S A

**SETTLEMENT DATE**     **DECEMBER 12, 2022**

| TRANSACTION TYPE | | BOUGHT |
|---|---|---|
| Quantity  Security Description | | Unit Price |
| 363  META MATLS INC<br>PFD SER A<br>UNSOLICITED<br>DA | @ | 3 81U$ |



| GROSS AMOUNT | 1,383 03 |
|---|---|
| COMMISSION | 9 95 |
| SUB TOTAL | 1,392 98 U$ |
| NET AMOUNT | 1,392 98 U$ |

**CLIENT NAME**                         >JASWINDER SUNNER
**ACCOUNT NO**                          665 8416422  MGN
**INVESTMENT REPRESENTATIVE**           ONLINE INVESTNG
I R NO 4GC

REFERENCE W8102  /  CUSIP US59134N2036  /  SECURITY NO M067998  /  ORDER NO 388102  /  INTERNAL CODES UN 65  /  688 A

Member-Canadian Investor Protection Fund  ®/™ Trademark(s) of Royal Bank of Canada  Used under licence  © Royal Bank of Canada 2019  All rights reserved

ADPRB10720_1260728_004  00003509  E 25755