

NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | | **PROOF OF INTEREST** |
|---|---|---|
| Name of Debtor  Meta Material Inc | Case Number  20-50792-hlb | COURT USE ONLY |

**1  Name and address of holder of the Equity Interest** (the person or entity holding an Equity Interest in the Debtor  Referred to hereinafter as the Interest holder )

Lee Meng Kong
241 Tampines Street 21
#03-433
Singapore 520241

Telephone Number  (065)- 92763833

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest  Attach copy of statement giving particulars

☒ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors

RECEIVED AND FILED

DEC - 9 2024

U S BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

**NOTE:** This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor  An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

| Account or other number by which Interest holder identifies Debtor<br><br>12972622 From Saxo Capital Markets Pte Ltd | Check here if this claim<br>☐ replaces a previously filed Proof of Interest dated<br>☐ amends a previously filed Proof of Interest dated |
|---|---|
| **2  Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest**<br><br>Saxo Capital Markets Pte Ltd CapitaSpring<br>88 Market Street 048948 Singapore Singapore<br>Email  No-Replycs@saxomarkets com sg<br><br>Telephone Number  (065) 6303 7788 | **3  Date Equity Interest was acquired**<br><br>28 June 2021 |
| **4  Total amount of member interest**     5615 | **5  Certificate number(s)**<br><br>Nil in Statements |

**6  Type of Equity Interest**
Please indicate the type of Equity Interest you hold
☒ Check this box if your Equity Interest is based on an actual member interest held in the Debtor
☐ Check this box if your Equity Interest is based on anything else and describe that interest
Description

**7  Supporting Documents**  Attach copies of supporting documents such as stock certificates option agreements  warrants etc  DO NOT SEND ORIGINAL DOCUMENTS  If the documents are not available  explain  If the documents are voluminous  attach a summary

**8  Date Stamped Copy**  To receive an acknowledgement of the filing of your Proof of Interest  enclose a stamped  self addressed envelope and copy of this Proof of Interest



| | |
|---|---|
| **9 Signature** | |
| Check the appropriate box | |
| ☑ I am the creditor  ☐ I am the creditor s authorized agent | |
| ☐ I am the trustee or the debtor | ☐ I am a guarantor surety endorser or other codebtor |
| (Attach copy of power of attorney if any) or their authorized agent | (See Bankruptcy Rule 3005) |
| (See Bankruptcy Rule 3004) | |

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge information and reasonable belief

Print Name  Lee Meng Kong
Title
Company  Address and telephone number (if different from notice address above)

(Signature) (Date)  Telephone number  email

03 Nov 2024

(065) 92763833

leemengkongsg@gmail com

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both  18 U S C §§ 152 AND 3571*

# Trades Executed Report
*01-Jun-2021 - 30-Jun-2021*
*Generated at 03-Nov-2024 01 47 10 13 47 10 (Singapore Standard Time)*



Saxo Capital Markets Pte Ltd
CapitaSpring
88 Market Street
048948 Singapore
Singapore
Email No-Replycs@saxomarkets com sg

Lee Meng Kong
Blk 241 Tampines St 21
#03-433
520241 Singapore

**Client ID** 12972622
**Currency** USD
**Account(s)** LEE MENG KONG 33888/149642

# Proof of Purchase Date

| Instrument | TradeTime | B/S | Open/Close | Amount | Price | Traded Value | Booked Amount (USD) |
|---|---|---|---|---|---|---|---|
| **See MMAT xnas (Meta Materials Inc ) (ISIN US59134N1046) | 24-Jun-2021 | Bought | Open | 113 0000 | 5 08 | -574 04 | -578 32 |
| Meta Materials Inc (ISIN US59134N2036) | 23-Jun-2021 | Bought | Open | 11 080 0000 | 0 | 0 00 | 0 00 |
| BlackBerry Ltd (ISIN CA09228F1036) | 21-Jun-2021 | Sold | Close | -130 0000 | 12 6114 | 1 639 48 | 1,635 19 |
| **See MMAT xnas (Meta Materials Inc ) (ISIN US59134N1046) | 21-Jun-2021 | Bought | Open | 197 0000 | 8 3 | -1 635 10 | -1 639 38 |
| **See CNVS xnas (Cineverse Corp ) (ISIN US1724062096) | 10-Jun-2021 | Sold | Close | -1 000 0000 | 1 6208 | 1 620 80 | 1,610 09 |
| **See MMAT xnas (Meta Materials Inc ) (ISIN US59134N1046) | 10-Jun-2021 | Bought | Open | 542 0000 | 2 9494 | -1 598 57 | -1 604 37 |
| Asia Broadband Inc (ISIN US04518L1008) | 08-Jun-2021 | Bought | Open | 3 558 0000 | 0 16 | -569 28 | -596 03 |
| Asia Broadband Inc (ISIN US04518L1008) | 08-Jun-2021 | Sold | Close | -3 558 0000 | 0 1603 | 570 35 | 543 59 |
| **See MMAT xnas (Meta Materials Inc ) (ISIN US59134N1046) | 08-Jun-2021 | Bought | Open | 169 0000 | 3 19 | -539 11 | -543 39 |
| BlackBerry Ltd (ISIN CA09228F1036) | 04-Jun-2021 | Bought | Open | 50 0000 | 14 79 | -739 50 | -743 78 |
| BlackBerry Ltd (ISIN CA09228F1036) | 03-Jun-2021 | Bought | Open | 80 0000 | 18 | -1 440 00 | -1 444 28 |
| Akebia Therapeutics Inc (ISIN US00972D1054) | 02-Jun-2021 | Sold | Close | -1 270 0000 | 3 2824 | 4 168 65 | 4,155 03 |
| **See MMAT xnas (Meta Materials Inc ) (ISIN US59134N1046) | 02-Jun-2021 | Bought | Open | 500 0000 | 2 73 | -1 365 00 | -1 370 35 |

# Proof of Purchase Date

| Instrument | TradeTime | B/S | Open/Close | Amount | Price | Traded Value | Booked Amount (USD) |
|---|---|---|---|---|---|---|---|
| **See MMATQ xnas (Meta Materials Inc - RO) (ISIN US59134N3026) | 28-Jun-2021 | Bought | Open | 200 0000 | 2 | -400 00 | 0 00 |
| **See MMAT xnas (Meta Materials Inc ) (ISIN US59134N1046) | 28-Jun-2021 | Sold | Close | -1 000 0000 | 1 95 | 1 950 00 | 0 00 |
| **See MMATQ xnas (Meta Materials Inc - RO) (ISIN US59134N3026) | 28-Jun-2021 | Bought | Open | 1 000 0000 | 1 95 | -1 950 00 | 0 00 |
| **See MMAT xnas (Meta Materials Inc ) (ISIN US59134N1046) | 28-Jun-2021 | Sold | Close | -500 0000 | 1 95 | 975 00 | 0 00 |
| **See MMATQ xnas (Meta Materials Inc - RO) (ISIN US59134N3026) | 28-Jun-2021 | Bought | Open | 500 0000 | 1 95 | -975 00 | 0 00 |
| **See MMAT xnas (Meta Materials Inc ) (ISIN US59134N1046) | 28-Jun-2021 | Sold | Close | -790 0000 | 1 87 | 1,477 30 | 0 00 |
| **See MMAT xnas (Meta Materials Inc - RO) (ISIN US59134N3026) | 28-Jun-2021 | Bought | Open | 790 0000 | 1 87 | -1 477 30 | 0 00 |
| **See MMAT xnas (Meta Materials Inc ) (ISIN US59134N1046) | 28-Jun-2021 | Sold | Close | -1 132 0000 | 2 17 | 2 456 44 | 0 00 |
| **See MMATQ xnas (Meta Materials Inc - RO) (ISIN US59134N3026) | 28-Jun-2021 | Bought | Open | 1 132 0000 | 2 17 | -2 456 44 | 0 00 |
| **See MMAT xnas (Meta Materials Inc ) (ISIN US59134N1046) | 28-Jun-2021 | Sold | Close | -1 003 0000 | 2 05 | 2 056 15 | 0 00 |
| **See MMATQ xnas (Meta Materials Inc - RO) (ISIN US59134N3026) | 28-Jun-2021 | Bought | Open | 1 003 0000 | 2 05 | -2 056 15 | 0 00 |
| **See MMAT xnas (Meta Materials Inc ) (ISIN US59134N1046) | 28-Jun-2021 | Sold | Close | -500 0000 | 2 73 | 1 365 00 | 0 00 |
| **See MMAT xnas (Meta Materials Inc - RO) (ISIN US59134N3026) | 28-Jun-2021 | Bought | Open | 500 0000 | 2 73 | -1 365 00 | 0 00 |
| **See MMAT xnas (Meta Materials Inc ) (ISIN US59134N1046) | 28-Jun-2021 | Sold | Close | -169 0000 | 3 19 | 539 11 | 0 00 |
| **See MMATQ xnas (Meta Materials Inc - RO) (ISIN US59134N3026) | 28-Jun-2021 | Bought | Open | 169 0000 | 3 19 | -539 11 | 0 00 |
| **See MMAT xnas (Meta Materials Inc ) (ISIN US59134N1046) | 28-Jun-2021 | Sold | Close | -542 0000 | 2 9494 | 1 598 57 | 0 00 |
| **See MMATQ xnas (Meta Materials Inc - RO) (ISIN US59134N3026) | 28-Jun-2021 | Bought | Open | 542 0000 | 2 9494 | -1 598 57 | 0 00 |
| **See MMAT xnas (Meta Materials Inc ) (ISIN US59134N1046) | 28-Jun-2021 | Sold | Close | -197 0000 | 8 3 | 1 635 10 | 0 00 |
| **See MMATQ xnas (Meta Materials Inc - RO) (ISIN US59134N3026) | 28-Jun-2021 | Bought | Open | 197 0000 | 8 3 | -1 635 10 | 0 00 |
| **See MMAT xnas (Meta Materials Inc ) (ISIN US59134N1046) | 28-Jun-2021 | Sold | Close | -113 0000 | 5 08 | 574 04 | 0 00 |
| **See MMATQ xnas (Meta Materials Inc - RO) (ISIN US59134N3026) | 28-Jun-2021 | Bought | Open | 113 0000 | 5 08 | -574 04 | 0 00 |
| **See MMAT xnas (Meta Materials Inc ) (ISIN US59134N1046) | 28-Jun-2021 | Bought | Close | 11 193 0000 | 2 677888 | -29 973 60 | 0 00 |
| **See MMATQ xnas (Meta Materials Inc - RO) (ISIN US59134N3026) | 28-Jun-2021 | Sold | Close | -11,193 0000 | 2 677888 | 29,973 60 | 0 00 |
| **See MMAT xnas (Meta Materials Inc ) (ISIN US59134N1046) | 28-Jun-2021 | Sold | Close | -5 596 0000 | 5 355777 | 29 970 93 | 0 00 |
| **See MMATQ xnas (Meta Materials Inc - RO) (ISIN US59134N3026) | 28-Jun-2021 | Bought | Open | 5,596 0000 | 5 355777 | -29 970 93 | 0 00 |

## Trades Executed, 33888/149642 (LEE MENG KONG), USD

| Instrument | TradeTime | B/S | Open/Close | Amount | Price | Traded Value | Booked Amount (USD) |
|---|---|---|---|---|---|---|---|
| **See MMAT xnas (Meta Materials Inc ) (ISIN US59134N1046) | 28-Jun-2021 | Sold | Open | -11 193 0000 | 2 677888 | 29 973 60 | 0 00 |
| **See MMAT xnas (Meta Materials Inc ) (ISIN US59134N1046) | 28-Jun-2021 | Bought | Open | 5 596 0000 | 5 355777 | -29 970 93 | 0 00 |
| **See MMAT xnas (Meta Materials Inc ) (ISIN US59134N1046) | 28-Jun-2021 | Sold | Close | -1 000 0000 | 3 66 | 3,660 00 | 0 00 |
| **See MMATQ xnas (Meta Materials Inc - RO) (ISIN US59134N3026) | 28-Jun-2021 | Bought | Open | 1,000 0000 | 3 66 | -3,660 00 | 0 00 |
| **See MMAT xnas (Meta Materials Inc ) (ISIN US59134N1046) | 28-Jun-2021 | Sold | Close | -1 000 0000 | 3 67 | 3 670 00 | 0 00 |
| **See MMATQ xnas (Meta Materials Inc - RO) (ISIN US59134N3026) | 28-Jun-2021 | Bought | Open | 1 000 0000 | 3 67 | -3 670 00 | 0 00 |
| **See MMAT xnas (Meta Materials Inc ) (ISIN US59134N1046) | 28-Jun-2021 | Sold | Close | -207 0000 | 2 17 | 449 19 | 0 00 |
| **See MMATQ xnas (Meta Materials Inc - RO) (ISIN US59134N3026) | 28-Jun-2021 | Bought | Open | 207 0000 | 2 17 | -449 19 | 0 00 |
| **See MMAT xnas (Meta Materials Inc ) (ISIN US59134N1046) | 28-Jun-2021 | Sold | Close | -1 000 0000 | 2 8889 | 2 888 90 | 0 00 |
| **See MMATQ xnas (Meta Materials Inc - RO) (ISIN US59134N3026) | 28-Jun-2021 | Bought | Open | 1 000 0000 | 2 8889 | -2 888 90 | 0 00 |
| **See MMAT xnas (Meta Materials Inc ) (ISIN US59134N1046) | 28-Jun-2021 | Sold | Close | -470 0000 | 2 89 | 1,358 30 | 0 00 |
| **See MMATQ xnas (Meta Materials Inc - RO) (ISIN US59134N3026) | 28-Jun-2021 | Bought | Open | 470 0000 | 2 89 | -1 358 30 | 0 00 |
| **See MMAT xnas (Meta Materials Inc ) (ISIN US59134N1046) | 28-Jun-2021 | Sold | Close | -520 0000 | 2 84519231 | 1 479 50 | 0 00 |
| **See MMATQ xnas (Meta Materials Inc - RO) (ISIN US59134N3026) | 28-Jun-2021 | Bought | Open | 520 0000 | 2 84519231 | -1 479 50 | 0 00 |
| **See MMAT xnas (Meta Materials Inc ) (ISIN US59134N1046) | 28-Jun-2021 | Sold | Close | -400 0000 | 2 05 | 820 00 | 0 00 |
| **See MMATQ xnas (Meta Materials Inc - RO) (ISIN US59134N3026) | 28-Jun-2021 | Bought | Open | 400 0000 | 2 05 | -820 00 | 0 00 |
| **See MMAT xnas (Meta Materials Inc ) (ISIN US59134N1046) | 28-Jun-2021 | Sold | Close | -231 0000 | 1 38 | 318 78 | 0 00 |
| **See MMATQ xnas (Meta Materials Inc - RO) (ISIN US59134N3026) | 28-Jun-2021 | Bought | Open | 231 0000 | 1 38 | -318 78 | 0 00 |
| **See MMAT xnas (Meta Materials Inc ) (ISIN US59134N1046) | 28-Jun-2021 | Sold | Close | -219 0000 | 1 38 | 302 22 | 0 00 |
| **See MMATQ xnas (Meta Materials Inc - RO) (ISIN US59134N3026) | 28-Jun-2021 | Bought | Open | 219 0000 | 1 38 | -302 22 | 0 00 |
| **See MMAT xnas (Meta Materials Inc ) (ISIN US59134N1046) | 28-Jun-2021 | Sold | Close | -200 0000 | 2 | 400 00 | 0 00 |

# Trades Executed Report
*01-Jan-2024 - 01-Nov-2024*

Generated at 03-Nov-2024 06 06 50 18 06 50 (Singapore Standard Time)



Saxo Capital Markets Pte Ltd
CapitaSpring
88 Market Street
048948 Singapore
Singapore
Email No-Replycs@saxomarkets com sg

Lee Meng Kong
Blk 241 Tampines Street 21
#03-433
520241 Singapore

**Client ID** 12972622
**Currency** USD
**Account(s)** LEE MENG KONG 33888/149642

# Recent Account Statement 2024

**Trades Executed, 33888/149642 (LEE MENG KONG), USD**

| Instrument | TradeTime | B/S | Open/Close | Amount | Price | Traded Value | Booked Amount (USD) |
|---|---|---|---|---|---|---|---|
| Aquestive Therapeutics Inc (ISIN US03843E1047) | 19-Aug-2024 | Sold | Close | -92 0000 | 4 0709 | 374 52 | 373 41 |
| Aquestive Therapeutics Inc (ISIN US03843E1047) | 19-Mar-2024 | Bought | Open | 92 0000 | 5 2 | -478 40 | -479 49 |
| Aquestive Therapeutics Inc (ISIN US03843E1047) | 18-Mar-2024 | Sold | Close | -82 0000 | 5 88 | 482 16 | 481 06 |
| Aquestive Therapeutics Inc (ISIN US03843E1047) | 08-Mar-2024 | Sold | Close | -75 0000 | 5 4426 | 408 20 | 407 10 |
| Aquestive Therapeutics Inc (ISIN US03843E1047) | 08-Mar-2024 | Bought | Open | 82 0000 | 5 03 | -412 46 | -413 55 |
| Aquestive Therapeutics Inc (ISIN US03843E1047) | 06-Mar-2024 | Bought | Open | 75 0000 | 3 9 | -292 50 | -293 59 |
| Aquestive Therapeutics Inc (ISIN US03843E1047) | 04-Mar-2024 | Sold | Close | -75 0000 | 4 1717 | 312 88 | 311 78 |
| Aquestive Therapeutics Inc (ISIN US03843E1047) | 23-Feb-2024 | Bought | Open | 75 0000 | 2 64 | -198 00 | -202 36 |
| **See MMATQ xnas (Meta Materials Inc - RO) (ISIN US59134N3026) | 16-Feb-2024 | Sold | Close | -56 0000 | 4 6 | 257 60 | 253 23 |
| **See MMATQ xnas (Meta Materials Inc - RO) (ISIN US59134N3026) | 29-Jan-2024 | Sold | Close | -5 615 0000 | 5 353896 | 30 062 13 | 0 00 |
| **See MMATQ xnas (Meta Materials Inc - RO) (ISIN US59134N3026) | 29-Jan-2024 | Bought | Open | 56 0000 | 535 389637 | -29 981 82 | 0 00 |

# Recent Account Statement 2024