NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | | PROOF OF INTEREST |
|---|---|---|
| Name of Debtor  Meta Material Inc | Case Number  20-50792-hlb | |

| 1 Name and address of holder of the Equity Interest (the person or entity holding an Equity Interest in the Debtor Referred to hereinafter as the Interest holder ) <br><br> Lee Meng Kong <br> 241 Tampines Street 21 <br> #03-433 <br> Singapore 520241 <br><br><br><br><br> Telephone Number  (065)- 92763833 | ☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest  Attach copy of statement giving particulars <br><br> ☑ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case <br><br> ☐ Check box if this address differs from the address on the envelope sent to you by the Debtors | COURT USE ONLY <br><br> RECEIVED AND FILED <br><br> DEC - 9 2024 <br><br> U S BANKRUPTCY COURT <br> MARY A SCHOTT, CLERK |

NOTE' This form SHOULD NOT be used to make a claim against the Debtor for money owed  A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

| Account or other number by which Interest holder identifies Debtor <br><br> 50477399  From Tiger Brokers (Singapore) PTE LTD | Check here if this claim <br> ☐ replaces a previously filed Proof of Interest dated <br> ☐ amends a previously filed Proof of Interest dated |
|---|---|
| 2 Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest <br><br> **TIGER BROKERS (SINGAPORE) PTE  LTD** <br> **1 Raffles Place, #35-61 One Raffles Place Tower 2,** <br> **Singapore 048616** <br><br> Tel  +65 6331 2277 | 3 Date Equity Interest was acquired <br><br> **28 June 2021** |
| 4 Total amount of member interest <br><br><br>                                                     5036 | 5 Certificate number(s) <br><br> Nil in Statements |

6 Type of Equity Interest
    Please indicate the type of Equity Interest you hold
        ☑ Check this box if your Equity Interest is based on an actual member interest held in the Debtor
        ☐ Check this box if your Equity Interest is based on anything else and describe that interest
Description

7 Supporting Documents  Attach copies of supporting documents  such as stock certificates  option agreements  warrants  etc  DO NOT SEND ORIGINAL DOCUMENTS  If the documents are not available  explain  If the documents are voluminous  attach a summary

8 Date Stamped Copy  To receive an acknowledgement of the filing of your Proof of Interest  enclose a stamped  self addressed envelope and copy of this Proof of Interest

9 Signature
Check the appropriate box
☑ I am the creditor   ☐ I am the creditor's authorized agent

☐ I am the trustee or the debtor

☐ I am a guarantor surety endorser or other codebtor

(Attach copy of power of attorney if any)

or their authorized agent

(See Bankruptcy Rule 3005)

(See Bankruptcy Rule 3004)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge information and reasonable belief

Print Name  Lee Meng Kong
Title
Company  Address and telephone number (if different from notice address above)

(Signature) (Date) Telephone number  email

03 Nov 2024

(065) 92763833

leemengkongsg@gmail.com

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both 18 U S C §§ 152 AND 3571*

# Tiger Brokers (Singapore) PTE.LTD.
Activity Statement  2021.05.01 – 2022.04.30



| Symbol | Market | Exchange | Activity Type | Quantity | Trade Price | Amount | Accrued Interest in Trade | Comm/Fee | GST | Realized P/L | Notes | Trade Time | Settle Date | Currency |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| OCGN | US | | | -62 | 7.68000 | -476.16 | | -1.99 | -0.14 | -21.91 | | /Eastern | | USD |
| Total OCGN | | | | 0 | | 34.10 | 0.00 | -5.97 | -0.42 | -40.49 | | | | USD |
| TKAT | US | | | 368 | 3.00000 | 1,104.00 | | Settlement Fee: -1.10<br>Commission: -1.84<br>Platform Fee: -1.84 | -0.33 | 0.00 | | 2022-02-02 09:32:35, US /Eastern | | USD |
| TKAT | US | | | -368 | 4.16000 | -1,530.88 | 0.00 | Settlement Fee: -1.10<br>SEC Fee: -0.03<br>Trading Activity Fee: -0.05<br>Commission: -1.85<br>Platform Fee: -1.85 | -0.35 | 416.54 | | 2022-04-04 11:19:19, US /Eastern | | USD |
| Total TKAT | | | | 0 | | -426.88 | 0.00 | -9.66 | -0.68 | 416.54 | | | | USD |
| TRCH | US | | | 20 | 2.05000 | 41.00 | 0.00 | -1.99 | -0.14 | 0.00 | | 2021-05-10 12:50:16, US /Eastern | | USD |
| TRCH | US | | | 1 | 2.24500 | 2.24 | | -1.99 | -0.14 | 0.00 | | 2021-05-24 11:13:50, US /Eastern | | USD |
| TRCH | US | | | 44 | 3.54000 | 155.76 | | -1.99 | -0.14 | 0.00 | | 2021-06-14 12:54:20, US /Eastern | | USD |
| TRCH | US | | | 67 | 3.60000 | 241.20 | | -1.99 | -0.14 | 0.00 | | 2021-06-14 14:19:01, US /Eastern | | USD |
| TRCH | US | | | 50 | 3.55000 | 177.50 | | -1.99 | -0.14 | 0.00 | | 2021-06-14 14:25:26, US /Eastern | | USD |
| TRCH | US | | | 10 | 5.66000 | 56.60 | | -1.99 | -0.14 | 0.00 | | 2021-06-15 13:24:54, US /Eastern | | USD |
| TRCH | US | | | 10 | 5.06000 | 50.60 | | -1.99 | -0.14 | 0.00 | | 2021-06-15 13:58:12, US /Eastern | | USD |
| | | | | | | | | | | | | 2021-06-15 15:38:11, US | | |

# Tiger Brokers (Singapore) PTE.LTD.

Activity Statement : 2021.05.01 – 2022.04.30



| Symbol | Market | Exchange | Activity Type | Quantity | Trade Price | Amount | Accrued Interest in Trade | Comm/Fee | GST | Realized P/L | Notes | Trade Time | Settle Date | Currency |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TRCH | US | | | 50 | 4.98000 | 249.00 | | -1.99 | -0.14 | 0.00 | | /Eastern | | USD |
| TRCH | US | | | 30 | 5.20000 | 156.00 | | -1.99 | -0.14 | 0.00 | | 2021-06-17 09:40:38, US /Eastern | | USD |
| TRCH | US | | | 50 | 5.13000 | 256.50 | | -1.99 | -0.14 | 0.00 | | 2021-06-17 09:44:34, US /Eastern | | USD |
| TRCH | US | | | 400 | 5.06000 | 2,024.00 | | -4.00 | -0.28 | 0.00 | | 2021-06-17 10:03:55, US /Eastern | | USD |
| TRCH | US | | | 6 | 4.90000 | 29.40 | | -1.99 | -0.14 | 0.00 | | 2021-06-17 10:09:05, US /Eastern | | USD |
| Total TRCH | | | | 738 | | 3,439.80 | 0.00 | -25.89 | -1.82 | 0.00 | | | | USD |
| VERB | US | | | 370 | 2.26000 | 836.20 | 0.00 | -3.70 | -0.26 | 0.00 | | 2021-08-05 07:35:39, US /Eastern | | USD |
| VERB | US | | | -370 | 2.30200 | -851.74 | | -3.70 | -0.26 | 7.62 | | 2021-08-06 10:57:14, US /Eastern | | USD |
| Total VERB | | | | 0 | | -15.54 | 0.00 | -7.40 | -0.52 | 7.62 | | | | USD |
| Total | | | | | | 5,642.83 | 0.00 | -264.56 | -18.55 | -65.56 | | | | USD |

## Deposits & Withdrawals

| Date | Description | Amount | Currency |
|---|---|---|---|
| 2021-05-10 | Deposit | 1,100.00 | SGD |
| 2021-06-28 | Deposit | 300.00 | SGD |
| 2021-07-14 | Deposit | 500.00 | SGD |

# Tiger Brokers (Singapore) PTE.LTD.

Activity Statement : 2021.05 01 – 2022 04 30



| Symbol | Market | Exchange | Activity Type | Quantity | Trade Price | Amount | Accrued interest in Trade | Comm/Fee | GST | Realized P/L | Notes | Trade Time | Settle Date | Currency |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| KPLT | US | | | -115 | 7.33000 | -842.95 | | -1.99 | -0.14 | 238.48 | | 12:52:57, US /Eastern | | USD |
| Total KPLT | | | | 0 | | -244.87 | 0.00 | -5.97 | -0.42 | 238.48 | | | | USD |
| MMAT | US | | | 28 | 8.00000 | 224.00 | | -1.99 | -0.14 | 0.00 | | 2021-06-28 11:25:08, US /Eastern | | USD |
| MMAT | US | | | 92 | 4.00000 | 368.00 | | -1.99 | -0.14 | 0.00 | | 2021-07-14 12:58:03, US /Eastern | | USD |
| MMAT | US | | | 120 | 3.63000 | 435.60 | | -1.99 | -0.14 | 0.00 | | 2021-07-22 11:01:51, US /Eastern | | USD |
| MMAT | US | | | 500 | 3.44000 | 1,720.00 | 0.00 | -5.00 | -0.35 | 0.00 | | 2021-07-23 09:49:54, US /Eastern | | USD |
| MMAT | US | | | 484 | 3.39000 | 1,640.76 | 0.00 | -4.84 | -0.34 | 0.00 | | 2021-07-23 10:56:16, US /Eastern | | USD |
| MMAT | US | | | 161 | 5.23000 | 842.03 | | -1.99 | -0.14 | 0.00 | | 2021-09-03 13:24:27, US /Eastern | | USD |
| MMAT | US | | | 15 | 2.97000 | 44.55 | | Commission: -1.99 | -0.14 | 0.00 | | 2021-12-14 10:43:34, US /Eastern | | USD |
| Total MMAT | | | | 1400 | | 5,274.94 | 0.00 | -19.79 | -1.39 | 0.00 | | | | USD |
| OCGN | US | | | 112 | 7.98000 | 893.76 | | -1.99 | -0.14 | 0.00 | | 2021-08-06 11:05:09, US /Eastern | | USD |
| OCGN | US | | | -50 | 7.67000 | -383.50 | | -1.99 | -0.14 | -18.58 | | 2021-08-30 04:25:16, US /Eastern | | USD |
| | | | | | | | | | | | | 2021-08-30 07:00:58, US | | |

# RECENT STATEMENT ACCOUNT 2024

**Tiger Brokers (Singapore) PTE.LTD.**
Activity Statement : 2024.01.01 – 2024.11.18



| Symbol | Date | Currency | Description | Quantity | Amount |
|---|---|---|---|---|---|
| MMAT | 2024-01-29 | USD | | 3.7600 | |
| MMAT | 2024-01-29 | USD | | 0.9200 | |
| MMAT | 2024-01-29 | USD | | 1.2000 | |
| MMAT | 2024-01-29 | USD | | 0.2800 | |
| MMAT | 2024-01-29 | USD | | 1.6100 | |
| MMAT | 2024-01-29 | USD | | 0.1500 | |
| MMAT | 2024-01-29 | USD | | 4.1200 | |
| MMAT | 2024-01-29 | USD | | 0.8800 | |
| MMAT | 2024-01-29 | USD | 2 Reverse Split to 1 | −5036 | |
| MMAT | 2024-01-29 | USD | 2 Reverse Split to 1 | 18.3600 | |
| MMAT | 2024-01-29 | USD | 100 Reverse Split to 1 | −0.3600 | |
| MMAT | 2024-01-29 | USD | 100 Reverse Split to 1 | | 1.78 |
| CBDLD | 2024-04-22 | USD | 300 Reverse Split to 1 | −60000 | |
| CBDLD | 2024-04-22 | USD | 300 Reverse Split to 1 | 200 | |
| 422CNT022 | 2024-09-18 | USD | Spin Off | 7 | |
| HCWC | 2024-09-18 | USD | Spin Off | 2 | |

## Financial Instrument Information

**Forex**

| Symbol | Issuer | Description | Multiplier | Expiry | Strike | Right |
|---|---|---|---|---|---|---|
| USD.SGD | | USD.SGD | 1 | | | |

**Stock**