NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | **PROOF OF INTEREST** |
|---|---|

| Name of Debtor  Meta Material Inc | Case Number  20-50792-hlb | **COURT USE ONLY** |
|---|---|---|

**1**  Name and address of holder of the Equity Interest (the person or entity holding an Equity Interest in the Debtor  Referred to hereinafter as the Interest holder )

Sim Siva Sally
241 Tampines Street 21
#03-433
Singapore 520241

Telephone Number  (065)-91051888

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest  Attach copy of statement giving particulars

☑ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors

**RECEIVED AND FILED**

DEC - 9 2024

U S BANKRUPTCY COURT
MARY A  SCHOTT, CLERK

**NOTE:** This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor  An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein

| Account or other number by which Interest holder identifies Debtor<br><br>13403329 From Saxo Capital Markets Pte Ltd | Check here if this claim<br>☐ replaces a previously filed Proof of Interest dated<br>☐ amends a previously filed Proof of Interest dated |
|---|---|

| **2**  Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest<br><br>**Saxo Capital Markets Pte Ltd CapitaSpring**<br>**88 Market Street 048948 Singapore Singapore**<br>**Email  No-Replycs@saxomarkets com sg**<br><br>Telephone Number  (065)  6303 7788 | **3**  Date Equity Interest was acquired<br><br>**28 June 2021** |
|---|---|

| **4**  Total amount of member interest      **3078** | **5**  Certificate number(s)<br><br>Nil in Statements |
|---|---|

**6**  Type of Equity Interest
Please indicate the type of Equity Interest you hold
☑ Check this box if your Equity Interest is based on an actual member interest held in the Debtor
☐ Check this box if your Equity Interest is based on anything else and describe that interest
Description

**7**  Supporting Documents  Attach copies of supporting documents  such as stock certificates  option agreements  warrants  etc  DO NOT SEND ORIGINAL DOCUMENTS  If the documents are not available  explain  If the documents are voluminous  attach a summary

**8**  Date Stamped Copy  To receive an acknowledgement of the filing of your Proof of Interest  enclose a stamped  self addressed envelope and copy of this Proof of Interest

**9 Signature**

Check the appropriate box

☑ I am the creditor  ☐ I am the creditor s authorized agent

☐ I am the trustee or the debtor

☐ I am a guarantor surety endorser or other codebtor

(Attach copy of power of attorney if any )

or their authorized agent

(See Bankruptcy Rule 3005 )

(See Bankruptcy Rule 3004 )

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge information and reasonable belief

Print Name   Sim Siva Sally

Title

Company  Address and telephone number (if different from notice address above)

(Signature) (Date)  Telephone number  email

03 Nov 2024

(065) 91051888

leemengkongsg@gmail com

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both  18 U S C  §§ 152 AND 3571*

# Trades Executed Report
## *01-Apr-2021 - 31-Jan-2023*
*Generated at  03-Nov-2024 08 35 33 20 35 33 (Singapore Standard Time)*



**BE INVESTED**

Saxo Capital Markets Pte Ltd
CapitaSpring
88 Market Street
048948 Singapore
Singapore
Email  No-Replycs@saxomarkets com sg

Sim Siva Sally
241 TAMPINES STREET 21 03-433
520241 Singapore
Singapore

**Client ID   13403329**
**Currency    USD**
**Account(s)   33888/165556**

# Proof of Purchase Date

| Instrument | TradeTime | B/S | Open/Close | Amount | Price | Traded Value | Booked Amount (USD) |
|---|---|---|---|---|---|---|---|
| **See MMAT xnas (Meta Materials Inc ) (ISIN US59134N1046) | 21-Jun-2021 | Bought | Open | 6 0000 | 8 84 | -53 04 | -57 32 |
| BlackBerry Ltd (ISIN CA09228F1036) | 17-Jun-2021 | Sold | Close | -53 0000 | 12 822 | 679 57 | 675 28 |
| **See MMAT xnas (Meta Materials Inc ) (ISIN US59134N1046) | 17-Jun-2021 | Bought | Open | 20 0000 | 5 2 | -104 00 | -108 28 |
| **See MMAT xnas (Meta Materials Inc ) (ISIN US59134N1046) | 17-Jun-2021 | Bought | Open | 20 0000 | 5 13 | -102 60 | -106 88 |
| **See MMAT xnas (Meta Materials Inc ) (ISIN US59134N1046) | 17-Jun-2021 | Bought | Open | 50 0000 | 4 9 | -245 00 | -249 28 |
| **See MMAT xnas (Meta Materials Inc ) (ISIN US59134N1046) | 17-Jun-2021 | Bought | Open | 30 0000 | 4 89 | -146 70 | -150 98 |
| BlackBerry Ltd (ISIN CA09228F1036) | 16-Jun-2021 | Bought | Open | 53 0000 | 13 04 | -691 12 | -695 40 |
| BlackBerry Ltd (ISIN CA09228F1036) | 15-Jun-2021 | Bought | Open | 72 0000 | 13 8 | -993 60 | -997 88 |
| BlackBerry Ltd (ISIN CA09228F1036) | 15-Jun-2021 | Sold | Close | -72 0000 | 13 9418 | 1 003 81 | 999 52 |
| **See MMAT xnas (Meta Materials Inc ) (ISIN US59134N1046) | 15-Jun-2021 | Bought | Open | 20 0000 | 5 1492 | -102 98 | -107 26 |
| **See MMAT xnas (Meta Materials Inc ) (ISIN US59134N1046) | 15-Jun-2021 | Bought | Open | 20 0000 | 5 | -100 00 | -104 28 |
| **See MMAT xnas (Meta Materials Inc ) (ISIN US59134N1046) | 15-Jun-2021 | Bought | Open | 20 0000 | 4 98 | -99 60 | -103 88 |
| *Delisted 20221102 (U S Well Services Inc) (ISIN US91274U3095) | 11-Jun-2021 | Sold | Close | -2 000 0000 | 0 971 | 1 942 00 | 1 920 59 |
| **See MMAT xnas (Meta Materials Inc ) (ISIN US59134N1046) | 11-Jun-2021 | Bought | Open | 350 0000 | 3 08 | -1,078 00 | -1,082 28 |
| *Delisted 20221102 (U S Well Services Inc) (ISIN US91274U3095) | 10-Jun-2021 | Sold | Close | -750 0000 | 1 | 750 00 | 741 96 |
| **See MMAT xnas (Meta Materials Inc ) (ISIN US59134N1046) | 10-Jun-2021 | Bought | Open | 200 0000 | 2 97 | -594 00 | -598 28 |
| Soligenix Inc (ISIN US8342236044) | 11-May-2021 | Sold | Close | -1,500 0000 | 0 9506 | 1,425 90 | 1,409 84 |
| *Delisted 20221102 (U S Well Services Inc) (ISIN US91274U3095) | 11-May-2021 | Bought | Open | 1,750 0000 | 0 78 | -1 365 00 | -1 383 73 |

# Proof of Purchase Date

| Instrument | TradeTime | B/S | Open/Close | Amount | Price | Traded Value | Booked Amount (USD) |
|---|---|---|---|---|---|---|---|
| **See MMATQ xnas (Meta Materials Inc - RO) (ISIN US59134N3026) | 28-Jun-2021 | Bought | Open | 420 0000 | 2 26 | -949 20 | 0 00 |
| **See MMAT xnas (Meta Materials Inc ) (ISIN US59134N1046) | 28-Jun-2021 | Sold | Close | -200 0000 | 2 97 | 594 00 | 0 00 |
| **See MMATQ xnas (Meta Materials Inc - RO) (ISIN US59134N3026) | 28-Jun-2021 | Bought | Open | 200 0000 | 2 97 | -594 00 | 0 00 |
| **See MMAT xnas (Meta Materials Inc ) (ISIN US59134N1046) | 28-Jun-2021 | Sold | Close | -350 0000 | 3 08 | 1 078 00 | 0 00 |
| **See MMATQ xnas (Meta Materials Inc - RO) (ISIN US59134N3026) | 28-Jun-2021 | Bought | Open | 350 0000 | 3 08 | -1 078 00 | 0 00 |
| **See MMAT xnas (Meta Materials Inc ) (ISIN US59134N1046) | 28-Jun-2021 | Sold | Close | -20 0000 | 5 1492 | 102 98 | 0 00 |
| **See MMATQ xnas (Meta Materials Inc - RO) (ISIN US59134N3026) | 28-Jun-2021 | Bought | Open | 20 0000 | 5 1492 | -102 98 | 0 00 |
| **See MMAT xnas (Meta Materials Inc ) (ISIN US59134N1046) | 28-Jun-2021 | Sold | Close | -20 0000 | 5 | 100 00 | 0 00 |
| **See MMATQ xnas (Meta Materials Inc - RO) (ISIN US59134N3026) | 28-Jun-2021 | Bought | Open | 20 0000 | 5 | -100 00 | 0 00 |
| **See MMAT xnas (Meta Materials Inc ) (ISIN US59134N1046) | 28-Jun-2021 | Sold | Close | -20 0000 | 4 98 | 99 60 | 0 00 |
| **See MMATQ xnas (Meta Materials Inc - RO) (ISIN US59134N3026) | 28-Jun-2021 | Bought | Open | 20 0000 | 4 98 | -99 60 | 0 00 |
| **See MMAT xnas (Meta Materials Inc ) (ISIN US59134N1046) | 28-Jun-2021 | Sold | Close | -20 0000 | 5 2 | 104 00 | 0 00 |
| **See MMATQ xnas (Meta Materials Inc - RO) (ISIN US59134N3026) | 28-Jun-2021 | Bought | Open | 20 0000 | 5 2 | -104 00 | 0 00 |
| **See MMAT xnas (Meta Materials Inc ) (ISIN US59134N1046) | 28-Jun-2021 | Sold | Close | -20 0000 | 5 13 | 102 60 | 0 00 |
| **See MMATQ xnas (Meta Materials Inc - RO) (ISIN US59134N3026) | 28-Jun-2021 | Bought | Open | 20 0000 | 5 13 | -102 60 | 0 00 |
| **See MMAT xnas (Meta Materials Inc ) (ISIN US59134N1046) | 28-Jun-2021 | Sold | Close | -50 0000 | 4 9 | 245 00 | 0 00 |
| **See MMATQ xnas (Meta Materials Inc - RO) (ISIN US59134N3026) | 28-Jun-2021 | Bought | Open | 50 0000 | 4 9 | -245 00 | 0 00 |
| **See MMAT xnas (Meta Materials Inc ) (ISIN US59134N1046) | 28-Jun-2021 | Sold | Close | -30 0000 | 4 89 | 146 70 | 0 00 |
| **See MMATQ xnas (Meta Materials Inc - RO) (ISIN US59134N3026) | 28-Jun-2021 | Bought | Open | 30 0000 | 4 89 | -146 70 | 0 00 |
| **See MMAT xnas (Meta Materials Inc ) (ISIN US59134N1046) | 28-Jun-2021 | Sold | Close | -6 0000 | 8 84 | 53 04 | 0 00 |
| **See MMATQ xnas (Meta Materials Inc - RO) (ISIN US59134N3026) | 28-Jun-2021 | Bought | Open | 6 0000 | 8 84 | -53 04 | 0 00 |
| **See MMAT xnas (Meta Materials Inc ) (ISIN US59134N1046) | 28-Jun-2021 | Sold | Close | -2 852 0000 | 7 111158 | 20 281 02 | 0 00 |
| **See MMATQ xnas (Meta Materials Inc - RO) (ISIN US59134N3026) | 28-Jun-2021 | Bought | Open | 2,852 0000 | 7 111158 | -20,281 02 | 0 00 |
| **See MMAT xnas (Meta Materials Inc ) (ISIN US59134N1046) | 28-Jun-2021 | Bought | Close | 5 704 0000 | 3 555579 | -20 281 02 | 0 00 |
| **See MMATQ xnas (Meta Materials Inc - RO) (ISIN US59134N3026) | 28-Jun-2021 | Sold | Close | -5 704 0000 | 3 555579 | 20 281 02 | 0 00 |
| Meta Materials Inc (ISIN US59134N2036) | 23-Jun-2021 | Bought | Open | 5 704 0000 | 0 | 0 00 | 0 00 |

## Trades Executed, 33888/165556, USD

| Instrument | TradeTime | B/S | Open/Close | Amount | Price | Traded Value | Booked Amount (USD) |
|---|---|---|---|---|---|---|---|
| Next Bridge Hydrocarbons Inc - Reduce Only (ISIN US5919943713) | 31-Jan-2023 | Sold | Close | -5 704 0000 | 0 | 0 00 | 0 00 |
| Tremor International Ltd (ISIN  IL0011320343) | 31-Jan-2023 | Bought | Open | 5 704 0000 | 0 | 0 00 | 0 00 |
| *Delisted 20221220(Meta Materials Inc-Pfd Reg Shs) (ISIN  US59134N2036) | 20-Dec-2022 | Sold | Close | -5 704 0000 | 0 | 0 00 | 0 00 |
| Next Bridge Hydrocarbons Inc - Reduce Only (ISIN US5919943713) | 20-Dec-2022 | Bought | Open | 5 704 0000 | 0 | 0 00 | 0 00 |
| Meta Materials Inc  (ISIN  US59134N2036) | 27-Dec-2021 | Sold | Close | -5 704 0000 | 0 | 0 00 | 0 00 |
| *Delisted 20221220(Meta Materials Inc-Pfd Reg Shs) (ISIN  US59134N2036) | 27-Dec-2021 | Bought | Open | 5 704 0000 | 0 | 0 00 | 0 00 |
| Meta Materials Inc  (ISIN  US59134N2036) | 15-Oct-2021 | Bought | Open | 5 704 0000 | 0 | 0 00 | 0 00 |
| **See MMATQ xnas (Meta Materials Inc - RO) (ISIN US59134N3026) | 15-Oct-2021 | Sold | Close | -5 704 0000 | 0 | 0 00 | 0 00 |
| Meta Materials Inc  (ISIN  US59134N2036) | 14-Oct-2021 | Sold | Close | -5,704 0000 | 0 | 0 00 | 0 00 |
| **See MMATQ xnas (Meta Materials Inc - RO) (ISIN US59134N3026) | 14-Oct-2021 | Bought | Open | 5 704 0000 | 0 | 0 00 | 0 00 |
| **See MMATQ xnas (Meta Materials Inc - RO) (ISIN US59134N3026) | 17-Aug-2021 | Bought | Open | 39 0000 | 2 97 | -115 83 | -120 11 |
| **See MMATQ xnas (Meta Materials Inc - RO) (ISIN US59134N3026) | 16-Jul-2021 | Bought | Open | 100 0000 | 3 76 | -376 00 | -380 28 |
| **See MMATQ xnas (Meta Materials Inc - RO) (ISIN US59134N3026) | 12-Jul-2021 | Bought | Open | 50 0000 | 4 3 | -215 00 | -219 28 |
| **See MMATQ xnas (Meta Materials Inc - RO) (ISIN US59134N3026) | 12-Jul-2021 | Bought | Open | 37 0000 | 4 | -148 00 | -152 28 |
| **See MMAT xnas (Meta Materials Inc ) (ISIN US59134N1046) | 28-Jun-2021 | Sold | Open | -5 704 0000 | 3 555579 | 20 281 02 | 0 00 |
| **See MMAT xnas (Meta Materials Inc ) (ISIN US59134N1046) | 28-Jun-2021 | Bought | Open | 2 852 0000 | 7 111158 | -20 281 02 | 0 00 |
| **See MMAT xnas (Meta Materials Inc ) (ISIN US59134N1046) | 28-Jun-2021 | Sold | Close | -3 900 0000 | 3 7196 | 14 506 44 | 0 00 |
| **See MMATQ xnas (Meta Materials Inc - RO) (ISIN US59134N3026) | 28-Jun-2021 | Bought | Open | 3 900 0000 | 3 7196 | -14 506 44 | 0 00 |
| **See MMAT xnas (Meta Materials Inc ) (ISIN US59134N1046) | 28-Jun-2021 | Sold | Close | -437 0000 | 3 6189 | 1 581 46 | 0 00 |
| **See MMATQ xnas (Meta Materials Inc - RO) (ISIN US59134N3026) | 28-Jun-2021 | Bought | Open | 437 0000 | 3 6189 | -1 581 46 | 0 00 |
| **See MMAT xnas (Meta Materials Inc ) (ISIN US59134N1046) | 28-Jun-2021 | Sold | Close | -211 0000 | 2 9289 | 618 00 | 0 00 |
| **See MMATQ xnas (Meta Materials Inc - RO) (ISIN US59134N3026) | 28-Jun-2021 | Bought | Open | 211 0000 | 2 9289 | -618 00 | 0 00 |
| **See MMAT xnas (Meta Materials Inc ) (ISIN US59134N1046) | 28-Jun-2021 | Sold | Close | -420 0000 | 2 26 | 949 20 | 0 00 |

# Trades Executed Report
## *01-Jan-2024 - 01-Nov-2024*
*Generated at  03-Nov-2024 08 26 00 20 26 00 (Singapore Standard Time)*



Saxo Capital Markets Pte Ltd
CapitaSpring
88 Market Street
048948 Singapore
Singapore
Email  No-Replycs@saxomarkets com sg

Sim Siva Sally
241 TAMPINES STREET 21 03-433
520241 Singapore
Singapore

**Client ID   13403329**
**Currency    USD**
**Account(s)   33888/165556**

# Recent Account Statement 2024

## Trades Executed, 33888/165556, USD

| Instrument | TradeTime | B/S | Open/Close | Amount | Price | Traded Value | Booked Amount (USD) |
|---|---|---|---|---|---|---|---|
| **See MMATQ:xnas (Meta Materials Inc. - RO) (ISIN: US59134N3026) | 16-Feb-2024 | Sold | Close | -30.0000 | 4.75 | 142.50 | 138.13 |
| **See MMATQ:xnas (Meta Materials Inc. - RO) (ISIN: US59134N3026) | 29-Jan-2024 | Sold | Close | -3,078.0000 | 6.866749 | 21,135.85 | 0.00 |
| **See MMATQ:xnas (Meta Materials Inc. - RO) (ISIN: US59134N3026) | 29-Jan-2024 | Bought | Open | 30.0000 | 686.674874 | -20,600.25 | 0.00 |

# Recent Account Statement 2024