NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | PROOF OF INTEREST |
|---|---|

| Name of Debtor: META MATERIALS INC. | Case Number: 24-50792-hlb |
|---|---|

**1. Name and address of holder of the Equity Interest** (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

Sean Johnson
311 Emmans Rd,
Flanders NJ 07836

Telephone Number: 973-796-0357

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

☑ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

**RECEIVED AND FILED**

**DEC -9 2024**

**U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK**

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b)herein.

COURT USE ONLY

| Account or other number by which Interest holder identifies Debtor: See attached Proof of Interest Supplemental Information. | Check here if this claim: ☐ replaces a previously filed Proof of Interestdated: _____ ☐ amends a previously filed Proof of Interestdated: _____ |
|---|---|

**2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:** Sean Johnson
See attached Proof of interest supplemental information

Telephone Number:

**3. Date Equity Interest was acquired:**

**4. Total amount of member interest:** See attached Proof of interest supplemental information

**5. Certificate number(s):** See attached Documentation

**6. Type of Equity Interest:**
Please indicate the type of Equity Interest you hold:
☑ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
☐ Check this box if your Equity Interest is based on anything else and describe that interest:
Description: Investor

**7. Supporting Documents:** Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**8. Date-Stamped Copy:** To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

**9. Signature:**
Check the appropriate box.
☑ I am the creditor. ☐ I am the creditor's authorized agent. (Attach copy of power of attorney, ifany.) ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.) ☐ I am a guarantor, surety, endorser, or othercodebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: Sean Johnson
Title:
Company:___ Address and telephone number (if different from notice addressabove):

(Signature)  12-4-24 (Date)

Telephone number: 973-796-0357    email: Seanjohnson164@hotmail.com

_Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571_

| Print Form | Save Form | Clear Form |
|---|---|---|

December 4th 2024

U.S Bankruptcy Court
Foley Federal Building and
U.S Courthouse
ATTN: Clerk of Court
300 Las Vegas BLVD. South
Las Vegas, Nevada 89101

RE: NOTICE OF REDACTION, Proof of interest Form, Case No. 24-50792

To Clerk of the Court,

My Name is Sean Johnson, and I hereby submit this NOTICE OF REDACTION for PROOF OF
INTEREST FORM in the matter of Meta Materials, Inc. case number 24-50792. Per
instructions by The Honorable Hillary L. Barnes, United States Bankruptcy Judge, and
out of an abundance of concern for the potential misuse of my personal information,
I request all but the last four digits of my account numbers be redacted, along with
my home address, and phone number from my proof of interest form and supporting
documentation.

Per instructions, I have included with this filing an unredacted version of POI, a
redacted version of POI, supporting documentation. also a check for $28 processing
fee

Thank you for your consideration in this matter

Sean Johnson
311 Emmans RD
Flanders NJ, 07836

Proof of Interest supplemental Information
Case: 24-50792, Meta Materials, INC.
For: Sean Johnson

Broker: Etrade
Account # 892-425789-210
Address: PO Box 484
Jersey City, NJ 07303-0484
Phone Number:1-800-387-2331
Transactions [pre reverse split]
1/19/24 Purchased 1650 shares  $.0742/share [$122.43 total invested]
total shares held Pre-Reverse Split: 1650 [17 shares post split]
total monies invested pre-reverse split: $122.43
No transactions post-reverse split
Total shares held post-reverse split: 17
total monies invested post reverse split: $122.43

*see attached supporting brokerage information

Broker: ROBINHOOD
Account # 869083113
ADDRESS:85 Willow RD
Menlo Park, CA 94025
Phone Number: 1-650-761-7789
total shares held Pre-Reverse Split:4888 [49 shares post split]
total monies invested pre-reverse split: $3871.57
No transactions post-reverse split
Total shares held post-reverse split: 49
total monies invested post reverse split: $3871.57

*see attached supporting brokerage information

Broker: Webull Financial LLC
Account # 5MY73260
Address:webull Financial LLC
44 wall street 2nd floor
NEW YORK, NY 10005
Phone Number:1-888-828-0618
total shares held Pre-Reverse Split: 16360 [164 shares post split]
total monies invested pre-reverse split:$13876.03
total shares purchased post-reverse split: 5 shares 2/2/24 $3.40 a share costing $17
total shares post-reverse split: 169
total monies spent post-reverse split: $13893.03

*see attached supporting brokerage information



## Account Detail

| Self-Directed Brokerage Account | SEAN M JOHNSON |
|---|---|
| 892-425789-210 | |

**Investment Objectives (in order of priority):** Not Provided                                                                 Brokerage Account
*Inform us if your investment objectives, as defined in the Expanded Disclosures, change.*

## HOLDINGS

*This section reflects positions purchased/sold on a trade date basis. "Market Value" and "Unrealized Gain/(Loss)" may not reflect the value that could be obtained in the market. Your actual investment return may differ from the unrealized gain/(loss) displayed. Fixed Income securities are sorted by maturity or pre-refunding date, and alphabetically within date. Estimated Annual Income a) is calculated on a pre-tax basis, b) does not include any reduction for applicable non-US withholding taxes, c) may include return of principal or capital gains which could overstate such estimates, and d) for holdings that have a defined maturity date within the next 12 months, is reflected only through maturity date. Actual income or yield may be lower or higher than the estimates. Current Yield is an estimate for informational purposes only. It reflects the income generated by an investment, and is calculated by dividing the total estimated annual income by the current market value of the entire position. It does not reflect changes in its price. Structured Investments, identified on the Position Description Details line as "Asset Class: Struct Inv," may appear in various statement product categories. When displayed, the accrued interest, annual income and current yield for those with a contingent income feature (e.g., Range Accrual Notes or Contingent Income Notes) are estimates and assume specified accrual conditions are met during the relevant period and payment in full of all contingent interest. For Floating Rate Securities, the accrued interest, annual income and current yield are estimates based on the current floating coupon rate and may not reflect historic rates within the accrual period.*

*For additional information related to Unrealized and Realized Gain/(Loss) and tax lot details, including cost basis, please visit www.etrade.com. The information presented on the statement should not be used for tax purposes.*

## CASH, BANK DEPOSIT PROGRAM AND MONEY MARKET FUNDS

*Cash, Bank Deposit Program, and Money Market Funds are generally displayed on a settlement date basis. You have the right to instruct us to liquidate your bank deposit balance(s) or shares of any money market fund balance(s) at any time and have the proceeds of such liquidation remitted to you. Estimated Annual Income, Accrued Interest, and APY% will only be displayed for fully settled positions. Under the Bank Deposit Program, free credit balances held in an account(s) at Morgan Stanley Smith Barney LLC are automatically deposited into an interest-bearing deposit account(s), at Morgan Stanley Bank, N.A. and/or Morgan Stanley Private Bank, National Association, each a national bank, FDIC member and an affiliate of Morgan Stanley. Under certain circumstances, deposits may be held at other FDIC insured Program Banks. For more information regarding the Bank Deposit Program and the Program Banks, go to www.etrade.com/bdpdisclosure. Cash and interest from required Pattern Day Trader minimum equity amounts are retained in Cash Balance Program.*

| Description | | Market Value | 7-Day<br>Current Yield % | Est Ann Income | APY % |
|---|---|---|---|---|---|
| **MORGAN STANLEY BANK N.A.** | | $0.99 | — | — | 0.010 |

| | Percentage<br>of Holdings | | Market Value | Est Ann Income | |
|---|---|---|---|---|---|
| **CASH, BDP, AND MMFs** | 13.60% | | $0.99 | — | |

## STOCKS
### COMMON STOCKS

| Security Description | Quantity | Share Price | Total Cost | Market Value | Unrealized<br>Gain/(Loss) | Est Ann Income | Current<br>Yield % |
|---|---|---|---|---|---|---|---|
| **META MATERIALS INC NEW (MMATQ)**<br>*Asset Class: Equities* | 17.000 | $0.370 | $122.43 | $6.29 | $(116.14) | — | — |

**E✱TRADE**®
from Morgan Stanley

**CLIENT STATEMENT | For the Period January 1-31, 2024**

## Account Detail

Self-Directed Brokerage Account    SEAN M JOHNSON
892-425789-210

Investment Objectives (in order of priority): Not Provided
*Inform us if your investment objectives, as defined in the Expanded Disclosures, change.*

**Brokerage Account**

## HOLDINGS

*This section reflects positions purchased/sold on a trade date basis. "Market Value" and "Unrealized Gain/(Loss)" may not reflect the value that could be obtained in the market. Your actual investment return may differ from the unrealized gain/(loss) displayed. Fixed Income securities are sorted by maturity or pre-refunding date, and alphabetically within date. Estimated Annual Income a) is calculated on a pre-tax basis, b) does not include any reduction for applicable non-US withholding taxes, c) may include return of principal or capital gains which could overstate such estimates, and d) for holdings that have a defined maturity date within the next 12 months, is reflected only through maturity date. Actual income or yield may be lower or higher than the estimates. Current Yield is an estimate for informational purposes only. It reflects the income generated by an investment, and is calculated by dividing the total estimated annual income by the current market value of the entire position. It does not reflect changes in its price. Structured Investments, identified on the Position Description Details line as "Asset Class: Struct Inv," may appear in various statement product categories. When displayed, the accrued interest, annual income and current yield for those with a contingent income feature (e.g., Range Accrual Notes or Contingent Income Notes) are estimates and assume specified accrual conditions are met during the relevant period and payment in full of all contingent interest. For Floating Rate Securities, the accrued interest, annual income and current yield are estimates based on the current floating coupon rate and may not reflect historic rates within the accrual period.*

*For additional information related to Unrealized and Realized Gain/(Loss) and tax lot details, including cost basis, please visit www.etrade.com. The information presented on the statement should not be used for tax purposes.*

## CASH, BANK DEPOSIT PROGRAM AND MONEY MARKET FUNDS

*Cash, Bank Deposit Program, and Money Market Funds are generally displayed on a settlement date basis. You have the right to instruct us to liquidate your bank deposit balance(s) or shares of any money market fund balance(s) at any time and have the proceeds of such liquidation remitted to you. Estimated Annual Income, Accrued Interest, and APY% will only be displayed for fully settled positions. Under the Bank Deposit Program, free credit balances held in an account(s) at Morgan Stanley Smith Barney LLC are automatically deposited into an interest-bearing deposit account(s), at Morgan Stanley Bank, N.A. and/or Morgan Stanley Private Bank, National Association, each a national bank, FDIC member and an affiliate of Morgan Stanley. For more information regarding the Bank Deposit Program, go to www.etrade.com/bdpdisclosure. Interest from required Pattern Day Trader minimum equity amounts retained in Cash Balance Program.*

| Description | | Market Value | 7-Day Current Yield % | Est Ann Income | APY % |
|---|---|---|---|---|---|
| **MORGAN STANLEY BANK N.A.** | | $39.99 | — | — | 0.010 |

| | Percentage of Holdings | Market Value | Est Ann Income |
|---|---|---|---|
| **CASH, BDP, AND MMFs** | 38.11% | $39.99 | — |

## STOCKS
### COMMON STOCKS

| Security Description | Quantity | Share Price | Total Cost | Market Value | Unrealized Gain/(Loss) | Est Ann Income | Current Yield % |
|---|---|---|---|---|---|---|---|
| **FM4 NXTBRG HYDROCARBONS CONTRA** *Asset Class: Equities* | 242.000 | N/A | $1,811.88 | N/A | N/A | — | — |
| **META MATERIALS INC NEW (MMAT)** *Asset Class: Equities* | 17.000 | 3.820 | 122.43 | 64.94 | (57.49) | — | — |

# E✱TRADE®
from Morgan Stanley

## Account Detail

| | Self-Directed Brokerage Account 892-425789-210 | SEAN M JOHNSON |
|---|---|---|

| | Percentage of Holdings | Total Cost | Market Value | Unrealized Gain/(Loss) | Est Ann Income | Current Yield % |
|---|---|---|---|---|---|---|
| **STOCKS** | 61.89% | $1,934.31 | $64.94 | $(57.49) | — | — |

| | Percentage of Holdings | Total Cost | Market Value | Unrealized Gain/(Loss) | Est Ann Income Accrued Interest | Current Yield % |
|---|---|---|---|---|---|---|
| **TOTAL VALUE** | 100.00% | $1,934.31 | $104.93 | $(57.49) | — | — |

*Unrealized Gain/(Loss) totals only reflect positions that have both cost basis and market value information available. Cash, MMF, Deposits and positions stating 'Please Provide' or 'Pending Corporate Actions' are not included.*

## ALLOCATION OF ASSETS

| | Cash | Equities | Fixed Income & Preferred Securities | Alternatives | Structured Investments | Other |
|---|---|---|---|---|---|---|
| Cash, BDP, MMFs | $39.99 | — | — | — | — | — |
| Stocks | — | $64.94 | — | — | — | — |
| **TOTAL ALLOCATION OF ASSETS** | $39.99 | $64.94 | — | — | — | — |

## ACTIVITY

## CASH FLOW ACTIVITY BY DATE

| Activity Date | Settlement Date | Activity Type | Description | Comments | Quantity | Price | Credits/(Debits) |
|---|---|---|---|---|---|---|---|
| 1/19 | | Online Transfer | ACH DEPOSIT | REFID:98265708906; | | | $100.00 |
| 1/19 | 1/23 | Bought | META MATERIALS INC | ACTED AS AGENT UNSOLICITED TRADE | 1,650.000 | 0.0742 | (122.43) |
| 1/29 | | Service Fee | META MATERIALS INC | MANDATORY REORG FEE | | | (38.00) |
| 1/30 | | Deposit | TRANSFER FROM XXXXXX8576 | REFID:99041069906 | | | 37.00 |
| 1/30 | | Deposit | TRANSFER FROM XXXXXX8576 | REFID:99041111906 | | | 1.50 |
| **NET CREDITS/(DEBITS)** | | | | | | | **$(21.93)** |

*Purchase and Sale transactions above may have received an average price execution. Details regarding the actual prices are available upon request.*

**E✲TRADE**
from Morgan Stanley

**CLIENT STATEMENT** | For the Period January 1-31, 2024

## Account Detail

| Self-Directed Brokerage Account | SEAN M JOHNSON |
| 892-425789-210 | |

## MONEY MARKET FUND (MMF) AND BANK DEPOSIT PROGRAM ACTIVITY

| Activity Date | Activity Type | Description | Credits/(Debits) |
|---|---|---|---|
| 1/22 | Automatic Investment | BANK DEPOSIT PROGRAM | $100.00 |
| 1/23 | Automatic Redemption | BANK DEPOSIT PROGRAM | (122.43) |
| 1/30 | Automatic Redemption | BANK DEPOSIT PROGRAM | (38.00) |
| 1/31 | Automatic Investment | BANK DEPOSIT PROGRAM | 38.50 |
| **NET ACTIVITY FOR PERIOD** | | | **$(21.93)** |

## TRANSFERS, CORPORATE ACTIONS AND ADDITIONAL ACTIVITY

### CORPORATE ACTIONS

| Activity Date | Activity Type | Description | Comments | Quantity |
|---|---|---|---|---|
| 1/29 | Exchange Delivered Out | META MATERIALS INC | | (1,650.000) |
| 1/29 | Exchange Received In | META MATERIALS INC NEW | | 16.000 |
| 1/29 | Exchange Received In | META MATERIALS INC NEW | | 1.000 |

## MESSAGES

**Senior Investor Helpline**
For any inquiries or potential concerns, senior investors or someone acting on their behalf may contact our Firm by calling (800) 280-4534.
**Important information about your 2023 tax reporting**
If your E*TRADE account was transferred to Morgan Stanley Smith Barney LLC (MSSB) in 2023, you may receive multiple tax forms for 2023: tax forms for your original E*TRADE account that reports all activity with E*TRADE Securities LLC before the transfer date, and additional tax forms for your transferred account that reports all activity with MSSB after the transfer date. Please note, there may be a slight timing difference in the availability of the two forms. If your brokerage or stock plan account(s) do not meet the minimum IRS threshold for taxable activity, we'll post a notification under Documents > General Correspondence. For more information on what to expect, visit www.etrade.com/taxyear2023.
Remember, if you also have a full service account with MSSB, you'll receive a separate tax form for that account, which will be available on Morgan Stanley Online. Only forms for your E*TRADE account will be available in the Tax Center.

Our powerful, new trading platform is here—at no extra cost. **Try Robinhood Legend**

Search    Rewards    Investing    Crypto    Spending    Retirement    Notifications    Account

# Sean Johnson

Investing    Crypto    Transfers    Recurring    Reports and statements    Tax center    History    Settings    Help

Total portfolio value

# $13.72

| | | |
|---|---|---|
| **Stocks** | 21.79% | $2.99 |
| **Individual cash** | 78.21% | $10.73 |



Total portfolio value
$13.72

# Stocks

| Name | Symbol | Shares | Price | Average cost | Total return ▾ | Equity |
|------|--------|--------|-------|--------------|----------------|--------|
| Meta Materials | MMATQ | 49 | $0.061 | $79.07 | ▽ $3,871.571 | $2.99 |



Stocks & options
$2.99

---

**Margin investing**

## Disabled

Margin investing is a feature that allows you to borrow money for greater potential gains or losses. To enable margin investing, first **switch to a margin account**.

---

**Instant Deposits**

## GOOD

| | |
|---|---|
| Instant Deposit limit | $1,000.00 |
| Total pending deposits | $0.00 |
| Instant Deposits | $0.00 |
| Instant Deposits used | $0.00 |

---

**Withdrawable Cash**

## $10.73

| | |
|---|---|
| Individual Cash | $10.73 |
| Withdrawable Cash | $10.73 |

---

**Dividend reinvestment**

## Disabled

Dividend reinvestment (DRIP) automatically reinvests cash dividend payments into additional shares of the underlying stock or fund.

---

**Stock Lending**

## Disabled

With Stock Lending, get the opportunity to earn extra income on your portfolio. **Learn more**

---

**Cash sweep program**

## Enabled

| | |
|---|---|
| Annual percentage yield (APY) | 0.01% |
| Cash earning interest ⓘ | $10.73 |

# Robinhood 🖋

85 Willow Rd, Menlo Park, CA 94025
help@robinhood.com

**Sean Johnson** Account #:869083113
311 Emmans Rd, Roxbury Township, NJ 07836

| Account Summary | Opening Balance | Closing Balance |
|---|---|---|
| Brokerage Cash Balance | $0.00 | $0.00 |
| Deposit Sweep Balance | $10.73 | $10.73 |
| Total Securities | $3.48 | $2.99 |
| **Portfolio Value** | **$14.21** | **$13.72** |

### Portfolio Allocation



▨ **Cash and Cash Equivalents**
78.21%

■ **Equities**
21.79%

▨ **Options**
0.00%

| Income and Expense Summary | This Period | Year to Date |
|---|---|---|
| Dividends | $0.00 | $0.00 |
| Capital Gains Distributions | $0.00 | $0.00 |
| Interest Earned | $0.00 | $0.03 |

As of the closing date of this statement, the annual percentage yield (APY) for customers enrolled in the brokerage cash sweep program is 0.01% for customers who are not subscribed to Robinhood Gold. For customers subscribed to Robinhood Gold or enrolled in a boosted rate promotion, the APY ranges from 4.25% - 4.75%. Program banks pay interest on your swept cash, minus any fees paid to Robinhood. Neither Robinhood Financial LLC nor any of its affiliates are banks. Investment products are not FDIC-insured, not bank guaranteed, and may lose value. Uninvested cash swept to the program banks is eligible for FDIC insurance up to applicable limits, subject to FDIC rules. The Securities Investor Protection Corporation has taken the position that uninvested cash swept to the program banks is not covered by the Securities Investor Protection Act.

This statement shall be conclusive if not objected to in writing within ten days (except with respect to debit card transactions). Errors and omissions exempted. Please address all communications to the firm and not to the individuals. Address changes or other material changes in your account should be directed to the office servicing your account. Kindly mention your account number. This statement should be retained for income tax purposes.

Robinhood Securities, LLC ("RHS") carries your account as the clearing broker by arrangement with your introducing broker-dealer, Robinhood Financial LLC ("RHF").

RHS is a Member of SIPC, which protects securities customers of its members up to $500,000 (including $250,000 for claims for cash). Explanatory brochure available upon request or at www.sipc.org.

3840999

Portfolio Summary

| Securities Held in Account | Sym/Cusip | Acct Type | Qty | Price | Mkt Value | Est. Dividend Yield | % of Total Portfolio |
|---|---|---|---|---|---|---|---|
| Meta Materials<br>Estimated Yield: 0.00% | MMATQ | Cash | 49 | $0.0610 | $2.99 | $0.00 | 21.79% |
| **Total Securities** | | | | | **$2.99** | **$0.00** | **21.79%** |
| **Brokerage Cash Balance** | | | | | **$0.00** | | **0.00%** |
| **Deposit Sweep Balance** | | | | | **$10.73** | | **78.21%** |
| **Total Priced Portfolio** | | | | | **$13.72** | | |

# Robinhood 🪶

85 Willow Rd, Menlo Park, CA 94025
help@robinhood.com

Page 1 of 8
01/01/2024 to 01/31/2024
**SEAN JOHNSON** Account #: 869083113
311 Emmans Rd, Roxbury Township, NJ 07836

▨ **Options**        ■ **Equities**        ⊞ **Cash and Cash Equivalents**

| Account Summary | Opening Balance | Closing Balance |
|---|---|---|
| Brokerage Cash Balance | $0.00 | $0.00 |
| Deposit Sweep Balance | $5.38 | $10.70 |
| Total Securities | $219.91 | $187.18 |
| **Portfolio Value** | **$225.29** | **$197.88** |

**Portfolio Allocation**



⊚ **Cash and Cash Equivalents**
5.41%

● **Equities**
94.59%

⊚ **Options**
0.00%

| Income and Expense Summary | This Period | Year to Date |
|---|---|---|
| Dividends | $0.00 | $0.00 |
| Capital Gains Distributions | $0.00 | $0.00 |
| Interest Earned | $0.00 | $0.00 |

As of the closing date of this statement, the annual percentage yield (APY) for customers enrolled in the brokerage cash sweep program is 1.50% for customers who are not subscribed to Robinhood Gold, 5.00% for Robinhood Gold subscribers, or 5.25% for Robinhood Gold subscribers enrolled in the boosted rate promotion. Program banks pay interest on your swept cash, minus any fees paid to Robinhood. Neither Robinhood Financial LLC nor any of its affiliates are banks. Investment products are not FDIC-insured, not bank guaranteed, and may lose value. Uninvested cash swept to the program banks is eligible for FDIC insurance up to applicable limits, subject to FDIC rules. The Securities Investor Protection Corporation has taken the position that uninvested cash swept to the program banks is not covered by the Securities Investor Protection Act.

This statement shall be conclusive if not objected to in writing within ten days (except with respect to debit card transactions). Errors and omissions exempted. Please address all communications to the firm and not to the individuals. Address changes or other material changes in your account should be directed to the office servicing your account. Kindly mention your account number. This statement should be retained for income tax purposes.

Robinhood Securities, LLC ("RHS") carries your account as the clearing broker by arrangement with your introducing broker-dealer, Robinhood Financial LLC ("RHF").

RHS is a Member of SIPC, which protects securities customers of its members up to $500,000 (including $250,000 for claims for cash). Explanatory brochure available upon request or at www.sipc.org.

3357671

Portfolio Summary

| Securities Held in Account | Sym/Cusip | Acct Type | Qty | Price | Mkt Value | Est. Dividend Yield | % of Total Portfolio |
|---|---|---|---|---|---|---|---|
| Meta Materials Estimated Yield: 0.00% | MMAT | Cash | 49 | $3.82 | $187.18 | $0.00 | 94.59% |
| **Total Securities** | | | | | **$187.18** | **$0.00** | **94.59%** |
| **Brokerage Cash Balance** | | | | | **$0.00** | | **0.00%** |
| **Deposit Sweep Balance** | | | | | **$10.70** | | **5.41%** |
| **Total Priced Portfolio** | | | | | **$197.88** | | |

**Account Activity**

| Description | Symbol | Acct Type | Transaction | Date | Qty | Price | Debit | Credit |
|---|---|---|---|---|---|---|---|---|
| ACH Deposit | | Cash | ACH | 01/19/2024 | | | | $120.00 |
| Meta Materials CUSIP: 59134N104 | MMAT | Cash | Buy | 01/19/2024 | 1,556 | $0.07 | $114.68 | |
| Meta Materials CUSIP: 59134N104 | | Cash | SPR | 01/29/2024 | 4,888S | | | |
| Meta Materials CUSIP: 59134N302 | | Cash | SPR | 01/29/2024 | 48 | | | |
| Meta Materials CUSIP: 59134N302 | | Cash | SPR | 01/31/2024 | 1 | | | |
| **Total Funds Paid and Received** | | | | | | | **$114.68** | **$120.00** |



Our powerful, new trading platform is here—at no extra cost. **Try Robinhood Legend**

| | Search | | Rewards | Investing | Crypto | Spending | Retirement | Notifications | Account |

# Sean Johnson

**Investing**   **Crypto**   **Transfers**   **Recurring**   **Reports and statements**   **Tax center**   **History**   **Settings**   **Help**

Total portfolio value

# $13.72



| | | |
|---|---|---|
| **Stocks** | 21.79% | $2.99 |
| **Individual cash** | 78.21% | $10.73 |

Total portfolio value
$13.72

# Stocks

| Name | Symbol | Shares | Price | Average cost | Total return ▾ | Equity |
|------|--------|--------|-------|--------------|----------------|--------|
| Meta Materials | MMATQ | 49 | $0.061 | $79.07 | ▽ $3,871.571 | $2.99 |



Stocks & options
$2.99

**Margin investing**

**Disabled**

Margin investing is a feature that allows you to borrow money for greater potential gains or losses. To enable margin investing, first **switch to a margin account**.

**Instant Deposits**

**GOOD**

| | |
|---|---|
| Instant Deposit limit | $1,000.00 |
| Total pending deposits | $0.00 |
| Instant Deposits | $0.00 |
| Instant Deposits used | $0.00 |

**Withdrawable Cash**

**$10.73**

| | |
|---|---|
| Individual Cash | $10.73 |
| Withdrawable Cash | $10.73 |

**Dividend reinvestment**

**Disabled**

Dividend reinvestment (DRIP) automatically reinvests cash dividend payments into additional shares of the underlying stock or fund.

**Stock Lending**

**Disabled**

With Stock Lending, get the opportunity to earn extra income on your portfolio. **Learn more**

**Cash sweep program**

**Enabled**

| | |
|---|---|
| Annual percentage yield (APY) | 0.01% |
| Cash earning interest ⓘ | $10.73 |

webull

Individual Cash (5MY73260) ▾                                    Q Symbol/Name

## Stock

### Position

| Actions | Symbol | Qua... ↕ | Mkt Value | Last Price | Avg Price | Total Cost | Open P&L | Open P&L% | Position Ratio | Side | Product Type | Name |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Close | ARWR | 837 | 21,54... | 25.74 | 15.00 | 12,555.00 | +8,989.38 | +71.60% | 99.54% | Long | Stock | Arrowhead Pharma |
| Close | MMATQ | 169 | 10.31 | 0.0610 | 82.21 | 13,893.03 | -13,882.72 | -99.93% | 0.05% | Long | Stock | Meta Materials Inc |
| Close | COSM | 8 | 6.32 | 0.7902 | 10.81 | 86.46 | -80.14 | -92.69% | 0.03% | Long | Stock | Cosmos Health Inc. |
| Close | LCID | 8 | 16.68 | 2.085 | 21.05 | 168.40 | -151.72 | -90.10% | 0.08% | Long | Stock | Lucid Group Inc |
| Close | (TBA) | 7 | 0.00 | 0.0000 | 0.0000 | 0.00 | 0.00 | 0.00% | 0.00% | Long | Stock | SCILEX HOLDING CO |
| Close | AMC | 6 | 29.31 | 4.89 | 261.17 | 1,567.03 | -1,537.72 | -98.13% | 0.14% | Long | Stock | Amc Entmt Hldgs Inc |
| Close | CENN | 1 | 1.21 | 1.21 | 97.50 | 97.50 | -96.29 | -98.76% | 0.01% | Long | Stock | Cenntro |
| Close | GE | 0.125 | 22.66 | 181.30 | 105.68 | 13.21 | +9.45 | +71.56% | 0.10% | Long | Stock | GE Aerospace |
| Close | GEHC | 0.041... | 3.46 | 83.05 | 0.0000 | 0.00 | +3.46 | | 0.02% | Long | Stock | Ge Healthcare Technolo... |
| Close | GEV | 0.031... | 10.70 | 342.27 | 0.0000 | 0.00 | +10.70 | | 0.05% | Long | Stock | GE VERNOVA LLC |

Not Tradable

| | Working | Filled | Canceled | Pending | Partial Filled | Failed | All | | ↕ ✕ |
|---|---|---|---|---|---|---|---|---|---|
| | Actions | Symbol | | Side | Filled Qty/Total Qt | Limit Price | Stop Price | Trail Amount | |

Eastern Time 12/04/2024 10:14:59

 **Webull**

| | |
|---|---|
| **Statement Period:** | 10/01/2024 - 10/31/2024 |
| **Account Name:** | Sean Johnson |
| **Account Number:** | 5MY73260 |
| **Account Type:** | CASH |
| **Account Address:** | 311 Emmans Road FLANDERS,NJ,07836 |

Welcome to your Webull Summary Statement!

This document provides a comprehensive overview of your investment activities and holdings within your Webull brokerage account. It serves as a record of your transactions, portfolio performance, and important account details. Details regarding participation in fully-paid securities lending are also provided here. A glossary of key definitions and important terms are provided at the end of the document.

Please note that this statement is for informational purposes only and does not provide personalized investment advice. If you have any questions or need assistance, our customer support team is available to help.

Please note that externally held assets are included on the statement solely as a courtesy; information (including valuation) for such externally held assets is derived from external sources for which the member is not responsible; and externally held assets may not be covered by SIPC. Funds deposited with Program Banks of Webull's Cash Management Program are insured, in aggregate, up to $250,000 per Program Bank, per depositor, for each account ownership category, by the FDIC. For joint accounts, FDIC coverage is available up to $500,000 per Program Bank.

Happy investing with Webull!

**OFFICE SERVING YOU**

Webull Financial LLC

Member FINRA (CRD: 289063), SIPC

44 Wall Street, 2nd Floor

New York, NY 10005

support@webull.us

1 (888) 828-0618

**WEBULL'S CLEARING BROKER**

Apex Clearing Corporation

Member FINRA (CRD: 13071), SIPC

350 N. St. Paul Suite 1300

Dallas, TX 75201

cs@apexclearing.com

## SUMMARY STATEMENT

This section provides a consolidated view of assets held in your brokerage account at Webull, including cash and securities, and assets related to the activity in your brokerage account, but held outside of Webull, including fully-paid securities lent to Apex through your participation in the Apex Clearing Fully-Paid Securities Lending Program, the collateral you held through the FPSL Program's Trustee, and cash you hold in Webull's FDIC-insured bank sweep program.

| | Prior Month: Sep 30,2024 | Current Month: Oct 31,2024 | | | |
| --- | --- | --- | --- | --- | --- |
| **Assets Held In Webull Account** | Total | Long | Short | Total | Change |
| SIPC Cash Balance | 0.72 | - | - | 0.76 | +0.04 |
| Stock | 16,374.39 | 16,193.42 | 0.00 | 16,193.42 | -180.97 |
| Bonds | 0.00 | 0.00 | 0.00 | 0.00 | +0.00 |
| Options | 0.00 | 0.00 | 0.00 | 0.00 | +0.00 |
| Mutual Funds | 0.00 | 0.00 | 0.00 | 0.00 | +0.00 |
| Securities Lent | 0.00 | 0.00 | 0.00 | 0.00 | +0.00 |
| **Assets Held Away From Webull Account** | | | | | |
| FDIC Cash Balance | 0.00 | - | - | 0.00 | +0.00 |
| Collateral Value | 0.00 | 0.00 | 0.00 | 0.00 | +0.00 |
| Total(Combined Assets) | 16,375.11 | 16,193.42 | 0.00 | 16,194.18 | -180.93 |

## CASH BALANCE DETAIL

| | SIPC Cash Balance | FDIC Cash Balance | Total |
| --- | --- | --- | --- |
| Opening | 0.72 | 0.00 | 0.72 |
| Closing | 0.76 | 0.00 | 0.76 |

Important Notice: Webull is a Member of SIPC, which protects securities customers of its members up to $500,000 (including $250,000 for claims for cash). Funds deposited at Program Banks in the Webull Cash Management Program are insured, in aggregate, up to $250,000 per Program Bank, per depositor, for each account ownership category, by the FDIC.

## CASH REPORT SUMMARY

This section provides a summary of all cash deposits, withdrawals, and other movements within your Webull brokerage account during the statement period. Key definitions and terms can be found at the end of this document.

| | USD |
| --- | --- |
| Opening Cash | 0.72 |
| Deposits | 0.00 |
| Withdrawals | 0.00 |
| Trades (Sold) | 0.00 |
| Trades (Bought) | 0.00 |
| Fee | 0.00 |
| Tax | 0.00 |
| Commission | 0.00 |
| Dividends | 0.04 |
| Interest | 0.00 |
| Others | 0.00 |
| Closing Cash | 0.76 |
| Closing Cash (Settled) | 0.76 |

## OPEN POSITIONS

### Equities & Options

| Symbol | Cusip | Quantity | Multi | Closing Price | Amount |
|---|---|---|---|---|---|
| AMC | 00165C302 | 6 | 1 | 4.39 | 26.34 |
| ARWR | 04280A100 | 837 | 1 | 19.23 | 16,095.51 |
| CENN | 150964104 | 1 | 1 | 1.27 | 1.27 |
| COSM | 221413305 | 8 | 1 | 0.7600 | 6.08 |
| GE | 369604301 | 0.125 | 1 | 171.78 | 21.47 |
| GEHC | 36266G107 | 0.04166 | 1 | 87.35 | 3.64 |
| GEV | 36828A101 | 0.03125 | 1 | 301.66 | 9.43 |
| LCID | 549498103 | 8 | 1 | 2.21 | 17.68 |
| MMATQ | 59134N302 | 169 | 1 | 0.0710 | 12.00 |
| SCLX.WB | 808CNT018 | 7 | 1 | 0.0000 | 0.00 |

### ACCOUNT ACTIVITY

| Date | Transaction | Currency | Account Type | Symbol | Cusip | Quantity | Amount | Description |
|---|---|---|---|---|---|---|---|---|
| 10/25/2024 | Dividend | USD | CASH | GE | 369604301 | | 0.04 | GE AEROSPACE - Div on 0.125 shares - EX:09/26/2024 REC:09/26/2024 PAY: 10/25/2024 |

## NOTES

### KEY DEFINITIONS AND TERMS

1. Accrued Dividends: The pending dividend section includes unpaid cash dividends that the shareholder is entitled to receive but have not been distributed in the statement period. Most often due to the declared payment date being in the future outside of the statement period.
2. Accrued Balance: Interest is charged monthly, so this section will be the total interest incurred by the user in the statement period, rather than the portion of the interest charged. Additional detail provided in the important information section below.
3. Trades (Sold): Cash from selling securities.
4. Trades (Bought): Cash spent on buying securities.
5. Multiplier(Mult): In an individual stock option, the value of the contract is expressed as the product of a certain monetary amount and the underlying index. The certain monetary amount is fixed by the contract, which is referred to as the contract multiplier. At present, the stock is 1 by default and the individual stock option is 100.
6. Closing Price: Last traded price on the last trading date of the month. Note, closing prices are indicative and may be from third-party sources. Webull does not warrant the accuracy of the prices provided by third-party sources.
7. The sum of Exchange-related fees, transaction-related fees, stamp duty, withholding tax, contract fees, commissions, or other fees or taxes.
8. Webull does not charge any fees for currency exchanges. Exchange rate is prone to be impacted by the market exchange rates. Please take exchange rates on market as reference.
9. All transactions are based on a First-in, First-out ("FIFO") method.
10. Trade Records: Displays all GTC (Good-Till-Cancelled) orders in your account. Also included in the section are GTX orders (GTC orders eligible for extended trading hours).
11. Account Types: C = Cash, M = Margin, S = Short, X = RVP/DVP, and O = Other
12. FPSL: The Apex Clearing Corporation Fully-Paid Securities Lending Program.
13. Market Value of Securities Held Long includes the market value of securities held in non-short account types (i.e. Cash account, Margin account).
14. Market Value of Securities Held Short includes the market value of securities held in the short account type. Bona fide short positions will mark-to-market on a daily basis between the margin and short account types based on prevailing closing prices of the security which was shorted.
15. Market Value of Fully-Paid Securities Loaned. The market value of the fully-paid securities you have loaned through participating in the Apex Clearing Corporation Fully-Paid Securities Lending Program.
16. Collateral Value and Loan Value. Collateral Value and Loan Value are related to the fully-paid securities lent by you under the FPSL program. Collateral Value is the amount of collateral (e.g. cash) held on your behalf through the program's Trustee for your benefit at a bank. Loan Value is the market value of the fully-paid securities you have loaned, subject to rounding convention, through participating in the FPSL Program. See the Master Securities Lending Agreement for Apex Clearing Corporation Fully-Paid Securities Lending Program for complete program details.

 # Webull

| Statement Period: | 02/01/2024 - 02/29/2024 |
| Account Name: | Sean Johnson |
| Account Number: | 5MY73260 |
| Account Type: | CASH |
| Account Address: | 311 Emmans Road FLANDERS,NJ,07836 |

## PORTFOLIO SUMMARY

This section provides an overview of cash and securities held in your Webull account as well as fully-paid securities you have loaned through your participation in the Apex Clearing Fully-Paid Securities Lending Program and the collateral held through the program's Trustee for your benefit at a bank.

| | Total Cash Balance | Market Value of Securities in Your Account | Market Value of Securities in Long Account | Market Value of Securities in Short Account | Market Value of Fully-Paid Securities Loaned | Collateral Value | Loan Value | Portfolio Market Value |
|---|---|---|---|---|---|---|---|---|
| Opening | 75.64 | 27,574.83 | 27,574.83 | 0.00 | 0.00 | 0.00 | 0.00 | 27,650.47 |
| Closing | 58.64 | 27,452.97 | 27,452.97 | 0.00 | 0.00 | 0.00 | 0.00 | 27,511.61 |

Welcome to your Webull Brokerage Account Statement!

This document provides a comprehensive overview of your investment activities and holdings within your Webull brokerage account. It serves as a record of your transactions, portfolio performance, and important account details. Details regarding participation in fully-paid securities lending are also provided here. A glossary of key definitions and important terms are provided at the end of the document.

Please note that this statement is for informational purposes only and does not provide personalized investment advice. If you have any questions or need assistance, our customer support team is available to help.

Please note that externally held assets are included on the statement solely as a courtesy; information (including valuation) for such externally held assets is derived from external sources for which the member is not responsible; and externally held assets may not be covered by SIPC.

Happy investing with Webull!

**OFFICE SERVING YOU**
Webull Financial LLC
Member FINRA (CRD: 289063), SIPC
44 Wall Street, 2nd Floor
New York, NY 10005
customerservices@webull.us
1 (888) 828-0618

**YOUR CLEARING BROKER**
Apex Clearing Corporation
Member FINRA (CRD: 13071), SIPC
350 N. St. Paul Suite 1300
Dallas, TX 75201
cs@apexclearing.com

## CASH BALANCE DETAIL

| | SIPC Cash Balance | FDIC Cash Balance | Total |
|---|---|---|---|
| Opening | 75.64 | 0.00 | 75.64 |
| Closing | 58.64 | 0.00 | 58.64 |

## CASH REPORT SUMMARY

This section provides a summary of all cash deposits, withdrawals, and other movements within your Webull brokerage account during the statement period. Key definitions and terms can be found at the end of this document.

| | USD |
|---|---|
| Opening Cash | 75.64 |
| Deposits | 0.00 |
| Withdrawals | 0.00 |
| Trades (Sold) | 0.00 |
| Trades (Bought) | -17.00 |
| Fee | 0.00 |
| Tax | 0.00 |
| Dividends | 0.00 |
| Interest | 0.00 |
| Others | 0.00 |
| Closing Cash | 58.64 |
| Closing Cash (Settled) | 58.64 |

## SECURITIES TRADING ACTIVITY

Currency: USD

| Symbol & Name | Trade Date | Settlement Date | Buy/Sell | Quantity | Price | Gross Amount | Fee/Tax | Net Amount | Remarks |
|---|---|---|---|---|---|---|---|---|---|
| MMAT -59134N302 META MATERIALS INC | 02/02/2024 | 02/06/2024 | B | 5.00 | 3.40 | -17.00 | 0.00 | -17.00 | |

## OPEN POSITIONS

| Symbol | Cusip | Quantity | Multi | Closing Price | Amount |
|---|---|---|---|---|---|
| ARWR | 04280A100 | 837 | 1 | 32.10 | 26,867.70 |
| GE | 369604301 | 0.125 | 1 | 156.89 | 19.61 |
| LCID | 549498103 | 8 | 1 | 3.30 | 26.40 |
| GEHC | 36266G107 | 0.04166 | 1 | 91.28 | 3.80 |
| COSM | 221413305 | 8 | 1 | 0.7750 | 6.20 |
| CENN | 150964104 | 1 | 1 | 1.40 | 1.40 |
| SCLX.WB | 808CNT018 | 7 | 1 | 0.0000 | 0.00 |
| MMAT | 59134N302 | 169 | 1 | 2.97 | 501.93 |
| AMC | 00165C302 | 6 | 1 | 4.32 | 25.92 |
| MMTLPWB | US8AQ9903 | 280 | 1 | 0.0000 | 0.00 |

## ACCOUNT ACTIVITY

| Date | Transaction | Currency | Symbol | Cusip | Quantity | Amount | Description | Status |
|---|---|---|---|---|---|---|---|---|
| 02/27/2024 | Corporate Action | | CENN | Q6519V146 | -1 | | CENNTRO ELECTRIC GROUP LIMITED — Identifier Change @1:1 — into 150964104 | |
| 02/27/2024 | Corporate Action | | CENN | 150964104 | 1 | | CENNTRO INC — Identifier Change @1:1 — Result of Identifier Change | |

## NOTES

### KEY DEFINITIONS AND TERMS

1. Pending Dividends: The pending dividend section includes unpaid cash dividends that the shareholder is entitled to receive but have not been distributed in the statement period. Most often due to the declared payment date being in the future outside of the statement period.
2. Accrued Interest: Interest is charged monthly, so this section will be the total interest incurred by the user in the statement period, rather than the portion of the interest charged. Additional detail provided in the important information section below.
3. Trades (Sold): Cash from selling securities.
4. Trades (Bought): Cash spent on buying securities.
5. Multiplier(Mult): In an individual stock option, the value of the contract is expressed as the product of a certain monetary amount and the underlying index. The certain monetary amount is fixed by the contract, which is referred to as the contract multiplier. At present, the stock is 1 by default and the individual stock option is 100.
6. Closing Price: Last traded price on the last trading date of the month. Note, closing prices are indicative and may be from third-party sources. Webull does not warrant the accuracy of the prices provided by third-party sources.
7. The sum of Exchange-related fees, transaction-related fees, stamp duty, withholding tax, contract fees, commissions, or other fees or taxes.
8. Webull does not charge any fees for currency exchanges. Exchange rate is prone to be impacted by the market exchange rates. Please take exchange rates on market as reference.
9. All transactions are based on a First-in, First-out ("FIFO") method.
10. Trade Records: Displays all GTC (Good-Till-Cancelled) orders in your account. Also included in the section are GTX orders (GTC orders eligible for extended trading hours).
11. Account Types: C = Cash, M = Margin, S = Short, X = RVP/DVP, and O = Other
12. FPSL: The Apex Clearing Corporation Fully-Paid Securities Lending Program.
13. Market Value of Securities Held Long includes the market value of securities held in non-short account types (i.e. Cash account, Margin account).
14. Market Value of Securities Held Short includes the market value of securities held in the short account type. Bona fide short positions will mark-to-market on a daily basis between the margin and short account types based on prevailing closing prices of the security which was shorted.
15. Market Value of Fully-Paid Securities Loaned. The market value of the fully-paid securities you have loaned through participating in the Apex Clearing Corporation Fully-Paid Securities Lending Program.
16. Collateral Value and Loan Value. Collateral Value and Loan Value are related to the fully-paid securities lent by you under the FPSL program. Collateral Value is the amount of collateral (e.g. cash) held on your behalf through the program's Trustee for your benefit at a bank. Loan Value is the market value of the fully-paid securities you have loaned, subject to rounding convention, through participating in the FPSL Program. See the Master Securities Lending Agreement for Apex Clearing Corporation Fully-Paid Securities Lending Program for complete program details.
17. Portfolio Market Value. The sum of the cash in your account (i.e. Total Cash Value), the securities in your account (i.e. Market Value of Securities in Your Account), and the market value of the fully-paid securities on loan (i.e. Market Value of Fully-Paid Securities Loaned)
18. Payment in Lieu. Cash distributions paid on fully-paid securities on loan in the Securities Lending Income Program will be credited to your Webull account in the form of a "cash-in-lieu" payment. Receipt of cash-in-lieu payments may have different taxable consequences than receipt of the actual dividends from the issuer.



# Webull

| | |
|---|---|
| **Statement Period:** | 01/01/2024 - 01/31/2024 |
| **Account Name:** | Sean Johnson |
| **Account Number:** | 5MY73260 |
| **Account Type:** | CASH |
| **Account Address:** | 311 Emmans Road FLANDERS,NJ,07836 |

## PORTFOLIO SUMMARY

This section provides an overview of cash and securities held in your Webull account as well as fully-paid securities you have loaned through your participation in the Apex Clearing Fully-Paid Securities Lending Program and the collateral held through the program's Trustee for your benefit at a bank.

| | Total Cash Balance | Market Value of Securities in Your Account | Market Value of Securities in Long Account | Market Value of Securities in Short Account | Market Value of Fully-Paid Securities Loaned | Collateral Value | Loan Value | Portfolio Market Value |
|---|---|---|---|---|---|---|---|---|
| Opening | 90.73 | 26,728.26 | 26,728.26 | 0.00 | 0.00 | 0.00 | 0.00 | 26,818.99 |
| Closing | 75.64 | 27,574.83 | 27,574.83 | 0.00 | 0.00 | 0.00 | 0.00 | 27,650.47 |

Welcome to your Webull Brokerage Account Statement!

This document provides a comprehensive overview of your investment activities and holdings within your Webull brokerage account. It serves as a record of your transactions, portfolio performance, and important account details. Details regarding participation in fully-paid securities lending are also provided here. A glossary of key definitions and important terms are provided at the end of the document.

Please note that this statement is for informational purposes only and does not provide personalized investment advice. If you have any questions or need assistance, our customer support team is available to help.

Please note that externally held assets are included on the statement solely as a courtesy; information (including valuation) for such externally held assets is derived from external sources for which the member is not responsible; and externally held assets may not be covered by SIPC.

Happy Investing with Webull!

**OFFICE SERVING YOU**
Webull Financial LLC
Member FINRA (CRD: 289063), SIPC
44 Wall Street, 2nd Floor
New York, NY 10005
customerservices@webull.us
1 (888) 828-0618

**YOUR CLEARING BROKER**
Apex Clearing Corporation
Member FINRA (CRD: 13071), SIPC
350 N. St. Paul Suite 1300
Dallas, TX 75201
cs@apexclearing.com

## CASH BALANCE DETAIL

|  | SIPC Cash Balance | FDIC Cash Balance | Total |
|---|---|---|---|
| Opening | 90.73 | 0.00 | 90.73 |
| Closing | 75.64 | 0.00 | 75.64 |

## CASH REPORT SUMMARY

This section provides a summary of all cash deposits, withdrawals, and other movements within your Webull brokerage account during the statement period. Key definitions and terms can be found at the end of this document.

|  | USD |
|---|---|
| Opening Cash | 90.73 |
| Deposits | 44.00 |
| Withdrawals | 0.00 |
| Trades (Sold) | 0.00 |
| Trades (Bought) | -59.10 |
| Fee | 0.00 |
| Tax | 0.00 |
| Dividends | 0.01 |
| Interest | 0.00 |
| Others | 0.00 |
| Closing Cash | 75.64 |
| Closing Cash (Settled) | 75.64 |

## SECURITIES TRADING ACTIVITY

Currency: USD

| Symbol & Name | Trade Date | Settlement Date | Buy/Sell | Quantity | Price | Gross Amount | Fee/Tax | Net Amount | Remarks |
|---|---|---|---|---|---|---|---|---|---|
| MMAT -59134N104 META MATERIALS INC | 01/11/2024 | 01/16/2024 | B | 1000.00 | 0.0591 | -59.10 | 0.00 | -59.10 | |

## OPEN POSITIONS

| Symbol | Cusip | Quantity | Multi | Closing Price | Amount |
|---|---|---|---|---|---|
| ARWR | 04280A100 | 837 | 1 | 32.10 | 26,867.70 |
| MMAT | 59134N302 | 164 | 1 | 3.82 | 626.48 |
| COSM | 221413305 | 8 | 1 | 1.06 | 8.51 |
| SCLX.WB | 808CNT018 | 7 | 1 | 0.0000 | 0.00 |
| MMTLPWB | US8AQ9903 | 280 | 1 | 0.0000 | 0.00 |
| AMC | 00165C302 | 6 | 1 | 4.05 | 24.30 |
| GE | 369604301 | 0.125 | 1 | 132.42 | 16.55 |
| LCID | 549498103 | 8 | 1 | 3.38 | 27.04 |
| CENN | Q6519V146 | 1 | 1 | 1.19 | 1.19 |
| GEHC | 36286G107 | 0.04166 | 1 | 73.36 | 3.06 |

## ACCOUNT ACTIVITY

| Date | Transaction | Currency | Symbol | Cusip | Quantity | Amount | Description | Status |
|---|---|---|---|---|---|---|---|---|
| 01/19/2024 | Deposit | USD | | | | 44.00 | ACH Deposit - 5MY73260 44 | POST |
| 01/26/2024 | Dividend | USD | GE | 369604301 | | 0.01 | GENERAL ELECTRIC CO — Div on 0.1250000000 shares - EX:2023-12-27 REC:2023-12-28 PAY:2024-01-25 | |
| 01/29/2024 | Corporate Action | | MMAT | 59134N104 | -16360 | | META MATERIALS INC — Reverse Split @100:1 — into 59134N302 | |
| 01/29/2024 | Corporate Action | | MMAT | 59134N302 | 164 | | META MATERIALS INC — Reverse Split @100:1 — Result of Reverse Split | |

## NOTES

### KEY DEFINITIONS AND TERMS

1. Pending Dividends: The pending dividend section includes unpaid cash dividends that the shareholder is entitled to receive but have not been distributed in the statement period. Most often due to the declared payment date being in the future outside of the statement period.
2. Accrued Interest: Interest is charged monthly, so this section will be the total interest incurred by the user in the statement period, rather than the portion of the interest charged. Additional detail provided in the important information section below.
3. Trades (Sold): Cash from selling securities.
4. Trades (Bought): Cash spent on buying securities.
5. Multiplier(Mult): In an individual stock option, the value of the contract is expressed as the product of a certain monetary amount and the underlying index. The certain monetary amount is fixed by the contract, which is referred to as the contract multiplier. At present, the stock is 1 by default and the individual stock option is 100.
6. Closing Price: Last traded price on the last trading date of the month. Note, closing prices are indicative and may be from third-party sources. Webull does not warrant the accuracy of the prices provided by third-party sources.
7. The sum of Exchange-related fees, transaction-related fees, stamp duty, withholding tax, contract fees, commissions, or other fees or taxes.
8. Webull does not charge any fees for currency exchanges. Exchange rate is prone to be impacted by the market exchange rates. Please take exchange rates on market as reference.
9. All transactions are based on a First-in, First-out ("FIFO") method.
10. Trade Records: Displays all GTC (Good-Till-Cancelled) orders in your account. Also included in the section are GTX orders (GTC orders eligible for extended trading hours).
11. Account Types: C = Cash, M = Margin, S = Short, X = RVP/DVP, and O = Other
12. FPSL: The Apex Clearing Corporation Fully-Paid Securities Lending Program.
13. Market Value of Securities Held Long includes the market value of securities held in non-short account types (i.e. Cash account, Margin account).
14. Market Value of Securities Held Short includes the market value of securities held in the short account type. Bona fide short positions will mark-to-market on a daily basis between the margin and short account types based on prevailing closing prices of the security which was shorted.
15. Market Value of Fully-Paid Securities Loaned. The market value of the fully-paid securities you have loaned through participating in the Apex Clearing Corporation Fully-Paid Securities Lending Program.
16. Collateral Value and Loan Value. Collateral Value and Loan Value are related to the fully-paid securities lent by you under the FPSL program. Collateral Value is the amount of collateral (e.g. cash) held on your behalf through the program's Trustee for your benefit at a bank. Loan Value is the market value of the fully-paid securities you have loaned, subject to rounding convention, through participating in the FPSL Program. See the Master Securities Lending Agreement for Apex Clearing Corporation Fully-Paid Securities Lending Program for complete program details.
17. Portfolio Market Value. The sum of the cash in your account (i.e. Total Cash Value), the securities in your account (i.e. Market Value of Securities in Your Account), and the market value of the fully-paid securities on loan (i.e. Market Value of Fully-Paid Securities Loaned)

 **Webull**

| | |
|---|---|
| Statement Period: | 12/01/2023 - 12/31/2023 |
| Account Name: | Sean Johnson |
| Account Number: | 5MY73260 |
| Account Type: | CASH |
| Account Address: | 311 Emmans Road FLANDERS,NJ,07836 |

Welcome to your Webull Brokerage Account Statement!

This document provides a comprehensive overview of your investment activities and holdings within your Webull brokerage account. It serves as a record of your transactions, portfolio performance, and important account details. Details regarding participation in fully-paid securities lending are also provided here. A glossary of key definitions and important terms are provided at the end of the document.

Please note that this statement is for informational purposes only and does not provide personalized investment advice. If you have any questions or need assistance, our customer support team is available to help.

Happy investing with Webull!

**OFFICE SERVING YOU**

44 Wall Street, 2nd Floor, New York, NY 10005

customerservices@webull.us

1 (888) 828-0618

## PORTFOLIO SUMMARY

This section provides an overview of cash and securities held in your Webull account as well as fully-paid securities you have loaned through your participation in the Apex Clearing Fully-Paid Securities Lending Program and the collateral held through the program's Trustee for your benefit at a bank.

| | Total Cash Balance | Market Value of Securities in Your Account | Market Value of Securities in Long Account | Market Value of Securities in Short Account | Market Value of Fully-Paid Securities Loaned | Collateral Value | Loan Value | Portfolio Market Value |
|---|---|---|---|---|---|---|---|---|
| Opening | 0.13 | 19,160.39 | 19,160.39 | 0.00 | 0.00 | 0.00 | 0.00 | 19,160.52 |
| Closing | 90.73 | 26,728.26 | 26,728.26 | 0.00 | 0.00 | 0.00 | 0.00 | 26,818.99 |

## CASH BALANCE DETAIL

| | SIPC Cash Balance | FDIC Cash Balance | Total |
|---|---|---|---|
| Opening | 0.13 | 0.00 | 0.13 |
| Closing | 90.73 | 0.00 | 90.73 |

## CASH REPORT SUMMARY

This section provides a summary of all cash deposits, withdrawals, and other movements within your Webull brokerage account during the statement period. Key definitions and terms can be found at the end of this document.

| | USD |
|---|---|
| Opening Cash | 0.13 |
| Deposits | 190.00 |
| Withdrawals | 0.00 |
| Trades (Sold) | 0.00 |
| Trades (Bought) | -99.40 |
| Fee/Tax | 0.00 |
| Dividends | 0.00 |
| Interest | 0.00 |
| Others | 0.00 |
| Closing Cash | 90.73 |
| Closing Cash (Settled) | 90.73 |

## SECURITIES TRADING ACTIVITY

Currency: USD

| Symbol & Name | Trade Date | Settlement Date | Buy/Sell | Quantity | Price | Gross Amount | Fee/Tax | Net Amount | Remarks |
|---|---|---|---|---|---|---|---|---|---|
| MMAT -59134N104 META MATERIALS INC | 12/04/2023 | 12/06/2023 | B | 1420.00 | 0.0700 | -99.40 | 0.00 | -99.40 | |

## OPEN POSITIONS

| Symbol | Cusip | Quantity | Multi | Closing Price | Amount |
|---|---|---|---|---|---|
| GE | 369604301 | 0.125 | 1 | 127.63 | 15.95 |
| SCLX.WB | 808CNT018 | 7 | 1 | 0.0000 | 0.00 |
| COSM | 221413305 | 8 | 1 | 1.41 | 11.28 |
| CENN | Q6519V146 | 1 | 1 | 1.44 | 1.44 |
| GEHC | 36266G107 | 0.04166 | 1 | 77.32 | 3.22 |
| LCID | 549498103 | 8 | 1 | 4.21 | 33.68 |
| AMC | 00165C302 | 6 | 1 | 6.12 | 36.72 |
| MMTLPWB | US8AQ9903 | 280 | 1 | 0.0000 | 0.00 |
| MMAT | 59134N104 | 15360 | 1 | 0.0660 | 1,013.76 |
| ARWR | 04280A100 | 837 | 1 | 30.60 | 25,612.20 |

## ACCOUNT ACTIVITY

| Date | Transaction | Currency | Symbol | Cusip | Quantity | Amount | Description | Status |
|---|---|---|---|---|---|---|---|---|
| 12/04/2023 | Deposit | USD | | | | 100.00 | ACH Deposit - 5MY73260 100 | POST |
| 12/08/2023 | Corporate Action | | CENN | Q6519V146 | 1 | | CENNTRO ELECTRIC GROUP LIMITED — Reverse Split @10:1 — Result of Reverse Split | |
| 12/08/2023 | Corporate Action | | CENN | Q6519V120 | -9 | | CENNTRO ELECTRIC GROUP LIMITED — Reverse Split @10:1 — into Q6519V146 | |
| 12/12/2023 | Deposit | USD | | | | 90.00 | ACH Deposit - 5MY73260 90 | POST |

## PENDING DIVIDENDS

| Currency | Symbol | Cusip | Ex-Date | Pay Date | Quantity | Dividend yield | Gross Amount | MKT |
|---|---|---|---|---|---|---|---|---|
| USD | GE | 369604301 | 12/27/2023 | 01/25/2024 | 0.125 | 0.08 | 0.01 | NYSE |

## NOTES

**KEY DEFINITIONS AND TERMS**

NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | PROOF OF INTEREST |
|---|---|

| Name of Debtor:<br>**META MATERIALS INC.** | Case Number:<br>**24-50792-hlb** |
|---|---|

**1.** **Name and address of holder of the Equity Interest** (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"): Seqn Johnson

Telephone Number: ▓▓▓▓▓▓▓▓▓▓

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

☑ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

**COURT USE ONLY**

**NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.**

| Account or other number by which Interest holder identifies Debtor:<br>See attached Proof of Interest Supplemental Information. | Check here if this claim:<br>☐ replaces a previously filed Proof of Interest dated: _____<br>☐ amends a previously filed Proof of Interest dated: _____ |
|---|---|

**2.** **Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:** Sean Johnson
See attached Proof of Interest supplemental Information

Telephone Number:

**3.** **Date Equity Interest was acquired:**

**4.** Total amount of member interest: See attached Proof of Interest supplemental Information     **5.** Certificate number(s): See attached Documentation

**6.** **Type of Equity Interest:**
Please indicate the type of Equity Interest you hold:
☑ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
☐ Check this box if your Equity Interest is based on anything else and describe that interest:
Description: Investor

**7.** **Supporting Documents:** Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**8.** **Date-Stamped Copy:** To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

**9. Signature:**
Check the appropriate box.
☑ I am the creditor.     ☐ I am the creditor's authorized agent.     ☐ I am the trustee, or the debtor,     ☐ I am a guarantor, surety, endorser, or other codebtor.
(Attach copy of power of attorney, if any.)     or their authorized agent.     (See Bankruptcy Rule 3005.)
(See Bankruptcy Rule 3004.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: Sean Johnson
Title: _____
Company: ___ Address and telephone number (if different from notice address above): _____
_____

(Signature)     12-4-24 (Date)

Telephone number: ▓▓▓▓▓▓▓     email: ▓▓▓▓▓▓▓

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

| Print Form | Save Form | Clear Form |
|---|---|---|

Proof of Interest supplemental Information
Case: 24-50792, Meta Materials, INC.
For: Sean Johnson

Broker: Etrade
Account # ████████89-210
Address: PO Box 484
Jersey City, NJ 07303-0484
Phone Number:1-800-387-2331
Transactions [pre reverse split]
1/19/24 Purchased 1650 shares  $.0742/share [$122.43 total invested]
total shares held Pre-Reverse Split: 1650 [17 shares post split]
total monies invested pre-reverse split: $122.43
No transactions post-reverse split
Total shares held post-reverse split: 17
total monies invested post reverse split: $122.43

*see attached supporting brokerage information

Broker: ROBINHOOD
Account # █████3113
ADDRESS:85 Willow RD
Menlo Park, CA 94025
Phone Number: 1-650-761-7789
total shares held Pre-Reverse Split:4888 [49 shares post split]
total monies invested pre-reverse split: $3871.57
No transactions post-reverse split
Total shares held post-reverse split: 49
total monies invested post reverse split: $3871.57

*see attached supporting brokerage information

Broker: Webull Financial LLC
Account # ████3260
Address:webull Financial LLC
44 wall street 2nd floor
NEW YORK, NY 10005
Phone Number:1-888-828-0618
total shares held Pre-Reverse Split: 16360 [164 shares post split]
total monies invested pre-reverse split:$13876.03
total shares purchased post-reverse split: 5 shares 2/2/24 $3.40 a share costing $17
total shares post-reverse split: 169
total monies spent post-reverse split: $13893.03

*see attached supporting brokerage information

**E✳TRADE**®
from Morgan Stanley

**CLIENT STATEMENT** | For the Period July 1- September 30, 2024

## Account Detail

Self-Directed Brokerage Account          SEAN M JOHNSON
━━━━━━━━━━ 9-210"

**Investment Objectives (in order of priority):** Not Provided

**Brokerage Account**

*Inform us if your investment objectives, as defined in the Expanded Disclosures, change.*

## HOLDINGS

*This section reflects positions purchased/sold on a trade date basis. "Market Value" and "Unrealized Gain/(Loss)" may not reflect the value that could be obtained in the market. Your actual investment return may differ from the unrealized gain/(loss) displayed. Fixed Income securities are sorted by maturity or pre-refunding date, and alphabetically within date. Estimated Annual Income a) is calculated on a pre-tax basis, b) does not include any reduction for applicable non-US withholding taxes, c) may include return of principal or capital gains which could overstate such estimates, and d) for holdings that have a defined maturity date within the next 12 months, is reflected only through maturity date. Actual income or yield may be lower or higher than the estimates. Current Yield is an estimate for informational purposes only. It reflects the income generated by an investment, and is calculated by dividing the total estimated annual income by the current market value of the entire position. It does not reflect positions in its price. Structured Investments, identified on the Position Description Details line as "Asset Class: Struct Inv," may appear in various statement product categories. When displayed, the accrued interest, annual income and current yield for those with a contingent income feature (e.g., Range Accrual Notes or Contingent Income Notes) are estimates and assume specified accrual conditions are met during the relevant period and payment in full of all contingent interest. For Floating Rate Securities, the accrued interest, annual income and current yield are estimates based on the current floating coupon rate and may not reflect historic rates within the accrual period.*

*For additional information related to Unrealized and Realized Gain/(Loss) and tax lot details, including cost basis, please visit www.etrade.com. The information presented on the statement should not be used for tax purposes.*

## CASH, BANK DEPOSIT PROGRAM AND MONEY MARKET FUNDS

*Cash, Bank Deposit Program, and Money Market Funds are generally displayed on a settlement date basis. You have the right to instruct us to liquidate your bank deposit balance(s) or shares of any money market fund balance(s) at any time and have the proceeds of such liquidation remitted to you. Estimated Annual Income, Accrued Interest, and APY% will only be displayed for fully settled positions. Under the Bank Deposit Program, free credit balances held in an account(s) at Morgan Stanley Smith Barney LLC are automatically deposited into an interest-bearing deposit account(s), at Morgan Stanley Bank, N.A. and/or Morgan Stanley Private Bank, National Association, each a national bank, FDIC member and an affiliate of Morgan Stanley. Under certain circumstances, deposits may be held at other FDIC insured Program Banks. For more information regarding the Bank Deposit Program and the Program Banks, go to www.etrade.com/bdpdisclosure. Cash and interest from required Pattern Day Trader minimum equity amounts are retained in Cash Balance Program.*

| Description | | Market Value | 7-Day Current Yield % | Est Ann Income | APY % |
|---|---|---|---|---|---|
| **MORGAN STANLEY BANK N.A.** | | **$0.99** | — | — | 0.010 |

| | Percentage of Holdings | | Market Value | Est Ann Income | |
|---|---|---|---|---|---|
| **CASH, BDP, AND MMFs** | 13.60% | | **$0.99** | — | |

## STOCKS
### COMMON STOCKS

| Security Description | Quantity | Share Price | Total Cost | Market Value | Unrealized Gain/(Loss) | Est Ann Income | Current Yield % |
|---|---|---|---|---|---|---|---|
| **META MATERIALS INC NEW (MMATQ)** *Asset Class: Equities* | 17.000 | $0.370 | $122.43 | **$6.29** | $(116.14) | — | — |



from Morgan Stanley

## Account Detail

Self-Directed Brokerage Account    SEAN M JOHNSON
██████89-210¹

Brokerage Account

**Investment Objectives (in order of priority):** Not Provided
*Inform us if your investment objectives, as defined in the Expanded Disclosures, change.*

## HOLDINGS

*This section reflects positions purchased/sold on a trade date basis. "Market Value" and "Unrealized Gain/(Loss)" may not reflect the value that could be obtained in the market. Your actual investment return may differ from the unrealized gain/(loss) displayed. Fixed Income securities are sorted by maturity or pre-refunding date, and alphabetically within date. Estimated Annual Income a) is calculated on a pre-tax basis, b) does not include any reduction for applicable non-US withholding taxes, c) may include return of principal or capital gains which could overstate such estimates, and d) for holdings that have a defined maturity date within the next 12 months, is reflected only through maturity date. Actual income or yield may be lower or higher than the estimates. Current Yield is an estimate for informational purposes only. It reflects the income generated by an investment, and is calculated by dividing the total estimated annual income by the current market value of the entire position. It does not reflect changes in its price. Structured Investments, identified on the Position Description Details line as "Asset Class: Struct Inv," may appear in various statement product categories. When displayed, the accrued interest, annual income and current yield for those with a contingent income feature (e.g., Range Accrual Notes or Contingent Income Notes) are estimates and assume specified accrual conditions are met during the relevant period and payment in full of all contingent interest. For Floating Rate Securities, the accrued interest, annual income and current yield are estimates based on the current floating coupon rate and may not reflect historic rates within the accrual period.*

*For additional information related to Unrealized and Realized Gain/(Loss) and tax lot details, including cost basis, please visit www.etrade.com. The information presented on the statement should not be used for tax purposes.*

## CASH, BANK DEPOSIT PROGRAM AND MONEY MARKET FUNDS

*Cash, Bank Deposit Program, and Money Market Funds are generally displayed on a settlement date basis. You have the right to instruct us to liquidate your bank deposit balance(s) or shares of any money market fund balance(s) at any time and have the proceeds of such liquidation remitted to you. Estimated Annual Income, Accrued Interest, and APY% will only be displayed for fully settled positions. Under the Bank Deposit Program, free credit balances held in an account(s) at Morgan Stanley Smith Barney LLC are automatically deposited into an interest-bearing deposit account(s), at Morgan Stanley Bank, N.A. and/or Morgan Stanley Private Bank, National Association, each a national bank, FDIC member and an affiliate of Morgan Stanley. For more information regarding the Bank Deposit Program, go to www.etrade.com/bdpdisclosure. Interest from required Pattern Day Trader minimum equity amounts retained in Cash Balance Program.*

| Description | | Market Value | 7-Day Current Yield % | Est Ann Income | APY % |
|---|---|---|---|---|---|
| MORGAN STANLEY BANK N.A. | | $39.99 | — | — | 0.010 |

| | Percentage of Holdings | Market Value | Est Ann Income |
|---|---|---|---|
| **CASH, BDP, AND MMFs** | **38.11%** | **$39.99** | **—** |

## STOCKS
### COMMON STOCKS

| Security Description | Quantity | Share Price | Total Cost | Market Value | Unrealized Gain/(Loss) | Est Ann Income | Current Yield % |
|---|---|---|---|---|---|---|---|
| **FM4 NXTBRG HYDROCARBONS CONTRA** | 242.000 | N/A | $1,811.88 | **N/A** | N/A | — | — |
| *Asset Class: Equities* | | | | | | | |
| **META MATERIALS INC NEW (MMAT)** | 17.000 | 3.820 | 122.43 | **64.94** | (57.49) | — | — |
| *Asset Class: Equities* | | | | | | | |



**E✳TRADE**
from Morgan Stanley

**CLIENT STATEMENT** | For the Period January 1-31, 2024

Page 6 of 8

## Account Detail

Self-Directed Brokerage Account  SEAN M JOHNSON
~~█████████~~9-210

| | Percentage of Holdings | | Total Cost | Market Value | Unrealized Gain/(Loss) | Est Ann Income | Current Yield % |
|---|---|---|---|---|---|---|---|
| **STOCKS** | 61.89% | | $1,934.31 | $64.94 | $(57.49) | — | — |

| | Percentage of Holdings | | Total Cost | Market Value | Unrealized Gain/(Loss) | Est Ann Income Accrued Interest | Current Yield % |
|---|---|---|---|---|---|---|---|
| **TOTAL VALUE** | 100.00% | | $1,934.31 | $104.93 | $(57.49) | — | — |

*Unrealized Gain/(Loss) totals only reflect positions that have both cost basis and market value information available. Cash, MMF, Deposits and positions stating 'Please Provide' or 'Pending Corporate Actions' are not included.*

## ALLOCATION OF ASSETS

| | Cash | Equities | Fixed Income & Preferred Securities | Alternatives | Structured Investments | Other |
|---|---|---|---|---|---|---|
| Cash, BDP, MMFs | $39.99 | — | — | — | — | — |
| Stocks | — | $64.94 | — | — | — | — |
| **TOTAL ALLOCATION OF ASSETS** | **$39.99** | **$64.94** | — | — | — | — |

## ACTIVITY

### CASH FLOW ACTIVITY BY DATE

| Activity Date | Settlement Date | Activity Type | Description | Comments | Quantity | Price | Credits/(Debits) |
|---|---|---|---|---|---|---|---|
| 1/19 | | Online Transfer | ACH DEPOSIT | REFID:98265708906 | | | $100.00 |
| 1/19 | 1/23 | Bought | META MATERIALS INC | ACTED AS AGENT UNSOLICITED TRADE | 1,650.000 | 0.0742 | (122.43) |
| 1/29 | | Service Fee | META MATERIALS INC | MANDATORY REORG FEE | | | (38.00) |
| 1/30 | | Deposit | TRANSFER FROM XXXXXX8576 | REFID:99041069906 | | | 37.00 |
| 1/30 | | Deposit | TRANSFER FROM XXXXXX8576 | REFID:99041111906 | | | 1.50 |
| **NET CREDITS/(DEBITS)** | | | | | | | **$(21.93)** |

*Purchase and Sale transactions above may have received an average price execution. Details regarding the actual prices are available upon request.*



**CLIENT STATEMENT** | For the Period January 1-31, 2024

## Account Detail

Self-Directed Brokerage Account        SEAN M JOHNSON
████████9-210✦

## MONEY MARKET FUND (MMF) AND BANK DEPOSIT PROGRAM ACTIVITY

| Activity Date | Activity Type | Description | Credits/(Debits) |
|---|---|---|---|
| 1/22 | Automatic Investment | BANK DEPOSIT PROGRAM | $100.00 |
| 1/23 | Automatic Redemption | BANK DEPOSIT PROGRAM | (122.43) |
| 1/30 | Automatic Redemption | BANK DEPOSIT PROGRAM | (38.00) |
| 1/31 | Automatic Investment | BANK DEPOSIT PROGRAM | 38.50 |

| NET ACTIVITY FOR PERIOD | $(21.93) |
|---|---|

## TRANSFERS, CORPORATE ACTIONS AND ADDITIONAL ACTIVITY

### CORPORATE ACTIONS

| Activity Date | Activity Type | Description | Comments | Quantity |
|---|---|---|---|---|
| 1/29 | Exchange Delivered Out | META MATERIALS INC | | (1,650.000) |
| 1/29 | Exchange Received In | META MATERIALS INC NEW | | 16.000 |
| 1/29 | Exchange Received In | META MATERIALS INC NEW | | 1.000 |

## MESSAGES

**Senior Investor Helpline**

For any inquiries or potential concerns, senior investors or someone acting on their behalf may contact our Firm by calling (800) 280-4534.

**Important information about your 2023 tax reporting**

If your E*TRADE account was transferred to Morgan Stanley Smith Barney LLC (MSSB) in 2023, you may receive multiple tax forms for 2023: tax forms for your original E*TRADE account that reports all activity with E*TRADE Securities LLC before the transfer date, and additional tax forms for your transferred account that reports all activity with MSSB after the transfer date. Please note, there may be a slight timing difference in the availability of the two forms. If your brokerage or stock plan account(s) do not meet the minimum IRS threshold for taxable activity, we'll post a notification under Documents > General Correspondence. For more information on what to expect, visit www.etrade.com/taxyear2023.

Remember, if you also have a full service account with MSSB, you'll receive a separate tax form for that account, which will be available on Morgan Stanley Online. Only forms for your E*TRADE account will be available in the Tax Center.

# Robinhood 🖋

85 Willow Rd, Menlo Park, CA 94025
help@robinhood.com

| Account Summary | Opening Balance | Closing Balance |
|---|---|---|
| Brokerage Cash Balance | $0.00 | $0.00 |
| Deposit Sweep Balance | $10.73 | $10.73 |
| Total Securities | $3.48 | $2.99 |
| **Portfolio Value** | **$14.21** | **$13.72** |

**Portfolio Allocation**



☒ **Cash and Cash Equivalents**
78.21%

■ **Equities**
21.79%

☒ **Options**
0.00%

| Income and Expense Summary | This Period | Year to Date |
|---|---|---|
| Dividends | $0.00 | $0.00 |
| Capital Gains Distributions | $0.00 | $0.00 |
| Interest Earned | $0.00 | $0.03 |

As of the closing date of this statement, the annual percentage yield (APY) for customers enrolled in the brokerage cash sweep program is 0.01% for customers who are not subscribed to Robinhood Gold. For customers subscribed to Robinhood Gold or enrolled in a boosted rate promotion, the APY ranges from 4.25% - 4.75%. Program banks pay interest on your swept cash, minus any fees paid to Robinhood. Neither Robinhood Financial LLC nor any of its affiliates are banks. Investment products are not FDIC-insured, not bank guaranteed, and may lose value. Uninvested cash swept to the program banks is eligible for FDIC insurance up to applicable limits, subject to FDIC rules. The Securities Investor Protection Corporation has taken the position that uninvested cash swept to the program banks is not covered by the Securities Investor Protection Act.

This statement shall be conclusive if not objected to in writing within ten days (except with respect to debit card transactions). Errors and omissions exempted. Please address all communications to the firm and not to the individuals. Address changes or other material changes in your account should be directed to the office servicing your account. Kindly mention your account number. This statement should be retained for income tax purposes.

Robinhood Securities, LLC ("RHS") carries your account as the clearing broker by arrangement with your introducing broker-dealer, Robinhood Financial LLC ("RHF").

RHS is a Member of SIPC, which protects securities customers of its members up to $500,000 (including $250,000 for claims for cash). Explanatory brochure available upon request or at www.sipc.org.

3840999

Portfolio Summary

| Securities Held In Account | Sym/Cusip | Acct Type | Qty | Price | Mkt Value | Est. Dividend Yield | % of Total Portfolio |
|---|---|---|---|---|---|---|---|
| Meta Materials<br>Estimated Yield: 0.00% | MMATQ | Cash | 49 | $0.0610 | $2.99 | $0.00 | 21.79% |
| **Total Securities** | | | | | **$2.99** | **$0.00** | **21.79%** |
| **Brokerage Cash Balance** | | | | | **$0.00** | | **0.00%** |
| **Deposit Sweep Balance** | | | | | **$10.73** | | **78.21%** |
| **Total Priced Portfolio** | | | | | **$13.72** | | |

# Robinhood 

85 Willow Rd, Menlo Park, CA 94025
help@robinhood.com

Page 1 of 8
01/01/2024 to 01/31/2024
SEAN JOHNSON Account                3113

| Account Summary | Opening Balance | Closing Balance |
|---|---|---|
| Brokerage Cash Balance | $0.00 | $0.00 |
| Deposit Sweep Balance | $5.38 | $10.70 |
| Total Securities | $219.91 | $187.18 |
| **Portfolio Value** | **$225.29** | **$197.88** |

Portfolio Allocation

☑ Options    ■ Equities    ☑ Cash and Cash Equivalents



- Cash and Cash Equivalents
  5.41%
- Equities
  94.59%
- Options
  0.00%

| Income and Expense Summary | This Period | Year to Date |
|---|---|---|
| Dividends | $0.00 | $0.00 |
| Capital Gains Distributions | $0.00 | $0.00 |
| Interest Earned | $0.00 | $0.00 |

As of the closing date of this statement, the annual percentage yield (APY) for customers enrolled in the brokerage cash sweep program is 1.50% for customers who are not subscribed to Robinhood Gold, 5.00% for Robinhood Gold subscribers, or 5.25% for Robinhood Gold subscribers enrolled in the boosted rate promotion. Program banks pay interest on your swept cash, minus any fees paid to Robinhood. Neither Robinhood Financial LLC nor any of its affiliates are banks. Investment products are not FDIC-insured, not bank guaranteed, and may lose value. Uninvested cash swept to the program banks is eligible for FDIC insurance up to applicable limits, subject to FDIC rules. The Securities Investor Protection Corporation has taken the position that uninvested cash swept to the program banks is not covered by the Securities Investor Protection Act.

This statement shall be conclusive if not objected to in writing within ten days (except with respect to debit card transactions). Errors and omissions exempted. Please address all communications to the firm and not to the individuals. Address changes or other material changes in your account should be directed to the office servicing your account. Kindly mention your account number. This statement should be retained for income tax purposes.

Robinhood Securities, LLC ("RHS") carries your account as the clearing broker by arrangement with your introducing broker-dealer, Robinhood Financial LLC ("RHF").

RHS is a Member of SIPC, which protects securities customers of its members up to $500,000 (including $250,000 for claims for cash). Explanatory brochure available upon request or at www.sipc.org.

3357671

**Portfolio Summary**

| Securities Held in Account | Sym/Cusip | Acct Type | Qty | Price | Mkt Value | Est. Dividend Yield | % of Total Portfolio |
|---|---|---|---|---|---|---|---|
| Meta Materials<br>Estimated Yield: 0.00% | MMAT | Cash | 49 | $3.82 | $187.18 | $0.00 | 94.59% |
| **Total Securities** | | | | | **$187.18** | **$0.00** | **94.59%** |
| **Brokerage Cash Balance** | | | | | **$0.00** | | **0.00%** |
| **Deposit Sweep Balance** | | | | | **$10.70** | | **5.41%** |
| **Total Priced Portfolio** | | | | | **$197.88** | | |

**Account Activity**

| Description | Symbol | Acct Type | Transaction | Date | Qty | Price | Debit | Credit |
|---|---|---|---|---|---|---|---|---|
| ACH Deposit | | Cash | ACH | 01/19/2024 | | | | $120.00 |
| Meta Materials<br>CUSIP: 59134N104 | MMAT | Cash | Buy | 01/19/2024 | 1,556 | $0.07 | $114.68 | |
| Meta Materials<br>CUSIP: 59134N104 | | Cash | SPR | 01/29/2024 | 4,888S | | | |
| Meta Materials<br>CUSIP: 59134N302 | | Cash | SPR | 01/29/2024 | 48 | | | |
| Meta Materials<br>CUSIP: 59134N302 | | Cash | SPR | 01/31/2024 | 1 | | | |
| **Total Funds Paid and Received** | | | | | | | **$114.68** | **$120.00** |

Individual Cash (****3260) ▾

🔍 Symbol/Name

## Stock

### Position

| Actions | Symbol | Qua... ⇕ | Mkt Value | Last Price | Avg Price | Total Cost | Open P&L | Open P&L% | Position Ratio | Side | Product Type | Name |
|---------|--------|----------|-----------|------------|-----------|------------|----------|-----------|----------------|------|--------------|------|
| Close | ARWR | 837 | 21,54... | 25.74 | 15.00 | 12,555.00 | +8,989.38 | +71.60% | 99.54% | Long | Stock | Arrowhead Pharma |
| Close | MMATQ | 169 | 10.31 | 0.0610 | 82.21 | 13,893.03 | -13,882.72 | -99.93% | 0.05% | Long | Stock | Meta Materials Inc |
| Close | COSM | 8 | 6.32 | 0.7902 | 10.81 | 86.46 | -80.14 | -92.69% | 0.03% | Long | Stock | Cosmos Health Inc. |
| Close | LCID | 8 | 16.68 | 2.085 | 21.05 | 168.40 | -151.72 | -90.10% | 0.08% | Long | Stock | Lucid Group Inc |
| Close | (TBA) | 7 | 0.00 | 0.0000 | 0.0000 | 0.00 | 0.00 | 0.00% | 0.00% | Long | Stock | SCILEX HOLDING CO |
| Close | AMC | 6 | 29.31 | 4.89 | -261.17 | 1,567.03 | -1,537.72 | -98.13% | 0.14% | Long | Stock | Amc Entmt Hldgs Inc |
| Close | CENN | 1 | 1.21 | 1.21 | 97.50 | 97.50 | -96.29 | -98.76% | 0.01% | Long | Stock | Cenntro |
| Close | GE | 0.125 | 22.66 | 181.30 | 105.68 | 13.21 | +9.45 | +71.56% | 0.10% | Long | Stock | GE Aerospace |
| Close | GEHC | 0.041... | 3.46 | 83.05 | 0.0000 | 0.00 | +3.46 | | 0.02% | Long | Stock | Ge Healthcare Technolo... |
| Close | GEV | 0.031... | 10.70 | 342.27 | 0.0000 | 0.00 | +10.70 | | 0.05% | Long | Stock | GE VERNOVA LLC |

Not Tradable

| Working | Filled | Canceled | Pending | Partial Filled | Failed | All | | | | ⊗ |
|---------|--------|----------|---------|----------------|--------|-----|---|---|---|---|
| | Actions | Symbol | | Side | Filled Qty/Total Qt | Limit Price | Stop Price | Trail Amount | | |

Eastern Time 12/04/2024 10:14:59

  **Webull**

| | |
|---|---|
| **Statement Period:** | 10/01/2024 - 10/31/2024 |
| **Account Name:** | Sean Johnson |
| **Account Number:** | ████3260⟩ |
| **Account Type:** | CASH |
| **Account Address:** | ████████████████████ |

Welcome to your Webull Summary Statement!

This document provides a comprehensive overview of your investment activities and holdings within your Webull brokerage account. It serves as a record of your transactions, portfolio performance, and important account details. Details regarding participation in fully-paid securities lending are also provided here. A glossary of key definitions and important terms are provided at the end of the document.

Please note that this statement is for informational purposes only and does not provide personalized investment advice. If you have any questions or need assistance, our customer support team is available to help.

Please note that externally held assets are included on the statement solely as a courtesy; information (including valuation) for such externally held assets is derived from external sources for which the member is not responsible; and externally held assets may not be covered by SIPC. Funds deposited with Program Banks of Webull's Cash Management Program are insured, in aggregate, up to $250,000 per Program Bank, per depositor, for each account ownership category, by the FDIC. For joint accounts, FDIC coverage is available up to $500,000 per Program Bank.

Happy investing with Webull!

**OFFICE SERVING YOU**
Webull Financial LLC
Member FINRA (CRD: 289063), SIPC
44 Wall Street, 2nd Floor
New York, NY 10005
support@webull.us
1 (888) 828-0618

**WEBULL'S CLEARING BROKER**
Apex Clearing Corporation
Member FINRA (CRD: 13071), SIPC
350 N. St. Paul Suite 1300
Dallas, TX 75201
cs@apexclearing.com

## SUMMARY STATEMENT

This section provides a consolidated view of assets held in your brokerage account at Webull, including cash and securities, and assets related to the activity in your brokerage account, but held outside of Webull, including fully-paid securities lent to Apex through your participation in the Apex Clearing Fully-Paid Securities Lending Program, the collateral you held through the FPSL Program's Trustee, and cash you hold in Webull's FDIC-Insured bank sweep program.

| | Prior Month: Sep 30,2024 | Current Month: Oct 31,2024 | | | |
|---|---|---|---|---|---|
| Assets Held In Webull Account | Total | Long | Short | Total | Change |
| SIPC Cash Balance | 0.72 | - | - | 0.76 | +0.04 |
| Stock | 16,374.39 | 16,193.42 | 0.00 | 16,193.42 | -180.97 |
| Bonds | 0.00 | 0.00 | 0.00 | 0.00 | +0.00 |
| Options | 0.00 | 0.00 | 0.00 | 0.00 | +0.00 |
| Mutual Funds | 0.00 | 0.00 | 0.00 | 0.00 | +0.00 |
| Securities Lent | 0.00 | 0.00 | 0.00 | 0.00 | +0.00 |
| Assets Held Away From Webull Account | | | | | |
| FDIC Cash Balance | 0.00 | - | | 0.00 | +0.00 |
| Collateral Value | 0.00 | 0.00 | 0.00 | 0.00 | +0.00 |
| Total(Combined Assets) | 16,375.11 | 16,193.42 | 0.00 | 16,194.18 | -180.93 |

## CASH BALANCE DETAIL

| | SIPC Cash Balance | FDIC Cash Balance | Total |
|---|---|---|---|
| Opening | 0.72 | 0.00 | 0.72 |
| Closing | 0.76 | 0.00 | 0.76 |

Important Notice: Webull is a Member of SIPC, which protects securities customers of its members up to $500,000 (including $250,000 for claims for cash). Funds deposited at Program Banks in the Webull Cash Management Program are insured, in aggregate, up to $250,000 per Program Bank, per depositor, for each account ownership category, by the FDIC.

## CASH REPORT SUMMARY

This section provides a summary of all cash deposits, withdrawals, and other movements within your Webull brokerage account during the statement period. Key definitions and terms can be found at the end of this document.

| | USD |
|---|---|
| Opening Cash | 0.72 |
| Deposits | 0.00 |
| Withdrawals | 0.00 |
| Trades (Sold) | 0.00 |
| Trades (Bought) | 0.00 |
| Fee | 0.00 |
| Tax | 0.00 |
| Commission | 0.00 |
| Dividends | 0.04 |
| Interest | 0.00 |
| Others | 0.00 |
| Closing Cash | 0.76 |
| Closing Cash (Settled) | 0.76 |

## OPEN POSITIONS

### Equities & Options

| Symbol | Cusip | Quantity | Multi | Closing Price | Amount |
|---|---|---|---|---|---|
| AMC | 00165C302 | 6 | 1 | 4.39 | 26.34 |
| ARWR | 04280A100 | 837 | 1 | 19.23 | 16,095.51 |
| CENN | 150964104 | 1 | 1 | 1.27 | 1.27 |
| COSM | 221413305 | 8 | 1 | 0.7600 | 6.08 |
| GE | 369604301 | 0.125 | 1 | 171.78 | 21.47 |
| GEHC | 36266G107 | 0.04166 | 1 | 87.35 | 3.64 |
| GEV | 36828A101 | 0.03125 | 1 | 301.66 | 9.43 |
| LCID | 549498103 | 8 | 1 | 2.21 | 17.68 |
| MMATQ | 59134N302 | 169 | 1 | 0.0710 | 12.00 |
| SCLX.WB | 808CNT018 | 7 | 1 | 0.0000 | 0.00 |

## ACCOUNT ACTIVITY

| Date | Transaction | Currency | Account Type | Symbol | Cusip | Quantity | Amount | Description |
|---|---|---|---|---|---|---|---|---|
| 10/25/2024 | Dividend | USD | CASH | GE | 369604301 | | 0.04 | GE AEROSPACE - Div on 0.125 shares - EX:09/26/2024 REC:09/26/2024 PAY: 10/25/2024 |

## NOTES

### KEY DEFINITIONS AND TERMS

1. Accrued Dividends: The pending dividend section includes unpaid cash dividends that the shareholder is entitled to receive but have not been distributed in the statement period. Most often due to the declared payment date being in the future outside of the statement period.
2. Accrued Balance: Interest is charged monthly, so this section will be the total interest incurred by the user in the statement period, rather than the portion of the interest charged. Additional detail provided in the important information section below.
3. Trades (Sold): Cash from selling securities.
4. Trades (Bought): Cash spent on buying securities.
5. Multiplier(Mult): In an individual stock option, the value of the contract is expressed as the product of a certain monetary amount and the underlying index. The certain monetary amount is fixed by the contract, which is referred to as the contract multiplier. At present, the stock is 1 by default and the individual stock option is 100.
6. Closing Price: Last traded price on the last trading date of the month. Note, closing prices are indicative and may be from third-party sources. Webull does not warrant the accuracy of the prices provided by third-party sources.
7. The sum of Exchange-related fees, transaction-related fees, stamp duty, withholding tax, contract fees, commissions, or other fees or taxes.
8. Webull does not charge any fees for currency exchanges. Exchange rate is prone to be impacted by the market exchange rates. Please take exchange rates on market as reference.
9. All transactions are based on a First-in, First-out ("FIFO") method.
10. Trade Records: Displays all GTC (Good-Till-Cancelled) orders in your account. Also included in the section are GTX orders (GTC orders eligible for extended trading hours).
11. Account Types: C = Cash, M = Margin, S = Short, X = RVP/DVP, and O = Other
12. FPSL: The Apex Clearing Corporation Fully-Paid Securities Lending Program.
13. Market Value of Securities Held Long includes the market value of securities held in non-short account types (i.e. Cash account, Margin account).
14. Market Value of Securities Held Short includes the market value of securities held in the short account type. Bona fide short positions will mark-to-market on a daily basis between the margin and short account types based on prevailing closing prices of the security which was shorted.
15. Market Value of Fully-Paid Securities Loaned. The market value of the fully-paid securities you have loaned through participating in the Apex Clearing Corporation Fully-Paid Securities Lending Program.
16. Collateral Value and Loan Value. Collateral Value and Loan Value are related to the fully-paid securities lent by you under the FPSL program. Collateral Value is the amount of collateral (e.g. cash) held on your behalf through the program's Trustee for your benefit at a bank. Loan Value is the market value of the fully-paid securities you have loaned, subject to rounding convention, through participating in the FPSL Program. See the Master Securities Lending Agreement for Apex Clearing Corporation Fully-Paid Securities Lending Program for complete program details.

 **Webull**

| | |
|---|---|
| **Statement Period:** | 02/01/2024 - 02/29/2024 |
| **Account Name:** | Sean Johnson |
| **Account Number:** | ▇▇▇3260 |
| **Account Type:** | CASH |
| **Account Address:** | ▇▇▇▇▇▇▇▇▇▇▇▇ |

## PORTFOLIO SUMMARY

This section provides an overview of cash and securities held in your Webull account as well as fully-paid securities you have loaned through your participation in the Apex Clearing Fully-Paid Securities Lending Program and the collateral held through the program's Trustee for your benefit at a bank.

| | Total Cash Balance | Market Value of Securities in Your Account | Market Value of Securities in Long Account | Market Value of Securities in Short Account | Market Value of Fully-Paid Securities Loaned | Collateral Value | Loan Value | Portfolio Market Value |
|---|---|---|---|---|---|---|---|---|
| Opening | 75.64 | 27,574.83 | 27,574.83 | 0.00 | 0.00 | 0.00 | 0.00 | 27,650.47 |
| Closing | 58.64 | 27,452.97 | 27,452.97 | 0.00 | 0.00 | 0.00 | 0.00 | 27,511.61 |

Welcome to your Webull Brokerage Account Statement!

This document provides a comprehensive overview of your investment activities and holdings within your Webull brokerage account. It serves as a record of your transactions, portfolio performance, and important account details. Details regarding participation in fully-paid securities lending are also provided here. A glossary of key definitions and important terms are provided at the end of the document.

Please note that this statement is for informational purposes only and does not provide personalized investment advice. If you have any questions or need assistance, our customer support team is available to help.

Please note that externally held assets are included on the statement solely as a courtesy; information (including valuation) for such externally held assets is derived from external sources for which the member is not responsible; and externally held assets may not be covered by SIPC.

Happy Investing with Webull!

**OFFICE SERVING YOU**
Webull Financial LLC
Member FINRA (CRD: 289063), SIPC
44 Wall Street, 2nd Floor
New York, NY 10005
customerservices@webull.us
1 (888) 828-0618

**YOUR CLEARING BROKER**
Apex Clearing Corporation
Member FINRA (CRD: 13071), SIPC
350 N. St. Paul Suite 1300
Dallas, TX 75201
cs@apexclearing.com

## CASH BALANCE DETAIL

|  | SIPC Cash Balance | FDIC Cash Balance | Total |
|---|---|---|---|
| Opening | 75.64 | 0.00 | 75.64 |
| Closing | 58.64 | 0.00 | 58.64 |

## CASH REPORT SUMMARY

This section provides a summary of all cash deposits, withdrawals, and other movements within your Webull brokerage account during the statement period. Key definitions and terms can be found at the end of this document.

|  | USD |
|---|---|
| Opening Cash | 75.64 |
| Deposits | 0.00 |
| Withdrawals | 0.00 |
| Trades (Sold) | 0.00 |
| Trades (Bought) | -17.00 |
| Fee | 0.00 |
| Tax | 0.00 |
| Dividends | 0.00 |
| Interest | 0.00 |
| Others | 0.00 |
| Closing Cash | 58.64 |
| Closing Cash (Settled) | 58.64 |

## SECURITIES TRADING ACTIVITY

Currency: USD

| Symbol & Name | Trade Date | Settlement Date | Buy/Sell | Quantity | Price | Gross Amount | Fee/Tax | Net Amount | Remarks |
|---|---|---|---|---|---|---|---|---|---|
| MMAT -59134N302 META MATERIALS INC | 02/02/2024 | 02/06/2024 | B | 5.00 | 3.40 | -17.00 | 0.00 | -17.00 | |

## OPEN POSITIONS

| Symbol | Cusip | Quantity | Multi | Closing Price | Amount |
|---|---|---|---|---|---|
| ARWR | 04280A100 | 837 | 1 | 32.10 | 26,867.70 |
| GE | 369604301 | 0.125 | 1 | 156.89 | 19.61 |
| LCID | 549498103 | 8 | 1 | 3.30 | 26.40 |
| GEHC | 36266G107 | 0.04166 | 1 | 91.28 | 3.80 |
| COSM | 221413305 | 8 | 1 | 0.7750 | 6.20 |
| CENN | 150964104 | 1 | 1 | 1.40 | 1.40 |
| SCLX.WB | 808CNT018 | 7 | 1 | 0.0000 | 0.00 |
| MMAT | 59134N302 | 169 | 1 | 2.97 | 501.93 |
| AMC | 00165C302 | 6 | 1 | 4.32 | 25.92 |
| MMTLPWB | US8AQ9903 | 280 | 1 | 0.0000 | 0.00 |

## ACCOUNT ACTIVITY

| Date | Transaction | Currency | Symbol | Cusip | Quantity | Amount | Description | Status |
|---|---|---|---|---|---|---|---|---|
| 02/27/2024 | Corporate Action | | CENN | Q6519V146 | -1 | | CENNTRO ELECTRIC GROUP LIMITED — Identifier Change @1:1 — Into 150964104 | |
| 02/27/2024 | Corporate Action | | CENN | 150964104 | 1 | | CENNTRO INC — Identifier Change @1:1 — Result of Identifier Change | |

# NOTES

## KEY DEFINITIONS AND TERMS

1. Pending Dividends: The pending dividend section includes unpaid cash dividends that the shareholder is entitled to receive but have not been distributed in the statement period. Most often due to the declared payment date being in the future outside of the statement period.

2. Accrued Interest: Interest is charged monthly, so this section will be the total interest incurred by the user in the statement period, rather than the portion of the interest charged. Additional detail provided in the important information section below.

3. Trades (Sold): Cash from selling securities.

4. Trades (Bought): Cash spent on buying securities.

5. Multiplier(Mult): In an individual stock option, the value of the contract is expressed as the product of a certain monetary amount and the underlying index. The certain monetary amount is fixed by the contract, which is referred to as the contract multiplier. At present, the stock is 1 by default and the individual stock option is 100.

6. Closing Price: Last traded price on the last trading date of the month. Note, closing prices are indicative and may be from third-party sources. Webull does not warrant the accuracy of the prices provided by third-party sources.

7. The sum of Exchange-related fees, transaction-related fees, stamp duty, withholding tax, contract fees, commissions, or other fees or taxes.

8. Webull does not charge any fees for currency exchanges. Exchange rate is prone to be impacted by the market exchange rates. Please take exchange rates on market as reference.

9. All transactions are based on a First-in, First-out ("FIFO") method.

10. Trade Records: Displays all GTC (Good-Till-Cancelled) orders in your account. Also included in the section are GTX orders (GTC orders eligible for extended trading hours).

11. Account Types: C = Cash, M = Margin, S = Short, X = RVP/DVP, and O = Other

12. FPSL: The Apex Clearing Corporation Fully-Paid Securities Lending Program.

13. Market Value of Securities Held Long includes the market value of securities held in non-short account types (i.e. Cash account, Margin account).

14. Market Value of Securities Held Short includes the market value of securities held in the short account type. Bona fide short positions will mark-to-market on a daily basis between the margin and short account types based on prevailing closing prices of the security which was shorted.

15. Market Value of Fully-Paid Securities Loaned. The market value of the fully-paid securities you have loaned through participating in the Apex Clearing Corporation Fully-Paid Securities Lending Program.

16. Collateral Value and Loan Value. Collateral Value and Loan Value are related to the fully-paid securities lent by you under the FPSL program. Collateral Value is the amount of collateral (e.g. cash) held on your behalf through the program's Trustee for your benefit at a bank. Loan Value is the market value of the fully-paid securities you have loaned, subject to rounding convention, through participating in the FPSL Program. See the Master Securities Lending Agreement for Apex Clearing Corporation Fully-Paid Securities Lending Program for complete program details.

17. Portfolio Market Value. The sum of the cash in your account (i.e. Total Cash Value), the securities in your account (i.e. Market Value of Securities in Your Account), and the market value of the fully-paid securities on loan (i.e. Market Value of Fully-Paid Securities Loaned)

18. Payment in Lieu. Cash distributions paid on fully-paid securities on loan in the Securities Lending Income Program will be credited to your Webull account in the form of a "cash-in-lieu" payment. Receipt of cash-in-lieu payments may have different taxable consequences than receipt of the actual dividends from the issuer.

 **Webull**

| | |
|---|---|
| Statement Period: | 01/01/2024 - 01/31/2024 |
| Account Name: | Sean Johnson |
| Account Number: | ⬛⬛⬛3260 |
| Account Type: | CASH |
| Account Address: | ⬛⬛⬛ Emmons Road ⬛⬛⬛⬛⬛⬛ |

## PORTFOLIO SUMMARY

This section provides an overview of cash and securities held in your Webull account as well as fully-paid securities you have loaned through your participation in the Apex Clearing Fully-Paid Securities Lending Program and the collateral held through the program's Trustee for your benefit at a bank.

| | Total Cash Balance | Market Value of Securities in Your Account | Market Value of Securities in Long Account | Market Value of Securities in Short Account | Market Value of Fully-Paid Securities Loaned | Collateral Value | Loan Value | Portfolio Market Value |
|---|---|---|---|---|---|---|---|---|
| Opening | 90.73 | 26,728.26 | 26,728.26 | 0.00 | 0.00 | 0.00 | 0.00 | 26,818.99 |
| Closing | 75.64 | 27,574.83 | 27,574.83 | 0.00 | 0.00 | 0.00 | 0.00 | 27,650.47 |

Welcome to your Webull Brokerage Account Statement!

This document provides a comprehensive overview of your investment activities and holdings within your Webull brokerage account. It serves as a record of your transactions, portfolio performance, and important account details. Details regarding participation in fully-paid securities lending are also provided here. A glossary of key definitions and important terms are provided at the end of the document.

Please note that this statement is for informational purposes only and does not provide personalized investment advice. If you have any questions or need assistance, our customer support team is available to help.

Please note that externally held assets are included on the statement solely as a courtesy; information (including valuation) for such externally held assets is derived from external sources for which the member is not responsible; and externally held assets may not be covered by SIPC.

Happy Investing with Webull!

**OFFICE SERVING YOU**
Webull Financial LLC
Member FINRA (CRD: 289063), SIPC
44 Wall Street, 2nd Floor
New York, NY 10005
customerservices@webull.us
1 (888) 828-0618

**YOUR CLEARING BROKER**
Apex Clearing Corporation
Member FINRA (CRD: 13071), SIPC
350 N. St. Paul Suite 1300
Dallas, TX 75201
cs@apexclearing.com

## CASH BALANCE DETAIL

|  | SIPC Cash Balance | FDIC Cash Balance | Total |
|---|---|---|---|
| Opening | 90.73 | 0.00 | 90.73 |
| Closing | 75.64 | 0.00 | 75.64 |

## CASH REPORT SUMMARY

This section provides a summary of all cash deposits, withdrawals, and other movements within your Webull brokerage account during the statement period. Key definitions and terms can be found at the end of this document.

|  | USD |
|---|---|
| Opening Cash | 90.73 |
| Deposits | 44.00 |
| Withdrawals | 0.00 |
| Trades (Sold) | 0.00 |
| Trades (Bought) | -59.10 |
| Fee | 0.00 |
| Tax | 0.00 |
| Dividends | 0.01 |
| Interest | 0.00 |
| Others | 0.00 |
| Closing Cash | 75.64 |
| Closing Cash (Settled) | 75.64 |

## SECURITIES TRADING ACTIVITY

Currency: USD

| Symbol & Name | Trade Date | Settlement Date | Buy/Sell | Quantity | Price | Gross Amount | Fee/Tax | Net Amount | Remarks |
|---|---|---|---|---|---|---|---|---|---|
| MMAT -59134N104 META MATERIALS INC | 01/11/2024 | 01/16/2024 | B | 1000.00 | 0.0591 | -59.10 | 0.00 | -59.10 | |

## OPEN POSITIONS

| Symbol | Cusip | Quantity | Multi | Closing Price | Amount |
|---|---|---|---|---|---|
| ARWR | 04280A100 | 837 | 1 | 32.10 | 26,867.70 |
| MMAT | 59134N302 | 164 | 1 | 3.82 | 626.48 |
| COSM | 221413305 | 8 | 1 | 1.06 | 8.51 |
| SCLX.WB | 808CNT018 | 7 | 1 | 0.0000 | 0.00 |
| MMTLPWB | US8AQ0903 | 280 | 1 | 0.0000 | 0.00 |
| AMC | 00165C302 | 6 | 1 | 4.05 | 24.30 |
| GE | 369604301 | 0.125 | 1 | 132.42 | 16.55 |
| LCID | 549498103 | 8 | 1 | 3.38 | 27.04 |
| CENN | Q6519V146 | 1 | 1 | 1.19 | 1.19 |
| GEHC | 36266G107 | 0.04166 | 1 | 73.36 | 3.06 |

## ACCOUNT ACTIVITY

| Date | Transaction | Currency | Symbol | Cusip | Quantity | Amount | Description | Status |
|---|---|---|---|---|---|---|---|---|
| 01/19/2024 | Deposit | USD | | | | 44.00 | ACH Deposit - 5MY73260 44 | POST |
| 01/26/2024 | Dividend | USD | GE | 369604301 | | 0.01 | GENERAL ELECTRIC CO — Div on 0.1250000000 shares - EX:2023-12-27 REC:2023-12-28 PAY:2024-01-25 | |
| 01/29/2024 | Corporate Action | | MMAT | 59134N104 | -16360 | | META MATERIALS INC — Reverse Split @100:1 — into 59134N302 | |
| 01/29/2024 | Corporate Action | | MMAT | 59134N302 | 164 | | META MATERIALS INC — Reverse Split @100:1 — Result of Reverse Split | |

## NOTES

### KEY DEFINITIONS AND TERMS

1. Pending Dividends: The pending dividend section includes unpaid cash dividends that the shareholder is entitled to receive but have not been distributed in the statement period. Most often due to the declared payment date being in the future outside of the statement period.

2. Accrued Interest: Interest is charged monthly, so this section will be the total interest incurred by the user in the statement period, rather than the portion of the interest charged. Additional detail provided in the important information section below.

3. Trades (Sold): Cash from selling securities.

4. Trades (Bought): Cash spent on buying securities.

5. Multiplier(Mult): In an individual stock option, the value of the contract is expressed as the product of a certain monetary amount and the underlying index. The certain monetary amount is fixed by the contract, which is referred to as the contract multiplier. At present, the stock is 1 by default and the individual stock option is 100.

6. Closing Price: Last traded price on the last trading date of the month. Note, closing prices are indicative and may be from third-party sources. Webull does not warrant the accuracy of the prices provided by third-party sources.

7. The sum of Exchange-related fees, transaction-related fees, stamp duty, withholding tax, contract fees, commissions, or other fees or taxes.

8. Webull does not charge any fees for currency exchanges. Exchange rate is prone to be impacted by the market exchange rates. Please take exchange rates on market as reference.

9. All transactions are based on a First-in, First-out ("FIFO") method.

10. Trade Records: Displays all GTC (Good-Till-Cancelled) orders in your account. Also included in the section are GTX orders (GTC orders eligible for extended trading hours).

11. Account Types: C = Cash, M = Margin, S = Short, X = RVP/DVP, and O = Other

12. FPSL: The Apex Clearing Corporation Fully-Paid Securities Lending Program.

13. Market Value of Securities Held Long includes the market value of securities held in non-short account types (i.e. Cash account, Margin account).

14. Market Value of Securities Held Short includes the market value of securities held in the short account type. Bona fide short positions will mark-to-market on a daily basis between the margin and short account types based on prevailing closing prices of the security which was shorted.

15. Market Value of Fully-Paid Securities Loaned. The market value of the fully-paid securities you have loaned through participating in the Apex Clearing Corporation Fully-Paid Securities Lending Program.

16. Collateral Value and Loan Value. Collateral Value and Loan Value are related to the fully-paid securities lent by you under the FPSL program. Collateral Value is the amount of collateral (e.g. cash) held on your behalf through the program's Trustee for your benefit at a bank. Loan Value is the market value of the fully-paid securities you have loaned, subject to rounding convention, through participating in the FPSL Program. See the Master Securities Lending Agreement for Apex Clearing Corporation Fully-Paid Securities Lending Program for complete program details.

17. Portfolio Market Value. The sum of the cash in your account (i.e. Total Cash Value), the securities in your account (i.e. Market Value of Securities in Your Account), and the market value of the fully-paid securities on loan (i.e. Market Value of Fully-Paid Securities Loaned)

 **Webull**

---

| | |
|---|---|
| **Statement Period:** | 12/01/2023 - 12/31/2023 |
| **Account Name:** | Sean Johnson |
| **Account Number:** | ■■■3260 |
| **Account Type:** | CASH |
| **Account Address:** | ■■■■■■■■■■■■ |

Welcome to your Webull Brokerage Account Statement!

This document provides a comprehensive overview of your investment activities and holdings within your Webull brokerage account. It serves as a record of your transactions, portfolio performance, and important account details. Details regarding participation in fully-paid securities lending are also provided here. A glossary of key definitions and important terms are provided at the end of the document.

Please note that this statement is for informational purposes only and does not provide personalized investment advice. If you have any questions or need assistance, our customer support team is available to help.

Happy investing with Webull!

**OFFICE SERVING YOU**

44 Wall Street, 2nd Floor, New York, NY 10005

customerservices@webull.us

1 (888) 828-0618

## PORTFOLIO SUMMARY

This section provides an overview of cash and securities held in your Webull account as well as fully-paid securities you have loaned through your participation in the Apex Clearing Fully-Paid Securities Lending Program and the collateral held through the program's Trustee for your benefit at a bank.

| | Total Cash Balance | Market Value of Securities In Your Account | Market Value of Securities In Long Account | Market Value of Securities in Short Account | Market Value of Fully-Paid Securities Loaned | Collateral Value | Loan Value | Portfolio Market Value |
|---|---|---|---|---|---|---|---|---|
| Opening | 0.13 | 19,160.39 | 19,160.39 | 0.00 | 0.00 | 0.00 | 0.00 | 19,160.52 |
| Closing | 90.73 | 26,728.26 | 26,728.26 | 0.00 | 0.00 | 0.00 | 0.00 | 26,818.99 |

## CASH BALANCE DETAIL

| | SIPC Cash Balance | FDIC Cash Balance | Total |
|---|---|---|---|
| Opening | 0.13 | 0.00 | 0.13 |
| Closing | 90.73 | 0.00 | 90.73 |

## CASH REPORT SUMMARY

This section provides a summary of all cash deposits, withdrawals, and other movements within your Webull brokerage account during the statement period. Key definitions and terms can be found at the end of this document.

| | USD |
|---|---|
| Opening Cash | 0.13 |
| Deposits | 190.00 |
| Withdrawals | 0.00 |
| Trades (Sold) | 0.00 |
| Trades (Bought) | -99.40 |
| Fee/Tax | 0.00 |
| Dividends | 0.00 |
| Interest | 0.00 |
| Others | 0.00 |
| Closing Cash | 90.73 |
| Closing Cash (Settled) | 90.73 |

## SECURITIES TRADING ACTIVITY

Currency: USD

| Symbol & Name | Trade Date | Settlement Date | Buy/Sell | Quantity | Price | Gross Amount | Fee/Tax | Net Amount | Remarks |
|---|---|---|---|---|---|---|---|---|---|
| MMAT -59134N104 META MATERIALS INC | 12/04/2023 | 12/06/2023 | B | 1420.00 | 0.0700 | -99.40 | 0.00 | -99.40 | |

## OPEN POSITIONS

| Symbol | Cusip | Quantity | Multi | Closing Price | Amount |
|---|---|---|---|---|---|
| GE | 369604301 | 0.125 | 1 | 127.63 | 15.95 |
| SCLX.WB | 808CNT018 | 7 | 1 | 0.0000 | 0.00 |
| COSM | 221413305 | 8 | 1 | 1.41 | 11.28 |
| CENN | Q6519V146 | 1 | 1 | 1.44 | 1.44 |
| GEHC | 36266G107 | 0.04166 | 1 | 77.32 | 3.22 |
| LCID | 549498103 | 8 | 1 | 4.21 | 33.68 |
| AMC | 00165C302 | 6 | 1 | 6.12 | 36.72 |
| MMTLPWB | US8AQ9903 | 280 | 1 | 0.0000 | 0.00 |
| MMAT | 59134N104 | 15360 | 1 | 0.0660 | 1,013.76 |
| ARWR | 04280A100 | 837 | 1 | 30.60 | 25,612.20 |

## ACCOUNT ACTIVITY

| Date | Transaction | Currency | Symbol | Cusip | Quantity | Amount | Description | Status |
|---|---|---|---|---|---|---|---|---|
| 12/04/2023 | Deposit | USD | | | | 100.00 | ACH Deposit - 5MY73260 100 | POST |
| 12/08/2023 | Corporate Action | | CENN | Q6519V146 | 1 | | CENNTRO ELECTRIC GROUP LIMITED — Reverse Split @10:1 — Result of Reverse Split | |
| 12/08/2023 | Corporate Action | | CENN | Q6519V120 | -9 | | CENNTRO ELECTRIC GROUP LIMITED — Reverse Split @10:1 — into Q6519V146 | |
| 12/12/2023 | Deposit | USD | | | | 90.00 | ACH Deposit - 5MY73260 90 | POST |

## PENDING DIVIDENDS

| Currency | Symbol | Cusip | Ex-Date | Pay Date | Quantity | Dividend yield | Gross Amount | MKT |
|---|---|---|---|---|---|---|---|---|
| USD | GE | 369604301 | 12/27/2023 | 01/25/2024 | 0.125 | 0.08 | 0.01 | NYSE |

## NOTES

**KEY DEFINITIONS AND TERMS**