NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | | **PROOF OF INTEREST** |
|---|---|---|
| Name of Debtor: METAL MATERIALS INC | Case Number: 24-50792 | |

1. Name and address of holder of the Equity Interest (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

   James Randolph Mull
   1904 Gregg Ave
   Worland, WY 82401

   Telephone Number: 307-388-0854

   ☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

   ☑ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

   ☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

   **RECEIVED AND FILED**
   DEC - 9 2024
   U.S. BANKRUPTCY COURT
   MARY A. SCHOTT, CLERK

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

COURT USE ONLY

Account or other number by which Interest holder identifies Debtor:
5NQ 21511

Check here if this claim:
☐ replaces a previously filed Proof of Interest dated: _____
☐ amends a previously filed Proof of Interest dated: _____

2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:
   WEBULL FINANCIAL
   44 Wall Street, 2nd Floor, New York, NY 10005
   Telephone Number: 917-725-2448

3. Date Equity Interest was acquired: 2/8/21 thru 6/22/21 /0247
   5247 MMTLP Placeholder
   Summary Attached  89,500 MMAT Shares

4. Total amount of member interest: 89,500 MMAT / 5247 MMTLP
   Sold MMAT 5-10-24

5. Certificate number(s): _____

6. Type of Equity Interest:
   Please indicate the type of Equity Interest you hold:
   ☑ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
   ☐ Check this box if your Equity Interest is based on anything else and describe that interest:
   Description: _____

7. Supporting Documents: Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
   DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. Date-Stamped Copy: To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

9. Signature:
   Check the appropriate box.
   ☑ I am the creditor.    ☐ I am the creditor's authorized agent.    ☐ I am the trustee, or the debtor,    ☐ I am a guarantor, surety, endorser, or other codebtor.
              (Attach copy of power of attorney, if any.)  or their authorized agent.  (See Bankruptcy Rule 3005.)
                                                          (See Bankruptcy Rule 3004.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: James Randolph Mull
Title: _____
Company: ___ Address and telephone number (if different from notice address above):

(Signature) James Randolph Mull    (Date) 12-5-2024

Telephone number: 307-388-0854    email: rmconst1964@gmail.com

Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571

TO WHOM IT MAY CONCERN,

    HERE IS A SUMMARIZED TIMELINE FOR MY SHARES PURCHASED FROM TORCHLIGHT AND META MATERIALS UP UNTIL THE TIME I SOLD MY LAST SHARES.

TORCHLIGHT SHARES OWNED 10247  2/8/2021 THRU 6/21/2021

    SHARES SOLD  5000  6/22/2021

    REMAINING SHARES 5247  AND BOUGHT 425 ON 6/25/2021  TOTALS  5672

MERGER BETWEEN TORCHLIGHT AND META MATERIALS

    TOTAL SHARES AFTER SPLIT WAS 2836

    PLACEHOLDER FOR HOLDING SHARES  5247

FROM 6/29/2021 TO 1/23/2021 I HAD TO AVERAGE DOWN BECAUSE OF PRICE MANIPULATION I ACCUMULATED A TOTAL OF 89500 SHARES.

    1/26/2024  SOLD  27331 SHARES  AT .057

    1/26/2024  SOLD 30043 SHARES AT .062

    1/26/2024  SOLD 5000 SHARES AT .0563

    1/26/2024  SOLD 126 SHARES AT .0567

        TOTAL SOLD  62500

TOTAL SHARES REMAINING                                                27000

REVERSE SPLIT OF 100 TO 1     270 SHARES REMAINED

    4/2/2024      BOUGHT 6 SHARES AT 4.04

    5/9/2024      SOLD 10 SHARES AT 2.06

    5/10/2024     SOLD REMAINING 266 SHARES AT 2.04

I NEVER PURCHASED ANY SHARES OF MMTLP...I ONLY HAVE THE 5247 SHARES FROM THE MERGER WHICH WERE SENT TO AST.  I HAVE ALL OF THEM IN BOOK ENTRY FORM ON 5/22/2023

< **Realized P&L**

Matterport Inc
MTTR

Cyngn Inc
CYN

Monopar Therapeutics Inc
MNPR

The Oncology Institute Inc
TOI

Sintx Technologies Inc
SINT

Digital Brands Group Inc
DBGI

Crown Electr
CRKN

Microvast Holdings Inc
MVST

HWH International
HWH

Tonix Pharmaceut
TNXP

GREENWAVE TECHNOLOGY SO...
GWAV

Meta Materials Inc
MMATQ



AMERICAN STOCK TRANSFER & TRUST CO., LLC
OPERATIONS CENTER
6201 15TH AVENUE
BROOKLYN, NY 11219

10113.1649.001.002.82
JAMES RANDOLPH MULL
1904 GREGG AVE
WORLAND WY 82401

| | |
|---|---|
| Statement Date: | May 27, 2023 |
| Company Name: | NEXT BRIDGE HYDROCARBONS INC |
| Company Number: | 27067 |
| Stock Exchange: | |
| Company Ticker Symbol: | |
| CUSIP: | 591994371 |
| Account Number: | 0000011146 |
| W9/W8/W8BENE Certified: | Yes |
| Dividend Amount Paid YTD: | $0.00 |

## Balance Summary as of 05/27/2023

| Total Shares | Closing Price Per Share | Estimated Value |
|---|---|---|
| 5,247.000 | $0.000 | $0.00 |

Stock quotes are provided for informational purposes only. The quotes are supplied by an independent third-party as of a particular date. AST does not guarantee the accuracy of such information as at the date of this statement or at any future date. Neither AST nor its provider will be liable for any errors, incompleteness, or delays in the information herein, or for any actions taken in reliance thereon.

| | Plan Shares | Certificated Shares | DRS/Book Entry Shares |
|---|---|---|---|
| Restricted | | 0.000 | 0.000 |
| Unrestricted | 0.000 | 0.000 | 5,247.000 |

## SECURITIES TRADING ACTIVITY

Currency: USD

| Symbol & Name | Trade Date | Settlement Date | Buy/Sell | Quantity | Price | Gross Amount | Fee/Tax | Net Amount | Remarks |
|---|---|---|---|---|---|---|---|---|---|
| MMAT -59134N104 META MATERIALS INC | 12/07/2023 | 12/11/2023 | B | 3240.00 | 0.0616 | -199.57 | 0.00 | -199.57 | |
| MMAT -59134N104 META MATERIALS INC | 12/01/2023 | 12/05/2023 | B | 2110.00 | 0.1000 | -211.00 | 0.00 | -211.00 | |

## OPEN POSITIONS

| Symbol | Cusip | Quantity | Multi | Closing Price | Amount |
|---|---|---|---|---|---|
| MMAT | 59134N104 | 80650 | 1 | 0.0660 | 5,322.90 |

## ACCOUNT ACTIVITY

| Date | Transaction | Currency | Symbol | Cusip | Quantity | Amount | Description | Status |
|---|---|---|---|---|---|---|---|---|
| 12/01/2023 | Deposit | USD | | | | 211.00 | ACH Deposit - 5NQ21511 211 | POST |
| 12/07/2023 | Deposit | USD | | | | 200.00 | ACH Deposit - 5NQ21511 200 | POST |

## NOTES

### KEY DEFINITIONS AND TERMS

1. Pending Dividends: The pending dividend section includes unpaid cash dividends that the shareholder is entitled to receive but have not been distributed in the statement period. Most often due to the declared payment date being in the future outside of the statement period.
2. Accrued Interest: Interest is charged monthly, so this section will be the total interest incurred by the user in the statement period, rather than the portion of the interest charged. Additional detail provided in the important information section below.
3. Trades (Sold): Cash from selling securities.

| | | | | | | |
|---|---|---|---|---|---|---|
| CYNGN INC | 05/16/2024 | 05/20/2024 | S | -456.00 | 0.1307 | 59.60 |
| SINT - 829392604<br>SINTX TECHNOLOGIES INC | 05/16/2024 | 05/20/2024 | S | -1230.00 | 0.1649 | 202.83 |
| SINT - 829392604<br>SINTX TECHNOLOGIES INC | 05/15/2024 | 05/17/2024 | B | 1230.00 | 0.2051 | -252.27 |
| SINT - 829392604<br>SINTX TECHNOLOGIES INC | 05/15/2024 | 05/17/2024 | S | -1772.00 | 0.1251 | 221.71 |
| SINT - 829392604<br>SINTX TECHNOLOGIES INC | 05/15/2024 | 05/17/2024 | B | 1772.00 | 0.1582 | -280.37 |
| MMAT - 59134N302<br>META MATERIALS INC | 05/10/2024 | 05/14/2024 | S | -266.00 | 2.04 | 542.67 |
| MMAT - 59134N302<br>META MATERIALS INC | 05/09/2024 | 05/13/2024 | S | -10.00 | 2.06 | 20.60 |
| MTTR - 577096100<br>MATTERPORT INC | 05/06/2024 | 05/08/2024 | B | 33.00 | 4.57 | -150.81 |

## ACCOUNT ACTIVITY

| Date | Transaction | Currency | Account Type | Symbol | Cusip | Quantity | Amount |
|---|---|---|---|---|---|---|---|
| 05/06/2024 | Deposit | USD | CASH | | | | 150.00 |
| 05/28/2024 | Deposit | USD | CASH | | | | 150.00 |

12:11 45°  22%

< X  Account Statement 2021-06_1



### PORTFOLIO SUMMARY

| DESCRIPTION | SYMBOL/CUSIP | ACCOUNT TYPE | QUANTITY | PRICE | MARKET VALUE | LAST PERIOD'S MARKET VALUE | % CHANGE | EST. ANNUAL INCOME | % OF TOTAL PORTFOLIO |
|---|---|---|---|---|---|---|---|---|---|
| **EQUITIES / OPTIONS** | | | | | | | | | |
| GENWORTH FINANCIAL INC COM CL A | GNW | C | 2 | $3.90 | $7.80 | $8.64 | -10% | | .035% |
| ~~METAMATES INC~~ ~~COMMON STOCK~~ | ~~MMAT~~ | ~~C~~ | ~~2836~~ | ~~7.49~~ | ~~21,241.64~~ | | N/A | | 95.855 |
| **Total Equities** | | | | | $21,249.44 | | | | 95.891% |
| **Total Cash (Net Portfolio Balance)** | | | | | $910.66 | | | | 4.109% |
| **TOTAL PRICED PORTFOLIO** | | | | | **$22,160.10** | | | | |

### ACCOUNT ACTIVITY

| TRANSACTION | DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|
| **BUY / SELL TRANSACTIONS** | | | | | | | |
| BOUGHT | 06/21/21 | C | TORCHLIGHT ENERGY RESOURCES INC CUSIP: 89102U103 | 186 | $5.37 | $998.82 | |
| SOLD | 06/24/21 | C | TORCHLIGHT ENERGY RESOURCES INC CUSIP: 89102U103 | 5,000 | 6.59 | | 32,949.23 |
| BOUGHT | 06/29/21 | C | TORCHLIGHT ENERGY RESOURCES INC CUSIP: 89102U103 | 425 | 4.80 | 2,040.00 | |
| **Total Buy / Sell Transactions** | | | | | | $3,038.82 | $32,949.23 |

*[Handwritten note: AFTER MERGER 2 to 1, 2836 shares]*





## Account Statement 2022-12_1

### PORTFOLIO SUMMARY

| DESCRIPTION | SYMBOL/ CUSIP | ACCOUNT TYPE | QUANTITY | PRICE | MARKET VALUE | LAST PERIOD'S MARKET VALUE | % CHANGE | EST. ANNUAL INCOME | % OF TOTAL PORTFOLIO |
|---|---|---|---|---|---|---|---|---|---|
| **EQUITIES / OPTIONS** | | | | | | | | | |
| META MATLS INC COMMON STOCK | MMAT | C | 16,585 | $1.19 | $19,736.15 | $17,580.10 | 12% | | 99.243% |
| META MATLS PREFERRED STOCK CONTRA CUSIP | 591994371 | C | 5,247 | Not Available | | | N/A | | N/A |
| **Total Equities** | | | | | $19,736.15 | | | | 99.243% |
| **Total Cash (Net Portfolio Balance)** | | | | | $150.48 | | | | 0.757% |
| **TOTAL PRICED PORTFOLIO** | | | | | $19,886.63 | | | | |

### ACCOUNT ACTIVITY

| TRANSACTION | DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|
| **FUNDS PAID AND RECEIVED** | | | | | | | |
| ACH | 12/30/22 | C | ACH DEPOSIT SEN(20221230205386) | | | | $150.00 |
| **Total Funds Paid And Received** | | | | | | | $150.00 |

12:01 45°  🛜 📶 25%

< ✕ Account Statement 2021-12_1  ↻

| | | 3 of 10 | | − + 70% | | ⤢ 📤 🖨 📥 🔖 |

### EQUITIES / OPTIONS

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| GENWORTH FINANCIAL INC<br>COM CL A | GNW | C | 2 | $4.05 | $8.10 | $7.64 | 6% | .044% |
| META MATLS INC<br>COMMON STOCK | MMAT | C | 4,177 | 2.46 | 10,275.42 | 14,144.18 | -27 | 56.430 |
| META MATLS INC<br>PFD SER A | MMTLP | C | 5,247 | 1.51 | 7,922.97 | 9,811.89 | -19 | 43.511 |
| **Total Equities** | | | | | **$18,206.49** | | | **99.986%** |
| Total Cash (Net Portfolio Balance) | | | | | $2.51 | | | 0.014% |
| **TOTAL PRICED PORTFOLIO** | | | | | **$18,209.00** | | | |

### ▶ ACCOUNT ACTIVITY

| TRANSACTION | DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|
| **BUY / SELL TRANSACTIONS** | | | | | | | |
| BOUGHT | 12/02/21 | C | META MATLS INC<br>COMMON STOCK<br>CUSIP: 59134N104 | 1 | $3.695 | $3.70 | |
| BOUGHT | 12/02/21 | C | META MATLS INC<br>COMMON STOCK<br>CUSIP: 59134N104 | 53 | 3.6986 | 196.03 | |
| BOUGHT | 12/06/21 | C | META MATLS INC<br>COMMON STOCK<br>CUSIP: 59134N104 | 61 | 3.29 | 200.69 | |

12:07 45°       23%

< X Account Statement 2024-01_1

2 of 4    − +    80%

## SECURITIES TRADING ACTIVITY

Currency: USD

| Symbol & Name | Trade Date | Settlement Date | Buy/Sell | Quantity | Price | Gross Amount | Fee/Tax | Net Amount |
|---|---|---|---|---|---|---|---|---|
| MMAT -59134N104 META MATERIALS INC | 01/26/2024 | 01/30/2024 | S | -126.00 | 0.0567 | 7.14 | -0.03 | 7.11 |
| MMAT -59134N104 META MATERIALS INC | 01/26/2024 | 01/30/2024 | S | -5000.00 | 0.0563 | 281.50 | -0.84 | 280.66 |
| MMAT -59134N104 META MATERIALS INC | 01/26/2024 | 01/30/2024 | S | -30043.00 | 0.0562 | 1,688.44 | -5.01 | 1,683.43 |
| MMAT -59134N104 META MATERIALS INC | 01/26/2024 | 01/30/2024 | S | -27331.00 | 0.0570 | 1,557.87 | -4.56 | 1,553.31 |
| MMAT -59134N104 META MATERIALS INC | 01/23/2024 | 01/25/2024 | B | 2950.00 | 0.0678 | -200.01 | 0.00 | -200.01 |
| MMAT -59134N104 META MATERIALS INC | 01/19/2024 | 01/23/2024 | B | 2750.00 | 0.0729 | -200.48 | 0.00 | -200.48 |
| MMAT -59134N104 META MATERIALS INC | 01/10/2024 | 01/12/2024 | B | 3150.00 | 0.0635 | -200.02 | 0.00 | -200.03 |

## OPEN POSITIONS



SOLD

1-1-2024 thru 5-30-2024

| Name | Symbol | Side | Status | Filled | Total Qty | Price | Avg Price | Time-in-F | Placed Tim | Filled Time |
|---|---|---|---|---|---|---|---|---|---|---|
| GREENWA | GWAV | Buy | Filled | 3564 | 3564 | 0.0421 | 0.0421 | DAY | 05/30/202 | 05/30/202 |
| GREENWA | GWAV | Buy | Filled | 5657 | 5657 | 0.09 | 0.09 | DAY | 05/23/202 | 05/23/202 |
| GREENWA | GWAV | Buy | Cancelled | 0 | 4763 | 0.1069 | | DAY | 05/22/2024 18:37:20 | |
| GREENWA | GWAV | Sell | Filled | 8507 | 8507 | 0.06 | 0.06 | DAY | 05/22/202 | 05/22/202 |
| GREENWA | GWAV | Buy | Filled | 6007 | 6007 | 0.0556 | 0.0556 | DAY | 05/21/202 | 05/21/202 |
| GREENWA | GWAV | Buy | Filled | 2500 | 2500 | 0.0681 | 0.0681 | DAY | 05/21/202 | 05/21/202 |
| Crown Ele | CRKN | Sell | Filled | 500 | 500 | 0.1682 | 0.1682 | DAY | 05/17/202 | 05/17/202 |
| Crown Ele | CRKN | Buy | Filled | 500 | 500 | 0.485 | 0.485 | DAY | 05/17/202 | 05/17/202 |
| Matterpor | MTTR | Sell | Filled | 33 | 33 | 4.49 | 4.49 | DAY | 05/16/202 | 05/16/202 |
| Cyngn Inc | CYN | Sell | Filled | 456 | 456 | 0.1307 | 0.1307 | DAY | 05/16/202 | 05/16/202 |
| Sintx Tech | SINT | Sell | Filled | 1230 | 1230 | 0.1649 | 0.1649 | DAY | 05/16/202 | 05/16/202 |
| Sintx Tech | SINT | Sell | Cancelled | 0 | 1230 | 0.1563 | | DAY | 05/16/2024 11:46:38 | |
| Sintx Tech | SINT | Sell | Cancelled | 0 | 1230 | 0.1648 | | DAY | 05/16/2024 11:44:05 | |
| Sintx Tech | SINT | Sell | Cancelled | 0 | 1230 | 0.22 | | DAY | 05/16/2024 10:27:21 | |
| Sintx Tech | SINT | Sell | Cancelled | 0 | 1230 | 0.12 | | DAY | 05/16/2024 07:58:27 | |
| Sintx Tech | SINT | Buy | Filled | 1230 | 1230 | 0.2051 | 0.2051 | DAY | 05/15/202 | 05/15/202 |
| Sintx Tech | SINT | Sell | Filled | 1772 | 1772 | 0.1251 | 0.1251 | DAY | 05/15/202 | 05/15/202 |
| Sintx Tech | SINT | Buy | Filled | 1772 | 1772 | 0.1582 | 0.1582 | DAY | 05/15/202 | 05/15/202 |
| Meta Mat | MMATQ | Sell | Filled | 266 | 266 | 2.04 | 2.04 | DAY | 05/10/202 | 05/10/202 |
| Meta Mat | MMATQ | Sell | Cancelled | 0 | 266 | 2.08 | | DAY | 05/10/2024 08:00:19 | |
| Meta Mat | MMATQ | Sell | Cancelled | 10 | 276 | 2.06 | 2.06 | DAY | 05/09/202 | 05/09/202 |
| Matterpor | MTTR | Buy | Filled | 33 | 33 | 4.57 | 4.57 | DAY | 05/06/202 | 05/06/202 |
| Cyngn Inc | CYN | Buy | Filled | 456 | 456 | 0.2391 | 0.2391 | DAY | 04/23/202 | 04/23/202 |
| Cyngn Inc | CYN | Buy | Cancelled | 0 | 460 | 0.2396 | | DAY | 04/23/2024 08:38:39 | |
| Meta Mat | MMATQ | Buy | Cancelled | 0 | 41 | 2.67 | | DAY | 04/18/2024 09:45:49 | |
| Meta Mat | MMATQ | Buy | Filled | 6 | 6 | 4.04 | 4.04 | DAY | 04/02/202 | 04/02/202 |
| Meta Mat | MMATQ | Sell | Cancelled | 0 | 27000 | 0.0567 | | DAY | 01/26/2024 17:07:35 | |
| Meta Mat | MMATQ | Sell | Filled | 126 | 126 | 0.0567 | 0.0567 | DAY | 01/26/202 | 01/26/202 |
| Meta Mat | MMATQ | Sell | Filled | 5000 | 5000 | 0.0563 | 0.0563 | DAY | 01/26/202 | 01/26/202 |
| Meta Mat | MMATQ | Sell | Cancelled | 30043 | 62169 | 0.0562 | 0.0562 | DAY | 01/26/202 | 01/26/202 |
| Meta Mat | MMATQ | Sell | Cancelled | 27331 | 89500 | 0.057 | 0.057 | DAY | 01/26/202 | 01/26/202 |
| Meta Mat | MMATQ | Sell | Cancelled | 0 | 89500 | 0.057 | | DAY | 01/26/2024 16:01:18 | |
| Meta Mat | MMATQ | Buy | Filled | 2950 | 2950 | 0.0678 | 0.0678 | DAY | 01/23/202 | 01/23/202 |
| Meta Mat | MMATQ | Buy | Filled | 2750 | 2750 | 0.0729 | 0.0729 | DAY | 01/19/202 | 01/19/202 |
| Meta Mat | MMATQ | Buy | Cancelled | 0 | 2750 | 0.0729 | | DAY | 01/19/2024 10:17:16 | |
| Meta Mat | MMATQ | Buy | Filled | 3150 | 3150 | 0.0635 | 0.0635 | DAY | 01/10/202 | 01/10/202 |

SOLD

1-1-2023 thru 12-31-2023

| Security | Action | Status | Filled Qty | Qty | Price | Exec Price | TIF | Date |
|---|---|---|---|---|---|---|---|---|
| Meta Mat MMATQ | Buy | Filled | 296 | 296 | 0.4194 | 0.4194 | DAY | 04/11/202 04/11/202 |
| Meta Mat MMATQ | Buy | Filled | 704 | 704 | 0.4183 | 0.4183 | DAY | 04/11/202 04/11/202 |
| Meta Mat MMATQ | Buy | Filled | 500 | 500 | 0.4141 | 0.4141 | DAY | 04/05/202 04/05/202 |
| Meta Mat MMATQ | Buy | Filled | 500 | 500 | 0.5127 | 0.5127 | DAY | 04/04/202 04/04/202 |
| Meta Mat MMATQ | Buy | Filled | 210 | 210 | 0.4992 | 0.4992 | DAY | 03/23/202 03/23/202 |
| Meta Mat MMATQ | Buy | Filled | 355 | 355 | 0.5621 | 0.5621 | DAY | 03/22/202 03/22/202 |
| Meta Mat MMATQ | Buy | Filled | 500 | 500 | 0.5 | 0.5 | DAY | 03/13/202 03/13/202 |
| Meta Mat MMATQ | Buy | Filled | 435 | 435 | 0.5904 | 0.5904 | DAY | 03/02/202 03/02/202 |
| Meta Mat MMATQ | Buy | Cancelled | 0 | 450 | 0.57 | | DAY | 03/02/2023 08:55:50 |
| Meta Mat MMATQ | Buy | Filled | 305 | 305 | 0.6385 | 0.6385 | DAY | 02/24/202 02/24/202 |
| Meta Mat MMATQ | Buy | Filled | 355 | 355 | 0.705 | 0.705 | DAY | 02/17/202 02/17/202 |
| Meta Mat MMATQ | Buy | Filled | 400 | 400 | 0.748 | 0.748 | DAY | 02/15/202 02/15/202 |
| Meta Mat MMATQ | Buy | Cancelled | 0 | 405 | 0.7397 | | DAY | 02/15/2023 13:26:29 |
| Meta Mat MMATQ | Buy | Filled | 330 | 330 | 0.9075 | 0.9075 | DAY | 02/07/202 02/07/202 |
| Meta Mat MMATQ | Buy | Filled | 33 | 33 | 1.01 | 1.01 | DAY | 02/01/202 02/01/202 |
| Meta Mat MMATQ | Buy | Filled | 400 | 400 | 0.99 | 0.99 | DAY | 02/01/202 02/01/202 |
| Meta Mat MMATQ | Buy | Cancelled | 0 | 400 | 0.98 | | DAY | 01/31/2023 09:32:31 |
| COMSover COMS | Sell | Filled | 4000 | 4000 | 0.0752 | 0.0752 | DAY | 01/30/202 01/30/202 |
| COMSover COMS | Buy | Filled | 1500 | 1500 | 0.0777 | 0.0777 | DAY | 01/30/202 01/30/202 |
| Wisa Tech WISA | Sell | Filled | 9 | 9 | 10.28 | 10.28 | DAY | 01/30/202 01/30/202 |
| Genius Gr GNS | Sell | Filled | 21 | 21 | 5.23 | 5.23 | DAY | 01/30/202 01/30/202 |
| COMSover COMS | Buy | Filled | 1500 | 1500 | 0.0824 | 0.0824 | DAY | 01/27/202 01/27/202 |
| Micromob MCOM | Sell | Filled | 525 | 525 | 0.2846 | 0.2846 | DAY | 01/27/202 01/27/202 |
| Wisa Tech WISA | Sell | Cancelled | 0 | 9 | 9.48 | | DAY | 01/27/2023 14:33:27 |
| COMSover COMS | Buy | Filled | 1000 | 1000 | 0.0969 | 0.0969 | DAY | 01/27/202 01/27/202 |
| Meta Mat MMATQ | Buy | Filled | 2 | 2 | 1.04 | 1.04 | DAY | 01/26/202 01/26/202 |
| Genius Gr GNS | Buy | Filled | 21 | 21 | 4.65 | 4.65 | DAY | 01/25/202 01/25/202 |
| Micromob MCOM | Buy | Filled | 200 | 200 | 0.3629 | 0.3629 | DAY | 01/25/202 01/25/202 |
| Micromob MCOM | Buy | Filled | 210 | 210 | 0.446 | 0.446 | DAY | 01/24/202 01/24/202 |
| Wisa Tech WISA | Buy | Filled | 400 | 400 | 0.1665 | 0.1665 | DAY | 01/24/202 01/24/202 |
| Micromob MCOM | Buy | Filled | 115 | 115 | 0.453 | 0.453 | DAY | 01/24/202 01/24/202 |
| Micromob MCOM | Sell | Filled | 400 | 400 | 0.409 | 0.409 | DAY | 01/23/202 01/23/202 |
| Wisa Tech WISA | Buy | Filled | 500 | 500 | 0.1291 | 0.1291 | DAY | 01/23/202 01/23/202 |
| Micromob MCOM | Buy | Filled | 400 | 400 | 0.2999 | 0.2999 | DAY | 01/23/202 01/23/202 |
| Genius Gr GNS | Sell | Filled | 15 | 15 | 4.56 | 4.56 | DAY | 01/20/202 01/20/202 |
| Genius Gr GNS | Buy | Filled | 15 | 15 | 1.04 | 1.04 | DAY | 01/19/202 01/19/202 |
| Meta Mat MMATQ | Buy | Filled | 75 | 75 | 1.07 | 1.07 | DAY | 01/12/202 01/12/202 |
| Meta Mat MMATQ | Buy | Filled | 15 | 15 | 1.12 | 1.12 | DAY | 01/03/202 01/03/202 |

| Name | Symbol | Side | Status | Filled | Total Qty | Price | Avg Price | Time-in-F( | Placed Tin | Filled Tim( |
|---|---|---|---|---|---|---|---|---|---|---|
| Meta Mat( | MMATQ | Buy | Filled | 3240 | 3240 | 0.0616 | 0.0616 | DAY | 12/07/202 | 12/07/202 |
| Meta Mat( | MMATQ | Buy | Cancelled | 0 | 3638 | 0.055 | | DAY | 12/07/2023 07:53:18 | |
| Meta Mat( | MMATQ | Buy | Filled | 2110 | 2110 | 0.1 | 0.1 | DAY | 12/01/202 | 12/01/202 |
| Meta Mat( | MMATQ | Buy | Cancelled | 0 | 2215 | 0.0953 | | DAY | 12/01/2023 10:10:30 | |
| Meta Mat( | MMATQ | Buy | Filled | 2787 | 2787 | 0.0826 | 0.0826 | DAY | 11/29/202 | 11/29/202 |
| Meta Mat( | MMATQ | Buy | Filled | 3396 | 3396 | 0.0809 | 0.0809 | DAY | 11/24/202 | 11/24/202 |
| Meta Mat( | MMATQ | Buy | Filled | 2517 | 2517 | 0.0918 | 0.0918 | DAY | 11/13/202 | 11/13/202 |
| Meta Mat( | MMATQ | Buy | Filled | 5205 | 5205 | 0.0949 | 0.0949 | DAY | 11/13/202 | 11/13/202 |
| Meta Mat( | MMATQ | Buy | Cancelled | 0 | 5495 | 0.091 | | DAY | 11/10/2023 15:31:41 | |
| Meta Mat( | MMATQ | Buy | Filled | 6720 | 6720 | 0.1116 | 0.1116 | DAY | 11/02/202 | 11/02/202 |
| Meta Mat( | MMATQ | Buy | Filled | 3600 | 3600 | 0.1389 | 0.1389 | DAY | 10/25/202 | 10/25/202 |
| Meta Mat( | MMATQ | Buy | Filled | 1050 | 1050 | 0.1904 | 0.1904 | DAY | 10/20/202 | 10/20/202 |
| Meta Mat( | MMATQ | Buy | Filled | 1572 | 1572 | 0.2164 | 0.2164 | DAY | 10/16/202 | 10/16/202 |
| Meta Mat( | MMATQ | Buy | Filled | 1263 | 1263 | 0.217 | 0.217 | DAY | 10/12/202 | 10/12/202 |
| Meta Mat( | MMATQ | Buy | Cancelled | 0 | 1283 | 0.2136 | | DAY | 10/12/2023 13:39:10 | |
| Meta Mat( | MMATQ | Buy | Cancelled | 125 | 1410 | 0.2133 | 0.2133 | DAY | 10/12/202 | 10/12/202 |
| Meta Mat( | MMATQ | Buy | Filled | 1015 | 1015 | 0.216 | 0.216 | DAY | 10/10/202 | 10/10/202 |
| Meta Mat( | MMATQ | Buy | Filled | 940 | 940 | 0.2136 | 0.2136 | DAY | 10/02/202 | 10/02/202 |
| Meta Mat( | MMATQ | Buy | Filled | 565 | 565 | 0.2199 | 0.2199 | DAY | 09/27/202 | 09/27/202 |
| Meta Mat( | MMATQ | Buy | Filled | 545 | 545 | 0.2051 | 0.2051 | DAY | 09/21/202 | 09/21/202 |
| Meta Mat( | MMATQ | Buy | Filled | 425 | 425 | 0.2121 | 0.2121 | DAY | 09/19/202 | 09/19/202 |
| Meta Mat( | MMATQ | Buy | Filled | 575 | 575 | 0.217 | 0.217 | DAY | 09/12/202 | 09/12/202 |
| Meta Mat( | MMATQ | Buy | Filled | 950 | 950 | 0.2129 | 0.2129 | DAY | 08/23/202 | 08/23/202 |
| Meta Mat( | MMATQ | Buy | Filled | 766 | 766 | 0.2299 | 0.2299 | DAY | 08/16/202 | 08/16/202 |
| Meta Mat( | MMATQ | Buy | Cancelled | 0 | 784 | 0.2297 | | DAY | 08/16/2023 08:10:59 | |
| Meta Mat( | MMATQ | Buy | Filled | 324 | 324 | 0.2418 | 0.2418 | DAY | 08/07/202 | 08/07/202 |
| Meta Mat( | MMATQ | Buy | Cancelled | 300 | 625 | 0.24 | 0.24 | DAY | 08/07/202 | 08/07/202 |
| Meta Mat( | MMATQ | Buy | Filled | 600 | 600 | 0.2506 | 0.2506 | DAY | 08/03/202 | 08/03/202 |
| Meta Mat( | MMATQ | Buy | Filled | 625 | 625 | 0.2388 | 0.2388 | DAY | 07/31/202 | 07/31/202 |
| Meta Mat( | MMATQ | Buy | Filled | 700 | 700 | 0.215 | 0.215 | DAY | 07/27/202 | 07/27/202 |
| Meta Mat( | MMATQ | Buy | Filled | 1075 | 1075 | 0.1855 | 0.1855 | DAY | 07/14/202 | 07/14/202 |
| Meta Mat( | MMATQ | Buy | Filled | 535 | 535 | 0.1869 | 0.1869 | DAY | 07/07/202 | 07/07/202 |
| Meta Mat( | MMATQ | Buy | Cancelled | 0 | 540 | 0.1851 | | DAY | 07/07/2023 12:25:46 | |
| Meta Mat( | MMATQ | Buy | Filled | 405 | 405 | 0.247 | 0.247 | DAY | 06/09/202 | 06/09/202 |
| Meta Mat( | MMATQ | Buy | Cancelled | 0 | 400 | 0.249 | | DAY | 06/09/2023 08:38:58 | |
| Meta Mat( | MMATQ | Buy | Cancelled | 0 | 380 | 0.2461 | | DAY | 06/09/2023 08:31:23 | |
| Meta Mat( | MMATQ | Buy | Filled | 520 | 520 | 0.2267 | 0.2267 | DAY | 05/25/202 | 05/25/202 |
| Meta Mat( | MMATQ | Buy | Filled | 525 | 525 | 0.2039 | 0.2039 | DAY | 05/15/202 | 05/15/202 |
| Meta Mat( | MMATQ | Buy | Cancelled | 0 | 525 | 0.2027 | | DAY | 05/15/2023 12:42:10 | |
| Meta Mat( | MMATQ | Buy | Cancelled | 0 | 550 | 0.2 | | DAY | 05/15/2023 09:00:45 | |
| Meta Mat( | MMATQ | Buy | Filled | 525 | 525 | 0.2104 | 0.2104 | DAY | 05/11/202 | 05/11/202 |
| Meta Mat( | MMATQ | Buy | Filled | 2150 | 2150 | 0.1895 | 0.1895 | DAY | 05/03/202 | 05/03/202 |
| Meta Mat( | MMATQ | Buy | Filled | 2500 | 2500 | 0.1887 | 0.1887 | DAY | 04/27/202 | 04/27/202 |
| Meta Mat( | MMATQ | Buy | Filled | 502 | 502 | 0.1985 | 0.1985 | DAY | 04/24/202 | 04/24/202 |
| Meta Mat( | MMATQ | Buy | Filled | 2498 | 2498 | 0.1989 | 0.1989 | DAY | 04/24/202 | 04/24/202 |
| Meta Mat( | MMATQ | Buy | Cancelled | 0 | 2500 | 0.1976 | | DAY | 04/24/2023 09:44:19 | |
| Meta Mat( | MMATQ | Buy | Filled | 2500 | 2500 | 0.2112 | 0.2112 | DAY | 04/19/202 | 04/19/202 |
| Meta Mat( | MMATQ | Buy | Filled | 1000 | 1000 | 0.2111 | 0.2111 | DAY | 04/19/202 | 04/19/202 |
| Meta Mat( | MMATQ | Buy | Filled | 2000 | 2000 | 0.217 | 0.217 | DAY | 04/14/202 | 04/14/202 |

1-1-2022 thru 12-31-2022

| Security | Symbol | Side | Status | Filled Qty | Total Qty | Price | Limit | TIF | Date |
|---|---|---|---|---|---|---|---|---|---|
| Meta Mat | MMATQ | Buy | Filled | 81 | 81 | 1.24 | 1.24 | DAY | 05/05/202: 05/05/202: |
| Meta Mat | MMATQ | Buy | Filled | 81 | 81 | 1.24 | 1.24 | DAY | 05/03/202: 05/03/202: |
| Meta Mat | MMATQ | Buy | Filled | 1 | 1 | 1.27 | 1.27 | DAY | 04/27/202: 04/27/202: |
| Meta Mat | MMATQ | Buy | Filled | 172 | 172 | 1.3 | 1.3 | DAY | 04/26/202: 04/26/202: |
| Meta Mat | MMATQ | Buy | Filled | 1 | 1 | 1.28 | 1.28 | DAY | 04/21/202: 04/21/202: |
| Meta Mat | MMATQ | Buy | Filled | 77 | 77 | 1.28 | 1.28 | DAY | 04/21/202: 04/21/202: |
| Meta Mat | MMATQ | Buy | Filled | 70 | 70 | 1.44 | 1.44 | DAY | 04/18/202: 04/18/202: |
| Meta Mat | MMATQ | Buy | Filled | 68 | 68 | 1.47 | 1.47 | DAY | 04/12/202: 04/12/202: |
| Meta Mat | MMATQ | Buy | Filled | 65 | 65 | 1.52 | 1.52 | DAY | 04/08/202: 04/08/202: |
| Meta Mat | MMATQ | Buy | Filled | 63 | 63 | 1.6 | 1.6 | DAY | 04/06/202: 04/06/202: |
| Meta Mat | MMATQ | Buy | Cancelled | 0 | 61 | 1.63 | | DAY | 04/06/2022 08:28:05 |
| Meta Mat | MMATQ | Buy | Filled | 71 | 71 | 1.76 | 1.76 | DAY | 04/05/202: 04/05/202: |
| Meta Mat | MMATQ | Buy | Cancelled | 0 | 77 | 1.61 | | DAY | 04/04/2022 09:42:27 |
| Meta Mat | MMATQ | Buy | Cancelled | 0 | 79 | 1.59 | | DAY | 04/04/2022 09:32:48 |
| Meta Mat | MMATQ | Buy | Filled | 80 | 80 | 1.56 | 1.56 | DAY | 03/14/202: 03/14/202: |
| Meta Mat | MMATQ | Buy | Filled | 81 | 81 | 1.61 | 1.61 | DAY | 03/11/202: 03/11/202: |
| Meta Mat | MMATQ | Buy | Filled | 2 | 2 | 1.8 | 1.8 | DAY | 02/28/202: 02/28/202: |
| Meta Mat | MMATQ | Buy | Filled | 123 | 123 | 1.8 | 1.8 | DAY | 02/28/202: 02/28/202: |
| Meta Mat | MMATQ | Buy | Filled | 2 | 2 | 1.58 | 1.58 | DAY | 02/24/202: 02/24/202: |
| Meta Mat | MMATQ | Buy | Filled | 115 | 115 | 1.49 | 1.49 | DAY | 02/24/202: 02/24/202: |
| Meta Mat | MMATQ | Buy | Filled | 58 | 58 | 1.72 | 1.72 | DAY | 02/22/202: 02/22/202: |
| Meta Mat | MMATQ | Buy | Filled | 2 | 2 | 1.66 | 1.66 | DAY | 02/22/202: 02/22/202: |
| Meta Mat | MMATQ | Buy | Filled | 84 | 84 | 1.75 | 1.75 | DAY | 02/18/202: 02/18/202: |
| Meta Mat | MMATQ | Buy | Filled | 52 | 52 | 1.93 | 1.93 | DAY | 02/16/202: 02/16/202: |
| Meta Mat | MMATQ | Buy | Filled | 2 | 2 | 1.95 | 1.95 | DAY | 02/16/202: 02/16/202: |
| Vinco Vent | BBIG | Sell | Filled | 1 | 1 | 3.29 | 3.29 | DAY | 02/14/202: 02/14/202: |
| Meta Mat | MMATQ | Buy | Filled | 12 | 12 | 1.64 | 1.64 | DAY | 02/07/202: 02/07/202: |
| Meta Mat | MMATQ | Buy | Filled | 48 | 48 | 1.66 | 1.66 | DAY | 02/07/202: 02/07/202: |
| Meta Mat | MMATQ | Buy | Cancelled | 0 | 48 | 1.63 | | DAY | 02/07/2022 13:03:13 |
| Meta Mat | MMATQ | Buy | Filled | 2 | 2 | 1.66 | 1.66 | DAY | 02/03/202: 02/03/202: |
| Meta Mat | MMATQ | Buy | Cancelled | 0 | 2 | 1.75 | | DAY | 02/02/2022 11:43:17 |
| Meta Mat | MMATQ | Buy | Filled | 56 | 56 | 1.72 | 1.72 | DAY | 02/02/202: 02/02/202: |
| Vinco Vent | BBIG | Buy | Filled | 1 | 1 | 3.62 | 3.62 | DAY | 01/26/202: 01/26/202: |
| Meta Mat | MMATQ | Buy | Filled | 36 | 36 | 1.69 | 1.69 | DAY | 01/25/202: 01/25/202: |
| Meta Mat | MMATQ | Buy | Filled | 3 | 3 | 1.94 | 1.94 | DAY | 01/20/202: 01/20/202: |
| Meta Mat | MMATQ | Buy | Filled | 50 | 50 | 1.95 | 1.95 | DAY | 01/20/202: 01/20/202: |
| Meta Mat | MMATQ | Buy | Filled | 5 | 5 | 2.1 | 2.1 | DAY | 01/18/202: 01/18/202: |
| Meta Mat | MMATQ | Buy | Filled | 41 | 41 | 2.11 | 2.11 | DAY | 01/18/202: 01/18/202: |
| Meta Mat | MMATQ | Buy | Filled | 9 | 9 | 2.13 | 2.13 | DAY | 01/14/202: 01/14/202: |
| Meta Mat | MMATQ | Buy | Filled | 50 | 50 | 2.2 | 2.2 | DAY | 01/10/202: 01/10/202: |
| Meta Mat | MMATQ | Buy | Filled | 32 | 32 | 2.24 | 2.24 | DAY | 01/10/202: 01/10/202: |
| Meta Mat | MMATQ | Buy | Filled | 40 | 40 | 2.47 | 2.47 | DAY | 01/06/202: 01/06/202: |

| Symbol | Side | Status | Qty | Filled | Price | Limit | Type | Date |
|---|---|---|---|---|---|---|---|---|
| Meta Mat MMATQ | Buy | Cancelled | 0 | 87 | 1.15 | | DAY | 05/09/2022 09:30:16 |
| Meta Mat MMATQ | Buy | Filled | 80 | 80 | 1.23 | 1.23 | DAY | 05/10/2022 |
| Meta Mat MMATQ | Buy | Cancelled | 0 | 7 | 1.23 | | DAY | 05/10/2022 08:50:06 |
| Meta Mat MMATQ | Buy | Filled | 7 | 7 | 1.23 | 1.23 | DAY | 05/10/2022 |
| Meta Mat MMATQ | Buy | Filled | 2 | 2 | 1.25 | 1.25 | DAY | 05/10/2022 |
| Shiftpixy ir PIXY | Buy | Filled | 205 | 205 | 0.4875 | 0.4875 | DAY | 05/16/2022 |
| Shiftpixy ir PIXY | Buy | Filled | 225 | 225 | 0.3933 | 0.3933 | DAY | 05/23/2022 |
| Meta Mat MMATQ | Buy | Filled | 96 | 96 | 1.88 | 1.88 | DAY | 05/23/2022 |
| Meta Mat MMATQ | Buy | Filled | 140 | 140 | 1.79 | 1.79 | DAY | 05/25/2022 |
| Shiftpixy ir PIXY | Sell | Cancelled | 0 | 430 | 0.3838 | | DAY | 05/26/2022 06:30:34 |
| Shiftpixy ir PIXY | Sell | Cancelled | 0 | 430 | 0.35 | | DAY | 05/31/2022 08:02:19 |
| Shiftpixy ir PIXY | Sell | Filled | 430 | 430 | 0.35 | 0.35 | DAY | 05/31/2022 |
| Meta Mat MMATQ | Buy | Filled | 85 | 85 | 1.77 | 1.77 | DAY | 05/31/2022 |
| Meta Mat MMATQ | Buy | Filled | 56 | 56 | 1.79 | 1.79 | DAY | 05/31/2022 |
| Meta Mat MMATQ | Buy | Filled | 52 | 52 | 1.93 | 1.93 | DAY | 06/01/2022 |
| Meta Mat MMATQ | Buy | Filled | 79 | 79 | 1.73 | 1.73 | DAY | 06/06/2022 |
| Amazon C AMZN | Buy | Filled | 2 | 2 | 128.53 | 128.53 | DAY | 06/06/2022 |
| Meta Mat MMATQ | Buy | Filled | 9 | 9 | 1.72 | 1.72 | DAY | 06/07/2022 |
| Amazon C AMZN | Sell | Filled | 2 | 2 | 113.08 | 113.08 | DAY | 06/10/2022 |
| Meta Mat MMATQ | Buy | Filled | 71 | 71 | 1.39 | 1.39 | DAY | 06/13/2022 |
| Meta Mat MMATQ | Buy | Cancelled | 5 | 70 | 1.45 | 1.45 | DAY | 06/14/2022 |
| Meta Mat MMATQ | Buy | Cancelled | 0 | 65 | 1.4 | | DAY | 06/14/2022 16:37:33 |
| Meta Mat MMATQ | Buy | Filled | 65 | 65 | 1.45 | 1.45 | DAY | 06/14/2022 |
| Meta Mat MMATQ | Buy | Cancelled | 0 | 200 | 1.51 | | DAY | 06/15/2022 15:44:46 |
| Meta Mat MMATQ | Buy | Filled | 200 | 200 | 1.51 | 1.51 | DAY | 06/15/2022 |
| Meta Mat MMATQ | Buy | Filled | 16 | 16 | 1.52 | 1.52 | DAY | 06/15/2022 |
| Meta Mat MMATQ | Buy | Filled | 67 | 67 | 1.46 | 1.46 | DAY | 06/16/2022 |
| Meta Mat MMATQ | Buy | Filled | 1 | 1 | 1.56 | 1.56 | DAY | 06/17/2022 |
| Meta Mat MMATQ | Buy | Filled | 64 | 64 | 1.6 | 1.6 | DAY | 06/17/2022 |
| Meta Mat MMATQ | Buy | Filled | 2 | 2 | 1.59 | 1.59 | DAY | 06/17/2022 |
| Genworth GNW | Buy | Filled | 5 | 5 | 3.58 | 3.58 | DAY | 06/17/2022 |
| Meta Mat MMATQ | Buy | Filled | 1 | 1 | 1.76 | 1.76 | DAY | 06/22/2022 |
| Genworth GNW | Sell | Cancelled | 0 | 7 | 3.52 | | DAY | 06/23/2022 06:49:59 |
| Genworth GNW | Sell | Cancelled | 0 | 7 | 3.5 | | DAY | 06/23/2022 08:31:51 |
| Meta Mat MMATQ | Buy | Filled | 54 | 54 | 1.86 | 1.86 | DAY | 06/23/2022 |
| Meta Mat MMATQ | Buy | Cancelled | 0 | 35 | 1.85 | | DAY | 06/23/2022 09:24:23 |
| Genworth GNW | Sell | Cancelled | 0 | 7 | 3.51 | | DAY | 06/23/2022 09:29:28 |
| Meta Mat MMATQ | Buy | Filled | 35 | 35 | 1.87 | 1.87 | DAY | 06/23/2022 |
| Genworth GNW | Sell | Filled | 7 | 7 | 3.51 | 3.51 | DAY | 06/23/2022 |
| Meta Mat MMATQ | Buy | Filled | 13 | 13 | 1.87 | 1.87 | DAY | 06/23/2022 |
| Meta Mat MMATQ | Buy | Filled | 307 | 307 | 1.3 | 1.3 | DAY | 06/24/2022 |
| Meta Mat MMATQ | Buy | Filled | 1 | 1 | 1.29 | 1.29 | DAY | 06/24/2022 |
| Meta Mat MMATQ | Buy | Cancelled | 0 | 91 | 1.1 | | DAY | 06/27/2022 08:29:32 |
| Meta Mat MMATQ | Buy | Filled | 98 | 98 | 1.16 | 1.16 | DAY | 06/27/2022 |
| Meta Mat MMATQ | Buy | Filled | 926 | 926 | 1.08 | 1.08 | DAY | 06/28/2022 |
| Meta Mat MMATQ | Buy | Cancelled | 0 | 1021 | 0.98 | | DAY | 06/30/2022 09:07:17 |
| Meta Mat MMATQ | Buy | Filled | 171 | 171 | 1.03 | 1.03 | DAY | 06/30/2022 |
| Meta Mat MMATQ | Buy | Filled | 392 | 392 | 1.02 | 1.02 | DAY | 07/01/2022 |
| Meta Mat MMATQ | Buy | Filled | 231 | 231 | 1.04 | 1.04 | DAY | 07/05/2022 |
| Meta Mat MMATQ | Buy | Filled | 194 | 194 | 1.03 | 1.03 | DAY | 07/11/2022 |

| Name | Symbol | Side | Status | Filled | Total Qty | Price | Avg Price | Time-in-Fo | Placed Tim | Filled Tim |
|---|---|---|---|---|---|---|---|---|---|---|
| Meta Mat | MMATQ | Buy | Cancelled | 0 | 30 | 1.07 | | DAY | 12/30/2022 09:33:51 | |
| Meta Mat | MMTLP | Sell | Cancelled | 0 | 1247 | 1000 | | DAY | 12/12/2022 09:38:37 | |
| Meta Mat | MMTLP | Sell | Cancelled | 0 | 4000 | 250 | | DAY | 12/12/2022 09:33:38 | |
| Meta Mat | MMTLP | Sell | Failed | 0 | 5247 | 500 | | DAY | 12/12/2022 09:31:07 | |
| Meta Mat | MMTLP | Sell | Cancelled | 0 | 1247 | 1250 | | DAY | 12/09/2022 11:26:46 | |
| Meta Mat | MMTLP | Sell | Cancelled | 0 | 4000 | 500 | | DAY | 12/09/2022 09:41:01 | |
| Meta Mat | MMTLP | Sell | Failed | 0 | 3000 | 400 | | DAY | 12/07/2022 13:52:00 | |
| Meta Mat | MMTLP | Sell | Failed | 0 | 3000 | 500 | | DAY | 12/07/2022 09:35:43 | |
| Meta Mat | MMATQ | Buy | Filled | 112 | 112 | 0.89 | 0.89 | DAY | 10/24/2022 | 10/24/2022 |
| Meta Mat | MMATQ | Buy | Cancelled | 0 | 112 | 0.89 | | DAY | 10/24/2022 09:31:28 | |
| Meta Mat | MMATQ | Buy | Cancelled | 0 | 112 | 0.893 | | DAY | 10/24/2022 09:13:54 | |
| Meta Mat | MMATQ | Buy | Cancelled | 0 | 112 | 0.893 | | DAY | 10/24/2022 09:10:46 | |
| Meta Mat | MMATQ | Buy | Cancelled | 0 | 112 | 0.893 | | DAY | 10/24/2022 09:04:22 | |
| Meta Mat | MMATQ | Buy | Cancelled | 0 | 112 | 0.8923 | | DAY | 10/24/2022 09:01:52 | |
| Meta Mat | MMATQ | Buy | Filled | 167 | 167 | 0.9 | 0.9 | DAY | 10/24/2022 | |
| Meta Mat | MMATQ | Buy | Filled | 138 | 138 | 0.8707 | 0.8707 | DAY | 10/19/2022 | |
| Meta Mat | MMATQ | Buy | Cancelled | 0 | 140 | 0.86 | | DAY | 10/19/2022 09:42:10 | |
| Meta Mat | MMATQ | Buy | Filled | 102 | 102 | 0.9749 | 0.9749 | DAY | 10/14/2022 | 10/14/2022 |
| Meta Mat | MMATQ | Buy | Filled | 124 | 124 | 0.8097 | 0.8097 | DAY | 10/12/2022 | 10/12/2022 |
| Meta Mat | MMATQ | Buy | Filled | 432 | 432 | 0.8099 | 0.8099 | DAY | 10/11/2022 | 10/11/2022 |
| Meta Mat | MMATQ | Buy | Filled | 500 | 500 | 0.68 | 0.68 | DAY | 10/07/2022 | 10/07/2022 |
| Meta Mat | MMATQ | Buy | Filled | 428 | 428 | 0.6656 | 0.6656 | DAY | 09/28/2022 | 09/28/2022 |
| Meta Mat | MMATQ | Buy | Filled | 453 | 453 | 0.6628 | 0.6628 | DAY | 09/23/2022 | 09/23/2022 |
| Meta Mat | MMATQ | Buy | Filled | 124 | 124 | 0.8101 | 0.8101 | DAY | 09/16/2022 | 09/16/2022 |
| Meta Mat | MMATQ | Buy | Filled | 245 | 245 | 0.8149 | 0.8149 | DAY | 09/14/2022 | 09/14/2022 |
| Meta Mat | MMATQ | Buy | Filled | 140 | 140 | 0.792 | 0.792 | DAY | 09/08/2022 | 09/08/2022 |
| Meta Mat | MMATQ | Buy | Cancelled | 0 | 140 | 0.7918 | | DAY | 09/08/2022 12:31:19 | |
| Meta Mat | MMATQ | Buy | Filled | 152 | 152 | 0.8148 | 0.8148 | DAY | 09/06/2022 | 09/06/2022 |
| Meta Mat | MMATQ | Buy | Filled | 193 | 193 | 0.7764 | 0.7764 | DAY | 09/02/2022 | 09/02/2022 |
| Meta Mat | MMATQ | Buy | Filled | 260 | 260 | 0.7706 | 0.7706 | DAY | 08/30/2022 | 08/30/2022 |
| Meta Mat | MMATQ | Buy | Filled | 235 | 235 | 0.85 | 0.85 | DAY | 08/26/2022 | 08/26/2022 |
| Meta Mat | MMATQ | Buy | Filled | 236 | 236 | 0.8494 | 0.8494 | DAY | 08/22/2022 | 08/22/2022 |
| Meta Mat | MMATQ | Buy | Filled | 106 | 106 | 0.937 | 0.937 | DAY | 08/17/2022 | 08/17/2022 |
| Meta Mat | MMATQ | Buy | Filled | 105 | 105 | 0.9588 | 0.9588 | DAY | 08/15/2022 | 08/15/2022 |
| Meta Mat | MMATQ | Buy | Filled | 105 | 105 | 0.95 | 0.95 | DAY | 08/11/2022 | 08/11/2022 |
| Meta Mat | MMATQ | Buy | Filled | 205 | 205 | 0.9277 | 0.9277 | DAY | 08/08/2022 | 08/08/2022 |
| Meta Mat | MMATQ | Buy | Cancelled | 0 | 202 | 0.94 | | DAY | 08/08/2022 08:23:27 | |
| Meta Mat | MMATQ | Buy | Cancelled | 0 | 202 | 0.94 | | DAY | 08/08/2022 08:22:54 | |
| Meta Mat | MMATQ | Buy | Filled | 108 | 108 | 0.92 | 0.92 | DAY | 08/04/2022 | 08/04/2022 |
| Meta Mat | MMATQ | Buy | Filled | 218 | 218 | 0.92 | 0.92 | DAY | 08/04/2022 | 08/04/2022 |
| Meta Mat | MMATQ | Buy | Filled | 225 | 225 | 0.8901 | 0.8901 | DAY | 08/01/2022 | 08/01/2022 |
| Meta Mat | MMATQ | Buy | Filled | 246 | 246 | 0.915 | 0.915 | DAY | 07/26/2022 | 07/26/2022 |
| Meta Mat | MMATQ | Buy | Filled | 206 | 206 | 0.97 | 0.97 | DAY | 07/22/2022 | 07/22/2022 |
| Meta Mat | MMATQ | Buy | Cancelled | 0 | 208 | 0.9645 | | DAY | 07/22/2022 09:21:33 | |
| Meta Mat | MMATQ | Buy | Cancelled | 0 | 204 | 0.981 | | DAY | 07/22/2022 08:36:16 | |
| Meta Mat | MMATQ | Buy | Cancelled | 0 | 204 | 0.9805 | | DAY | 07/22/2022 08:34:49 | |
| Meta Mat | MMATQ | Buy | Filled | 282 | 282 | 0.9749 | 0.9749 | DAY | 07/18/2022 | 07/18/2022 |
| Meta Mat | MMATQ | Buy | Filled | 327 | 327 | 0.9173 | 0.9173 | DAY | 07/14/2022 | 07/14/2022 |
| Meta Mat | MMATQ | Buy | Filled | 200 | 200 | 1 | 1 | DAY | 07/12/2022 | 07/12/2022 |

## Sell

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Castor Ma CTRM | Buy | Filled | 283 | 283 | 0.7065 | 0.7065 DAY | 02/01/2021 02/01/2021 |
| Meta Mat/MMATQ | Buy | Filled | 136 | 136 | 1.46 | 1.46 DAY | 02/08/2021 02/08/2021 |
| Meta Mat/MMATQ | Buy | Filled | 620 | 620 | 1.6 | 1.6 DAY | 02/08/2021 02/08/2021 |
| Castor Ma CTRM | Buy | Cancelled | 0 | 330 | 1.48 | DAY | 02/11/2021 08:18:15 |
| Gran Tierr GTE | Buy | Filled | 100 | 100 | 1.27 | 1.27 DAY | 02/11/2021 02/11/2021 |
| Castor Ma CTRM | Buy | Cancelled | 0 | 330 | 1.46 | DAY | 02/11/2021 08:29:00 |
| Castor Ma CTRM | Buy | Filled | 325 | 325 | 1.57 | 1.57 DAY | 02/11/2021 02/11/2021 |
| Meta Mat/MMATQ | Buy | Cancelled | 0 | 182 | 2.03 | DAY | 02/11/2021 09:34:02 |
| Meta Mat/MMATQ | Buy | Filled | 148 | 148 | 2.5 | 2.5 DAY | 02/11/2021 02/11/2021 |
| Meta Mat/MMATQ | Buy | Filled | 236 | 236 | 2.31 | 2.31 DAY | 02/12/2021 02/12/2021 |
| Gran Tierr GTE | Sell | Filled | 100 | 100 | 0.97 | 0.97 DAY | 02/12/2021 02/12/2021 |
| Castor Ma CTRM | Buy | Filled | 359 | 359 | 1.47 | 1.47 DAY | 02/12/2021 02/12/2021 |
| Peabody EBTU | Buy | Filled | 110 | 110 | 4.5 | 4.5 DAY | 02/16/2021 02/16/2021 |
| Castor Ma CTRM | Buy | Filled | 597 | 597 | 1.36 | 1.36 DAY | 02/16/2021 02/16/2021 |
| Meta Mat/MMATQ | Sell | Filled | 1140 | 1140 | 4.31 | 4.31 DAY | 02/16/2021 02/16/2021 |
| Meta Mat/MMATQ | Buy | Filled | 643 | 643 | 4.25 | 4.25 DAY | 02/16/2021 02/16/2021 |
| Meta Mat/MMATQ | Buy | Filled | 600 | 600 | 3.76 | 3.76 DAY | 02/17/2021 02/17/2021 |
| Meta Mat/MMATQ | Buy | Filled | 133 | 133 | 3.65 | 3.65 DAY | 02/17/2021 02/17/2021 |
| Meta Mat/MMATQ | Buy | Filled | 3 | 3 | 3.66 | 3.66 DAY | 02/17/2021 02/17/2021 |
| Peabody EBTU | Sell | Filled | 110 | 110 | 3.95 | 3.95 DAY | 02/18/2021 02/18/2021 |
| Meta Mat/MMATQ | Buy | Filled | 175 | 175 | 3.28 | 3.28 DAY | 02/18/2021 02/18/2021 |
| Meta Mat/MMATQ | Buy | Filled | 873 | 873 | 3.08 | 3.08 DAY | 02/19/2021 02/19/2021 |
| Meta Mat/MMATQ | Buy | Filled | 567 | 567 | 3.27 | 3.27 DAY | 02/22/2021 02/22/2021 |
| Meta Mat/MMATQ | Buy | Filled | 21 | 21 | 3.26 | 3.26 DAY | 02/22/2021 02/22/2021 |
| Castor Ma CTRM | Sell | Filled | 1564 | 1564 | 1.1 | 1.1 DAY | 02/24/2021 02/24/2021 |
| Meta Mat/MMATQ | Buy | Filled | 623 | 623 | 2.76 | 2.76 DAY | 02/24/2021 02/24/2021 |
| Meta Mat/MMATQ | Buy | Cancelled | 0 | 186 | 2.55 | DAY | 03/02/2021 04:20:16 |
| Meta Mat/MMATQ | Buy | Filled | 911 | 911 | 2.68 | 2.68 DAY | 03/02/2021 03/02/2021 |
| Meta Mat/MMATQ | Buy | Filled | 22 | 22 | 2.7 | 2.7 DAY | 03/02/2021 03/02/2021 |
| Meta Mat/MMATQ | Buy | Filled | 1070 | 1070 | 2.28 | 2.28 DAY | 03/04/2021 03/04/2021 |
| Meta Mat/MMATQ | Buy | Filled | 27 | 27 | 2.24 | 2.24 DAY | 03/10/2021 03/10/2021 |
| Meta Mat/MMATQ | Buy | Filled | 669 | 669 | 2.11 | 2.11 DAY | 03/23/2021 03/23/2021 |
| Meta Mat/MMATQ | Buy | Filled | 12 | 12 | 2.11 | 2.11 DAY | 03/23/2021 03/23/2021 |
| Meta Mat/MMATQ | Buy | Filled | 1135 | 1135 | 1.72 | 1.72 DAY | 03/30/2021 03/30/2021 |
| Meta Mat/MMATQ | Buy | Filled | 27 | 27 | 1.72 | 1.72 DAY | 03/30/2021 03/30/2021 |
| Meta Mat/MMATQ | Buy | Filled | 1 | 1 | 1.79 | 1.79 DAY | 03/31/2021 03/31/2021 |
| Meta Mat/MMATQ | Buy | Filled | 620 | 620 | 1.59 | 1.59 DAY | 04/15/2021 04/15/2021 |
| Meta Mat/MMATQ | Buy | Filled | 13 | 13 | 1.59 | 1.59 DAY | 04/15/2021 04/15/2021 |

1-1-2021 thru 12-31-2021

| Name | Symbol | Side | Status | Filled | Total Qty | Price | Avg Price | Time-in-Fo | Placed Tin | Filled Time |
|---|---|---|---|---|---|---|---|---|---|---|
| Meta Mat | MMATQ | Buy | Filled | 1 | 1 | 2.5 | 2.5 | DAY | 12/31/202 | 12/31/202 |
| Meta Mat | MMATQ | Buy | Filled | 60 | 60 | 2.49 | 2.49 | DAY | 12/29/202 | 12/29/202 |
| Meta Mat | MMATQ | Buy | Filled | 2 | 2 | 2.71 | 2.71 | DAY | 12/21/202 | 12/21/202 |
| Meta Mat | MMATQ | Buy | Filled | 35 | 35 | 2.72 | 2.72 | DAY | 12/21/202 | 12/21/202 |
| Meta Mat | MMATQ | Buy | Filled | 35 | 35 | 2.87 | 2.87 | DAY | 12/15/202 | 12/15/202 |
| Meta Mat | MMATQ | Buy | Filled | 45 | 45 | 3.32 | 3.32 | DAY | 12/08/202 | 12/08/202 |
| Meta Mat | MMATQ | Buy | Cancelled | 0 | 48 | 3.15 | | DAY | 12/08/2021 09:45:27 | |
| Meta Mat | MMATQ | Buy | Cancelled | 0 | 50 | 2.98 | | DAY | 12/06/2021 10:18:36 | |
| Meta Mat | MMATQ | Buy | Filled | 31 | 31 | 3.2 | 3.2 | DAY | 12/03/202 | 12/03/202 |
| Meta Mat | MMATQ | Buy | Filled | 61 | 61 | 3.29 | 3.29 | DAY | 12/02/202 | 12/02/202 |
| Meta Mat | MMATQ | Buy | Filled | 1 | 1 | 3.7 | 3.7 | DAY | 11/30/202 | 11/30/202 |
| Meta Mat | MMATQ | Buy | Filled | 53 | 53 | 3.7 | 3.7 | DAY | 11/30/202 | 11/30/202 |
| Meta Mat | MMATQ | Buy | Filled | 1 | 1 | 4.31 | 4.31 | DAY | 11/16/202 | 11/16/202 |
| Meta Mat | MMATQ | Buy | Filled | 57 | 57 | 4.31 | 4.31 | DAY | 11/16/202 | 11/16/202 |
| Meta Mat | MMATQ | Buy | Filled | 1 | 1 | 4.44 | 4.44 | DAY | 11/16/202 | 11/16/202 |
| Meta Mat | MMATQ | Buy | Filled | 20 | 20 | 4.72 | 4.72 | DAY | 11/12/202 | 11/12/202 |
| Meta Mat | MMATQ | Buy | Filled | 2 | 2 | 4.86 | 4.86 | DAY | 11/11/202 | 11/11/202 |
| Meta Mat | MMATQ | Buy | Filled | 65 | 65 | 4.91 | 4.91 | DAY | 11/10/202 | 11/10/202 |
| Nextplay T | NXTP | Sell | Filled | 243 | 243 | 1.36 | 1.36 | DAY | 11/10/202 | 11/10/202 |
| Nextplay T | NXTP | Buy | Filled | 147 | 147 | 1.36 | 1.36 | DAY | 11/01/202 | 11/01/202 |
| Nextplay T | NXTP | Buy | Filled | 3 | 3 | 2.1 | 2.1 | DAY | 10/25/202 | 10/25/202 |
| Meta Mat | MMATQ | Buy | Filled | 43 | 43 | 4.57 | 4.57 | DAY | 10/22/202 | 10/22/202 |
| Nextplay T | NXTP | Buy | Filled | 45 | 45 | 2.18 | 2.18 | DAY | 10/22/202 | 10/22/202 |
| Nextplay T | NXTP | Buy | Filled | 1 | 1 | 2.53 | 2.53 | DAY | 10/21/202 | 10/21/202 |
| Nextplay T | NXTP | Buy | Filled | 47 | 47 | 2.55 | 2.55 | DAY | 10/21/202 | 10/21/202 |
| Nextplay T | NXTP | Sell | Filled | 39 | 39 | 3.08 | 3.08 | DAY | 10/21/202 | 10/21/202 |
| Meta Mat | MMATQ | Buy | Filled | 21 | 21 | 4.76 | 4.76 | DAY | 10/20/202 | 10/20/202 |
| Meta Mat | MMATQ | Buy | Filled | 20 | 20 | 4.88 | 4.88 | DAY | 10/19/202 | 10/19/202 |
| Nextplay T | NXTP | Buy | Filled | 39 | 39 | 2.57 | 2.57 | DAY | 10/13/202 | 10/13/202 |
| Meta Mat | MMATQ | Buy | Filled | 6 | 6 | 3.28 | 3.28 | DAY | 07/20/202 | 07/20/202 |
| Meta Mat | MMATQ | Buy | Filled | 300 | 300 | 3.27 | 3.27 | DAY | 07/20/202 | 07/20/202 |
| Meta Mat | MMATQ | Buy | Filled | 5 | 5 | 3.52 | 3.52 | DAY | 07/19/202 | 07/19/202 |
| Meta Mat | MMATQ | Buy | Filled | 80 | 80 | 4.41 | 4.41 | DAY | 07/15/202 | 07/15/202 |
| Meta Mat | MMATQ | Buy | Filled | 170 | 170 | 3.72 | 3.72 | DAY | 07/14/202 | 07/14/202 |
| Meta Mat | MMATQ | Buy | Filled | 4 | 4 | 3.99 | 3.99 | DAY | 07/13/202 | 07/13/202 |
| Meta Mat | MMATQ | Buy | Filled | 223 | 223 | 4 | 4 | DAY | 07/12/202 | 07/12/202 |
| Meta Mat | MMATQ | Buy | Filled | 425 | 425 | 4.8 | 4.8 | DAY | 06/25/202 | 06/25/202 |
| Meta Mat | MMATQ | Sell | Filled | 5000 | 5000 | 6.59 | 6.59 | DAY | 06/22/202 | 06/22/202 |
| Meta Mat | MMATQ | Buy | Filled | 186 | 186 | 5.37 | 5.37 | DAY | 06/17/202 | 06/17/202 |
| Meta Mat | MMATQ | Buy | Filled | 1 | 1 | 1.63 | 1.63 | DAY | 04/22/202 | 04/22/202 |
| Meta Mat | MMATQ | Buy | Filled | 12 | 12 | 1.63 | 1.63 | DAY | 04/22/202 | 04/22/202 |
| ADT Inc | ADT | Sell | Filled | 1 | 1 | 8.93 | 8.93 | DAY | 04/22/202 | 04/22/202 |
| Ford Mtr C | F | Sell | Filled | 1 | 1 | 11.94 | 11.94 | DAY | 04/22/202 | 04/22/202 |
| Meta Mat | MMATQ | Buy | Filled | 19 | 19 | 1.61 | 1.61 | DAY | 04/22/202 | 04/22/202 |
| Meta Mat | MMATQ | Buy | Filled | 722 | 722 | 1.62 | 1.62 | DAY | 04/22/202 | 04/22/202 |
| Meta Mat | MMATQ | Buy | Cancelled | 0 | 750 | 1.59 | | DAY | 04/22/2021 09:11:01 | |
| Meta Mat | MMATQ | Buy | Filled | 26 | 26 | 1.32 | 1.32 | DAY | 04/16/202 | 04/16/202 |
| Meta Mat | MMATQ | Buy | Filled | 1106 | 1106 | 1.33 | 1.33 | DAY | 04/16/202 | 04/16/202 |
| Meta Mat | MMATQ | Buy | Cancelled | 0 | 1111 | 1.35 | | DAY | 04/16/2021 09:19:34 | |