NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | | **PROOF OF INTEREST** |
|---|---|---|

Name of Debtor: **Meta Materials**

Case Number: **24-50792**

**1. Name and address of holder of the Equity Interest** (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder.")

Robert F Hoefler
4920 Bibey Aly
Wilmington, NC 28412

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

☑ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

Telephone Number: 704 907-9415

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

COURT USE ONLY

Account or other number by which Interest holder identifies Debtor: **829292101**

Check here if this claim:
☐ replaces a previously filed Proof of Interest dated _____
☐ amends a previously filed Proof of Interest dated _____

**2.** Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:
Robinhood
85 Willow Rd, Menlo Park CA 94025
Telephone Number: (650) 761-7789

**3.** Date Equity Interest was acquired:
MMAT 100 Shares
7/26/2021

**4.** Total amount of member interest: **100 Shares**

**5.** Certificate number(s): _____

**6. Type of Equity Interest**
Please indicate the type of Equity Interest you hold:
☑ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
☐ Check this box if your Equity Interest is based on anything else and describe that interest.
Description: **Investor**

**7. Supporting Documents:** Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**8. Date-Stamped Copy:** To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

**9. Signature:**
Check the appropriate box.
☑ I am the creditor
☐ I am the creditor's authorized agent (Attach copy of power of attorney, if any.)
☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)
☐ I am a guarantor, surety, endorser, or other codebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: Robert F Hoefler
Title: Investor
Company: Address and telephone number (if different from notice address above):
4920 Bibey Aly Unit 201
Wilmington, NC 28412

(Signature): /s/ Robert F Hoefler
(Date): 12/2/24
Telephone number: 704 907 9415
email: roberthoefler75@gmail.com

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

  

# Robinhood

85 Willow Rd  Menlo Park  CA 94025
help@robinhood com

Page 1 of 5
12/01/2023 to 12/31/2023
**ROBERT HOEFLER** Account # 829292101
6522 Chadwell Ct  Indian Land  SC 29707

**Portfolio Allocation**

◻ Options      ◼ Equities      ◼ Cash and Cash Equivalents

| Account Summary | Opening Balance | Closing Balance |
|---|---|---|
| Net Account Balance | $8 61 | $8 61 |
| Total Securities | $29 59 | $30 40 |
| **Portfolio Value** | **$38 20** | **$39 01** |

- Cash and Cash Equivalents 22 07%
- Equities 77 93%
- Options 0 00%

| Income and Expense Summary | This Period | Year to Date |
|---|---|---|
| Dividends | $0 00 | $0 00 |
| Capital Gains Distributions | $0 00 | $0 00 |
| Interest Earned | $0 00 | $0 00 |

This statement shall be conclusive if not objected to in writing within ten days (except with respect to debit card transactions) Errors and omissions exempted  Please address all communications to the firm and not to the individuals  Address changes or other material changes in your account should be directed to the office servicing your account  Kindly mention your account number  This statement should be retained for income tax purposes

Robinhood Securities  LLC ( RHS ) carries your account as the clearing broker by arrangement with your introducing broker  dealer  Robinhood Financial LLC ( RHF )

RHS is a Member of SIPC  which protects securities customers of its members up to $500 000 (including $250 000 for claims for cash)  Explanatory brochure available upon request or at www sipc org

3132498

**Portfolio Summary**

*BEFORE 100 TO 1 SPLIT*

| Securities Held in Account | Sym/Cusip | Acct Type | Qty | Price | Mkt Value | Est Dividend Yield | % of Total Portfolio |
|---|---|---|---|---|---|---|---|
| Meta Materials<br>Estimated Yield 0 00% | MMAT | Cash | (100) | $0 07 | $6 60 | $0 00 | 16 92% |
| ContextLog c<br>Estimated Yield 0 00% | WISH | Cash | 4 | $5 95 | $23 80 | $0 00 | 61 01% |
| **Total Securities** | | | | | $30 40 | $0 00 | 77 93% |
| **Brokerage Cash Balance** | | | | | $8 61 | | 22 07% |
| **Total Priced Portfolio** | | | | | $39 01 | | |

# Robinhood

85 Willow Rd Menlo Park CA 94025
help@robinhood com

Page 1 of 5
10/01/2024 to 10/31/2024
**Robert Hoefler** Account # 829292101
4920 Bibey Aly 201 Wilmington NC 28412

| Account Summary | Opening Balance | Closing Balance |
|---|---|---|
| Net Account Balance | $8 61 | $8 61 |
| Total Securities | $22 17 | $26 03 |
| **Portfolio Value** | **$30 78** | **$34 64** |

**Portfolio Allocation**

- Cash and Cash Equivalents 24 86%
- Equities 75 14%
- Options 0 00%

| Income and Expense Summary | This Period | Year to Date |
|---|---|---|
| Dividends | $0 00 | $0 00 |
| Capital Gains Distributions | $0 00 | $0 00 |
| Interest Earned | $0 00 | $0 00 |

This statement shall be conclusive if not objected to in writing within ten days (except with respect to debit card transactions) Errors and omissions exempted Please address all communications to the firm and not to the individuals Address changes or other material changes in your account should be directed to the office servicing your account Kindly mention your account number This statement should be retained for income tax purposes

Robinhood Securities LLC ( RHS ) carries your account as the clearing broker by arrangement with your introducing broker dealer Robinhood Financial LLC ( RHF )

RHS is a Member of SIPC which protects securities customers of its members up to $500 000 (including $250 000 for claims for cash) Explanatory brochure available upon request or at www sipc org

3840999

Portfolio Summary

| Securities Held in Account | Sym/Cusip | Acct Type | Qty | Price | Mkt Value | Est Dividend Yield | % of Total Portfolio |
|---|---|---|---|---|---|---|---|
| ContextLogic<br>Estimated Yield 0 00 / | LOGC | Cash | 4 | $6 4900 | $25 96 | $0 00 | 74 94 / |
| Meta Materials<br>Estimated Yield 0 00% | MMATQ | Cash | (1) | $0 0710 | $0 07 | $0 00 | 0 20% |
| **Total Securities** | | | | | $26 03 | $0 00 | 75 14% |
| **Brokerage Cash Balance** | | | | | $8 61 | | 24 86% |
| **Total Priced Portfolio** | | | | | $34.64 | | |