NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | | PROOF OF INTEREST |
|---|---|---|

Name of Debtor: META MATERIALS

Case Number: 24-50792

1. Name and address of holder of the Equity Interest (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

ROBERT KERSMARKI & KATHLEEN
7451 GRAND CT
WINTER PARK, FL 32792

Telephone Number: 407-484-4125

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

☑ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

RECEIVED AND FILED
DEC -9 2024
U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

COURT USE ONLY

Account or other number by which Interest holder identifies Debtor:
253-685080

Check here if this claim:
☐ replaces a previously filed Proof of Interest dated: _____
☐ amends a previously filed Proof of Interest dated: _____

2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:
TD AMERITRADE PO BOX 2209
OMAHA NE 68103-2209
Telephone Number:

3. Date Equity Interest was acquired: 2022

4. Total amount of member interest: 2000

5. Certificate number(s): _____

6. Type of Equity Interest:
Please indicate the type of Equity Interest you hold:
☑ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
☐ Check this box if your Equity Interest is based on anything else and describe that interest:
Description: INVESTOR

7. Supporting Documents: Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. Date-Stamped Copy: To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

9. Signature:
Check the appropriate box.
☐ I am the creditor.   ☐ I am the creditor's authorized agent. (Attach copy of power of attorney, if any.)   ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)   ☐ I am a guarantor, surety, endorser, or other codebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: ROBERT KERSMARKI & KATHLEEN KERSMARKI
Title:
Company: ___ Address and telephone number (if different from notice address above):

(Signature) Kathleen Kersmarch  (Date) 11-20-24

Telephone number:    email:

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

| Print Form | Save Form | Clear Form |



**TD Ameritrade**

800-669-3900
TD AMERITRADE
DIVISION OF TD AMERITRADE INC
PO BOX 2209
OMAHA, NE 68103-2209
*TD Ameritrade Clearing, Inc., Member SIPC*

**Statement Reporting Period:**
12/01/22 - 12/31/22

**Statement for Account # 253-685080**
ROBERT KERSMARKI & KATHLEEN
KERSMARKI JT TEN
7451 GRAND CT
WINTER PARK, FL 32792-7319

## Portfolio Summary

| Investment | Current Value | Prior Value | Period Change | % Change | Estimated Income | Estimated Yield | Portfolio Allocation |
|---|---|---|---|---|---|---|---|
| Cash | $505.39 | $505.26 | $0.13 | - | $ - | - | |
| Insrd Dep Acct (IDA) | - | - | - | - | - | - | |
| Money Market | - | - | - | - | - | - | Cash 17.5% |
| Short Balance | - | - | - | - | - | - | |
| Stocks | 2,380.00 | 3,800.00 | (1,420.00) | (37.4)% | - | - | |
| Short Stocks | - | - | - | - | - | - | |
| Fixed Income | - | - | - | - | - | - | |
| Options | - | - | - | - | - | - | |
| Short Options | - | - | - | - | - | - | |
| Mutual Funds | - | - | - | - | - | - | |
| Other | - | - | - | - | - | - | Stocks 82.5% |
| **Total** | **$2,885.39** | **$4,305.26** | **($1,419.87)** | **(33.0)%** | **$ 0.00** | **0.0%** | |

## Cash Activity Summary

| | Current | YTD |
|---|---|---|
| **Opening Balance** | $505.26 | $ - |
| Securities Purchased | - | (2,220.00) |
| Securities Sold | - | - |
| Funds Deposited | - | 2,725.00 |
| Funds Disbursed | - | - |
| Income | 0.13 | 0.39 |
| Expense | - | - |
| Other | - | - |
| **Closing Balance** | $505.39 | $505.39 |

## Income & Expense Summary

| | Reportable | Non Reportable | YTD |
|---|---|---|---|
| **Income** | | | |
| Dividends | $ - | $ - | $ - |
| Interest | 0.13 | - | 0.39 |
| Other | - | - | - |
| **Expense** | | | |
| Interest | - | - | - |
| Fees | - | - | - |
| Other | - | - | - |
| **Net** | $0.13 | $0.00 | $0.39 |

## Performance Summary

| | |
|---|---|
| Cost Basis As Of - 12/31/22 ** | $2,220.00 |
| Unrealized Gains | 160.00 |
| Unrealized Losses | - |
| Funds Deposited/(Disbursed) YTD | 2,725.00 |
| Income/(Expense) YTD | 0.39 |
| Securities Received/(Delivered) YTD | 0.00 |

**To view realized gains and losses for your account, login at www.tdameritrade.com and visit My Account > Cost Basis.

## Statement for Account # 253-685080
12/01/22 - 12/31/22

### Online Cash Services Summary

| Description | Current | Year To Date |
|---|---|---|
| **CREDITS** | | |
| Electronic Transfer | $ - | $ 2,725.00 |
| *Subtotal* | 0.00 | 2,725.00 |
| **TOTAL** | 0.00 | 2,725.00 |

### Income Summary Detail

| Description | Current | Year to Date |
|---|---|---|
| Interest Income Credit Balance | $ 0.13 | $ 0.39 |

*This section displays current and year to date totals for this account. The year to date totals will accurately reflect your cumulative amount for the year. Year-end tax reporting income amounts may differ from what is reflected on monthly statements versus your tax documents. Please reference your official tax document(s) for tax reporting.

### Account Positions

| Investment Description | Symbol/ CUSIP | Quantity | Current Price | Market Value | Purchase Date | Cost Basis | Average Cost | Unrealized Gain(Loss) | Estimated Income | Yield |
|---|---|---|---|---|---|---|---|---|---|---|
| **Stocks - Cash** | | | | | | | | | | |
| META MATERIALS INC COM | MMAT | 2,000 | $ 1.19 | $ 2,380.00 | 05/16/22 | $ 2,220.00 | $ 1.11 | $ 160.00 | $ - | - |
| **Total Stocks** | | | | $2,380.00 | | $2,220.00 | | $160.00 | $0.00 | 0.0% |
| **Total Cash Account** | | | | $2,380.00 | | $2,220.00 | | $160.00 | $0.00 | 0.0% |

### Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|
| **Opening Balance** | | | | | | | | | $505.26 |
| 12/30/22 | 12/30/22 | Cash | Div/Int - Income | INTEREST CREDIT Payable: 12/30/2022 | - | - | $ 0.00 | $ 0.13 | 505.39 |
| **Closing Balance** | | | | | | | | | $505.39 |

*For Cash Activity totals, refer to the Cash Activity Summary on page one of your statement.

## Statement for Account # 253-685080
12/01/22 - 12/31/22

### TD Ameritrade Cash Interest Credit/Expense

| Begin Date | Margin Balance | Credit Balance | Number of Days | Interest Rate | Interest Debited | Interest Credited |
|---|---|---|---|---|---|---|
| 12/01/22 | $ - | $ 505.26 | 15 | 0.30 | $ - | $ 0.06 |
| 12/16/22 | - | 505.26 | 16 | 0.30 | - | 0.07 |
| **Total Interest Income/(Expense)** | | | | | **$ 0.00** | **$0.13** |

### Important Information

**BREAKPOINTS**
Certain purchases of Class A Mutual Funds may be eligible for breakpoints on, and waivers of, the sales charge. To learn more about breakpoint discounts, go to http://www.finra.org/industry/issues/breakpoints. For more information on waiver eligibility, please refer to the fund prospectus.

**UPDATE TO THE BANK SWEEP PROGRAM**
We wanted to let you know about a change relating to the Bank Sweep Program, as called for by your TD Ameritrade Client Agreement.

The following will be removed from the list of Bank Sweep Program Banks: US Bank N.A; Citibank, N.A.; Wells Fargo Bank, N.A.; Synchrony Bank; Bank of America N.A. Uninvested cash balances will no longer be deposited with any of these banks after April 1, 2023. No action is required from you for this change to take effect.

A complete list of the Program Banks can be found at: www.tdameritrade.com/idaprogrambanks. Program Banks may receive uninvested cash balances in the Bank Sweep Program.

Current information on the terms of the Sweep Program can be found in the latest version of the Client Agreement. You can review it by logging in to your account and navigating to Client Services > Forms and Agreements. Your continued use of your account constitutes your consent to this material update.

**ANNUAL MARGIN DISCLOSURE**
Securities purchased on margin are the firm's collateral for the loan to you. If the securities in your account decline in value, so does the value of the collateral supporting your loan. As a result, the firm can take action, such as issuing a margin call and/or selling securities or other assets in any of your accounts held with TD Ameritrade, in order to maintain the required equity in the account.

It is important that you fully understand the risks involved in trading securities on margin. These risks include the following: **You can lose more funds than you deposit in the margin account. The firm can force the sale of securities or other assets in your account(s). The firm can sell your securities or other assets without contacting you. You are not entitled to choose which securities or other assets in your account(s) are liquidated or sold to meet a margin call. The firm can increase its "house" maintenance requirements at any time and is not required to provide you advance written notice. You are not entitled to an extension of time on a margin call.**

**CALIFORNIA RESIDENTS**
If your total payments of interest and interest-dividends on Federally Tax-Exempt non-California municipal bonds were $10 or greater and you or your Partnership had a California address then TD Ameritrade will report this information to the California Franchise Tax Board each tax year per state statute.