NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | PROOF OF INTEREST |
|---|---|

**Name of Debtor:** Meta Materials Inc.

**Case Number:** 24-50792

1. Name and address of holder of the Equity Interest (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

   Bobby Blake Johnson
   512 Longleaf Dr. East
   Brookeland, TX 75931

   ☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

   ☒ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

   ☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

**Telephone Number:** 409 698-8196

**RECEIVED AND FILED**
**DEC -9 2024**
**U.S. BANKRUPTCY COURT**
**MARY A. SCHOTT, CLERK**

**COURT USE ONLY**

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

**Account or other number by which Interest holder identifies Debtor:** 5NX/5171

Check here if this claim:
☐ replaces a previously filed Proof of Interest dated: _____
☐ amends a previously filed Proof of Interest dated: _____

2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:
   Webull Financial LLC
   44 Wall St. 2nd Floor
   New York, NY 10005

   **Telephone Number:** 1 888 828-0618

3. Date Equity Interest was acquired:
   Jan. 2021 → Jan. 22, 2024
   Only Bought MMAT, Never Sold Any Shares ($40,000 Spent Around)

4. **Total amount of member interest:** 326 Shares After Rev. Split

5. **Certificate number(s):** See Attached

6. Type of Equity Interest:
   Please indicate the type of Equity Interest you hold:
   ☒ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
   ☐ Check this box if your Equity Interest is based on anything else and describe that interest:
   **Description:** Investor

7. Supporting Documents: Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
   DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. Date-Stamped Copy: To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

9. Signature:
   Check the appropriate box.
   ☒ I am the creditor.    ☐ I am the creditor's authorized agent. (Attach copy of power of attorney, if any.)    ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)    ☐ I am a guarantor, surety, endorser, or other codebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

**Print Name:** Bobby Blake Johnson
**Title:**
**Company:** Address and telephone number (if different from notice address above):

(Signature) Bobby B. Jk    (Date) 12-4-2024

**Telephone number:** 409 678-8196    **email:** johnsonbutch49@yahoo.com

Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571



| Statement Period: | 01/01/2024 - 01/31/2024 |
|---|---|
| Account Name: | BOBBY BLAKE JOHNSON |
| Account Number: | 5NX15171 |
| Account Type: | CASH |
| Account Address: | 512 Longleaf Dr East BROOKELAND ,TX,75931 |

## PORTFOLIO SUMMARY

This section provides an overview of cash and securities held in your Webull account as well as fully-paid securities you have loaned through your participation in the Apex Clearing Fully-Paid Securities Lending Program and the collateral held through the program's Trustee for your benefit at a bank.

| | Total Cash Balance | Market Value of Securities in Your Account | Market Value of Securities in Long Account | Market Value of Securities in Short Account | Market Value of Fully-Paid Securities Loaned | Collateral Value | Loan Value | Portfolio Market Value |
|---|---|---|---|---|---|---|---|---|
| Opening | 7.56 | 1,628.22 | 1,628.22 | 0.00 | 0.00 | 0.00 | 0.00 | 1,635.78 |
| Closing | 4.25 | 1,245.34 | 1,245.34 | 0.00 | 0.00 | 0.00 | 0.00 | 1,249.59 |

Welcome to your Webull Brokerage Account Statement!

This document provides a comprehensive overview of your investment activities and holdings within your Webull brokerage account. It serves as a record of your transactions, portfolio performance, and important account details. Details regarding participation in fully-paid securities lending are also provided here. A glossary of key definitions and important terms are provided at the end of the document.

Please note that this statement is for informational purposes only and does not provide personalized investment advice. If you have any questions or need assistance, our customer support team is available to help.

Please note that externally held assets are included on the statement solely as a courtesy; information (including valuation) for such externally held assets is derived from external sources for which the member is not responsible; and externally held assets may not be covered by SIPC.

Happy investing with Webull!

| OFFICE SERVING YOU | YOUR CLEARING BROKER |
|---|---|
| Webull Financial LLC | Apex Clearing Corporation |
| Member FINRA (CRD: 289063), SIPC | Member FINRA (CRD: 13071), SIPC |
| 44 Wall Street, 2nd Floor | 350 N. St. Paul Suite 1300 |
| New York, NY 10005 | Dallas, TX 75201 |
| customerservices@webull.us | cs@apexclearing.com |
| 1 (888) 828-0618 | |

## CASH BALANCE DETAIL

|  | SIPC Cash Balance | FDIC Cash Balance | Total |
|---|---|---|---|
| Opening | 7.56 | 0.00 | 7.56 |
| Closing | 4.25 | 0.00 | 4.25 |

## CASH REPORT SUMMARY

This section provides a summary of all cash deposits, withdrawals, and other movements within your Webull brokerage account during the statement period. Key definitions and terms can be found at the end of this document.

|  | USD |
|---|---|
| Opening Cash | 7.56 |
| Deposits | 600.00 |
| Withdrawals | 0.00 |
| Trades (Sold) | 0.00 |
| Trades (Bought) | -603.31 |
| Fee | 0.00 |
| Tax | 0.00 |
| Dividends | 0.00 |
| Interest | 0.00 |
| Others | 0.00 |
| Closing Cash | 4.25 |
| Closing Cash (Settled) | 4.25 |

## SECURITIES TRADING ACTIVITY

Currency: USD

| Symbol & Name | Trade Date | Settlement Date | Buy/Sell | Quantity | Price | Gross Amount | Fee/Tax | Net Amount | Remarks |
|---|---|---|---|---|---|---|---|---|---|
| MMAT -59134N104 META MATERIALS INC | 01/22/2024 | 01/24/2024 | B | 2125.00 | 0.0732 | -155.55 | 0.00 | -155.55 | |
| MMAT -59134N104 META MATERIALS INC | 01/22/2024 | 01/24/2024 | B | 1000.00 | 0.0732 | -73.20 | 0.00 | -73.20 | |
| MMAT -59134N104 META MATERIALS INC | 01/22/2024 | 01/24/2024 | B | 1000.00 | 0.0732 | -73.20 | 0.00 | -73.20 | |
| MMAT -59134N104 META MATERIALS INC | 01/17/2024 | 01/19/2024 | B | 1750.00 | 0.0796 | -139.36 | 0.00 | -139.36 | |
| MMAT -59134N104 META MATERIALS INC | 01/17/2024 | 01/19/2024 | B | 1000.00 | 0.0821 | -82.10 | 0.00 | -82.10 | |
| MMAT -59134N104 META MATERIALS INC | 01/17/2024 | 01/19/2024 | B | 1000.00 | 0.0799 | -79.90 | 0.00 | -79.90 | |

## OPEN POSITIONS

| Symbol | Cusip | Quantity | Multi | Closing Price | Amount |
|---|---|---|---|---|---|
| MMAT | 59134N302 | 326 | 1 | 3.82 | 1,245.32 |
| MMTLPWB | US8AQ9903 | 694 | 1 | 0.0000 | 0.00 |

## ACCOUNT ACTIVITY

| Date | Transaction | Currency | Symbol | Cusip | Quantity | Amount | Description | Status |
|---|---|---|---|---|---|---|---|---|
| 01/17/2024 | Deposit | USD | | | | 300.00 | ACH Deposit - 5NX15171 300 | POST |
| 01/19/2024 | Deposit | USD | | | | 300.00 | ACH Deposit - 5NX15171 300 | POST |
| 01/29/2024 | Corporate Action | | MMAT | 59134N104 | -32544 | | META MATERIALS INC — Reverse Split @100:1 — into 59134N302 | |
| 01/29/2024 | Corporate Action | | MMAT | 59134N302 | 326 | | META MATERIALS INC — Reverse Split @100:1 — Result of Reverse Split | |

## NOTES

### KEY DEFINITIONS AND TERMS

1. Pending Dividends: The pending dividend section includes unpaid cash dividends that the shareholder is entitled to receive but have not been distributed in the statement period. Most often due to the declared payment date being in the future outside of the statement period.
2. Accrued Interest: Interest is charged monthly, so this section will be the total interest incurred by the user in the statement period, rather than the portion of the interest charged. Additional detail provided in the important information section below.
3. Trades (Sold): Cash from selling securities.
4. Trades (Bought): Cash spent on buying securities.
5. Multiplier(Mult): In an individual stock option, the value of the contract is expressed as the product of a certain monetary amount and the underlying index. The certain monetary amount is fixed by the contract, which is referred to as the contract multiplier. At present, the stock is 1 by default and the individual stock option is 100.
6. Closing Price: Last traded price on the last trading date of the month. Note, closing prices are indicative and may be from third-party sources. Webull does not warrant the accuracy of the prices provided by third-party sources.
7. The sum of Exchange-related fees, transaction-related fees, stamp duty, withholding tax, contract fees, commissions, or other fees or taxes.
8. Webull does not charge any fees for currency exchanges. Exchange rate is prone to be impacted by the market exchange rates. Please take exchange rates on market as reference.
9. All transactions are based on a First-in, First-out ("FIFO") method.
10. Trade Records: Displays all GTC (Good-Till-Cancelled) orders in your account. Also included in the section are GTX orders (GTC orders eligible for extended trading hours).
11. Account Types: C = Cash, M = Margin, S = Short, X = RVP/DVP, and O = Other
12. FPSL: The Apex Clearing Corporation Fully-Paid Securities Lending Program.
13. Market Value of Securities Held Long includes the market value of securities held in non-short account types (i.e. Cash account, Margin account).
14. Market Value of Securities Held Short includes the market value of securities held in the short account type. Bona fide short positions will mark-to-market on a daily basis between the margin and short account types based on prevailing closing prices of the security which was shorted.
15. Market Value of Fully-Paid Securities Loaned. The market value of the fully-paid securities you have loaned through participating in the Apex Clearing Corporation Fully-Paid Securities Lending Program.
16. Collateral Value and Loan Value. Collateral Value and Loan Value are related to the fully-paid securities lent by you under the FPSL program. Collateral Value is the amount of collateral (e.g. cash) held on your behalf through the program's Trustee for your benefit at a bank. Loan Value is the market value of the fully-paid securities you have loaned, subject to rounding convention, through participating in the FPSL Program. See the Master Securities Lending Agreement for Apex Clearing Corporation Fully-Paid Securities Lending Program for complete program details.
17. Portfolio Market Value. The sum of the cash in your account (i.e. Total Cash Value), the securities in your account (i.e. Market Value of Securities in Your Account), and the market value of the fully-paid securities on loan (i.e. Market Value of Fully-Paid Securities Loaned)
18. Payment in Lieu. Cash distributions paid on fully-paid securities on loan in the Securities Lending Income Program will be credited to your Webull account in the form of a "cash-in-lieu" payment. Receipt of cash-in-lieu payments may have different taxable consequences than receipt of the actual dividends from the issuer.

### IMPORTANT INFORMATION

1. Webull carries your account on an omnibus basis with Apex Clearing Corporation, which acts as the clearing broker.
2. If there are any material changes regarding your contact information, investment objectives, or financial situation, advise Webull promptly by updating your information using the Webull platform or by contacting customerservices@webull.us.
3. If this is a margin account and we maintain a special memorandum account for you, this is a combined statement of your general account and special memorandum account maintained for you under Regulation T issued by the Board of Governors of the Federal Reserve System. The permanent record of the special memorandum account as required by Regulation T is available for your inspection at your request.

 **Webull**

| | |
|---|---|
| **Statement Period:** | 12/01/2023 - 12/31/2023 |
| **Account Name:** | BOBBY BLAKE JOHNSON |
| **Account Number:** | 5NX15171 |
| **Account Type:** | CASH |
| **Account Address:** | 512 Longleaf Dr East BROOKELAND ,TX,75931 |

Welcome to your Webull Brokerage Account Statement!

This document provides a comprehensive overview of your investment activities and holdings within your Webull brokerage account. It serves as a record of your transactions, portfolio performance, and important account details. Details regarding participation in fully-paid securities lending are also provided here. A glossary of key definitions and important terms are provided at the end of the document.

Please note that this statement is for informational purposes only and does not provide personalized investment advice. If you have any questions or need assistance, our customer support team is available to help.

Happy investing with Webull!

**OFFICE SERVING YOU**

44 Wall Street, 2nd Floor, New York, NY 10005

customerservices@webull.us

1 (888) 828-0618

## PORTFOLIO SUMMARY

This section provides an overview of cash and securities held in your Webull account as well as fully-paid securities you have loaned through your participation in the Apex Clearing Fully-Paid Securities Lending Program and the collateral held through the program's Trustee for your benefit at a bank.

| | Total Cash Balance | Market Value of Securities in Your Account | Market Value of Securities in Long Account | Market Value of Securities in Short Account | Market Value of Fully-Paid Securities Loaned | Collateral Value | Loan Value | Portfolio Market Value |
|---|---|---|---|---|---|---|---|---|
| Opening | 4.56 | 1,911.38 | 1,911.38 | 0.00 | 0.00 | 0.00 | 0.00 | 1,915.94 |
| Closing | 7.56 | 1,628.22 | 1,628.22 | 0.00 | 0.00 | 0.00 | 0.00 | 1,635.78 |

## CASH BALANCE DETAIL

| | SIPC Cash Balance | FDIC Cash Balance | Total |
|---|---|---|---|
| Opening | 4.56 | 0.00 | 4.56 |
| Closing | 7.56 | 0.00 | 7.56 |

## CASH REPORT SUMMARY

This section provides a summary of all cash deposits, withdrawals, and other movements within your Webull brokerage account during the statement period. Key definitions and terms can be found at the end of this document.

| | USD |
|---|---|
| Opening Cash | 4.56 |
| Deposits | 300.00 |
| Withdrawals | 0.00 |
| Trades (Sold) | 0.00 |
| Trades (Bought) | -297.00 |
| Fee/Tax | 0.00 |
| Dividends | 0.00 |
| Interest | 0.00 |
| Others | 0.00 |
| Closing Cash | 7.56 |
| Closing Cash (Settled) | 7.56 |

## SECURITIES TRADING ACTIVITY

Currency: USD

| Symbol & Name | Trade Date | Settlement Date | Buy/Sell | Quantity | Price | Gross Amount | Fee/Tax | Net Amount | Remarks |
|---|---|---|---|---|---|---|---|---|---|
| MMAT -59134N104 META MATERIALS INC | 12/11/2023 | 12/13/2023 | B | 4400.00 | 0.0675 | -297.00 | 0.00 | -297.00 | |

## OPEN POSITIONS

| Symbol | Cusip | Quantity | Multi | Closing Price | Amount |
|---|---|---|---|---|---|
| MMAT | 59134N104 | 24669 | 1 | 0.0660 | 1,628.15 |
| MMTLPWB | US8AQ9903 | 694 | 1 | 0.0000 | 0.00 |
| ▓▓▓ | ▓▓▓▓▓▓▓ | 1 | 1 | 0.0700 | 0.07 |

## ACCOUNT ACTIVITY

| Date | Transaction | Currency | Symbol | Cusip | Quantity | Amount | Description | Status |
|---|---|---|---|---|---|---|---|---|
| 12/04/2023 | ▓▓▓▓▓▓ | | ▓▓▓ | ▓▓▓▓▓▓ | -1 | ▓▓▓▓▓▓ | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | ▓▓▓▓ |
| 12/04/2023 | ▓▓▓▓▓▓▓▓▓ | | ▓▓▓ | ▓▓▓▓▓▓ | 1 | ▓▓▓▓▓▓ | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | ▓▓▓▓ |
| 12/11/2023 | Deposit | USD | | | | 300.00 | ACH Deposit - 5NX15171 300 | POST |

## NOTES

### KEY DEFINITIONS AND TERMS

1. Pending Dividends: The pending dividend section includes unpaid cash dividends that the shareholder is entitled to receive but have not been distributed in the statement period. Most often due to the declared payment date being in the future outside of the statement period.
2. Accrued Interest: Interest is charged monthly, so this section will be the total interest incurred by the user in the statement period, rather than the portion of the interest charged. Additional detail provided in the important information section below.
3. Trades (Sold): Cash from selling securities.
4. Trades (Bought): Cash spent on buying securities.
5. Multiplier(Mult): In an individual stock option, the value of the contract is expressed as the product of a certain monetary amount and the underlying index. The certain monetary amount is fixed by the contract, which is referred to as the contract multiplier. At present, the stock is 1 by default and the individual stock option is 100.
6. Closing Price: Last traded price on the last trading date of the month. Note, closing prices are indicative and may be from third-party sources. Webull does not warrant the accuracy of the prices provided by third-party sources.
7. The sum of Exchange-related fees, transaction-related fees, stamp duty, withholding tax, contract fees, commissions, or other fees or taxes.
8. Webull does not charge any fees for currency exchanges. Exchange rate is prone to be impacted by the market exchange rates. Please take exchange rates on market as reference.
9. All transactions are based on a First-in, First-out ("FIFO") method.
10. Trade Records: Displays all GTC (Good-Till-Cancelled) orders in your account. Also included in the section are GTX orders (GTC orders eligible for extended trading hours).
11. Account Types: C = Cash, M = Margin, S = Short, X = RVP/DVP, and O = Other
12. FPSL: The Apex Clearing Corporation Fully-Paid Securities Lending Program.
13. Market Value of Securities Held Long includes the market value of securities held in non-short account types (i.e. Cash account, Margin account).



| | |
|---|---|
| **Statement Period:** | 10/01/2024 - 10/31/2024 |
| **Account Name:** | BOBBY BLAKE JOHNSON |
| **Account Number:** | 5NX15171 |
| **Account Type:** | CASH |
| **Account Address:** | 512 Longleaf Dr East BROOKELAND ,TX,75931 |

Welcome to your Webull Summary Statement!

This document provides a comprehensive overview of your investment activities and holdings within your Webull brokerage account. It serves as a record of your transactions, portfolio performance, and important account details. Details regarding participation in fully-paid securities lending are also provided here. A glossary of key definitions and important terms are provided at the end of the document.

Please note that this statement is for informational purposes only and does not provide personalized investment advice. If you have any questions or need assistance, our customer support team is available to help.

Please note that externally held assets are included on the statement solely as a courtesy; information (including valuation) for such externally held assets is derived from external sources for which the member is not responsible; and externally held assets may not be covered by SIPC. Funds deposited with Program Banks of Webull's Cash Management Program are insured, in aggregate, up to $250,000 per Program Bank, per depositor, for each account ownership category, by the FDIC. For joint accounts, FDIC coverage is available up to $500,000 per Program Bank.

Happy investing with Webull!

**OFFICE SERVING YOU**
Webull Financial LLC
Member FINRA (CRD: 289063), SIPC
44 Wall Street, 2nd Floor
New York, NY 10005
support@webull.us
1 (888) 828-0618

**WEBULL'S CLEARING BROKER**
Apex Clearing Corporation
Member FINRA (CRD: 13071), SIPC
350 N. St. Paul Suite 1300
Dallas, TX 75201
cs@apexclearing.com

## SUMMARY STATEMENT

This section provides a consolidated view of assets held in your brokerage account at Webull, including cash and securities, and assets related to the activity in your brokerage account, but held outside of Webull, including fully-paid securities lent to Apex through your participation in the Apex Clearing Fully-Paid Securities Lending Program, the collateral you held through the FPSL Program's Trustee, and cash you hold in Webull's FDIC-insured bank sweep program.

| | Prior Month: Sep 30,2024 | Current Month: Oct 31,2024 | | | |
|---|---|---|---|---|---|
| Assets Held In Webull Account | Total | Long | Short | Total | Change |
| SIPC Cash Balance | 7.62 | - | - | 7.65 | +0.03 |
| Stock | 129.09 | 31.38 | 0.00 | 31.38 | -97.71 |
| Bonds | 0.00 | 0.00 | 0.00 | 0.00 | +0.00 |
| Options | 0.00 | 0.00 | 0.00 | 0.00 | +0.00 |
| Mutual Funds | 0.00 | 0.00 | 0.00 | 0.00 | +0.00 |
| Securities Lent | 0.00 | 0.00 | 0.00 | 0.00 | +0.00 |
| Assets Held Away From Webull Account | | | | | |
| FDIC Cash Balance | 0.00 | - | - | 0.00 | +0.00 |
| Collateral Value | 0.00 | 0.00 | 0.00 | 0.00 | +0.00 |
| Total(Combined Assets) | 136.71 | 31.38 | 0.00 | 39.03 | -97.68 |

## CASH BALANCE DETAIL

| | SIPC Cash Balance | FDIC Cash Balance | Total |
|---|---|---|---|
| Opening | 7.62 | 0.00 | 7.62 |
| Closing | 7.65 | 0.00 | 7.65 |

Important Notice: Webull is a Member of SIPC, which protects securities customers of its members up to $500,000 (including $250,000 for claims for cash). Funds deposited at Program Banks in the Webull Cash Management Program are insured, in aggregate, up to $250,000 per Program Bank, per depositor, for each account ownership category, by the FDIC.

## CASH REPORT SUMMARY

This section provides a summary of all cash deposits, withdrawals, and other movements within your Webull brokerage account during the statement period. Key definitions and terms can be found at the end of this document.

| | USD |
|---|---|
| Opening Cash | 7.62 |
| Deposits | 0.00 |
| Withdrawals | 0.00 |
| Trades (Sold) | 0.00 |
| Trades (Bought) | 0.00 |
| Fee | 0.00 |
| Tax | 0.00 |
| Commission | 0.00 |
| Dividends | 0.00 |
| Interest | 0.03 |
| Others | 0.00 |
| Closing Cash | 7.65 |
| Closing Cash (Settled) | 7.65 |

## OPEN POSITIONS

### Equities & Options

| Symbol | Cusip | Quantity | Multi | Closing Price | Amount |
|---|---|---|---|---|---|
| MMATQ | 59134N302 | 326 | 1 | 0.0710 | 23.15 |

## ACCOUNT ACTIVITY

| Date | Transaction | Currency | Account Type | Symbol | Cusip | Quantity | Amount | Description |
|---|---|---|---|---|---|---|---|---|
| 10/01/2024 | FPSL | | CASH | KITT | 63911H207 | -3 | | FPSL Allocation: 3 shares KITT, Loaned to Apex |
| 10/02/2024 | FPSL | | CASH | KITT | 63911H207 | -2 | | FPSL Allocation: 2 shares KITT, Loaned to Apex |
| 10/03/2024 | FPSL | | CASH | KITT | 63911H207 | 1 | | FPSL Allocation: 1 shares KITT, Returned by Apex |
| 10/04/2024 | FPSL | | CASH | KITT | 63911H207 | 4 | | FPSL Allocation: 4 shares KITT, Returned by Apex |
| 10/07/2024 | FPSL | | CASH | KITT | 63911H207 | -2 | | FPSL Allocation: 2 shares KITT, Loaned to Apex |
| 10/08/2024 | FPSL | | CASH | KITT | 63911H207 | -3 | | FPSL Allocation: 3 shares KITT, Loaned to Apex |
| 10/09/2024 | FPSL | | CASH | KITT | 63911H207 | 5 | | FPSL Allocation: 5 shares KITT, Returned by Apex |
| 10/10/2024 | FPSL | | CASH | KITT | 63911H207 | -1 | | FPSL Allocation: 1 shares KITT, Loaned to Apex |
| 10/11/2024 | FPSL | | CASH | KITT | 63911H207 | -1 | | FPSL Allocation: 1 shares KITT, Loaned to Apex |
| 10/11/2024 | Fee Income from FPSL | USD | CASH | | | | 0.03 | FULLY-PAID SECURITIES LENDING |
| 10/15/2024 | FPSL | | CASH | KITT | 63911H207 | -1 | | FPSL Allocation: 1 shares KITT, Loaned to Apex |
| 10/16/2024 | FPSL | | CASH | KITT | 63911H207 | 3 | | FPSL Allocation: 3 shares KITT, Returned by Apex |

## ACCRUED BALANCES

CURRENCY:USD

| Interest Type | Description | Amount |
|---|---|---|
| ACCRUED BALANCES | | 0.02 |
| | FULLY PAID SECURITIES LENDING FEE INCOME | 0.02 |

## FULLY-PAID SECURITIES LENDING ACTIVITY

APEX CLEARING CORPORATION
350 NORTH ST. PAUL SUITE 1300
DALLAS, TX 75201

# Webull Financial LLC
44 Wall Street, New York, NY 10005
customerservice@webull.us

*December 1, 2022 - December 31, 2022*

PAGE 1 OF 9

ACCOUNT NUMBER  **5NX-15171-18  RR WEA**

**BOBBY BLAKE JOHNSON**

**Your Registered Representative**
WEBULL FINANCIAL LLC - HOUSE
(917) 725-2448

BOBBY BLAKE JOHNSON
230 LONGLEAF DR
BROOKELAND TX  75931

## ACCOUNT SUMMARY

|  | OPENING BALANCE | CLOSING BALANCE |
|---|---|---|
| Cash account | $3.16 | $11.73 |
| NET ACCOUNT BALANCE | 3.16 | 11.73 |
| Securities | 32,428.56 | 16,746.81 |
| TOTAL PRICED PORTFOLIO | 32,428.56 | 16,746.81 |
| **Total Equity Holdings** | **$32,431.72** | **$16,758.54** |

## PORTFOLIO EQUITY ALLOCATION



Cash 0.070%
Equities 99.930%

ACCOUNT CARRIED BY:
**APEX CLEARING CORPORATION**
MEMBER FINRA, NYSE and SIPC

**See Reverse Side for Important Tax Information.** This statement shall be conclusive if not objected to in writing within ten days. Errors and omissions excepted. Please address all communications to the firm and not to individuals. Address changes or other material changes on your account should be directed to the office servicing your account. Kindly mention your account number. This statement should be retained for income tax purposes.

INDIVIDUAL ACCOUNT

*December 1, 2022 - December 31, 2022*



# Webull Financial LLC
44 Wall Street, New York, NY 10005
customerservice@webull.us

PAGE 2 OF 9

ACCOUNT NUMBER   5NX-15171-18  RR WEA

**BOBBY BLAKE JOHNSON**

## PORTFOLIO SUMMARY

| DESCRIPTION | SYMBOL/CUSIP | ACCOUNT TYPE | QUANTITY | PRICE | MARKET VALUE | LAST PERIOD'S MARKET VALUE | % CHANGE | EST. ANNUAL INCOME | % OF TOTAL PORTFOLIO |
|---|---|---|---|---|---|---|---|---|---|
| **EQUITIES / OPTIONS** | | | | | | | | | |
| ~~COSMOS HEALTH INC COMMON STOCK~~ | | C | | | | | N/A | | |
| ~~COMMON STOCK~~ | | C | | | | | N/A | | |
| META MATLS INC COMMON STOCK | MMAT | C | 14,013 | 1.19 | 16,675.47 | 26,624.70 | -37 | | 99.504 |
| META MATLS PREFERRED STOCK CONTRA CUSIP | 591994371 | C | 694 | Not Available | | | N/A | | N/A |
| **Total Equities** | | | | | **$16,746.81** | | | | **99.930%** |
| Total Cash (Net Portfolio Balance) | | | | | $11.73 | | | | 0.070% |
| **TOTAL PRICED PORTFOLIO** | | | | | **$16,758.54** | | | | |

## ACCOUNT ACTIVITY

| TRANSACTION | DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|
| **BUY / SELL TRANSACTIONS** | | | | | | | |
| BOUGHT | 12/21/22 | C | ~~CAMBER ENERGY~~ COMMON STOCK | 750 | $0.1219 | $91.43 | |
| **Total Buy / Sell Transactions** | | | | | | **$91.43** | |

December 1, 2022 - December 31, 2022

PAGE 3 OF 9

ACCOUNT NUMBER  **5NX-15171-18  RR WEA**



# Webull Financial LLC
44 Wall Street, New York, NY 10005
customerservice@webull.us

**BOBBY BLAKE JOHNSON**

▶ ACCOUNT ACTIVITY (CONTINUED)

| TRANSACTION | DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|
| **FUNDS PAID AND RECEIVED** | | | | | | | |
| ACH | 12/19/22 | C | ACH DEPOSIT SEN(20221219226129) | | | | $100.00 |
| **Total Funds Paid And Received** | | | | | | | **$100.00** |
| **MISCELLANEOUS TRANSACTIONS** | | | | | | | |
| NAME CHG | 12/13/22 | C | META MATLS PREFERRED STOCK CONTRA CUSIP STOCK MERGER @ 1:1 FROM 59134N203 TO 591994371 RESULT OF NAME CHANGE CUSIP: 591994371 | 694 | | | |
| NAME CHG | 12/13/22 | C | META MATLS INC PFD SER A STOCK MERGER @ 1:1 FROM 59134N203 TO 591994371 CUSIP: 59134N203 | -694 | | | |
| [redacted] | 12/19/22 | C | [redacted] | [redacted] | | | |
| [redacted] | 12/19/22 | C | [redacted] | [redacted] | | | |

APEX CLEARING CORPORATION
350 NORTH ST. PAUL SUITE 1300
DALLAS, TX 75201



# Webull Financial LLC

44 Wall Street, New York, NY 10005
customerservice@webull.us

*December 1, 2021 - December 31, 2021*

PAGE 1 OF 11

ACCOUNT NUMBER   **5NX-15171-18  RR WEA**

**BOBBY BLAKE JOHNSON**

**Your Registered Representative**
WEBULL FINANCIAL LLC - HOUSE
(917) 725-2448

BOBBY BLAKE JOHNSON
230 LONGLEAF DR
BROOKELAND TX 75931

### ACCOUNT SUMMARY

|  | OPENING BALANCE | CLOSING BALANCE |
|---|---|---|
| Cash account | $175.45 | $101.86 |
| NET ACCOUNT BALANCE | 175.45 | 101.86 |
| Securities | 17,790.76 | 14,053.96 |
| TOTAL PRICED PORTFOLIO | 17,790.76 | 14,053.96 |
| **Total Equity Holdings** | **$17,966.21** | **$14,155.82** |

### PORTFOLIO EQUITY ALLOCATION



Cash 0.720%
Equities 99.280%

ACCOUNT CARRIED BY:
**APEX CLEARING CORPORATION**
MEMBER FINRA, NYSE and SIPC

**See Reverse Side for Important Tax Information.** This statement shall be conclusive if not objected to in writing within ten days. Errors and omissions excepted. Please address all communications to the firm and not to individuals. Address changes or other material changes on your account should be directed to the office servicing your account. Kindly mention your account number. This statement should be retained for income tax purposes.

*December 1, 2021 - December 31, 2021*

PAGE 2 OF 11

ACCOUNT NUMBER    5NX-15171-18  RR WEA



# Webull Financial LLC

44 Wall Street, New York, NY 10005
customerservice@webull.us

**BOBBY BLAKE JOHNSON**

## PORTFOLIO SUMMARY

| DESCRIPTION | SYMBOL/CUSIP | ACCOUNT TYPE | QUANTITY | PRICE | MARKET VALUE | LAST PERIOD'S MARKET VALUE | % CHANGE | EST. ANNUAL INCOME | % OF TOTAL PORTFOLIO |
|---|---|---|---|---|---|---|---|---|---|
| **EQUITIES / OPTIONS** | | | | | | | | | |
| META MATLS INC COMMON STOCK | MMAT | C | 5,287 | $2.46 | $13,006.02 | $16,492.98 | -21% | | 91.878% |
| META MATLS INC PFD SER A | MMTLP | C | 694 | 1.51 | 1,047.94 | 1,297.78 | -19 | | 7.403 |
| **Total Equities** | | | | | $14,053.96 | | | | 99.280% |
| **Total Cash (Net Portfolio Balance)** | | | | | $101.86 | | | | 0.720% |
| **TOTAL PRICED PORTFOLIO** | | | | | $14,155.82 | | | | |

## ACCOUNT ACTIVITY

| TRANSACTION | DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|
| **BUY / SELL TRANSACTIONS** | | | | | | | |
| BOUGHT | 12/01/21 | C | META MATLS INC COMMON STOCK CUSIP: 59134N104 | 26 | $3.76 | $97.76 | |
| BOUGHT | 12/02/21 | C | META MATLS INC COMMON STOCK CUSIP: 59134N104 | 20 | 3.7099 | 74.20 | |
| BOUGHT | 12/03/21 | C | META MATLS INC COMMON STOCK CUSIP: 59134N104 | 9 | 3.385 | 30.47 | |


December 1, 2021 - December 31, 2021



# Webull Financial LLC
44 Wall Street, New York, NY 10005
customerservice@webull.us

PAGE 3 OF 11

ACCOUNT NUMBER   5NX-15171-18  RR WEA

**BOBBY BLAKE JOHNSON**

▶ ACCOUNT ACTIVITY (CONTINUED)

| TRANSACTION | DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|
| **BUY / SELL TRANSACTIONS** (continued) | | | | | | | |
| BOUGHT | 12/03/21 | C | META MATLS INC COMMON STOCK CUSIP: 59134N104 | 80 | 3.3885 | 271.08 | |
| BOUGHT | 12/07/21 | C | META MATLS INC COMMON STOCK CUSIP: 59134N104 | 2 | 3.17 | 6.34 | |
| BOUGHT | 12/07/21 | C | META MATLS INC COMMON STOCK CUSIP: 59134N104 | 43 | 3.17 | 136.31 | |
| BOUGHT | 12/07/21 | C | META MATLS INC COMMON STOCK CUSIP: 59134N104 | 50 | 3.165 | 158.25 | |
| BOUGHT | 12/15/21 | C | META MATLS INC COMMON STOCK CUSIP: 59134N104 | 5 | 3.09 | 15.45 | |
| BOUGHT | 12/15/21 | C | META MATLS INC COMMON STOCK CUSIP: 59134N104 | 60 | 3.09 | 185.40 | |
| BOUGHT | 12/16/21 | C | META MATLS INC COMMON STOCK CUSIP: 59134N104 | 3 | 2.9999 | 9.00 | |
| BOUGHT | 12/16/21 | C | META MATLS INC COMMON STOCK CUSIP: 59134N104 | 30 | 3.005 | 90.15 | |
| BOUGHT | 12/17/21 | C | META MATLS INC COMMON STOCK CUSIP: 59134N104 | 4 | 2.83 | 11.32 | |
| BOUGHT | 12/17/21 | C | META MATLS INC COMMON STOCK CUSIP: 59134N104 | 20 | 2.93 | 58.60 | |

*December 1, 2021 - December 31, 2021*

PAGE 4 OF 11

ACCOUNT NUMBER   **5NX-15171-18  RR WEA**

# Webull Financial LLC
44 Wall Street, New York, NY 10005
customerservice@webull.us

**BOBBY BLAKE JOHNSON**

▶ ACCOUNT ACTIVITY (CONTINUED)

| TRANSACTION | DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|
| **BUY / SELL TRANSACTIONS** (continued) | | | | | | | |
| BOUGHT | 12/17/21 | C | META MATLS INC COMMON STOCK CUSIP: 59134N104 | 50 | 2.82 | 141.00 | |
| BOUGHT | 12/17/21 | C | META MATLS INC COMMON STOCK CUSIP: 59134N104 | 150 | 2.93 | 439.50 | |
| BOUGHT | 12/21/21 | C | META MATLS INC COMMON STOCK CUSIP: 59134N104 | 6 | 2.835 | 17.01 | |
| BOUGHT | 12/21/21 | C | META MATLS INC COMMON STOCK CUSIP: 59134N104 | 65 | 2.818 | 183.17 | |
| BOUGHT | 12/22/21 | C | META MATLS INC COMMON STOCK CUSIP: 59134N104 | 3 | 2.63 | 7.89 | |
| BOUGHT | 12/22/21 | C | META MATLS INC COMMON STOCK CUSIP: 59134N104 | 5 | 2.6992 | 13.50 | |
| BOUGHT | 12/22/21 | C | META MATLS INC COMMON STOCK CUSIP: 59134N104 | 35 | 2.6299 | 92.05 | |
| BOUGHT | 12/22/21 | C | META MATLS INC COMMON STOCK CUSIP: 59134N104 | 50 | 2.6985 | 134.93 | |
| BOUGHT | 12/28/21 | C | META MATLS INC COMMON STOCK CUSIP: 59134N104 | 3 | 2.605 | 7.82 | |
| BOUGHT | 12/28/21 | C | META MATLS INC COMMON STOCK CUSIP: 59134N104 | 55 | 2.5999 | 142.99 | |

*December 1, 2021 - December 31, 2021*

PAGE 5 OF 11

ACCOUNT NUMBER    5NX-15171-18  RR WEA



# Webull Financial LLC

44 Wall Street, New York, NY 10005
customerservice@webull.us

**BOBBY BLAKE JOHNSON**

▶ ACCOUNT ACTIVITY (CONTINUED)

| TRANSACTION | DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|
| **BUY / SELL TRANSACTIONS** (continued) | | | | | | | |
| BOUGHT | 12/31/21 | C | META MATLS INC COMMON STOCK CUSIP: 59134N104 | 19 | 2.60 | 49.40 | |
| **Total Buy / Sell Transactions** | | | | | | **$2,373.59** | |
| **FUNDS PAID AND RECEIVED** | | | | | | | |
| ACH | 12/01/21 | C | ACH DEPOSIT SEN(20211201346702) | | | | $300.00 |
| ACH | 12/03/21 | C | ACH DEPOSIT SEN(20211203320870) | | | | 300.00 |
| ACH | 12/13/21 | C | ACH DEPOSIT SEN(20211213096574) | | | | 200.00 |
| ACH | 12/14/21 | C | ACH DEPOSIT SEN(20211214114612) | | | | 100.00 |
| ACH | 12/15/21 | C | ACH DEPOSIT SEN(20211215076346) | | | | 500.00 |
| ACH | 12/15/21 | C | ACH DEPOSIT SEN(20211215258412) | | | | 150.00 |
| ACH | 12/17/21 | C | ACH DEPOSIT SEN(20211217189664) | | | | 200.00 |
| ACH | 12/20/21 | C | ACH DEPOSIT SEN(20211220212125) | | | | 100.00 |
| ACH | 12/20/21 | C | ACH DEPOSIT SEN(20211220171148) | | | | 150.00 |
| ACH | 12/23/21 | C | ACH DEPOSIT SEN(20211223171216) | | | | 150.00 |

December 1, 2021 - December 31, 2021

PAGE 6 OF 11

ACCOUNT NUMBER   **5NX-15171-18  RR WEA**



# Webull Financial LLC

44 Wall Street, New York, NY 10005
customerservice@webull.us

**BOBBY BLAKE JOHNSON**

▶ ACCOUNT ACTIVITY (CONTINUED)

| TRANSACTION | DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|
| **FUNDS PAID AND RECEIVED** (continued) | | | | | | | |
| ACH | 12/29/21 | C | ACH DEPOSIT SEN(20211229082259) | | | | 50.00 |
| ACH | 12/31/21 | C | ACH DEPOSIT SEN(20211231272976) | | | | 100.00 |
| **Total Funds Paid And Received** | | | | | | | **$2,300.00** |

▶ EXECUTED TRADES PENDING SETTLEMENT - THESE TRANSACTIONS MAY NOT BE REFLECTED IN OTHER SUMMARIES

| TRANSACTION | TRADE DATE | SETTLEMENT DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|---|
| BOUGHT | 12/31/21 | 01/04/22 | C | META MATLS INC COMMON STOCK CUSIP: 59134N104 | 40 | $2.4899 | $99.60 | |
| **Total Executed Trades Pending Settlement** | | | | | | | **$99.60** | |