NVB 3001 (Effective 1/21)

## UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA

**PROOF OF INTEREST**

| | |
|---|---|
| Name of Debtor   **Meta Materials Inc** | Case Number   **24-50792-hlb** |

**1 Name and address of holder of the Equity Interest** (the person or entity holding an Equity Interest in the Debtor Referred to hereinafter as the Interest holder')

**Chad Struve**
**318 Westbury Drive**
**Iowa City, IA 52245**

Telephone Number   319 331 2297

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest Attach copy of statement giving particulars

☒ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors

COURT USE ONLY

**RECEIVED AND FILED**

DEC -9 2024

U S BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

NOTE  This form SHOULD NOT be used to make a claim against the Debtor for money owed  A separate Proof of Claim form should be used for that purpose  This form should only be used to assert an Equity Interest in the Debtor  An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor  An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein

| | |
|---|---|
| Account or other number by which Interest holder identifies Debtor   239-140690 | Check here if this claim<br>☐ replaces a previously filed Proof of Interest dated _____<br>☐ amends a previously filed Proof of Interest dated _____ |

| | |
|---|---|
| **2 Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest**<br>**Fidelity Investments**<br>**PO Box 770001**<br>**Cincinnati, OH 45277-0003**<br>Telephone Number   800-544-6666 | **3 Date Equity Interest was acquired**<br>**See Following Pages** |

| | |
|---|---|
| **4 Total amount of member interest** ___**6,200**___ | **5 Certificate number(s)** |

**6 Type of Equity Interest**
Please indicate the type of Equity Interest you hold
☒ Check this box if your Equity Interest is based on an actual member interest held in the Debtor
☐ Check this box if your Equity Interest is based on anything else and describe that interest
**Description**   Investor (retirement account)

**7 Supporting Documents** Attach copies of supporting documents such as stock certificates option agreements warrants etc  DO NOT SEND ORIGINAL DOCUMENTS If the documents are not available  explain  If the documents are voluminous  attach a summary

**8 Date-Stamped Copy** To receive an acknowledgement of the filing of your Proof of Interest  enclose a stamped  self-addressed envelope and copy of this Proof of Interest

**9 Signature**
Check the appropriate box
☒ I am the creditor   ☐ I am the creditor s authorized agent   ☐ I am the trustee  or the debtor   ☐ I am a guarantor  surety  endorser  or other codebtor

(Attach copy of power of attorney if any )   or their authorized agent   (See Bankruptcy Rule 3005 )
(See Bankruptcy Rule 3004 )

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge  information and reasonable belief

Print Name   Chad Struve
Title   Investor
Company  Address and telephone number (if different from notice address above)

(Signature) (Date) Telephone number  email

12-4-24
319.331 2297
ccstruve@outlook.com

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both  18 U S C §§ 152 AND 3571*



INVESTMENT REPORT
November 1, 2024 - November 30, 2024

## Holdings

Account # 239-140690
CHAD C STRUVE - ROLLOVER IRA

### Stocks (continued)

| Description | Beginning Market Value Nov 1, 2024 | Quantity Nov 30, 2024 | Price Per Unit Nov 30, 2024 | Ending Market Value Nov 30, 2024 | Cost | Unrealized Gain/Loss Nov 30, 2024 | EAI ($) / EY (%) |
|---|---|---|---|---|---|---|---|
| **Common Stock** (continued) | | | | | | | |
| **TOYS R US ANZ LTD NPV** ISIN #AU0000160301 SEDOL #BMB4SY4 (TOYRF) | 1,932.00 | 50,000.000 | 0.0339 | 1,693.50 | unknown | unknown | - |
| **GENIUS GROUP LTD COM NPV(POST REV SPLIT)** (GNS) | 200.64 | 320.000 | 0.7384 | 236.28 | 5,307.97 | -5,071.69 | - |
| **ASTRA ENERGY INC COM** (ASRE) | 2,900.00 | 25,000.000 | 0.1078 | 2,695.25 | 9,465.00 | -6,769.75 | - |
| **CENNTRO INC COM** (CENN) | 635.00 | 500.000 | 1.3000 | 650.00 | 3,650.00 | -3,000.00 | - |
| **EXPAND ENERGY CORPORATION** COMMON STOCK (EXE) | 8,472.00 | 100.000 | 98.9600 | 9,896.00 | 8,370.00 | 1,526.00 | 230.00 2.320 |
| **CLEAN VISION CORP COM** (CLNV) | 40,500.00 | 1,500,000.000 | 0.0187 | 27,975.00 | 44,581.40 | -16,606.40 | - |
| **CREATD INC COM NEW** (CRTD) | 8.00 | 20.000 | 0.7313 | 14.62 | 7,221.66 | -7,207.04 | - |
| **FINGERMOTION INC COM** (FNGR) | 4,700.00 | 2,500.000 | 2.0400 | 5,100.00 | 11,568.58 | -6,468.58 | - |
| **GAMESTOP CORPORATION COM USD0.001 CLASS A** (GME) | 55,450.00 | 2,500.000 | 29.0500 | 72,625.00 | 47,031.59 | 25,593.41 | - |
| **GLOBAL TECH IND GROUP RESTRICTED** | unavailable | 250.000 | - | unavailable | unknown | unknown | - |
| **GLOBAL TECH INDS GROUP INC COM** (GTII) | 125.00 | 5,000.000 | 0.0301 | 150.50 | 4,265.75 | -4,115.25 | - |
| **ICAHN ENTERPRISES LP/CORP** (IEP) | 94,206.89 | 7,500.549 | 11.0800 | 83,106.08 | 101,743.65 | -18,637.57 | 15,001.10 18.050 |
| **KNOW LABS INC COM NEW** (KNW) | 11,995.00 | 50,000.000 | 0.2423 | 12,115.00 | 52,308.96 | -40,193.96 | - |
| **META MATERIALS INC COM NEW** ISIN #US59134N3026 SEDOL #BQ67J98 (MMATQ) | 440.20 | 6,200.000 | 0.0610 | 378.20 | 280,971.77 | -280,593.57 | - |
| **MOON EQUITY HLDGS CORP COM** (MONI) | 1,670.00 | 100,000.000 | 0.0183 | 1,825.00 | 4,189.25 | -2,364.25 | - |
| **NOVO INTEGRATED SCIENCES INC COM NEW** (NVOS) | 184.30 | 1,000.000 | 0.0441 | 44.10 | 1,324.00 | -1,279.90 | - |
| **VIRIOS THERAPEU CONTRA** | unavailable | 408.000 | - | unavailable | unknown | unknown | - |

MR_CE_BRBHVMBBBCTXL_BBBBB 20241129

| MMAT Purchase History for Chad Struve Rollover IRA Account (Fidelity Account # 239-140690) | | | | | | confirmation |
|---|---|---|---|---|---|---|
| Ticker | Settlement Date | Qty bought | Total Qty | Cost ea | Investment Amt. | saved |
| MMAT | 12/22/2021 | 10,000 | 10,000 | $2.7000 | $27,000.0000 | y |
| MMAT | 1/6/2022 | 5,000 | 15,000 | $2.8500 | $14,250.0000 | y |
| MMAT | 1/11/2023 | 10,000 | 25,000 | $1.1592 | $11,592.0000 | y |
| MMAT | 1/24/2023 | 2,500 | 27,500 | $0.5000 | $1,250.0000 | y |
| MMAT | 1/31/2023 | 600 | 28,100 | $0.9985 | $599.1000 | y |
| MMAT | 1/31/2023 | 1,900 | 30,000 | $0.9986 | $1,897.3400 | y |
| MMAT | 2/1/2023 | 10,000 | 40,000 | $1.0000 | $10,000.0000 | y |
| MMAT | 2/8/2023 | 100 | 40,100 | $0.9176 | $91.7600 | y |
| MMAT | 2/8/2023 | 100 | 40,200 | $0.9263 | $92.6300 | y |
| MMAT | 2/8/2023 | 703 | 40,903 | $0.9267 | $651.4701 | y |
| MMAT | 2/8/2023 | 723 | 41,626 | $0.9262 | $669.6426 | y |
| MMAT | 2/8/2023 | 1,300 | 42,926 | $0.9266 | $1,204.5800 | y |
| MMAT | 2/8/2023 | 1,400 | 44,326 | $0.9261 | $1,296.5400 | y |
| MMAT | 2/8/2023 | 8,274 | 52,600 | $0.9272 | $7,671.6528 | y |
| MMAT | 2/8/2023 | 10,000 | 62,600 | $0.9482 | $9,482.0000 | y |
| MMAT | 2/8/2023 | 12,400 | 75,000 | $0.9184 | $11,388.1600 | y |
| MMAT | 2/13/2023 | 10,000 | 85,000 | $0.8600 | $8,600.0000 | y |
| MMAT | 2/13/2023 | 15,000 | 100,000 | $0.8775 | $13,162.5000 | y |
| MMAT | 2/27/2023 | 200 | 100,200 | $0.6633 | $132.6500 | y |
| MMAT | 2/27/2023 | 24,800 | 125,000 | $0.6635 | $16,454.8000 | y |
| MMAT | 3/10/2023 | 100 | 125,100 | $0.5460 | $54.6000 | y |
| MMAT | 3/10/2023 | 200 | 125,300 | $0.5466 | $109.3200 | y |
| MMAT | 3/10/2023 | 297 | 125,597 | $0.5461 | $162.1917 | y |
| MMAT | 3/10/2023 | 300 | 125,897 | $0.5465 | $163.9500 | y |
| MMAT | 3/10/2023 | 1,328 | 127,225 | $0.5467 | $726.0176 | y |
| MMAT | 3/10/2023 | 5,093 | 132,318 | $0.5464 | $2,782.8152 | y |
| MMAT | 3/10/2023 | 17,682 | 150,000 | $0.5498 | $9,721.5636 | y |
| MMAT | 3/21/2023 | 25,000 | 175,000 | $0.4900 | $12,250.0000 | y |
| MMAT | 3/22/2023 | 25,000 | 200,000 | $0.5397 | $13,492.5000 | y |
| MMAT | 3/30/2023 | 50,000 | 250,000 | $0.4250 | $21,250.0000 | y |
| MMAT | 4/18/2023 | 25,000 | 275,000 | $0.2167 | $5,417.5000 | y |
| MMAT | 4/18/2023 | 25,000 | 300,000 | $0.2220 | $5,550.0000 | y |
| MMAT | 4/18/2023 | 100,000 | 400,000 | $0.2230 | $22,300.0000 | y |
| MMAT | 4/18/2023 | 100,000 | 500,000 | $0.2250 | $22,500.0000 | y |
| MMAT | 7/14/2023 | 50,000 | 550,000 | $0.1888 | $9,440.0000 | y |
| MMAT | 8/7/2023 | 12,780 | 562,780 | $0.2450 | $3,131.1000 | y |
| MMAT | 8/7/2023 | 37,220 | 600,000 | $0.2480 | $9,230.5600 | y |
| MMAT | 11/9/2023 | 500 | 600,500 | $0.5000 | $250.0000 | y |
| MMAT | 11/27/2023 | 2,100 | 602,600 | $0.5000 | $1,050.0000 | y |
| MMAT | 12/12/2023 | 4,900 | 607,500 | $0.5000 | $2,450.0000 | y |
| MMAT | 12/28/2023 | 1,000 | 608,500 | $0.5000 | $500.0000 | y |
| MMAT | 12/29/2023 | 100 | 608,600 | $0.5000 | $50.0000 | y |
| MMAT | 1/23/2024 | 11,400 | 620,000 | $0.5000 | $5,700.0000 | y |
| | | | 620,000 | | $285,768.9436 | |

Reverse Split        1/29/2024  1 for 100 RS =        **6,200**        -



PO Box 28019
Albuquerque NM 87125 8019

**Transaction Confirmation**
**Confirm Date December 20, 2021**                Page 1 of 3

Brokerage Account Number
*****0690 IRA - ROLLOVER

**CHAD C STRUVE**

9900492441

FMT CO CUST IRA ROLLOVER
FBO CHAD C STRUVE
318 WESTBURY DR
IOWA CITY IA 52245-2718

Online                      Fidelity com
FAST®-Automated Telephone   800-544-5555
Customer Service            800-544-6666

| REFERENCE NO 21354-OCD5JK | TYPE 1* | REG REP WO# | TRADE DATE 12-20-21 | SETTLEMENT DATE 12-22-21 | CUSIP NO Q42733107 | ORDER NO 21354-CPSQS | | |
|---|---|---|---|---|---|---|---|---|

You Bought
                200
     at        4 0500
Symbol
GMGMF

DESCRIPTION and DISCLOSURES
GRAPHENE MANUFACTURING GROUP
LTD COM NPV ISIN #AU0000139990
SEDOL #BMC1NK5
WE HAVE ACTED AS AGENT
$50 CHARGE FOR FOREIGN (ORDINARY) STOCK
ORDERS INCLUDED
PARTIAL EXECUTION

Principal Amount       810 00
Commission / Fees       50 00
Settlement Amount      860 00

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE            9900492441

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

FMT CO CUST IRA ROLLOVER
FBO CHAD C STRUVE
318 WESTBURY DR
IOWA CITY IA 52245-2718

If you are eligible to make a deposit, please use this form for investments in your brokerage account *****0690 only

| AMOUNT OF INVESTMENT | $ |
|---|---|

If there are sufficient funds in your brokerage core account (or margin account), Fidelity will use those funds to cover the trade(s) on this confirm  If you wish to deposit additional money, use this deposit slip and make checks payable to  NATIONAL FINANCIAL SERVICES LLC Deposits will be made to the account listed above  Please mail checks to the Fidelity address on this form  Refer to the last page for instructions on depositing certificates

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH  45277 0003

FIDELITY BROKERAGE SERVICES LLC  MEMBER NYSE  SIPC

099  0239140690   00   000

Transaction Confirmation                              Page 2 of 3
Confirm Date  December 20, 2021

Brokerage Account Number
*****0690 IRA - ROLLOVER

CHAD C STRUVE

| REFERENCE NO 21354-OC1LPL | TYPE 1* | REG REP WO# | TRADE DATE 12-20-21 | SETTLEMENT DATE 12-22-21 | CUSIP NO Q42733107 | ORDER NO 21354-DHPRN | | |
|---|---|---|---|---|---|---|---|---|

You Bought

|           |                |                                                                                                                                                                 |                    |          |    |
|-----------|----------------|-----------------------------------------------------------------------------------------------------------------------------------------------------------------|--------------------|----------|----|
|           | 19 800         | DESCRIPTION and DISCLOSURES                                                                                                                                      | Principal Amount   | 81,180   | 00 |
| at        | 4 1000         | GRAPHENE MANUFACTURING GROUP LTD COM NPV ISIN #AU0000139990                                                                                                      | Commission / Fees  |      50  | 00 |
| Symbol    |                | SEDOL #BMC1NK5                                                                                                                                                   | Settlement Amount  | 81 230   | 00 |
| GMGMF     |                | WE HAVE ACTED AS AGENT $50 CHARGE FOR FOREIGN (ORDINARY) STOCK ORDERS INCLUDED                                                                                   |                    |          |    |

| REFERENCE NO 21354-OCCJVB | TYPE 1* | REG REP WO# | TRADE DATE 12-20-21 | SETTLEMENT DATE 12-22-21 | CUSIP NO 36467W109 | ORDER NO 21354-B9DJQ | | |
|---|---|---|---|---|---|---|---|---|

You Bought

|        |           | DESCRIPTION and DISCLOSURES |                   |        |    |
|--------|-----------|-----------------------------|-------------------|--------|----|
|        | 500       | GAMESTOP CORPORATION        | Principal Amount  | 77,500 | 00 |
| at     | 155 0000  | COM USD0 001 CLASS A        | Settlement Amount | 77 500 | 00 |
| Symbol |           | WE HAVE ACTED AS AGENT      |                   |        |    |
| GME    |           |                             |                   |        |    |

| REFERENCE NO 21354-OC7MKT | TYPE 1* | REG REP W3# | TRADE DATE 12-20-21 | SETTLEMENT DATE 12-22-21 | CUSIP NO 36467W109 | ORDER NO 21354-BOF4M | | |
|---|---|---|---|---|---|---|---|---|

You Bought

|        |           | DESCRIPTION and DISCLOSURES |                   |        |    |
|--------|-----------|-----------------------------|-------------------|--------|----|
|        | 500       | GAMESTOP CORPORATION        | Principal Amount  | 75,000 | 00 |
| at     | 150 0000  | COM USD0 001 CLASS A        | Settlement Amount | 75 000 | 00 |
| Symbol |           | WE HAVE ACTED AS AGENT      |                   |        |    |
| GME    |           |                             |                   |        |    |

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE                    9900492441

REMITTANCE COUPON

**Transaction Confirmation**
Confirm Date: December 20, 2021

Page 3 of 3

Brokerage Account Number
*****0690 IRA - ROLLOVER

CHAD C STRUVE

| REFERENCE NO. | TYPE | REG. REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 21354-OCQLPB | 1* | WO# | 12-20-21 | 12-22-21 | 59134N104 | 21354-DDNDS | | |

| You Bought | | DESCRIPTION and DISCLOSURES | | |
|---|---|---|---|---|
| | 10,000 | META MATERIALS INC COM | Principal Amount | 27,000.00 |
| at | 2.7000 | ISIN #US59134N1046 SEDOL #BKSCVX7 | Settlement Amount | 27,000.00 |
| Symbol : | | WE HAVE ACTED AS AGENT. | | |
| MMAT | | | | |

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE

9900492441



PO Box 28019
Albuquerque  NM 87125 8019

**Transaction Confirmation**
**Confirm Date  January 4, 2022**

Page 1 of 1

Brokerage Account Number
*****0690 IRA - ROLLOVER

**CHAD C STRUVE**

9900504618

FMT CO CUST IRA ROLLOVER
FBO CHAD C STRUVE
318 WESTBURY DR
IOWA CITY IA 52245-2718

| Online | Fidelity com |
| FAST®-Automated Telephone | 800-544-5555 |
| Customer Service | 800-544-6666 |

| REFERENCE NO | TYPE | REG REP | TRADE DATE | SETTLEMENT DATE | CUSIP NO | ORDER NO | | |
|---|---|---|---|---|---|---|---|---|
| 22004-0B13VK | 1* | W3# | 01-04-22 | 01-06-22 | 59134N104 | 22004-BBDCH | | |

You Bought | | 5,000 | DESCRIPTION and DISCLOSURES
META MATERIALS INC COM | Principal Amount | 14,250 00
at | | 2 8500 | ISIN #US59134N1046 SEDOL #BKSCVX7 | Settlement Amount | 14,250 00
Symbol | | | WE HAVE ACTED AS AGENT
MMAT

| REFERENCE NO | TYPE | REG REP | TRADE DATE | SETTLEMENT DATE | CUSIP NO | ORDER NO | | |
|---|---|---|---|---|---|---|---|---|
| 22004-0B5KPW | 1* | W3# | 01-04-22 | 01-06-22 | 59134N203 | 22003-KKFSM | | |

You Bought | | 15 000 | DESCRIPTION and DISCLOSURES
META MATERIALS INC PFD SER A | Principal Amount | 22,950 00
at | | 1 5300 | WE HAVE ACTED AS AGENT | Settlement Amount | 22,950 00
Symbol | | |
MMTLP

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE                    9900504618

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

FMT CO CUST IRA ROLLOVER
FBO CHAD C STRUVE
318 WESTBURY DR
IOWA CITY IA 52245-2718

If you are eligible to make a deposit  please use this form for
investments in your brokerage account  *****0690   only

| AMOUNT OF INVESTMENT | $ |
|---|---|

If there are sufficient funds in your brokerage core account
(or margin account), Fidelity will use those funds to cover
the trade(s) on this confirm  If you wish to deposit
additional money  use this deposit slip and make checks
payable to  NATIONAL FINANCIAL SERVICES LLC
Deposits will be made to the account listed above  Please
mail checks to the Fidelity address on this form  Refer to the
last page for instructions on depositing certificates

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH  45277 0003

FIDELITY BROKERAGE SERVICES LLC  MEMBER NYSE  SIPC

099  0239140690    00   000



PO Box 28019
Albuquerque  NM 87125 8019

**Transaction Confirmation**
Confirm Date  January 9, 2023

Page 1 of 2

Brokerage Account Number
*****0690 IRA - ROLLOVER

**CHAD C STRUVE**

9900406055

FMT CO CUST IRA ROLLOVER
FBO CHAD C STRUVE
318 WESTBURY DR
IOWA CITY IA 52245-2718

| Online | Fidelity com |
| FAST®-Automated Telephone | 800-544-5555 |
| Customer Service | 800-544-6666 |

| REFERENCE NO<br>23009-0BZB5M | TYPE<br>1* | REG REP<br>W3# | TRADE DATE<br>01-09-23 | SETTLEMENT DATE<br>01-11-23 | CUSIP NO<br>59134N104 | ORDER NO<br>23009-G3BI Z | | |
|---|---|---|---|---|---|---|---|---|

You  Bought
at
Symbol
MMAT

| | 10 000<br>1 1592 | DESCRIPTION and DISCLOSURES<br>META MATERIALS INC COM<br>ISIN #US59134N1046 SEDOL #BKSCVX7<br>WE HAVE ACTED AS AGENT | Pri nci pal  Amount<br>Settl ement  Amount | 11,592 00<br>11 592 00 |

| REFERENCE NO<br>23009-0B1NLM | TYPE<br>1* | REG REP<br>WY# | TRADE DATE<br>01-09-23 | SETTLEMENT DATE<br>01-10-23 | CUSIP NO<br>61368891 G | ORDER NO<br>23009-G176W | | |
|---|---|---|---|---|---|---|---|---|

You  Bought
at
Symbol
MMAT250117C1

| | 100<br>5200 | DESCRIPTION and DISCLOSURES<br>CALL (MMAT) META MATERIALS INC<br>JAN 17 25 $1 (100 SHS)<br>WE HAVE ACTED AS AGENT<br>OPENING TRANSACTION | Pri nci pal  Amount<br>Commi ssi on / Fees<br>Acti vi ty Assessment Fee<br>Settl ement  Amount | 5 200 00<br>65 00<br>1 82<br>5 266 82 |

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE

9900406055

FMT CO CUST IRA ROLLOVER
FBO CHAD C STRUVE
318 WESTBURY DR
IOWA CITY IA 52245 2718

If you are eligible to make a deposit, please use this form for
investments in your brokerage account  *****0690    only

| AMOUNT OF INVESTMENT | $ |
|---|---|

If there are sufficient funds in your brokerage core account
(or margin account), Fidelity will use those funds to cover
the trade(s) on this confirm  If you wish to deposit
additional money  use this deposit slip and make checks
payable to  NATIONAL FINANCIAL SERVICES LLC
Deposits will be made to the account listed above  Please
mail checks to the Fidelity address on this form  Refer to the
last page for instructions on depositing certificates

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH  45277-0003

FIDELITY BROKERAGE SERVICES LLC  MEMBER NYSE  SIPC

099  0239140690    00    000

**Transaction Confirmation**
**Confirm Date  January 9, 2023**

Page 2 of 2

Brokerage Account Number
*****0690 IRA - ROLLOVER

**CHAD C STRUVE**

| REFERENCE NO 23009-0GQLVV | TYPE 1* | REG REP WY# | TRADE DATE 01-09-23 | SETTLEMENT DATE 01-10-23 | CUSIP NO 61368891G | ORDER NO 23009-HBBCY | | |
|---|---|---|---|---|---|---|---|---|

You Bought
      at
Symbol
MMAT250117C1

    15
    5000

DESCRIPTION and DISCLOSURES
CALL (MMAT) META MATERIALS INC
JAN 17 25 $1 (100 SHS)
WE HAVE ACTED AS AGENT
PARTIAL EXECUTION OPENING TRANSACTION

Principal Amount    750 00
Commission / Fees    9 75
Activity Assessment Fee    0 27
Settlement Amount    760 02

| REFERENCE NO 23009-0GQR9S | TYPE 1* | REG REP WY# | TRADE DATE 01-09-23 | SETTLEMENT DATE 01-10-23 | CUSIP NO 61368891G | ORDER NO 23009-HBBCY | | |
|---|---|---|---|---|---|---|---|---|

You Bought
      at
Symbol
MMAT250117C1

    45
    5000

DESCRIPTION and DISCLOSURES
CALL (MMAT) META MATERIALS INC
JAN 17 25 $1 (100 SHS)
WE HAVE ACTED AS AGENT
PARTIAL EXECUTION OPENING TRANSACTION

Principal Amount    2 250 00
Commission / Fees    29 25
Activity Assessment Fee    0 82
Settlement Amount    2,280 07

| REFERENCE NO 23009-0G5RTR | TYPE 1* | REG REP WY# | TRADE DATE 01-09-23 | SETTLEMENT DATE 01-10-23 | CUSIP NO 61368891G | ORDER NO 23009-HBBCY | | |
|---|---|---|---|---|---|---|---|---|

You Bought
      at
Symbol
MMAT250117C1

    77
    5000

DESCRIPTION and DISCLOSURES
CALL (MMAT) META MATERIALS INC
JAN 17 25 $1 (100 SHS)
WE HAVE ACTED AS AGENT
PARTIAL EXECUTION OPENING TRANSACTION

Principal Amount    3 850 00
Commission / Fees    50 05
Activity Assessment Fee    1 40
Settlement Amount    3,901 45

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE

9900406055

**REMITTANCE COUPON**



PO Box 28019
Albuquerque  NM 87125 8019

**Transaction Confirmation**
Confirm Date  January 23, 2023

Page 1 of 3

Brokerage Account Number
*****0690 IRA - ROLLOVER

**CHAD C STRUVE**

FMT CO CUST IRA ROLLOVER
FBO CHAD C STRUVE
318 WESTBURY DR
IOWA CITY IA 52245 2718

9900423632

| Online | Fidelity com |
| FAST®-Automated Telephone | 800-544-5555 |
| Customer Service | 800-544-6666 |

| REFERENCE NO | TYPE | REG REP | TRADE DATE | SETTLEMENT DATE | CUSIP NO | ORDER NO | | |
|---|---|---|---|---|---|---|---|---|
| 23023-OHPJND | 1* | W3# | 01-23-23 | 01-25-23 | Y3005A109 | 23023-IBLWM | | |

You Sold

at

Symbol
GNS

500

5 7500

DESCRIPTION and DISCLOSURES
GENIUS GROUP LTD COM NPV
WE HAVE ACTED AS AGENT
LOTS WITHOUT SPECIFIC SHARES
INSTRUCTIONS WILL BE DEPLETED USING
FIRST IN  FIRST OUT METHOD

Principal Amount          2,875 00
Activity Assessment Fee      0 07
Settlement Amount        2,874 93

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE

9900423632

FMT CO CUST IRA ROLLOVER
FBO CHAD C STRUVE
318 WESTBURY DR
IOWA CITY IA 52245-2718

If you are eligible to make a deposit, please use this form for
investments in your brokerage account *****0690    only

| AMOUNT OF INVESTMENT | $ |
|---|---|

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH  45277 0003

If there are sufficient funds in your brokerage core account
(or margin account)  Fidelity will use those funds to cover
the trade(s) on this confirm  If you wish to deposit
additional money  use this deposit slip and make checks
payable to  NATIONAL FINANCIAL SERVICES LLC
Deposits will be made to the account listed above  Please
mail checks to the Fidelity address on this form  Refer to the
last page for instructions on depositing certificates

FIDELITY BROKERAGE SERVICES LLC  MEMBER NYSE  SIPC

099  0239140690    00    000

**Transaction Confirmation**
**Confirm Date  January 23, 2023**                                    Page 2 of 3

Brokerage Account Number
*****0690 IRA - ROLLOVER

CHAD C STRUVE

| REFERENCE NO 23023-JHQMNF | TYPE 1* | REG REP WY# | TRADE DATE 01-23-23 | SETTLEMENT DATE 01-25-23 | CUSIP NO 42309B204 | ORDER NO 23023-G25E5 | | | |
|---|---|---|---|---|---|---|---|---|---|

| | | | DESCRIPTION and DISCLOSURES | | | |
|---|---|---|---|---|---|---|
| You Bought | 8 500 | | HELBIZ INC CLASS A COM | | Principal Amount | 2,495 60 |
| at | 2936 | | WE HAVE ACTED AS AGENT | | Settlement Amount | 2 495 60 |
| Symbol | | | PARTIAL EXECUTION | | | |
| HLBZ | | | | | | |

| REFERENCE NO 23023-M41HOV | TYPE 1* | REG REP WY# | TRADE DATE 01-23-23 | SETTLEMENT DATE 01-25-23 | CUSIP NO 42309B204 | ORDER NO 23023-G25E5 | | | |
|---|---|---|---|---|---|---|---|---|---|

| | | | DESCRIPTION and DISCLOSURES | | | |
|---|---|---|---|---|---|---|
| You Bought | 1,500 | | HELBIZ INC CLASS A COM | | Principal Amount | 437 25 |
| at | 2915 | | WE HAVE ACTED AS AGENT | | Settlement Amount | 437 25 |
| Symbol | | | PARTIAL EXECUTION | | | |
| HLBZ | | | | | | |

| REFERENCE NO 23023-OBT76T | TYPE 1* | REG REP OPT | TRADE DATE 01-20-23 | SETTLEMENT DATE 01-24-23 | CUSIP NO 59134N104 | ORDER NO 23021-G1MFE | | | |
|---|---|---|---|---|---|---|---|---|---|

| | | | DESCRIPTION and DISCLOSURES | | | |
|---|---|---|---|---|---|---|
| You Bought | 2,500 | | META MATERIALS INC COM | | Principal Amount | 1 250 00 |
| at | 5000 | | ISIN #US59134N1046 SEDOL #BKSCVX7 | | Settlement Amount | 1,250 00 |
| Symbol | | | WE HAVE ACTED AS AGENT | | | |
| MMAT | | | EXERCISED CALLS | | | |

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE          9900423632

**REMITTANCE COUPON**

**Transaction Confirmation**
**Confirm Date  January 23, 2023**                              Page 3 of 3

Brokerage Account Number
*****0690 IRA - ROLLOVER

**CHAD C STRUVE**

| REFERENCE NO | TYPE | REG REP | TRADE DATE | SETTLEMENT DATE | CUSIP NO | ORDER NO | | |
|---|---|---|---|---|---|---|---|---|
| 23023-KKK4P4 | 1* | W3# | 01-23-23 | 01-25-23 | 88080T104 | 23023-1Q0WJ | | |

You Bought     7

at     9000

Symbol
WULF

DESCRIPTION and DISCLOSURES
TERAWULF INC COM
WE HAVE ACTED AS AGENT
PARTIAL EXECUTION
THIS NOTICE IS PROVIDED TO YOU  IN LIEU
OF THE FINAL PROSPECTUS  PURSUANT TO
SECURITIES ACT RULE 173  TO THE EXTENT
THE SALE WAS MADE PURSUANT TO A
REGISTRATION STATEMENT OR IN A
TRANSACTION IN WHICH A FINAL PROSPECTUS
WOULD HAVE BEEN REQUIRED TO HAVE BEEN
DELIVERED IN THE ABSENCE OF SECURITIES
ACT RULE 172  YOU CAN VIEW THE FINAL
PROSPECTUS AT WWW SEC GOV  OR YOU MAY
REQUEST A PAPER COPY BY CALLING
866 602 4402

Principal Amount     6 30
Settlement Amount     6 30

| REFERENCE NO | TYPE | REG REP | TRADE DATE | SETTLEMENT DATE | CUSIP NO | ORDER NO | | |
|---|---|---|---|---|---|---|---|---|
| 23023-OH7M2W | 1* | W3# | 01-23-23 | 01-25-23 | 88080T104 | 23023-1M0E9 | | |

You Bought     5

at     8900

Symbol
WULF

DESCRIPTION and DISCLOSURES
TERAWULF INC COM
WE HAVE ACTED AS AGENT
PARTIAL EXECUTION
THIS NOTICE IS PROVIDED TO YOU  IN LIEU
OF THE FINAL PROSPECTUS  PURSUANT TO
SECURITIES ACT RULE 173  TO THE EXTENT
THE SALE WAS MADE PURSUANT TO A
REGISTRATION STATEMENT OR IN A
TRANSACTION IN WHICH A FINAL PROSPECTUS
WOULD HAVE BEEN REQUIRED TO HAVE BEEN
DELIVERED IN THE ABSENCE OF SECURITIES
ACT RULE 172  YOU CAN VIEW THE FINAL
PROSPECTUS AT WWW SEC GOV  OR YOU MAY
REQUEST A PAPER COPY BY CALLING
866 602 4402

Principal Amount     4 45
Settlement Amount     4 45

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE

9900423632



PO Box 28019
Albuquerque  NM 87125 8019

**Transaction Confirmation**
**Confirm Date  January 27, 2023**

Page 1 of 3

Brokerage Account Number
*****0690 IRA - ROLLOVER

**CHAD C STRUVE**

9900377752

FMT CO CUST IRA ROLLOVER
FBO CHAD C STRUVE
318 WESTBURY DR
IOWA CITY IA 52245-2718

| | |
|---|---|
| Online | Fidelity com |
| FAST®-Automated Telephone | 800-544-5555 |
| Customer Service | 800-544-6666 |

| REFERENCE NO 23027-LW66V7 | TYPE 1* | REG REP W3# | TRADE DATE 01-27-23 | SETTLEMENT DATE 01-31-23 | CUSIP NO 31788K108 | ORDER NO 23027-HX1GX | | |
|---|---|---|---|---|---|---|---|---|

You Bought
at
Symbol
FNGR

1,000
3 8000

DESCRIPTION and DISCLOSURES
FINGERMOTION INC COM
WE HAVE ACTED AS AGENT

Principal Amount      3 800 00
Settlement Amount     3 800 00

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE                    9900377752

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

FMT CO CUST IRA ROLLOVER
FBO CHAD C STRUVE
318 WESTBURY DR
IOWA CITY IA 52245-2718

If you are eligible to make a deposit please use this form for
investments in your brokerage account  *****0690    only

| AMOUNT OF INVESTMENT | $ |
|---|---|

If there are sufficient funds in your brokerage core account
(or margin account)  Fidelity will use those funds to cover
the trade(s) on this confirm  If you wish to deposit
additional money  use this deposit slip and make checks
payable to  NATIONAL FINANCIAL SERVICES LLC
Deposits will be made to the account listed above  Please
mail checks to the Fidelity address on this form  Refer to the
last page for instructions on depositing certificates

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH  45277 0003

FIDELITY BROKERAGE SERVICES LLC  MEMBER NYSE  SIPC

099  0239140690    00   000

**Transaction Confirmation**
**Confirm Date  January 27, 2023**

Page 2 of 3

Brokerage Account Number
*****0690 IRA - ROLLOVER

CHAD C STRUVE

| REFERENCE NO 23027-J55XPV | TYPE 1* | REG REP W3# | TRADE DATE 01-27-23 | SETTLEMENT DATE 01-31-23 | CUSIP NO 42309B204 | ORDER NO 23027-HSMLD | | |
|---|---|---|---|---|---|---|---|---|

You Sold
at

Symbol
HLBZ

5 000
2801

DESCRIPTION and DISCLOSURES
HELBIZ INC CLASS A COM
WE HAVE ACTED AS AGENT
LOTS WITHOUT SPECIFIC SHARES
INSTRUCTIONS WILL BE DEPLETED USING
FIRST IN  FIRST OUT METHOD

Principal Amount        1,400 50
Activity Assessment Fee      0 04
Settlement Amount       1 400 46

| REFERENCE NO 23027-OD87ZB | TYPE 1* | REG REP WO# | TRADE DATE 01-27-23 | SETTLEMENT DATE 01-31-23 | CUSIP NO 59134N104 | ORDER NO 23027-HPG08 | | |
|---|---|---|---|---|---|---|---|---|

You Bought
at

Symbol
MMAT

600
9985

DESCRIPTION and DISCLOSURES
META MATERIALS INC COM
ISIN #US59134N1046 SEDOL #BKSCVX7
WE HAVE ACTED AS AGENT
PARTIAL EXECUTION

Principal Amount        599 10
Settlement Amount       599 10

| REFERENCE NO 23027-OD87ZH | TYPE 1* | REG REP WO# | TRADE DATE 01-27-23 | SETTLEMENT DATE 01-31-23 | CUSIP NO 59134N104 | ORDER NO 23027-HPG08 | | |
|---|---|---|---|---|---|---|---|---|

You Bought
at

Symbol
MMAT

1,900
9986

DESCRIPTION and DISCLOSURES
META MATERIALS INC COM
ISIN #US59134N1046 SEDOL #BKSCVX7
WE HAVE ACTED AS AGENT
PARTIAL EXECUTION

Principal Amount        1 897 34
Settlement Amount       1,897 34

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE

9900377752

**REMITTANCE COUPON**

**Transaction Confirmation**
Confirm Date  January 27, 2023                                        Page 3 of 3

Brokerage Account Number
*****0690 IRA - ROLLOVER

CHAD C STRUVE

| REFERENCE NO<br>23027-OFLROT | TYPE<br>1* | REG REP<br>WO# | TRADE DATE<br>01-27-23 | SETTLEMENT DATE<br>01-30-23 | CUSIP NO<br>61368891G | ORDER NO<br>23027-HVE89 | | |
|---|---|---|---|---|---|---|---|---|

| | | | DESCRIPTION and DISCLOSURES | | | | |
|---|---|---|---|---|---|---|---|
| You Bought | | | CALL (MMAT) META MATERIALS INC | | Principal Amount | | 3,800 00 |
| | 100 | | JAN 17 25 $1 (100 SHS) | | Commission / Fees | | 65 00 |
| at | 3800 | | WE HAVE ACTED AS AGENT | | Activity Assessment Fee | | 1 82 |
| Symbol | | | OPENING TRANSACTION | | Settlement Amount | | 3 866 82 |
| MMAT250117C1 | | | | | | | |

| REFERENCE NO<br>23027-OFSGTB | TYPE<br>1* | REG REP<br>WO# | TRADE DATE<br>01-27-23 | SETTLEMENT DATE<br>01-30-23 | CUSIP NO<br>6276079TP | ORDER NO<br>23027-HX21I | | |
|---|---|---|---|---|---|---|---|---|

| | | | DESCRIPTION and DISCLOSURES | | | | |
|---|---|---|---|---|---|---|---|
| You Bought | | | CALL (CVX) CHEVRON CORP NEW COM | | Principal Amount | | 1 00 |
| | 1 | | JAN 27 23 $190 (100 SHS) | | Activity Assessment Fee | | 0 02 |
| at | 0100 | | WE HAVE ACTED AS AGENT | | Settlement Amount | | 1 02 |
| Symbol | | | CLOSING TRANSACTION | | | | |
| CVX230127C190 | | | | | | | |

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE

9900377752



PO Box 28019
Albuquerque NM 87125 8019

**Transaction Confirmation**
**Confirm Date  January 30, 2023**                    Page 1 of 3

Brokerage Account Number
*****0690 IRA - ROLLOVER

**CHAD C STRUVE**

9900410725

FMT CO CUST IRA ROLLOVER
FBO CHAD C STRUVE
318 WESTBURY DR
IOWA CITY IA 52245-2718

Online                                    Fidelity com
FAST®-Automated Telephone                 800-544-5555
Customer Service                          800-544-6666

| REFERENCE NO 23030-0LV1CJ | TYPE 1* | REG REP W3# | TRADE DATE 01-30-23 | SETTLEMENT DATE 02-01-23 | CUSIP NO Q6519V120 | ORDER NO 23030-IJCIZ | | |
|---|---|---|---|---|---|---|---|---|

You Bought                              DESCRIPTION and DISCLOSURES
                        5,000           CENNTRO ELECTRIC GROUP LIMITED COM    Principal Amount      3,650 00
        at              7300            NPV (POST REV SPLIT)                  Settlement Amount     3,650 00
Symbol                                  WE HAVE ACTED AS AGENT
CENN

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE                    9900410725

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

FMT CO CUST IRA ROLLOVER
FBO CHAD C STRUVE
318 WESTBURY DR
IOWA CITY IA 52245-2718

If you are eligible to make a deposit, please use this form for
investments in your brokerage account *****0690   only

| AMOUNT OF INVESTMENT | $ |
|---|---|

If there are sufficient funds in your brokerage core account
(or margin account) Fidelity will use those funds to cover
the trade(s) on this confirm  If you wish to deposit
additional money  use this deposit slip and make checks
payable to  NATIONAL FINANCIAL SERVICES LLC
Deposits will be made to the account listed above  Please
mail checks to the Fidelity address on this form  Refer to the
last page for instructions on depositing certificates

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH  45277 0003

FIDELITY BROKERAGE SERVICES LLC  MEMBER NYSE  SIPC

099  0239140690   00   000

**Transaction Confirmation**
**Confirm Date  January 30, 2023**

Page 2 of 3

Brokerage Account Number
*****0690 IRA - ROLLOVER

CHAD C STRUVE

| REFERENCE NO 23030-0CDP8P | TYPE 1* | REG REP WO# | TRADE DATE 01-30-23 | SETTLEMENT DATE 02-01-23 | CUSIP NO Y3005A109 | ORDER NO 23030-G8VSP | | |
|---|---|---|---|---|---|---|---|---|

You Sold
at          500
            6 0795
Symbol
GNS

DESCRIPTION and DISCLOSURES
GENIUS GROUP LTD COM NPV
WE HAVE ACTED AS AGENT
LOTS WITHOUT SPECIFIC SHARES
INSTRUCTIONS WILL BE DEPLETED USING
FIRST IN FIRST OUT METHOD

Principal Amount          3,039 75
Activity Assessment Fee        0 07
Settlement Amount         3,039 68

| REFERENCE NO 23030-JDQR9L | TYPE 1* | REG REP WO# | TRADE DATE 01-30-23 | SETTLEMENT DATE 02-01-23 | CUSIP NO 225265107 | ORDER NO 23030-HQE2A | | |
|---|---|---|---|---|---|---|---|---|

You Bought
at          2 300
            6999
Symbol
CRTD

DESCRIPTION and DISCLOSURES
CREATD INC COM
WE HAVE ACTED AS AGENT
PARTIAL EXECUTION

Principal Amount          1,609 77
Settlement Amount         1,609 77

| REFERENCE NO 23030-MWFOHC | TYPE 1* | REG REP WO# | TRADE DATE 01-30-23 | SETTLEMENT DATE 02-01-23 | CUSIP NO 225265107 | ORDER NO 23030-HQE2A | | |
|---|---|---|---|---|---|---|---|---|

You Bought
at          200
            69095
Symbol
CRTD

DESCRIPTION and DISCLOSURES
CREATD INC COM
WE HAVE ACTED AS AGENT
PARTIAL EXECUTION

Principal Amount          138 20
Settlement Amount         138 20

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE

9900410725

**REMITTANCE COUPON**

**Transaction Confirmation**
**Confirm Date  January 30, 2023**

Page 3 of 3

Brokerage Account Number
*****0690 IRA - ROLLOVER

CHAD C STRUVE

| REFERENCE NO | TYPE | REG REP | TRADE DATE | SETTLEMENT DATE | CUSIP NO | ORDER NO | | |
|---|---|---|---|---|---|---|---|---|
| 23030-0CC55P | 1* | WO# | 01-30-23 | 02-01-23 | 59134N104 | 23030-G5QRN | | |

You Bought

| | | | | |
|---|---|---|---|---|
| | 10 000 | META MATERIALS INC COM | Principal Amount | 10,000 00 |
| at | 1 0000 | ISIN #US59134N1046 SEDOL #BKSCVX7 | Settlement Amount | 10,000 00 |
| Symbol | | WE HAVE ACTED AS AGENT | | |
| MMAT | | | | |

| REFERENCE NO | TYPE | REG REP | TRADE DATE | SETTLEMENT DATE | CUSIP NO | ORDER NO | | |
|---|---|---|---|---|---|---|---|---|
| 23030-0FCGNW | 1* | WO# | 01-30-23 | 01-31-23 | 6245019NJ | 23030-HBWX6 | | |

You Sold

DESCRIPTION and DISCLOSURES

| | | | | |
|---|---|---|---|---|
| | 1 | CALL (CVX) CHEVRON CORP NEW COM | Principal Amount | 114 00 |
| at | 1 1400 | FEB 17 23 $185 (100 SHS) | Commission / Fees | 0 65 |
| Symbol | | WE HAVE ACTED AS AGENT | Activity Assessment Fee | 0 03 |
| CVX230217C185 | | LOTS WITHOUT SPECIFIC SHARES | Settlement Amount | 113 32 |
| | | INSTRUCTIONS WILL BE DEPLETED USING | | |
| | | FIRST IN  FIRST OUT METHOD | | |
| | | OPENING TRANSACTION | | |

| REFERENCE NO | TYPE | REG REP | TRADE DATE | SETTLEMENT DATE | CUSIP NO | ORDER NO | | |
|---|---|---|---|---|---|---|---|---|
| 23030-L5GVCS | 1* | WO# | 01-30-23 | 02-01-23 | 62526P109 | 23030-H0431 | | |

You Sold

DESCRIPTION and DISCLOSURES

| | | | | |
|---|---|---|---|---|
| | 1,500 | MULLEN AUTOMOTIVE INC COM | Principal Amount | 497 25 |
| at | 3315 | WE HAVE ACTED AS AGENT | Activity Assessment Fee | 0 02 |
| Symbol | | LOTS WITHOUT SPECIFIC SHARES | Settlement Amount | 497 23 |
| MULN | | INSTRUCTIONS WILL BE DEPLETED USING | | |
| | | FIRST IN  FIRST OUT METHOD | | |

| REFERENCE NO | TYPE | REG REP | TRADE DATE | SETTLEMENT DATE | CUSIP NO | ORDER NO | | |
|---|---|---|---|---|---|---|---|---|
| 23030-0GRM1Q | 1* | WO# | 01-30-23 | 01-31-23 | 6308219FF | 23030-HE7BX | | |

You Bought

DESCRIPTION and DISCLOSURES

| | | | | |
|---|---|---|---|---|
| | 1 | CALL (CVX) CHEVRON CORP NEW COM | Principal Amount | 11 00 |
| at | 1100 | FEB 03 23 $187 5 (100 SHS) | Activity Assessment Fee | 0 02 |
| Symbol | | WE HAVE ACTED AS AGENT | Settlement Amount | 11 02 |
| CVX230203C187 5 | | CLOSING TRANSACTION | | |

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE

9900410725



PO Box 28019
Albuquerque  NM 87125 8019

**Transaction Confirmation**
**Confirm Date  February 6, 2023**          Page 1 of 4

Brokerage Account Number
*****0690 IRA - ROLLOVER

**CHAD C STRUVE**

FMT CO CUST IRA ROLLOVER
FBO CHAD C STRUVE
318 WESTBURY DR
IOWA CITY IA 52245-2718

9900410348

| Online | Fidelity com |
| FAST®-Automated Telephone | 800-544-5555 |
| Customer Service | 800-544-6666 |

| REFERENCE NO 23037-0B418Q | TYPE 1* | REG REP WO# | TRADE DATE 02-06-23 | SETTLEMENT DATE 02-08-23 | CUSIP NO 59134N104 | ORDER NO 23037-G2QMP | | |
|---|---|---|---|---|---|---|---|---|

You Bought
           10,000
    at
      9482
Symbol
MMAT

DESCRIPTION and DISCLOSURES
META MATERIALS INC COM
ISIN #US59134N1046 SEDOL #BKSCVX7
WE HAVE ACTED AS AGENT

Principal Amount    9,482 00
Settlement Amount    9,482 00

| REFERENCE NO 23037-0CWK4M | TYPE 1* | REG REP W3# | TRADE DATE 02-06-23 | SETTLEMENT DATE 02-08-23 | CUSIP NO 59134N104 | ORDER NO 23037-H02EH | | |
|---|---|---|---|---|---|---|---|---|

You Bought
           100
    at
      9176
Symbol
MMAT

DESCRIPTION and DISCLOSURES
META MATERIALS INC COM
ISIN #US59134N1046 SEDOL #BKSCVX7
WE HAVE ACTED AS AGENT
PARTIAL EXECUTION

Principal Amount    91 76
Settlement Amount    91 76

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE    9900410348

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

FMT CO CUST IRA ROLLOVER
FBO CHAD C STRUVE
318 WESTBURY DR
IOWA CITY IA 52245 2718

If you are eligible to make a deposit, please use this form for investments in your brokerage account  *****0690    only

| AMOUNT OF INVESTMENT | $ |
|---|---|

If there are sufficient funds in your brokerage core account (or margin account), Fidelity will use those funds to cover the trade(s) on this confirm  If you wish to deposit additional money  use this deposit slip and make checks payable to  NATIONAL FINANCIAL SERVICES LLC  Deposits will be made to the account listed above  Please mail checks to the Fidelity address on this form  Refer to the last page for instructions on depositing certificates

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH  45277 0003

FIDELITY BROKERAGE SERVICES LLC  MEMBER NYSE  SIPC

099  0239140690    00    000

Transaction Confirmation
Confirm Date  February 6, 2023                    Page 2 of 4

Brokerage Account Number
*****0690 IRA - ROLLOVER

CHAD C STRUVE

| REFERENCE NO 23037-0CWK5X | TYPE 1* | REG REP W3# | TRADE DATE 02-06-23 | SETTLEMENT DATE 02-08-23 | CUSIP NO 59134N104 | ORDER NO 23037-HO2EH | | |
|---|---|---|---|---|---|---|---|---|
| You Bought | | 12,400 | DESCRIPTION and DISCLOSURES META MATERIALS INC COM | | | Principal Amount | | 11,388 16 |
| at | | 9184 | ISIN #US59134N1046 SEDOL #BKSCVX7 | | | Settlement Amount | | 11,388 16 |
| Symbol MMAT | | | WE HAVE ACTED AS AGENT PARTIAL EXECUTION | | | | | |

| REFERENCE NO 23037-0C7WHV | TYPE 1* | REG REP WY# | TRADE DATE 02-06-23 | SETTLEMENT DATE 02-08-23 | CUSIP NO 59134N104 | ORDER NO 23037-HQ21Y | | |
|---|---|---|---|---|---|---|---|---|
| You Bought | | 100 | DESCRIPTION and DISCLOSURES META MATERIALS INC COM | | | Principal Amount | | 92 63 |
| at | | 9263 | ISIN #US59134N1046 SEDOL #BKSCVX7 | | | Settlement Amount | | 92 63 |
| Symbol MMAT | | | WE HAVE ACTED AS AGENT PARTIAL EXECUTION | | | | | |

| REFERENCE NO 23037-0C7WKN | TYPE 1* | REG REP WY# | TRADE DATE 02-06-23 | SETTLEMENT DATE 02-08-23 | CUSIP NO 59134N104 | ORDER NO 23037-HQ21Y | | |
|---|---|---|---|---|---|---|---|---|
| You Bought | | 1 300 | DESCRIPTION and DISCLOSURES META MATERIALS INC COM | | | Principal Amount | | 1,204 58 |
| at | | 9266 | ISIN #US59134N1046 SEDOL #BKSCVX7 | | | Settlement Amount | | 1 204 58 |
| Symbol MMAT | | | WE HAVE ACTED AS AGENT PARTIAL EXECUTION | | | | | |

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE          9900410348

REMITTANCE COUPON

**Transaction Confirmation**
**Confirm Date  February 6, 2023**                              Page 3 of 4

Brokerage Account Number
*****0690 IRA - ROLLOVER

CHAD C STRUVE

| REFERENCE NO 23037-OC7WKP | TYPE 1* | REG REP WY# | TRADE DATE 02-06-23 | SETTLEMENT DATE 02-08-23 | CUSIP NO 59134N104 | ORDER NO 23037-HQ21Y | | | |
|---|---|---|---|---|---|---|---|---|---|

You Bought

at 723 9262

Symbol MMAT

**DESCRIPTION and DISCLOSURES**
META MATERIALS INC COM
ISIN #US59134N1046 SEDOL #BKSCVX7
WE HAVE ACTED AS AGENT
PARTIAL EXECUTION

Principal  Amount           669 64
Settlement Amount           669 64

| REFERENCE NO 23037-OC7WKR | TYPE 1* | REG REP WY# | TRADE DATE 02-06-23 | SETTLEMENT DATE 02-08-23 | CUSIP NO 59134N104 | ORDER NO 23037-HQ21Y | | | |
|---|---|---|---|---|---|---|---|---|---|

You Bought

at 1,400 9261

Symbol MMAT

**DESCRIPTION and DISCLOSURES**
META MATERIALS INC COM
ISIN #US59134N1046 SEDOL #BKSCVX7
WE HAVE ACTED AS AGENT
PARTIAL EXECUTION

Principal  Amount         1 296 54
Settlement Amount         1,296 54

| REFERENCE NO 23037-OC7WLB | TYPE 1* | REG REP WY# | TRADE DATE 02-06-23 | SETTLEMENT DATE 02-08-23 | CUSIP NO 59134N104 | ORDER NO 23037-HQ21Y | | | |
|---|---|---|---|---|---|---|---|---|---|

You Bought

at 703 9267

Symbol MMAT

**DESCRIPTION and DISCLOSURES**
META MATERIALS INC COM
ISIN #US59134N1046 SEDOL #BKSCVX7
WE HAVE ACTED AS AGENT
PARTIAL EXECUTION

Principal  Amount           651 47
Settlement Amount           651 47

| REFERENCE NO 23037-OC7WLF | TYPE 1* | REG REP WY# | TRADE DATE 02-06-23 | SETTLEMENT DATE 02-08-23 | CUSIP NO 59134N104 | ORDER NO 23037-HQ21Y | | | |
|---|---|---|---|---|---|---|---|---|---|

You Bought

at 8,274 9272

Symbol MMAT

**DESCRIPTION and DISCLOSURES**
META MATERIALS INC COM
ISIN #US59134N1046 SEDOL #BKSCVX7
WE HAVE ACTED AS AGENT
PARTIAL EXECUTION

Principal  Amount         7,671 65
Settlement Amount         7,671 65

| REFERENCE NO 23037-ODWDKJ | TYPE 1* | REG REP WY# | TRADE DATE 02-06-23 | SETTLEMENT DATE 02-07-23 | CUSIP NO 61368891G | ORDER NO 23037-HHDGW | | | |
|---|---|---|---|---|---|---|---|---|---|

You Bought

at 150 3700

Symbol MMAT250117C1

**DESCRIPTION and DISCLOSURES**
CALL (MMAT) META MATERIALS INC
JAN 17 25 $1 (100 SHS)
WE HAVE ACTED AS AGENT
OPENING TRANSACTION

Principal  Amount         5 550 00
Commission / Fees            97 50
Activity Assessment Fee       4 36
Settlement Amount         5 651 86

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE

9900410348

Transaction Confirmation
Confirm Date  February 6, 2023

Page 4 of 4

Brokerage Account Number
*****0690 IRA - ROLLOVER

CHAD C STRUVE

| REFERENCE NO 23037-ODH1QQ | TYPE 1* | REG REP WO# | TRADE DATE 02-06-23 | SETTLEMENT DATE 02-07-23 | CUSIP NO 63415390K | ORDER NO 23037-HMDNP | | |
|---|---|---|---|---|---|---|---|---|

You Sold

at

Symbol
CVX230421C185

1

2 1400

DESCRIPTION and DISCLOSURES
CALL (CVX) CHEVRON CORP NEW COM
APR 21 23 $185 (100 SHS)
WE HAVE ACTED AS AGENT
LOTS WITHOUT SPECIFIC SHARES
INSTRUCTIONS WILL BE DEPLETED USING
FIRST IN FIRST OUT METHOD
OPENING TRANSACTION

Principal Amount            214 00
Commission / Fees             0 65
Activity Assessment Fee       0 04
Settlement Amount           213 31

| REFERENCE NO 23037-HNYYB2 | TYPE 1* | REG REP WO# | TRADE DATE 02-06-23 | SETTLEMENT DATE 02-08-23 | CUSIP NO 76122Q105 | ORDER NO 23037-HL6RX | | |
|---|---|---|---|---|---|---|---|---|

You Sold

at

Symbol
RGP

150

17 9900

DESCRIPTION and DISCLOSURES
RESOURCES CONNECTION
INC COM STK USD0 01
WE HAVE ACTED AS AGENT
LOTS WITHOUT SPECIFIC SHARES
INSTRUCTIONS WILL BE DEPLETED USING
FIRST IN FIRST OUT METHOD
PARTIAL EXECUTION

Principal Amount          2,698 50
Activity Assessment Fee       0 07
Settlement Amount         2,698 43

| REFERENCE NO 23037-KDSFMQ | TYPE 1* | REG REP WO# | TRADE DATE 02-06-23 | SETTLEMENT DATE 02-08-23 | CUSIP NO 76122Q105 | ORDER NO 23037-HL6RX | | |
|---|---|---|---|---|---|---|---|---|

You Sold

at

Symbol
RGP

350

17 9800

DESCRIPTION and DISCLOSURES
RESOURCES CONNECTION
INC COM STK USD0 01
WE HAVE ACTED AS AGENT
LOTS WITHOUT SPECIFIC SHARES
INSTRUCTIONS WILL BE DEPLETED USING
FIRST IN FIRST OUT METHOD
PARTIAL EXECUTION

Principal Amount          6,293 00
Activity Assessment Fee       0 15
Settlement Amount         6 292 85

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE

9900410348



PO Box 28019
Albuquerque NM 87125 8019

**Transaction Confirmation**
**Confirm Date  February 9, 2023**

Page 1 of 2

Brokerage Account Number
*****0690 IRA - ROLLOVER

**CHAD C STRUVE**

9900369078

FMT CO CUST IRA ROLLOVER
FBO CHAD C STRUVE
318 WESTBURY DR
IOWA CITY IA 52245-2718

Online                                      Fidelity com
FAST®-Automated Telephone   800-544-5555
Customer Service               800-544-6666

| REFERENCE NO | TYPE | REG REP | TRADE DATE | SETTLEMENT DATE | CUSIP NO | ORDER NO | | |
|---|---|---|---|---|---|---|---|---|
| 23040-0C0RVR | 1* | W3# | 02-09-23 | 02-13-23 | 59134N104 | 23040-HQQES | | |

| | | | DESCRIPTION and DISCLOSURES | | | | | |
|---|---|---|---|---|---|---|---|---|
| You Bought | | 15,000 | META MATERIALS INC COM | | | Principal Amount | | 13,162 50 |
| at | | 8775 | ISIN #US59134N1046 SEDOL #BKSCVX7 | | | Settlement Amount | | 13,162 50 |
| Symbol | | | WE HAVE ACTED AS AGENT | | | | | |
| MMAT | | | | | | | | |

| REFERENCE NO | TYPE | REG REP | TRADE DATE | SETTLEMENT DATE | CUSIP NO | ORDER NO | | |
|---|---|---|---|---|---|---|---|---|
| 23040-0J2MNC | 1* | W3# | 02-09-23 | 02-13-23 | 59134N104 | 23040-HYP5A | | |

| | | | DESCRIPTION and DISCLOSURES | | | | | |
|---|---|---|---|---|---|---|---|---|
| You Bought | | 10 000 | META MATERIALS INC COM | | | Principal Amount | | 8 600 00 |
| at | | 8600 | ISIN #US59134N1046 SEDOL #BKSCVX7 | | | Settlement Amount | | 8 600 00 |
| Symbol | | | WE HAVE ACTED AS AGENT | | | | | |
| MMAT | | | | | | | | |

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE                      9900369078

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

FMT CO CUST IRA ROLLOVER
FBO CHAD C STRUVE
318 WESTBURY DR
IOWA CITY IA 52245-2718

If you are eligible to make a deposit please use this form for
investments in your brokerage account *****0690    only

| AMOUNT OF INVESTMENT | $ |
|---|---|

If there are sufficient funds in your brokerage core account
(or margin account), Fidelity will use those funds to cover
the trade(s) on this confirm  If you wish to deposit
additional money, use this deposit slip and make checks
payable to  NATIONAL FINANCIAL SERVICES LLC
Deposits will be made to the account listed above  Please
mail checks to the Fidelity address on this form  Refer to the
last page for instructions on depositing certificates

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH  45277 0003

FIDELITY BROKERAGE SERVICES LLC  MEMBER NYSE  SIPC

099  0239140690    00    000

Transaction Confirmation
Confirm Date  February 9, 2023

Page 2 of 2

Brokerage Account Number
*****0690 IRA - ROLLOVER

CHAD C STRUVE

| REFERENCE NO 23040-0HTVRJ | TYPE 1* | REG REP WY# | TRADE DATE 02-09-23 | SETTLEMENT DATE 02-10-23 | CUSIP NO 61368891G | ORDER NO 23040-H03ZH | | |
|---|---|---|---|---|---|---|---|---|

You Bought

100
at                 3200
Symbol
MMAT250117C1

DESCRIPTION and DISCLOSURES
CALL (MMAT) META MATERIALS INC
JAN 17 25 $1 (100 SHS)
WE HAVE ACTED AS AGENT
OPENING TRANSACTION

| | |
|---|---|
| Principal Amount | 3,200 00 |
| Commission / Fees | 65 00 |
| Activity Assessment Fee | 2 91 |
| Settlement Amount | 3,267 91 |

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE

9900369078

**REMITTANCE COUPON**



PO Box 28019
Albuquerque  NM 87125 8019

**Transaction Confirmation**
**Confirm Date  February 23, 2023**                    Page 1 of 1

Brokerage Account Number
*****0690 IRA - ROLLOVER

**CHAD C STRUVE**

9900326299

FMT CO CUST IRA ROLLOVER
FBO CHAD C STRUVE
318 WESTBURY DR
IOWA CITY IA 52245-2718

Online                              Fidelity com
FAST®-Automated Telephone           800-544-5555
Customer Service                    800-544-6666

| REFERENCE NO 23054-OCW6QX | TYPE 1* | REG REP WY# | TRADE DATE 02-23-23 | SETTLEMENT DATE 02-27-23 | CUSIP NO 59134N104 | ORDER NO 23054-HEI YC | | |
|---|---|---|---|---|---|---|---|---|

You Bought
at
Symbol
MMAT

200
66325

DESCRIPTION and DISCLOSURES
META MATERIALS INC COM
ISIN #US59134N1046 SEDOL #BKSCVX7
WE HAVE ACTED AS AGENT
PARTIAL EXECUTION

Principal Amount        132 66
Settlement Amount       132 66

| REFERENCE NO 23054-OCW6RC | TYPE 1* | REG REP WY# | TRADE DATE 02-23-23 | SETTLEMENT DATE 02-27-23 | CUSIP NO 59134N104 | ORDER NO 23054-HEI YC | | |
|---|---|---|---|---|---|---|---|---|

You Bought
at
Symbol
MMAT

24,800
6635

DESCRIPTION and DISCLOSURES
META MATERIALS INC COM
ISIN #US59134N1046 SEDOL #BKSCVX7
WE HAVE ACTED AS AGENT
PARTIAL EXECUTION

Principal Amount        16,454 80
Settlement Amount       16 454 80

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE            9900326299

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

FMT CO CUST IRA ROLLOVER
FBO CHAD C STRUVE
318 WESTBURY DR
IOWA CITY IA 52245-2718

If you are eligible to make a deposit  please use this form for
investments in your brokerage account  *****0690    only

| AMOUNT OF INVESTMENT | $ |
|---|---|

If there are sufficient funds in your brokerage core account
(or margin account), Fidelity will use those funds to cover
the trade(s) on this confirm  If you wish to deposit
additional money  use this deposit slip and make checks
payable to  NATIONAL FINANCIAL SERVICES LLC
Deposits will be made to the account listed above  Please
mail checks to the Fidelity address on this form  Refer to the
last page for instructions on depositing certificates

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH  45277 0003

FIDELITY BROKERAGE SERVICES LLC  MEMBER NYSE  SIPC

099  0239140690    00   000



PO Box 28019
Albuquerque NM 87125 8019

**Transaction Confirmation**
Confirm Date March 8, 2023

Page 1 of 3

Brokerage Account Number
*****0690 IRA - ROLLOVER

**CHAD C STRUVE**

FMT CO CUST IRA ROLLOVER
FBO CHAD C STRUVE
318 WESTBURY DR
IOWA CITY IA 52245 2718

9900301516

| | |
|---|---|
| Online | Fidelity com |
| FAST®-Automated Telephone | 800-544-5555 |
| Customer Service | 800-544-6666 |

| REFERENCE NO 23067-OFWPVC | TYPE 1* | REG REP WY# | TRADE DATE 03-08-23 | SETTLEMENT DATE 03-10-23 | CUSIP NO 59134N104 | ORDER NO 23067-HPN81 | | |
|---|---|---|---|---|---|---|---|---|
| You Bought | | 100 | DESCRIPTION and DISCLOSURES META MATERIALS INC COM | | | Principal Amount | | 54 60 |
| at | | 5460 | ISIN #US59134N1046 SEDOL #BKSCVX7 WE HAVE ACTED AS AGENT | | | Settlement Amount | | 54 60 |
| Symbol MMAT | | | PARTIAL EXECUTION | | | | | |

| REFERENCE NO 23067-OFWPZM | TYPE 1* | REG REP WY# | TRADE DATE 03-08-23 | SETTLEMENT DATE 03-10-23 | CUSIP NO 59134N104 | ORDER NO 23067-HPN81 | | |
|---|---|---|---|---|---|---|---|---|
| You Bought | | 297 | DESCRIPTION and DISCLOSURES META MATERIALS INC COM | | | Principal Amount | | 162 19 |
| at | | 5461 | ISIN #US59134N1046 SEDOL #BKSCVX7 WE HAVE ACTED AS AGENT | | | Settlement Amount | | 162 19 |
| Symbol MMAT | | | PARTIAL EXECUTION | | | | | |

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE                9900301516

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

FMT CO CUST IRA ROLLOVER
FBO CHAD C STRUVE
318 WESTBURY DR
IOWA CITY IA 52245-2718

If you are eligible to make a deposit please use this form for investments in your brokerage account *****0690 only

| AMOUNT OF INVESTMENT | $ |
|---|---|

If there are sufficient funds in your brokerage core account (or margin account) Fidelity will use those funds to cover the trade(s) on this confirm If you wish to deposit additional money, use this deposit slip and make checks payable to NATIONAL FINANCIAL SERVICES LLC Deposits will be made to the account listed above Please mail checks to the Fidelity address on this form Refer to the last page for instructions on depositing certificates

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH 45277 0003

FIDELITY BROKERAGE SERVICES LLC MEMBER NYSE SIPC

099 0239140690  00  000

**Transaction Confirmation**
**Confirm Date  March 8, 2023**

Page 2 of 3

Brokerage Account Number
*****0690 IRA - ROLLOVER

CHAD C STRUVE

| REFERENCE NO<br>23067-0FWPOD | TYPE<br>1* | REG REP<br>WY# | TRADE DATE<br>03-08-23 | SETTLEMENT DATE<br>03-10-23 | CUSIP NO<br>59134N104 | ORDER NO<br>23067-HPN81 | | |
|---|---|---|---|---|---|---|---|---|

You Bought

at

Symbol
MMAT

17 682
5498

DESCRIPTION and DISCLOSURES
META MATERIALS INC COM
ISIN #US59134N1046 SEDOL #BKSCVX7
WE HAVE ACTED AS AGENT
PARTIAL EXECUTION

Principal  Amount
Settlement  Amount

9 721 56
9,721 56

| REFERENCE NO<br>23067-0FWPOF | TYPE<br>1* | REG REP<br>WY# | TRADE DATE<br>03-08-23 | SETTLEMENT DATE<br>03-10-23 | CUSIP NO<br>59134N104 | ORDER NO<br>23067-HPN81 | | |
|---|---|---|---|---|---|---|---|---|

You Bought

at

Symbol
MMAT

300
5465

DESCRIPTION and DISCLOSURES
META MATERIALS INC COM
ISIN #US59134N1046 SEDOL #BKSCVX7
WE HAVE ACTED AS AGENT
PARTIAL EXECUTION

Principal  Amount
Settlement  Amount

163 95
163 95

| REFERENCE NO<br>23067-0FWPOL | TYPE<br>1* | REG REP<br>WY# | TRADE DATE<br>03-08-23 | SETTLEMENT DATE<br>03-10-23 | CUSIP NO<br>59134N104 | ORDER NO<br>23067-HPN81 | | |
|---|---|---|---|---|---|---|---|---|

You Bought

at

Symbol
MMAT

200
5466

DESCRIPTION and DISCLOSURES
META MATERIALS INC COM
ISIN #US59134N1046 SEDOL #BKSCVX7
WE HAVE ACTED AS AGENT
PARTIAL EXECUTION

Principal  Amount
Settlement  Amount

109 32
109 32

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE

9900301516

REMITTANCE COUPON

Transaction Confirmation                                    Page 3 of 3
Confirm Date  March 8, 2023

Brokerage Account Number
*****0690 IRA - ROLLOVER

CHAD C STRUVE

| REFERENCE NO 23067-OFWPON | TYPE 1* | REG REP WY# | TRADE DATE 03-08-23 | SETTLEMENT DATE 03-10-23 | CUSIP NO 59134N104 | ORDER NO 23067-HPN81 | | |
|---|---|---|---|---|---|---|---|---|

You Bought
           at     5,093
               5464
Symbol
MMAT

DESCRIPTION and DISCLOSURES
META MATERIALS INC COM
ISIN #US59134N1046 SEDOL #BKSCVX7
WE HAVE ACTED AS AGENT
PARTIAL EXECUTION

Principal Amount       2,782 82
Settlement Amount    2,782 82

| REFERENCE NO 23067-OFWPOP | TYPE 1* | REG REP WY# | TRADE DATE 03-08-23 | SETTLEMENT DATE 03-10-23 | CUSIP NO 59134N104 | ORDER NO 23067-HPN81 | | |
|---|---|---|---|---|---|---|---|---|

You Bought
           at     1,328
               5467
Symbol
MMAT

DESCRIPTION and DISCLOSURES
META MATERIALS INC COM
ISIN #US59134N1046 SEDOL #BKSCVX7
WE HAVE ACTED AS AGENT
PARTIAL EXECUTION

Principal Amount         726 02
Settlement Amount      726 02

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE

9900301516



PO Box 28019 ,
Albuquerque  NM 87125 8019

**Transaction Confirmation**
**Confirm Date  March 17, 2023**                    Page 1 of 3

Brokerage Account Number
*****0690 IRA - ROLLOVER

**CHAD C STRUVE**

FMT CO CUST IRA ROLLOVER
FBO CHAD C STRUVE                           9900370917
318 WESTBURY DR
IOWA CITY IA 52245 2718

| | |
|---|---|
| Online | Fidelity com |
| FAST®-Automated Telephone | 800-544-5555 |
| Customer Service | 800-544-6666 |

| REFERENCE NO | TYPE | REG REP | TRADE DATE | SETTLEMENT DATE | CUSIP NO | ORDER NO | | |
|---|---|---|---|---|---|---|---|---|
| 23076-JLJBVH | 1* | WY# | 03-17-23 | 03-21-23 | 105861306 | 23076-G08Q1 | | |

You Sold

        250

    at  13 6950

Symbol

ATLX

DESCRIPTION and DISCLOSURES
ATLAS LITHIUM CORP COM NEW
WE HAVE ACTED AS AGENT
LOTS WITHOUT SPECIFIC SHARES
INSTRUCTIONS WILL BE DEPLETED USING
FIRST IN FIRST OUT METHOD

| | | |
|---|---|---|
| Principal Amount | 3,423 | 75 |
| Activity Assessment Fee | 0 | 03 |
| Settlement Amount | 3 423 | 72 |

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE                           9900370917

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

FMT CO CUST IRA ROLLOVER
FBO CHAD C STRUVE
318 WESTBURY DR
IOWA CITY IA 52245-2718

If you are eligible to make a deposit, please use this form for investments in your brokerage account  *****0690   only

| AMOUNT OF INVESTMENT | $ |
|---|---|

If there are sufficient funds in your brokerage core account (or margin account), Fidelity will use those funds to cover the trade(s) on this confirm  If you wish to deposit additional money  use this deposit slip and make checks payable to  NATIONAL FINANCIAL SERVICES LLC  Deposits will be made to the account listed above  Please mail checks to the Fidelity address on this form  Refer to the last page for instructions on depositing certificates

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH  45277 0003

FIDELITY BROKERAGE SERVICES LLC  MEMBER NYSE  SIPC

099  0239140690   00 ˅ 000

Transaction Confirmation                     Page 2 of 3
Confirm Date  March 17, 2023

Brokerage Account Number
*****0690 IRA - ROLLOVER

CHAD C STRUVE

| REFERENCE NO 23076-MVZK6X | TYPE 1* | REG REP WY# | TRADE DATE 03-17-23 | SETTLEMENT DATE 03-21-23 | CUSIP NO 37955R107 | ORDER NO 23076-HFLOS | | |
|---|---|---|---|---|---|---|---|---|

You Sold

      2 500
at     1 7200
Symbol
GTII

DESCRIPTION and DISCLOSURES
GLOBAL TECH INDS GROUP INC COM
WE HAVE ACTED AS AGENT
LOTS WITHOUT SPECIFIC SHARES
INSTRUCTIONS WILL BE DEPLETED USING
FIRST IN FIRST OUT METHOD

Principal Amount          4,300 00
Activity Assessment Fee       0 04
Settlement Amount         4 299 96

| REFERENCE NO 23076-KWXS74 | TYPE 1* | REG REP WY# | TRADE DATE 03-17-23 | SETTLEMENT DATE 03-21-23 | CUSIP NO 499238103 | ORDER NO 23076-G1ILN | | |
|---|---|---|---|---|---|---|---|---|

You Bought

      41
at     8200
Symbol
KNW

DESCRIPTION and DISCLOSURES
KNOW LABS INC COM NEW
WE HAVE ACTED AS AGENT
PARTIAL EXECUTION

Principal Amount             33 62
Settlement Amount            33 62

| REFERENCE NO 23076-0B9GKW | TYPE 1* | REG REP WY# | TRADE DATE 03-17-23 | SETTLEMENT DATE 03-21-23 | CUSIP NO 499238103 | ORDER NO 23076-G1ILN | | |
|---|---|---|---|---|---|---|---|---|

You Bought

     4,959
at     8200
Symbol
KNW

DESCRIPTION and DISCLOSURES
KNOW LABS INC COM NEW
WE HAVE ACTED AS AGENT
PARTIAL EXECUTION

Principal Amount          4 066 38
Settlement Amount         4,066 38

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE          9900370917

REMITTANCE COUPON

Transaction Confirmation
Confirm Date  March 17, 2023

Page 3 of 3

Brokerage Account Number
*****0690 IRA - ROLLOVER

CHAD C STRUVE

| REFERENCE NO 23076-0B0GLQ | TYPE 1* | REG REP WY# | TRADE DATE 03-17-23 | SETTLEMENT DATE 03-21-23 | CUSIP NO 59134N104 | ORDER NO 23076-G13NH | | |
|---|---|---|---|---|---|---|---|---|

You Bought

|  | 25 000 | DESCRIPTION and DISCLOSURES META MATERIALS INC COM | Principal Amount | 12,250 00 |
|---|---|---|---|---|

```
You  Bought                DESCRIPTION and DISCLOSURES
             25 000         META MATERIALS INC COM          Principal Amount      12,250 00
       at    4900           ISIN #US59134N1046 SEDOL #BKSCVX7  Settlement Amount   12,250 00
Symbol                     WE HAVE ACTED AS AGENT
MMAT
```

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE

9900370917



PO Box 28019
Albuquerque NM 87125 8019

**Transaction Confirmation**
Confirm Date March 20, 2023                    Page 1 of 1

Brokerage Account Number
*****0690 IRA - ROLLOVER

**CHAD C STRUVE**

9900404928

FMT CO CUST IRA ROLLOVER
FBO CHAD C STRUVE
318 WESTBURY DR
IOWA CITY IA 52245-2718

| | | |
|---|---|---|
| Online | | Fidelity com |
| FAST®-Automated Telephone | | 800-544-5555 |
| Customer Service | | 800-544-6666 |

| REFERENCE NO<br>23079-0C6RPG | TYPE<br>1* | REG REP<br>WY# | TRADE DATE<br>03-20-23 | SETTLEMENT DATE<br>03-22-23 | CUSIP NO<br>59134N104 | ORDER NO<br>23079-HI LB6 | | |
|---|---|---|---|---|---|---|---|---|

You Bought
at
Symbol
MMAT

25,000
5397

DESCRIPTION and DISCLOSURES
META MATERIALS INC COM
ISIN #US59134N1046 SEDOL #BKSCVX7
WE HAVE ACTED AS AGENT

Pri nci pal Amount        13 492 50
Settl ement Amount       13,492 50

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE                    9900404928

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

FMT CO CUST IRA ROLLOVER
FBO CHAD C STRUVE
318 WESTBURY DR
IOWA CITY IA 52245 2718

If you are eligible to make a deposit, please use this form for
investments in your brokerage account  *****0690   only

| AMOUNT OF INVESTMENT | $ |
|---|---|

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH  45277 0003

If there are sufficient funds in your brokerage core account
(or margin account), Fidelity will use those funds to cover
the trade(s) on this confirm  If you wish to deposit
additional money  use this deposit slip and make checks
payable to  NATIONAL FINANCIAL SERVICES LLC
Deposits will be made to the account listed above   Please
mail checks to the Fidelity address on this form  Refer to the
last page for instructions on depositing certificates

FIDELITY BROKERAGE SERVICES LLC  MEMBER NYSE  SIPC

099  0239140690    00   000



PO Box 28019
Albuquerque NM 87125 8019

**Transaction Confirmation**
Confirm Date March 28, 2023

Page 1 of 1

Brokerage Account Number
*****0690 IRA - ROLLOVER

**CHAD C STRUVE**

FMT CO CUST IRA ROLLOVER
FBO CHAD C STRUVE
318 WESTBURY DR
IOWA CITY IA 52245 2718

9900281151

Online                              Fidelity com
FAST®-Automated Telephone           800-544-5555
Customer Service                    800-544-6666

| REFERENCE NO 23087-0DPBWD | TYPE 1* | REG REP WY# | TRADE DATE 03-28-23 | SETTLEMENT DATE 03-30-23 | CUSIP NO 59134N104 | ORDER NO 23087-HGB3E | | |
|---|---|---|---|---|---|---|---|---|

You Bought
          50,000
    at     4250
Symbol
MMAT

DESCRIPTION and DISCLOSURES
META MATERIALS INC COM
ISIN #US59134N1046 SEDOL #BKSCVX7
WE HAVE ACTED AS AGENT

Principal Amount    21 250 00
Settlement Amount    21,250 00

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE

9900281151

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

FMT CO CUST IRA ROLLOVER
FBO CHAD C STRUVE
318 WESTBURY DR
IOWA CITY IA 52245 2718

If you are eligible to make a deposit please use this form for
investments in your brokerage account *****0690 only

| AMOUNT OF INVESTMENT | $ |
|---|---|

If there are sufficient funds in your brokerage core account
(or margin account) Fidelity will use those funds to cover
the trade(s) on this confirm If you wish to deposit
additional money use this deposit slip and make checks
payable to NATIONAL FINANCIAL SERVICES LLC
Deposits will be made to the account listed above Please
mail checks to the Fidelity address on this form Refer to the
last page for instructions on depositing certificates

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH 45277 0003

FIDELITY BROKERAGE SERVICES LLC MEMBER NYSE SIPC

099 0239140690 00 000



PO Box 28019
Albuquerque  NM 87125 8019

**Transaction Confirmation**
**Confirm Date  April 14, 2023**

Page 1 of 2

Brokerage Account Number
*****0690 IRA - ROLLOVER

**CHAD C STRUVE**

FMT CO CUST IRA ROLLOVER
FBO CHAD C STRUVE
318 WESTBURY DR
IOWA CITY IA 52245 2718

9900331977

| | |
|---|---|
| Online | Fidelity com |
| FAST®-Automated Telephone | 800-544-5555 |
| Customer Service | 800-544-6666 |

| REFERENCE NO 23104-OBTCLP | TYPE 1* | REG REP WY# | TRADE DATE 04-14-23 | SETTLEMENT DATE 04-18-23 | CUSIP NO 59134N104 | ORDER NO 23104-GZVBL | | |
|---|---|---|---|---|---|---|---|---|

You Bought
at
Symbol
MMAT

25,000
2167

DESCRIPTION and DISCLOSURES
META MATERIALS INC COM
ISIN #US59134N1046 SEDOL #BKSCVX7
WE HAVE ACTED AS AGENT

Principal Amount    5,417 50
Settlement Amount   5,417 50

| REFERENCE NO 23104-OBV8PQ | TYPE 1* | REG REP WY# | TRADE DATE 04-14-23 | SETTLEMENT DATE 04-18-23 | CUSIP NO 59134N104 | ORDER NO 23104-GOZ6S | | |
|---|---|---|---|---|---|---|---|---|

You Bought
at
Symbol
MMAT

25 000
2220

DESCRIPTION and DISCLOSURES
META MATERIALS INC COM
ISIN #US59134N1046 SEDOL #BKSCVX7
WE HAVE ACTED AS AGENT

Principal Amount    5,550 00
Settlement Amount   5 550 00

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE    9900331977

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

FMT CO CUST IRA ROLLOVER
FBO CHAD C STRUVE
318 WESTBURY DR
IOWA CITY IA 52245-2718

If you are eligible to make a deposit, please use this form for
investments in your brokerage account *****0690    only

| AMOUNT OF INVESTMENT | $ |
|---|---|

If there are sufficient funds in your brokerage core account
(or margin account), Fidelity will use those funds to cover
the trade(s) on this confirm  If you wish to deposit
additional money, use this deposit slip and make checks
payable to  NATIONAL FINANCIAL SERVICES LLC
Deposits will be made to the account listed above  Please
mail checks to the Fidelity address on this form  Refer to the
last page for instructions on depositing certificates

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH  45277 0003

FIDELITY BROKERAGE SERVICES LLC  MEMBER NYSE  SIPC

099  0239140690    00    000

Transaction Confirmation
Confirm Date  April 14, 2023

Page 2 of 2

Brokerage Account Number
*****0690 IRA - ROLLOVER

CHAD C STRUVE

| REFERENCE NO 23104-0BZFPT | TYPE 1* | REG REP WY# | TRADE DATE 04-14-23 | SETTLEMENT DATE 04-18-23 | CUSIP NO 59134N104 | ORDER NO 23104-G20HC | | |
|---|---|---|---|---|---|---|---|---|

You Bought
      at
Symbol
MMAT

| | 100,000 2230 | DESCRIPTION and DISCLOSURES META MATERIALS INC COM ISIN #US59134N1046 SEDOL #BKSCVX7 WE HAVE ACTED AS AGENT | | Principal  Amount Settlement  Amount | 22,300 00 22,300 00 |
|---|---|---|---|---|---|

| REFERENCE NO 23104-0DSG7D | TYPE 1* | REG REP WY# | TRADE DATE 04-14-23 | SETTLEMENT DATE 04-18-23 | CUSIP NO 59134N104 | ORDER NO 23104-HGEQD | | |
|---|---|---|---|---|---|---|---|---|

You Bought
      at
Symbol
MMAT

| | 100,000 2250 | DESCRIPTION and DISCLOSURES META MATERIALS INC COM ISIN #US59134N1046 SEDOL #BKSCVX7 WE HAVE ACTED AS AGENT | | Principal  Amount Settlement  Amount | 22 500 00 22 500 00 |
|---|---|---|---|---|---|

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE

9900331977

**REMITTANCE COUPON**



PO Box 28019
Albuquerque NM 87125 8019

**Transaction Confirmation**
Confirm Date  July 12, 2023

Page 1 of 3

Brokerage Account Number
*****0690 IRA - ROLLOVER

**CHAD C STRUVE**

9900393951

FMT CO CUST IRA ROLLOVER
FBO CHAD C STRUVE
318 WESTBURY DR
IOWA CITY IA 52245-2718

Online                                    Fidelity com
FAST®-Automated Telephone   800-544-5555
Customer Service              800-544-6666

| REFERENCE NO 23193-J1S31G | TYPE 1* | REG REP WY# | TRADE DATE 07-12-23 | SETTLEMENT DATE 07-14-23 | CUSIP NO 18452W104 | ORDER NO 23193-HPWOV | | |
|---|---|---|---|---|---|---|---|---|
| You Bought | | 100,000 | DESCRIPTION and DISCLOSURES CLEAN VISION CORP COM | | Principal Amount | | | 2 900 00 |
| at | | 0290 | WE HAVE ACTED AS AGENT | | Settlement Amount | | | 2,900 00 |
| Symbol CLNV | | | | | | | | |

| REFERENCE NO 23193-ODK8HK | TYPE 1* | REG REP WY# | TRADE DATE 07-12-23 | SETTLEMENT DATE 07-14-23 | CUSIP NO 59134N104 | ORDER NO 23193-HK1E0 | | |
|---|---|---|---|---|---|---|---|---|
| You Bought | | 50,000 | DESCRIPTION and DISCLOSURES META MATERIALS INC COM | | Principal Amount | | | 9,440 00 |
| at | | 1888 | ISIN #US59134N1046 SEDOL #BKSCVX7 | | Settlement Amount | | | 9 440 00 |
| Symbol MMAT | | | WE HAVE ACTED AS AGENT | | | | | |

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE          9900393951

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

FMT CO CUST IRA ROLLOVER
FBO CHAD C STRUVE
318 WESTBURY DR
IOWA CITY IA 52245 2718

If you are eligible to make a deposit please use this form for investments in your brokerage account *****0690  only

| AMOUNT OF INVESTMENT | $ |
|---|---|

If there are sufficient funds in your brokerage core account (or margin account), Fidelity will use those funds to cover the trade(s) on this confirm  If you wish to deposit additional money, use this deposit slip and make checks payable to  NATIONAL FINANCIAL SERVICES LLC  Deposits will be made to the account listed above  Please mail checks to the Fidelity address on this form  Refer to the last page for instructions on depositing certificates

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH  45277 0003

FIDELITY BROKERAGE SERVICES LLC  MEMBER NYSE  SIPC

099  0239140690    00   000

**Transaction Confirmation**
**Confirm Date  July 12, 2023**                    Page 2 of 3

Brokerage Account Number
*****0690 IRA - ROLLOVER

**CHAD C STRUVE**

| REFERENCE NO 23193-ODNWGP | TYPE 2* | REG REP WY# | TRADE DATE 07-12-23 | SETTLEMENT DATE 07-13-23 | CUSIP NO 6549389VP | ORDER NO 23193-HMPGE | | |
|---|---|---|---|---|---|---|---|---|
| You Bought | | | DESCRIPTION and DISCLOSURES | | | | | |
| | 10 | | CALL (WULF) TERAWULF INC COM | | | Principal Amount | | 90 00 |
| at | 0900 | | JUL 21 23 $4 (100 SHS) | | | Commission / Fees | | 4 50 |
| Symbol | | | WE HAVE ACTED AS AGENT | | | Activity Assessment Fee | | 0 29 |
| WULF230721C4 | | | OPENING TRANSACTION | | | Settlement Amount | | 94 79 |

| REFERENCE NO 23193-ODHS4Z | TYPE 2* | REG REP WY# | TRADE DATE 07-12-23 | SETTLEMENT DATE 07-13-23 | CUSIP NO 6611499SQ | ORDER NO 23193-HJ1JP | | |
|---|---|---|---|---|---|---|---|---|
| You Bought | | | DESCRIPTION and DISCLOSURES | | | | | |
| | 1 | | CALL (FNGR) FINGERMOTION INC COM | | | Principal Amount | | 75 00 |
| at | 7500 | | JUL 21 23 $7 (100 SHS) | | | Commission / Fees | | 0 65 |
| Symbol | | | WE HAVE ACTED AS AGENT | | | Activity Assessment Fee | | 0 03 |
| FNGR230721C7 | | | PARTIAL EXECUTION OPENING TRANSACTION | | | Settlement Amount | | 75 68 |

| REFERENCE NO 23193-ODHS5J | TYPE 2* | REG REP WY# | TRADE DATE 07-12-23 | SETTLEMENT DATE 07-13-23 | CUSIP NO 6611499SQ | ORDER NO 23193-HJ1JP | | |
|---|---|---|---|---|---|---|---|---|
| You Bought | | | DESCRIPTION and DISCLOSURES | | | | | |
| | 4 | | CALL (FNGR) FINGERMOTION INC COM | | | Principal Amount | | 300 00 |
| at | 7500 | | JUL 21 23 $7 (100 SHS) | | | Commission / Fees | | 2 60 |
| Symbol | | | WE HAVE ACTED AS AGENT | | | Activity Assessment Fee | | 0 12 |
| FNGR230721C7 | | | PARTIAL EXECUTION OPENING TRANSACTION | | | Settlement Amount | | 302 72 |

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE          9900393951

**REMITTANCE COUPON**

**Transaction Confirmation**
Confirm Date  July 12, 2023

Page 3 of 3

Brokerage Account Number
*****0690 IRA - ROLLOVER

CHAD C STRUVE

| REFERENCE NO<br>23193-0C25CB | TYPE<br>1* | REG REP<br>WY# | TRADE DATE<br>07-12-23 | SETTLEMENT DATE<br>07-13-23 | CUSIP NO<br>66292590K | ORDER NO<br>23193-HFSF2 | | |
|---|---|---|---|---|---|---|---|---|

| | | DESCRIPTION and DISCLOSURES | | |
|---|---|---|---|---|
| You Bought | | CALL (FNGR) FINGERMOTION INC COM | Principal Amount | 320 00 |
| | 5 | AUG 18 23 $14 (100 SHS) | Commission / Fees | 3 25 |
| at | 6400 | WE HAVE ACTED AS AGENT | Activity Assessment Fee | 0 15 |
| Symbol | | OPENING TRANSACTION | Settlement Amount | 323 40 |
| FNGR230818C14 | | | | |

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE

9900393951



PO Box 28019
Albuquerque  NM 87125 8019

**Transaction Confirmation**
**Confirm Date  August 3, 2023**                          Page 1 of 3

Brokerage Account Number
**\*\*\*\*\*0690 IRA - ROLLOVER**

**CHAD C STRUVE**

9900398566

FMT CO CUST IRA ROLLOVER
FBO CHAD C STRUVE
318 WESTBURY DR
IOWA CITY IA 52245 2718

Online                          Fidelity com
FAST®-Automated Telephone       800-544-5555
Customer Service                800-544-6666

| REFERENCE NO 23215-J73WB4 | TYPE 1* | REG REP WY# | TRADE DATE 08-03-23 | SETTLEMENT DATE 08-07-23 | CUSIP NO 075896100 | ORDER NO 23215-HTAVG | | |
|---|---|---|---|---|---|---|---|---|
| You  Bought | | | **DESCRIPTION and DISCLOSURES** BED BATH AND BEYOND COM USD0 01 | | | Pri nci pal  Amount | | 19 350 00 |
| at | 75, 000 2580 | | WE HAVE ACTED AS AGENT | | | Settl ement  Amount | | 19,350 00 |
| Symbol BBBYQ | | | | | | | | |

| REFERENCE NO 23215-KHN3TB | TYPE 1* | REG REP WY# | TRADE DATE 08-03-23 | SETTLEMENT DATE 08-07-23 | CUSIP NO 18452W104 | ORDER NO 23215-G92MD | | |
|---|---|---|---|---|---|---|---|---|
| You  Bought | | | **DESCRIPTION and DISCLOSURES** CLEAN VISION CORP COM | | | Pri nci pal  Amount | | 6, 250 00 |
| at | 250, 000 0250 | | WE HAVE ACTED AS AGENT | | | Settl ement  Amount | | 6 250 00 |
| Symbol CLNV | | | | | | | | |

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE                          9900398566

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

FMT CO CUST IRA ROLLOVER
FBO CHAD C STRUVE
318 WESTBURY DR
IOWA CITY IA 52245 2718

If you are eligible to make a deposit, please use this form for
investments in your brokerage account  **\*\*\*\*\*0690**    only

| AMOUNT OF INVESTMENT | $ |
|---|---|

If there are sufficient funds in your brokerage core account
(or margin account), Fidelity will use those funds to cover
the trade(s) on this confirm  If you wish to deposit
additional money  use this deposit slip and make checks
payable to  NATIONAL FINANCIAL SERVICES LLC
Deposits will be made to the account listed above  Please
mail checks to the Fidelity address on this form  Refer to the
last page for instructions on depositing certificates

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH  45277 0003

FIDELITY BROKERAGE SERVICES LLC  MEMBER NYSE  SIPC

099  0239140690    00   000

**Transaction Confirmation**
Confirm Date  August 3, 2023

Page 2 of 3

Brokerage Account Number
*****0690 IRA - ROLLOVER

CHAD C STRUVE

| REFERENCE NO 23215-0FP5MB | TYPE 1* | REG REP WY# | TRADE DATE 08-03-23 | SETTLEMENT DATE 08-07-23 | CUSIP NO 59134N104 | ORDER NO 23215-HKI KL | | |
|---|---|---|---|---|---|---|---|---|

You Bought

12, 780  at  2450

Symbol
MMAT

DESCRIPTION and DISCLOSURES
META MATERIALS INC COM
ISIN #US59134N1046 SEDOL #BKSCVX7
WE HAVE ACTED AS AGENT
PARTIAL EXECUTION

Principal Amount    3, 131  10
Settlement Amount   3, 131  10

| REFERENCE NO 23215-0GW9LB | TYPE 1* | REG REP WY# | TRADE DATE 08-03-23 | SETTLEMENT DATE 08-07-23 | CUSIP NO 59134N104 | ORDER NO 23215-HSAPM | | |
|---|---|---|---|---|---|---|---|---|

You Bought

37  220  at  2480

Symbol
MMAT

DESCRIPTION and DISCLOSURES
META MATERIALS INC COM
ISIN #US59134N1046 SEDOL #BKSCVX7
WE HAVE ACTED AS AGENT

Principal Amount    9 230  53
Settlement Amount   9, 230  53

| REFERENCE NO 23215-0FP83B | TYPE 1* | REG REP WY# | TRADE DATE 08-03-23 | SETTLEMENT DATE 08-04-23 | CUSIP NO 6136889MK | ORDER NO 23215-HKOEP | | |
|---|---|---|---|---|---|---|---|---|

You Bought

19  0900  at

Symbol
MMAT250117CO 5

DESCRIPTION and DISCLOSURES
CALL (MMAT) META MATERIALS INC
JAN 17 25 $ 5 (100 SHS)
WE HAVE ACTED AS AGENT
PARTIAL EXECUTION OPENING TRANSACTION

Principal Amount             171  00
Commission / Fees              8  55
Activity Assessment Fee        0  57
Settlement Amount            180  12

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE

9900398566

REMITTANCE COUPON

**Transaction Confirmation**
**Confirm Date  August 3, 2023**

Page 3 of 3

Brokerage Account Number
*****0690 IRA - ROLLOVER

CHAD C STRUVE

| REFERENCE NO 23215-0FP83C | TYPE 1* | REG REP WY# | TRADE DATE 08-03-23 | SETTLEMENT DATE 08-04-23 | CUSIP NO 6136889MK | ORDER NO 23215-HK0ER | | |
|---|---|---|---|---|---|---|---|---|

You Bought
      at
Symbol
MMAT250117C0 5

2
0900

**DESCRIPTION and DISCLOSURES**
CALL (MMAT) META MATERIALS INC
JAN 17 25 $ 5 (100 SHS)
WE HAVE ACTED AS AGENT
PARTIAL EXECUTION OPENING TRANSACTION

| | |
|---|---|
| Principal Amount | 18 00 |
| Commission / Fees | 0 90 |
| Activity Assessment Fee | 0 06 |
| Settlement Amount | 18 96 |

| REFERENCE NO 23215-0FP84G | TYPE 1* | REG REP WY# | TRADE DATE 08-03-23 | SETTLEMENT DATE 08-04-23 | CUSIP NO 6136889MK | ORDER NO 23215-HK0ER | | |
|---|---|---|---|---|---|---|---|---|

You Bought
      at
Symbol
MMAT250117C0 5

179
0900

**DESCRIPTION and DISCLOSURES**
CALL (MMAT) META MATERIALS INC
JAN 17 25 $ 5 (100 SHS)
WE HAVE ACTED AS AGENT
PARTIAL EXECUTION OPENING TRANSACTION

| | |
|---|---|
| Principal Amount | 1,611 00 |
| Commission / Fees | 80 55 |
| Activity Assessment Fee | 5 38 |
| Settlement Amount | 1,696 93 |

| REFERENCE NO 23215-0FVCLL | TYPE 1* | REG REP WY# | TRADE DATE 08-03-23 | SETTLEMENT DATE 08-04-23 | CUSIP NO 6365999AA | ORDER NO 23215-HMJWB | | |
|---|---|---|---|---|---|---|---|---|

You Bought
      at
Symbol
GNS230915C4

50
2000

**DESCRIPTION and DISCLOSURES**
CALL (GNS) GENIUS GROUP LTD COM
SEP 15 23 $4 (100 SHS)
WE HAVE ACTED AS AGENT
OPENING TRANSACTION

| | |
|---|---|
| Principal Amount | 1,000 00 |
| Commission / Fees | 32 50 |
| Activity Assessment Fee | 1 50 |
| Settlement Amount | 1,034 00 |

| REFERENCE NO 23215-0FR8MB | TYPE 2* | REG REP WY# | TRADE DATE 08-03-23 | SETTLEMENT DATE 08-04-23 | CUSIP NO 658951900 | ORDER NO 23215-HLG64 | | |
|---|---|---|---|---|---|---|---|---|

You Bought
      at
Symbol
GNS230818C1

10
1400

**DESCRIPTION and DISCLOSURES**
CALL (GNS) GENIUS GROUP LTD COM
AUG 18 23 $1 (100 SHS)
WE HAVE ACTED AS AGENT
OPENING TRANSACTION

| | |
|---|---|
| Principal Amount | 140 00 |
| Commission / Fees | 6 50 |
| Activity Assessment Fee | 0 30 |
| Settlement Amount | 146 80 |

| REFERENCE NO 23215-0FS5JN | TYPE 2* | REG REP WY# | TRADE DATE 08-03-23 | SETTLEMENT DATE 08-04-23 | CUSIP NO 6663519RN | ORDER NO 23215-HLSPF | | |
|---|---|---|---|---|---|---|---|---|

You Bought
      at
Symbol
GNS230908C1

100
2000

**DESCRIPTION and DISCLOSURES**
CALL (GNS) GENIUS GROUP LTD COM
SEP 08 23 $1 (100 SHS)
WE HAVE ACTED AS AGENT
OPENING TRANSACTION

| | |
|---|---|
| Principal Amount | 2,000 00 |
| Commission / Fees | 65 00 |
| Activity Assessment Fee | 3 01 |
| Settlement Amount | 2,068 01 |

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE

9900398566



PO Box 28019
Albuquerque  NM 87125 8019

**Transaction Confirmation**
Confirm Date  November 8, 2023                    Page 1 of 1

Brokerage Account Number
*****0690 IRA - ROLLOVER

**CHAD C STRUVE**

9900311967

FMT CO CUST IRA ROLLOVER
FBO CHAD C STRUVE
318 WESTBURY DR
IOWA CITY IA 52245-2718

| | | |
|---|---|---|
| Online | Fidelity com | |
| FAST®-Automated Telephone | 800-544-5555 | |
| Customer Service | 800-544-6666 | |

| REFERENCE NO 23312-0BG67B | TYPE 1* | REG REP OPT | TRADE DATE 11-07-23 | SETTLEMENT DATE 11-09-23 | CUSIP NO 59134N104 | ORDER NO 23312-GZF8Y | | |
|---|---|---|---|---|---|---|---|---|

You Bought                    DESCRIPTION and DISCLOSURES
                  500       META MATERIALS INC COM              Principal Amount        250 00
       at         5000      ISIN #US59134N1046 SEDOL #BKSCVX7   Settlement Amount       250 00
Symbol                      WE HAVE ACTED AS AGENT  ASSIGNED PUTS
MMAT

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE                          9900311967

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

FMT CO CUST IRA ROLLOVER
FBO CHAD C STRUVE
318 WESTBURY DR
IOWA CITY IA 52245 2718

If you are eligible to make a deposit  please use this form for
investments in your brokerage account  *****0690    only

| AMOUNT OF INVESTMENT | $ |
|---|---|

If there are sufficient funds in your brokerage core account
(or margin account)  Fidelity will use those funds to cover
the trade(s) on this confirm  If you wish to deposit
additional money  use this deposit slip and make checks
payable to  NATIONAL FINANCIAL SERVICES LLC
Deposits will be made to the account listed above  Please
mail checks to the Fidelity address on this form  Refer to the
last page for instructions on depositing certificates

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH  45277-0003

FIDELITY BROKERAGE SERVICES LLC  MEMBER NYSE  SIPC

099  0239140690   00   000



PO Box 28019
Albuquerque NM 87125 8019

**Transaction Confirmation**
Confirm Date  November 24, 2023                        Page 1 of 1

Brokerage Account Number
*****0690 IRA - ROLLOVER

**CHAD C STRUVE**

9900224114

FMT CO CUST IRA ROLLOVER
FBO CHAD C STRUVE
318 WESTBURY DR
IOWA CITY IA 52245-2718

Online                               Fidelity com
FAST®-Automated Telephone            800-544-5555
Customer Service                     800-544-6666

| REFERENCE NO 23328-OBK3OD | TYPE 1* | REG REP OPT | TRADE DATE 11-22-23 | SETTLEMENT DATE 11-27-23 | CUSIP NO 59134N104 | ORDER NO 23327-GYZL8 | | |
|---|---|---|---|---|---|---|---|---|

You Bought

at

Symbol
MMAT

2,100
5000

DESCRIPTION and DISCLOSURES
META MATERIALS INC COM
ISIN #US59134N1046 SEDOL #BKSCVX7
WE HAVE ACTED AS AGENT   ASSIGNED PUTS

Principal Amount          1 050 00
Settlement Amount         1,050 00

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE                9900224114

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

FMT CO CUST IRA ROLLOVER
FBO CHAD C STRUVE
318 WESTBURY DR
IOWA CITY IA 52245 2718

If you are eligible to make a deposit  please use this form for
investments in your brokerage account  *****0690   only

| AMOUNT OF INVESTMENT | $ |
|---|---|

If there are sufficient funds in your brokerage core account
(or margin account), Fidelity will use those funds to cover
the trade(s) on this confirm  If you wish to deposit
additional money, use this deposit slip and make checks
payable to  NATIONAL FINANCIAL SERVICES LLC
Deposits will be made to the account listed above  Please
mail checks to the Fidelity address on this form  Refer to the
last page for instructions on depositing certificates

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH  45277 0003

FIDELITY BROKERAGE SERVICES LLC  MEMBER NYSE  SIPC

099  0239140690    00   000



PO Box 28019
Albuquerque  NM 87125 8019

**Transaction Confirmation**
Confirm Date  December 11, 2023                    Page 1 of 1

Brokerage Account Number
*****0690 IRA - ROLLOVER

**CHAD C STRUVE**

FMT CO CUST IRA ROLLOVER                9900443440
FBO CHAD C STRUVE
318 WESTBURY DR                                    Online                      Fidelity com
IOWA CITY IA 52245-2718                            FAST®-Automated Telephone    800-544-5555
                                                   Customer Service            800-544-6666

| REFERENCE NO<br>23345-OBMKSF | TYPE<br>1* | REG REP<br>OPT | TRADE DATE<br>12-08-23 | SETTLEMENT DATE<br>12-12-23 | CUSIP NO<br>59134N104 | ORDER NO<br>23343-GZ65Q | | |
|---|---|---|---|---|---|---|---|---|
| You Bought | | 4,900 | DESCRIPTION and DISCLOSURES<br>META MATERIALS INC COM | | Principal Amount | | | 2 450 00 |
| at | | 5000 | ISIN #US59134N1046 SEDOL #BKSCVX7 | | Settlement Amount | | | 2,450 00 |
| Symbol | | | WE HAVE ACTED AS AGENT   ASSIGNED PUTS | | | | | |
| MMAT | | | | | | | | |

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE                9900443440

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

FMT CO CUST IRA ROLLOVER                        If you are eligible to make a deposit  please use this form for
FBO CHAD C STRUVE                               investments in your brokerage account  *****0690    only
318 WESTBURY DR
IOWA CITY IA 52245 2718
                                                | AMOUNT OF INVESTMENT | $ |
                                                |---|---|

                                                If there are sufficient funds in your brokerage core account
                                                (or margin account)  Fidelity will use those funds to cover
                                                the trade(s) on this confirm  If you wish to deposit
FIDELITY INVESTMENTS                            additional money  use this deposit slip and make checks
PO BOX 770001                                   payable to  NATIONAL FINANCIAL SERVICES LLC
CINCINNATI OH  45277 0003                       Deposits will be made to the account listed above  Please
                                                mail checks to the Fidelity address on this form  Refer to the
                                                last page for instructions on depositing certificates

FIDELITY BROKERAGE SERVICES LLC  MEMBER NYSE  SIPC

                                                                  099  0239140690   00   000



PO Box 28019
Albuquerque NM 87125 8019

Transaction Confirmation                          Page 1 of 1
Confirm Date  December 27, 2023

Brokerage Account Number
*****0690 IRA - ROLLOVER

CHAD C STRUVE

9900395784

FMT CO CUST IRA ROLLOVER
FBO CHAD C STRUVE
318 WESTBURY DR
IOWA CITY IA 52245-2718

Online                          Fidelity com
FAST®-Automated Telephone       800-544-5555
Customer Service                800-544-6666

| REFERENCE NO 23361-0BL8TG | TYPE 1* | REG REP OPT | TRADE DATE 12-26-23 | SETTLEMENT DATE 12-28-23 | CUSIP NO 59134N104 | ORDER NO 23361-G0FLE | | |
|---|---|---|---|---|---|---|---|---|

You Bought        1,000     DESCRIPTION and DISCLOSURES       Principal Amount      500 00
                            META MATERIALS INC COM            Settlement Amount     500 00
        at        5000      ISIN #US59134N1046 SEDOL #BKSCVX7
Symbol                      WE HAVE ACTED AS AGENT  ASSIGNED PUTS
MMAT

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE            9900395784

FMT CO CUST IRA ROLLOVER
FBO CHAD C STRUVE
318 WESTBURY DR
IOWA CITY IA 52245-2718

If you are eligible to make a deposit please use this form for
investments in your brokerage account  *****0690   only

AMOUNT OF INVESTMENT  | $

If there are sufficient funds in your brokerage core account
(or margin account)  Fidelity will use those funds to cover
the trade(s) on this confirm  If you wish to deposit
additional money  use this deposit slip and make checks
payable to  NATIONAL FINANCIAL SERVICES LLC
Deposits will be made to the account listed above  Please
mail checks to the Fidelity address on this form  Refer to the
last page for instructions on depositing certificates

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH  45277 0003

FIDELITY BROKERAGE SERVICES LLC  MEMBER NYSE  SIPC

099  0239140690    00  000



PO Box 28019
Albuquerque NM 87125 8019

Transaction Confirmation
Confirm Date  December 28, 2023

Page 1 of 1

Brokerage Account Number
*****0690 IRA - ROLLOVER

CHAD C STRUVE

9900436901

FMT CO CUST IRA ROLLOVER
FBO CHAD C STRUVE
318 WESTBURY DR
IOWA CITY IA 52245-2718

Online                              Fidelity com
FAST®-Automated Telephone           800-544-5555
Customer Service                    800-544-6666

| REFERENCE NO 23362-OBMPBQ | TYPE 1* | REG REP OPT | TRADE DATE 12-27-23 | SETTLEMENT DATE 12-29-23 | CUSIP NO 59134N104 | ORDER NO 23362-GZ6E5 | | |
|---|---|---|---|---|---|---|---|---|

| | | DESCRIPTION and DISCLOSURES | | |
|---|---|---|---|---|
| You Bought | 100 | META MATERIALS INC COM | Principal Amount | 50 00 |
| at | 5000 | ISIN #US59134N1046 SEDOL #BKSCVX7 | Settlement Amount | 50 00 |
| Symbol | | WE HAVE ACTED AS AGENT   ASSIGNED PUTS | | |
| MMAT | | | | |

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE                    9900436901

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

FMT CO CUST IRA ROLLOVER
FBO CHAD C STRUVE
318 WESTBURY DR
IOWA CITY IA 52245-2718

If you are eligible to make a deposit, please use this form for
investments in your brokerage account  *****0690   only

| AMOUNT OF INVESTMENT | $ |
|---|---|

If there are sufficient funds in your brokerage core account
(or margin account), Fidelity will use those funds to cover
the trade(s) on this confirm  If you wish to deposit
additional money  use this deposit slip and make checks
payable to  NATIONAL FINANCIAL SERVICES LLC
Deposits will be made to the account listed above  Please
mail checks to the Fidelity address on this form  Refer to the
last page for instructions on depositing certificates

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH  45277 0003

FIDELITY BROKERAGE SERVICES LLC  MEMBER NYSE  SIPC

099  0239140690    00    000



PO Box 28019
Albuquerque NM 87125 8019

**Transaction Confirmation**
**Confirm Date  January 22, 2024**                     Page 1 of 1

Brokerage Account Number
**\*\*\*\*\*0690 IRA - ROLLOVER**

**CHAD C STRUVE**

9900547986

FMT CO CUST IRA ROLLOVER
FBO CHAD C STRUVE
318 WESTBURY DR
IOWA CITY IA 52245-2718

| Online | Fidelity com |
| FAST®-Automated Telephone | 800-544-5555 |
| Customer Service | 800-544-6666 |

| REFERENCE NO 24022-0BRNSD | TYPE 1* | REG REP OPT | TRADE DATE 01-19-24 | SETTLEMENT DATE 01-23-24 | CUSIP NO 59134N104 | ORDER NO 24020-G2HD° | | |
|---|---|---|---|---|---|---|---|---|

You Bought
    at
Symbol
MMAT

11,400
5000

DESCRIPTION and DISCLOSURES
META MATERIALS INC COM
ISIN #US59134N1046 SEDOL #BKSCVX7
WE HAVE ACTED AS AGENT  ASSIGNED PUTS

Principal Amount    5 700 00
Settlement Amount    5,700 00

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE                     9900547986

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

FMT CO CUST IRA ROLLOVER
FBO CHAD C STRUVE
318 WESTBURY DR
IOWA CITY IA 52245 2718

If you are eligible to make a deposit, please use this form for
investments in your brokerage account  **\*\*\*\*\*0690**   only

| AMOUNT OF INVESTMENT | $ |
|---|---|

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH  45277 0003

If there are sufficient funds in your brokerage core account
(or margin account), Fidelity will use those funds to cover
the trade(s) on this confirm  If you wish to deposit
additional money  use this deposit slip and make checks
payable to  NATIONAL FINANCIAL SERVICES LLC
Deposits will be made to the account listed above  Please
mail checks to the Fidelity address on this form  Refer to the
last page for instructions on depositing certificates

FIDELITY BROKERAGE SERVICES LLC  MEMBER NYSE  SIPC