NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | PROOF OF INTEREST |
|---|---|

**Name of Debtor**
Meta Materials Inc.

**Case Number**
24-50792-hlb

**1  Name and address of holder of the Equity Interest** (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder")

Melissa Neumarker
731 North 380 West
Vineyard, UTAH 84059

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars

☒ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors

**RECEIVED AND FILED**
**DEC -9 2024**
**U S BANKRUPTCY COURT**
**MARY A SCHOTT, CLERK**

**Telephone Number**
650-303-3076

**COURT USE ONLY**

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

**Account or other number by which Interest holder identifies Debtor**
5JQ-45668-17 RR WEA

Check here if this claim
☐ replaces a previously filed Proof of Interest dated _____
☐ amends a previously filed Proof of Interest dated _____

**2  Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest**
Weebull
44 Wallstreet (2nd Floor) New York, NY 10005
**Telephone Number**  917-725-2448

**3  Date Equity Interest was acquired** (See paperwork)
Between 06|23|2021 to 11|24|2021
(Began buying TRCH 6|23|21 became MMAT 6|29|21)
SOLD all shares on 4|12|2022

**4  Total amount of member interest** ___1248 shares___

**5  Certificate number(s)** _____

**6  Type of Equity Interest**
Please indicate the type of Equity Interest you hold
☒ Check this box if your Equity Interest is based on an actual member interest held in the Debtor
☐ Check this box if your Equity Interest is based on anything else and describe that interest
**Description:** Investor

**7  Supporting Documents** Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary

**8  Date-Stamped Copy** To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

**9  Signature**
Check the appropriate box
☒ I am the creditor ☐ I am the creditor's authorized agent (Attach copy of power of attorney, if any) ☐ I am the trustee, or the debtor, or their authorized agent (See Bankruptcy Rule 3004) ☐ I am a guarantor, surety, endorser, or other codebtor (See Bankruptcy Rule 3005)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief

Print Name  Melissa Neumarker
Title
Company ___ Address and telephone number (if different from notice address above)

(Signature)  *Melissa Neumarker*    12/04/2024 (Date)

Telephone number _____  email _____

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U S C §§ 152 AND 3571*

*June 1, 2021 - June 30, 2021*



# Webull Financial LLC
44 Wall Street, New York, NY 10005
customerservice@webull.us

PAGE 2 OF 30

ACCOUNT NUMBER **5JQ-45668-17 RR WEA**

**MELISSA NEUMARKER**

## ▶ PORTFOLIO SUMMARY

| DESCRIPTION | SYMBOL/ CUSIP | ACCOUNT TYPE | QUANTITY | PRICE | MARKET VALUE | LAST PERIOD'S MARKET VALUE | % CHANGE | EST ANNUAL INCOME | % OF TOTAL PORTFOLIO |
|---|---|---|---|---|---|---|---|---|---|
| **EQUITIES / OPTIONS** | | | | | | | | | |
| MEDIWOUND LTD | MDWD | C | 6 | $3 83 | $22 98 | | N/A | | 263% |
| META MATLS INC COMMON STOCK | MMAT | C | 665 | 7 49 | 4 980 85 | | N/A | | 57 111 |
| SEANERGY MARITIME HOLDINGS CORP COMMON STOCK | SHIP | C | 1 539 | 1 12 | 1 723 68 | | N/A | | 19 764 |
| **Total Equities** | | | | | **$6,727 51** | | | | **77 138%** |
| **Total Cash (Net Portfolio Balance)** | | | | | **$1,993 84** | | | | **22 862%** |
| **TOTAL PRICED PORTFOLIO** | | | | | **$8,721 35** | | | | |

## ▶ ACCOUNT ACTIVITY

| TRANSACTION | DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|
| **BUY / SELL TRANSACTIONS** | | | | | | | |
| BOUGHT | 06/01/21 | C | AMC ENTERTAINMENT HOLDINGS INC CL A COM CUSIP 00165C104 | 1 | $18 78 | $18 78 | |
| SOLD | 06/01/21 | C | AMC ENTERTAINMENT HOLDINGS INC CL A COM CUSIP 00165C104 | 1 | 20 355 | | 20 34 |
| SOLD | 06/02/21 | C | PROSHARES TRUST PROSHARES ULTRAPRO SHORT QQQ CUSIP 74347G861 | 607 | 10 99 | | 6 670 82 |

*July 1, 2021 - July 31, 2021*

PAGE 2 OF 17

ACCOUNT NUMBER  **5JQ-45668-17 RR WEA**

MELISSA NEUMARKER



# Webull Financial LLC

44 Wall Street, New York, NY 10005
customerservice@webull.us

## ▶ PORTFOLIO SUMMARY

| DESCRIPTION | SYMBOL/ CUSIP | ACCOUNT TYPE | QUANTITY | PRICE | MARKET VALUE | LAST PERIOD'S MARKET VALUE | % CHANGE | EST ANNUAL INCOME | % OF TOTAL PORTFOLIO |
|---|---|---|---|---|---|---|---|---|---|
| **EQUITIES / OPTIONS** | | | | | | | | | |
| META MATLS INC COMMON STOCK | MMAT | C | 1 203 | $3 50 | $4 210 50 | $4 980 85 | 15% | | 99 930% |
| META MATLS INC PFD SER A | 59134N203 | C | 1 149 | Not Available | | | N/A | | N/A |
| **Total Equities** | | | | | **$4,210 50** | | | | **99 930%** |
| **Total Cash (Net Portfolio Balance)** | | | | | **$2 97** | | | | **0 070%** |
| **TOTAL PRICED PORTFOLIO** | | | | | **$4,213 47** | | | | |

## ▶ ACCOUNT ACTIVITY

| TRANSACTION | DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|
| **BUY / SELL TRANSACTIONS** | | | | | | | |
| BOUGHT | 07/01/21 | C | FUELCELL ENERGY INC COMMON STOCK CUSIP 35952H601 | 200 | $9 76 | $1 952 00 | |
| BOUGHT | 07/01/21 | C | META MATLS INC COMMON STOCK CUSIP 59134N104 | 1 | 7 80 | 7 80 | |
| BOUGHT | 07/01/21 | C | META MATLS INC COMMON STOCK CUSIP 59134N104 | 1 | 7 6978 | 7 70 | |

*August 1, 2021 - August 31, 2021*



# Webull Financial LLC
44 Wall Street, New York, NY 10005
customerservice@webull.us

PAGE **2** OF 8

ACCOUNT NUMBER  **5JQ-45668-17  RR WEA**

**MELISSA NEUMARKER**

## ► PORTFOLIO SUMMARY

| DESCRIPTION | SYMBOL/ CUSIP | ACCOUNT TYPE | QUANTITY | PRICE | MARKET VALUE | LAST PERIOD'S MARKET VALUE | % CHANGE | EST. ANNUAL INCOME | % OF TOTAL PORTFOLIO |
|---|---|---|---|---|---|---|---|---|---|
| **EQUITIES / OPTIONS** | | | | | | | | | |
| META MATLS INC COMMON STOCK | MMAT | C | 1,203 | $4.65 | $5,593.95 | $4,210.50 | 33% | | 99.848% |
| META MATLS INC PFD SER A | 59134N203 | C | 1,149 | Not Available | | | N/A | | N/A |
| **Total Equities** | | | | | **$5,593.95** | | | | **99.848%** |
| **Total Cash (Net Portfolio Balance)** | | | | | **$8.49** | | | | **0.152%** |
| **TOTAL PRICED PORTFOLIO** | | | | | **$5,602.44** | | | | |

## ► ACCOUNT ACTIVITY

| TRANSACTION | DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|
| **DIVIDENDS AND INTEREST** | | | | | | | |
| INTEREST | 08/12/21 | C | FULLYPAID LENDING REBATE DUE 12/31/35 July2021 REBATE Security Number: 8S87337 | | | | $5.52 |
| **Total Dividends And Interest** | | | | | | | **$5.52** |

*September 1, 2021 - September 30, 2021*

ACCOUNT NUMBER   **5JQ-45668-17  RR WEA**

# Webull Financial LLC
44 Wall Street, New York, NY 10005
customerservice@webull.us

**MELISSA NEUMARKER**

## ▶ PORTFOLIO SUMMARY

| DESCRIPTION | SYMBOL/ CUSIP | ACCOUNT TYPE | QUANTITY | PRICE | MARKET VALUE | LAST PERIOD'S MARKET VALUE | % CHANGE | EST. ANNUAL INCOME | % OF TOTAL PORTFOLIO |
|---|---|---|---|---|---|---|---|---|---|
| **EQUITIES / OPTIONS** | | | | | | | | | |
| META MATLS INC COMMON STOCK | MMAT | C | 1,219 | $5.78 | $7,045.82 | $5,593.95 | 26% | | 98.266% |
| META MATLS INC PFD SER A | 59134N203 | C | 1,149 | Not Available | | | N/A | | N/A |
| **Total Equities** | | | | | **$7,045.82** | | | | **98.266%** |
| **Total Cash (Net Portfolio Balance)** | | | | | **$124.33** | | | | **1.734%** |
| **TOTAL PRICED PORTFOLIO** | | | | | **$7,170.15** | | | | |

## ▶ ACCOUNT ACTIVITY

| TRANSACTION | DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|
| **BUY / SELL TRANSACTIONS** | | | | | | | |
| BOUGHT | 09/01/21 | C | META MATLS INC COMMON STOCK CUSIP: 59134N104 | 1 | $4.87 | $4.87 | |
| BOUGHT | 09/23/21 | C | META MATLS INC COMMON STOCK CUSIP: 59134N104 | 15 | 4.89 | 73.35 | |
| **Total Buy / Sell Transactions** | | | | | | **$78.22** | |

*October 1, 2021 - October 31, 2021*

PAGE 2 OF 9

# Webull Financial LLC
44 Wall Street, New York, NY 10005
customerservice@webull.us

ACCOUNT NUMBER   **5JQ-45668-17 RR WEA**

**MELISSA NEUMARKER**

## ▶ PORTFOLIO SUMMARY

| DESCRIPTION | SYMBOL/ CUSIP | ACCOUNT TYPE | QUANTITY | PRICE | MARKET VALUE | LAST PERIOD'S MARKET VALUE | % CHANGE | EST ANNUAL INCOME | % OF TOTAL PORTFOLIO |
|---|---|---|---|---|---|---|---|---|---|
| **EQUITIES / OPTIONS** | | | | | | | | | |
| META MATLS INC COMMON STOCK | MMAT | C | 1 229 | $4 70 | $5 776 30 | $7 045 82 | -18% | | 78 700% |
| META MATLS INC PFD SER A | MMTLP | C | 1 149 | 1 28 | 1 470 72 | | N/A | | 20 038 |
| **Total Equities** | | | | | **$7,247 02** | | | | **98 738%** |
| **Total Cash (Net Portfolio Balance)** | | | | | **$92 64** | | | | **1.262%** |
| **TOTAL PRICED PORTFOLIO** | | | | | **$7,339 66** | | | | |

## ▶ ACCOUNT ACTIVITY

| TRANSACTION | DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|
| **BUY / SELL TRANSACTIONS** | | | | | | | |
| BOUGHT | 10/01/21 | C | CAMBER ENERGY INC COMMON STOCK CUSIP 13200M508 | 4 | $3 5385 | $14 15 | |
| BOUGHT | 10/01/21 | C | CAMBER ENERGY INC COMMON STOCK CUSIP 13200M508 | 7 | 4 63 | 32 41 | |
| BOUGHT | 10/01/21 | C | CAMBER ENERGY INC COMMON STOCK CUSIP 13200M508 | 13 | 4 27 | 55 51 | |

*November 1, 2021 - November 30, 2021*

PAGE **2** OF 8

ACCOUNT NUMBER    **5JQ-45668-17  RR WEA**

# Webull Financial LLC

44 Wall Street, New York, NY 10005
customerservice@webull.us

**MELISSA NEUMARKER**

## ▶ PORTFOLIO SUMMARY

| DESCRIPTION | SYMBOL/ CUSIP | ACCOUNT TYPE | QUANTITY | PRICE | MARKET VALUE | LAST PERIOD'S MARKET VALUE | % CHANGE | EST. ANNUAL INCOME | % OF TOTAL PORTFOLIO |
|---|---|---|---|---|---|---|---|---|---|
| **EQUITIES / OPTIONS** | | | | | | | | | |
| META MATLS INC COMMON STOCK | MMAT | C | 1,248 | $3.67 | $4,580.16 | $5,776.30 | -21% | | 67.997% |
| META MATLS INC PFD SER A | MMTLP | C | 1,149 | 1.87 | 2,148.63 | 1,470.72 | | 46 | 31.899 |
| **Total Equities** | | | | | **$6,728.79** | | | | **99.895%** |
| **Total Cash (Net Portfolio Balance)** | | | | | **$7.04** | | | | **0.105%** |
| **TOTAL PRICED PORTFOLIO** | | | | | **$6,735.83** | | | | |

## ▶ ACCOUNT ACTIVITY

| TRANSACTION | DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|
| **BUY / SELL TRANSACTIONS** | | | | | | | |
| BOUGHT | 11/02/21 | C | META MATLS INC COMMON STOCK CUSIP: 59134N104 | 7 | $4.515 | $31.61 | |
| BOUGHT | 11/15/21 | C | META MATLS INC COMMON STOCK CUSIP: 59134N104 | 8 | 4.765 | 38.12 | |
| BOUGHT | 11/24/21 | C | META MATLS INC COMMON STOCK CUSIP: 59134N104 | 1 | 4.0383 | 4.04 | |

*April 1, 2022 - April 30, 2022*

# Webull Financial LLC

44 Wall Street, New York, NY 10005
customerservice@webull.us

PAGE **2** OF 7

ACCOUNT NUMBER    **5JQ-45668-17 RR WEA**

**MELISSA NEUMARKER**

## PORTFOLIO SUMMARY

| DESCRIPTION | SYMBOL/ CUSIP | ACCOUNT TYPE | QUANTITY | PRICE | MARKET VALUE | LAST PERIOD'S MARKET VALUE | % CHANGE | EST. ANNUAL INCOME | % OF TOTAL PORTFOLIO |
|---|---|---|---|---|---|---|---|---|---|
| **EQUITIES / OPTIONS** | | | | | | | | | |
| META MATLS INC PFD SER A | MMTLP | C | 1,149 | $1.26 | $1,447.74 | $1,401.78 | 3% | | 100.000% |
| **Total Equities** | | | | | **$1,447.74** | | | | **100.000%** |
| **TOTAL PRICED PORTFOLIO** | | | | | **$1,447.74** | | | | |

## ACCOUNT ACTIVITY

| TRANSACTION | DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|
| **BUY / SELL TRANSACTIONS** | | | | | | | |
| SOLD | 04/14/22 | C | META MATLS INC COMMON STOCK CUSIP: 59134N104 | 1,248 | $1.482003 | | $1,849.37 |
| **Total Buy / Sell Transactions** | | | | | | | **$1,849.37** |
| **FUNDS PAID AND RECEIVED** | | | | | | | |
| ACH | 04/14/22 | C | ACH DISBURSEMENT SEN(20220414179364) | | | $1,856.41 | |
| **Total Funds Paid And Received** | | | | | | **$1,856.41** | |

**Apex Clearing**                    **Proceeds from Broker and Barter Exchange Transactions**  **2022 Form 1099-B***

5JQ45668                                                                                    02/08/2023    OMB No. 1545-0715

The following information is being provided to assist in your review and the preparation of your tax return.

This Form 1099-B – Proceeds from Broker and Barter Exchange Transactions provides information relating to sales of securities in your account. The sales details are organized into potentially five separate sections depending on your holding period in the security for the sale (short-term vs long-term) and whether the security is considered a "covered security" for tax reporting purpose. For covered securities, cost basis (adjusted as required under tax regulations) is being reported to the Internal Revenue Service (IRS), whereas for noncovered securities, cost basis if set forth below is provided only for your information.

A separate category is provided for sales of securities for which we do not know your holding period. For such tax lots, you will need to use your historical documents to determine your holding period (whether short-term or long-term) and your tax basis.

Unless noted otherwise under the column "Additional Notes", cost basis and corresponding gain or loss is determined by treating tax lots acquired first as being sold first. We have also assumed that you have made an election to amortize premium on the purchase of taxable bonds.

As brokers, we are only required to apply wash sales loss disallowance rules to securities with the same CUSIP or identifier and purchased and sold within the same account. We are also not required to apply wash sales rules across covered and noncovered securities. You as the taxpayer, however, generally have broader obligations under the wash sales rules to determine disallowed losses, and you may wish to consult with a tax adviser as to the application of such rules to you.

Sales of certain contingent payment debt instruments give rise to ordinary income rather than short-term or long-term capital gain or loss. Such ordinary income treatment is indicated in the Additional Notes column as "Box 2 – Ordinary." In addition, certain assets classified as collectibles are subject to special tax treatment. Any such classification is noted in the Additional Notes column as "Box 3 – Collectibles Box Checked." Loss disallowed for certain transactions involving change in control or capital structure is noted in the Additional Notes column as "Box 7 – Loss Disallowed Box Checked." Disposition of a QOF investment is noted in the Additional Notes column as "Box 3 – QOF."

Information in the transaction detail sections below that have a Box number is being transmitted to the IRS, whereas additional information that is not being transmitted to the IRS is not headed by a Box number. Such additional information may be helpful to you in the preparation of your tax return. Remember that taxpayers are ultimately responsible for the accuracy of their tax returns.

FATCA filing requirement [ ]

## SHORT-TERM TRANSACTIONS FOR COVERED TAX LOTS

Report on Form 8949, Part I with Box A checked.

**Box 2:** Type of Gain or Loss - Short-term (unless indicated as Ordinary in Additional Notes Column)

**Box 5:** Box Not Checked (Covered Security)            **Box 6:**  Gross (unless indicated as Net in Additional Notes Column)            **Box 12:** Basis Reported to the IRS

**The 1099-B data referenced by a Box Number is reported to the IRS. The additional information not referenced by a Box Number is not reported to the IRS but may be helpful to complete your return.**

| 1a - Description of property \| CUSIP \| Symbol<br><br>1c - DateSold or Disposed | Quantity | 1d - Proceeds | Date Acquired | Cost or Other Basis | 1f - Accrued Market Discount (M) &<br>1g - Wash Sale Loss Disallowed (D) | Gain or Loss (-) | Additional Notes |
|---|---|---|---|---|---|---|---|
| META MATLS INC COMMON STOCK \| CUSIP: 59134N104 \| Symbol: MMAT | | | | | | | |
| 2022-04-12 | 1248.000000 | 1,849.37 | Various | 16,228.71 | 0.00 | -14,379.34 | |
| VOLCON INC COMMON STOCK \| CUSIP: 92864V103 \| Symbol: VLCN | | | | | | | |
| 2022-08-12 | 400.000000 | 947.92 | 2022-08-12 | 924.00 | 0.00 | 23.92 | |
| **Totals:** | | **2,797.29** | | **17,152.71** | | **-14,355.42** | |

* This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. Taxpayers are reminded that they are ultimately responsible for the accuracy of their tax returns.

*June 1, 2021 - June 30, 2021*

PAGE **14** OF 30

ACCOUNT NUMBER   **5JQ-45668-17  RR WEA**

# Webull Financial LLC
44 Wall Street, New York, NY 10005
customerservice@webull.us

**MELISSA NEUMARKER**

▶ ACCOUNT ACTIVITY (CONTINUED)

**BUY / SELL TRANSACTIONS** (continued)

| TRANSACTION | DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|
| SOLD | 06/21/21 | C | ZOSANO PHARMA CORPORATION<br>COMMON STOCK<br>CUSIP: 98979H202 | 227 | 1.005 | | 228,10 |
| BOUGHT | 06/22/21 | C | AMC ENTERTAINMENT HOLDINGS INC<br>CL A COM<br>CUSIP: 00165C104 | 1 | 61.10 | 61.10 | |
| BOUGHT | 06/22/21 | C | AMC ENTERTAINMENT HOLDINGS INC<br>CL A COM<br>CUSIP: 00165C104 | 1 | 62.12 | 62.12 | |
| BOUGHT | 06/22/21 | C | AMC ENTERTAINMENT HOLDINGS INC<br>CL A COM<br>CUSIP: 00165C104 | 1 | 62.14 | 62.14 | |
| BOUGHT | 06/22/21 | C | AMC ENTERTAINMENT HOLDINGS INC<br>CL A COM<br>CUSIP: 00165C104 | 1 | 61.51 | 61.51 | |
| BOUGHT | 06/22/21 | C | AMC ENTERTAINMENT HOLDINGS INC<br>CL A COM<br>CUSIP: 00165C104 | 1 | 62.42 | 62.42 | |
| BOUGHT | 06/22/21 | C | AMC ENTERTAINMENT HOLDINGS INC<br>CL A COM<br>CUSIP: 00165C104 | 87 | 62.80 | 5,463.60 | |
| SOLD | 06/22/21 | C | AMC ENTERTAINMENT HOLDINGS INC<br>CL A COM<br>CUSIP: 00165C104 | 92 | 61.70 | | 5,676.36 |
| BOUGHT | 06/23/21 | C | TORCHLIGHT ENERGY RESOURCES<br>INC<br>CUSIP: 89102U103 | 2 | 9.12 | 18.24 | |
| BOUGHT | 06/23/21 | C | TORCHLIGHT ENERGY RESOURCES<br>INC<br>CUSIP: 89102U103 | 2 | 8.95 | 17.90 | |

*June 1, 2021 - June 30, 2021*

# Webull Financial LLC
44 Wall Street, New York, NY 10005
customerservice@webull.us

PAGE **15** OF 30

ACCOUNT NUMBER   **5JQ-45668-17  RR WEA**

**MELISSA NEUMARKER**

▶ ACCOUNT ACTIVITY (CONTINUED)

**BUY / SELL TRANSACTIONS** (continued)

| TRANSACTION | DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|
| BOUGHT | 06/23/21 | C | TORCHLIGHT ENERGY RESOURCES INC CUSIP: 89102U103 | 4 | 9.18 | 36.72 | |
| BOUGHT | 06/23/21 | C | TORCHLIGHT ENERGY RESOURCES INC CUSIP: 89102U103 | 4 | 9.09 | 36.36 | |
| BOUGHT | 06/23/21 | C | TORCHLIGHT ENERGY RESOURCES INC CUSIP: 89102U103 | 5 | 9.15 | 45.75 | |
| BOUGHT | 06/23/21 | C | TORCHLIGHT ENERGY RESOURCES INC CUSIP: 89102U103 | 7 | 9.06 | 63.42 | |
| BOUGHT | 06/23/21 | C | TORCHLIGHT ENERGY RESOURCES INC CUSIP: 89102U103 | 12 | 9.0586 | 108.70 | |
| BOUGHT | 06/23/21 | C | TORCHLIGHT ENERGY RESOURCES INC CUSIP: 89102U103 | 63 | 9.09 | 572.67 | |
| BOUGHT | 06/23/21 | C | TORCHLIGHT ENERGY RESOURCES INC CUSIP: 89102U103 | 497 | 9.25 | 4,597.25 | |
| BOUGHT | 06/24/21 | C | SEANERGY MARITIME HOLDINGS CORP COMMON STOCK CUSIP: Y73760194 | 9 | 1.1682 | 10.51 | |
| BOUGHT | 06/24/21 | C | SEANERGY MARITIME HOLDINGS CORP COMMON STOCK CUSIP: Y73760194 | 16 | 1.17 | 18.72 | |
| BOUGHT | 06/24/21 | C | SEANERGY MARITIME HOLDINGS CORP COMMON STOCK CUSIP: Y73760194 | 1,500 | 1.17 | 1,755.00 | |

*June 1, 2021 - June 30, 2021*

ACCOUNT NUMBER    **5JQ-45668-17  RR WEA**

**MELISSA NEUMARKER**

# Webull Financial LLC

44 Wall Street, New York, NY 10005
customerservice@webull.us

▶ ACCOUNT ACTIVITY (CONTINUED)

| TRANSACTION | DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|
| **BUY / SELL TRANSACTIONS** (continued) | | | | | | | |
| BOUGHT | 06/24/21 | C | TORCHLIGHT ENERGY RESOURCES INC<br>CUSIP: 89102U103 | 1 | 9.16 | 9.16 | |
| BOUGHT | 06/24/21 | C | TORCHLIGHT ENERGY RESOURCES INC<br>CUSIP: 89102U103 | 1 | 9.14 | 9.14 | |
| BOUGHT | 06/24/21 | C | TORCHLIGHT ENERGY RESOURCES INC<br>CUSIP: 89102U103 | 1 | 7.47 | 7.47 | |
| BOUGHT | 06/24/21 | C | TORCHLIGHT ENERGY RESOURCES INC<br>CUSIP: 89102U103 | 50 | 9.25 | 462.50 | |
| BOUGHT | 06/24/21 | C | TORCHLIGHT ENERGY RESOURCES INC<br>CUSIP: 89102U103 | 500 | 9.14 | 4,570.00 | |
| BOUGHT | 06/25/21 | C | ENTERA BIO LTD<br>ORDINARY SHARES<br>CUSIP: M40527109 | 444 | 7.105 | 3,154.62 | |
| BOUGHT | 06/25/21 | C | RETO ECO SOLUTIONS INC<br>COMMON SHARES<br>CUSIP: G75271109 | 38 | 1.53 | 58.14 | |
| BOUGHT | 06/25/21 | C | SEANERGY MARITIME HOLDINGS CORP COMMON STOCK<br>CUSIP: Y73760194 | 1 | 1.16 | 1.16 | |
| BOUGHT | 06/25/21 | C | SEANERGY MARITIME HOLDINGS CORP COMMON STOCK<br>CUSIP: Y73760194 | 13 | 1.17 | 15.21 | |
| BOUGHT | 06/25/21 | C | TORCHLIGHT ENERGY RESOURCES INC<br>CUSIP: 89102U103 | 1 | 5.39 | 5.39 | |

*June 1, 2021 - June 30, 2021*

# Webull Financial LLC
44 Wall Street, New York, NY 10005
customerservice@webull.us

ACCOUNT NUMBER   **5JQ-45668-17  RR WEA**

**MELISSA NEUMARKER**

► ACCOUNT ACTIVITY (CONTINUED)

| TRANSACTION | DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|
| **BUY / SELL TRANSACTIONS** (continued) | | | | | | | |
| BOUGHT | 06/25/21 | C | TORCHLIGHT ENERGY RESOURCES INC CUSIP: 89102U103 | 1 | 5.135 | 5.14 | |
| BOUGHT | 06/25/21 | C | TORCHLIGHT ENERGY RESOURCES INC CUSIP: 89102U103 | 2 | 4.96 | 9.92 | |
| SOLD | 06/25/21 | C | ENTERA BIO LTD ORDINARY SHARES CUSIP: M40527109 | 444 | 6.722252 | | 2,984.61 |
| SOLD | 06/25/21 | C | RETO ECO SOLUTIONS INC COMMON SHARES CUSIP: G75271109 | 38 | 1.4214 | | 53.99 |
| BOUGHT | 06/29/21 | C | ALFI INC COMMON STOCK PRODUCT DESCRIPTION UNDER SEPARATE COVER CUSIP: 00161P109 | 2 | 19.73 | 39.46 | |
| BOUGHT | 06/29/21 | C | ALFI INC COMMON STOCK PRODUCT DESCRIPTION UNDER SEPARATE COVER CUSIP: 00161P109 | 3 | 18.905 | 56.72 | |
| BOUGHT | 06/29/21 | C | ALFI INC COMMON STOCK PRODUCT DESCRIPTION UNDER SEPARATE COVER CUSIP: 00161P109 | 102 | 19.91 | 2,030.82 | |
| BOUGHT | 06/29/21 | C | TORCHLIGHT ENERGY RESOURCES INC CUSIP: 89102U103 | 1 | 5 | 5.00 | |

*June 1, 2021 - June 30, 2021*

ACCOUNT NUMBER   **5JQ-45668-17 RR WEA**

**MELISSA NEUMARKER**

# Webull Financial LLC

44 Wall Street, New York, NY 10005
customerservice@webull us

▶ ACCOUNT ACTIVITY (CONTINUED)

| TRANSACTION | DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|
| **BUY / SELL TRANSACTIONS** (continued) | | | | | | | |
| BOUGHT | 06/29/21 | C | TORCHLIGHT ENERGY RESOURCES INC CUSIP 89102U103 | 1 | 4 97 | 4 97 | |
| BOUGHT | 06/29/21 | C | TORCHLIGHT ENERGY RESOURCES INC CUSIP 89102U103 | 1 | 5 23 | 5 23 | |
| BOUGHT | 06/29/21 | C | TORCHLIGHT ENERGY RESOURCES INC CUSIP 89102U103 | 1 | 5 26 | 5 26 | |
| BOUGHT | 06/29/21 | C | TORCHLIGHT ENERGY RESOURCES INC CUSIP 89102U103 | 2 | 4 9488 | 9 90 | |
| BOUGHT | 06/29/21 | C | TORCHLIGHT ENERGY RESOURCES INC CUSIP 89102U103 | 3 | 5 0178 | 15 05 | |
| BOUGHT | 06/29/21 | C | TORCHLIGHT ENERGY RESOURCES INC CUSIP 89102U103 | 4 | 4 85 | 19 40 | |
| BOUGHT | 06/29/21 | C | TORCHLIGHT ENERGY RESOURCES INC CUSIP 89102U103 | 4 | 5 05 | 20 20 | |
| BOUGHT | 06/29/21 | C | TORCHLIGHT ENERGY RESOURCES INC CUSIP 89102U103 | 5 | 4 89 | 24 45 | |
| BOUGHT | 06/29/21 | C | TORCHLIGHT ENERGY RESOURCES INC CUSIP 89102U103 | 6 | 4 93 | 29 58 | |
| BOUGHT | 06/29/21 | C | TORCHLIGHT ENERGY RESOURCES INC CUSIP 89102U103 | 7 | 4 89 | 34 23 | |

*June 1, 2021 - June 30, 2021*

ACCOUNT NUMBER   **5JQ-45668-17  RR WEA**

**MELISSA NEUMARKER**

► ACCOUNT ACTIVITY (CONTINUED)

**BUY / SELL TRANSACTIONS** (continued)

| TRANSACTION | DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|
| BOUGHT | 06/29/21 | C | TORCHLIGHT ENERGY RESOURCES INC CUSIP 89102U103 | 9 | 4 96 | 44 64 | |
| BOUGHT | 06/29/21 | C | TORCHLIGHT ENERGY RESOURCES INC CUSIP 89102U103 | 9 | 4 99 | 44 91 | |
| BOUGHT | 06/29/21 | C | TORCHLIGHT ENERGY RESOURCES INC CUSIP 89102U103 | 10 | 4 91 | 49 10 | |
| BOUGHT | 06/29/21 | C | TORCHLIGHT ENERGY RESOURCES INC CUSIP 89102U103 | 10 | 4 93 | 49 30 | |
| BOUGHT | 06/29/21 | C | TORCHLIGHT ENERGY RESOURCES INC CUSIP 89102U103 | 10 | 5 05 | 50 50 | |
| BOUGHT | 06/29/21 | C | TORCHLIGHT ENERGY RESOURCES INC CUSIP 89102U103 | 11 | 4 90 | 53 90 | |
| BOUGHT | 06/29/21 | C | TORCHLIGHT ENERGY RESOURCES INC CUSIP 89102U103 | 11 | 4 8788 | 53 67 | |
| BOUGHT | 06/29/21 | C | TORCHLIGHT ENERGY RESOURCES INC CUSIP 89102U103 | 11 | 4 87 | 53 57 | |
| BOUGHT | 06/29/21 | C | TORCHLIGHT ENERGY RESOURCES INC CUSIP 89102U103 | 20 | 4 90 | 98 00 | |
| BOUGHT | 06/29/21 | C | TORCHLIGHT ENERGY RESOURCES INC CUSIP 89102U103 | 20 | 4 97 | 99 40 | |

Webull Financial LLC
44 Wall Street, New York, NY 10005
customerservice@webull us

*June 1, 2021 - June 30, 2021*

ACCOUNT NUMBER    **5JQ-45668-17  RR WEA**

# Webull Financial LLC
44 Wall Street, New York, NY 10005
customerservice@webull.us

**MELISSA NEUMARKER**

▶ ACCOUNT ACTIVITY (CONTINUED)

| TRANSACTION | DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|
| **BUY / SELL TRANSACTIONS** (continued) | | | | | | | |
| BOUGHT | 06/29/21 | C | TORCHLIGHT ENERGY RESOURCES INC<br>CUSIP: 89102U103 | 21 | 4.965 | 104.27 | |
| SOLD | 06/29/21 | C | ALFI INC<br>COMMON STOCK<br>PRODUCT DESCRIPTION UNDER<br>SEPARATE COVER<br>CUSIP: 00161P109 | 107 | 18.5903 | | 1,989.13 |
| BOUGHT | 06/30/21 | C | MEDIWOUND LTD<br>CUSIP: M68830104 | 6 | 5.59 | 33.54 | |
| **Total Buy / Sell Transactions** | | | | | | **$79,300.62** | **$71,269.31** |
| **DIVIDENDS AND INTEREST** | | | | | | | |
| INTEREST | 06/14/21 | C | FULLYPAID LENDING REBATE<br>DUE 12/31/35<br>May2021 REBATE<br>Security Number: 8S87337 | | | | $0.06 |
| **Total Dividends And Interest** | | | | | | | **$0.06** |
| **FUNDS PAID AND RECEIVED** | | | | | | | |
| ACH | 06/17/21 | C | ACH DEPOSIT<br>SEN(20210617259732) | | | | $10,000.00 |
| **Total Funds Paid And Received** | | | | | | | **$10,000.00** |

INDIVIDUAL ACCOUNT

*June 1, 2021 - June 30, 2021*



# Webull Financial LLC
44 Wall Street, New York, NY 10005
customerservice@webull.us

PAGE **21** OF 30

ACCOUNT NUMBER **5JQ-45668-17 RR WEA**

**MELISSA NEUMARKER**

▶ ACCOUNT ACTIVITY (CONTINUED)

| TRANSACTION | DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|
| **SECURITIES RECEIVED AND DELIVERED** | | | | | | | |
| JOURNAL | 06/01/21 | C | PROSHARES TR II<br>ULTRA VIX SHORT TERM FUTURES<br>ETF NEW 2021<br>TO TYPE 1 FROM TYPE 7<br>FFS(102133158)<br>CUSIP: 74347Y839 | 74 | | | |
| JOURNAL | 06/09/21 | O | PROSHARES TR II<br>ULTRA VIX SHORT TERM FUTURES<br>ETF NEW 2021<br>TO TYPE 7 FROM TYPE 1<br>FFS(103905551)<br>CUSIP: 74347Y839 | 1 | | | |
| JOURNAL | 06/11/21 | O | PROSHARES TR II<br>ULTRA VIX SHORT TERM FUTURES<br>ETF NEW 2021<br>TO TYPE 7 FROM TYPE 1<br>FFS(104390657)<br>CUSIP: 74347Y839 | 6 | | | |
| JOURNAL | 06/14/21 | C | PROSHARES TR II<br>ULTRA VIX SHORT TERM FUTURES<br>ETF NEW 2021<br>TO TYPE 1 FROM TYPE 7<br>FFS(104707792)<br>CUSIP: 74347Y839 | 7 | | | |
| JOURNAL | 06/24/21 | O | TORCHLIGHT ENERGY RESOURCES<br>INC<br>TO TYPE 7 FROM TYPE 1<br>FFS(107057296)<br>CUSIP: 89102U103 | 596 | | | |

*Handwritten annotations:*

Torchlight   596   shares
Torchlight + 553   shares
= 1,149   shares

Torchlight shares          MMAT
1149          ÷ 2  = 574.50
Reverse split

574 shares   MMAT
as of June 2021

*June 1, 2021 - June 30, 2021*

# Webull Financial LLC
44 Wall Street, New York, NY 10005
customerservice@webull.us

PAGE **22** OF 30

ACCOUNT NUMBER    **5JQ-45668-17  RR WEA**

**MELISSA NEUMARKER**

**► ACCOUNT ACTIVITY (CONTINUED)**

| TRANSACTION | DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|
| **SECURITIES RECEIVED AND DELIVERED** (continued) | | | | | | | |
| JOURNAL | 06/25/21 | O | TORCHLIGHT ENERGY RESOURCES INC<br>TO TYPE 7 FROM TYPE 1<br>FFS(107254021)<br>CUSIP: 89102U103 | 553 | | | |
| JOURNAL | 06/28/21 | C | META MATLS INC<br>COMMON STOCK<br>TO TYPE 1 FROM TYPE 7<br>FFS(107513070)<br>CUSIP: 59134N104 | 574 | | | |
| JOURNAL | 06/01/21 | O | PROSHARES TR II<br>ULTRA VIX SHORT TERM FUTURES<br>ETF NEW 2021<br>FROM TYPE 7 TO TYPE 1<br>FFS(102133158)<br>CUSIP: 74347Y839 | -74 | | | |
| JOURNAL | 06/09/21 | C | PROSHARES TR II<br>ULTRA VIX SHORT TERM FUTURES<br>ETF NEW 2021<br>FROM TYPE 1 TO TYPE 7<br>FFS(103905551)<br>CUSIP: 74347Y839 | -1 | | | |
| JOURNAL | 06/11/21 | C | PROSHARES TR II<br>ULTRA VIX SHORT TERM FUTURES<br>ETF NEW 2021<br>FROM TYPE 1 TO TYPE 7<br>FFS(104390657)<br>CUSIP: 74347Y839 | -6 | | | |

*[Handwritten annotations in red:]*
TRCH
553 + 596 = 574 mmat
1,149 ÷ 2

*June 1, 2021 - June 30, 2021*

ACCOUNT NUMBER   **5JQ-45668-17  RR WEA**



# Webull Financial LLC
44 Wall Street, New York, NY 10005
customerservice@webull.us

**MELISSA NEUMARKER**

▶ ACCOUNT ACTIVITY (CONTINUED)

| TRANSACTION | DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|
| **SECURITIES RECEIVED AND DELIVERED** (continued) | | | | | | | |
| JOURNAL | 06/14/21 | O | PROSHARES TR II<br>ULTRA VIX SHORT TERM FUTURES<br>ETF NEW 2021<br>FROM TYPE 7 TO TYPE 1<br>FFS(104707792)<br>CUSIP: 74347Y839 | -7 | | | |
| JOURNAL | 06/24/21 | C | TORCHLIGHT ENERGY RESOURCES<br>INC<br>FROM TYPE 1 TO TYPE 7<br>FFS(107057296)<br>CUSIP: 89102U103 | -596 | | | |
| JOURNAL | 06/25/21 | C | TORCHLIGHT ENERGY RESOURCES<br>INC<br>FROM TYPE 1 TO TYPE 7<br>FFS(107254021)<br>CUSIP: 89102U103 | -553 | | | |
| JOURNAL | 06/28/21 | O | META MATLS INC<br>COMMON STOCK<br>FROM TYPE 7 TO TYPE 1<br>FFS(107513070)<br>CUSIP: 59134N104 | -574 | | | |

R/S   reverse split

**Total Securities Received And Delivered**

**MISCELLANEOUS TRANSACTIONS**

| JOURNAL | 06/01/21 | C | GENWORTH FINANCIAL INC<br>COM CL A<br>03HI23TA2GC5CQR5EF6643K2K8<br>CUSIP: 37247D106 | 1 | | | |
|---|---|---|---|---|---|---|---|

June 1, 2021 - June 30, 2021



# Webull Financial LLC
44 Wall Street, New York, NY 10005
customerservice@webull.us

PAGE **24** OF 30

ACCOUNT NUMBER    **5JQ-45668-17  RR WEA**

**MELISSA NEUMARKER**

▶ ACCOUNT ACTIVITY (CONTINUED)

| TRANSACTION | DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|
| **MISCELLANEOUS TRANSACTIONS** (continued) | | | | | | | |
| REV SPLIT | 06/25/21 | C | META MATLS INC COM RESULT OF REVERSE SPLIT CUSIP: 59134N104 | 90 | | | |
| REV SPLIT | 06/25/21 | O | META MATLS INC COM RESULT OF REVERSE SPLIT CUSIP: 59134N104 | 574 | | | |
| REV SPLIT | 06/25/21 | C | TORCHLIGHT ENERGY RESOURCES INC REVERSE SPLIT @ 1:2 INTO 59134N104 CUSIP: 89102U103 | -181 | | | |
| REV SPLIT | 06/25/21 | O | TORCHLIGHT ENERGY RESOURCES INC REVERSE SPLIT @ 1:2 INTO 59134N104 CUSIP: 89102U103 | -1,149 | | | |
| JOURNAL | 06/29/21 | C | #HTB PRESPLITTRCH 2021-06-28 | | | 1.59 | |
| JOURNAL | 06/29/21 | C | #HTB PRESPLITTRCH 2021-06-27 | | | 1.59 | |
| JOURNAL | 06/29/21 | C | #HTB PRESPLITTRCH 2021-06-26 | | | 1.59 | |
| REV SPLIT | 06/29/21 | C | META MATLS INC COMMON STOCK SHARE ADJUSTED AS A RESULT OF REVERSE SPLIT CUSIP: 59134N104 | 1 | | | |
| JOURNAL | 06/30/21 | C | HTB Fee Reverse - 5JQ45668 | | | | 4.77 |
| **Total Miscellaneous Transactions** | | | | | | **$4.77** | **$4.77** |

*[Handwritten annotation: 181 — torchlight shares ÷ 2 = 90 MMAT shares]*

*June 1, 2021 - June 30, 2021*

PAGE **25** OF 30

ACCOUNT NUMBER   **5JQ-45668-17  RR WEA**



# Webull Financial LLC

44 Wall Street, New York, NY 10005
customerservice@webull.us

**MELISSA NEUMARKER**

| ▶ EXECUTED TRADES PENDING SETTLEMENT - THESE TRANSACTIONS MAY NOT BE REFLECTED IN OTHER SUMMARIES |
|---|

| TRANSACTION | TRADE DATE | SETTLEMENT DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|---|
| BOUGHT | 06/29/21 | 07/01/21 | C | FUELCELL ENERGY INC COMMON STOCK CUSIP: 35952H601 | 200 | $9.76 | $1,952.00 | |
| SOLD | 06/29/21 | 07/01/21 | C | FUELCELL ENERGY INC COMMON STOCK CUSIP: 35952H601 | -200 | 9.64 | | 1,927.97 |
| SOLD | 06/29/21 | 07/01/21 | C | MEDIWOUND LTD CUSIP: M68830104 | -6 | 4.0716 | | 24.41 |
| BOUGHT | 06/29/21 | 07/01/21 | C | META MATLS INC COMMON STOCK CUSIP: 59134N104 | 1 | 7.80 | 7.80 | |
| BOUGHT | 06/29/21 | 07/01/21 | C | META MATLS INC COMMON STOCK CUSIP: 59134N104 | 1 | 7.6978 | 7.70 | |
| BOUGHT | 06/29/21 | 07/01/21 | C | META MATLS INC COMMON STOCK CUSIP: 59134N104 | 3 | 7.81 | 23.43 | |
| SOLD | 06/30/21 | 07/02/21 | C | SEANERGY MARITIME HOLDINGS CORP COMMON STOCK CUSIP: Y73760194 | -1,539 | 1.125 | | 1,731.19 |

| **Total Executed Trades Pending Settlement** | | | | | | | **$1,990.93** | **$3,683.57** |

*July 1, 2021 - July 31, 2021*

PAGE 3 OF 17

ACCOUNT NUMBER    **5JQ-45668-17  RR WEA**

# Webull Financial LLC

44 Wall Street, New York, NY 10005

customerservice@webull.us

**MELISSA NEUMARKER**

► ACCOUNT ACTIVITY (CONTINUED)

| TRANSACTION | DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|
| **BUY / SELL TRANSACTIONS** (continued) | | | | | | | |
| BOUGHT | 07/01/21 | C | META MATLS INC<br>COMMON STOCK<br>CUSIP: 59134N104 | 3 | 7.81 | 23.43 | |
| SOLD | 07/01/21 | C | FUELCELL ENERGY INC<br>COMMON STOCK<br>CUSIP: 35952H601 | 200 | 9.64 | | 1,927.97 |
| SOLD | 07/01/21 | C | MEDIWOUND LTD<br>CUSIP: M68830104 | 6 | 4.0716 | | 24.41 |
| SOLD | 07/02/21 | C | SEANERGY MARITIME HOLDINGS<br>CORP COMMON STOCK<br>CUSIP: Y73760194 | 1,539 | 1.125 | | 1,731.19 |
| BOUGHT | 07/06/21 | C | META MATLS INC<br>COMMON STOCK<br>CUSIP: 59134N104 | 1 | 7.165 | 7.17 | |
| BOUGHT | 07/06/21 | C | META MATLS INC<br>COMMON STOCK<br>CUSIP: 59134N104 | 2 | 7.215 | 14.43 | |
| BOUGHT | 07/06/21 | C | META MATLS INC<br>COMMON STOCK<br>CUSIP: 59134N104 | 3 | 7.199033 | 21.60 | |
| BOUGHT | 07/06/21 | C | META MATLS INC<br>COMMON STOCK<br>CUSIP: 59134N104 | 4 | 7.17 | 28.68 | |
| BOUGHT | 07/06/21 | C | META MATLS INC<br>COMMON STOCK<br>CUSIP: 59134N104 | 4 | 7.17 | 28.68 | |
| BOUGHT | 07/06/21 | C | META MATLS INC<br>COMMON STOCK<br>CUSIP: 59134N104 | 4 | 7.179 | 28.72 | |

*July 1, 2021 - July 31, 2021*



# Webull Financial LLC

44 Wall Street, New York, NY 10005
customerservice@webull.us

PAGE 4 OF 17

ACCOUNT NUMBER   **5JQ-45668-17  RR WEA**

**MELISSA NEUMARKER**

► ACCOUNT ACTIVITY (CONTINUED)

**BUY / SELL TRANSACTIONS** (continued)

| TRANSACTION | DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|
| BOUGHT | 07/06/21 | C | META MATLS INC COMMON STOCK CUSIP 59134N104 | 5 | 7 21 | 36 05 | |
| BOUGHT | 07/06/21 | C | META MATLS INC COMMON STOCK CUSIP 59134N104 | 5 | 7 16 | 35 80 | |
| BOUGHT | 07/06/21 | C | META MATLS INC COMMON STOCK CUSIP 59134N104 | 7 | 7 17 | 50 19 | |
| BOUGHT | 07/06/21 | C | META MATLS INC COMMON STOCK CUSIP 59134N104 | 8 | 7 25 | 58 00 | |
| BOUGHT | 07/06/21 | C | META MATLS INC COMMON STOCK CUSIP 59134N104 | 10 | 7 20 | 72 00 | |
| BOUGHT | 07/06/21 | C | META MATLS INC COMMON STOCK CUSIP 59134N104 | 10 | 7 2082 | 72 08 | |
| BOUGHT | 07/06/21 | C | META MATLS INC COMMON STOCK CUSIP 59134N104 | 10 | 7 16 | 71 60 | |
| BOUGHT | 07/06/21 | C | META MATLS INC COMMON STOCK CUSIP 59134N104 | 15 | 7 3085 | 109 63 | |
| BOUGHT | 07/06/21 | C | META MATLS INC COMMON STOCK CUSIP 59134N104 | 15 | 7 3089 | 109 63 | |
| BOUGHT | 07/06/21 | C | META MATLS INC COMMON STOCK CUSIP 59134N104 | 15 | 7 2293 | 108 44 | |

*July 1, 2021 - July 31, 2021*

ACCOUNT NUMBER    **5JQ-45668-17  RR WEA**

PAGE **5** OF 17

**MELISSA NEUMARKER**

# Webull Financial LLC

44 Wall Street, New York, NY 10005
customerservice@webull.us

▶ ACCOUNT ACTIVITY (CONTINUED)

**BUY / SELL TRANSACTIONS** (continued)

| TRANSACTION | DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|
| BOUGHT | 07/06/21 | C | META MATLS INC COMMON STOCK CUSIP: 59134N104 | 28 | 7.25 | 203.00 | |
| BOUGHT | 07/06/21 | C | META MATLS INC COMMON STOCK CUSIP: 59134N104 | 50 | 7.26 | 363.00 | |
| BOUGHT | 07/06/21 | C | PREDICTIVE ONCOLOGY INC COMMON STOCK CUSIP: 74039M200 | 400 | 1.33 | 532.00 | |
| SOLD | 07/06/21 | C | PREDICTIVE ONCOLOGY INC COMMON STOCK CUSIP: 74039M200 | 400 | 1.29 | | 515.94 |
| BOUGHT | 07/07/21 | C | META MATLS INC COMMON STOCK CUSIP: 59134N104 | 2 | 7.10 | 14.20 | |
| BOUGHT | 07/07/21 | C | META MATLS INC COMMON STOCK CUSIP: 59134N104 | 2 | 7.10 | 14.20 | |
| BOUGHT | 07/07/21 | C | META MATLS INC COMMON STOCK CUSIP: 59134N104 | 3 | 7.1093 | 21.33 | |
| BOUGHT | 07/07/21 | C | META MATLS INC COMMON STOCK CUSIP: 59134N104 | 3 | 7.09 | 21.27 | |
| BOUGHT | 07/07/21 | C | META MATLS INC COMMON STOCK CUSIP: 59134N104 | 3 | 7.07 | 21.21 | |
| BOUGHT | 07/07/21 | C | META MATLS INC COMMON STOCK CUSIP: 59134N104 | 4 | 7.07 | 28.28 | |

*July 1, 2021 - July 31, 2021*

PAGE 6 OF 17

ACCOUNT NUMBER **5JQ-45668-17 RR WEA**

**MELISSA NEUMARKER**

# Webull Financial LLC
44 Wall Street, New York, NY 10005
customerservice@webull.us

▶ ACCOUNT ACTIVITY (CONTINUED)

| TRANSACTION | DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|
| **BUY / SELL TRANSACTIONS** (continued) | | | | | | | |
| BOUGHT | 07/07/21 | C | META MATLS INC COMMON STOCK CUSIP 59134N104 | 4 | 7 1195 | 28 48 | |
| BOUGHT | 07/07/21 | C | META MATLS INC COMMON STOCK CUSIP 59134N104 | 5 | 7 115 | 35 58 | |
| BOUGHT | 07/07/21 | C | META MATLS INC COMMON STOCK CUSIP 59134N104 | 6 | 7 10 | 42 60 | |
| BOUGHT | 07/07/21 | C | META MATLS INC COMMON STOCK CUSIP 59134N104 | 7 | 7 17 | 50 19 | |
| BOUGHT | 07/07/21 | C | META MATLS INC COMMON STOCK CUSIP 59134N104 | 7 | 7 26 | 50 82 | |
| BOUGHT | 07/07/21 | C | META MATLS INC COMMON STOCK CUSIP 59134N104 | 8 | 7 16 | 57 28 | |
| BOUGHT | 07/07/21 | C | META MATLS INC COMMON STOCK CUSIP 59134N104 | 9 | 7 08 | 63 72 | |
| BOUGHT | 07/07/21 | C | META MATLS INC COMMON STOCK CUSIP 59134N104 | 9 | 7 10 | 63 90 | |
| BOUGHT | 07/07/21 | C | META MATLS INC COMMON STOCK CUSIP 59134N104 | 11 | 7 18 | 78 98 | |
| BOUGHT | 07/07/21 | C | META MATLS INC COMMON STOCK CUSIP 59134N104 | 11 | 7 1602 | 78 76 | |

*July 1, 2021 - July 31, 2021*

**PAGE 7 OF 17**

ACCOUNT NUMBER    **5JQ-45668-17 RR WEA**

**MELISSA NEUMARKER**



# Webull Financial LLC
44 Wall Street, New York, NY 10005
customerservice@webull.us

▶ ACCOUNT ACTIVITY (CONTINUED)

| TRANSACTION | DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|
| **BUY / SELL TRANSACTIONS** (continued) | | | | | | | |
| BOUGHT | 07/07/21 | C | META MATLS INC<br>COMMON STOCK<br>CUSIP 59134N104 | 11 | 7 08 | 77 88 | |
| BOUGHT | 07/07/21 | C | META MATLS INC<br>COMMON STOCK<br>CUSIP 59134N104 | 11 | 7 085 | 77 94 | |
| BOUGHT | 07/07/21 | C | META MATLS INC<br>COMMON STOCK<br>CUSIP 59134N104 | 12 | 7 1789 | 86 15 | |
| BOUGHT | 07/07/21 | C | META MATLS INC<br>COMMON STOCK<br>CUSIP 59134N104 | 15 | 7 11 | 106 65 | |
| BOUGHT | 07/07/21 | C | META MATLS INC<br>COMMON STOCK<br>CUSIP 59134N104 | 20 | 7 16 | 143 20 | |
| BOUGHT | 07/07/21 | C | META MATLS INC<br>COMMON STOCK<br>CUSIP 59134N104 | 29 | 7 13 | 206 77 | |
| BOUGHT | 07/07/21 | C | META MATLS INC<br>COMMON STOCK<br>CUSIP 59134N104 | 50 | 7 20 | 360 00 | |
| BOUGHT | 07/08/21 | C | META MATLS INC<br>PFD SER A<br>SPINOFF ON 553 SHS<br>TORCHLIGHT ENERGY RESOURCES<br>REC 06/24/21 PAY 06/25/21<br>AS OF 07/07/21<br>CUSIP 59134N203 | 553 | | | |

*July 1, 2021 - July 31, 2021*

PAGE **8** OF 17

ACCOUNT NUMBER    **5JQ-45668-17  RR WEA**

**MELISSA NEUMARKER**

# Webull Financial LLC

44 Wall Street, New York, NY 10005
customerservice@webull.us

▶ ACCOUNT ACTIVITY (CONTINUED)

**BUY / SELL TRANSACTIONS** (continued)

| TRANSACTION | DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|
| BOUGHT | 07/08/21 | C | POLAR POWER INC<br>COMMON STOCK<br>CUSIP: 73102V105 | 47 | 11 | 517.00 | |
| SOLD | 07/08/21 | C | POLAR POWER INC<br>COMMON STOCK<br>CUSIP: 73102V105 | 47 | 10.8389 | | 509.41 |
| BOUGHT | 07/08/21 | O | META MATLS INC<br>PFD SER A<br>SPINOFF  ON  596 SHS<br>TORCHLIGHT ENERGY RESOURCES<br>REC 06/24/21 PAY 06/25/21<br>AS OF 07/07/21<br>CUSIP: 59134N203 | 596 | | | |
| BOUGHT | 07/12/21 | C | BSQUARE CORPORATION<br>CUSIP: 11776U300 | 2 | 4.4499 | 8.90 | |
| BOUGHT | 07/12/21 | C | META MATLS INC<br>COMMON STOCK<br>CUSIP: 59134N104 | 8 | 5.57 | 44.56 | |
| BOUGHT | 07/12/21 | C | META MATLS INC<br>COMMON STOCK<br>CUSIP: 59134N104 | 8 | 5.63 | 45.04 | |
| BOUGHT | 07/12/21 | C | META MATLS INC<br>COMMON STOCK<br>CUSIP: 59134N104 | 10 | 5.5694 | 55.69 | |
| BOUGHT | 07/12/21 | C | META MATLS INC<br>COMMON STOCK<br>CUSIP: 59134N104 | 10 | 5.59 | 55.90 | |
| BOUGHT | 07/12/21 | C | META MATLS INC<br>COMMON STOCK<br>CUSIP: 59134N104 | 10 | 5.4086 | 54.09 | |

*July 1, 2021 - July 31, 2021*

# Webull Financial LLC

44 Wall Street, New York, NY 10005
customerservice@webull.us

PAGE 9 OF 17

ACCOUNT NUMBER   **5JQ-45668-17  RR WEA**

**MELISSA NEUMARKER**

▶ ACCOUNT ACTIVITY (CONTINUED)

**BUY / SELL TRANSACTIONS** (continued)

| TRANSACTION | DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|
| BOUGHT | 07/12/21 | C | META MATLS INC COMMON STOCK CUSIP: 59134N104 | 14 | 5.6186 | 78.66 | |
| BOUGHT | 07/12/21 | C | META MATLS INC COMMON STOCK CUSIP: 59134N104 | 15 | 5.4889 | 82.33 | |
| BOUGHT | 07/12/21 | C | META MATLS INC COMMON STOCK CUSIP: 59134N104 | 16 | 5.44 | 87.04 | |
| SOLD | 07/12/21 | C | BSQUARE CORPORATION CUSIP: 11776U300 | 2 | 4.445 | | 8.87 |
| BOUGHT | 07/14/21 | C | META MATLS INC COMMON STOCK CUSIP: 59134N104 | 1 | 4.72 | 4.72 | |
| BOUGHT | 07/14/21 | C | META MATLS INC COMMON STOCK CUSIP: 59134N104 | 1 | 4.64 | 4.64 | |
| BOUGHT | 07/15/21 | C | META MATLS INC COMMON STOCK CUSIP: 59134N104 | 1 | 3.7701 | 3.77 | |
| BOUGHT | 07/20/21 | C | META MATLS INC COMMON STOCK CUSIP: 59134N104 | 1 | 3.63 | 3.63 | |
| **Total Buy / Sell Transactions** | | | | | | **$6,716.99** | **$4,717.79** |

*July 1, 2021 - July 31, 2021*

ACCOUNT NUMBER    **5JQ-45668-17 RR WEA**

**MELISSA NEUMARKER**



# Webull Financial LLC

44 Wall Street, New York, NY 10005
customerservice@webull.us

▶ ACCOUNT ACTIVITY (CONTINUED)

| TRANSACTION | DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|
| **DIVIDENDS AND INTEREST** | | | | | | | |
| INTEREST | 07/14/21 | C | FULLYPAID LENDING REBATE | | | | $2 39 |
| | | | DUE 12/31/35 | | | | |
| | | | June2021 REBATE | | | | |
| | | | Security Number 8S87337 | | | | |
| **Total Dividends And Interest** | | | | | | | **$2 39** |
| **SECURITIES RECEIVED AND DELIVERED** | | | | | | | |
| JOURNAL | 07/01/21 | O | META MATLS INC | 665 | | | |
| | | | COMMON STOCK | | | | |
| | | | TO TYPE 7 FROM TYPE 1 | | | | |
| | | | FFS(108442532) | | | | |
| | | | CUSIP 59134N104 | | | | |
| JOURNAL | 07/02/21 | O | META MATLS INC | 5 | | | |
| | | | COMMON STOCK | | | | |
| | | | TO TYPE 7 FROM TYPE 1 | | | | |
| | | | FFS(108711665) | | | | |
| | | | CUSIP 59134N104 | | | | |
| JOURNAL | 07/08/21 | C | META MATLS INC | 670 | | | |
| | | | COMMON STOCK | | | | |
| | | | TFR to Type 1 | | | | |
| | | | CUSIP 59134N104 | | | | |
| JOURNAL | 07/09/21 | C | META MATLS INC | 596 | | | |
| | | | PFD SER A | | | | |
| | | | TFR to Type 1 | | | | |
| | | | CUSIP 59134N203 | | | | |

*July 1, 2021 - July 31, 2021*

ACCOUNT NUMBER    **5JQ-45668-17 RR WEA**



# Webull Financial LLC

44 Wall Street, New York, NY 10005
customerservice@webull.us

**MELISSA NEUMARKER**

▶ ACCOUNT ACTIVITY (CONTINUED)

| TRANSACTION | DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|
| **SECURITIES RECEIVED AND DELIVERED** (continued) | | | | | | | |
| JOURNAL | 07/01/21 | C | META MATLS INC<br>COMMON STOCK<br>FROM TYPE 1 TO TYPE 7<br>FFS(108442532)<br>CUSIP 59134N104 | 665 | | | |
| JOURNAL | 07/02/21 | C | META MATLS INC<br>COMMON STOCK<br>FROM TYPE 1 TO TYPE 7<br>FFS(108711665)<br>CUSIP 59134N104 | 5 | | | |
| JOURNAL | 07/08/21 | O | META MATLS INC<br>COMMON STOCK<br>TFR from Type 7<br>CUSIP 59134N104 | 670 | | | |
| JOURNAL | 07/09/21 | O | META MATLS INC<br>PFD SER A<br>TFR from Type 7<br>CUSIP 59134N203 | 596 | | | |

**Total Securities Received And Delivered**

**MISCELLANEOUS TRANSACTIONS**

| CASH LIEU | 07/12/21 | C | META MATLS INC<br>COMMON STOCK<br>CIL ON   0 50000@  5 94925<br>CUSIP 59134N104 | | | | $2 97 |

*July 1, 2021 - July 31, 2021*

ACCOUNT NUMBER    **5JQ-45668-17  RR WEA**

# Webull Financial LLC
44 Wall Street, New York, NY 10005
customerservice@webull.us

**MELISSA NEUMARKER**

► ACCOUNT ACTIVITY (CONTINUED)

| TRANSACTION | DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|
| **MISCELLANEOUS TRANSACTIONS** (continued) | | | | | | | |
| CASH LIEU | 07/12/21 | O | META MATLS INC | | | | 2 97 |
| | | | COMMON STOCK | | | | |
| | | | CIL ON   0 50000@   5 94925 | | | | |
| | | | CUSIP  59134N104 | | | | |
| **Total Miscellaneous Transactions** | | | | | | | **$5 94** |

*August 1, 2021 - August 31, 2021*



# Webull Financial LLC

44 Wall Street, New York, NY 10005
customerservice@webull.us

PAGE 3 OF 8

ACCOUNT NUMBER   **5JQ-45668-17  RR WEA**

**MELISSA NEUMARKER**

### ▶ EXECUTED TRADES PENDING SETTLEMENT - THESE TRANSACTIONS MAY NOT BE REFLECTED IN OTHER SUMMARIES

| TRANSACTION | TRADE DATE | SETTLEMENT DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|---|
| BOUGHT | 08/30/21 | 09/01/21 | C | META MATLS INC COMMON STOCK CUSIP  59134N104 | 1 | $4 87 | $4 87 | |
| **Total Executed Trades Pending Settlement** | | | | | | | **$4 87** | |

*October 1, 2021 - October 31, 2021*

ACCOUNT NUMBER    **5JQ-45668-17  RR WEA**

# Webull Financial LLC
44 Wall Street, New York, NY 10005
customerservice@webull.us

**MELISSA NEUMARKER**

▶ ACCOUNT ACTIVITY (CONTINUED)

**BUY / SELL TRANSACTIONS** (continued)

| TRANSACTION | DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|
| SOLD | 10/01/21 | C | CAMBER ENERGY INC COMMON STOCK CUSIP: 13200M508 | 4 | 3.3701 | | 13.46 |
| SOLD | 10/01/21 | C | CAMBER ENERGY INC COMMON STOCK CUSIP: 13200M508 | 7 | 4.62 | | 32.32 |
| SOLD | 10/01/21 | C | CAMBER ENERGY INC COMMON STOCK CUSIP: 13200M508 | 13 | 4.26 | | 55.36 |
| BOUGHT | 10/04/21 | C | CAMBER ENERGY INC COMMON STOCK CUSIP: 13200M508 | 4 | 4.10 | 16.40 | |
| SOLD | 10/04/21 | C | CAMBER ENERGY INC COMMON STOCK CUSIP: 13200M508 | 4 | 4.0418 | | 16.15 |
| BOUGHT | 10/08/21 | C | CAMBER ENERGY INC COMMON STOCK CUSIP: 13200M508 | 71 | 1.20 | 85.20 | |
| SOLD | 10/12/21 | C | CAMBER ENERGY INC COMMON STOCK CUSIP: 13200M508 | 71 | 1.3609 | | 96.60 |
| BOUGHT | 10/13/21 | C | CAMBER ENERGY INC COMMON STOCK CUSIP: 13200M508 | 11 | 1.875 | 20.63 | |
| SOLD | 10/13/21 | C | CAMBER ENERGY INC COMMON STOCK CUSIP: 13200M508 | 11 | 1.855 | | 20.39 |
| BOUGHT | 10/14/21 | C | META MATLS INC COMMON STOCK CUSIP: 59134N104 | 10 | 5.1699 | 51.70 | |

Proof of Interest Supplemental Information

Case  24-50792-hlb

Meta Materials Inc

For Investor  Melissa Neumarker

I bought shares of Torchlight/Meta Materials Inc  in (3) different brokerages

Ticker  TRCH which became MMAT

1) Fidelity ( Have not sold any shares of my shares of MMAT beginning on 6/22/2021)
2) Etrade/Morgan Stanely (Sold all shares of MMAT in November 2022)
3) Weebull (Sold all shares in April 2022)

*Fidelity is the only brokerage I have not sold my shares of Torchlight/MMAT

**Fidelity**  Torchlight/MMAT shares bought between 6/22/2021 – 7/8/2021

Qty  29    (Shares were 2880 000, but rounded up, by brokerage in 2024 reverse split)

Cost  $ 46,495 94 ( I added up all of the shares I bought)  but my investment report on September 2024 says cost is $41,712 96, with losses at $-41,702 23

Ending Value 9/2024  $10 73  (see all attached documentation)

**Etrade/Morgan Stanley**   Torchlight/MMAT shares bought between 6/22/2021- 11/26/2021

Qty  5,466 shares

Cost  $40,371 72         Losses  $36,164 26    Ending value when sold  $4,207 46

Sold all shares on 9/2/2022- settled on 9/7/2022  (see all attached paperwork)

**Weebull·** Torchlight/MMAT shares bought between 6/23/2021-11/2021

Cost  $15,237 35 ( when I added up cost of all of my shares) Paperwork says $16,228 71

Losses  $ 14,379 34       Ending market value when sold  $1,849 37

Shares for each brokerage were bought at the time of the merger between Torchlight and Meta Materials, with 50% of shares bought when cost basis @ $9 00 per share  This is why my losses were so great  ( Losses in total $-92,245 83, including all 3 brokerages  )

See all paperwork, for cost basis for each share bought, qty, and dates  Thank you