NVB 3001 (Effective 1/21)

# UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA

**PROOF OF INTEREST**

Name of Debtor: META MATERIALS, INC

Case Number: 24-50792

1. **Name and address of holder of the Equity Interest** (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

   NIRMALA SANTHI
   187, WAMBAW DR
   SAINT JOHNS, FL-32259

   Telephone Number: 612-406-5707

   ☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

   ☐ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

   ☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

   **RECEIVED AND FILED**

   **DEC -9 2024**

   **U.S. BANKRUPTCY COURT
   MARY A. SCHOTT, CLERK**

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

**COURT USE ONLY**

Account or other number by which Interest holder identifies Debtor:
5MZ45014

Check here if this claim:
☐ replaces a previously filed Proof of Interest dated: _____
☐ amends a previously filed Proof of Interest dated: _____

2. **Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:**
   NIRMALA SANTHI, WEBULL
   44 WALL STREET, 2nd FLOOR, NEWYORK, NY 10005
   Telephone Number: 888-828-0618

3. **Date Equity Interest was acquired:**
   BETWEEN 11/21/2022 - 11/10/2023
   SEE ATTACHED DOCUMENTATION

4. **Total amount of member interest:** 58,135 SHARES FOR $16,243

5. **Certificate number(s):** SEE ATTACHED DOCUMENTATION

6. **Type of Equity Interest:**
   Please indicate the type of Equity Interest you hold:
   ☒ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
   ☐ Check this box if your Equity Interest is based on anything else and describe that interest:
   Description: INVESTOR

7. **Supporting Documents:** Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
   DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. **Date-Stamped Copy:** To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

9. **Signature:**
   Check the appropriate box.
   ☒ I am the creditor.    ☐ I am the creditor's authorized agent.    ☐ I am the trustee, or the debtor,    ☐ I am a guarantor, surety, endorser, or other codebtor.
   (Attach copy of power of attorney, if any.)    or their authorized agent.    (See Bankruptcy Rule 3005.)
   (See Bankruptcy Rule 3004.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: NIRMALA SANTHI
Title: _____
Company: ___ Address and telephone number (if different from notice address above):

(Signature) S. N⋯    (Date) 12/4/2024

Telephone number: 6124065707    email: nirmala.sap1@gmail.com

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

| Print Form | Save Form | Clear Form |

PROOF OF INTEREST SUPPLEMENTAL INFORMATION:
CASE: 24-50792, META MATERIALS, INC.
FOR: Nirmala Santhi
BROKER: WeBull
ACCT #: 5MZ45014
TRANSACTIONS [Pre-Reverse Split]:
11/21/2022 Purchased 2617 shares $1.92/share [$5,022.81 total invested]
4/13/2023 Purchased 103 shares $0.32/share [$32.65 total invested]
4/13/2023 Purchased 1001 shares $0.32/share [$317.32 total invested]
4/13/2023 Purchased 1074 shares $0.32/share [$340.46 total invested]
4/14/2023 Purchased 4579 shares $0.22/share [$1002.80 total invested]
4/14/2023 Purchased 3583 shares $0.22/share [$781.09 total invested]
4/17/2023 Purchased 987 shares $0.22/share [$218.72 total invested]
4/27/2023 Purchased 10588 shares $0.19/share [$2000.07 total invested]
5/1/2023 Purchased 10811 shares $0.19/share [$2000.04 total invested]
7/3/2023 Purchased 10104 shares $0.20/share [$2020.80 total invested]
8/17/2023 Purchased 10040 shares $0.21/share [$2128.48 total invested]
9/28/2023 Purchased 1178 shares $0.21/share [$244.79 total invested]
11/10/2023 Purchased 1470 shares $0.09/share [$133.77 total invested]

TOTAL SHARES HELD PRE-REVERSE SPLIT: **58135** shares [**582 SHARES POST REVERSE SPLIT**]
TOTAL MONIES INVESTED PRE-REVERSE SPLIT: $16,243.79
**TOTAL SHARES HELD POST-REVERSE SPLIT: 582 shares**
**TOTAL MONIES INVESTED PRE-REVERSE SPLIT: $16,243.79**

| Name | Symbol | Side | Status | Filled | Total Qty | Price | Avg Price | Time-in-Force | Placed Time | Filled Time |
|---|---|---|---|---|---|---|---|---|---|---|
| Meta Materials Inc | MMATQ | Buy | Filled | 1470 | 1470 | @0.091 | 0.091 | DAY | 11/10/2023 13:14:04 EST | 11/10/2023 15:31:46 EST |
| Meta Materials Inc | MMATQ | Buy | Filled | 1178 | 1178 | @0.2078 | 0.2078 | GTC | 09/27/2023 13:03:29 EDT | 09/28/2023 05:12:11 EDT |
| Meta Materials Inc | MMATQ | Buy | Filled | 10040 | 10040 | @0.212 | 0.212 | GTC | 08/10/2023 09:59:11 EDT | 08/17/2023 10:26:22 EDT |
| Meta Materials Inc | MMATQ | Buy | Filled | 10104 | 10104 | @0.200 | 0.2 | GTC | 07/03/2023 09:28:41 EDT | 07/03/2023 10:13:25 EDT |
| Meta Materials Inc | MMATQ | Buy | Cancelled | 0 | 10104 | @0.200 | | DAY | 06/30/2023 10:23:13 EDT | |
| Meta Materials Inc | MMATQ | Buy | Cancelled | 0 | 10000 | @0.200 | | DAY | 06/29/2023 13:11:31 EDT | |
| Meta Materials Inc | MMATQ | Buy | Cancelled | 0 | 104 | @0.200 | | DAY | 06/29/2023 10:30:24 EDT | |
| Meta Materials Inc | MMATQ | Buy | Filled | 10811 | 10811 | @0.185 | 0.185 | DAY | 05/01/2023 11:11:12 EDT | 05/01/2023 11:29:59 EDT |
| Meta Materials Inc | MMATQ | Buy | Filled | 10588 | 10588 | @0.1889 | 0.1889 | DAY | 04/27/2023 16:23:22 EDT | 04/27/2023 16:50:51 EDT |
| Meta Materials Inc | MMATQ | Buy | Filled | 987 | 987 | @0.2216 | 0.2216 | DAY | 04/17/2023 10:10:21 EDT | 04/17/2023 10:10:32 EDT |
| Meta Materials Inc | MMATQ | Buy | Cancelled | 3583 | 4587 | @0.218 | 0.218 | DAY | 04/14/2023 09:59:06 EDT | 04/14/2023 10:13:20 EDT |
| Meta Materials Inc | MMATQ | Buy | Filled | 4579 | 4579 | @0.219 | 0.219 | DAY | 04/14/2023 09:55:52 EDT | 04/14/2023 09:57:42 EDT |
| Meta Materials Inc | MMATQ | Buy | Filled | 1074 | 1074 | @0.317 | 0.317 | DAY | 04/13/2023 19:12:55 EDT | 04/13/2023 19:12:55 EDT |
| Meta Materials Inc | MMATQ | Buy | Filled | 1001 | 1001 | @0.317 | 0.317 | DAY | 04/13/2023 19:11:29 EDT | 04/13/2023 19:11:29 EDT |
| Meta Materials Inc | MMATQ | Buy | Filled | 103 | 103 | @0.317 | 0.317 | DAY | 04/13/2023 19:09:32 EDT | 04/13/2023 19:09:32 EDT |
| Meta Materials Inc | MMATQ | Buy | Filled | 2617 | 2617 | @1.92 | 1.92 | DAY | 11/21/2022 08:33:22 EST | 11/21/2022 08:33:22 EST |