NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | PROOF OF INTEREST |
|---|---|

| Name of Debtor | Case Number |
|---|---|
| Meta Materials, Inc | 24-50792 hlb |

| 1   Name and address of holder of the Equity Interest (the person or entity holding an Equity Interest in the Debtor Referred to hereinafter as the "Interest holder") | |
|---|---|
| Melissa Neumarker<br>731 North 380 West<br>Vineyard, UTAH   84059<br><br>Telephone Number   650-303-3076 | ☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest Attach copy of statement giving particulars<br><br>☒ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case<br><br>☐ Check box if this address differs from the address on the envelope sent to you by the Debtors |

RECEIVED
AND FILED
DEC - 9 2024
U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

NOTE This form SHOULD NOT be used to make a claim against the Debtor for money owed A separate Proof of Claim form should be used for that purpose This form should only be used to assert an Equity Interest in the Debtor An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

COURT USE ONLY

| Account or other number by which Interest holder identifies Debtor | Check here if this claim |
|---|---|
| 235-312192 | ☐ replaces a previously filed Proof of Interest dated _____<br>☐ amends a previously filed Proof of Interest dated _____ |

| 2   Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest | 3   Date Equity Interest was acquired |
|---|---|
| Fidelity Investments<br>PO Box 770001, Cincinnati, OH 45277-0003<br>Telephone Number  1-800-343-3548 | Between  06/22/2021 – 07/08/2021<br>See attached documentation<br>(No shares have been sold since purchase) |

| 4   Total amount of member interest  29   (in 2024) | 5   Certificate number(s) |
|---|---|
| * but when purchased in 2021 I had 2880 – | broker rounded up I guess. (from 28.8) |

6   **Type of Equity Interest**
Please indicate the type of Equity Interest you hold
☒ Check this box if your Equity Interest is based on an actual member interest held in the Debtor
☐ Check this box if your Equity Interest is based on anything else and describe that interest
Description   Investor

7   **Supporting Documents** Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc
DO NOT SEND ORIGINAL DOCUMENTS If the documents are not available, explain If the documents are voluminous, attach a summary

8   **Date-Stamped Copy** To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest

9   **Signature**
Check the appropriate box.
☒ I am the creditor   ☐ I am the creditor's authorized agent   ☐ I am the trustee, or the debtor,   ☐ I am a guarantor, surety, endorser, or other codebtor
(Attach copy of power of attorney, if any)   or their authorized agent   (See Bankruptcy Rule 3005 )
(See Bankruptcy Rule 3004 )

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge information, and reasonable belief

Print Name   Melissa Neumarker
Title
Company ___ Address and telephone number (if different from notice address above)

_Melissa Neumarker_          12/3/2024
(Signature)                              (Date)

Telephone number                    email

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both  18 U S C  §§ 152 AND 3571*



Portfolio Positions

# Positions

# Roth IRA - BDA

Brokerage: 235312192

Overview ∨

As of Dec-02-2024 4:40 p.m. ET



| Symbol | Last Price | Last Price Change | $ Today's Gain/Loss | % Today's Gain/Loss | $ Total Gain/Loss | % Total Gain/Loss | Current Value | % of Account | Quantity |
|---|---|---|---|---|---|---|---|---|---|
| **Roth IRA - BDA** 235312192 | | | | | | | | | |
| **SPAXX** HELD IN MONEY MAR... | | | | | | | $0.10 | 5.38% | |
| **MMATQ** META MATERIALS INC ... | $0.061 | $0.00 | $0.00 | 0.00% | -$41,711.20 | -100.00% | $1.76 | 94.62% | 29 |

*(handwritten: "losses")*

## META MATERIALS INC COM NEW ISIN #US59134N3026 SEDOL #BQ67J98

| Acquired | Term | $ Total Gain/Loss | % Total Gain/Loss | Current Value | Quantity |
|---|---|---|---|---|---|
| Jun-22-2021 | Long | -$808.88 | -100.00% | $0.03 | 0.503 |
| Jun-22-2021 | Long | -$1,623.01 | -100.00% | $0.06 | 1.007 |
| Jun-22-2021 | Long | -$164.57 | -100.00% | $0.01 | 0.1 |
| Jun-22-2021 | Long | -$410.13 | -100.00% | $0.02 | 0.252 |
| Jun-22-2021 | Long | -$409.25 | -100.00% | $0.02 | 0.252 |
| Jun-22-2021 | Long | -$817.64 | -100.00% | $0.03 | 0.503 |
| Jun-22-2021 | Long | -$813.26 | -100.00% | $0.03 | 0.503 |
| Jun-22-2021 | Long | -$410.56 | -100.00% | $0.02 | 0.252 |
| Jun-22-2021 | Long | -$412.53 | -100.00% | $0.02 | 0.252 |
| Jun-22-2021 | Long | -$410.56 | -100.00% | $0.02 | 0.252 |

Sho

| **Account Total** | | $0.00 | 0.00% | -$41,711.20 | -100.00% | $1.86 | | |
|---|---|---|---|---|---|---|---|---|



# Positions

# Roth IRA - BDA

Brokerage 235312192

**Overview** ▼

As of Dec-02-2024 4 40 p m ET

| Symbol | Last Price | Last Price Change | $ Today's Gain/Loss | % Today's Gain/Loss | $ Total Gain/Loss | % Total Gain/Loss | Current Value | % of Account | Quantity |
|---|---|---|---|---|---|---|---|---|---|
| **Roth IRA - BDA** 235312192 | | | | | | | | | |
| **SPAXX** HELD IN MONEY MAR | | | | | | | $0 10 | 5 38% | |
| **MMATQ** META MATERIALS INC | $0 061 | $0 00 | $0 00 | 0 00% | -$41,711 20 | -100 00% | $1 76 | 94 62% | 29 |

### META MATERIALS INC COM NEW ISIN #US59134N3026 SEDOL #BQ67J98

| Acquired | Term | $ Total Gain/Loss | % Total Gain/Loss | Current Value | Quantity |
|---|---|---|---|---|---|
| Jun-22-2021 | Long | -$817 20 | -100 00% | $0 03 | 0 503 |
| Jun-22-2021 | Long | -$1,584 48 | -100 00% | $0 06 | 1 007 |
| Jun-22-2021 | Long | -$1,593 25 | -100 00% | $0 06 | 1 007 |
| Jun-22-2021 | Long | -$410 56 | -100 00% | $0 02 | 0 252 |
| Jun-22-2021 | Long | -$822 89 | -100 00% | $0 03 | 0 503 |
| Jun-22-2021 | Long | -$1,651 03 | -100 00% | $0 06 | 1 007 |
| Jun-22-2021 | Long | -$1,645 78 | -100 00% | $0 06 | 1 007 |
| Jun-22-2021 | Long | -$16,702 88 | -100 00% | $0 61 | 10 069 |

| Account Total | | $0 00 | 0 00% | -$41,711 20 | -100 00% | $1 86 | | |
|---|---|---|---|---|---|---|---|---|



# Positions

# Roth IRA - BDA

Brokerage  235312192

| Overview ⌄ | | | | | | | As of Dec-02-2024 4 40 p m  ET ☰ | |

| Symbol | Last Price | Last Price Change | $ Today's Gain/Loss | % Today's Gain/Loss | $ Total Gain/Loss | % Total Gain/Loss | Current Value | % of Account | Quantity |
|---|---|---|---|---|---|---|---|---|---|
| **Roth IRA - BDA**  235312192 | | | | | | | | | |
| **SPAXX** HELD IN MONEY MAR | | | | | | | $0 10 | 5 38% | |
| **MMATQ** META MATERIALS INC | $0 061 | $0 00 | $0 00 | 0 00% | -$41,711 20 | -100 00% | $1 76 | 94 62% | 29 |

### META MATERIALS INC COM NEW ISIN #US59134N3026 SEDOL #BQ67J98

| Acquired | Term | $ Total Gain/Loss | % Total Gain/Loss | Current Value | Quantity |
|---|---|---|---|---|---|
| Jun-23-2021 | Long | -$5 24 | -99 99% | $0 00 | 0 005 |
| Jun-23-2021 | Long | -$26 24 | -99 99% | $0 00 | 0 025 |
| Jun-23-2021 | Long | -$26 83 | -99 99% | $0 00 | 0 025 |
| Jun-22-2021 | Long | -$7 98 | -100 00% | $0 00 | 0 005 |
| Jun-22-2021 | Long | -$23 85 | -100 00% | $0 00 | 0 016 |
| Jun-22-2021 | Long | -$81 85 | -100 00% | $0 00 | 0 051 |
| Jun-22-2021 | Long | -$408 38 | -100 00% | $0 02 | 0 252 |
| Jun-22-2021 | Long | -$407 50 | -100 00% | $0 02 | 0 252 |
| Jun-22-2021 | Long | -$810 05 | -100 00% | $0 03 | 0 503 |
| Jun-22-2021 | Long | -$402 68 | -100 00% | $0 02 | 0 252 |

Show

| Account Total | | $0 00 | 0 00% | -$41,711 20 | -100 00% | $1 86 | | |



# Positions

# Roth IRA - BDA

Brokerage: 235312192

Overview ⌄                                                     As of Dec-02-2024 4:40 p.m. ET  ☰

| Symbol | Last Price | Last Price Change | $ Today's Gain/Loss | % Today's Gain/Loss | $ Total Gain/Loss | % Total Gain/Loss | Current Value | % of Account | Quantity |
|---|---|---|---|---|---|---|---|---|---|
| **Roth IRA - BDA** 235312192 | | | | | | | | | |
| **SPAXX** HELD IN MONEY MAR… | | | | | | | $0.10 | 5.38% | |
| **MMATQ** META MATERIALS INC… | $0.061 | $0.00 | $0.00 | 0.00% | -$41,711.20 | -100.00% | $1.76 | 94.62% | 29… |

### META MATERIALS INC COM NEW ISIN #US59134N3026 SEDOL #BQ67J98

| Acquired | Term | $ Total Gain/Loss | % Total Gain/Loss | Current Value | Quantity |
|---|---|---|---|---|---|
| Jun-25-2021 | Long | -$97.28 | -99.99% | $0.01 | 0.1 |
| Jun-25-2021 | Long | -$241.23 | -99.99% | $0.02 | 0.251 |
| Jun-25-2021 | Long | -$241.95 | -99.99% | $0.02 | 0.251 |
| Jun-25-2021 | Long | -$99.99 | -99.99% | $0.01 | 0.1 |
| Jun-25-2021 | Long | -$254.98 | -99.99% | $0.02 | 0.251 |
| Jun-24-2021 | Long | -$489.97 | -99.99% | $0.03 | 0.503 |
| Jun-24-2021 | Long | -$247.48 | -99.99% | $0.02 | 0.252 |
| Jun-24-2021 | Long | -$5,059.69 | -99.99% | $0.31 | 5.035 |
| Jun-23-2021 | Long | -$39.00 | -99.99% | $0.00 | 0.04 |
| Jun-23-2021 | Long | -$5.13 | -99.99% | $0.00 | 0.005 |

Sho…

| **Account Total** | | $0.00 | 0.00% | -$41,711.20 | -100.00% | $1.86 | |
|---|---|---|---|---|---|---|---|



Portfolio Positions

# Positions

# Roth IRA - BDA

Brokerage: 235312192

Overview ⌄

As of Dec-02-2024 4:40 p.m. ET   

| Symbol | Last Price | Last Price Change | $ Today's Gain/Loss | % Today's Gain/Loss | $ Total Gain/Loss | % Total Gain/Loss | Current Value | % of Account | Quantity |
|---|---|---|---|---|---|---|---|---|---|
| **Roth IRA - BDA** 235312192 | | | | | | | | | |
| **SPAXX** HELD IN MONEY MAR… | | | | | | | $0.10 | 5.38% | |
| **MMATQ** META MATERIALS INC… | $0.061 | $0.00 | $0.00 | 0.00% | -$41,711.20 | -100.00% | $1.76 | 94.62% | 29 |

### META MATERIALS INC COM NEW ISIN #US59134N3026 SEDOL #BQ67J98

| Acquired | Term | $ Total Gain/Loss | % Total Gain/Loss | Current Value | Quantity |
|---|---|---|---|---|---|
| Jul-08-2021 | Long | -$5.60 | -99.99% | $0.00 | 0.011 |
| Jul-01-2021 | Long | -$7.17 | -99.99% | $0.00 | 0.01 |
| Jul-01-2021 | Long | -$14.63 | -99.99% | $0.00 | 0.02 |
| Jul-01-2021 | Long | -$74.84 | -99.99% | $0.01 | 0.1 |
| Jul-01-2021 | Long | -$189.73 | -99.99% | $0.02 | 0.252 |
| Jul-01-2021 | Long | -$381.44 | -99.99% | $0.03 | 0.503 |
| Jul-01-2021 | Long | -$228.58 | -99.99% | $0.02 | 0.302 |
| Jun-29-2021 | Long | -$7.72 | -99.99% | $0.00 | 0.01 |
| Jun-28-2021 | Long | -$310.82 | -99.99% | $0.02 | 0.382 |
| Jun-25-2021 | Long | -$4.85 | -99.99% | $0.00 | 0.005 |

Sho

| Account Total | | $0.00 | 0.00% | -$41,711.20 | -100.00% | $1.86 |
|---|---|---|---|---|---|---|

*(handwritten note in left margin)* last month aquired shares in Fidelity July 2021



**Core Account and Credit Balance Cash Flow** (continued)
*Core Account* FIDELITY GOVERNMENT MONEY MARKET

Account # 235-312192
**MELISSA NEUMARKER - ROTH IRA - BDA**

| **Cash Management Activity** | |
| --- | --- |
| Deposits | 43,875 94 |
| **Total Cash Management Activity** | **$43,875 94** |
| **Ending Balance as of Dec 31, 2020** | **$42,738 79** |

D    *Includes dividend reinvestments*

# Holdings

## Core Account

| Description | Quantity | Price Per Unit | Total Market Value | Income Earned |
| --- | --- | --- | --- | --- |
| **FIDELITY GOVERNMENT MONEY MARKET** (SPAXX) — 7-day yield  0 01% | 42 738 790 | $1 0000 | $42,738 79 | $0 67 |
| **Total Core Account (100% of account holdings)** | | | **$42,738 79** | **$0 67** |
| **Total Holdings** | | | **$42,738 79** | **$0 67** |

# Additional Information and Endnotes

**About Your RMD Estimate**  Each year your annual RMD estimate is calculated on or after January 1 using your prior year-end account balance divided by the applicable life expectancy factor  The life expectancy factor used is based on both your date of birth and the beneficiary information we have on file as of December 31st of the prior year  Please contact Fidelity if there is a change in your beneficiary information as this calculation will not be updated until the calendar year following the year in which you change your beneficiary designation

**Inherited IRA**  The RMD estimate provided for an Inherited IRA is based on an assumed life expectancy factor  The assumed life expectancy factor assumes that you inherited the IRA from the original owner as an individual sole non-spouse beneficiary and is based on your date of birth unless you have established automatic withdrawals and provided additional information about your situation  The RMD estimate's assumed life expectancy factor, and the resulting RMD estimate, may not be accurate for your situation  If you have questions please call 800-343-3548, Monday through Friday, 8 00 a m  to 8 30 p m  EST and, when prompted, say "RMD"

S

YR_CE_BKJTVCBBBQPVP_BBBBB 20210109



INVESTMENT REPORT
**August 1, 2021 - September 30, 2021**

**Account # 235-312192**
**MELISSA NEUMARKER - ROTH IRA - BDA**

## Required Minimum Distribution (RMD) Estimate

| | |
|---|---|
| **Total 2021 RMD for this account** | **$1,249.67** |

| | Year-to-Date |
|---|---|
| RMD Distributions | $0.00 |

*This estimate was calculated using:*

2020 Year-end Balance: $42,738.79

Life Expectancy Factor: 34.20

IRS Table: Single Life Table

*For more information on RMD, please see "Additional Information and Endnotes" at the end of this statement or visit Fidelity.com/RMD.*

# Holdings

## Core Account

| Description | Beginning Market Value Aug 1, 2021 | Quantity Sep 30, 2021 | Price Per Unit Sep 30, 2021 | Ending Market Value Sep 30, 2021 | Cost | Unrealized Gain/Loss Sep 30, 2021 | EAI ($) / EY (%) |
|---|---|---|---|---|---|---|---|
| **FIDELITY GOVERNMENT MONEY MARKET** (SPAXX) -- 7-day yield: 0.01% | $0.10 | 0.100 | $1.0000 | $0.10 | not applicable | not applicable | - |
| **Total Core Account (0% of account holdings)** | **$0.10** | | | **$0.10** | | | - |

## Stocks

| Description | Beginning Market Value Aug 1, 2021 | Quantity Sep 30, 2021 | Price Per Unit Sep 30, 2021 | Ending Market Value Sep 30, 2021 | Cost | Unrealized Gain/Loss Sep 30, 2021 | EAI ($) / EY (%) |
|---|---|---|---|---|---|---|---|
| **Common Stock** | | | | | | | |
| **META MATERIALS INC COM** ISIN #US59134N1046 SEDOL #BKSCVX7 (MMAT) | $10,080.00 | 2,880.000 | $5.7800 | $16,646.40 | $46,495.94 | -$29,849.54 | - |

*[handwritten annotation: Initial Investment amount]*



**2021 YEAR-END INVESTMENT REPORT**
**January 1, 2021 - December 31, 2021**

**Account # 235-312192**
**MELISSA NEUMARKER - ROTH IRA - BDA**

Required Minimum Distribution (RMD) Estimate

| **Total 2021 RMD for this account** | **$1,249 67** |
|---|---|
| | **Dec 31, 2021** |
| RMD Distributions | $0 00 |

*This estimate was calculated using*

2020 Year-end Balance  $42,738 79

Life Expectancy Factor  34 20

IRS Table  Single Life Table

*For more information on RMD, please see "Additional Information and Endnotes" at the end of this statement or visit Fidelity com/RMD*

# Holdings

## Core Account

| Description | Quantity | Price Per Unit | Total Market Value | Cost | Unrealized Gain/Loss | Income Earned |
|---|---|---|---|---|---|---|
| FIDELITY GOVERNMENT MONEY MARKET  (SPAXX) — 7-day yield  0 01% | 0 100 | $1 0000 | $0 10 | not applicable | not applicable | $1 84 |
| **Total Core Account (0% of account holdings)** | | | **$0 10** | | | **$1 84** |

## Stocks

| Description | Quantity | Price Per Unit | Total Market Value | Cost | Unrealized Gain/Loss | Income Earned |
|---|---|---|---|---|---|---|
| **Common Stock** | | | | | | |
| META MATERIALS INC COM ISIN #US59134N1046 SEDOL #BKSCVX7 (MMAT) | 2,880 000 | $2 4600 | $7,084 80 | $41,712 96 | -$34,628 16 | - |



**2022 YEAR-END INVESTMENT REPORT**
**January 1, 2022 - December 31, 2022**

**Account # 235-312192**
**MELISSA NEUMARKER - ROTH IRA - BDA**

## Required Minimum Distribution (RMD) Estimate

| | |
|---|---|
| **Total 2022 RMD for this account** | **$376 47** |
| | **Dec 31, 2022** |
| RMD Distributions | $0 00 |

*This estimate was calculated using*

2021 Year-end Balance  $13,251 74

Life Expectancy Factor  35 20

IRS Table  Single Life Table

*For more information on RMD, please see "Additional Information and Endnotes" at the end of this statement or visit Fidelity com/RMD*

# Holdings

## Core Account

| Description | Quantity | Price Per Unit | Total Market Value | Cost | Unrealized Gain/Loss | Income Earned |
|---|---|---|---|---|---|---|
| FIDELITY GOVERNMENT MONEY MARKET  (SPAXX) — 7-day yield  3 84% | 0 100 | $1 0000 | $0 10 | not applicable | not applicable | |
| Total Core Account (0% of account holdings) | | | $0 10 | | | - |

## Stocks

| Description | Quantity | Price Per Unit | Total Market Value | Cost | Unrealized Gain/Loss | Income Earned |
|---|---|---|---|---|---|---|
| **Common Stock** | | | | | | |
| META MATERIALS INC COM ISIN #US59134N1046 SEDOL #BKSCVX7 (MMAT) | 2,880 000 | $1 1900 | $3,427 20 | $41 712 96 | -$38,285 76 | - |
| NEXT BRIDGE HYDROCARBONS INC $0 001 NEVADA | 4,084 000 | - | unavailable | 4 787 90 | unavailable | - |



**INVESTMENT REPORT**
**July 1, 2022 - September 30, 2022**

**Account # 235-312192**
**MELISSA NEUMARKER - ROTH IRA - BDA**

Required Minimum Distribution (RMD) Estimate

| | |
|---|---|
| **Total 2022 RMD for this account** | **$376 47** |

| | Year-to-Date |
|---|---|
| RMD Distributions | $0 00 |

*This estimate was calculated using*

2021 Year-end Balance  $13,251 74

Life Expectancy Factor  35 20

IRS Table  Single Life Table

*For more information on RMD  please see "Additional Information and Endnotes" at the end of this statement or visit Fidelity com/RMD*

# Holdings

## Core Account

| Description | Beginning Market Value Jul 1, 2022 | Quantity Sep 30, 2022 | Price Per Unit Sep 30, 2022 | Ending Market Value Sep 30, 2022 | Cost | Unrealized Gain/Loss Sep 30, 2022 | EAI ($) / EY (%) |
|---|---|---|---|---|---|---|---|
| **FIDELITY GOVERNMENT MONEY MARKET**  (SPAXX) — 7-day yield  2 49% | $0 10 | 0 100 | $1 0000 | $0 10 | not applicable | not applicable | - - |
| **Total Core Account (0% of account holdings)** | $0 10 | | | $0 10 | | | - |

## Stocks

| Description | Beginning Market Value Jul 1, 2022 | Quantity Sep 30, 2022 | Price Per Unit Sep 30, 2022 | Ending Market Value Sep 30, 2022 | Cost | Unrealized Gain/Loss Sep 30, 2022 | EAI ($) / EY (%) |
|---|---|---|---|---|---|---|---|
| **Common Stock** | | | | | | | |
| **META MATERIALS INC COM**  ISIN #US59134N1046 SEDOL #BKSCVX7 (MMAT) | $2 966 40 | 2,880 000 | $0 6491 | $1,869 40 | $41,712 96 | -$39 843 56 | - - |



INVESTMENT REPORT
**October 1, 2022 - December 31, 2022**

Account # 235-312192
**MELISSA NEUMARKER - ROTH IRA - BDA**

Required Minimum Distribution (RMD) Estimate

**Total 2022 RMD for this account**                    **$376.47**

|  | Year-to-Date |
|---|---|
| RMD Distributions | $0.00 |

*This estimate was calculated using:*

2021 Year-end Balance: $13,251.74

Life Expectancy Factor: 35.20

IRS Table: Single Life Table

*For more information on RMD, please see "Additional Information and Endnotes" at the end of this statement or visit Fidelity.com/RMD.*

# Holdings

## Core Account

| Description | Beginning Market Value Oct 1, 2022 | Quantity Dec 31, 2022 | Price Per Unit Dec 31, 2022 | Ending Market Value Dec 31, 2022 | Cost | Unrealized Gain/Loss Dec 31, 2022 | EAI ($) / EY (%) |
|---|---|---|---|---|---|---|---|
| **FIDELITY GOVERNMENT MONEY MARKET** (SPAXX) -- 7-day yield: 3.84% | $0.10 | 0.100 | $1.0000 | $0.10 | not applicable | not applicable | - |
| **Total Core Account (0% of account holdings)** | $0.10 | | | $0.10 | | | - |

## Stocks

| Description | Beginning Market Value Oct 1, 2022 | Quantity Dec 31, 2022 | Price Per Unit Dec 31, 2022 | Ending Market Value Dec 31, 2022 | Cost | Unrealized Gain/Loss Dec 31, 2022 | EAI ($) / EY (%) |
|---|---|---|---|---|---|---|---|
| **Common Stock** | | | | | | | |
| **META MATERIALS INC COM** ISIN #US59134N1046 SEDOL #BKSCVX7 (MMAT) | $1,869.40 | 2,880.000 | $1.1900 | $3,427.20 | $41,712.96 | -$38,285.76 | - |



## Holdings

**Account # 235-312192**
**MELISSA NEUMARKER - ROTH IRA - BDA**

### Stocks

| Description | Quantity | Price Per Unit | Total Market Value | Cost | Unrealized Gain/Loss | Income Earned |
|---|---|---|---|---|---|---|
| **Common Stock** | | | | | | |
| **META MATERIALS INC COM** ISIN #US59134N1046 SEDOL #BKSCVX7 (MMAT) | 2,880 000 | $0 0660 | $190 08 | $41,712 96 | -$41,522 88 | - |
| **NEXT BRIDGE HYDROCARBONS INC** $0 0001 NEVADA | 4,084 000 | - | unavailable | 11,823 18 | unavailable | - |
| Total Common Stock (100% of account holdings) | | | $190 08 | $53 536 14 | -$41 522 88 | - |
| **Total Stocks (100% of account holdings)** | | | **$190 08** | **$53,536 14** | **-$41,522 88** | - |
| **Total Holdings** | | | **$190 18** | **$53,536 14** | **-$41,522 88** | **$0 00** |

*Total Cost  does not include the cost basis on core, money market or other positions where cost basis is unknown or not applicable*

*All positions held in cash account unless indicated otherwise*

S

YR_CE_BPTGDTBBBHMSB_BBBBB 20240109



INVESTMENT REPORT
July 1, 2023 - September 30, 2023

# Holdings

Account # 235-312192
MELISSA NEUMARKER - ROTH IRA - BDA

## Stocks

| Description | Beginning Market Value Jul 1, 2023 | Quantity Sep 30, 2023 | Price Per Unit Sep 30, 2023 | Ending Market Value Sep 30, 2023 | Cost | Unrealized Gain/Loss Sep 30, 2023 | EAI ($) / EY (%) |
|---|---|---|---|---|---|---|---|
| **Common Stock** | | | | | | | |
| **META MATERIALS INC COM** ISIN #US59134N1046 SEDOL #BKSCVX7 (MMAT) | $619.77 | 2,880.000 | $0.2119 | $610.27 | $41,712.96 | -$41,102.69 | - |
| | | | | | | | - |
| **NEXT BRIDGE HYDROCARBONS INC** $0.0001 NEVADA | unavailable | 4,084.000 | - | unavailable | 11,823.18 | unavailable | - |
| Total Common Stock (100% of account holdings) | $619.77 | | | $610.27 | $53,536.14 | -$41,102.69 | - |
| **Total Stocks (100% of account holdings)** | **$619.77** | | | **$610.27** | **$53,536.14** | **-$41,102.69** | - |
| **Total Holdings** | | | | **$610.37** | **$53,536.14** | **-$41,102.69** | **$0.00** |

*Total Cost does not include the cost basis on core, money market or other positions where cost basis is unknown or not applicable.*

*All positions held in cash account unless indicated otherwise.*

MR_CE_BPKBCZBBBNHOL_BBBBB 20230929



# Holdings

Account # 235-312192
**MELISSA NEUMARKER - ROTH IRA - BDA**

## Core Account

| Description | Beginning Market Value Oct 1, 2023 | Quantity Dec 31, 2023 | Price Per Unit Dec 31, 2023 | Ending Market Value Dec 31, 2023 | Cost | Unrealized Gain/Loss Dec 31, 2023 | EAI ($) / EY (%) |
|---|---|---|---|---|---|---|---|
| FIDELITY GOVERNMENT MONEY MARKET  (SPAXX) <br> -- 7-day yield:  5.0% | $0.10 | 0.100 | $1.0000 | $0.10 | not applicable | not applicable | - |
| **Total Core Account (0% of account holdings)** | **$0.10** | | | **$0.10** | | | - |

## Stocks

| Description | Beginning Market Value Oct 1, 2023 | Quantity Dec 31, 2023 | Price Per Unit Dec 31, 2023 | Ending Market Value Dec 31, 2023 | Cost | Unrealized Gain/Loss Dec 31, 2023 | EAI ($) / EY (%) |
|---|---|---|---|---|---|---|---|
| **Common Stock** | | | | | | | |
| **META MATERIALS INC COM** <br> ISIN #US59134N1046 SEDOL #BKSCVX7 (MMAT) | $610.27 | 2,880.000 | $0.0660 | $190.08 | $41,712.96 | -$41,522.88 | - |
| **NEXT BRIDGE HYDROCARBONS INC** <br> $0.0001 NEVADA | unavailable | 4,084.000 | - | unavailable | 11,823.18 | unavailable | - |
| Total Common Stock (100% of account holdings) | $610.27 | | | $190.08 | $53,536.14 | -$41,522.88 | - |
| **Total Stocks (100% of account holdings)** | **$610.27** | | | **$190.08** | **$53,536.14** | **-$41,522.88** | - |
| **Total Holdings** | | | | **$190.18** | **$53,536.14** | **-$41,522.88** | **$0.00** |

*Total Cost  does not include the cost basis on core, money market or other positions where cost basis is unknown or not applicable.*

*All positions held in cash account unless indicated otherwise.*

MR_CE_BPRPTKBBBNGBQ_BBBBB 20231229



**INVESTMENT REPORT**
July 1, 2024 - September 30, 2024

## Holdings

**Account # 235-312192**
**MELISSA NEUMARKER - ROTH IRA - BDA**

### Stocks

| Description | Beginning Market Value Jul 1, 2024 | Quantity Sep 30, 2024 | Price Per Unit Sep 30, 2024 | Ending Market Value Sep 30, 2024 | Cost | Unrealized Gain/Loss Sep 30, 2024 | EAI ($) / EY (%) |
|---|---|---|---|---|---|---|---|
| **Common Stock** | | | | | | | |
| **META MATERIALS INC COM NEW** ISIN #US59134N3026 SEDOL #BQ67J98 (MMATQ) | $87.29 | 29.000 | $0.3700 | $10.73 | $41,712.96 | -$41,702.23 | - - |
| Total Common Stock (99% of account holdings) | $87.29 | | | $10.73 | $41,712.96 | -$41,702.23 | - |
| **Total Stocks (99% of account holdings)** | **$87.29** | | | **$10.73** | **$41,712.96** | **-$41,702.23** | **-** |
| **Total Holdings** | | | | **$10.83** | **$41,712.96** | **-$41,702.23** | **$0.00** |

*Total Cost does not include the cost basis on core, money market or other positions where cost basis is unknown or not applicable.*

*All positions held in cash account unless indicated otherwise.*

S

MR_CE_BQTJCKBBCGGXN_BBBBB 20240930

3 of 8

**Fidelity.**

## Activity & Orders

# All accounts

🔍 Search Activity & Orders

As of Dec-04-2024 8:22 PM ET 🔄    🖨    ⬇

| 06/22/2021 - 07/09/2021 | Orders | History | Transfers | ⇌ More filters |

⚠ Due to high traffic, in progress transfers and deposits may not be displayed. Check for transfers

∨ **June 22, 2021 - July 9, 2021**

| Date | Account | Description | Amount |
|------|---------|-------------|--------|
| ∨ Jul-08-2021 | Roth IRA - BDA ***2192 | YOU BOUGHT META MATERIALS INC COM ISIN US59134N... (59134N104) (Cash) | -$5.60 |

| | |
|---|---|
| Date | Jul-08-2021 |
| Symbol | 59134N104 |
| Symbol description | META MATERIALS INC COM ISIN US59134N1046 SEDOL BKSCVX7 1 FOR 100 R/S INTO META MA TERIALS INC |
| Type | Cash |
| Shares | +1.000 |
| Price | $5.60 |
| Amount | -$5.60 |
| Settlement date | Jul-12-2021 |

| ∨ Jul-07-2021 | Roth IRA - BDA ***2192 | DISTRIBUTION SPIN FROM(89102U103) META MATERIALS INC PFD SER A 0.00000... (59134N203) (Cash) | ⋯ |



| | |
|---|---|
| Date | Jul-07-2021 |
| Symbol | 59134N203 |
| Symbol description | META MATERIALS INC PFD SER A 0.00000% *EXCHANGED FOR CUSIP 591994371* |
| Type | Cash |
| Shares | +4,084.000 |

| ∨ Jul-01-2021 | Roth IRA - BDA ***2192 | YOU BOUGHT META MATERIALS INC COM ISIN US59134N... (59134N104) (Cash) | -$381.47 |

| | |
|---|---|
| Date | Jul-01-2021 |
| Symbol | 59134N104 |
| Symbol description | META MATERIALS INC COM ISIN US59134N1046 SEDOL BKSCVX7 1 FOR 100 R/S INTO META MA TERIALS INC |
| Type | Cash |
| Shares | +50.000 |
| Price | $7.63 |
| Amount | -$381.47 |

Settlement date                Jul 06 2021

---

⌄  Jul 01 2021   Roth IRA  BDA ***2192          YOU BOUGHT META MATERIALS INC COM ISIN US59134N          $228 60
                                                (59134N104) (Cash)

| | |
|---|---|
| Date | Jul 01 2021 |
| Symbol | 59134N104 |
| Symbol description | META MATERIALS INC COM ISIN US59134N1046 SEDOL BKSCVX7 1 FOR 100 R/S INTO META MATERIALS INC |
| Type | Cash |
| Shares | +30 000 |
| Price | $7 62 |
| Amount | $228 60 |
| Settlement date | Jul 06 2021 |

---

⌄  Jul 01 2021   Roth IRA  BDA ***2192          YOU BOUGHT META MATERIALS INC COM ISIN US59134N          $189 75
                                                (59134N104) (Cash)

| | |
|---|---|
| Date | Jul 01 2021 |
| Symbol | 59134N104 |
| Symbol description | META MATERIALS INC COM ISIN US59134N1046 SEDOL BKSCVX7 1 FOR 100 R/S INTO META MATERIALS INC |
| Type | Cash |
| Shares | +25 000 |
| Price | $7 59 |
| Amount | $189 75 |
| Settlement date | Jul 06 2021 |

---

⌄  Jul 01 2021   Roth IRA  BDA ***2192          YOU BOUGHT META MATERIALS INC COM ISIN US59134N          $74 85
                                                (59134N104) (Cash)

| | |
|---|---|
| Date | Jul 01 2021 |
| Symbol | 59134N104 |
| Symbol description | META MATERIALS INC COM ISIN US59134N1046 SEDOL BKSCVX7 1 FOR 100 R/S INTO META MATERIALS INC |
| Type | Cash |
| Shares | +10 000 |
| Price | $7 49 |
| Amount | $74 85 |
| Settlement date | Jul 06 2021 |

---

⌄  Jul 01 2021   Roth IRA  BDA ***2192          YOU BOUGHT META MATERIALS INC COM ISIN US59134N          $14 63
                                                (59134N104) (Cash)

| | |
|---|---|
| Date | Jul 01 2021 |
| Symbol | 59134N104 |

| | |
|---|---|
| Symbol description | META MATERIALS INC COM ISIN US59134N1046 SEDOL BKSCVX7 1 FOR 100 R/S INTO META MATERIALS INC |
| Type | Cash |
| Shares | +2.000 |
| Price | $7.32 |
| Amount | -$14.63 |
| Settlement date | Jul-06-2021 |

| ˅ Jul-01-2021   Roth IRA - BDA ***2192 | YOU BOUGHT META MATERIALS INC COM ISIN US59134N... (59134N104) (Cash) | -$7.17 |
|---|---|---|

| | |
|---|---|
| Date | Jul-01-2021 |
| Symbol | 59134N104 |
| Symbol description | META MATERIALS INC COM ISIN US59134N1046 SEDOL BKSCVX7 1 FOR 100 R/S INTO META MATERIALS INC |
| Type | Cash |
| Shares | +1.000 |
| Price | $7.17 |
| Amount | -$7.17 |
| Settlement date | Jul-06-2021 |

| > Jun-30-2021   Roth IRA - BDA ***2192 | REINVESTMENT FIDELITY GOVERNMENT MONEY MARKET (SPAXX) (Cash) | -$0.30 |
|---|---|---|
| > Jun-30-2021   Roth IRA - BDA ***2192 | DIVIDEND RECEIVED FIDELITY GOVERNMENT MONEY MARKET (SPAXX) (Cash) | +$0.30 |
| > Jun-30-2021   IRA - BDA ***9945 | REINVESTMENT FIDELITY GOVERNMENT MONEY MARKET (SPAXX) (Cash) | -$0.10 |
| > Jun-30-2021   IRA - BDA ***9945 | DIVIDEND RECEIVED FIDELITY GOVERNMENT MONEY MARKET (SPAXX) (Cash) | +$0.10 |
| ˅ Jun-29-2021   Roth IRA - BDA ***2192 | REVERSE SPLIT R/S TO 59134N104#REOR M0051336480000 TORCHLIGHT ENERGY RESOURCES INC 1 FO... (89102U103) (Cash) | -$945.45 |

| | |
|---|---|
| Date | Jun-29-2021 |
| Symbol | 89102U103 |
| Symbol description | TORCHLIGHT ENERGY RESOURCES INC 1 FOR 2 R/S INTO META MATLS INC COM USD0.001 CUSIP #59134N104 |
| Type | Shares |
| Shares | -191.000 |
| Value | -$945.45 closing market value on Jun-29-2021 |

*[handwritten annotations: "↑ mixed\in w/\meta materials/ right during /reverse split. \add to /TRCH shares", "95.5 shares kmmAT on next page ↓", "closing market value"]*

| ˅ Jun-29-2021   Roth IRA - BDA ***2192 | REVERSE SPLIT R/S FROM 89102U103#REOR M005´336480001 META MATERIALS INC COM ISIN US59134N... (59134N104) (Cash) | +$667.85 |
|---|---|---|

| | |
|---|---|
| Date | Jun-29-2021 |
| Symbol | 59134N104 |

| | |
|---|---|
| Symbol description | META MATERIALS INC COM ISIN US59134N1046 SEDOL BKSCVX7 1 FOR 100 R/S INTO META MATERIALS INC |
| Type | Shares |
| Shares | +95.000 |
| Value | $667.85 closing market value on Jun-29-2021 |

*closing market value* (handwritten annotation)

| Jun-29-2021   Roth IRA - BDA ***2192 | IN LIEU OF FRX SHARE LEU PAYOUT 89102U103#REORLM0051336480001 META MATERIALS INC COM ISIN US59134N... (59134N104) (Cash) | +$4.09 |
|---|---|---|

| | |
|---|---|
| Date | Jun-29-2021 |
| Symbol | 59134N104 |
| Symbol description | META MATERIALS INC COM ISIN US59134N1046 SEDOL BKSCVX7 1 FOR 100 R/S INTO META MATERIALS INC |
| Type | Cash |
| Amount | $4.09 |

| Jun-29-2021   Roth IRA - BDA ***2192 | YOU BOUGHT META MATERIALS INC COM ISIN US59134N... (59134N104) (Cash) | -$7.72 |
|---|---|---|

| | |
|---|---|
| Date | Jun-29-2021 |
| Symbol | 59134N104 |
| Symbol description | META MATERIALS INC COM ISIN US59134N1046 SEDOL BKSCVX7 1 FOR 100 R/S INTO META MATERIALS INC |
| Type | Cash |
| Shares | +1.000 |
| Price | $7.72 |
| Amount | -$7.72 |
| Settlement date | Jul-01-2021 |

| Jun-29-2021   Roth IRA - BDA ***2192 | YOU SOLD MEDIWOUND LTD COM ILS0.01 WHEN DISTR... (M68830104) (Cash) | +$890.99 |
|---|---|---|

| Jun-28-2021   Roth IRA - BDA ***2192 | REVERSE SPLIT R/S TO 59134N104#REOR M0051336480000 TORCHLIGHT ENERGY RESOURCES INC 1 FO... (89102U103) (Cash) | -$26,007.30 |
|---|---|---|

| | |
|---|---|
| Date | Jun-28-2021 |
| Symbol | 89102U103 |
| Symbol description | TORCHLIGHT ENERGY RESOURCES INC 1 FOR 2 R/S INTO META MATLS INC COM USD0.001 CUSIP #59134N104 |
| Type | Shares |
| Shares | -5,254.000 |
| Value | -$26,007.30 closing market value on Jun-28-2021 |

*= 2627.00 shares on next page* (handwritten annotation)

| Jun-28-2021   Roth IRA - BDA ***2192 | REVERSE SPLIT R/S FROM 89102U103#REOR M0051336480001 META MATERIALS INC COM ISIN US59134N... (59134N104) (Cash) | +$20,910.92 |
|---|---|---|

| | |
|---|---|
| Date | Jun-28-2021 |

| Symbol | 59134N104 |
|---|---|
| Symbol description | META MATERIALS INC COM ISIN US59134N1046 SEDOL BKSCVX7 1 FOR 100 R/S INTO META MATERIALS INC |
| Type | Shares |
| Shares | +2,627.000 |
| Value | $20,910.92 closing market value on Jun-28-2021 |

| ⌄ Jun-28-2021 | Roth IRA - BDA ***2192 | YOU BOUGHT META MATERIALS INC COM ISIN US59134N... (59134N104) (Cash) | -$310.84 |
|---|---|---|---|

| Date | Jun-28-2021 |
|---|---|
| Symbol | 59134N104 |
| Symbol description | META MATERIALS INC COM ISIN US59134N1046 SEDOL BKSCVX7 1 FOR 100 R/S INTO META MATERIALS INC |
| Type | Cash |
| Shares | +38.000 |
| Price | $8.18 |
| Amount | -$310.84 |
| Settlement date | Jun-30-2021 |

| › Jun-28-2021 | Roth IRA - BDA ***2192 | YOU BOUGHT MEDIWOUND LTD COM ILS0.01 WHEN DISTR... (M68830104) (Cash) | -$591.99 |
|---|---|---|---|
| › Jun-28-2021 | Roth IRA - BDA ***2192 | YOU BOUGHT MEDIWOUND LTD COM ILS0.01 WHEN DISTR... (M68830104) (Cash) | -$592.00 |
| › Jun-28-2021 | Roth IRA - BDA ***2192 | YOU BOUGHT MEDIWOUND LTD COM ILS0.01 WHEN DISTR... (M68830104) (Cash) | -$109.80 |

| ⌄ Jun-25-2021 | Roth IRA - BDA ***2192 | YOU BOUGHT TORCHLIGHT ENERGY RESOURCES INC 1 FO... (89102U103) (Cash) | -$241.25 |
|---|---|---|---|

| Date | Jun-25-2021 |
|---|---|
| Symbol | 89102U103 |
| Symbol description | TORCHLIGHT ENERGY RESOURCES INC 1 FOR 2 R/S INTO META MATLS INC COM USD0.001 CUSIP #59134N104 |
| Type | Cash |
| Shares | +50.000 |
| Price | $4.83 |
| Amount | -$241.25 |
| Settlement date | Jun-29-2021 |

| ⌄ Jun-25-2021 | Roth IRA - BDA ***2192 | YOU BOUGHT TORCHLIGHT ENERGY RESOURCES INC 1 FO... (89102U103) (Cash) | -$241.97 |
|---|---|---|---|

| Date | Jun-25-2021 |
|---|---|
| Symbol | 89102U103 |
| Symbol description | TORCHLIGHT ENERGY RESOURCES INC 1 FOR 2 R/S INTO META MATLS INC COM USD0.001 CUSIP #59134N104 |

| Type | Cash |
|---|---|
| Shares | +50.000 |
| Price | $4.84 |
| Amount | -$241.97 |
| Settlement date | Jun-29-2021 |

⌄ Jun-25-2021  Roth IRA - BDA ***2192    YOU BOUGHT TORCHLIGHT ENERGY RESOURCES INC 1 FO...    -$255.00
(89102U103) (Cash)

| Date | Jun-25-202´ |
|---|---|
| Symbol | 89102U103 |
| Symbol description | TORCHLIGHT ENERGY RESOURCES INC 1 FOR 2 R/S INTO META MATLS INC COM USD0.001 CUSIP #59134N104 |
| Type | Cash |
| Shares | +50.000 |
| Price | $5.10 |
| Amount | -$255.00 |
| Settlement date | Jun-29-2021 |

> Jun-25-2021  Roth IRA - BDA ***2192    YOU BOUGHT TORCHLIGHT ENERGY RESOURCES INC 1 FO...    -$97.29
(89102U103) (Cash)

*[handwritten]* shares +20.000 ←     I didn't print This out by accident

⌄ Jun-25-2021  Roth IRA - BDA ***2192    YOU BOUGHT TORCHLIGHT ENERGY RESOURCES INC 1 FO...    -$100.00
(89102U103) (Cash)

| Date | Jun-25-2021 |
|---|---|
| Symbol | 89102U103 |
| Symbol description | TORCHLIGHT ENERGY RESOURCES INC 1 FOR 2 R/S INTO META MATLS INC COM USD0.001 CUSIP #59134N104 |
| Type | Cash |
| Shares | +20.000 |
| Price | $5.00 |
| Amount | -$100.00 |
| Settlement date | Jun-29-2021 |

⌄ Jun-25-2021  Roth IRA - BDA ***2192    YOU BOUGHT TORCHLIGHT ENERGY RESOURCES INC 1 FO...    -$4.85
(89102U103) (Cash)

| | |
|---|---|
| Date | Jun 25 2021 |
| Symbol | 89102U103 |
| Symbol description | TORCHLIGHT ENERGY RESOURCES INC 1 FOR 2 R/S INTO META MATLS INC COM USD0 001 CUS IP #59134N104 |
| Type | Cash |
| Shares | +1 000 |
| Price | $4 85 |
| Amount | $4 85 |
| Settlement date | Jun 29 2021 |

⌄ Jun 24 2021   Roth IRA   BDA ***2192          YOU BOUGHT TORCHLIGHT ENERGY RESOURCES INC 1 FO                    $5 060 00
                                               (89102U103) (Cash)

| | |
|---|---|
| Date | Jun 24 2021 |
| Symbol | 89102U103 |
| Symbol description | TORCHLIGHT ENERGY RESOURCES INC 1 FOR 2 R/S INTO META MATLS INC COM USD0 001 CUS IP #59134N104 |
| Type | Cash |
| Shares | +1,000 000 |
| Price | $5 06 |
| Amount | $5 060 00 |
| Settlement date | Jun 28 2021 |

⌄ Jun 24 2021   Roth IRA   BDA ***2192          YOU BOUGHT TORCHLIGHT ENERGY RESOURCES INC 1 FO                    $490 00
                                               (89102U103) (Cash)

| | |
|---|---|
| Date | Jun 24 2021 |
| Symbol | 89102U103 |
| Symbol description | TORCHLIGHT ENERGY RESOURCES INC 1 FOR 2 R/S INTO META MATLS INC COM USD0 001 CUS IP #59134N104 |
| Type | Cash |
| Shares | +100 000 |
| Price | $4 90 |
| Amount | $490 00 |
| Settlement date | Jun 28 2021 |

⌄ Jun 24 2021   Roth IRA   BDA ***2192          YOU BOUGHT TORCHLIGHT ENERGY RESOURCES INC 1 FO                    $247 50
                                               (89102U103) (Cash)

| | |
|---|---|
| Date | Jun 24 2021 |
| Symbol | 89102U103 |
| Symbol description | TORCHLIGHT ENERGY RESOURCES INC 1 FOR 2 R/S INTO META MATLS INC COM USD0 001 CUS IP #59134N104 |
| Type | Cash |
| Shares | +50 000 |
| Price | $4 95 |

| Amount | -$247.50 |
| Settlement date | Jun-28-2021 |

| | | | | |
|---|---|---|---|---|
| > | Jun-24-2021 | Roth IRA - BDA ***2192 | YOU BOUGHT ENGLOBAL CORPORATION COM USD0.001 1 ... (293306106) (Cash) | -$945.25 |
| > | Jun-24-2021 | Roth IRA - BDA ***2192 | YOU BOUGHT ENGLOBAL CORPORATION COM USD0.001 1 ... (293306106) (Cash) | -$181.50 |
| > | Jun-24-2021 | Roth IRA - BDA ***2192 | YOU BOUGHT ENGLOBAL CORPORATION COM USD0.001 1 ... (293306106) (Cash) | -$187.50 |
| > | Jun-24-2021 | Roth IRA - BDA ***2192 | YOU BOUGHT ENGLOBAL CORPORATION COM USD0.001 1 ... (293306106) (Cash) | -$72.00 |
| > | Jun-24-2021 | Roth IRA - BDA ***2192 | YOU BOUGHT ENGLOBAL CORPORATION COM USD0.001 1 ... (293306106) (Cash) | -$37.60 |
| > | Jun-24-2021 | Roth IRA - BDA ***2192 | YOU BOUGHT ENGLOBAL CORPORATION COM USD0.001 1 ... (293306106) (Cash) | -$7.50 |
| > | Jun-24-2021 | Roth IRA - BDA ***2192 | YOU SOLD ENGLOBAL CORPORATION COM USD0.001 1 ... (293306106) (Cash) | +$1,358.00 |
| ∨ | Jun-23-2021 | Roth IRA - BDA ***2192 | YOU BOUGHT TORCHLIGHT ENERGY RESOURCES INC 1 FO... (89102U103) (Cash) | -$39.00 |

| Date | Jun-23-2021 |
| Symbol | 89102U103 |
| Symbol description | TORCHLIGHT ENERGY RESOURCES INC 1 FOR 2 R/S INTO META MATLS INC COM USD0.001 CUS IP #59134N104 |
| Type | Cash |
| Shares | +8.000 |
| Price | $4.88 |
| Amount | -$39.00 |
| Settlement date | Jun-25-2021 |

| | | | | |
|---|---|---|---|---|
| ∨ | Jun-23-2021 | Roth IRA - BDA ***2192 | YOU BOUGHT TORCHLIGHT ENERGY RESOURCES INC 1 FO... (89102U103) (Cash) | -$26.24 |

| Date | Jun-23-2021 |
| Symbol | 89102U103 |
| Symbol description | TORCHLIGHT ENERGY RESOURCES INC 1 FOR 2 R/S INTO META MATLS INC COM USD0.001 CUS IP #59134N104 |
| Type | Cash |
| Shares | +5.000 |
| Price | $5.25 |
| Amount | -$26.24 |
| Settlement date | Jun-25-2021 |

| | | | |
|---|---|---|---|
| ∨ Jun-23-2021 | Roth IRA - BDA ***2192 | YOU BOUGHT TORCHLIGHT ENERGY RESOURCES INC 1 FO... (89102U103) (Cash) | -$26.83 |

| | |
|---|---|
| Date | Jun-23-2021 |
| Symbol | 89102U103 |
| Symbol description | TORCHLIGHT ENERGY RESOURCES INC 1 FOR 2 R/S INTO META MATLS INC COM USD0.001 CUSIP #59134N104 |
| Type | Cash |
| Shares | +5.000 |
| Price | $5.37 |
| Amount | -$26.83 |
| Settlement date | Jun-25-2021 |

| | | | |
|---|---|---|---|
| ∨ Jun-23-2021 | Roth IRA - BDA ***2192 | YOU BOUGHT TORCHLIGHT ENERGY RESOURCES INC 1 FO... (89102U103) (Cash) | -$5.13 |

| | |
|---|---|
| Date | Jun-23-2021 |
| Symbol | 89102U103 |
| Symbol description | TORCHLIGHT ENERGY RESOURCES INC 1 FOR 2 R/S INTO META MATLS INC COM USD0.001 CUSIP #59134N104 |
| Type | Cash |
| Shares | +1.000 |
| Price | $5.13 |
| Amount | -$5.13 |
| Settlement date | Jun-25-2021 |

| | | | |
|---|---|---|---|
| ∨ Jun-23-2021 | Roth IRA - BDA ***2192 | YOU BOUGHT TORCHLIGHT ENERGY RESOURCES INC 1 FO... (89102U103) (Cash) | -$5.24 |

| | |
|---|---|
| Date | Jun-23-2021 |
| Symbol | 89102U103 |
| Symbol description | TORCHLIGHT ENERGY RESOURCES INC 1 FOR 2 R/S INTO META MATLS INC COM USD0.001 CUSIP #59134N104 |
| Type | Cash |
| Shares | +1.000 |
| Price | $5.24 |
| Amount | -$5.24 |
| Settlement date | Jun-25-2021 |

| | | | |
|---|---|---|---|
| › Jun-23-2021 | Roth IRA - BDA ***2192 | YOU BOUGHT ENTERA BIO LTD COM ILS0.0000769 (ENTX) (Cash) | -$1,215.00 |
| › Jun-23-2021 | Roth IRA - BDA ***2192 | YOU SOLD ENTERA BIO LTD COM ILS0.0000769 (ENTX) (Cash) | +$1,185.89 |
| ∨ Jun-22-2021 | Roth IRA - BDA ***2192 | YOU BOUGHT TORCHLIGHT ENERGY RESOURCES INC 1 FO... (89102U103) (Cash) | -$19,080.00 |

| | |
|---|---|
| Date | Jun-22-2021 |
| Symbol | 89102U103 |

| | |
|---|---|
| Symbol description | TORCHLIGHT ENERGY RESOURCES INC 1 FOR 2 R/S INTO META MATLS INC COM USD0 001 CUS IP #59134N104 |
| Type | Cash |
| Shares | +2,000 000 |
| Price | $9 54 |
| Amount | $19 080 00 |
| Settlement date | Jun 24 2021 |

⌄ Jun 22 2021   Roth IRA  BDA ***2192        YOU BOUGHT TORCHLIGHT ENERGY RESOURCES INC 1 FO                    $1,809 98
                                             (89102U103) (Cash)

| | |
|---|---|
| Date | Jun 22 2021 |
| Symbol | 89102U103 |
| Symbol description | TORCHLIGHT ENERGY RESOURCES INC 1 FOR 2 R/S INTO META MATLS INC COM USD0 001 CUS IP #59134N104 |
| Type | Cash |
| Shares | +200 000 |
| Price | $9 05 |
| Amount | $1 809 98 |
| Settlement date | Jun 24 2021 |

⌄ Jun 22 2021   Roth IRA  BDA ***2192        YOU BOUGHT TORCHLIGHT ENERGY RESOURCES INC 1 FO                    $1,820 00
                                             (89102U103) (Cash)

| | |
|---|---|
| Date | Jun 22 2021 |
| Symbol | 89102U103 |
| Symbol description | TORCHLIGHT ENERGY RESOURCES INC 1 FOR 2 R/S INTO META MATLS INC COM USD0 001 CUS IP #59134N104 |
| Type | Cash |
| Shares | +200 000 |
| Price | $9 10 |
| Amount | $1 820 00 |
| Settlement date | Jun 24 2021 |

⌄ Jun 22 2021   Roth IRA  BDA ***2192        YOU BOUGHT TORCHLIGHT ENERGY RESOURCES INC 1 FO                    $1,854 00
                                             (89102U103) (Cash)

| | |
|---|---|
| Date | Jun 22 2021 |
| Symbol | 89102U103 |
| Symbol description | TORCHLIGHT ENERGY RESOURCES INC 1 FOR 2 R/S INTO META MATLS INC COM USD0 001 CUS IP #59134N104 |
| Type | Cash |
| Shares | +200 000 |
| Price | $9 27 |
| Amount | $1 854 00 |
| Settlement date | Jun 24 2021 |

▽ Jun 22 2021   Roth IRA  BDA ***2192       YOU BOUGHT TORCHLIGHT ENERGY RESOURCES INC 1 FO           $1 880 00
                                            (89102U103) (Cash)

| Date | Jun 22 2021 |
|---|---|
| Symbol | 89102U103 |
| Symbol description | TORCHLIGHT ENERGY RESOURCES INC 1 FOR 2 R/S INTO META MATLS INC COM USD0 001 CUS IP #59134N104 |
| Type | Cash |
| Shares | +200 000 |
| Price | $9 40 |
| Amount | $1 880 00 |
| Settlement date | Jun 24 2021 |

▽ Jun 22 2021   Roth IRA  BDA ***2192       YOU BOUGHT TORCHLIGHT ENERGY RESOURCES INC 1 FO           $1 886 00
                                            (89102U103) (Cash)

| Date | Jun 22 2021 |
|---|---|
| Symbol | 89102U103 |
| Symbol description | TORCHLIGHT ENERGY RESOURCES INC 1 FOR 2 R/S INTO META MATLS INC COM USD0 001 CUS IP #59134N104 |
| Type | Cash |
| Shares | +200 000 |
| Price | $9 43 |
| Amount | $1,886 00 |
| Settlement date | Jun 24 2021 |

▽ Jun 22 2021   Roth IRA  BDA ***2192       YOU BOUGHT TORCHLIGHT ENERGY RESOURCES INC 1 FO           $924 00
                                            (89102U103) (Cash)

| Date | Jun 22 2021 |
|---|---|
| Symbol | 89102U103 |
| Symbol description | TORCHLIGHT ENERGY RESOURCES INC 1 FOR 2 R/S INTO META MATLS INC COM USD0 001 CUS IP #59134N104 |
| Type | Cash |
| Shares | +100 000 |
| Price | $9 24 |
| Amount | $924 00 |
| Settlement date | Jun 24 2021 |

▽ Jun 22 2021   Roth IRA  BDA ***2192       YOU BOUGHT TORCHLIGHT ENERGY RESOURCES INC 1 FO           $925 34
                                            (89102U103) (Cash)

| Date | Jun 22 2021 |
|---|---|
| Symbol | 89102U103 |
| Symbol description | TORCHLIGHT ENERGY RESOURCES INC 1 FOR 2 R/S INTO META MATLS INC COM USD0 001 CUS IP #59134N104 |
| Type | Cash |

| Shares | +100 000 |
|---|---|
| Price | $9 25 |
| Amount | $925 34 |
| Settlement date | Jun 24 2021 |

---

ⅴ Jun 22 2021   Roth IRA   BDA ***2192     **YOU BOUGHT TORCHLIGHT ENERGY RESOURCES INC 1 FO (89102U103) (Cash)**     $929 00

| Date | Jun 22 2021 |
|---|---|
| Symbol | 89102U103 |
| Symbol description | TORCHLIGHT ENERGY RESOURCES INC 1 FOR 2 R/S INTO META MATLS INC COM USD0 001 CUS IP #59134N104 |
| Type | Cash |
| Shares | +100 000 |
| Price | $9 29 |
| Amount | $929 00 |
| Settlement date | Jun 24 2021 |

---

ⅴ Jun 22 2021   Roth IRA   BDA ***2192     **YOU BOUGHT TORCHLIGHT ENERGY RESOURCES INC 1 FO (89102U103) (Cash)**     $933 50

| Date | Jun 22 2021 |
|---|---|
| Symbol | 89102U103 |
| Symbol description | TORCHLIGHT ENERGY RESOURCES INC 1 FOR 2 R/S INTO META MATLS INC COM USD0 001 CUS IP #59134N104 |
| Type | Cash |
| Shares | +100 000 |
| Price | $9 34 |
| Amount | $933 50 |
| Settlement date | Jun 24 2021 |

---

ⅴ Jun 22 2021   Roth IRA   BDA ***2192     **YOU BOUGHT TORCHLIGHT ENERGY RESOURCES INC 1 FO (89102U103) (Cash)**     $934 00

| Date | Jun 22 2021 |
|---|---|
| Symbol | 89102U103 |
| Symbol description | TORCHLIGHT ENERGY RESOURCES INC 1 FOR 2 R/S INTO META MATLS INC COM USD0 001 CUS IP #59134N104 |
| Type | Cash |
| Shares | +100 000 |
| Price | $9 34 |
| Amount | $934 00 |
| Settlement date | Jun 24 2021 |

---

ⅴ Jun 22 2021   Roth IRA   BDA ***2192     **YOU BOUGHT TORCHLIGHT ENERGY RESOURCES INC 1 FO (89102U103) (Cash)**     $940 00

| Date | Jun 22 2021 |
|------|-------------|
| Symbol | 89102U103 |
| Symbol description | TORCHLIGHT ENERGY RESOURCES INC 1 FOR 2 R/S INTO META MATLS INC COM USD0 001 CUSIP #59134N104 |
| Type | Cash |
| Shares | +100 000 |
| Price | $9 40 |
| Amount | $940 00 |
| Settlement date | Jun 24 2021 |

⌄ Jun 22 2021   Roth IRA  BDA ***2192        YOU BOUGHT TORCHLIGHT ENERGY RESOURCES INC 1 FO (89102U103) (Cash)        $460 00

| Date | Jun 22 2021 |
|------|-------------|
| Symbol | 89102U103 |
| Symbol description | TORCHLIGHT ENERGY RESOURCES INC 1 FOR 2 R/S INTO META MATLS INC COM USD0 001 CUSIP #59134N104 |
| Type | Cash |
| Shares | +50 000 |
| Price | $9 20 |
| Amount | $460 00 |
| Settlement date | Jun 24 2021 |

⌄ Jun 22-2021   Roth IRA  BDA ***2192        YOU BOUGHT TORCHLIGHT ENERGY RESOURCES INC 1 FO (89102U103) (Cash)        $465 50

| Date | Jun 22 2021 |
|------|-------------|
| Symbol | 89102U103 |
| Symbol description | TORCHLIGHT ENERGY RESOURCES INC 1 FOR 2 R/S INTO META MATLS INC COM USD0 001 CUSIP #59134N104 |
| Type | Cash |
| Shares | +50 000 |
| Price | $9 31 |
| Amount | $465 50 |
| Settlement date | Jun 24 2021 |

⌄ Jun 22 2021   Roth IRA  BDA ***2192        YOU BOUGHT TORCHLIGHT ENERGY RESOURCES INC 1 FO (89102U103) (Cash)        $466 50

| Date | Jun 22 2021 |
|------|-------------|
| Symbol | 89102U103 |
| Symbol description | TORCHLIGHT ENERGY RESOURCES INC 1 FOR 2 R/S INTO META MATLS INC COM USD0 001 CUSIP #59134N104 |
| Type | Cash |
| Shares | +50 000 |
| Price | $9 33 |

| | |
|---|---|
| Amount | $466 50 |
| Settlement date | Jun 24 2021 |

---

⌄ Jun 22 2021   Roth IRA   BDA ***2192     YOU BOUGHT TORCHLIGHT ENERGY RESOURCES INC 1 FO (89102U103) (Cash)     $467 50

| | |
|---|---|
| Date | Jun 22 2021 |
| Symbol | 89102U103 |
| Symbol description | TORCHLIGHT ENERGY RESOURCES INC 1 FOR 2 R/S INTO META MATLS INC COM USD0 001 CUS IP #59134N104 |
| Type | Cash |
| Shares | +50 000 |
| Price | $9 35 |
| Amount | $467 50 |
| Settlement date | Jun 24 2021 |

---

⌄ Jun 22 2021   Roth IRA   BDA ***2192     YOU BOUGHT TORCHLIGHT ENERGY RESOURCES INC 1 FO (89102U103) (Cash)     $468 50

| | |
|---|---|
| Date | Jun 22 2021 |
| Symbol | 89102U103 |
| Symbol description | TORCHLIGHT ENERGY RESOURCES INC 1 FOR 2 R/S INTO META MATLS INC COM USD0 001 CUS IP #59134N104 |
| Type | Cash |
| Shares | +50 000 |
| Price | $9 37 |
| Amount | $468 50 |
| Settlement date | Jun 24 2021 |

---

⌄ Jun 22 2021   Roth IRA   BDA ***2192     YOU BOUGHT TORCHLIGHT ENERGY RESOURCES INC 1 FO (89102U103) (Cash)     $469 00

| | |
|---|---|
| Date | Jun 22 2021 |
| Symbol | 89102U103 |
| Symbol description | TORCHLIGHT ENERGY RESOURCES INC 1 FOR 2 R/S INTO META MATLS INC COM USD0 001 CUS IP #59134N104 |
| Type | Cash |
| Shares | +50 000 |
| Price | $9 38 |
| Amount | $469 00 |
| Settlement date | Jun 24 2021 |

---

⌄ Jun 22 2021   Roth IRA   BDA ***2192     YOU BOUGHT TORCHLIGHT ENERGY RESOURCES INC 1 FO (89102U103) (Cash)     $469 00

| | |
|---|---|
| Date | Jun 22 2021 |
| Symbol | 89102U103 |

Symbol description                   TORCHLIGHT ENERGY RESOURCES INC 1 FOR 2 R/S INTO META MATLS INC COM USD0 001 CUS
                                     IP #59134N104

Type                                 Cash

Shares                               +50 000

Price                                $9 38

Amount                               $469 00

Settlement date                      Jun 24 2021

---

⌄  Jun 22 2021   Roth IRA  BDA ***2192        YOU BOUGHT TORCHLIGHT ENERGY RESOURCES INC 1 FO          $469 00
                                              (89102U103) (Cash)

Date                                 Jun 22 2021

Symbol                               89102U103

Symbol description                   TORCHLIGHT ENERGY RESOURCES INC 1 FOR 2 R/S INTO META MATLS INC COM USD0 001 CUS
                                     IP #59134N104

Type                                 Cash

Shares                               +50 000

Price                                $9 38

Amount                               $469 00

Settlement date                      Jun 24 2021

---

⌄  Jun 22 2021   Roth IRA  BDA ***2192        YOU BOUGHT TORCHLIGHT ENERGY RESOURCES INC 1 FO          $471 25
                                              (89102U103) (Cash)

Date                                 Jun 22 2021

Symbol                               89102U103

Symbol description                   TORCHLIGHT ENERGY RESOURCES INC 1 FOR 2 R/S INTO META MATLS INC COM USD0 001 CUS
                                     IP #59134N104

Type                                 Cash

Shares                               +50 000

Price                                $9 43

Amount                               $471 25

Settlement date                      Jun 24 2021

---

⌄  Jun 22 2021   Roth IRA  BDA ***2192        YOU BOUGHT TORCHLIGHT ENERGY RESOURCES INC 1 FO          $188 00
                                              (89102U103) (Cash)

Date                                 Jun 22 2021

Symbol                               89102U103

Symbol description                   TORCHLIGHT ENERGY RESOURCES INC 1 FOR 2 R/S INTO META MATLS INC COM USD0 001 CUS
                                     IP #59134N104

Type                                 Cash

Shares                               +20 000

Price                                $9 40

Amount                               $188 00

Settlement date                      Jun 24 2021

| ˅ Jun-22-2021 | Roth IRA - BDA ***2192 | YOU BOUGHT TORCHLIGHT ENERGY RESOURCES INC 1 FO... (89102U103) (Cash) | -$93.50 |

| Date | Jun-22-2021 |
| Symbol | 89102U103 |
| Symbol description | TORCHLIGHT ENERGY RESOURCES INC 1 FOR 2 R/S INTO META MATLS INC COM USD0.001 CUSIP #59134N104 |
| Type | Cash |
| Shares | +10.000 |
| Price | $9.35 |
| Amount | -$93.50 |
| Settlement date | Jun-24-2021 |

| ˅ Jun-22-2021 | Roth IRA - BDA ***2192 | YOU BOUGHT TORCHLIGHT ENERGY RESOURCES INC 1 FO... (89102U103) (Cash) | -$27.24 |

| Date | Jun-22-2021 |
| Symbol | 89102U103 |
| Symbol description | TORCHLIGHT ENERGY RESOURCES INC 1 FOR 2 R/S INTO META MATLS INC COM USD0.001 CUSIP #59134N´04 |
| Type | Cash |
| Shares | +3.000 |
| Price | $9.08 |
| Amount | -$27.24 |
| Settlement date | Jun-24-2021 |

| ˅ Jun-22-2021 | Roth IRA - BDA ***2192 | YOU BOUGHT TORCHLIGHT ENERGY RESOURCES INC 1 FO... (89102U103) (Cash) | -$9.12 |

| Date | Jun-22-2021 |
| Symbol | 89102U103 |
| Symbol description | TORCHLIGHT ENERGY RESOURCES INC 1 FOR 2 R/S INTO META MATLS INC COM USD0.001 CUSIP #59134N104 |
| Type | Cash |
| Shares | +1.000 |
| Price | $9.12 |
| Amount | -$9.12 |
| Settlement date | Jun-24-2021 |

| ˃ Jun-22-2021 | Roth IRA - BDA ***2192 | YOU BOUGHT BLACKSTONE INC (BX) (Cash) | -$4,943.00 |
| ˃ Jun-22-2021 | Roth IRA - BDA ***2192 | YOU SOLD BLACKSTONE INC (BX) (Cash) | +$4,936.50 |
| ˃ Jun-22-2021 | Roth IRA - BDA ***2192 | YOU BOUGHT ALFI INC COM (ALFIQ) (Cash) | -$2,396.00 |
| ˃ Jun-22-2021 | Roth IRA - BDA ***2192 | YOU SOLD ALFI INC COM (ALFIQ) (Cash) | +$2,305.98 |

## Don't see the activity you're looking for?

| | | | | |
|---|---|---|---|---|
| Track a rollover or transfer from another firm | › | View orders for new issue bonds | › |
| See activity from over 5 years ago in Documents | › | Reassign the lots for an unsettled trade | › |
| See cost basis information in Positions | › | Status bid requests for bonds and CDs | › |
| View Your Commissions & Price Improvement Summary | › | | |

All transaction detail provided reflects the local currency of the security  as identified by the currency abbreviation

Content and data provided by various third parties and Fidelity  Terms of Use

Performance data shown represents past performance and is no guarantee of future results  Investment return and principal value will fluctuate  so investors may have a gain or loss when shares are sold  Current performance may be higher or lower than what is quoted  Click on a security for most recent month end performance

Fidelity Crypto® accounts and custody and trading of crypto in such accounts are provided by Fidelity Digital Asset Services  LLC  which is chartered as a limited purpose trust company by the New York State Department of Financial Services to engage in virtual currency business (NMLS ID 1773897)  Crypto is not insured by the Federal Deposit Insurance Corporation or the Securities Investor Protection Corporation ( SIPC')  Brokerage services in support of securities trading are provided by Fidelity Brokerage Services LLC ( FBS )  and related custody services are provided by National Financial Services LLC ('NFS )  each a registered broker dealer and member NYSE and SIPC  Neither FBS nor NFS offer crypto as a direct investment nor provide trading or custody services for such assets  Fidelity Crypto is a registered service mark of FMR LLC  Fidelity Crypto® risk disclosures | Fidelity Crypto® complaints & disclosures

939131 3 0

⌄ Additional important information



Copyright 1998  2024 FMR LLC  All rights reserved

Terms of Use  | Privacy  | Security  | Site Map  | Accessibility  | Contact Us  | Share Your Screen

This is for persons in the U S  only