NVB 3001 (Effective 1/21)

# UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA

**PROOF OF INTEREST**

**Name of Debtor:** Meta Materials Inc.

**Case Number:** 24-50792

**1. Name and address of holder of the Equity Interest** (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

Bunthavroath Chea
85 Cashin Street
Lowell, MA 01851

Telephone Number: 978-943-0117

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

☑ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

**RECEIVED AND FILED**

**DEC - 9 2024**

**U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK**

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

**COURT USE ONLY**

Account or other number by which Interest holder identifies Debtor:
Webull #5NF19170   Fidelity # Z06683168
Schwab # 7657-4900

Check here if this claim:
☐ replaces a previously filed Proof of Interest dated: _____
☐ amends a previously filed Proof of Interest dated: _____

**2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:**
Bunthavroath Chea         Charles Schwab
Webull Financial LLC      3000 Schwab Way
44 Wall Street New York City  Westlake, TX 76262
Telephone Number: 888-828-0618

**3. Date Equity Interest was acquired:**
6/1/2021 to 11/19/2021
Please see attached documents

**4. Total amount of member interest:** 18,831 shares for $65,439.22

**5. Certificate number(s):** N/A

**6. Type of Equity Interest:**
Please indicate the type of Equity Interest you hold:
☑ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
☐ Check this box if your Equity Interest is based on anything else and describe that interest:
Description: Investor

**7. Supporting Documents:** Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**8. Date-Stamped Copy:** To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

**9. Signature:**
Check the appropriate box.
☑ I am the creditor.   ☐ I am the creditor's authorized agent. (Attach copy of power of attorney, if any.)   ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)   ☐ I am a guarantor, surety, endorser, or other codebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: Bunthavroath Chea
Title:
Company: ___ Address and telephone number (if different from notice address above):

(Signature)  12/4/2024 (Date)

Telephone number: 978-943-0117  email: Bunthavroath.Chea@gmail.com

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

Webull

Pre-Reverse Split

## Recurring Investment
Set a frequency for stock investment

## My Positions (2) ⌄    ⚡ Quick Trade   ⬢

| | | | |
|---|---|---|---|
| **CEI**<br>Camber Energy | 24.78<br>25 | | 0.9911<br>$113.23 |
| **MMAT**<br>Meta Materials Inc | 3,564.00<br>16,200 | | 0.2200<br>$3.669 |

## Recurring Investment
Set a frequency for stock investment

Schedule a Recurring Investment >

Post Reverse Split

## My Positions (2) ⌄

⚖ Trade

| Symbol | Mkt. at. avg. | Open P&L | | |
|---|---|---|---|---|
| CEIN<br>Camber Energy | 0.51<br>25 | | | 0.0204<br>$113.23 |
| MMATQ<br>Meta Materials Inc | 9.88<br>162 | | | 0.0610<br>$366.93 |

| | | |
|---|---|---|
| Buy | 5.17 | 06/17/2021 |
| 200 | 1,034.00 | 08:27:03 EDT |
| Buy | 5.19 | 06/15/2021 |
| 400 | 2,075.80 | 14:03:16 EDT |
| Buy | 3.39 | 06/14/2021 |
| 4 | 13.56 | 07:25:16 EDT |
| Buy | 3.17 | 06/09/2021 |
| 1,096 | 3,474.32 | 17:32:15 EDT |
| | 3.29 | 06/08/2021 |
| 940 | 3,092.60 | 07:37:52 EDT |
| Buy | 2.64 | 06/01/2021 |
| 1 | 2.64 | 17:48:52 EDT |

| | | | |
|---|---|---|---|
| Buy | | 4.20 | 11/19/2021 |
| 1,000 | | 4,200.00 | 14:16:01 EST |
| Buy | | 5.81 | 09/28/2021 |
| 10 | | 58.09 | 09:53:23 EDT |
| Buy | | 5.90 | 09/28/2021 |
| 115 | | 678.30 | 09:52:30 EDT |
| Buy | | 5.16 | 09/24/2021 |
| 3,875 | | 19,995.00 | 14:27:52 EDT |
| Buy | | 4.87 | 08/30/2021 |
| 1,500 | | 7,305.00 | 07:14:33 EDT |
| Buy | | 7.93 | 06/22/2021 |
| 200 | | 1,586.00 | 12:00:04 EDT |

| AcctID | SecNo | Symbol | CUSIP | SecCurrency | TranType | Qty | Price | Net | TradeDate | OrigTradeDate |
|---|---|---|---|---|---|---|---|---|---|---|
| 5NF19170 | M067927 | MMAT | 59134N10 | USD | Buy | 8,200.0 | 1.218915 | 9,995.10 | 2022-06-27 | 2022-06-27 |
| 5NF19170 | M067927 | MMAT | 59134N10 | USD | Buy | 1,500.0 | 4.87 | 7,305.00 | 2021-12-31 | 2021-08-30 |
| 5NF19170 | M067927 | MMAT | 59134N10 | USD | Buy | 3,875.0 | 5.16 | 19,995.00 | 2021-12-31 | 2021-09-24 |
| 5NF19170 | M067927 | MMAT | 59134N10 | USD | Receive | 100.0 | 0.0 | 1,034.00 | 2021-12-31 | 2021-06-17 |
| 5NF19170 | M067927 | MMAT | 59134N10 | USD | Receive | 100.0 | 0.0 | 1,586.00 | 2021-12-31 | 2021-06-22 |
| 5NF19170 | M067927 | MMAT | 59134N10 | USD | Receive | 150.0 | 0.0 | 1,527.00 | 2021-12-31 | 2021-06-17 |
| 5NF19170 | M067927 | MMAT | 59134N10 | USD | Receive | 150.0 | 0.0 | 2,775.00 | 2021-12-31 | 2021-06-22 |
| 5NF19170 | M067927 | MMAT | 59134N10 | USD | Receive | 200.0 | 0.0 | 2,075.80 | 2021-12-31 | 2021-06-15 |
| 5NF19170 | M067927 | MMAT | 59134N10 | USD | Receive | 250.0 | 0.0 | 4,725.00 | 2021-12-31 | 2021-06-22 |
| 5NF19170 | M067927 | MMAT | 59134N10 | USD | Receive | 2.0 | 0.0 | 13.56 | 2021-12-31 | 2021-06-14 |
| 5NF19170 | M067927 | MMAT | 59134N10 | USD | Receive | 548.0 | 0.0 | 3,474.32 | 2021-12-31 | 2021-06-09 |
| 5NF19170 | M067927 | MMAT | 59134N10 | USD | Buy | 1,000.0 | 4.2 | 4,200.00 | 2021-12-31 | 2021-11-19 |
| 5NF19170 | M067927 | MMAT | 59134N10 | USD | Buy | 10.0 | 5.8085 | 58.09 | 2021-12-31 | 2021-09-28 |
| 5NF19170 | M067927 | MMAT | 59134N10 | USD | Buy | 115.0 | 5.8983 | 678.30 | 2021-12-31 | 2021-09-28 |
| | | | | | | | | 59,442.17 | | |

Schwab

Post Reverse Split

| Symbol | Qty | Price | Price Chng $ |
|---|---|---|---|
| MMATQ | 27 | $0.06 | $0.0( |

Cash & Cash Investments — $102.08[1]

Bubble Chart ›

Disclosures & Footnotes ›

**Brokerage Products: Not FDIC Insured • No Bank Guarantee • May Lose Value**

| | | |
|---|---|---|
| | | $0.00 |
| **Overall Totals:** | | $0.00 |
| P/L Day: | | $0.00 |
| P/L Open: | | |
| Net Liq: | | |
| Available $: | | |
| Position Equity: | | |

**View Balances**



11/20/24, 1:51 PM
Case 24-50792-hlb    Doc 434    Entered 12/09/24 16:09:10    Page 10 of 15
55,217 unread - bunthavroath_chea@yahoo.com - Yahoo Mail

Bunthavroath Chea
Stock · **Open message**

IMG_4707.png
Photo 1 of 6












Bunthavroath Chea
Stock · Open message

IMG_4707.png
Photo 1 of 6


     

11/20/24, 1:51 PM  Case 24-50792-hlb   Doc 434   Entered 12/09/24 16:09:10   Page 12 of 15
35,217 unread - bunthavroath_chea@yahoo.com - Yahoo Mail

Bunthavroath Chea
Stock · Open message

IMG_4707.png
Photo 1 of 6










https://mail.yahoo.com/n/folders/folders=1&listFilter=PRIORITY/messages/379521/AJgPqUgqqqmOZzyB7A4dSLLkYh4:2?.src=ym&reason=myc  4/5



Schwab/TD Ameritrade

## Statement for Account # 255-077318
### 10/01/22 - 10/31/22

### Account Positions

| Investment Description | Symbol/ CUSIP | Quantity | Current Price | Market Value | Purchase Date | Cost Basis | Average Cost | Unrealized Gain(Loss) | Estimated Income | Yield |
|---|---|---|---|---|---|---|---|---|---|---|
| **Stocks - Margin** | | | | | | | | | | |
| META MATERIALS INC COM | MMAT | 2,631 | $ 1.06 | $ 2,788.86 | - | $ - | $ - | $ - | $ - | - |
| | | | | | - | - | - | - | - | - |
| **Total Stocks** | | | | | | $0.00 | | $0.00 | $0.00 | 0.0% |
| **Total Margin Account** | | | | | | $0.00 | | $0.00 | $0.00 | 0.0% |

### Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|
| **Opening Balance** | | | | | | | | | $ 0.00 |
| 10/28/22 | 10/28/22 | Margin | Received - | META MATERIALS INC COM TOA FROM NATIONAL FINANCIAL SERVICES CORP SD 10/28/2022 0226 | MMAT | 2,631 | $ 0.00 | $ - | 0.00 |
| | | | | | | | 0.00 | - | 0.00 |
| | | | | | - | - | 0.00 | 0.72 | |
| **Closing Balance** | | | | | | | | | |

*For Cash Activity totals, refer to the Cash Activity Summary on page one of your statement.

### Important Information

**BREAKPOINTS**
Certain purchases of Class A Mutual Funds may be eligible for breakpoints on, and waivers of, the sales charge. To learn more about breakpoint discounts, go to http://www.finra.org/industry/issues/breakpoints. For more information on waiver eligibility, please refer to the fund prospectus.



# 2021 TAX REPORTING STATEMENT

BUNTHAVROATH CHEA

Account No.  Z06-683168  Customer Service:  800-544-6666
Recipient ID No. ***-**-5677  Payer's Fed ID Number: 04-3523567

## FORM 1099-B*  2021 Proceeds from Broker and Barter Exchange Transactions

Copy B for Recipient OMB No. 1545-0715

**Short-term transactions for which basis is reported to the IRS** --report on Form 8949 with Box A checked and/or Schedule D, Part I
Proceeds are reported as **gross proceeds** unless otherwise indicated (a).(This Label is a Substitute for Boxes 2, 5, 6 & 12)

(IRS Form 1099-B box numbers are shown below in **bold** type)

| 1a Description of property, Stock or Other Symbol, CUSIP | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Action | Quantity | 1b Date Acquired | 1c Date Sold or Disposed | 1d Proceeds | 1e Cost or Other Basis (b) | 1f Accrued Market Discount | 1g Wash Sale Loss Disallowed | Gain/Loss (-) | 4 Federal Income Tax Withheld | 14 State 16 State Tax Withheld |
| META MATERIALS INC COM ISIN #US59134N104, MMAT, 59134N104 | | | | | | | | | | |
| Sale | 0.346 | 10/12/21 | 10/12/21 | 1.81 | 1.80 | | | 0.01 | | |
| Sale | 575.654 | 10/12/21 | 10/12/21 | 3,010.65 | 2,996.40 | | | 14.25 | | |
| Sale | 0.346 | 10/12/21 | 10/20/21 | 1.72 | 1.80 | | 0.08 | -0.08 | | |
| Sale | 587.654 | 10/15/21 | 10/20/21 | 2,914.74 | 2,997.04 | | | -82.30 | | |
| **Subtotals** | | | | 5,928.92 | 5,997.04 | | 0.08 | | | |

**TOTALS** 　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　0.00　　0.08　　　　　　　　0.00
Box A Short-Term Realized Gain
Box A Short-Term Realized Loss

For any transaction listed on Form 1099-B in a section indicating that **"basis is reported to the IRS"**, we are reporting to the IRS: **1a** Description of Property, **2** type of gain or loss (i.e. short-term or long-term), **3** Proceeds from QOF (Qualified Opportunity Fund), **6** Gross or Net Proceeds, **12** basis reported to IRS, and columns **1b, 1c, 1d, 1e, 1f, 1g, 4, 7, 14, 15** and **16**. We are not reporting to the IRS: the Action, the Gain/Loss, and all subtotals and totals.

For any transaction listed on Form 1099-B in a section indicating that **"basis is not reported to the IRS"**, we are reporting to the IRS: **1a** Description of Property, **3** Proceeds from QOF (Qualified Opportunity Fund), **5** Noncovered security, **6** Gross or Net Proceeds, and columns **1c, 1d, 4, 14, 15** and **16**. We are not reporting to the IRS: **2** type of gain or loss (i.e. short-term or long-term), the Action, the Gain/Loss, columns **1b, 1e, 1f, 1g, 2, 7** and **12** and all subtotals and totals.

For any section 1256 option contracts we are reporting to the IRS: **1a** Description of Property and totals for boxes **8, 9, 10** and **11**.

Although Fidelity makes every effort to provide accurate information, please bear in mind that you, the taxpayer, are ultimately responsible for the accuracy of your tax returns.

---

***This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported.**

01/17/2022 9001000000 　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Pages 3 of 6