NVB 3001 (Effective 1/21)

# UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA

**PROOF OF INTEREST**

**Name of Debtor:** Meta Materials

**Case Number:** 24-50792

**1. Name and address of holder of the Equity Interest** (the person or entity holding an Equity Interest in the Debtor Referred to hereinafter as the Interest holder)

Pete Mareska
309 SW 29th Ave
Delray Beach FL 33445

**Telephone Number:**

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest Attach copy of statement giving particulars

☑ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors

**RECEIVED AND FILED**
DEC - 9 2024
U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

**COURT USE ONLY**

**Account or other number by which Interest holder identifies Debtor:** X94-985335

Check here if this claim:
☐ replaces a previously filed Proof of Interest dated _____
☐ amends a previously filed Proof of Interest dated _____

**2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:**
Fidelity

**Telephone Number:** 800-343-3548

**3. Date Equity Interest was acquired:**
MMAT 12/12/2022

**4. Total amount of member interest:** 100 / post split
was 10,000

**5. Certificate number(s):** _____

**6. Type of Equity Interest**
Please indicate the type of Equity Interest you hold
☑ Check this box if your Equity Interest is based on an actual member interest held in the Debtor
☐ Check this box if your Equity Interest is based on anything else and describe that interest
**Description:** Investor

**7. Supporting Documents** Attach copies of supporting documents such as stock certificates option agreements warrants etc
DO NOT SEND ORIGINAL DOCUMENTS If the documents are not available, explain If the documents are voluminous, attach a summary

**8. Date-Stamped Copy** To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest

**9. Signature**
Check the appropriate box
☑ I am the creditor    ☐ I am the creditor's authorized agent (Attach copy of power of attorney, if any)    ☐ I am the trustee or the debtor or their authorized agent (See Bankruptcy Rule 3004)    ☐ I am a guarantor surety, endorser or other codebtor (See Bankruptcy Rule 3005)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge information, and reasonable belief

**Print Name:** Pete Mareska
**Title:**
**Company:** Address and telephone number (if different from notice address above)

(Signature) _[signed]_    (Date) 12/6/24
**Telephone number:** 813-486-7037    **email:** Pete.mareska@hotmail.com

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both 18 U S C §§ 152 AND 3571*



# Positions

## All accounts

Overview

As of Dec-06-2024 9:33 a.m. ET

| Symbol | Last Price | Today's Gain/Loss | Total Gain/Loss | Current Value | % of Account | Quantity | Cost Basis | 52-Week Range |
|---|---|---|---|---|---|---|---|---|
| **Individual** X94985335 | | | | | | | | |
| **SPAXX** HELD IN MONEY MAR... | | | | $45.86 | 0.56% | | | |
| **379CNT074** GLOBAL TECH IND GR... | -- -- | -- -- | -- -- | -- | 0.00% | 300 | -- -- | |
| **442CNT010** WORLDWIDE DIVERH... | -- -- | -- -- | -- -- | -- | 0.00% | 25,000 | -- -- | |
| **CEIN** CAMBER ENERGY INC ... | $0.0138 -$0.0009 | -$0.36 -6.13% | -$3,211.04 -99.83% | $5.52 | 0.07% | 400 | $3,216.56 $8.04 / Share | $0.01 — $0.2 |
| **CNRC** CUNNINGHAM NATUR... | $0.0187 +$0.0012 | +$60.36 +6.83% | -$12,925.45 -93.20% | $943.12 | 11.44% | 50,300 | $13,868.57 $0.28 / Share | $0.01 — $0.0 |
| **CRTD** CREATD INC COM NEW | $0.7462 +$0.0012 | +$0.01 +0.16% | -$5,245.46 -99.79% | $11.19 | 0.14% | 15 | $5,256.65 $350.44 / Share | $0.20 — $10.2 |
| **DBMM** DIGITAL BRAND MEDI... | $0.0006 -$0.0001 | -$5.79 -14.29% | -$336.17 -90.64% | $34.74 | 0.42% | 57,900 | $370.91 $0.01 / Share | $0.00 — $0.0 |
| **FNGR** FINGERMOTION INC C... | $1.96 -$0.01 | -$25.00 -0.51% | -$1,312.00 -21.13% | $4,900.00 | 59.41% | 2,500 | $6,212.00 $2.48 / Share | $1.63 — $4.5 |
| **GTII** GLOBAL TECH INDS G... | $0.0104 -$0.0196 | -$262.86 -65.34% | -$15,954.36 -99.14% | $139.47 | 1.69% | 13,411 | ⓦ $16,093.83 $1.20 / Share | $0.00 — $0.5 |
| **MLSS** MILESTONE SCIENTIF... | $0.835 +$0.0299 | +$29.90 +3.71% | +$185.05 +28.46% | $835.05 | 10.12% | 1,000 | $650.00 $0.65 / Share | $0.52 — $1.1 |
| **MMATQ** META MATERIALS INC... | $0.0001 $0.00 | $0.00 0.00% | -$12,794.44 -100.00% | $0.01 | 0.00% | 100 | ⓦ $12,794.45 $127.94 / Share | |

# Fidelity INVESTMENTS

INVESTMENT REPORT
November 1, 2024 - November 30, 2024

Envelope # BRBHDFBBBFLMQ

PETE MARESKA
~~10820 TOWN TERRACE~~
~~APT-07~~
~~ROYAL PALM BEACH, FL 33411-2500~~

*[handwritten:]* 309 SW 29th Ave
Delray Beach FL
33445

**Your Portfolio Value:** $9,704.54

Portfolio Change from Last Period:  ▲ $2,861.45

|  | This Period | Year-to-Date |
|---|---|---|
| **Beginning Portfolio Value** | $6,843.09 | $8,566.61 |
| Additions | 2,700.00 | 8,300.00 |
| Subtractions | - | -0.06 |
| Transaction Costs, Fees & Charges | - | -0.06 |
| Change in Investment Value * | 161.45 | -7,162.01 |
| **Ending Portfolio Value ** | **$9,704.54** | **$9,704.54** |
| Accrued Interest (AI) | - |  |
| Ending Portfolio Value incl. AI | $9,704.54 |  |

\* *Reflects appreciation or depreciation of your holdings due to price changes, transactions from Other Activity In or Out and Multi-currency transactions, plus any distribution and income earned during the statement period.*
\*\* *Excludes unpriced securities.*

## Contact Information

| Online | Fidelity.com |
|---|---|
| FAST®-Automated Telephone | (800) 544-5555 |
| Customer Service | (800) 544-6666 |

*[handwritten:]* See page 6 for MMATQ information

Brokerage services provided by Fidelity Brokerage Services LLC (FBS), Member NYSE, SIPC (800) 544-6666. Brokerage accounts carried by National Financial Services LLC (NFS), Member NYSE, SIPC.

1 of 14

M05004595020241130

MR_CE_BRBHDFBBBFLMQ_BBBBB 20241129



INVESTMENT REPORT
**November 1, 2024 - November 30, 2024**

## Portfolio Summary

### Accounts Included in This Report

| Page | Account Type/Name | Account Number | Beginning Value | Ending Value |
|---|---|---|---|---|
| | **GENERAL INVESTMENTS** | | | |
| 4 | FIDELITY ACCOUNT PETE MARESKA - INDIVIDUAL | X94-985335 | | |
| | **PERSONAL RETIREMENT** | | | |
| 10 | FIDELITY ROTH IRA PETE MARESKA - ROTH INDIVIDUAL RETIREMENT ACCOUNT - FMTC CUSTODIAN | 239-108946 | | |
| | **Ending Portfolio Value** | | | |



INVESTMENT REPORT
November 1, 2024 - November 30, 2024

## Portfolio Summary (continued)

### Income Summary

|  | This Period | Year-to-Date |
|---|---|---|
| **Taxable** | **$2.76** | **$9.25** |
| Dividends | 2.76 | 9.25 |
| **Tax-free** | **0.01** | **0.11** |
| **Total** | **$2.77** | **$9.36** |

### Top Holdings

| Description | Value | Percent of Portfolio |
|---|---|---|
| Fingermotion INC Com | $4,182 | 43% |
| Milestone Scientific INC Com New | 990 | 10 |
| Fidelity Government Money Market | 934 | 10 |
| Jin Med Intl LTD Shs New Us$0.00005 Isin #Kyg5140V1124 | 910 | 9 |
| Cunningham Natural Resources Corp. Common Stock | 905 | 9 |
| **Total** | **$7,922** | **81%** |

### Asset Allocation



9% Foreign Stock
10% Short Term
81% Domestic Stock

| Asset Class | Percent of Portfolio |
|---|---|
| Domestic Stock | 81% |
| Short Term | 10 |
| Foreign Stock | 9 |

*IMPORTANT: If you have any unsettled trades pending, the asset allocation presented above may be materially impacted and, depending on the size and scope of such unsettled trades, rendered unreliable. Asset allocation includes Other Holdings and Assets Held Away when applicable. Please note that, due to rounding, percentages may not add to 100%. For further details, please see "Frequently Asked Questions" at Fidelity.com/Statements.*



INVESTMENT REPORT
**November 1, 2024 - November 30, 2024**

## Account Summary

**Account # X94-985335**
**PETE MARESKA - INDIVIDUAL**

Account Value: **$8,967.20**

### Change in Account Value   ▲ $2,930.03

|  | This Period | Year-to-Date |
|---|---|---|
| **Beginning Account Value** | $6,037.17 | $7,041.57 |
| **Additions** | 2,700.00 | 8,300.00 |
| Deposits | 2,700.00 | 8,300.00 |
| **Subtractions** | - | -0.06 |
| Transaction Costs, Fees & Charges | - | -0.06 |
| **Change in Investment Value *** | 230.03 | -6,374.31 |
| **Ending Account Value** | $8,967.20 | $8,967.20 |
| Accrued Interest (AI) | 0.00 | |
| Ending Account Value Incl. AI | $8,967.20 | |

* *Reflects appreciation or depreciation of your holdings due to price changes, transactions from Other Activity In or Out and Multi-currency transactions, plus any distribution and income earned during the statement period.*

### Account Holdings



10% Core Account ($932)
90% Stocks ($8,034)

### Top Holdings

| Description | Value | Percent of Account |
|---|---|---|
| Fingermotion INC Com | $4,182 | 47% |
| Milestone Scientific INC Com New | 990 | 11 |
| Fidelity Government Money Market | 932 | 10 |
| **Total** | **$6,104** | **68%** |

*Please note that, due to rounding, percentages may not add to 100%.*

### Income Summary

|  | This Period | Year-to-Date |
|---|---|---|
| **Taxable** | $2.76 | $9.25 |
| Dividends | 2.76 | 9.25 |
| **Total** | $2.76 | $9.25 |



INVESTMENT REPORT
November 1, 2024 - November 30, 2024

**Account # X94-985335**
**PETE MARESKA - INDIVIDUAL**

### Realized Gains and Losses from Sales
*(May not reflect all gains and losses due to incomplete cost basis)*

|  | This Period | Year-to-Date |
|---|---|---|
| **Net Short-term Gain/Loss** | - | 480.33 |
| Short-term Gain | - | 480.33 |
| **Net Long-term Gain/Loss** | -590.75 | -590.75 |
| Long-term Loss | -590.75 | -590.75 |
| **Net Gain/Loss** | **-$590.75** | **-$110.42** |

## Holdings

### Core Account

| Description | Beginning Market Value Nov 1, 2024 | Quantity Nov 30, 2024 | Price Per Unit Nov 30, 2024 | Ending Market Value Nov 30, 2024 | Total Cost Basis | Unrealized Gain/Loss Nov 30, 2024 | EAI ($) / EY (%) |
|---|---|---|---|---|---|---|---|
| FIDELITY GOVERNMENT MONEY MARKET (SPAXX) -- 7-day yield: 4.26% | $101.24 | 932.360 | $1.0000 | $932.36 | not applicable | not applicable | $45.99 4.930% |
| **Total Core Account (10% of account holdings)** | **$101.24** | | | **$932.36** | | | **$45.99** |

### Stocks

| Description | Beginning Market Value Nov 1, 2024 | Quantity Nov 30, 2024 | Price Per Unit Nov 30, 2024 | Ending Market Value Nov 30, 2024 | Total Cost Basis | Unrealized Gain/Loss Nov 30, 2024 | EAI ($) / EY (%) |
|---|---|---|---|---|---|---|---|
| **Common Stock** | | | | | | | |
| JIN MED INTL LTD SHS NEW US$0.00005 ISIN #KYG5140V1124 (ZJYL) | $200.00 | 1,000.000 | $0.9104 | $910.40 | $1,448.72 | -$538.32 | - |
| CAMBER ENERGY INC COM (CEIN) | 8.00 | 400.000 | 0.0162 | 6.48 | 3,216.56 | -3,210.08 | - |
| CREATD INC COM NEW (CRTD) | 6.00 | 15.000 | 0.7313 | 10.96 | 5,256.65 | -5,245.69 | - |
| DIGITAL BRAND MEDIA &MARKETIN COM NEW (DBMM) | 52.11 | 57,900.000 | 0.0009 | 52.11 | 370.91 | -318.80 | - |

**Fidelity INVESTMENTS**

INVESTMENT REPORT
November 1, 2024 - November 30, 2024

## Holdings

Account # X94-985335
PETE MARESKA - INDIVIDUAL

### Stocks (continued)

| Description | Beginning Market Value Nov 1, 2024 | Quantity Nov 30, 2024 | Price Per Unit Nov 30, 2024 | Ending Market Value Nov 30, 2024 | Total Cost Basis | Unrealized Gain/Loss Nov 30, 2024 | EAI ($) / EY (%) |
|---|---|---|---|---|---|---|---|
| **Common Stock** (continued) | | | | | | | |
| **FINGERMOTION INC COM** (FNGR) | 3,760.00 | 2,050.000 | 2.0400 | 4,182.00 | 5,325.50 | -1,143.50 | - - |
| **GLOBAL TECH IND GROUP RESTRICTED** | unavailable | 300.000 | - | unavailable | unknown | unknown | - - |
| **GLOBAL TECH INDS GROUP INC COM** (GTII) | 335.27 | 13,411.000 | 0.0301 | 403.67 | 16,093.83 | -15,690.16 | - - |
| **WORLDWIDE DIVERHLDGS INC CONTRA** RESTRICTED | unavailable | 25,000.000 | - | unavailable | unknown | unknown | - - |
| **CUNNINGHAM NATURAL RESOURCES CORP.** COMMON STOCK (CNRC) | 1,025.00 | 50,300.000 | 0.0180 | 905.40 | 13,868.57 | -12,963.17 | - - |
| **META MATERIALS INC COM NEW** ISIN #US59134N3026 SEDOL #BQ67J98 (MMATQ) | 7.10 | 100.000 | 0.0610 | 6.10 | 12,794.45 | -12,788.35 | - - |
| **MILESTONE SCIENTIFIC INC COM NEW** (MLSS) | unavailable | 1,000.000 | 0.9900 | 990.00 | 650.00 | 340.00 | - - |
| **NORTHWEST BIOTHERAPEUTICS INC** COM (NWBO) | 540.40 | 2,000.000 | 0.2839 | 567.72 | 876.25 | -308.53 | - - |
| Total Common Stock (90% of account holdings) | $5,933.88 | | | $8,034.84 | $59,901.44 | -$51,866.60 | - |
| **Total Stocks (90% of account holdings)** | **$5,933.88** | | | **$8,034.84** | **$59,901.44** | **-$51,866.60** | - |
| **Total Holdings** | | | | **$8,967.20** | **$59,901.44** | **-$51,866.60** | **$45.99** |

*All positions held in cash account unless indicated otherwise.*

EAI & EY  *Estimated Annual Income (EAI) & Estimated Yield (EY)- EAI is an estimate of annual income for a specific security position over the next rolling 12 months. EAI may be negative on short positions. EY is calculated by dividing the current EAI for a security position by its statement closing date market value. EAI and EY are estimates only and may include return of principal and/or capital gains, which would render them overstated. Actual income and yield might be lower or higher than the estimated amounts.* **For calculation details, refer to the "Additional Information and Endnotes" section.**

*Total Cost Basis does not include the cost basis on core, money market or other positions where cost basis is unknown or not applicable.*



# Positions

< Accounts

# Individual

Brokerage: X94985335 · Routing number ⓘ

Closed Positions ⌄                                             As of Dec-06-2024 10:18 a.m. ET

2022 ⌄

| Account/Symbol | Cost | Proceeds | Short-Term Gain/Loss | Long-Term Gain/Loss | Total Gain/Loss |
|---|---|---|---|---|---|
| Individual    X94985335 | | | +$10,183.46 | -- | +$10,183.46 |
| **591994371**<br>PFD META MATLS CONTRA | $0.00 | -- | -- | -- | $0.00 |
| **LCID**<br>LUCID GROUP INC COM | ⓦ $31,541.25 | $31,803.50 | +$262.25 | -- | +$262.25 |
| **MMAT**<br>META MATERIALS INC COM ISL... | ⓦ $12,227.39 | $13,714.07 | +$1,486.68 | -- | +$1,486.68 |

| Account/Symbol | | Cost | Proceeds | Short-Term Gain/Loss | | Long-Term Gain/Loss | | Total Gain/Loss |
|---|---|---|---|---|---|---|---|---|

### META MATERIALS INC COM ISIN US59134N1046 SEDOL BKSCVX7 1 FOR 100 R/S INTO META MATERIALS INC

| Acquired | Date Sold | Quantity | Cost Basis | Cost Basis Per Share | Proceeds | Proceeds Per Share | Short-Term Gain/Loss | Long-Term Gain/Loss |
|---|---|---|---|---|---|---|---|---|
| Nov-02-2022 | Dec-09-2022 | 1,278 | $1,632.13 | $1.28 | $1,757.21 | $1.37 | +$125.08 | -- |
| Oct-11-2022 | Dec-09-2022 | 1,000 | $770.00 | $0.77 | $1,369.97 | $1.37 | +$599.97 | -- |
| Jun-24-2022 | Dec-09-2022 | 300 | $395.97 | $1.32 | $410.99 | $1.37 | +$15.02 | -- |
| May-18-2022 | Wash sale Dec-09-2022 | 200 | Ⓦ -$56.01 $273.99 | $1.37 | $273.99 | $1.37 | +$56.01 -$56.01 | -- |
| May-18-2022 | Wash sale Dec-09-2022 | 200 | Ⓦ -$55.91 $273.99 | $1.37 | $273.99 | $1.37 | +$55.91 -$55.91 | -- |
| May-17-2022 | Wash sale Dec-09-2022 | 200 | Ⓦ -$59.01 $273.99 | $1.37 | $273.99 | $1.37 | +$59.01 -$59.01 | -- |
| May-17-2022 | Wash sale Dec-09-2022 | 100 | Ⓦ -$13.00 $137.00 | $1.37 | $137.00 | $1.37 | +$13.00 -$13.00 | -- |
| May-16-2022 | Wash sale Dec-09-2022 | 650 | Ⓦ -$110.52 $890.48 | $1.37 | $890.48 | $1.37 | +$110.52 -$110.52 | -- |
| May-04-2022 | Dec-09-2022 | 200 | $242.00 | $1.21 | $273.99 | $1.37 | +$31.99 | -- |
| May-04-2022 | Dec-09-2022 | 150 | $181.50 | $1.21 | $205.50 | $1.37 | +$24.00 | -- |

Show All  <  1  2  >

| **MMTLP** META MATERIALS INC PFD SER... | | $17,725.95 | $28,950.00 | +$11,224.05 | | -- | | +$11,224.05 |
| **SMMT** SUMMIT THERAPEUTICS INC C... | | Ⓦ $7,549.28 | $4,759.76 | -$2,789.52 | | -- | | -$2,789.52 |
| **Account Total** | | **$69,043.87** | **$79,227.33** | **+$10,183.46** | | -- | | **+$10,183.46** |

Reassign lots for recent trades