NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | | **PROOF OF INTEREST** |
|---|---|---|
| Name of Debtor: **META MATERIALS, INC.** | Case Number: **24-50792** | |

1. Name and address of holder of the Equity Interest (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

   **JAMES E. FRITH**
   **2809 K St. SE**
   **AUBURN, WA 98002-7767**

   Telephone Number: **Home: (253) 804-0759   Cell: (253) 347-3290**

   ☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

   ☑ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

   ☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

   **RECEIVED AND FILED**
   **DEC - 9 2024**
   **U.S. BANKRUPTCY COURT**
   **MARY A. SCHOTT, CLERK**

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

COURT USE ONLY

Account or other number by which Interest holder identifies Debtor:
**43X-59Z01**

Check here if this claim:
☐ replaces a previously filed Proof of Interest dated: _____
☐ amends a previously filed Proof of Interest dated: _____

2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:
   **Merrill EDGE, FL9-802-03-05**
   **P.O. Box 40486 Jacksonville, FL 32203**
   Telephone Number: **(877) 653-4732**

3. Date Equity Interest was acquired:
   **MMAT 11/21/2022 - 6/9/2023**
   **See attached documentation.**

4. Total amount of member interest: **160 shares MMATQ post-R/S** NOT including shares sold at a loss. See attached docs.

5. Certificate number(s): **?**

6. Type of Equity Interest:
   Please indicate the type of Equity Interest you hold:
   ☑ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
   ☐ Check this box if your Equity Interest is based on anything else and describe that interest:
   Description: **Investor**

7. Supporting Documents: Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
   DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. Date-Stamped Copy: To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

9. Signature:
   Check the appropriate box.
   ☑ I am the creditor.    ☐ I am the creditor's authorized agent.    ☐ I am the trustee, or the debtor,    ☐ I am a guarantor, surety, endorser, or other codebtor.
   (Attach copy of power of attorney, if any.)    or their authorized agent.    (See Bankruptcy Rule 3005.)
   (See Bankruptcy Rule 3004.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: **James E. Frith**
Title: **Mr.**
Company: ___ Address and telephone number (if different from notice address above):
_____
_____

(Signature) **James E. Frith**    (Date) **12/5/24**
Telephone number: **(253) 804-0759**    email: **j.frith@comcast.net**

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

**PROOF OF INTEREST SUPPLEMENTAL INFORMATION:**

**CASE: 24-50792, META MATERIALS, INC.**

**FOR: JAMES E. FRITH**

**BROKER: Charles SCHWAB**

**ACCT #: 4001-6950**

**TRANSACTIONS [MMAT Pre-Reverse Split]:**

| Date | Transaction | Price | Total |
|---|---|---|---|
| 11/21/2022 | Purchased 200 shares | @ $2.155 | = $431.00 |
| 11/21/2022 | Purchased 630 shares | @ $2.1757 | = $1,370.69 |
| 11/25/2022 | Purchased 290 shares | @ $1.875 | = $543.75 |
| 2/2/2023 | Purchased 60 shares | @ $1.0299 | = $61.79 |
| 6/27/2023 | **SOLD ALL 1,180 shares** | @ 0.18075 | = +$213.12    **[LOSS $2,194.11]** |

**BROKER: Merrill EDGE**

**ACCT #: 43X-59Z01**

**TRANSACTIONS [MMAT Pre-Reverse Split]: 33,440 shares BOUGHT - 17,440 SOLD = 16,000 HELD**

| Date | Transaction | Price | Total |
|---|---|---|---|
| 11/22/2022 | Purchased 640 shares | @ $2.0593 | = $1,317.95 |
| 11/22/2022 | Purchased 430 shares | @ $2.025 | = $870.75 |
| 11/28/2022 | Purchased 230 shares | @ $1.89 | = $434.70 |
| 11/28/2022 | Purchased 55 shares | @ $1.91 | = $105.05 |
| 1/19/2023 | Purchased 470 shares | @ $0.9548 | = $448.76 |
| 2/2/2023 | Purchased 3,850 shares | @ $1.04 | = $4,004.00 |
| 2/17/2023 | Purchased 1,600 shares | @ $0.711 | = $1,138.56 |
| 3/15/2023 | SOLD 1,275 shares | @ $0.5151 | = +$656.74    **[LOSS: $250.55]** |
| 4/17/2023 | Purchased 11,800 shares | @ $0.2196 | = $2,591.42 |
| 5/17/2023 | Purchased 8,100 shares | @ $0.2250 | = $1,822.50 |
| 5/30/2023 | SOLD LIFO 10,000 shares | @ $0.2565 | = +$2,565.96    **[GAIN: $326.18]** |
| 6/9/2023 | Purchased 6,265 shares | @ $0.2445 | = $1,531.74 |
| 7/10/2023 | SOLD 6,165 shares | @ $0.1917 | = +$1,181.83    **[LOSS: $4,786.72]** |

**TOTAL REALIZED LOSSES on 18,620 shares MMAT: $6,905.20** (Schwab $2,194.11 + Merrill $4,711.09)

**TOTAL SHARES CURRENTLY HELD POST-REVERSE SPLIT: 160 shares of MMATQ**


**MERRILL**
A BANK OF AMERICA COMPANY

*Current holdings $ MMATQ*

MR JAMES E FRITH

Account Number: 43X-59Z01

## YOUR CMA ASSETS

November 01, 2024 - November 29, 2024

| CASH/MONEY ACCOUNTS Description | Quantity | Total Cost Basis | Estimated Market Price | Estimated Market Value | Estimated Annual Income | Est. Annual Yield% |
|---|---|---|---|---|---|---|
| CASH | 0.62 | 0.62 | | .62 | | |

| EQUITIES Description | Symbol | Quantity | Total Cost Basis | Estimated Market Price | Estimated Market Value | Unrealized Gain/(Loss) | Estimated Annual Income |
|---|---|---|---|---|---|---|---|
| ~~[redacted]~~ | | | | | | | |
| META MATERIALS INC REGITERED SHS | MMATQ | 160.0000 | 5,149.92 | 0.0610 | 9.76 | (5,140.16) | |
| ~~[redacted]~~ | | | | | | | |
| **TOTAL** | | | 8,886.03 | | 1,724.96 | (7,161.07) | |

Equity Cost Basis details are available on the Statements and Documents page of www.merrilledge.com.

| LONG PORTFOLIO | Adjusted/Total Cost Basis | Estimated Market Value | Unrealized Gain/(Loss) | Estimated Accrued Interest | Estimated Annual Income |
|---|---|---|---|---|---|
| **TOTAL** | 8,886.65 | 1,725.58 | (7,161.07) | | |

## YOUR CMA TRANSACTIONS

| REALIZED GAINS/(LOSSES) Description | Quantity | Acquired Date | Liquidation Date | Sale Amount | Cost Basis | Gains/(Losses) ✪ This Statement | Year to Date |
|---|---|---|---|---|---|---|---|
| Subtotal (Short-Term) | | | | | | | (549.50) |
| **TOTAL** | | | | | | | **(549.50)** |

✪ - Excludes transactions for which we have insufficient data

| OPEN ORDERS EQUITIES | | | | | | |
|---|---|---|---|---|---|---|
| Date | Transaction | Quantity | Description | Price | Qualifier | Price | Qualifier |
| ~~[redacted]~~ | | | | | | |

+



**MERRILL**
A BANK OF AMERICA COMPANY

MR JAMES E FRITH

| Account No. | Taxpayer No. | Page |
|---|---|---|
| 43X-59Z01 | [redacted] | 7 of 9 |

## 2023 TAX REPORTING STATEMENT

The following sections are provided to facilitate your review and the preparation of your tax return.

The 2023 Proceeds from Broker and Barter Exchange Transactions section includes both sales of positions for "covered securities" and "noncovered securities." A covered security includes securities when the purchase date of the security occurred within the following timeline: Equities acquired on or after January 1, 2011, Mutual Funds acquired on or after January 1, 2012, Option Transactions and less complex debt securities acquired on or after January 1, 2014, and more complex debt securities and options issued as part of a debt instrument acquired on or after January 1, 2016. Legislation requires reporting the gross proceeds of the sales of "covered" and "noncovered" securities and the adjusted cost basis for "covered securities." Any sale of a security that is considered a "noncovered security" will still be included in this section with the adjusted cost basis (where available) but the adjusted basis will not be transmitted to the IRS.

In calculating gain (loss), unless otherwise noted, it was assumed that the oldest position was liquidated first, and that you have made an election to amortize the premium paid on the purchase of taxable bonds. Under the Cost Basis Reporting Regulations, brokers need not track wash sale activity for substantially identical securities, transactions across accounts, or between covered and noncovered securities. However, you as a taxpayer still have to track and report wash sales as you have in the past which would include all of the aforementioned transaction types. Securities distributed from a retirement account reflect the tax basis on the date of distribution. Other methods for calculating gain (loss) are available. The cost basis for most Original Issue Discount ("OID") obligations includes the accretion of OID.

This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported.

**Form 1099-B**     **2023 PROCEEDS FROM BROKER & BARTER EXCHANGE TRANSACTIONS**     (OMB NO. 1545-0715)

| 1a. Description of Property | 1b. Date Acquired | 1c. Date Sold or Disposed | 1d. Proceeds | 1e. Cost Basis | 1f. Accrued Market Discount | 1g. Wash Sale Loss Disallowed | Gain or Loss |
|---|---|---|---|---|---|---|---|

**SHORT TERM CAPITAL GAINS AND LOSSES - 1099-B Line 2 - Box 6 Net Proceeds**
**COVERED TRANSACTIONS - Cost basis reported to IRS - Form 8949, Part I, (A)**

CUSIP Number [redacted]

CUSIP Number [redacted]

CUSIP Number [redacted]

META MATERIALS INC   CUSIP Number 59134N104

| Shares | Type | Date Acquired | Date Sold | Proceeds | Cost Basis | Accrued Mkt Disc | Wash Sale | Gain/(Loss) |
|---|---|---|---|---|---|---|---|---|
| 1275.0000 | Sale | 02/17/23 | 03/15/23 | 656.74 | 907.29 | 0.00 | 0.00 | (250.55) |
| 1900.0000 | Sale | 04/17/23 | 05/30/23 | 487.53 | 417.28 | 0.00 | 0.00 | 70.25 |
| 8100.0000 | Sale | 05/17/23 | 05/30/23 | 2,078.43 | 1,822.50 | 0.00 | 0.00 | 255.93 |
| 430.0000 | Sale | 11/22/22 | 07/10/23 | 82.13 | 870.75 | 0.00 | 0.00 | (788.62) |
| 640.0000 | Sale | 11/22/22 | 07/10/23 | 122.24 | 1,317.95 | 0.00 | 0.00 | (1,195.71) |
| 230.0000 | Sale | 11/28/22 | 07/10/23 | 43.93 | 434.70 | 0.00 | 0.00 | (390.77) |
| 55.0000 | Sale | 11/28/22 | 07/10/23 | 10.50 | 105.05 | 0.00 | 0.00 | (94.55) |
| 470.0000 | Sale | 01/19/23 | 07/10/23 | 89.77 | 448.76 | 0.00 | 0.00 | (358.99) |
| 2175.0000 | Sale | 02/02/23 | 07/10/23 | 415.42 | 2,262.00 | 0.00 | 0.00 | (1,846.58) |
| 2165.0000 | Sale | 06/09/23 | 07/10/23 | 417.84 | 529.34 | 0.00 | 0.00 | (111.50) |
| **Security Subtotal** | | | | **4,404.53** | **9,115.62** | **0.00** | **0.00** | **(4,711.09)** |

*Handwritten note:* 17,440 of 33,440 shares of MMAT sold for a loss of $4,711.09 in 2023. 16,000 remaining shares are now held as 160 shares of MMATQ post-reverse split.



Schwab One® Account of
**JAMES E. FRITH**

Account Number
4001-6950

Statement Period
**June 1-30, 2023**

## Realized Gain or (Loss) (continued)

| Short Term (continued) | Quantity/Par | Acquired/ Opened | Sold/ Closed | Total Proceeds | Cost Basis | Realized Gain or (Loss) |
|---|---|---|---|---|---|---|
| META MATLS INC: MMAT | 1,180.0000 | multiple | 06/27/23 | 213.12 | 2,407.23 | (2,194.11) |
| **Total Short Term** | | | | 464.98 | 6,124.63 | (5,659.65) |
| **Total Realized Gain or (Loss)** | | | | 464.98 | 6,124.63 | (5,659.65) |

Schwab has provided accurate realized gain and loss information wherever possible for most investments. Cost basis data may be incomplete or unavailable for some of your holdings. If all data for a given investment is not available, the investment will not be listed here.
Option Customers: Realized gain/loss of underlying securities is adjusted to reflect the premiums of assigned or exercised options. Please consult IRS publication 550, Investment Income and Expenses, for additional information on Options.

## Transaction Detail - Purchases & Sales

### Equities Activity

| Settle Date | Trade Date | Transaction | Description | Quantity | Unit Price | Charges and Interest | Total Amount |
|---|---|---|---|---|---|---|---|
| 06/01/23 | 06/01/23 | Reorganized Issue | ~~███████~~ | (413.0000) | | 0.00 | |
| 06/01/23 | 06/01/23 | Reorganized Issue | ~~███████~~ | 413.0000 | | 0.00 | |
| 06/29/23 | 06/27/23 | Sold | ~~███████~~ Includes Exchange Processing Fee $0.75 | (5,150.0000) | 0.0490 | 0.75 | 251.86 |
| 06/29/23 | 06/27/23 | Bought | ~~███~~ FNGR ~~███~~ | 115.0000 | 4.0186 | 0.00 | (462.14) |

*All 1,180 shares of MMAT sold for a $2,194.11 loss in 2023.*
*held at Schwab*

Please see "Endnotes for Your Account" section for an explanation of the endnote codes and symbols on this statement.

Page 7 of 9