NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | | PROOF OF INTEREST |
|---|---|---|

Name of Debtor: META MATERIALS INC.
Case Number: 24-50792

1. **Name and address of holder of the Equity Interest** (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

   STRAHIL ISKROV
   915 4TH AVE,
   HONOLULU, HI 96816

   Telephone Number: (808) 343-8824

   ☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

   ☒ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

   ☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

   **RECEIVED AND FILED**
   DEC - 9 2024
   U.S. BANKRUPTCY COURT
   MARY A. SCHOTT, CLERK

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

COURT USE ONLY

Account or other number by which Interest holder identifies Debtor: 6091 8260

Check here if this claim:
☐ replaces a previously filed Proof of Interest dated: _____
☐ amends a previously filed Proof of Interest dated: _____

2. **Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:**
   ALLY INVEST
   P.O. Box 30248, Charlotte, NC 28230
   Telephone Number: 1-855-880-2559

3. **Date Equity Interest was acquired:**
   First buy TRCH 2/22/2021   1160 Shares
   Last buy TRCH 6/15/2021   1000 Shares
   First buy MMAT 6/15/2021   400 Shares
   Last buy MMAT 11/22/2022   10000 Shares

4. Total amount of member interest: 201 Shares

5. Certificate number(s): _____

6. **Type of Equity Interest:**
   Please indicate the type of Equity Interest you hold:
   ☒ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
   ☐ Check this box if your Equity Interest is based on anything else and describe that interest.
   Description: _____

7. **Supporting Documents:** Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
   DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. **Date-Stamped Copy:** To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

9. **Signature:**
   Check the appropriate box.
   ☒ I am the creditor.   ☐ I am the creditor's authorized agent. (Attach copy of power of attorney, if any.)   ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)   ☐ I am a guarantor, surety, endorser, or other codebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: STRAHIL ISKROV
Title: _____
Company: ___ Address and telephone number (if different from notice address above): _____

(Signature) /s/ Strahil Iskrov    (Date) 11/23/2024
Telephone number: 808-343-8824   email: coolstonehawaii@gmail.com

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

[ Print Form ]   [ Save Form ]   [ Clear Form ]



# Ally Invest | Activity ⚙

**Individual Account - 60918260**

**Activity**  Documents

| DATE RANGE | START DATE | END DATE | ENTER SYMBOL | | |
|---|---|---|---|---|---|
| Custom ∨ | 01/01/2000 | 01/01/2030 | MMAT | Submit | Clear |

| DATE ▼ | ACTIVITY | QTY | SYM | DESCRIPTION | PRICE | COMMISSION | FEES | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 01/26/2024 | Cash Movement | -20004 | PRESPLITMMAT | META MATLS INC | $0.00 | $0.00 | $0.00 | $0.00 |
| 01/26/2024 | Cash Movement | 201 | MMAT | META MATLS INC | $0.00 | $0.00 | $0.00 | $0.00 |
| 11/22/2022 | Bought | 10000 | MMAT | META MATLS INC | $2.04 | $0.00 | $0.00 | -$20,400.00 |
| 11/14/2022 | Bought | 5210 | MMAT | META MATLS INC | $1.45 | $56.05 | $0.00 | -$7,610.03 |
| 02/28/2022 | Bought | 3400 | MMAT | META MATLS INC | $2.12 | $0.00 | $0.00 | -$7,202.56 |
| 09/24/2021 | Cash Movement | 0 | MMAT | META MATLS INC COMMON STOCK | $0.00 | $0.00 | $0.00 | $1.88 |
| 07/08/2021 | Cash Movement | 922 | MMAT | META MATLS INC | $0.00 | $0.00 | $0.00 | $0.00 |
| 06/15/2021 | Bought | 100 | MMATF | METAMATERIAL INC | $5.80 | $0.00 | $50.00 | -$630.00 |
| 06/15/2021 | Bought | 400 | MMATF | METAMATERIAL INC | $5.80 | $0.00 | $0.00 | -$2,321.36 |

Ally Community     Security     Privacy     Legal     Site Map

**Ally Invest Securities LLC's background can be found on FINRA BrokerCheck.**

Options involve risk and are not suitable for all investors. Review the **Characteristics and Risks of Standardized Options brochure** before you begin trading options. Options investors may lose the entire amount of their investment or more in a relatively short period of time.

Ally Financial Inc. (NYSE: ALLY) is a leading digital financial services company and a top 25 U.S. financial holding company offering financial products for consumers, businesses, automotive dealers, and corporate clients. Ally Bank, the company's direct banking subsidiary, offers an array of banking products and services.

Deposit products ("Bank Accounts" on Ally.com) are offered by Ally Bank, Member FDIC. In addition, mortgage products are offered by Ally Bank, Equal Housing Lender, NMLS ID 181005.

Credit and collateral are subject to approval and additional terms and conditions apply. Programs, rates and terms, and conditions are subject to change at any time without notice.

Securities products and services are offered through Ally Invest Securities LLC, member FINRA/SIPC. **View Securities Disclosures**

Advisory services are offered through Ally Invest Advisors Inc., a registered investment adviser. Brokerage accounts are serviced by Ally Invest Securities and advisory client account assets are kept in custody with Apex Clearing Corporation, members FINRA/SIPC. **View Advisory Disclosures**

Securities products are **NOT FDIC INSURED, NOT BANK GUARANTEED**, and **MAY LOSE VALUE.**

Ally Invest Securities provides 3rd party research for information purposes only and doesn't offer investment advice or personalized recommendations. Investors assume the risk of relying on these research services to make investing decisions. **View Disclosures**



☰ MENU  Accounts ⌄   Payments ⌄   Transfers ⌄   Deposits   Investments   More ⌄   | Open Accounts |       Help   Contact   Log Out

Dashboard   Trading ⌄   Holdings and Activity ⌄   Research ⌄   Documents and Tools ⌄                        QuickTrade

Investments: 855-880-2559    ✉ Email

# Ally Invest | Activity ⚙

### Individual Account - 60918260

**Activity**   Documents

| DATE RANGE | START DATE | END DATE | ENTER SYMBOL | | |
|---|---|---|---|---|---|
| Custom ⌄ | 01/01/2000 | 01/01/2030 | TRCH | Submit | Clear |

| DATE ▼ | ACTIVITY | QTY | SYM | DESCRIPTION | PRICE | COMMISSION | FEES | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 06/25/2021 | Cash Movement | -944 | PRESPLITTRCH | TORCHLIGHT ENERGY RESOURCES | $0.00 | $0.00 | $0.00 | $0.00 |
| 06/22/2021 | Sold | -316 | TRCH | TORCHLIGHT ENERGY RESOURCES | $8.11 | $0.00 | $0.06 | $2,563.84 |
| 06/15/2021 | Bought | 1000 | TRCH | TORCHLIGHT ENERGY RESOURCES | $5.25 | $0.00 | $0.00 | -$5,247.40 |
| 05/12/2021 | Sold | -900 | TRCH | TORCHLIGHT ENERGY RESOURCES | $1.94 | $12.95 | $0.12 | $1,732.93 |
| 02/22/2021 | Bought | 1160 | TRCH | TORCHLIGHT ENERGY RESOURCES | $3.49 | $0.00 | $0.00 | -$4,047.36 |

Ally Community      Security      Privacy      Legal      Site Map

**Ally Invest Securities LLC's background can be found on FINRA BrokerCheck.**

Options involve risk and are not suitable for all investors. Review the **Characteristics and Risks of Standardized Options** brochure before you begin trading options. Options investors may lose the entire amount of their investment or more in a relatively short period of time.

Ally Financial Inc. (NYSE: ALLY) is a leading digital financial services company and a top 25 U.S. financial holding company offering financial products for consumers, businesses, automotive dealers, and corporate clients. Ally Bank, the company's direct banking subsidiary, offers an array of banking products and services.

Deposit products ("Bank Accounts" on Ally.com) are offered by Ally Bank, Member FDIC. In addition, mortgage products are offered by Ally Bank, Equal Housing Lender 🏠, NMLS ID 181005.

Credit and collateral are subject to approval and additional terms and conditions apply. Programs, rates and terms, and conditions are subject to change at any time without notice.

Securities products and services are offered through Ally Invest Securities LLC, member FINRA/SIPC. **View Securities Disclosures**

Advisory services are offered through Ally Invest Advisors Inc., a registered investment adviser. Brokerage accounts are serviced by Ally Invest Securities and advisory client account assets are kept in custody with Apex Clearing Corporation, members FINRA/SIPC. **View Advisory Disclosures**

Securities products are **NOT FDIC INSURED, NOT BANK GUARANTEED**, and **MAY LOSE VALUE**.

Ally Invest Securities provides 3rd party research for information purposes only and doesn't offer investment advice or personalized recommendations. Investors assume the risk of relying on these research services to make investing decisions. **View Disclosures**

# Ally Invest | Activity ⚙

## Individual Account - 60918260

**Activity**  Documents

| DATE RANGE | START DATE | END DATE | ENTER SYMBOL |
|---|---|---|---|
| Custom | 02/02/2020 | 02/02/2023 | MMTLP |

[Submit]  [Clear]

| DATE ▼ | ACTIVITY | QTY | SYM | DESCRIPTION | PRICE | COMMISSION | FEES | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 11/25/2022 | Bought | 995 | MMTLP | META MATLS INC | $10.04 | $0.00 | $0.00 | -$9,989.80 |
| 07/12/2022 | Sold | -5544 | MMTLP | META MATLS INC | $1.94 | $59.39 | $0.97 | $10,695.00 |
| 02/28/2022 | Bought | 4600 | MMTLP | META MATLS INC | $1.91 | $49.95 | $0.00 | -$8,831.45 |

Ally Community    Security    Privacy    Legal    Site Map

Ally Invest Securities LLC's background can be found on FINRA BrokerCheck.

Options involve risk and are not suitable for all investors. Review the **Characteristics and Risks of Standardized Options brochure** before you begin trading options. Options investors may lose the entire amount of their investment or more in a relatively short period of time.

Ally Financial Inc. (NYSE: ALLY) is a leading digital financial services company and a top 25 U.S. financial holding company offering financial products for consumers, businesses, automotive dealers, and corporate clients. Ally Bank, the company's direct banking subsidiary, offers an array of banking products and services.

Deposit products ("Bank Accounts" on Ally.com) are offered by Ally Bank, Member FDIC. In addition, mortgage products are offered by Ally Bank, Equal Housing Lender 🏠, NMLS ID 181005.

Credit and collateral are subject to approval and additional terms and conditions apply. Programs, rates and terms, and conditions are subject to change at any time without notice.

Securities products and services are offered through Ally Invest Securities LLC, member **FINRA/SIPC. View Securities Disclosures**

Advisory services are offered through Ally Invest Advisors Inc., a registered investment adviser. Brokerage accounts are serviced by Ally Invest Securities and advisory client account assets are kept in custody with Apex Clearing Corporation, members **FINRA/SIPC. View Advisory Disclosures**

Securities products are **NOT FDIC INSURED, NOT BANK GUARANTEED,** and **MAY LOSE VALUE**.

Ally Invest Securities provides 3rd party research for information purposes only and doesn't offer investment advice or personalized recommendations. Investors assume the risk of relying on these research services to make investing decisions. **View Disclosures**