NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | | PROOF OF INTEREST |
|---|---|---|
| Name of Debtor: META MATERIALS | Case Number: 24-50792-hlb | |

1. Name and address of holder of the Equity Interest (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

    William Cooper III
    6801 MITCHELL ST.
    JUPITER, FL 33458

    Telephone Number: 919-622-7444

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

☒ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

RECEIVED AND FILED
DEC -9 2024
U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

COURT USE ONLY

Account or other number by which Interest holder identifies Debtor:
Individual Brokerage: 354 495601

Check here if this claim:
☐ replaces a previously filed Proof of Interest dated: _____
☒ amends a previously filed Proof of Interest dated: _____

2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:

    E*Trade

    Telephone Number: 1-800-387-2331

3. Date Equity Interest was acquired:

    * see attached.

4. Total amount of member interest: 102 shares @ total cost *after 100:1 R.S. (Reverse Split) $46781.99

5. Certificate number(s): _____

6. Type of Equity Interest:
    Please indicate the type of Equity Interest you hold:
    ☒ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
    ☐ Check this box if your Equity Interest is based on anything else and describe that interest:
    Description: Investor.

7. Supporting Documents: Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
    DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary. ✗

8. Date-Stamped Copy: To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

9. Signature:
    Check the appropriate box.
    ☒ I am the creditor.    ☐ I am the creditor's authorized agent.    ☐ I am the trustee, or the debtor,    ☐ I am a guarantor, surety, endorser, or other codebtor.
    (Attach copy of power of attorney, if any.)    or their authorized agent.    (See Bankruptcy Rule 3005.)
    (See Bankruptcy Rule 3004.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: William E. Cooper III
Title: Self investor
Company: ___ Address and telephone number (if different from notice address above):

(Signature) William E. Cooper    (Date) 12/2/2024

Telephone number: 919-622-7444    email: Billcooper@live.com

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*



After the 100:1 reverse split.



DOW 44,192.88 ▲ 322.53 (0.74%)   NASDAQ 18,972.38 ▼ -0.05 (0.00%)   S&P 500 5,958.19 ▲ 9.48 (0.16%)   as of 03:11 PM ET

Log Off

E*TRADE from Morgan Stanley

Support ˅   99+ Alerts   Documents   Profile

Accounts | Pay & Transfer | Trading | Markets & Ideas | Planning | What We Offer

Search

Complete View | Portfolios | Watch Lists | **Orders** | Balances | Transactions | Banking | Tax Center | Documents ˅ | Dividend Reinvestment | Open Account

↻ Refresh November 22, 2024 3:11 PM ET  ? Help

## Orders

Open | **Executed** | Cancelled | Saved | Individual fills | Expired | Rejected | All | Bond quotes

**Account**
Individual Brokerage -5601

| From date | To date | Symbols | Order number | Order type | Order status | Security type | Results per page | |
|---|---|---|---|---|---|---|---|---|
| 04/26/2020 | 11/22/2024 | MMAT | | All | Executed | All | 50 | Apply filters |

Brokerage Update Disclosure ⓘ

| | Date | Order | Type | Order type | Quantity | Symbol | Price type | Term | Price | Price executed | Status | Links |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| > | 04/28/23 | 2031 | Stock/ETF | Buy | 30 | MMAT | Limit | Day | 0.19 | 0.1885 | Executed | Portfolios |
| > | 04/28/23 | 2030 | Stock/ETF | Buy | 1,729 | MMAT | Limit | Day | 0.19 | 0.1886 | Executed | Portfolios |
| > | 04/27/23 | 2028 | Stock/ETF | Buy | 8 | MMAT | Limit | Day | 0.20 | 0.195 | Executed | Portfolios |
| > | 04/25/23 | 2027 | Stock/ETF | Buy | 712 | MMAT | Limit | Day | 0.206 | 0.206† | Executed | Portfolios |
| > | 04/24/23 | 2026 | Stock/ETF | Buy | 1 | MMAT | Limit | Day | 0.20 | 0.20 | Executed | Portfolios |
| > | 04/21/23 | 2025 | Stock/ETF | Buy | 15 | MMAT | Limit | Day | 0.195 | 0.195 | Executed | Portfolios |
| > | 04/21/23 | 2024 | Stock/ETF | Buy | 100 | MMAT | Limit | Day | 0.19 | 0.1878 | Executed | Portfolios |
| > | 04/17/23 | 2018 | Stock/ETF | Sell | 900 | MMAT | Mkt | Day | Mkt | 0.2201 | Executed | Gains/Losses |
| > | 04/17/23 | 2017 | Stock/ETF | Sell | 100 | MMAT | Mkt | Day | Mkt | 0.2202 | Executed | Gains/Losses |
| > | 04/17/23 | 2016 | Stock/ETF | Sell | 900 | MMAT | Mkt | Day | Mkt | 0.2201 | Executed | Gains/Losses |
| > | 04/14/23 | 2014 | Extended Hours | EH Buy | 5 | MMAT | Limit | Day | 0.22 | 0.215 | Executed | Portfolios |
| > | 04/14/23 | 2013 | Extended Hours | EH Buy | 900 | MMAT | Limit | Day | 0.215 | 0.214† | Executed | Portfolios |
| > | 04/14/23 | 2012 | Extended Hours | EH Buy | 1,000 | MMAT | Limit | Day | 0.215 | 0.2146† | Executed | Portfolios |
| > | 04/12/23 | 2002 | Stock/ETF | Buy | 89 | MMAT | Limit | Day | 0.414 | 0.4134 | Executed | Portfolios |
| > | 04/12/23 | 2000 | Stock/ETF | Sell | 496 | MMAT | Mkt | Day | Mkt | 0.4124 | Executed | Gains/Losses |
| > | 04/12/23 | 1999 | Stock/ETF | Sell | 4 | MMAT | Mkt | Day | Mkt | 0.4111 | Executed | Gains/Losses |
| > | 04/11/23 | 1997 | Stock/ETF | Buy | 6 | MMAT | Limit | Day | 0.42 | 0.4159 | Executed | Portfolios |
| > | 04/05/23 | 1996 | Stock/ETF | Buy | 496/AON | MMAT | Limit | Day | 0.4109 | 0.4101 | Executed | Portfolios |
| > | 04/05/23 | 1994 | Stock/ETF | Buy | 4 | MMAT | Limit | Day | 0.41 | 0.41 | Executed | Portfolios |
| > | 03/23/23 | 1993 | Stock/ETF | Sell | 2 | MMAT | Mkt | Day | Mkt | 0.4610 | Executed | Gains/Losses |
| > | 03/23/23 | 1992 | Stock/ETF | Buy | 38 | MMAT | Limit | Day | 0.47 | 0.4600 | Executed | Portfolios |
| > | 03/23/23 | 1991 | Stock/ETF | Buy | 324 | MMAT | Limit | Day | 0.473 | 0.473 | Executed | Portfolios |
| > | 03/21/23 | 1989 | Stock/ETF | Sell | 2 | MMAT | Mkt | Day | Mkt | 0.5718 | Executed | Gains/Losses |
| > | 03/21/23 | 1988 | Stock/ETF | Sell | 25 | MMAT | Limit | Day | 0.57 | 0.5703 | Executed | Gains/Losses |
| > | 03/21/23 | 1987 | Stock/ETF | Sell | 50 | MMAT | Limit | Day | 0.5665 | 0.5692 | Executed | Gains/Losses |
| > | 03/21/23 | 1986 | Stock/ETF | Buy | 2 | MMAT | Limit | Day | 0.57 | 0.5643 | Executed | Portfolios |
| > | 03/21/23 | 1985 | Stock/ETF | Sell | 180 | MMAT | Limit | Day | 0.55 | 0.55 | Executed | Gains/Losses |
| > | 03/21/23 | 1984 | Stock/ETF | Buy | 180 | MMAT | Limit | Day | 0.56 | 0.5448 | Executed | Portfolios |
| > | 03/20/23 | 1983 | Stock/ETF | Sell | 910 | MMAT | Mkt | Day | Mkt | 0.5382 | Executed | Gains/Losses |
| > | 03/17/23 | 1982 | Stock/ETF | Buy | 25 | MMAT | Limit | Day | 0.50 | 0.4938 | Executed | Portfolios |
| > | 03/17/23 | 1981 | Stock/ETF | Buy | 50 | MMAT | Limit | Day | 0.50 | 0.4957 | Executed | Portfolios |
| > | 03/17/23 | 1980 | Stock/ETF | Buy | 910 | MMAT | Limit | Day | 0.50 | 0.493 | Executed | Portfolios |
| > | 03/14/23 | 1979 | Stock/ETF | Buy | 3 | MMAT | Limit | Day | 0.52 | 0.5198 | Executed | Portfolios |
| > | 02/24/23 | 1977 | Stock/ETF | Buy | 1 | MMAT | Limit | Day | 0.70 | 0.6388 | Executed | Portfolios |
| > | 02/24/23 | 1976 | Stock/ETF | Sell | 1 | MMAT | Mkt | Day | Mkt | 0.668 | Executed | Gains/Losses |
| > | 02/24/23 | 1975 | Stock/ETF | Buy | 137 | MMAT | Limit | Day | 0.67 | 0.6686 | Executed | Portfolios |
| > | 02/06/23 | 1966 | Stock/ETF | Sell | 149 | MMAT | Mkt | Day | Mkt | 0.9544† | Executed | Gains/Losses |
| > | 02/06/23 | 1965 | Stock/ETF | Sell | 451 | MMAT | Mkt | Day | Mkt | 0.945 | Executed | Gains/Losses |
| > | 02/03/23 | 1963 | Stock/ETF | Buy | 740 | MMAT | Limit | Day | 0.99 | 0.9864 | Executed | Portfolios |
| > | 02/02/23 | 1959 | Stock/ETF | Buy | 6 | MMAT | Mkt | Day | Mkt | 1.016 | Executed | Portfolios |
| > | 02/01/23 | 1956 | Stock/ETF | Sell | 6 | MMAT | Mkt | Day | Mkt | 1.0122 | Executed | Gains/Losses |
| > | 02/01/23 | 1955 | Stock/ETF | Buy | 6 | MMAT | Mkt | Day | Mkt | 1.0078 | Executed | Portfolios |
| > | 01/27/23 | 1950 | Stock/ETF | Buy | 4 | MMAT | Mkt | Day | Mkt | 1.00 | Executed | Portfolios |
| > | 01/20/23 | 1938 | Stock/ETF | Buy | 1 | MMAT | Limit | Day | 1.00 | 0.9573 | Executed | Portfolios |
| > | 01/20/23 | 1936 | Stock/ETF | Sell | 300 | MMAT | Limit | Day | 0.96 | 0.9601 | Executed | Gains/Losses |
| > | 01/20/23 | 1935 | Stock/ETF | Sell | 201 | MMAT | Limit | Day | 0.96 | 0.96† | Executed | Gains/Losses |
| > | 01/19/23 | 1927 | Stock/ETF | Buy | 501 | MMAT | Limit | Day | 0.99 | 0.9861† | Executed | Portfolios |
| > | 01/09/23 | 1923 | Stock/ETF | Buy | 16 | MMAT | Mkt | Day | Mkt | 1.1956 | Executed | Portfolios |
| > | 12/28/22 | 1922 | Stock/ETF | Sell | 19 | MMAT | Mkt | Day | Mkt | 1.035 | Executed | Gains/Losses |
| > | 12/27/22 | 1921 | Stock/ETF | Buy | 19 | MMAT | Mkt | Day | Mkt | 1.015 | Executed | Portfolios |

< Back    Next >

† = Share-weighted Average

DOW 44,191.83 ▲ 321.48 (0.73%)   NASDAQ 18,970.24 ▼ -2.18 (-0.01%)   S&P 500 5,957.77 ▲ 9.06 (0.15%)   as of 03:10 PM ET

Log Off

E*TRADE from Morgan Stanley

Support ⌄ | 99+ Alerts | Documents | Profile

Accounts | Pay & Transfer | Trading | Markets & Ideas | Planning | What We Offer | Search

Complete View | Portfolios | Watch Lists | Orders | Balances | Transactions | Banking | Tax Center | Documents ⌄ | Dividend Reinvestment | Open Account

↻ Refresh November 22, 2024 3:10 PM ET  ⓘ Help

## Orders

Open | **Executed** | Cancelled | Saved | Individual fills | Expired | Rejected | All | Bond quotes

Account
Individual Brokerage -5601

| From date | To date | Symbols | Order number | Order type | Order status | Security type | Results per page | |
|---|---|---|---|---|---|---|---|---|
| 04/26/2020 | 11/22/2024 | MMAT | | All | Executed | All | 50 | Apply filters |

Brokerage Update Disclosure ⓘ

| Date | Order | Type | Order type | Quantity | Symbol | Price type | Term | Price | Price executed | Status | Links |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 08/22/23 | 2176 | Stock/ETF | Buy | 110 | MMAT | Limit | Day | 0.215 | 0.2149 | Executed | Portfolios |
| 08/22/23 | 2174 | Stock/ETF | Buy | 9,000 AON | MMAT | Limit | Day | 0.217 | 0.217 | Executed | Portfolios |
| 08/08/23 | 2160 | Stock/ETF | Buy | 965 AON | MMAT | Limit | Day | 0.266 | 0.2659 | Executed | Portfolios |
| 08/08/23 | 2157 | Stock/ETF | Buy | 375 | MMAT | Limit | Day | 0.266 | 0.2659 | Executed | Portfolios |
| 08/03/23 | 2156 | Stock/ETF | Sell | 150 | MMAT | Mkt | Day | Mkt | 0.2386 | Executed | Gains/Losses |
| 08/03/23 | 2155 | Stock/ETF | Sell | 200 | MMAT | Mkt | Day | Mkt | 0.2379† | Executed | Gains/Losses |
| 08/03/23 | 2153 | Stock/ETF | Sell | 100 | MMAT | Limit | Day | 0.24 | 0.24 | Executed | Gains/Losses |
| 08/01/23 | 2148 | Extended Hours | EH Sell | 500 | MMAT | Limit | Day | 0.25 | 0.2590† | Executed | Gains/Losses |
| 08/01/23 | 2145 | Stock/ETF | Sell | 620 | MMAT | Mkt | Day | Mkt | 0.2612 | Executed | Gains/Losses |
| 08/01/23 | 2144 | Stock/ETF | Sell | 380 | MMAT | Mkt | Day | Mkt | 0.2560 | Executed | Gains/Losses |
| 07/31/23 | 2141 | Stock/ETF | Sell | 1,000 | MMAT | Limit | Day | 0.25 | 0.2532 | Executed | Gains/Losses |
| 07/31/23 | 2139 | Stock/ETF | Sell | 1,750 | MMAT | Mkt | Day | Mkt | 0.2449† | Executed | Gains/Losses |
| 07/28/23 | 2138 | Extended Hours | EH Buy | 2,250 | MMAT | Limit | Day | 0.225 | 0.2239 | Executed | Portfolios |
| 07/28/23 | 2136 | Stock/ETF | Buy | 2 | MMAT | Limit | Day | 0.22 | 0.2151 | Executed | Portfolios |
| 07/28/23 | 2135 | Stock/ETF | Sell | 280 | MMAT | Mkt | Day | Mkt | 0.215 | Executed | Gains/Losses |
| 07/28/23 | 2134 | Stock/ETF | Sell | 22 | MMAT | Mkt | Day | Mkt | 0.2150 | Executed | Gains/Losses |
| 07/28/23 | 2133 | Stock/ETF | Sell | 200 | MMAT | Mkt | Day | Mkt | 0.215 | Executed | Gains/Losses |
| 07/28/23 | 2131 | Stock/ETF | Sell | 500 | MMAT | Mkt | Day | Mkt | 0.2156 | Executed | Gains/Losses |
| 07/28/23 | 2130 | Stock/ETF | Sell | 500 | MMAT | Mkt | Day | Mkt | 0.2147 | Executed | Gains/Losses |
| 07/28/23 | 2127 | Stock/ETF | Sell | 1,000 | MMAT | Mkt | Day | Mkt | 0.2168† | Executed | Gains/Losses |
| 07/11/23 | 2106 | Stock/ETF | Sell | 118 | MMAT | Mkt | Day | Mkt | 0.1889 | Executed | Gains/Losses |
| 07/11/23 | 2104 | Stock/ETF | Sell | 2,297 | MMAT | Mkt | Day | Mkt | 0.1876 | Executed | Gains/Losses |
| 07/10/23 | 2096 | Stock/ETF | Buy | 15 | MMAT | Limit | Day | 0.191 | 0.191 | Executed | Portfolios |
| 07/10/23 | 2090 | Stock/ETF | Sell | 64 | MMAT | Mkt | Day | Mkt | 0.1902 | Executed | Gains/Losses |
| 07/10/23 | 2089 | Stock/ETF | Sell | 30 | MMAT | Limit | Day | 0.19 | 0.1902 | Executed | Gains/Losses |
| 07/10/23 | 2087 | Stock/ETF | Buy | 14 | MMAT | Limit | Day | 0.1905 | 0.1905 | Executed | Portfolios |
| 07/10/23 | 2085 | Stock/ETF | Sell | 220 | MMAT | Limit | Day | 0.19 | 0.1902 | Executed | Gains/Losses |
| 07/10/23 | 2084 | Stock/ETF | Sell | 300 | MMAT | Limit | Day | 0.19 | 0.1906 | Executed | Gains/Losses |
| 07/10/23 | 2079 | Stock/ETF | Sell | 1,000 | MMAT | Limit | Day | 0.19 | 0.1914 | Executed | Gains/Losses |
| 07/10/23 | 2078 | Stock/ETF | Sell | 1,000 | MMAT | Limit | Day | 0.19 | 0.1908 | Executed | Gains/Losses |
| 05/22/23 | 2076 | Stock/ETF | Buy | 578 | MMAT | Limit | Day | 0.263 | 0.263 | Executed | Portfolios |
| 05/22/23 | 2075 | Stock/ETF | Buy | 22 | MMAT | Limit | Day | 0.251 | 0.251 | Executed | Portfolios |
| 05/22/23 | 2074 | Stock/ETF | Buy | 382 | MMAT | Limit | Day | 0.2473 | 0.2472 | Executed | Portfolios |
| 05/18/23 | 2071 | Stock/ETF | Buy | 18 | MMAT | Limit | Day | 0.2242 | 0.2241 | Executed | Portfolios |
| 05/18/23 | 2070 | Stock/ETF | Buy | 158 | MMAT | Limit | Day | 0.2288 | 0.2282 | Executed | Portfolios |
| 05/17/23 | 2069 | Stock/ETF | Buy | 1 | MMAT | Limit | Day | 0.25 | 0.2265 | Executed | Portfolios |
| 05/17/23 | 2068 | Stock/ETF | Buy | 1,834 | MMAT | Limit | Day | 0.2269 | 0.2268 | Executed | Portfolios |
| 05/11/23 | 2063 | Stock/ETF | Buy | 7 | MMAT | Limit | Day | 0.2141 | 0.2141 | Executed | Portfolios |
| 05/10/23 | 2057 | Extended Hours | EH Sell | 510 | MMAT | Limit | Day | 0.2142 | 0.2142 | Executed | Gains/Losses |
| 05/10/23 | 2056 | Stock/ETF | Buy | 10 | MMAT | Limit | Day | 0.2202 | 0.2201 | Executed | Portfolios |
| 05/10/23 | 2051 | Stock/ETF | Sell | 500 | MMAT | Limit | Day | 0.2175 | 0.2176 | Executed | Gains/Losses |
| 05/10/23 | 2050 | Stock/ETF | Buy | 136 | MMAT | Limit | Day | 0.2243 | 0.2243† | Executed | Portfolios |
| 05/10/23 | 2048 | Stock/ETF | Buy | 1 | MMAT | Limit | Day | 0.22 | 0.2198 | Executed | Portfolios |
| 05/10/23 | 2047 | Stock/ETF | Buy | 5 | MMAT | Limit | Day | 0.2183 | 0.2183 | Executed | Portfolios |
| 05/10/23 | 2046 | Stock/ETF | Buy | 2,297 AON | MMAT | Limit | Day | 0.2175 | 0.2171 | Executed | Portfolios |
| 05/05/23 | 2045 | Stock/ETF | Buy | 11 | MMAT | Limit | Day | 0.209 | 0.2084 | Executed | Portfolios |
| 05/05/23 | 2044 | Stock/ETF | Buy | 50 | MMAT | Limit | Day | 0.2027 | 0.2027 | Executed | Portfolios |
| 05/05/23 | 2043 | Stock/ETF | Buy | 2,414 | MMAT | Limit | Day | 0.2021 | 0.202 | Executed | Portfolios |
| 05/01/23 | 2039 | Extended Hours | EH Buy | 86 | MMAT | Limit | Day | 0.1895 | 0.1895 | Executed | Portfolios |
| 05/01/23 | 2038 | Stock/ETF | Buy | 1,305 | MMAT | Limit | Day | 0.1868 | 0.1868 | Executed | Portfolios |

‹ Back   Next ›

† = Share-weighted Average

DOW 44,189.81 ▲ 319.46 (0.73%)   NASDAQ 18,970.5 ▼ -1.92 (-0.01%)   S&P 500 5,957.91 ▲ 9.2 (0.15%)   as of 03:10 PM ET   Log Off

E✱TRADE from Morgan Stanley   Support ˅   | 99+ Alerts   Documents   Profile

Accounts  Pay & Transfer  Trading  Markets & Ideas  Planning  What We Offer                    Search

Complete View  Portfolios  Watch Lists  Orders  Balances  Transactions  Banking  Tax Center  Documents ˅  Dividend Reinvestment  Open Account

Refresh November 22, 2024 3:10 PM ET  Help

## Orders

Open  **Executed**  Cancelled  Saved  Individual fills  Expired  Rejected  All  Bond quotes

Account: Individual Brokerage -5601

From date: 04/26/2020  To date: 11/22/2024  Symbols: MMAT  Order number: _  Order type: All  Order status: Executed  Security type: All  Results per page: 50  [Apply filters]

Brokerage Update Disclosure ⓘ

| Date | Order | Type | Order type | Quantity | Symbol | Price type | Term | Price | Price executed | Status | Links |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/18/23 | 2429 | Stock/ETF | Sell | 100 | MMAT | Mkt | Day | Mkt | 0.20 | Executed | Gains/Losses |
| 10/18/23 | 2428 | Stock/ETF | Sell | 15 | MMAT | Mkt | Day | Mkt | 0.2006 | Executed | Gains/Losses |
| 10/18/23 | 2427 | Stock/ETF | Sell | 8 | MMAT | Mkt | Day | Mkt | 0.2005 | Executed | Gains/Losses |
| 10/18/23 | 2426 | Stock/ETF | Sell | 22 | MMAT | Mkt | Day | Mkt | 0.2000 | Executed | Gains/Losses |
| 10/18/23 | 2425 | Stock/ETF | Sell | 100 | MMAT | Mkt | Day | Mkt | 0.2005 | Executed | Gains/Losses |
| 10/18/23 | 2424 | Stock/ETF | Sell | 68 | MMAT | Mkt | Day | Mkt | 0.2005 | Executed | Gains/Losses |
| 10/18/23 | 2423 | Stock/ETF | Sell | 66 | MMAT | Mkt | Day | Mkt | 0.2000 | Executed | Gains/Losses |
| 10/18/23 | 2422 | Stock/ETF | Sell | 156 | MMAT | Mkt | Day | Mkt | 0.2007 | Executed | Gains/Losses |
| 10/18/23 | 2421 | Stock/ETF | Sell | 1,500 | MMAT | Mkt | Day | Mkt | 0.2001 | Executed | Gains/Losses |
| 10/17/23 | 2410 | Stock/ETF | Sell | 2,500 | MMAT | Mkt | Day | Mkt | 0.2078 | Executed | Gains/Losses |
| 10/13/23 | 2396 | Stock/ETF | Sell | 4,970 | MMAT | Mkt | Day | Mkt | 0.2186 | Executed | Gains/Losses |
| 10/11/23 | 2375 | Stock/ETF | Buy | 5,000 | MMAT | Limit | Day | 0.217 | 0.2168 | Executed | Portfolios |
| 10/03/23 | 2338 | Stock/ETF | Sell | 50 | MMAT | Mkt | Day | Mkt | 0.2316 | Executed | Gains/Losses |
| 10/03/23 | 2337 | Stock/ETF | Sell | 150 | MMAT | Mkt | Day | Mkt | 0.23† | Executed | Gains/Losses |
| 10/03/23 | 2336 | Stock/ETF | Sell | 400 | MMAT | Mkt | Day | Mkt | 0.2271 | Executed | Gains/Losses |
| 10/03/23 | 2335 | Stock/ETF | Sell | 400 | MMAT | Mkt | Day | Mkt | 0.2271 | Executed | Gains/Losses |
| 10/03/23 | 2330 | Stock/ETF | Sell | 500 | MMAT | Mkt | Day | Mkt | 0.2301 | Executed | Gains/Losses |
| 10/03/23 | 2328 | Stock/ETF | Sell | 1,450 | MMAT | Mkt | Day | Mkt | 0.2311 | Executed | Gains/Losses |
| 10/03/23 | 2327 | Stock/ETF | Sell | 50 | MMAT | Mkt | Day | Mkt | 0.2323 | Executed | Gains/Losses |
| 10/03/23 | 2326 | Stock/ETF | Sell | 2,000 | MMAT | Mkt | Day | Mkt | 0.2322 | Executed | Gains/Losses |
| 10/02/23 | 2320 | Stock/ETF | Sell | 5,000 | MMAT | Limit | Day | 0.22 | 0.2204 | Executed | Gains/Losses |
| 10/02/23 | 2313 | Stock/ETF | Sell | 5,000 | MMAT | Mkt | Day | Mkt | 0.2235 | Executed | Gains/Losses |
| 09/29/23 | 2305 | Stock/ETF | Sell | 5,000 | MMAT | Mkt | Day | Mkt | 0.2111 | Executed | Gains/Losses |
| 09/29/23 | 2301 | Stock/ETF | Sell | 5,000 | MMAT | Mkt | Day | Mkt | 0.2138† | Executed | Gains/Losses |
| 09/29/23 | 2293 | Stock/ETF | Sell | 5,000 | MMAT | Limit | Day | 0.2183 | 0.2183 | Executed | Gains/Losses |
| 09/28/23 | 2288 | Stock/ETF | Sell | 4,000 | MMAT | Limit | Day | 0.209 | 0.209 | Executed | Gains/Losses |
| 09/22/23 | 2273 | Stock/ETF | Sell | 650 | MMAT | Mkt | Day | Mkt | 0.2024 | Executed | Gains/Losses |
| 09/22/23 | 2270 | Stock/ETF | Buy | 10,650 | MMAT | Limit | Day | 0.2065 | 0.2064† | Executed | Portfolios |
| 09/22/23 | 2265 | Stock/ETF | Buy | 150 | MMAT | Limit | Day | 0.208 | 0.208 | Executed | Portfolios |
| 09/22/23 | 2264 | Stock/ETF | Buy | 12,000 AON | MMAT | Limit | GT 60 | 0.208 | 0.208 | Executed | Portfolios |
| 09/19/23 | 2257 | Stock/ETF | Buy | 11,792 AON | MMAT | Limit | Day | 0.2007 | 0.2007 | Executed | Portfolios |
| 09/18/23 | 2256 | Stock/ETF | Buy | 7 | MMAT | Limit | Day | 0.2136 | 0.2135 | Executed | Portfolios |
| 09/15/23 | 2249 | Stock/ETF | Buy | 1 | MMAT | Limit | Day | 0.23 | 0.2206 | Executed | Portfolios |
| 09/14/23 | 2246 | Stock/ETF | Buy | 40 | MMAT | Limit | Day | 0.226 | 0.2248 | Executed | Portfolios |
| 09/14/23 | 2243 | Stock/ETF | Sell | 50,000 | MMAT | Mkt | Day | Mkt | 0.225† | Executed | Gains/Losses |
| 09/14/23 | 2240 | Stock/ETF | Buy | 50,000 AON | MMAT | Limit | Day | 0.225 | 0.225 | Executed | Portfolios |
| 09/13/23 | 2228 | Stock/ETF | Buy | 10 | MMAT | Limit | Day | 0.22 | 0.2172 | Executed | Portfolios |
| 09/12/23 | 2218 | Extended Hours | EH Sell | 2,644 | MMAT | Limit | Day | 0.2148 | 0.2149 | Executed | Gains/Losses |
| 09/12/23 | 2216 | Extended Hours | EH Sell | 2,456 | MMAT | Limit | Day | 0.2148 | 0.2148 | Executed | Gains/Losses |
| 09/11/23 | 2210 | Stock/ETF | Buy | 100 | MMAT | Limit | Day | 0.22 | 0.2173 | Executed | Portfolios |
| 09/08/23 | 2204 | Stock/ETF | Sell | 5,000 | MMAT | Mkt | Day | Mkt | 0.2164† | Executed | Gains/Losses |
| 09/07/23 | 2196 | Stock/ETF | Sell | 1,000 | MMAT | Mkt | Day | Mkt | 0.2185 | Executed | Gains/Losses |
| 09/07/23 | 2195 | Stock/ETF | Buy | 1,000 AON | MMAT | Limit | Day | 0.223 | 0.223 | Executed | Portfolios |
| 09/05/23 | 2188 | Stock/ETF | Sell | 2,500 | MMAT | Mkt | Day | Mkt | 0.2333 | Executed | Gains/Losses |
| 09/05/23 | 2187 | Stock/ETF | Buy | 2,500 AON | MMAT | Limit | Day | 0.25 | 0.2418 | Executed | Portfolios |
| 08/30/23 | 2184 | Stock/ETF | Buy | 4,000 AON | MMAT | Limit | Day | 0.231 | 0.231 | Executed | Portfolios |
| 08/28/23 | 2180 | Stock/ETF | Buy | 130 | MMAT | Limit | GT 60 | 0.23 | 0.2288 | Executed | Portfolios |
| 08/23/23 | 2179 | Stock/ETF | Buy | 20 | MMAT | Limit | Day | 0.22 | 0.2181 | Executed | Portfolios |
| 08/23/23 | 2178 | Stock/ETF | Buy | 300 AON | MMAT | Limit | Day | 0.22 | 0.2199 | Executed | Portfolios |
| 08/22/23 | 2177 | Stock/ETF | Buy | 50 | MMAT | Limit | Day | 0.22 | 0.2166 | Executed | Portfolios |

‹ Back   Next ›

† = Share-weighted Average

DOW 44,192.54 ▲ 322.19 (0.73%)   NASDAQ 18,973.95 ▲ 1.53 (0.01%)   S&P 500 5,958.25 ▲ 9.54 (0.16%)   as of 03:09 PM ET                Log Off

# E✱TRADE
from Morgan Stanley

Support ⌄ | 99+ Alerts  📄 Documents  👤 Profile

Accounts | Pay & Transfer | Trading | Markets & Ideas | Planning | What We Offer                🔍 Search

Complete View  Portfolios  Watch Lists  **Orders**  Balances  Transactions  Banking  Tax Center  Documents ⌄  Dividend Reinvestment  Open Account

↻ Refresh November 22, 2024 3:09 PM ET  ❓ Help

## Orders

Open | **Executed** | Cancelled | Saved | Individual fills | Expired | Rejected | All | Bond quotes

Account
[Individual Brokerage -5601 ▾]

| From date | To date | Symbols | Order number | Order type | Order status | Security type | Results per page | |
|---|---|---|---|---|---|---|---|---|
| 📅 04/26/2020 | 📅 11/22/2024 | MMAT | | All ▾ | Executed ▾ | All ▾ | 50 ▾ | Apply filters |

Brokerage Update Disclosure ⓘ

| | Date | Order | Type | Order type | Quantity | Symbol | Price type | Term | Price | Price executed | Status | Links |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| > | 07/18/24 | 3079 | Stock/ETF | Sell | 100 | MMAT | Mkt | Day | Mkt | 2.8718 | Executed | Gains/Losses |
| > | 06/07/24 | 2927 | Stock/ETF | Sell | 2 | MMAT | Mkt | Day | Mkt | 3.4025 | Executed | Gains/Losses |
| > | 01/26/24 | 2645 | Stock/ETF | Buy | 101 | MMAT | Limit | Day | 0.06 | 0.0534 | Executed | Portfolios |
| > | 01/19/24 | 2632 | Stock/ETF | Buy | 1,175/AON | MMAT | Limit | Day | 0.073 | 0.0728 | Executed | Portfolios |
| > | 01/16/24 | 2628 | Extended Hours | EH Buy | 325 | MMAT | Limit | Day | 0.084 | 0.0838 | Executed | Portfolios |
| > | 01/16/24 | 2627 | Extended Hours | EH Buy | 2,500 | MMAT | Limit | Day | 0.0779 | 0.0779 | Executed | Portfolios |
| > | 01/08/24 | 2621 | Stock/ETF | Sell | 1,500 | MMAT | Mkt | Day | Mkt | 0.0642 | Executed | Gains/Losses |
| > | 12/20/23 | 2619 | Stock/ETF | Buy | 1,500/AON | MMAT | Limit | Day | 0.0715 | 0.0715 | Executed | Portfolios |
| > | 11/29/23 | 2614 | Extended Hours | EH Buy | 3,000 | MMAT | Limit | Day | 0.083 | 0.0829 | Executed | Portfolios |
| > | 11/14/23 | 2601 | Stock/ETF | Sell | 1 | MMAT | Mkt | Day | Mkt | 0.0958 | Executed | Gains/Losses |
| > | 11/13/23 | 2590 | Extended Hours | EH Buy | 3,000 | MMAT | Limit | Day | 0.0914 | 0.0913 | Executed | Portfolios |
| > | 11/10/23 | 2586 | Extended Hours | EH Sell | 2,294 | MMAT | Limit | Day | 0.0988 | 0.10 | Executed | Gains/Losses |
| > | 10/19/23 | 2492 | Stock/ETF | Sell | 2 | MMAT | Mkt | Day | Mkt | 0.1942 | Executed | Gains/Losses |
| > | 10/19/23 | 2491 | Stock/ETF | Sell | 98 | MMAT | Mkt | Day | Mkt | 0.1941 | Executed | Gains/Losses |
| > | 10/19/23 | 2490 | Stock/ETF | Sell | 1 | MMAT | Mkt | Day | Mkt | 0.194 | Executed | Gains/Losses |
| > | 10/19/23 | 2489 | Stock/ETF | Sell | 1 | MMAT | Mkt | Day | Mkt | 0.194 | Executed | Gains/Losses |
| > | 10/19/23 | 2488 | Stock/ETF | Sell | 137 | MMAT | Mkt | Day | Mkt | 0.1940 | Executed | Gains/Losses |
| > | 10/19/23 | 2487 | Stock/ETF | Sell | 1 | MMAT | Mkt | Day | Mkt | 0.1941 | Executed | Gains/Losses |
| > | 10/19/23 | 2486 | Stock/ETF | Sell | 2 | MMAT | Mkt | Day | Mkt | 0.1942 | Executed | Gains/Losses |
| > | 10/19/23 | 2485 | Stock/ETF | Sell | 4 | MMAT | Mkt | Day | Mkt | 0.1942 | Executed | Gains/Losses |
| > | 10/19/23 | 2484 | Stock/ETF | Sell | 36 | MMAT | Mkt | Day | Mkt | 0.1941 | Executed | Gains/Losses |
| > | 10/19/23 | 2483 | Stock/ETF | Sell | 6 | MMAT | Mkt | Day | Mkt | 0.1942 | Executed | Gains/Losses |
| > | 10/19/23 | 2482 | Stock/ETF | Sell | 16 | MMAT | Mkt | Day | Mkt | 0.1942 | Executed | Gains/Losses |
| > | 10/19/23 | 2481 | Stock/ETF | Sell | 3 | MMAT | Mkt | Day | Mkt | 0.194 | Executed | Gains/Losses |
| > | 10/19/23 | 2480 | Stock/ETF | Sell | 89 | MMAT | Mkt | Day | Mkt | 0.1940 | Executed | Gains/Losses |
| > | 10/19/23 | 2479 | Stock/ETF | Sell | 32 | MMAT | Mkt | Day | Mkt | 0.1940 | Executed | Gains/Losses |
| > | 10/19/23 | 2478 | Stock/ETF | Sell | 1 | MMAT | Mkt | Day | Mkt | 0.1942 | Executed | Gains/Losses |
| > | 10/19/23 | 2477 | Stock/ETF | Sell | 1 | MMAT | Mkt | Day | Mkt | 0.1942 | Executed | Gains/Losses |
| > | 10/19/23 | 2476 | Stock/ETF | Sell | 2 | MMAT | Mkt | Day | Mkt | 0.1942 | Executed | Gains/Losses |
| > | 10/19/23 | 2475 | Stock/ETF | Sell | 7 | MMAT | Mkt | Day | Mkt | 0.194 | Executed | Gains/Losses |
| > | 10/19/23 | 2474 | Stock/ETF | Sell | 34 | MMAT | Mkt | Day | Mkt | 0.194 | Executed | Gains/Losses |
| > | 10/19/23 | 2473 | Stock/ETF | Sell | 108 | MMAT | Mkt | Day | Mkt | 0.1941 | Executed | Gains/Losses |
| > | 10/19/23 | 2472 | Stock/ETF | Sell | 99 | MMAT | Mkt | Day | Mkt | 0.194 | Executed | Gains/Losses |
| > | 10/19/23 | 2471 | Stock/ETF | Sell | 85 | MMAT | Mkt | Day | Mkt | 0.1941 | Executed | Gains/Losses |
| > | 10/19/23 | 2470 | Stock/ETF | Sell | 235 | MMAT | Mkt | Day | Mkt | 0.1941† | Executed | Gains/Losses |
| > | 10/18/23 | 2444 | Stock/ETF | Sell | 35 | MMAT | Mkt | Day | Mkt | 0.2000 | Executed | Gains/Losses |
| > | 10/18/23 | 2443 | Stock/ETF | Sell | 15 | MMAT | Mkt | Day | Mkt | 0.20 | Executed | Gains/Losses |
| > | 10/18/23 | 2442 | Stock/ETF | Sell | 200 | MMAT | Mkt | Day | Mkt | 0.1997† | Executed | Gains/Losses |
| > | 10/18/23 | 2441 | Stock/ETF | Sell | 14 | MMAT | Mkt | Day | Mkt | 0.1995 | Executed | Gains/Losses |
| > | 10/18/23 | 2440 | Stock/ETF | Sell | 1 | MMAT | Mkt | Day | Mkt | 0.1995 | Executed | Gains/Losses |
| > | 10/18/23 | 2439 | Stock/ETF | Sell | 229 | MMAT | Mkt | Day | Mkt | 0.1993 | Executed | Gains/Losses |
| > | 10/18/23 | 2438 | Stock/ETF | Sell | 93 | MMAT | Mkt | Day | Mkt | 0.1993 | Executed | Gains/Losses |
| > | 10/18/23 | 2437 | Stock/ETF | Sell | 140 | MMAT | Mkt | Day | Mkt | 0.1993 | Executed | Gains/Losses |
| > | 10/18/23 | 2436 | Stock/ETF | Sell | 490 | MMAT | Mkt | Day | Mkt | 0.1995 | Executed | Gains/Losses |
| > | 10/18/23 | 2435 | Stock/ETF | Sell | 1 | MMAT | Mkt | Day | Mkt | 0.2002 | Executed | Gains/Losses |
| > | 10/18/23 | 2434 | Stock/ETF | Sell | 96 | MMAT | Mkt | Day | Mkt | 0.2002 | Executed | Gains/Losses |
| > | 10/18/23 | 2433 | Stock/ETF | Sell | 130 | MMAT | Mkt | Day | Mkt | 0.2001 | Executed | Gains/Losses |
| > | 10/18/23 | 2432 | Stock/ETF | Sell | 4 | MMAT | Mkt | Day | Mkt | 0.2001 | Executed | Gains/Losses |
| > | 10/18/23 | 2431 | Stock/ETF | Sell | 7 | MMAT | Mkt | Day | Mkt | 0.2002 | Executed | Gains/Losses |
| > | 10/18/23 | 2430 | Stock/ETF | Sell | 10 | MMAT | Mkt | Day | Mkt | 0.2004 | Executed | Gains/Losses |

Next >

† = Share-weighted Average