NVB 3001 (Effective 1/21)

## UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA

**PROOF OF INTEREST**

| Name of Debtor | Case Number |
|---|---|
| META MATERIALS | 24-50792 |

**1** Name and address of holder of the Equity Interest (the person or entity holding an Equity Interest in the Debtor Referred to hereinafter as the Interest holder )

MAUREEN KENSMANN
102 EAST YALE STREET
ORLANDO, FL 32804

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest Attach copy of statement giving particulars

☒ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors

Telephone Number
321-438-2540

**RECEIVED AND FILED**
**DEC - 9 2024**
**U S BANKRUPTCY COURT**
**MARY A. SCHOTT, CLERK**

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed A separate Proof of Claim form should be used for that purpose This form should only be used to assert an Equity Interest in the Debtor An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar, security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share security or interest of a kind specified in subsection (a) or (b) herein

**COURT USE ONLY**

| Account or other number by which Interest holder identifies Debtor | Check here if this claim |
|---|---|
| 5268-0102 | ☐ replaces a previously filed Proof of Interest dated _____ <br> ☐ amends a previously filed Proof of Interest dated _____ |

**2** Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest

CHARLES SCWAB / TD OMAHA OPERATIONS
P O BOX 2339
OMAHA, NE 68103

Telephone Number
800-435-4000

**3** Date Equity Interest was acquired
1-1-22 / 12-4-24

**4** Total amount of member interest 12,000 RIGHT BEFORE SPLIT

**5** Certificate number(s) SEE ATTACHED DOCUMENTS

**6** Type of Equity Interest
Please indicate the type of Equity Interest you hold
☒ Check this box if your Equity Interest is based on an actual member interest held in the Debtor
☐ Check this box if your Equity Interest is based on anything else and describe that interest
Description INVESTOR

**7** Supporting Documents Attach copies of supporting documents such as stock certificates option agreements warrants etc
DO NOT SEND ORIGINAL DOCUMENTS If the documents are not available, explain If the documents are voluminous, attach a summary

**8** Date Stamped Copy To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self addressed envelope and copy of this Proof of

**9** Signature
Check the appropriate box
☒ I am the creditor   ☐ I am the creditor s authorized agent   ☐ I am the trustee or the debtor,   ☐ I am a guarantor, surety endorser, or other codebtor
(Attach copy of power of attorney, if any )   or their authorized agent   (See Bankruptcy Rule 3005 )
(See Bankruptcy Rule 3004 )

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge information and reasonable belief

Print Name MAUREEN KENSMANN
Title
Company ___ Address and telephone number (if different from notice address above)

(Signature)

(Date) 12-1-24

Telephone number 321-438-2540   email

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both 18 U S C §§ 152 AND 3571*

[ Print Form ]     [ Save Form ]     [ Clear Form ]

| BROKER | ACCOUNT NUMBER | MONEY LOST | NUMBER OF SHARES |
|---|---|---|---|
| Charles Scwab | 52680102 | – $4,496 | 12000 |



# Realized Gain / Loss

Updated: 02:14:54 PM ET  12/05/2024   C   ⑦   ⬇   ☰

View Position

**All Brokerage Accounts** ▼

For today's transactions, real time realized gain/loss information may be delayed.

◲ View Historical GainsKeeper Transactions ❶    Cost Basis Calculator

ⓘ Historical gains and losses for your transitioned TD Ameritrade account are not shown on this page. Please visit GainsKeeper® to view historical transactions for your account.    ✕

| Date range | From mm/dd/yyyy | To mm/dd/yyyy | Symbol (Optional) | |
|---|---|---|---|---|
| Custom Date Range ▼ | 01/01/2022 📅 | 12/05/2024 📅 | Q mmat ⊗ | Search |



**Gain/Loss Summary**    Transaction Analyzer

| Reporting Period | Gain/Loss | | Totals ❶ | |
|---|---|---|---|---|
| **01/01/2022 to 12/05/2024** | Long Term | -$4,112.36  (-70.53%) | Total Gains | $0.00 |
| | Short Term | -$383.96  (-38.49%) | Total Losses | -$4,496.32 |
| Total Proceeds $1,394.58 | Net Loss | -$4,496.32  (-65.85%) | Net Loss | -$4,496.32 |
| Total Cost Basis $6,828.52 | Disallowed Loss | -$937.62 | | |



Gain/Loss Ratio
**0.00%**

## Realized Gain/Loss Details

Chart based on 1 record.

Show Chart 🔘



Realized Gain/Loss  [ $ ]  %

| Symbol | | | | | Cost Basis (CB) | Total | Long Term | Short Term |
|---|---|---|---|---|---|---|---|---|
| Description | Closed Date | Quantity | Closing Price | Proceeds | Transaction CB | Transaction Total $ | Transaction LT $ | Transaction ST $ |

| Symbol Description | Closed Date | Quantity | Closing Price | Proceeds | Cost Basis (CB) Transaction CB | Gain / Loss Transaction Total $ | Long Term Transaction LT $ | Short Term Transaction ST $ |
|---|---|---|---|---|---|---|---|---|
| MMAT META MATLS INC | 10/20/2023 | 9,000 | $0.15 | $1,394.58 | $6,828.52 $6,176.57 | -$4,496.32 -$4,781.99 | -$4,112.36 -$4,398.03 | -$383.96 Disallowed Loss: $937.62 |
| **Account Total** | | | | $1,394.58 | $6,828.52 | -$4,496.32 | -$4,112.36 | -$383.96 |

⊛ Wash Sale activity has adjusted this cost. For additional information, click here.

## Disclosures & Footnotes ⌃

The Realized Gain-Loss Analysis should not be considered a substitute for your trade confirmations, account statements or tax forms. Supplemental data is shown for informational purposes only, and should not be considered individualized recommendations or personalized investment advice.

Values for fixed income securities have been adjusted for amortization/accretion; with the exception of variable rate and mortgage-backed securities or for accounts with this preference turned off.

Total Cash represents income and expenses as they occur; it may be inconsistent with values shown elsewhere on Schwab.com and on your monthly account statement.

The Realized Gain/Loss page provides summary information of closed transactions. Not all closed transactions appear on this page.

Please view the Cost Basis Disclosure Statement 🖹 for additional information on cost basis methods choices and how Schwab reports adjusted cost basis information to the IRS.

Please note that gains and losses realized in retirement accounts are not recognized for tax purposes. Rather, income may be recognized when you receive a cash distribution from these accounts. Please contact your tax advisor for further information.

The total Realized Gain/Loss for this account includes values for Short Positions held in the account. For more information on summary totals when there are Short Positions, please see the Help Section.

423-3BXK, 0623-3YYU, 1123-3XUW)

Today's Date: 02:14 PM ET, 12/05/2024

*Own your tomorrow*

Check the background of Charles Schwab or one of its investment professionals on FINRA'S BrokerCheck.

**Investment and Insurance Products Are: Not FDIC Insured • Not Insured by Any Federal Government Agency • Not a Deposit or Other Obligation of, or Guaranteed by, the Bank or any of its Affiliates • Subject to Investment Risks, Including Possible Loss of Principal Amount Invested**

The Charles Schwab Corporation provides a full range of brokerage, banking and financial advisory services through its operating subsidiaries. Its broker-dealer subsidiary, Charles Schwab & Co., Inc. (Member SIPC 🗗), and its affiliates offer investment services and products. Its banking subsidiary, Charles Schwab Bank, SSB (member FDIC and an Equal Housing Lender), provides deposit and lending services and products.

This site is designed for U.S. residents. Non-U.S. residents are subject to country-specific restrictions. Learn more about our services for non-US Residents 🗗, Charles Schwab Hong Kong clients 🗗, Charles Schwab UK clients 🗗.

2024 Charles Schwab & Co., Inc. All rights reserved. Member SIPC 🗗. Unauthorized access is prohibited. Usage will be monitored.

| Date | Action | Symbol / Description | Quantity | Price | Fees & Comm | Amount |
|---|---|---|---|---|---|---|
| 10/17/2022 | Sell | MMAT<br>TDA TRAN - Sold 1000 (MMAT)<br>@0.9581 | 1,000 | $0.9581 | $0.15 | $957.95 |
| 10/17/2022 | Buy | MMAT<br>TDA TRAN - Bought 46 (MMAT)<br>@0.9592 | 46 | $0.9592 | | -$44.12 |
| 10/17/2022 | Buy | MMAT<br>TDA TRAN - Bought ...954 (MMAT)<br>@0.9593 | 954 | $0.9593 | | -$915.17 |
| 10/12/2022 | Buy | MMAT<br>TDA TRAN - Bought ...990 (MMAT)<br>@1.0500 | 990 | $1.05 | | -$1,039.50 |
| 10/12/2022 | Buy | MMAT<br>TDA TRAN - Bought 2000 (MMAT)<br>@1.0657 | 2,000 | $1.0657 | | -$2,131.40 |
| 05/17/2022 | Buy | MMAT<br>TDA TRAN - Bought 1050 (MMAT)<br>@1.6099 | 1,050 | $1.6099 | | -$1,690.40 |

Page Total: **-$6,792.82**

Intra-day transactions are subject to change.

Brokerage Account Balances are from the previous market close, but also may include new activity that will be posted to your account at after market close. Balances are subject to change.

Bank sweep information can be found on your Statements. Current Balance bank sweep information can be found on the Balances page.

Transaction History for Individual    102

Transactions found from 12/05/2020 to 12/05/2024

| Date ▼ | Action | Symbol / Description | Quantity | Price | Fees & Comm | Amount |
|---|---|---|---|---|---|---|
| 01/29/2024 | Reverse Split | MMAT<br>META MATLS INC | 126 | | | |
| 12/01/2023 | Buy | MMAT<br>META MATLS INC | 12,000 | $0 102 | | -$1,224 00 |
| 10/20/2023 | Sell | MMAT<br>META MATLS INC | 9,000 | $0 1551 | $1 32 | $1,394 58 |
| 10/02/2023 | Buy | MMAT<br>META MATLS INC | 4,400 | $0 2248 | | -$989 12 |
| 05/30/2023 | Journaled Shares | MMAT<br>TDA TRAN - TRANSFER OF SECURITY OR OPTION OUT (MMAT) | -5,200 | | | |
| 05/30/2023 | Internal Transfer | MMAT<br>META MATLS INC | 5,200 | | | |
| 10/21/2022 | Buy | MMAT<br>TDA TRAN - Bought    160 (MMAT)<br>@0 8959 | 160 | $0 8959 | | -$143 34 |
| 10/17/2022 | Buy | MMAT<br>TDA TRAN - Bought 1000 (MMAT)<br>@0 9683 | 1,000 | $0 9683 | | -$968 30 |



(1123-3U5Y, 0924-CLCV)

**Brokerage Products  Not FDIC Insured ∘ No Bank Guarantee ∘ May Lose Value**

Account     102
Today's Date  02 17 PM ET, 12/05/2024

The Charles Schwab Corporation provides a full range of brokerage, banking and financial advisory services through its operating subsidiaries  Its broker-dealer subsidiary, Charles Schwab & Co  Inc  (Member SIPC), and its affiliates offer investment services and products  Its banking subsidiary, Charles Schwab Bank  SSB (member FDIC and an Equal Housing Lender), provides deposit and lending services and products  This site is designed for U S  residents  Non-U S  residents are subject to country-specific restrictions  Learn more about our services for non-US Residents , Charles Schwab Hong Kong clients , Charles Schwab UK clients  © 2024 Charles Schwab & Co  Inc  All rights reserved  Member SIPC  Unauthorized access is prohibited  Usage will be monitored



**Schwab One® Account of**
**MAUREEN STAPLETON KERSMARKI**

**Account Number**
**5268-0102**

**TAX YEAR 2023**
**FORM 1099 COMPOSITE**
**& YEAR-END SUMMARY**

Date Prepared   January 26  2024

## Recipient's Name and Address

01/26 00000 YEIK1817  1
MAUREEN STAPLETON KERSMARKI
102 E YALE ST
ORLANDO FL        32804

*See Pages 7, 11, 12*

## Items for Attention

- Visit schwab com/1099dashboard to access additional information that may be helpful when filing your tax return

## Important Official IRS Form(s) 1099 Enclosed

The report in this package contains your income tax return documents and year-end summary  Please retain this package for tax preparation purposes

For tax advice, please consult with a qualified tax advisor  CPA  or financial planner

**To contact Schwab**
If you have any questions or need additional information about your Form(s) 1099 or your year-end summary  please call 1-800-435-4000, 24 hours a day 7 days a week  We re always here for you

**To contact the IRS**
Tax questions for individuals  1-800-829-1040
Tax questions for businesses  1-800-829-4933
To order tax forms or publications  1-800-829-3676
To pay taxes by credit card  1-888-272-9829
For additional information and to print forms and publications  visit www irs gov



Schwab One® Account of
**MAUREEN STAPLETON KERSMARKI**

**Account Number**
**5268-0102**

**TAX YEAR 2023**
**FORM 1099 COMPOSITE**
**& YEAR-END SUMMARY**

Date Prepared   January 26, 2024

Your Form 1099 Composite may include the following Internal Revenue Service (IRS) forms  1099-DIV, 1099 INT  1099-MISC, 1099 B and 1099-OID  You ll only receive the form(s) that apply to your particular financial situation and please keep for your records  Please note that information in the Year-End Summary is not provided to the IRS  It is provided to you as additional tax reporting information you may need to complete your tax return

| Table of Contents | Page |
| --- | --- |
| **FORM 1099 COMPOSITE** | **3** |
| **Form 1099-INT** | **3** |
| **Form 1099-B** | **5** |
| Notes for your Form 1099-B | 8 |
| **YEAR-END SUMMARY** | **9** |
| **Interest & Dividends** | **9** |
| Detail Information of Interest Income | 9 |
| **Realized Gain or (Loss)** | **9** |
| Short-Term Realized Gain or (Loss) | 9 |
| Long-Term Realized Gain or (Loss) | 10 |
| Realized Gain or (Loss) Summary | 12 |
| Notes for Your Realized Gain or (Loss) | 13 |
| **Cost Basis Disclosure** | **14** |
| **Terms and Conditions** | **16** |

© 2024 Charles Schwab & Co  Inc  All rights reserved  Member SIPC  (0124 3VLY)



Schwab One® Account of
**MAUREEN STAPLETON KERSMARKI**

Account Number
**5268-0102**

**TAX YEAR 2023
FORM 1099 COMPOSITE**

Date Prepared   January 26  2024

**Recipient's Name and Address**

MAUREEN STAPLETON KERSMARKI
102 E YALE ST
ORLANDO FL      32804

Taxpayer ID Number   ***-**-4430          Account Number   5268-0102

**Payer's Name and Address**

CHARLES SCHWAB & CO  INC
3000 SCHWAB WAY
WESTLAKE  TX 76262

**Telephone Number**   (800) 435-4000
**Federal ID Number**   94-1737782

---

## Interest Income — 2023

**Form 1099-INT**

Department of the Treasury-Internal Revenue Service

Copy B for Recipient (OMB No  1545-0112)

| Box | Description | | Total |
|---|---|---|---|
| 1 | Interest Income | $ | 0 96 |
| 3 | Interest on U S  Savings Bonds and Treasury Obligations | $ | 0 00 |
| 4 | **Federal Income Tax Withheld** | **$** | **0 00** |
| 5 | Investment Expenses | $ | 0 00 |
| 6 | Foreign Tax Paid | $ | 0 00 |
| 7 | Foreign Country or U S  Possession | | |
| 8 | Tax-Exempt Interest | $ | 0 00 |
| 9 | Specified Private Activity Bond Interest | $ | 0 00 |
| 10 | Market Discount | $ | 0 00 |
| 11 | Bond Premium | $ | 0 00 |
| 12 | Bond Premium on Treasury Obligations | $ | 0 00 |
| 13 | Bond Premium on Tax-Exempt Bond | $ | 0 00 |
| 14 | Tax-Exempt and Tax Credit Bond CUSIP No | | |
| 15 | State | | |
| 16 | State Identification No | | |
| 17 | State Tax Withheld | $ | 0 00 |

FATCA Filing Requirement ☐

Amount in Box 9 Specified Private Activity Bond Interest subject to Alternative Minimum Tax is already included in Box 8 Tax-Exempt Interest  Both market discount and bond premium reported for covered taxable and tax-exempt bonds  Market discount is only reported if you submitted a written election to include in income currently

**This is important tax information and is being furnished to the Internal Revenue Service  If you are required to file a return  a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported**

© 2024 Charles Schwab & Co  Inc  All rights reserved  Member SIPC  (0124 3VLY)



Schwab One® Account of
**MAUREEN STAPLETON KERSMARKI**

Account Number
**5268-0102**

**TAX YEAR 2023**
**FORM 1099 COMPOSITE**

## INSTRUCTIONS FOR RECIPIENTS OF FORM 1099
### 1099-INT  Interest Income

The information provided may be different for covered and noncovered securities  For a description of covered securities  see the Instructions for Form 8949  For a taxable covered security acquired at a premium  unless you notified the payer in writing in accordance with Regulations  section 1 6045 1(n)(5) that you did not want to amortize the premium under section 171  or for a tax exempt covered security acquired at a premium  your payer generally must report either (1) a net amount of interest that reflects the offset of the amount of interest paid to you by the amount of premium amortization allocable to the payment(s) or (2) a gross amount for both the interest paid to you and the premium amortization allocable to the payment(s)  If you did notify your payer that you did not want to amortize the premium on a taxable covered security  then your payer will only report the gross amount of interest paid to you  For a noncovered security acquired at a premium  your payer is only required to report the gross amount of interest paid to you

**Recipient s taxpayer identification number (TIN)**  For your protection  this form may show only the last four digits of your TIN (social security number (SSN)  individual taxpayer identification number (ITIN)  adoption taxpayer identification number (ATIN)  or employer identification number (EIN))  However  the issuer has reported your complete TIN to the IRS

**FATCA filing requirement**  If the FATCA filing requirement box is checked  the payer is reporting on this Form 1099 to satisfy its chapter 4 account reporting requirement  You also may have a filing requirement  See the Instructions for Form 8938

**Account number**  May show an account or other unique number the payer assigned to distinguish your account

**Box 1**  Shows taxable interest paid to you during the calendar year by the payer  This does not include interest shown in box 3  May also show the total  amount of the credits from clean renewable energy bonds  new clean renewable energy bonds  qualified energy conservation bonds  qualified zone academy bonds  qualified school construction bonds  and build America bonds that must be included in your interest income  These amounts were treated as paid to you during the calendar year on the credit allowance dates (March 15  June 15  September 15 and December 15)  For more information  see Form 8912  See the instructions above for a taxable covered security acquired at a  premium

**Box 3**  Shows interest on U S  Savings Bonds  Treasury bills  Treasury bonds  and Treasury notes  This may or may not all be taxable  See Pub  550  This interest is exempt from state and local income taxes  This interest is not included in box 1  See the instructions above for a taxable covered security acquired at a premium

**Box 4**  Shows backup withholding  Generally  a payer must backup withhold if you did not furnish your TIN or you did not furnish the correct TIN to the payer  See Form W 9  Include this amount on your income tax return as tax withheld

**Box 5**  Any amount shown is your share of investment expenses of a single-class REMIC  This amount is included in box 1  Note  This amount is not deductible

**Box 6**  Shows foreign tax paid  You may be able to claim this tax as a deduction or a credit on your Form 1040 or 1040 SR  See your tax instructions

**Box 7**  Shows the country or U S  possession to which the foreign tax was paid

**Box 8**  Shows tax exempt interest paid to you during the calendar year by the payer  See how to report this amount in the Instructions for Form 1040  This amount may be subject to backup withholding  See Box 4 above  See the instructions above for a tax-exempt covered security acquired at a premium

**Box 9**  Shows tax-exempt interest subject to the alternative minimum tax  This amount is included in box 8  See the Instructions for Form 6251  See the instructions above for a tax exempt covered security acquired at a premium

**Box 10**  For a taxable or tax-exempt covered security  if you made an election under section 1278(b) to include market discount in income as it accrues and you notified your payer of the election in writing in accordance with Regulations section 1 6045 1(n)(5)  shows the market discount that accrued on the debt instrument during the year while held by you  unless it was reported on Form 1099-OID  For a taxable or tax exempt covered security acquired on or after January 1  2015  accrued market discount will be calculated on a constant yield basis unless you notified your payer in writing in accordance with Regulations section 1 6045 1(n)(5) that you did not want to make a constant yield election for market discount under section 1276(b)  Report the accrued market discount on your income tax return as directed in the Instructions for Form 1040  Market discount on a tax exempt security is includible in taxable income as interest income

**Box 11**  For a taxable covered security (other than a U S  Treasury obligation)  shows the amount of premium amortization allocable to the interest payment(s)  unless you notified the payer in writing in accordance with Regulations section 1 6045 1(n)(5) that you did not want to amortize bond premium under section 171  If an amount is reported in this box  see the Instructions for Schedule B (Form 1040) to determine the net amount of interest includible in income on Form 1040 or 1040 SR with respect to the security  If an amount is not reported in this box for a taxable covered security acquired at a premium and the payer is reporting premium amortization  the payer has reported a net amount of interest in box 1  If the amount in box 11 is greater than the amount of interest paid on the covered security  see Regulations section 1 171 2(a)(4)

**Box 12**  For a U S  Treasury obligation that is a covered security  shows the amount of premium amortization allocable to the interest payment(s)  unless you notified the payer in writing in accordance with Regulations section 1 6045 1(n)(5) that you did not want to amortize bond premium under section 171  If an amount is reported in this box  see the Instructions for Schedule B (Form 1040) to determine the net amount of interest includible in income on Form 1040 or 1040 SR with respect to the U S  Treasury obligation  If an amount is not reported in this box for a U S  Treasury obligation that is a covered security acquired at a premium and the payer is reporting premium amortization  the payer has reported a net amount of interest in box 1  If the amount in box 12 is greater than the amount of interest paid on the U S  Treasury obligation  see Regulations section 1 171 2(a)(4)

**Box 13**  For a tax exempt covered security  shows the amount of premium amortization allocable to the interest payment(s)  If an amount is reported in this box  see Pub  550 to determine the net amount of tax exempt interest reportable on Form 1040 or 1040 SR  If an amount is not reported in this box for a tax exempt covered security acquired at a premium  the payer has reported a net amount of interest in box 8 or 9  whichever is applicable  If the amount in box 13 is greater than the amount of interest paid on the tax exempt covered security  the excess is a nondeductible loss  See Regulations section 1 171 2(a)(4)

**Box 14**  Shows CUSIP number(s) for tax exempt bond(s) on which tax exempt interest was paid  or tax credit bond(s) on which  taxable interest was paid or tax credit was allowed to you during the calendar year  If blank  no CUSIP number was issued for the bond(s)

**Boxes 15 17**  State tax withheld reporting boxes

**Nominees**  If this form includes amounts belonging to another person(s)  you are considered a nominee recipient  Complete a Form 1099 INT for each of the other owners showing the income allocable to each  File Copy A of the form with the IRS  Furnish Copy B to each owner  List yourself as the  payer  and the other owner(s) as the  recipient  File Form(s) 1099 INT with Form 1096 with the Internal Revenue Service Center for your area  On Form 1096 list yourself as the  filer  A spouse is not required to file a nominee return to show amounts owned by the other  spouse

**Future developments**  For the latest information about developments related to Form 1099 INT and its instructions  such as legislation enacted after they were published  go to www.irs gov/Form1099INT

**Free File Program**  Go to  www.irs gov/FreeFile to see if you qualify for no-cost online federal tax preparation e filing  and direct deposit or payment options

Schwab One® Account of
**MAUREEN STAPLETON KERSMARKI**

Account Number
**5268-0102**

**TAX YEAR 2023**
**FORM 1099 COMPOSITE**

Date Prepared   January 26, 2024

## Recipient's Name and Address

MAUREEN STAPLETON KERSMARKI
102 E YALE ST
ORLANDO FL    32804

Taxpayer ID Number   ***-**-4430        Account Number   5268-0102

## Payer's Name and Address

CHARLES SCHWAB & CO  INC
3000 SCHWAB WAY
WESTLAKE  TX 76262

**Telephone Number**   (800) 435-4000
**Federal ID Number**   94-1737782

## Proceeds from Broker Transactions — 2023

**Form 1099-B**

Department of the Treasury-Internal Revenue Service

Copy B for Recipient (OMB No  1545-0715)

**SHORT-TERM TRANSACTIONS FOR WHICH BASIS IS REPORTED TO THE IRS** - Report on Form 8949  Part I, with **Box A** checked

| 1a-Description of property (Example 100 sh. XYZ Co ) CUSIP Number / Symbol | ** | 1b-Date acquired 1c-Date sold or disposed | 1d-Proceeds 6-Reported to IRS Gross Proceeds (except where indicated) | 1e-Cost or other basis | 1f-Accrued Market Discount 1g-Wash Sale Loss Disallowed | Realized Gain or (Loss) | 4 Federal Income tax withheld |
|---|---|---|---|---|---|---|---|
| 3,960 META MATLS INC   REVERSE SP 59134N104 / MMAT | S | VARIOUS $ 10/20/23 | 613 62 | $ 997 58 | -- $ | (383 96) $ | 0 00 |
| **Security Subtotal** | | | $      613 62 | $ 997 58 | -- $ | (383 96) $ | 0 00 |
| **Total Short-Term (Cost basis is reported to the IRS)** | | | $      613 62 | $ 997 58 | -- $ | (383 96) $ | 0 00 |
| **Total Short-Term Sales Price of Stocks, Bonds, etc** | | | $      613 62 | $ 997 58 | -- $ | (383 96) $ | 0 00 |

FATCA Filing Requirement ☐
Please see the  Notes for Your Form 1099-B  section for additional explanation of this Form 1099 B report

This is important tax information and is being furnished to the Internal Revenue Service  If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported

© 2024 Charles Schwab & Co  Inc  All rights reserved  Member SIPC  (0124 3VLY)



Schwab One® Account of
**MAUREEN STAPLETON KERSMARKI**

Account Number
**5268-0102**

**TAX YEAR 2023**
**FORM 1099 COMPOSITE**

# INSTRUCTIONS FOR RECIPIENTS OF FORM 1099
## 1099-B  Proceeds from Broker Transactions

Brokers and barter exchanges must report proceeds from (and in some cases  basis for) transactions to you and the IRS on Form 1099 B  Reporting is also required when your broker knows or has reason to know that a corporation in which you own stock has had a reportable change in control or capital structure  You may be required to recognize gain from the receipt of cash  stock  or other property that was exchanged for the corporation s stock  If your broker reported this type of transaction to you  the corporation is identified in box 1a

**Recipient s taxpayer identification number (TIN)**  For your protection  this form may show only the last four digits of your TIN (social security number (SSN)  individual taxpayer identification number (ITIN)  adoption taxpayer identification number (ATIN)  or employer identification number (EIN))  However  the issuer has reported your complete TIN to the IRS

**Account number**  May show an account or other unique number the payer assigned to distinguish your account

**CUSIP number**  Shows the CUSIP (Committee on Uniform Security Identification Procedures) number or other applicable identifying number

**FATCA filing requirement**  If the FATCA filing requirement box is checked  the payer is reporting on this Form 1099 to satisfy its account reporting requirement under chapter 4 of the Internal Revenue code  You may also have a filing requirement  See the Instructions for Form 8938

**Applicable checkbox on Form 8949**  Indicates where to report this transaction on Form 8949 and Schedule D (Form 1040) and which checkbox is applicable  See the instructions for your Schedule D (Form 1040) and/or Form 8949

**Box 1a**  Shows a brief description of the item or service for which amounts are being reported  For a corporation that had a reportable change in control or capital structure  this box may show the class of stock as C (common)  P (preferred)  or O (other)

**Box 1b**  This box may be blank if box 5 is checked or if the securities sold were acquired on a variety of dates  For short sales  the date shown is the date you acquired the security delivered to close the short sale

**Box 1c**  Shows the trade date of the sale or exchange  For short sales  the date shown is the date the security was delivered to close the short sale  For aggregate reporting in boxes 8 through 11  no entry will be present

**Box 1d**  Shows the cash proceeds  reduced by any commissions or transfer taxes related to the sale  for transactions involving stocks  debt  commodities  forward contracts  non Section 1256 option contracts  or securities futures contracts  May show the proceeds from the disposition of your interest(s) in a widely held fixed investment trust  May also show the aggregate amount of cash and the fair market value of any stock or other property received in a reportable change in control or capital structure arising from the corporate transfer of property to a foreign corporation  Losses on forward contracts or non Section 1256 option contracts are shown in parentheses  This box does not include proceeds from regulated futures contracts or Section 1256 option contracts  Report this amount on Form 8949 or on Schedule D (Form 1040) (whichever is applicable) as explained in the Instructions for Schedule D (Form 1040)

**Box 1e**  Shows the cost or other basis of securities sold  If the securities were acquired through the exercise of a noncompensatory option granted or acquired on or after January 1  2014  the basis has been adjusted to reflect your option premium  If the securities were acquired through the exercise of a noncompensatory option granted or acquired before January 1  2014  your broker is permitted  but not required  to adjust the basis to

reflect your option premium  If the securities were acquired through the exercise of a compensatory option  the basis has not been adjusted to include any amount related to the option that was reported to you on a Form W 2  If box 5 is checked  box 1e may be blank  See the Instructions for Form 8949  Instructions for Schedule D (Form 1040)  or Pub  550 for details

**Box 1f**  Shows the amount of accrued market discount  For details on market discount  see the Schedule D (Form 1040) instructions  the Instructions for Form 8949 and Pub  550  If box 5 is checked  box 1f may be blank

**Box 1g**  Shows the amount of nondeductible loss in a wash sale transaction  For details on wash sales  see the Schedule D (Form 1040) instructions  the Instructions for Form 8949 and Pub  550  If box 5 is checked  box 1g may be blank

**Box 2**  The short term and long term boxes pertain to short-term gain or loss and long term gain or loss  If the  Ordinary  box is checked  your security may be subject to special rules  For example  gain on a contingent payment debt instrument subject to the noncontingent bond method is generally treated as ordinary interest income rather than as capital gain  See the Instructions for Form 8949  Pub  550  or Pub  1212 for more details on whether an amount is ordinary and for more information on whether there are any special rules or adjustments that might apply to your security  If box 5 is checked  box 2 may be blank

**Box 3**  If checked  proceeds are from a transaction involving collectibles or from a Qualified Opportunity Fund(QOF)

**Box 4**  Shows backup withholding  Generally  a payer must backup withhold if you did not furnish your TIN to the payer  See Form W 9 for information on backup  withholding  Include this amount on your income tax return as tax withheld

**Box 5**  If checked  the securities sold were noncovered securities and boxes 1b  1e  1f  1g  and 2 may be blank  Generally  a noncovered security means (a) stock purchased before 2011  (b) stock in most mutual funds purchased before 2012  (c) stock purchased in or transferred to a dividend reinvestment plan before 2012  (d) debt acquired before 2014  (e) options granted or acquired before 2014  and (f)securities futures contracts executed before 2014

**Box 6**  If the exercise of a noncompensatory option resulted in a sale of a security  a checked  net proceeds  box indicates whether the amount in box 1d was adjusted for option premium

**Box 7**  If checked  you cannot take a loss on your tax return based on gross proceeds from a reportable change in control or capital structure reported in box 1d  See the Form 8949 and Schedule D (Form 1040) instructions  The broker should advise you of any losses on a separate statement

**Box 12**  If checked  the basis in box 1e has been reported to the IRS and either the short term or the long term gain or loss box in box 2 will be checked  If box 12 is checked on Form(s) 1099 B and NO adjustment is required  see the instructions for your Schedule D (Form 1040) as you may be able to report your transaction directly on Schedule D (Form 1040)  If the  Ordinary  box in box 2 is checked  an adjustment may be required

**Boxes 14 16**  Show state(s)/local income tax information

**Future developments**  For the latest information about any developments related to Form 1099 B and its instructions  such as legislation enacted after they were published  go to www irs gov/Form1099B

**Free File Program**  Go to www irs gov/FreeFile to see if you qualify for no-cost online federal tax preparation  e filing  and direct deposit or payment options



Schwab One® **Account of**
MAUREEN STAPLETON KERSMARKI

**Account Number**
5268-0102

**TAX YEAR 2023**
**FORM 1099 COMPOSITE**

**Taxpayer ID Number: \*\*\*-\*\*-4430**

**Date Prepared: January 26, 2024**

## Proceeds from Broker Transactions — 2023 (continued)

**Form 1099-B**

Department of the Treasury-Internal Revenue Service

Copy B for Recipient (OMB No. 1545-0715)

**LONG-TERM TRANSACTIONS FOR WHICH BASIS IS REPORTED TO THE IRS** - Report on Form 8949, Part II, with **Box D** checked.

| 1a-Description of property (Example 100 sh. XYZ Co.) CUSIP Number / Symbol | ** | 1b-Date acquired 1c-Date sold or disposed | 1d-Proceeds 6-Reported to IRS: Gross Proceeds (except where indicated) | 1e-Cost or other basis | 1f-Accrued Market Discount 1g-Wash Sale Loss Disallowed | Realized Gain or (Loss) | 4-Federal Income tax withheld |
|---|---|---|---|---|---|---|---|
| 5,040 META MATLS INC    REVERSE SP 59134N104 / MMAT | S | VARIOUS $ 10/20/23 | 780.96 | $ 5,830.94 | $ -- 937.62 | $ (4,112.36) $ | 0.00 |
| **Security Subtotal** | | $ | 780.96 | $ 5,830.94 | $ -- $ 937.62 | $ (4,112.36) $ | 0.00 |
| **Total Long-Term (Cost basis is reported to the IRS)** | | $ | 780.96 | $ 5,830.94 | $ -- $ 937.62 | $ (4,112.36) $ | 0.00 |
| **Total Long-Term Sales Price of Stocks, Bonds, etc.** | | $ | 780.96 | $ 5,830.94 | $ -- $ 937.62 | $ (4,112.36) $ | 0.00 |
| **Total Sales Price of Stocks, Bonds, etc.** | | $ | 1,394.58 | | | | |
| **Total Federal Income Tax Withheld** | | $ | 0.00 | | | | |

FATCA Filing Requirement ☐
**Please see the "Notes for Your Form 1099-B" section for additional explanation of this Form 1099-B report.**

This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, **a negligence penalty or other sanction may be imposed** on you if this income is taxable and the IRS determines that it has not been reported.

© 2024 Charles Schwab & Co., Inc. All rights reserved. Member SIPC. (0124-3VLY)



Schwab One® Account of
**MAUREEN STAPLETON KERSMARKI**

Account Number
**5268-0102**

**TAX YEAR 2023**
**FORM 1099 COMPOSITE**

Date Prepared    January 26, 2024

## Notes for Your Form 1099-B

**Box 1b-Date acquired** If there is more than one lot in a sell transaction the acquisition date for the individual lot in the transaction can be found in the Realized Gain or (Loss) section of the Year End Summary
(1) If **Box 1b Date acquired** displays as VARIOUS your sell transaction included multiple tax lots purchased on different acquisition dates within the same holding period and covered/non covered status The lots in the transaction are rolled up into a single sell transaction
(2) If the cost basis is missing or not provided a short-term holding period may have been applied for a position that may have been held long term

**Box 1d-Proceeds/Box 6-Reported to IRS  Gross proceeds (except where indicated)**
(1) Gross proceeds from each of your security transactions are reported individually to the IRS
(2) Gross proceeds in aggregate are not reported to the IRS and should not be reported on your tax return
(3) Net proceeds will only be displayed if the proceeds on a trade have been adjusted for an option premium

**Box 1e Cost or other basis** Schwab has provided cost basis information whenever possible for most investments  Cost basis data may be incomplete or unavailable for some of your holdings  When value for the report is unavailable it is noted as follows

| | |
|---|---|
| **Not Provided** | Schwab is not providing Cost Basis on this security type |
| **Missing** | (1) Cost Basis data may not be available for a number of reasons (for example the security was purchased outside of Schwab and we did not receive cost basis from the transferring firm)
(2) The security was purchased more than 10 years ago |

**Realized Gain or (Loss)** Realized Gain or (Loss) is not reported to the IRS

**Box 2 Short-term gain or loss, Long-term gain or loss, or Ordinary** Only if you have both long-term and short term transactions will you receive both long-term and short-term sections of the 1099-B
**Long term gain or loss** has a holding period greater than one year
**Short-term gain or loss** has a holding period of one year or less

**Other Cost Basis Notes**
(1) The cost basis and basis adjustments for covered securities are reported to the IRS
(2) If  BASIS IS REPORTED TO THE IRS  appears in the section heading  this indicates **Box 12 If checked  basis reported to IRS** is checked  If  BASIS IS AVAILABLE BUT NOT REPORTED  or  BASIS IS MISSING AND NOT REPORTED  appears  this indicates **Box 5 If checked, noncovered security** is checked  These boxes are not displayed on the 1099 B but the boxes are reported to the IRS and included in the download for TurboTax and H&R Block
(3) For non-covered securities appearing in sections of the 1099-B which include the headings 'BASIS IS AVAILABLE BUT NOT REPORTED TO THE IRS  or  BASIS IS MISSING AND NOT REPORTED TO THE IRS  **Box 1b-Date acquired, 1e Cost or other basis, 1f-Accrued Market Discount** and **1g Wash Sale Loss Disallowed** are not reported to the IRS

**\*\*Activity Codes** (Not reported to the IRS)

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **C** | = Cash in Lieu | **E** | = Exchange | **P** | = Principal | **S** | = Sale | **T** | = Tender | **BC** = Buy to Close | **X** = Expiration |
| **CV** | = Conversion | **M** | = Cash Merger | **MT** | = Maturity | **R** | = Redemption | **SS** | = Short Sale | **SC** = Sell to Close | |

This is important tax information and is being furnished to the Internal Revenue Service  If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported



Schwab One® Account of
**MAUREEN STAPLETON KERSMARKI**

Account Number
5268-0102

**TAX YEAR 2023**
**YEAR-END SUMMARY**

**YEAR-END SUMMARY INFORMATION IS NOT PROVIDED TO THE IRS**                     Date Prepared  January 26  2024
The information in this and all subsequent sections is not provided to the IRS by Charles Schwab  It is provided to you as additional tax reporting information you may need to complete your tax return

## INTEREST & DIVIDENDS

The information in the following sections may be helpful for  but not limited to  Schedule B   Please consult with your tax advisor or financial advisor regarding specific questions

### Detail Information of Interest Income

| Description | CUSIP Number | Paid in 2023 | Paid/Adjusted in 2024 for 2023 | Amount |
|---|---|---|---|---|
| **Interest Income** | | | | |
| SCHWAB 1 INTEREST | | $        0 96 | $        0 00 | $        0 96 |
| **Total Interest Income (Included in Box 1)** | | $        0 96 | $        0 00 | $        0 96 |
| **Total Interest Income (Box 1)** | | $        0 96 | $        0 00 | $        0 96 |

## REALIZED GAIN OR (LOSS)

The information in the following sections include all your realized gain or (loss) transactions during the tax year  They may be helpful for  but not limited to  Schedule D
Please consult with your tax advisor or financial advisor regarding specific questions

### Short-Term Realized Gain or (Loss)

This section is for covered securities and corresponds to transactions reported on your 1099-B as   **cost basis is reported to the IRS**   Report on Form 8949  Part I  with Box A checked

| Description OR Option Symbol | CUSIP Number | Quantity/Par | Date Acquired | Date Sold | Total Proceeds | (-)Cost Basis | (+)Wash Sale Loss Disallowed | (=)Realized Gain or (Loss) |
|---|---|---|---|---|---|---|---|---|
| META MATLS INC     REVERSE SPLIT | 59134N104 | 160 00 | 10/21/22 | 10/20/23 | $        24 79 | $        143 34 | -- | $        (118 55) |

© 2024 Charles Schwab & Co  Inc  All rights reserved  Member SIPC  (0124-3VLY)



Schwab One® Account of
**MAUREEN STAPLETON KERSMARKI**

**Account Number**
**5268-0102**

**TAX YEAR 2023**
**YEAR-END SUMMARY**

## YEAR-END SUMMARY INFORMATION IS NOT PROVIDED TO THE IRS

Date Prepared   January 26, 2024

The information in this and all subsequent sections is not provided to the IRS by Charles Schwab  It is provided to you as additional tax reporting information you may need to complete your tax return

### Short-Term Realized Gain or (Loss) (continued)

This section is for covered securities and corresponds to transactions reported on your 1099 B as  **' cost basis is reported to the IRS**    Report on Form 8949  Part I  with Box A checked

| Description OR Option Symbol | | CUSIP Number | Quantity/Par | Date Acquired | Date Sold | Total Proceeds | (-)Cost Basis | (+)Wash Sale Loss Disallowed | (=)Realized Gain or (Loss) |
|---|---|---|---|---|---|---|---|---|---|
| META MATLS INC SPLIT | REVERSE | 59134N104 | 3 800 00 | 10/02/23 | 10/20/23 | $       588 83 | $       854 24 | -- | $       (265 41) |
| **Security Subtotal** | | | | | | $       613 62 | $       997 58 | -- | $       (383 96) |
| **Total Short-Term** *(Cost basis is reported to the IRS)* | | | | | | $       613 62 | $       997 58 | -- | $       (383 96) |
| **Total Short-Term** | | | | | | $       613 62 | $       997 58 | -- | $       (383 96) |

### Long-Term Realized Gain or (Loss)

This section is for covered securities and corresponds to transactions reported on your 1099 B as  **cost basis is reported to the IRS**    Report on Form 8949  Part II  with Box D checked

| Description OR Option Symbol | | CUSIP Number | Quantity/Par | Date Acquired | Date Sold | Total Proceeds | (-)Cost Basis | (+)Wash Sale Loss Disallowed | (=)Realized Gain or (Loss) |
|---|---|---|---|---|---|---|---|---|---|
| META MATLS INC SPLIT | REVERSE | 59134N104 | 1 000 00 | 05/12/22 | 10/20/23 | $       154 95 | $   1 717 65 | $       937 62 | $       (625 08) |
| META MATLS INC SPLIT | REVERSE | 59134N104 | 50 00 | 05/17/22 | 10/20/23 | $       7 75 | $       80 50 | -- | $       (72 75) |
| META MATLS INC SPLIT | REVERSE | 59134N104 | 990 00 | 10/12/22 | 10/20/23 | $       153 40 | $   1 039 50 | -- | $       (886 10) |
| META MATLS INC SPLIT | REVERSE | 59134N104 | 1 000 00 | 10/12/22 | 10/20/23 | $       154 95 | $   1 065 70 | -- | $       (910 75) |
| META MATLS INC SPLIT | REVERSE | 59134N104 | 46 00 | 10/17/22 | 10/20/23 | $       7 13 | $       44 12 | -- | $       (36 99) |

© 2024 Charles Schwab & Co  Inc  All rights reserved  Member SIPC  (0124 3VLY)



Schwab One® Account of
**MAUREEN STAPLETON KERSMARKI**

Account Number
**5268-0102**

**TAX YEAR 2023**
**YEAR-END SUMMARY**

**YEAR-END SUMMARY INFORMATION IS NOT PROVIDED TO THE IRS.**            Date Prepared: **January 26, 2024**
The information in this and all subsequent sections is not provided to the IRS by Charles Schwab.  It is provided to you as additional tax reporting information you may need to complete your tax return.

## Long-Term Realized Gain or (Loss) (continued)

This section is for covered securities and corresponds to transactions reported on your 1099-B as **"cost basis is reported to the IRS."** Report on Form 8949, Part II, with Box D checked.

| Description OR Option Symbol | | CUSIP Number | Quantity/Par | Date Acquired | Date Sold | Total Proceeds | (-)Cost Basis | (+)Wash Sale Loss Disallowed | (=)Realized Gain or (Loss) |
|---|---|---|---|---|---|---|---|---|---|
| META MATLS INC SPLIT | REVERSE | 59134N104 | 954.00 | 10/17/22 | 10/20/23 | $ 147.83 | $ 915.17 | $ -- | $ (767.34) |
| META MATLS INC SPLIT | REVERSE | 59134N104 | 1,000.00 | 10/17/22 | 10/20/23 | $ 154.95 | $ 968.30 | $ -- | $ (813.35) |
| **Security Subtotal** | | | | | | $ 780.96 | $ 5,830.94 | $ 937.62 | $ (4,112.36) |
| **Total Long-Term** *(Cost basis is reported to the IRS)* | | | | | | $ 780.96 | $ 5,830.94 | $ 937.62 | $ (4,112.36) |
| **Total Long-Term** | | | | | | $ 780.96 | $ 5,830.94 | $ 937.62 | $ (4,112.36) |

© 2024 Charles Schwab & Co., Inc. All rights reserved. Member SIPC. (0124-3VLY)



Schwab One® Account of
**MAUREEN STAPLETON KERSMARKI**

Account Number
**5268-0102**

**TAX YEAR 2023**
**YEAR-END SUMMARY**

**YEAR-END SUMMARY INFORMATION IS NOT PROVIDED TO THE IRS.**
**Date Prepared:  January 26, 2024**

The information in this and all subsequent sections is not provided to the IRS by Charles Schwab.  It is provided to you as additional tax reporting information you may need to complete your tax return.

## Realized Gain or (Loss) Summary

### Total Realized Gain or (Loss)

| Description | Total Proceeds | (-)Cost Basis | (+)Wash Sale Loss Disallowed | (=)Realized Gain or (Loss) |
|---|---|---|---|---|
| **Total Short-Term Realized Gain or (Loss)** *(Cost basis is reported to the IRS. Report on Form 8949, Part I, with Box A checked.)* | $ 613.62 | $ 997.58 | $ -- | $ (383.96) |
| **Total Short-Term Realized Gain or (Loss)** | $ 613.62 | $ 997.58 | $ -- | $ (383.96) |
| **Total Long-Term Realized Gain or (Loss)** *(Cost basis is reported to the IRS. Report on Form 8949, Part II, with Box D checked.)* | $ 780.96 | $ 5,830.94 | $ 937.62 | $ (4,112.36) |
| **Total Long-Term Realized Gain or (Loss)** | $ 780.96 | $ 5,830.94 | $ 937.62 | $ (4,112.36) |
| **TOTAL REALIZED GAIN OR (LOSS)** | $ 1,394.58 | $ 6,828.52 | $ 937.62 | $ (4,496.32) |

©2024 Charles Schwab & Co., Inc. All rights reserved. Member SIPC. (0124-3VLY)



Schwab One® Account of
**MAUREEN STAPLETON KERSMARKI**

Account Number
**5268-0102**

**TAX YEAR 2023
YEAR-END SUMMARY**

**YEAR-END SUMMARY INFORMATION IS NOT PROVIDED TO THE IRS**
The information in this and all subsequent sections is not provided to the IRS by Charles Schwab  It is provided to you as additional tax reporting information you may need to complete your tax return

Date Prepared  January 26, 2024

## Notes for Your Realized Gain or (Loss)

Schwab has provided realized gain and loss information whenever possible for most investments  Cost basis data may be incomplete or unavailable for some of your holdings  See Terms and Conditions

When value for the report is unavailable  it is noted as follows  "Missing" or "Not Provided"

| | |
|---|---|
| **Not Provided** | Schwab is not providing Cost Basis on this security type |
| **Missing** | Cost Basis may be missing due to one of the following reasons<br>• Cost basis data may not be available for a number of reasons (for example  the security was purchased outside of Schwab and we did not receive cost basis from the transferring firm)<br>• The security was purchased more than 10 years ago |
| **Date Acquired** | If the cost basis is missing or not provided, a short-term holding period may have been applied for a position that may have been held long term |
| **Total Proceeds** | The amount displayed in this column has been adjusted for option premiums  if applicable |
| **Cost Basis** | The amount displayed in this column may differ from your original cost basis as adjustments may have been made to reflect applicable option premiums  corporate actions and/or wash sales |
| **Wash Sale Loss Disallowed** | The disallowed amount displayed in this column has been added to the cost basis of other share lots with the same CUSIP owned in the same account at the time the loss was disallowed |
| **Realized Gain or (Loss)** | The calculation for gain or (loss) displayed in this column is Total Proceeds - Cost Basis + Wash Sale Loss Disallowed - Market Discount =Realized Gain or (Loss) |

For sales of short-term debt issued after January 1, 2014  talk to your tax advisor as to how to report the income

© 2024 Charles Schwab & Co  Inc  All rights reserved  Member SIPC  (0124 3VLY)



Schwab One® Account of
**MAUREEN STAPLETON KERSMARKI**

Account Number
5268-0102

**TAX YEAR 2023
FORM 1099 COMPOSITE
& YEAR-END SUMMARY**

Date Prepared   January 26  2024

## COST BASIS DISCLOSURE

### Changes to Cost Basis Reporting Requirements

Starting with the 2011 tax year  Charles Schwab & Co  began reporting adjusted cost basis to you and the IRS on your Form 1099-B for covered securities in your taxable brokerage accounts that you sell and are covered by the Emergency Stabilization Act regulations
In the event of transfers of securities  we are also required to report adjusted cost basis information to other custodians for covered securities transferred to them

Schwab will treat securities as covered when they are acquired on or after the following effective dates
   January 1  2011 for stocks and other equities
   January 1  2012 for mutual funds  ETFs  and Dividend Reinvestment Plan ( DRIP ) shares
   January 1  2014 for less complex fixed income and options  rights and warrants
   January 1  2016 for more complex fixed income

Because these new reporting requirements could impact the cost basis used to compute your taxable gains and losses  it is important to understand when and how they will apply to you  The information in this document is intended as informational only and is not individualized tax advice  Schwab does not provide tax advice and  encourages you to consult with your tax professional to understand how the new reporting requirements will affect you and your tax situation

### What Does This Mean for You

1  When you sell covered securities  as described above  Schwab will be required to report details about your cost basis to you and the IRS on Form 1099 B  You will continue to be responsible for reporting all cost basis information for both covered  and uncovered securities to the IRS on your tax returns
2  Unless you ve indicated otherwise  Schwab will calculate your gains and losses using the IRS default cost basis method of Average Cost for mutual funds and FIFO (First In  First Out) for all other securities  It is your responsibility to choose the cost basis method appropriate to your tax situation  See  Cost Basis Methods  for the methods offered by Schwab
3  When you sell a security  the cost basis method used to calculate your gain or loss cannot be changed after your trade settles  So it s important to consider the tax implications at the time of trade

### What is Cost Basis?

Cost basis is the original purchase price you paid for a security plus commissions and any fees  Adjusted cost basis includes any other adjustments to the price  Adjusted cost basis also includes any adjustments due to wash sales  amortization  accretion and corporate actions

Your realized gain/loss on a security is determined by subtracting the adjusted cost basis from the sale proceeds in an account less commissions and fees

For covered securities that were not both purchased and sold at Schwab  Schwab calculates cost basis using data that you have provided to us or that we have obtained from third party sources

such as your prior custodian or another third-party source  Because the accuracy of cost basis data depends upon these third-party inputs  we are not able to guarantee the availability  accuracy  or completeness of such cost basis data on transactions that did not occur at Schwab  If we are not provided with adequate information to report cost basis data for covered securities that were not both purchased and sold at Schwab  those securities will be considered uncovered and the cost basis will not be reported to the IRS even if acquired after the effective date

### Cost Basis Methods

It is your responsibility to choose the cost basis method appropriate for your tax situation  Failure to select the proper cost basis method may cause you to pay more tax than necessary  Schwab does not provide tax advice and encourages you to consult with your tax professional regarding this decision

To view and change your default cost basis method on your brokerage account  go to the Service tab on schwab com  then the Cost Basis Method page in Account Settings  You can also make a change by calling 800-435-4000  If your account is managed by an investment advisor  please call your advisor to make a change

### Default Cost Basis Methods

We apply the IRS default method of Average Cost for your mutual funds and the default method of FIFO (First In  First Out) to all other securities unless you inform us of a preferred method
FIFO                    Shares you acquired first are sold first
Average Cost        Cost is derived by dividing the total dollar amount invested in a particular fund position by the number of shares held prior to the trade date  Shares are removed in FIFO order

### Cost Basis Methods Offered by Schwab

You may select a different cost basis method for your brokerage account other than the default methods described above  The following cost basis methods are offered by Schwab

| | |
|---|---|
| **FIFO (First In, First Out)** | Shares you acquired first are sold first |
| **LIFO (Last In, First Out)** | Shares you acquired last are sold first |
| **HCOST (High Cost)** | Shares with the highest cost are sold first |
| **LCOST (Low Cost)** | Shares with lowest cost are sold first |
| **Average Cost (mutual funds only)** | Cost is derived by dividing the total dollar amount invested in a particular fund position by the number of shares held prior to the trade date  Shares are removed in FIFO order |
| **Specific Identification** | The IRS allows taxpayers to identify specific lots to be sold  Such identification must be made with the broker at the time of trade and no later than close of business on the day the trade settles |



Schwab One® Account of
**MAUREEN STAPLETON KERSMARKI**

Account Number
5268-0102

**TAX YEAR 2023
FORM 1099 COMPOSITE
& YEAR-END SUMMARY**

Date Prepared   January 26, 2024

## COST BASIS DISCLOSURE (continued)

**Tax Lot Optimizer**™ Lots are selected and sold with the objective of taking losses first (short-term then long-term) and gains last (long-term then short-term)  Lots are sold in this order

| | |
|---|---|
| Short Term Losses | Lots that reflect a short term loss are sold first  beginning with lots that generate the greatest short term loss down to the least short term loss |
| Long Term Losses | Lots that reflect a long term loss are sold  beginning with lots that generate the greatest long term loss down to the least long term loss |
| Short Term No Gains or Losses | Short term lots that reflect no gain or loss |
| Long Term No Gains or Losses | Long term lots that reflect no gain or loss |
| Long Term Gains | Lots that reflect a long term gain  beginning with lots that generate the least long term gain up to the greatest long term gain |
| Short Term Gains | Lots that reflect a short term gain  beginning with lots that generate the least short term gain up to the greatest short term gain |

The cost basis method used to determine the gain/loss of a trade cannot be changed after the trade settles  If Schwab does not receive a specific instruction by the end of settlement date  we will use the current cost basis method you have selected for your account or the default cost basis method if you have made no alternate selection to calculate the gain/loss that is reported to you and the IRS at the end of year

The Internal Revenue Service does not recognize LIFO  HCOST  LCOST and Tax Lot Optimizer as accounting methods  but it does recognize standing instructions to sell lots as adequate identification for reporting gains/losses

**Cost Basis Adjustments**
Cost basis is generally based on your purchase price plus commissions and any fees  however the original cost basis may be subject to adjustments that increase or decrease your basis

Schwab will adjust the cost basis of securities in your brokerage account in the following circumstances

**Wash Sales:** If you sell shares at a loss and buy additional shares in the same security 30 days before or after that date (61-day range)  you may not claim the loss on your tax return until you sell the new shares  If a wash sale occurs  the loss is disallowed for federal income tax purposes but may be added to the cost basis of the purchased shares  Schwab will adjust the cost basis and holding period of shares when a wash sale occurs within an account as a result of a purchase of an identical security with the same CUSIP  Schwab will not take into account the impact of options purchases or sales in determining disallowed losses on sales of the underlying securities  It s important to note that the wash reporting requirements for you as a taxpayer are different and broader than the reporting requirements for Schwab  For more details on your wash sale reporting requirements  please see IRS publication 550 or speak with your tax professional

**Corporate Actions:** In some instances corporate actions can affect cost basis of your securities  Regulations require issuers to provide statements describing the effects of a corporate action on the cost basis of a security  Schwab will adjust cost basis for corporate actions based on the information provided in the issuer statement

**Return of Capital Payments** Cost basis will be reduced for any return of capital (principal) distributions

**Option Adjustments** Schwab will adjust the cost basis or realized gain/loss (proceeds) of the underlying security for option assignments and exercises (by factoring the premium paid or received)

**Inheritance** Schwab will adjust the cost basis of securities that have been inherited based on the fair market value on the date of death unless alternate instructions are received from an authorized representative of the estate

**Gifts** Shares will be gifted based on your default cost basis method unless otherwise specified with a given purchase date and cost prior to the gift transfer  Schwab will track the fair market value and gift date in addition to the donor s adjusted cost basis and will apply IRS gift rules at the time of sale to determine gain or loss

You will still be required to track and make adjustments to your securities as it is possible that you could have other situations that require cost basis adjustments that Schwab is not required to report

**Restricted Stock Awards** If you filed an election pursuant to IRC Section 83(b) on a Restricted Stock Award issued by your employer  a different cost basis may apply to shares vested from that award than the cost basis reported on this statement  Please consult with your personal tax advisor to understand the tax implications

**Acquisition date** If cost basis is missing or not provided  a short term holding period may have applied for position that may have been held long term

> Please Note  This information is not intended to be a substitute for specific individualized tax legal or investment planning advice  Where specific advice is necessary or appropriate  Schwab recommends consulting with a qualified tax advisor  CPA  financial planner or investment manager  Except as noted in the Terms and Conditions  your Investment Advisors are not affiliated with  or supervised by Schwab
>
> Foreign Investors should note that the information provided is from a U S  tax perspective  The information provided may or may not have relevance in other jurisdictions

**Contact Us**
If you have any questions or need more information about the cost basis methods or terminology in this Disclosure Statement  please call us at 1-800-435 4000  If your account is managed by an investment advisor  please call Schwab Alliance at 1-800-515-2157



Schwab One® Account of
**MAUREEN STAPLETON KERSMARKI**

Account Number
**5268-0102**

**TAX YEAR 2023
FORM 1099 COMPOSITE
& YEAR-END SUMMARY**

Date Prepared   January 26  2024

## TERMS AND CONDITIONS
### GENERAL INFORMATION

#### Form 1099 Composite

For U S  taxpayers  the information reported to you on Form 1099 is given to the Internal Revenue Service (IRS)  Form 1099-Composite is comprised of the following substitute forms  1099-DIV  1099-INT  1099 MISC  1099-OID  and 1099 B  The form(s) you receive in Form 1099 Composite depends on the income reportable to the IRS

#### Year-End Summary

The information in the Year-End Summary is provided to you as a courtesy  should you need additional information when completing your tax return  When relevant  IRS box numbers are referenced to indicate individual items that make up the totals appearing on your Form(s) 1099  With the exception of the totals reported in the IRS box numbers referenced  Charles Schwab does not provide the details of the Year-End Summary to the IRS

We recommend that all customers consult their investment and tax advisors prior to using this information

#### Corrected Form 1099 and Year End Summary

We are required to send you a corrected form with the revisions clearly marked when we receive updates or revisions to information contained in the form  This generally occurs if one or more of the issuers of the securities in your account reallocated certain income distribution (e g  dividends or capital gains) after we mailed your original Form 1099  As a result  the supplemental information in Year End Summary may be updated

Upon receiving a corrected form  you may want to consider filing an amended return based on the changes in your taxable income as reported on your corrected Form 1099  We suggest that you consult with a qualified tax advisor  CPA  financial planner  or investment manager before you proceed

#### Duplicate Form 1099 and Year End Summary

If you request a duplicate Form 1099  please be aware that Schwab uses the most up to date information available at the time of the production  Thus  your duplicate Form 1099 and Year-End Summary may have more up-to date information than the original Form 1099

#### Realized Gain or (Loss) in Year End Summary

The Realized Gain or (Loss) section provides information for all your realized gain or (loss) transactions during the tax year  It contains all transactions included in the Form 1099-B as well as transactions that are not reported on Form 1099 B (for example  sales and expirations of noncovered option activities  cash in lieu under $20  bankruptcy  and worthless securities)  This supplemental information is believed to be accurate as of the date the data was compiled but they may not be updated for any corrections after the data was initially compiled

**IN CASE OF QUESTIONS** If you have questions about this report or about specific Schwab accounts or Schwab One transactions (other than wire transfers or check transactions)  contact Schwab at 1 800-435-4000  If you have a complaint regarding your Schwab statement or our products and services  please write to the Client Advocacy Team at Charles Schwab & Co  Inc  Attention  Client Advocacy Team  211 Main St  San Francisco  CA 94105  Outside of the U S   call +1-415 667-5009

© 2024 Charles Schwab & Co  Inc  All rights reserved  Member SIPC  (0124 3VLY)