NVB 3001 (Effective 1/21)

**UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA**

**PROOF OF INTEREST**

| Name of Debtor | Case Number |
|---|---|
| META MATERIALS | 2450792 |

**1 Name and address of holder of the Equity Interest** (the person or entity holding an Equity Interest in the Debtor Referred to hereinafter as the Interest holder )

Cory Kensmaki
1624 Roosevelt Ave.
Orlando, FL 32804

Telephone Number 689 - 316 - 6672

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest Attach copy of statement giving particulars

☒ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors

**RECEIVED AND FILED**

**DEC - 9 2024**

**U.S BANKRUPTCY COURT**
**MARY A. SCHOTT, CLERK**

**COURT USE ONLY**

NOTE This form SHOULD NOT be used to make a claim against the Debtor for money owed A separate Proof of Claim form should be used for that purpose This form should only be used to assert an Equity Interest in the Debtor An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell or subscribe to a share security or interest of a kind specified in subsection (a) or (b) herein

| Account or other number by which Interest holder identifies Debtor | Check here if this claim |
|---|---|
| | ☐ replaces a previously filed Proof of Interest cated _____ |
| | ☐ amends a previously filed Proof of Interest dated _____ |

**2 Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest**

CHARLES SCHOB
OMAHA OPERATIONS
PO BOX 2339
OMAHA, NE 68103

Telephone Number 800- 435-4000

**3 Date Equity Interest was acquired**

1-1-22 / 11-4-23

| 4 Total amount of member interest _____ | 5 Certificate number(s) SEE ATTACHED FORMS |
|---|---|

**6 Type of Equity Interest**
Please indicate the type of Equity Interest you hold
☒ Check this box if your Equity Interest is based on an actual member interest held in the Debtor
☐ Check this box if your Equity Interest is based on anything else and describe that interest
Description _____ INVESTOR

**7 Supporting Documents** Attach copies of supporting documents such as stock certificates option agreements warrants etc
DO NOT SEND ORIGINAL DOCUMENTS If the documents are not available, explain If the documents are voluminous attach a summary

**8 Date Stamped Copy** To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self addressed envelope and copy of this Proof of Interest

**9 Signature**
Check the appropriate box
☒ I am the creditor    ☐ I am the creditor s authorized agent    ☐ I am the trustee or the debtor    ☐ I am a guarantor surety endorser or other codebtor
(Attach copy of power of attorney if any )    or their authorized agent    (See Bankruptcy Rule 3005 )
(See Bankruptcy Rule 3004 )

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge information and reasonable belief

Print Name   Cory Kensmaki
Title
Company ___ Address and telephone number (if different from notice address above)
_____

(Signature) _____ (Date) _____

Telephone number _____ email _____

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both 18 U S C §§ 152 AND 3571*

 

| BROKER | ACCOUNT NUMBER | MONEY LOST | NUMBER OF SHARES |
|---|---|---|---|
| Charles Scwab | 75436298 | $27,908 | 7000 |
| TD Ameritrade | 250135465 | 2349 0564 | 2100 |

| Date ▾ | Action | Symbol / Description | Quantity | Price | Fees & Comm | Amount |
|---|---|---|---|---|---|---|
| 07/21/2021 | Sell | MMAT<br>TDA TRAN - Sold 1000 (MMAT) @3.7101 | 1,000 | $3.7101 | $0.14 | $3,709.96 |
| 07/15/2021 | Buy | MMAT<br>TDA TRAN - Bought ...500 (MMAT) @3.8144 | 500 | $3.8144 | | -$1,907.20 |
| 07/15/2021 | Buy | MMAT<br>TDA TRAN - Bought ...500 (MMAT) @4.4000 | 500 | $4.40 | | -$2,200.00 |

Page Total: **-$2,349.06**

Intra-day transactions are subject to change.

Brokerage Account Balances are from the previous market close, but also may include new activity that will be posted to your account at after market close. Balances are subject to change.

Bank sweep information can be found on your Statements. Current Balance bank sweep information can be found on the Balances page.

(1123-3U5Y. 0924-CLCV)

**Brokerage Products: Not FDIC Insured • No Bank Guarantee • May Lose Value**

Account: ...091
Today's Date: 08:08 PM ET, 12/05/2024

The Charles Schwab Corporation provides a full range of brokerage, banking and financial advisory services through its operating subsidiaries. Its broker-dealer subsidiary, Charles Schwab & Co. Inc. (Member SIPC), and its affiliates offer investment services and products. Its banking subsidiary, Charles Schwab Bank, SSB (member FDIC and an Equal Housing Lender), provides deposit and lending services and products. This site is designed for U.S. residents. Non-U.S. residents are subject to country-specific restrictions. Learn more about our services for non-US Residents , Charles Schwab Hong Kong clients , Charles Schwab UK clients. © 2024 Charles Schwab & Co., Inc. All rights reserved. Member SIPC. Unauthorized access is prohibited. Usage will be monitored.

Transaction History for Individual   091

Transactions found from 12/05/2020 to 12/05/2024

| Date ▼ | Action | Symbol / Description | Quantity | Price | Fees & Comm | Amount |
|--------|--------|----------------------|----------|-------|-------------|--------|
| 02/01/2024 | Journal | MMAT<br>META MATLS INC | -1 | | | |
| 02/01/2024 | Journal | MMAT<br>META MATLS INC | 1 | | | |
| 01/29/2024 | Buy | MMAT<br>META MATLS INC | 1 | $5 1499 | | -$5 15 |
| 01/26/2024 | Sell | MMAT<br>META MATLS INC REVERSE SPLIT EFF<br>01/29/24 | 7,500 | $0 0529 | $1 25 | $395 50 |
| 12/01/2023 | Buy | MMAT<br>META MATLS INC | 7,500 | $0 0995 | | -$746 24 |
| 08/21/2023 | Sell | MMAT<br>TDA TRAN - Sold 10209 (MMAT) @0 2215 | 10,209 | $0 2215 | $1 50 | $2,259 79 |
| 08/16/2023 | Buy | MMAT<br>TDA TRAN - Bought 1000 (MMAT) @0 2321 | 1,000 | $0 2321 | | -$232 10 |
| 08/11/2023 | Buy | MMAT<br>TDA TRAN - Bought 1250 (MMAT) @0 2420 | 1,250 | $0 242 | | -$302 50 |

| Date ▼ | Action | Symbol / Description | Quantity | Price | Fees & Comm | Amount |
|---|---|---|---|---|---|---|
| 07/31/2023 | Sell | MMAT<br>TDA TRAN - Sold 41 (MMAT) @0 2399 | 41 | $0 2399 | $0 01 | $9 83 |
| 07/31/2023 | Buy | MMAT<br>TDA TRAN - Bought 7950 (MMAT) @0 2450 | 7,950 | $0 245 | | -$1,947 75 |
| 07/31/2023 | Sell | MMAT<br>TDA TRAN - Sold 8000 (MMAT) @0 2381 | 8,000 | $0 2381 | $1 18 | $1,903 76 |
| 07/20/2023 | Buy | MMAT<br>TDA TRAN - Bought 8000 (MMAT) @0 2249 | 8,000 | $0 2249 | | -$1,799 20 |
| 07/20/2023 | Sell | MMAT<br>TDA TRAN - Sold 8000 (MMAT) @0 2276 | 8,000 | $0 2276 | $1 17 | $1,819 64 |
| 07/18/2023 | Buy | MMAT<br>TDA TRAN - Bought 8050 (MMAT) @0 1948 | 8,050 | $0 1948 | | -$1,568 14 |
| 07/18/2023 | Sell | MMAT<br>TDA TRAN - Sold 1350 (MMAT) @0 1954 | 1,350 | $0 1954 | $0 19 | $263 60 |
| 07/18/2023 | Sell | MMAT<br>TDA TRAN - Sold 5700 (MMAT) @0 1954 | 5,700 | $0 1954 | $0 84 | $1,112 95 |
| 07/17/2023 | Sell | MMAT<br>TDA TRAN - Sold   450 (MMAT) @0 1907 | 450 | $0 1907 | $0 07 | $85 75 |
| 07/17/2023 | Sell | MMAT<br>TDA TRAN - Sold   600 (MMAT) @0 1924 | 600 | $0 1924 | $0 08 | $115 36 |
| 07/17/2023 | Buy | MMAT | 1,050 | $0 1875 | | -$196 88 |

| Date ▼ | Action | Symbol / Description | Quantity | Price | Fees & Comm | Amount |
|---|---|---|---|---|---|---|
| | | TDA TRAN - Bought 1050 (MMAT) @0 1875 | | | | |
| 07/03/2023 | Buy | MMAT | 2,400 | $0 2155 | | -$517 20 |
| | | TDA TRAN - Bought 2400 (MMAT) @0 2155 | | | | |
| 06/14/2023 | Buy | MMAT | 1,500 | $0 2243 | | -$336 45 |
| | | TDA TRAN - Bought 1500 (MMAT) @0 2243 | | | | |
| 04/14/2023 | Buy | MMAT | 3,000 | $0 23 | | -$690 00 |
| | | TDA TRAN - Bought 3000 (MMAT) @0 2300 | | | | |
| 04/14/2023 | Buy | MMAT | 150 | $0 2241 | | -$33 61 |
| | | TDA TRAN - Bought   150 (MMAT) @0 2241 | | | | |
| 04/11/2023 | Sell | MMAT | 65 | $0 4144 | $0 01 | $26 93 |
| | | TDA TRAN - Sold 65 (MMAT) @0 4144 | | | | |
| 04/03/2023 | Buy | MMAT | 65 | $0 5279 | | -$34 31 |
| | | TDA TRAN - Bought 65 (MMAT) @0 5279 | | | | |
| 03/27/2023 | Sell | MMAT | 100 | $0 4486 | $0 01 | $44 85 |
| | | TDA TRAN - Sold   100 (MMAT) @0 4486 | | | | |
| 02/17/2023 | Buy | MMAT | 100 | $0 752 | | -$75 20 |
| | | TDA TRAN - Bought   100 (MMAT) @0 7520 | | | | |
| 02/03/2023 | Sell | MMAT | 325 | $1 0001 | $0 06 | $324 97 |
| | | TDA TRAN - Sold   325 (MMAT) @1 0001 | | | | |
| 01/31/2023 | Buy | MMAT | 325 | $1 0199 | | -$331 47 |
| | | TDA TRAN - Bought   325 (MMAT) @1 0199 | | | | |

| Date ▼ | Action | Symbol / Description | Quantity | Price | Fees & Comm | Amount |
|---|---|---|---|---|---|---|
| 01/27/2023 | Sell | MMAT<br>TDA TRAN - Sold 20 (MMAT) @1 0101 | 20 | $1 0101 | | $20 20 |
| 01/11/2023 | Buy | MMAT<br>TDA TRAN - Bought 20 (MMAT) @1 1200 | 20 | $1 12 | | -$22 40 |
| 12/16/2022 | Sell | MMAT<br>TDA TRAN - Sold   750 (MMAT) @1 2800 | 750 | $1 28 | $0 12 | $959 88 |
| 12/12/2022 | Buy | MMAT<br>TDA TRAN - Bought   750 (MMAT) @1 2400 | 750 | $1 24 | | -$930 00 |
| 12/09/2022 | Sell | MMAT<br>TDA TRAN - Sold   650 (MMAT) @1 4200 | 650 | $1 42 | $0 10 | $922 90 |
| 12/08/2022 | Buy | MMAT<br>TDA TRAN - Bought   250 (MMAT) @1 8550 | 250 | $1 855 | | -$463 75 |
| 11/28/2022 | Buy | MMAT<br>TDA TRAN - Bought   400 (MMAT) @1 8900 | 400 | $1 89 | | -$756 00 |
| 11/23/2022 | Sell | MMAT<br>TDA TRAN - Sold   250 (MMAT) @2 0100 | 250 | $2 01 | $0 04 | $502 46 |
| 11/09/2022 | Buy | MMAT<br>TDA TRAN - Bought   250 (MMAT) @1 4380 | 250 | $1 438 | | -$359 50 |
| 10/31/2022 | Sell | MMAT<br>TDA TRAN - Sold   542 (MMAT) @1 1150 | 542 | $1 115 | $0 08 | $604 25 |
| 10/13/2022 | Buy | MMAT | 42 | $1 12 | | -$47 04 |

| Date ▾ | Action | Symbol / Description | Quantity | Price | Fees & Comm | Amount |
|---|---|---|---|---|---|---|
| | | TDA TRAN - Bought 42 (MMAT) @1 1200 | | | | |
| 10/12/2022 | Buy | MMAT<br>TDA TRAN - Bought    500 (MMAT) @0 9585 | 500 | $0 9585 | | -$479 25 |
| 10/27/2021 | Sell | MMAT<br>TDA TRAN - Sold    100 (MMAT) @4 3431 | 100 | $4 3431 | $0 01 | $434 30 |
| 10/27/2021 | Buy | MMAT<br>TDA TRAN - Bought    100 (MMAT) @4 4300 | 100 | $4 43 | | -$443 00 |
| 09/30/2021 | Sell | MMAT<br>TDA TRAN - Sold    285 (MMAT) @5 6000 | 285 | $5 60 | $0 04 | $1,595 96 |
| 09/29/2021 | Buy | MMAT<br>TDA TRAN - Bought    285 (MMAT) @6 3150 | 285 | $6 315 | | -$1,799 78 |
| 09/14/2021 | Sell | MMAT<br>TDA TRAN - Sold    250 (MMAT) @5 2401 | 250 | $5 2401 | $0 04 | $1,309 99 |
| 09/10/2021 | Buy | MMAT<br>TDA TRAN - Bought    250 (MMAT) @5 3257 | 250 | $5 3257 | | -$1,331 43 |
| 09/09/2021 | Sell | MMAT<br>TDA TRAN - Sold    250 (MMAT) @5 2700 | 250 | $5 27 | $0 04 | $1,317 46 |
| 09/08/2021 | Buy | MMAT<br>TDA TRAN - Bought    250 (MMAT) @4 9550 | 250 | $4 955 | | -$1,238 75 |
| 09/08/2021 | Sell | MMAT<br>TDA TRAN - Sold    235 (MMAT) @5 2501 | 235 | $5 2501 | $0 04 | $1,233 73 |

| Date ▼ | Action | Symbol / Description | Quantity | Price | Fees & Comm | Amount |
|---|---|---|---|---|---|---|
| 09/03/2021 | Buy | MMAT<br>TDA TRAN - Bought    180 (MMAT) @5 4750 | 180 | $5 475 | | -$985 50 |
| 08/30/2021 | Buy | MMAT<br>TDA TRAN - Bought 55 (MMAT) @4 3700 | 55 | $4 37 | | -$240 35 |
| 08/25/2021 | Sell | MMAT<br>TDA TRAN - Sold 72 (MMAT) @3 6700 | 72 | $3 67 | $0 01 | $264 23 |
| 08/24/2021 | Buy | MMAT<br>TDA TRAN - Bought 72 (MMAT) @3 4699 | 72 | $3 4699 | | -$249 83 |
| 08/18/2021 | Sell | MMAT<br>TDA TRAN - Sold 1490 (MMAT) @3 0648 | 1,490 | $3 0648 | $0 20 | $4,566 35 |
| 08/17/2021 | Buy | MMAT<br>TDA TRAN - Bought 90 (MMAT) @2 9445 | 90 | $2 9445 | | -$265 01 |
| 08/16/2021 | Buy | MMAT<br>TDA TRAN - Bought 1400 (MMAT) @3 0899 | 1,400 | $3 0899 | | -$4,325 86 |
| 08/10/2021 | Sell | MMAT<br>TDA TRAN - Sold 1395 (MMAT) @3 6500 | 1,395 | $3 65 | $0 20 | $5,091 55 |
| 08/10/2021 | Sell | MMAT<br>TDA TRAN - Sold 46 (MMAT) @3 6100 | 46 | $3 61 | | $166 06 |
| 08/10/2021 | Sell | MMAT<br>TDA TRAN - Sold 54 (MMAT) @3 6200 | 54 | $3 62 | $0 01 | $195 47 |
| 08/09/2021 | Buy | MMAT | 1,395 | $3 56 | | -$4,966 20 |

| Date | Action | Symbol / Description | Quantity | Price | Fees & Comm | Amount |
|------|--------|----------------------|----------|-------|-------------|--------|
| | | TDA TRAN - Bought 1395 (MMAT) @3 5600 | | | | |
| 08/09/2021 | Sell | MMAT<br>TDA TRAN - Sold 1400 (MMAT) @3 5350 | 1,400 | $3 535 | $0 20 | $4,948 80 |
| 08/06/2021 | Buy | MMAT<br>TDA TRAN - Bought 1500 (MMAT) @3 2657 | 1,500 | $3 2657 | | -$4,898 55 |
| 08/04/2021 | Sell | MMAT<br>TDA TRAN - Sold 2000 (MMAT) @3 1111 | 2,000 | $3 1111 | $0 27 | $6,221 93 |
| 07/30/2021 | Buy | MMAT<br>TDA TRAN - Bought 2000 (MMAT) @3 4900 | 2,000 | $3 49 | | -$6,980 00 |
| 07/26/2021 | Sell | MMAT<br>TDA TRAN - Sold 1250 (MMAT) @3 4001 | 1,250 | $3 4001 | $0 17 | $4,249 96 |
| 07/23/2021 | Buy | MMAT<br>TDA TRAN - Bought 1250 (MMAT) @3 3850 | 1,250 | $3 385 | | -$4,231 25 |
| 07/23/2021 | Sell | MMAT<br>TDA TRAN - Sold 1250 (MMAT) @3 3950 | 1,250 | $3 395 | $0 17 | $4,243 58 |
| 07/22/2021 | Buy | MMAT<br>TDA TRAN - Bought 1250 (MMAT) @3 6200 | 1,250 | $3 62 | | -$4,525 00 |
| 07/22/2021 | Sell | MMAT<br>TDA TRAN - Sold 1500 (MMAT) @3 5707 | 1,500 | $3 5707 | $0 21 | $5,355 84 |
| 07/21/2021 | Buy | MMAT<br>TDA TRAN - Bought 1500 (MMAT) @4 1100 | 1,500 | $4 11 | | -$6,165 00 |



**Schwab One® Account of**
**CORY KERSMARKI**
**DESIGNATED BENE PLAN/TOD**

**Account Number**
7543-6298

**TAX YEAR 2021**
**FORM 1099 COMPOSITE**

Taxpayer ID Number  \*\*\*-\*\*-9792

Date Prepared   February 11  2022

## Proceeds from Broker Transactions — 2021 (continued)

**Form 1099-B**

Department of the Treasury-Internal Revenue Service

Copy B for Recipient (OMB No  1545-0715)

**SHORT-TERM TRANSACTIONS FOR WHICH BASIS IS REPORTED TO THE IRS** - Report on Form 8949  Part I  with **Box A** checked

| 1a-Description of property (Example 100 sh  XYZ Co ) CUSIP Number / Symbol | \*\* | 1b-Date acquired 1c-Date sold or disposed | 1d-Proceeds 6-Reported to IRS Gross Proceeds (except where indicated) | | 1e-Cost or other basis | 1f Accrued Market Discount 1g-Wash Sale Loss Disallowed | | Realized Gain or (Loss) | 4-Federal Income tax withheld |
|---|---|---|---|---|---|---|---|---|---|
| 600 LUCKIN COFFEE INC      FUNSPONSOR  S 54951L109 / LKNCY | | 02/17/21 02/19/21 | $      4 367 90 | $ | 4 302 00 | -- -- | $ | 65 90 $ | 0 00 |
| 650 LUCKIN COFFEE INC      FUNSPONSOR  S 54951L109 / LKNCY | | 02/17/21 02/19/21 | $      4 712 40 | $ | 4 666 67 | -- -- | $ | 45 73 $ | 0 00 |
| 980 LUCKIN COFFEE INC      FUNSPONSOR  S 54951L109 / LKNCY | | 02/17/21 02/19/21 | $      7,114 64 | $ | 7 002 59 | -- -- | $ | 112 05 $ | 0 00 |
| **Security Subtotal** | | | $    29,060 65 | $ | 28,659 36 | -- -- | $ | 401 29 $ | 0 00 |
| 49 MACKINAC FINL       XXXMANDATORY    S 554571109 | | 04/12/21 04/12/21 | $      1 044 67 | $ | 997 25 | -- -- | $ | 47 42 $ | 0 00 |
| 51 MACKINAC FINL       XXXMANDATORY    S 554571109 | | 04/12/21 04/12/21 | $      1 086 80 | $ | 1 040 40 | -- -- | $ | 46 40 $ | 0 00 |
| 100 MACKINAC FINL       XXXMANDATORY   S 554571109 | | 04/12/21 04/12/21 | $      2 131 03 | $ | 2 038 48 | -- -- | $ | 92 55 $ | 0 00 |
| **Security Subtotal** | | | $     4,262 50 | $ | 4,076 13 | -- -- | $ | 186 37 $ | 0 00 |
| 1 MACYS INC 55616P104 / M | S | 04/06/21 07/09/21 | $        18 62 | $ | 16 10 | -- -- | $ | 2 52 $ | 0 00 |
| **Security Subtotal** | | | $        18 62 | $ | 16 10 | -- -- | $ | 2 52 $ | 0 00 |

FATCA Filing Requirement ☐
Please see the ' Notes for Your Form 1099 B  section for additional explanation of this Form 1099-B report

This is important tax information and is being furnished to the Internal Revenue Service  If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported

© 2022 Charles Schwab & Co  Inc  All rights reserved  Member SIPC  (0122 1YY3)



Schwab One® Account of
**CORY KERSMARKI**
**DESIGNATED BENE PLAN/TOD**

**Account Number**
7543-6298

**TAX YEAR 2021**
**FORM 1099 COMPOSITE**
**& YEAR-END SUMMARY**

Date Prepared   February 11, 2022

## Recipient's Name and Address

02/11 00000 YEIK1806 1
CORY KERSMARKI
DESIGNATED BENE PLAN/TOD
1624 ROOSEVELT AVE
ORLANDO FL          32804

*See Attached*

## Items for Attention

- Schwab provides your Form 1099 tax information as early and as accurately as possible  However  some issuers may provide new information about their securities after the IRS Form 1099 mailing deadline  If Schwab receives updated information from issuers of securities you hold, we are required by the IRS to send you a CORRECTED Form 1099 with changes clearly highlighted  Please plan your tax preparation accordingly

- Please refer to the enclosed insert(s) for additional information

## Important Official IRS Form(s) 1099 Enclosed

The report in this package contains your income tax return documents and year-end summary  Please retain this package for tax preparation purposes

For tax advice, please consult with a qualified tax advisor  CPA  or financial planner

**To contact Schwab**
If you have any questions or need additional information about your Form(s) 1099 or your year-end summary  please call 1-800-435-4000  24 hours a day 7 days a week  We're always here for you

**To contact the IRS**
Tax questions for individuals  1-800-829-1040
Tax questions for businesses  1-800-829-4933
To order tax forms or publications  1-800-829-3676
To pay taxes by credit card  1-888-272-9829
For additional information and to print forms and publications  visit www irs gov

© 2022 Charles Schwab & Co  Inc  All rights reserved  Member SIPC  (0122 1YY3)



Schwab One® Account of
**CORY KERSMARKI**
**DESIGNATED BENE PLAN/TOD**

Account Number
7543-6298

TAX YEAR 2021
**FORM 1099 COMPOSITE**

Taxpayer ID Number: ***-**-9792

Date Prepared: February 11, 2022

## Proceeds from Broker Transactions — 2021 (continued)

**Form 1099-B**

Department of the Treasury-Internal Revenue Service

Copy B for Recipient (OMB No. 1545-0715)

**SHORT-TERM TRANSACTIONS FOR WHICH BASIS IS REPORTED TO THE IRS** - Report on Form 8949, Part I, with **Box A** checked.

| 1a-Description of property (Example 100 sh. XYZ Co.) CUSIP Number / Symbol | ** | 1b-Date acquired / 1c-Date sold or disposed | 1d-Proceeds 6-Reported to IRS: Gross Proceeds (except where indicated) | 1e-Cost or other basis | 1f-Accrued Market Discount / 1g-Wash Sale Loss Disallowed | Realized Gain or (Loss) | 4-Federal Income tax withheld |
|---|---|---|---|---|---|---|---|
| 2,001 META MATLS INC 59134N104 / MMAT | S | VARIOUS $ 07/12/21 | 8,325.92 | $ 36,233.90 | -- -- | $ (27,907.98) $ | 0.00 |
| **Security Subtotal** | | | $ 8,325.92 | $ 36,233.90 | -- -- | $ (27,907.98) $ | 0.00 |
| 8,000 MGT CAPITAL INVTS INC 55302P202 / MGTI | S | 12/28/20 $ 01/13/21 | 1,624.76 | $ 392.00 | -- -- | $ 1,232.76 $ | 0.00 |
| **Security Subtotal** | | | $ 1,624.76 | $ 392.00 | -- -- | $ 1,232.76 $ | 0.00 |
| 1 MIDATECH PHARMA PLC   FUNSPONSO 59564R302 / MTP | S | 06/17/21 $ 06/17/21 | 3.07 | $ 3.24 | -- -- | $ (0.17) $ | 0.00 |
| **Security Subtotal** | | | $ 3.07 | $ 3.24 | -- -- | $ (0.17) $ | 0.00 |
| 200 MIND MEDICINE MINDMED_F 60255C109 / MNMD | S | 01/08/21 $ 01/14/21 | 636.09 | $ 1,028.35 | $ -- 392.26 | $ 0.00 $ | 0.00 |
| 300 MIND MEDICINE MINDMED_F 60255C109 / MNMD | S | 01/08/21 $ 01/14/21 | 954.13 | $ 1,544.33 | $ -- 590.20 | $ 0.00 $ | 0.00 |
| 3,000 MIND MEDICINE MINDMED_F 60255C109 / MNMD | S | VARIOUS $ 01/25/21 | 10,874.76 | $ 11,422.46 | -- -- | $ (547.70) $ | 0.00 |
| **Security Subtotal** | | | $ 12,464.98 | $ 13,995.14 | -- $ 982.46 | $ (547.70) $ | 0.00 |

FATCA Filing Requirement [ ]
Please see the "Notes for Your Form 1099-B" section for additional explanation of this Form 1099-B report.

This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported.

© 2022 Charles Schwab & Co., Inc. All rights reserved. Member SIPC. (0122-1YY3)



Schwab One® Account of
**CORY KERSMARKI
DESIGNATED BENE PLAN/TOD**

Account Number
7543-6298

TAX YEAR 2021
**YEAR-END SUMMARY**

**YEAR-END SUMMARY INFORMATION IS NOT PROVIDED TO THE IRS.**
The information in this and all subsequent sections is not provided to the IRS by Charles Schwab. It is provided to you as additional tax reporting information you may need to complete your tax return.

Date Prepared: **February 11, 2022**

## Short-Term Realized Gain or (Loss) (continued)

This section is for covered securities and corresponds to transactions reported on your 1099-B as **"cost basis is reported to the IRS."** Report on Form 8949, Part I, with Box A checked.

| Description OR Option Symbol | CUSIP Number | Quantity/Par | Date Acquired | Date Sold | Total Proceeds | (-)Cost Basis | (+)Wash Sale Loss Disallowed | (=)Realized Gain or (Loss) |
|---|---|---|---|---|---|---|---|---|
| YUNHONG CTI LTD | 98873Q100 | 250.00 | 02/23/21 | 02/23/21 | $ 798.75 | $ 925.00 | -- | $ (126.25) |
| **Security Subtotal** | | | | | $ 1,597.49 | $ 1,850.00 | -- | $ (252.51) |
| **Total Short-Term** *(Cost basis is reported to the IRS)* | | | | | $ 5,301,956.61 | $ 5,434,257.34 | $ 87,366.67 | $ (44,934.06) |

## Short-Term Realized Gain or (Loss)

**The transactions in this section are not reported on Form 1099-B or to the IRS.** Report on Form 8949, in either Part I with Box C checked or Part II with Box F checked, as appropriate.

| Description OR Option Symbol | CUSIP Number | Quantity/Par | Date Acquired | Date Sold | Total Proceeds | (-)Cost Basis | (+)Wash Sale Loss Disallowed | (=)Realized Gain or (Loss) |
|---|---|---|---|---|---|---|---|---|
| META MATLS INC | | 0.84 | 06/09/21 | 07/08/21 | $ 3.01 | $ 1.94 | -- | $ 1.07 |
| **Security Subtotal** | | | | | $ 3.01 | $ 1.94 | -- | $ 1.07 |
| **Total Short-Term** *(Transactions are not reported on Form 1099-B or to the IRS)* | | | | | $ 3.01 | $ 1.94 | -- | $ 1.07 |
| **Total Short-Term** | | | | | $ 5,301,959.62 | $ 5,434,259.28 | $ 87,366.67 | $ (44,932 99) |

© 2022 Charles Schwab & Co., Inc. All rights reserved. Member SIPC. (0122-1YY3)



Schwab One® Account of
**CORY KERSMARKI**
**DESIGNATED BENE PLAN/TOD**

Account Number
**7543-6298**

**TAX YEAR 2021**
**YEAR-END SUMMARY**

**YEAR-END SUMMARY INFORMATION IS NOT PROVIDED TO THE IRS.**

Date Prepared: February 11, 2022

The information in this and all subsequent sections is not provided to the IRS by Charles Schwab. It is provided to you as additional tax reporting information you may need to complete your tax return.

## Realized Gain or (Loss) Summary

### Total Realized Gain or (Loss)

| Description | | Total Proceeds | (-)Cost Basis | | (+)Wash Sale Loss Disallowed | | (=)Realized Gain or (Loss) |
|---|---|---|---|---|---|---|---|
| Total Short-Term Realized Gain or (Loss) *(Cost basis is reported to the IRS. Report on Form 8949, Part I, with Box A checked.)* | $ | 5,301,956.61 | $ 5,434,257.34 | $ | 87,366.67 | $ | (44,934.06) |
| Total Short-Term Realized Gain or (Loss) *(Transactions are not reported on Form 1099-B or to the IRS. Report on Form 8949, in either Part I with Box C checked or Part II with Box F checked, as appropriate.)* | $ | 3.01 | $ 1.94 | | -- | $ | 1.07 |
| **Total Short-Term Realized Gain or (Loss)** | $ | 5,301,959.62 | $ 5,434,259.28 | $ | 87,366.67 | $ | (44,932.99) |
| **TOTAL REALIZED GAIN OR (LOSS)** | $ | 5,301,959.62 | $ 5,434,259.28 | $ | 87,366.67 | $ | (44,932.99) |

© 2022 Charles Schwab & Co., Inc. All rights reserved. Member SIPC. (0122-1YY3)

Page    1 of    12

| **TD Ameritrade** Member FINRA/SIPC | **Tax Information** Account 250135465 | **Statement Date:** 01/20/2022 **Document ID:** 37W1 19J SZN4 | **2021** |
|---|---|---|---|
| PO BOX 2209 OMAHA, NE 68103-2209 Client Services: 800-669-3900 | CORY WILLIAM KERSMARKI 1624 ROOSEVELT AVE ORLANDO, FL 32804-4348 | | |
| PAYER'S TIN: 47-0533629 | RECIPIENT'S TIN: XXX-XX-9792 | | |

[ ]  FATCA filing requirement (see instructions)

## Summary Information

### DIVIDENDS AND DISTRIBUTIONS            2021 1099-DIV*            OMB No. 1545-0110

| | |
|---|---|
| 1a- Total ordinary dividends (includes lines 1b, 5, 2e) | 0.00 |
| 1b- Qualified dividends | 0.00 |
| 2a- Total capital gain distributions (includes lines 2b, 2c, 2d, 2f) | 0.00 |
| 2b- Unrecaptured Section 1250 gain | 0.00 |
| 2c- Section 1202 gain | 0.00 |
| 2d- Collectibles (28%) gain | 0.00 |
| 2e- Section 897 ordinary dividends | 0.00 |
| 2f- Section 897 capital gain | 0.00 |
| 3- Nondividend distributions | 0.00 |
| **4- Federal income tax withheld** | **0.00** |
| 5- Section 199A dividends | 0.00 |
| 6- Investment expenses | 0.00 |
| 8- Foreign country or US possession:     7- Foreign tax paid: | 0.00 |
| 9- Cash liquidation distributions | 0.00 |
| 10- Noncash liquidation distributions | 0.00 |
| 11- Exempt-interest dividends (includes line 12) | 0.00 |
| 12- Specified private activity bond interest dividends (AMT) | 0.00 |

### MISCELLANEOUS INFORMATION            2021 1099-MISC*            OMB No. 1545-0115

| | |
|---|---|
| 2- Royalties | 0.00 |
| 3- Other income | 0.00 |
| **4- Federal income tax withheld** | **0.00** |
| 8- Substitute payments in lieu of dividends or interest | 0.00 |

### SECTION 1256 CONTRACTS            2021 1099-B*            OMB No. 1545-0715

| | |
|---|---|
| 8- Profit or (loss) realized in 2021 on closed contracts | 0.00 |
| 9- Unrealized profit or (loss) on open contracts-12/31/2020 | 0.00 |
| 10- Unrealized profit or (loss) on open contracts-12/31/2021 | 0.00 |
| 11- Aggregate profit or (loss) on contracts | 0.00 |

*If applicable, proceeds from sale transactions appear summarized below and are detailed in subsequent sections of this document.*

\* This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported.

## SUMMARY OF PROCEEDS, GAINS & LOSSES, ADJUSTMENTS AND WITHHOLDING

*Refer to the 1099-B and Proceeds not reported to the IRS pages to ensure that you consider all relevant items and to determine the correct gains and losses. The amounts shown below are for informational purposes.*

| Term | Form 8949 type | Proceeds | Cost basis | Market discount | Wash sale loss disallowed | Net gain or loss(-) |
|---|---|---|---|---|---|---|
| Short | A (basis reported to the IRS) | 175,186.58 | 197,303.37 | 0.00 | 12,741.43 | -9,375.36 |
| Short | B (basis not reported to the IRS) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Short | C (Form 1099-B not received) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | **Total Short-term** | **175,186.58** | **197,303.37** | **0.00** | **12,741.43** | **-9,375.36** |
| Long | D (basis reported to the IRS) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Long | E (basis not reported to the IRS) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Long | F (Form 1099-B not received) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | **Total Long-term** | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** |
| Undetermined | B or E (basis not reported to the IRS) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Undetermined | C or F (Form 1099-B not received) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | **Total Undetermined-term** | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** |
| | **Grand total** | **175,186.58** | **197,303.37** | **0.00** | **12,741.43** | **-9,375.36** |

| Withholding | Amount |
|---|---|
| Federal income tax withheld | 0.00 |

Changes to dividend tax classifications processed after your original tax form is issued for 2021 may require an amended tax form.

| TD Ameritrade Clearing, Inc. | | | Account   250135465 |
|---|---|---|---|
| | Proceeds from Broker and Barter Exchange Transactions | | |
| 2021   1099-B*  OMB No. 1545-0715 | | (continued) | 01/20/2022 |

**SHORT TERM TRANSACTIONS FOR COVERED TAX LOTS** [Ordinary gains or losses are identified in the Additional information column] *(Lines 2 & 5)*
Report on Form 8949, Part I with Box A checked. Basis is provided to the IRS. *(Line 12)*
"Gain or loss (-)" is NOT reported to the IRS.

**1a- Description of property/CUSIP/Symbol**

| 1c- Date sold or disposed | Quantity | 1d- Proceeds & 6- Reported (G)ross or (N)et | 1b- Date acquired | 1e- Cost or other basis | 1f- Accrued mkt disc (D) & 1g- Wash sale loss disallowed (W) | Gain or loss(-) & 7- Loss not allowed (X) also not reported (Z) | Additional information |
|---|---|---|---|---|---|---|---|
| META MATERIALS INC COM / CUSIP: 59134N104 / Symbol: MMAT | | | | | | | |
| 07/21/21 | 1,000.000 | 3,709.96 | 07/15/21 | 4,107.20 | 397.24 W | 0.00 | Sale |
| 07/22/21 | 1,500.000 | 5,355.84 | 07/21/21 | 6,562.24 | 1,206.40 W | 0.00 | Sale |
| 07/23/21 | 1,250.000 | 4,243.58 | 07/22/21 | 5,570.43 | 1,326.85 W | 0.00 | Sale |
| 07/26/21 | 1,250.000 | 4,249.96 | 07/23/21 | 5,501.82 | 1,251.86 W | 0.00 | Sale |
| 08/04/21 | 2,000.000 | 6,221.93 | 07/30/21 | 8,449.11 | 2,227.18 W | 0.00 | Sale |
| 08/09/21 | 1,400.000 | 4,948.80 | 08/06/21 | 5,776.95 | 828.15 W | 0.00 | Sale |
| 08/10/21 | 1,495.000 | 5,453.08 | Various | 6,721.76 | 1,268.68 W | 0.00 | Total of 3 transactions |
| 08/18/21 | 1,490.000 | 4,566.35 | Various | 5,962.27 | 250.09 W | -1,145.83 | Sale |
| 08/25/21 | 72.000 | 264.23 | 08/24/21 | 251.27 | ... | 12.96 | Sale |
| 09/08/21 | 235.000 | 1,233.73 | Various | 1,397.41 | 200.66 W | 36.98 | Sale |
| 09/09/21 | 250.000 | 1,317.46 | 09/08/21 | 1,420.31 | 45.00 W | -57.85 | Sale |
| 09/14/21 | 250.000 | 1,309.99 | 09/10/21 | 1,545.61 | ... | -235.62 | Sale |
| 09/30/21 | 285.000 | 1,595.96 | 09/29/21 | 2,045.44 | 169.67 W | -279.81 | Sale |
| 10/27/21 | 100.000 | 434.30 | 10/27/21 | 612.67 | ... | -178.37 | Sale |
| | Security total: | 44,905.17 | | 55,924.49 | 9,171.78 W | -1,847 54 | |
| META MATERIALS INC PFD SER A *CLBL / CUSIP: 59134N203 / Symbol: MMTLP | | | | | | | |
| 10/14/21 | 500.000 | 692.99 | 10/11/21 | 1,256.95 | 563.96 W | 0.00 | Sale |
| 10/25/21 | 700.000 | 776.97 | 10/21/21 | 1,592.91 | ... | -815.94 | Sale |
| 12/28/21 | 75.000 | 89.42 | Various | 106.15 | 0.58 W | -16.15 | Sale |
| | Security total: | 1,559.38 | | 2,956.01 | 564.54 W | -832.09 | |
| MODERNA INC COM / CUSIP: 60770K107 / Symbol: MRNA | | | | | | | |
| 07/21/21 | 65.000 | 19,985.55 | Various | 20,776.79 | 791.24 W | 0.00 | Total of 2 transactions |
| 08/06/21 | 20.000 | 8,018.36 | 08/05/21 | 8,374.20 | ... | -355.84 | Sale |
| 08/11/21 | 10.000 | 4,439.98 | 08/10/21 | 4,802.34 | ... | -362.36 | Sale |
| 08/16/21 | 10.000 | 3,715.68 | 08/12/21 | 4,166.33 | 135.20 W | -315.45 | Sale |
| 09/15/21 | 3.000 | 1,301.00 | 09/14/21 | 1,401.80 | ... | -100.80 | Sale |
| | Security total: | 37,460.57 | | 39,521.46 | 926.44 W | -1,134.45 | |
| NEUROMETRIX INC COM / CUSIP: 641255807 / Symbol: NURO | | | | | | | |
| 07/23/21 | 25.000 | 478.75 | 07/22/21 | 598.00 | ... | -119.25 | Sale |

* This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. Remember, taxpayers are ultimately responsible for the accuracy of their tax return(s).