NVB 3001 (Effective 1/21)

## UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA

**PROOF OF INTEREST**

| Name of Debtor ~~CHARLES PALACIO~~ Meta Materials | Case Number 24-50792- |
|---|---|

**1. Name and address of holder of the Equity Interest** (the person or entity holding an Equity Interest in the Debtor Referred to hereinafter as the Interest holder )

CHARLES PALACIO
876 SOUTH HAKAU PLACE
LAHAINA, HI 96761

Telephone Number
808-868-6774

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest Attach copy of statement giving particulars

☒ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors

**RECEIVED AND FILED**

**DEC -9 2024**

**U S BANKRUPTCY COURT**
**MARY A. SCHOTT, CLERK**

NOTE This form SHOULD NOT be used to make a claim against the Debtor for money owed A separate Proof of Claim form should be used for that purpose This form should only be used to assert an Equity Interest in the Debtor An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership or (c) warrant or right other than a right to convert to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein

**COURT USE ONLY**

| Account or other number by which Interest holder identifies Debtor | Check here if this claim ☐ replaces a previously filed Proof of Interest dated _____ ☐ amends a previously filed Proof of Interest dated _____ |
|---|---|

**2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest**

CHARLES SCWAB , TD   OMAHA OPERATIONS
                      PO BOX 2339
Telephone Number
800-435-4000        OMAHA, NE 68103

**3. Date Equity Interest was acquired**
12/5/20 - 12/5/24

**4. Total amount of member interest** 10,140

**5. Certificate number(s)** SEE ATTACHED FORMS

**6. Type of Equity Interest**
Please indicate the type of Equity Interest you hold
☒ Check this box if your Equity Interest is based on an actual member interest held in the Debtor
☐ Check this box if your Equity Interest is based on anything else and describe that interest
Description INVESTOR

**7. Supporting Documents** Attach copies of supporting documents such as stock certificates option agreements warrants etc
DO NOT SEND ORIGINAL DOCUMENTS If the documents are not available explain If the documents are voluminous attach a summary

**8. Date Stamped Copy** To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped self addressed envelope and copy of this Proof of Interest

**9 Signature**
Check the appropriate box
☒ I am the creditor  ☐ I am the creditor s authorized agent (Attach copy of power of attorney if any )  ☐ I am the trustee or the debtor or their authorized agent (See Bankruptcy Rule 3004 )  ☐ I am a guarantor surety endorser or other codebtor (See Bankruptcy Rule 3005 )

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge information and reasonable belief

Print Name CHARLES PALACIO
Title
Company __ Address and telephone number (if different from notice address above)

(Signature)     -11-6-24
                (Date)

Telephone number 808-868-6774  email CHARLIE@HUUGGLUU.COM

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both 18 U S C §§ 152 AND 3571*





| BROKER | ACCOUNT NUMBER | MONEY LOST | NUMBER OF SHARES |
|--------|----------------|------------|------------------|
| Charles Scwab | 253935429 | $9,669 | 10140 |

8:59    ull LTE 🔋

‹    **December 10, 2022**    Edit    ⋯
9:48 PM

<span style="background:red">Markets closed</span>

| DJIA | S&P 500 | NASDAQ |
|---|---|---|
| 33,476.46 | 3,934.37 | 11,004.61 |
| 0.00 (0.00%) | 0.00 (0.00%) | -0.00 (-0.00%) |



›

⌄ **Balances**    ›

Account value / Today's net change

# $72,648.13
## $0.00 (0.00%)

👁 Show balance history

⌄ **Positions**    ›    ⚙

| Custom Columns | | Compact View | | |
|---|---|---|---|---|
| Symbol ▲ | Gain $ | Gain % | Cost Per Share | Last |
| **MMAT** 10,140 | 405.70 | 2.89% | 1.3799 | 1.37 |
| **MMTLP** 20,115 | 25,055.44 | 75.51% | 1.6493 | 2.89 |

⌄ **Positions News**    ›    ⚙

Thinking about buying stock in Prometheus



⬆    ♡    ⓘ    🗑

**Transaction History for Individual    725**

### Transactions found from 12/05/2020 to 12/05/2024

| Date ▼ | Action | Symbol / Description | Quantity | Price | Fees & Comm | Amount |
|---|---|---|---|---|---|---|
| 08/09/2024 | Sell | MMAT META MATLS INC | 331 | $1 16 | $0 06 | $383 91 |
| 01/29/2024 | Reverse Split | MMAT META MATLS INC | 331 | | | |
| 11/08/2023 | Buy | MMAT META MATLS INC | 8,000 | $0 105 | | -$840 00 |
| 11/06/2023 | Buy | MMAT META MATLS INC | 25,000 | $0 1098 | | -$2,745 00 |
| 11/06/2023 | Journaled Shares | MMAT TDA TRAN - TRANSFER OF SECURITY OR OPTION OUT (MMAT) | -62 | | | |
| 11/06/2023 | Internal Transfer | MMAT META MATLS INC | 62 | | | |
| 10/20/2023 | Sell | MMAT TDA TRAN - Sold 23500 (MMAT) @0 1521 | 23,500 | $0 1521 | $3 44 | $3,570 91 |
| 04/14/2023 | Buy | MMAT TDA TRAN - Bought   500 (MMAT) @0 2326 | 500 | $0 2326 | | -$116 30 |

| Date ▼ | Action | Symbol / Description | Quantity | Price | Fees & Comm | Amount |
|---|---|---|---|---|---|---|
| 04/14/2023 | Buy | MMAT<br>TDA TRAN -<br>Bought 3000<br>(MMAT)<br>@0 2326 | 3,000 | $0 2326 | | -$697 80 |
| 04/06/2023 | Buy | MMAT<br>TDA TRAN -<br>Bought 20000<br>(MMAT)<br>@0 4267 | 20,000 | $0 4267 | | -$8,534 00 |
| 04/04/2023 | Sell | MMAT<br>TDA TRAN -<br>Sold 11478<br>(MMAT)<br>@0 4332 | 11,478 | $0 4332 | $1 70 | $4,970 57 |
| 04/04/2023 | Sell | MMAT<br>TDA TRAN -<br>Sold 8500<br>(MMAT)<br>@0 4264 | 8,500 | $0 4264 | $1 26 | $3,623 14 |
| 04/03/2023 | Buy | MMAT<br>TDA TRAN -<br>Bought 10000<br>(MMAT)<br>@0 4869 | 10,000 | $0 4869 | | -$4,869 00 |
| 04/03/2023 | Buy | MMAT<br>TDA TRAN -<br>Bought 1000<br>(MMAT)<br>@0 5087 | 1,000 | $0 5087 | | -$508 70 |
| 04/03/2023 | Buy | MMAT<br>TDA TRAN -<br>Bought   900<br>(MMAT)<br>@0 5099 | 900 | $0 5099 | | -$458 91 |
| 04/03/2023 | Buy | MMAT | 8,100 | $0 51 | | -$4,131 00 |

| Date ▼ | Action | Symbol / Description | Quantity | Price | Fees & Comm | Amount |
|---|---|---|---|---|---|---|
| | | TDA TRAN - Bought 8100 (MMAT) @0 5100 | | | | |
| 01/30/2023 | Sell | MMAT TDA TRAN - Sold 10000 (MMAT) @0 9665 | 10,000 | $0 9665 | $1 67 | $9,663 33 |
| 01/20/2023 | Buy | MMAT TDA TRAN - Bought 10000 (MMAT) @1 0500 | 10,000 | $1 05 | | -$10,500 00 |
| 12/14/2022 | Sell | MMAT TDA TRAN - Sold 10100 (MMAT) @1 3501 | 10,100 | $1 3501 | $1 62 | $13,634 39 |
| 11/11/2022 | Buy | MMAT TDA TRAN - Bought 6000 (MMAT) @1 2800 | 6,000 | $1 28 | | -$7,680 00 |
| 11/10/2022 | Sell | MMAT TDA TRAN - Sold 6000 (MMAT) @1 2801 | 6,000 | $1 2801 | $0 96 | $7,679 64 |
| 11/07/2022 | Buy | MMAT TDA TRAN - Bought 4860 (MMAT) @1 4397 | 4,860 | $1 4397 | | -$6,996 94 |
| 11/07/2022 | Buy | MMAT | 1,080 | $1 50 | | -$1,620 00 |

| Date ▼ | Action | Symbol / Description | Quantity | Price | Fees & Comm | Amount |
|---|---|---|---|---|---|---|
| | | TDA TRAN -<br>Bought 1080<br>(MMAT)<br>@1 5000 | | | | |
| 10/19/2022 | Buy | MMAT<br>TDA TRAN -<br>Bought 4200<br>(MMAT)<br>@0 8143 | 4,200 | $0 8143 | | -$3,420 06 |
| 10/13/2022 | Sell | MMAT<br>TDA TRAN -<br>Sold 3600<br>(MMAT)<br>@0 9374 | 3,600 | $0 9374 | $0 55 | $3,374 09 |
| 10/12/2022 | Buy | MMAT<br>TDA TRAN -<br>Bought 3600<br>(MMAT)<br>@0 8139 | 3,600 | $0 8139 | | -$2,930 04 |
| 07/26/2022 | Sell | MMAT<br>TDA TRAN -<br>Sold 1000<br>(MMAT)<br>@0 8922 | 1,000 | $0 8922 | $0 15 | $892 05 |
| 07/20/2022 | Buy | MMAT<br>TDA TRAN -<br>Bought 1000<br>(MMAT)<br>@0 9799 | 1,000 | $0 9799 | | -$979 90 |
| 07/08/2022 | Sell | MMAT<br>TDA TRAN -<br>Sold 1072<br>(MMAT)<br>@1 0401 | 1,072 | $1 0401 | $0 17 | $1,114 82 |
| 05/16/2022 | Buy | MMAT | 70 | $1 42 | | -$99 40 |

| Date ▼ | Action | Symbol / Description | Quantity | Price | Fees & Comm | Amount |
|---|---|---|---|---|---|---|
| | | TDA TRAN - Bought 70 (MMAT) @1 4200 | | | | |
| 05/13/2022 | Buy | MMAT TDA TRAN - Bought 500 (MMAT) @1 4100 | 500 | $1 41 | | -$705 00 |
| 05/13/2022 | Buy | MMAT TDA TRAN - Bought 500 (MMAT) @1 3799 | 500 | $1 3799 | | -$689 95 |
| 03/02/2022 | Sell | MMAT TDA TRAN - Sold 10 (MMAT) @1 7101 | 10 | $1 7101 | | $17 10 |
| 03/02/2022 | Sell | MMAT TDA TRAN - Sold 988 (MMAT) @1 7101 | 988 | $1 7101 | $0 13 | $1,689 45 |
| 02/22/2022 | Buy | MMAT TDA TRAN - Bought 1000 (MMAT) @1 7599 | 1,000 | $1 7599 | | -$1,759 90 |

Page Total  **-$9,668 50**

Intra-day transactions are subject to change

Brokerage Account Balances are from the previous market close, but also may include new activity that will be posted to your account at after market close  Balances are subject to change

Bank sweep information can be found on your Statements  Current Balance bank sweep information can be found on the Balances page

(1123-3U5Y  0924-CLCV)

**Brokerage Products  Not FDIC Insured • No Bank Guarantee • May Lose
Value**

Account    725
Today's Date  12 47 PM ET, 12/05/2024

The Charles Schwab Corporation provides a full range of brokerage  banking and
financial advisory services through its operating subsidiaries  Its broker-dealer
subsidiary  Charles Schwab & Co  Inc  (Member SIPC)  and its affiliates offer investment
services and products  Its banking subsidiary, Charles Schwab Bank  SSB (member
FDIC and an Equal Housing Lender), provides deposit and lending services and
products  This site is designed for U S  residents  Non-U S  residents are subject to
country-specific restrictions  Learn more about our services for non-US Residents ,
Charles Schwab Hong Kong clients , Charles Schwab UK clients  © 2024 Charles
Schwab & Co , Inc  All rights reserved  Member SIPC  Unauthorized access is
prohibited  Usage will be monitored

**Transaction History for Individual    725**

### Transactions found from 12/05/2020 to 12/05/2024

| Date ▼ | Action | Symbol / Description | Quantity | Price | Fees & Comm | Amount |
|---|---|---|---|---|---|---|
| 08/09/2024 | Sell | MMAT META MATLS INC | 331 | $1 16 | $0 06 | $383 91 |
| 01/29/2024 | Reverse Split | MMAT META MATLS INC | 331 | | | |
| 11/08/2023 | Buy | MMAT META MATLS INC | 8,000 | $0 105 | | -$840 00 |
| 11/06/2023 | Buy | MMAT META MATLS INC | 25,000 | $0 1098 | | -$2,745 00 |
| 11/06/2023 | Journaled Shares | MMAT TDA TRAN - TRANSFER OF SECURITY OR OPTION OUT (MMAT) | -62 | | | |
| 11/06/2023 | Internal Transfer | MMAT META MATLS INC | 62 | | | |
| 10/20/2023 | Sell | MMAT TDA TRAN - Sold 23500 (MMAT) @0 1521 | 23,500 | $0 1521 | $3 44 | $3,570 91 |
| 04/14/2023 | Buy | MMAT TDA TRAN - Bought   500 (MMAT) @0 2326 | 500 | $0 2326 | | -$116 30 |

| Date ▼ | Action | Symbol / Description | Quantity | Price | Fees & Comm | Amount |
|--------|--------|---------------------|----------|-------|-------------|--------|
| 04/14/2023 | Buy | MMAT<br>TDA TRAN -<br>Bought 3000<br>(MMAT)<br>@0 2326 | 3,000 | $0 2326 | | -$697 80 |
| 04/06/2023 | Buy | MMAT<br>TDA TRAN -<br>Bought 20000<br>(MMAT)<br>@4267 | 20,000 | $0 4267 | | -$8,534 00 |
| 04/04/2023 | Sell | MMAT<br>TDA TRAN -<br>Sold 11478<br>(MMAT)<br>@0 4332 | 11,478 | $0 4332 | $1 70 | $4,970 57 |
| 04/04/2023 | Sell | MMAT<br>TDA TRAN -<br>Sold 8500<br>(MMAT)<br>@0 4264 | 8,500 | $0 4264 | $1 26 | $3,623 14 |
| 04/03/2023 | Buy | MMAT<br>TDA TRAN -<br>Bought 10000<br>(MMAT)<br>@0 4869 | 10,000 | $0 4869 | | -$4,869 00 |
| 04/03/2023 | Buy | MMAT<br>TDA TRAN -<br>Bought 1000<br>(MMAT)<br>@0 5087 | 1,000 | $0 5087 | | -$508 70 |
| 04/03/2023 | Buy | MMAT<br>TDA TRAN -<br>Bought   900<br>(MMAT)<br>@0 5099 | 900 | $0 5099 | | -$458 91 |
| 04/03/2023 | Buy | MMAT | 8,100 | $0 51 | | -$4,131 00 |

| Date ▾ | Action | Symbol / Description | Quantity | Price | Fees & Comm | Amount |
|---|---|---|---|---|---|---|
| | | TDA TRAN - Bought 8100 (MMAT) @0 5100 | | | | |
| 01/30/2023 | Sell | MMAT TDA TRAN - Sold 10000 (MMAT) @0 9665 | 10,000 | $0 9665 | $1 67 | $9,663 33 |
| 01/20/2023 | Buy | MMAT TDA TRAN - Bought 10000 (MMAT) @1 0500 | 10,000 | $1 05 | | -$10,500 00 |
| 12/14/2022 | Sell | MMAT TDA TRAN - Sold 10100 (MMAT) @1 3501 | 10,100 | $1 3501 | $1 62 | $13,634 39 |
| 11/11/2022 | Buy | MMAT TDA TRAN - Bought 6000 (MMAT) @1 2800 | 6,000 | $1 28 | | -$7,680 00 |
| 11/10/2022 | Sell | MMAT TDA TRAN - Sold 6000 (MMAT) @1 2801 | 6,000 | $1 2801 | $0 96 | $7,679 64 |
| 11/07/2022 | Buy | MMAT TDA TRAN - Bought 4860 (MMAT) @1 4397 | 4,860 | $1 4397 | | -$6,996 94 |
| 11/07/2022 | Buy | MMAT | 1,080 | $1 50 | | -$1,620 00 |

| Date ▼ | Action | Symbol / Description | Quantity | Price | Fees & Comm | Amount |
|--------|--------|----------------------|----------|-------|-------------|--------|
| | | TDA TRAN -<br>Bought 1080<br>(MMAT)<br>@1 5000 | | | | |
| 10/19/2022 | Buy | MMAT<br>TDA TRAN -<br>Bought 4200<br>(MMAT)<br>@0 8143 | 4,200 | $0 8143 | | -$3,420 06 |
| 10/13/2022 | Sell | MMAT<br>TDA TRAN -<br>Sold 3600<br>(MMAT)<br>@0 9374 | 3,600 | $0 9374 | $0 55 | $3,374 09 |
| 10/12/2022 | Buy | MMAT<br>TDA TRAN -<br>Bought 3600<br>(MMAT)<br>@0 8139 | 3,600 | $0 8139 | | -$2,930 04 |
| 07/26/2022 | Sell | MMAT<br>TDA TRAN -<br>Sold 1000<br>(MMAT)<br>@0 8922 | 1,000 | $0 8922 | $0 15 | $892 05 |
| 07/20/2022 | Buy | MMAT<br>TDA TRAN -<br>Bought 1000<br>(MMAT)<br>@0 9799 | 1,000 | $0 9799 | | -$979 90 |
| 07/08/2022 | Sell | MMAT<br>TDA TRAN -<br>Sold 1072<br>(MMAT)<br>@1 0401 | 1,072 | $1 0401 | $0 17 | $1,114 82 |
| 05/16/2022 | Buy | MMAT | 70 | $1 42 | | -$99 40 |

| Date ▼ | Action | Symbol / Description | Quantity | Price | Fees & Comm | Amount |
|--------|--------|--------------------|----------|-------|-------------|--------|
| | | TDA TRAN - Bought 70 (MMAT) @1.4200 | | | | |
| 05/13/2022 | Buy | MMAT TDA TRAN - Bought ...500 (MMAT) @1.4100 | 500 | $1.41 | | -$705.00 |
| 05/13/2022 | Buy | MMAT TDA TRAN - Bought ...500 (MMAT) @1.3799 | 500 | $1.3799 | | -$689.95 |
| 03/02/2022 | Sell | MMAT TDA TRAN - Sold 10 (MMAT) @1.7101 | 10 | $1.7101 | | $17.10 |
| 03/02/2022 | Sell | MMAT TDA TRAN - Sold ...988 (MMAT) @1.7101 | 988 | $1.7101 | $0.13 | $1,689.45 |
| 02/22/2022 | Buy | MMAT TDA TRAN - Bought 1000 (MMAT) @1.7599 | 1,000 | $1.7599 | | -$1,759.90 |

Page Total: **-$9,668.50**

Intra-day transactions are subject to change.

Brokerage Account Balances are from the previous market close, but also may include new activity that will be posted to your account at after market close. Balances are subject to change.

Bank sweep information can be found on your Statements. Current Balance bank sweep information can be found on the Balances page.

(1123-3U5Y, 0924-CLCV)

**Brokerage Products  Not FDIC Insured • No Bank Guarantee ◦ May Lose Value**

Account    725
Today's Date  12 47 PM ET, 12/05/2024

The Charles Schwab Corporation provides a full range of brokerage, banking and financial advisory services through its operating subsidiaries  Its broker-dealer subsidiary, Charles Schwab & Co  Inc  (Member SIPC)  and its affiliates offer investment services and products  Its banking subsidiary, Charles Schwab Bank, SSB (member FDIC and an Equal Housing Lender), provides deposit and lending services and products  This site is designed for U S  residents  Non-U S  residents are subject to country-specific restrictions  Learn more about our services for non-US Residents Charles Schwab Hong Kong clients , Charles Schwab UK clients  © 2024 Charles Schwab & Co , Inc  All rights reserved  Member SIPC  Unauthorized access is prohibited  Usage will be monitored

Page    1 of    6

| **TD Ameritrade** Member FINRA/SIPC | **Tax Information** **Account 253935429** | **Statement Date** 01/18/2024 **Document ID** 4W18 2W4 17TA | **2023** |
|---|---|---|---|

PO BOX 2209
OMAHA NE 68103-2209
**Client Services  800-669 3900**

CHARLIE PALACIO
1596 AINAKEA RD
LAHAINA, HI 96761-1839

**PAYER'S TIN  47-0533629**

**RECIPIENT'S TIN  XXX-XX-2852**

11  [ ] FATCA filing requirement (see instructions)

## Summary Information

13  [ ] FATCA filing requirement (see instructions)

### DIVIDENDS AND DISTRIBUTIONS          2023 1099-DIV*   OMB No 1545 0110

| | |
|---|---|
| 1a- Total ordinary dividends (includes lines 1b  5  2e) | 0 00 |
| 1b- Qualified dividends | 0 00 |
| 2a- Total capital gain distributions (includes lines 2b  2c  2d 2f) | 0 00 |
| 2b- Unrecaptured Section 1250 gain | 0 00 |
| 2c- Section 1202 gain | 0 00 |
| 2d- Collectibles (28%) gain | 0 00 |
| 2e- Section 897 ordinary dividends | 0 00 |
| 2f- Section 897 capital gain | 0 00 |
| 3- Nondividend distributions | 0 00 |
| **4- Federal income tax withheld** | **0 00** |
| 5- Section 199A dividends | 0 00 |
| 6- Investment expenses | 0 00 |
| 8- Foreign country or US possession          7- Foreign tax paid | 0 00 |
| 9- Cash liquidation distributions | 0 00 |
| 10- Noncash liquidation distributions | 0 00 |
| 12- Exempt-interest dividends (includes line 13) | 0 00 |
| 13- Specified private activity bond interest dividends (AMT) | 0 00 |

### MISCELLANEOUS INFORMATION          2023 1099-MISC*   OMB No 1545-0115

| | |
|---|---|
| 2  Royalties | 0 00 |
| 3  Other income | 0 00 |
| **4- Federal income tax withheld** | **0 00** |
| 8- Substitute payments in lieu of dividends or interest | 0 00 |

### SECTION 1256 CONTRACTS          2023 1099-B*   OMB No 1545 0715

| | |
|---|---|
| 8- Profit or (loss) realized in 2023 on closed contracts | 0 00 |
| 9- Unrealized profit or (loss) on open contracts-12/31/2022 | 0 00 |
| 10- Unrealized profit or (loss) on open contracts-12/31/2023 | 0 00 |
| 11- Aggregate profit or (loss) on contracts | 0 00 |

*If applicable  proceeds from sale transactions appear summarized below and are detailed in subsequent sections of this document*

**\* This is important tax information and is being furnished to the Internal Revenue Service If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported**

## SUMMARY OF PROCEEDS, GAINS & LOSSES, ADJUSTMENTS AND WITHHOLDING

*Refer to the 1099 B and Proceeds not reported to the IRS pages to ensure that you consider all relevant items and to determine the correct gains and losses  The amounts shown below are for informational purposes*

| Term | Form 8949 type | Proceeds | Cost basis | Market discount | Wash sale loss disallowed | Net gain or loss(-) |
|---|---|---|---|---|---|---|
| Short | A (basis reported to the IRS) | 21 827 95 | 32 029 65 | 0 00 | 2 170 77 | -8 030 93 |
| Short | B (basis not reported to the IRS) | 0 00 | 0 00 | 0 00 | 0 00 | 0 00 |
| Short | C (Form 1099 B not received) | 0 00 | 0 00 | 0 00 | 0 00 | 0 00 |
| | **Total Short-term** | **21,827 95** | **32,029 65** | **0 00** | **2,170 77** | **-8,030 93** |
| Long | D (basis reported to the IRS) | 0 00 | 0 00 | 0 00 | 0 00 | 0 00 |
| Long | E (basis not reported to the IRS) | 0 00 | 0 00 | 0 00 | 0 00 | 0 00 |
| Long | F (Form 1099 B not received) | 0 00 | 0 00 | 0 00 | 0 00 | 0 00 |
| | **Total Long-term** | **0 00** | **0 00** | **0 00** | **0 00** | **0 00** |
| Undetermined | B or E (basis not reported to the IRS) | 0 00 | 0 00 | 0 00 | 0 00 | 0 00 |
| Undetermined | C or F (basis not reported to the IRS) | 0 00 | 0 00 | 0 00 | 0 00 | 0 00 |
| | **Total Undetermined term** | **0 00** | **0 00** | **0 00** | **0 00** | **0 00** |
| | **Grand total** | **21 827 95** | **32,029 65** | **0 00** | **2,170 77** | **8 030 93** |

| Withholding | Amount |
|---|---|
| Federal income tax withheld | 0 00 |

Changes to dividend tax classifications processed after your original tax form is issued for 2023 may require an amended tax form

| TD Ameritrade Clearing, Inc | | Account 253935429 |
|---|---|---|
| 2023 | **Summary Information**<br>(continued) | 01/18/2024 |

## INTEREST INCOME          2023 1099-INT          OMB No 1545 0112

This is important tax information and is being furnished to the Internal Revenue Service
If you are required to file a return a negligence penalty or other sanction may be
imposed on you if this income is taxable and the IRS determines that it has not been
reported

| | |
|---|---|
| 1- Interest income (not included in line 3) | 9 98 |
| 2- Early withdrawal penalty | 0 00 |
| 3- Interest on US Savings Bonds & Treasury obligations | 0 00 |
| **4- Federal income tax withheld** | **0 00** |
| 5- Investment expenses | 0 00 |
| 7- Foreign country or US possession     6  Foreign tax paid | 0 00 |
| 8- Tax-exempt interest (includes line 9) | 0 00 |
| 9- Specified private activity bond interest (AMT) | 0 00 |
| 10- Market discount (covered lots) | 0 00 |
| 11- Bond premium (covered lots) | 0 00 |
| 12- Bond premium on Treasury obligations (covered lots) | 0 00 |
| 13- Bond premium on tax exempt bonds (categorized below) | 0 00 |
| *Tax-exempt obligations (covered lots)* | 0 00 |
| *Tax exempt private activity obligations (AMT covered lots)* | 0 00 |
| 14- Tax-exempt and tax credit bond CUSIP number | See detail |
| FATCA filing requirement [ ] | |

*The following amounts are not reported to the IRS They are presented here for your reference
when preparing your income tax return(s)*

| | |
|---|---|
| Taxable accrued interest paid | 0 00 |
| Taxable accrued Treasury interest paid | 0 00 |
| Tax-exempt accrued interest paid | 0 00 |
| Tax-exempt accrued interest paid (AMT) | 0 00 |
| Taxable accrued nonqualified interest paid | 0 00 |
| Tax-exempt accrued nonqualified interest paid | 0 00 |
| Tax-exempt accrued nonqualified interest paid (AMT) | 0 00 |
| Nonqualified interest | 0 00 |
| Tax-exempt nonqualified interest | 0 00 |
| Tax-exempt nonqualified interest  (AMT) | 0 00 |
| Interest shortfall on contingent payment debt | 0 00 |
| Bond premium- Non Treasury obligations (noncovered lots) | 0 00 |
| Bond premium- Treasury obligations (noncovered lots) | 0 00 |
| Bond premium- Tax exempt obligations (noncovered lots) | 0 00 |
| Bond premium- Tax exempt obligations (AMT  noncovered lots) | 0 00 |
| Market discount (noncovered lots) | 0 00 |

## STATE TAX WITHHELD

*Use the details of the State Tax Withholding page(s) to determine the appropriate amounts for
your income tax return(s)  The amounts shown in this section are for your reference*

| | |
|---|---|
| 1099-DIV total withheld | 0 00 |
| 1099 INT total withheld | 0 00 |
| 1099-OID total withheld | 0 00 |
| 1099 MISC total withheld | 0 00 |
| 1099 B total withheld | 0 00 |

## ORIGINAL ISSUE DISCOUNT AND ADJUSTMENTS

*Use bond-by-bond details from the Form 1099-OID page(s) to determine amounts of
Original Issue Discount income for your income tax return(s)  The amounts shown in this
section are for your reference when preparing your income tax return(s)*

| | |
|---|---|
| Original issue discount for the year | 0 00 |
| Acquisition premium (covered lots) | 0 00 |
| Acquisition premium (noncovered lots) | 0 00 |
| Original issue discount on Treasury obligations | 0 00 |
| Acquisition premium  Treasury obligations (covered lots) | 0 00 |
| Acquisition premium  Treasury obligations (noncovered lots) | 0 00 |
| Tax-exempt OID | 0 00 |
| Tax-exempt OID (lots not reported) | 0 00 |
| Acquisition premium (covered) | 0 00 |
| Acquisition premium (lots not reported) | 0 00 |
| Tax-exempt OID on private activity bonds | 0 00 |
| Tax-exempt OID on private activity bonds (lots not reported) | 0 00 |
| Acquisition premium (AMT  covered) | 0 00 |
| Acquisition premium (AMT  lots not reported) | 0 00 |
| Market discount (all lots) | 0 00 |
| Early withdrawal penalty | 0 00 |
| Investment expenses | 0 00 |

## RECONCILIATIONS, FEES, EXPENSES AND EXPENDITURES

*The amounts in this section are not reported to the IRS  They are presented here for your
reference when preparing your income tax return(s)*

| | |
|---|---|
| Other Receipts & Reconciliations- Partnership distributions | 0 00 |
| Other Receipts & Reconciliations- Foreign tax paid- partnership | 0 00 |
| Other Receipts & Reconciliations- Return of principal | 0 00 |
| Other Receipts & Reconciliations- Deferred income payment | 0 00 |
| Other Receipts & Reconciliations- Deemed premium | 0 00 |
| Other Receipts & Reconciliations- Income accrual  UIT | 0 00 |
| Other Receipts & Reconciliations- Basis adjustments | 0 00 |
| Other Receipts & Reconciliations- Foreign tax pd beyond treaty | 0 00 |
| Fees & Expenses- Margin interest | 0 00 |
| Fees & Expenses- Dividends paid on short position | 0 00 |
| Fees & Expenses- Interest paid on short position | 0 00 |
| Fees & Expenses- Non reportable distribution expense | 0 00 |
| Fees & Expenses- Other expenses | 0 00 |
| Fees & Expenses- Severance tax | 0 00 |
| Fees & Expenses- Organizational expense | 0 00 |
| Fees & Expenses- Miscellaneous fees | 0 00 |
| Fees & Expenses- Tax exempt investment expense | 0 00 |
| Foreign Exchange Gains & Losses- Foreign currency gain/loss | 0 00 |

TD Ameritrade Clearing, Inc

**Proceeds from Broker and Barter Exchange Transactions**

Account  253935429

2023    1099-B    OMB No 1545 0715

01/18/2024

*Sales transactions are grouped by their term (long  short or undetermined) and covered status (covered or noncovered)  For tax lots whose term is undetermined use your historical documents to establish the cost basis and date of purchase  Tax lots with an additional notation of  Ordinary  represent neither short nor long-term capital transactions  You may wish to consult with your tax advisor  the IRS or your state tax authority regarding the proper treatment*

*Closing of written options is presented in a distinct manner in accordance with IRS regulation  For these transactions the Cost or other basis (column 1e) is always presented as $0 00 and the Proceeds (column 1d) is the net of proceeds received when the option was written and the cost to close the position*

*Several column headings describe two related items  a quantity and a qualifier  For example  proceeds and  if the sale is the result of an option exercise or assignment  whether the proceeds are gross or net (adjusted for any option premium)  When these conditions exist  the qualifier is shown to the right of the amount*

*Long positions are reported based on the trade date and short positions are reported based on the settlement date of the trade*

FATCA filing requirement [ ]

**SHORT TERM TRANSACTIONS FOR COVERED TAX LOTS [Ordinary gains or losses are identified in the Additional information column]** *(Lines 2 & 5)*
Report on Form 8949  Part I with Box A checked  Basis is provided to the IRS  *(Line 12)*
Gain or loss (-)  is NOT reported to the IRS

1a- Description of property/CUSIP/Symbol

| 1c- Date sold or disposed | Quantity | 1d- Proceeds & 6- Reported (G)ross or (N)et | 1b- Date acquired | 1e- Cost or other basis | 1f- Accrued mkt disc (D) & 1g- Wash sale loss disallowed (W) | Gain or loss(-) & 7- Loss not allowed (X) also not reported (Z) | Additional information |
|---|---|---|---|---|---|---|---|
| META MATERIALS INC COM / CUSIP  59134N104 / Symbol  MMAT | | | | | | | |
| 01/30/23 | 10 000 000 | 9 663 33 | Various | 10 515 59 | 18 94 W | -833 32 | Sale |
| 04/04/23 | 19 978 000 | 8 593 71 | Various | 10 745 54 | 2 151 83 W | 0 00 | Total of 2 transactions |
| 10/20/23 | 23 500 000 | 3 570 91 | Various | 10 768 52 | | -7 197 61 | Sale |
| | Security total | 21,827 95 | | 32,029 65 | 2,170 77 W | -8,030 93 | |
| Totals | | 21,827 95 | | 32,029 65 | 2,170 77 W | -8,030 93 | |

* This is important tax information and is being furnished to the Internal Revenue Service  If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported  Remember, taxpayers are ultimately responsible for the accuracy of their tax return(s)

| TD Ameritrade Clearing, Inc. | Account 253935429 |
|---|---|
| **Detail for Interest Income** | |
| 2023 | 01/18/2024 |

*This section of your tax information statement contains the payment level detail of taxable interest and associated bond premium  Market discount will be shown here only if you have elected to recognize it currently rather than at the time of sale or maturity  Bond premium and market discount for covered tax lots are totaled on Form 1099 INT and reported to the IRS  For noncovered tax lots they are totaled in the Adjustments to Interest and Original Issue Discount and are not reported to the IRS*

*To provide a complete picture of activity for each investment  we also include here nonreportable transactions such as accrued interest paid on purchases and payment or receipt of nonqualified interest  Other amounts  such as federal  state and foreign tax withheld and investment expenses are shown as negative amounts but do not net against the reportable income totals*

| Security description | CUSIP and/or symbol | Date | Amount | Transaction type | Notes |
|---|---|---|---|---|---|
| Interest Credited | | 01/31/23 | 2 47 | Credit interest | |
| | | 02/28/23 | 2 89 | Credit interest | |
| | | 03/31/23 | 3 19 | Credit interest | |
| | | 04/28/23 | 0 93 | Credit interest | |
| | | 05/31/23 | 0 01 | Credit interest | |
| | | 06/30/23 | 0 01 | Credit interest | |
| | | 07/31/23 | 0 01 | Credit interest | |
| | | 08/31/23 | 0 01 | Credit interest | |
| | | 09/29/23 | 0 01 | Credit interest | |
| | | 10/31/23 | 0 28 | Credit interest | |
| | | 11/30/23 | 0 17 | Credit interest | |
| | | | 9 98 | Total Interest | |
| | | | **9 98** | **Total Interest** | |

**Common Instructions for Recipient**

**Recipient's taxpayer identification number (TIN)**  For your protection this form may show only the last four digits of your TIN (social security number (SSN) individual taxpayer identification number (ITIN) adoption taxpayer identification number (ATIN) or employer identification number (EIN)) However the issuer has reported your complete TIN to the IRS

**Account number**  May show an account or other unique number the payer assigned to distinguish your account

**Backup Withholding**  Shows backup withholding  Generally a payer must backup withhold if you did not furnish your taxpayer identification number  See Form W 9 and Pub 505 for more information  Report this amount on your income tax return as tax withheld

**Nominees**  If this 1099 form includes amounts belonging to another person you are considered a nominee recipient  You must file as the payer the respective Form 1099 (DIV INT or OID) Copy A (with a Form 1096) to the IRS for each of the other owners as recipient(s) to show their allocable share of the income and you must furnish this respective Copy B Form(s) and amounts to each owner  A spouse is not required to file a nominee return to show amounts owned by the other spouse  See the General Instructions for Certain Information Returns

**FATCA filing requirement**  If the FATCA filing requirement box is checked the payer is reporting on Form 1099 to satisfy its chapter 4 account reporting requirement  You also may have a filing requirement  See the Instructions for Form 8938

**Keep tax documents for your records**

**1099 INT Instructions for Recipient**

The information provided may be different for covered and noncovered securities  For a description of covered securities see the Instructions for Form 8949  For a taxable covered security acquired at a premium unless you notified the payer in writing in accordance with Regulations section 1 6045 1(n)(5) that you did not want to amortize the premium under section 171 or for a tax-exempt covered security acquired at a premium your payer generally must report either (1) a net amount of interest that reflects the offset of the amount of interest paid to you by the amount of premium amortization allocable to the payment(s) or (2) a gross amount for both the interest paid to you and the premium amortization allocable to the payment(s) If you did notify your payer that you did not want to amortize the premium on a taxable covered security then your payer will only report the gross amount of interest paid to you  For a noncovered security acquired at a premium your payer is only required to report the gross amount of interest paid to you

**Line 1**  Shows taxable interest paid to you during the calendar year by the payer  This does not include interest shown in line 3  May also show the total amount of the credits from clean renewable energy bonds  new clean renewable energy bonds  qualified energy conservation bonds  qualified zone academy bonds  qualified school construction bonds  and build America bonds that must be included in your interest income  These amounts were treated as paid to you during the calendar year on the credit allowance dates (March 15 June 15 September 15 and December 15)  For more information  see Form 8912  See the instructions above for a taxable covered security acquired at a premium

**Line 2**  Shows interest or principal forfeited because of early withdrawal of time savings  You may deduct this amount to figure your adjusted gross income on your income tax return  See the Instructions for Form 1040 to see where to take the deduction

**Line 3**  Shows interest on U S Savings Bonds Treasury bills Treasury notes  and Treasury notes  This may or may not all be taxable  See Pub 550  This interest is exempt from state and local income taxes  This interest is not included in line 1  See the instructions above for a taxable covered security acquired at a premium

**Line 4**  Shows backup withholding  Generally a payer must backup withhold if you did not furnish your TIN or you did not furnish the correct TIN to the payer  See Form W 9  Include this amount on your income tax return as tax withheld

**Line 5**  Any amount shown is your share of investment expenses of a singleclass REMIC  This amount is included in line 1  Note  This amount is not deductible

**Line 6**  Shows foreign tax paid  You may be able to claim this tax as a deduction or a credit on your Form 1040 or 1040-SR  See your tax return instructions

**Line 7**  Shows the country or U S possession to which the foreign tax was paid

**Line 8**  Shows tax exempt interest paid to you during the calendar year by the payer  See how to report this amount in the Instructions for Forms 1040  This amount may be subject to backup withholding  See Line 4 above  See the instructions above for a tax exempt covered security acquired at a premium

**Line 9**  Shows tax exempt interest subject to the alternative minimum tax  This amount is included in line 8  See the Instructions for Form 6251  See the instructions above for a tax exempt covered security acquired at a premium

**Line 10**  For a taxable or tax exempt covered security if you made an election under section 1278(b) to include market discount in income as it accrues and you notified your payer of the election in writing in accordance with Regulations section 1 6045 1(n)(5)

**Instructions for Recipient**

shows the market discount that accrued on the debt instrument during the year while held by you unless it was reported on Form 1099 OID  For a taxable or tax-exempt covered security acquired on or after January 1 2015 accrued market discount will be calculated on a constant yield basis unless you notified your payer in writing in accordance with Regulations section 1 6045 1(n)(5) that you did not want to make a constant yield election for market discount under section 1276(b)  Report the accrued market discount on your income tax return as directed in the Instructions for Forms 1040  Market discount on a tax exempt security is includible in taxable income as interest income

**Line 11**  For a taxable covered security (other than a U S Treasury obligation)  shows the amount of premium amortization allocable to the interest payment(s)  unless you notified the payer in writing in accordance with Regulations section 1 6045 1(n)(5) that you did not want to amortize bond premium under section 171  If an amount is reported in this line  see the Instructions for Schedule B (Form 1040 or 1040 SR) to determine the net amount of interest includible in income on Form 1040 with respect to the security  If an amount is not reported in this line for a taxable covered security acquired at a premium and the payer is reporting premium amortization the payer has reported a net amount of interest in line 1  If the amount in line 11 is greater than the amount of interest paid on the covered security see Regulations section 1 171 2(a)(4)

**Line 12**  For a U S Treasury obligation that is a covered security  shows the amount of premium amortization allocable to the interest payment(s)  unless you notified the payer in writing in accordance with Regulations section 1 6045 1(n)(5) that you did not want to amortize bond premium under section 171  If an amount is reported in this line  see the Instructions for Schedule B (Form 1040 or 1040 SR) to determine the net amount of interest includible in income on Form 1040 or 1040 SR with respect to the U S Treasury obligation  If an amount is not reported in this line for a U S Treasury obligation that is a covered security acquired at a premium and the payer is reporting premium amortization the payer has reported a net amount of interest in line 3  If the amount in line 12 is greater than the amount of interest paid on the U S Treasury obligation  see Regulations section 1 171 2(a)(4)

**Line 13**  For a tax-exempt covered security  shows the amount of premium amortization allocable to the interest payment(s)  If an amount is reported in this line  see Pub 550 to determine the net amount of tax exempt interest reportable on Form 1040 or 1040 SR  If an amount is not reported in this line for a tax exempt covered security acquired at a premium  the payer has reported a net amount of interest in line 8 or 9  whichever is applicable  If the amount in line 13 is greater than the amount of interest paid on the tax-exempt covered security  the excess is a nondeductible loss  See Regulations section 1 171 2(a)(4)(ii)

**Line 14**  Shows CUSIP number(s) for tax-exempt bond(s) on which tax exempt interest was paid  or tax credit bond(s) on which taxable interest was paid or tax credit was allowed  to you during the calendar year  If blank  no CUSIP number was issued for the bond(s)

**Lines 15 17**  State tax withheld reporting lines

**Future developments**  For the latest information about developments related to Form 1099 INT and its instructions  such as legislation enacted after they were published go to www.irs.gov/Form1099INT

**Free File**  Go to www.irs.gov/FreeFile to see if you qualify for no-cost online federal tax preparation  e filing  and direct deposit or payment options

**1099 B Instructions for Recipient**

Brokers and barter exchanges must report proceeds from (and in some cases basis for) transactions to you and the IRS on Form 1099 B  Reporting is also required when your broker knows or has reason to know that a corporation in which you own stock has had a reportable change in control or capital structure  You may be required to recognize gain from the receipt of cash  stock  or other property that was exchanged for the corporation s stock  If your broker reported this type of transaction to you  the corporation is identified in box 1a

**CUSIP number**  Shows the CUSIP (Committee on Uniform Security Identification Procedures) number or other applicable identifying number

**Applicable checkbox on Form 8949**  Indicates where to report this transaction on Form 8949 and Schedule D (Form 1040 or 1040 SR) and which checkbox is applicable  See the instructions for your Schedule D (Form 1040 or 1040 SR) and/or Form 8949

**Line 1a**  Shows a brief description of the item or service for which amounts are being reported  For regulated futures contracts and forward contracts  RFC or other appropriate description may be shown  For Section 1256 option contracts  Section 1256 option  or other appropriate description may be shown  For a corporation that had a reportable change in control or capital structure  this box may show the class of stock as C (common) P (preferred)  or O (other)

**Line 1b**  This box may be blank if box 5 is checked or if the securities sold were acquired on a variety of dates  For short sales  the date shown is the date you acquired the security delivered to close the short sale

**Line 1c**  Shows the trade date of the sale or exchange  For short sales  the date shown is the date the security was delivered to close the short sale  For aggregate reporting in boxes 8 through 11  no entry will be present

**Line 1d**  Shows the cash proceeds  reduced by any commissions or transfer taxes related to the sale  for transactions involving stocks  debt  commodities  forward contracts  non Section 1256 option contracts  or securities futures contracts  May show the proceeds from the disposition of your interest(s) in a widely held fixed investment trust  May also show the aggregate amount of cash and the fair market value of any stock or other property received in a reportable change in control or capital structure arising from the corporate transfer of property to a foreign corporation  Losses on forward contracts or non Section 1256 option contracts are shown in parentheses  This box does not include proceeds from regulated futures contracts or Section 1256 option contracts  Report this amount on Form 8949 or on Schedule D (Form 1040 or 1040-SR) (whichever is applicable) as explained in the Instructions for Schedule D (Form 1040 or 1040 SR)

**Line 1e**  Shows the cost or other basis of securities sold  If the securities were acquired through the exercise of a noncompensatory option granted or acquired on or after January 1 2014  the basis has been adjusted to reflect your option premium  If the securities were acquired through the exercise of a noncompensatory option granted or acquired before January 1 2014  your broker is permitted but not required to adjust the basis to reflect your option premium  If the securities were acquired through the exercise of a compensatory option  the basis has not been adjusted to include any amount related to the option that was reported to you on a Form W 2  If box 5 is checked  box 1e may be blank  See the Instructions for Form 8949  the Instructions for Schedule D (Form 1040 or 1040 SR)  or Pub 550 for details

**Line 1f**  Shows the amount of accrued market discount  For details on market discount see the Schedule D (Form 1040 or 1040 SR) instructions  the Instructions for Form 8949 and Pub 550  If box 5 is checked  box 1f may be blank

**Line 1g**  Shows the amount of nondeductible loss in a wash sale transaction  For details on wash sales  see the Schedule D (Form 1040 or 1040 SR) instructions  the Instructions for Form 8949 and Pub 550  If box 5 is checked  box 1g may be blank

**Line 2**  The short term and long term boxes pertain to short term gain or loss and long term gain or loss  If the  Ordinary  box is checked  your security may be subject to special rules  For example  gain on a contingent payment debt instrument subject to the noncontingent bond method generally is treated as ordinary interest income rather than as capital gain  See the Instructions for Form 8949  Pub 550  or Pub 1212 for more details on whether there are any special rules or adjustments that might apply to your security  If box 5 is checked  box 2 may be blank

**Line 3**  If checked  proceeds are from a transaction involving collectibles or from a Qualified Opportunity Fund (QOF)

**Line 4**  Shows backup withholding  Generally  a payer must backup withhold if you did not furnish your TIN to the payer  See Form W 9 for information on backup withholding  Include this amount on your income tax return as tax withheld

**Line 5**  If checked  the securities sold were noncovered securities and boxes 1b  1e  1f  1g  and 2 may be blank  Generally  a noncovered security means stock purchased before 2011  stock in most mutual funds purchased before 2012  stock purchased in or transferred to a dividend reinvestment plan before 2012  debt acquired before 2014  options granted or acquired before 2014  and securities futures contracts entered into before 2014

**Line 6**  If the exercise of a noncompensatory option resulted in a sale of a security  a checked  net proceeds  box indicates whether the amount in box 1d was adjusted for option premium

**Line 7**  If checked  you cannot take a loss on your tax return based on gross proceeds from a reportable change in control or capital structure reported in box 1d  See the Form 8949 and Schedule D (Form 1040) instructions  The broker should advise you of any losses on a separate statement

**Line 12**  If checked  the basis in box 1e has been reported to the IRS and either the short term or the long term gain or loss box in box 2 will be checked  If box 12 is checked on Form(s) 1099 B and NO adjustment is required  see the instructions for your Schedule D (Form 1040) as you may be able to report your transaction directly on Schedule D (Form 1040 or 1040-SR)  If the  Ordinary  box in box 2 is checked an adjustment may be required

**Line 13**  Shows the cash you received  the fair market value of any property or services you received  and the fair market value of any trade credits or scrip credited to your account by a barter exchange  See Pub 525

**Lines 14 16**  Show state(s)/local income tax information

**Future developments**  For the latest information about any developments related to Form 1099 B and its instructions  such as legislation enacted after they were published go to www.irs.gov/Form1099B

**Free File**  Go to www.irs.gov/FreeFile to see if you qualify for no cost online federal tax preparation  e filing  and direct deposit or payment options

This page intentionally left blank