NVB 3001 (Effective 1/21)

**UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA**

**PROOF OF INTEREST**

Name of Debtor: META MATERIALS

Case Number: 24-50792

1 **Name and address of holder of the Equity Interest** (the person or entity holding an Equity Interest in the Debtor Referred to hereinafter as the Interest holder )

KRIS KERSMARKI
3582 PIIKEA PLACE
MAKAWAO, HI 96768

Telephone Number: 407-694-1653

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest Attach copy of statement giving particulars

☒ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors

RECEIVED AND FILED
DEC - 9 2024
U S BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

COURT USE ONLY

NOTE This form SHOULD NOT be used to make a claim against the Debtor for money owed A separate Proof of Claim form should be used for that purpose This form should only be used to assert an Equity Interest in the Debtor An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein

Account or other number by which Interest holder identifies Debtor: 6182-5936 (LD) / 6510-2714 (CS) / 7293-3777 ROBINHOOD - 561693193

Check here if this claim
☐ replaces a previously filed Proof of Interest dated ____________
☐ amends a previously filed Proof of Interest dated ____________

2 **Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest**

CHARLES SCHWAB
EL PASO OPERATIONS CENTER
PO BOX 982600 EL PASO, TX

ROBINHOOD
85 WILLOW ROAD
MENLO PARK, CA 94025

Telephone Number: 800-435-9050

3 **Date Equity Interest was acquired**: 1-1-22 / 12-4-24

4 **Total amount of member interest**: 18,100 TO + VARIE

5 **Certificate number(s)**: PLEASE SEE ATTACHED FORMS

6 **Type of Equity Interest**
Please indicate the type of Equity Interest you hold
☒ Check this box if your Equity Interest is based on an actual member interest held in the Debtor
☐ Check this box if your Equity Interest is based on anything else and describe that interest
**Description**: INVESTOR

7 **Supporting Documents** Attach copies of supporting documents such as stock certificates option agreements warrants etc
DO NOT SEND ORIGINAL DOCUMENTS If the documents are not available, explain If the documents are voluminous, attach a summary

8 **Date Stamped Copy** To receive an acknowledgement of the filing of your Proof of Interest enclose a stamped self addressed envelope and copy of this Proof of Interest

9 **Signature**
Check the appropriate box
☒ I am the creditor
☐ I am the creditor s authorized agent (Attach copy of power of attorney if any )
☐ I am the trustee or the debtor or their authorized agent (See Bankruptcy Rule 3004 )
☐ I am a guarantor surety endorser or other codebtor (See Bankruptcy Rule 3005 )

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information and reasonable belief

Print Name: KRIS KERSMARKI
Title:
Company ___ Address and telephone number (if different from notice address above)

(Signature) [signature]
(Date) 12-5-24

Telephone number: 407-694-1653
email: KSKERSMARKI@GMAIL

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both 18 U S C §§ 152 AND 3571*

Print Form | Save Form | Clear Form

| BROKER | ACCOUNT NUMBER | MONEY LOST | NUMBER OF SHARES |
|---|---|---|---|
| Robınhooh | 561693193 | ~ $20,239 25 | 7023 281669 |
| Charles Scwab | 61825936 | ~ $12,132 | 3300 |
| | 65102714 | ~ $2,575 85 | 1000 |
| | 72933777 | ~ $13,947 | 18000 |

Kris Kensmanci


12:12
5G
December 9, 2022
7:34 AM
Edit
Markets open
03:25:21 to market close
DJIA
33,787.10
5.61 (0.01%)
S&P 500
3,971.00
7.48 (0.18%)
NASDAQ
11,126.90
44.90 (0.40%)
kkersmarki
Balances
Account value / Today's net change
$81,172.85
$-8,100.00 (9.07%)
Show balance history
TOTAL SHARES FOR TD AMERITRADE
Positions
Custom Columns
Compact View
Symbol
Day Gain $
Day Gain %
Price
Chg $
Chg %
MMAT
18,000
-8,047.80
-24.43%
1.38
-0.44
-24.4
MMTLP
19,004
0.00
0.00%
2.89
0.00
0.0
Positions News
Thinking about buying stock in Prometheus Biosciences, Meta Materials, Eterna Therapeutics.



# Realized Gain / Loss

Updated: 04:43:03 PM ET, 12/02/2024





All Brokerage Accounts

CHARLES SCHWAB + TD AMERITRADE

View Positions

For today's transactions, real time realized gain/loss information may be delayed.

Cost Basis Calculator

Historical gains and losses at TD Ameritrade are available for your transitioned account. Select an account to view your historical transactions.

Date range

Custom Date Range

From mm/dd/yyyy

01/01/2022

To mm/dd/yyyy

12/02/2024

Symbol (Optional)

MMAT

Search

Gain/Loss Summary | Transaction Analyzer

**Reporting Period**

01/01/2022 to 12/02/2024

| | |
|---|---|
| Total Proceeds | $46,232.04 |
| Total Cost Basis | $219,214.72 |

**Gain/Loss**

| | | |
|---|---|---|
| Long Term | -$25,414.54 | (-26.58%) |
| Short Term | -$28,455.42 | (-23.02%) |
| Net Loss | -$53,869.96 | (-24.57%) |
| Disallowed Loss | -$119,112.72 | |

**Totals**

| | |
|---|---|
| Total Gains | +$191.95 |
| Total Losses | -$54,061.91 |
| Net Loss | -$53,869.96 |

Gain/Loss Ratio

0.35%

## Account Details

Realized Gain/Loss $ %

| Name | | Proceeds | Cost Basis | Total | Long Term | Short Term |
|---|---|---|---|---|---|---|
| Individual | ...936 | $36,710.17 | $193,370.04 | -$37,547.15 | -$25,414.54 | -$12,132.61 |
| Rollover IRA | ...714 | $2,589.99 | $4,965.64 | -$2,375.65 | $0.00 | -$2,375.65 |
| Individual | ...777 | $6,931.88 | $20,879.04 | -$13,947.16 | $0.00 | -$13,947.16 |

## Realized Gain/Loss Details

Realized Gain/Loss $ %

| Symbol<br>Description | Closed Date | Quantity | Closing Price | Proceeds | Cost Basis (CB)<br>*Transaction CB* | Total<br>*Transaction Total $* | Long Term<br>*Transaction LT $* | Short Term<br>*Transaction ST $* |
|---|---|---|---|---|---|---|---|---|
| **Individual ...936** | | | | | | | | |
| Historical gains and losses for your transitioned TD Ameritrade account are not shown on this page. Please visit GainsKeeper® to view historical transactions for your account. | | | | | | | | |
| MMAT<br>META MATLS INC | 11/10/2023 | 45,000 | $0.09 | $4,250.44 | $32,126.63 | $0.00 | $0.00 | $0.00<br>*Disallowed Loss: $27,876.19* |

| Symbol<br>Description | Closed Date | Quantity | Closing Price | Proceeds | Cost Basis (CB)<br>Transaction CB | Total<br>Transaction Total $ | Long Term<br>Transaction LT $ | Short Term<br>Transaction ST $ |
|---|---|---|---|---|---|---|---|---|
| MMAT<br>META MATLS INC | 12/06/2023 | 35,000 | $0.06 | $2,199.91 | $30,786.80<br>*$3,097.61* | $0.00<br>*-$897.70* | $0.00<br>*-$296.44* | $0.00<br>*-$601.26*<br>*Disallowed Loss: $28,586.89* |
| MMAT<br>META MATLS INC | 01/23/2024 | 60,000 | $0.06 | $3,453.67 | $33,812.38<br>*$5,038.49* | -$141.74<br>*-$1,584.82* | $0.00<br>*-$202.64* | -$141.74<br>*-$1,382.18*<br>*Disallowed Loss: $30,216.97* |
| MMAT<br>META MATLS INC | 01/25/2024 | 20,000 | $0.05 | $1,037.07 | $30,092.35<br>*$1,461.64* | -$29,055.28<br>*-$424.57* | -$25,414.54<br>*-$177.19* | -$3,640.74<br>*-$247.38* |
| MMAT<br>META MATLS INC | 01/31/2024 | 195 | $3.84 | $748.88 | $2,303.39<br>*$1,092.08* | $0.00<br>*-$343.20* | | $0.00<br>*-$343.20*<br>*Disallowed Loss: $1,554.51* |
| MMAT<br>META MATLS INC | 02/01/2024 | 200 | $3.39 | $677.34 | $2,684.38<br>*$1,094.68* | $0.00<br>*-$417.34* | | $0.00<br>*-$417.34*<br>*Disallowed Loss: $2,007.04* |
| MMAT<br>META MATLS INC | 02/22/2024 | 400 | $3.55 | $1,419.92 | $4,100.62<br>*$1,753.82* | $0.00<br>*-$333.90* | | $0.00<br>*-$333.90*<br>*Disallowed Loss: $2,680.70* |
| MMAT<br>META MATLS INC | 03/06/2024 | 300 | $2.59 | $776.94 | $3,953.72<br>*$1,371.44* | $0.00<br>*-$594.50* | | $0.00<br>*-$594.50*<br>*Disallowed Loss: $3,176.78* |
| MMAT<br>META MATLS INC | 04/03/2024 | 1,000 | $3.30 | $3,299.80 | $6,121.67<br>*$2,846.47* | +$179.88<br>*+$453.33* | | +$179.88<br>*+$453.33*<br>*Disallowed Loss: $3,001.75* |
| MMAT<br>META MATLS INC | 04/05/2024 | 1,405 | $3.16 | $4,439.53 | $8,371.60<br>*$5,369.85* | +$12.07<br>*-$930.32* | | +$12.07<br>*-$930.32*<br>*Disallowed Loss: $3,944.14* |
| MMAT<br>META MATLS INC | 04/12/2024 | 1,309 | $3.12 | $4,089.87 | $8,928.10<br>*$4,984.95* | $0.00<br>*-$895.08* | | $0.00<br>*-$895.08*<br>*Disallowed Loss: $4,838.23* |
| MMAT<br>META MATLS INC | 04/12/2024 | 689 | $3.00 | $2,066.87 | $6,479.62<br>*$2,604.35* | $0.00<br>*-$537.48* | | $0.00<br>*-$537.48*<br>*Disallowed Loss: $4,412.75* |
| MMAT<br>META MATLS INC | 04/16/2024 | 100 | $2.70 | $269.98 | $531.55<br>*$377.99* | $0.00<br>*-$108.01* | | $0.00<br>*-$108.01*<br>*Disallowed Loss: $261.57* |
| MMAT<br>META MATLS INC | 05/07/2024 | 1,500 | $2.44 | $3,659.72 | $10,214.92<br>*$4,730.21* | $0.00<br>*-$1,070.49* | | $0.00<br>*-$1,070.49*<br>*Disallowed Loss: $6,555.20* |
| MMAT<br>META MATLS INC | 06/21/2024 | 1,516 | $2.85 | $4,320.23 | $12,862.31<br>*$6,307.11* | -$8,542.08<br>*-$1,986.88* | | -$8,542.08<br>*-$1,986.88* |
| **Account Total** | | | | **$36,710.17** | **$193,370.04** | **-$37,547.15** | **-$25,414.54** | **-$12,132.61** |
| **Rollover IRA ...714** | | | | | | | | |
| MMAT<br>META MATLS INC | 01/05/2022 | 1,000 | $2.59 | $2,589.99 | $4,965.64 | -$2,375.65 | | -$2,375.65 |
| **Account Total** | | | | **$2,589.99** | **$4,965.64** | **-$2,375.65** | **$0.00** | **-$2,375.65** |
| **Individual ...777** | | | | | | | | |
| MMAT<br>META MATLS INC | 01/14/2022 | 900 | $2.11 | $1,898.99 | $4,048.10<br>*$2,352.25* | -$2,149.11<br>*-$453.26* | | -$2,149.11<br>*-$453.26* |
| MMAT<br>META MATLS INC | 01/14/2022 | 300 | $2.12 | $634.50 | $3,201.25<br>*$784.07* | -$2,566.75<br>*-$149.57* | | -$2,566.75<br>*-$149.57* |
| MMAT<br>META MATLS INC | 01/14/2022 | 300 | $2.11 | $633.75 | $1,495.78<br>*$784.08* | -$862.03<br>*-$150.33* | | -$862.03<br>*-$150.33* |
| MMAT<br>META MATLS INC | 01/14/2022 | 300 | $2.11 | $633.75 | $5,028.66<br>*$784.08* | -$4,394.91<br>*-$150.33* | | -$4,394.91<br>*-$150.33* |
| MMAT<br>META MATLS INC | 01/14/2022 | 200 | $2.12 | $423.00 | $930.42<br>*$522.72* | -$507.42<br>*-$99.72* | | -$507.42<br>*-$99.72* |

| Symbol Description | Closed Date | Quantity | Closing Price | Proceeds | Cost Basis (CB) *Transaction CB* | Total *Transaction Total $* | Long Term *Transaction LT $* | Short Term *Transaction ST $* |
|---|---|---|---|---|---|---|---|---|
| MMAT META MATLS INC | 01/20/2022 | 1,300 | $2.08 | $2,707.89 | $6,174.83 *$2,793.70* | -$3,466.94 *-$85.81* | | -$3,466.94 *-$85.81* |
| **Account Total** | | | | **$6,931.88** | **$20,879.04** | **-$13,947.16** | **$0.00** | **-$13,947.16** |

Ⓦ Wash Sale activity has adjusted this cost. For additional information, click here.

## Disclosures & Footnotes

The Realized Gain/Loss Analysis should not be considered a substitute for your trade confirmations, account statements or tax forms. Supplemental data is shown for informational purposes only, and should not be considered individualized recommendations or personalized investment advice.

Values for fixed income securities have been adjusted for amortization/accretion, with the exception of variable rate and mortgage-backed securities or for accounts with this preference turned off.

Total Cash represents income and expenses as they occur; it may be inconsistent with values shown elsewhere on Schwab.com and on your monthly account statement.

The Realized Gain/Loss page provides summary information of closed transactions. Not all closed transactions appear on this page.

Please view the Cost Basis Disclosure Statement for additional information on cost basis methods choices and how Schwab reports adjusted cost basis information to the IRS.

Please note that gains and losses realized in retirement accounts are not recognized for tax purposes. Rather, income may be recognized when you receive a cash distribution from these accounts. Please contact your tax advisor for further information.

The total Realized Gain/Loss for this account includes values for Short Positions held in the account. For more information on summary totals when there are Short Positions, please see the Help Section.

(423-3BXK, 0623-37YL, 1123-3XUW)

Today's Date: 04:43 PM ET, 12/02/2024

Own your tomorrow

Check the background of Charles Schwab or one of its investment professionals on FINRA'S BrokerCheck.

**Investment and Insurance Products Are: Not FDIC Insured • Not Insured by Any Federal Government Agency • Not a Deposit or Other Obligation of, or Guaranteed by, the Bank or any of its Affiliates • Subject to Investment Risks, Including Possible Loss of Principal Amount Invested**

The Charles Schwab Corporation provides a full range of brokerage, banking and financial advisory services through its operating subsidiaries. Its broker-dealer subsidiary, Charles Schwab & Co. Inc. (Member SIPC), and its affiliates offer investment services and products. Its banking subsidiary, Charles Schwab Bank, SSB (member FDIC and an Equal Housing Lender), provides deposit and lending services and products.

This site is designed for U.S. residents. Non-U.S. residents are subject to country-specific restrictions. Learn more about our services for non-US Residents, Charles Schwab Hong Kong clients, Charles Schwab UK clients.

© 2024 Charles Schwab & Co., Inc. All rights reserved. Member SIPC. Unauthorized access is prohibited. Usage will be monitored.



**Schwab One® Account of**
**KRIS STAPLETON KERSMARKI**

**Account Number**
**7293-3777**

# TAX YEAR 2022
# FORM 1099 COMPOSITE & YEAR-END SUMMARY

**Date Prepared** **January 27, 2023**

## Recipient's Name and Address

01/27 00000 YEIS1803 1
KRIS STAPLETON KERSMARKI
3582 PIIKEA PLACE
MAKAWAO HI 96768

SEE PAGE 9

## Items for Attention

- Please refer to the enclosed insert(s) for additional information

## Important Official IRS Form(s) 1099 Enclosed

The report in this package contains your income tax return documents and year-end summary Please retain this package for tax preparation purposes

For tax advice please consult with a qualified tax advisor, CPA or financial planner

### To contact Schwab

If you have any questions or need additional information about your Form(s) 1099 or your year-end summary, please call 1-800-435-4000 24 hours a day 7 days a week We're always here for you

### To contact the IRS

Tax questions for individuals 1-800-829-1040
Tax questions for businesses 1-800-829-4933
To order tax forms or publications 1-800-829-3676
To pay taxes by credit card 1-888-272-9829
For additional information and to print forms and publications, visit www irs gov

© 2023 Charles Schwab & Co Inc All rights reserved Member SIPC (0123 2Y4A)



Schwab One® Account of
**KRIS STAPLETON KERSMARKI**

Account Number
**7293-3777**

# TAX YEAR 2022
# FORM 1099 COMPOSITE
# & YEAR-END SUMMARY

**Date Prepared** January 27, 2023

**Your Form 1099 Composite may include the following Internal Revenue Service (IRS) forms 1099 DIV, 1099-INT, 1099-MISC 1099-B and 1099-OID You ll only receive the form(s) that apply to your particular financial situation and please keep for your records Please note that information in the Year End Summary is not provided to the IRS It is provided to you as additional tax reporting information you may need to complete your tax return**

| Table of Contents | Page |
|---|---|
| **FORM 1099 COMPOSITE** | **3** |
| **Form 1099-B** | **3** |
| Notes for your Form 1099-B | 7 |
| **YEAR-END SUMMARY** | **8** |
| **Realized Gain or (Loss)** | **8** |
| Short-Term Realized Gain or (Loss) | 8 |
| Long-Term Realized Gain or (Loss) | 9 |
| Realized Gain or (Loss) Summary | 10 |
| Notes for Your Realized Gain or (Loss) | 11 |
| **Summary of Fees & Expenses** | **12** |
| Margin Interest | 12 |
| **Cost Basis Disclosure** | **13** |
| **Terms and Conditions** | **15** |

© 2023 Charles Schwab & Co Inc All rights reserved Member SIPC (0123 2Y4A)



Schwab One® Account of
KRIS STAPLETON KERSMARKI

Account Number
7293-3777

**TAX YEAR 2022**
**FORM 1099 COMPOSITE**

Date Prepared: **January 27, 2023**

## Recipient's Name and Address

KRIS STAPLETON KERSMARKI
3582 PIIKEA PLACE
MAKAWAO HI 96768

**Taxpayer ID Number:** ***-**-9487 **Account Number:** 7293-3777

## Payer's Name and Address

CHARLES SCHWAB & CO., INC.
3000 SCHWAB WAY
WESTLAKE, TX 76262

**Telephone Number:** (800) 435-4000
**Federal ID Number:** 94-1737782

## Proceeds from Broker Transactions — 2022 Form 1099-B

Department of the Treasury-Internal Revenue Service Copy B for Recipient (OMB No. 1545-0715)

**SHORT-TERM TRANSACTIONS FOR WHICH BASIS IS REPORTED TO THE IRS** - Report on Form 8949, Part I, with **Box A** checked.

| 1a-Description of property (Example 100 sh. XYZ Co.) CUSIP Number / Symbol | ** | 1b-Date acquired / 1c-Date sold or disposed | 1d-Proceeds / 6-Reported to IRS: Gross Proceeds (except where indicated) | 1e-Cost or other basis | 1f-Accrued Market Discount / 1g-Wash Sale Loss Disallowed | *Realized Gain or (Loss)* | 4-Federal Income tax withheld |
|---|---|---|---|---|---|---|---|
| 200 META MATLS INC<br>59134N104 / MMAT | S | VARIOUS<br>01/14/22 | $ 423.00 | $ 930.42 | --<br>-- | $ (507.42) | $ 0.00 |
| 300 META MATLS INC<br>59134N104 / MMAT | S | VARIOUS<br>01/14/22 | $ 633.75 | $ 1,495.78 | --<br>-- | $ (862.03) | $ 0.00 |
| 300 META MATLS INC<br>59134N104 / MMAT | S | VARIOUS<br>01/14/22 | $ 633.75 | $ 5,028.66 | --<br>-- | $ (4,394.91) | $ 0.00 |
| 300 META MATLS INC<br>59134N104 / MMAT | S | VARIOUS<br>01/14/22 | $ 634.50 | $ 3,201.25 | --<br>-- | $ (2,566.75) | $ 0.00 |
| 900 META MATLS INC<br>59134N104 / MMAT | S | VARIOUS<br>01/14/22 | $ 1,898.99 | $ 4,048.10 | --<br>-- | $ (2,149.11) | $ 0.00 |

FATCA Filing Requirement ☐

**Please see the "Notes for Your Form 1099-B" section for additional explanation of this Form 1099-B report.**

**This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported.**

© 2023 Charles Schwab & Co., Inc. All rights reserved. Member SIPC. (0123-2Y4A)



Schwab One® Account of
KRIS STAPLETON KERSMARKI

Account Number
7293-3777

TAX YEAR 2022
FORM 1099 COMPOSITE

## INSTRUCTIONS FOR RECIPIENTS OF FORM 1099
## 1099-B Proceeds from Broker Transactions

Brokers and barter exchanges must report proceeds from (and in some cases basis for) transactions to you and the IRS on Form 1099 B Reporting is also required when your broker knows or has reason to know that a corporation in which you own stock has had a reportable change in control or capital structure You may be required to recognize gain from the receipt of cash stock or other property that was exchanged for the corporation s stock If your broker reported this type of transaction to you the corporation is identified in box 1a

**Recipient s taxpayer identification number (TIN)** For your protection this form may show only the last four digits of your TIN (social security number (SSN) individual taxpayer identification number (ITIN) adoption taxpayer identification number (ATIN) or employer identification number (EIN)) However the issuer has reported your complete TIN to the IRS

**Account number** May show an account or other unique number the payer assigned to distinguish your account

**CUSIP number** Shows the CUSIP (Committee on Uniform Security Identification Procedures) number or other applicable identifying number

**FATCA filing requirement** If the FATCA filing requirement box is checked the payer is reporting on this Form 1099 to satisfy its account reporting requirement under chapter 4 of the Internal Revenue code You may also have a filing requirement See the Instructions for Form 8938

**Applicable checkbox on Form 8949** Indicates where to report this transaction on Form 8949 and Schedule D (Form 1040) and which checkbox is applicable See the instructions for your Schedule D (Form 1040) and/or Form 8949

**Box 1a** Shows a brief description of the item or service for which amounts are being reported For a corporation that had a reportable change in control or capital structure this box may show the class of stock as C (common) P (preferred) or O (other)

**Box 1b** This box may be blank if box 5 is checked or if the securities sold were acquired on a variety of dates For short sales the date shown is the date you acquired the security delivered to close the short sale

**Box 1c** Shows the trade date of the sale or exchange For short sales the date shown is the date the security was delivered to close the short sale For aggregate reporting in boxes 8 through 11 no entry will be present

**Box 1d** Shows the cash proceeds reduced by any commissions or transfer taxes related to the sale for transactions involving stocks debt commodities forward contracts non Section 1256 option contracts or securities futures contracts May show the proceeds from the disposition of your interest(s) in a widely held fixed investment trust May also show the aggregate amount of cash and the fair market value of any stock or other property received in a reportable change in control or capital structure arising from the corporate transfer of property to a foreign corporation Losses on forward contracts or non Section 1256 option contracts are shown in parentheses This box does not include proceeds from regulated futures contracts or Section 1256 option contracts Report this amount on Form 8949 or on Schedule D (Form 1040) (whichever is applicable) as explained in the Instructions for Schedule D (Form 1040)

**Box 1e** Shows the cost or other basis of securities sold If the securities were acquired through the exercise of a noncompensatory option granted or acquired on or after January 1 2014 the basis has been adjusted to reflect your option premium If the securities were acquired through the exercise of a noncompensatory option granted or acquired before January 1 2014 your broker is permitted but not required to adjust the basis to reflect your option premium If the securities were acquired through the exercise of a compensatory option the basis has not been adjusted to include any amount related to the option that was reported to you on a Form W 2 If box 5 is checked box 1e may be blank See the Instructions for Form 8949 Instructions for Schedule D (Form 1040) or Pub 550 for details

**Box 1f** Shows the amount of accrued market discount For details on market discount see the Schedule D (Form 1040) instructions the Instructions for Form 8949 and Pub 550 If box 5 is checked box 1f may be blank

**Box 1g** Shows the amount of nondeductible loss in a wash sale transaction For details on wash sales see the Schedule D (Form 1040) instructions the Instructions for Form 8949 and Pub 550 If box 5 is checked box 1g may be blank

**Box 2** The short term and long term boxes pertain to short term gain or loss and long term gain or loss If the Ordinary box is checked your security may be subject to special rules For example gain on a contingent payment debt instrument subject to the noncontingent bond method is generally treated as ordinary interest income rather than as capital gain See the Instructions for Form 8949 Pub 550 or Pub 1212 for more details on whether there are any special rules or adjustments that might apply to your security If box 5 is checked box 2 may be blank

**Box 3** If checked proceeds are from a transaction involving collectibles or from a Qualified Opportunity Fund(QOF)

**Box 4** Shows backup withholding Generally a payer must backup withhold if you did not furnish your TIN to the payer See Form W 9 for information on backup withholding Include this amount on your income tax return as tax withheld

**Box 5** If checked the securities sold were noncovered securities and boxes 1b 1e 1f 1g and 2 may be blank Generally a noncovered security means stock purchased before 2011 stock in most mutual funds purchased before 2012 stock purchased in or transferred to a dividend reinvestment plan before 2012 debt acquired before 2014 options granted or acquired before 2014 and securities futures contracts entered into before 2014

**Box 6** If the exercise of a noncompensatory option resulted in a sale of a security a checked net proceeds box indicates whether the amount in box 1d was adjusted for option premium

**Box 7** If checked you cannot take a loss on your tax return based on gross proceeds from a reportable change in control or capital structure reported in box 1d See the Form 8949 and Schedule D (Form 1040) instructions The broker should advise you of any losses on a separate statement

**Box 12** If checked the basis in box 1e has been reported to the IRS and either the short term or the long term gain or loss box in box 2 will be checked If box 12 is checked on Form(s) 1099 B and NO adjustment is required see the instructions for your Schedule D (Form 1040) as you may be able to report your transaction directly on Schedule D (Form 1040) If the Ordinary box in box 2 is checked an adjustment may be required

**Boxes 14 16** Show state(s)/local income tax information

**Future developments** For the latest information about any developments related to Form 1099 B and its instructions such as legislation enacted after they were published go to*www irs gov/Form1099B*

**Free File** Go to *www irs gov/FreeFile* to see if you qualify for no cost online federal tax preparation e filing and direct deposit or payment options

O 2023 Charles Schwab & Co Inc All rights reserved Member SIPC (0123 2Y4A)



Schwab One® Account of
KRIS STAPLETON KERSMARKI

Account Number
7293-3777

TAX YEAR 2022
FORM 1099 COMPOSITE

Taxpayer ID Number: ***-**-9487

Date Prepared: January 27, 2023

## Proceeds from Broker Transactions — 2022 (continued)

Form 1099-B

Department of the Treasury-Internal Revenue Service

Copy B for Recipient (OMB No. 1545-0715)

**SHORT-TERM TRANSACTIONS FOR WHICH BASIS IS REPORTED TO THE IRS** - Report on Form 8949, Part I, with **Box A** checked.

| 1a-Description of property (Example 100 sh. XYZ Co.) CUSIP Number / Symbol | ** | 1b-Date acquired / 1c-Date sold or disposed | | 1d-Proceeds 6-Reported to IRS: Gross Proceeds (except where indicated) | | 1e-Cost or other basis | 1f-Accrued Market Discount / 1g-Wash Sale Loss Disallowed | | Realized Gain or (Loss) | 4-Federal Income tax withheld |
|---|---|---|---|---|---|---|---|---|---|---|
| 1,300 META MATLS INC 59134N104 / MMAT | S | VARIOUS 01/20/22 | $ | 2,707.89 | $ | 6,174.83 | -- -- | $ | (3,466.94) $ | 0.00 |
| **Security Subtotal** | | | $ | **6,931.88** | $ | **20,879.04** | -- -- | $ | **(13,947.16) $** | 0.00 |
| **Total Short-Term (Cost basis is reported to the IRS)** | | | **$** | **6,931.88** | $ | **20,879.04** | -- -- | $ | **(13,947.16) $** | **0.00** |
| **Total Short-Term Sales Price of Stocks, Bonds, etc.** | | | $ | **6,931.88** | $ | **20,879.04** | -- -- | $ | **(13,947.16) $** | **0.00** |

FATCA Filing Requirement ☐

**Please see the "Notes for Your Form 1099-B" section for additional explanation of this Form 1099-B report.**

This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported.

© 2023 Charles Schwab & Co., Inc. All rights reserved. Member SIPC (0123-2Y4A)



Schwab One® Account of
KRIS STAPLETON KERSMARKI

Account Number
7293-3777

TAX YEAR 2022
FORM 1099 COMPOSITE

Taxpayer ID Number ***-**-9487

Date Prepared January 27, 2023

## Proceeds from Broker Transactions — 2022 (continued)

Form 1099-B

Department of the Treasury-Internal Revenue Service

Copy B for Recipient (OMB No 1545-0715)

**LONG-TERM TRANSACTIONS FOR WHICH BASIS IS REPORTED TO THE IRS** - Report on Form 8949, Part II with **Box D** checked

| 1a-Description of property (Example 100 sh XYZ Co ) CUSIP Number / Symbol | ** | 1b-Date acquired / 1c-Date sold or disposed | 1d-Proceeds / 6-Reported to IRS Gross Proceeds (except where indicated) | 1e Cost or other basis | 1f-Accrued Market Discount / 1g-Wash Sale Loss Disallowed | Realized Gain or (Loss) | 4-Federal Income tax withheld |
|---|---|---|---|---|---|---|---|
| 2 META MATLS INC 0% PFDPFD 59134N203 | S | 06/21/21 10/18/22 | $ 0 05 | $ 0 00 | -- -- | $ 0 05 | $ 0 00 |
| **Security Subtotal** | | | **$ 0 05** | **$ 0 00** | -- -- | **$ 0 05** | **$ 0 00** |
| **Total Long-Term (Cost basis is reported to the IRS)** | | | **$ 0 05** | **$ 0 00** | -- -- | **$ 0 05** | **$ 0 00** |
| **Total Long-Term Sales Price of Stocks, Bonds, etc** | | | **$ 0 05** | **$ 0 00** | -- -- | **$ 0 05** | **$ 0 00** |
| **Total Sales Price of Stocks, Bonds, etc** | | | **$ 6,931 93** | | | | |
| **Total Federal Income Tax Withheld** | | | **$ 0 00** | | | | |

FATCA Filing Requirement ☐

**Please see the Notes for Your Form 1099-B section for additional explanation of this Form 1099-B report**

**This is important tax information and is being furnished to the Internal Revenue Service If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported**

© 2023 Charles Schwab & Co Inc All rights reserved Member SIPC (0123 2Y4A)



Schwab One® Account of
**KRIS STAPLETON KERSMARKI**

Account Number
**7293-3777**

**TAX YEAR 2022**
**FORM 1099 COMPOSITE**

**Date Prepared January 27, 2023**

## Notes for Your Form 1099-B

**Box 1b-Date acquired** If there is more than one lot in a sell transaction the acquisition date for the individual lot in the transaction can be found in the Realized Gain or (Loss) section of the Year-End Summary

(1) If **Box 1b Date acquired** displays as VARIOUS your sell transaction included multiple tax lots purchased on different acquisition dates within the same holding period and covered/non-covered status The lots in the transaction are rolled up into a single sell transaction

(2) If the cost basis is missing or not provided a short-term holding period may have been applied for a position that may have been held long term

**Box 1d-Proceeds/Box 6-Reported to IRS Gross proceeds (except where indicated)**

(1) Gross proceeds from each of your security transactions are reported individually to the IRS

(2) Gross proceeds in aggregate are not reported to the IRS and should not be reported on your tax return

(3) Net proceeds will only be displayed if the proceeds on a trade have been adjusted for an option premium

**Box 1e-Cost or other basis** Schwab has provided cost basis information whenever possible for most investments Cost basis data may be incomplete or unavailable for some of your holdings When value for the report is unavailable it is noted as follows

| | |
|---|---|
| **Not Provided** | Schwab is not providing Cost Basis on this security type |
| **Missing** | (1) Cost Basis data may not be available for a number of reasons (for example the security was purchased outside of Schwab and we did not receive cost basis from the transferring firm)<br>(2) The security was purchased more than 10 years ago |

**Realized Gain or (Loss)** Realized Gain or (Loss) is not reported to the IRS

**Box 2-Short-term gain or loss, Long term gain or loss, or Ordinary** Only if you have both long-term and short-term transactions will you receive both long-term and short-term sections of the 1099-B

**Long term gain or loss** has a holding period greater than one year

**Short-term gain or loss** has a holding period of one year or less

**Other Cost Basis Notes**

(1) The cost basis and basis adjustments for covered securities are reported to the IRS

(2) If BASIS IS REPORTED TO THE IRS appears in the section heading this indicates **Box 12-If checked, basis reported to IRS** is checked If BASIS IS AVAILABLE BUT NOT REPORTED or BASIS IS MISSING AND NOT REPORTED appears this indicates **Box 5-If checked, noncovered security** is checked These boxes are not displayed on the 1099-B but the boxes are reported to the IRS and included in the download for TurboTax and H&R Block

(3) For non-covered securities appearing in sections of the 1099 B which include the headings 'BASIS IS AVAILABLE BUT NOT REPORTED TO THE IRS or BASIS IS MISSING AND NOT REPORTED TO THE IRS **Box 1b-Date acquired, 1e-Cost or other basis, 1f-Accrued Market Discount** and **1g-Wash Sale Loss Disallowed** are not reported to the IRS

****Activity Codes** (Not reported to the IRS)

| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **C** | = Cash in Lieu | **E** | = Exchange | **P** | = Principal | **S** | = Sale | **T** | = Tender | **BC** | = Buy to Close | **X** | = Expiration |
| **CV** | = Conversion | **M** | = Cash Merger | **MT** | = Maturity | **R** | = Redemption | **SS** | = Short Sale | **SC** | = Sell to Close | | |

**This is important tax information and is being furnished to the Internal Revenue Service If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported**

© 2023 Charles Schwab & Co Inc All rights reserved Member SIPC (0123 2\ 4A)



Schwab One® Account of
KRIS STAPLETON KERSMARKI

Account Number
7293-3777

TAX YEAR 2022
YEAR-END SUMMARY

**YEAR-END SUMMARY INFORMATION IS NOT PROVIDED TO THE IRS**

Date Prepared January 27, 2023

The information in this and all subsequent sections is not provided to the IRS by Charles Schwab It is provided to you as additional tax reporting information you may need to complete your tax return

## REALIZED GAIN OR (LOSS)

The information in the following sections include all your realized gain or (loss) transactions during the tax year They may be helpful for but not limited to Schedule D
Please consult with your tax advisor or financial advisor regarding specific questions

### Short-Term Realized Gain or (Loss)

This section is for covered securities and corresponds to transactions reported on your 1099-B as **cost basis is reported to the IRS** Report on Form 8949 Part I with Box A checked

| Description OR Option Symbol | CUSIP Number | Quantity/Par | Date Acquired | Date Sold | Total Proceeds | (-)Cost Basis | (+)Wash Sale Loss Disallowed | (=)Realized Gain or (Loss) |
|---|---|---|---|---|---|---|---|---|
| META MATLS INC | 59134N104 | 50 00 | 10/07/21 | 01/14/22 | $ 105 63 | $ 848 47 | -- | $ (742 84) |
| META MATLS INC | 59134N104 | 50 00 | 10/17/21 | 01/14/22 | $ 105 64 | $ 829 01 | -- | $ (723 37) |
| META MATLS INC | 59134N104 | 150 00 | 10/19/21 | 01/14/22 | $ 317 28 | $ 2 513 41 | -- | $ (2 196 13) |
| META MATLS INC | 59134N104 | 200 00 | 10/19/21 | 01/14/22 | $ 422 48 | $ 3 351 18 | -- | $ (2 928 70) |
| META MATLS INC | 59134N104 | 130 00 | 11/09/21 | 01/14/22 | $ 274 96 | $ 595 21 | -- | $ (320 25) |
| META MATLS INC | 59134N104 | 20 00 | 11/10/21 | 01/14/22 | $ 42 26 | $ 92 63 | -- | $ (50 37) |
| META MATLS INC | 59134N104 | 180 00 | 11/17/21 | 01/14/22 | $ 380 25 | $ 948 66 | -- | $ (568 41) |
| META MATLS INC | 59134N104 | 80 00 | 11/18/21 | 01/14/22 | $ 169 20 | $ 364 73 | -- | $ (195 53) |
| META MATLS INC | 59134N104 | 120 00 | 11/18/21 | 01/14/22 | $ 253 50 | $ 547 12 | -- | $ (293 62) |
| META MATLS INC | 59134N104 | 120 00 | 11/22/21 | 01/14/22 | $ 253 80 | $ 565 69 | -- | $ (311 89) |
| META MATLS INC | 59134N104 | 280 00 | 11/22/21 | 01/14/22 | $ 590 80 | $ 1 313 11 | -- | $ (722 31) |
| META MATLS INC | 59134N104 | 120 00 | 11/26/21 | 01/14/22 | $ 253 20 | $ 464 13 | -- | $ (210 93) |
| META MATLS INC | 59134N104 | 300 00 | 12/13/21 | 01/14/22 | $ 633 00 | $ 1 404 75 | -- | $ (771 75) |
| META MATLS INC | 59134N104 | 200 00 | 12/17/21 | 01/14/22 | $ 421 99 | $ 866 11 | -- | $ (444 12) |
| META MATLS INC | 59134N104 | 50 00 | 10/18/21 | 01/20/22 | $ 104 15 | $ 832 53 | -- | $ (728 38) |
| META MATLS INC | 59134N104 | 250 00 | 11/05/21 | 01/20/22 | $ 520 73 | $ 1 224 71 | -- | $ (703 98) |
| META MATLS INC | 59134N104 | 100 00 | 12/06/21 | 01/20/22 | $ 208 30 | $ 421 79 | -- | $ (213 49) |
| META MATLS INC | 59134N104 | 100 00 | 12/07/21 | 01/20/22 | $ 208 30 | $ 448 09 | -- | $ (239 79) |
| META MATLS INC | 59134N104 | 20 00 | 12/08/21 | 01/20/22 | $ 41 66 | $ 80 64 | -- | $ (38 98) |

© 2023 Charles Schwab & Co Inc All rights reserved Member SIPC (0123 2Y4A)



Schwab One® Account of
KRIS STAPLETON KERSMARKI

Account Number
7293-3777

TAX YEAR 2022
YEAR-END SUMMARY

**YEAR-END SUMMARY INFORMATION IS NOT PROVIDED TO THE IRS.** **Date Prepared: January 27, 2023**

The information in this and all subsequent sections is not provided to the IRS by Charles Schwab. It is provided to you as additional tax reporting information you may need to complete your tax return.

## Short-Term Realized Gain or (Loss) (continued)

This section is for covered securities and corresponds to transactions reported on your 1099-B as **"cost basis is reported to the IRS."** Report on Form 8949, Part I, with Box A checked.

| Description OR Option Symbol | CUSIP Number | Quantity/Par | Date Acquired | Date Sold | Total Proceeds | (-)Cost Basis | (+)Wash Sale Loss Disallowed | (=)Realized Gain or (Loss) |
|---|---|---|---|---|---|---|---|---|
| META MATLS INC | 59134N104 | 300.00 | 12/09/21 | 01/20/22 | $ 624.90 | $ 1,286.97 | -- | $ (662.07) |
| META MATLS INC | 59134N104 | 200.00 | 12/10/21 | 01/20/22 | $ 416.59 | $ 960.99 | -- | $ (544.40) |
| META MATLS INC | 59134N104 | 80.00 | 12/12/21 | 01/20/22 | $ 166.64 | $ 241.38 | -- | $ (74.74) |
| META MATLS INC | 59134N104 | 200.00 | 12/13/21 | 01/20/22 | $ 416.62 | $ 677.73 | -- | $ (261.11) |
| **Security Subtotal** | | | | | **$ 6,931.88** | **$ 20,879.04** | **--** | **$ (13,947.16)** |
| **Total Short-Term** *(Cost basis is reported to the IRS)* | | | | | **$ 6,931.88** | **$ 20,879.04** | **--** | **$ (13,947.16)** |
| **Total Short-Term** | | | | | **$ 6,931.88** | **$ 20,879.04** | **--** | **$ (13,947.16)** |

## Long-Term Realized Gain or (Loss)

This section is for covered securities and corresponds to transactions reported on your 1099-B as **"cost basis is reported to the IRS."** Report on Form 8949, Part II, with Box D checked.

| Description OR Option Symbol | CUSIP Number | Quantity/Par | Date Acquired | Date Sold | Total Proceeds | (-)Cost Basis | (+)Wash Sale Loss Disallowed | (=)Realized Gain or (Loss) |
|---|---|---|---|---|---|---|---|---|
| META MATLS INC 0% PFDPFD | 59134N203 | 2.00 | 06/21/21 | 10/18/22 | $ 0.05 | $ 0.00 | -- | $ 0.05 |
| **Security Subtotal** | | | | | **$ 0.05** | **$ 0.00** | **--** | **$ 0.05** |
| **Total Long-Term** *(Cost basis is reported to the IRS)* | | | | | **$ 0.05** | **$ 0.00** | **--** | **$ 0.05** |
| **Total Long-Term** | | | | | **$ 0.05** | **$ 0.00** | **--** | **$ 0.05** |

© 2023 Charles Schwab & Co., Inc. All rights reserved. Member SIPC. (0123-2Y4A)


Charles
SCHWAB



Schwab One® Account of
**KRIS STAPLETON KERSMARKI**

Account Number
**7293-3777**

**TAX YEAR 2022**
**YEAR-END SUMMARY**

## YEAR-END SUMMARY INFORMATION IS NOT PROVIDED TO THE IRS

**Date Prepared** January 27, 2023

The information in this and all subsequent sections is not provided to the IRS by Charles Schwab It is provided to you as additional tax reporting information you may need to complete your tax return

## Realized Gain or (Loss) Summary

### Total Realized Gain or (Loss)

| Description | | Total Proceeds | | (-)Cost Basis | (+)Wash Sale Loss Disallowed | | (=)Realized Gain or (Loss) |
|---|---|---|---|---|---|---|---|
| **Total Short-Term Realized Gain or (Loss)** *(Cost basis is reported to the IRS Report on Form 8949 Part I with Box A checked )* | $ | 6 931 88 | $ | 20 879 04 | - | $ | (13,947 16) |
| **Total Short-Term Realized Gain or (Loss)** | $ | 6,931 88 | $ | 20,879 04 | | $ | (13,947 16) |
| **Total Long-Term Realized Gain or (Loss)** *(Cost basis is reported to the IRS Report on Form 8949 Part II with Box D checked )* | $ | 0 05 | $ | 0 00 | -- | $ | 0 05 |
| **Total Long-Term Realized Gain or (Loss)** | $ | 0 05 | $ | 0 00 | -- | $ | 0 05 |
| **TOTAL REALIZED GAIN OR (LOSS)** | $ | 6,931 93 | $ | 20,879 04 | - | $ | (13,947 11) |

© 2023 Charles Schwab & Co Inc All rights reserved Member SIPC (0123 2Y4A)



Schwab One® Account of
**KRIS STAPLETON KERSMARKI**

Account Number
**7293-3777**

**TAX YEAR 2022**
**YEAR-END SUMMARY**

**YEAR-END SUMMARY INFORMATION IS NOT PROVIDED TO THE IRS**

**Date Prepared** January 27 2023

The information in this and all subsequent sections is not provided to the IRS by Charles Schwab It is provided to you as additional tax reporting information you may need to complete your tax return

## Notes for Your Realized Gain or (Loss)

Schwab has provided realized gain and loss information whenever possible for most investments Cost basis data may be incomplete or unavailable for some of your holdings See Terms and Conditions

When value for the report is unavailable it is noted as follows "Missing" or "Not Provided"

**Not Provided** Schwab is not providing Cost Basis on this security type

**Missing** Cost Basis may be missing due to one of the following reasons
- Cost basis data may not be available for a number of reasons (for example the security was purchased outside of Schwab and we did not receive cost basis from the transferring firm)
- The security was purchased more than 10 years ago

**Date Acquired** If the cost basis is missing or not provided, a short-term holding period may have been applied for a position that may have been held long term

**Total Proceeds** The amount displayed in this column has been adjusted for option premiums if applicable

**Cost Basis** The amount displayed in this column may differ from your original cost basis as adjustments may have been made to reflect applicable option premiums, corporate actions and/or wash sales

**Wash Sale Loss Disallowed** The disallowed amount displayed in this column has been added to the cost basis of other share lots with the same CUSIP owned in the same account at the time the loss was disallowed

**Realized Gain or (Loss)** The calculation for gain or (loss) displayed in this column is Total Proceeds - Cost Basis + Wash Sale Loss Disallowed - Market Discount =Realized Gain or (Loss)

For sales of short-term debt issued after January 1 2014 talk to your tax advisor as to how to report the income

© 2023 Charles Schwab & Co Inc All rights reserved Member SIPC (0123 2Y4A)



Schwab One® Account of
KRIS STAPLETON KERSMARKI

Account Number
7293-3777

TAX YEAR 2022
YEAR-END SUMMARY

**YEAR-END SUMMARY INFORMATION IS NOT PROVIDED TO THE IRS**

Date Prepared January 27 2023

The information in this and all subsequent sections is not provided to the IRS by Charles Schwab It is provided to you as additional tax reporting information you may need to complete your tax return

## SUMMARY OF FEES & EXPENSES

The information in the following sections may be helpful for but not limited to, calculating your itemized deductions for Schedule A The summary is limited to fees paid out of this account Please consult with your tax advisor regarding specific questions

### Margin Interest

| Description | | Amount |
|---|---|---|
| **Total Margin Interest Charged** | $ | (4 13) |

© 2023 Charles Schwab & Co Inc All rights reserved Member SIPC (0123 2Y4A)



Schwab One® Account of
KRIS STAPLETON KERSMARKI

Account Number
7293-3777

TAX YEAR 2022
FORM 1099 COMPOSITE
& YEAR-END SUMMARY

Date Prepared January 27, 2023

## COST BASIS DISCLOSURE

### Changes to Cost Basis Reporting Requirements

Starting with the 2011 tax year Charles Schwab & Co began reporting adjusted cost basis to you and the IRS on your Form 1099-B for covered securities in your taxable brokerage accounts that you sell and are covered by the Emergency Stabilization Act regulations
In the event of transfers of securities we are also required to report adjusted cost basis information to other custodians for covered securities transferred to them

Schwab will treat securities as covered when they are acquired on or after the following effective dates
- January 1 2011 for stocks and other equities
- January 1 2012 for mutual funds ETFs and Dividend Reinvestment Plan ( DRIP ) shares
- January 1 2014 for less complex fixed income and options rights and warrants
- January 1 2016 for more complex fixed income

Because these new reporting requirements could impact the cost basis used to compute your taxable gains and losses it s important to understand when and how they will apply to you The information in this document is intended as informational only and is not individualized tax advice Schwab does not provide tax advice and encourages you to consult with your tax professional to understand how the new reporting requirements will affect you and your tax situation

### What Does This Mean for You

1 When you sell covered securities as described above Schwab will be required to report details about your cost basis to you and the IRS on Form 1099-B You will continue to be responsible for reporting all cost basis information for both covered and uncovered securities to the IRS on your tax returns
2 Unless you've indicated otherwise Schwab will calculate your gains and losses using the IRS default cost basis method of Average Cost for mutual funds and FIFO (First In First Out) for all other securities It is your responsibility to choose the cost basis method appropriate to your tax situation See Cost Basis Methods for the methods offered by Schwab
3 When you sell a security the cost basis method used to calculate your gain or loss cannot be changed after your trade settles So it s important to consider the tax implications at the time of trade

### What is Cost Basis?

Cost basis is the original purchase price you paid for a security plus commissions and any fees Adjusted cost basis includes any other adjustments to the price Adjusted cost basis also includes any adjustments due to wash sales amortization accretion and corporate actions

Your realized gain/loss on a security is determined by subtracting the adjusted cost basis from the sale proceeds in an account less commissions and fees

For covered securities that were not both purchased and sold at Schwab Schwab calculates cost basis using data that you have provided to us or that we have obtained from third party sources such as your prior custodian or another third-party source Because the accuracy of cost basis data depends upon these third-party inputs we are not able to guarantee the availability accuracy or completeness of such cost basis data on transactions that did not occur at Schwab If we are not provided with adequate information to report cost basis data for covered securities that were not both purchased and sold at Schwab those securities will be considered uncovered and the cost basis will not be reported to the IRS even if acquired after the effective date

### Cost Basis Methods

It is your responsibility to choose the cost basis method appropriate for your tax situation Failure to select the proper cost basis method may cause you to pay more tax than necessary Schwab does not provide tax advice and encourages you to consult with your tax professional regarding this decision

To view and change your default cost basis method on your brokerage account go to the Service tab on schwab com then the Cost Basis Method page in Account Settings You can also make a change by calling 800-435-4000 If your account is managed by an investment advisor please call your advisor to make a change

### Default Cost Basis Methods

We apply the IRS default method of Average Cost for your mutual funds and the default method of FIFO (First In First Out) to all other securities unless you inform us of a preferred method

| | |
|---|---|
| FIFO | Shares you acquired first are sold first |
| Average Cost | Cost is derived by dividing the total dollar amount invested in a particular fund position by the number of shares held prior to the trade date Shares are removed in FIFO order |

### Cost Basis Methods Offered by Schwab

You may select a different cost basis method for your brokerage account other than the default methods described above The following cost basis methods are offered by Schwab

| | |
|---|---|
| **FIFO (First In, First Out)** | Shares you acquired first are sold first |
| **LIFO (Last In First Out)** | Shares you acquired last are sold first |
| **HCOST (High Cost)** | Shares with the highest cost are sold first |
| **LCOST (Low Cost)** | Shares with lowest cost are sold first |
| **Average Cost (mutual funds only)** | Cost is derived by dividing the total dollar amount invested in a particular fund position by the number of shares held prior to the trade date Shares are removed in FIFO order |
| **Specific Identification** | The IRS allows taxpayers to identify specific lots to be sold Such identification must be made with the broker at the time of trade and no later than close of business on the day the trade settles |

© 2023 Charles Schwab & Co Inc All rights reserved Member SIPC (0123 2Y4A)



Schwab One® Account of
KRIS STAPLETON KERSMARKI

Account Number
7293-3777

TAX YEAR 2022
FORM 1099 COMPOSITE
& YEAR-END SUMMARY

Date Prepared January 27 2023

## COST BASIS DISCLOSURE (continued)

**Tax Lot Optimizer™** Lots are selected and sold with the objective of taking losses first (short term then long term) and gains last (long-term then short-term) Lots are sold in this order

| | |
|---|---|
| Short Term Losses | Lots that reflect a short term loss are sold first beginning with lots that generate the greatest short term loss down to the least short term loss |
| Long Term Losses | Lots that reflect a long term loss are sold beginning with lots that generate the greatest long term loss down to the least long term loss |
| Short Term No Gains or Losses | Short term lots that reflect no gain or loss |
| Long Term No Gains or Losses | Long term lots that reflect no gain or loss |
| Long Term Gains | Lots that reflect a long term gain beginning with lots that generate the least long term gain up to the greatest long term gain |
| Short Term Gains | Lots that reflect a short term gain beginning with lots that generate the least short term gain up to the greatest short term gain |

The cost basis method used to determine the gain/loss of a trade cannot be changed after the trade settles If Schwab does not receive a specific instruction by the end of settlement date we will use the current cost basis method you have selected for your account or the default cost basis method if you have made no alternate selection to calculate the gain/loss that is reported to you and the IRS at the end of year

The Internal Revenue Service does not recognize LIFO HCOST LCOST and Tax Lot Optimizer as accounting methods but it does recognize standing instructions to sell lots as adequate identification for reporting gains/losses

**Cost Basis Adjustments**
Cost basis is generally based on your purchase price plus commissions and any fees however the original cost basis may be subject to adjustments that increase or decrease your basis

Schwab will adjust the cost basis of securities in your brokerage account in the following circumstances

**Wash Sales** If you sell shares at a loss and buy additional shares in the same security 30 days before or after that date (61-day range) you may not claim the loss on your tax return until you sell the new shares If a wash sale occurs the loss is disallowed for federal income tax purposes but may be added to the cost basis of the purchased shares Schwab will adjust the cost basis and holding period of shares when a wash sale occurs within an account as a result of a purchase of an identical security with the same CUSIP Schwab will not take into account the impact of options purchases or sales in determining disallowed losses on sales of the underlying securities It s important to note that the wash reporting requirements for you as a taxpayer are different and broader than the reporting requirements for Schwab For more details on your wash sale reporting requirements please see IRS publication 550 or speak with your tax professional

**Corporate Actions** In some instances corporate actions can affect cost basis of your securities Regulations require issuers to provide statements describing the effects of a corporate action on the cost basis of a security Schwab will adjust cost basis for corporate actions based on the information provided in the issuer statement

**Return of Capital Payments** Cost basis will be reduced for any return of capital (principal) distributions

**Option Adjustments** Schwab will adjust the cost basis or realized gain/loss (proceeds) of the underlying security for option assignments and exercises (by factoring the premium paid or received)

**Inheritance** Schwab will adjust the cost basis of securities that have been inherited based on the fair market value on the date of death unless alternate instructions are received from an authorized representative of the estate

**Gifts** Shares will be gifted based on your default cost basis method unless otherwise specified with a given purchase date and cost prior to the gift transfer Schwab will track the fair market value and gift date in addition to the donor s adjusted cost basis and will apply IRS gift rules at the time of sale to determine gain or loss

You will still be required to track and make adjustments to your securities as it is possible that you could have other situations that require cost basis adjustments that Schwab is not required to report

**Restricted Stock Awards** If you filed an election pursuant to IRC Section 83(b) on a Restricted Stock Award issued by your employer a different cost basis may apply to shares vested from that award than the cost basis reported on this statement Please consult with your personal tax advisor to understand the tax implications

**Acquisition date** If cost basis is missing or not provided a short-term holding period may have applied for position that may have been held long term

> Please Note This information is not intended to be a substitute for specific individualized tax legal or investment planning advice Where specific advice is necessary or appropriate Schwab recommends consulting with a qualified tax advisor CPA financial planner or investment manager Except as noted in the Terms and Conditions your Investment Advisors are not affiliated with or supervised by Schwab
>
> Foreign Investors should note that the information provided is from a U S tax perspective The information provided may or may not have relevance in other jurisdictions

**Contact Us**
If you have any questions or need more information about the cost basis methods or terminology in this Disclosure Statement please call us at 1-800-435-4000 If your account is managed by an investment advisor please call Schwab Alliance at 1-800-515 2157

© 2023 Charles Schwab & Co Inc All rights reserved Member SIPC (0123 2Y4A)



Schwab One® Account of
KRIS STAPLETON KERSMARKI

Account Number
7293-3777

TAX YEAR 2022
FORM 1099 COMPOSITE
& YEAR-END SUMMARY

Date Prepared January 27, 2023

## TERMS AND CONDITIONS

### GENERAL INFORMATION

**Form 1099-Composite**

For U S taxpayers the information reported to you on Form 1099 is given to the Internal Revenue Service (IRS) Form 1099-Composite is comprised of the following substitute forms 1099-DIV 1099-INT 1099 MISC 1099 OID and 1099-B The form(s) you receive in Form 1099 Composite depends on the income reportable to the IRS

**Year-End Summary**

The information in the Year-End Summary is provided to you as a courtesy should you need additional information when completing your tax return When relevant IRS box numbers are referenced to indicate individual items that make up the totals appearing on your Form(s) 1099 With the exception of the totals reported in the IRS box numbers referenced Charles Schwab does not provide the details of the Year-End Summary to the IRS

We recommend that all customers consult their investment and tax advisors prior to using this information

**Corrected Form 1099 and Year-End Summary**

We are required to send you a corrected form with the revisions clearly marked when we receive updates or revisions to information contained in the form This generally occurs if one or more of the issuers of the securities in your account reallocated certain income distribution (e g dividends or capital gains) after we mailed your original Form 1099 As a result the supplemental information in Year-End Summary may be updated

Upon receiving a corrected form you may want to consider filing an amended return based on the changes in your taxable income as reported on your corrected Form 1099 We suggest that you consult with a qualified tax advisoı CPA financial planner or investment manager before you proceed

**Duplicate Form 1099 and Year-End Summary**

If you request a duplicate Form 1099 please be aware that Schwab uses the most up-to-date information available at the time of the production Thus your duplicate Form 1099 and Year-End Summary may have more up-to-date information than the original Form 1099

**Realized Gain or (Loss) in Year End Summary**

The Realized Gain or (Loss) section provides information for all your realized gain or (loss) transactions during the tax year It contains all transactions included in the Form 1099 B as well as transactions that are not reported on Form 1099-B (for example sales and expirations of noncovered option activities cash in lieu under $20 bankruptcy and worthless securities) This supplemental information is believed to be accurate as of the date the data was compiled but they may not be updated for any corrections after the data was initially compiled

**IN CASE OF QUESTIONS** If you have questions about this report or about specific Schwab accounts or Schwab One transactions (other than wire transfers or check transactions) contact Schwab at 1 800 435-4000 If you have a complaint regarding your Schwab statement or our products and services please write to the Client Advocacy Team at Charles Schwab & Co Inc Attention Client Advocacy Team 211 Main St San Francisco CA 94105 Outside of the U S , call +1-415-667-5009

© 2023 Charles Schwab & Co Inc All rights reserved Member SIPC (0123 2Y4A)



Rollover IRA of
**KRIS STAPLETON KERSMARKI**
**CHARLES SCHWAB & CO INC CUST**
**IRA ROLLOVER**

Account Number
**6510-2714**

Report Period
**January 1 - December 31, 2022**

## 2022 Year-End Schwab Gain/Loss Report

Prepared on January 21 2023

### Message Center

Your gain/loss report includes a summarized list of your realized gains/losses for 2022 You can also log in to www schwab com/reports to view your documents securely online and visit www schwab com/paperless_services to manage your delivery preferences

See Page 3

KRIS STAPLETON KERSMARKI
CHARLES SCHWAB & CO INC CUST
IRA ROLLOVER
3582 PIIKEA PLACE
MAKAWAO HI 96768

### Customer Service and Account Information

**Customer Service and Trading**
Call your Schwab Representative
1 (800) 435-4000

**Schwab by Phone™**

**Automated Services**
1 (800) 435-8804

**TeleBroker®**
1 (800) 272-4922

**Visit Our Web Site**
schwab com

**Cost Basis**
To track cost basis and gain/loss information online, please go to the gain/loss tab after logging into your account

© 2022 Charles Schwab & Co Inc All rights reserved Member SIPC 0614-4136



Rollover IRA of
**KRIS STAPLETON KERSMARKI**
**CHARLES SCHWAB & CO INC CUST**
**IRA ROLLOVER**

Account Number
**6510-2714**

Report Period
**January 1 - December 31, 2022**

## Terms and Conditions

**GENERAL INFORMATION**
This report contains a gain or a loss summary of your account This information is not a solicitation or a recommendation to buy or sell It may, however be helpful for investment planning The Gain/Loss section(s) will not be provided to the IRS or to any other tax authorities Securities products and services are not in all countries and are subject to country-specific restrictions The information provided may or may not have relevance in other jurisdictions We recommend that all customers (non-U S and U S ) consult their investment advisors prior to using this information

Schwab has provided cost basis data wherever possible for most investments based on information known at the time this report is prepared
This data may have been provided to Schwab by vendors of market prices and other data or by other third parties Although efforts have been made to ensure the quality of the information provided on this report data may be inaccurate or incomplete and is subject to change Schwab accepts no responsibility for its accuracy, completeness or timely updating Taxpayers should verify such information against their own records

**Currency** All figures are in U S dollars

**Accounting Methods** The default accounting methods used in this report are compliant with IRS accounting methods for individual investors

**Holding Period Computation** In computing the holding period, the day of acquisition is disregarded but the day of sale is included For example, in order to obtain long-term capital gains treatment property purchased on January 1 2003 could not be sold until January 2 2004 The trade date (not the settlement date) determines the date of purchase or sale
If no date is available a blank will be displayed

**Special Accounting Rules** Certain situations including gifts inheritance tax-free exchanges option exercises, short sales, wash sales straddles, constructive sales, etc , can affect the computation of cost basis and/or holding period These situations may not be properly factored into the figures shown in this report Please consult your advisor for more information

**IN CASE OF QUESTIONS** If you have questions about this report or about specific Schwab Accounts or Schwab One transactions (other than wire transfers or check transactions) contact Schwab at 800-435-4000 If you have a complaint regarding your Schwab statement, products or services please write to the Client Advocacy Team at Charles Schwab & Co Inc Attention Client Advocacy Team
211 Main St San Francisco CA 94105
Outside of the U S , call +1-415-667-5009

© 2022 Charles Schwab & Co Inc All rights reserved Member SIPC 0614 4136 (REG33082)



Rollover IRA of
KRIS STAPLETON KERSMARKI
CHARLES SCHWAB & CO INC CUST
IRA ROLLOVER

Account Number
6510-2714

Report Period
January 1 - December 31, 2022

## 2022 Year-End Schwab Gain/Loss Report

Accounting Method
Mutual Funds: Average
All Other Investments: First In First Out [FIFO]

## Realized Gain or (Loss)

| Short-Term | Quantity/Par | Acquired/ Opened | Sold/ Closed | Total Proceeds | Cost Basis | Realized Gain or (Loss) |
|---|---|---|---|---|---|---|
| META MATLS INC: MMAT | 500.0000 | 09/24/21 | 01/05/22 | $1,295.00 | $2,600.00 | ($1,305.00) |
| META MATLS INC: MMAT | 100.0000 | 10/26/21 | 01/05/22 | $259.00 | $458.00 | ($199.00) |
| META MATLS INC: MMAT | 400.0000 | 11/11/21 | 01/05/22 | $1,035.99 | $1,907.64 | ($871.65) |
| **Security Subtotal** | | | | **$2,589.99** | **$4,965.64** | **($2,375.65)** |
| META PLATFORMS INC CLASS A: FB | 4.0000 | 11/09/21 | 01/03/22 | $1,355.71 | $1,344.71 | $11.00 |
| **Security Subtotal** | | | | **$1,355.71** | **$1,344.71** | **$11.00** |
| **Total Short-Term** | | | | **$3,945.70** | **$6,310.35** | **($2,364.65)** |
| **Total Realized Gain or (Loss)** | | | | $3,945.70 | $6,310.35 | **($2,364.65)** |

*Schwab has provided realized gain/loss information wherever possible for most investments. Cost basis data may be incomplete or unavailable for some of your holdings. See Terms and Conditions. This infomation is for your reference only and intended as a profile of your investments. It is not intended for tax reporting purposes.*
*Option Customers: Gain/loss on investments sold is adjusted to reflect the premiums of assigned or exercised options.*

© 2022 Charles Schwab & Co., Inc. All rights reserved. Member SIPC. 0614-4136



Rollover IRA of
**KRIS STAPLETON KERSMARKI**
**CHARLES SCHWAB & CO INC CUST**
**IRA ROLLOVER**

Account Number
**6510-2714**

Report Period
**January 1 - December 31, 2022**

## Understanding Your Year-End Schwab Gain/Loss Report

This page provides an explanation of the terms used in the Year-End Schwab Gain/Loss Report in the order in which they appear

**Accounting Method** The accounting method noted on the report is the one in effect on the last day of the rep calendar year If you change your accounting method in the middle of a report period you actually may have a mixed accounting method, however the accounting method in effect at year-end will be the only method displayed FIFO accounting (see definition below) is the default method for the purpose of this report
*Single Category Average Cost* The average cost of all shares held in a mutual fund regardless of how long they are owned This includes shares acquired with reinvested dividends This method is available for mutual funds and is the method used for open-end funds in this report
*First In First Out (FIFO)* The first investments acquired are the first investments sold This is the "default" method
*Last In First Out (LIFO)* The last investments acquired are the first investments sold
*High Cost* Sell lots in order of highest unit cost to lowest unit cost This will minimize gains and maximize losses
*Low Cost* Sell lots in order of lowest unit cost to highest unit cost This will maximize gains and minimize losses
*Tax Lot Optimizer* A tax lot consists of one or more shares of a security purchased at the same price on the same day Lots sold are selected in the following order
1 *Short-Term Losses* Lots that reflect a short-term loss are sold, beginning with lots that generate the greatest short-term loss down to the least short-term loss
2 *Long-Term Losses* Lots that reflect a long-term loss are sold beginning with lots that generate the greatest long-term loss down to the least long-term loss
3 *Short-Term No Gains or Losses* Short-term lots are sold that reflect no gain or loss
4 *Long-Term No Gains or Losses* Long-term lots are sold that reflect no gain or loss
5 *Long-Term Gains* Lots that reflect a long-term gain are sold beginning with lots that generate the least long-term gain up to the greatest long-term gain
6 *Short-Term Gains* Lots that reflect a short-term gain are sold, beginning with lots that generate the least short-term gain up to the greatest short-term gain
*Specific Lot* The IRS allows taxpayers to specifically identify lots sold Such identification can be made at the time of trade up until settlement date An "m" on this report indicates that the account holder has used Specific Lot and matched a sale against a particular lot held at the time of trade

**Closing Transaction** The fulfillment of a contract causing an existing investment to end A sale could be closing transaction for a long position and a purchase could be a closing position for a short position

**Short-Term/Long-Term** Gain or (loss) on the sale of a capital asset is labeled long-term if the property has been held for more than one year it is labeled **short-term** if the property has been held for one year or less Investors need to provide the appropriate purchase date on some investments for the system generating this report to properly determine the holding period For instance, absent notification to the contrary the report assumes the purchase date is the date of transfer for investments transferred from another brokerage account All transactions are displayed at the lot level A **lot** is a single unit of shares of an investment that was acquired or opened on a specific trade date and at a specific trade time

**Quantity/Par** The number of shares for each lot within each investment position in the account This is the number of shares for stocks and mutual funds, it is the number of contracts for options and it is the face value bonds or notes Fractional shares are rounded for display purposes on this report

**Acquired/Opened** The trade date, effective date or the date provided by the account holder for a particular lot This date generally establishes the holding period of the lot For short positions the opening date is the date the short position is established If no date is available the field will be left blank

**Sold/Closed** The trade date effective date or the date provided by the account holder For long positions the closing date is the date on which the long position is disposed For short positions, the closing date is the date on which the short position is covered

**Total Proceeds** The amount received upon disposition of the holding less commissions and applicable fees

**Cost Basis** The amount paid for the lot including applicable commissions, fees and adjustments for corporate actions and return of capital payments For Short Sales while the position remains open the proceeds appear in the Cost Basis column with a negative value In the Realized Gain or (Loss) section, the Cost Basis is the amount paid to close the transaction and appears in the Cost Basis column The proceeds will appear in the Total Proceeds column For cash in your account Cost Basis includes total cash less margin loan(s) outstanding at the time this report is printed Because it may include transactions which have not yet settled please refer to your account statement for details

**Adjusted Cost Basis** The amortized cost basis (for bonds bought at a premium) or the accreted cost basis (for bonds bought at a discount)

**Realized Gain or (Loss)** A realized gain or (loss) is shown when a closing transaction occurs in your account that requires recognition of a gain or loss To determine the Realized Gain or (Loss) for a lot, the Cost Basis is subtracted from the Total Proceeds

**Adjusted Realized Gain or (Loss)** The realized gain or (loss) that is calculated based on the Adjusted Cost Basis

**Endnotes** Lettered footnotes are placed next to items that required additional explanation Footnotes are explained on the last page of the report
e - Data for this holding has been edited or provided by the account holder
i - Value includes incomplete cost basis If cost basis is not available for an investment you may be able to provide updates
m - A sale was matched against a particular lot held at the time of trade
S - Short sale

**Disclaimer at bottom of each page of report**
Schwab has provided accurate realized gain and loss information wherever possible for most investments Cost basis data may be incomplete or unavailable for some of your holdings If all data for a given investment is not available the investment will not be listed here

Option Customers Realized gain/loss of underlying securities is adjusted to reflect the premiums of assigned or exercised options

© 2022 Charles Schwab & Co Inc All rights reserved Member SIPC 0614-4136 (REG33082)

GAINSKEEPER®

ROBINHOOD MMAT LOSSES

http://www.gainskeeper.com

## Realized Capital Gains & Losses

Created: 12/02/2024 4:52 pm

**Account: 561693193**
**01/01/2022 -- 12/02/2024**

| Entire Period | | | |
|---|---|---|---|
| Short Term Gain | 3,864.39 | Long Term Gain | 38,589.05 |
| Short Term Loss | -5,039.47 | Long Term Loss | -57,504.85 |
| Short Term Net | -1,175.08 | Long Term Net | -18,915.80 |
| Short Term Sales | 3,717.57 | Long Term Sales | 1,323.45 |
| Short Term Cost | 4,892.65 | Long Term Cost | 20,239.25 |

Account 561693193

| Close Date | Rec type | Open Date | Security | | Shares Sold | Proceeds | Book Cost | WS Cost Adj | Cost | ST Gain/Loss | LT Gain/Loss | OR Gain/Loss | Trading Method | Settled |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01/25/2024 | Wash Sale Adj | 11/29/2023 | META MATERIALS INC (MMAT) | US | 172 718331 | 9 49 | 213 14 | | 213 14 | | 203 65 | | | 01/31/2024 |
| 01/25/2024 | Wash Sale Adj | 11/29/2023 | META MATERIALS INC (MMAT) | US | 592 236842 | 32 53 | 545 86 | | 545 86 | | 513 33 | | | 01/31/2024 |
| 01/25/2024 | Wash Sale Adj | 01/02/2024 | META MATERIALS INC (MMAT) | US | 349 281669 | 19 19 | 39 29 | | 39 29 | 20 10 | | | | 01/31/2024 |
| 01/25/2024 | Wash Sale Adj | 11/29/2023 | META MATERIALS INC (MMAT) | US | 21 132099 | 1 16 | 42 12 | | 42 12 | | 40 96 | | | 01/31/2024 |
| 01/25/2024 | Wash Sale Adj | 11/29/2023 | META MATERIALS INC (MMAT) | US | 34 | 1 87 | 54.22 | | 54 22 | | 52 35 | | | 01/31/2024 |
| 01/25/2024 | Wash Sale Adj | 11/29/2023 | META MATERIALS INC (MMAT) | US | 57 256813 | 3 15 | 124 92 | | 124 92 | | -121 77 | | | 01/31/2024 |
| 01/25/2024 | Wash Sale Adj | 11/29/2023 | META MATERIALS INC (MMAT) | US | 122 097194 | 6 71 | 296 71 | | 296 71 | | 290 00 | | | 01/31/2024 |
| 01/25/2024 | Wash Sale Adj | 01/02/2024 | META MATERIALS INC (MMAT) | US | 1 304 436662 | 71 66 | 145 56 | | 145 56 | -73 90 | | | | 01/31/2024 |
| 01/25/2024 | Wash Sale Adj | 11/29/2023 | META MATERIALS INC (MMAT) | US | 3 672719 | 0 20 | 7 32 | | 7 32 | | 7 12 | | | 01/31/2024 |
| 01/25/2024 | Wash Sale Adj | 11/29/2023 | META MATERIALS INC (MMAT) | US | 100 | 5 49 | 15 81 | | 15 81 | 10 32 | | | | 01/31/2024 |
| 01/25/2024 | Wash Sale Adj | 11/29/2023 | META MATERIALS INC (MMAT) | US | 78 20593 | 4 30 | 170 63 | | 170 63 | | 166 33 | | | 01/31/2024 |
| 01/25/2024 | Wash Sale Adj | 11/29/2023 | META MATERIALS INC (MMAT) | US | 100 | 5 49 | 123 41 | | 123 41 | | 117 92 | | | 01/31/2024 |
| 01/26/2024 | Wash Sale Adj | 11/29/2023 | META MATERIALS INC (MMAT) | US | 34 065739 | 1 87 | 207 13 | | 207 13 | | 205 26 | | | 01/31/2024 |
| 01/25/2024 | Wash Sale Adj | 11/29/2023 | META MATERIALS INC (MMAT) | US | 70 045612 | 3 85 | 174 87 | | 174 87 | | 171 02 | | | 01/31/2024 |
| 01/25/2024 | Wash Sale Adj | 01/02/2024 | META MATERIALS INC (MMAT) | US | 100 | 5 49 | 11 15 | | 11 15 | 5 66 | | | | 01/31/2024 |
| 01/25/2024 | Wash Sale Adj | 11/29/2023 | META MATERIALS INC (MMAT) | US | 0 465393 | 0 03 | 2 82 | | 2 82 | | 2 79 | | | 01/31/2024 |
| 01/25/2024 | Wash Sale Adj | 11/29/2023 | META MATERIALS INC (MMAT) | US | 0 971838 | 0 05 | 1 98 | | 1 98 | | -1 93 | | | 01/31/2024 |
| 01/25/2024 | Wash Sale Adj | 11/29/2023 | META MATERIALS INC (MMAT) | US | 1 995835 | 0 11 | 4 09 | | 4 09 | | 3 98 | | | 01/31/2024 |
| 01/25/2024 | Wash Sale Adj | 11/29/2023 | META MATERIALS INC (MMAT) | US | 673 563338 | 37 00 | 831 27 | | 831 27 | | 794 27 | | | 01/31/2024 |
| 01/25/2024 | Wash Sale Adj | 11/29/2023 | META MATERIALS INC (MMAT) | US | 107 718331 | 5 92 | 172 29 | | 172 29 | | 166 37 | | | 01/31/2024 |
| 01/25/2024 | Wash Sale Adj | 11/29/2023 | META MATERIALS INC (MMAT) | US | 1 | 0 05 | 2 05 | | 2 05 | | 2 00 | | | 01/31/2024 |
| 01/25/2024 | Wash Sale Adj | 11/29/2023 | META MATERIALS INC (MMAT) | US | 6 294811 | 0 35 | 15 68 | | 15 68 | | 15 33 | | | 01/31/2024 |
| 01/25/2024 | Wash Sale Adj | 11/29/2023 | META MATERIALS INC (MMAT) | US | 0 626865 | 0 03 | 3 13 | | 3 13 | | 3 10 | | | 01/31/2024 |
| 01/26/2024 | Wash Sale Adj | 11/29/2023 | META MATERIALS INC (MMAT) | US | 197 399961 | 10 84 | 625 85 | | 625 85 | | 615 01 | | | 01/31/2024 |
| 01/25/2024 | Wash Sale Adj | 11/29/2023 | META MATERIALS INC (MMAT) | US | 1 | 0 05 | 1 25 | | 1 25 | | 1 20 | | | 01/31/2024 |
| 01/25/2024 | Wash Sale Adj | 11/29/2023 | META MATERIALS INC (MMAT) | US | 0 549295 | 0 03 | 1 35 | | 1 35 | | 1 32 | | | 01/31/2024 |
| 01/25/2024 | Wash Sale Adj | 11/29/2023 | META MATERIALS INC (MMAT) | US | 11 582615 | 0 64 | 23 76 | | 23 76 | | 23 12 | | | 01/31/2024 |
| 01/25/2024 | Wash Sale Adj | 11/29/2023 | META MATERIALS INC (MMAT) | US | 157 851814 | 8 67 | 383 59 | | 383 59 | | 374 92 | | | 01/31/2024 |
| 01/25/2024 | Wash Sale Adj | 01/02/2024 | META MATERIALS INC (MMAT) | US | 100 | 5 49 | 11 15 | | 11 15 | 5 66 | | | | 01/31/2024 |
| 01/25/2024 | Wash Sale Adj | 01/02/2024 | META MATERIALS INC (MMAT) | US | 200 | 10 99 | 14 08 | | 14 08 | 3 09 | | | | 01/31/2024 |
| 01/25/2024 | Wash Sale Adj | 11/29/2023 | META MATERIALS INC (MMAT) | US | 4 992348 | 0 27 | 24 47 | | 24 47 | | 24 20 | | | 01/31/2024 |
| 01/25/2024 | Wash Sale Adj | 11/29/2023 | META MATERIALS INC (MMAT) | US | 52 129333 | 2 86 | 165 28 | | 165 28 | | 162 42 | | | 01/31/2024 |
| 01/25/2024 | Wash Sale Adj | 11/29/2023 | META MATERIALS INC (MMAT) | US | 202 763158 | 11 14 | 186 90 | | 186 90 | | 175 76 | | | 01/31/2024 |
| 01/25/2024 | Wash Sale Adj | 11/29/2023 | META MATERIALS INC (MMAT) | US | 2 18079 | 0 12 | 4 48 | | 4 48 | | -4 36 | | | 01/31/2024 |
| 01/25/2024 | Wash Sale Adj | 11/29/2023 | META MATERIALS INC (MMAT) | US | 53 718331 | 2 95 | 66 29 | | 66 29 | | 63 34 | | | 01/31/2024 |
| 01/25/2024 | Wash Sale Adj | 11/29/2023 | META MATERIALS INC (MMAT) | US | 46 281669 | 2 54 | 58 01 | | 58 01 | | 55 47 | | | 01/31/2024 |
| 01/25/2024 | Wash Sale Adj | 11/29/2023 | META MATERIALS INC (MMAT) | US | 1 | 0 05 | 2 94 | | 2 94 | | -2 89 | | | 01/31/2024 |
| 01/25/2024 | Wash Sale Adj | 11/29/2023 | META MATERIALS INC (MMAT) | US | 47 281669 | 2 60 | 4 92 | | 4 92 | 2 32 | | | | 01/31/2024 |
| 01/26/2024 | Wash Sale Adj | 11/29/2023 | META MATERIALS INC (MMAT) | US | 0 044827 | | 0 04 | | 0 04 | | 0 04 | | | 01/31/2024 |
| 01/25/2024 | Wash Sale Adj | 11/29/2023 | META MATERIALS INC (MMAT) | US | 0 069199 | | 0 08 | | 0 08 | | 0 08 | | | 01/31/2024 |
| 01/25/2024 | Wash Sale Adj | 11/28/2023 | META MATERIALS INC (MMAT) | US | 492 281669 | 27 04 | 787 35 | | 787 35 | | 760 31 | | | 01/31/2024 |
| 01/25/2024 | Wash Sale Adj | 11/29/2023 | META MATERIALS INC (MMAT) | US | 46 870667 | 2 57 | 284 99 | | 284 99 | | 282 42 | | | 01/31/2024 |
| 01/25/2024 | Wash Sale Adj | 11/29/2023 | META MATERIALS INC (MMAT) | US | 42 375553 | 2 33 | 108 59 | | 108 59 | | 106 26 | | | 01/31/2024 |
| 01/25/2024 | Wash Sale Adj | 01/02/2024 | META MATERIALS INC (MMAT) | US | 100 | 5 49 | 11 15 | | 11 15 | 5 66 | | | | 01/31/2024 |
| 01/25/2024 | Wash Sale Adj | 11/29/2023 | META MATERIALS INC (MMAT) | US | 527 281669 | 28 97 | 631 66 | | 631 66 | | 602 69 | | | 01/31/2024 |
| 01/26/2024 | Wash Sale Adj | 01/02/2024 | META MATERIALS INC (MMAT) | US | 100 | 5 50 | 11 16 | | 11 16 | 5 66 | | | | 01/31/2024 |
| 01/25/2024 | Wash Sale Adj | 11/29/2023 | META MATERIALS INC (MMAT) | US | 151 659178 | 8 33 | 282 30 | | 282 30 | | 273 97 | | | 01/31/2024 |
| 01/25/2024 | Wash Sale Adj | 11/29/2023 | META MATERIALS INC (MMAT) | US | 897 167643 | 49 28 | 806 64 | | 806 64 | | 757 36 | | | 01/31/2024 |
| 01/25/2024 | Wash Sale Adj | 11/29/2023 | META MATERIALS INC (MMAT) | US | 19 502834 | 1 07 | 47 39 | | 47 39 | | 46 32 | | | 01/31/2024 |
| 01/25/2024 | Wash Sale Adj | 11/29/2023 | META MATERIALS INC (MMAT) | US | 46 281669 | 2 54 | 146 73 | | 146 73 | | 144 19 | | | 01/31/2024 |
| 01/25/2024 | Wash Sale Adj | 11/29/2023 | META MATERIALS INC (MMAT) | US | 100 | 5 49 | 15 81 | | 15 81 | 10 32 | | | | 01/31/2024 |
| 01/25/2024 | Wash Sale Adj | 11/29/2023 | META MATERIALS INC (MMAT) | US | 13 456165 | 0 74 | 67 43 | | 67 43 | | 66 69 | | | 01/31/2024 |
| 01/25/2024 | Wash Sale Adj | 11/29/2023 | META MATERIALS INC (MMAT) | US | 500 | 27 47 | 79 04 | | 79 04 | 51 57 | | | | 01/31/2024 |
| 01/25/2024 | Wash Sale Adj | 01/02/2024 | META MATERIALS INC (MMAT) | US | 199 | 10 94 | 22 21 | | 22 21 | 11 27 | | | | 01/31/2024 |
| 01/25/2024 | Wash Sale Adj | 11/29/2023 | META MATERIALS INC (MMAT) | US | 0 661971 | 0 04 | 1 45 | | 1 45 | | -1 41 | | | 01/31/2024 |

Account 561693193

| Close Date | Rec type | Open Date | Security | | Shares Sold | Proceeds | Book Cost | WS Cost Adj | Cost | ST Gain/Loss | LT Gain/Loss | OR Gain/Loss | Trading Method | Settled |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01/25/2024 | Wash Sale Adj | 11/29/2023 | META MATERIALS INC (MMAT) | US | 0 111821 | 0 01 | 0 53 | | 0 53 | | 0 52 | | | 01/31/2024 |
| 01/25/2024 | Wash Sale Adj | 11/29/2023 | META MATERIALS INC (MMAT) | US | 1 952 718331 | 107 28 | 247 97 | | 247 97 | 140 69 | | | | 01/31/2024 |
| 01/25/2024 | Wash Sale Adj | 01/02/2024 | META MATERIALS INC (MMAT) | US | 1 | 0 05 | 2 07 | | 2 07 | | 2 02 | | | 01/31/2024 |
| 01/25/2024 | Wash Sale Adj | 01/02/2024 | META MATERIALS INC (MMAT) | US | 42 375553 | 2 32 | 109 24 | | 109 24 | | 106 92 | | | 01/31/2024 |
| 01/25/2024 | Wash Sale Adj | 01/02/2024 | META MATERIALS INC (MMAT) | US | 157 851614 | 8 66 | 386 03 | | 386 03 | | 377 37 | | | 01/31/2024 |
| 01/25/2024 | Wash Sale Adj | 01/02/2024 | META MATERIALS INC (MMAT) | US | 0 661971 | 0 04 | 1 46 | | 1 46 | | 1 42 | | | 01/31/2024 |
| 01/25/2024 | Wash Sale Adj | 01/02/2024 | META MATERIALS INC (MMAT) | US | 151 659178 | 8 32 | 284 65 | | 284 65 | | 276 33 | | | 01/31/2024 |
| 01/25/2024 | Wash Sale Adj | 01/02/2024 | META MATERIALS INC (MMAT) | US | 122 097194 | 6 69 | 298 60 | | 298 60 | | 291 91 | | | 01/31/2024 |
| 01/25/2024 | Wash Sale Adj | 01/02/2024 | META MATERIALS INC (MMAT) | US | 11 582615 | 0 64 | 23 94 | | 23 94 | | 23 30 | | | 01/31/2024 |
| 01/25/2024 | Wash Sale Adj | 01/02/2024 | META MATERIALS INC (MMAT) | US | 46 281669 | 2 54 | 147 45 | | 147 45 | | 144 91 | | | 01/31/2024 |
| 01/25/2024 | Wash Sale Adj | 01/02/2024 | META MATERIALS INC (MMAT) | US | 21 132099 | 1 16 | 42 45 | | 42 45 | | 41 29 | | | 01/31/2024 |
| 01/25/2024 | Wash Sale Adj | 01/02/2024 | META MATERIALS INC (MMAT) | US | 6 294811 | 0 35 | 15 77 | | 15 77 | | 15 42 | | | 01/31/2024 |
| 01/25/2024 | Wash Sale Adj | 01/02/2024 | META MATERIALS INC (MMAT) | US | 0 549295 | 0 03 | 1 36 | | 1 36 | | 1 33 | | | 01/31/2024 |
| 01/25/2024 | Wash Sale Adj | 01/02/2024 | META MATERIALS INC (MMAT) | US | 197 399961 | 10 82 | 628 91 | | 628 91 | | -618 09 | | | 01/31/2024 |
| 01/25/2024 | Wash Sale Adj | 01/02/2024 | META MATERIALS INC (MMAT) | US | 3 672719 | 0 20 | 7 38 | | 7 38 | | 7 18 | | | 01/31/2024 |
| 01/25/2024 | Wash Sale Adj | 01/02/2024 | META MATERIALS INC (MMAT) | US | 0 626865 | 0 03 | 3 14 | | 3 14 | | 3 11 | | | 01/31/2024 |
| 01/25/2024 | Wash Sale Adj | 01/02/2024 | META MATERIALS INC (MMAT) | US | 52 129333 | 2 86 | 166 09 | | 166 09 | | 163 23 | | | 01/31/2024 |
| 01/25/2024 | Wash Sale Adj | 01/02/2024 | META MATERIALS INC (MMAT) | US | 34 065739 | 1 87 | 207 66 | | 207 66 | | 205 79 | | | 01/31/2024 |
| 01/25/2024 | Wash Sale Adj | 01/02/2024 | META MATERIALS INC (MMAT) | US | 0 971838 | 0 05 | 2 00 | | 2 00 | | 1 95 | | | 01/31/2024 |
| 01/25/2024 | Wash Sale Adj | 01/02/2024 | META MATERIALS INC (MMAT) | US | 70 045812 | 3 84 | 175 95 | | 175 95 | | 172 11 | | | 01/31/2024 |
| 01/25/2024 | Wash Sale Adj | 01/02/2024 | META MATERIALS INC (MMAT) | US | 13 456165 | 0 74 | 67 64 | | 67 64 | | 66 90 | | | 01/31/2024 |
| 01/25/2024 | Wash Sale Adj | 01/02/2024 | META MATERIALS INC (MMAT) | US | 0 465393 | 0 03 | 2 82 | | 2 82 | | 2 79 | | | 01/31/2024 |
| 01/25/2024 | Wash Sale Adj | 01/02/2024 | META MATERIALS INC (MMAT) | US | 0 111821 | 0 01 | 0 53 | | 0 53 | | 0 52 | | | 01/31/2024 |
| 01/25/2024 | Wash Sale Adj | 01/02/2024 | META MATERIALS INC (MMAT) | US | 19 502834 | 1 07 | 47 69 | | 47 69 | | 46 62 | | | 01/31/2024 |
| 01/25/2024 | Wash Sale Adj | 01/02/2024 | META MATERIALS INC (MMAT) | US | 1 995835 | 0 11 | 4 12 | | 4 12 | | 4 01 | | | 01/31/2024 |
| 01/25/2024 | Wash Sale Adj | 01/02/2024 | META MATERIALS INC (MMAT) | US | 46 870667 | 2 57 | 285 72 | | 285 72 | | 283 15 | | | 01/31/2024 |
| 01/25/2024 | Wash Sale Adj | 01/02/2024 | META MATERIALS INC (MMAT) | US | 653 563338 | 35 83 | 597 72 | | 597 72 | | 561 89 | | | 01/31/2024 |
| 01/25/2024 | Wash Sale Adj | 01/02/2024 | META MATERIALS INC (MMAT) | US | 4 992348 | 0 27 | 24 55 | | 24 55 | | 24 28 | | | 01/31/2024 |
| 01/25/2024 | Wash Sale Adj | 01/02/2024 | META MATERIALS INC (MMAT) | US | 1 | 0 05 | 2 96 | | 2 96 | | 2 91 | | | 01/31/2024 |
| 01/25/2024 | Wash Sale Adj | 01/02/2024 | META MATERIALS INC (MMAT) | US | 78 20593 | 4 29 | 171 84 | | 171 84 | | 167 55 | | | 01/31/2024 |
| 01/25/2024 | Wash Sale Adj | 01/02/2024 | META MATERIALS INC (MMAT) | US | 57 256813 | 3 14 | 125 80 | | 125 80 | | 122 66 | | | 01/31/2024 |
| 01/25/2024 | Wash Sale Adj | 01/02/2024 | META MATERIALS INC (MMAT) | US | 2 18079 | 0 12 | 4 51 | | 4 51 | | 4 39 | | | 01/31/2024 |
| 02/01/2024 | | 01/02/2024 | META MATERIALS INC (MMAT) | US | 2 447993 | 8 42 | 222 79 | | 222 79 | | 214 37 | | | 02/05/2024 |
| 02/01/2024 | | 01/02/2024 | META MATERIALS INC (MMAT) | US | 0 000695 | | 0 08 | | 0 08 | | 0 08 | | | 02/05/2024 |
| 02/01/2024 | | 01/02/2024 | META MATERIALS INC (MMAT) | US | 2 037578 | 7 01 | 190 04 | | 190 04 | | 183 03 | | | 02/05/2024 |
| 02/01/2024 | | 01/02/2024 | META MATERIALS INC (MMAT) | US | 2 548071 | 8 77 | 237 63 | | 237 63 | | 228 86 | | | 02/05/2024 |
| 02/01/2024 | | 01/02/2024 | META MATERIALS INC (MMAT) | US | 0 475136 | 1 63 | 5 65 | | 5 65 | 4 02 | | | | 02/05/2024 |
| 02/01/2024 | | 01/17/2024 | META MATERIALS INC (MMAT) | US | 0 001124 | 0 01 | 0 53 | | 0 53 | | 0 52 | | | 02/05/2024 |
| 02/01/2024 | | 01/17/2024 | META MATERIALS INC (MMAT) | US | 0 050168 | 0 17 | 24 67 | | 24 67 | | 24 50 | | | 02/05/2024 |
| 02/01/2024 | | 01/17/2024 | META MATERIALS INC (MMAT) | US | 0 006299 | 0 02 | 3 16 | | 3 16 | | 3 14 | | | 02/05/2024 |
| 02/01/2024 | | 01/17/2024 | META MATERIALS INC (MMAT) | US | 0 135222 | 0 46 | 67 95 | | 67 95 | | 67 49 | | | 02/05/2024 |
| 02/01/2024 | | 01/17/2024 | META MATERIALS INC (MMAT) | US | 0 004677 | 0 02 | 2 83 | | 2 83 | | 2 81 | | | 02/05/2024 |
| 02/01/2024 | | 01/17/2024 | META MATERIALS INC (MMAT) | US | 0 342328 | 1 18 | 208 44 | | 208 44 | | 207 26 | | | 02/05/2024 |
| 02/01/2024 | | 01/17/2024 | META MATERIALS INC (MMAT) | US | 0 471006 | 1 62 | 286 79 | | 286 79 | | 285 17 | | | 02/05/2024 |
| 02/01/2024 | | 01/17/2024 | META MATERIALS INC (MMAT) | US | 0 010049 | 0 03 | 2 99 | | 2 99 | | 2 96 | | | 02/05/2024 |
| 02/01/2024 | | 01/17/2024 | META MATERIALS INC (MMAT) | US | 0 465087 | 1 60 | 148 51 | | 148 51 | | 146 91 | | | 02/05/2024 |
| 02/01/2024 | | 01/17/2024 | META MATERIALS INC (MMAT) | US | 0 52365 | 1 80 | 167 28 | | 167 28 | | 165 48 | | | 02/05/2024 |
| 02/01/2024 | | 01/17/2024 | META MATERIALS INC (MMAT) | US | 1 983683 | 6 83 | 633 43 | | 633 43 | | 626 60 | | | 02/05/2024 |
| 02/01/2024 | | 01/17/2024 | META MATERIALS INC (MMAT) | US | 0 009766 | 0 03 | 2 03 | | 2 03 | | 2 00 | | | 02/05/2024 |
| 02/01/2024 | | 01/17/2024 | META MATERIALS INC (MMAT) | US | 0 020056 | 0 07 | 4 17 | | 4 17 | | 4 10 | | | 02/05/2024 |
| 02/01/2024 | | 01/17/2024 | META MATERIALS INC (MMAT) | US | 0 425834 | 1 47 | 110 21 | | 110 21 | | 108 74 | | | 02/05/2024 |
| 02/01/2024 | | 01/17/2024 | META MATERIALS INC (MMAT) | US | 0 006652 | 0 02 | 1 47 | | 1 47 | | 1 45 | | | 02/05/2024 |
| 02/01/2024 | | 01/17/2024 | META MATERIALS INC (MMAT) | US | 0 575377 | 1 98 | 127 11 | | 127 11 | | -125 13 | | | 02/05/2024 |
| 02/01/2024 | | 01/17/2024 | META MATERIALS INC (MMAT) | US | 0 785896 | 2 70 | 173 63 | | 173 63 | | 170 93 | | | 02/05/2024 |
| 02/01/2024 | | 01/17/2024 | META MATERIALS INC (MMAT) | US | 0 036907 | 0 13 | 7 47 | | 7 47 | | 7 34 | | | 02/05/2024 |

Account 561693193

| Close Date | Rec type | Open Date | Security | | Shares Sold | Proceeds | Book Cost | WS Cost Adj | Cost | ST Gain/Loss | LT Gain/Loss | OR Gain/Loss | Trading Method | Settled |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 02/01/2024 | | 01/17/2024 | META MATERIALS INC (MMAT) | US | 0 212358 | 0 73 | 42 93 | | 42 93 | | 42 20 | | | 02/05/2024 |
| 02/01/2024 | | 01/17/2024 | META MATERIALS INC (MMAT) | US | 0 063257 | 0 22 | 15 91 | | 15 91 | | 15 69 | | | 02/05/2024 |
| 02/01/2024 | | 01/17/2024 | META MATERIALS INC (MMAT) | US | 0 703892 | 2 42 | 177 55 | | 177 55 | | 175 13 | | | 02/05/2024 |
| 02/01/2024 | | 01/17/2024 | META MATERIALS INC (MMAT) | US | 0 00552 | 0 02 | 1 37 | | 1 37 | | 1 35 | | | 02/05/2024 |
| 02/01/2024 | | 01/17/2024 | META MATERIALS INC (MMAT) | US | 0 195985 | 0 67 | 48 13 | | 48 13 | | 47 46 | | | 02/05/2024 |
| 02/01/2024 | | 01/17/2024 | META MATERIALS INC (MMAT) | US | 1 226961 | 4 22 | 301 40 | | 301 40 | | 297 18 | | | 02/05/2024 |
| 02/01/2024 | | 01/17/2024 | META MATERIALS INC (MMAT) | US | 1 586259 | 5 46 | 389 63 | | 389 63 | | 384 17 | | | 02/05/2024 |
| 02/01/2024 | | 01/17/2024 | META MATERIALS INC (MMAT) | US | 0 010049 | 0 03 | 2 10 | | 2 10 | | 2 07 | | | 02/05/2024 |
| 02/01/2024 | | 01/17/2024 | META MATERIALS INC (MMAT) | US | 0 021915 | 0 08 | 4 56 | | 4 56 | | 4 48 | | | 02/05/2024 |
| 02/01/2024 | | 01/17/2024 | META MATERIALS INC (MMAT) | US | 0 116394 | 0 40 | 24 20 | | 24 20 | | 23 80 | | | 02/05/2024 |
| 02/01/2024 | | 01/17/2024 | META MATFRIAI S INC (MMAT) | US | 1 524031 | 5 24 | 288 11 | | 288 11 | | 282 87 | | | 02/05/2024 |
| 02/01/2024 | | 01/17/2024 | META MATERIALS INC (MMAT) | US | 0 529773 | 1 82 | 49 42 | | 49 42 | | 47 60 | | | 02/05/2024 |
| 02/01/2024 | | 01/17/2024 | META MATERIALS INC (MMAT) | US | 6 037923 | 20 77 | 563 24 | | 563 24 | | -542 47 | | | 02/05/2024 |
| 02/01/2024 | | 01/17/2024 | META MATERIALS INC (MMAT) | US | 0 00045 | | 0 04 | | 0 04 | | -0 04 | | | 02/05/2024 |
| 02/01/2024 | | 01/17/2024 | META MATERIALS INC (MMAT) | US | 1 004905 | 3 46 | 94 42 | | 94 42 | | 90 96 | | | 02/05/2024 |
| 02/01/2024 | | 01/17/2024 | META MATERIALS INC (MMAT) | US | 2 398443 | 8 25 | 225 44 | | 225 44 | | 217 19 | | | 02/05/2024 |
| 02/01/2024 | | 01/17/2024 | META MATERIALS INC (MMAT) | US | 0 341668 | 1 18 | 55 00 | | 55 00 | | 53 82 | | | 02/05/2024 |
| 02/01/2024 | | 01/17/2024 | META MATERIALS INC (MMAT) | US | 1 082467 | 3 72 | 174 75 | | 174 75 | | 171 03 | | | 02/05/2024 |
| 02/01/2024 | | 01/17/2024 | META MATERIALS INC (MMAT) | US | 4 946964 | 17 02 | 798 61 | | 798 61 | | -781 59 | | | 02/05/2024 |
| 02/01/2024 | | 01/17/2024 | META MATERIALS INC (MMAT) | US | 0 010049 | 0 03 | 1 28 | | 1 28 | | 1 25 | | | 02/05/2024 |
| 02/01/2024 | | 01/17/2024 | META MATERIALS INC (MMAT) | US | 0 465087 | 1 60 | 59 07 | | 59 07 | | 57 47 | | | 02/05/2024 |
| 02/01/2024 | | 01/17/2024 | META MATERIALS INC (MMAT) | US | 0 539818 | 1 86 | 67 52 | | 67 52 | | 65 66 | | | 02/05/2024 |
| 02/01/2024 | | 01/17/2024 | META MATERIALS INC (MMAT) | US | 1 004905 | 3 45 | 125 70 | | 125 70 | | 122 25 | | | 02/05/2024 |
| 02/01/2024 | | 01/17/2024 | META MATERIALS INC (MMAT) | US | 1 735656 | 5 97 | 217 09 | | 217 09 | | 211 12 | | | 02/05/2024 |
| 02/01/2024 | | 01/17/2024 | META MATERIALS INC (MMAT) | US | 6 768673 | 23 29 | 846 67 | | 846 67 | | -823 38 | | | 02/05/2024 |
| 02/01/2024 | | 01/17/2024 | META MATERIALS INC (MMAT) | US | 5 298681 | 18 22 | 643 71 | | 643 71 | | 625 49 | | | 02/05/2024 |
| 02/01/2024 | | 01/17/2024 | META MATERIALS INC (MMAT) | US | 1 004905 | 3 46 | 18 10 | | 18 10 | 14 64 | | | | 02/05/2024 |
| 02/01/2024 | | 01/17/2024 | META MATERIALS INC (MMAT) | US | 1 004905 | 3 46 | 18 10 | | 18 10 | 14 64 | | | | 02/05/2024 |
| 02/01/2024 | | 01/17/2024 | META MATERIALS INC (MMAT) | US | 5 024526 | 17 28 | 90 47 | | 90 47 | 73 19 | | | | 02/05/2024 |
| 02/01/2024 | | 01/17/2024 | META MATERIALS INC (MMAT) | US | 6 559201 | 22 56 | 97 81 | | 97 81 | 75 25 | | | | 02/05/2024 |
| 02/01/2024 | | 01/17/2024 | META MATERIALS INC (MMAT) | US | 13 063769 | 44 94 | 194 80 | | 194 80 | 149 86 | | | | 02/05/2024 |
| 02/01/2024 | | 01/17/2024 | META MATERIALS INC (MMAT) | US | 1 004905 | 3 46 | 13 43 | | 13 43 | 9 97 | | | | 02/05/2024 |
| 02/01/2024 | | 01/17/2024 | META MATERIALS INC (MMAT) | US | 1 004905 | 3 45 | 13 43 | | 13 43 | 9 98 | | | | 02/05/2024 |
| 02/01/2024 | | 01/17/2024 | META MATERIALS INC (MMAT) | US | 1 004905 | 3 46 | 13 43 | | 13 43 | 9 97 | | | | 02/05/2024 |
| 02/01/2024 | | 01/17/2024 | META MATERIALS INC (MMAT) | US | 1 004905 | 3 46 | 13 43 | | 13 43 | 9 97 | | | | 02/05/2024 |
| 02/01/2024 | | 01/17/2024 | META MATERIALS INC (MMAT) | US | 1 999761 | 6 87 | 26 73 | | 26 73 | 19 86 | | | | 02/05/2024 |
| 02/01/2024 | | 01/17/2024 | META MATERIALS INC (MMAT) | US | 3 50995 | 12 08 | 47 27 | | 47 27 | 35 19 | | | | 02/05/2024 |
| 02/01/2024 | | 01/17/2024 | META MATERIALS INC (MMAT) | US | 5 564345 | 19 14 | 74 39 | | 74 39 | 55 25 | | | | 02/05/2024 |
| 02/01/2024 | | 01/17/2024 | META MATERIALS INC (MMAT) | US | 7 544008 | 25 95 | 100 94 | | 100 94 | 74 99 | | | | 02/05/2024 |
| 02/01/2024 | | 01/17/2024 | META MATERIALS INC (MMAT) | US | 2 009811 | 6 91 | 18 63 | | 18 63 | 11 72 | | | | 02/05/2024 |
| 02/01/2024 | | 01/17/2024 | META MATERIALS INC (MMAT) | US | 5 499662 | 18 92 | 42 52 | | 42 52 | -23 60 | | | | 02/05/2024 |
| 02/01/2024 | Wash Sale Adj | 02/14/2024 | META MATERIALS INC (MMAT) | US | 0 001124 | | 0 00 | | 0 52 | | 0 52 | | | 02/05/2024 |
| 02/01/2024 | Wash Sale Adj | 02/14/2024 | META MATERIALS INC (MMAT) | US | 0 050168 | | 0 00 | | 24 50 | | 24 50 | | | 02/05/2024 |
| 02/01/2024 | Wash Sale Adj | 02/14/2024 | META MATERIALS INC (MMAT) | US | 0 006299 | | 0 00 | | 3 14 | | 3 14 | | | 02/05/2024 |
| 02/01/2024 | Wash Sale Adj | 02/14/2024 | META MATERIALS INC (MMAT) | US | 0 135222 | | 0 00 | | 67 49 | | 67 49 | | | 02/05/2024 |
| 02/01/2024 | Wash Sale Adj | 02/14/2024 | META MATERIALS INC (MMAT) | US | 0 004677 | | 0 00 | | 2 81 | | 2 81 | | | 02/05/2024 |
| 02/01/2024 | Wash Sale Adj | 02/14/2024 | META MATERIALS INC (MMAT) | US | 0 342328 | | 0 00 | | 207 26 | | 207 26 | | | 02/05/2024 |
| 02/01/2024 | Wash Sale Adj | 02/14/2024 | META MATERIALS INC (MMAT) | US | 0 471006 | | 0 00 | | 285 17 | | 285 17 | | | 02/05/2024 |
| 02/01/2024 | Wash Sale Adj | 02/14/2024 | META MATERIALS INC (MMAT) | US | 0 010049 | | 0 00 | | 2 96 | | 2 96 | | | 02/05/2024 |
| 02/01/2024 | Wash Sale Adj | 02/14/2024 | META MATERIALS INC (MMAT) | US | 0 465087 | | 0 00 | | 146 91 | | 146 91 | | | 02/05/2024 |
| 02/01/2024 | Wash Sale Adj | 02/14/2024 | META MATERIALS INC (MMAT) | US | 0 52385 | | 0 00 | | 165 48 | | 165 48 | | | 02/05/2024 |
| 02/01/2024 | Wash Sale Adj | 02/14/2024 | META MATERIALS INC (MMAT) | US | 1 983683 | | 0 00 | | 626 60 | | 626 60 | | | 02/05/2024 |
| 02/01/2024 | Wash Sale Adj | 02/14/2024 | META MATERIALS INC (MMAT) | US | 0 009768 | | 0 00 | | 2 00 | | 2 00 | | | 02/05/2024 |
| 02/01/2024 | Wash Sale Adj | 02/14/2024 | META MATERIALS INC (MMAT) | US | 0 020058 | | 0 00 | | -4 10 | | 4 10 | | | 02/05/2024 |
| 02/01/2024 | Wash Sale Adj | 02/14/2024 | META MATERIALS INC (MMAT) | US | 0 425834 | | 0 00 | | 108 74 | | 108 74 | | | 02/05/2024 |

Account 561693193

| Close Date | Rec type | Open Date | Security | | Shares Sold | Proceeds | Book Cost | WS Cost Adj | Cost | ST Gain/Loss | LT Gain/Loss | OR Gain/Loss | Trading Method | Settled |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 02/01/2024 | Wash Sale Adj | 02/14/2024 | META MATERIALS INC (MMAT) | US | 0 006652 | | 0 00 | | 1 45 | | 1 45 | | | 02/05/2024 |
| 02/01/2024 | Wash Sale Adj | 02/14/2024 | META MATERIALS INC (MMAT) | US | 0 575377 | | 0 00 | | 125 13 | | 125 13 | | | 02/05/2024 |
| 02/01/2024 | Wash Sale Adj | 02/14/2024 | META MATERIALS INC (MMAT) | US | 0 785896 | | 0 00 | | 170 93 | | 170 93 | | | 02/05/2024 |
| 02/01/2024 | Wash Sale Adj | 02/14/2024 | META MATERIALS INC (MMAT) | US | 0 036907 | | 0 00 | | 7 34 | | 7 34 | | | 02/05/2024 |
| 02/01/2024 | Wash Sale Adj | 02/14/2024 | META MATERIALS INC (MMAT) | US | 0 212358 | | 0 00 | | -42 20 | | 42 20 | | | 02/05/2024 |
| 02/01/2024 | Wash Sale Adj | 02/14/2024 | META MATERIALS INC (MMAT) | US | 0 063257 | | 0 00 | | 15 69 | | 15 69 | | | 02/05/2024 |
| 02/01/2024 | Wash Sale Adj | 02/14/2024 | META MATERIALS INC (MMAT) | US | 0 703892 | | 0 00 | | -175 13 | | 175 13 | | | 02/05/2024 |
| 02/01/2024 | Wash Sale Adj | 02/14/2024 | META MATERIALS INC (MMAT) | US | 0 00552 | | 0 00 | | 1 35 | | 1 35 | | | 02/05/2024 |
| 02/01/2024 | Wash Sale Adj | 02/14/2024 | META MATERIALS INC (MMAT) | US | 0 195985 | | 0 00 | | 47 46 | | 47 46 | | | 02/05/2024 |
| 02/01/2024 | Wash Sale Adj | 02/14/2024 | META MATERIALS INC (MMAT) | US | 1 226961 | | 0 00 | | -297 18 | | 297 18 | | | 02/05/2024 |
| 02/01/2024 | Wash Sale Adj | 02/14/2024 | META MATERIALS INC (MMAT) | US | 1 588259 | | 0 00 | | 384 17 | | 384 17 | | | 02/05/2024 |
| 02/01/2024 | Wash Sale Adj | 02/14/2024 | META MATERIALS INC (MMAT) | US | 0 010049 | | 0 00 | | 2 07 | | 2 07 | | | 02/05/2024 |
| 02/01/2024 | Wash Sale Adj | 02/14/2024 | META MATERIALS INC (MMAT) | US | 0 021915 | | 0 00 | | -4 48 | | 4 48 | | | 02/05/2024 |
| 02/01/2024 | Wash Sale Adj | 02/14/2024 | META MATERIALS INC (MMAT) | US | 0 116394 | | 0 00 | | 23 80 | | 23 80 | | | 02/05/2024 |
| 02/01/2024 | Wash Sale Adj | 02/14/2024 | META MATERIALS INC (MMAT) | US | 1 524031 | | 0 00 | | 282 87 | | 282 87 | | | 02/05/2024 |
| 02/01/2024 | Wash Sale Adj | 02/14/2024 | META MATERIALS INC (MMAT) | US | 0 529773 | | 0 00 | | -47 60 | | 47 60 | | | 02/05/2024 |
| 02/01/2024 | Wash Sale Adj | 02/14/2024 | META MATERIALS INC (MMAT) | US | 6 037923 | | 0 00 | | 542 47 | | 542 47 | | | 02/05/2024 |
| 02/01/2024 | Wash Sale Adj | 02/14/2024 | META MATERIALS INC (MMAT) | US | 2 447993 | | 0 00 | | -214 37 | | 214 37 | | | 02/05/2024 |
| 02/01/2024 | Wash Sale Adj | 02/14/2024 | META MATERIALS INC (MMAT) | US | 0 000695 | | 0 00 | | 0 08 | | 0 08 | | | 02/05/2024 |
| 02/01/2024 | Wash Sale Adj | 02/14/2024 | META MATERIALS INC (MMAT) | US | 2 037578 | | 0 00 | | 183 03 | | 183 03 | | | 02/05/2024 |
| 02/01/2024 | Wash Sale Adj | 02/14/2024 | META MATERIALS INC (MMAT) | US | 2 548071 | | 0 00 | | 228 86 | | 228 86 | | | 02/05/2024 |
| 02/01/2024 | Wash Sale Adj | 02/14/2024 | META MATERIALS INC (MMAT) | US | 0 00045 | | 0 00 | | 0 04 | | 0 04 | | | 02/05/2024 |
| 02/01/2024 | Wash Sale Adj | 02/14/2024 | META MATERIALS INC (MMAT) | US | 1 004905 | | 0 00 | | -90 96 | | 90 96 | | | 02/05/2024 |
| 02/01/2024 | Wash Sale Adj | 02/14/2024 | META MATERIALS INC (MMAT) | US | 2 398443 | | 0 00 | | -217 19 | | 217 19 | | | 02/05/2024 |
| 02/01/2024 | Wash Sale Adj | 02/14/2024 | META MATERIALS INC (MMAT) | US | 0 341668 | | 0 00 | | 53 82 | | 53 82 | | | 02/05/2024 |
| 02/01/2024 | Wash Sale Adj | 02/14/2024 | META MATERIALS INC (MMAT) | US | 1 082467 | | 0 00 | | -171 03 | | 171 03 | | | 02/05/2024 |
| 02/01/2024 | Wash Sale Adj | 02/14/2024 | META MATERIALS INC (MMAT) | US | 4 946964 | | 0 00 | | 781 59 | | 781 59 | | | 02/05/2024 |
| 02/01/2024 | Wash Sale Adj | 02/14/2024 | META MATERIALS INC (MMAT) | US | 0 010049 | | 0 00 | | 1 25 | | 1 25 | | | 02/05/2024 |
| 02/01/2024 | Wash Sale Adj | 02/14/2024 | META MATERIALS INC (MMAT) | US | 0 465087 | | 0 00 | | 57 47 | | 57 47 | | | 02/05/2024 |
| 02/01/2024 | Wash Sale Adj | 02/14/2024 | META MATERIALS INC (MMAT) | US | 0 539818 | | 0 00 | | 65 66 | | 65 66 | | | 02/05/2024 |
| 02/01/2024 | Wash Sale Adj | 02/14/2024 | META MATERIALS INC (MMAT) | US | 1 004905 | | 0 00 | | 122 25 | | 122 25 | | | 02/05/2024 |
| 02/01/2024 | Wash Sale Adj | 02/14/2024 | META MATERIALS INC (MMAT) | US | 1 735656 | | 0 00 | | -211 12 | | 211 12 | | | 02/05/2024 |
| 02/01/2024 | Wash Sale Adj | 02/14/2024 | META MATERIALS INC (MMAT) | US | 6 768673 | | 0 00 | | -823 38 | | 823 38 | | | 02/05/2024 |
| 02/01/2024 | Wash Sale Adj | 02/14/2024 | META MATERIALS INC (MMAT) | US | 5 298681 | | 0 00 | | -625 49 | | 625 49 | | | 02/05/2024 |
| 02/01/2024 | Wash Sale Adj | 02/14/2024 | META MATERIALS INC (MMAT) | US | 0 475136 | | 0 00 | | -4 02 | 4 02 | | | | 02/05/2024 |
| 02/01/2024 | Wash Sale Adj | 02/14/2024 | META MATERIALS INC (MMAT) | US | 1 004905 | | 0 00 | | 14 64 | 14 64 | | | | 02/05/2024 |
| 02/01/2024 | Wash Sale Adj | 02/14/2024 | META MATERIALS INC (MMAT) | US | 1 004905 | | 0 00 | | 14 64 | 14 64 | | | | 02/05/2024 |
| 02/01/2024 | Wash Sale Adj | 02/14/2024 | META MATERIALS INC (MMAT) | US | 5 024526 | | 0 00 | | -73 19 | 73 19 | | | | 02/05/2024 |
| 02/01/2024 | Wash Sale Adj | 02/14/2024 | META MATERIALS INC (MMAT) | US | 6 559201 | | 0 00 | | -75 25 | 75 25 | | | | 02/05/2024 |
| 02/01/2024 | Wash Sale Adj | 02/14/2024 | META MATERIALS INC (MMAT) | US | 13 063769 | | 0 00 | | 149 86 | 149 86 | | | | 02/05/2024 |
| 02/01/2024 | Wash Sale Adj | 02/14/2024 | META MATERIALS INC (MMAT) | US | 1 004905 | | 0 00 | | 9 97 | 9 97 | | | | 02/05/2024 |
| 02/01/2024 | Wash Sale Adj | 02/14/2024 | META MATERIALS INC (MMAT) | US | 1 004905 | | 0 00 | | 9 98 | 9 98 | | | | 02/05/2024 |
| 02/01/2024 | Wash Sale Adj | 02/14/2024 | META MATERIALS INC (MMAT) | US | 1 004905 | | 0 00 | | 9 97 | 9 97 | | | | 02/05/2024 |
| 02/01/2024 | Wash Sale Adj | 02/14/2024 | META MATERIALS INC (MMAT) | US | 1 004905 | | 0 00 | | 9 97 | 9 97 | | | | 02/05/2024 |
| 02/01/2024 | Wash Sale Adj | 02/14/2024 | META MATERIALS INC (MMAT) | US | 1 999761 | | 0 00 | | 19 86 | 19 86 | | | | 02/05/2024 |
| 02/01/2024 | Wash Sale Adj | 02/14/2024 | META MATERIALS INC (MMAT) | US | 3 50995 | | 0 00 | | 35 19 | 35 19 | | | | 02/05/2024 |
| 02/01/2024 | Wash Sale Adj | 02/14/2024 | META MATERIALS INC (MMAT) | US | 5 564345 | | 0 00 | | 55 25 | 55 25 | | | | 02/05/2024 |
| 02/01/2024 | Wash Sale Adj | 02/14/2024 | META MATERIALS INC (MMAT) | US | 7 544008 | | 0 00 | | 74 99 | 74 99 | | | | 02/05/2024 |
| 02/01/2024 | Wash Sale Adj | 02/14/2024 | META MATERIALS INC (MMAT) | US | 2 009811 | | 0 00 | | 11 72 | 11 72 | | | | 02/05/2024 |
| 02/01/2024 | Wash Sale Adj | 02/14/2024 | META MATERIALS INC (MMAT) | US | 5 499662 | | 0 00 | | 23 60 | 23 60 | | | | 02/05/2024 |
| 02/23/2024 | | 02/14/2024 | META MATERIALS INC (MMAT) | US | 138 | 433 31 | 569 94 | 8 258 69 | 8 828 63 | 678 51 | -7 716 81 | | | 02/27/2024 |
| 02/23/2024 | Wash Sale Adj | 02/26/2024 | META MATERIALS INC (MMAT) | US | 138 | | 0 00 | | 8 395 32 | 678 51 | 7 716 81 | | | 02/27/2024 |
| 02/23/2024 | | 02/14/2024 | META MATERIALS INC (MMAT) | US | 64 | 201 37 | 264 32 | | 264 32 | 62 95 | | | | 02/27/2024 |
| 02/23/2024 | Wash Sale Adj | 02/26/2024 | META MATERIALS INC (MMAT) | US | 64 | | 0 00 | | -62 95 | 62 95 | | | | 02/27/2024 |
| 03/06/2024 | | 02/26/2024 | META MATERIALS INC (MMAT) | US | 249 | 644 98 | 839 13 | 8 458 27 | 9 297 40 | 896 06 | 7 756 36 | | | 03/08/2024 |

Account: 561693193

| Close Date | Rec type | Open Date | Security | | Shares Sold | Proceeds | Book Cost | WS Cost Adj | Cost | ST Gain/Loss | LT Gain/Loss | OR Gain/Loss | Trading Method | Settled |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 03/06/2024 | Wash Sale Adj | 03/27/2024 | META MATERIALS INC (MMAT) | US | 249 | | 0.00 | | -8,652.42 | 896.06 | 7,756.36 | | | 03/08/2024 |
| 04/03/2024 | | 03/27/2024 | META MATERIALS INC (MMAT) | US | 317 | 1,046.29 | 754.46 | 8,652.42 | 9,406.88 | -650.91 | -7,709.68 | | | 04/05/2024 |
| 04/03/2024 | Wash Sale Adj | 04/08/2024 | META MATERIALS INC (MMAT) | US | 202 | | 0.00 | | -8,429.81 | 720.13 | 7,709.68 | | | 04/05/2024 |
| 04/12/2024 | | 04/08/2024 | META MATERIALS INC (MMAT) | US | 263 | 841.55 | 996.77 | 8,429.81 | 9,426.58 | -845.42 | -7,739.61 | | | 04/16/2024 |
| 04/12/2024 | Wash Sale Adj | 04/24/2024 | META MATERIALS INC (MMAT) | US | 263 | | 0.00 | | -8,585.03 | 845.42 | 7,739.61 | | | 04/16/2024 |
| 07/16/2024 | | 04/24/2024 | META MATERIALS INC (MMAT) | US | 270 | 812.89 | 861.30 | 8,585.03 | 9,446.33 | -884.74 | -7,748.70 | | | 07/17/2024 |
| 07/16/2024 | | 06/03/2024 | META MATERIALS INC (MMAT) | US | 10 | 30.11 | 43.45 | | 43.45 | -13.34 | | | | 07/17/2024 |
| | | | | Total: | | 5,041.02 | 25,131.90 | 42,384.22 | 25,131.90 | -1,175.08 | -18,915.80 | | | |