NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | | PROOF OF INTEREST |
|---|---|---|

Name of Debtor: **META MATERIALS**

Case Number: **24-50792**

1. Name and address of holder of the Equity Interest (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

   NARENDRA PATEL
   993 READING ST
   BARTLETT, IL 60103

   Telephone Number: (847) 903-4446

   ☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

   ■ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

   ☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

   RECEIVED AND FILED
   DEC 09 2024
   U.S. BANKRUPTCY COURT
   MARY A. SCHOTT, CLERK

   MR

   COURT USE ONLY

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

Account or other number by which Interest holder identifies Debtor: **135421741**

Check here if this claim:
☐ replaces a previously filed Proof of Interest dated: _____
☐ amends a previously filed Proof of Interest dated: _____

2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:
   ROBINHOOD MARKETS INC
   85 WILLOW ROAD, MENLO PARK, CA 94025
   Telephone Number: 650-940-2700

3. Date Equity Interest was acquired:
   11/16/22 - 3255 SHARES
   4/17/23 - 23,200 SHARES
   4/21/23 - 25,695 SHARES

4. Total amount of member interest: 51600 SHARES

5. Certificate number(s): _____

6. Type of Equity Interest:
   Please indicate the type of Equity Interest you hold:
   ■ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
   ☐ Check this box if your Equity Interest is based on anything else and describe that interest:
   Description: INVESTOR

7. Supporting Documents: Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
   DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. Date-Stamped Copy: To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

9. Signature:
   Check the appropriate box.
   ■ I am the creditor.   ☐ I am the creditor's authorized agent.   ☐ I am the trustee, or the debtor,   ☐ I am a guarantor, surety, endorser, or other codebtor.
   (Attach copy of power of attorney, if any.)   or their authorized agent.   (See Bankruptcy Rule 3005.)
   (See Bankruptcy Rule 3004.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: NARENDRA PATEL
Title: INDIVIDUAL
Company: ___ Address and telephone number (if different from notice address above):
993 READING STREET
BARTLETT, IL 60103

(Signature)   12/2/24 (Date)

Telephone number: 8479034446   email: CNRINC@SBCGLOBAL.NET

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

# Robinhood

85 Willow Rd, Menlo Park, CA 94025
help@robinhood.com

Page 1 of 6
01/01/2024 to 01/31/2024
NARENDRA PATEL Account #:13542174
993 Reading Dr, Bartlett, IL 60103

## Account Summary

| | Opening Balance | Closing Balance |
|---|---|---|
| Net Account Balance | $104.70 | $99.70 |
| Total Securities | $3,405.60 | $1,971.12 |
| **Portfolio Value** | **$3,510.30** | **$2,070.82** |

## Portfolio Allocation



- Cash and Cash Equivalents 4.81%
- Equities 95.19%
- Options 0.00%

■ Options  ■ Equities  ■ Cash and Cash Equivalents

## Income and Expense Summary

| | This Period | Year to Date |
|---|---|---|
| Dividends | $0.00 | $0.00 |
| Capital Gains Distributions | $0.00 | $0.00 |
| Interest Earned | $0.00 | $0.00 |

This statement shall be conclusive if not objected to in writing within ten days (except with respect to debit card transactions). Errors and omissions exempted. Please address all communications to the firm and not to the individuals. Address changes or other material changes in your account should be directed to the office servicing your account. Kindly mention your account number. This statement should be retained for income tax purposes.
Robinhood Securities, LLC ("RHS") carries your account as the clearing broker by arrangement with your introducing broker-dealer, Robinhood Financial LLC ("RHF").
RHS is a Member of SIPC, which protects securities customers of its members up to $500,000 (including $250,000 for claims for cash). Explanatory brochure available upon request or at www.sipc.org.

335767.1

## Portfolio Summary

| Securities Held in Account | Sym/Cusip | Acct Type | Qty | Price | Mkt Value | Est. Dividend Yield | % of Total Portfolio |
|---|---|---|---|---|---|---|---|
| Meta Materials<br>Estimated Yield: 0.00% | MMAT | Margin | 516 | $3.82 | $1,971.12 | $0.00 | 95.19% |
| **Total Securities** | | | | | **$1,971.12** | **$0.00** | **95.19%** |
| Brokerage Cash Balance | | | | | $99.70 | | 4.81% |
| **Total Priced Portfolio** | | | | | **$2,070.82** | | |

## Account Activity

| Description | Symbol | Acct Type | Transaction | Date | Qty | Price | Debit | Credit |
|---|---|---|---|---|---|---|---|---|
| Gold Subscription Fee | | Margin | GOLD | 01/19/2024 | | | $5.00 | |
| Meta Materials<br>CUSIP: 59134N302 | | Margin | SPR | 01/29/2024 | 516 | | | |
| Meta Materials<br>CUSIP: 59134N104 | | Margin | SPR | 01/29/2024 | 51,600S | | | |
| Total Funds Paid and Received | | | | | | | $5.00 | $0.00 |

### Executed Trades Pending Settlement
These transactions may not be reflected in the other summaries

| Description | Acct Type | Transaction | Trade Date | Settle Date | Qty | Price | Debit | Credit |
|---|---|---|---|---|---|---|---|---|
| Total Executed Trades Pending Settlement | | | | | | | $0.00 | $0.00 |

# Robinhood

85 Willow Rd, Menlo Park, CA 94025
help@robinhood.com

04/01/2023 to 04/30/2023
**NARENDRA PATEL** Account #:135421741
993 Reading Dr, Bartlett, IL 60103

## Account Summary

| | Opening Balance | Closing Balance |
|---|---|---|
| Net Account Balance | $18.03 | $3.87 |
| Total Securities | $1,326.74 | $9,606.03 |
| **Portfolio Value** | **$1,344.77** | **$9,609.90** |

## Income and Expense Summary

| | This Period | Year to Date |
|---|---|---|
| Dividends | $0.00 | $0.00 |
| Capital Gains Distributions | $0.00 | $0.00 |
| Interest Earned | $0.00 | $0.00 |

## Portfolio Allocation

■ Options    ■ Equities    ■ Cash and Cash Equivalents



- Cash and Cash Equivalents 0.04%
- Equities 99.96%
- Options 0.00%

This statement shall be conclusive if not objected to in writing within ten days (except with respect to debit card transactions). Errors and omissions exempted. Please address all communications to the firm and not to the individuals. Address changes or other material changes in your account should be directed to the office servicing your account. Kindly mention your account number. This statement should be retained for income tax purposes.

## Portfolio Summary

| Securities Held in Account | Sym/Cusip | Acct Type | Qty | Price | Mkt Value | Est. Dividend Yield | % of Total Portfolio |
|---|---|---|---|---|---|---|---|
| Meta Materials<br>Estimated Yield: 0.00% | MMAT | Margin | 52.150 | $0.18 | $9,606.03 | $0.00 | 99.96% |
| **Total Securities** | | | | | $9,606.03 | $0.00 | 99.96% |
| Brokerage Cash Balance | | | | | $3.87 | | 0.04% |
| **Total Priced Portfolio** | | | | | $9,609.90 | | |

## Account Activity

| Description | Symbol | Acct Type | Transaction | Date | Qty | Price | Debit | Credit |
|---|---|---|---|---|---|---|---|---|
| ACH Deposit | | Margin | ACH | 04/17/2023 | | | | $10,000.00 |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 04/17/2023 | 3,900 | $0.22 | $841.62 | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 04/17/2023 | 100 | $0.22 | $21.58 | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 04/17/2023 | 100 | $0.22 | $21.58 | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 04/17/2023 | 100 | $0.22 | $21.58 | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 04/17/2023 | 100 | $0.22 | $21.58 | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 04/17/2023 | 5,425 | $0.22 | $1,170.72 | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 04/17/2023 | 200 | $0.22 | $43.16 | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 04/17/2023 | 600 | $0.22 | $129.48 | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 04/17/2023 | 700 | $0.22 | $151.06 | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 04/17/2023 | 900 | $0.22 | $194.22 | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 04/17/2023 | 600 | $0.22 | $129.48 | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 04/17/2023 | 435 | $0.22 | $93.87 | |

## Account Activity

| Description | Symbol | Acct Type | Transaction | Date | Qty | Price | Debit | Credit |
|---|---|---|---|---|---|---|---|---|
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 04/17/2023 | 100 | $0.22 | $21.58 | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 04/17/2023 | 304 | $0.22 | $65.60 | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 04/17/2023 | 100 | $0.22 | $21.58 | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 04/17/2023 | 485 | $0.22 | $104.66 | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 04/17/2023 | 233 | $0.22 | $50.28 | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 04/17/2023 | 100 | $0.22 | $21.58 | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 04/17/2023 | 3 | $0.22 | $0.65 | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 04/17/2023 | 300 | $0.22 | $64.74 | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 04/17/2023 | 900 | $0.22 | $194.22 | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 04/17/2023 | 100 | $0.22 | $21.58 | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 04/17/2023 | 300 | $0.22 | $64.74 | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 04/17/2023 | 200 | $0.22 | $43.16 | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 04/17/2023 | 400 | $0.22 | $86.32 | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 04/17/2023 | 200 | $0.22 | $43.16 | |

## Account Activity

| Description | Symbol | Acct Type | Transaction | Date | Qty | Price | Debit | Credit |
|---|---|---|---|---|---|---|---|---|
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 04/17/2023 | 1,370 | $0.22 | $295.65 | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 04/17/2023 | 200 | $0.22 | $43.16 | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 04/17/2023 | 2,030 | $0.22 | $438.07 | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 04/17/2023 | 15 | $0.22 | $3.24 | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 04/17/2023 | 100 | $0.22 | $21.58 | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 04/17/2023 | 100 | $0.22 | $21.58 | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 04/17/2023 | 500 | $0.22 | $107.90 | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 04/17/2023 | 800 | $0.22 | $172.64 | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 04/17/2023 | 400 | $0.22 | $86.32 | |
| Gold Fee | | Margin | GOLD | 04/24/2023 | | | $5.00 | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 04/21/2023 | 8,800 | $0.19 | $1,657.92 | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 04/21/2023 | 953 | $0.19 | $179.55 | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 04/21/2023 | 692 | $0.19 | $130.37 | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 04/21/2023 | 10 | $0.20 | $1.99 | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 04/21/2023 | 3,800 | $0.20 | $756.20 | |

## Account Activity

| Description | Symbol | Acct Type | Transaction | Date | Qty | Price | Debit | Credit |
|---|---|---|---|---|---|---|---|---|
| Meta Materials<br>CUSIP: 59134N104 | MMAT | Margin | Buy | 04/21/2023 | 3,800 | $0.20 | $756.20 | |
| Meta Materials<br>CUSIP: 59134N104 | MMAT | Margin | Buy | 04/21/2023 | 100 | $0.20 | $19.90 | |
| Meta Materials<br>CUSIP: 59134N104 | MMAT | Margin | Buy | 04/21/2023 | 7,000 | $0.20 | $1,393.00 | |
| Meta Materials<br>CUSIP: 59134N104 | MMAT | Margin | Buy | 04/21/2023 | 100 | $0.20 | $19.90 | |
| Meta Materials<br>CUSIP: 59134N104 | MMAT | Margin | Buy | 04/21/2023 | 50 | $0.20 | $9.95 | |
| Meta Materials<br>CUSIP: 59134N104 | MMAT | Margin | Buy | 04/21/2023 | 25 | $0.20 | $4.98 | |
| Meta Materials<br>CUSIP: 59134N104 | MMAT | Margin | Buy | 04/21/2023 | 265 | $0.20 | $52.74 | |
| **Total Funds Paid and Received** | | | | | | | **$10,014.16** | **$10,000.00** |

### Executed Trades Pending Settlement
These transactions may not be reflected in the other summaries

| Description | Acct Type | Transaction | Trade Date | Settle Date | Qty | Price | Debit | Credit |
|---|---|---|---|---|---|---|---|---|
| **Total Executed Trades Pending Settlement** | | | | | | | **$0.00** | **$0.00** |

# Robinhood

85 Willow Rd, Menlo Park, CA 94025
help@robinhood.com

11/01/2022 to 11/30/2022
**NARENDRA PATEL** Account #:13542174l
993 Reading Dr, Bartlett, IL 60103

## Account Summary

| | Opening Balance | Closing Balance |
|---|---|---|
| Net Account Balance | ($3,886.45) | $38.03 |
| Total Securities | $7,375.02 | $6,184.50 |
| **Portfolio Value** | **$3,488.57** | **$6,222.53** |

## Income and Expense Summary

| | This Period | Year to Date |
|---|---|---|
| Dividends | $0.00 | $0.00 |
| Capital Gains Distributions | $0.00 | $0.00 |
| Interest Earned | $0.00 | $0.00 |

## Portfolio Allocation



■ Options   ■ Equities   ■ Cash and Cash Equivalents

- Cash and Cash Equivalents 0.61%
- Equities 99.39%
- Options 0.00%

Page 1 of 4

This statement shall be conclusive if not objected to in writing within ten days (except with respect to debit card transactions). Errors and omissions exempted. Please address all communications to the firm and not to the individuals. Address changes or other material changes in your account should be directed to the office servicing your account. Kindly mention your account number. This statement should be retained for income tax purposes.

## Portfolio Summary

| Securities Held in Account | Sym/Cusip | Acct Type | Qty | Price | Mkt Value | Est. Dividend Yield | % of Total Portfolio |
|---|---|---|---|---|---|---|---|
| Meta Materials<br>Estimated Yield: 0.00% | MMAT | Margin | 3,255 | $1.90 | $6,184.50 | $0.00 | 99.39% |
| **Total Securities** | | | | | $6,184.50 | $0.00 | 99.39% |
| Brokerage Cash Balance | | | | | $38.03 | | 0.61% |
| **Total Priced Portfolio** | | | | | $6,222.53 | | |

## Account Activity

| Description | Symbol | Acct Type | Transaction | Date | Qty | Price | Debit | Credit |
|---|---|---|---|---|---|---|---|---|
| Unity Software CUSIP: 91332U101 | U | Margin | Sell | 11/08/2022 | 62.774958 | $23.75 | | $1,490.86 |
| Unity Software CUSIP: 91332U101 | U | Margin | Sell | 11/08/2022 | 0.6897 | $23.32 | | $16.08 |
| Crypto Money Movement | | Margin | COIN | 11/16/2022 | | | | $2,068.96 |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 11/16/2022 | 2,980 | $1.95 | $5,811.00 | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 11/16/2022 | 275 | $1.84 | $506.00 | |
| Unity Software CUSIP: 91332U101 | U | Margin | Sell | 11/16/2022 | 150 | $35.82 | | $5,372.85 |
| Unity Software CUSIP: 91332U101 | U | Margin | Sell | 11/16/2022 | 36.536091 | $34.38 | | $1,256.02 |
| Aggregated Margin Rate | | Margin | MINT | 11/25/2022 | | | $8.29 | |
| Gold Fee | | Margin | GOLD | 11/25/2022 | | | $5.00 | |
| ACH Deposit | | Margin | ACH | 11/30/2022 | | | | $50.00 |
| **Total Funds Paid and Received** | | | | | | | **$6,330.29** | **$10,254.77** |

### Executed Trades Pending Settlement
These transactions may not be reflected in the other summaries

| Description | Acct Type | Transaction | Trade Date | Settle Date | Qty | Price | Debit | Credit |
|---|---|---|---|---|---|---|---|---|
| **Total Executed Trades Pending Settlement** | | | | | | | **$0.00** | **$0.00** |