NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | PROOF OF INTEREST |
|---|---|

Name of Debtor: Meta Materials Inc.
Case Number: 24-50792-hlb

1. Name and address of holder of the Equity Interest (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

Jennifer Peace
4851 Long Green Rd
Glen Arm, MD 21057

Telephone Number: 443.690.4267

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

☑ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

RECEIVED AND FILED MR
DEC 09 2024
U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

**NOTE:** This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

COURT USE ONLY

Account or other number by which Interest holder identifies Debtor:
51X-71013-19 RR WEA

Check here if this claim:
☐ replaces a previously filed Proof of Interest dated: _____
☐ amends a previously filed Proof of Interest dated: _____

2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:
Webull Financial LLC
44 Wall Street, New York, NY 10005
Telephone Number: 1-888-828-0618

3. Date Equity Interest was acquired:
11/11/2022   03/06/2023
12/22/2022

4. Total amount of member interest: 10 (971 before split)
5. Certificate number(s): _____

6. Type of Equity Interest:
Please indicate the type of Equity Interest you hold:
☑ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
☐ Check this box if your Equity Interest is based on anything else and describe that interest:
Description: Investor

7. Supporting Documents: Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. Date-Stamped Copy: To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

9. Signature:
Check the appropriate box.
☑ I am the creditor.   ☐ I am the creditor's authorized agent.   ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)   ☐ I am a guarantor, surety, endorser, or other codebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: Jennifer Peace
Title: Mrs.
Company: Address and telephone number (if different from notice address above):
_____

(Signature) Jennifer Peace   (Date) 12/1/2024
Telephone number: 443.690.4267   email: JenPeace0622@gmail.com

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

*October 1, 2024 - October 31, 2024*

PAGE 2 OF 9



**Webull Financial LLC**
44 Wall Street, New York, NY 10005
customerservice@webull.us

## INDIVIDUAL ACCOUNT

ACCOUNT NUMBER   **5IX-71013-19 RR WEA**

**JENNIFER LYNN PEACE**

### ▼ PORTFOLIO SUMMARY

| DESCRIPTION | SYMBOL/CUSIP | ACCOUNT TYPE | QUANTITY | PRICE | MARKET VALUE | LAST PERIOD'S MARKET VALUE | % CHANGE | EST. ANNUAL INCOME | % OF TOTAL PORTFOLIO |
|---|---|---|---|---|---|---|---|---|---|
| **EQUITIES / OPTIONS** | | | | | | | | | |
| PROSHARES TR  PROSHARES ULTRAPRO SHORT QQQ  Estimated Yield = 10.52% | SQQQ | C | 5 | $7.60 | $38.00 | $36.95 | 3% | $4 | 56.886% |
| META MATERIALS INC  COMMON STOCK | MMATQ | 0 | 10 | 0.071 | 0.71 | 3.70 | -81 | | 1.063 |
| **Total Equities** | | | | | **$38.71** | | | **$4** | **57.949%** |
| **Total Cash (Net Portfolio Balance)** | | | | | **$28.09** | | | | **42.051%** |
| **TOTAL PRICED PORTFOLIO** | | | | | **$66.80** | | | **$4** | |

### ▼ ACCOUNT ACTIVITY

**DIVIDENDS AND INTEREST**

| TRANSACTION | DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|
| DIVIDEND | 10/02/24 | C | PROSHARES TR  PROSHARES ULTRAPRO SHORT QQQ  CASH DIV ON    5 SHS  REC 09/25/24 PAY 10/02/24  NON-QUALIFIED DIVIDEND  CUSIP: 74347G432 | | $0.149495 | | $0.75 |

*October 1, 2024 - October 31, 2024*

PAGE 3 OF 9

**Webull Financial LLC**
44 Wall Street, New York, NY 10005
customerservice@webull.us

ACCOUNT NUMBER  **5IX-71013-19 RR WEA**

**JENNIFER LYNN PEACE**

# I N D I V I D U A L   A C C O U N T

▼ ACCOUNT ACTIVITY (CONTINUED)

**DIVIDENDS AND INTEREST** (continued)

| TRANSACTION | DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|
| INTEREST | 10/15/24 | C | FULLYPAID LENDING REBATE DUE 12/31/35 Sept 2024 REBATE Security Number: 8S87337 | | | | 0.02 |

**Total Dividends And Interest** $0.77

**SECURITIES RECEIVED AND DELIVERED**

| TRANSACTION | DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|
| JOURNAL | 10/09/24 | C | META MATERIALS INC COMMON STOCK TO TYPE 1 FROM TYPE 7 FFS(288780572) CUSIP: 59134N302 | 10 | | | |
| JOURNAL | 10/22/24 | O | PROSHARES TR PROSHARES ULTRAPRO SHORT QQQ TO TYPE 7 FROM TYPE 1 FFS(290277344) CUSIP: 74347G432 | 5 | | | |
| JOURNAL | 10/24/24 | C | PROSHARES TR PROSHARES ULTRAPRO SHORT QQQ TO TYPE 1 FROM TYPE 7 FFS(290539177) CUSIP: 74347G432 | 5 | | | |
| JOURNAL | 10/28/24 | O | META MATERIALS INC COMMON STOCK TO TYPE 7 FROM TYPE 1 FFS(290879885) CUSIP: 59134N302 | 10 | | | |

*October 1, 2024 - October 31, 2024*

PAGE 4 OF 9

# Webull Financial LLC
44 Wall Street, New York, NY 10005
customerservice@webull.us

## INDIVIDUAL ACCOUNT

**JENNIFER LYNN PEACE**

ACCOUNT NUMBER **5IX-71013-19  RR WEA**

▼ ACCOUNT ACTIVITY (CONTINUED)

### SECURITIES RECEIVED AND DELIVERED (continued)

| TRANSACTION | DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|
| JOURNAL | 10/09/24 | O | META MATERIALS INC COMMON STOCK FROM TYPE 7 TO TYPE 1 FFS(288780572) CUSIP: 59134N302 | -10 | | | |
| JOURNAL | 10/22/24 | C | PROSHARES TR PROSHARES ULTRAPRO SHORT QQQ FROM TYPE 1 TO TYPE 7 FFS(290277344) CUSIP: 74347G432 | -5 | | | |
| JOURNAL | 10/24/24 | O | PROSHARES TR PROSHARES ULTRAPRO SHORT QQQ FROM TYPE 7 TO TYPE 1 FFS(290539177) CUSIP: 74347G432 | -5 | | | |
| JOURNAL | 10/28/24 | C | META MATERIALS INC COMMON STOCK FROM TYPE 1 TO TYPE 7 FFS(290879885) CUSIP: 59134N302 | -10 | | | |

**Total Securities Received And Delivered**