NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | **PROOF OF INTEREST** |
|---|---|

| Name of Debtor:<br>**META MATERIALS, INC.** | Case Number:<br>**24-50792** |
|---|---|

| I. Name and address of holder of the Equity Interest (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):<br><br>Anthony R. Mikels Jr.<br>5 W. Hazel Dell Ln.<br>Springfield, IL 62703<br><br>Telephone Number:<br>XXX-XXX-3448 | ☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.<br><br>■ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.<br><br>☐ Check box if this address differs from the address on the envelope sent to you by the Debtors. |
|---|---|

RECEIVED AND FILED    MR

DEC 09 2024

U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

COURT USE ONLY

**NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.**

| Account or other number by which Interest holder identifies Debtor:<br><br>**XXXXX6175** | Check here if this claim:<br>☐ replaces a previously filed Proof of Interest dated: _____<br>☐ amends a previously filed Proof of Interest dated: _____ |
|---|---|

| 2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:<br><br>Anthony Mikels C/O Robinhood Securities LLC<br>85 Willow Road Menlo Park CA 94025    ⊞<br>**Telephone Number: 650-940-2700** | 3. Date Equity Interest was acquired:<br><br>MULTIPLE DATES FROM 02/06/2023 - 04/28/2023<br>SEE ATTACHED DOCUMENTATION |
|---|---|

| 4. Total amount of member interest: __$12,033.50__ | 5. Certificate number(s): SEE ATTACHED DOCUMENTATION |
|---|---|

6. Type of Equity Interest:
Please indicate the type of Equity Interest you hold:
■ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
☐ Check this box if your Equity Interest is based on anything else and describe that interest:
Description: INVESTOR

7. Supporting Documents: Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. Date-Stamped Copy: To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

9. Signature:
Check the appropriate box.
■ I am the creditor.   ☐ I am the creditor's authorized agent.   ☐ I am the trustee, or the debtor,   ☐ I am a guarantor, surety, endorser, or other codebtor.
(Attach copy of power of attorney, if any.)   or their authorized agent.   (See Bankruptcy Rule 3005.)
(See Bankruptcy Rule 3004.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: Anthony R. Mikels Jr.
Title:
Company: Address and telephone number (if different from notice address above): 

(Signature)          (Date) 12/06/2024

Telephone number: XXX-XXX-3448    email: XXXXXXXX@aol.com

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

**PROOF OF INTEREST SUPPLEMENTAL SUMMARY:**
**CASE: 24-50792, META MATERIALS, INC.**
**FOR: Anthony R. Mikels Jr.**

BROKER: Robinhood Securities LLC

ACCT #: XXXXX6175

Transactions [Pre-Reverse Split]:

| Date | Transaction | Price | Total |
|---|---|---|---|
| 08/04/2021 | Purchased 100 shares | $3.19/share | [$319.00 total invested] |
| 01/19/2023 | Purchased 9955 shares | $0.97/share | [$9,666.31 total invested] |
| 02/02/2023 | Sold 10,000 shares | $1.01/share | [$10,098.31 total Recovered] |
| 02/06/2023 | Purchased 1085.301012 shares | $0.92/share | [$1,000 total invested] |
| 02/13/2023 | Purchased 1333.337783 shares | $0.75/share | [$1,000 total invested] |
| 02/24/2023 | Purchased 1582 shares | $0.63/share | [$999.82 total invested] |
| 03/10/2023 | Purchased 277 shares | $0.53/share | [$146.81 total invested] |
| 04/05/2023 | Purchased 2438 shares | $0.41/share | [$999.82 total invested] |
| 04/11/2023 | Purchased 2439 shares | $0.41/share | [$999.99 total invested] |
| 04/12/2023 | Purchased 4989 shares | $0.40/share | [$2,000.09 total invested] |
| 04/13/2023 | Purchased 2632 shares | $0.38/share | [$999.90 total invested] |
| 04/18/2023 | Purchased 4652 shares | $0.22/share | [$1,000.18 total invested] |
| 04/26/2023 | Purchased 5277 shares | $0.19/share | [$1,000.02 total invested] |
| 04/28/2023 | Purchased 10559 shares | $0.19/share | [$1,999.87 total invested] |

TOTAL SHARES HELD PRE-REVERSE SPLIT: 37,318.638795 shares
[373 SHARES POST REVERSE SPLIT]

TOTAL MONIES INVESTED PRE-REVERSE SPLIT: $12,033.50

**See Transaction Documentation Attached

# Robinhood 🪶

85 Willow Rd, Menlo Park, CA 94025
help@robinhood.com

08/01/2021 to 08/31/2021
**ANTHONY MIKELS** Account # ████6175
2077 North 22nd Street , Springfield, IL 62702

■ Options   ■ Equities   ■ Cash and Cash Equivalents

## Portfolio Allocation



● **Cash and Cash Equivalents**
26.45%

● **Equities**
73.55%

○ **Options**
0.00%

## Account Summary

| | Opening Balance | Closing Balance |
|---|---|---|
| Net Account Balance | $320.00 | $285.00 |
| Total Securities | $327.02 | $792.46 |
| **Portfolio Value** | **$647.02** | **$1,077.46** |

## Income and Expense Summary

| | This Period | Year to Date |
|---|---|---|
| Dividends | $0.00 | $0.00 |
| Capital Gains Distributions | $0.00 | $0.00 |
| Interest Earned | $0.00 | $0.00 |

This statement shall be conclusive if not objected to in writing within ten days (except with respect to debit card transactions). Errors and omissions exempted. Please address all communications to the firm and not to the individuals. Address changes or other material changes in your account should be directed to the office servicing your account. Kindly mention your account number. This statement should be retained for income tax purposes.

Portfolio Summary

| Securities Held in Account | Sym/Cusip | Acct Type | Qty | Price | Mkt Value | Est. Dividend Yield | % of Total Portfolio |
|---|---|---|---|---|---|---|---|
| Agerus<br>Estimated Yield: 0.00% | AGEN | Margin | 1 | $6.17 | $6.17 | $0.00 | 0.57% |
| Biocept<br>Estimated Yield: 0.00% | BIOC | Margin | 1 | $3.62 | $3.62 | $0.00 | 0.34% |
| Enbridge<br>Estimated Yield: 6.54% | ENB | Margin | 7 | $39.31 | $275.17 | $17.98 | 25.54% |
| Meta Materials<br>Estimated Yield: 0.00% | MMAT | Margin | 100 | $4.65 | $465.00 | $0.00 | 43.16% |
| Super League Gaming<br>Estimated Yield: 0.00% | SLGG | Margin | 10 | $4.25 | $42.50 | $0.00 | 3.94% |
| **Total Securities** | | | | | **$792.46** | **$17.98** | **73.55%** |
| **Brokerage Cash Balance** | | | | | **$285.00** | | **26.45%** |
| **Total Priced Portfolio** | | | | | **$1,077.46** | | |

## Account Activity

| Description | Symbol | Acct Type | Transaction | Date | Qty | Price | Debit | Credit |
|---|---|---|---|---|---|---|---|---|
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 08/04/2021 | 100 | $3.19 | $319.00 | |
| ACH Deposit | | Margin | ACH | 08/20/2021 | | | | $284.00 |
| **Total Funds Paid and Received** | | | | | | | **$319.00** | **$284.00** |

### Executed Trades Pending Settlement
These transactions may not be reflected in the other summaries

| Description | Acct Type | Transaction | Trade Date | Settle Date | Qty | Price | Debit | Credit |
|---|---|---|---|---|---|---|---|---|
| **Total Executed Trades Pending Settlement** | | | | | | | $0.00 | $0.00 |

# Important Information

Robinhood Securities, LLC ("RHS") carries your account as the clearing broker by arrangement with your introducing broker-dealer, Robinhood Financial LLC ("RHF"). If this is a margin account and we maintain a special miscellaneous account for you, this is a combined statement of your general account and special miscellaneous account maintained for you under Regulation T issued by the Board of Governors of the Federal Reserve System. The permanent record of the special miscellaneous account as required by Regulation T is available for your inspection at your request.

The per annum rate of interest charged on debit balances in your account is shown on this statement. This rate may change from time to time in accordance with fluctuations in interest rates. Interest is computed from the 1st day of the month to the last day of the month. The interest is based on the average daily balance in your account with us, and for the actual number of days based on an interest year of 360 days. When calculating margin interest, free credit balances in all accounts will be offset against any debit in interest, and the interest will be charged on the new debit balance.

We are required to report to the Internal Revenue Service all cash dividends and interest credited to your account on securities held for you in our name. All dividends and interest credits should be included in your income tax return.

Information relative to fees and any other charges incurred in connection with listed option transactions occurring during this period has previously been furnished to you in confirmation of such transactions. A summary of this information in a record useful for preparing your income tax return. Exercise assignment notices for option contracts are allocated among customer short positions pursuant to a manual procedure which randomly selects from amongst all customer short option positions including those contracts which are subject to exercise. All short American style option positions are liable for assignment at any time whereas European style options are assigned at expiration. A more detailed description of our random allocation procedure is available upon request.

You are to promptly advise Robinhood of any material changes concerning your investment objectives or financial situation by updating your information using the Robinhood platform or by contacting help@robinhood.com.

Our financial statement is available for your personal inspection; it can also be emailed to you upon request.

RHS is a Member of SIPC, which protects securities customers of its members up to $500,000 (including $250,000 for claims for cash). Explanatory brochure available upon request or at www.sipc.org.

Any free credit balances represent funds payable upon demand which, although properly accounted for on our books and records, is not segregated, and may be used in the conduct of this firm's business as permissible under the SEC Rule 15c3-2.

### Notice to Customers

RHS acts as clearing agent for your trades. Your account, which was introduced to us by RHF, is established under your name on a "fully disclosed" basis at RHS. You remain a customer of RHF.

As required, under SEC rules, both the Firm's Order Routing Report as well as information regarding specific order routing information is available free of charge upon request.

As a clearing agent, we provide securities clearance and may provide order execution based on RHF instructions. RHS will not be involved with or have any responsibility for decisions regarding securities transactions in your account. RHF will be responsible for opening, approving and monitoring all instructions in connection with your account. The entry of orders and any instructions regarding the deposit or withdrawal of securities or monies should be made through RHF.

In addition to the above mentioned services, RHS will provide cashiering services, safeguarding of funds and securities while in our possession, monitoring compliance with applicable credit Regulation T and RHS internal policies, preparing and making accessible your account records (including transaction confirmations and periodic statements of your account).

The dividend totals reflected in the Income and Expense Summary are inclusive of both taxable and non-taxable dividends.

Interest charges to your account may be based on the size and net debit balance during the interest period. These rates are subject to revision without notice in accordance with any changes in the broker call loan rate, as published in the Wall Street Journal. For more complete information regarding interest charges to customers, consult the RHF Fee Schedule, available at https://rbnhd.co/fees.

We also offer Robinhood Cash Management as an additional feature of your account. Robinhood Cash Management includes debit card access to your account and automatic sweep of uninvested cash to bank deposits. If you participate in Robinhood Cash Management, your use of the debit card, and your rights with respect to debit card transactions, will be governed by the Robinhood Debit Card Agreement, which has been provided to you and is available at https://rbnhd.co/debit-card-agreement.

In case of errors or questions about your electronic transfers, including your debit card transactions, or if you think your statement or receipt is wrong or if you need more information about a transaction listed on the statement or receipt, email Robinhood at help@robinhood.com. Robinhood must hear from you no later than sixty (60) days after you were sent the FIRST statement on which the problem or error appeared.

A. Tell Robinhood your name and account number.
B. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
C. Tell Robinhood the dollar amount of the suspected error.

Robinhood will investigate your complaint and will correct any error promptly. If we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes Robinhood to complete our investigation.

If you participate in Robinhood Cash Management, your uninvested cash is swept into accounts at FDIC-insured program banks, where your uninvested cash will earn interest from the program banks and be eligible for FDIC insurance up to applicable limits, subject to FDIC rules. Please see the Robinhood Securities, LLC & Robinhood Financial LLC Insured Network Deposit Sweep Program Disclosures, available at https://rbnhd.co/ind-disclosure, for the terms and conditions of this sweep program, including information regarding FDIC insurance coverage.

RHF and RHS are members of the Financial Industry Regulatory Authority, Inc. ("FINRA"), and we are required to inform you of the availability of the FINRA Investor Brochure, which contains information on FINRA BrokerCheck. You may contact FINRA at 800-289-9999 or via their website www.finra.org.

RHS carries your account and acts as your custodian for funds and securities deposited with us directly by you, through RHF as a result of transactions we process to your account. Any suspected inaccuracy or discrepancy in your account statement must be promptly reported to RHF. In order to protect your rights, please confirm any oral communications in writing and include your brokerage account number. General inquiries or concerns regarding your account should be directed to: help@robinhood.com.

The SEC requires all broker-dealers that route orders in equity securities and options to make available quarterly reports that present a general overview of their routing practices. The reports must identify the significant venues to which customer orders were routed for execution during the applicable quarter and disclose the material aspects of the broker-dealers relationship with such venues. In addition, the Rule (SEC 606) requires broker-dealers to disclose, upon customer request, the venues to which the individual customer's orders were routed for the six months prior to the request, and the execution time for the orders that were executed. For further information, please contact RHF.

### Statement of Financial Condition

Robinhood Securities, LLC. Unaudited Statement of Financial Condition as of June 30, 2021 is available on the Company's website at http://www.robinhood.com/legal. A paper copy may be requested at no cost by calling 1-(800)-282-1327. On June 30, 2021, Robinhood Securities, LLC. had a net capital of $3,722,363,896, which was $3,612,355,106 in excess of its required net capital of $110,008,790.

PLEASE RETAIN THIS STATEMENT AS IT WILL BE HELPFUL IN PREPARING YOUR INCOME TAX RETURNS AND MAY BE NEEDED ALONG WITH SUBSEQUENT STATEMENTS TO VERIFY INTEREST CHARGES IN YOUR ACCOUNT. THIS STATEMENT SHALL BE DEEMED CONCLUSIVE UNLESS OBJECTED TO IN WRITING WITHIN 10 BUSINESS DAYS.

1762825

# Robinhood

85 Willow Rd, Menlo Park, CA 94025
help@robinhood.com

01/01/2023 to 01/31/2023
ANTHONY MIKELS Account # ▮6175
2077 North 22nd Street, Springfield, IL 62702

## Account Summary

| | Opening Balance | Closing Balance |
|---|---|---|
| Net Account Balance | $0.05 | $2.98 |
| Total Securities | $9,235.59 | $10,165.36 |
| Portfolio Value | **$9,235.64** | **$10,168.34** |

## Income and Expense Summary

| | This Period | Year to Date |
|---|---|---|
| Dividends | $0.00 | $0.00 |
| Capital Gains Distributions | $0.00 | $0.00 |
| Interest Earned | $0.00 | $0.00 |

## Portfolio Allocation

▨ Options   ■ Equities   ▨ Cash and Cash Equivalents



- Cash and Cash Equivalents 0.03%
- Equities 99.97%
- Options 0.00%

This statement shall be conclusive if not objected to in writing within ten days (except with respect to debit card transactions). Errors and omissions exempted. Please address all communications to the firm and not to the individuals. Address changes or other material changes in your account should be directed to the office servicing your account. Kindly mention your account number. This statement should be retained for income tax purposes.

Portfolio Summary

| Securities Held in Account | Sym/Cusip | Acct Type | Qty | Price | Mkt Value | Est. Dividend Yield | % of Total Portfolio |
|---|---|---|---|---|---|---|---|
| Agenus<br>Estimated Yield: 0.00% | AGEN | Margin | 1 | $2.61 | $2.61 | $0.00 | 0.03% |
| Biocept<br>Estimated Yield: 0.00% | BIOC | Margin | 1 | $0.56 | $0.56 | $0.00 | 0.01% |
| Meta Materials<br>Estimated Yield: 0.00% | MMAT | Margin | 10,055 | $1.01 | $10,155.55 | $0.00 | 99.87% |
| Super League Gaming<br>Estimated Yield: 0.00% | SLGG | Margin | 10 | $0.66 | $6.64 | $0.00 | 0.07% |
| **Total Securities** | | | | | **$10,165.36** | **$0.00** | **99.97%** |
| **Brokerage Cash Balance** | | | | | **$2.98** | | **0.03%** |
| **Total Priced Portfolio** | | | | | **$10,168.34** | | |

Page 3 of 4

## Account Activity

| Description | Symbol | Acct Type | Transaction | Date | Qty | Price | Debit | Credit |
|---|---|---|---|---|---|---|---|---|
| Enbridge<br>CUSIP: 29250N105 | ENB | Margin | Sell | 01/12/2023 | 207 | $41.50 | | $8,590.27 |
| Enbridge<br>CUSIP: 29250N105 | ENB | Margin | Sell | 01/12/2023 | 26 | $41.50 | | $1,078.97 |
| Meta Materials<br>CUSIP: 59134N104 | MMAT | Margin | Buy | 01/19/2023 | 9,955 | $0.97 | $9,666.31 | |
| **Total Funds Paid and Received** | | | | | | | **$9,666.31** | **$9,669.24** |

### Executed Trades Pending Settlement
These transactions may not be reflected in the other summaries

| Description | Acct Type | Transaction | Trade Date | Settle Date | Qty | Price | Debit | Credit |
|---|---|---|---|---|---|---|---|---|
| Meta Materials<br>CUSIP: 59134N104 | Margin | Sell | 01/31/2023 | 02/02/2023 | 10,000 | $1.01 | | $10,098.31 |
| **Total Executed Trades Pending Settlement** | | | | | | | **$0.00** | **$10,098.31** |

# Important Information

Robinhood Securities, LLC ("RHS") carries your account as the clearing broker by arrangement with your introducing broker-dealer, Robinhood Financial LLC ("RHF"). If this is a margin account and we maintain a special miscellaneous account for you, this is a combined statement of your general account and special miscellaneous account maintained for you under Regulation T issued by the Board of Governors of the Federal Reserve System. The permanent record of the special miscellaneous account as required by Regulation T is available for your inspection at your request.

The per annum rate of interest charged on debit balances in your account is shown on this statement. This rate may change from time to time in accordance with fluctuations in interest rates. Interest is computed from the 1st day of the month to the last day of the month. The interest is based on the average daily balance in your account with us, and for the actual number of days based on an interest year of 360 days. When calculating margin interest, free credit balances in all accounts will be offset against any debit in the margin account and the interest will be charged on the new debit balance.

We are required to report to the Internal Revenue Service all cash dividends and interest credited to your account on securities held for you in your name. All dividends and interest credits should be included in your income tax return.

Information relative to fees and any other charges incurred in connection with listed option transactions occurring during the month has previously been furnished to you in confirmation of such transactions. A summary of the information will be made available to you promptly upon request. Exercise assignment notices for option contracts are allocated among customer short positions pursuant to a manual procedure which randomly selects from amongst all customer short option positions including those contracts which are subject to exercise. All short American style option positions are liable for assignment at any time whereas European style options are assigned at expiration. A more detailed description of our random allocation procedure is available upon request.

You are to promptly advise Robinhood of any material changes concerning your investment objectives or financial situation by updating your information using the Robinhood platform or by contacting help@robinhood.com.

RHS is a Member of SIPC, which protects securities customers of its members up to $500,000 (including $250,000 for claims for cash). Explanatory brochure available upon request or at www.sipc.org.

Any free credit balances represent funds payable upon demand which, although properly accounted for on our books and records, is not segregated, and may be used in the conduct of this firm's business as permissible under the SEC Rule 15c3-2.

## Notice to Customers

RHS acts as clearing agent for your trades. Your account, which was introduced to us by RHF, is established under your name on a "fully disclosed" basis at RHS. You remain a customer of RHF.

As required, under SEC rules, both the RHF and RHS Order Routing Reports as well as information regarding specific order routing information is available free of charge upon request.

As a clearing agent, RHS provides securities clearance and may provide order execution based on RHF instructions. RHS will not be involved with or have any responsibility for decisions regarding securities transactions in your account. RHF will be responsible for opening, approving and monitoring all activities in connection with your account. The entry of orders and any instructions regarding the deposit or withdrawal of securities or monies should be made through RHF.

In addition to the above mentioned services, RHS will provide cashiering services, safeguarding of funds and securities while in our possession, monitoring compliance with applicable credit Regulation T and RHS internal policies, preparing and making accessible your account records (including transaction confirmations and periodic statements of your account).

The dividend totals reflected in the Income and Expense Summary are inclusive of both taxable and non-taxable dividends.

Interest charges to your account may be based on the size and net debit balance during the interest period. These rates are subject to revision with appropriate notice. For more complete information regarding interest charges to customers, consult the RHF Fee Schedule, available at https://rbnhd.co/fees.

We also offer Robinhood Cash Management as an additional feature of your account. Robinhood Cash Management includes debit card access to your account and automatic sweep of uninvested cash to bank deposits. If you participate in Robinhood Cash Management, your use of the debit card, and your rights with respect to debit card transactions, will be governed by the Robinhood Debit Card Agreement, which has been provided to you and is available at https://rbnhd.co/debit-card-agreement.

In case of errors or questions about your electronic transfers, including your debit card transactions, or if you think your statement or receipt is wrong or if you need more information about a transaction listed on the statement or receipt, email Robinhood at help@robinhood.com. Robinhood must hear from you no later than sixty (60) days after you were sent the FIRST statement on which the problem or error appeared.

A. Tell RHF your name and account number.

B. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.

C. Tell RHF the dollar amount of the suspected error.

RHF will investigate your complaint and will correct any error promptly. If we take more than ten (10) business days to do this, RHF will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes RHF to complete our investigation.

If you participate in Robinhood Cash Management, your uninvested cash is swept into accounts at FDIC-insured program banks, where your uninvested cash will earn interest from the program banks and be eligible for FDIC insurance up to applicable limits, subject to FDIC rules. Please see the Robinhood Securities, LLC & Robinhood Financial LLC Insured Network Deposit Sweep Program Disclosures, available at https://rbnhd.co/ind-disclosure, for the terms and conditions of this sweep program, including information regarding FDIC insurance coverage.

RHF and RHS are members of the Financial Industry Regulatory Authority, Inc. ("FINRA"), and we are required to inform you of the availability of the FINRA Investor Brochure, which contains information on FINRA BrokerCheck. You may contact FINRA at 800-289-9999 or via their website www.finra.org. RHS carries your account and acts as your custodian for funds and securities deposited with us directly by you, through RHF as a result of transactions we process to your account. Any suspected inaccuracy or discrepancy in your account statement must be promptly reported to RHF. In order to protect your rights, please confirm any oral communications in writing and include your brokerage account number. General inquiries or concerns regarding your account should be directed to: help@robinhood.com.

The SEC requires all broker-dealers that route orders in equity securities and options to make available quarterly reports that present a general overview of their routing practices. The reports must identify the significant venues to which customer orders were routed for execution during the applicable quarter and disclose the material aspects of the broker-dealer's relationship with such venues. In addition, the SEC (SEC Rule 606) requires broker-dealers to disclose, upon customer request, the venues to which the individual customer's orders were routed for the six months prior to the request, and the execution time for the orders that were executed. For further information, please contact RHF.

All trade confirmations are transmitted on or about the transaction date. If you participate in the Dividend Reinvestment Plan program details concerning the reinvestment of dividends will be included on your monthly statements. RHS will act as agent in having your DRP purchases executed.

Statement of Financial Condition

Robinhood Securities, LLC. Unaudited Statement of Financial Condition as of June 30, 2022 is available on the Company's website at www.robinhood.com/legal. A paper copy may be requested at no cost by calling 1-(800)-282-1327. On June 30, 2022, Robinhood Securities, LLC. had a net capital of $2,922,541,147, which was $2,830,737,515 in excess of its required net capital of $85,303,632.

Please retain this statement as it will be helpful in preparing your income tax returns and may be needed along with subsequent statements to verify interest charges in your account. This statement shall be deemed conclusive unless objected to in writing within ten (10) days.

2405269



# Robinhood

85 Willow Rd, Menlo Park, CA 94025
help@robinhood.com

02/01/2023 to 02/28/2023
**ANTHONY MIKELS** Account # ████ 6175
5 W Hazel Dell Ln, Springfield, IL 627035277

■ Options   ■ Equities   ■ Cash and Cash Equivalents

## Portfolio Allocation

**Cash and Cash Equivalents** 0.00%
**Equities** 100.00%
**Options** 0.00%

## Account Summary

| | Opening Balance | Closing Balance |
|---|---|---|
| Net Account Balance | $2.98 | $0.18 |
| Total Securities | $10,165.36 | $12,534.09 |
| **Portfolio Value** | **$10,168.34** | **$12,534.27** |

## Income and Expense Summary

| | This Period | Year to Date |
|---|---|---|
| Dividends | $0.00 | $0.00 |
| Capital Gains Distributions | $0.00 | $0.00 |
| Interest Earned | $0.00 | $0.00 |

This statement shall be conclusive if not objected to in writing within ten days (except with respect to debit card transactions). Errors and omissions exempted. Please address all communications to the firm and not to the individuals. Address changes or other material changes in your account should be directed to the office servicing your account. Kindly mention your account number. This statement should be retained for income tax purposes.

Portfolio Summary

| Securities Held in Account | Sym/Cusip | Acct Type | Qty | Price | Mkt Value | Est. Dividend Yield | % of Total Portfolio |
|---|---|---|---|---|---|---|---|
| Agenus<br>Estimated Yield: 0.00% | AGEN | Margin | 1 | $2.06 | $2.06 | $0.00 | 0.02% |
| Biocept<br>Estimated Yield: 0.00% | BIOC | Margin | 1 | $0.52 | $0.52 | $0.00 | 0.00% |
| Enbridge<br>Estimated Yield: 6.79% | ENB | Margin | 264.816049 | $37.52 | $9,935.90 | $674.24 | 79.27% |
| Meta Materials<br>Estimated Yield: 0.00% | MMAT | Margin | 4,055.638795 | $0.64 | $2,595.61 | $0.00 | 20.71% |
| Total Securities | | | | | $12,534.09 | $674.24 | 100.00% |
| Brokerage Cash Balance | | | | | $0.18 | | 0.00% |
| Total Priced Portfolio | | | | | $12,534.27 | | |

## Account Activity

| Description | Symbol | Acct Type | Transaction | Date | Qty | Price | Debit | Credit |
|---|---|---|---|---|---|---|---|---|
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Sell | 01/31/2023 | 10,000 | $1.01 | | $10,098.31 |
| ACH Deposit | | Margin | ACH | 02/06/2023 | | | | $1,000.00 |
| Super League Gaming CUSIP: 86804F202 | SLGG | Margin | Buy | 02/02/2023 | 9,573 | $0.66 | $6,344.98 | |
| Super League Gaming CUSIP: 86804F202 | SLGG | Margin | Buy | 02/02/2023 | 1,095 | $0.66 | $725.77 | |
| Super League Gaming CUSIP: 86804F202 | SLGG | Margin | Buy | 02/02/2023 | 4,572 | $0.66 | $3,030.32 | |
| Enbridge CUSIP: 29250N105 | ENB | Margin | Buy | 02/06/2023 | 6.947928 | $40.42 | $280.87 | |
| Enbridge CUSIP: 29250N105 | ENB | Margin | Buy | 02/06/2023 | 228.637276 | $40.29 | $9,211.27 | |
| Enbridge CUSIP: 29250N105 | ENB | Margin | Buy | 02/06/2023 | 29.227132 | $40.39 | $1,180.48 | |
| Enbridge CUSIP: 29250N105 | ENB | Margin | Buy | 02/06/2023 | 0.003713 | $40.39 | $0.15 | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 02/06/2023 | 0.363868 | $0.92 | $0.34 | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 02/06/2023 | 1,084.937144 | $0.92 | $999.66 | |
| Super League Gaming CUSIP: 86804F202 | SLGG | Margin | Sell | 02/06/2023 | 1 | $0.70 | | $0.70 |
| Super League Gaming CUSIP: 86804F202 | SLGG | Margin | Sell | 02/06/2023 | 100 | $0.70 | | $69.99 |
| Super League Gaming CUSIP: 86804F202 | SLGG | Margin | Sell | 02/06/2023 | 100 | $0.70 | | $69.99 |
| Super League Gaming CUSIP: 86804F202 | SLGG | Margin | Sell | 02/06/2023 | 200 | $0.70 | | $139.97 |

**Account Activity**

| Description | Symbol | Acct Type | Transaction | Date | Qty | Price | Debit | Credit |
|---|---|---|---|---|---|---|---|---|
| Super League Gaming CUSIP: 86804F202 | SLGG | Margin | Sell | 02/06/2023 | 1,687 | $0.70 | | $1,180.63 |
| Super League Gaming CUSIP: 86804F202 | SLGG | Margin | Sell | 02/06/2023 | 1,900 | $0.70 | | $1,329.68 |
| Super League Gaming CUSIP: 86804F202 | SLGG | Margin | Sell | 02/06/2023 | 100 | $0.70 | | $69.99 |
| Super League Gaming CUSIP: 86804F202 | SLGG | Margin | Sell | 02/06/2023 | 413 | $0.70 | | $289.04 |
| Super League Gaming CUSIP: 86804F202 | SLGG | Margin | Sell | 02/06/2023 | 10,749 | $0.70 | | $7,522.56 |
| ACH Deposit | | Margin | ACH | 02/13/2023 | | | | $1,000.00 |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 02/13/2023 | 0.24445 | $0.75 | $0.18 | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 02/13/2023 | 1,333 | $0.75 | $999.75 | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 02/13/2023 | 0.093333 | $0.75 | $0.07 | |
| ACH Deposit | | Margin | ACH | 02/24/2023 | | | | $1,000.00 |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 02/24/2023 | 1,582 | $0.63 | $999.82 | |
| **Total Funds Paid and Received** | | | | | | | **$23,773.66** | **$23,770.86** |

**Executed Trades Pending Settlement**
These transactions may not be reflected in the other summaries

| Description | Acct Type | Transaction | Trade Date | Settle Date | Qty | Price | Debit | Credit |
|---|---|---|---|---|---|---|---|---|
| Total Executed Trades Pending Settlement | | | | | | | $0.00 | $0.00 |

# Important Information

Robinhood Securities, LLC ("RHS") carries your account as the clearing broker by arrangement with your introducing broker-dealer, Robinhood Financial LLC ("RHF"). If this is a margin account and we maintain a special miscellaneous account for you, this is a combined statement of your general account and special miscellaneous account maintained for you under Regulation T issued by the Board of Governors of the Federal Reserve System. The permanent record of the special miscellaneous account as required by Regulation T is available for your inspection at your request.

The per annum rate of interest charged on debit balances in your account is shown on this statement. This rate may change from time to time in accordance with fluctuations in interest rates. Interest is computed from the 1st day of the month to the last day of the month. The interest is based on the average daily balance in your account with us, and for the actual number of days based on an interest year of 360 days. When calculating margin interest, free credit balances in all accounts will be offset against any debit in the margin account and the interest will be charged on the new debit balance.

We are required to report to the Internal Revenue Service all cash dividends and interest credited to your account on securities held for you in our name. All dividends and interest credits should be included in your income tax return.

Information relative to fees and any other charges incurred in connection with listed option transactions occurring during the month has previously been furnished to you in confirmation of such transactions. A summary of the information will be made available to you promptly upon request. Exercise assignment notices for option contracts are allocated among customer short positions pursuant to a manual procedure which randomly selects from amongst all customer short option positions including those contracts which are subject to exercise. All short customer style option positions are liable for assignment at any time whereas European style options are assigned at expiration. A more detailed description of our random allocation procedure is available upon request.

You are to promptly advise Robinhood of any material changes concerning your investment objectives or financial situation by updating your information using the Robinhood platform or by contacting help@robinhood.com.

RHS is a Member of SIPC, which protects securities customers of its members up to $500,000 (including $250,000 for claims for cash). Explanatory brochure is available upon request or at www.sipc.org.

Any free credit balances represent funds payable upon demand which, although properly accounted for on our books and records, is not segregated, and may be used in the conduct of this firm's business as permissible under the SEC Rule 15c3-2.

## Notice to Customers

RHS acts as clearing agent for your trades. Your account, which was introduced to us by RHF, is established under your name on a "fully disclosed" basis at RHS. You remain a customer of RHF.

As required, under SEC rules, both the RHF and RHS Order Routing Reports as well as information regarding specific order routing information is available free of charge upon request.

As a clearing agent, RHS provides securities clearance and may provide order execution based on RHF instructions. RHS will not be involved with or have any responsibility for decisions regarding securities transactions in your account. RHF will be responsible for opening, approving and monitoring all activities in connection with your account. The entry of orders and any instructions regarding the deposit or withdrawal of securities or monies should be made through RHF.

In addition to the above mentioned services, RHS will provide cashiering services, safeguarding the funds and securities while in our possession, monitoring compliance with applicable credit Regulation T and RHS internal policies, preparing and making accessible Regulation T and RHS internal policies, preparing and making accessible your account records (including transaction confirmations and periodic statements of your account).

The dividend totals reflected in the Income and Expense Summary are inclusive of both taxable and non-taxable dividends.

Interest charges to your account may be based on the size and net debit balance during the interest period. These rates are subject to revision with appropriate notice. For more complete information regarding interest charges to customers, consult the RHF Fee Schedule, available at https://robhd.co/fees.

We also offer Robinhood Cash Management as an additional feature of your account. Robinhood Cash Management includes debit card access to your account and automatic sweep of uninvested cash to bank deposits. If you participate in Robinhood Cash Management, your use of the debit card, and your rights with respect to debit card transactions, will be governed by the Robinhood Debit Card Agreement, which has been provided to you and is available at https://robhd.co/debit-card-agreement.

In case of errors or questions about your electronic transfers, including your debit card transactions, or if you think your statement or receipt is wrong or if you need more information about a transaction listed on the statement or receipt, email Robinhood at help@robinhood.com. Robinhood must hear from you no later than sixty (60) days after you were sent the FIRST statement on which the problem or error appeared.

A. Tell RHF your name and account number.
B. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
C. Tell RHF the dollar amount of the suspected error.

RHF will investigate your complaint and will correct any error promptly. If we take more than ten (10) business days to do this, RHF will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes RHF to complete our investigation.

If you participate in Robinhood Cash Management, your uninvested cash is swept into accounts at FDIC-insured program banks, where your uninvested cash will earn interest from the program banks and be eligible for FDIC insurance up to applicable limits, subject to FDIC rules. Please see the Robinhood Securities, LLC & Robinhood Financial LLC Insured Network Deposit Sweep Program Disclosures, available at https://robhd.co/ind-disclosure, for the terms and conditions of this sweep program, including information regarding FDIC insurance coverage.

RHF and RHS are members of the Financial Industry Regulatory Authority, Inc. ("FINRA"), and we are required to inform you of the availability of the FINRA Investor Brochure, which contains information on FINRA BrokerCheck. You may contact FINRA at 800-289-9999 or through their website www.finra.org. RHS carries your account and acts as your custodian for funds and securities deposited with us directly by you, through RHF as a result of transactions we process to your account. Any suspected inaccuracy or discrepancy in your account statement must be promptly reported to RHF. In order to protect your rights, please report any oral communications in writing and include your brokerage account number. General inquiries or concerns regarding your account should be directed to: help@robinhood.com.

The SEC requires all broker-dealers that route orders in equity securities and options to make available quarterly reports that present a general overview of their routing practices. The reports must identify the significant venues to which customer orders were routed for execution during the applicable quarter and disclose the material aspects of the broker-dealer's relationship with such venues. In addition, the Rule (SEC Rule 606) requires broker-dealers to disclose, upon customer request, the venues to which the individual customer's orders were routed for the six months prior to the request, and the execution time for the orders that were executed. For further information, please contact RHF.

All trade confirmations are transmitted on or about the transaction date. If you participate in the Dividend Reinvestment Plan program details concerning the reinvestment of dividends will be included on your monthly statements. RHS will act as agent in having your DRP purchases executed.

## Statement of Financial Condition

Robinhood Securities, LLC, Unaudited Statement of Financial Condition as of June 30, 2022 is available on the Company's website at www.robinhood.com/legal. A paper copy may be requested at no cost by calling 1-(800)-282-1327. On June 30, 2022, Robinhood Securities, LLC, had a net capital of $2,922,541,142, which was $2,837,217,516 in excess of its required net capital of $85,323,632.

Please retain this statement as it will be helpful in preparing your income tax returns and may be helpful along with subsequent statements to verify interest charges in your account. This statement shall be deemed conclusive unless objected to in writing within ten (10) days.

# Robinhood

85 Willow Rd, Menlo Park, CA 94025
help@robinhood.com

03/01/2023 to 03/31/2023
ANTHONY MIKELS Account # ████6175
5 W Hazel Dell Ln, Springfield, IL 627035277

☐ Options    ■ Equities    ■ Cash and Cash Equivalents

## Portfolio Allocation



■ Cash and Cash
Equivalents
0.00%

● Equities
100.00%

☐ Options
0.00%

## Account Summary

|  | Opening Balance | Closing Balance |
|---|---|---|
| Net Account Balance | $0.18 | $0.05 |
| Total Securities | $12,534.09 | $11,870.57 |
| Portfolio Value | $12,534.27 | $11,870.62 |

## Income and Expense Summary

|  | This Period | Year to Date |
|---|---|---|
| Dividends | $172.56 | $172.56 |
| Capital Gains Distributions | $0.00 | $0.00 |
| Interest Earned | $0.00 | $0.00 |

This statement shall be conclusive if not objected to in writing within ten days (except with respect to debit card transactions). Errors and omissions exempted. Please address all communications to the firm and not to the individuals. Address changes or other material changes in your account should be directed to the office servicing your account. Kindly mention your account number. This statement should be retained for income tax purposes.

Portfolio Summary

| Securities Held in Account | Sym/Cusip | Acct Type | Qty | Price | Mkt Value | Est. Dividend Yield | % of Total Portfolio |
|---|---|---|---|---|---|---|---|
| Agenus<br>Estimated Yield: 0.00% | AGEN | Margin | 1 | $1.52 | $1.52 | $0.00 | 0.01% |
| Biocept<br>Estimated Yield: 0.00% | BIOC | Margin | 1 | $0.34 | $0.34 | $0.00 | 0.00% |
| Enbridge<br>Estimated Yield: 6.75% | ENB | Margin | 264.816049 | $38.15 | $10,102.73 | $681.51 | 85.11% |
| Meta Materials<br>Estimated Yield: 0.00% | MMAT | Margin | 4,332.638795 | $0.41 | $1,765.98 | $0.00 | 14.88% |
| **Total Securities** | | | | | **$11,870.57** | **$681.51** | **100.00%** |
| **Brokerage Cash Balance** | | | | | **$0.05** | | **0.00%** |
| **Total Priced Portfolio** | | | | | **$11,870.62** | | |

## Account Activity

| Description | Symbol | Acct Type | Transaction | Date | Qty | Price | Debit | Credit |
|---|---|---|---|---|---|---|---|---|
| Cash Div: R/D 2023-02-15 P/D 2023-03-01 - 264.816049 shares at 0.65161 | ENB | Margin | CDIV | 03/01/2023 | | | | $172.56 |
| Foreign Tax Witholding at $25.88 | ENB | Margin | DTAX | 03/01/2023 | | | $25.88 | |
| Meta Materials<br>CUSIP: 59134N104 | MMAT | Margin | Buy | 03/10/2023 | 277 | $0.53 | $146.81 | |
| **Total Funds Paid and Received** | | | | | | | **$172.69** | **$172.56** |

## Executed Trades Pending Settlement
These transactions may not be reflected in the other summaries

| Description | Acct Type | Transaction | Trade Date | Settle Date | Qty | Price | Debit | Credit |
|---|---|---|---|---|---|---|---|---|
| **Total Executed Trades Pending Settlement** | | | | | | | **$0.00** | **$0.00** |

# Important Information

Robinhood Securities, LLC ("RHS") carries your account as the clearing broker by arrangement with your introducing broker-dealer, Robinhood Financial LLC ("RHF"). If this is a margin account and we maintain a special miscellaneous account for you, this is a combined statement of your general account and special miscellaneous account maintained for you under Regulation T issued by the Board of Governors of the Federal Reserve System. The permanent record of the special miscellaneous account as required by Regulation T is available for your inspection at your request.

The per annum rate of interest charged on debit balances in your account is shown on this statement. This rate may change from time to time in accordance with fluctuations in interest rates. Interest is computed from the 1st day of the month to the last day of the month. The interest is based on the average daily balance in your account with us, and for the actual number of days based on an interest year of 360 days. When calculating margin interest, free credit balances in all accounts will be offset against any debit in the margin account and the interest will be charged on the new debit balance.

We are required to report to the Internal Revenue Service all cash dividends and interest credited to your account on securities held for you in your name. All dividends and interest credits should be included in your income tax return.

Information relative to fees and any other charges incurred in connection with listed option transactions occurring during the month have previously been furnished to you and can be available in our records. Information on this information will be made available to you promptly upon request. Exercise assignment notices for option contracts are allocated among customer short positions pursuant to a manual procedure which randomly selects from amongst all customer short option positions including those contracts which are subject to exercise. All short American style option positions are liable for assignment at any time whereas European style options are assigned at expiration. A more detailed description of our random allocation procedure is available upon request.

## Notice to Customers

You are to promptly advise Robinhood of any material changes concerning your investment objectives or financial situation by updating your information using the Robinhood platform or by contacting help@robinhood.com.

RHS is a Member of SIPC, which protects securities customers of its members up to $500,000 (including $250,000 for claims for cash). Explanatory brochure available upon request or at www.sipc.org.

Any free credit balances represent funds payable upon demand which, although properly accounted for on our books and records, is not segregated, and may be used in the conduct of this firm's business as permissible under the SEC Rule 15c3-2.

RHS acts as clearing agent for your trades. Your account, which was introduced to us by RHF, is established under your name on a "fully disclosed" basis at RHS. You remain a customer of RHF.

As required, under SEC rules, both the RHF and RHS Order Routing Reports as well as information regarding specific order routing information is available free of charge upon request.

As a clearing agent, RHS provides securities clearance and may provide order execution based on RHF instructions. RHS will not be involved with or have any responsibility for decisions regarding securities transactions in your account. RHF will be responsible for opening, approving and monitoring all activities in connection with your account. The entry of orders and any instructions regarding the deposit or withdrawal of securities or monies should be made through RHF.

In addition to the above mentioned services, RHS will provide cashiering services, safeguarding of funds and securities while in our possession, monitoring compliance with applicable credit Regulation T and RHS internal policies, preparing and making accessible your account records (including transaction confirmations and periodic statements of your account).

The dividend totals reflected in the Income and Expense Summary are inclusive of both taxable and non-taxable dividends.

Interest charges to your account may be based on the size and net debit balance during the interest period. These rates are subject to revision with appropriate notice. For more complete information regarding interest charges to customers, consult the RHF Fee Schedule, available at https://rbnhd.co/fees.

We also offer Robinhood Cash Management as an additional feature of your account. Robinhood Cash Management includes debit card access to your account and automatic sweep of uninvested cash to bank deposits. If you participate in Robinhood Cash Management, your use of the debit card, and your rights with respect to debit card transactions, will be governed by the Robinhood Debit Card Agreement, which has been provided to you and is available at https://rbnhd.co/debit-card-agreement.

In case of errors or questions about your electronic transfers, including your debit card transactions, or if you think your statement or receipt is wrong or if you need more information about a transaction listed on the statement or receipt, email Robinhood at help@robinhood.com. Robinhood must hear from you no later than sixty (60) days after you were sent the FIRST statement on which the problem or error appeared.

A. Tell RHF your name and account number.
B. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
C. Tell RHF the dollar amount of the suspected error.

RHF will investigate your complaint and will correct any error promptly. If we take more than ten (10) business days to do this, RHF will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes RHF to complete our investigation.

If you participate in Robinhood Cash Management, your uninvested cash is swept into accounts at FDIC-insured program banks, where your uninvested cash will earn interest from the program banks and be eligible for FDIC insurance up to applicable limits, subject to FDIC rules. Please see the Robinhood Securities, LLC & Robinhood Financial LLC Insured Network Deposit Sweep Program Disclosures, available at https://rbnhd.co/ind-disclosure, for the terms and conditions of this sweep program, including information regarding FDIC insurance coverage.

RHF and RHS are members of the Financial Industry Regulatory Authority, Inc. ("FINRA"), and we are required to inform you of the availability of the FINRA Investor Brochure, which contains information on how to contact FINRA. You may contact FINRA at 800-289-9999 or via their website www.finra.org. RHS carries your account and acts as your custodian for funds and securities deposited with us directly by you, through RHF as a result of transactions we process to your account. Any suspected inaccuracy or discrepancy in your account statement must be promptly reported to RHF. In order to protect your rights, please confirm any oral communications in writing and include your brokerage account number. General inquiries or concerns regarding your account should be directed to: help@robinhood.com.

The SEC requires all broker-dealers that route orders in equity securities and options to make available quarterly reports that present a general overview of their routing practices. The reports must identify the significant venues to which customer orders were routed for execution during the applicable quarter and disclose the material aspects of the broker-dealer's relationship with such venues. In addition, the Rule (SEC Rule 606) requires broker-dealers to disclose, upon customer request, the venues to which the individual customer's orders were routed for the six months prior to the request, and the execution time for the orders that were executed. For further information, please contact RHF.

All trade confirmations are transmitted on or about the transaction date. If you participate in the Dividend Reinvestment Plan program details concerning the reinvestment of dividends will be included on your monthly statements. RHS will act as agent in having your DRP purchases executed.

Statement of Financial Condition
Robinhood Securities, LLC, Audited Statement of Financial Condition as of December 31, 2022 is available on the Company's website at www.robinhood.com/legal. A paper copy may be requested at no cost by calling 1-(800)-282-1327. On December 31st, 2022, Robinhood Securities, LLC, had a net capital of $2,502,937,230, which was $2,437,257,308 in excess of its required net capital of $65,679,922.

Please retain this statement as it will be helpful in preparing your income tax returns and may be needed along with subsequent statements to verify interest charges in your account. This statement shall be deemed conclusive unless objected to in writing within ten (10) days.

# Robinhood

85 Willow Rd, Menlo Park, CA 94025
help@robinhood.com

04/01/2023 to 04/30/2023
**ANTHONY MIKELS** Account # ████6175
5 W Hazel Dell Ln, Springfield, IL 627035277



Portfolio Allocation

▦ Options   ■ Equities   ▨ Cash and Cash Equivalents

● Cash and Cash
   Equivalents
   11.45%

● Equities
   88.55%

● Options
   0.00%

## Account Summary

| | Opening Balance | Closing Balance |
|---|---|---|
| Net Account Balance | $0.05 | $2,000.05 |
| Total Securities | $11,870.57 | $15,460.03 |
| **Portfolio Value** | **$11,870.62** | **$17,460.08** |

## Income and Expense Summary

| | This Period | Year to Date |
|---|---|---|
| Dividends | $0.00 | $172.56 |
| Capital Gains Distributions | $0.00 | $0.00 |
| Interest Earned | $0.00 | $0.00 |

This statement shall be conclusive if not objected to in writing within ten days (except with respect to debit card transactions). Errors and omissions exempted. Please address all communications to the firm and not to the individuals. Address changes or other material changes in your account should be directed to the office servicing your account. Kindly mention your account number. This statement should be retained for income tax purposes.

Portfolio Summary

| Securities Held in Account | Sym/Cusip | Acct Type | Qty | Price | Mkt Value | Est. Dividend Yield | % of Total Portfolio |
|---|---|---|---|---|---|---|---|
| Agenus<br>Estimated Yield: 0.00% | AGEN | Margin | 1 | $1.51 | $1.51 | $0.00 | 0.01% |
| Biocept<br>Estimated Yield: 0.00% | BIOC | Margin | 1 | $0.27 | $0.27 | $0.00 | 0.00% |
| Enbridge<br>Estimated Yield: 6.60% | ENB | Margin | 264.816049 | $39.76 | $10,529.09 | $694.73 | 60.30% |
| MiNK Therapeutics<br>Estimated Yield: 0.00% | INKT | Margin | 0.0146 | $1.79 | $0.03 | $0.00 | 0.00% |
| Meta Materials<br>Estimated Yield: 0.00% | MMAT | Margin | 26,759.638095 | $0.18 | $4,929.13 | $0.00 | 28.23% |
| **Total Securities** | | | | | **$15,460.03** | **$694.73** | **88.55%** |
| **Brokerage Cash Balance** | | | | | **$2,000.05** | | **11.45%** |
| **Total Priced Portfolio** | | | | | **$17,460.08** | | |

## Account Activity

| Description | Symbol | Acct Type | Transaction | Date | Qty | Price | Debit | Credit |
|---|---|---|---|---|---|---|---|---|
| ACH Deposit | | Margin | ACH | 04/05/2023 | | | | $1,000.00 |
| ACH Deposit | | Margin | ACH | 04/05/2023 | | | | $1,000.00 |
| ACH Deposit | | Margin | ACH | 04/06/2023 | | | | $1,000.00 |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 04/05/2023 | 2,438 | $0.41 | $999.82 | |
| ACH Deposit | | Margin | ACH | 04/11/2023 | | | | $1,000.00 |
| ACH Deposit | | Margin | ACH | 04/12/2023 | | | | $1,000.00 |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 04/11/2023 | 416 | $0.41 | $170.56 | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 04/11/2023 | 100 | $0.41 | $41.00 | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 04/11/2023 | 584 | $0.41 | $239.44 | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 04/11/2023 | 10 | $0.41 | $4.10 | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 04/11/2023 | 100 | $0.41 | $41.00 | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 04/11/2023 | 100 | $0.41 | $41.00 | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 04/11/2023 | 629 | $0.41 | $257.89 | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 04/11/2023 | 300 | $0.41 | $123.00 | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 04/11/2023 | 200 | $0.41 | $82.00 | |
| ACH Deposit | | Margin | ACH | 04/14/2023 | | | | $1,000.00 |

**Account Activity**

| Description | Symbol | Acct Type | Transaction | Date | Qty | Price | Debit | Credit |
|---|---|---|---|---|---|---|---|---|
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 04/12/2023 | 1,300 | $0.40 | $521.17 | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 04/12/2023 | 390 | $0.40 | $156.35 | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 04/12/2023 | 100 | $0.40 | $40.09 | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 04/12/2023 | 1,000 | $0.40 | $400.90 | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 04/12/2023 | 20 | $0.40 | $8.02 | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 04/12/2023 | 190 | $0.40 | $76.17 | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 04/12/2023 | 800 | $0.40 | $320.72 | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 04/12/2023 | 1,189 | $0.40 | $476.67 | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 04/13/2023 | 2,632 | $0.38 | $999.90 | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 04/18/2023 | 4,652 | $0.22 | $1,000.18 | |
| ACH Deposit | | Margin | ACH | 04/26/2023 | | | | $1,000.00 |
| ACH Deposit | | Margin | ACH | 04/27/2023 | | | | $1,000.00 |
| ACH Deposit | | Margin | ACH | 04/28/2023 | | | | $1,000.00 |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 04/26/2023 | 3,662 | $0.19 | $693.95 | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 04/26/2023 | 100 | $0.19 | $18.95 | |

## Account Activity

| Description | Symbol | Acct Type | Transaction | Date | Qty | Price | Debit | Credit |
|---|---|---|---|---|---|---|---|---|
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 04/26/2023 | 100 | $0.19 | $18.95 | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 04/26/2023 | 200 | $0.19 | $37.90 | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 04/26/2023 | 100 | $0.19 | $18.95 | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 04/26/2023 | 100 | $0.19 | $18.95 | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 04/26/2023 | 100 | $0.19 | $18.95 | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 04/26/2023 | 100 | $0.19 | $18.95 | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 04/26/2023 | 10 | $0.19 | $1.90 | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 04/26/2023 | 10 | $0.19 | $1.90 | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 04/26/2023 | 10 | $0.19 | $1.90 | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 04/26/2023 | 300 | $0.19 | $56.85 | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 04/26/2023 | 10 | $0.19 | $1.90 | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 04/26/2023 | 100 | $0.19 | $18.95 | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 04/26/2023 | 100 | $0.19 | $18.95 | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 04/26/2023 | 100 | $0.19 | $18.95 | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 04/26/2023 | 90 | $0.19 | $17.06 | |

Account Activity

| Description | Symbol | Acct Type | Transaction | Date | Qty | Price | Debit | Credit |
|---|---|---|---|---|---|---|---|---|
| Meta Materials<br>CUSIP: 59134N104 | MMAT | Margin | Buy | 04/26/2023 | 85 | $0.19 | $16.11 | |
| MINK Therapeutics<br>CUSIP: 60369302 | | Margin | SOFF | 04/28/2023 | 0.0146 | | | |
| **Total Funds Paid and Received** | | | | | | | $7,000.00 | $9,000.00 |

**Executed Trades Pending Settlement**
These transactions may not be reflected in the other summaries

| Description | Acct Type | Transaction | Trade Date | Settle Date | Qty | Price | Debit | Credit |
|---|---|---|---|---|---|---|---|---|
| Meta Materials CUSIP: 59134N104 | Margin | Buy | 04/28/2023 | 05/02/2023 | 100 | $0.19 | $18.94 | |
| Meta Materials CUSIP: 59134N104 | Margin | Buy | 04/28/2023 | 05/02/2023 | 2,500 | $0.19 | $473.50 | |
| Meta Materials CUSIP: 59134N104 | Margin | Buy | 04/28/2023 | 05/02/2023 | 2,700 | $0.19 | $511.38 | |
| Meta Materials CUSIP: 59134N104 | Margin | Buy | 04/28/2023 | 05/02/2023 | 200 | $0.19 | $37.88 | |
| Meta Materials CUSIP: 59134N104 | Margin | Buy | 04/28/2023 | 05/02/2023 | 100 | $0.19 | $18.94 | |
| Meta Materials CUSIP: 59134N104 | Margin | Buy | 04/28/2023 | 05/02/2023 | 100 | $0.19 | $18.94 | |
| Meta Materials CUSIP: 59134N104 | Margin | Buy | 04/28/2023 | 05/02/2023 | 100 | $0.19 | $18.94 | |
| Meta Materials CUSIP: 59134N104 | Margin | Buy | 04/28/2023 | 05/02/2023 | 100 | $0.19 | $18.94 | |
| Meta Materials CUSIP: 59134N104 | Margin | Buy | 04/28/2023 | 05/02/2023 | 100 | $0.19 | $18.94 | |
| Meta Materials CUSIP: 59134N104 | Margin | Buy | 04/28/2023 | 05/02/2023 | 200 | $0.19 | $37.88 | |
| Meta Materials CUSIP: 59134N104 | Margin | Buy | 04/28/2023 | 05/02/2023 | 100 | $0.19 | $18.94 | |
| Meta Materials CUSIP: 59134N104 | Margin | Buy | 04/28/2023 | 05/02/2023 | 100 | $0.19 | $18.94 | |
| Meta Materials CUSIP: 59134N104 | Margin | Buy | 04/28/2023 | 05/02/2023 | 200 | $0.19 | $37.88 | |
| Meta Materials CUSIP: 59134N104 | Margin | Buy | 04/28/2023 | 05/02/2023 | 100 | $0.19 | $18.94 | |

## Executed Trades Pending Settlement
These transactions may not be reflected in the other summaries

| Description | Acct Type | Transaction | Trade Date | Settle Date | Qty | Price | Debit | Credit |
|---|---|---|---|---|---|---|---|---|
| Meta Materials CUSIP: 59134N104 | Margin | Buy | 04/28/2023 | 05/02/2023 | 100 | $0.19 | $18.94 | |
| Meta Materials CUSIP: 59134N104 | Margin | Buy | 04/28/2023 | 05/02/2023 | 200 | $0.19 | $37.88 | |
| Meta Materials CUSIP: 59134N104 | Margin | Buy | 04/28/2023 | 05/02/2023 | 1,300 | $0.19 | $246.22 | |
| Meta Materials CUSIP: 59134N104 | Margin | Buy | 04/28/2023 | 05/02/2023 | 2,200 | $0.19 | $416.68 | |
| Meta Materials CUSIP: 59134N104 | Margin | Buy | 04/28/2023 | 05/02/2023 | 59 | $0.19 | $11.17 | |
| **Total Executed Trades Pending Settlement** | | | | | | | **$1,999.87** | **$0.00** |

# Important Information

Robinhood Securities, LLC ("RHS") carries your account as the clearing broker by arrangement with your introducing broker-dealer, Robinhood Financial LLC ("RHF"). If this is a margin account and we maintain a special miscellaneous account for you, this is a combined statement of your general account and special miscellaneous account maintained for you under Regulation T issued by the Board of Governors of the Federal Reserve System. The permanent record of the special miscellaneous account as required by Regulation T is available for your inspection at your request.

The per annum rate of interest charged on debit balances in your account is shown on this statement. This rate may change from time to time in accordance with fluctuations in interest rates. Interest is computed from the 1st day of the month to the last day of the month. The interest is based on the average daily balance in your account with us, and for the actual number of days based on an interest rate of 360 days. When calculating margin interest, free credit balances in all accounts will be offset against any debit in the margin account and the interest will be charged on the new debit balance.

We are required to report to the Internal Revenue Service all cash dividends and interest credited to your account on securities held for you in your name. All dividends and interest credits should be included in your income tax return.

Information relative to fees and other charges incurred in connection with listed option transactions occurring during the month have previously been furnished to you and further information is available to you promptly upon request. We will be available to you promptly upon request. Exercise assignment notices for option contracts are allocated among customer short positions pursuant to a manual procedure which randomly selects from amongst all customer short option positions including those contracts which are subject to exercise. All short American style option positions are liable for assignment at any time whereas European style options are assigned at expiration. A more detailed description of our random allocation procedure is available upon request.

You are to promptly advise Robinhood of any material changes concerning your investment objectives of financial situation by updating your information using the Robinhood platform or by contacting help@robinhood.com.

RHS is a Member of SIPC, which protects securities customers of its members up to $500,000 (including $250,000 for claims for cash). Explanatory brochure available upon request at www.sipc.org.

Any free credit balances represent funds payable upon demand which, although properly accounted for on our books and records, is not segregated, and may be used in the conduct of this firm's business as permissible under the SEC Rule 15c3-2.

## Notice to Customers

RHS acts as clearing agent for your trades. Your account, which was introduced to us by RHF, is established under your name on a "fully disclosed" basis at RHS. You remain a customer of RHF,

As required, under SEC rules, both the RHF and RHS Order Routing Reports as well as information regarding specific order routing information is available free of charge upon request.

As a clearing agent, RHS provides securities clearance and may provide order execution based on RHF instructions. RHS will not be involved with or have any responsibility for decisions regarding securities transactions in your account. RHF will be responsible for opening, approving and monitoring all activities in connection with your account. The entry of orders and any instructions regarding the deposit or withdrawal of securities or monies should be made through RHF.

In addition to the above mentioned services, RHS will provide cashiering services, safeguarding of funds and securities while in our possession, monitoring compliance with applicable credit Regulation T and RHS internal policies, preparing and making accessible your account records (including transaction confirmations and periodic statements of your account).

The dividend totals reflected in the Income and Expense Summary are inclusive of both taxable and non-taxable dividends.

Interest charges to your account may be based on the size and net debit balance during the interest period. These rates are subject to revision with appropriate notice. For more complete information regarding interest charges to customers, consult the RHF Fee Schedule, available at https://robnd.co/fees.

We also offer Robinhood Cash Management as an additional feature of your account. Robinhood Cash Management includes debit card access to your account and automatic sweep of uninvested cash to bank deposits. If you participate in Robinhood Cash Management, your use of the debit card, and your rights with respect to debit card transactions, will be governed by the Robinhood Debit Card Agreement, which has been provided to you and is available at https://robnd.co/debit-card-agreement.

In case of errors or questions about your electronic transfers, including your debit card transactions, or if you think your statement or receipt is wrong or if you need more information about a transaction listed on the statement or receipt, email RobinhoodCash@help@robinhood.com. Robinhood must hear from you no later than sixty (60) days after you were sent the FIRST statement on which the problem or error appeared.

A. Tell RHF your name and account number.
B. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
C. Tell RHF the dollar amount of the suspected error.

RHF will investigate your complaint and will correct any error promptly. If we take more than ten (10) business days to do this, RHF will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes RHF to complete our investigation.

If you participate in Robinhood Cash Management, your uninvested cash is swept into accounts at FDIC-insured program banks, where your uninvested cash will earn interest from the program banks and be eligible for FDIC insurance up to applicable limits, subject to FDIC rules. Please see the Robinhood Securities, LLC & Robinhood Financial LLC Insured Network Deposit Sweep Program Disclosures, available at https://robnd.co/ind-disclosure, for the terms and conditions of this sweep program, including information regarding FDIC insurance coverage.

RHF and RHS are members of the Financial Industry Regulatory Authority, Inc. ("FINRA"), and we are required to inform you of the availability of the FINRA Investor Brochure, which contains information on FINRA BrokerCheck. You may contact FINRA at 800-289-9999 or via their website www.finra.org. RHS carries your account and acts as your custodian for funds and securities deposited with us directly by you, through RHF as a result of transactions we process to your account. Any suspected inaccuracy or discrepancy in your account statement must be promptly reported to RHF. In order to protect your rights, please confirm any oral communications in writing and include your brokerage account number. General inquiries or concerns regarding your account should be directed to: help@robinhood.com.

The SEC requires all broker-dealers that route orders in equity securities and options to make available quarterly reports that present a general overview of their routing practices. The reports must identify the significant venues to which customer orders were routed for execution during the applicable quarter and disclose the material aspects of the broker-dealers relationship with such venues. In addition, the Rule (SEC Rule 606) requires broker-dealers to disclose, upon customer request, the venues to which the individual customer's orders were routed for the orders that were executed. For further information, please contact RHF.

All trade confirmations are transmitted on or about the transaction date. If you participate in the Dividend Reinvestment Plan program details concerning the reinvestment of dividends will be included on your monthly statements. RHS will act as agent in having your DRP purchases executed.

Statement of Financial Condition
Robinhood Securities, LLC. Audited Statement of Financial Condition as of December 31, 2022 is available on the Company's website at www.robinhood.com/legal. A paper copy may be requested at no cost by calling 1-(800)-282-1327. On December 31st, 2022, Robinhood Securities, LLC. had a net capital of $2,502,9,93220, which was $2,430,257,306 in excess of its required net capital of $65,679,922.

Please retain this statement as it will be helpful in preparing your income tax returns and may be needed along with subsequent statements to verify interest charges in your account. This statement shall be deemed conclusive unless objected to in writing within ten (10) days.

# Robinhood

85 Willow Rd, Menlo Park, CA 94025
help@robinhood.com

05/01/2023 to 05/31/2023
**ANTHONY MIKELS** Account # ████6175
5 W Hazel Dell Ln, Springfield, IL 627035277

■ Options    ■ Equities    ■ Cash and Cash Equivalents

## Portfolio Allocation



**Cash and Cash Equivalents**
0.00%

**Equities**
100.00%

**Options**
0.00%

## Account Summary

| | Opening Balance | Closing Balance |
|---|---|---|
| Net Account Balance | $2,000.05 | $0.18 |
| Total Securities | $15,460.03 | $17,160.09 |
| **Portfolio Value** | **$17,460.08** | **$17,160.27** |

## Income and Expense Summary

| | This Period | Year to Date |
|---|---|---|
| Dividends | $0.00 | $172.56 |
| Capital Gains Distributions | $0.00 | $0.00 |
| Interest Earned | $0.00 | $0.00 |

This statement shall be conclusive if not objected to in writing within ten days, (except with respect to debit card transactions), Errors and omissions exempted. Please address all communications to the firm and not to the individuals. Address charges or other material changes in your account should be directed to the office servicing your account. Kindly mention your account number. This statement should be retained for income tax purposes.

Page 2 of 5

## Portfolio Summary

| Securities Held in Account | Sym/Cusip | Acct Type | Qty | Price | Mkt Value | Est. Dividend Yield | % of Total Portfolio |
|---|---|---|---|---|---|---|---|
| Agenus<br>Estimated Yield: 0.00% | AGEN | Margin | 1 | $1.56 | $1.56 | $0.00 | 0.01% |
| Biocept<br>Estimated Yield: 0.00% | BIOC | Margin | 0.033333 | $2.16 | $0.07 | $0.00 | 0.00% |
| Enbridge<br>Estimated Yield: 7.45% | ENB | Margin | 264.816049 | $35.20 | $9,321.52 | $694.23 | 54.32% |
| MINK Therapeutics<br>Estimated Yield: 0.00% | INKT | Margin | 0.0146 | $1.76 | $0.03 | $0.00 | 0.00% |
| Meta Materials<br>Estimated Yield: 0.00% | MMAT | Margin | 37,318.638795 | $0.21 | $7,836.91 | $0.00 | 45.67% |
| **Total Securities** | | | | | **$17,160.09** | **$694.23** | **100.00%** |
| **Brokerage Cash Balance** | | | | | **$0.18** | | **0.00%** |
| **Total Priced Portfolio** | | | | | **$17,160.27** | | |

## Account Activity

| Description | Symbol | Acct Type | Transaction | Date | Qty | Price | Debit | Credit |
|---|---|---|---|---|---|---|---|---|
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 04/28/2023 | 100 | $0.19 | $18.94 | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 04/28/2023 | 2,500 | $0.19 | $473.50 | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 04/28/2023 | 2,700 | $0.19 | $511.38 | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 04/28/2023 | 200 | $0.19 | $37.88 | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 04/28/2023 | 100 | $0.19 | $18.94 | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 04/28/2023 | 100 | $0.19 | $18.94 | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 04/28/2023 | 100 | $0.19 | $18.94 | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 04/28/2023 | 100 | $0.19 | $18.94 | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 04/28/2023 | 100 | $0.19 | $18.94 | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 04/28/2023 | 200 | $0.19 | $37.88 | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 04/28/2023 | 100 | $0.19 | $18.94 | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 04/28/2023 | 100 | $0.19 | $18.94 | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 04/28/2023 | 200 | $0.19 | $37.88 | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 04/28/2023 | 100 | $0.19 | $18.94 | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 04/28/2023 | 100 | $0.19 | $18.94 | |

## Account Activity

| Description | Symbol | Acct Type | Transaction | Date | Qty | Price | Debit | Credit |
|---|---|---|---|---|---|---|---|---|
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 04/28/2023 | 200 | $0.19 | $37.88 | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 04/28/2023 | 1,300 | $0.19 | $246.22 | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 04/28/2023 | 2,200 | $0.19 | $416.68 | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 04/28/2023 | 59 | $0.19 | $11.17 | |
| Biocept CUSIP: 09072V501 | | Margin | SPR | 05/17/2023 | 1S | | | |
| Biocept CUSIP: 09072V600 | | Margin | SPR | 05/17/2023 | 0.033333 | | | |
| **Total Funds Paid and Received** | | | | | | | $1,999.87 | $0.00 |

## Executed Trades Pending Settlement
These transactions may not be reflected in the other summaries

| Description | Acct Type | Transaction | Trade Date | Settle Date | Qty | Price | Debit | Credit |
|---|---|---|---|---|---|---|---|---|
| **Total Executed Trades Pending Settlement** | | | | | | | $0.00 | $0.00 |

# Important Information

Robinhood Securities, LLC ("RHS") carries your account as the clearing broker by arrangement with your introducing broker-dealer, Robinhood Financial LLC ("RHF"). If this is a margin account and we maintain a special miscellaneous account for you, this is a combined statement of your general account and special miscellaneous account maintained for you under Regulation T issued by the Board of Governors of the Federal Reserve System. The permanent record of the special miscellaneous account as required by Regulation T is available for your inspection at your request.

The per annum rate of interest charged on debit balances in your account may change from time to time in accordance with fluctuations in interest rates. Interest is computed from the 1st day of the month to the last day of the month. The interest is based on the average daily balance in your account with us, and for the actual number of days based on an interest year of 360 days. When calculating margin interest, free credit balances in all accounts will be offset against any debit in the margin account and the interest will be charged on the new debit balance.

We are required to report to the Internal Revenue Service all cash dividends and interest credited to your account on securities held for you in your name. All dividends and interest credits should be included in your income tax return.

Information relative to fees and any other charges incurred in connection with listed option transactions occurring during the month has previously been furnished to you in confirmation of such transactions. A summary of this information will be made available to you promptly upon request. Exercise assignment notices for option contracts are allocated among customer short positions pursuant to a manual procedure which randomly selects from amongst all customer short option positions including those contracts which are subject to exercise. All short American style option positions are liable for assignment at any time whereas European style options are assigned at expiration. A more detailed description of our random allocation procedure is available upon request.

You are to promptly advise Robinhood of any material changes concerning your investment objectives or financial situation by updating your information using the Robinhood platform or by contacting help@robinhood.com.

RHS is a Member of SIPC, which protects securities customers of its members up to $500,000 (including $250,000 for claims for cash). Explanatory brochure available upon request or at www.sipc.org.

Any free credit balances represent funds payable upon demand which, although properly accounted for on our books and records, is not segregated, and may be used in the conduct of this firm's business as permissible under the SEC Rule 15c3-2.

## Notice to Customers

RHS acts as clearing agent for your trades. Your account, which was introduced to us by RHF, is established under your name on a "fully-disclosed" basis at RHS. You remain a customer of RHF.

As required, under SEC rules, both the RHF and RHS Order Routing Reports as well as information regarding specific order routing information is available free of charge upon request.

As a clearing agent, RHS provides securities clearance and may provide order execution based on RHF instructions. RHS will not be involved with or have any responsibility for decisions regarding securities transactions in your account. RHF will be responsible for opening, approving and monitoring all activities in connection with your account. The entry of orders and any instructions regarding the deposit or withdrawal of securities or monies should be made through RHF.

In addition to the above mentioned services, RHS will provide cashiering services, safeguarding of funds and securities while in our possession, monitoring compliance with applicable credit Regulation T and RHS internal policies, preparing and making accessible your account records (including transaction confirmations and periodic statements of your account).

The dividend totals reflected in the Income and Expense Summary are inclusive of both taxable and non-taxable dividends.

Interest charges to your account may be based on the size and net debit balance during the interest period. These rates are subject to revision with appropriate notice. For more complete information regarding interest charges to customers, consult the RHF Fee Schedule, available at https://rbnhd.co/fees.

We also offer Robinhood Cash Management as an additional feature of your account. Robinhood Cash Management includes debit card access to your account and automatic sweep of uninvested cash to bank deposits. If you participate in Robinhood Cash Management, your use of the debit card, and your rights with respect to debit card transactions, will be governed by the Robinhood Debit Card Agreement, which has been provided to you and is available at https://rbnhd.co/debit-card-agreement.

In case of errors or questions about your electronic transfers, including your debit card transactions, or if you think your statement or receipt is wrong or if you need more information about a transaction listed on the statement or receipt, email Robinhood at help@robinhood.com. Robinhood must hear from you no later than sixty (60) days after you were sent the FIRST statement on which the problem or error appeared.

A. Tell RHF your name and account number.
B. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
C. Tell RHF the dollar amount of the suspected error.

RHF will investigate your complaint and will correct any error promptly. If we take more than ten (10) business days to do this, RHF will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes RHF to complete our investigation.

If you participate in Robinhood Cash Management, your uninvested cash is swept into accounts at FDIC-insured program banks, where your uninvested cash will earn interest from the program banks and be eligible for FDIC insurance up to applicable limits, subject to FDIC rules. Please see the Robinhood Securities, LLC & Robinhood Financial LLC Insured Network Deposit Sweep Program Disclosures, available at https://rbnhd.co/ind-disclosure, for the terms and conditions of this sweep program, including information regarding FDIC insurance coverage.

RHF and RHS are members of the Financial Industry Regulatory Authority, Inc. ("FINRA"), and we are required to inform you of the availability of the FINRA Investor Brochure, which contains information on FINRA BrokerCheck. You may contact FINRA at 800-289-9999 or via their website www.finra.org. RHS carries your account and acts as your custodian for funds and securities deposited with us directly by you, through RHF as a result of transactions we process to your account. Any suspected inaccuracy or discrepancy in your account statement must be promptly reported to RHF. In order to protect your rights, please confirm any oral communications in writing and include your brokerage account number. General inquiries or concerns regarding your account should be directed to: help@robinhood.com.

The SEC requires all broker-dealers that route orders in equity securities and options to make available quarterly reports that present a general overview of their routing practices. The reports must identify the significant venues to which customer orders were routed for execution during the applicable quarter and disclose the material aspects of the broker-dealer's relationship with such venues. In addition, the Rule (SEC Rule 606) requires broker-dealers to disclose, upon customer request, the venues to which the individual customer's orders were routed for the six months prior to the request, and the execution time for the orders that were executed. For further information, please contact RHF.

All trade confirmations are transmitted on or about the transaction date. If you participate in the Dividend Reinvestment Plan program details concerning the reinvestment of dividends will be included on your monthly statements. RHS will act as agent in having your DRP purchases executed.

## Statement of Financial Condition

Robinhood Securities, LLC. Audited Statement of Financial Condition as of December 31, 2022 is available on the Company's website at www.robinhood.com/legal. A paper copy may be requested at no cost by calling 1-(800)-282-1327. On December 31st, 2022, Robinhood Securities, LLC. had a net capital of $2,502,932,230, which was $2,437,257,308 in excess of its required net capital of $65,679,922.

Please retain this statement as it will be helpful in preparing your income tax returns and may be needed along with subsequent statements to verify interest charges in your account. This statement shall be deemed conclusive unless objected to in writing within ten (10) days.

2847150

# Robinhood

85 Willow Rd, Menlo Park, CA 94025
help@robinhood.com

01/01/2024 to 01/31/2024
**ANTHONY MIKELS** Account # ████ 6175
5 W Hazel Dell Ln, Springfield, IL 627035277

### Portfolio Allocation

■ Options    ■ Equities    ■ Cash and Cash Equivalents



- Cash and Cash Equivalents
  0.01%
- Equities
  99.99%
- Options
  0.00%

### Account Summary

| | Opening Balance | Closing Balance |
|---|---|---|
| Net Account Balance | $148.19 | $1.27 |
| Total Securities | $15,287.41 | $18,104.74 |
| **Portfolio Value** | **$15,435.60** | **$18,106.01** |

### Income and Expense Summary

| | This Period | Year to Date |
|---|---|---|
| Dividends | $0.00 | $0.00 |
| Capital Gains Distributions | $0.00 | $0.00 |
| Interest Earned | $0.00 | $0.00 |

This statement shall be conclusive if not objected to in writing within ten days (except with respect to debit card transactions). Errors and omissions exempted. Please address all communications to the firm and not to the individuals. Address changes or other material changes in your account should be directed to the office servicing your account. Kindly mention your account number. This statement should be retained for income tax purposes.

Robinhood Securities, LLC ("RHS") carries your account as the clearing broker by arrangement with your introducing broker-dealer, Robinhood Financial LLC ("RHF").

RHS is a Member of SIPC, which protects securities customers of its members up to $500,000 (including $250,000 for claims for cash). Explanatory brochure available upon request or at www.sipc.org.

33576711

Portfolio Summary

| Securities Held in Account | Sym/Cusip | Acct Type | Qty | Price | Mkt Value | Est. Dividend Yield | % of Total Portfolio |
|---|---|---|---|---|---|---|---|
| Agenus<br>Estimated Yield: 0.00% | AGEN | Margin | 1 | $0.67 | $0.67 | $0.00 | 0.00% |
| BIOCEPT INC<br>Estimated Yield: 0.00% | BIOCQ | Margin | 0.033333 | $0.00 | $0.01 | $0.00 | 0.00% |
| Enbridge<br>Estimated Yield: 7.64% | ENB | Margin | 264.816049 | $35.50 | $9,400.97 | $718.39 | 51.92% |
| MINK Therapeutics<br>Estimated Yield: 0.00% | INKT | Margin | 0.0146 | $0.86 | $0.01 | $0.00 | 0.00% |
| Jeffs' Brands<br>Estimated Yield: 0.00% | JFBR | Margin | 2,165 | $3.36 | $7,274.40 | $0.00 | 40.18% |
| Meta Materials<br>Estimated Yield: 0.00% | MMAT | Margin | 374 | $3.82 | $1,428.68 | $0.00 | 7.89% |
| Total Securities | | | | | $18,104.74 | $718.39 | 99.99% |
| Brokerage Cash Balance | | | | | $1.27 | | 0.01% |
| Total Priced Portfolio | | | | | $18,106.01 | | |

**Account Activity**

| Description | Symbol | Acct Type | Transaction | Date | Qty | Price | Debit | Credit |
|---|---|---|---|---|---|---|---|---|
| Jeffs' Brands CUSIP: M61472128 | JFBR | Margin | Sell | 01/04/2024 | 777 | $5.34 | | $4,149.01 |
| Jeffs' Brands CUSIP: M61472128 | JFBR | Margin | Sell | 01/04/2024 | 100 | $5.34 | | $534.07 |
| Jeffs' Brands CUSIP: M61472128 | JFBR | Margin | Sell | 01/04/2024 | 100 | $5.34 | | $534.07 |
| Jeffs' Brands CUSIP: M61472128 | JFBR | Margin | Sell | 01/04/2024 | 100 | $5.34 | | $533.97 |
| Instant bank transfer - account ending in 3050 | | Margin | RTP | 01/25/2024 | | | | $1,000.00 |
| Jeffs' Brands CUSIP: M61472128 | JFBR | Margin | Buy | 01/23/2024 | 1 | $3.22 | $3.22 | |
| Jeffs' Brands CUSIP: M61472128 | JFBR | Margin | Buy | 01/23/2024 | 1 | $3.22 | $3.22 | |
| Jeffs' Brands CUSIP: M61472128 | JFBR | Margin | Buy | 01/23/2024 | 50 | $3.22 | $161.00 | |
| Jeffs' Brands CUSIP: M61472128 | JFBR | Margin | Buy | 01/25/2024 | 79 | $3.22 | $254.38 | |
| Jeffs' Brands CUSIP: M61472128 | JFBR | Margin | Buy | 01/25/2024 | 200 | $3.22 | $644.00 | |
| Jeffs' Brands CUSIP: M61472128 | JFBR | Margin | Buy | 01/25/2024 | 600 | $3.22 | $1,932.00 | |
| Jeffs' Brands CUSIP: M61472128 | JFBR | Margin | Buy | 01/25/2024 | 150 | $3.22 | $483.00 | |

## Account Activity

| Description | Symbol | Acct Type | Transaction | Date | Qty | Price | Debit | Credit |
|---|---|---|---|---|---|---|---|---|
| Jeffs' Brands<br>CUSIP: M61472128 | JFBR | Margin | Buy | 01/25/2024 | 600 | $3.22 | $1,932.00 | |
| Jeffs' Brands<br>CUSIP: M61472128 | JFBR | Margin | Buy | 01/25/2024 | 151 | $3.22 | $486.22 | |
| Jeffs' Brands<br>CUSIP: M61472128 | JFBR | Margin | Buy | 01/25/2024 | 91 | $3.00 | $273.00 | |
| Meta Materials<br>CUSIP: 59134N302 | | Margin | SPR | 01/29/2024 | 373 | | | |
| Meta Materials<br>CUSIP: 59134N104 | | Margin | SPR | 01/29/2024 | 37,318,638795S | | | |
| Jeffs' Brands<br>CUSIP: M61472128 | JFBR | Margin | Buy | 01/29/2024 | 17 | $3.00 | $51.00 | |
| Jeffs' Brands<br>CUSIP: M61472128 | JFBR | Margin | Buy | 01/29/2024 | 225 | $3.00 | $675.00 | |
| Meta Materials<br>CUSIP: 59134N302 | | Margin | SPR | 01/31/2024 | 1 | | | |
| **Total Funds Paid and Received** | | | | | | | **$6,898.04** | **$6,751.12** |

## Executed Trades Pending Settlement
These transactions may not be reflected in the other summaries

| Description | Acct Type | Transaction | Trade Date | Settle Date | Qty | Price | Debit | Credit |
|---|---|---|---|---|---|---|---|---|
| **Total Executed Trades Pending Settlement** | | | | | | | $0.00 | $0.00 |

# Important Information

If this is a margin account and we maintain a special miscellaneous account for you, this is a combined statement of your general account and special miscellaneous account maintained for you under Regulation T issued by the Board of Governors of the Federal Reserve System. The permanent record of the special miscellaneous account as required by Regulation T is available for your inspection at your request.

The per annum rate of interest charged on debit balances in your account may change from time to time in accordance with fluctuations in interest rates. Interest is computed from the 1st day of the month to the last day of the month. The interest is based on the average daily balance in your account with us, and for the actual number of days based on an interest year of 360 days. When calculating margin interest, free credit balances in all accounts will be offset against any debit in lines are liable for assignment at any time with us. The exception on a new debit balance.

We are required to report to the Internal Revenue Service all cash dividends and interest credited to your account on securities held for you in our name. All dividends and interest credits should be included in your income tax return.

Information relative to regulatory trading/transaction fees and any other charges incurred in connection with equity or listed option transactions occurring during the month has previously been furnished to you in confirmation of such transactions. A summary of the information will be made available to you promptly upon request. Exercise assignment notices for option contracts are allocated among customer short positions pursuant to a manual procedure which randomly selects from amongst all customer short positions including those contracts which are subject to exercise. All short American style option positions are liable for assignment at any time whereas European style options are assigned at expiration. A more detailed description of our random allocation procedure is available upon request.

You are to promptly advise Robinhood of any material changes concerning your investment objectives or financial situation by updating your information using the Robinhood platform or by contacting help@robinhood.com.

Any free credit balances represent funds payable upon demand which, although properly accounted for on our books and records, is not segregated, and may be used in the conduct of this firm's business as permissible under the SEC Rule 15c3-2.

RHS acts as clearing agent for your trades. Your account, which was introduced to us by RHF, is established under your name on a "fully disclosed" basis at RHS. You remain a customer of RHF.

## Notice to Customers

As required, under SEC rules, both the RHF and RHS Order Routing Reports as well as information regarding specific order routing information is available free of charge upon request.

As a clearing agent, RHS provides securities clearance and may provide order execution based on RHF instructions; RHS will not be involved with or have any responsibility for decisions regarding securities transactions in your account. RHF will be responsible for opening, approving and monitoring all activities in connection with your account. The entry of orders and any instructions regarding the deposit or withdrawal of securities or monies should be made through RHF.

In addition to the above mentioned services, RHS will provide cashiering services, safeguarding of funds and securities while in our possession, monitoring compliance with applicable credit Regulation T and RHS internal policies, preparing and making accessible your account records (including transaction confirmations and periodic statements of your account).

The dividend totals reflected in the Income and Expense Summary are inclusive of both taxable and non-taxable dividends.

Interest charges to your account may be based on the size and net debit balance during the interest period. These rates are subject to revision with appropriate notice. For more complete information regarding interest charges to customers, consult the RHF Fee Schedule, available at https://rbnhd.co/fees.

We also offer Robinhood Cash Management as an additional feature of your account. Robinhood Cash Management includes debit card access to your account and automatic sweep of uninvested cash to bank deposits. If you participate in Robinhood Cash Management, your use of these features and your rights with respect to debit card transactions, will be governed by the Robinhood Debit Card Agreement, which has been provided to you and is available at https://rbnhd.co/debit-card-agreement.

In case of errors or questions about your electronic transfers, including your debit card transactions, or if you think your statement or receipt is wrong or if you need more information about a transaction listed on the statement or receipt, email RHF or RHS at help@robinhood.com. RHF must hear from you no later than sixty (60) days after we sent the FIRST statement on which the problem or error appeared.

A. Tell RHF your name and account number.
B. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
C. Tell RHF the dollar amount of the suspected error.

RHF will investigate your complaint and will correct any error promptly. If we take more than ten (10) business days to do this, RHF will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes RHF to complete our investigation.

Please see the Robinhood Securities, LLC & Robinhood Financial LLC Insured Network Deposit Sweep Program Disclosures, available at https://rbnhd.co/ind-disclosure, for the terms and conditions of the sweep program, including information regarding FDIC insurance coverage.

RHF and RHS are members of the Financial Industry Regulatory Authority, Inc. ("FINRA"), and we are required to inform you of the availability of the FINRA Investor Brochure, which contains information on FINRA BrokerCheck. You may contact FINRA at 800-289-9999 or via their website www.finra.org. RHS carries your account and acts as your custodian for funds and securities deposited with us directly by you, through RHF as a result of transactions we process to your account. Any suspected inaccuracy or discrepancy in your account statement must be promptly reported to RHF. In order to protect your rights, please confirm any oral communications in writing and include your brokerage account number. General inquiries or concerns regarding your account should be directed to: help@robinhood.com.

The SEC requires all broker-dealers that route orders in equity securities and Robinhood to make available quarterly reports that present a general overview of their routing practices. The reports must identify the significant venues to which customer orders were routed for execution during the applicable quarter and disclose the material aspects of the broker-dealers relationship with such venues. In addition, the Rule (SEC Rule 606) requires broker-dealers to disclose, upon customer request, the venues to which the individual customer's orders were routed for the six months prior to the request, and the execution time for the orders that were executed. For further information, please contact RHF.

All trade confirmations are transmitted on or about the transaction date.

## Statement of Financial Condition

Robinhood Securities, LLC. Unaudited Statement of Financial Condition as of June 30, 2023 is available on the Company's website at www.robinhood.com /legal. A paper copy may be requested at no cost by calling 1-(800)-282-1327. On June 30, 2023, Robinhood Securities, LLC. had a net capital of $2,638,629,775, which was $2,567,658,638 in excess of its required net capital of $70,971,137.

Please retain this statement as it will be helpful in preparing your income tax returns and may be needed along with subsequent statements to verify interest charges in your account. This statement shall be deemed conclusive unless objected to in writing within ten (10) days.

335767

## Please Read: Important Account Notices and Updates

Last month's statement (for activity during the month of December) omitted a disclosure informing customers that the interest rate for Robinhood Gold subscribers enrolled in the boosted rate promotion for the brokerage cash sweep program was 5.25%. This disclosure appears on this month's statement on Page 1, and will continue to appear until the promotion ends.

335767I