NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | | **PROOF OF INTEREST** |
|---|---|---|
| Name of Debtor: METIA MATERIALS INC | Case Number: 24-50792 | |

1. Name and address of holder of the Equity Interest (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

   JAMES BERDAHL
   2315 E. GERBERA WAY
   ORO VALLEY, AZ. 85755

   Telephone Number: (763) 337-2574

   ☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

   ☒ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

   ☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

   RECEIVED AND FILED    MR

   DEC 09 2024

   U.S. BANKRUPTCY COURT
   MARY A. SCHOTT, CLERK

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

COURT USE ONLY

Account or other number by which Interest holder identifies Debtor:
593853 8008981857 1

Check here if this claim:
☐ replaces a previously filed Proof of Interest dated: _____
☐ amends a previously filed Proof of Interest dated: _____

2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:
   JAMES BERDAHL
   JP MORGAN CHASE / ACCOUNT OF CHARLES SCHWAB
   211 MAIN ST. SAN FRANCISCO CA 94105
   Telephone Number: 1-800-435-4000

3. Date Equity Interest was acquired:
   BETWEEN 07/08/22 AND 01/25/24
   REVERSE SPLIT 1/29/24 (100 to 1)
   SEE ATTACHED

4. Total amount of member interest: 915 SHARES FOR $65,958.34    5. Certificate number(s): _____

6. Type of Equity Interest:
   Please indicate the type of Equity Interest you hold:
   ☒ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
   ☐ Check this box if your Equity Interest is based on anything else and describe that interest:
   Description: INVESTOR

7. Supporting Documents: Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
   DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. Date-Stamped Copy: To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

9. Signature:
   Check the appropriate box.
   ☒ I am the creditor.    ☐ I am the creditor's authorized agent. (Attach copy of power of attorney, if any.)    ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)    ☐ I am a guarantor, surety, endorser, or other codebtor. (See Bankruptcy Rule 3005.)

   I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

   Print Name: JAMES BERDAHL
   Title: _____
   Company: ___ Address and telephone number (if different from notice address above): _____

   (Signature) J. Berdahl    (Date) 12-5-24

   Telephone number: (763) 337-2574    email: BOCKJOEDIRT@GMAIL.COM

Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571

JAMES DERDAHL
META MATERIALS INC.
CASE # 24-50792

07/08/22 Buy MMAT 2,000 SHARES $1.02 $2,040.00

7/15/22 Buy MMAT 3225 SHARES $.93 $2999.25

08/08/22 Buy MMAT 119 SHARES $.93 $110.67

08/08/22 Buy MMAT 5650 SHARES $.93 $5,254.50

08/08/22 Buy MMAT 2,000 SHARES $.93 $1,860.00

08/08/22 Buy MMAT 1,206 SHARES $.93 $1,121.58

08/08/22 Buy MMAT 69 SHARES $.93 $64.17

08/08/22 Buy MMAT 18 SHARES $.93 $16.74

08/08/22 Buy MMAT 89 SHARES $.93 $82.77

08/08/22 Buy MMAT 2000 SHARES $.93 $1,860.00

08/08/22 Buy MMAT 1 SHARE $.93 $.93

08/08/22 Buy MMAT 100 SHARES $.93 $93.00

08/08/22 Buy MMAT 3,748 SHARES $.93 $3,485.64

JAMES BARDALL
META MATERIALS INC.
CASE 24-50792

| Date | Action | Shares | Price | Total |
|---|---|---|---|---|
| 08/08/22 | Buy MMAT | 35,000 SHARES | $.93 | $32,550.00 |
| 08/18/22 | Buy MMAT | 37 SHARES | $.89 | $32.93 |
| 08/18/22 | Buy MMAT | 2900 SHARES | $.89 | $2,581.00 |
| 08/18/22 | Buy MMAT | 2563 SHARES | $.89 | $2,281.00 |
| 08/23/22 | Buy MMAT | 1534 SHARES | $.79 | $1,211.86 |
| 08/23/22 | Buy MMAT | 640 SHARES | $.79 | $505.60 |
| 08/23/22 | Buy MMAT | 226 SHARES | $.79 | $178.54 |
| 08/23/22 | Buy MMAT | 2300 SHARES | $.79 | $1,817.00 |
| 08/23/22 | Buy MMAT | 3300 SHARES | $.79 | $2,607.00 |
| 4/14/23 | Buy MMAT | 10,000 SHARES | $.2189 | $2,189.49 |
| 11/22/23 | Buy MMAT | 12,500 SHARES | $.08 | $1,000.00 |
| 1/25/24 | Buy MMAT | 275 SHARES | $.0531 | $14.60 |

TOTAL 91,500 SHARES (1/28/24) → REVERSE SPLIT (1/29/24) 915 SHARES