NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | | **PROOF OF INTEREST** |
|---|---|---|
| Name of Debtor<br>META MATERIALS, INC | Case Number<br>24-50792 | |
| 1 Name and address of holder of the Equity Interest (the person or entity holding an Equity Interest in the Debtor Referred to hereinafter as the "Interest holder")<br><br>MOHAMED ADEL BASMA<br>1824 N. SILVERY LN<br>DEARBORN, MICHIGAN, 48128<br><br>Telephone Number<br>313-744-9621 | ☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars<br><br>☒ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case<br><br>☐ Check box if this address differs from the address on the envelope sent to you by the Debtors | **RECEIVED AND FILED**<br><br>DEC - 9 2024<br><br>U.S. BANKRUPTCY COURT<br>MARY A. SCHOTT, CLERK<br><br>COURT USE ONLY |

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein

| Account or other number by which Interest holder identifies Debtor<br>CAPIC-25325) 299 397 139 - Brokerage A/C<br>CAPIC-1212) 299 450 262 - IRA Roth A/C | Check here if this claim<br>☐ replaces a previously filed Proof of Interest dated _____<br>☐ amends a previously filed Proof of Interest dated _____ |
|---|---|
| 2 Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest<br>MOHAMED ADEL BASMA<br>Morgan Stanley Smith Barney LLC<br>PO Box 484, Jersey City NJ<br>Telephone Number 800-387-2331    07303-0484 | 3 Date Equity Interest was acquired<br>BETWEEN 01/01/2020 - 03/10/2023<br>SEE ATTACHED DOCUMENTATION |
| 4 Total amount of member interest 3,398 SHARES for $5,461.55 | 5 Certificate number(s) SEE ATTACHED DOCUMENTATION |

6. Type of Equity Interest
Please indicate the type of Equity Interest you hold
☒ Check this box if your Equity Interest is based on an actual member interest held in the Debtor
☐ Check this box if your Equity Interest is based on anything else and describe that interest
Description: INVESTOR

7 Supporting Documents Attach copies of supporting documents such as stock certificates, option agreements, warrants, etc
DO NOT SEND ORIGINAL DOCUMENTS If the documents are not available, explain If the documents are voluminous, attach a summary

8 Date-Stamped Copy To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

9 Signature
Check the appropriate box
☐ I am the creditor    ☐ I am the creditor's authorized agent    ☐ I am the trustee, or the debtor    ☐ I am a guarantor, surety, endorser, or other codebtor
(Attach copy of power of attorney, if any)    or their authorized agent    (See Bankruptcy Rule 3005)
(See Bankruptcy Rule 3004)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief

Print Name MOHAMED ADEL BASMA
Title
Company __ Address and telephone number (if different from notice address above)

(Signature) M. Basma    (Date) 03 DEC 2024
Telephone number 313-744-9621    email BASMAWORLDWIDE0V@YAHOO.COM

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both 18 USC §§ 152 AND 3571*

Print Form    Save Form    Clear Form

PROOF OF INTEREST SUPPLEMENTAL INFORMATION
CASE 24-50792, META MATERIALS, INC
FOR: MOHAMED ADEL BASMA

BROKER E-Trade Morgan Stanley Smith Barney LLC
ACCT # Cap 1(-2532) 299397139 Brokerage Account
Transactions (Pre-Reverse Split)
Approximate date
01/01/2020 Purchased 1,298 shares $1 736/share ($2,253 328 total invested)
01/10/2022 Purchased 1,800 shares $0 533/share ($959 40 total invested)

Total shares invested Pre-Reverse Split 3,098 shares (Total invested $3212 728)

ACCT # Cap 1(-1212) 299450262 IRA ROTH ACCOUNT
Approximate date 01/10/2021 Purchased 300 shares $7 4794/share ($2,243 82 total invested)

Total invested for both accounts 3,398 shares ($5,461 55)

Please note that I was unable to retrieve any documents of Buy orders of MMAT prior to 03/10/2023

M. Basma



# Order Details

**MMAT**

--     --     --
--

Buy 1800 MMAT

| | | | |
|---|---|---|---|
| Bid | (null) x (null) | Ask | (null) x (null) |

| | |
|---|---|
| Order Number | 606 |
| Order Placed | 10:02 AM ET 03/10/2023 |
| Executed | 12:26 PM ET 03/10/2023 |
| Order Status | Executed |
| Order Type | Buy |
| Quantity | 1800 AON |
| Term | Good for Day |
| Price Type | Limit |
| Limit Price | $0.533 |
| Price Executed | $0.533 |
| Commission/Fees | $0.00 |

| Symbol | | Last Price $ | Change $ | Change % | Qty # | Price Paid $ | Day's Gain $ | Total Gain $ | Total Gain % |
|---|---|---|---|---|---|---|---|---|---|
| > INND ⓘ | Trade ⌄ | 0.00725 | 0.00 | 0.00% | 50,000 | 0.0645 | 0.00 | -2,867.45 | -88.78% |
| > IVVD ⓘ | Trade ⌄ | 1.73 | 0.00 | 0.00% | 300 | 12.00 | 0.00 | -3,081.00 | -85.58% |
| > KXIN ⓘ | Trade ⌄ | 0.5253 | 0.00 | 0.00% | 1,000 | 2.70 | 0.00 | -2,174.70 | -80.54% |
| > LTUM ⓘ | Trade ⌄ | 0.10315 | 0.00 | 0.00% | 2,000 | 0.342 | 0.00 | -482.65 | -70.06% |
| > MARK ⓘ | Trade ⌄ | 0.2135 | 0.00 | 0.00% | 1,000 | 4.35 | 0.00 | -4,136.50 | -95.09% |
| > MMAT ⓘ | Trade ⌄ | 1.48 | 0.00 | 0.00% | 1,298 | 1.736 | 0.00 | -332.29 | -14.75% |
| ⌄ MMTLP ⓘ | Trade ⌄ | 0.00 | 0.00 | 0.00% | 4,097 | 2.3066 | 0.00 | -9,459.90 | -100.00% |
| 01/06/2021 | Sell | 0.00 | 0.00 | 0.00% | 2,597 | 0.00 | 0.00 | 0.00 | 0.00% |
| 11/28/2022 | Sell | 0.00 | 0.00 | 0.00% | 500 | 9.90 | 0.00 | -4,954.95 | -100.00% |
| 12/08/2022 | Sell | 0.00 | 0.00 | 0.00% | 1,000 | 4.50 | 0.00 | -4,504.95 | -100.00% |
| > MTCR ⓘ | Trade ⌄ | 0.39 | 0.00 | 0.00% | 1,380 | 1.45 | 0.00 | -1,462.80 | -73.10% |
| > MULN ⓘ | Trade ⌄ | 0.193 | 0.00 | 0.00% | 11,100 | 0.38954 | 0.00 | -2,181.64 | -50.45% |
| > NHWK ⓘ | Trade ⌄ | 1.04 | 0.00 | 0.00% | 214 | 25.55 | 0.00 | -5,245.14 | -95.93% |
| > NILE ⓘ | Trade ⌄ | 0.1152 | 0.00 | 0.00% | 6,000 | 0.81928 | 0.00 | -4,224.48 | -85.94% |
| > OCGN ⓘ | Trade ⌄ | 1.47 | 0.00 | 0.00% | 881 | 11.57287 | 0.00 | -8,900.63 | -87.30% |
| > OPTT ⓘ ⚑ | Trade ⌄ | 0.59 | 0.00 | 0.00% | 1,000 | 2.13 | 0.00 | -1,540.00 | -72.30% |
| > OZSC ⓘ | Trade ⌄ | 0.0053 | 0.00 | 0.00% | 39,733 | 0.17615 | 0.00 | -6,813.24 | -97.00% |
| > PHUN ⓘ | Trade ⌄ | 0.9042 | 0.00 | 0.00% | 160 | 5.80 | 0.00 | -783.33 | -84.41% |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| ⌄ | **MMATQ** ⓘ | Trade ⌄  🔔 ▢⁺ | | 0.061 | 0.00 | 0.00% | 31 | 103.63645 | 0.00 | -3,210.84 |
| | 01/06/2021 | Sell | | 0.061 | 0.00 | 0.00% | 12.988 | 173.49323 | 0.00 | -2,252.54 |
| | 03/10/2023 | Sell | | 0.061 | 0.00 | 0.00% | 18.012 | 53.26449 | 0.00 | -958.30 |

| | MMATQ ⓘ | Trade ⌄ | ⊡⁺ | 0 061 | 0 00 | 0 00% | 3 | 748 00 | 0 00 | -2,243 82 | -99 99% |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 06/15/2021 | Sell | | 0 061 | 0 00 | 0 00% | 3 | 748 00 | 0 00 | -2,243 82 | -99 99% |