NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | | **PROOF OF INTEREST** |
|---|---|---|
| Name of Debtor: META MATERIAL, INC | Case Number: 24-50792 | |

**1. Name and address of holder of the Equity Interest** (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the 'Interest holder'):

Evelin Rivera
1542 E Chestnut Ave.
Orange, CA 92867

Telephone Number: 714-206-5358

☒ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

☐ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors

**RECEIVED AND FILED**
**DEC -9 2024**
**U.S. BANKRUPTCY COURT**
**MARY A. SCHOTT, CLERK**

COURT USE ONLY

Account or other number by which Interest holder identifies Debtor: **947829693**

Check here if this claim:
☐ replaces a previously filed Proof of Interest dated _____
☐ amends a previously filed Proof of Interest dated _____

**2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:**
EVELIN RIVERA
85 WILLOW ROAD MENLO PARK, CA 94025
Telephone Number: 650 940 2700

**3. Date Equity Interest was acquired:**
Between Feb 25, 2022
Jul. 16, 2023
See Attached documents

**4. Total amount of member interest:** 52,915 FOR $33,920.85

**5. Certificate number(s):** SEE ATTACHED DOCUMENTATION

**6. Type of Equity Interest**
Please indicate the type of Equity Interest you hold
☒ Check this box if your Equity Interest is based on an actual member interest held in the Debtor
☐ Check this box if your Equity Interest is based on anything else and describe that interest
Description: INVESTOR

**7. Supporting Documents** Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
DO NOT SEND ORIGINAL DOCUMENTS If the documents are not available, explain. If the documents are voluminous, attach a summary.

**8. Date-Stamped Copy** To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped self addressed envelope and copy of this Proof of Interest.

**9. Signature**
Check the appropriate box
☒ I am the creditor
☐ I am the creditor's authorized agent (Attach copy of power of attorney, if any)
☐ I am the trustee, or the debtor, or their authorized agent (See Bankruptcy Rule 3004)
☐ I am a guarantor, surety, endorser, or other codebtor (See Bankruptcy Rule 3005)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information and reasonable belief

Print Name: EVELIN RIVERA
Title: _____
Company: Address and telephone number (if different from notice address above)

(Signature) *Evelin Rivera*    (Date) 12-5-24

Telephone number: 714-4205358    email: hugolangarica@yahoo.com

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

Robinhood Markets Inc. acting as agent for
Robinhood Securities LLC
2023     1099-B     CUSIP No. 1546-0716

Proceeds from Broker and Barter Exchange Transactions

Account  947628693

02/02/2024

*Sales transactions are organized into sections according to term (long, short or undetermined) and covered status (covered or noncovered) For tax lots whose term is undetermined use your historical documents to establish the cost basis and date of purchase The Box 12 Check if basis reported to IRS checkmark is reflected as being checked in the title of the covered securities pages of Forms 1099-B, short-term and long-term The title pages of the noncovered securities pages for Forms 1099-B reflect that Box 12 is not being checked, as these securities are not being reported to the IRS*

*Several columns include both an amount and a qualifying notation to its right Where proceeds are the result of an option exercise or assignment there is indication of whether the amount is N (net of option premium) or G (Gross) Accrued market discount and wash sale loss disallowed appear in the same column identified by the letters D or W respectively Where you are not permitted to recognize a loss an indication of X (change in control or capital structure) or Z (other corporate action) is used The change in control condition is reported to the IRS for covered lots Neither the disallowance of loss due to a corporate action nor the amount of gain or loss is reported to the IRS in any instance*

*Some tax lots may have notations in the column of Additional Information because they require special treatment on your tax returns Sales of securities such as Contingent Payment Debt Instruments (CPDI) are marked as "Ordinary" because gains and losses on these instruments generally do not qualify as short- or long-term capital transactions Similarly lots noted as "3 - [X] Collectible" are handled distinctly under the tax code These conditions are reported to the IRS You may wish to consult with your tax advisor the IRS or your state tax authority regarding the proper treatment for these scenarios With further regard to Box 3 there is also a checkmark to indicate the proceeds of sale are from a Qualified Opportunity Zone Fund investment - a QOF If the proceeds are from a QOF the Additional Information column will reflect the following - "3 - [X] Proceeds from QOF" The tax treatment for QOF investments can be complex and you may wish to consult your tax advisor about such sales*

*Closing of written options is presented in a distinct manner in accordance with IRS regulations For these transactions the Cost or other basis (column 1e) is always presented as $0 00 and the Proceeds (column 1d) is the net of the amount received when the option was written and the cost to close the position*

FATCA filing requirement [ ]

## SHORT TERM TRANSACTIONS FOR COVERED TAX LOTS [Ordinary gains or losses are identified in the Additional information column] (Lines 2 & 5)
Report on Form 8949 Part I with Box A checked Basis is provided to the IRS (Line 12)
Gain or loss (-) is NOT reported to the IRS

1a- Description of property/CUSIP/Symbol

| 1c- Date sold or disposed | Quantity | 1d- Proceeds & 6- Reported (G)ross or (N)et | 1b- Date acquired | 1e- Cost or other basis | 1f- Accrued mkt disc (D) & 1g- Wash sale loss disallowed (W) | Gain or loss(-) & 7- Loss not allowed (X) also not reported (Z) | Additional information |
|---|---|---|---|---|---|---|---|
| CAMBER ENERGY INC / CUSIP 13200M607 / Symbol | | | | | | | |
| 02/23/23 | 140 000 | 249 39 | Various | 954 10 | | -704 71 | Total of 2 transactions |
| HELBIZ INC CLASS A COMMON STOCK / CUSIP 42309B204 / Symbol | | | | | | | |
| 01/30/23 | 3 850 000 | 1 040 45 | Various | 1 012 31 | | 28 14 | Total of 6 transactions |
| META MATERIALS INC COMMON STOCK / CUSIP 59134N104 / Symbol | | | | | | | |
| 07/17/23 | 52 915 000 | 9,915 72 | Various | 33 920 85 | | -24 005 13 | Total of 64 transactions |
| GENIUS GROUP LIMITED / CUSIP Y3005A109 / Symbol | | | | | | | |
| 01/19/23 | 2 100 000 | 3 359 62 | Various | 987 00 | | 2 372 62 | Total of 2 transactions |
| 01/23/23 | 450 000 | 2 391 62 | 01/20/23 | 1 395 00 | | 996 62 | Sale 25 |
| | Security total | 5,751 24 | | 2,382 00 | | 3 369 24 | |
| Totals | | 16,956 80 | | 38,269 26 | | -21,312 46 | |

---

* This is important tax information and is being furnished to the Internal Revenue Service If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported Remember, taxpayers are ultimately responsible for the accuracy of their tax return(s)

Page 1 of 6

| Robinhood Markets Inc as agent for Robinhood Securities LLC | Tax Information Account 947829693 | Statement Date 02/02/2024 | 2023 |
|---|---|---|---|
| 85 Willow Road<br>Menlo Park CA 94025<br>Customer Service 650-940-2700 | Evelin Rivera<br>1542 E Chestnut Ave<br>Orange, CA 92867-3841 | | |
| PAYER'S TIN 46-4364776 | RECIPIENT'S TIN XXX-XX-7403 | | |

## Summary Information

### DIVIDENDS AND DISTRIBUTIONS  2023 1099-DIV*  OMB No 1545 0110

| | |
|---|---|
| 1a- Total ordinary dividends (includes lines 1b 5 2e) | 0 00 |
| 1b- Qualified dividends | 0 00 |
| 2a- Total capital gain distributions (includes lines 2b 2c 2d 2f) | 0 00 |
| 2b- Unrecaptured Section 1250 gain | 0 00 |
| 2c- Section 1202 gain | 0 00 |
| 2d- Collectibles (28%) gain | 0 00 |
| 2e- Section 897 ordinary dividends | 0 00 |
| 2f- Section 897 capital gain | 0 00 |
| 3- Nondividend distributions | 0 00 |
| **4- Federal income tax withheld** | **0 00** |
| 5- Section 199A dividends | 0 00 |
| 6- Investment expenses | 0 00 |
| 8- Foreign country or US possession   7- Foreign tax paid | 0 00 |
| 9- Cash liquidation distributions | 0 00 |
| 10- Noncash liquidation distributions | 0 00 |
| 12- Exempt-interest dividends (includes line 13) | 0 00 |
| 13- Specified private activity bond interest dividends (AMT) | 0 00 |

### MISCELLANEOUS INFORMATION  2023 1099-MISC*  OMB No 1545 0115

| | |
|---|---|
| 2- Royalties | 0 00 |
| 3- Other income | 0 00 |
| **4- Federal Income tax withheld** | **0 00** |
| 8- Substitute payments in lieu of dividends or interest | 0 00 |

### SECTION 1256 CONTRACTS  2023 1099-B*  OMB No 1545 0715

| | |
|---|---|
| 8- Profit or (loss) realized in 2023 on closed contracts | 0 00 |
| 9- Unrealized profit or (loss) on open contracts-12/31/2022 | 0 00 |
| 10- Unrealized profit or (loss) on open contracts-12/31/2023 | 0 00 |
| 11- Aggregate profit or (loss) on contracts | 0 00 |

*If applicable proceeds from sale transactions appear summarized below and are detailed in subsequent sections of this document*

* This is important tax information and is being furnished to the Internal Revenue Service If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported

## SUMMARY OF PROCEEDS, GAINS & LOSSES, ADJUSTMENTS AND WITHHOLDING

*Refer to the 1099 B and Proceeds not reported to the IRS pages to ensure that you consider all relevant items and to determine the correct gains and losses The amounts shown below are for informational purposes*

| Term | Form 8949 type | Proceeds | Cost basis | Market discount | Wash sale loss disallowed | Net gain or loss(-) |
|---|---|---|---|---|---|---|
| Short | A (basis reported to the IRS) | 16 956 80 | 38 269 26 | 0 00 | 0 00 | -21 312 46 |
| Short | B (basis not reported to the IRS) | 0 00 | 0 00 | 0 00 | 0 00 | 0 00 |
| Short | C (Form 1099-B not received) | 0 00 | 0 00 | 0 00 | 0 00 | 0 00 |
| | **Total Short-term** | **16,956 80** | **38,269 26** | **0 00** | **0 00** | **-21,312 46** |
| Long | D (basis reported to the IRS) | 2 639 40 | 17 662 86 | 0 00 | 0 00 | -15 023 46 |
| Long | E (basis not reported to the IRS) | 0 00 | 0 00 | 0 00 | 0 00 | 0 00 |
| Long | F (Form 1099-B not received) | 0 00 | 0 00 | 0 00 | 0 00 | 0 00 |
| | **Total Long-term** | **2,639 40** | **17,662 86** | **0 00** | **0 00** | **-15,023 46** |
| Undetermined | B or E (basis not reported to the IRS) | 0 00 | 0 00 | 0 00 | 0 00 | 0 00 |
| Undetermined | C or F (Form 1099-B not received) | 0 00 | 0 00 | 0 00 | 0 00 | 0 00 |
| | **Total Undetermined-term** | **0 00** | **0 00** | **0 00** | **0 00** | **0 00** |
| | **Grand total** | **19,596 20** | **55,932 12** | **0 00** | **0 00** | **-36,335 92** |

| Withholding | Amount |
|---|---|
| Federal income tax withheld | 0 00 |

Changes to dividend tax classifications processed after your original tax form is issued for 2023 may require an amended tax form

NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | | PROOF OF INTEREST |
|---|---|---|
| Name of Debtor<br>META MATERIAL, INC | Case Number<br>24-50792 | |

**1** Name and address of holder of the Equity Interest (the person or entity holding an Equity Interest in the Debtor Referred to hereinafter as the "Interest holder")

Jose H. Langarica
1542 E chestnut Ave.
Orange, CA 92867

Telephone Number 714-420-5358

☒ Check box if you are aware that anyone else has filed a proof of interest relating to your interest Attach copy of statement giving particulars

☐ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors

COURT USE ONLY

Account or other number by which Interest holder identifies Debtor
861273472

Check here if this claim
☐ replaces a previously filed Proof of Interest dated _____
☐ amends a previously filed Proof of Interest dated _____

**2** Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest
JOSE H LANGARICA
85 WILLOW ROAD MENLO PARK, CA 94025
Telephone Number 650 940 2700

**3** Date Equity Interest was acquired
Between 2-25-2022
6-16-2023
see Attached Documents

**4** Total amount of member interest  54 765 SHARES FOR $31 237

**5** Certificate number(s) SEE ATTACHED DOCUMENTATION

**6** Type of Equity Interest
Please indicate the type of Equity Interest you hold
☒ Check this box if your Equity Interest is based on an actual member interest held in the Debtor
☐ Check this box if your Equity Interest is based on anything else and describe that interest
Description: INVESTOR

**7** Supporting Documents Attach copies of supporting documents, such as stock certificates, option agreements, warrants etc
DO NOT SEND ORIGINAL DOCUMENTS If the documents are not available, explain If the documents are voluminous attach a summary

**8** Date-Stamped Copy To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self addressed envelope and copy of this Proof of Interest

**9** Signature
Check the appropriate box
☒ I am the creditor    ☐ I am the creditor's authorized agent (Attach copy of power of attorney if any)    ☐ I am the trustee, or the debtor, or their authorized agent (See Bankruptcy Rule 3004)    ☐ I am a guarantor, surety endorser, or other codebtor (See Bankruptcy Rule 3005)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge information and reasonable belief

Print Name  JOSE H LANGARICA
Title
Company ___ Address and telephone number (if different from notice address above)

(Signature) Hugo Langarica    (Date) 12-5-24

Telephone number 714-4205358    email hugolangarica@yahoo com

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both 18 U S C §§ 152 AND 3571*

Page 1 of 6

| Robinhood Markets Inc as agent for Robinhood Securities LLC | Tax Information Account 861273472 | Statement Date 02/02/2024 | 2023 |
|---|---|---|---|
| 85 Willow Road<br>Menlo Park CA 94025<br>Customer Service 650-940-2700 | Jose hugo Langarica<br>1542 E Chestnut ave<br>Orange, CA 92867 | | |
| PAYER'S TIN 46-4364776 | RECIPIENT'S TIN XXX-XX-9836 | | |

## Summary Information

| DIVIDENDS AND DISTRIBUTIONS | 2023 1099-DIV* | OMB No 1545 0110 |
|---|---|---|
| 1a- Total ordinary dividends (includes lines 1b 5 2e) | | 0 00 |
| 1b- Qualified dividends | | 0 00 |
| 2a- Total capital gain distributions (includes lines 2b 2c 2d 2f) | | 0 00 |
| 2b- Unrecaptured Section 1250 gain | | 0 00 |
| 2c- Section 1202 gain | | 0 00 |
| 2d- Collectibles (28%) gain | | 0 00 |
| 2e- Section 897 ordinary dividends | | 0 00 |
| 2f- Section 897 capital gain | | 0 00 |
| 3- Nondividend distributions | | 0 00 |
| **4- Federal income tax withheld** | | **0 00** |
| 5- Section 199A dividends | | 0 00 |
| 6- Investment expenses | | 0 00 |
| 8- Foreign country or US possession    7- Foreign tax paid | | 0 00 |
| 9- Cash liquidation distributions | | 0 00 |
| 10- Noncash liquidation distributions | | 0 00 |
| 12- Exempt-interest dividends (includes line 13) | | 0 00 |
| 13- Specified private activity bond interest dividends (AMT) | | 0 00 |

| MISCELLANEOUS INFORMATION | 2023 1099-MISC* | OMB No 1545 0115 |
|---|---|---|
| 2- Royalties | | 0 00 |
| 3- Other income | | 0 00 |
| **4- Federal income tax withheld** | | **0 00** |
| 8- Substitute payments in lieu of dividends or interest | | 0 00 |

| SECTION 1256 CONTRACTS | 2023 1099-B* | OMB No 1545 0715 |
|---|---|---|
| 8- Profit or (loss) realized in 2023 on closed contracts | | 0 00 |
| 9- Unrealized profit or (loss) on open contracts-12/31/2022 | | 0 00 |
| 10- Unrealized profit or (loss) on open contracts-12/31/2023 | | 0 00 |
| 11- Aggregate profit or (loss) on contracts | | 0 00 |

*If applicable proceeds from sale transactions appear summarized below and are detailed in subsequent sections of this document*

* This is important tax information and is being furnished to the Internal Revenue Service If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported

## SUMMARY OF PROCEEDS, GAINS & LOSSES, ADJUSTMENTS AND WITHHOLDING

Refer to the 1099 B and Proceeds not reported to the IRS pages to ensure that you consider all relevant items and to determine the correct gains and losses The amounts shown below are for informational purposes

| Term | Form 8949 type | Proceeds | Cost basis | Market discount | Wash sale loss disallowed | Net gain or loss(-) |
|---|---|---|---|---|---|---|
| Short | A (basis reported to the IRS) | 11 307 55 | 33 145 90 | 0 00 | 0 00 | -21 838 35 |
| Short | B (basis not reported to the IRS) | 0 00 | 0 00 | 0 00 | 0 00 | 0 00 |
| Short | C (Form 1099-B not received) | 0 00 | 0 00 | 0 00 | 0 00 | 0 00 |
| | **Total Short-term** | **11,307 55** | **33,145 90** | **0 00** | **0 00** | **-21,838 35** |
| Long | D (basis reported to the IRS) | 231 44 | 1 981 00 | 0 00 | 0 00 | -1 749 56 |
| Long | E (basis not reported to the IRS) | 0 00 | 0 00 | 0 00 | 0 00 | 0 00 |
| Long | F (Form 1099-B not received) | 0 00 | 0 00 | 0 00 | 0 00 | 0 00 |
| | **Total Long term** | **231 44** | **1,981 00** | **0 00** | **0 00** | **-1,749 56** |
| Undetermined | B or E (basis not reported to the IRS) | 0 00 | 0 00 | 0 00 | 0 00 | 0 00 |
| Undetermined | C or F (Form 1099-B not received) | 0 00 | 0 00 | 0 00 | 0 00 | 0 00 |
| | **Total Undetermined-term** | **0 00** | **0 00** | **0 00** | **0 00** | **0 00** |
| | **Grand total** | **11,538 99** | **35,126 90** | **0 00** | **0 00** | **-23,587 91** |

| Withholding | Amount |
|---|---|
| Federal income tax withheld | 0 00 |

Changes to dividend tax classifications processed after your original tax form is issued for 2023 may require an amended tax form

**Robinhood Markets, Inc. as agent for Robinhood Securities, LLC**
**2023 1099-B  OMB No. 1545-0715**
**Proceeds from Broker and Barter Exchange Transactions**
Account: [redacted]
02/02/2024

*Sales transactions are organized into sections according to term (long short or undetermined) and covered status (covered or noncovered) For tax lots whose term is undetermined use your historical documents to establish the cost basis and date of purchase The Box 12 Check if basis reported to IRS checkmark is reflected as being checked in the title of the covered securities pages of Forms 1099-B short-term and long-term The title pages of the noncovered securities pages for Forms 1099-B reflect that Box 12 is not being checked as these securities are not being reported to the IRS*

*Several columns include both an amount and a qualifying notation to its right Where proceeds are the result of an option exercise or assignment there is indication of whether the amount is N (net of option premium) or G (Gross) Accrued market discount and wash sale loss disallowed appear in the same column identified by the letters D or W, respectively Where you are not permitted to recognize a loss an indication of X (change in control or capital structure) or Z (other corporate action) is used The change in control condition is reported to the IRS for covered lots Neither the disallowance of loss due to a corporate action nor the amount of gain or loss is reported to the IRS in any instance*

*Some tax lots may have notations in the column of Additional Information because they require special treatment on your tax returns Sales of securities such as Contingent Payment Debt Instruments (CPDI) are marked as "Ordinary" because gains and losses on these instruments generally do not qualify as short- or long term capital transactions Similarly lots noted as "3 - [X] Collectible are handled distinctly under the tax code These conditions are reported to the IRS You may wish to consult with your tax advisor the IRS or your state tax authority regarding the proper treatment for these scenarios With further regard to Box 3 there is also a checkmark to indicate the proceeds of sale are from a Qualified Opportunity Zone Fund investment - a QOF If the proceeds are from a QOF the Additional Information column will reflect the following - "3 - [X] Proceeds from QOF " The tax treatment for QOF investments can be complex and you may wish to consult your tax advisor about such sales*

*Closing of written options is presented in a distinct manner in accordance with IRS regulations For these transactions the Cost or other basis (column 1e) is always presented as $0 00 and the Proceeds (column 1d) is the net of the amount received when the option was written and the cost to close the position*

FATCA filing requirement [ ]

## SHORT TERM TRANSACTIONS FOR COVERED TAX LOTS [Ordinary gains or losses are identified in the Additional information column] *(Lines 2 & 5)*
Report on Form 8949 Part I with Box A checked Basis is provided to the IRS *(Line 12)*
Gain or loss (-) is NOT reported to the IRS

| 1a- Description of property/CUSIP/Symbol | | | | | | | |
|---|---|---|---|---|---|---|---|
| 1c- Date sold or disposed | Quantity | 1d- Proceeds & 6- Reported (G)ross or (N)et | 1b- Date acquired | 1e- Cost or other basis | 1f- Accrued mkt disc (D) & 1g- Wash sale loss disallowed (W) | Gain or loss(-) & 7- Loss not allowed (X) also not reported (Z) | Additional information |
| CAMBER ENERGY INC / CUSIP 13200M607 / Symbol | | | | | | | |
| 02/23/23 | 150 000 | 265 35 | 12/19/22 | 955 50 | | -690 15 | Sale 25 |
| DIGITAL BRANDS GROUP INC COM MON STOCK / CUSIP 25401N309 / Symbol | | | | | | | |
| 02/06/23 | 8 000 | 25 74 | 11/28/22 | 60 79 | | -35 05 | Sale 25 |
| → META MATERIALS INC COMMON STO CK / CUSIP 59134N104 / Symbol | | | | | | | |
| 07/17/23 | 54 765 546 | 10 261 34 | Various | 31 237 41 | | -20 976 07 | Total of 53 transactions |
| NOVO INTEGRATED SCIENCES INC COMMON STOCK / CUSIP 67011T201 / Symbol | | | | | | | |
| 07/17/23 | 6 000 000 | 755 12 | 06/06/23 | 892 20 | | -137 08 | Sale 25 |
| **Totals** | | **11,307 55** | | **33,145 90** | | **-21 838 35** | |

*\* This is important tax information and is being furnished to the Internal Revenue Service If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported Remember, taxpayers are ultimately responsible for the accuracy of their tax return(s)*

NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | | PROOF OF INTEREST |
|---|---|---|
| Name of Debtor<br>META MATERIAL, INC | Case Number<br>24-50792 | |

1. **Name and address of holder of the Equity Interest** (the person or entity holding an Equity Interest in the Debtor Referred to hereinafter as the "Interest holder")

Jose H. Langarica
1542 E Chestnut Ave.
Orange, CA 92867

Telephone Number 714-420-5358

☒ Check box if you are aware that anyone else has filed a proof of interest relating to your interest Attach copy of statement giving particulars

☐ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors

**COURT USE ONLY**

Account or other number by which Interest holder identifies Debtor
Z08-953105

Check here if this claim
☐ replaces a previously filed Proof of Interest dated _____
☐ amends a previously filed Proof of Interest dated _____

2. **Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest**
JOSE H LANGARICA
499 WASHINGTON BLVD   JERSEY CITY, NY 07310
Telephone Number 800 544 6666

3. **Date Equity Interest was acquired**
Between 4-21-2022
4-25-2023
See Attached Documents

4. Total amount of member interest  50 SHARES FOR $6,210

5. Certificate number(s) SEE ATTACHED DOCUMENTATION

6. **Type of Equity Interest**
Please indicate the type of Equity Interest you hold
☒ Check this box if your Equity Interest is based on an actual member interest held in the Debtor
☐ Check this box if your Equity Interest is based on anything else and describe that interest
Description  INVESTOR

7. **Supporting Documents** Attach copies of supporting documents such as stock certificates option agreements warrants etc
DO NOT SEND ORIGINAL DOCUMENTS  If the documents are not available, explain  If the documents are voluminous attach a summary

8. **Date-Stamped Copy**  To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped  self-addressed envelope and copy of this Proof of Interest

9. Signature
Check the appropriate box
☒ I am the creditor   ☐ I am the creditor's authorized agent   ☐ I am the trustee, or the debtor,   ☐ I am a guarantor surety, endorser, or other codebtor
   (Attach copy of power of attorney if any)   or their authorized agent   (See Bankruptcy Rule 3005)
   (See Bankruptcy Rule 3004)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge  information and reasonable belief

Print Name  JOSE H LANGARICA
Title
Company ___ Address and telephone number (if different from notice address above)

(Signature) Hugo Langarica    (Date) 12-5-24

Telephone number 714-4205358    email hugolangarica@yahoo com

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both  18 U S C §§ 152 AND 3571*

## META MATERIALS INC COM NEW ISIN #US59134N3026 SEDOL #BQ67J98

| Acquired | Term | $ Total Gain/Loss | % Total Gain/Loss | Current Value | Quantity | Average Cost Basis | Cost Basis Total |
|---|---|---|---|---|---|---|---|
| Apr-25-2023 | Long | -$37 62 | -99 65% | $0 13 | 1 9 | $19 87 | $37 75 |
| Mar-17-2023 | Long | -$50 39 | -99 86% | $0 07 | 1 01 | $49 96 | $50 46 |
| Feb-23-2023 | Long | -$34 47 | -99 90% | $0 04 | 0 5 | $69 00 | $34 50 |
| Nov-28-2022 | Long | -$1,395 76 | -99 96% | $0 53 | 7 57 | $184 45 | $1,396 29 |
| Nov-28-2022 | Long | -$3 69 | -99 96% | $0 00 | 0 02 | $184 50 | $3 69 |
| Nov-28-2022 | Long | -$0 02 | -100 00% | $0 00 | -- | -- | $0 02 |
| Nov-21-2022 | Long | -$139 25 | -99 96% | $0 05 | 0 7 | $199 00 | $139 30 |
| Oct-13-2022 | Long | -$1,079 30 | -99 94% | $0 70 | 10 | $108 00 | $1,080 00 |
| May-09-2022 | Long | -$1,379 16 | -99 94% | $0 84 | 12 | $115 00 | $1,380 00 |
| Apr-25-2022 | Long | -$164 36 | -99 94% | $0 09 | 1 3 | $126 50 | $164 45 |
| Apr-21-2022 | Long | -$1,924 50 | -99 95% | $1 05 | 15 | $128 37 | $1,925 55 |



INVESTMENT REPORT
April 1, 2022 - April 30, 2022

## Holdings

Account # Z08-953105
JOSE H LANGARICA - INDIVIDUAL

### Stocks (continued)

| Description | Beginning Market Value Apr 1, 2022 | Quantity Apr 30, 2022 | Price Per Unit Apr 30, 2022 | Ending Market Value Apr 30, 2022 | Total Cost Basis | Unrealized Gain/Loss Apr 30, 2022 | EAI ($) / EY (%) |
|---|---|---|---|---|---|---|---|
| **Preferred Stock** (continued) | | | | | | | |
| Total Preferred Stock (69% of account holdings) | $823 50 | | | $7 654 50 | $7 466 46 | $188 04 | - |
| **Total Stocks (100% of account holdings)** | $7,373 50 | | | $11,098 00 | $11,167 21 | -$69 21 | - |
| **Total Holdings** | | | | $11,107 51 | $11 167 21 | $69 21 | $0 00 |

*All positions held in cash account unless indicated otherwise*

*Total Cost Basis does not include the cost basis on core money market or other positions where cost basis is unknown or not applicable*

## Activity

### Securities Bought & Sold

| Settlement Date | Security Name | Symbol/ CUSIP | Description | Quantity | Price | Transaction Cost | Amount |
|---|---|---|---|---|---|---|---|
| 04/06 | **DATCHAT INC COM** | 23816M107 | You Sold | -2 500 000 | $2 63070 | -$0 04 | $6 576 71 |
| 04/06 | **META MATERIALS INC PFD SER A** | 59134N203 | You Bought | 5 400 000 | 1 20000 | - | -6 480 00 |
| 04/13 | **DATCHAT INC COM** | 23816M107 | You Bought | 850 000 | 1 89500 | - | -1 610 75 |
| 04/25 | **META MATERIALS INC COM** ISIN #US59134N1046 SEDOL #BKSCVX7 | 59134N104 | You Bought | 1 500 000 | 1 28370 | - | -1 925 55 |
| 04/27 | **META MATERIALS INC COM** ISIN #US59134N1046 SEDOL #BKSCVX7 | 59134N104 | You Bought | 130 000 | 1 26500 | - | -164 45 |
| Total Securities Bought | | | | | | - | -$10 180 75 |
| Total Securities Sold | | | | | | -$0 04 | $6,576 71 |
| **Net Securities Bought & Sold** | | | | | | -$0 04 | -$3 604 04 |



INVESTMENT REPORT
May 1, 2022 - May 31, 2022

## Holdings

Account # Z08-953105
JOSE H LANGARICA - INDIVIDUAL

### Stocks (continued)

| Description | Beginning Market Value May 1, 2022 | Quantity May 31, 2022 | Price Per Unit May 31, 2022 | Ending Market Value May 31, 2022 | Total Cost Basis | Unrealized Gain/Loss May 31, 2022 | EAI ($) / EY (%) |
|---|---|---|---|---|---|---|---|
| **Preferred Stock** | | | | | | | |
| **META MATERIALS INC PFD SER A (MMTLP)** | $7,654.50 | 6,075.000 | $1.2800 | $7,776.00 | $7,466.46 | $309.54 | - - |
| Total Preferred Stock (44% of account holdings) | $7,654.50 | | | $7,776.00 | $7,466.46 | $309.54 | |
| **Total Stocks (100% of account holdings)** | $9,610.50 | | | $17,593.84 | $14,168.60 | $3,425.24 | - |
| **Total Holdings** | | | | $17,604.94 | $14,168.60 | $3,425.24 | $0.00 |

*All positions held in cash account unless indicated otherwise*

*Total Cost Basis does not include the cost basis on core money market or other positions where cost basis is unknown or not applicable*

## Activity

### Securities Bought & Sold

| Settlement Date | Security Name | Symbol/ CUSIP | Description | Quantity | Price | Total Cost Basis | Transaction Cost | Amount |
|---|---|---|---|---|---|---|---|---|
| 05/11 | **META MATERIALS INC COM** ISIN #US59134N1046 SEDOL #BKSCVX7 | 59134N104 | You Bought | 1,200.000 | $1.15000 | | - | -$1,380.00 |
| 05/20 | **CYBIN INC COM NPV ISIN #CA23256X1006** SEDOL #BKVF7B3 | 23256X100 | You Bought | 95.000 | 0.53900 | | - | -51.21 |
| 05/20 | **GENERAL EUROPEAN STRATEGIC INV COM** | 36976L107 | You Bought | 630.000 | 3.27250 | | - | -2,061.68 |
| 05/24 | **CYBIN INC COM NPV ISIN #CA23256X1006** SEDOL #BKVF7B3 | 23256X100 | You Bought | 1,850.000 | 0.60500 | | - | -1,119.25 |
| 05/24 | **DATCHAT INC COM** | 23816M107 | You Sold Short-term loss $497.28 | -850.000 | 1.31000 | 1,610.75f | -0.03 | 1,113.47 |
| Total Securities Bought | | | | | | - | - | -$4,612.14 |

4 of 8



INVESTMENT REPORT
October 1, 2022 - October 31, 2022

## Holdings

Account # Z08-953105
JOSE H LANGARICA - INDIVIDUAL - TOD

### Stocks (continued)

| Description | Beginning Market Value Oct 1, 2022 | Quantity Oct 31, 2022 | Price Per Unit Oct 31, 2022 | Ending Market Value Oct 31, 2022 | Total Cost Basis | Unrealized Gain/Loss Oct 31, 2022 | EAI ($) / EY (%) |
|---|---|---|---|---|---|---|---|
| **Preferred Stock** | | | | | | | |
| META MATERIALS INC PFD SER A (MMTLP) | $9,355.50 | 6,075.000 | $6.8500 | $41,613.75 | $7,466.46 | $34,147.29 | - |
| Total Preferred Stock (91% of account holdings) | $9,355.50 | | | $41,613.75 | $7,466.46 | $34,147.29 | - |
| **Total Stocks (100% of account holdings)** | $11,236.55 | | | $45,693.77 | $14,078.14 | $31,615.63 | - |
| **Total Holdings** | | | | $45,818.45 | $14,078.14 | $31,615.63 | $0.63 |

EAI & EY  *Estimated Annual Income (EAI) & Estimated Yield (EY)*- EAI is an estimate of annual income for a specific security position over the next rolling 12 months EAI may be negative on short positions EY is calculated by dividing the current EAI for a security position by its statement closing date market value EAI and EY are estimates only and may include return of principal and/or capital gains which would render them overstated Actual income and yield might be lower or higher than the estimated amounts **For calculation details, refer to the "Additional Information and Endnotes" section**

All positions held in cash account unless indicated otherwise

Total Cost Basis does not include the cost basis on core money market or other positions where cost basis is unknown or not applicable

## Activity

### Securities Bought & Sold

| Settlement Date | Security Name | Symbol/ CUSIP | Description | Quantity | Price | Total Cost Basis | Transaction Cost | Amount |
|---|---|---|---|---|---|---|---|---|
| 10/13 | CYBIN INC COM NPV ISIN #CA23256X1006 SEDOL #BKVF7B3 | 23256X100 | You Sold Short-term gain $22.57 | -1,945.000 | $0.61340 | $1,170.46f | -$0.03 | $1,193.03 |
| 10/17 | META MATERIALS INC COM ISIN #US59134N1046 SEDOL #BKSCVX7 | 59134N104 | You Bought | 1,000.000 | 1.08000 | | - | -1,080.00 |
| Total Securities Bought | | | | | | - | - | -$1,080.00 |
| Total Securities Sold | | | | | | $1,170.46 | $0.03 | $1,193.03 |

→ (arrow pointing to 10/17 META MATERIALS INC COM row)

4 of 8



INVESTMENT REPORT
November 1, 2022 - November 30, 2022

## Holdings

Account # Z08-953105
JOSE H LANGARICA - INDIVIDUAL - TOD

### Stocks (continued)

| Description | Beginning Market Value Nov 1, 2022 | Quantity Nov 30, 2022 | Price Per Unit Nov 30, 2022 | Ending Market Value Nov 30, 2022 | Total Cost Basis | Unrealized Gain/Loss Nov 30, 2022 | EAI ($) / EY (%) |
|---|---|---|---|---|---|---|---|
| **Preferred Stock** | | | | | | | |
| META MATERIALS INC PFD SER A 0.00000% (MMTLP) | $41,613.75 | 6,775.000 | $8.1700 | $55,351.75 | $16,041.46 | $39,310.29 | - - |
| Total Preferred Stock (86% of account holdings) | $41,613.75 | | | $55,351.75 | $16,041.46 | $39,310.29 | |
| **Total Stocks (100% of account holdings)** | $45,693.77 | | | $64,235.18 | $24,192.44 | $40,042.74 | - |
| **Total Holdings** | | | | $64,249.18 | $24,192.44 | $40,042.74 | $0.10 |

EAI & EY  *Estimated Annual Income (EAI) & Estimated Yield (EY)*- EAI is an estimate of annual income for a specific security position over the next rolling 12 months EAI may be negative on short positions EY is calculated by dividing the current EAI for a security position by its statement closing date market value EAI and EY are estimates only and may include return of principal and/or capital gains which would render them overstated Actual income and yield might be lower or higher than the estimated amounts **For calculation details, refer to the "Additional Information and Endnotes" section**

All positions held in cash account unless indicated otherwise

Total Cost Basis does not include the cost basis on core money market or other positions where cost basis is unknown or not applicable

## Activity

### Securities Bought & Sold

| Settlement Date | Security Name | Symbol/ CUSIP | Description | Quantity | Price | Transaction Cost | Amount |
|---|---|---|---|---|---|---|---|
| 11/23 | META MATERIALS INC COM ISIN #US59134N1046 SEDOL #BKSCVX7 | 59134N104 | You Bought | 70.000 | $1.99000 | - | -$139.30 |
| 11/25 | META MATERIALS INC PFD SER A | 59134N203 | You Bought | 700.000 | 12.25000 | - | -8,575.00 |
| 11/30 | META MATERIALS INC COM ISIN #US59134N1046 SEDOL #BKSCVX7 | 59134N104 | You Bought | 0.013 | 1.85000 | - | -0.02 |
| 11/30 | META MATERIALS INC COM ISIN #US59134N1046 SEDOL #BKSCVX7 | 59134N104 | You Bought | 2.000 | 1.84430 | - | -3.69 |



INVESTMENT REPORT
November 1, 2022 - November 30, 2022

## Activity

Account # Z08-953105
JOSE H LANGARICA - INDIVIDUAL - TOD

### Securities Bought & Sold (continued)

| Settlement Date | Security Name | Symbol/CUSIP | Description | Quantity | Price | Transaction Cost | Amount |
|---|---|---|---|---|---|---|---|
| 11/30 | META MATERIALS INC COM ISIN #US59134N1046 SEDOL #BKSCVX7 | 59134N104 | You Bought | 757 000 | 1 84450 | - | -1 396 29 |
| Total Securities Bought | | | | | | - | -$10,114 30 |
| **Net Securities Bought & Sold** | | | | | | - | **-$10,114 30** |

### Dividends, Interest & Other Income

*(Includes dividend reinvestment)*

| Settlement Date | Security Name | Symbol/CUSIP | Description | Quantity | Price | Amount |
|---|---|---|---|---|---|---|
| 11/30 | FIDELITY GOVERNMENT MONEY MARKET | 31617H102 | Dividend Received | - | - | $3 62 |
| **Total Dividends, Interest & Other Income** | | | | | | **$3 62** |

### Deposits

| Date | Reference | Description | Amount |
|---|---|---|---|
| 11/21 | | Eft Funds Received Er39334197 /web Partners Federal Credit Union ******9882 | $10 000 00 |
| **Total Deposits** | | | **$10,000 00** |

### Core Fund Activity

*For more information about the operation of your core account please refer to your Customer Agreement*

| Settlement Date | Account Type | Transaction | Description | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|
| 11/21 | CASH | You Bought | FIDELITY GOVERNMENT MONEY MARKET @ 1 | 10 000 000 | $1 0000 | $10 000 00 | $10 124 68 |
| 11/23 | CASH | You Sold | FIDELITY GOVERNMENT MONEY MARKET MORNING TRADE @ 1 | -139 300 | 1 0000 | -139 30 | 9 985 38 |
| 11/25 | CASH | You Sold | FIDELITY GOVERNMENT MONEY MARKET MORNING TRADE @ 1 | -8 575 000 | 1 0000 | -8 575 00 | 1 410 38 |



INVESTMENT REPORT
February 1, 2023 - February 28, 2023

## Holdings

Account # Z08-953105
JOSE H LANGARICA - INDIVIDUAL - TOD

### Stocks (continued)

| Description | Beginning Market Value Feb 1, 2023 | Quantity Feb 28, 2023 | Price Per Unit Feb 28, 2023 | Ending Market Value Feb 28, 2023 | Total Cost Basis | Unrealized Gain/Loss Feb 28, 2023 | EAI ($) / EY (%) |
|---|---|---|---|---|---|---|---|
| **Common Stock** (continued) | | | | | | | |
| Total Common Stock (100% of account holdings) | $5,984 46 | | | $3,912 06 | $46,194 71 | -$5,248 42 | - |
| Total Stocks (100% of account holdings) | $5,984 46 | | | $3,912 06 | $46,194 71 | -$5,248 42 | - |
| **Total Holdings** | | | | $3,929 61 | $46,194 71 | -$5,248 42 | $0 29 |

All positions held in cash account unless indicated otherwise

EAI & EY  **Estimated Annual Income (EAI) & Estimated Yield (EY)** - EAI is an estimate of annual income for a specific security position over the next rolling 12 months EAI may be negative on short positions EY is calculated by dividing the current EAI for a security position by its statement closing date market value EAI and EY are estimates only and may include return of principal and/or capital gains which would render them overstated Actual income and yield might be lower or higher than the estimated amounts **For calculation details, refer to the "Additional Information and Endnotes" section**

Total Cost Basis does not include the cost basis on core money market or other positions where cost basis is unknown or not applicable

## Activity

### Securities Bought & Sold

| Settlement Date | Security Name | Symbol/ CUSIP | Description | Quantity | Price | Transaction Cost | Amount |
|---|---|---|---|---|---|---|---|
| 02/27 | META MATERIALS INC COM ISIN #US59134N1046 SEDOL #BKSCVX7 | 59134N104 | You Bought | 50 000 | $0 69000 | - | -$34 50 |
| | Total Securities Bought | | | | | - | -$34 50 |
| | **Net Securities Bought & Sold** | | | | | - | -$34 50 |



INVESTMENT REPORT
March 1, 2023 - March 31, 2023

## Holdings

Account # Z08-953105
JOSE H LANGARICA - INDIVIDUAL - TOD

### Stocks (continued)

| Description | Beginning Market Value Mar 1, 2023 | Quantity Mar 31, 2023 | Price Per Unit Mar 31, 2023 | Ending Market Value Mar 31, 2023 | Total Cost Basis | Unrealized Gain/Loss Mar 31, 2023 | EAI ($) / EY (%) |
|---|---|---|---|---|---|---|---|
| **Common Stock** (continued) | | | | | | | |
| Total Common Stock (86% of account holdings) | $3,912 06 | | | $3 317 82 | $40 064 76 | -$6 303 12 | - |
| **Total Stocks (86% of account holdings)** | $3,912 06 | | | $3,317 82 | $40,064 76 | -$6,303 12 | - |
| **Total Holdings** | | | | $3,875 60 | $40,064 76 | -$6,303 12 | $10 88 |

*All positions held in cash account unless indicated otherwise*

**EAI & EY** *Estimated Annual Income (EAI) & Estimated Yield (EY)* - EAI is an estimate of annual income for a specific security position over the next rolling 12 months EAI may be negative on short positions EY is calculated by dividing the current EAI for a security position by its statement closing date market value EAI and EY are estimates only and may include return of principal and/or capital gains which would render them overstated Actual income and yield might be lower or higher than the estimated amounts **For calculation details, refer to the "Additional Information and Endnotes" section**

*Total Cost Basis does not include the cost basis on core money market or other positions where cost basis is unknown or not applicable*

## Activity

### Securities Bought & Sold

| Settlement Date | Security Name | Symbol/ CUSIP | Description | Quantity | Price | Transaction Cost | Amount |
|---|---|---|---|---|---|---|---|
| 03/17 | GLOBAL TECH INDS GROUP INC COM | 37955R107 | You Bought | 200 000 | $2 05000 | - | -$410 00 |
| ➔ 03/21 | META MATERIALS INC COM ISIN #US59134N1046 SEDOL #BKSCVX7 | 59134N104 | You Bought | 101 000 | 0 49960 | - | -50 46 ◄ |
| **Total Securities Bought** | | | | | | - | -$460 46 |
| **Net Securities Bought & Sold** | | | | | | - | -$460 46 |



INVESTMENT REPORT
April 1, 2023 - April 30, 2023

## Holdings

Account # Z08-953105
JOSE H LANGARICA - INDIVIDUAL - TOD

### Stocks (continued)

| Description | Beginning Market Value Apr 1, 2023 | Quantity Apr 30, 2023 | Price Per Unit Apr 30, 2023 | Ending Market Value Apr 30, 2023 | Total Cost Basis | Unrealized Gain/Loss Apr 30, 2023 | EAI ($) / EY (%) |
|---|---|---|---|---|---|---|---|
| **Common Stock** (continued) | | | | | | | |
| Total Common Stock (99% of account holdings) | $3,317.82 | | | $2,477.08 | $40,597.39 | -$7,676.49 | - |
| **Total Stocks (99% of account holdings)** | **$3,317.82** | | | **$2,477.08** | **$40,597.39** | **-$7,676.49** | **-** |
| **Total Holdings** | | | | **$2,502.57** | **$40,597.39** | **-$7,676.49** | **$0.59** |

*All positions held in cash account unless indicated otherwise*

EAI & EY  *Estimated Annual Income (EAI) & Estimated Yield (EY)- EAI is an estimate of annual income for a specific security position over the next rolling 12 months  EAI may be negative on short positions  EY is calculated by dividing the current EAI for a security position by its statement closing date market value  EAI and EY are estimates only and may include return of principal and/or capital gains  which would render them overstated  Actual income and yield might be lower or higher than the estimated amounts  **For calculation details, refer to the "Additional Information and Endnotes" section***

*Total Cost Basis does not include the cost basis on core  money market or other positions where cost basis is unknown or not applicable*

## Activity

### Securities Bought & Sold

| Settlement Date | Security Name | Symbol/ CUSIP | Description | Quantity | Price | Transaction Cost | Amount |
|---|---|---|---|---|---|---|---|
| 04/03 | **GLOBAL TECH INDS GROUP INC COM** | 37955R107 | You Bought | 25.000 | $1.97500 | - | -$49.38 |
| 04/03 | **GLOBAL TECH INDS GROUP INC COM** | 37955R107 | You Bought | 225.000 | 1.98000 | - | -445.50 |
| 04/27 | **META MATERIALS INC COM** ISIN #US59134N1046 SEDOL #BKSCVX7 | 59134N104 | You Bought | 190.000 | 0.19870 | - | -37.75 |
| **Total Securities Bought** | | | | | | - | **-$532.63** |
| **Net Securities Bought & Sold** | | | | | | - | **-$532.63** |