NVB 3001 (Effective 1/21)

# UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA

**PROOF OF INTEREST**

| | |
|---|---|
| **Name of Debtor:** Meta Materials Inc | **Case Number:** 24-50792 |

**1. Name and address of holder of the Equity Interest** (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

Min Yi Huang
24451 Perceval LN
Novi MI 48375

**Telephone Number:** 248-910-3113

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

☒ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

**RECEIVED AND FILED**
DEC 09 2024
U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

**COURT USE ONLY**

**Account or other number by which Interest holder identifies Debtor:**
230707133

Check here if this claim:
☐ replaces a previously filed Proof of Interest dated: _____
☐ amends a previously filed Proof of Interest dated: _____

**2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:**
Fidelity

**Telephone Number:** 877-907-4429

**3. Date Equity Interest was acquired:**

**4. Total amount of member interest:** 285

**5. Certificate number(s):**

**6. Type of Equity Interest:**
Please indicate the type of Equity Interest you hold:
☒ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
☐ Check this box if your Equity Interest is based on anything else and describe that interest:
**Description:**

**7. Supporting Documents:** Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**8. Date-Stamped Copy:** To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

**9. Signature:**
Check the appropriate box.
☒ I am the creditor.   ☐ I am the creditor's authorized agent. (Attach copy of power of attorney, if any.)   ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)   ☐ I am a guarantor, surety, endorser, or other codebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: Min Yi Huang
Title: Housewife
Company: ___ Address and telephone number (if different from notice address above):
_____
_____

(Signature)   11/28/2024 (Date)

Telephone number: 2489103113   email: wlpearlarts@yahoo.com

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

| Symbol | ▲ Last Pri | ⇔ Today's | ⇔ Total Gain/ | ⇔ Current V | ⇔ % of A. | ⇔ Quantity | ⇔ Cost Basis | ⇔ 52-Week Range ⇔ |
|---|---|---|---|---|---|---|---|---|
| MMATQ<br>META MATERIALS INC COM N | $0.061<br>$0.00 | $0.00<br>0.00% | | $17.38 | 0.12% | 285 | $8,324.42<br>$29.21 / Share | 0.08  $11.00 |

### META MATERIALS INC COM NEW ISIN #US59134N3025 SEDOL #BQ67J98    ✕

[Buy] [Sell]  [ Set Exit Plan ]

**Purchase History**    Research

| Acquired | Term | $ Total Gain Loss | % Total Gain Loss | Current Value | Quantity | Average Cost Basis | Cost Basis Total |
|---|---|---|---|---|---|---|---|
| --.--.2022 | L | | | —.— | 20.045 | .1691 | 5.7821 |
| --.--.---- | L | — | | 65 | 0000. | .1540 | 5.--01 |
| --.--.2023 | L | | | 65 | 00.00 | .1640 | 5.--01 |
| --.--.2022 | L | — | | .05 | 70.407 | .1942 | 0.-0.01 |
| 5-05-2021 | L | | — | 03.-- | .002 | 5.-947 | 5.-50.1- |
| --04-2021 | L | | | 07.1 | 0.127 | 53-.-- | 04-0.-1 |
| a-04-2021 | L | | | 07.7 | 100.0 | 523.55 | 5.--- |
| --.17.2021 | L | | | -.-- | .3-- | 0125.2 | 5.-72.01 |
| --.17.2021 | L | | — | 00 | 134- | $103.43 | 02.-- 64 |
| --.0.2021 | L | | | --.9 | 1.000 | 50.9.- | 5.-.25 |
| --.--.2021 | L | | | 07.70 | .-- | 5253.- | 5.1.07 |
| --.0.2021 | L | | | 60.5 | 0-02 | $155.51 | 5.1.5 |
| --.15.2021 | L | — | | 00.4 | 0.05 | 50.-52 | 550-.- |

**MMATQ**
META MATERIALS INC COM NE

| | $0.061 | $0.00 | $2.07 | 6.91% | 34 | $1,423.06 | |
| | $0.00 | 0.00% | | | | $41.96 / Share | $0.06  $11.00 |

### META MATERIALS INC COM NEW ISIN #US59134N3026 SEDOL #BQ67J98 ✕

[Buy] [Sell] [ Set Exit Plan ]

**Purchase History**   Research

| Acquired | Term | $ Total Gain/Loss | % Total Gain/Loss | Current Value | Quantity | Average Cost Basis | Cost Basis Total |
|---|---|---|---|---|---|---|---|
| — — -2022 | — — | | | — — | — — — | — — — | — — — |
| — — 5-2022 | — — | | | — — | — — — | — — — | — — — |
| — — — 2022 | — — | | | — — | — — — | — — — | — — — |
| — 05-2021 | — — | | | — — | — — — | — — — | — — — |

**Account Total**     $0.00     $29.96
               0.00%

---

**Symbol**  ▲ Last  ⇔ Today's G  ⇔ Total Gain/  ⇔ Curren...  ⇔ % of Ac...  ⇔ Quantity  ⇔ Cost Basis  ⇔ 52-Week Range ⇔

**MMATQ**
META MATERIALS INC COM NE

| | $0.061 | $0.00 | $1.70 | 8.64% | 28 | $3,232.71 | |
| | $0.00 | 0.00% | | | | $115.45 / Share | $0.06  $11.00 |

### META MATERIALS INC COM NEW ISIN #US59134N3026 SEDOL #BQ67J98 ✕

[Buy] [Sell] [ Set Exit Plan ]

**Purchase History**   Research

| Acquired | Term | $ Total Gain/Loss | Total Gain/Loss | Current Value | Quantity | Average Cost Basis | Cost Basis Total |
|---|---|---|---|---|---|---|---|
| — — -2022 | — — | | | — — | — — — | — — — | — — — |
| — 04-2021 | — — | | | — — | — — — | — — — | — — — |
| — 17-2021 | — — | | | — — | — — — | — — — | — — — |
| — — 2021 | — — | | | — — | — — — | — — — | — — — |

NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | | PROOF OF INTEREST |
|---|---|---|
| **Name of Debtor:** Meta Materials | **Case Number:** 24-50792 | |

**1. Name and address of holder of the Equity Interest** (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

Xiao Xiang Zhong
24451 Perceval Ln, Novi, MI
48375

Telephone Number: 248-513-1288

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

☒ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

**COURT USE ONLY**

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

| Account or other number by which Interest holder identifies Debtor: 855796223 | Check here if this claim:<br>☐ replaces a previously filed Proof of Interest dated: _____<br>☐ amends a previously filed Proof of Interest dated: _____ |
|---|---|

**2.** Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:
Robinhood

Telephone Number: 1 (650) 761-7789

**3.** Date Equity Interest was acquired: 11/23/2022

**4.** Total amount of member interest: 596

**5.** Certificate number(s) _____

**6. Type of Equity Interest**
Please indicate the type of Equity Interest you hold.
☒ Check this box if your Equity Interest is based on an actual member interest held in the Debtor
☐ Check this box if your Equity Interest is based on anything else and describe that interest:
Description: Investor

**7. Supporting Documents:** Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**8. Date-Stamped Copy:** To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

**9. Signature:**
Check the appropriate box.
☒ I am the creditor   ☐ I am the creditor's authorized agent. (Attach copy of power of attorney if any)   ☐ I am the trustee, or the debtor or their authorized agent. (See Bankruptcy Rule 3004)   ☐ I am a guarantor, surety, endorser, or other codebtor (See Bankruptcy Rule 3005)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: Xiao Xiang Zhong
Title:
Company:___ Address and telephone number (if different from notice address above)
_____

(Signature)   11/23/2024 (Date)

Telephone number:    email:

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

| | |
|---|---|
| **Meta Materials Limit Buy**<br>Nov 22 2023 | **$500.00**<br>6,402 shares at $0.0781 |
| **Meta Materials Limit Buy**<br>Oct 31 2023 | **$499.92**<br>4,071 shares at $0.1228 |
| **Meta Materials Limit Buy**<br>Oct 20 2023 | **$956.61**<br>5,296 shares at $0.1806 |
| **Meta Materials Limit Buy**<br>Sep 19 2023 | **$1,999.85**<br>9,808 shares at $0.2039 |
| **Meta Materials Limit Buy**<br>Jul 5 2023 | **$2,001.81**<br>9,866 shares at $0.2029 |
| **Meta Materials Market Buy**<br>Apr 25 2023 | **$1,844.07**<br>8,896 shares at $0.2073 |
| **Meta Materials Market Buy**<br>Feb 22 2023 | **$0.67**<br>1 share at $0.6698 |
| **Meta Materials Market Buy**<br>Feb 22 2023 | **$0.66**<br>1 share at $0.6639 |
| **Meta Materials Market Buy**<br>Feb 21 2023 | **$1,900.97**<br>2,815 shares at $0.6753 |
| **Meta Materials Market Buy**<br>Feb 17 2023 | **$2,855.98**<br>4,120 shares at $0.6932 |
| **Meta Materials Market Buy**<br>Feb 8 2023 | **$5,000.00**<br>5,352.869015 shares at $0.9341 |
| **Meta Materials Market Buy**<br>Nov 23 2022 | **$2,000.00**<br>1,118.367684 shares at $1.79 |
| **Meta Materials Market Buy**<br>Nov 21 2022 | **$2,000.00**<br>922.253988 shares at $2.17 |

NVB 3001 (Effective 1/21)

# UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA

## PROOF OF INTEREST

**Name of Debtor:** Meta Materials Inc.
**Case Number:** 24-50792

**1. Name and address of holder of the Equity Interest** (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

Xiao Xuan Zhong
24451 Perceval Ln, Novi, MI, 48375

**Telephone Number:** 248-657-2312

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

☒ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

**COURT USE ONLY**

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

**Account or other number by which Interest holder identifies Debtor:**
2364 25646

Check here if this claim:
☐ replaces a previously filed Proof of Interest dated: _____
☐ amends a previously filed Proof of Interest dated: _____

**2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:**

Fidelity

**Telephone Number:** 977-907-4429

**3. Date Equity Interest was acquired.**

**4. Total amount of member interest:** 50

**5. Certificate number(s)** _____

**6. Type of Equity Interest:**
Please indicate the type of Equity Interest you hold:
☒ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
☐ Check this box if your Equity Interest is based on anything else and describe that interest:
**Description:** _____

**7. Supporting Documents:** Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**8. Date-Stamped Copy:** To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

**9. Signature:**
Check the appropriate box.
☒ I am the creditor
☐ I am the creditor's authorized agent. (Attach copy of power of attorney, if any.)
☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)
☐ I am a guarantor, surety, endorser, or other codebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

**Print Name:** Xiao Xuan Zhong
**Title:** Student
**Company:** Address and telephone number (if different from notice address above): _____

(Signature)  12/11/2024 (Date)

**Telephone number:** 248-657-2312  **email:** DZHONG@UMICH.EDU

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

Print Form    Save Form    Clear Form



| Creditor | Broker | Account number | MMAT_Num |
| --- | --- | --- | --- |
| Zhi Yong Zhong | Fidelity | 231473955 | 48 |
| Zhi Yong Zhong | Fidelity | X94723424 | 3289 |
| Min Yi Huang | Fidelity | Z200855915 | 28 |
| Min Yi Huang | Fidelity | Z04921991 | 34 |
| Min Yi Huang | Fidelity | 230707133 | 285 |
| Xiao Xiang Zhong | Robinhood | 855796223 | 596 |
| Xiao Xuan Zhong | Fidelity | 236425646 | 50 |