NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | | PROOF OF INTEREST |
|---|---|---|

Name of Debtor: Meta Materials

Case Number: 24-50792

1. **Name and address of holder of the Equity Interest** (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

   Robert Hoyt
   2810 Reservoir St #304
   Los Angeles CA 90026

   Telephone Number: 323-829-1940

   ☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

   ☑ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

   ☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

   **RECEIVED AND FILED**
   DEC -9 2024
   U.S. BANKRUPTCY COURT
   MARY A. SCHOTT, CLERK

   COURT USE ONLY

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

Account or other number by which Interest holder identifies Debtor: 920599396

Check here if this claim:
☐ replaces a previously filed Proof of Interest dated: _____
☐ amends a previously filed Proof of Interest dated: _____

2. **Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:**
   Robin Hood
   85 Willow Rd
   Menlo Park, CA 94025
   Telephone Number: 650-294-4858

3. **Date Equity Interest was acquired:**
   4/14/23  240 shares     3/9/23  875 shares
   4/14/23  4,400 shares   2/21/23  725 shares
   3/14/23  735 shares     1/31/23  201 shares
   3/9/23   910 shares     11/21/23 1299 shares
                           11/11/22 30.83 shares
                           11/2/22  355
                           11/2/22  20

4. **Total amount of member interest:** 98

5. **Certificate number(s):**

6. **Type of Equity Interest:**
   Please indicate the type of Equity Interest you hold:
   ☑ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
   ☐ Check this box if your Equity Interest is based on anything else and describe that interest:
   Description: Investor

7. **Supporting Documents**: Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
   DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. **Date-Stamped Copy**: To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

9. **Signature:**
   Check the appropriate box.
   ☑ I am the creditor.   ☐ I am the creditor's authorized agent.   ☐ I am the trustee, or the debtor,   ☐ I am a guarantor, surety, endorser, or other codebtor.
        (Attach copy of power of attorney, if any.)   or their authorized agent.   (See Bankruptcy Rule 3005.)
                                                     (See Bankruptcy Rule 3004.)

   I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

   Print Name: Robert Hoyt
   Title: Dr.
   Company: ___ Address and telephone number (if different from notice address above):

   (Signature) R/H        (Date) 12/4/24

   Telephone number: 323-829-1940   email: RBH8080@yahoo.com

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

*Rob, n Hood*

## Robert Hoyt

Investing   Crypto   Transfers   Recurring   Reports and statements   Tax center   History   Settings   Help

Older

**Refine Results**

Account: Individual
Type: Orders

[Search]

**Meta Materials Limit Sell**
Apr 28, 2023
Canceled

**Meta Materials Limit Sell**
Apr 28, 2023
Rejected

**Meta Materials Limit Buy**
Apr 14, 2023
$55.20
240 shares at $0.23

**Meta Materials Limit Buy**
Apr 14, 2023
Canceled

**Meta Materials Limit Buy**
Apr 14, 2023
$945.92
4,400 shares at $0.215

**Meta Materials Limit Buy**
Mar 14, 2023
$396.90
735 shares at $0.54

Robinhood

Q Search

**Robert Hoyt**

Investing   Crypto   Transfers   Recurring   Reports and statements   Tax center   History   Settings   Help

Rewards   Investing   Crypto   Spending   Retirement   Notifications   Account

Jan 31, 2023                                                201.857085 shares at $0.9908

**Refine Results**

**Meta Materials Market Buy**                               $2,787.00
Nov 21, 2022                                                1,299.300699 shares at $2.15

Account: Individual

**Lucid Group Market Sell**                                 $1,153.12
Nov 21, 2022                                                108.749401 shares at $10.60

Type: Orders

Search

**Mullen Automotive Limit Buy**                             $199.95
Nov 13, 2022                                                645 shares at $0.31

**Meta Materials Market Buy**                               $39.77
Nov 11, 2022                                                30.836628 shares at $1.29

**Meta Materials Market Buy**                               $465.05
Nov 2, 2022                                                 355 shares at $1.31

**Meta Materials Market Buy**                               $25.80
Nov 2, 2022                                                 20 shares at $1.29

*Robinhood*

Q Search     Rewards   Investing   Crypto   Spending   Retirement   Notifications   Account

## Robert Hoyt

Investing   Crypto   Transfers   Recurring   Reports and statements   Tax center   History   Settings   Help

**Refine Results**

Account: Individual
Type: Orders

[Search]

---

**Meta Materials Limit Buy**     Canceled
Mar 9, 2023

**Meta Materials Limit Buy**     $503.13
Mar 9, 2023     875 shares at $0.575

**Coinbase Market Sell**     $504.01
Mar 2, 2023     8 shares at $63.00

**Meta Materials Limit Buy**     $499.24
Feb 21, 2023     725 shares at $0.6886

**Meta Materials Limit Buy**     Canceled
Feb 21, 2023

**Meta Materials Market Buy**     $200.00
Jan 31, 2023     201.857085 shares at $0.9908

RobinHood

Our powerful, new trading platform is here — at no extra cost. **Try Robinhood Legend**

Rewards    Investing    Crypto    Spending    Retirement    Notifications    Account

# Robert Hoyt

Investing    Crypto    Transfers    Recurring    Reports and statements    Tax center    History    Settings    Help

**AquaBounty Market Sell**
Mar 14, 2023

$0.60
1 share at $0.6023

**AquaBounty Market Sell**
Mar 10, 2023

Canceled

**Unity Biotechnology Market Sell**
Mar 10, 2023

$0.37
0.1 shares at $3.69

**Matterport Market Buy**
Mar 10, 2023

$5.81
2.22445 shares at $2.61

**Sirius XM Market Sell**
Mar 10, 2023

$3.68
1 share at $3.68

**Meta Materials Limit Buy**
Mar 9, 2023

$500.50
910 shares at $0.55

**Refine Results**

Account    Individual

Type    Orders

Search

# E*TRADE
from Morgan Stanley

Support ∨ | Alerts | Documents | Profile

Accounts | Pay & Transfer | Trading | Markets & Ideas | Planning | What We Offer

Complete View | Portfolios | Watch Lists | Orders | Balances | Transactions | Banking | Tax Center | Documents ∨ | Dividend Reinvestment | Open Account

↻ Refresh December 04, 2024 6:19 PM ET  ❓ Help

## Orders

Open | Executed | Cancelled | Saved | Individual fills | Expired | Rejected | All | Bond quotes

**Account**
Individual Brokerage -6308

| From date | To date | Symbols | Order number | Order type | Order status | Security type | Results per page | |
|---|---|---|---|---|---|---|---|---|
| 📅 06/07/2022 | 📅 12/04/2024 | mmat | | Buy ∨ | Executed ∨ | All ∨ | 20 ∨ | Apply filters |

Brokerage Update Disclosure ⓘ

| Date | Order | Type | Order type | Quantity | Symbol | Price type | Term | Price | Price executed | Status | Links |
|---|---|---|---|---|---|---|---|---|---|---|---|
| > 05/15/23 | 167 | Stock/ETF | Buy | 9,920 | MMAT | Limit | Day | 0.201 | 0.2009 | Executed | Portfolios |
| > 04/04/23 | 134 | Stock/ETF | Buy | 1,086 | MMAT | Limit | Day | 0.4546 | 0.4546 | Executed | Portfolios |
| > 02/09/23 | 98 | Stock/ETF | Buy | 505 | MMAT | Limit | Day | 0.90 | 0.8968 | Executed | Portfolios |
| > 12/09/22 | 84 | Stock/ETF | Buy | 732 | MMAT | Limit | Day | 1.36 | 1.36† | Executed | Portfolios |

† = Share-weighted Average

**Please read all the important disclosures below.**