NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | | PROOF OF INTEREST |
|---|---|---|

Name of Debtor: META MATERIALS INC.

Case Number: 24-50792-hlb

**1. Name and address of holder of the Equity Interest** (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

Kyle Hinds
P.O. Box 3553
Amarillo TX 79116

Telephone Number: 615 423-3761

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

☐ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

☑ Check box if this address differs from the address on the envelope sent to you by the Debtors.

**RECEIVED AND FILED**
**DEC -9 2024**
**U.S. BANKRUPTCY COURT**
**MARY A. SCHOTT, CLERK**

COURT USE ONLY

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

Account or other number by which Interest holder identifies Debtor: 9035-4318

Check here if this claim:
☐ replaces a previously filed Proof of Interest dated: _____
☐ amends a previously filed Proof of Interest dated: _____

**2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:**

Charles Schwab
P.O. Box 982600 El paso TX 79998

Telephone Number: 1-800-435-4000

**3. Date Equity Interest was acquired:**
Attached form
5\22 to 1\2\24

**4. Total amount of member interest:** 500 Shares

**5. Certificate number(s):** _____

**6. Type of Equity Interest:**
Please indicate the type of Equity Interest you hold:
☑ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
☐ Check this box if your Equity Interest is based on anything else and describe that interest:
Description: _____

**7. Supporting Documents:** Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**8. Date-Stamped Copy:** To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

**9. Signature:**
Check the appropriate box.
☑ I am the creditor.   ☐ I am the creditor's authorized agent.   ☐ I am the trustee, or the debtor,   ☐ I am a guarantor, surety, endorser, or other codebtor.
(Attach copy of power of attorney, if any.)   or their authorized agent.   (See Bankruptcy Rule 3005.)
(See Bankruptcy Rule 3004.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: _____
Title: _____
Company:__ Address and telephone number (if different from notice address above): _____

(Signature) Kyle Hinds      (Date) Dec 2, 2024

Telephone number: 615-423-3761   email: fragilecase@yahoo.com

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

## Lot Details: MMATQ - META MATLS INC CLASS EQUITY

☑ Show Transaction Cost    📋 Cost Basis Calculator    ❓ Help    ⬇ Export    🖨 Print

| Open Date<br>*Transaction Open* | Quantity | Price | Cost/Share<br>*Transaction CPS* | Market Value | Cost Basis<br>*Transaction CB* | Tran |
|---|---|---|---|---|---|---|
| 01/25/2024 | 130.254031 | $0.061 | $5.51 | $7.95 | $717.71 | |
| 01/25/2024 | 30.053999 | $0.061 | $5.16 | $1.83 | $155.10 | |
| 12/04/2023[1]<br>*01/23/2024* | 10.018 | $0.061 | $6.70<br>*$6.70* | $0.61 | $67.16<br>*$59.70* | |
| 09/28/2023[1]<br>*01/25/2024* | 29.032163 | $0.061 | $19.94<br>*$19.94* | $1.77 | $578.92<br>*$159.97* | |
| 09/26/2023[1]<br>*01/23/2024* | 0.010018 | $0.061 | $19.96<br>*$19.96* | $0.00 | $0.20<br>*$0.06* | |
| 09/26/2023[1]<br>*01/23/2024* | 0.010018 | $0.061 | $19.96<br>*$19.96* | $0.00 | $0.20<br>*$0.06* | |
| 09/02/2023[1]<br>*01/25/2024* | 0.991782 | $0.061 | $22.14<br>*$22.14* | $0.06 | $21.96<br>*$5.46* | |
| 06/01/2023[1]<br>*01/25/2024* | 0.010018 | $0.061 | $23.96<br>*$23.96* | $0.00 | $0.24<br>*$0.06* | |
| 04/26/2023[1]<br>*01/25/2024* | 10.018 | $0.061 | $19.22<br>*$19.22* | $0.61 | $192.57<br>*$55.20* | |
| 04/24/2023 | 37.066595 | $0.061 | $20.53 | $2.26 | $761.09 | |
| 04/24/2023 | 3.0054 | $0.061 | $20.54 | $0.18 | $61.74 | |
| 04/17/2023 | 30.053999 | $0.061 | $21.53 | $1.83 | $647.10 | |
| 04/14/2023 | 40.071999 | $0.061 | $22.04 | $2.44 | $883.20 | |
| 04/14/2023 | 30.053999 | $0.061 | $21.96 | $1.83 | $660.00 | |
| 04/05/2023 | 0.010018 | $0.061 | $39.93 | $0.00 | $0.40 | |
| 01/20/2023 | 20.025981 | $0.061 | $104.80 | $1.22 | $2,098.75 | |

| Date | Quantity | Price | Cost/Share | Wash Sale | Total Cost |
|---|---:|---:|---:|---:|---:|
| 01/09/2023 | 40.071999 | $0.061 | $115.63 | $2.44 | $4,633.60 |
| 12/09/2022 | 2.0036 | $0.061 | $139.50 | $0.12 | $279.50 |
| 12/08/2022 | 8.0144 | $0.061 | $189.66 | $0.49 | $1,520.00 |
| 11/30/2022 | 25.044999 | $0.061 | $188.56 | $1.53 | $4,722.50 |
| 11/30/2022 | 10.018 | $0.061 | $193.65 | $0.61 | $1,940.00 |
| 11/30/2022 | 5.009 | $0.061 | $193.64 | $0.31 | $969.95 |
| 11/07/2022 | 6.0108 | $0.061 | $215.08 | $0.37 | $1,292.78 |
| 11/03/2022 | 0.0252 | $0.061 | $214.68 | $0.00 | $5.41 |
| 10/31/2022 | 10.018 | $0.061 | $203.97 | $0.61 | $2,043.34 |
| 09/19/2022 | 8.004382 | $0.061 | $103.68 | $0.49 | $829.88 |
| 09/19/2022 | 2.0036 | $0.061 | $104.32 | $0.12 | $209.01 |
| 09/13/2022 | 0.010018 | $0.061 | $105.81 | $0.00 | $1.06 |
| 08/01/2022 | 7.0126 | $0.061 | $92.11 | $0.43 | $645.95 |
| 08/01/2022 | 2.0036 | $0.061 | $92.05 | $0.12 | $184.44 |
| 08/01/2022 | 1.0018 | $0.061 | $91.94 | $0.06 | $92.11 |
| 07/23/2022 | 3.061982 | $0.061 | $99.34 | $0.19 | $304.18 |
| **Total** | **500** | | | **$30.50** | **$26,520.05** |

1. Wash Sale activity has adjusted this cost. For additional information, click here.

ealized Gain / Loss

Updated: 02:54:04 PM ET, 11/30/2024

All Brokerage Accounts

w Positions

'or today's transactions, real time realized gain/loss information may be delayed.

View Historical GainsKeeper Transactions  Cost Basis Calculato

ⓘ Historical gains and losses for your transitioned TD Ameritrade account are not shown on this page. Please visit GainsKeeper® to view historical transactions for your account.

**Date range**

Custom Date Range

**From** mm/dd/yyyy

01/01/2022

**To** mm/dd/yyyy

11/30/2024

**Symbol (Optional)**

🔍 MMAT

Search

Gain/Loss Summary | Transaction Analyzer

**Reporting Period**
01/01/2022 to 11/30/2024

Total Proceeds         $534.40
Total Cost Basis       $5,414.56

**Gain/Loss**

| Long Term | -$2,959.73 | (-65.86%) |
| Short Term | $0.00 | (N/A) |
| Net Loss | -$2,959.73 | (-54.66%) |
| Disallowed Loss | -$1,920.43 | |

**Totals** ⓘ

| Total Gains | $0.00 |
| Total Losses | -$2,959.73 |
| Net Loss | -$2,959.73 |

Gain/Loss Ratio
**0.00%**

## Realized Gain/Loss Details

Chart based on 6 records.                                                                 Show Chart 🔘

[Chart showing data points from Sep 25 to May 6, with y-axis from -125% to 25%]

Realized Gain/Loss  [$]  %

| Symbol Description | Closed Date | Quantity | Closing Price | Proceeds | Cost Basis (CB) Transaction CB | Total Transaction Total $ | Long Term Transaction LT $ | Short Term Transaction ST $ |
|---|---|---|---|---|---|---|---|---|
| MMAT META MATLS INC | 10/05/2023 | 500 | $0.22 | $107.85 | $743.80 $350.10 | $0.00 -$242.25 | $0.00 -$242.25 | Disallowed Loss: $635.95 |

| Symbol Description | Closed Date | Quantity | Closing Price | Proceeds | Cost Basis (CB) Transaction CB | Total Transaction Total $ | Long Term Transaction LT $ | Short Term Transaction ST $ |
|---|---|---|---|---|---|---|---|---|
| META MATLS INC | | | | | $0.21 | -$0.02 | -$0.02 | |
| ⓦ MMAT META MATLS INC | 12/04/2023 | 500 | $0.08 | $38.23 | $741.97 $106.94 | $0.00 -$68.71 | $0.00 -$68.71 | Disallowed Loss: $703.74 |
| ⓦ MMAT META MATLS INC | 01/23/2024 | 1,000 | $0.07 | $66.34 | $73.80 | $0.00 | | $0.00 Disallowed Loss: $7.46 |
| ⓦ MMAT META MATLS INC | 01/23/2024 | 4,000 | $0.07 | $273.35 | $846.63 | $0.00 | | $0.00 Disallowed Loss: $573.28 |
| MMAT META MATLS INC | 05/03/2024 | 14 | $3.46 | $48.44 | $3,006.61 $560.25 | -$2,958.17 -$511.81 | -$2,958.17 -$511.81 | |
| **Account Total** | | | | **$534.40** | **$5,414.56** | **-$2,959.73** | **-$2,959.73** | **$0.00** |

ⓦ Wash Sale activity has adjusted this cost. For additional information, click here.

## Disclosures & Footnotes

The Realized Gain-Loss Analysis should not be considered a substitute for your trade confirmations, account statements or tax forms. Supplemental data is shown for informational purposes only, and should not be considered individualized recommendations or personalized investment advice.

Values for fixed income securities have been adjusted for amortization/accretion; with the exception of variable rate and mortgage-backed securities or for accounts with this preference turned off.

Total Cash represents income and expenses as they occur; it may be inconsistent with values shown elsewhere on Schwab.com and on your monthly account statement.

The Realized Gain/Loss page provides summary information of closed transactions. Not all closed transactions appear on this page.

Please view the Cost Basis Disclosure Statement ⧉ for additional information on cost basis methods choices and how Schwab reports adjusted cost basis information to the IRS.

Please note that gains and losses realized in retirement accounts are not recognized for tax purposes. Rather, income may be recognized when you receive a cash distribution from these accounts. Please contact your tax advisor for further information.

The total Realized Gain/Loss for this account includes values for Short Positions held in the account. For more information on summary totals when there are Short Positions, please see the Help Section.

3-3BXK, 0623-37YU, 1123-3XUW)

ay's Date: 02:56 PM ET, 11/30/2024

*Own your tomorrow*

ack the background of Charles Schwab or one of its investment professionals on FINRA'S BrokerCheck.

Investment and Insurance Products Are: Not FDIC Insured • Not Insured by Any Federal Government Agency • Not a Deposit or Other Obligation of, or Guaranteed by, the Bank or any of its Affiliates • Subject to Investment Risks, Including Possible Loss of Principal Amount Invested

Charles Schwab Corporation provides a full range of brokerage, banking and financial advisory services through its operating subsidiaries. Its broker-dealer subsidiary, Charles Schwab & Co. Inc. (Member SIPC ⧉), and its affiliates offer investment service products. Its banking subsidiary, Charles Schwab Bank, SSB (member FDIC and an Equal Housing Lender), provides deposit and lending services and products.

a site is designed for U.S. residents. Non-U.S. residents are subject to country-specific restrictions. Learn more about our services for non-US Residents ⧉, Charles Schwab Hong Kong clients ⧉, Charles Schwab UK clients ⧉.

024 Charles Schwab & Co., Inc. All rights reserved. Member SIPC ⧉. Unauthorized access is prohibited. Usage will be monitored.