NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | | **PROOF OF INTEREST** |
|---|---|---|

Name of Debtor: **META MATERIALS**

Case Number: **24-50792**

1. Name and address of holder of the Equity Interest (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

   **ALEXIS KEANE**
   **804 N. HARVEY**
   **OAK PARK, IL**
   **60302**

   ☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

   ☒ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

   ☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

   **RECEIVED AND FILED**
   **DEC - 9 2024**
   **U.S. BANKRUPTCY COURT**
   **MARY A. SCHOTT, CLERK**

Telephone Number: **708.261.1810**

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

**COURT USE ONLY**

Account or other number by which Interest holder identifies Debtor:
**FIDELITY ROTH - 220352843**
**FIDELITY INV - X836 20718**

Check here if this claim:
☐ replaces a previously filed Proof of Interest dated: _____
☐ amends a previously filed Proof of Interest dated: _____

2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:
   **FIDELITY**
   **245 SUMMER ST**
   **BOSTON, MA 02210**

   Telephone Number: **800.343.3548**

3. Date Equity Interest was acquired:
   **MULTIPLE TRANSACTIONS OVER THE TWO ACCOUNTS.**
   **SUMMARY DETAIL ATTACHED**

4. Total amount of member interest: **$26,439 LOSS**

5. Certificate number(s): _____

6. Type of Equity Interest:
   Please indicate the type of Equity Interest you hold:
   ☒ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
   ☐ Check this box if your Equity Interest is based on anything else and describe that interest:
   Description: _____

7. Supporting Documents: Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
   DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. Date-Stamped Copy: To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

9. Signature:
   Check the appropriate box.
   ☐ I am the creditor.   ☐ I am the creditor's authorized agent.   ☐ I am the trustee, or the debtor,   ☐ I am a guarantor, surety, endorser, or other codebtor.
   (Attach copy of power of attorney, if any.)   or their authorized agent.   (See Bankruptcy Rule 3005.)
   (See Bankruptcy Rule 3004.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: **ALEXIS KEANE**
Title:
Company: __ Address and telephone number (if different from notice address above):

(Signature)   (Date)

Telephone number: **708.261.1810**   email: **ALEXISKEANE@GMAIL.COM**

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

# Fidelity
### INVESTMENTS

PO Box 28019
Albuquerque, NM 87125-8019

Transaction Confirmation
Confirm Date: February 27, 2023

Page 1 of 1

Brokerage Account Number
*****2043 ROTH IRA

**ALEXIS ROSE KEANE**

9900283878

FMTC CUSTODIAN - ROTH IRA
FBO ALEXIS ROSE KEANE
804 N HARVEY AVE
OAK PARK IL 60302-1449

| Online | Fidelity.com |
| FAST®-Automated Telephone | 800-544-5555 |
| Customer Service | 800-544-6666 |

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 23058-1BCVPM | 1* | WO# | 02-27-23 | 03-01-23 | 59134N104 | 23057-GOOTE | | |
| | | | DESCRIPTION and DISCLOSURES | | | | | |
| You Bought | | | META MATERIALS INC COM | | | Principal Amount | | 4,875.00 |
| | 7,500 | | ISIN #US59134N1046 SEDOL #BKSCVX7 | | | Settlement Amount | | 4,875.00 |
| at | .6500 | | WE HAVE ACTED AS AGENT. | | | | | |
| Symbol: | | | | | | | | |
| MMAT | | | | | | | | |

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE

9900283878

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

COPIES SENT PER INSTRUCTIONS

FMTC CUSTODIAN - ROTH IRA
FBO ALEXIS ROSE KEANE
804 N HARVEY AVE
OAK PARK IL 60302-1449

If you are eligible to make a deposit, please use this form for investments in your brokerage account *****2043   only.

| AMOUNT OF INVESTMENT | $ |

If there are sufficient funds in your brokerage core account (or margin account), Fidelity will use those funds to cover the trade(s) on this confirm. If you wish to deposit additional money, use this deposit slip and make checks payable to: NATIONAL FINANCIAL SERVICES LLC. Deposits will be made to the account listed above. Please mail checks to the Fidelity address on this form. Refer to the last page for instructions on depositing certificates.

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH  45277-0003

FIDELITY BROKERAGE SERVICES LLC, MEMBER NYSE, SIPC

# Fidelity
### INVESTMENTS

PO Box 28019
Albuquerque, NM 87125-8019

**Transaction Confirmation**
**Confirm Date: April 24, 2023**

Page 1 of 2

Brokerage Account Number
*****2043 ROTH IRA

**ALEXIS ROSE KEANE**

9900261809

FMTC CUSTODIAN - ROTH IRA
FBO ALEXIS ROSE KEANE
804 N HARVEY AVE
OAK PARK IL 60302-1449

| Online | Fidelity.com |
| FAST®-Automated Telephone | 800-544-5555 |
| Customer Service | 800-544-6666 |

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 23114-1CM1CS | 1* | WO# | 04-24-23 | 04-26-23 | 59134N104 | 23114-HGZC1 | | |
| You Bought | | 5,000 | DESCRIPTION and DISCLOSURES<br>META MATERIALS INC COM<br>ISIN #US59134N1046 SEDOL #BKSCVX7 | | | Principal Amount<br>Settlement Amount | | 978.50<br>978.50 |
| at | | .1957 | WE HAVE ACTED AS AGENT. | | | | | |
| Symbol:<br>MMAT | | | | | | | | |

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE

9900261809

COPIES SENT PER INSTRUCTIONS

FMTC CUSTODIAN - ROTH IRA
FBO ALEXIS ROSE KEANE
804 N HARVEY AVE
OAK PARK IL 60302-1449

If you are eligible to make a deposit, please use this form for investments in your brokerage account *****2043   only.

| AMOUNT OF INVESTMENT | $ |

If there are sufficient funds in your brokerage core account (or margin account), Fidelity will use those funds to cover the trade(s) on this confirm. If you wish to deposit additional money, use this deposit slip and make checks payable to: NATIONAL FINANCIAL SERVICES LLC. Deposits will be made to the account listed above. Please mail checks to the Fidelity address on this form. Refer to the last page for instructions on depositing certificates.

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH  45277-0003

FIDELITY BROKERAGE SERVICES LLC, MEMBER NYSE, SIPC



PO Box 28019
Albuquerque, NM 87125-8019

**Transaction Confirmation**
Confirm Date: April 25, 2023

Page 1 of 3

Brokerage Account Number
*****2043 ROTH IRA

**ALEXIS ROSE KEANE**

9900250130

FMTC CUSTODIAN - ROTH IRA
FBO ALEXIS ROSE KEANE
804 N HARVEY AVE
OAK PARK IL 60302-1449

| Online | Fidelity.com |
| FAST®-Automated Telephone | 800-544-5555 |
| Customer Service | 800-544-6666 |

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 23115-1BDZBV | 1* | WO# | 04-25-23 | 04-27-23 | 464287226 | 23113-GZG0Y | | |
| You Sold | | | DESCRIPTION and DISCLOSURES | | | | | |
| | 10 | | ISHARES CORE US AGGREGATE BOND ETF | | | Principal Amount | | 1,000.00 |
| at | | | WE HAVE ACTED AS AGENT. | | | Activity Assessment Fee | | 0.01 |
| | 100.0000 | | LOTS WITHOUT SPECIFIC SHARES | | | Settlement Amount | | 999.99 |
| Symbol: | | | INSTRUCTIONS WILL BE DEPLETED USING | | | | | |
| AGG | | | FIRST IN, FIRST OUT METHOD. | | | | | |
| | | | EX-DIV DATE 05/01/23 | | | | | |
| | | | RECORD DATE 05/02/23 | | | | | |
| | | | PAYABLE DTE 05/05/23 | | | | | |

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE

9900250130

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

COPIES SENT PER INSTRUCTIONS

FMTC CUSTODIAN - ROTH IRA
FBO ALEXIS ROSE KEANE
804 N HARVEY AVE
OAK PARK IL 60302-1449

If you are eligible to make a deposit, please use this form for investments in your brokerage account *****2043 only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

If there are sufficient funds in your brokerage core account (or margin account), Fidelity will use those funds to cover the trade(s) on this confirm. If you wish to deposit additional money, use this deposit slip and make checks payable to: NATIONAL FINANCIAL SERVICES LLC. Deposits will be made to the account listed above. Please mail checks to the Fidelity address on this form. Refer to the last page for instructions on depositing certificates.

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH 45277-0003

FIDELITY BROKERAGE SERVICES LLC, MEMBER NYSE, SIPC



PO Box 28019
Albuquerque, NM 87125-8019

Transaction Confirmation
Confirm Date: May 8, 2023

Page 1 of 1

Brokerage Account Number
*****2043 ROTH IRA

**ALEXIS ROSE KEANE**

9900274806

FMTC CUSTODIAN - ROTH IRA
FBO ALEXIS ROSE KEANE
804 N HARVEY AVE
OAK PARK IL 60302-1449

| Online | Fidelity.com |
| FAST®-Automated Telephone | 800-544-5555 |
| Customer Service | 800-544-6666 |

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 23128-1CXKRN | 1* | WO# | 05-08-23 | 05-10-23 | 59134N104 | 23128-HDVCS | | |
| You Bought | | | DESCRIPTION and DISCLOSURES | | | | | |
| | | 5,000 | META MATERIALS INC COM | | | Principal Amount | | 1,096.50 |
| at | | .2193 | ISIN #US59134N1046 SEDOL #BKSCVX7 | | | Settlement Amount | | 1,096.50 |
| Symbol: | | | WE HAVE ACTED AS AGENT. | | | | | |
| MMAT | | | | | | | | |

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE

9900274806

---

COPIES SENT PER INSTRUCTIONS

FMTC CUSTODIAN - ROTH IRA
FBO ALEXIS ROSE KEANE
804 N HARVEY AVE
OAK PARK IL 60302-1449

If you are eligible to make a deposit, please use this form for investments in your brokerage account *****2043  only.

| AMOUNT OF INVESTMENT | $ |

If there are sufficient funds in your brokerage core account (or margin account), Fidelity will use those funds to cover the trade(s) on this confirm. If you wish to deposit additional money, use this deposit slip and make checks payable to: NATIONAL FINANCIAL SERVICES LLC. Deposits will be made to the account listed above. Please mail checks to the Fidelity address on this form. Refer to the last page for instructions on depositing certificates.

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH  45277-0003

FIDELITY BROKERAGE SERVICES LLC, MEMBER NYSE, SIPC

# Fidelity
## INVESTMENTS

PO Box 28019
Albuquerque, NM 87125-8019

9900233377

FMTC CUSTODIAN - ROTH IRA
FBO ALEXIS ROSE KEANE
804 N HARVEY AVE
OAK PARK IL 60302-1449

**Transaction Confirmation**
Confirm Date: May 12, 2023

Page 1 of 1

Brokerage Account Number
*****2043 ROTH IRA

**ALEXIS ROSE KEANE**

| Online | Fidelity.com |
| FAST®-Automated Telephone | 800-544-5555 |
| Customer Service | 800-544-6666 |

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 23132-1BM3JP | 1* | WO# | 05-12-23 | 05-16-23 | 59134N104 | 23128-HDZXQ | | |
| | | | DESCRIPTION and DISCLOSURES | | | | | |
| You Bought | | | META MATERIALS INC COM | | | Principal Amount | | 1,050.00 |
| | 5,000 | | ISIN #US59134N1046 SEDOL #BKSCVX7 | | | Settlement Amount | | 1,050.00 |
| at | .2100 | | WE HAVE ACTED AS AGENT. | | | | | |
| Symbol: | | | | | | | | |
| MMAT | | | | | | | | |

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE

9900233377

COPIES SENT PER INSTRUCTIONS

FMTC CUSTODIAN - ROTH IRA
FBO ALEXIS ROSE KEANE
804 N HARVEY AVE
OAK PARK IL 60302-1449

If you are eligible to make a deposit, please use this form for investments in your brokerage account *****2043 only.

| AMOUNT OF INVESTMENT | $ |

If there are sufficient funds in your brokerage core account (or margin account), Fidelity will use those funds to cover the trade(s) on this confirm. If you wish to deposit additional money, use this deposit slip and make checks payable to: NATIONAL FINANCIAL SERVICES LLC. Deposits will be made to the account listed above. Please mail checks to the Fidelity address on this form. Refer to the last page for instructions on depositing certificates.

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH 45277-0003

FIDELITY BROKERAGE SERVICES LLC, MEMBER NYSE, SIPC



PO Box 28019
Albuquerque, NM 87125-8019

**Transaction Confirmation**
Confirm Date: May 26, 2023

Page 1 of 2

Brokerage Account Number
*****2043 ROTH IRA

**ALEXIS ROSE KEANE**

FMTC CUSTODIAN - ROTH IRA
FBO ALEXIS ROSE KEANE
804 N HARVEY AVE
OAK PARK IL 60302-1449

9900282031

| Online | Fidelity.com |
| FAST®-Automated Telephone | 800-544-5555 |
| Customer Service | 800-544-6666 |

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 23146-1G16XF | 1* | WO# | 05-26-23 | 05-31-23 | 59134N104 | 23146-HL2T0 | | |
| You Bought at Symbol: MMAT | | 800 .2454 | DESCRIPTION and DISCLOSURES META MATERIALS INC COM ISIN #US59134N1046 SEDOL #BKSCVX7 WE HAVE ACTED AS AGENT. PARTIAL EXECUTION | | | Principal Amount Settlement Amount | | 196.32 196.32 |

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 23146-1G2Q9R | 1* | WO# | 05-26-23 | 05-31-23 | 59134N104 | 23146-HL52N | | |
| You Bought at Symbol: MMAT | | 555 .2480 | DESCRIPTION and DISCLOSURES META MATERIALS INC COM ISIN #US59134N1046 SEDOL #BKSCVX7 WE HAVE ACTED AS AGENT. | | | Principal Amount Settlement Amount | | 137.64 137.64 |

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE

9900282031

COPIES SENT PER INSTRUCTIONS

FMTC CUSTODIAN - ROTH IRA
FBO ALEXIS ROSE KEANE
804 N HARVEY AVE
OAK PARK IL 60302-1449

If you are eligible to make a deposit, please use this form for investments in your brokerage account *****2043   only.

| AMOUNT OF INVESTMENT | $ |

If there are sufficient funds in your brokerage core account (or margin account), Fidelity will use those funds to cover the trade(s) on this confirm. If you wish to deposit additional money, use this deposit slip and make checks payable to: NATIONAL FINANCIAL SERVICES LLC. Deposits will be made to the account listed above. Please mail checks to the Fidelity address on this form. Refer to the last page for instructions on depositing certificates.

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH 45277-0003

FIDELITY BROKERAGE SERVICES LLC, MEMBER NYSE, SIPC



PO Box 28019
Albuquerque, NM 87125-8019

Transaction Confirmation
Confirm Date: May 31, 2023

Page 1 of 1

Brokerage Account Number
*****2043 ROTH IRA

**ALEXIS ROSE KEANE**

9900277161

FMTC CUSTODIAN - ROTH IRA
FBO ALEXIS ROSE KEANE
804 N HARVEY AVE
OAK PARK IL 60302-1449

| Online | Fidelity.com |
| FAST®-Automated Telephone | 800-544-5555 |
| Customer Service | 800-544-6666 |

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 23151-1BFWXR | 1* | WO# | 05-31-23 | 06-02-23 | 59134N104 | 23146-HMBOH | | |
| You Bought at Symbol: MMAT | | 4,444 .2400 | DESCRIPTION and DISCLOSURES META MATERIALS INC COM ISIN #US59134N1046 SEDOL #BKSCVX7 WE HAVE ACTED AS AGENT. | | | Principal Amount Settlement Amount | 1,066.56 1,066.56 | |

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE

9900277161

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

COPIES SENT PER INSTRUCTIONS

FMTC CUSTODIAN - ROTH IRA
FBO ALEXIS ROSE KEANE
804 N HARVEY AVE
OAK PARK IL 60302-1449

If you are eligible to make a deposit, please use this form for investments in your brokerage account *****2043 only.

| AMOUNT OF INVESTMENT | $ |

If there are sufficient funds in your brokerage core account (or margin account), Fidelity will use those funds to cover the trade(s) on this confirm. If you wish to deposit additional money, use this deposit slip and make checks payable to: NATIONAL FINANCIAL SERVICES LLC. Deposits will be made to the account listed above. Please mail checks to the Fidelity address on this form. Refer to the last page for instructions on depositing certificates.

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH 45277-0003

FIDELITY BROKERAGE SERVICES LLC, MEMBER NYSE, SIPC

# Fidelity INVESTMENTS

PO Box 28019
Albuquerque, NM 87125-8019

| | |
|---|---|
| | Transaction Confirmation |
| | Confirm Date: March 6, 2023 |

Page 1 of 1

Brokerage Account Number
*****0718 INDIVIDUAL - TOD

**ALEXIS ROSE KEANE**

ALEXIS ROSE KEANE
804 N HARVEY AVE
OAK PARK IL 60302-1449

9900065290

| | |
|---|---|
| Online | Fidelity.com |
| FAST®-Automated Telephone | 800-544-5555 |
| Customer Service | 800-544-6666 |

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 23065-1B5RJH | 1* | WO# | 03-06-23 | 03-08-23 | 59134N104 | 23065-G9IBO | | |
| You Bought | | | DESCRIPTION and DISCLOSURES | | | | | |
| | | | META MATERIALS INC COM | | | Principal Amount | | 4,488.75 |
| at | 7,500 | | ISIN #US59134N1046 SEDOL #BKSCVX7 | | | Settlement Amount | | 4,488.75 |
| Symbol: | .5985 | | WE HAVE ACTED AS AGENT. | | | | | |
| MMAT | | | | | | | | |

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE

9900065290

COPIES SENT PER INSTRUCTIONS

ALEXIS ROSE KEANE
804 N HARVEY AVE
OAK PARK IL 60302-1449

If you are eligible to make a deposit, please use this form for investments in your brokerage account *****0718 only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

If there are sufficient funds in your brokerage core account (or margin account), Fidelity will use those funds to cover the trade(s) on this confirm. If you wish to deposit additional money, use this deposit slip and make checks payable to: NATIONAL FINANCIAL SERVICES LLC. Deposits will be made to the account listed above. Please mail checks to the Fidelity address on this form. Refer to the last page for instructions on depositing certificates.

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH 45277-0003

FIDELITY BROKERAGE SERVICES LLC, MEMBER NYSE, SIPC



PO Box 28019
Albuquerque, NM 87125-8019

**Transaction Confirmation**
**Confirm Date: April 24, 2023**

Page 1 of 2

Brokerage Account Number
**\*\*\*\*\*0718 INDIVIDUAL - TOD**

**ALEXIS ROSE KEANE**

9900055785

ALEXIS ROSE KEANE
804 N HARVEY AVE
OAK PARK IL 60302-1449

| Online | Fidelity.com |
| FAST®-Automated Telephone | 800-544-5555 |
| Customer Service | 800-544-6666 |

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 23114-1BX8DT | 1* | WO# | 04-24-23 | 04-26-23 | 59134N104 | 23113-GZH8T | | |
| You Bought | | | DESCRIPTION and DISCLOSURES | | | | | |
| | | 1,384 | META MATERIALS INC COM | | | Principal Amount | | 271.26 |
| at | | .1960 | ISIN #US59134N1046 SEDOL #BKSCVX7 | | | Settlement Amount | | 271.26 |
| Symbol: | | | WE HAVE ACTED AS AGENT. | | | | | |
| MMAT | | | PARTIAL EXECUTION | | | | | |

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 23114-1CFN6S | 1* | WO# | 04-24-23 | 04-26-23 | 59134N104 | 23114-G9DWN | | |
| You Bought | | | DESCRIPTION and DISCLOSURES | | | | | |
| | | 3,866 | META MATERIALS INC COM | | | Principal Amount | | 759.67 |
| at | | .1965 | ISIN #US59134N1046 SEDOL #BKSCVX7 | | | Settlement Amount | | 759.67 |
| Symbol: | | | WE HAVE ACTED AS AGENT. | | | | | |
| MMAT | | | | | | | | |

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE

9900055785

COPIES SENT PER INSTRUCTIONS

ALEXIS ROSE KEANE
804 N HARVEY AVE
OAK PARK IL 60302-1449

If you are eligible to make a deposit, please use this form for investments in your brokerage account  \*\*\*\*\*0718   only.

| AMOUNT OF INVESTMENT | $ |

If there are sufficient funds in your brokerage core account (or margin account), Fidelity will use those funds to cover the trade(s) on this confirm. If you wish to deposit additional money, use this deposit slip and make checks payable to: NATIONAL FINANCIAL SERVICES LLC. Deposits will be made to the account listed above. Please mail checks to the Fidelity address on this form. Refer to the last page for instructions on depositing certificates.

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH  45277-0003

FIDELITY BROKERAGE SERVICES LLC, MEMBER NYSE, SIPC

# Fidelity INVESTMENTS

PO Box 28019
Albuquerque, NM 87125-8019

**Transaction Confirmation**
Confirm Date: April 25, 2023

Page 1 of 1

Brokerage Account Number
*****0718 INDIVIDUAL - TOD

**ALEXIS ROSE KEANE**

ALEXIS ROSE KEANE
804 N HARVEY AVE
OAK PARK IL 60302-1449

9900054196

| Online | Fidelity.com |
| FAST®-Automated Telephone | 800-544-5555 |
| Customer Service | 800-544-6666 |

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 23115-1FNH8X | 1* | WO# | 04-25-23 | 04-27-23 | 59134N104 | 23113-GZIBI | | |
| You Bought | | | DESCRIPTION and DISCLOSURES | | | Principal Amount | | 2,910.00 |
| at | 15,000 .1940 | | META MATERIALS INC COM ISIN #US59134N1046 SEDOL #BKSCVX7 WE HAVE ACTED AS AGENT. | | | Settlement Amount | | 2,910.00 |
| Symbol: MMAT | | | | | | | | |

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE

9900054196

COPIES SENT PER INSTRUCTIONS

ALEXIS ROSE KEANE
804 N HARVEY AVE
OAK PARK IL 60302-1449

If you are eligible to make a deposit, please use this form for investments in your brokerage account *****0718 only.

| AMOUNT OF INVESTMENT | $ |

If there are sufficient funds in your brokerage core account (or margin account), Fidelity will use those funds to cover the trade(s) on this confirm. If you wish to deposit additional money, use this deposit slip and make checks payable to: NATIONAL FINANCIAL SERVICES LLC. Deposits will be made to the account listed above. Please mail checks to the Fidelity address on this form. Refer to the last page for instructions on depositing certificates.

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH 45277-0003

FIDELITY BROKERAGE SERVICES LLC, MEMBER NYSE, SIPC



PO Box 28019
Albuquerque, NM 87125-8019

**Transaction Confirmation**
Confirm Date: April 26, 2023

Page 1 of 1

Brokerage Account Number
*****0718 INDIVIDUAL - TOD

**ALEXIS ROSE KEANE**

9900054680

ALEXIS ROSE KEANE
804 N HARVEY AVE
OAK PARK IL 60302-1449

Online — Fidelity.com
FAST®-Automated Telephone — 800-544-5555
Customer Service — 800-544-6666

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 23116-1B5BZM | 1* | WO# | 04-26-23 | 04-28-23 | 59134N104 | 23113-GZIEL | | |
| You Bought at Symbol: MMAT | | 10,000 .1900 | DESCRIPTION and DISCLOSURES  METAMATERIALS INC COM  ISIN #US59134N1046 SEDOL #BKSCVX7  WE HAVE ACTED AS AGENT. | | | Principal Amount  Settlement Amount | 1,900.00  1,900.00 | |

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE

9900054680

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

COPIES SENT PER INSTRUCTIONS

ALEXIS ROSE KEANE
804 N HARVEY AVE
OAK PARK IL 60302-1449

If you are eligible to make a deposit, please use this form for investments in your brokerage account *****0718 only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

If there are sufficient funds in your brokerage core account (or margin account), Fidelity will use those funds to cover the trade(s) on this confirm. If you wish to deposit additional money, use this deposit slip and make checks payable to: NATIONAL FINANCIAL SERVICES LLC. Deposits will be made to the account listed above. Please mail checks to the Fidelity address on this form. Refer to the last page for instructions on depositing certificates.

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH 45277-0003

FIDELITY BROKERAGE SERVICES LLC, MEMBER NYSE, SIPC

# Fidelity INVESTMENTS

PO Box 28019
Albuquerque, NM 87125-8019

Transaction Confirmation
Confirm Date: May 26, 2023

Page 1 of 1

Brokerage Account Number
*****0718 INDIVIDUAL - TOD

**ALEXIS ROSE KEANE**

ALEXIS ROSE KEANE
804 N HARVEY AVE
OAK PARK IL 60302-1449

9900061327

Online — Fidelity.com
FAST®-Automated Telephone — 800-544-5555
Customer Service — 800-544-6666

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 23146-1G02TH | 1* | WO# | 05-26-23 | 05-31-23 | 59134N104 | 23146-HLZ6J | | |

| | | DESCRIPTION and DISCLOSURES | | |
|---|---|---|---|---|
| You Bought | | META MATERIALS INC COM | Principal Amount | 1,040.82 |
| at | 4,250 | ISIN #US59134N1046 SEDOL #BKSCVX7 | Settlement Amount | 1,040.82 |
| Symbol: | .244899 | WE HAVE ACTED AS AGENT. | | |
| MMAT | | | | |

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE

9900061327

COPIES SENT PER INSTRUCTIONS

ALEXIS ROSE KEANE
804 N HARVEY AVE
OAK PARK IL 60302-1449

If you are eligible to make a deposit, please use this form for investments in your brokerage account *****0718 only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

If there are sufficient funds in your brokerage core account (or margin account), Fidelity will use those funds to cover the trade(s) on this confirm. If you wish to deposit additional money, use this deposit slip and make checks payable to: NATIONAL FINANCIAL SERVICES LLC. Deposits will be made to the account listed above. Please mail checks to the Fidelity address on this form. Refer to the last page for instructions on depositing certificates.

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH 45277-0003

FIDELITY BROKERAGE SERVICES LLC, MEMBER NYSE, SIPC

**Fidelity Investments**
PO Box 28019
Albuquerque, NM 87125-8019

9900051973

Transaction Confirmation
Confirm Date: June 27, 2023

Page 1 of 1

Brokerage Account Number
*****0718 INDIVIDUAL - TOD

**ALEXIS ROSE KEANE**

ALEXIS ROSE KEANE
804 N HARVEY AVE
OAK PARK IL 60302-1449

| Online | Fidelity.com |
| FAST®-Automated Telephone | 800-544-5555 |
| Customer Service | 800-544-6666 |

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 23178-1BG9NP | 1* | WO# | 06-27-23 | 06-29-23 | 59134N104 | 23114-G66K0 | | |
| You Bought at Symbol: MMAT | | 2,500 .1800 | DESCRIPTION and DISCLOSURES META MATERIALS INC COM ISIN #US59134N1046 SEDOL #BKSCVX7 WE HAVE ACTED AS AGENT. | | | Principal Amount Settlement Amount | | 450.00 450.00 |

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE

9900051973

COPIES SENT PER INSTRUCTIONS

ALEXIS ROSE KEANE
804 N HARVEY AVE
OAK PARK IL 60302-1449

If you are eligible to make a deposit, please use this form for investments in your brokerage account *****0718  only.

| AMOUNT OF INVESTMENT | $ |

If there are sufficient funds in your brokerage core account (or margin account), Fidelity will use those funds to cover the trade(s) on this confirm. If you wish to deposit additional money, use this deposit slip and make checks payable to: NATIONAL FINANCIAL SERVICES LLC. Deposits will be made to the account listed above. Please mail checks to the Fidelity address on this form. Refer to the last page for instructions on depositing certificates.

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH  45277-0003

FIDELITY BROKERAGE SERVICES LLC, MEMBER NYSE, SIPC