NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | **PROOF OF INTEREST** |
|---|---|

| Name of Debtor: META MATERIALS | Case Number: 24-50792 | |
|---|---|---|
| 1. Name and address of holder of the Equity Interest (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"): CLIFFORD SAGE III 1421 RIDGEPORT BLOOMINGTON, IL. 61704 Telephone Number: 309.706.3627 | ☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars. ☒ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case. ☐ Check box if this address differs from the address on the envelope sent to you by the Debtors. | **RECEIVED AND FILED** **DEC - 9 2024** **U.S. BANKRUPTCY COURT** **MARY A. SCHOTT, CLERK** |

| NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein. | COURT USE ONLY |
|---|---|

| Account or other number by which Interest holder identifies Debtor: FIDELITY ROTH - 218589151 FIDELITY TRAD: 218405458 FIDELITY INV - X669B3812 | Check here if this claim: ☐ replaces a previously filed Proof of Interest dated: _____ ☐ amends a previously filed Proof of Interest dated: _____ |
|---|---|

| 2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest: FIDELITY 245 SUMMER ST. BOSTON, MA 02210 Telephone Number: 800.343.3548 | 3. Date Equity Interest was acquired: MULTIPLE TRANSACTION DATES OVER THE THREE ACCOUNTS IN 2023 - 2024 DETAIL ATTACHED |
|---|---|

| 4. Total amount of member interest: $41,969 LOSS | 5. Certificate number(s): _____ |
|---|---|

6. **Type of Equity Interest:**
Please indicate the type of Equity Interest you hold:
☒ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
☐ Check this box if your Equity Interest is based on anything else and describe that interest:
Description: SOLD ALL MY SHARES AT A LOSS

7. **Supporting Documents:** Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. **Date-Stamped Copy:** To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

9. **Signature:**
Check the appropriate box.
☒ I am the creditor.   ☐ I am the creditor's authorized agent.   ☐ I am the trustee, or the debtor,   ☐ I am a guarantor, surety, endorser, or other codebtor.
(Attach copy of power of attorney, if any.)   or their authorized agent.   (See Bankruptcy Rule 3005.)
(See Bankruptcy Rule 3004.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: CLIFFORD SAGE
Title:
Company: ___ Address and telephone number (if different from notice address above):

_(Signature)_ CliffSage    _(Date)_ 11/25/2024

Telephone number: 309.706.3627 email: CSAGE BS@Gmail.com

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*



PO Box 28019
Albuquerque, NM 87125-8019

**Transaction Confirmation**
Confirm Date: March 6, 2023

Page 1 of 1

Brokerage Account Number
*****9151 ROTH IRA

**CLIFFORD SAGE**

FMTC CUSTODIAN - ROTH IRA
FBO CLIFFORD SAGE
8209 UNIVERSITY RIDGE DRIVE
APARTMENT 301
CHARLOTTE NC 28213-3128

9900286862

Online                                   Fidelity.com
FAST®-Automated Telephone    800-544-5555
Customer Service                    800-544-6666

| REFERENCE NO. 23065-1CRF9X | TYPE 1* | REG.REP. WO# | TRADE DATE 03-06-23 | SETTLEMENT DATE 03-08-23 | CUSIP NO. 59134N104 | ORDER NO. 23065-HJOW3 | | |
|---|---|---|---|---|---|---|---|---|
| You Bought | | 15,000 | DESCRIPTION and DISCLOSURES<br>META MATERIALS INC COM | | Principal Amount | | | 8,983.50 |
| at | | .5989 | ISIN #US59134N1046 SEDOL #BKSCVX7 | | Settlement Amount | | | 8,983.50 |
| Symbol : MMAT | | | WE HAVE ACTED AS AGENT. | | | | | |

| REFERENCE NO. 23065-1CRTKP | TYPE 1* | REG.REP. WO# | TRADE DATE 03-06-23 | SETTLEMENT DATE 03-08-23 | CUSIP NO. 59134N104 | ORDER NO. 23065-HJ1DS | | |
|---|---|---|---|---|---|---|---|---|
| You Bought | | 5,000 | DESCRIPTION and DISCLOSURES<br>META MATERIALS INC COM | | Principal Amount | | | 2,994.50 |
| at | | .5989 | ISIN #US59134N1046 SEDOL #BKSCVX7 | | Settlement Amount | | | 2,994.50 |
| Symbol : MMAT | | | WE HAVE ACTED AS AGENT. | | | | | |

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE          9900286862

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

FMTC CUSTODIAN - ROTH IRA
FBO CLIFFORD SAGE
8209 UNIVERSITY RIDGE DRIVE
APARTMENT 301
CHARLOTTE NC 28213-3128

If you are eligible to make a deposit, please use this form for investments in your brokerage account *****9151   only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

If there are sufficient funds in your brokerage core account (or margin account), Fidelity will use those funds to cover the trade(s) on this confirm. If you wish to deposit additional money, use this deposit slip and make checks payable to: NATIONAL FINANCIAL SERVICES LLC. Deposits will be made to the account listed above. Please mail checks to the Fidelity address on this form. Refer to the last page for instructions on depositing certificates.

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH  45277-0003

FIDELITY BROKERAGE SERVICES LLC, MEMBER NYSE, SIPC



PO Box 28019
Albuquerque, NM 87125-8019

**Transaction Confirmation**
**Confirm Date: March 29, 2023**

Page 1 of 1

Brokerage Account Number
**\*\*\*\*\*9151 ROTH IRA**

**CLIFFORD  SAGE**

9900242001

FMTC CUSTODIAN - ROTH IRA
FBO CLIFFORD SAGE
8209 UNIVERSITY RIDGE DRIVE
APARTMENT 301
CHARLOTTE NC 28213-3128

| Online | Fidelity.com |
|---|---|
| FAST®-Automated Telephone | 800-544-5555 |
| Customer Service | 800-544-6666 |

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 23088-1BGJ6B | 1* | W4# | 03-29-23 | 03-31-23 | 59134N104 | 23087-IG77F | | |

| | | DESCRIPTION and DISCLOSURES | | |
|---|---|---|---|---|
| You Bought | | META MATERIALS INC COM | Principal Amount | 3,825.01 |
| | 9,000 | ISIN #US59134N1046 SEDOL #BKSCVX7 | Settlement Amount | 3,825.01 |
| at | .4250 | WE HAVE ACTED AS AGENT. | | |
| Symbol : | | | | |
| MMAT | | | | |

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE

9900242001

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

FMTC CUSTODIAN - ROTH IRA
FBO CLIFFORD SAGE
8209 UNIVERSITY RIDGE DRIVE
APARTMENT 301
CHARLOTTE NC 28213-3128

If you are eligible to make a deposit, please use this form for
investments in your brokerage account  **\*\*\*\*\*9151**   only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

If there are sufficient funds in your brokerage core account
(or margin account), Fidelity will use those funds to cover
the trade(s) on this confirm.  If you wish to deposit
additional money, use this deposit slip and make checks
payable to: NATIONAL FINANCIAL SERVICES LLC.
Deposits will be made to the account listed above.  Please
mail checks to the Fidelity address on this form. Refer to the
last page for instructions on depositing certificates.

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH  45277-0003

FIDELITY BROKERAGE SERVICES LLC, MEMBER NYSE, SIPC



PO Box 28019
Albuquerque, NM 87125-8019

**Transaction Confirmation**
**Confirm Date: April 14, 2023**

Page 1 of 1

Brokerage Account Number
**\*\*\*\*\*9151 ROTH IRA**

**CLIFFORD  SAGE**

9900236877

FMTC CUSTODIAN - ROTH IRA
FBO CLIFFORD SAGE
8209 UNIVERSITY RIDGE DRIVE
APARTMENT 301
CHARLOTTE NC 28213-3128

Online                                  Fidelity.com
FAST®-Automated Telephone    800-544-5555
Customer Service                    800-544-6666

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 23104-1F63MD | 1* | W4# | 04-14-23 | 04-18-23 | 59134N104 | 23104-H765N | | |

You Bought
           6,000
  at    .2325
Symbol :
MMAT

DESCRIPTION and DISCLOSURES
META MATERIALS INC COM
ISIN #US59134N1046 SEDOL #BKSCVX7
WE HAVE ACTED AS AGENT.

Principal Amount     1,395.00
Settlement Amount    1,395.00

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE                9900236877

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

FMTC CUSTODIAN - ROTH IRA
FBO CLIFFORD SAGE
8209 UNIVERSITY RIDGE DRIVE
APARTMENT 301
CHARLOTTE NC 28213-3128

If you are eligible to make a deposit, please use this form for
investments in your brokerage account  **\*\*\*\*\*9151**   only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH  45277-0003

If there are sufficient funds in your brokerage core account
(or margin account), Fidelity will use those funds to cover
the trade(s) on this confirm.  If you wish to deposit
additional money, use this deposit slip and make checks
payable to: NATIONAL FINANCIAL SERVICES LLC.
Deposits will be made to the account listed above.  Please
mail checks to the Fidelity address on this form. Refer to the
last page for instructions on depositing certificates.

FIDELITY BROKERAGE SERVICES LLC, MEMBER NYSE, SIPC



PO Box 28019
Albuquerque, NM 87125-8019

**Transaction Confirmation**
**Confirm Date: April 24, 2023**

Page 1 of 1

Brokerage Account Number
*****9151 ROTH IRA

**CLIFFORD SAGE**

9900255071

FMTC CUSTODIAN - ROTH IRA
FBO CLIFFORD SAGE
8209 UNIVERSITY RIDGE DRIVE
APARTMENT 301
CHARLOTTE NC 28213-3128

Online                                    Fidelity.com
FAST®-Automated Telephone    800-544-5555
Customer Service                   800-544-6666

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 23114-1CFR1L | 1* | WO# | 04-24-23 | 04-26-23 | 59134N104 | 23113-GZJH8 | | |

You Bought
at
Symbol :
MMAT

5,000
.1960

DESCRIPTION and DISCLOSURES
META MATERIALS INC COM
ISIN #US59134N1046 SEDOL #BKSCVX7
WE HAVE ACTED AS AGENT.

Principal Amount          980.00
Settlement Amount      980.00

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE

9900255071

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

FMTC CUSTODIAN - ROTH IRA
FBO CLIFFORD SAGE
8209 UNIVERSITY RIDGE DRIVE
APARTMENT 301
CHARLOTTE NC 28213-3128


FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH 45277-0003

If you are eligible to make a deposit, please use this form for investments in your brokerage account *****9151    only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

If there are sufficient funds in your brokerage core account (or margin account), Fidelity will use those funds to cover the trade(s) on this confirm. If you wish to deposit additional money, use this deposit slip and make checks payable to: NATIONAL FINANCIAL SERVICES LLC. Deposits will be made to the account listed above. Please mail checks to the Fidelity address on this form. Refer to the last page for instructions on depositing certificates.

FIDELITY BROKERAGE SERVICES LLC, MEMBER NYSE, SIPC



PO Box 28019
Albuquerque, NM 87125-8019

**Transaction Confirmation**
**Confirm Date: April 25, 2023**

Page 1 of 1

Brokerage Account Number
*****9151 ROTH IRA

**CLIFFORD SAGE**

9900243886

FMTC CUSTODIAN - ROTH IRA
FBO CLIFFORD SAGE
8209 UNIVERSITY RIDGE DRIVE
APARTMENT 301
CHARLOTTE NC 28213-3128

| Online | Fidelity.com |
| FAST®-Automated Telephone | 800-544-5555 |
| Customer Service | 800-544-6666 |

| REFERENCE NO. 23115-1FNJBP | TYPE 1* | REG.REP. WO# | TRADE DATE 04-25-23 | SETTLEMENT DATE 04-27-23 | CUSIP NO. 59134N104 | ORDER NO. 23113-GZI 67 | | |
|---|---|---|---|---|---|---|---|---|
| You Bought | | 5,000 | **DESCRIPTION and DISCLOSURES** META MATERIALS INC COM | | | Principal Amount | | 970.00 |
| at | | .1940 | ISIN #US59134N1046 SEDOL #BKSCVX7 | | | Settlement Amount | | 970.00 |
| Symbol : MMAT | | | WE HAVE ACTED AS AGENT. | | | | | |

| REFERENCE NO. 23115-1FNJBQ | TYPE 1* | REG.REP. WO# | TRADE DATE 04-25-23 | SETTLEMENT DATE 04-27-23 | CUSIP NO. 59134N104 | ORDER NO. 23114-HE2XN | | |
|---|---|---|---|---|---|---|---|---|
| You Bought | | 2,500 | **DESCRIPTION and DISCLOSURES** META MATERIALS INC COM | | | Principal Amount | | 485.00 |
| at | | .1940 | ISIN #US59134N1046 SEDOL #BKSCVX7 | | | Settlement Amount | | 485.00 |
| Symbol : MMAT | | | WE HAVE ACTED AS AGENT. | | | | | |

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE

9900243886

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

FMTC CUSTODIAN - ROTH IRA
FBO CLIFFORD SAGE
8209 UNIVERSITY RIDGE DRIVE
APARTMENT 301
CHARLOTTE NC 28213-3128

If you are eligible to make a deposit, please use this form for investments in your brokerage account *****9151   only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

If there are sufficient funds in your brokerage core account (or margin account), Fidelity will use those funds to cover the trade(s) on this confirm. If you wish to deposit additional money, use this deposit slip and make checks payable to: NATIONAL FINANCIAL SERVICES LLC. Deposits will be made to the account listed above. Please mail checks to the Fidelity address on this form. Refer to the last page for instructions on depositing certificates.

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH  45277-0003

FIDELITY BROKERAGE SERVICES LLC, MEMBER NYSE, SIPC



PO Box 28019
Albuquerque, NM 87125-8019

**Transaction Confirmation**
**Confirm Date: April 26, 2023**

Page 1 of 1

Brokerage Account Number
**\*\*\*\*\*9151 ROTH IRA**

**CLIFFORD  SAGE**

9900245353

FMTC CUSTODIAN - ROTH IRA
FBO CLIFFORD SAGE
8209 UNIVERSITY RIDGE DRIVE
APARTMENT 301
CHARLOTTE NC 28213-3128

Online                                       Fidelity.com
FAST®-Automated Telephone    800-544-5555
Customer Service                     800-544-6666

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 23116-1BMNHS | 1* | WO# | 04-26-23 | 04-28-23 | 59134N104 | 23113-GZJND | | |

You  Bought
                    5,000
       at
    .1920
Symbol :
MMAT

DESCRIPTION and DISCLOSURES
META MATERIALS INC COM
ISIN #US59134N1046 SEDOL #BKSCVX7
WE HAVE ACTED AS AGENT.

Pri nci pal  Amount          960. 00
Settl ement  Amount        960. 00

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 23116-1B5B1S | 1* | WO# | 04-26-23 | 04-28-23 | 59134N104 | 23113-GZI 8Q | | |

You  Bought
                    5,000
       at
    .1900
Symbol :
MMAT

DESCRIPTION and DISCLOSURES
META MATERIALS INC COM
ISIN #US59134N1046 SEDOL #BKSCVX7
WE HAVE ACTED AS AGENT.

Pri nci pal  Amount          950. 00
Settl ement  Amount        950. 00

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE              9900245353

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

FMTC CUSTODIAN - ROTH IRA
FBO CLIFFORD SAGE
8209 UNIVERSITY RIDGE DRIVE
APARTMENT 301
CHARLOTTE NC 28213-3128

If you are eligible to make a deposit, please use this form for investments in your brokerage account **\*\*\*\*\*9151**    only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

If there are sufficient funds in your brokerage core account (or margin account), Fidelity will use those funds to cover the trade(s) on this confirm.  If you wish to deposit additional money, use this deposit slip and make checks payable to: NATIONAL FINANCIAL SERVICES LLC. Deposits will be made to the account listed above.  Please mail checks to the Fidelity address on this form. Refer to the last page for instructions on depositing certificates.

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH  45277-0003

FIDELITY BROKERAGE SERVICES LLC, MEMBER NYSE, SIPC



PO Box 28019
Albuquerque, NM 87125-8019

**Transaction Confirmation**
Confirm Date: April 27, 2023

Page 1 of 2

. Brokerage Account Number
*****9151 ROTH IRA

**CLIFFORD SAGE**

9900258268

FMTC CUSTODIAN - ROTH IRA
FBO CLIFFORD SAGE
8209 UNIVERSITY RIDGE DRIVE
APARTMENT 301
CHARLOTTE NC 28213-3128

| Online | Fidelity.com |
| FAST®-Automated Telephone | 800-544-5555 |
| Customer Service | 800-544-6666 |

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 23117-1BLH9D | 1* | WO# | 04-27-23 | 05-01-23 | 59134N104 | 23113-GZJAM | | |

You Bought
      5,000
   at
    .1880
Symbol :
MMAT

DESCRIPTION and DISCLOSURES
META MATERIALS INC COM
ISIN #US59134N1046 SEDOL #BKSCVX7
WE HAVE ACTED AS AGENT.

Principal Amount     940.00
Settlement Amount    940.00

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 23117-1B7P9L | 1* | WO# | 04-27-23 | 05-01-23 | 59134N104 | 23113-GZJCC | | |

You Bought
      5,000
   at
    .1850
Symbol :
MMAT

DESCRIPTION and DISCLOSURES
META MATERIALS INC COM
ISIN #US59134N1046 SEDOL #BKSCVX7
WE HAVE ACTED AS AGENT.

Principal Amount     925.00
Settlement Amount    925.00

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE

9900258268

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

FMTC CUSTODIAN - ROTH IRA
FBO CLIFFORD SAGE
8209 UNIVERSITY RIDGE DRIVE
APARTMENT 301
CHARLOTTE NC 28213-3128

If you are eligible to make a deposit, please use this form for
investments in your brokerage account *****9151    only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH  45277-0003

If there are sufficient funds in your brokerage core account
(or margin account), Fidelity will use those funds to cover
the trade(s) on this confirm.  If you wish to deposit
additional money, use this deposit slip and make checks
payable to: NATIONAL FINANCIAL SERVICES LLC.
Deposits will be made to the account listed above.  Please
mail checks to the Fidelity address on this form. Refer to the
last page for instructions on depositing certificates.

FIDELITY BROKERAGE SERVICES LLC, MEMBER NYSE, SIPC

Transaction Confirmation
Confirm Date: April 27, 2023

Page 2 of 2

Brokerage Account Number
*****9151 ROTH IRA

CLIFFORD SAGE

| REFERENCE NO. | TYPE | REG. REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 23117-1B7P9Q | 1* | WO# | 04-27-23 | 05-01-23 | 59134N104 | 23113-GZJVA | | |

You Bought

at

Symbol :
MMAT

5,000
.1840

DESCRIPTION and DISCLOSURES
META MATERIALS INC COM
ISIN #US59134N1046 SEDOL #BKSCVX7
WE HAVE ACTED AS AGENT.

Principal Amount          920.00
Settlement Amount          920.00

| REFERENCE NO. | TYPE | REG. REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 23117-1C7ODH | 1* | WO# | 04-27-23 | 05-01-23 | 59134N104 | 23113-GZJEG | | |

You Bought

at

Symbol :
MMAT

5,000
.1810

DESCRIPTION and DISCLOSURES
META MATERIALS INC COM
ISIN #US59134N1046 SEDOL #BKSCVX7
WE HAVE ACTED AS AGENT.

Principal Amount          905.00
Settlement Amount          905.00

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE

9900258268

**REMITTANCE COUPON**



PO Box 28019
Albuquerque, NM 87125-8019

**Transaction Confirmation**
Confirm Date: June 27, 2023

Page 1 of 1

Brokerage Account Number
*****9151 ROTH IRA

**CLIFFORD SAGE**

9900237415

FMTC CUSTODIAN - ROTH IRA
FBO CLIFFORD SAGE
8209 UNIVERSITY RIDGE DRIVE
APARTMENT 301
CHARLOTTE NC 28213-3128

Online                          Fidelity.com
FAST®-Automated Telephone       800-544-5555
Customer Service                800-544-6666

| REFERENCE NO. 23178-1BQWBC | TYPE 1* | REG.REP. WO# | TRADE DATE 06-27-23 | SETTLEMENT DATE 06-29-23 | CUSIP NO. 59134N104 | ORDER NO. 23113-GZJW4 | | |
|---|---|---|---|---|---|---|---|---|

You Bought
                    5,000
        at          .1750
Symbol :
MMAT

DESCRIPTION and DISCLOSURES
META MATERIALS INC COM
ISIN #US59134N1046 SEDOL #BKSCVX7
WE HAVE ACTED AS AGENT.

Principal Amount      875.00
Settlement Amount     875.00

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE          9900237415

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

FMTC CUSTODIAN - ROTH IRA
FBO CLIFFORD SAGE
8209 UNIVERSITY RIDGE DRIVE
APARTMENT 301
CHARLOTTE NC 28213-3128

If you are eligible to make a deposit, please use this form for investments in your brokerage account *****9151   only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH  45277-0003

If there are sufficient funds in your brokerage core account (or margin account), Fidelity will use those funds to cover the trade(s) on this confirm. If you wish to deposit additional money, use this deposit slip and make checks payable to: NATIONAL FINANCIAL SERVICES LLC. Deposits will be made to the account listed above. Please mail checks to the Fidelity address on this form. Refer to the last page for instructions on depositing certificates.

FIDELITY BROKERAGE SERVICES LLC, MEMBER NYSE, SIPC

**Fidelity**
**INVESTMENTS**®

PO Box 28019
Albuquerque, NM 87125-8019

**Transaction Confirmation**
**Confirm Date: July 31, 2023**

Page 1 of 1

Brokerage Account Number
**\*\*\*\*\*9151 ROTH IRA**

**CLIFFORD SAGE**

9900330187

FMTC CUSTODIAN - ROTH IRA
FBO CLIFFORD SAGE
1421 RIDGEPORT AVE
BLOOMINGTON IL 61704-2335

| Online | Fidelity.com |
|---|---|
| FAST®-Automated Telephone | 800-544-5555 |
| Customer Service | 800-544-6666 |

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 23212-1CNKBS | 1* | WO# | 07-31-23 | 08-02-23 | 59134N104 | 23212-G5G8M | | |

| | | DESCRIPTION and DISCLOSURES | | |
|---|---|---|---|---|
| You Sold | | META MATERIALS INC COM | Principal Amount | 612.50 |
| | 2,500 | ISIN #US59134N1046 SEDOL #BKSCVX7 | Activity Assessment Fee | 0.01 |
| at | .2450 | WE HAVE ACTED AS AGENT. | Settlement Amount | 612.49 |
| Symbol : | | LOTS WITHOUT SPECIFIC SHARES | | |
| MMAT | | INSTRUCTIONS WILL BE DEPLETED USING | | |
| | | FIRST IN, FIRST OUT METHOD. | | |

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE                     9900330187

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

FMTC CUSTODIAN - ROTH IRA
FBO CLIFFORD SAGE
1421 RIDGEPORT AVE
BLOOMINGTON IL 61704-2335

If you are eligible to make a deposit, please use this form for
investments in your brokerage account **\*\*\*\*\*9151**    only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

If there are sufficient funds in your brokerage core account
(or margin account), Fidelity will use those funds to cover
the trade(s) on this confirm.  If you wish to deposit
additional money, use this deposit slip and make checks
payable to: NATIONAL FINANCIAL SERVICES LLC.
Deposits will be made to the account listed above.  Please
mail checks to the Fidelity address on this form. Refer to the
last page for instructions on depositing certificates.

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH  45277-0003

FIDELITY BROKERAGE SERVICES LLC, MEMBER NYSE, SIPC



PO Box 28019
Albuquerque, NM 87125-8019

**Transaction Confirmation**
**Confirm Date: August 13, 2024**

Page 1 of 1

Brokerage Account Number
**\*\*\*\*\*9151 ROTH IRA**

**CLIFFORD  SAGE**

9900354423

FMTC CUSTODIAN - ROTH IRA
FBO CLIFFORD SAGE
1421 RIDGEPORT AVE
BLOOMINGTON IL 61704-2335

Online                                Fidelity.com
FAST®-Automated Telephone            800-544-5555
Customer Service                     800-544-6666

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 24226-1C280W | 1* | WO# | 08-13-24 | 08-14-24 | 59134N302 | 24226-AI 4K7 | | |

| | | |
|---|---|---|
| You Sold | DESCRIPTION and DISCLOSURES | |
| 800 | META MATERIALS INC COM NEW | Principal Amount 640.08 |
| at .8001 | ISIN #US59134N3026 SEDOL #BQ67J98 | Activity Assessment Fee 0.02 |
| Symbol : | WE HAVE ACTED AS AGENT. | Settlement Amount 640.06 |
| MMAT | LOTS WITHOUT SPECIFIC SHARES | |
| | INSTRUCTIONS WILL BE DEPLETED USING | |
| | FIRST IN, FIRST OUT METHOD. | |

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE

9900354423

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

FMTC CUSTODIAN - ROTH IRA
FBO CLIFFORD SAGE
1421 RIDGEPORT AVE
BLOOMINGTON IL 61704-2335

If you are eligible to make a deposit, please use this form for investments in your brokerage account  **\*\*\*\*\*9151**    only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

If there are sufficient funds in your brokerage core account (or margin account), Fidelity will use those funds to cover the trade(s) on this confirm.  If you wish to deposit additional money, use this deposit slip and make checks payable to: NATIONAL FINANCIAL SERVICES LLC. Deposits will be made to the account listed above.  Please mail checks to the Fidelity address on this form. Refer to the last page for instructions on depositing certificates.

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH  45277-0003

FIDELITY BROKERAGE SERVICES LLC, MEMBER NYSE, SIPC

# Fidelity
## INVESTMENTS

PO Box 28019
Albuquerque, NM 87125-8019

**Transaction Confirmation**                                    Page 1 of 1
Confirm Date: February 27, 2023

Brokerage Account Number
*****3812 INDIVIDUAL - TOD

CLIFFORD SAGE

CLIFFORD SAGE
8209 UNIVERSITY RIDGE DRIVE                    9900034927
APARTMENT 301
CHARLOTTE NC 28213-3128

Online                          Fidelity.com
FAST®-Automated Telephone       800-544-5555
Customer Service                800-544-6666

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 23058-0BXQ2P | 1* | WO# | 02-27-23 | 03-01-23 | 59134N104 | 23057-G00D7 | | |

| | |
|---|---|
| You Bought | DESCRIPTION and DISCLOSURES |
| '15,000 | META MATERIALS INC COM |
| at .6500 | ISIN #US59134N1046 SEDOL #BKSCVX7 |
| Symbol: | WE HAVE ACTED AS AGENT. |
| MMAT | |

|  |  |
|---|---|
| Principal Amount | 9,750.00 |
| Settlement Amount | 9,750.00 |

## ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE

9900034927

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

CLIFFORD SAGE
8209 UNIVERSITY RIDGE DRIVE
APARTMENT 301
CHARLOTTE NC 28213-3128

If you are eligible to make a deposit, please use this form for investments in your brokerage account *****3812  only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH  45277-0003

If there are sufficient funds in your brokerage core account (or margin account), Fidelity will use those funds to cover the trade(s) on this confirm.  If you wish to deposit additional money, use this deposit slip and make checks payable to: NATIONAL FINANCIAL SERVICES LLC. Deposits will be made to the account listed above.  Please mail checks to the Fidelity address on this form. Refer to the last page for instructions on depositing certificates.

FIDELITY BROKERAGE SERVICES LLC, MEMBER NYSE, SIPC

# Fidelity
### INVESTMENTS

PO Box 28019
Albuquerque, NM 87125-8019

**Transaction Confirmation**
**Confirm Date: March 6, 2023**                    Page 1 of 1

Brokerage Account Number
*****3812 INDIVIDUAL - TOD

CLIFFORD  SAGE

9900037562

CLIFFORD SAGE
8209 UNIVERSITY RIDGE DRIVE
APARTMENT 301
CHARLOTTE NC 28213-3128

| | |
|---|---|
| Online | Fidelity.com |
| FAST®-Automated Telephone | 800-544-5555 |
| Customer Service | 800-544-6666 |

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 23065-0DCK1H | 1* | WO# | 03-06-23 | 03-08-23 | 59134N104 | 23065-HJIDZ | | |

| | | DESCRIPTION and DISCLOSURES | | |
|---|---|---|---|---|
| You Bought | | META MATERIALS INC COM | Principal Amount | 2,394.20 |
| | 4,000 | ISIN #US59134N1046 SEDOL #BKSCVX7 | Settlement Amount | 2,394.20 |
| at | .598549 | WE HAVE ACTED AS AGENT. | | |
| Symbol: | | | | |
| MMAT | | | | |

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE                    9900037562

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

CLIFFORD SAGE
8209 UNIVERSITY RIDGE DRIVE
APARTMENT 301
CHARLOTTE NC 28213-3128

If you are eligible to make a deposit, please use this form for investments in your brokerage account  *****3812    only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

If there are sufficient funds in your brokerage core account (or margin account), Fidelity will use those funds to cover the trade(s) on this confirm.  If you wish to deposit additional money, use this deposit slip and make checks payable to: NATIONAL FINANCIAL SERVICES LLC. Deposits will be made to the account listed above.  Please mail checks to the Fidelity address on this form. Refer to the last page for instructions on depositing certificates.

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH  45277-0003

FIDELITY BROKERAGE SERVICES LLC, MEMBER NYSE, SIPC

**Fidelity**
INVESTMENTS

PO Box 28019
Albuquerque, NM 87125-8019

**Transaction Confirmation**
Confirm Date: April 3, 2023

Page 1 of 1

Brokerage Account Number
*****3812 INDIVIDUAL - TOD

CLIFFORD SAGE

9900042012

CLIFFORD SAGE
8209 UNIVERSITY RIDGE DRIVE
APARTMENT 301
CHARLOTTE NC 28213-3128

| | | |
|---|---|---|
| Online | | Fidelity.com |
| FAST®-Automated Telephone | | 800-544-5555 |
| Customer Service | | 800-544-6666 |

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 23093-0CFXVB | 1* | W4# | 04-03-23 | 04-05-23 | 59134N104 | 23093-HEKG7 | | |

| | | DESCRIPTION and DISCLOSURES | | | |
|---|---|---|---|---|---|
| You Bought | | META MATERIALS INC COM | Principal Amount | 2,060.50 |
| | 5,000 | ISIN #US59134N1046 SEDOL #BKSCVX7 | Settlement Amount | 2,060.50 |
| at | .4121 | WE HAVE ACTED AS AGENT. | | |
| Symbol: | | | | |
| MMAT | | | | |

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE          9900042012

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

CLIFFORD SAGE
8209 UNIVERSITY RIDGE DRIVE
APARTMENT 301
CHARLOTTE NC 28213-3128

If you are eligible to make a deposit, please use this form for investments in your brokerage account *****3812 only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

If there are sufficient funds in your brokerage core account (or margin account), Fidelity will use those funds to cover the trade(s) on this confirm. If you wish to deposit additional money, use this deposit slip and make checks payable to: NATIONAL FINANCIAL SERVICES LLC. Deposits will be made to the account listed above. Please mail checks to the Fidelity address on this form. Refer to the last page for instructions on depositing certificates.

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH 45277-0003

FIDELITY BROKERAGE SERVICES LLC, MEMBER NYSE, SIPC



PO Box 28019
Albuquerque, NM 87125-8019

**Transaction Confirmation**
Confirm Date: April 14, 2023
Page 1 of 1

Brokerage Account Number
*****3812 INDIVIDUAL - TOD

CLIFFORD SAGE

9900030236

CLIFFORD SAGE
8209 UNIVERSITY RIDGE DRIVE
APARTMENT 301
CHARLOTTE NC 28213-3128

| Online | Fidelity.com |
|---|---|
| FAST®-Automated Telephone | 800-544-5555 |
| Customer Service | 800-544-6666 |

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 23104-0GF15G | 1* | WZ# | 04-14-23 | 04-18-23 | 59134N104 | 23104-H5TEL | | |

DESCRIPTION and DISCLOSURES

You Bought        5,000       META MATERIALS INC COM         Principal Amount        1,159.00
   at           .2318       ISIN #US59134N1046 SEDOL #BKSCVX7   Settlement Amount       1,159.00
Symbol:                     WE HAVE ACTED AS AGENT.
MMAT

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 23104-0GK5QG | 1* | W4# | 04-14-23 | 04-18-23 | 59134N104 | 23104-H61AD | | |

DESCRIPTION and DISCLOSURES

You Bought        6,000       META MATERIALS INC COM         Principal Amount        1,392.00
   at           .2320       ISIN #US59134N1046 SEDOL #BKSCVX7   Settlement Amount       1,392.00
Symbol:                     WE HAVE ACTED AS AGENT.
MMAT

**ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE**          9900030236

CLIFFORD SAGE
8209 UNIVERSITY RIDGE DRIVE
APARTMENT 301
CHARLOTTE NC 28213-3128

If you are eligible to make a deposit, please use this form for investments in your brokerage account *****3812 only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH  45277-0003

If there are sufficient funds in your brokerage core account (or margin account), Fidelity will use those funds to cover the trade(s) on this confirm. If you wish to deposit additional money, use this deposit slip and make checks payable to: NATIONAL FINANCIAL SERVICES LLC. Deposits will be made to the account listed above. Please mail checks to the Fidelity address on this form. Refer to the last page for instructions on depositing certificates.

FIDELITY BROKERAGE SERVICES LLC, MEMBER NYSE, SIPC



PO Box 28019
Albuquerque, NM 87125-8019

**Transaction Confirmation**
Confirm Date: April 20, 2023

Page 1 of 1

Brokerage Account Number
*****3812 INDIVIDUAL - TOD

CLIFFORD SAGE

CLIFFORD SAGE
8209 UNIVERSITY RIDGE DRIVE
APARTMENT 301
CHARLOTTE NC 28213-3128

9900030465

Online                               Fidelity.com
FAST®-Automated Telephone            800-544-5555
Customer Service                     800-544-6666

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 23110-0CZC0Q | 1* | W4# | 04-20-23 | 04-24-23 | 59134N104 | 23110-HLJM1 | | |

DESCRIPTION and DISCLOSURES

You Bought      2,162      META MATERIALS INC COM       Principal Amount      421.48
     at      .19495      ISIN #US59134N1046 SEDOL #BKSCVX7    Settlement Amount     421.48
Symbol:                  WE HAVE ACTED AS AGENT.
MMAT                     PARTIAL EXECUTION

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 23110-0CZC0R | 1* | W4# | 04-20-23 | 04-24-23 | 59134N104 | 23110-HLJM1 | | |

DESCRIPTION and DISCLOSURES

You Bought      1,838      META MATERIALS INC COM       Principal Amount      358.41
     at      .1950      ISIN #US59134N1046 SEDOL #BKSCVX7    Settlement Amount     358.41
Symbol:                  WE HAVE ACTED AS AGENT.
MMAT                     PARTIAL EXECUTION

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE                        9900030465

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

CLIFFORD SAGE
8209 UNIVERSITY RIDGE DRIVE
APARTMENT 301
CHARLOTTE NC 28213-3128

If you are eligible to make a deposit, please use this form for investments in your brokerage account *****3812   only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

If there are sufficient funds in your brokerage core account (or margin account), Fidelity will use those funds to cover the trade(s) on this confirm.  If you wish to deposit additional money, use this deposit slip and make checks payable to: NATIONAL FINANCIAL SERVICES LLC. Deposits will be made to the account listed above.  Please mail checks to the Fidelity address on this form. Refer to the last page for instructions on depositing certificates.

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH  45277-0003

FIDELITY BROKERAGE SERVICES LLC, MEMBER NYSE, SIPC



PO Box 28019
Albuquerque, NM 87125-8019

Transaction Confirmation
Confirm Date: April 24, 2023

Page 1 of 2

Brokerage Account Number
*****3812 INDIVIDUAL - TOD

CLIFFORD  SAGE

9900032471

CLIFFORD SAGE
8209 UNIVERSITY RIDGE DRIVE
APARTMENT 301
CHARLOTTE NC 28213-3128

Online                              Fidelity.com
FAST®-Automated Telephone   800-544-5555
Customer Service               800-544-6666

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 23114-0CZTFP | 1* | WO# | 04-24-23 | 04-26-23 | 59134N104 | 23114-HA59K | | |

| | | DESCRIPTION and DISCLOSURES | | | |
|---|---|---|---|---|---|
| You Bought | 2,500 | META MATERIALS INC COM | Principal Amount | | 495.00 |
| at | .1980 | ISIN #US59134N1046 SEDOL #BKSCVX7 | Settlement Amount | | 495.00 |
| Symbol: | | WE HAVE ACTED AS AGENT. | | | |
| MMAT | | | | | |

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 23114-0CZ1MT | 1* | WO# | 04-24-23 | 04-26-23 | 59134N104 | 23114-HAL5L | | |

| | | DESCRIPTION and DISCLOSURES | | | |
|---|---|---|---|---|---|
| You Bought | 5,000 | META MATERIALS INC COM | Principal Amount | | 987.50 |
| at | .1975 | ISIN #US59134N1046 SEDOL #BKSCVX7 | Settlement Amount | | 987.50 |
| Symbol: | | WE HAVE ACTED AS AGENT. | | | |
| MMAT | | | | | |

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE

9900032471

CLIFFORD SAGE
8209 UNIVERSITY RIDGE DRIVE
APARTMENT 301
CHARLOTTE NC 28213-3128

If you are eligible to make a deposit, please use this form for
investments in your brokerage account  *****3812   only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH  45277-0003

If there are sufficient funds in your brokerage core account
(or margin account), Fidelity will use those funds to cover
the trade(s) on this confirm.  If you wish to deposit
additional money, use this deposit slip and make checks
payable to: NATIONAL FINANCIAL SERVICES LLC.
Deposits will be made to the account listed above.  Please
mail checks to the Fidelity address on this form. Refer to the
last page for instructions on depositing certificates.

FIDELITY BROKERAGE SERVICES LLC, MEMBER NYSE, SIPC



PO Box 28019
Albuquerque, NM 87125-8019

**Transaction Confirmation**
Confirm Date: April 26, 2023

Page 1 of 1

Brokerage Account Number
*****3812 INDIVIDUAL - TOD

CLIFFORD SAGE

9900031711

CLIFFORD SAGE
8209 UNIVERSITY RIDGE DRIVE
APARTMENT 301
CHARLOTTE NC 28213-3128

| Online | Fidelity.com |
| FAST®-Automated Telephone | 800-544-5555 |
| Customer Service | 800-544-6666 |

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 23116-0B0SVS | 1* | WO# | 04-26-23 | 04-28-23 | 59134N104 | 23113-GZJ6R | | |

DESCRIPTION and DISCLOSURES

You Bought 5,000 at .1920

META MATERIALS INC COM
ISIN #US59134N1046 SEDOL #BKSCVX7
WE HAVE ACTED AS AGENT.

Symbol: MMAT

| | |
|---|---|
| Principal Amount | 960.00 |
| Settlement Amount | 960.00 |

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 23116-0CGMZD | 1* | WO# | 04-26-23 | 04-28-23 | 59134N104 | 23113-GZJ7X | | |

DESCRIPTION and DISCLOSURES

You Bought 5,000 at .1900

META MATERIALS INC COM
ISIN #US59134N1046 SEDOL #BKSCVX7
WE HAVE ACTED AS AGENT.

Symbol: MMAT

| | |
|---|---|
| Principal Amount | 950.00 |
| Settlement Amount | 950.00 |

**ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE**                    9900031711

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

CLIFFORD SAGE
8209 UNIVERSITY RIDGE DRIVE
APARTMENT 301
CHARLOTTE NC 28213-3128

If you are eligible to make a deposit, please use this form for investments in your brokerage account *****3812    only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

If there are sufficient funds in your brokerage core account (or margin account), Fidelity will use those funds to cover the trade(s) on this confirm. If you wish to deposit additional money, use this deposit slip and make checks payable to: NATIONAL FINANCIAL SERVICES LLC. Deposits will be made to the account listed above. Please mail checks to the Fidelity address on this form. Refer to the last page for instructions on depositing certificates.

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH  45277-0003

FIDELITY BROKERAGE SERVICES LLC, MEMBER NYSE, SIPC



PO Box 28019
Albuquerque, NM 87125-8019

Transaction Confirmation                          Page 1 of 1
Confirm Date: July 31, 2023

Brokerage Account Number
*****3812 INDIVIDUAL - TOD

CLIFFORD  SAGE

9900039225

CLIFFORD SAGE
1421 RIDGEPORT AVE
BLOOMINGTON IL 61704-2335

Online                          Fidelity.com
FAST®-Automated Telephone        800-544-5555
Customer Service                 800-544-6666

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 23212-0DWW5D | 1* | WO# | 07-31-23 | 08-02-23 | 59134N104 | 23212-G4W12 | | |

| | | DESCRIPTION and DISCLOSURES | | |
|---|---|---|---|---|
| You Sold | | META MATERIALS INC COM | Principal Amount | 1,275.00 |
| | 5,000 | ISIN #US59134N1046 SEDOL #BKSCVX7 | Activity Assessment Fee | .0.02 |
| at | .2550 | WE HAVE ACTED AS AGENT. | Settlement Amount | 1,274.98 |
| Symbol: | | LOTS WITHOUT SPECIFIC SHARES | | |
| MMAT | | INSTRUCTIONS WILL BE DEPLETED USING | | |
| | | FIRST IN, FIRST OUT METHOD. | | |

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE                9900039225

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

CLIFFORD SAGE
1421 RIDGEPORT AVE
BLOOMINGTON IL 61704-2335

If you are eligible to make a deposit, please use this form for
investments in your brokerage account *****3812    only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

If there are sufficient funds in your brokerage core account
(or margin account), Fidelity will use those funds to cover
the trade(s) on this confirm.  If you wish to deposit
additional money, use this deposit slip and make checks
payable to: NATIONAL FINANCIAL SERVICES LLC.
Deposits will be made to the account listed above.  Please
mail checks to the Fidelity address on this form. Refer to the
last page for instructions on depositing certificates.

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH  45277-0003

FIDELITY BROKERAGE SERVICES LLC, MEMBER NYSE, SIPC

Transaction Confirmation          Page 2 of 2
Confirm Date: August 13, 2024

Brokerage Account Number
*****3812 INDIVIDUAL - TOD

CLIFFORD  SAGE

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 24226-0DKNQD | 1* | WO# | 08-13-24 | 08-14-24 | 59134N302 | 24226-AJ2DL | | |

DESCRIPTION and DISCLOSURES

```
You Sold              META MATERIALS INC COM NEW        Principal Amount          486.00
            600       ISIN #US59134N3026 SEDOL #BQ67J98  Activity Assessment Fee     0.02
      at    .8100     WE HAVE ACTED AS AGENT.            Settlement Amount         485.98
Symbol:               LOTS WITHOUT SPECIFIC SHARES
MMAT                  INSTRUCTIONS WILL BE DEPLETED USING
                      FIRST IN, FIRST OUT METHOD.
```

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE          9900037169

REMITTANCE COUPON



PO Box 28019
Albuquerque, NM 87125-8019

**Transaction Confirmation**
**Confirm Date: December 4, 2023**                    Page 1 of 1

Brokerage Account Number
*****3812 INDIVIDUAL - TOD

CLIFFORD SAGE

9900042189

CLIFFORD SAGE
1421 RIDGEPORT AVE
BLOOMINGTON IL 61704-2335

Online                              Fidelity.com
FAST®Automated Telephone            800-544-5555
Customer Service                    800-544-6666

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 23338-0BTQBS | 1* | W4# | 12-04-23 | 12-06-23 | 59134N104 | 23335-IXFEA | | |

You Bought                    DESCRIPTION and DISCLOSURES
                              META MATERIALS INC COM                    Principal Amount        429.00
              5,000           ISIN #US59134N1046 SEDOL #BKSCVX7          Settlement Amount       429.00
       at     .0858          WE HAVE ACTED AS AGENT.
Symbol:
MMAT

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 23338-0BTT9F | 1* | W4# | 12-04-23 | 12-06-23 | 59134N104 | 23335-IXGZB | | |

You Bought                    DESCRIPTION and DISCLOSURES
                              META MATERIALS INC COM                    Principal Amount        429.00
              5,000           ISIN #US59134N1046 SEDOL #BKSCVX7          Settlement Amount       429.00
       at     .0858          WE HAVE ACTED AS AGENT.
Symbol:
MMAT

**ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE**                    9900042189

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

CLIFFORD SAGE
1421 RIDGEPORT AVE
BLOOMINGTON IL 61704-2335

If you are eligible to make a deposit, please use this form for
investments in your brokerage account *****3812   only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

If there are sufficient funds in your brokerage core account
(or margin account), Fidelity will use those funds to cover
the trade(s) on this confirm.  If you wish to deposit
additional money, use this deposit slip and make checks
payable to: NATIONAL FINANCIAL SERVICES LLC.
Deposits will be made to the account listed above.  Please
mail checks to the Fidelity address on this form. Refer to the
last page for instructions on depositing certificates.

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH  45277-0003

FIDELITY BROKERAGE SERVICES LLC, MEMBER NYSE, SIPC



PO Box 28019
Albuquerque, NM 87125-8019

**Transaction Confirmation**          Page 1 of 1
**Confirm Date: April 25, 2023**

Brokerage Account Number
*****5458 IRA - ROLLOVER

**CLIFFORD SAGE**

9900242955

FMT CO CUST IRA ROLLOVER
FBO CLIFFORD SAGE
8209 UNIVERSITY RIDGE DRIVE
APARTMENT 301
CHARLOTTE NC 28213-3128

Online                      Fidelity.com
FAST®-Automated Telephone   800-544-5555
Customer Service            800-544-6666

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 23115-1DPKHW | 1* | WO# | 04-25-23 | 04-27-23 | 59134N104 | 23114-HGM77 | | |

You Bought                DESCRIPTION and DISCLOSURES
                          META MATERIALS INC COM              Principal Amount      487.50
          2,500           ISIN #US59134N1046 SEDOL #BKSCVX7    Settlement Amount     487.50
   at     .1950           WE HAVE ACTED AS AGENT.
Symbol :
MMAT

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE          9900242955

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

FMT CO CUST IRA ROLLOVER
FBO CLIFFORD SAGE
8209 UNIVERSITY RIDGE DRIVE
APARTMENT 301
CHARLOTTE NC 28213-3128

If you are eligible to make a deposit, please use this form for investments in your brokerage account *****5458   only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

If there are sufficient funds in your brokerage core account (or margin account), Fidelity will use those funds to cover the trade(s) on this confirm. If you wish to deposit additional money, use this deposit slip and make checks payable to: NATIONAL FINANCIAL SERVICES LLC. Deposits will be made to the account listed above. Please mail checks to the Fidelity address on this form. Refer to the last page for instructions on depositing certificates.

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH  45277-0003

FIDELITY BROKERAGE SERVICES LLC, MEMBER NYSE, SIPC



PO Box 28019
Albuquerque, NM 87125-8019

**Transaction Confirmation**
**Confirm Date: August 13, 2024**

Page 1 of 1

Brokerage Account Number
*****5458 IRA - ROLLOVER

**CLIFFORD SAGE**

9900353218

FMT CO CUST IRA ROLLOVER
FBO CLIFFORD SAGE
1421 RIDGEPORT AVE
BLOOMINGTON IL 61704-2335

Online                       Fidelity.com
FAST®-Automated Telephone    800-544-5555
Customer Service             800-544-6666

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 24226-1C3K6S | 1* | WO# | 08-13-24 | 08-14-24 | 59134N302 | 24226-ALGEA | | |

You Sold           25
        at    .800101
Symbol :
MMAT

DESCRIPTION and DISCLOSURES
META MATERIALS INC COM NEW
ISIN #US59134N3026 SEDOL #BQ67J98
WE HAVE ACTED AS AGENT.
LOTS WITHOUT SPECIFIC SHARES
INSTRUCTIONS WILL BE DEPLETED USING
FIRST IN, FIRST OUT METHOD.

Principal Amount        20.00
Settlement Amount       20.00

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE    9900353218

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

FMT CO CUST IRA ROLLOVER
FBO CLIFFORD SAGE
1421 RIDGEPORT AVE
BLOOMINGTON IL 61704-2335

If you are eligible to make a deposit, please use this form for investments in your brokerage account *****5458  only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

If there are sufficient funds in your brokerage core account (or margin account), Fidelity will use those funds to cover the trade(s) on this confirm. If you wish to deposit additional money, use this deposit slip and make checks payable to: NATIONAL FINANCIAL SERVICES LLC. Deposits will be made to the account listed above. Please mail checks to the Fidelity address on this form. Refer to the last page for instructions on depositing certificates.

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH  45277-0003

FIDELITY BROKERAGE SERVICES LLC, MEMBER NYSE, SIPC