NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | | **PROOF OF INTEREST** |
|---|---|---|
| Name of Debtor: META MATERIALS | Case Number: 24-50792 | |

1. Name and address of holder of the Equity Interest (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

   KALPNA RABADIA
   80 PRESTON ROAD,
   WEMBLEY
   LONDON HA9 8LA
   UNITED KINGDOM

   Telephone Number: +447957969685

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

☑ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

RECEIVED AND FILED
DEC - 9 2024
U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

COURT USE ONLY

Account or other number by which Interest holder identifies Debtor: SEE ATTACHED

Check here if this claim:
☐ replaces a previously filed Proof of Interest dated: _____
☐ amends a previously filed Proof of Interest dated: _____

2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:
   HARGREAVES LANSDOWN, ONE COLLEGE SQUARE SOUTH, ANCHOR ROAD, BRISTOL BS1 5HL
   Telephone Number: UNITED KINGDOM

3. Date Equity Interest was acquired:
   BOUGHT SHARES - 03/01/2023
   SOLD SHARES - 12/03/2024
   SEE ATTACHED

4. Total amount of member interest: 3

5. Certificate number(s): _____

6. Type of Equity Interest:
   Please indicate the type of Equity Interest you hold:
   ☑ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
   ☐ Check this box if your Equity Interest is based on anything else and describe that interest:
   Description: _____

   SOLD 3 SHARES ON 12/03/2024
   SEE ATTACHED

7. Supporting Documents: Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. Date-Stamped Copy: To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

9. Signature:
   Check the appropriate box.
   ☑ I am the creditor.   ☐ I am the creditor's authorized agent. (Attach copy of power of attorney, if any.)   ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)   ☐ I am a guarantor, surety, endorser, or other codebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: KALPNA RABADIA
Title: MRS
Company:___ Address and telephone number (if different from notice address above):
_____

(Signature) K Rabadia    (Date) 4th DEC 2024

Telephone number: +447957969685    email: kjrabadia@hotmail.com

Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571

Please Correspond by Email provided.
Self Addressed Envelope prepaid Services not available anywhere in UK

| META MATERIALS | | |
|---|---|---|
| BUY | 03/01/2023 | 12/03/2024 |
| SHARES | 389 | |
| BRITISH POUNDS | £384.02 | |
| | | |
| SOLD | | |
| SHARES | | 3 |
| BRITISH POUNDS | | £6.17 |

TRADING AGENT

HARGREAVES LANSDOWN
ONE COLLEGE SQAURE SOUTH
BRISTOL
BS1 5HL
UNITED KINGDOM

FINANCIAL CONDUCT AUTHORITY- UK
FIRM NUMBER-115248

COMPANY REGISTRATION NUMBER
1896481

NAME
KALPNA RABADIA

EMAIL
KJRABADIA@HOTMAIL.COM

DATE OF BIRTH
16/01/1973

PHONE NUMBER
447957969685

ADRESS
80 PRESTON ROAD,
WEMBLEY,
LONDON. HA9 8LA
UNITED KINGDOM

Hargreaves Lansdown is a trading name of Hargreaves Lansdown Asset Management Limited. Authorised and regulated by the Financial Conduct Authority, No. 115248 Company registered in England and Wales No. 01896481. A member firm of the London Stock Exchange. A Wholly Owned Subsidiary of Hargreaves Lansdown Plc.

# HARGREAVES LANSDOWN

One College Square South
Anchor Road
Bristol
BS1 5HL

# Contract Note

Share Dealing:
(0117) 980 9800
Fund Dealing:
(0117) 980 9807
Helpdesk:
(0117) 900 9000
www.hl.co.uk

Mrs Kalpna Rabadia
80 Preston Road
Wembley
Middx
HA9 8LA

Date **29/12/2022**     Time **14:30**     A/C Designation :     Contract Note No.  **B427291963-03375617**
(To be quoted in all correspondence)

We have today on your instructions        **\*\*BOUGHT\*\***        the security detailed below.

# IMPORTANT

Please check all details are correct.
You should advise us of any discrepancy immediately

| Quantity | Security | Price | Consideration |
|---|---|---|---|
| **389.00** | US59134N1046<br>Meta Materials Inc<br>USD0.001 B<br><br>Price (USD)<br>Exchange rate<br>Price (pence)<br><br><br>Limit Order<br>Venue of Execution: Off exchange<br>Broker: Winterflood Securities Limited | <br><br><br><br>1.1900<br>0.8296<br>98.72 | <br><br><br><br>**GBP 384.02** |
| | Dealing charge<br>FX Charge<br><br>Total Charges | | 11.95<br>3.84<br><br>15.79 |
| | These shares/units have been dealt using the following account: | | |
| **HL SIPP** | | Settlement Date:  **03/01/2023** | **399.81** |

E and OE

Note:
Retain this document as a record of your investment.
Always quote your client number and contract note number in correspondence.
This contract is subject to our normal terms and conditions of business and may also be subject to the rules of the London Stock Exchange.
Details of any commission shared with third parties is available upon request.

Hargreaves Lansdown is a trading name of Hargreaves Lansdown Asset Management Limited. Authorised and regulated by the Financial Conduct Authority, No. 115248 Company registered in England and Wales No. 01896481. A member firm of the London Stock Exchange. A Wholly Owned Subsidiary of Hargreaves Lansdown Plc.

# HARGREAVES LANSDOWN

# Contract Note

Mrs Kalpna Rabadia
80 Preston Road
Wembley
Middx
HA9 8LA

One College Square South
Anchor Road
Bristol
BS1 5HL

Share Dealing:
(0117) 980 9800
Fund Dealing:
(0117) 980 9807
Helpdesk:
(0117) 900 9000
www.hl.co.uk

Date **08/03/2024**    Time **14:48**    A/C Designation :    Contract Note No.    **S725536633-03375617**
(To be quoted in all correspondence)

We have today on your instructions    **\*\*SOLD\*\***    the security detailed below.

**IMPORTANT**    Please check all details are correct.
You should advise us of any discrepancy immediately

| Quantity | Security | Price | Consideration |
|---|---|---|---|
| 3.00 | US59134N3026<br>Meta Materials Inc<br>USD0.001 B<br>STOCK CODE: MMATQ<br><br>Price (USD)<br>Exchange rate<br>Price (pence)<br><br>Market Order<br>Venue of Execution: Off exchange<br>Broker: Canaccord Capital | 2.6500003219<br>0.776555<br>205.7871 | GBP 6.17 |
| | Dealing charge<br>FX Charge<br><br>Total Charges | | 6.10<br>0.06<br><br>6.16 |
| | These shares/units have been dealt using the following account: | | |
| **HL SIPP** | | Settlement Date: **12/03/2024** | 0.01 |

E and OE

Note:
Retain this document as a record of your investment.
Always quote your client number and contract note number in correspondence.
This contract is subject to our normal terms and conditions of business and may also be subject to the rules of the London Stock Exchange.
Details of any commission shared with third parties is available upon request.