NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | | PROOF OF INTEREST |
|---|---|---|
| **Name of Debtor** Meta Materials, Inc | **Case Number** 24-50792-HLB | |

**1** Name and address of holder of the Equity Interest (the person or entity holding an Equity Interest in the Debtor Referred to hereinafter as the Interest holder)

Charles A. Yoakley
45 Beloit Dr.
Heber Springs, AR 72543

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars

☐ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors

**Telephone Number** 904-449-6588

**RECEIVED AND FILED**

**DEC - 9 2024**

**U.S. BANKRUPTCY COURT**
**MARY A. SCHOTT, CLERK**

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. 'An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security; (b) interest of a limited partner in a limited partnership; or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.'

**COURT USE ONLY**

| Account or other number by which Interest holder identifies Debtor IRRA-EDGE 282-93X61 | Check here if this claim ☐ replaces a previously filed Proof of Interest dated _____ ☐ amends a previously filed Proof of Interest dated _____ |
|---|---|

| **2** Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest | **3** Date Equity Interest was acquired |
|---|---|
| Merrill Lynch EDGE   FL9-802-08-05<br>PO Box 40486<br>Jacksonville, FL 32203<br>**Telephone Number** 877-653-4732 | 6-24-21  7-8-21   10-21-21  11-17-21  1-24-23<br>6-23-21  7-4-21   10-25-21  1-6-22   11-08-23<br>6-28-21  7-13-21  10-26-21  1-7-22<br>6-30-21  7-20-21  10-27-21  1-25-22<br>7-6-21   9-21-21  11-1-21   7-22-22<br>7-7-21            11-2-21   8-23-22 |

| **4** Total amount of member interest 240 (Post Reverse Split) | **5** Certificate number(s) _____ |
|---|---|

**6** Type of Equity Interest
Please indicate the type of Equity Interest you hold
☒ Check this box if your Equity Interest is based on an actual member interest held in the Debtor
☐ Check this box if your Equity Interest is based on anything else and describe that interest
Description: _____

**7** Supporting Documents Attach copies of supporting documents such as stock certificates, option agreements, warrants, etc
DO NOT SEND ORIGINAL DOCUMENTS If the documents are not available explain. If the documents are voluminous, attach a summary

**8** Date-Stamped Copy To receive an acknowledgement of the filing of your Proof of Interest enclose a stamped self-addressed envelope and copy of this Proof of Interest

**9** Signature
Check the appropriate box
☒ I am the creditor   ☐ I am the creditor's authorized agent   ☐ I am the trustee or the debtor,   ☐ I am a guarantor surety endorser or other codebtor
(Attach copy of power of attorney, if any)   or their authorized agent   (See Bankruptcy Rule 3005)
(See Bankruptcy Rule 3004)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge information, and reasonable belief

Print Name  Charles A. Yoakley
Title  N/A
Company __ Address and telephone number (if different from notice address above)


(Signature)   11-26-2024 (Date)

Telephone number 904-449-6588   email Charlie.Yoakley@gmail.com

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U S C §§ 152 AND 3571*

[Print Form]   [Save Form]   [Clear Form]

## META MATERIALS INC, MMATQ

| Total Value<br>As of 11/26/2024 10:58 AM ET | Market Price<br>As of 11/26/2024 10:58 AM ET | Held Since | Quantity | Unrealized Gain/(Loss)<br>As of 11/26/2024 10:58 AM ET |
|---|---|---|---|---|
| $16.84 | $0.0610 0.00 | 06/23/2021 | 276 | Short Term  0.00<br>Long Term  ($79,180.27) |

Research | Trade | Transfer

**Open Lots** | Closed Lots

As of 11/26/2024 10:58 AM ET

| Account | Quantity | Unit Cost ($) | Cost Basis ($) | Accrued Interest($) | Price($) | Value($) | Gain/Loss ($) | Gain/Loss (%) |
|---|---|---|---|---|---|---|---|---|
| **IRRA-Edge 28Z-93X61** | 240 | 302.77 | 72,663.81 | -- | 0.0610 | 14.66 | (72,649.15) | (99.98) |
| **Acquisition Date** | Quantity | Unit Cost ($) | Cost Basis ($) | | | Value($) | Gain/Loss ($) | Gain/Loss (%) |
| 11/06/2023 (Long Term) | 10 | 10.17 | 101.70 | | | 0.61 | (101.09) | (99.40) |
| 01/20/2023 (Long Term) | 30 | 107.00 | 3,210.00 | | | 1.83 | (3,208.17) | (99.94) |
| 08/19/2022 (Long Term) | 1.5000 | 88.64 | 132.96 | | | 0.09 | (132.87) | (99.93) |
| 07/20/2022 (Long Term) | 1 | 99.56 | 99.56 | | | 0.06 | (99.50) | (99.94) |
| 01/21/2022 (Long Term) | 10 | 179.88 | 1,798.80 | | | 0.61 | (1,798.19) | (99.97) |
| 01/05/2022 (Long Term) | 30 | 256.00 | 7,680.00 | | | 1.83 | (7,678.17) | (99.98) |
| 01/05/2022 (Long Term) | 20 | 256.51 | 5,130.19 | | | 1.22 | (5,128.97) | (99.98) |
| 01/04/2022 (Long Term) | 20 | 273.75 | 5,475.00 | | | 1.22 | (5,473.78) | (99.98) |
| 01/04/2022 (Long Term) | 30 | 273.89 | 8,216.70 | | | 1.83 | (8,214.87) | (99.98) |
| 11/15/2021 (Long Term) | 30 | 480.50 | 14,415.00 | | | 1.83 | (14,413.17) | (99.99) |
| 10/29/2021 (Long Term) | 5 | 455.30 | 2,276.50 | | | 0.31 | (2,276.19) | (99.99) |
| 10/28/2021 (Long Term) | 20 | 443.00 | 8,860.00 | | | 1.22 | (8,858.78) | (99.99) |
| 10/25/2021 (Long Term) | 5 | 443.60 | 2,218.00 | | | 0.31 | (2,217.69) | (99.99) |
| 10/22/2021 (Long Term) | 5 | 428.60 | 2,143.00 | | | 0.31 | (2,142.69) | (99.99) |
| 10/21/2021 (Long Term) | 5 | 481.50 | 2,407.50 | | | 0.31 | (2,407.19) | (99.99) |
| 10/19/2021 (Long Term) | 10 | 483.89 | 4,838.90 | | | 0.61 | (4,838.29) | (99.99) |
| 10/19/2021 (Long Term) | 7.5000 | 488.00 | 3,660.00 | | | 0.46 | (3,659.54) | (99.99) |
| **Long Term** | | | | | | | **(72,649.15)** | |
| **CMA-Edge 43X-93Q86**(Wash Sale) | 36 | 181.48 | 6,533.31 | -- | 0.0610 | 2.19 | (6,531.12) | (99.97) |

**News**

No news available.

Learn more about this security

More News »

Ratings | **Fundamentals** | Margin Details

| | |
|---|---|
| Asset Class | Equities |
| Sector | Information Technology |
| Industry | Semiconductors |
| Size & Style | Equities Blend |
| CUSIP | 59134N302 |
| Exchange | OTC |
| **Previous Close ($)** | **0.0610** |
| 52 Week Range ($) | 0.0610 - 11.9950 |
| Price / Earnings | 0.00 |



**MERRILL**
A BANK OF AMERICA COMPANY

FBO CHARLES A YOAKLEY                    Account Number  28Z 93X61

# YOUR RETIREMENT ACCOUNT TRANSACTIONS

April 01, 2021 - June 30, 2021

**SECURITY TRANSACTIONS** (continued)

| Settlement Date | Description | Transaction Type | Quantity | Transaction Amount | Commissions/ Trading Fees | (Debit)/ Credit | Accrued Interest Earned/(Paid) |
|---|---|---|---|---|---|---|---|
| **Purchases** | | | | | | | |
| 06/04 | NOKIA CORP SPON ADR CUS NO 654902204 UNIT PRICE 5 6100 | Purchase | 77 0000 | (431 97) | | (431 97) | |
| 06/04 | NOKIA CORP SPON ADR CUS NO 654902204 UNIT PRICE 5 6100 | Purchase | 100 0000 | (561 00) | | (561 00) | |
| 06/04 | NOKIA CORP SPON ADR CUS NO 654902204 UNIT PRICE 5 6200 | Purchase | 630 0000 | (3 540 60) | | (3 540 60) | |
| 06/18 | AMC ENTMT HLDGS INC CL A CUS NO 00165C104 UNIT PRICE 55 2700 | Purchase | 5 0000 | (276 35) | | (276 35) | |
| 06/18 | AMC ENTMT HLDGS INC CL A CUS NO 00165C104 UNIT PRICE 55 2800 | Purchase | 1 0000 | (55 28) | | (55 28) | |
| 06/18 | AMC ENTMT HLDGS INC CL A CUS NO 00165C104 UNIT PRICE 55 2800 | Purchase | 10 0000 | (552 80) | | (552 80) | |
| 06/18 | AMC ENTMT HLDGS INC CL A CUS NO 00165C104 UNIT PRICE 55 2800 | Purchase | 64 0000 | (3,537 92) | | (3 537 92) | |
| 06/18 | AMC ENTMT HLDGS INC CL A CUS NO 00165C104 UNIT PRICE 55 2800 | Purchase | 20 0000 | (1 105 60) | | (1 105 60) | |
| 06/18 | TORCHLIGHT ENERGY RESOURCES INC CUS NO 89102U103 UNIT PRICE 6 2500 | Purchase | 150 0000 | (937 50) | | (937 50) | |
| 06/21 | TORCHLIGHT ENERGY RESOURCES, INC CUS NO 89102U103 UNIT PRICE 5 1950 | Purchase | 200 0000 | (1 039 00) | | (1 039 00) | |
| 06/23 | METAMATERIAL INC REG SHS CUS NO 59134F101 UNIT PRICE 8 7400 | Purchase | 250 0000 | (2 185 00) | | (2 185 00) | |
| 06/24 | RIOT BLOCKCHAIN INC CUS NO 767292105 UNIT PRICE 29 3347 | Purchase | 350 0000 | (10 267 15) | | (10 267 15) | |
| 06/29 | TORCHLIGHT ENERGY RESOURCES INC CUS NO 89102U103 UNIT PRICE 4 6900 | Purchase | 26 0000 | (121 94) | | (121 94) | |

+

FBO CHARLES A YOAKLEY  Account Number  28Z 93X61   24 Hour Assistance  (877) 653 4732
Access Code  32 286 93961

## YOUR RETIREMENT ACCOUNT TRANSACTIONS

April 01, 2021  June 30, 2021

**SECURITY TRANSACTIONS**  (continued)

| Settlement Date | Description | Transaction Type | Quantity | Transaction Amount | Commissions/ Trading Fees | (Debit)/ Credit | Accrued Interest Earned/(Paid) |
|---|---|---|---|---|---|---|---|
| **Purchases** | | | | | | | |
| 06/29 | TORCHLIGHT ENERGY RESOURCES INC CUS NO 89102U103 UNIT PRICE 4 6900 | Purchase | 474 0000 | (2,223 06) | | (2 223 06) | |
| 06/30 | META MATERIALS INC CUS NO 59134N104 UNIT PRICE 8 4700 | Purchase | 250 0000 | (2 117 50) | | (2 117 50) | |
| 06/30 | META MATERIALS INC CUS NO 59134N104 UNIT PRICE 8 1200 | Purchase | 50 0000 | (406 00) | | (406 00) | |
| | *Subtotal (Purchases)* | | | **(83,014 29)** | | **(83,014 29)** | |
| **Sales** | | | | | | | |
| 04/05 | NOKIA CORP SPON ADR CUS NO 654902204 UNIT PRICE 3 9750 | Sale | 1 250 0000 | 4 968 75 | ( 03) | 4 968 72 | |
| 04/14 | GAMESTOP CORP NEW CL A CUS NO 36467W109 UNIT PRICE 139 5488 | Sale | 65 0000 | 9 070 67 | ( 05) | 9 070 62 | |
| 04/19 | INVESCO QQQ TR SER 1 CUS NO 46090E103 UNIT PRICE 341 5360 | Sale | 35 0000 | 11 953 76 | ( 06) | 11 953 70 | |
| 06/04 | INVESCO QQQ TR SER 1 CUS NO 46090E103 UNIT PRICE 333 8850 | Sale | 113 0000 | 37 729 01 | ( 19) | 37 728 82 | |
| 06/04 | GLOBAL X AUTONOMOUS AND ELEC VEHICLES CUS NO 37954Y624 UNIT PRICE 28 1840 | Sale | 704 0000 | 19 841 54 | ( 10) | 19 841 44 | |
| | *Subtotal (Sales)* | | | **83,563 73** | **( 43)** | **83,563 30** | |
| **Other Security Transactions** | | | | | | | |
| 06/28 | META MATERIALS INC PAY DATE 06/28/2021 | Exchange | 175 0000 | | | | |
| 06/28 | TORCHLIGHT ENERGY RESOURCES, INC PAY DATE 06/28/2021 | Exchange | 350 0000 | | ( | | |
| 06/29 | META MATERIALS INC | Exchange | 250 0000 | | | | |

+

009  8 of 13



**MERRILL**
A BANK OF AMERICA COMPANY

FBO CHARLES A YOAKLEY                                        Account Number  28Z 93X61

# YOUR RETIREMENT ACCOUNT TRANSACTIONS

April 01, 2021  June 30, 2021

## SECURITY TRANSACTIONS  (continued)

| Settlement Date | Description | Transaction Type | Quantity | Transaction Amount | Commissions/ Trading Fees | (Debit)/ Credit | Accrued Interest Earned/(Paid) |
|---|---|---|---|---|---|---|---|
| **Other Security Transactions** | | | | | | | |
| | PAY DATE 06/29/2021 | | | | | | |
| 06/29 | TORCHLIGHT ENERGY RESOURCES, INC  PAY DATE 06/29/2021 | Exchange | 500 0000 | | | | |
| | *Subtotal (Other Security Transactions)* | | | | | | |
| | **TOTAL** | | | 549 44 | (43) | 549 01 | |
| | **TOTAL SECURITY PURCHASES/(DEBITS)** | | | | | (83,014 29) | |
| | **TOTAL SECURITY SALES/CREDITS** | | | | | 83,563 30 | |

## REALIZED GAINS/(LOSSES)

| Description | Quantity | Acquired Date | Liquidation Date | Sale Amount | Cost Basis | Gains/(Losses) This Statement | Gains/(Losses) Year to Date |
|---|---|---|---|---|---|---|---|
| INVESCO QQQ TR   SER 1 | 35 0000 | 02/16/21 | 04/15/21 | 11 953 70 | 11 748 43 | 205 27 | |
| INVESCO QQQ TR   SER 1 | 113 0000 | 02/16/21 | 06/02/21 | 37 728 82 | 37 930 65 | (201 83) | |
| GAMESTOP CORP NEW   CL A | 65 0000 | 03/25/21 | 04/12/21 | 9 070 62 | 9 170 20 | (99 58) | |
| GLOBAL X AUTONOMOUS AND | 704 0000 | 02/16/21 | 06/02/21 | 19 841 44 | 19 968 96 | (127 52) | |
| NOKIA CORP   SPON   ADR | 1250 0000 | 03/19/21 | 03/31/21 | 4 968 72 | 5 006 25 | (37 53) | |
| *Subtotal (Short Term)* | | | | | | (261 19) | 1 008 83 |
| **TOTAL** | | | | 83,563 30 | 83,824 49 | (261 19) | 1,008 83 |

⊙  Excludes transactions for which we have insufficient data

## CASH/OTHER TRANSACTIONS

| Date | Description | Transaction Type | Quantity | Debit | Credit |
|---|---|---|---|---|---|
| **Other Debits/Credits** | | | | | |
| 06/18 | NETEASE COM INC   ADR DEPOSITORY BANK SVCE FEE | Depository Bank (ADR) Fee | | 20 | |
| | *Subtotal (Other Debits/Credits)* | | | 20 | |

+



**MERRILL**
A BANK OF AMERICA COMPANY

FBO CHARLES A YOAKLEY

Account Number 28Z 93X61

## YOUR RETIREMENT ACCOUNT TRANSACTIONS

July 01, 2021  September 30 2021

**SECURITY TRANSACTIONS** (continued)

| Settlement Date | Description | Transaction Type | Quantity | Transaction Amount | Commissions/ Trading Fees | (Debit)/ Credit | Accrued Interest Earned/(Paid) |
|---|---|---|---|---|---|---|---|
| **Purchases** | | | | | | | |
| 07/07 | BLACKBERRY LTD SHS<br>CUS NO 09228F103 UNIT PRICE  11 9800 | Purchase | 1 0000 | (11 98) | | (11 98) | |
| 07/07 | BLACKBERRY LTD SHS<br>CUS NO 09228F103 UNIT PRICE  11 9800 | Purchase | 286 0000 | (3,426 28) | | (3 426 28) | |
| 07/07 | BLACKBERRY LTD SHS<br>CUS NO 09228F103 UNIT PRICE  11 9800 | Purchase | 40 0000 | (479 20) | | (479 20) | |
| 07/07 | BLACKBERRY LTD SHS<br>CUS NO 09228F103 UNIT PRICE  11 9800 | Purchase | 100 0000 | (1 198 00) | | (1 198 00) | |
| 07/07 | BLACKBERRY LTD SHS<br>CUS NO 09228F103 UNIT PRICE  11 9800 | Purchase | 1 0000 | (11 98) | | (11 98) | |
| 07/07 | BLACKBERRY LTD SHS<br>CUS NO 09228F103 UNIT PRICE  11 9800 | Purchase | 10 0000 | (119 80) | | (119 80) | |
| 07/07 | BLACKBERRY LTD SHS<br>CUS NO 09228F103 UNIT PRICE  11 9800 | Purchase | 10 0000 | (119 80) | | (119 80) | |
| 07/07 | BLACKBERRY LTD SHS<br>CUS NO 09228F103 UNIT PRICE  11 9800 | Purchase | 100 0000 | (1 198 00) | | (1 198 00) | |
| 07/07 | BLACKBERRY LTD SHS<br>CUS NO 09228F103 UNIT PRICE  11 9800 | Purchase | 550 0000 | (6 589 00) | | (6 589 00) | |
| 07/07 | META MATERIALS INC<br>CUS NO 59134N104 UNIT PRICE  6 8300 | Purchase | 314 0000 | (2 144 62) | | (2 144 62) | |
| 07/13 | META MATERIALS INC<br>CUS NO 59134N104 UNIT PRICE  5 0071 | Purchase | 1 000 0000 | (5 007 10) | | (5 007 10) | |
| 07/14 | META MATERIALS INC<br>CUS NO 59134N104 UNIT PRICE  3 9350 | Purchase | 750 0000 | (2 951 25) | | (2 951 25) | |
| 07/20 | RIOT BLOCKCHAIN INC<br>CUS NO 767292105 UNIT PRICE  28 3763 | Purchase | 48 0000 | (1 362 06) | | (1 362 06) | |

+

015

FBO CHARLES A YOAKLEY     Account Number 28Z 93X61     24 Hour Assistance **(877) 653 4732**
Access Code 32 286 93961

## YOUR RETIREMENT ACCOUNT TRANSACTIONS

July 01 2021 September 30 2021

**SECURITY TRANSACTIONS** (continued)

| Settlement Date | Description | Transaction Type | Quantity | Transaction Amount | Commissions/ Trading Fees | (Debit)/ Credit | Accrued Interest Earned/(Paid) |
|---|---|---|---|---|---|---|---|
| **Purchases** | | | | | | | |
| 07/20 | META MATERIALS INC<br>CUS NO 59134N104 UNIT PRICE 3 8293 | Purchase | 2 750 0000 | (10 530 58) | | (10 530 58) | |
| 07/22 | BLACKBERRY LTD SHS<br>CUS NO 09228F103 UNIT PRICE 10 6000 | Purchase | 350 0000 | (3 710 00) | | (3 710 00) | |
| 08/13 | HUT 8 MNG CORP NEW COM<br>CUS NO 44812T102 UNIT PRICE 6 3300 | Purchase | 300 0000 | (1 899 00) | | (1 899 00) | |
| 08/13 | HUT 8 MNG CORP NEW COM<br>CUS NO 44812T102 UNIT PRICE 6 3200 | Purchase | 26 0000 | (164 32) | | (164 32) | |
| 08/17 | BLACKBERRY LTD SHS<br>CUS NO 09228F103 UNIT PRICE 9 9700 | Purchase | 1 150 0000 | (11 465 50) | | (11 465 50) | |
| 08/24 | BLACKBERRY LTD SHS<br>CUS NO 09228F103 UNIT PRICE 9 6300 | Purchase | 500 0000 | (4 815 00) | | (4 815 00) | |
| 09/07 | BLACKBERRY LTD SHS<br>CUS NO 09228F103 UNIT PRICE 11 2300 | Purchase | 1 000 0000 | (11,230 00) | | (11 230 00) | |
| 09/21 | BLACKBERRY LTD SHS<br>CUS NO 09228F103 UNIT PRICE 9 9850 | Purchase | 1 000 0000 | (9,985 00) | | (9 985 00) | |
| 09/21 | META MATERIALS INC<br>CUS NO 59134N104 UNIT PRICE 4 9569 | Purchase | 1 000 0000 | (4 956 90) | | (4 956 90) | |
| | *Subtotal (Purchases)* | | | **(123,201 23)** | | **(123,201 23)** | |
| **Sales** | | | | | | | |
| 07/07 | BLACKBERRY LTD SHS<br>CUS NO 09228F103 UNIT PRICE 11 8906 | Sale | 4 500 0000 | 53 507 70 | ( 27) | 53 507 43 | |
| 07/07 | SQUARE INC SHS CL A<br>CUS NO 852234103 UNIT PRICE 240 8000 | Sale | 36 0000 | 8 668 80 | ( 04) | 8 668 76 | |
| 07/20 | SPROTT PHYSICAL SILVER | Sale | 713 0000 | 6,474 82 | ( 03) | 6 474 79 | |

+

015                                          *8 of 14*



**MERRILL**
A BANK OF AMERICA COMPANY

FBO CHARLES A YOAKLEY                         Account Number  28Z 93X61

# YOUR RETIREMENT ACCOUNT TRANSACTIONS

July 01, 2021   September 30, 2021

**SECURITY TRANSACTIONS** (continued)

| Settlement Date | Description | Transaction Type | Quantity | Transaction Amount | Commissions/ Trading Fees | (Debit)/ Credit | Accrued Interest Earned/(Paid) |
|---|---|---|---|---|---|---|---|
| **Sales** | | | | | | | |
| | TRUST CUS NO 85207K107 UNIT PRICE   9 0811 | | | | | | |
| 07/20 | NETEASE COM INC   ADR CUS NO 64110W102 UNIT PRICE   112 2950 | Sale | 79 0000 | 8 871 31 | ( 05) | 8 871 26 | |
| 08/13 | LIVENT CORP CUS NO 53814L108 UNIT PRICE   24 0200 | Sale | 646 0000 | 15 516 92 | ( 08) | 15 516 84 | |
| 08/13 | NOKIA CORP  SPON  ADR CUS NO 654902204 UNIT PRICE   6 0000 | Sale | 500 0000 | 3 000 00 | ( 02) | 2 999 98 | |
| 08/18 | HUT 8 MNG CORP NEW COM CUS NO 44812T102 UNIT PRICE   6 5020 | Sale | 326 0000 | 2 119 66 | ( 01) | 2 119 65 | |
| 09/07 | NOKIA CORP  SPON  ADR CUS NO 654902204 UNIT PRICE   6 0450 | Sale | 1 500 0000 | 9 067 50 | ( 05) | 9 067 45 | |
| 09/21 | GLOBAL X VIDEO GAMES AND ESPORT CUS NO 37954Y392 UNIT PRICE   29 2900 | Sale | 544 0000 | 15 933 76 | ( 08) | 15 933 68 | |
| | **Subtotal (Sales)** | | | **123,160 47** | **( 63)** | **123,159 84** | |
| **Other Security Transactions** | | | | | | | |
| 07/06 | METAMATERIAL INC REG SHS PAY DATE 07/06/2021 | Exchange | 250 0000 | | | | |
| 07/06 | META MATERIALS INC PAY DATE 07/06/2021 | Exchange | 461 0000 | | | | |
| 07/08 | META MATERIALS INC NEW MONEY ZERO% DEC 31 2099 HOLDING 350 0000 PAID BY TORCHLIGHT ENERG PAY DATE 06/25/2021 | Dividend | 350 0000 | | | | |
| | **Subtotal (Other Security Transactions)** | | | | | | |
| | **TOTAL** | | ( | (40 76) | ( ( 63) | (41 39) | |
| | **TOTAL SECURITY PURCHASES/(DEBITS)** | | | | | **(123,201 23)** | |
| | **TOTAL SECURITY SALES/CREDITS** | | | | | **123,159 84** | |

+
_
015

9 of 14

FBO CHARLES A YOAKLEY

Account Number 28Z 93X61

24 Hour Assistance (877) 653 4732
Access Code 32 286 93961

## YOUR RETIREMENT ACCOUNT TRANSACTIONS

October 01 2021   December 31, 2021

**DIVIDENDS/INTEREST INCOME TRANSACTIONS** (continued)

| Date | Description | Transaction Type | Quantity | Income | Income Year To Date |
|---|---|---|---|---|---|
| **Tax Exempt Dividends** | | | | | |
| 12/31 | ARK GENOMIC REVOLUTION ETF HOLDING 181 0000 PAY DATE 12/31/2021 | * Short Term Capital Gain | | 69 21 | |
| | *Subtotal (Tax Exempt Dividends)* | | | 69 21 | 215 00 |
| | **NET TOTAL** | | | 69 29 | 215 88 |

**SECURITY TRANSACTIONS**

| Settlement Date | Description | Transaction Type | Quantity | Transaction Amount | Commissions/ Trading Fees | (Debit)/ Credit | Accrued Interest Earned/(Paid) |
|---|---|---|---|---|---|---|---|
| **Purchases** | | | | | | | |
| 10/21 | META MATERIALS INC CUS NO 59134N104 UNIT PRICE  4 8800 | Purchase | 2 000 0000 | (9 760 00) | | (9 760 00) | |
| 10/21 | META MATERIALS INC CUS NO 59134N104 UNIT PRICE  4 8389 | Purchase | 1 000 0000 | (4 838 90) | | (4 838 90) | |
| 10/25 | META MATERIALS INC CUS NO 59134N104 UNIT PRICE  4 8150 | Purchase | 500 0000 | (2 407 50) | | (2 407 50) | |
| 10/26 | CREATD INC CUS NO 225265107 UNIT PRICE  8 3400 | Purchase | 100 0000 | (834 00) | | (834 00) | |
| 10/26 | META MATERIALS INC CUS NO 59134N104 UNIT PRICE  4 2860 | Purchase | 500 0000 | (2 143 00) | | (2 143 00) | |
| 10/27 | BENESSERE CAPITAL ACQUI CL A CUS NO 08179B103 UNIT PRICE  18 3600 | Purchase | 50 0000 | (918 00) | | (918 00) | |
| 10/27 | META MATERIALS INC CUS NO 59134N104 UNIT PRICE  4 4360 | Purchase | 500 0000 | (2 218 00) | | (2 218 00) | |
| 10/27 | PHUNWARE INC CUS NO 71948P100 UNIT PRICE  11 1600 | Purchase | 100 0000 | (1 116 00) | | (1 116 00) | |
| 10/27 | REMARK HOLDINGS INC CUS NO 75955K102 UNIT PRICE  7 3100 | Purchase | 100 0000 | (731 00) | | (731 00) | |



**MERRILL**
A BANK OF AMERICA COMPANY

FBO CHARLES A YOAKLEY                                           Account Number  28Z 93X61

# YOUR RETIREMENT ACCOUNT TRANSACTIONS

October 01 2021  December 31 2021

**SECURITY TRANSACTIONS** (continued)

| Settlement Date | Description | Transaction Type | Quantity | Transaction Amount | Commissions/ Trading Fees | (Debit)/ Credit | Accrued Interest Earned/(Paid) |
|---|---|---|---|---|---|---|---|
| **Purchases** | | | | | | | |
| 11/01 | META MATERIALS INC<br>CUS NO 59134N104 UNIT PRICE  4 4300 | Purchase | 2 000 0000 | (8,860 00) | | (8 860 00) | |
| 11/02 | META MATERIALS INC<br>CUS NO 59134N104 UNIT PRICE  4 5530 | Purchase | 500 0000 | (2 276 50) | | (2 276 50) | |
| 11/15 | HUT 8 MNG CORP NEW COM<br>CUS NO 44812T102 UNIT PRICE  15 3500 | Purchase | 300 0000 | (4 605 00) | | (4 605 00) | |
| 11/17 | ACTIVISION BLIZZARD INC<br>CUS NO 00507V109 UNIT PRICE  70 3390 | Purchase | 150 0000 | (10 550 85) | | (10 550 85) | |
| 11/17 | BLACKBERRY LTD SHS<br>CUS NO 09228F103 UNIT PRICE  10 7888 | Purchase | 2 000 0000 | (21 577 60) | | (21 577 60) | |
| 11/17 | META MATERIALS INC<br>CUS NO 59134N104 UNIT PRICE  4 8050 | Purchase | 3 000 0000 | (14 415 00) | | (14 415 00) | |
| 12/28 | ALLAKOS INC<br>CUS NO 01671P100 UNIT PRICE  10 7899 | Purchase | 100 0000 | (1 078 99) | | (1 078 99) | |
| | *Subtotal (Purchases)* | | | *(88,330 34)* | | *(88,330 34)* | |
| **Sales** | | | | | | | |
| 10/20 | META MATERIALS INC<br>CUS NO 59134N104 UNIT PRICE  4 9103 | Sale | 7 000 0000 | 34,372 50 | ( 18) | 34 372 32 | |
| 11/02 | BENESSERE CAPITAL ACQUI<br>CL A CUS NO 08179B103 UNIT PRICE  10 5088 | Sale | 50 0000 | 525 44 | ( 01) | 525 43 | |
| 11/02 | CREATD INC<br>CUS NO 225265107 UNIT PRICE  3 8600 | Sale | 100 0000 | 386 00 | ( 01) | 385 99 | |
| 11/02 | PHUNWARE  INC<br>CUS NO 71948P100 UNIT PRICE  4 5400 | Sale | 100 0000 | 454 00 | ( 01) | 453 99 | |
| 11/02 | REMARK HOLDINGS INC | Sale | 100 0000 | 186 50 | ( 01) | 186 49 | |

012

FBO CHARLES A YOAKLEY                    Account Number  28Z 93X61                    24 Hour Assistance  (877) 653 4732
                                                                                      Access Code  32 286 93961

## YOUR RETIREMENT ACCOUNT ASSETS

January 01, 2022  March 31, 2022

| LONG PORTFOLIO | Adjusted/Total Cost Basis | Estimated Market/ Contract Value | Unrealized Gain/(Loss) | Estimated Accrued Interest | Estimated Annual Income |
|---|---|---|---|---|---|
| TOTAL | 199 359 78 | **115,204 52** | (84 610 31) | | |

**Notes**
Total values exclude N/A items
✣Some cost basis information may not be available due to insufficient data and is not included in the total
For Credit Ratings  S&P and Moody s provide credit ratings on the credit quality of certain bonds and preferred stocks  For a credit enhanced security
Moody s and S&P publish and provide third party vendors the higher of the rating on the credit enhancer (guarantor) or the stand alone rating on
the underlying security

## YOUR RETIREMENT ACCOUNT TRANSACTIONS

**DIVIDENDS/INTEREST INCOME TRANSACTIONS**

| Date | Description | Transaction Type | Quantity | Income | Income Year To Date |
|---|---|---|---|---|---|
| **Tax Exempt Interest** | | | | | |
| 01/31 | BANK OF AMERICA  NA RASP | Interest | 0300 | | |
|  | 0 03000 DIV/INT REINVEST PAY DATE 01/28/2022 FROM 01 03 THRU 01 28 CUSIP NUM  55499U915 | | | | |
| 03/31 | BANK OF AMERICA  NA RASP | Interest | 0100 | | |
|  | 0 01000 DIV/INT REINVEST PAY DATE 03/30/2022 FROM 02 28 THRU 03 30 CUSIP NUM  55499U915 | | | | |
|  | BANK OF AMERICA  NA RASP | Income Total | | 04 | |
|  | **Subtotal (Tax Exempt Interest)** | | | **04** | **04** |
|  | **NET TOTAL** | | | **04** | **04** |

**SECURITY TRANSACTIONS**

| Settlement Date | Description | Transaction Type | Quantity | Transaction Amount | Commissions/ Trading Fees | (Debit)/ Credit | Accrued Interest Earned/(Paid) |
|---|---|---|---|---|---|---|---|
| **Purchases** | | | | | | | |
| 01/06 | RIOT BLOCKCHAIN INC | Purchase | 500 0000 | (11 785 00) | | (11 785 00) | |
|  | CUS NO 767292105 UNIT PRICE  23 5700 | | | | | | |
| 01/06 | META MATERIALS INC | Purchase | 2 000 0000 | (5 475 00) | | (5 475 00) | |
|  | CUS NO 59134N104 UNIT PRICE  2 7375 | | | | | | |



**MERRILL**
A BANK OF AMERICA COMPANY

FBO CHARLES A YOAKLEY                                   Account Number  28Z 93X61

## YOUR RETIREMENT ACCOUNT TRANSACTIONS

January 01 2022  March 31, 2022

**SECURITY TRANSACTIONS** (continued)

| Settlement Date | Description | Transaction Type | Quantity | Transaction Amount | Commissions/ Trading Fees | (Debit)/ Credit | Accrued Interest Earned/(Paid) |
|---|---|---|---|---|---|---|---|
| **Purchases** | | | | | | | |
| 01/06 | META MATERIALS INC CUS NO 59134N104 UNIT PRICE   2 7389 | Purchase | 3 000 0000 | (8 216 70) | | (8 216 70) | |
| 01/07 | META MATERIALS INC CUS NO 59134N104 UNIT PRICE   2 5650 | Purchase | 2 000 0000 | (5,130 19) | | (5 130 19) | |
| 01/07 | META MATERIALS INC CUS NO 59134N104 UNIT PRICE   2 5600 | Purchase | 3 000 0000 | (7 680 00) | | (7 680 00) | |
| 01/21 | VINCO VENTURES INC CUS NO 927330100 UNIT PRICE   4 3270 | Purchase | 1 000 0000 | (4,327 00) | | (4 327 00) | |
| 01/25 | META MATERIALS INC CUS NO 59134N104 UNIT PRICE   1 7988 | Purchase | 1 000 0000 | (1 798 80) | | (1 798 80) | |
| | *Subtotal (Purchases)* | | | *(44,412 69)* | | *(44,412 69)* | |
| **Sales** | | | | | | | |
| 01/06 | ALLAKOS INC CUS NO 01671P100 UNIT PRICE   9 4404 | Sale | 100 0000 | 944 04 | ( 01) | 944 03 | |
| 01/06 | ACTIVISION BLIZZARD INC CUS NO 00507V109 UNIT PRICE   67 3200 | Sale | 300 0000 | 20 196 00 | ( 10) | 20 195 90 | |
| 01/06 | ARK GENOMIC REVOLUTION ETF CUS NO 00214Q302 UNIT PRICE   61 9349 | Sale | 181 0000 | 11 210 23 | ( 06) | 11 210 17 | |
| 01/07 | RIOT BLOCKCHAIN INC CUS NO 767292105 UNIT PRICE   22 9413 | Sale | 500 0000 | 11 470 65 | ( 06) | 11 470 59 | |
| | *Subtotal (Sales)* | | | *43,820 92* | *( 23)* | *43,820 69* | |
| **Other Security Transactions** | | | | | | | |
| 03/16 | ATARI SA DROIT PARENT ML # 8HYM8 PAY DATE 03/16/2022 | Exchange | 8 500 0000 | | | ( | |

+

009                                                                                                                                                                                                                        *5 of 10*

FBO CHARLES A YOAKLEY  Account Number 28Z 93X61  24-Hour Assistance (877) 653 4732
Access Code 32 286 93961

## YOUR RETIREMENT ACCOUNT ASSETS

July 01 2022  September 30, 2022

**Notes**
Total values exclude N/A items
For Credit Ratings S&P and Moody s provide credit ratings on the credit quality of certain bonds and preferred stocks For a credit enhanced security Moody s and S&P publish and provide third party vendors the higher of the rating on the credit enhancer (guarantor) or the stand alone rating on the underlying security

## YOUR RETIREMENT ACCOUNT TRANSACTIONS

### DIVIDENDS/INTEREST INCOME TRANSACTIONS

| Date | Description | Transaction Type | Quantity | Income | Income Year To Date |
|---|---|---|---|---|---|
| **Tax Exempt Interest** | | | | | |
| | Subtotal (Tax Exempt Interest) | | | | 05 |
| | **NET TOTAL** | | | | **05** |

### SECURITY TRANSACTIONS

| Settlement Date | Description | Transaction Type | Quantity | Transaction Amount | Commissions/ Trading Fees | (Debit)/ Credit | Accrued Interest Earned/(Paid) |
|---|---|---|---|---|---|---|---|
| **Purchases** | | | | | | | |
| 07/22 | META MATERIALS INC CUS NO 59134N104 UNIT PRICE | Purchase 9956 | 100 0000 | (99 56) | | (99 56) | |
| 08/23 | GREENBOX POS CUS NO 39366L208 UNIT PRICE | Purchase 1 4255 | 800 0000 | (1 140 40) | | (1 140 40) | |
| 08/23 | META MATERIALS INC CUS NO 59134N104 UNIT PRICE | Purchase 8864 | 150 0000 | (132 96) | | (132 96) | |
| | **Subtotal (Purchases)** | | | **(1,372 92)** | | **(1,372 92)** | |
| **Sales** | | | | | | | |
| 08/23 | VINCO VENTURES INC CUS NO 927330100 UNIT PRICE | Sale 1 1946 | 1,000 0000 | 1,194 60 | ( 03) | 1 194 57 | |
| | **Subtotal (Sales)** | | | **1,194 60** | **( 03)** | **1,194 57** | |

+

022

4 of 8

FBO CHARLES A YOAKLEY

Account Number 28Z 93X61

24 Hour Assistance (877) 653-4732
Access Code 32 286 93961

## YOUR RETIREMENT ACCOUNT TRANSACTIONS

December 31 2022 March 31 2023

**SECURITY TRANSACTIONS** (continued)

| Settlement Date | Description | Transaction Type | Quantity | Transaction Amount | Commissions/ Trading Fees | (Debit)/ Credit | Accrued Interest Earned/(Paid) |
|---|---|---|---|---|---|---|---|
| **Purchases** | | | | | | | |
| | CUS NO Y3005A109 UNIT PRICE | 1 5829 | | | | | |
| 01/23 | GENIUS GROUP LTD REG SHS | Purchase | 350 0000 | (554 75) | | (554 75) | |
| | CUS NO Y3005A109 UNIT PRICE | 1 5850 | | | | | |
| 01/24 | META MATERIALS INC | Purchase | 3 000 0000 | (3 210 00) | | (3 210 00) | |
| | CUS NO 59134N104 UNIT PRICE | 1 0700 | | | | | |
| | *Subtotal (Purchases)* | | | **(4,872 78)** | | **(4,872 78)** | |
| **Sales** | | | | | | | |
| 01/23 | RYVYL INC | Sale | 800 0000 | 617 92 | ( 01) | 617 91 | |
| | CUS NO 39366L208 UNIT PRICE | 7724 | | | | | |
| 01/23 | META MATERIALS INC | Sale | 1 250 0000 | 1 222 84 | ( 03) | 1 222 81 | |
| | CUS NO 59134N104 UNIT PRICE | 9782 | | | | | |
| 01/24 | GENIUS GROUP LTD REG SHS | Sale | 1 050 0000 | 3,160 50 | ( 07) | 3 160 43 | |
| | CUS NO Y3005A109 UNIT PRICE | 3 0100 | | | | | |
| | *Subtotal (Sales)* | | | **5,001 26** | **( 11)** | **5,001 15** | |
| **Other Security Transactions** | | | | | | | |
| 01/06 | META MATERIALS INC | Exchange | 350 0000 | | | | |
| | NEW MONEY ZERO% DEC 31 2099 PAY DATE 01/06/2023 | | | | | | |
| 01/06 | NEXT BRIDGE HYDROCARBONS | Exchange | 350 0000 | | | | |
| | PAY DATE 01/06/2023 | | | | | | |
| | *Subtotal (Other Security Transactions)* | | | | | | |
| | **TOTAL** | | | **128 48** | **( 11)** | **128 37** | |
| | TOTAL SECURITY PURCHASES/(DEBITS) | | | | | (4,872 78) | |
| | TOTAL SECURITY SALES/CREDITS | | | | | 5,001 15 | |

+

018

4 of 7



**MERRILL**
A BANK OF AMERICA COMPANY

FBO CHARLES A YOAKLEY                                                Account Number  28Z 93X61

# YOUR RETIREMENT ACCOUNT ASSETS

September 30, 2023   December 29, 2023

| CASH/MONEY ACCOUNTS Description | | Quantity | Total Cost Basis | Estimated Market Price | Estimated Market Value | Estimated Annual Income | Est Annual Yield% |
|---|---|---|---|---|---|---|---|
| ✢BANK OF AMERICA NA RASP | | 35 45 | 35 45 | 1 0000 | 35 45 | | 01 |
| ✢FDIC INSURED NOT SIPC COVERED | | | | | | | |

| EQUITIES Description | Symbol | Quantity | Total Cost Basis | Estimated Market Price | Estimated Market Value | Unrealized Gain/(Loss) | Estimated Annual Income |
|---|---|---|---|---|---|---|---|
| ATARI ACT  1 EUR PAR ORDINARY | PONGF | 8 500 0000 | 8 925 00 | 0 1061 | 901 85 | (8 023 15) | |
| BLACKBERRY LTD SHS | BB | 10 000 0000 | 110,701 07 | 3 5400 | 35,400 00 | (75 301 07) | |
| EIGHTCO HOLDINGS INC | OCTO | 2 0000 | 1 385 51 | 0 5140 | 1 03 | (1 384 48) | |
| META MATERIALS INC | MMAT | 24 000 0000 | 72,663 81 | 0 0660 | 1,584 00 | (71 079 81) | |
| NEXT BRIDGE HYDROCARBONS | | 350 0000 | N/A✢ | N/A | N/A | N/A | |
| **TOTAL** | | | 193,675 39 | | 37,886 88 | (155 788 51) | |

Equity Cost Basis details are available on the Statements and Documents page of www merrilledge com

| LONG PORTFOLIO | Adjusted/Total Cost Basis | Estimated Market/ Contract Value | Unrealized Gain/(Loss) | Estimated Accrued Interest | Estimated Annual Income |
|---|---|---|---|---|---|
| **TOTAL** | 193 710 84 | 37,922 33 | (155 788 51) | | |

**Notes**
Total values exclude N/A items
✢Some cost basis information may not be available due to insufficient data and is not included in the total

# YOUR RETIREMENT ACCOUNT TRANSACTIONS

**SECURITY TRANSACTIONS**

| Settlement Date | Description | Transaction Type | Quantity | Transaction Amount | Commissions/ Trading Fees | (Debit)/ Credit | Accrued Interest Earned/(Paid) |
|---|---|---|---|---|---|---|---|
| **Purchases** | | | | | | | |
| 11/08 | META MATERIALS INC  CUS NO 59134N104 UNIT PRICE | Purchase  1017 | 1 000 0000 | (101 70) | | (101 70) | |

+



**MERRILL**
A BANK OF AMERICA COMPANY

FBO CHARLES A YOAKLEY                                Account Number  28Z 93X61

# YOUR RETIREMENT ACCOUNT ASSETS

December 30 2023  March 28, 2024

| CASH/MONEY ACCOUNTS Description | | Quantity | Total Cost Basis | Estimated Market Price | Estimated Market Value | Estimated Annual Income | Est Annual Yield% |
|---|---|---|---|---|---|---|---|
| ✣BANK OF AMERICA NA RASP | | 35 45 | 35 45 | 1 0000 | **35 45** | | 01 |
| ✣FDIC INSURED NOT SIPC COVERED | | | | | | | |

| EQUITIES Description | Symbol | Quantity | Total Cost Basis | Estimated Market Price | Estimated Market Value | Unrealized Gain/(Loss) | Estimated Annual Income |
|---|---|---|---|---|---|---|---|
| ATARI ACT  1 EUR PAR ORDINARY | PONGF | 8 500 0000 | 8 925 00 | 0 1412 | **1,200 20** | (7 724 80) | |
| BLACKBERRY LTD SHS | BB | 10,000 0000 | 110 701 07 | 2 7600 | **27,600 00** | (83,101 07) | |
| EIGHTCO HOLDINGS INC | OCTO | 2 0000 | 1 385 51 | 0 7920 | **1 58** | (1,383 93) | |
| META MATERIALS INC  REGITERED SHS | MMAT | 240 0000 | 72 663 81 | 3 0700 | **736 81** | (71,927 00) | |
| NEXT BRIDGE HYDROCARBONS | | 350 0000 | N/A✣ | N/A | **N/A** | N/A | |
| **TOTAL** | | | 193 675 39 | | **29,538 59** | (164 136 80) | |

Equity Cost Basis details are available on the Statements and Documents page of www merrilledge com

| LONG PORTFOLIO | Adjusted/Total Cost Basis | Estimated Market/ Contract Value | Unrealized Gain/(Loss) | Estimated Accrued Interest | Estimated Annual Income |
|---|---|---|---|---|---|
| **TOTAL** | 193 710 84 | **29,574 04** | (164 136 80) | | |

**Notes**
Total values exclude N/A items
✣Some cost basis information may not be available due to insufficient data and is not included in the total

# YOUR RETIREMENT ACCOUNT TRANSACTIONS

**SECURITY TRANSACTIONS**

| Settlement Date | Description | Transaction Type | Quantity | Transaction Amount | Commissions/ Trading Fees | (Debit)/ Credit | Accrued Interest Earned/(Paid) |
|---|---|---|---|---|---|---|---|
| **Other Security Transactions** | | | | | | | |
| 01/29 | META MATERIALS INC | Exchange | 24 000 0000 | | | | |

+

018                                                                                                                                          3 of 6

| | | | | | |
|---|---|---|---|---|---|
| FBO CHARLES A YOAKLEY | | Account Number 28Z 93X61 | | 24 Hour Assistance (877) 653 4732 | |
| | | | | Access Code 32 286 93961 | |

## YOUR RETIREMENT ACCOUNT TRANSACTIONS

December 30 2023 March 28 2024

**SECURITY TRANSACTIONS** (continued)

| Settlement Date | Description | Transaction Type | Quantity | Transaction Amount | Commissions/ Trading Fees | (Debit)/ Credit | Accrued Interest Earned/(Paid) |
|---|---|---|---|---|---|---|---|
| **Other Security Transactions** | | | | | | | |
| | PAY DATE 01/29/2024 | | | | | | |
| 01/29 | META MATERIALS INC REGITERED SHS PAY DATE 01/29/2024 | Exchange | 240 0000 | | | | |
| | *Subtotal (Other Security Transactions)* | | | | | | |
| | **TOTAL** | | | | | | |
| | TOTAL SECURITY PURCHASES/(DEBITS) | | | | | | |
| | TOTAL SECURITY SALES/CREDITS | | | | | | |

## YOUR RETIREMENT ACCOUNT CONTRIBUTIONS AND DISTRIBUTIONS

Year End Plan Value as of December 31, 2023  $37 922 33       Contributions after December 31, 2023 for 2023  $ 00

If you own London Interbank Offered Rate (LIBOR) linked financial products the cessation of LIBOR and the transition from LIBOR to alternative reference rates such as SOFR or BSBY may have significant impacts to those financial products including impacts to their liquidity value and potential performance  Additional information is available at
www ml com/articles/benchmark interest rate-reform html

**Merrill Edge - account number IRRA-Edge 28Z-93X61**

**Current number of MMAT shares (reflecting reverse split) 240**

**Dates and amounts purchased or sold**

| Dates Purchased | Amount | | Dates Sold | Amount |
|---|---|---|---|---|
| 6/23/2021 | 250 | | 10/20/2021 | 7000 |
| 6/28/2021 | 175 | 1 MMAT for 2 TRCH exchange | 1/23/2023 | 1250 |
| 6/29/2021 | 250 | 1 MMAT for 2 TRCH exchange | | |
| 6/30/2021 | 250 | | | |
| 6/30/2021 | 50 | | | |
| 7/6/2021 | 211 | MMAT exchange +461, -250 | | |
| 7/7/2021 | 314 | | | |
| 7/13/2021 | 1000 | | | |
| 7/14/2021 | 750 | | | |
| 7/20/2021 | 2750 | | | |
| 9/21/2021 | 1000 | | | |
| 10/21/2021 | 2000 | | | |
| 10/21/2021 | 1000 | | | |
| 10/25/2021 | 500 | | | |
| 10/26/2021 | 500 | | | |
| 10/27/2021 | 500 | | | |
| 11/1/2021 | 2000 | | | |
| 11/2/2021 | 500 | | | |
| 11/17/2021 | 3000 | | | |
| 1/6/2022 | 2000 | | | |
| 1/6/2022 | 3000 | | | |
| 1/7/2022 | 2000 | | | |
| 1/7/2022 | 3000 | | | |
| 1/25/2022 | 1000 | | | |
| 7/22/2022 | 100 | | | |
| 8/23/2022 | 150 | | | |
| 1/24/2023 | 3000 | | | |
| 11/8/2023 | 1000 | | | |

1/29/2024 - 100 1 reverse split (24,000 shares to 240)