NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | PROOF OF INTEREST |
|---|---|

**Name of Debtor**
METAMATERIALS, INC

**Case Number**
24-50792-HLB

**1  Name and address of holder of the Equity Interest** (the person or entity holding an Equity Interest in the Debtor  Referred to hereinafter as the Interest holder')

CHARLES A YOAKLEY
45 BELOIT DRIVE
HEBER SPRINGS, AR 72543

**Telephone Number**
(904) 449-6588

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest  Attach copy of statement giving particulars

☒ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors

RECEIVED
AND FILED

DEC - 9 2024

U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

COURT USE ONLY

**Account or other number by which Interest holder identifies Debtor**
5IO43314

Check here if this claim
☐ replaces a previously filed Proof of Interest dated _____
☐ amends a previously filed Proof of Interest dated _____

**2  Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest**
WEBULL
FINANCIAL, LLC          44 WALL ST, 2ND FLOOR
                        NEW YORK, NY 10005

**Telephone Number**  888-828-0618

**3  Date Equity Interest was acquired**

| | | | |
|---|---|---|---|
| 2-18-22 | 6-24-22 | 8-17-22 | 7-27-23 | -3-18-24 |
| 2-22-22 | 6-27-22 | 9-22-22 | 10-26-23 | 8-15-24 |
| 2-23-22 | 6-25-22 | 3-20-23 | 11-6-23 | |
| 2-25-22 | 7-6-22 | 4-14-23 | 11-10-23 | |
| 4-22-22 | 7-13-22 | 6-22-23 | 1-16-24 | |

**4  Total amount of member interest**  225 (POST REVERSE SPLIT)

**5  Certificate number(s)** _____

**6  Type of Equity Interest**
Please indicate the type of Equity Interest you hold
☒ Check this box if your Equity Interest is based on an actual member interest held in the Debtor
☐ Check this box if your Equity Interest is based on anything else and describe that interest
**Description** _____

**7  Supporting Documents**  Attach copies of supporting documents  such as stock certificates  option agreements  warrants, etc
DO NOT SEND ORIGINAL DOCUMENTS  If the documents are not available  explain  If the documents are voluminous  attach a summary

**8  Date-Stamped Copy**  To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped  self-addressed envelope and copy of this Proof of Interest.

**9  Signature**
Check the appropriate box
☒ I am the creditor    ☐ I am the creditor s authorized agent    ☐ I am the trustee  or the debtor    ☐ I am a guarantor  surety  endorser, or other codebtor
                       (Attach copy of power of attorney, if any )    or their authorized agent    (See Bankruptcy Rule 3005 )
                                                                     (See Bankruptcy Rule 3004 )

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge  information  and reasonable belief

**Print Name**  CHARLES A YOAKLEY
**Title**  N/A
**Company** __Address and telephone number (if different from notice address above)__
N/A

(Signature)                                (Date)  11-26-2024

**Telephone number** (904) 449-6588  **email** CHARLIE YOAKLEY@GMAIL.COM

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

 Print Form
 Save Form
 Clear Form

*February 1, 2022 - February 28, 2022*

# Webull Financial LLC
44 Wall Street, New York, NY 10005
customerservice@webull us

PAGE **2** OF 9

ACCOUNT NUMBER   **5I0-43314-16  RR WEA**

**CHARLES YOAKLEY**

## PORTFOLIO SUMMARY

| DESCRIPTION | SYMBOL/ CUSIP | ACCOUNT TYPE | QUANTITY | PRICE | MARKET VALUE | LAST PERIOD'S MARKET VALUE | % CHANGE | EST ANNUAL INCOME | % OF TOTAL PORTFOLIO |
|---|---|---|---|---|---|---|---|---|---|
| **EQUITIES / OPTIONS** | | | | | | | | | |
| ADT INC COMMON STOCK | ADT | C | 2 | $7 31 | $14 62 | | | N/A | 5 304% |
| GENWORTH FINANCIAL INC COM CL A | GNW | C | 1 | 4 06 | 4 06 | | | N/A | 1 473 |
| META MATLS INC COMMON STOCK | MMAT | C | 119 | 2 15 | 255 85 | | | N/A | 92 824 |
| **Total Equities** | | | | | **$274 53** | | | | **99 601%** |
| **Total Cash (Net Portfolio Balance)** | | | | | **$1 10** | | | | **0 399%** |
| **TOTAL PRICED PORTFOLIO** | | | | | **$275 63** | | | | |

## ACCOUNT ACTIVITY

| TRANSACTION | DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|
| **BUY / SELL TRANSACTIONS** | | | | | | | |
| BOUGHT | 02/23/22 | C | GENWORTH FINANCIAL INC COM CL A CUSIP 37247D106 | 1 | $0 0001 | | |
| BOUGHT | 02/23/22 | C | META MATLS INC COMMON STOCK CUSIP 59134N104 | 50 | 1 7399 | 87 00 | |
| BOUGHT | 02/24/22 | C | META MATLS INC COMMON STOCK CUSIP 59134N104 | 50 | 1 6299 | 81 50 | |

*February 1, 2022 - February 28, 2022*

ACCOUNT NUMBER    **5IO-43314-16  RR WEA**

**CHARLES YOAKLEY**



# Webull Financial LLC
## 44 Wall Street, New York, NY 10005
customerservice@webull.us

▶ ACCOUNT ACTIVITY (CONTINUED)

| TRANSACTION | DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|
| **BUY / SELL TRANSACTIONS** (continued) | | | | | | | |
| BOUGHT | 02/25/22 | C | META MATLS INC COMMON STOCK CUSIP 59134N104 | 19 | 1 5999 | 30 40 | |
| BOUGHT | 02/28/22 | C | ADT INC COMMON STOCK CUSIP 00090Q103 | 1 | 0 0001 | | |
| BOUGHT | 02/28/22 | C | ADT INC COMMON STOCK CUSIP 00090Q103 | 1 | 0 0001 | | |
| **Total Buy / Sell Transactions** | | | | | | **$198 90** | |
| **FUNDS PAID AND RECEIVED** | | | | | | | |
| ACH | 02/18/22 | C | ACH DEPOSIT SEN(20220217262978) | | | | $200 00 |
| **Total Funds Paid And Received** | | | | | | | **$200 00** |

| **EXECUTED TRADES PENDING SETTLEMENT - THESE TRANSACTIONS MAY NOT BE REFLECTED IN OTHER SUMMARIES** | | | | | | | |
|---|---|---|---|---|---|---|---|
| TRANSACTION | TRADE DATE | SETTLEMENT DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
| SOLD | 02/25/22 | 03/01/22 | C | ADT INC COMMON STOCK CUSIP 00090Q103 | 2 | $7 345 | | $14 67 |
| SOLD | 02/25/22 | 03/01/22 | C | GENWORTH FINANCIAL INC COM CL A CUSIP 37247D106 | 1 | 4 06 | | 4 04 |

*February 1, 2022 - February 28, 2022*

# Webull Financial LLC
44 Wall Street, New York, NY 10005
customerservice@webull.us

PAGE 4 OF 9

ACCOUNT NUMBER  **5I0-43314-16  RR WEA**

**CHARLES YOAKLEY**

▶ EXECUTED TRADES PENDING SETTLEMENT (CONTINUED)

| TRANSACTION | TRADE DATE | SETTLEMENT DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|---|
| BOUGHT | 02/25/22 | 03/01/22 | C | META MATLS INC COMMON STOCK CUSIP 59134N104 | 10 | 1 845 | 18 45 | |
| **Total Executed Trades Pending Settlement** | | | | | | | **$18 45** | **$18 71** |

*April 1, 2022 - April 30, 2022*

PAGE **2** OF 7

ACCOUNT NUMBER     **5I0-43314-16  RR WEA**

**CHARLES YOAKLEY**



# Webull Financial LLC
44 Wall Street, New York, NY 10005
customerservice@webull.us

## ▶ PORTFOLIO SUMMARY

| DESCRIPTION | SYMBOL/ CUSIP | ACCOUNT TYPE | QUANTITY | PRICE | MARKET VALUE | LAST PERIOD'S MARKET VALUE | % CHANGE | EST ANNUAL INCOME | % OF TOTAL PORTFOLIO |
|---|---|---|---|---|---|---|---|---|---|
| **EQUITIES / OPTIONS** | | | | | | | | | |
| META MATLS INC COMMON STOCK | MMAT | C | 208 | $1 20 | $249 60 | $215 43 | 16% | | 99 748% |
| **Total Equities** | | | | | **$249 60** | | | | **99 748%** |
| **Total Cash (Net Portfolio Balance)** | | | | | **$0 63** | | | | **0 252%** |
| **TOTAL PRICED PORTFOLIO** | | | | | **$250 23** | | | | |

## ▶ ACCOUNT ACTIVITY

| TRANSACTION | DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|
| **BUY / SELL TRANSACTIONS** | | | | | | | |
| BOUGHT | 04/26/22 | C | META MATLS INC COMMON STOCK CUSIP 59134N104 | 1 | $1 28 | $1 28 | |
| BOUGHT | 04/26/22 | C | META MATLS INC COMMON STOCK CUSIP 59134N104 | 78 | 1 275 | 99 45 | |
| **Total Buy / Sell Transactions** | | | | | | **$100 73** | |
| **FUNDS PAID AND RECEIVED** | | | | | | | |
| ACH | 04/22/22 | C | ACH DEPOSIT SEN(20220422376832) | | | | $100 00 |
| **Total Funds Paid And Received** | | | | | | | **$100 00** |

*May 1, 2022 - June 30, 2022*

# Webull Financial LLC
44 Wall Street, New York, NY 10005
customerservice@webull us

PAGE **2** OF 8

ACCOUNT NUMBER    **5IO-43314-16  RR WEA**

**CHARLES YOAKLEY**

## ▶ PORTFOLIO SUMMARY

| DESCRIPTION | SYMBOL/ CUSIP | ACCOUNT TYPE | QUANTITY | PRICE | MARKET VALUE | LAST PERIOD'S MARKET VALUE | % CHANGE | EST ANNUAL INCOME | % OF TOTAL PORTFOLIO |
|---|---|---|---|---|---|---|---|---|---|
| **EQUITIES / OPTIONS** | | | | | | | | | |
| META MATLS INC COMMON STOCK | MMAT | C | 350 | $1 03 | $360 50 | $249 60 | 44% | | 84 262% |
| **Total Equities** | | | | | **$360 50** | | | | **84 262%** |
| **Total Cash (Net Portfolio Balance)** | | | | | **$67 33** | | | | **15 738%** |
| **TOTAL PRICED PORTFOLIO** | | | | | **$427 83** | | | | |

## ▶ ACCOUNT ACTIVITY

| TRANSACTION | DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|
| **BUY / SELL TRANSACTIONS** | | | | | | | |
| BOUGHT | 06/28/22 | C | META MATLS INC COMMON STOCK CUSIP 59134N104 | 97 | $1 3399 | $129 97 | |
| BOUGHT | 06/29/22 | C | META MATLS INC COMMON STOCK CUSIP 59134N104 | 45 | 1 1852 | 53 33 | |
| **Total Buy / Sell Transactions** | | | | | | **$183 30** | |
| **FUNDS PAID AND RECEIVED** | | | | | | | |
| ACH | 06/24/22 | C | ACH DEPOSIT SEN(20220624384519) | | | | $250 00 |
| **Total Funds Paid And Received** | | | | | | | **$250 00** |

*May 1, 2022 - June 30, 2022*

PAGE **3** OF 8

ACCOUNT NUMBER    **5I0-43314-16  RR WEA**

**CHARLES YOAKLEY**



# Webull Financial LLC
44 Wall Street, New York, NY 10005
customerservice@webull us

▶ EXECUTED TRADES PENDING SETTLEMENT - THESE TRANSACTIONS MAY NOT BE REFLECTED IN OTHER SUMMARIES

| TRANSACTION | TRADE DATE | SETTLEMENT DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|---|
| BOUGHT | 06/29/22 | 07/01/22 | C | META MATLS INC COMMON STOCK CUSIP  59134N104 | 50 | $1 0566 | $52 83 | |
| **Total Executed Trades Pending Settlement** | | | | | | | **$52 83** | |

*July 1, 2022 - July 31, 2022*



# Webull Financial LLC
44 Wall Street, New York, NY 10005
customerservice@webull.us

PAGE **2** OF 8

ACCOUNT NUMBER    **5I0-43314-16  RR WEA**

**CHARLES YOAKLEY**

ACCOUNT

---

### ▶ PORTFOLIO SUMMARY

| DESCRIPTION | SYMBOL/ CUSIP | ACCOUNT TYPE | QUANTITY | PRICE | MARKET VALUE | LAST PERIOD'S MARKET VALUE | Y CHANGE | EST ANNUAL INCOME | % OF TOTAL PORTFOLIO |
|---|---|---|---|---|---|---|---|---|---|
| **EQUITIES / OPTIONS** | | | | | | | | | |
| CRYPTYDE INC COMMON STOCK | TYDE | C | 2 | $1 11 | $2 22 | | N/A | | 474% |
| META MATLS INC COMMON STOCK | MMAT | C | 510 | 0 90 | 459 00 | 360 50 | 27 | | 98 027 |
| **Total Equities** | | | | | **$461 22** | | | | **98 501%** |
| **Total Cash (Net Portfolio Balance)** | | | | | **$7 02** | | | | **1 499%** |
| **TOTAL PRICED PORTFOLIO** | | | | | **$468 24** | | | | |

---

### ▶ ACCOUNT ACTIVITY

| TRANSACTION | DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|
| **BUY / SELL TRANSACTIONS** | | | | | | | |
| BOUGHT | 07/01/22 | C | META MATLS INC COMMON STOCK CUSIP 59134N104 | 50 | $1 0566 | $52 83 | |
| BOUGHT | 07/08/22 | C | META MATLS INC COMMON STOCK CUSIP 59134N104 | 10 | 1 06 | 10 60 | |
| BOUGHT | 07/11/22 | C | CRYPTYDE INC COMMON STOCK CUSIP 22890A104 | 2 | 1 51 | 3 02 | |

*July 1, 2022 - July 31, 2022*



# Webull Financial LLC
44 Wall Street, New York, NY 10005
customerservice@webull.us

PAGE 3 OF 8

ACCOUNT NUMBER    **5I0-43314-16  RR WEA**

**CHARLES YOAKLEY**

▶ ACCOUNT ACTIVITY (CONTINUED)

| TRANSACTION | DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|
| **BUY / SELL TRANSACTIONS** (continued) | | | | | | | |
| BOUGHT | 07/15/22 | C | META MATLS INC<br>COMMON STOCK<br>CUSIP 59134N104 | 100 | 0 9386 | 93 86 | |
| **Total Buy / Sell Transactions** | | | | | | **$160 31** | |
| **FUNDS PAID AND RECEIVED** | | | | | | | |
| ACH | 07/13/22 | C | ACH DEPOSIT<br>SEN(20220713255786) | | | | $100 00 |
| **Total Funds Paid And Received** | | | | | | | **$100 00** |

*August 1, 2022 - August 31, 2022*

# Webull Financial LLC
44 Wall Street, New York, NY 10005
customerservice@webull us

PAGE **2** OF 8

ACCOUNT NUMBER   **5I0-43314-16  RR WEA**

**CHARLES YOAKLEY**

## ▶ PORTFOLIO SUMMARY

| DESCRIPTION | SYMBOL/ CUSIP | ACCOUNT TYPE | QUANTITY | PRICE | MARKET VALUE | LAST PERIOD'S MARKET VALUE | % CHANGE | EST ANNUAL INCOME | % OF TOTAL PORTFOLIO |
|---|---|---|---|---|---|---|---|---|---|
| **EQUITIES / OPTIONS** | | | | | | | | | |
| CRYPTYDE INC COMMON STOCK | TYDE | C | 2 | $0 787 | $1 57 | $2 22 | 29% | | 238% |
| META MATLS INC COMMON STOCK | MMAT | C | 750 | 0 865 | 648 75 | 459 00 | 41 | | 98 298 |
| **Total Equities** | | | | | **$650 32** | | | | **98 536%** |
| **Total Cash (Net Portfolio Balance)** | | | | | **$9 66** | | | | **1 464%** |
| **TOTAL PRICED PORTFOLIO** | | | | | **$659 98** | | | | |

## ▶ ACCOUNT ACTIVITY

| TRANSACTION | DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|
| **BUY / SELL TRANSACTIONS** | | | | | | | |
| BOUGHT | 08/10/22 | C | GREENBOX POS COMMON STOCK CUSIP 39366L208 | 100 | $0 86 | $86 00 | |
| SOLD | 08/18/22 | C | GREENBOX POS COMMON STOCK CUSIP 39366L208 | 100 | 2 05 | | 204 98 |
| BOUGHT | 08/19/22 | C | META MATLS INC COMMON STOCK CUSIP 59134N104 | 240 | 0 9014 | 216 34 | |
| **Total Buy / Sell Transactions** | | | | | | **$302 34** | **$204 98** |

*September 1, 2022 - September 30, 2022*

PAGE **2** OF 7



# Webull Financial LLC
## 44 Wall Street, New York, NY 10005
### customerservice@webull us

ACCOUNT NUMBER    **5I0-43314-16  RR WEA**

**CHARLES YOAKLEY**

## ▶ PORTFOLIO SUMMARY

| DESCRIPTION | SYMBOL/ CUSIP | ACCOUNT TYPE | QUANTITY | PRICE | MARKET VALUE | LAST PERIOD'S MARKET VALUE | % CHANGE | EST ANNUAL INCOME | % OF TOTAL PORTFOLIO |
|---|---|---|---|---|---|---|---|---|---|
| **EQUITIES / OPTIONS** | | | | | | | | | |
| CRYPTYDE INC COMMON STOCK | TYDE | C | 2 | $0 693 | $1 39 | $1 57 | 11% | | 209% |
| META MATLS INC COMMON STOCK | MMAT | C | 1 000 | 0 649 | 649 10 | 648 75 | <1 | | 97 808 |
| **Total Equities** | | | | | **$650 49** | | | | **98 017%** |
| **Total Cash (Net Portfolio Balance)** | | | | | **$13 16** | | | | **1 983%** |
| **TOTAL PRICED PORTFOLIO** | | | | | **$663 65** | | | | |

## ▶ ACCOUNT ACTIVITY

| TRANSACTION | DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|
| **BUY / SELL TRANSACTIONS** | | | | | | | |
| BOUGHT | 09/26/22 | C | META MATLS INC COMMON STOCK CUSIP 59134N104 | 250 | $0 706 | $176 50 | |
| **Total Buy / Sell Transactions** | | | | | | **$176 50** | |
| **FUNDS PAID AND RECEIVED** | | | | | | | |
| ACH | 09/22/22 | C | ACH DEPOSIT SEN(20220922301567) | | | | $180 00 |
| **Total Funds Paid And Received** | | | | | | | **$180 00** |

# TRADE RECORDS

Currency  USD

| Symbol & Name | Trade Date | Settlement Date | Buy/Sell | Quantity | Price | Gross Amount | Fee/Tax | Net Amount | |
|---|---|---|---|---|---|---|---|---|---|
| MMAT  59134N104<br>META MATERIALS INC | 03/20/2023 | 03/22/2023 | B | 200 00 | 0 52 | 103 90 | 0 00 | 103 90 | |

# PORTFOLIO SUMMARY

| Symbol | Cusip | Quantity | FPL Quantity | Multi | Closing Price |
|---|---|---|---|---|---|
| MMAT | 59134N104 | 1200 | | 1 | 0 41 |

# ACCOUNT ACTIVITY

| Date | Transaction | Currency | Symbol | Cusip | Quantity | Amount | Description |
|---|---|---|---|---|---|---|---|
| 03/21/2023 | Deposit | USD | | | | 100 00 | |
| 03/10/2023 | Account Migration | USD | | | | 14 00 | JOURNAL ACCOUNT_MIGRATION |
| 03/10/2023 | Account Migration | | MMAT | 59134N104 | 1 000 00 | | JOURNAL ACCOUNT_MIGRATION |

# NOTES

### KEY DEFINITIONS AND TERMS

1. Accrued Dividends  When the company declares the dividends of shares  this part will calculate the dividends to be paid to the user  and the dividends paid to the user during form checking period will be included into cash
2. Accrued Interest  Interest is charged monthly  so this section will be the total interest incurred by the user in the statement period  rather than the portion of the interest charged  Additional detail provided in the important information section below
3. Trades (Sold)  Cash from selling securities
4. Trades (Bought)  Cash spent on buying securities
5. Multiplier(Mult)  In an individual stock option  the value of the contract is expressed as the product of a certain monetary amount and the underlying index  The certain monetary amount is fixed by the contract  which is referred to as the contract multiplier  At present  the stock is 1 by default and the individual stock option is 100
6. Closing Price  Last traded price on the last trading date of the month  Note  closing prices are indicative and may be from third party sources  Webull does not warrant the accuracy of the prices provided by third party sources
7. Fee/Tax  Exchange related Fees / Transaction related Fees / Stamp Duty / Settlement Fees / Withholding Tax
8. Webull does not charge any fees for currency exchanges  Exchange rate is prone to be impacted by the market exchange rates  Please take exchange rates on market as reference
9. All transactions are based on a First in  First out ( FIFO ) method
10. Trade Records  Displays all GTC (Good Till Cancelled) orders in your account  Also included in the section are GTX orders (GTC orders eligible for extended trading hours)
11. Account Types  C = Cash  M = Margin  S = Short  X = RVP/DVP  and O = Other

### IMPORTANT INFORMATION

Webull carries your account as the carrying broker by arrangement with Apex Clearing Corporation ( Apex ) as the clearing broker

If there are any material changes regarding your contact information  investment objectives  or financial situation  advise Webull promptly by updating your information using the Webull platform or by contacting customerservices@webull us

## TRADE RECORDS

Currency  USD

| Symbol & Name | Trade Date | Settlement Date | Buy/Sell | Quantity | Price | Gross Amount | Fee/Tax | Net Amount |
|---|---|---|---|---|---|---|---|---|
| MMAT  59134N104 META MATERIALS INC | 04/14/2023 | 04/18/2023 | B | 975 00 | 0 21 | 209 24 | 0 00 | 209 24 |

## PORTFOLIO SUMMARY

| Symbol | Cusip | Quantity | FPL Quantity | Multi | Closing Price |
|---|---|---|---|---|---|
| MMAT | 59134N104 | 2175 | | 1 | 0 18 |

## ACCOUNT ACTIVITY

| Date | Transaction | Currency | Symbol | Cusip | Quantity | Amount | Description |
|---|---|---|---|---|---|---|---|
| 04/17/2023 | Deposit | USD | | | | 200 00 | |

## NOTES

### KEY DEFINITIONS AND TERMS

1  Accrued Dividends  When the company declares the dividends of shares  this part will calculate the dividends to be paid to the user  and the dividends paid to the user during form checking period will be included into cash

2  Accrued Interest  Interest is charged monthly  so this section will be the total interest incurred by the user in the statement period  rather than the portion of the interest charged  Additional detail provided in the important information section below

3  Trades (Sold)  Cash from selling securities

4  Trades (Bought)  Cash spent on buying securities

5  Multiplier(Mult)  In an individual stock option  the value of the contract is expressed as the product of a certain monetary amount and the underlying index  The certain monetary amount is fixed by the contract  which is referred to as the contract multiplier  At present  the stock is 1 by default and the individual stock option is 100

6  Closing Price  Last traded price on the last trading date of the month  Note  closing prices are indicative and may be from third party sources  Webull does not warrant the accuracy of the prices provided by third party sources

7  Fee/Tax  Exchange related Fees / Transaction related Fees / Stamp Duty / Settlement Fees / Withholding Tax

8  Webull does not charge any fees for currency exchanges  Exchange rate is prone to be impacted by the market exchange rates  Please take exchange rates on market as reference

9  All transactions are based on a First in  First out ( FIFO ) method

10  Trade Records  Displays all GTC (Good Till Cancelled) orders in your account  Also included in the section are GTX orders (GTC orders eligible for extended trading hours)

11  Account Types  C = Cash  M = Margin  S = Short  X = RVP/DVP  and O = Other

### IMPORTANT INFORMATION

## SECURITIES TRADING ACTIVITY

Currency  USD

| Symbol & Name | Trade Date | Settlement Date | Buy/Sell | Quantity | Price | Gross Amount | Fee/Tax | Net Amount |
|---|---|---|---|---|---|---|---|---|
| MMAT -59134N104<br>META MATERIALS INC | 06/22/2023 | 06/26/2023 | B | 525 00 | 0 19 | 99 75 | 0 00 | 99 75 |

## OPEN POSITIONS

| Symbol | Cusip | Quantity | Multi | Closing Price |
|---|---|---|---|---|
| MMAT | 59134N104 | 2700 | 1 | 0 22 |

## ACCOUNT ACTIVITY

| Date | Transaction | Currency | Symbol | Cusip | Quantity | Amount | Description |
|---|---|---|---|---|---|---|---|
| 06/23/2023 | Deposit | USD | | | | 100 00 | |

## NOTES

### KEY DEFINITIONS AND TERMS

1  Accrued Dividends  The accrued dividend section includes unpaid cash dividends that the shareholder is entitled to receive but have not been distributed in the statement period  Most often due to the declared payment date being in the future o the statement period

2  Accrued Interest  Interest is charged monthly  so this section will be the total interest incurred by the user in the statement period  rather than the portion of the interest charged  Additional detail provided in the important information section below

3  Trades (Sold)  Cash from selling securities

4  Trades (Bought)  Cash spent on buying securities

5  Multiplier(Mult)  In an individual stock option  the value of the contract is expressed as the product of a certain monetary amount and the underlying index  The certain monetary amount is fixed by the contract  which is referred to as the contract multiplier  At present  the stock is 1 by default and the individual stock option is 100

6  Closing Price  Last traded price on the last trading date of the month  Note  closing prices are indicative and may be from third party sources  Webull does not warrant the accuracy of the prices provided by third party sources

7  The sum of Exchange related fees  transaction related fees  stamp duty  withholding tax  contract fees  commissions  or other fees or taxes

8  Webull does not charge any fees for currency exchanges  Exchange rate is prone to be impacted by the market exchange rates  Please take exchange rates on market as reference

9  All transactions are based on a First in  First out ( FIFO ) method

10  Trade Records  Displays all GTC (Good Till Cancelled) orders in your account  Also included in the section are GTX orders (GTC orders eligible for extended trading hours)

11  Account Types  C = Cash  M = Margin  S = Short  X = RVP/DVP and O = Other

12  FPSL  The Apex Clearing Corporation Fully Paid Securities Lending Program

13  Market Value of Fully Paid Securities Loaned  The market value of the fully paid securities you have loaned through participating in the Apex Clearing Corporation Fully Paid Securities Lending Program

14  Collateral Value and Loan Value  Collateral Value and Loan Value are related to the fully paid securities lent by you under the FPSL program  Collateral Value is the amount of collateral (e g  cash) held on your behalf through the program s Trus your benefit at a bank  Loan Value is the market value of the fully paid securities you have loaned  subject to rounding convention  through participating in the FPSL Program  See the Master Securities Lending Agreement for Apex Clearing Cor Fully Paid Securities Lending Program for complete program details

15  Portfolio Market Value  The sum of the cash in your account (i e  Total Cash Value) the securities in your account (i e  Market Value of Securities in Your Account)  and the market value of the fully paid securities on loan (i e  Market Value of Fu Securities Loaned)

16  Payment in Lieu  Cash distributions paid on fully paid securities on loan in the Securities Lending Income Program will be credited to your Webull account in the form of a  cash in lieu  payment  Receipt of cash in lieu payments may have differe taxable consequences than receipt of the actual dividends from the issuer

## SECURITIES TRADING ACTIVITY

Currency  USD

| Symbol & Name | Trade Date | Settlement Date | Buy/Sell | Quantity | Price | Gross Amount | Fee/Tax | Net Amount | |
|---|---|---|---|---|---|---|---|---|---|
| MMAT  59134N104<br>META MATERIALS INC | 07/27/2023 | 07/31/2023 | B | 800 00 | 0 21 | 168 00 | 0 00 | 168 00 | |

## OPEN POSITIONS

| Symbol | Cusip | Quantity | Mult | Closing Price | |
|---|---|---|---|---|---|
| MMAT | 59134N104 | 3500 | 1 | 0 25 | |

## ACCOUNT ACTIVITY

| Date | Transaction | Currency | Symbol | Cusip | Quantity | Amount | Description |
|---|---|---|---|---|---|---|---|
| 07/28/2023 | Deposit | USD | | | | 200 00 | |

## NOTES

### KEY DEFINITIONS AND TERMS

1  Accrued Dividends  The accrued dividend section includes unpaid cash dividends that the shareholder is entitled to receive but have not been distributed in the statement period  Most often due to the declared payment date being in the future o the statement period

2  Accrued Interest  Interest is charged monthly  so this section will be the total interest incurred by the user in the statement period  rather than the portion of the interest charged  Additional detail provided in the important information section below

3  Trades (Sold)  Cash from selling securities

4  Trades (Bought)  Cash spent on buying securities

5  Multiplier(Mult)  In an individual stock option  the value of the contract is expressed as the product of a certain monetary amount and the underlying index  The certain monetary amount is fixed by the contract  which is referred to as the contract multiplier  At present  the stock is 1 by default and the individual stock option is 100

6  Closing Price  Last traded price on the last trading date of the month  Note  closing prices are indicative and may be from third party sources  Webull does not warrant the accuracy of the prices provided by third party sources

7  The sum of Exchange related fees  transaction related fees  stamp duty  withholding tax  contract fees  commissions  or other fees or taxes

8  Webull does not charge any fees for currency exchanges  Exchange rate is prone to be impacted by the market exchange rates  Please take exchange rates on market as reference

9  All transactions are based on a First in  First out ( FIFO ) method

10  Trade Records  Displays all GTC (Good Till Cancelled) orders in your account  Also included in the section are GTX orders (GTC orders eligible for extended trading hours)

11  Account Types  C = Cash  M = Margin  S = Short  X = RVP/DVP  and O = Other

12  FPSL  The Apex Clearing Corporation Fully Paid Securities Lending Program

13  Market Value of Fully Paid Securities Loaned  The market value of the fully paid securities you have loaned through participating in the Apex Clearing Corporation Fully Paid Securities Lending Program

14  Collateral Value and Loan Value  Collateral Value and Loan Value are related to the fully paid securities lent by you under the FPSL program  Collateral Value is the amount of collateral (e g  cash) held on your behalf through the program s Trus your benefit at a bank  Loan Value is the market value of the fully paid securities you have loaned  subject to rounding convention  through participating in the FPSL Program  See the Master Securities Lending Agreement for Apex Clearing Cor Fully Paid Securities Lending Program for complete program details

15  Portfolio Market Value  The sum of the cash in your account (i e  Total Cash Value)  the securities in your account (i e  Market Value of Securities in Your Account)  and the market value of the fully-paid securities on loan (i e  Market Value of Fu Securities Loaned)

16  Payment in Lieu  Cash distributions paid on fully paid securities on loan in the Securities Lending Income Program will be credited to your Webull account in the form of a  cash in lieu  payment  Receipt of cash in lieu payments may have differe taxable consequences than receipt of the actual dividends from the issuer

## SECURITIES TRADING ACTIVITY

Currency  USD

| Symbol & Name | Trade Date | Settlement Date | Buy/Sell | Quantity | Price | Gross Amount | Fee/Tax | Net Amount |
|---|---|---|---|---|---|---|---|---|
| MMAT  59134N104<br>META MATERIALS INC | 10/20/2023 | 10/24/2023 | B | 400 00 | 0 1756 | 70 24 | 0 00 | 70 24 |
| MMAT  59134N104<br>META MATERIALS INC | 10/20/2023 | 10/24/2023 | B | 100 00 | 0 1756 | 17 56 | 0 00 | 17 56 |

## OPEN POSITIONS

| Symbol | Cusip | Quantity | Mult | Closing Price |
|---|---|---|---|---|
| MMAT | 59134N104 | 4000 | 1 | 0 1210 |

## ACCOUNT ACTIVITY

| Date | Transaction | Currency | Symbol | Cusip | Quantity | Amount | Description |
|---|---|---|---|---|---|---|---|
| 10/20/2023 | Deposit | USD | | | | 100 00 | ACH Deposit  5IO43314 100 |

## NOTES

### KEY DEFINITIONS AND TERMS

1 Pending Dividends  The pending dividend section includes unpaid cash dividends that the shareholder is entitled to receive but have not been distributed in the statement period  Most often due to the declared payment date being in the future o the statement period

2 Accrued Interest  Interest is charged monthly  so this section will be the total interest incurred by the user in the statement period  rather than the portion of the interest charged  Additional detail provided in the important information section belov

3 Trades (Sold)  Cash from selling securities

4 Trades (Bought)  Cash spent on buying securities

5 Multiplier(Mult)  In an individual stock option  the value of the contract is expressed as the product of a certain monetary amount and the underlying index  The certain monetary amount is fixed by the contract  which is referred to as the contract multiplier  At present  the stock is 1 by default and the individual stock option is 100

6 Closing Price  Last traded price on the last trading date of the month  Note  closing prices are indicative and may be from third party sources  Webull does not warrant the accuracy of the prices provided by third party sources

7 The sum of Exchange related fees  transaction related fees  stamp duty  withholding tax  contract fees  commissions  or other fees or taxes

8 Webull does not charge any fees for currency exchanges  Exchange rate is prone to be impacted by the market exchange rates  Please take exchange rates on market as reference

9 All transactions are based on a First in  First out ( FIFO ) method

10 Trade Records  Displays all GTC (Good Till Cancelled) orders in your account  Also included in the section are GTX orders (GTC orders eligible for extended trading hours)

11 Account Types  C = Cash  M = Margin  S = Short  X = RVP/DVP  and O = Other

12 FPSL  The Apex Clearing Corporation Fully Paid Securities Lending Program

13 Market Value of Securities Held Long  includes the market value of securities held in non short account types (i e  Cash account  Margin account)

14 Market Value of Securities Held Short  includes the market value of securities held in the short account type  Bona fide short positions will mark to market on a daily basis between the margin and short account types based on prevailing closing the security which was shorted

15 Market Value of Fully Paid Securities Loaned  The market value of the fully paid securities you have loaned through participating in the Apex Clearing Corporation Fully Paid Securities Lending Program

## SECURITIES TRADING ACTIVITY

Currency USD

| Symbol & Name | Trade Date | Settlement Date | Buy/Sell | Quantity | Price | Gross Amount | Fee/Tax | Net Amount |
|---|---|---|---|---|---|---|---|---|
| MMAT 59134N104 META MATERIALS INC | 11/10/2023 | 11/14/2023 | B | 1000 00 | 0 0973 | 97 30 | 0 00 | 97 30 |
| MMAT 59134N104 META MATERIALS INC | 11/06/2023 | 11/08/2023 | B | 400 00 | 0 1020 | 40 80 | 0 00 | -40 80 |

## OPEN POSITIONS

| Symbol | Cusip | Quantity | Multi | Closing Price |
|---|---|---|---|---|
| MMAT | 59134N104 | 5400 | 1 | 0 0943 |

## ACCOUNT ACTIVITY

| Date | Transaction | Currency | Symbol | Cusip | Quantity | Amount | Description |
|---|---|---|---|---|---|---|---|
| 11/10/2023 | Deposit | USD | | | | 100 00 | ACH Deposit 5IO43314 100 |

## NOTES

### KEY DEFINITIONS AND TERMS

1  Pending Dividends  The pending dividend section includes unpaid cash dividends that the shareholder is entitled to receive but have not been distributed in the statement period  Most often due to the declared payment date being in the future o the statement period

2  Accrued Interest  Interest is charged monthly  so this section will be the total interest incurred by the user in the statement period  rather than the portion of the interest charged  Additional detail provided in the importan' information section belov

3  Trades (Sold)  Cash from selling securities

4  Trades (Bought)  Cash spent on buying securities

5  Multiplier(Mult)  In an individual stock option  the value of the contract is expressed as the product of a certain monetary amount and the underlying index  The certain monetary amount is fixed by the contract  which is referred to as the contract multiplier  At present  the stock is 1 by default and the individual stock option is 100

6  Closing Price  Last traded price on the last trading date of the month  Note  closing prices are indicative and may be from third party sources  Webull does not warrant the accuracy of the prices provided by third party sources

7  The sum of Exchange related fees  transaction related fees  stamp duty  withholding tax  contract fees  commissions  or other fees or taxes

8  Webull does not charge any fees for currency exchanges  Exchange rate is prone to be impacted by the market exchange rates  Please take exchange rates on market as reference

9  All transactions are based on a First in  First out ( FIFO ) method

10  Trade Records  Displays all GTC (Good Till Cancelled) orders in your account  Also included in the section are GTX orders (GTC orders eligible for extended trading hours)

11  Account Types  C = Cash  M = Margin  S = Short  X = RVP/DVP  and O = Other

12  FPSL  The Apex Clearing Corporation Fully Paid Securities Lending Program

13  Market Value of Securities Held Long includes the market value of securities held in non short account types (i e  Cash account  Margin account)

14  Market Value of Securities Held Short includes the market value of securities held in the short account type  Bona fide short positions will mark to market on a daily basis between the margin and short account types based on prevailing closing p the security which was shorted

15  Market Value of Fully Paid Securities Loaned  The market value of the fully paid securities you have loaned through participating in the Apex Clearing Corporation Fully Paid Securities Lending Program

## CASH BALANCE DETAIL

|  | SIPC Cash Balance | FDIC Cash Balance | Total |
|---|---|---|---|
| Opening | 7 21 | 0 00 | 7 21 |
| Closing | 2 41 | 0 00 | 2 41 |

## CASH REPORT SUMMARY

This section provides a summary of all cash deposits withdrawals and other movements within your Webull brokerage account during the statement period Key definitions and terms can be found at the end of this document

|  | USD |
|---|---|
| Opening Cash | 7 21 |
| Deposits | 100 00 |
| Withdrawals | 0 00 |
| Trades (Sold) | 0 00 |
| Trades (Bought) | 104 80 |
| Fee | 0 00 |
| Tax | 0 00 |
| Dividends | 0 00 |
| Interest | 0 00 |
| Others | 0 00 |
| Closing Cash | 2 41 |
| Closing Cash (Settled) | 2 41 |

## SECURITIES TRADING ACTIVITY

Currency USD

| Symbol & Name | Trade Date | Settlement Date | Buy/Sell | Quantity | Price | Gross Amount | Fee/Tax | Net Amount |
|---|---|---|---|---|---|---|---|---|
| MMAT 59134N104 META MATERIALS INC | 01/16/2024 | 01/18/2024 | B | 1600 00 | 0 0655 | 104 80 | 0 00 | 104 80 |

## OPEN POSITIONS

| Symbol | Cusip | Quantity | Multi | Closing Price |
|---|---|---|---|---|
| MMAT | 59134N302 | 70 | 1 | 3 82 |

## ACCOUNT ACTIVITY

| Date | Transaction | Currency | Symbol | Cusip | Quantity | Amount | Description |
|---|---|---|---|---|---|---|---|
| 01/16/2024 | Deposit | USD |  |  |  | 100 00 | ACH Deposit - 5IO43314 100 |
| 01/29/2024 | Corporate Action |  | MMAT | 59134N302 | 70 |  | META MATERIALS INC — Reverse Split @100 1 — Result of Reverse Split |
| 01/29/2024 | Corporate Action |  | MMAT | 59134N104 | 7000 |  | META MATERIALS INC — Reverse Split @100 1 — into 59134N302 |

## SECURITIES TRADING ACTIVITY

### Equities & Options

Currency  USD

| Symbol & Name | Trade Date | Settlement Date | Buy/Sell | Quantity | Price | Gross Amount | Commission | Fee/Tax | Net Amount |
|---|---|---|---|---|---|---|---|---|---|
| MMAT  59134N302<br>META MATERIALS INC | 03/18/2024 | 03/20/2024 | B | 5 00 | 1 86 | 9 30 | 0 00 | 0 00 | 9 30 |
| BB  09228F103<br>BLACKBERRY LTD | 03/18/2024 | 03/20/2024 | B | 33 00 | 2 80 | 92 40 | 0 00 | 0 00 | 92 40 |

## OPEN POSITIONS

### Equities & Options

| Symbol | Cusip | Quantity | Mult | Closing Price |
|---|---|---|---|---|
| BB | 09228F103 | 33 | 1 | 2 76 |
| MMAT | 59134N302 | 75 | 1 | 3 07 |

## ACCOUNT ACTIVITY

| Date | Transaction | Currency | Symbol | Cusip | Quantity | Amount | De |
|---|---|---|---|---|---|---|---|
| 03/18/2024 | Deposit | USD | | | | 100 00 | ACH Deposit  5IO4 |

## NOTES

### KEY DEFINITIONS AND TERMS

1  Accrued Dividends  The pending dividend section includes unpaid cash dividends that the shareholder is entitled to receive but have not been distributed in the statement period  Most often due to the declared payment date being in the future of the statement period

2  Accrued Balance  Interest is charged monthly  so this section will be the total interest incurred by the user in the statement period  rather than the portion of the interest charged  Additional detail provided in the important information section below

3  Trades (Sold)  Cash from selling securities

4  Trades (Bought)  Cash spent on buying securities

5  Multiplier(Mult)  In an individual stock option  the value of the contract is expressed as the product of a certain monetary amount and the underlying index  The certain monetary amount is fixed by the contract  which is referred to as the contract multiplier  At present  the stock is 1 by default and the individual stock option is 100

6  Closing Price  Last traded price on the last trading date of the month  Note  closing prices are indicative and may be from third party sources  Webull does not warrant the accuracy of the prices provided by third party sources

7  The sum of Exchange related fees  transaction related fees  stamp duty  withholding tax  contract fees  commissions or other fees or taxes

8  Webull does not charge any fees for currency exchanges  Exchange rate is prone to be impacted by the market exchange rates  Please take exchange rates on market as reference

9  All transactions are based on a First in  First out ( FIFO ) method

10  Trade Records  Displays all GTC (Good Till Cancelled) orders in your account  Also included in the section are GTX orders (GTC orders eligible for extended trading hours)

11  Account Types  C = Cash  M = Margin  S = Short  X = RVP/DVP  and O = Other

12  FPSL  The Apex Clearing Corporation Fully Paid Securities Lending Program

13  Market Value of Securities Held Long  Includes the market value of securities held in non short account types (i e  Cash account  Margin account)

14  Market Value of Securities Held Short  Includes the market value of securities held in the short account type  Bona fide short positions will mark to market on a daily basis between the margin and short account types based on prevailing closing price of the security which was shorted

15  Market Value of Fully Paid Securities Loaned  The market value of the fully paid securities you have loaned through participating in the Apex Clearing Corporation Fully Paid Securities Lending Program

## SECURITIES TRADING ACTIVITY

### Equities & Options

Currency  USD

| Symbol & Name | Trade Date | Settlement Date | Buy/Sell | Quantity | Price | Gross Amount | Commission | Fee/Tax | Net Amount |
|---|---|---|---|---|---|---|---|---|---|
| MMATQ  59134N302 META MATERIALS INC | 08/15/2024 | 08/16/2024 | B | 150 00 | 0 7030 | 105 45 | 0 00 | 0 00 | 105 45 |

## OPEN POSITIONS

### Equities & Options

| Symbol | Cusip | Quantity | Multi | Closing Price |
|---|---|---|---|---|
| MMATQ | 59134N302 | 225 | 1 | 0 4505 |
| GME | 36467W109 | 15 | 1 | 23 42 |
| BB | 09228F103 | 370 | 1 | 2 35 |

## ACCOUNT ACTIVITY

| Date | Transaction | Currency | Account Type | Symbol | Cusip | Quantity | Amount | De |
|---|---|---|---|---|---|---|---|---|
| 08/15/2024 | Deposit | USD | CASH | | | | 100 00 | ACH Deposit  5IO4 |

## NOTES

### KEY DEFINITIONS AND TERMS

1 Accrued Dividends  The pending dividend section includes unpaid cash dividends that the shareholder is entitled to receive but have not been distributed in the statement period  Most often due to the declared payment date being in the future o the statement period

2 Accrued Balance  Interest is charged monthly  so this section will be the total interest incurred by the user in the statement period  rather than the portion of the interest charged  Additional detail provided in the important information section belo

3 Trades (Sold)  Cash from selling securities

4 Trades (Bought)  Cash spent on buying securities

5 Multiplier(Mult)  In an individual stock option the value of the contract is expressed as the product of a certain monetary amount and the underlying index  The certain monetary amount is fixed by the contract  which is referred to as the contract multiplier  At present  the stock is 1 by default and the individual stock option is 100

6 Closing Price  Last traded price on the last trading date of the month  Note  closing prices are indicative and may be from third party sources  Webull does not warrant the accuracy of the prices provided by third party sources

7 The sum of Exchange related fees  transaction related fees  stamp duty  withholding tax  contract fees  commissions  or other fees or taxes

8 Webull does not charge any fees for currency exchanges  Exchange rate is prone to be impacted by the market exchange rates  Please take exchange rates on market as reference

9 All transactions are based on a First in  First out ( FIFO ) method

10 Trade Records  Displays all GTC (Good Till Cancelled) orders in your account  Also included in the section are GTX orders (GTC orders eligible for extended trading hours)

11 Account Types  C = Cash  M = Margin  S = Short  X = RVP/DVP  and O = Other

12 FPSL  The Apex Clearing Corporation Fully Paid Securities Lending Program

13 Market Value of Securities Held Long  includes the market value of securities held in non short account types (i e  Cash account  Margin account)

14 Market Value of Securities Held Short  includes the market value of securities held in the short account type  Bona fide short positions will mark-to market on a daily basis between the margin and short account types based on prevailing closing p the security which was shorted

15 Market Value of Fully Paid Securities Loaned  The market value of the fully paid securities you have loaned through participating in the Apex Clearing Corporation Fully Paid Securities Lending Program

Please see the three enclosed "Proof of Interest" forms for my (Charles A Yoakley) holdings in Meta Materials, Inc (MMAT) in three separate investment accounts I have enclosed a stamped, self-addressed envelope with one copy of each form as instructed

Below is a summary of each account

**Webull Financial - account number 51O43314**

**Current number of MMAT shares (reflecting reverse split) 225**

**Dates and amounts purchased (no shares sold)**

| Date | Amount |
|------|--------|
| 2/18/2022 | 50 |
| 2/22/2022 | 50 |
| 2/23/2022 | 19 |
| 2/25/2022 | 10 |
| 4/22/2022 | 1 |
| 4/22/2022 | 78 |
| 6/24/2022 | 97 |
| 6/27/2022 | 45 |
| 6/29/2022 | 50 |
| 7/6/2022 | 10 |
| 7/13/2022 | 100 |
| 8/17/2022 | 240 |
| 9/22/2022 | 975 |
| 3/20/2023 | 525 |
| 4/14/2023 | 800 |
| 6/22/2023 | 100 |
| 7/27/2023 | 400 |
| 10/20/2023 | 400 |
| 11/6/2023 | 400 |
| 11/10/2023 | 1000 |
| 1/16/2024 | 1600 |

1/29/2024 - 100 1 reverse split (7,000 shares to 70)

| Date | Amount |
|------|--------|
| 3/18/2024 | 5 |
| 8/15/2024 | 150 |