NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | | PROOF OF INTEREST |
|---|---|---|

**Name of Debtor:** META MATERIALS, INC

**Case Number:** 24-50792-HLB

**1. Name and address of holder of the Equity Interest** (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

CHARLES A YOAKLEY
45 BELOIT DR
HEBER SPRINGS, AR 72543

**Telephone Number:** 904-449-6588

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

☒ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

**RECEIVED AND FILED**
**DEC - 9 2024**
**U.S BANKRUPTCY COURT**
**MARY A. SCHOTT, CLERK**

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

**COURT USE ONLY**

**Account or other number by which Interest holder identifies Debtor:**
CMA-EDGE-43X-93Q86

Check here if this claim:
☐ replaces a previously filed Proof of Interest dated: _____
☐ amends a previously filed Proof of Interest dated: _____

**2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:**
MERRILL EDGE
FL9-802-03-05
PO BOX 40186
JACKSONVILLE, FL 32203
**Telephone Number:** 877-653-4732

**3. Date Equity Interest was acquired:**
6-28-21    7-13-21    7-11-22    4-18-23
6-29-21    7-27-21    7-15-22    5-11-23
7-2-21     8-17-21    8-1-22     9-8-23
7-7-21     11-30-21   1-24-23    11-8-23
           1-6-22

**4. Total amount of member interest:** 36 (POST REVERSE SPLIT)

**5. Certificate number(s):** _____

**6. Type of Equity Interest**
Please indicate the type of Equity Interest you hold:
☒ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
☐ Check this box if your Equity Interest is based on anything else and describe that interest.
**Description:** _____

**7. Supporting Documents:** Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**8. Date-Stamped Copy:** To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped self-addressed envelope and copy of this Proof of Interest.

**9. Signature:**
Check the appropriate box.
☒ I am the creditor.    ☐ I am the creditor's authorized agent. (Attach copy of power of attorney, if any.)    ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)    ☐ I am a guarantor, surety, endorser, or other codebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

**Print Name:** CHARLES A YOAKLEY
**Title:** N/A
**Company:** ___ Address and telephone number (if different from notice address above):

(Signature): [signed]
(Date): 11-26-2024

**Telephone number:** 904-449-6588    **email:** CHARLIE.YOAKLEY@GMAIL.COM

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

[Print Form]    [Save Form]    [Clear Form]

### META MATERIALS INC, MMATQ

| Total Value<br>As of 11/26/2024 10:58 AM ET | Market Price<br>As of 11/26/2024 10:58 AM ET | Held Since | Quantity | Unrealized Gain/(Loss)<br>As of 11/26/2024 10:58 AM ET |
|---|---|---|---|---|
| $16.84 | $0.0610 0.00 | 06/23/2021 | 276 | Short Term         0.00<br>Long Term    ($79,180.27) |

Research | Trade | Transfer

**Open Lots** | Closed Lots

As of 11/26/2024 10:58 AM ET

| Account | Quantity | Unit Cost ($) | Cost Basis ($) | Accrued Interest($) | Price($) | Value($) | Gain/Loss ($) | Gain/Loss (%) |
|---|---|---|---|---|---|---|---|---|
| IRRA-Edge 28Z-93X61 | 240 | 302.77 | 72,663.81 | -- | 0.0610 | 14.66 | (72,649.15) | (99.98) |
| CMA-Edge 43X-93Q86 (Wash Sale) | 36 | 181.48 | 6,533.31 | -- | 0.0610 | 2.19 | (6,531.12) | (99.97) |

| Acquisition Date | Quantity | Unit Cost ($) | Cost Basis ($) | | | Value($) | Gain/Loss ($) | Gain/Loss (%) |
|---|---|---|---|---|---|---|---|---|
| 11/06/2023 (Long Term) | 1 | 10.20 | 10.20 | | | 0.06 | (10.14) | (99.41) |
| 09/06/2023 (Long Term) | 2.2500 | 22.35 | 50.29 | | | 0.14 | (50.15) | (99.72) |
| 05/09/2023 (Long Term) | 6.2500 | 23.29 | 145.56 | | | 0.38 | (145.18) | (99.74) |
| 04/14/2023 (Long Term) | 6.5000 | 23.20 | 150.80 | | | 0.40 | (150.40) | (99.73) |
| 02/24/2023 (Long Term) | 5 | 64.00 | 320.00 | | | 0.31 | (319.69) | (99.90) |
| 01/20/2023 (Long Term) | 1.5000 | 106.50 | 159.75 | | | 0.09 | (159.66) | (99.94) |
| 07/28/2022 (Long Term) | 1.3700 | 88.97 | 121.89 | | | 0.08 | (121.81) | (99.93) |
| 07/13/2022 (Long Term) | 0.1300 | 93.85 | 12.20 | | | 0.01 | (12.19) | (99.92) |
| 07/07/2022 (Long Term) | 2.5000 | 105.63 | 264.08 | | | 0.15 | (263.93) | (99.94) |
| 01/04/2022 (Long Term) | 1.1500 | 272.86 | 313.79 | | | 0.07 | (313.72) | (99.98) |
| 11/27/2021 (Long Term) Cost Basis adjusted for Wash Sale | 1.6500 | 401.42 | 662.35 | | | 0.10 | (662.25) | (99.98) |
| 11/26/2021 (Long Term) | 0.8500 | 393.00 | 334.05 | | | 0.05 | (334.00) | (99.99) |
| 08/14/2021 (Long Term) Cost Basis adjusted for Wash Sale | 0.1000 | 340.40 | 34.04 | | | 0.01 | (34.03) | (99.97) |
| 07/24/2021 (Long Term) Cost Basis adjusted for Wash Sale | 0.7500 | 362.41 | 271.81 | | | 0.05 | (271.76) | (99.98) |
| 07/24/2021 (Long Term) Cost Basis adjusted for Wash Sale | 1.5000 | 362.63 | 543.95 | | | 0.09 | (543.86) | (99.98) |
| 07/10/2021 (Long Term) Cost Basis adjusted for Wash Sale | 1 | 511.63 | 511.63 | | | 0.06 | (511.57) | (99.99) |
| 07/03/2021 (Long Term) Cost Basis adjusted for Wash Sale | 1 | 693.63 | 693.63 | | | 0.06 | (693.57) | (99.99) |
| 07/01/2021 (Long Term) Cost Basis adjusted for Wash Sale | 0.5100 | 686.02 | 349.87 | | | 0.03 | (349.84) | (99.99) |
| 06/26/2021 (Long Term) Cost Basis adjusted for Wash Sale | 0.0432 | 987.73 | 42.67 | | | -- | (42.67) | (100.00) |
| 06/26/2021 (Long Term) Cost Basis adjusted for Wash Sale | 0.0768 | 1,039.58 | 79.84 | | | -- | (79.84) | (100.00) |
| 06/23/2021 (Long Term) Cost Basis adjusted for Wash Sale | 0.4971 | 1,921.52 | 955.19 | | | 0.03 | (955.16) | (100.00) |
| 06/23/2021 (Long Term) Cost Basis adjusted for Wash Sale | 0.3729 | 1,356.18 | 505.72 | | | 0.02 | (505.70) | (100.00) |

CHARLES A YOAKLEY                                Account Number  43X 93Q86                     24 Hour Assistance  (877) 653 4732
                                                                                                  Access Code  23 439 93486
## YOUR CMA TRANSACTIONS
                                                                                               May 29, 2021  June 30, 2021

**SECURITY TRANSACTIONS** (continued)

| Settlement Date | Description | Transaction Type | Quantity | Transaction Amount | Commissions/ Trading Fees | (Debit)/ Credit | Accrued Interest Earned/(Paid) |
|---|---|---|---|---|---|---|---|
| **Purchases** | | | | | | | |
| 06/29 | TORCHLIGHT ENERGY RESOURCES INC  CUS NO 89102U103 UNIT PRICE  4 9483 | Purchase | 16 0000 | (79 17) | | (79 17) | |
| 06/29 | TORCHLIGHT ENERGY RESOURCES INC  CUS NO 89102U103 UNIT PRICE  4 7000 | Purchase | 9 0000 | (42 30) | | (42 30) | |
| | *Subtotal (Purchases)* | | | **(2,173 07)** | | **(2,173 07)** | |
| **Sales** | | | | | | | |
| 06/18 ■ | BLACKBERRY LTD SHS  CUS NO 09228F103 UNIT PRICE  13 0000 | Sale | 163 0000 | 2 119 00 | ( 01) | 2 118 99 | |
| 06/30 ■ | RIOT BLOCKCHAIN INC  CUS NO 767292105 UNIT PRICE  35 5767 | Sale | 40 0000 | 1 423 07 | ( 01) | 1 423 06 | |
| | *Subtotal (Sales)* | | | **3,542 07** | **( 02)** | **3,542 05** | |
| **Other Security Transactions** | | | | | | | |
| 06/28 | META MATERIALS INC  PAY DATE 06/28/2021 | Exchange | 87 0000 | | | | |
| 06/28 | TORCHLIGHT ENERGY RESOURCES INC  PAY DATE 06/28/2021 | Exchange | 175 0000 | | | | |
| 06/29 | META MATERIALS INC  PAY DATE 06/29/2021 | Exchange | 12 0000 | | | | |
| 06/29 | TORCHLIGHT ENERGY RESOURCES INC  PAY DATE 06/29/2021 | Exchange | 25 0000 | | | | |
| | *Subtotal (Other Security Transactions)* | | | | | | |
| | **TOTAL** | | | **1,369 00** | **( 02)** | **1,368 98** | |
| | **TOTAL SECURITY PURCHASES/(DEBITS)** | | | | | **(2,173 07)** | |
| | **TOTAL SECURITY SALES/CREDITS** | | | | | **3,542 05** | |

+



**MERRILL**
A BANK OF AMERICA COMPANY

CHARLES A YOAKLEY                         Account Number  43X 93Q86

## YOUR CMA TRANSACTIONS                                                May 29 2021  June 30, 2021

**REALIZED GAINS/(LOSSES)**

| Description | Quantity | Acquired Date | Liquidation Date | Sale Amount | Cost Basis | Gains/(Losses) This Statement | Year to Date |
|---|---|---|---|---|---|---|---|
| RIOT BLOCKCHAIN INC | 20 0000 | 04/15/21 | 06/28/21 | 711 53 | 872 80 | (161 27) | |
| RIOT BLOCKCHAIN INC | 20 0000 | 06/22/21 | 06/28/21 | 711 53 | 598 20 | 113 33 | |
| BLACKBERRY LTD SHS | 62 0000 | 01/29/21 | 06/16/21 | 806 00 | 992 00 | (186 00) | |
| BLACKBERRY LTD SHS | 87 0000 | 02/03/21 | 06/16/21 | 1 130 99 | 997 77 | 133 22 | |
| BLACKBERRY LTD SHS | 1 0000 | 03/31/21 | 06/16/21 | 13 00 | 8 47 | 4 53 | |
| BLACKBERRY LTD SHS | 13 0000 | 04/16/21 | 06/16/21 | 169 00 | 112 71 | 56 29 | |
| Subtotal (Short Term) | | | | | | (39 90) | (39 90) |
| **TOTAL** | | | | **3,542 05** | **3,581 95** | **(39 90)** | **(39 90)** |

✪ Excludes transactions for which we have insufficient data

**UNSETTLED TRADES**

| Trade Date | Settlement Date | Description | Symbol/ Cusip | Transaction Type | Quantity | Price | Amount |
|---|---|---|---|---|---|---|---|
| 06/30 | 07/02 | META MATERIALS INC | MMAT | Purchase | 51 0000 | 6 7740 | (345 47) |
| **NET TOTAL** | | | | | | | **(345 47)** |

**CASH/OTHER TRANSACTIONS**

| Date | Description | Transaction Type | Quantity | Debit | Credit |
|---|---|---|---|---|---|
| **Electronic Transfers** | | | | | |
| 06/28 | FR BAC#003446350337<br>MR CHARLES A YOAKLEY and DAJANA YOAKLEY | Funds Received | | | 45 00 |
| 06/28 | FR BAC#229040870631<br>CHARLES A YOAKLEY and D AJANA YOAKLEY | Funds Received | | | 145 00 |
| | *Subtotal (Electronic Transfers)* | | | | **190 00** |
| **Other Debits/Credits** | | | | | |
| 06/29 | META MATERIALS INC<br>PAY DATE 06/29/2021 | ■Cash In Lieu of Shares | | | 3 63 |

+

019                                                                                      5 of 8

**CHARLES A YOAKLEY**  Account Number 43X 93Q86   24 Hour Assistance (877) 653 4732
Access Code 23 439 93486

## YOUR CMA TRANSACTIONS

May 29, 2021   June 30, 2021

**CASH/OTHER TRANSACTIONS** (continued)

| Date | Description | Transaction Type | Quantity | Debit | Credit |
|---|---|---|---|---|---|
| | **Other Debits/Credits** | | | | |
| 06/30 | META MATERIALS INC PAY DATE 06/30/2021 | ■Cash In Lieu of Shares | | | 3 63 |
| | *Subtotal (Other Debits/Credits)* | | | | *7 26* |
| | **NET TOTAL** | | | | **197 26** |

## YOUR CMA MONEY ACCOUNT TRANSACTIONS

| Date | Description | Withdrawals | Deposits | Date | Description | Withdrawals | Deposits |
|---|---|---|---|---|---|---|---|
| 06/21 | ML DIRECT DEPOSIT PROGRM | | 2 119 00 | 06/29 | ML DIRECT DEPOSIT PROGRM | | 69 00 |
| 06/24 | ML DIRECT DEPOSIT PROGRM | 2 052 00 | | 06/30 | ML DIRECT DEPOSIT PROGRM | | 3 00 |
| | **NET TOTAL** | | | | | | **139 00** |



**MERRILL**
A BANK OF AMERICA COMPANY

CHARLES A YOAKLEY                                                Account Number  43X 93Q86

# YOUR CMA ASSETS

May 29, 2021  June 30, 2021

| CASH/MONEY ACCOUNTS Description | Quantity | Total Cost Basis | Estimated Market Price | Estimated Market Value | Estimated Annual Income | Est Annual Yield% |
|---|---|---|---|---|---|---|
| CASH | 1,427 49 | 1,427 49 | | 1,427 49 | | |
| +ML DIRECT DEPOSIT PROGRAM | 155 00 | 155 00 | 1 0000 | 155 00 | | 01 |
| +FDIC INSURED NOT SIPC COVERED | | | | | | |
| **TOTAL** | | **1 582 49** | | **1,582 49** | | **01** |

| EQUITIES Description | Symbol | Quantity | Total Cost Basis | Estimated Market Price | Estimated Market Value | Unrealized Gain/(Loss) | Estimated Annual Income |
|---|---|---|---|---|---|---|---|
| META MATERIALS INC | MMAT | 99 0000 | 1 453 40✢ | 7 4900 | 741 51 | (801 77) | |
| **TOTAL** | | | **1,453 40** | | **741 51** | **(801 77)** | |

Equity Cost Basis details are available on the Statements and Documents page of www merrilledge com

| LONG PORTFOLIO | Adjusted/Total Cost Basis | Estimated Market Value | Unrealized Gain/(Loss) | Estimated Accrued Interest | Estimated Annual Income |
|---|---|---|---|---|---|
| **TOTAL** | **3,035 89** | **2,324 00** | **(801 77)** | | |

**Notes**
✢ Some cost basis information may not be available due to insufficient data and is not included in the total

# YOUR CMA TRANSACTIONS

**SECURITY TRANSACTIONS**

| Settlement Date | Description | Transaction Type | Quantity | Transaction Amount | Commissions/ Trading Fees | (Debit)/ Credit | Accrued Interest Earned/(Paid) |
|---|---|---|---|---|---|---|---|
| **Purchases** | | | | | | | |
| 06/24 | RIOT BLOCKCHAIN INC CUS NO 767292105 UNIT PRICE  29 9098 | Purchase | 20 0000 | (598 20) | | (598 20) | |
| 06/24 | TORCHLIGHT ENERGY RESOURCES INC CUS NO 89102U103 UNIT PRICE  9 5090 | Purchase | 100 0000 | (950 90) | | (950 90) | |
| 06/24 | TORCHLIGHT ENERGY RESOURCES INC CUS NO 89102U103 UNIT PRICE  6 7000 | Purchase | 75 0000 | (502 50) | | (502 50) | |

+

019                                                                                                                            3 of 8

CHARLES A YOAKLEY                          Account Number 43X 93Q86                          24 Hour Assistance  (877) 653 4732
                                                                                             Access Code  23 439 93486

## YOUR CMA TRANSACTIONS                                                                     July 01, 2021  July 30 2021

**SECURITY TRANSACTIONS**

| Settlement Date | Description | Transaction Type | Quantity | Transaction Amount | Commissions/ Trading Fees | (Debit)/ Credit | Accrued Interest Earned/(Paid) |
|---|---|---|---|---|---|---|---|
| **Purchases** | | | | | | | |
| 07/02 | META MATERIALS INC | Purchase | 51 0000 | (345 47) | | (345 47) | |
|  | CUS NO 59134N104 UNIT PRICE 6 7740 | | | | | | |
| 07/07 | META MATERIALS INC | Purchase | 100 0000 | (685 00) | | (685 00) | |
|  | CUS NO 59134N104 UNIT PRICE 6 8500 | | | | | | |
| 07/13 | META MATERIALS INC | Purchase | 100 0000 | (503 00) | | (503 00) | |
|  | CUS NO 59134N104 UNIT PRICE 5 0300 | | | | | | |
| 07/27 | META MATERIALS INC | Purchase | 225 0000 | (796 50) | | (796 50) | |
|  | CUS NO 59134N104 UNIT PRICE 3 5400 | | | | | | |
|  | *Subtotal (Purchases)* | | | *(2,329 97)* | | *(2,329 97)* | |
| **Other Security Transactions** | | | | | | | |
| 07/08 | META MATERIALS INC | Dividend | 175 0000 | | | | |
|  | NEW MONEY ZERO% DEC 31 2099 HOLDING 175 0000 PAID BY TORCHLIGHT ENERG PAY DATE 06/25/2021 | | | | | | |
|  | *Subtotal (Other Security Transactions)* | | | | | | |
|  | **TOTAL** | | | **(2,329 97)** | | **(2,329 97)** | |
|  | **TOTAL SECURITY PURCHASES/(DEBITS)** | | | | | **(2,329 97)** | |
|  | **TOTAL SECURITY SALES/CREDITS** | | | | | | |

**REALIZED GAINS/(LOSSES)**

| Description | Quantity | Acquired Date | Liquidation Date | Sale Amount | Cost Basis | Gains/(Losses) ● This Statement | Year to Date |
|---|---|---|---|---|---|---|---|
| *Subtotal (Short Term)* | | | | | | | *(39 90)* |
| **TOTAL** | | | | | | | **(39 90)** |

● Excludes transactions for which we have insufficient data

CHARLES A YOAKLEY                                    Account Number  43X 93Q86                          **24 Hour Assistance  (877) 653 4732**
                                                                                                          Access Code  23 439 93486
## YOUR CMA TRANSACTIONS
July 31, 2021  August 31, 2021

**SECURITY TRANSACTIONS**

| Settlement Date | Description | Transaction Type | Quantity | Transaction Amount | Commissions/ Trading Fees | (Debit)/ Credit | Accrued Interest Earned/(Paid) |
|---|---|---|---|---|---|---|---|
| **Purchases** | | | | | | | |
| 08/17 | META MATERIALS INC CUS NO 59134N104 UNIT PRICE  3 3200 | Purchase | 10 0000 | (33 20) | | (33 20) | |
| | **Subtotal (Purchases)** | | | **(33 20)** | | **(33 20)** | |
| | **TOTAL** | | | **(33 20)** | | **(33 20)** | |
| | **TOTAL SECURITY PURCHASES/(DEBITS)** | | | | | **(33 20)** | |
| | **TOTAL SECURITY SALES/CREDITS** | | | | | | |

**REALIZED GAINS/(LOSSES)**

| Description | Quantity | Acquired Date | Liquidation Date | Sale Amount | Cost Basis | Gains/(Losses) ⊙ This Statement | Year to Date |
|---|---|---|---|---|---|---|---|
| Subtotal (Short Term) | | | | | | | (39 90) |
| **TOTAL** | | | | | | | **(39 90)** |

⊙ Excludes transactions for which we have insufficient data

## YOUR CMA MONEY ACCOUNT TRANSACTIONS

| Date | Description | Withdrawals | Deposits | Date | Description | Withdrawals | Deposits |
|---|---|---|---|---|---|---|---|
| 08/17 | ML DIRECT DEPOSIT PROGRM | 33 00 | | | | | |
| | **NET TOTAL** | **33 00** | | | | | |

019                                                                                                                                                    4 of 6

| CHARLES A YOAKLEY | Account Number 43X 93Q86 | 24 Hour Assistance (877) 653 4732 |
|---|---|---|
| | | Access Code 23 439 93486 |
| *YOUR CMA TRANSACTIONS* | | October 30 2021 November 30 2021 |

### SECURITY TRANSACTIONS

| Settlement Date | Description | Transaction Type | Quantity | Transaction Amount | Commissions/ Trading Fees | (Debit)/ Credit | Accrued Interest Earned/(Paid) |
|---|---|---|---|---|---|---|---|
| **Purchases** | | | | | | | |
| 11/30 | META MATERIALS INC | Purchase | 250 0000 | (982 50) | | (982 50) | |
| | CUS NO 59134N104 UNIT PRICE  3 9300 | | | | | | |
| | *Subtotal (Purchases)* | | | *(982 50)* | | *(982 50)* | |
| **Sales** | | | | | | | |
| 11/10 ■ | PHUNWARE INC | Sale | 1 0000 | 4 35 | ( 01) | 4 34 | |
| | CUS NO 71948P100 UNIT PRICE  4 3539 | | | | | | |
| | *Subtotal (Sales)* | | | *4 35* | *( 01)* | *4 34* | |
| | **TOTAL** | | | **(978 15)** | **( 01)** | **(978 16)** | |
| | TOTAL SECURITY PURCHASES/(DEBITS) | | | | | (982 50) | |
| | TOTAL SECURITY SALES/CREDITS | | | | | 4 34 | |

### REALIZED GAINS/(LOSSES)

| Description | Quantity | Acquired Date | Liquidation Date | Sale Amount | Cost Basis | Gains/(Losses) ⊙ This Statement | Year to Date |
|---|---|---|---|---|---|---|---|
| PHUNWARE INC | 1 0000 | 10/22/21 | 11/08/21 | 4 34 | 15 00 | (10 66) | |
| *Subtotal (Short Term)* | | | | | | *(10 66)* | *(50 56)* |
| **TOTAL** | | | | **4 34** | **15 00** | **(10 66)** | **(50 56)** |

⊙ Excludes transactions for which we have insufficient data

### CASH/OTHER TRANSACTIONS

| Date | Description | Transaction Type | Quantity | Debit | Credit |
|---|---|---|---|---|---|
| **Electronic Transfers** | | | | | |
| 11/26 | FR BAC#229040870631 | Funds Received | | | 1 000 00 |
| | CHARLES A YOAKLEY and D AJANA YOAKLEY | | | | |
| | *Subtotal (Electronic Transfers)* | | | | *1,000 00* |

+

**CHARLES A YOAKLEY**                              Account Number  43X 93Q86                        **24-Hour Assistance  (877) 653-4732**
                                                                                                    Access Code  23 439 93486

## YOUR CMA TRANSACTIONS
                                                                                                    January 01, 2022  January 31, 2022

**SECURITY TRANSACTIONS**

| Settlement Date | Description | Transaction Type | Quantity | Transaction Amount | Commissions/ Trading Fees | (Debit)/ Credit | Accrued Interest Earned/(Paid) |
|---|---|---|---|---|---|---|---|
| **Purchases** | | | | | | | |
| 01/06 | META MATERIALS INC CUS NO 59134N104 UNIT PRICE  2 7286 | Purchase | 115 0000 | (313 79) | | (313 79) | |
| | *Subtotal (Purchases)* | | | *(313 79)* | | *(313 79)* | |
| | **TOTAL** | | | **(313 79)** | | **(313 79)** | |
| | **TOTAL SECURITY PURCHASES/(DEBITS)** | | | | | **(313 79)** | |
| | **TOTAL SECURITY SALES/CREDITS** | | | | | | |

**CASH/OTHER TRANSACTIONS**

| Date | Description | Transaction Type | Quantity | Debit | Credit |
|---|---|---|---|---|---|
| **Electronic Transfers** | | | | | |
| 01/04 | FR BAC#003446350337 MR CHARLES A YOAKLEY an d DAJANA YOAKLEY | Funds Received | | | 300 00 |
| | *Subtotal (Electronic Transfers)* | | | | *300 00* |
| | **NET TOTAL** | | | | **300 00** |

## YOUR CMA MONEY ACCOUNT TRANSACTIONS

| Date | Description | Withdrawals | Deposits | Date | Description | Withdrawals | Deposits |
|---|---|---|---|---|---|---|---|
| 01/05 | ML DIRECT DEPOSIT PROGRM | | 300 00 | 01/06 | ML DIRECT DEPOSIT PROGRM | 314 00 | |
| | **NET TOTAL** | | | | | **14 00** | |

+

013                                                                                                                                4 of 6

CHARLES A YOAKLEY                          Account Number  43X 93Q86                      24 Hour Assistance  (877) 653-4732
                                                                                          Access Code  23 439 93486

## YOUR CMA TRANSACTIONS

July 01, 2022  July 29, 2022

### SECURITY TRANSACTIONS

| Settlement Date | Description | Transaction Type | Quantity | Transaction Amount | Commissions/ Trading Fees | (Debit)/ Credit | Accrued Interest Earned/(Paid) |
|---|---|---|---|---|---|---|---|
| **Purchases** | | | | | | | |
| 07/11 | META MATERIALS INC<br>CUS NO 59134N104 UNIT PRICE  1 0563 | Purchase | 250 0000 | (264 08) | | (264 08) | |
| 07/15 | META MATERIALS INC<br>CUS NO 59134N104 UNIT PRICE  9385 | Purchase | 13 0000 | (12 20) | | (12 20) | |
| | *Subtotal (Purchases)* | | | **(276 28)** | | **(276 28)** | |
| | **TOTAL** | | | **(276 28)** | | **(276 28)** | |
| | TOTAL SECURITY PURCHASES/(DEBITS) | | | | | (276 28) | |
| | TOTAL SECURITY SALES/CREDITS | | | | | | |

### UNSETTLED TRADES

| Trade Date | Settlement Date | Description | Symbol/ Cusip | Transaction Type | Quantity | Price | Amount |
|---|---|---|---|---|---|---|---|
| 07/28 | 08/01 | META MATERIALS INC | MMAT | Purchase | 137 0000 | 8897 | (121 89) |
| | **NET TOTAL** | | | | | | **(121 89)** |

### CASH/OTHER TRANSACTIONS

| Date | Description | Transaction Type | Quantity | Debit | Credit |
|---|---|---|---|---|---|
| **Electronic Transfers** | | | | | |
| 07/07 | FR BAC#003446350337<br>MR CHARLES A  YOAKLEY an d DAJANA YOAKLEY | Funds Received | | | 265 00 |
| 07/28 | FR BAC#003446350337<br>MR CHARLES A  YOAKLEY an d DAJANA YOAKLEY | Funds Received | | | 125 00 |
| | *Subtotal (Electronic Transfers)* | | | | **390 00** |
| | **NET TOTAL** | | | | **390 00** |

| CHARLES A YOAKLEY | Account Number  43X 93Q86 | 24 Hour Assistance  (877) 653 4732 |
| --- | --- | --- |
| | | Access Code  23 439 93486 |
| **YOUR CMA TRANSACTIONS** | | July 30, 2022  August 31, 2022 |

**SECURITY TRANSACTIONS**

| Settlement Date | Description | Transaction Type | Quantity | Transaction Amount | Commissions/ Trading Fees | (Debit)/ Credit | Accrued Interest Earned/(Paid) |
| --- | --- | --- | --- | --- | --- | --- | --- |
| **Purchases** | | | | | | | |
| 08/01 | META MATERIALS INC CUS NO 59134N104 UNIT PRICE | Purchase 8897 | 137 0000 | (121 89) | | (121 89) | |
| | *Subtotal (Purchases)* | | | (121 89) | | (121 89) | |
| | **TOTAL** | | | (121 89) | | (121 89) | |
| | **TOTAL SECURITY PURCHASES/(DEBITS)** | | | | | (121 89) | |
| | **TOTAL SECURITY SALES/CREDITS** | | | | | | |

## YOUR CMA MONEY ACCOUNT TRANSACTIONS

| Date | Description | Withdrawals | Deposits | Date | Description | Withdrawals | Deposits |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 08/01 | ML DIRECT DEPOSIT PROGRM | 122 00 | | | | | |
| | **NET TOTAL** | **122 00** | | | | | |

If you own London Interbank Offered Rate (LIBOR) linked financial products, the cessation of LIBOR and the transition from LIBOR to alternative reference rates such as SOFR or BSBY, may have significant impacts to those financial products  including impacts to their liquidity, value and potential performance   Additional information is available at www ml com/articles/benchmark interest rate-reform html

CHARLES A YOAKLEY

## YOUR CMA TRANSACTIONS

Account Number 43X 93Q86

24 Hour Assistance (877) 653 4732
Access Code 23 439 93486

December 31, 2022  January 31, 2023

**SECURITY TRANSACTIONS** (continued)

| Settlement Date | Description | Transaction Type | Quantity | Transaction Amount | Commissions/ Trading Fees | (Debit)/ Credit | Accrued Interest Earned/(Paid) |
|---|---|---|---|---|---|---|---|
| **Purchases** | | | | | | | |
| 01/24 | META MATERIALS INC CUS NO 59134N104 UNIT PRICE  1 0671 | Purchase | 500 0000 | (533 55) | | (533 55) | |
| 01/24 | META MATERIALS INC CUS NO 59134N104 UNIT PRICE  1 0650 | Purchase | 400 0000 | (426 00) | | (426 00) | |
| | *Subtotal (Purchases)* | | | **(1,623 30)** | | **(1,623 30)** | |
| **Sales** | | | | | | | |
| 01/23 ■ | META MATERIALS INC CUS NO 59134N104 UNIT PRICE  9808 | Sale | 750 0000 | 735 61 | ( 02) | 735 59 | |
| 01/24 ■ | GENIUS GROUP LTD REG SHS CUS NO Y3005A109 UNIT PRICE  3 0100 | Sale | 450 0000 | 1 354 50 | ( 03) | 1 354 47 | |
| | *Subtotal (Sales)* | | | **2,090 11** | **( 05)** | **2,090 06** | |
| **Other Security Transactions** | | | | | | | |
| 01/06 | META MATERIALS INC NEW MONEY ZERO% DEC 31 2099 PAY DATE 01/06/2023 | Exchange | 175 0000 | | | | |
| 01/06 | NEXT BRIDGE HYDROCARBONS PAY DATE 01/06/2023 | Exchange | 175 0000 | | | | |
| | *Subtotal (Other Security Transactions)* | | | | | | |
| | **TOTAL** | | | **466 81** | **( 05)** | **466 76** | |
| | **TOTAL SECURITY PURCHASES/(DEBITS)** | | | | | **(1,623 30)** | |
| | **TOTAL SECURITY SALES/CREDITS** | | | | | **2,090 06** | |



**MERRILL**
A BANK OF AMERICA COMPANY

CHARLES A YOAKLEY                                    Account Number 43X 93Q86

## YOUR CMA TRANSACTIONS                                          December 31 2022  January 31, 2023

**REALIZED GAINS/(LOSSES)**

| Description | Quantity | Acquired Date | Liquidation Date | Sale Amount | Cost Basis | Gains/(Losses) This Statement | Year to Date |
|---|---|---|---|---|---|---|---|
| ✧ META MATERIALS INC | 49 7143 | 06/22/21 | 01/19/23 | 48 76 | 950 90 | N/C | |
| ✧ META MATERIALS INC | 37 2857 | 06/22/21 | 01/19/23 | 36 57 | 502 50 | N/C | |
| ✧ META MATERIALS INC | 7 6800 | 06/25/21 | 01/19/23 | 7 53 | 79 17 | N/C | |
| ✧ META MATERIALS INC | 4 3200 | 06/25/21 | 01/19/23 | 4 24 | 42 30 | N/C | |
| ✧ META MATERIALS INC | 51 0000 | 06/30/21 | 01/19/23 | 50 02 | 345 47 | N/C | |
| ✧ META MATERIALS INC | 100 0000 | 07/02/21 | 01/19/23 | 98 08 | 685 00 | N/C | |
| ✧ META MATERIALS INC | 100 0000 | 07/09/21 | 01/19/23 | 98 08 | 503 00 | N/C | |
| ✧ META MATERIALS INC | 150 0000 | 07/23/21 | 01/19/23 | 147 11 | 531 00 | N/C | |
| ✧ META MATERIALS INC | 75 0000 | 07/23/21 | 01/19/23 | 73 56 | 265 50 | N/C | |
| ✧ META MATERIALS INC | 10 0000 | 08/13/21 | 01/19/23 | 9 81 | 33 20 | N/C | |
| ✧ META MATERIALS INC | 165 0000 | 11/26/21 | 01/19/23 | 161 83 | 648 45 | N/C | |
| GENIUS GROUP LTD REG SHS | 450 0000 | 01/19/23 | 01/20/23 | 1,354 47 | 663 75 | 690 72 | |
| Subtotal (Short Term) | | | | | | 690 72 | 690 72 |
| **TOTAL** | | | | **2,090 06** | **5,250 24** | **690 72** | **690 72** |

○ Excludes transactions for which we have insufficient data
N/C  Results may not be calculated for transactions which involve the sale of partnership interests  short term debt instruments  derivative products purchased in the secondary market or the determination of ordinary income and/or capital items for discount and zero coupon issues
✧This transaction has been affected by a  Wash Sale  based on IRS regulations  There are two different types of adjustments that may be occurring
(A) If the gain/loss displays as N/C  this transaction has been identified as a  Wash Sale  based on IRS regulations and the loss has been added to the cost basis of the related purchase
(B) If the gain/loss is calculated  the cost basis has been adjusted by the deferred loss amount from a previous  Wash Sale  and your gain or loss will be inclusive of this amount

## YOUR CMA MONEY ACCOUNT TRANSACTIONS

| Date | Description | Withdrawals | Deposits | Date | Description | Withdrawals | Deposits |
|---|---|---|---|---|---|---|---|
| 01/24 | ML DIRECT DEPOSIT PROGRM | | 72 00 | 01/25 | ML DIRECT DEPOSIT PROGRM | | 394 00 |
| | **NET TOTAL** | ( | | | | ( | 466 00 |



MERRILL
A BANK OF AMERICA COMPANY

CHARLES A YOAKLEY                                              Account Number 43X 93Q86

## YOUR CMA ASSETS

February 01, 2023  February 28, 2023

| CASH/MONEY ACCOUNTS Description | Quantity | Total Cost Basis | Estimated Market Price | Estimated Market Value | Estimated Annual Income | Est Annual Yield% |
|---|---|---|---|---|---|---|
| CASH | 0 96 | 0 96 | | 96 | | |
| ✢ML DIRECT DEPOSIT PROGRAM | 150 00 | 150 00 | 1 0000 | 150 00 | | 01 |
| ✢FDIC INSURED NOT SIPC COVERED | | | | | | |
| TOTAL | | 150 96 | | 150 96 | | 01 |

| EQUITIES Description | Symbol | Quantity | Total Cost Basis | Estimated Market Price | Estimated Market Value | Unrealized Gain/(Loss) | Estimated Annual Income |
|---|---|---|---|---|---|---|---|
| META MATERIALS INC | MMAT | 2,000 0000 | 6,176 46✦ | 0 6400 | 1,280 00 | (4 896 46) | |
| NEXT BRIDGE HYDROCARBONS | | 175 0000 | N/A✢ | N/A | N/A | N/A | |
| TOTAL | | | 6,176 46 | | 1,280 00 | (4 896 46) | |

Equity Cost Basis details are available on the Statements and Documents page of www merrilledge com

| LONG PORTFOLIO | Adjusted/Total Cost Basis | Estimated Market Value | Unrealized Gain/(Loss) | Estimated Accrued Interest | Estimated Annual Income |
|---|---|---|---|---|---|
| TOTAL | 6 327 42 | 1,430 96 | (4 896 46) | | |

**Notes**
Total values exclude N/A items
✦Cost basis has been adjusted by the deferred loss amount from a previous Wash Sale and the acquisition date has been adjusted to
include the holding period of the lot closed by that previous 'Wash Sale
✢Some cost basis information may not be available due to insufficient data and is not included in the total

## YOUR CMA TRANSACTIONS

**SECURITY TRANSACTIONS**

| Settlement Date | Description | Transaction Type | Quantity | Transaction Amount | Commissions/ Trading Fees | (Debit)/ Credit | Accrued Interest Earned/(Paid) |
|---|---|---|---|---|---|---|---|
| **Purchases** | | ( | | | | ( | |
| 02/28 | META MATERIALS INC | Purchase | 500 0000 | (320 00) | | (320 00) | |
| | CUS NO 59134N104 UNIT PRICE | 6400 | | | | | |

+

022                                                                                                                                 3 of 6



MERRILL
A BANK OF AMERICA COMPANY

CHARLES A YOAKLEY                                           Account Number  43X 93Q86

## YOUR CMA ASSETS
April 01 2023   April 28, 2023

| CASH/MONEY ACCOUNTS Description | Quantity | Total Cost Basis | Estimated Market Price | Estimated Market Value | Estimated Annual Income | Est Annual Yield% |
|---|---|---|---|---|---|---|
| CASH | 0 16 | 0 16 | | 16 | | |
| ✢ML DIRECT DEPOSIT PROGRAM | 150 00 | 150 00 | 1 0000 | 150 00 | | 01 |
| ✢FDIC INSURED NOT SIPC COVERED | | | | | | |
| TOTAL | | 150 16 | | 150 16 | | 01 |

| EQUITIES Description | Symbol | Quantity | Total Cost Basis | Estimated Market Price | Estimated Market Value | Unrealized Gain/(Loss) | Estimated Annual Income |
|---|---|---|---|---|---|---|---|
| META MATERIALS INC | MMAT | 2 650 0000 | 6 327 26✦ | 0 1842 | 488 13 | (5,839 13) | |
| NEXT BRIDGE HYDROCARBONS | | 175 0000 | N/A✣ | N/A | N/A | N/A | |
| TOTAL | | | 6 327 26 | | 488 13 | (5 839 13) | |

Equity Cost Basis details are available on the Statements and Documents page of www merrilledge com

| LONG PORTFOLIO | Adjusted/Total Cost Basis | Estimated Market Value | Unrealized Gain/(Loss) | Estimated Accrued Interest | Estimated Annual Income |
|---|---|---|---|---|---|
| TOTAL | 6 477 42 | 638 29 | (5,839 13) | | |

**Notes**
Total values exclude N/A items
✦Cost basis has been adjusted by the deferred loss amount from a previous Wash Sale and the acquisition date has been adjusted to include the holding period of the lot closed by that previous Wash Sale
✣Some cost basis information may not be available due to insufficient data and is not included in the total

## YOUR CMA TRANSACTIONS

**SECURITY TRANSACTIONS**

| Settlement Date | Description | Transaction Type | Quantity | Transaction Amount | Commissions/ Trading Fees | (Debit)/ Credit | Accrued Interest Earned/(Paid) |
|---|---|---|---|---|---|---|---|
| **Purchases** | | | | | | | |
| 04/18 | META MATERIALS INC CUS NO 59134N104 UNIT PRICE  2320 | Purchase | 650 0000 | (150 80) | | (150 80) | |

+



**MERRILL**
A BANK OF AMERICA COMPANY

CHARLES A YOAKLEY                           Account Number 43X 93Q86

## YOUR CMA ASSETS
April 29 2023   May 31, 2023

| CASH/MONEY ACCOUNTS Description | Quantity | Total Cost Basis | Estimated Market Price | Estimated Market Value | Estimated Annual Income | Est Annual Yield% |
|---|---|---|---|---|---|---|
| CASH | 0 60 | 0 60 |  | 60 |  |  |
| +ML DIRECT DEPOSIT PROGRAM | 4 00 | 4 00 | 1 0000 | 4 00 |  | 01 |
| +FDIC INSURED NOT SIPC COVERED |  |  |  |  |  |  |
| TOTAL |  | 4 60 |  | 4 60 |  |  |

| EQUITIES Description | Symbol | Quantity | Total Cost Basis | Estimated Market Price | Estimated Market Value | Unrealized Gain/(Loss) | Estimated Annual Income |
|---|---|---|---|---|---|---|---|
| META MATERIALS INC | MMAT | 3 275 0000 | 6 472 82♦ | 0 2100 | 687 75 | (5 785 07) |  |
| NEXT BRIDGE HYDROCARBONS |  | 175 0000 | N/A✢ | N/A | N/A | N/A |  |
| TOTAL |  |  | 6 472 82 |  | 687 75 | (5,785 07) |  |

Equity Cost Basis details are available on the Statements and Documents page of www merrilledge com

| LONG PORTFOLIO | Adjusted/Total Cost Basis | Estimated Market Value | Unrealized Gain/(Loss) | Estimated Accrued Interest | Estimated Annual Income |
|---|---|---|---|---|---|
| TOTAL | 6 477 42 | 692 35 | (5 785 07) |  |  |

**Notes**
Total values exclude N/A items
♦Cost basis has been adjusted by the deferred loss amount from a previous Wash Sale and the acquisition date has been adjusted to include the holding period of the lot closed by that previous 'Wash Sale"
✢Some cost basis information may not be available due to insufficient data and is not included in the total

## YOUR CMA TRANSACTIONS

**SECURITY TRANSACTIONS**

| Settlement Date | Description | Transaction Type | Quantity | Transaction Amount | Commissions/ Trading Fees | (Debit)/ Credit | Accrued Interest Earned/(Paid) |
|---|---|---|---|---|---|---|---|
| **Purchases** |  |  |  |  |  |  |  |
| 05/11 | META MATERIALS INC CUS NO 59134N104 UNIT PRICE 2329 | Purchase | 625 0000 | (145 56) |  | (145 56) |  |

+

017                                                                                                                                    3 of 6



# MERRILL
A BANK OF AMERICA COMPANY

CHARLES A YOAKLEY                             Account Number  43X 93Q86

## YOUR CMA ASSETS
September 01, 2023  September 29 2023

| CASH/MONEY ACCOUNTS Description | Quantity | Total Cost Basis | Estimated Market Price | Estimated Market Value | Estimated Annual Income | Est Annual Yield% |
|---|---|---|---|---|---|---|
| CASH | 0 31 | 0 31 | | 31 | | |
| ✦ML DIRECT DEPOSIT PROGRAM | 14 00 | 14 00 | 1 0000 | 14 00 | | 01 |
| ✦FDIC INSURED NOT SIPC COVERED | | | | | | |
| TOTAL | | 14 31 | | 14 31 | | |

| EQUITIES Description | Symbol | Quantity | Total Cost Basis | Estimated Market Price | Estimated Market Value | Unrealized Gain/(Loss) | Estimated Annual Income |
|---|---|---|---|---|---|---|---|
| META MATERIALS INC | MMAT | 3 500 0000 | 6 523 11✦ | 0 2119 | 741 67 | (5 781 44) | |
| NEXT BRIDGE HYDROCARBONS | | 175 0000 | N/A✢ | N/A | N/A | N/A | |
| TOTAL | | | 6 523 11 | | 741 67 | (5,781 44) | |

Equity Cost Basis details are available on the Statements and Documents page of www merrilledge com

| LONG PORTFOLIO | Adjusted/Total Cost Basis | Estimated Market Value | Unrealized Gain/(Loss) | Estimated Accrued Interest | Estimated Annual Income |
|---|---|---|---|---|---|
| TOTAL | 6 537 42 | 755 98 | (5 781 44) | | |

**Notes**
Total values exclude N/A items
✦Cost basis has been adjusted by the deferred loss amount from a previous "Wash Sale' and the acquisition date has been adjusted to include the holding period of the lot closed by that previous Wash Sale
✢Some cost basis information may not be available due to insufficient data and is not included in the total

## YOUR CMA TRANSACTIONS

### SECURITY TRANSACTIONS

| Settlement Date | Description | Transaction Type | Quantity | Transaction Amount | Commissions/ Trading Fees | (Debit)/ Credit | Accrued Interest Earned/(Paid) |
|---|---|---|---|---|---|---|---|
| **Purchases** | | | | | | | |
| 09/08 | META MATERIALS INC CUS NO 59134N104 UNIT PRICE | Purchase 2235 | 225 0000 | (50 29) | | (50 29) | |

016                                                                                          3 of 7


MERRILL
A BANK OF AMERICA COMPANY

CHARLES A YOAKLEY                                             Account Number 43X 93Q86

# YOUR CMA ASSETS
November 01, 2023   November 30, 2023

| CASH/MONEY ACCOUNTS Description | Quantity | Total Cost Basis | Estimated Market Price | Estimated Market Value | Estimated Annual Income | Est Annual Yield% |
|---|---|---|---|---|---|---|
| CASH | 0 11 | 0 11 | | 11 | | |
| +ML DIRECT DEPOSIT PROGRAM | 4 00 | 4 00 | 1 0000 | 4 00 | | 01 |
| +FDIC INSURED NOT SIPC COVERED | | | | | | |
| **TOTAL** | | 4 11 | | 4 11 | | |

| EQUITIES Description | Symbol | Quantity | Total Cost Basis | Estimated Market Price | Estimated Market Value | Unrealized Gain/(Loss) | Estimated Annual Income |
|---|---|---|---|---|---|---|---|
| META MATERIALS INC | MMAT | 3 600 0000 | 6,533 31♦ | 0 0943 | 339 51 | (6 193 80) | |
| NEXT BRIDGE HYDROCARBONS | | 175 0000 | N/A✣ | N/A | N/A | N/A | |
| **TOTAL** | | | 6 533 31 | | 339 51 | (6 193 80) | |

Equity Cost Basis details are available on the Statements and Documents page of www merrilledge com

| LONG PORTFOLIO | Adjusted/Total Cost Basis | Estimated Market Value | Unrealized Gain/(Loss) | Estimated Accrued Interest | Estimated Annual Income |
|---|---|---|---|---|---|
| **TOTAL** | 6 537 42 | 343 62 | (6 193 80) | | |

**Notes**
Total values exclude N/A items
♦Cost basis has been adjusted by the deferred loss amount from a previous Wash Sale' and the acquisition date has been adjusted to include the holding period of the lot closed by that previous Wash Sale'
✣Some cost basis information may not be available due to insufficient data and is not included in the total

# YOUR CMA TRANSACTIONS

**SECURITY TRANSACTIONS**

| Settlement Date | Description | Transaction Type | Quantity | Transaction Amount | Commissions/ Trading Fees | (Debit)/ Credit | Accrued Interest Earned/(Paid) |
|---|---|---|---|---|---|---|---|
| **Purchases** | | | ( | | | ( | |
| 11/08 | META MATERIALS INC CUS NO 59134N104 UNIT PRICE | Purchase 1020 | 100 0000 | (10 20) | | (10 20) | |

+

011                                                                                                                         3 of 6

**Merrill Edge - account number  CMA-Edge 43X-93Q86**

**Current number of MMAT shares (reflecting reverse split)  36**

**Dates and amounts purchased or sold**

| Dates Purchased | Amount | | Dates Sold | Amount |
|---|---|---|---|---|
| 6/28/2021 | 87 | 1 MMAT for 2 TRCH exchange | 1/23/2023 | 750 |
| 6/29/2021 | 12 | 1 MMAT for 2 TRCH exchange | | |
| 7/2/2021 | 51 | | | |
| 7/7/2021 | 100 | | | |
| 7/13/2021 | 100 | | | |
| 7/27/2021 | 225 | | | |
| 8/17/2021 | 10 | | | |
| 11/30/2021 | 250 | | | |
| 1/6/2022 | 115 | | | |
| 7/11/2022 | 250 | | | |
| 7/15/2022 | 13 | | | |
| 8/1/2022 | 137 | | | |
| 1/24/2023 | 500 | | | |
| 1/24/2023 | 400 | | | |
| 2/28/2023 | 500 | | | |
| 4/18/2023 | 650 | | | |
| 5/11/2023 | 625 | | | |
| 9/8/2023 | 225 | | | |
| 11/8/2023 | 100 | | | |

1/29/2024 - 100 1 reverse split (3,600 shares to 36)