NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | PROOF OF INTEREST |
|---|---|

**Name of Debtor:** Meta Materials

**Case Number:** 24-50792

1. **Name and address of holder of the Equity Interest** (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the Interest holder):

Carrie Perdue
5712 East Copper Mtn Dr.
Spotsylvania VA 22553

**Telephone Number:** 804 652 9711

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

☑ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

**RECEIVED AND FILED**
**DEC - 9 2024**
**U.S BANKRUPTCY COURT**
**MARY A. SCHOTT, CLERK**

COURT USE ONLY

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

**Account or other number by which Interest holder identifies Debtor:** 495676447

Check here if this claim:
☐ replaces a previously filed Proof of Interest dated _____
☐ amends a previously filed Proof of Interest dated _____

2. **Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:**
Robinhood

**Telephone Number:** 888 275 8523

3. **Date Equity Interest was acquired:** (333) 12/6/23

4. **Total amount of member interest:** 333

5. **Certificate number(s):** _____

6. **Type of Equity Interest**
Please indicate the type of Equity Interest you hold:
☑ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
☐ Check this box if your Equity Interest is based on anything else and describe that interest.
**Description:** Investor

7. **Supporting Documents:** Attach copies of supporting documents, such as stock certificates, option agreements, warrants etc.
DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. **Date-Stamped Copy:** To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped self-addressed envelope and copy of this Proof of Interest.

9. **Signature**
Check the appropriate box.
☑ I am the creditor.  ☐ I am the creditor's authorized agent.  ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004)  ☐ I am a guarantor, surety, endorser or other codebtor. (See Bankruptcy Rule 3005)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information and reasonable belief.

**Print Name:** Carrie Perdue
**Title:** Owner
**Company:** Address and telephone number (if different from notice address above):

**(Signature):** Carrie Perdue
**(Date):** 11/11/24

**Telephone number:** 804 652 9711
**email:** Carrie.ott@gmail.com

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

# Robinhood

85 Willow Rd, Menlo Park CA 94025
help@robinhood.com

12/06/2023

**CARIE STALEY** Account # 495676447
4018 Bonnie Brae Court Fredericksburg, VA 22407

## Transaction Confirmation

Thank you for letting Robinhood Securities LLC ( RHS ) serve you through Robinhood Financial LLC ( RHF )

1. Amounts due for securities transactions must be received on or before the settlement date shown

2. All orders are received and executed subject to the applicable rules regulations and customs of the SEC FINRA and the exchange or market where the order is entered the provisions of the Securities Exchange Act of 1934

3. Failure of customer to notify RHS in writing within five days of the receipt of this document of any concerns constitutes an acceptance of the transaction

4. For purchase transactions in a margin account it is agreed that sufficient cash or acceptable collateral will be deposited on or before the settlement date or at such earlier time that payment may be demanded to satisfy applicable margin requirements

5. Securities purchased and securities pledged as margin are or may be hypothecated for the sum due thereon or for a greater sum under circumstances which permit commingling thereof with securities of other customers all without further notice to the customer

6. If shares loaned for a short sale are no longer available RHS reserves the right to decide by random selection which positions will be subject to a buy-in

7. Upon written request and where available further details of items herein will be provided including the execution date and time the counterparty when acting as agent the detailed breakdown of transaction fees (including regulatory trading fees) and the remuneration details if any to RHS or RHF for directing orders to select market participants and details of provisions that may cause a call or prepayment

8. All transactions on this confirmation are presumed to be unsolicited unless noted otherwise

9. Any Good Till Canceled (GTC) orders may expire or be terminated by RHS or RHF in their ordinary course of business after the order has remained open for a reasonable period of time Please contact RHF for more specific details Until such expiration or cancellation or cancellation by the customer all open orders are considered good When entering a substitute order the responsibility for cancelling the original order rests upon the customer Therefore if a customer fails to cancel an existing order transactions resulting from the execution of both the original and new order(s) will be entered into the customer s account

10. The responsibility to cancel an open order resides with the customer Any transactions which result from the execution of any order which the customer has not instructed RHF/RHS to cancel will be entered into the customer s account

11. The default Cost Basis Election or tax relief method used by RHS for tax preparing is First-In-First-Out (FIFO) for Equities Please contact RHF if you wish to change the default tax relief method for your account or specify different tax lots for liquidation

12. Backup Withholding - if you have not provided us with your correct social security number/tax id number under federal law you may be subject to a $50 penalty as well as backup withholding on certain payments

13. RHS receives remuneration for directing orders to particular broker-dealers or market centers for execution Such remuneration is considered compensation to the firm The source and nature in connection with your transactions are available upon written request RHF when clearing through RHS may share in such payments or may directly receive payment for order flow for certain transactions Details are available upon written request

14. If you request the sale of a non-marketable or worthless security RHF will be the buyer to the transaction in the event a market cannot be located In such a sale you are deeming the security worthless and RHF thereby makes no representation regarding the present or future value of these securities The transaction is irreversible and you will have no further claim to the securities and no claim against RHF for any losses related to the sale

15. RHF receives payment from a third party for services rendered in distributing new securities offerings

16. To access the prospectus please visit the Securities and Exchange Commission s <u>EDGAR</u> database and enter the company's name or ticker symbol

17. If the transaction involves a debt security that is subject to redemption before maturity including exchange traded notes the security may be redeemed in whole or in part before maturity and a redemption could affect the yield represented Additional information is available upon request If the transaction involves a callable equity security you may request additional information regarding the security

Accounts carried by Robinhood Securities LLC Member FINRA & SIPC
help@robinhood com Tax ID 38-4019216

---

| | | | | |
|---|---|---|---|---|
| **MKT = Market in which transaction was Executed/Cleared**<br>NYSE - New York Stock Exchange<br>NYSEA - NYSE Alternext<br>USE - Other US Exchange<br>MF - Mutual Funds<br>OP - Options<br>OTC - Over the-Counter/NASDAQ<br>UND - Underwriting<br>FOREX - Foreign Exchange<br>OTH - Other | **Buy/Sell Codes**<br>B = Buy or Buy To Open<br>S = Sell or Sell To Close<br>BCXL = Cancel Buy<br>SCXL = Cancel Sell<br>BTC = Buy To Close<br>STO = Sell To Open<br>BTCX = Buy To Close Cancel<br>STOX = Sell to Open Cancel | **Account Types**<br>C = Cash<br>M = Margin<br>N = Non negotiable<br>S = Short | **U/S: Solicitation**<br>U = Unsolicited<br>S = Solicited | **CAP = Capacity in which the firm acted**<br>1 - 2 4 - 5 8 - As AGENT<br>3 - As PRINCIPAL or RISKLESS PRINCIPAL your broker has bought from you or sold to you and may have received a profit or loss on the transaction any difference in price between a transaction with you and any prior offsetting contemporaneous transaction will be disclosed<br>6 - As AGENT for both buyer and seller |


**Robinhood**

85 Willow Rd, Menlo Park CA 94025
help@robinhood.com

12/06/2023

**CARIE STALEY** Account # 495676447
4018 Bonnie Brae Court, Fredericksburg VA 22407

| Equities/Options | B/S | Trade Date | Settle Date | Acct Type | Price | QTY | Principal | Comm | Tran Fee | Net Amount | MKT | CAP | U/S |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Meta Materials MMAT CUSIP 59134N104 | B | 12/06/2023 | 12/08/2023 | M | $0.0000 | 333 | $19.98 | $0.00 | $0.00 | $19.98 | OTC | I | U |

| | | | | |
|---|---|---|---|---|
| **Total Quantity Bought** | 333 | | **Total Dollars Bought** | $19.98 |
| **Total Quantity Sold** | 0 | | **Total Dollars Sold** | $0.00 |