NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | | PROOF OF INTEREST |
|---|---|---|
| Name of Debtor<br>Meta Materials, Inc | Case Number<br>24-50792 | |

**1** Name and address of holder of the Equity Interest (the person or entity holding an Equity Interest in the Debtor Referred to hereinafter as the Interest holder )

John Roberts
13598 Crownline Drive NE
Prior Lake, MN 55372

Telephone Number (702) 994-1784

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest Attach copy of statement giving particulars

☒ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors

**RECEIVED AND FILED**
DEC - 9 2024
U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

COURT USE ONLY

NOTE This form SHOULD NOT be used to make a claim against the Debtor for money owed A separate Proof of Claim form should be used for that purpose This form should only be used to assert an Equity Interest in the Debtor An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein

Account or other number by which Interest holder identifies Debtor
7155-6580   also   4818-4077

Check here if this claim
☐ replaces a previously filed Proof of Interest dated _____
☐ amends a previously filed Proof of Interest dated _____

**2** Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest

John Roberts / Ameriprise Financial
901 3rd Ave S  Minneapolis  MN 55402

Telephone Number (612) 671 3131

**3** Date Equity Interest was acquired
11/04/2022 and 08/26/2022
See attached sheet

**4** Total amount of member interest  348 2796 shares  $39,600 51 cost

**5** Certificate number(s)  See attached documents

**6** Type of Equity Interest
Please indicate the type of Equity Interest you hold
☒ Check this box if your Equity Interest is based on an actual member interest held in the Debtor
☐ Check this box if your Equity Interest is based on anything else and describe that interest
Description _____ Investor

**7** Supporting Documents Attach copies of supporting documents such as stock certificates option agreements warrants etc
DO NOT SEND ORIGINAL DOCUMENTS If the documents are not available explain If the documents are voluminous attach a summary

**8** Date Stamped Copy To receive an acknowledgement of the filing of your Proof of Interest enclose a stamped self addressed envelope and copy of this Proof of Interest

**9 Signature**
Check the appropriate box
☒ I am the creditor   ☐ I am the creditor s authorized agent   ☐ I am the trustee or the debtor   ☐ I am a guarantor surety endorser or other codebtor
     (Attach copy of power of attorney if any)   or their authorized agent   (See Bankruptcy Rule 3005)
                                                  (See Bankruptcy Rule 3004)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge information and reasonable belief

Print Name   John Roberts
Title
Company ___ Address and telephone number (if different from notice address above)

(Signature) John Roberts    (Date) 12/03/2024

Telephone number (702) 994 1784    email  latinumxl@gmail com

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both  18 U S C §§ 152 AND 3571*

Print Form    Save Form    Clear Form

PROOF OF INTEREST SUPPLEMENTAL INFORMATION

CASE  24-50792, META MATERIALS, INC

FOR    JOHN ROBERTS

All purchases of MMAT were made before the reverse merger   However, the information provided by my broker shows the quantity amount of stock owned is after the reverse merger  The reverse merger reduced my holdings by 100 times the original amount bought

**Broker**   Ameriprise Financial

**Account1**   7155-6580

| Date | Quantity | Unit Cost | Cost Amount |
|---|---|---|---|
| 08/26/2022 | 180 | $115 8461 | $20,852 31 |
| 08/26/2022 | 100 0556 | $82 8739 | $8,292 00 |
| 11/04/2022 | 43 2240 | $156 9 24 | $6,783 25 |

**Account2**   4818-4077

| Date | Quantity | Unit Cost | Cost Amount |
|---|---|---|---|
| 11/04/2022 | 25 | $157 7180 | $3,942 95 |

Total shares held post-reverse split   348 2796

Total monies invested   $39,600 51

See transaction documentation attached

Nov 12, 2024 09:21 AM PST

**Portfolio Holdings**
Detail - Investment Group - Mark to Market

Page 1 of 3

# Ameriprise Financial

Prepared For:
7155-6580
JOHN ROBERTS TOD
13598 CROWNLINE DR NE
PRIOR LAKE MN 55372-4133

CFZG CHAMBERS JAMIE L

| Quantity | Name | Security | Open Date | Mkt Price | Unit Cost | Cost Amount | Value | Unrealized | %Gain Loss | Estimated Income | Curr Yield | % of Port |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Liquid Assets** | | | | | | | | | | | | |
| **Liquid Assets Summary** | | | | | | | | | | | | |
| **Equities** | | | | | | | | | | | | |
| 180 | META MATERIALS INC NEW | MMATQ | 08/26/2022 | 0.0610 | 115.8461 | 20,852.31 | 10.98 | -20,841.33 | -99.95 | | | 0.03 |
| 100.0556 | | MMATQ | 08/26/2022 | 0.0610 | 82.8738 | 8,292.00 | 6.10 | -8,285.90 | -99.93 | | | 0.02 |
| 43.2240 | | MMATQ | 11/04/2022 | 0.0610 | 156.9324 | 6,783.25 | 2.64 | -6,780.61 | -99.96 | | | 0.01 |

Nov 12, 2024 09:25 AM PST

**Ameriprise Financial**

**Portfolio Holdings**
Detail - Investment Group - Mark to Market

Page 1 of 2

**Prepared For:**
4818-4077
ATC AS CUST FOR INHERITED IRA
JOHN ROBERTS
AS BENE OF YUNG SOON YEE
13598 CROWNLINE DR NE
PRIOR LAKE MN 55372-4133

CFZG CHAMBERS  JAMIE L

| Quantity | Name | Security | Open Date | Mkt Price | Unit Cost | Cost Amount | Value | Unrealized | %Gain Loss | Estimated Income | Curr Yield | % of Port |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Liquid Assets** | | | | | | | | | | | | |
| | MONEY MARKET BALANCE | | | | | | 10.89 | | | | | 0.04 |
| **Liquid Assets Summary** | | | | | | | 10.89 | | | | | 0.04 |
| **Equities** | | | | | | | | | | | | |
| 25 | META MATERIALS INC NEW | MMATQ | 11/04/2022[c] | 0.0610[l] | 157.7180 | 3,942.95[N] | 1.52 | -3,941.43 | -99.96 | | | |
| **Equities Summary** | | | | | | | | | | | | |
| **Report Summary** | | | | | | | | | | | | |