# UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA

**PROOF OF INTEREST**

| Name of Debtor: | Case Number: |
|---|---|
| META MATERIALS, INC. | 24-50792 |

**1. Name and address of holder of the Equity Interest** (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

Gregory S. Walsh
5408 Beach Rock Loop Dr
Blaine, WA. 98230

Telephone Number: 360-483-9233

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

■ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

**RECEIVED AND FILED**

**DEC - 9 2024**

**U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK**

---

**NOTE:** This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

**COURT USE ONLY**

---

Account or other number by which Interest holder identifies Debtor:

My broker account at TD Ameritrade #: ▓▓▓▓8633

Check here if this claim:
■ replaces a previously filed Proof of Interest dated: 12/4/2024
☐ amends a previously filed Proof of Interest dated:

**2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:**

Gregory S. Walsh
TD Ameritrade P.O. Box 2209, Omaha, NE 68103-2209

Telephone Number: 800-669-3900

**3. Date Equity Interest was acquired:**

5000 Shares acquired June 21st, 2021

See attached documentation

**4.** Total amount of member interest: 5000 shares for $54,590.11

**5.** Certificate number(s): See attached documentation

**6. Type of Equity Interest:**
Please indicate the type of Equity Interest you hold:
■ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
☐ Check this box if your Equity Interest is based on anything else and describe that interest:
**Description:**

**7. Supporting Documents:** Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**8. Date-Stamped Copy:** To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

**9. Signature:**
Check the appropriate box.
■ I am the creditor.   ☐ I am the creditor's authorized agent. (Attach copy of power of attorney, if any.)   ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)   ☐ I am a guarantor, surety, endorser, or other codebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: Gregory S. Walsh
Title:
Company: ___ Address and telephone number (if different from notice address above):

(Signature) *Gregory S. Walsh*    12/6/2024
(Date) Dec. 6th, 2024

Telephone number: 360-483-9233    email: gregoryswalsh1@gmail.com

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

Print Form    Save Form    Clear Form

**Statement for Account # 427-958635**
07/01/21 - 07/31/21

## Online Cash Services Summary

| Description | Current | Year To Date |
|---|---:|---:|
| **CREDITS** | | |
| Electronic Transfer | $ 7,870.00 | $ 8,870.00 |
| *Subtotal* | 7,870.00 | 8,870.00 |
| **DEBITS** | | |
| Electronic Transfer | $ - | $ (24,670.00) |
| *Subtotal* | 0.00 | (24,670.00) |
| **TOTAL** | 7,870.00 | (15,800.00) |

## Income Summary Detail*

| Description | Current | Year to Date |
|---|---:|---:|
| IDA Interest | $ 0.01 | $ 0.02 |

*This section displays current and year to date totals for this account. The year to date totals will accurately reflect your cumulative amount for the year. Year-end tax reporting income amounts may differ from what is reflected on monthly statements versus your tax documents. Please reference your official tax document(s) for tax reporting.

## Account Positions

| Investment Description | Symbol/ CUSIP | Quantity | Current Price | Market Value | Purchase Date | Cost Basis | Average Cost | Unrealized Gain(Loss) | Estimated Income | Yield |
|---|---|---|---|---|---|---|---|---|---|---|
| **Stocks - Cash** | | | | | | | | | | |
| CIELO WASTE SOLUTIONS CORP COM | CWSFF | 5,000 | $ 1.05 | $ 5,250.00 | 07/09/21 | $ 5,432.06 | $ 1.09 | $ (182.06) | $ - | - |
| GEVO INC COM | GEVO | 4,000 | 6.09 | 24,360.00 | 01/14/21 | 38,759.81 | 9.69 | (14,399.81) | - | - |
| META MATERIALS INC COM | MMAT | 5,000 | 3.50 | 17,500.00 | 06/21/21 | 54,590.11 | 10.92 | (37,090.11) | - | - |
| META MATERIALS INC COM | 59134N203 | 1,950 | NA | NA | - | - | - | - | - | - |
| **Total Stocks** | | | | $47,110.00 | | $98,781.98 | | $(51,671.98) | $0.00 | 0.0% |
| **Total Cash Account** | | | | $47,110.00 | | $98,781.98 | | $(51,671.98) | $0.00 | 0.0% |

Page 1 of 8

## TD Ameritrade

| | | |
|---|---|---|
| PO BOX 2209<br>OMAHA, NE 68103-2209<br>Client Services 800-669-3900 | **Tax Information**<br>**Account 427958633** | Statement Date 01/20/2022<br>Document ID 31J2 R5C TV8J<br>**2021** |
| | GREGORY S WALSH<br>PO BOX 8<br>CUSTER, WA 98240 | |
| PAYER'S TIN 47-0533629 | RECIPIENT'S TIN XXX-XX-6885 | |

Page 4 of 8

**TD Ameritrade Clearing, Inc**  Account 427958633

**Proceeds from Broker and Barter Exchange Transactions**
**(continued)**

2021   1099-B*   OMB No 1545-0715                                                01/20/2022

**SHORT TERM TRANSACTIONS FOR COVERED TAX LOTS** [Ordinary gains or losses are identified in the Additional information column] *(Lines 2 & 5)*
Report on Form 8949, Part I with Box A checked  Basis is provided to the IRS  *(Line 12)*
"Gain or loss (-)" is NOT reported to the IRS

**1a- Description of property/CUSIP/Symbol**

| 1c- Date sold or disposed | Quantity | 1d- Proceeds & 6- Reported (G)ross or (N)et | 1b- Date acquired | 1e- Cost or other basis | 1f- Accrued mkt disc (D) & 1g- Wash sale loss disallowed (W) | Gain or loss(-) & 7- Loss not allowed (X) also not reported (Z) | Additional information |
|---|---|---|---|---|---|---|---|
| GEVO INC COM / CUSIP 374396406 / Symbol GEVO (cont'd) | | | | | | | |
| 11/01/21 | 200 000 | 1,475 97 | 01/19/21 | 2,216 00 | | -740 03 | Sale |
| 11/09/21 | 2 800 000 | 20,523 85 | Various | 27,513 81 | | -6,989 96 | Sale |
| | Security total | 103,507 44 | | 88,901 56 | | 14,605 88 | |
| META MATERIALS INC COM / CUSIP 59134N104 / Symbol MMAT | | | | | | | |
| 12/29/21 | 5,000 000 | 12,599 34 | Various | 54,590 11 | | -41,990 77 | Sale |
| NIO INC ADR / CUSIP 62914V106 / Symbol NIO | | | | | | | |
| 01/14/21 | 500 000 | 30 249 27 | 11/13/20 | 22,479 95 | | 7,769 32 | Sale |
| 01/15/21 | 250 000 | 14,271 58 | Various | 11,802 30 | | 2,469 28 | Sale |
| 01/19/21 | 250 000 | 14,375 43 | 11/20/20 | 12,025 00 | | 2,350 43 | Sale |
| | Security total | 58,896 28 | | 46,307 25 | | 12,589 03 | |
| Totals * | | 245,369 01 | | 269,426.22 | 581 96 W | -23,475 25 | |

Page 1 of 8

**TD Ameritrade**
Member FINRA/SIPC
PO BOX 2209
OMAHA, NE 68103-2209
Client Services 800-669-3900

Tax Information
Account 8633

WALSH

Statement Date 01/20/2022
Document ID.   31J2 R5C TV8J

**2021**

PAYER'S TIN  47-0533629

RECIPIENT'S TIN  XXX-XX-6885

Page 4 of 8

TD Ameritrade Clearing, Inc.                                                                                  Account 8633
**Proceeds from Broker and Barter Exchange Transactions**
2021  1099-B  OMB No. 1545-0715                      (continued)                                           01/20/2022

**SHORT TERM TRANSACTIONS FOR COVERED TAX LOTS** [Ordinary gains or losses are identified in the Additional Information column] *(Lines 2 & 3)*
Report on Form 8949, Part I with Box A checked  Basis is provided to the IRS  *(Line 12)*
"Gain or loss (-)" is NOT reported to the IRS

1a- Description of property/CUSIP/Symbol

| 1c- Date sold or disposed | Quantity | 1d- Proceeds & 6- Reported (G)ross or (N)et | 1b- Date acquired | 1e- Cost or other basis | 1f- Accrued mkt disc (D) & 1g- Wash sale loss disallowed (W) | Gain or loss(-) & 7- Loss not allowed (X) also not reported (Z) | Additional Information |
|---|---|---|---|---|---|---|---|

META MATERIALS INC COM / CUSIP 59134N104 / Symbol MMAT

| 12/28/21 | 5,000.000 | 12,599.34 | Various | 54,590.11 | | -41,990.77 | Sale |

**Statement for Account #** ███████8633
07/01/21 - 07/31/21

## Online Cash Services Summary

| Description | Current | Year To Date |
|---|---|---|
| **CREDITS** | | |
| Electronic Transfer | $ 7,870.00 | $ 8,870.00 |
| *Subtotal* | 7,870.00 | 8,870.00 |
| **DEBITS** | | |
| Electronic Transfer | $   - | $ (24,670.00) |
| *Subtotal* | 0.00 | (24,670.00) |
| **TOTAL** | 7,870.00 | (15,800.00) |

## Income Summary Detail*

| Description | Current | Year to Date |
|---|---|---|
| IDA Interest | $ 0.01 | $ 0.02 |

*This section displays current and year to date totals for this account. The year to date totals will accurately reflect your cumulative amount for the year. Year-end tax reporting income amounts may differ from what is reflected on monthly statements versus your tax documents. Please reference your official tax document(s) for tax reporting.

## Account Positions

| Investment Description | Symbol/ CUSIP | Quantity | Current Price | Market Value | Purchase Date | Cost Basis | Average Cost | Unrealized Gain(Loss) | Estimated Income | Yield |
|---|---|---|---|---|---|---|---|---|---|---|
| **Stocks - Cash** | | | | | | | | | | |
| META MATERIALS INC COM | MMAT | 5,000 | 3.50 | 17,500.00 | 06/21/21 | 54,590.11 | 10.92 | (37,090.11) | - | - |

page 2 of 5