NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | PROOF OF INTEREST |
|---|---|

| Name of Debtor | Case Number |
|---|---|
| Meta Materials | 24-50792 |

**1** Name and address of holder of the Equity Interest (the person or entity holding an Equity Interest in the Debtor Referred to hereinafter as the Interest holder )

Christopher Perdue
5712 East Copper Mtn Dr
Spotsylvania VA 22553

Telephone Number    804 690 7467

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest Attach copy of statement giving particulars

☑ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors

**RECEIVED AND FILED**

**DEC - 9 2024**

**U.S. BANKRUPTCY COURT**
**MARY A. SCHOTT, CLERK**

NOTE This form SHOULD NOT be used to make a claim against the Debtor for money owed A separate Proof of Claim form should be used for that purpose This form should only be used to assert an Equity Interest in the Debtor An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b)herein-

**COURT USE ONLY**

| Account or other number by which Interest holder identifies Debtor | Check here if this claim |
|---|---|
| 215-522483-205 | ☐ replaces a previously filed Proof of Interest dated _____ <br> ☐ amends a previously filed Proof of Interest dated _____ |

| **2** Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest <br><br> E Trade <br><br> Telephone Number  1 800 387 2331 | **3** Date Equity Interest was acquired <br> (70)  6/28/21    (900)  7/3/23 <br> (80)  6/14/22  ┌─ mmTLP ─┬─ TRCH ─┐ <br> (950)  04/14/23 │ 22500 │ 140 │ |
|---|---|

| **4** Total amount of member interest mmAT 2000 / mmTLP 22500 | **5** Certificate number(s) _____ |
|---|---|

**6** Type of Equity Interest
Please indicate the type of Equity Interest you hold
☑ Check this box if your Equity Interest is based on an actual member interest held in the Debtor
☐ Check this box if your Equity Interest is based on anything else and describe that interest
Description _____ Investor _____

**7** Supporting Documents Attach copies of supporting documents, such as stock certificates option agreements warrants, etc
DO NOT SEND ORIGINAL DOCUMENTS If the documents are not available explain If the documents are voluminous attach a summary

**8** Date-Stamped Copy To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped self addressed envelope and copy of this Proof of Interest

**9 Signature**
Check the appropriate box
☑ I am the creditor    ☐ I am the creditor's authorized agent    ☐ I am the trustee, or the debtor,    ☐ I am a guarantor, surety endorser or other codebtor
(Attach copy of power of attorney, if any )    or their authorized agent    (See Bankruptcy Rule 3005 )
(See Bankruptcy Rule 3004 )

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief

Print Name    Christopher Perdue
Title    Owner
Company ____ Address and telephone number (if different from notice address above)
_____
_____

(Signature)    11/4/24    (Date)

Telephone number  804 690 7467    email  perdue.chris13@gmail.com

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both 18 U S C §§ 152 AND 3571*



# E✳TRADE
## FINANCIAL®
Trading • Investing • Banking

**E✳TRADE Securities**

Investment Account

# TRADE CONFIRMATION

**Account Number  XXXX-6576**

**Account Name**
CHRISTOPHER M PERDUE

E✳TRADE Securities LLC
PO Box 484
Jersey City  NJ  07303 0484
1 800 ETRADE 1 (1 800-387 2331)
etrade com

**Customer Update**
Invest to make an impact  Learn how sustainable investing offers growth potential while supporting your values at us etrade com/knowledge/sustainable-investing

| TRADE DATE | SETL DATE | MKT / CPT | SYMBOL / CUSIP | BUY / SELL | QUANTITY | PRICE | ACCT TYPE | | |
|---|---|---|---|---|---|---|---|---|---|
| 06/17/21 | 06/21/21 | 6 1 | GRNBF | SELL | 360 | $ 9831 | Cash | PRINCIPAL | $353 92 |
| ***GREENBANK CAP INC COM NEW | | | | | | | | COMMISSION | $6 95 |
| | | | | | | | | FINRA TAF | $0 04 |
| | | | | | | | | FEE | 0 01 |
| | | | | | | | | **NET AMOUNT** | **$346 92** |
| 06/17/21 | 06/21/21 | 6 1 | TRCH | BUY | 68 | $5 0756 | Cash | PRINCIPAL | $345 14 |
| TORCHLIGHT ENERGY RESOURCES INC | | | | | | | | **NET AMOUNT** | **$345 14** |
| 06/17/21 | 06/21/21 | 6 1 | TRCH | BUY | 32 | $5 1891 | Cash | PRINCIPAL | $166 05 |
| TORCHLIGHT ENERGY RESOURCES INC | | | | | | | | **NET AMOUNT** | **$166 05** |

▲ DETACH HERE
CHRISTOPHER M PERDUE
10406 HEATHER GREENS CIR
SPOTSYLVANIA VA  22553 1716

**Use This Deposit Slip    Acct: XXXX-6576**

Please do not send cash

| | Dollars | Cents |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |

**TOTAL DEPOSIT**

Make checks payable to E*TRADE Securities LLC
Mail deposits to

E*TRADE Securities LLC
PO Box 484
Jersey City  NJ  07303 0484

DETACH HERE ▲

061720210001  900377565768

Page 1 of 2



# E✳TRADE FINANCIAL®

Trading • Investing • Banking

## E✳TRADE Securities

Investment Account

# TRADE CONFIRMATION

**Account Number  XXXX-6576**

E✳TRADE Securities LLC
PO Box 484
Jersey City, NJ  07303 0484
1 800 ETRADE 1  (1 800-387 2331)
etrade com

**Account Name**

CHRISTOPHER  M PERDUE

### Customer Update
Invest to make an impact  Learn how sustainable investing offers growth potential while supporting your values at us etrade com/knowledge/sustainable-investing

| TRADE DATE | SETL DATE | MKT / CPT | SYMBOL/ CUSIP | BUY/ SELL | QUANTITY | PRICE | ACCT TYPE | | |
|---|---|---|---|---|---|---|---|---|---|
| 06/21/21 | 06/23/21 | 6 1 | CYBL | BUY | 7,000 | $ 0045 | Cash | PRINCIPAL | $31 50 |
| CYBERLUX CORPORATION | | | | | | | | COMMISSION | $6 95 |
| | | | | | | | | **NET AMOUNT** | **$38 45** |
| 06/21/21 | 06/23/21 | 6 1 | TRCH | BUY | 40 | $8 90 | Cash | PRINCIPAL | $356 00 |
| TORCHLIGHT ENERGY RESOURCES INC | | | | | | | | **NET AMOUNT** | **$356 00** |

▲ DETACH HERE

CHRISTOPHER M PERDUE
10406 HEATHER GREENS CIR
SPOTSYLVANIA VA  22553 1716

DETACH HERE ▲

**Use This Deposit Slip     Acct: XXXX-6576**

Please do not send cash

| Dollars | Cents |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |

Make checks payable to E✳TRADE Securities LLC
Mail deposits to

**TOTAL DEPOSIT**

E✳TRADE Securities LLC
PO Box 484
Jersey City, NJ  07303 0484

0621202l000l  90037756576&

# E✱TRADE®
### from Morgan Stanley

## E✱TRADE Securities
**Investment Account**

# TRADE CONFIRMATION

**Account Number  XXXX-6576**

**Account Name**
CHRISTOPHER M PERDUE

E✱TRADE Securities LLC
P O Box 484
Jersey City  NJ  07303 0484

| Customer Update |
| --- |
| Invest to make an impact  Learn how sustainable investing offers growth potential while supporting your values at us etrade com/knowledge/sustainable investing |

| TRADE DATE | SETL DATE | MKT / CPT | SYMBOL / CUSIP | BUY / SELL | QUANTITY | PRICE | ACCT TYPE | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 06/14/22 | 06/16/22 | 6 1 | MMAT | BUY | 80 | $1 45 | Cash | PRINCIPAL | $116 00 |

**META MATLS INC COMMON STOCK**

| | |
| --- | --- |
| NET AMOUNT | $116 00 |

---

▲ DETACH HERE

CHRISTOPHER M PERDUE
10051 GANDER CT
FREDERICKSBURG VA  22407 3705

Make checks payable to E✱TRADE Securities LLC
Mail deposits to

E✱TRADE Securities LLC
P O Box 484
Jersey City, NJ  07303 0484

DETACH HERE ▲

**Use This Deposit Slip    Acct: XXXX-6576**

Please do not send cash

| | Dollars | Cents |
| --- | --- | --- |
| | | |
| | | |
| | | |
| | | |
| | | |
| **TOTAL DEPOSIT** | | |

061420220001  90037756576B


from Morgan Stanley

Page 1 of 2

**E✱TRADE Securities**

Investment Account

# TRADE CONFIRMATION

**Account Number  XXXX-6576**

E✱TRADE Securities LLC
P O Box 484
Jersey City, NJ 07303 0484

**Account Name**

CHRISTOPHER M PERDUE

**Customer Update**
Want to get important documents faster? Get your statements, confirms, and tax forms online with paperless delivery Enroll at etrade com/paperless

| TRADE DATE | SETL DATE | MKT / CPT | SYMBOL/ CUSIP | BUY/ SELL | QUANTITY | PRICE | ACCT TYPE | | |
|---|---|---|---|---|---|---|---|---|---|
| 10/28/22 | 11/01/22 | 6 1 | MMTLP | BUY | 382 | $6 20 | Cash | PRINCIPAL | $2 368 40 |
| **META MATLS INC PFD SER A** | | | | | | | | COMMISSION | $6 95 |
| | PERPETUAL | | | | | | | **NET AMOUNT** | **$2,375 35** |
| 10/28/22 | 11/01/22 | 6 1 | RUM | SELL | 198 | $12 00 | Cash | PRINCIPAL | $2,376 00 |
| **RUMBLE INC CLASS A COMMON STOCK** | | | | | | | | FINRA TAF | $0 03 |
| | | | | | | | | FEE | $0 06 |
| | | | | | | | | **NET AMOUNT** | **$2,375 91** |

▲  DETACH HERE

CHRISTOPHER M PERDUE
10051 GANDER CT
FREDERICKSBURG VA  22407 3705

DETACH HERE  ▲

**Use This Deposit Slip**    **Acct: XXXX-6576**

Please do not send cash

| | Dollars | Cents |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| TOTAL DEPOSIT | | |

Make checks payable to E✱TRADE Securities LLC
Mail deposits to

E✱TRADE Securities LLC
P O Box 484
Jersey City, NJ 07303 0484

102820220001  9003775657bô



**E✱TRADE**

from Morgan Stanley

## E✱TRADE Securities

Investment Account

# TRADE CONFIRMATION

**Account Number  XXXX-6576**

E✱TRADE Securities LLC
P O Box 484
Jersey City, NJ 07303-0484

**Account Name**
CHRISTOPHER M PERDUE

**Customer Update**
All your tax info in one place  Forms 1099 for 2022, FAQs, key deadlines, cost basis info, and more-find them all in our Tax Center at etrade com/tax

| TRADE DATE | SETL DATE | MKT / CPT | SYMBOL/ CUSIP | BUY/ SELL | QUANTITY | PRICE | ACCT TYPE | | |
|---|---|---|---|---|---|---|---|---|---|
| 04/14/23 | 04/18/23 | 6 1 | MMAT | BUY | 950 | $ 224 | Cash | PRINCIPAL | $212 80 |
| META MATLS INC COMMON STOCK | | | | | | | | NET AMOUNT | $212 80 |

▲  DETACH HERE

CHRISTOPHER M PERDUE
10051 GANDER CT
FREDERICKSBURG VA  22407 3705

DETACH HERE  ▲

**Use This Deposit Slip   Acct: XXXX-6576**

Please do not send cash

| | Dollars | Cents |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| **TOTAL DEPOSIT** | | |

Make checks payable to E✱TRADE Securities LLC
Mail deposits to

E✱TRADE Securities LLC
P O Box 484
Jersey City  NJ 07303 0484

041420230001 90037756576&



**E✳TRADE**

from Morgan Stanley

**E✳TRADE Securities**

Investment Account

# TRADE CONFIRMATION

**Account Number XXXX-6576**

E✳TRADE Securities LLC
P O Box 484
Jersey City NJ 07303-0484

**Account Name**
CHRISTOPHER M PERDUE

**Customer Update**
Invest to make an impact  Learn how sustainable investing offers growth potential while supporting your values at us etrade com/knowledge/sustainable-investing

| TRADE DATE | SETL DATE | MKT / CPT | SYMBOL / CUSIP | BUY / SELL | QUANTITY | PRICE | ACCT TYPE | | |
|---|---|---|---|---|---|---|---|---|---|
| 07/03/23 | 07/06/23 | 6 1 | MMAT | BUY | 900 | $ 21 | Cash | PRINCIPAL | $189 00 |
| META MATLS INC COMMON STOCK | | | | | | | | NET AMOUNT | $189 00 |

---

▲  DETACH HERE

CHRISTOPHER M PERDUE
10051 GANDER CT
FREDERICKSBURG VA  22407 3705

DETACH HERE  ▲

**Use This Deposit Slip    Acct: XXXX-6576**

Please do not send cash

| Dollars | Cents |
|---|---|
| | |
| | |
| | |
| | |
| | |

**TOTAL DEPOSIT**

Make checks payable to E*TRADE Securities LLC
Mail deposits to

E*TRADE Securities LLC
P O Box 484
Jersey City NJ 07303 0484

070320230001  90037756576&



**E✳TRADE FINANCIAL®**

Trading  •  Investing  •  Banking

Page 1 of 2

## E✳TRADE Securities
**Investment Account**

# TRADE CONFIRMATION

**Account Number  XXXX-6576**

**Account Name**
CHRISTOPHER M PERDUE

E✳TRADE Securities LLC
PO Box 484
Jersey City NJ 07303 0484
1 800 ETRADE-1 (1 800-387 2331)
etrade com

**Customer Update**
Keep your information up to date  Check that your profile is current and correct for security purposes  Visit etrade com/myprofile to review your account info

| TRADE DATE | SETL DATE | MKT./ CPT | SYMBOL/ CUSIP | BUY/ SELL | QUANTITY | PRICE | ACCT TYPE | | |
|---|---|---|---|---|---|---|---|---|---|
| 12/15/21 | 12/17/21 | 6 1 | MMTLP | BUY | 39 | $1 37 | Cash | PRINCIPAL | $53 43 |
| META MATLS INC PFD SER A | | | | | | | | COMMISSION | $6 95 |
| | PERPETUAL | | | | | | | **NET AMOUNT** | **$60 38** |

▲  DETACH HERE                                                                                          DETACH HERE  ▲

CHRISTOPHER M PERDUE
10406 HEATHER GREENS CIR
SPOTSYLVANIA VA  22553 1716

**Use This Deposit Slip    Acct: XXXX-6576**

**Please do not send cash**

| | Dollars | Cents |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| **TOTAL DEPOSIT** | | |

Make checks payable to E✳TRADE Securities LLC
Mail deposits to

E✳TRADE Securities LLC
PO Box 484
Jersey City NJ 07303 0484

121520210001 900377565768



# E✳TRADE FINANCIAL®

Trading • Investing • Banking

## E✳TRADE Securities

Investment Account

# TRADE CONFIRMATION

**Account Number  XXXX-6576**

E✳TRADE Securities LLC
PO Box 484
Jersey City  NJ  07303 0484
1 800 ETRADE 1  (1 800-387 2331)
etrade com

**Account Name**
CHRISTOPHER M PERDUE

### Customer Update
Keep your information up to date  Check that your profile is current and correct for security purposes  Visit etrade com/myprofile to review your account info

| TRADE DATE | SETL DATE | MKT / CPT | SYMBOL / CUSIP | BUY / SELL | QUANTITY | PRICE | ACCT TYPE | | |
|---|---|---|---|---|---|---|---|---|---|
| 12/30/21 | 01/03/22 | 6 1 | MMTLP | BUY | 142 | $1 51 | Cash | PRINCIPAL | $214 42 |
| **META MATLS INC PFD SER A** | | | | | | | | COMMISSION | $6 95 |
| | PERPETUAL | | | | | | | **NET AMOUNT** | **$221 37** |

---

▲ DETACH HERE

CHRISTOPHER M PERDUE
10406 HEATHER GREENS CIR
SPOTSYLVANIA VA  22553 1716

DETACH HERE  ▲

**Use This Deposit Slip     Acct: XXXX-6576**

Please do not send cash

| | Dollars | Cents |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| TOTAL DEPOSIT | | |

Make checks payable to E✳TRADE Securities LLC
Mail deposits to

E✳TRADE Securities LLC
PO Box 484
Jersey City, NJ  07303 0484

123020210001 90037756576 8

# E✳TRADE
from Morgan Stanley

Page 1 of 2

## E✳TRADE Securities

**Investment Account**

# TRADE CONFIRMATION

**Account Number  XXXX-6576**

**Account Name**
CHRISTOPHER  M PERDUE

E✳TRADE Securities LLC
P O  Box 484
Jersey City, NJ  07303 0484

**Customer Update**
All your tax info in one place  Forms 1099 for 2021, FAQs, key deadlines, cost basis info, and more--find them all in our Tax Center at etrade com/tax

| TRADE DATE | SETL DATE | MKT / CPT | SYMBOL / CUSIP | BUY / SELL | QUANTITY | PRICE | ACCT TYPE | | |
|---|---|---|---|---|---|---|---|---|---|
| 03/24/22 | 03/28/22 | 6 1 | MMTLP | BUY | 1,375 | $1 45 | Cash | PRINCIPAL | $1,993 75 |
| **META MATLS INC PFD SER A** | | | | | | | | COMMISSION | $6 95 |
| | PERPETUAL | | | | | | | **NET AMOUNT** | **$2,000 70** |

---

▲ DETACH HERE

CHRISTOPHER M PERDUE
10406 HEATHER GREENS CIR
SPOTSYLVANIA VA  22553 1716

DETACH HERE  ▲

**Use This Deposit Slip    Acct: XXXX-6576**

Make checks payable to E✳TRADE Securities LLC
Mail deposits to

E✳TRADE Securities LLC
P O  Box 484
Jersey City, NJ  07303 0484

**Please do not send cash**

| | Dollars | Cents |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| **TOTAL DEPOSIT** | | |

032420220001  9003775657b8


from Morgan Stanley

Page 1 of 2

## E✳TRADE Securities

Investment Account

# TRADE CONFIRMATION

**Account Number** XXXX-6576

E✳TRADE Securities LLC
P O Box 484
Jersey City NJ 07303 0484

**Account Name**
CHRISTOPHER M PERDUE

**Customer Update**
Tax questions? No problem  Get helpful tips, tools, and key dates in the Tax Center  Visit
etrade com/tax  today

| TRADE DATE | SETL DATE | MKT/ CPT | SYMBOL/ CUSIP | BUY/ SELL | QUANTITY | PRICE | ACCT TYPE | | |
|---|---|---|---|---|---|---|---|---|---|
| 04/19/22 | 04/21/22 | 6 1 | MMTLP | BUY | 973 | $1 02 | Cash | PRINCIPAL | $992 46 |
| **META MATLS INC PFD SER A** | | | | | | | | COMMISSION | $6 95 |
| | PERPETUAL | | | | | | | **NET AMOUNT** | **$999 41** |

---

▲ DETACH HERE

CHRISTOPHER M PERDUE
10406 HEATHER GREENS CIR
SPOTSYLVANIA VA  22553 1716

DETACH HERE  ▲

**Use This Deposit Slip**   **Acct: XXXX-6576**

Please do not send cash

| Dollars | Cents |
|---|---|
| | |
| | |
| | |
| | |
| | |

TOTAL DEPOSIT

Make checks payable to E✳TRADE Securities LLC
Mail deposits to

E✳TRADE Securities LLC
P O Box 484
Jersey City NJ 07303 0484

041920220001 90037756576&

# E✳TRADE®
## from Morgan Stanley

Page 1 of 2

## E✳TRADE Securities

Investment Account

# TRADE CONFIRMATION

**Account Number  XXXX-6576**

E✳TRADE Securities LLC
P O  Box 484
Jersey City, NJ  07303 0484

**Account Name**
CHRISTOPHER  M PERDUE

**Customer Update**
Invest to make an impact  Learn how sustainable investing offers growth potential while supporting your values at us etrade com/knowledge/sustainable investing

| TRADE DATE | SETL DATE | MKT / CPT | SYMBOL / CUSIP | BUY / SELL | QUANTITY | PRICE | ACCT TYPE | | |
|---|---|---|---|---|---|---|---|---|---|
| 05/27/22 | 06/01/22 | 6 1 | MMTLP | BUY | 5 331 | $1 28 | Cash | PRINCIPAL | $6,823 68 |
| **META MATLS INC PFD SER A** | | | | | | | | COMMISSION | $6 95 |
| | PERPETUAL | | | | | | | **NET AMOUNT** | **$6,830 63** |

---

▲  DETACH HERE

CHRISTOPHER M PERDUE
10051 GANDER CT
FREDERICKSBURG VA  22407 3705

DETACH HERE  ▲

**Use This Deposit Slip    Acct: XXXX-6576**

Please do not send cash

| | Dollars | Cents |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| **TOTAL DEPOSIT** | | |

Make checks payable to E✳TRADE Securities LLC
Mail deposits to

E✳TRADE Securities LLC
P O  Box 484
Jersey City  NJ  07303 0484

052720220001  90037756576 8

# E✱TRADE®
from Morgan Stanley

## E✱TRADE Securities

Investment Account

# TRADE CONFIRMATION

**Account Number  XXXX-6576**

**Account Name**
CHRISTOPHER M PERDUE

E✱TRADE Securities LLC
P O Box 484
Jersey City  NJ  07303 0484

**Customer Update**
Invest to make an impact  Learn how sustainable investing offers growth potential while supporting your values at us etrade com/knowledge/sustainable investing

| TRADE DATE | SETL DATE | MKT / CPT | SYMBOL/ CUSIP | BUY/ SELL | QUANTITY | PRICE | ACCT TYPE | | |
|---|---|---|---|---|---|---|---|---|---|
| 06/08/22 | 06/10/22 | 6 1 | MMTLP | BUY | 12 500 | $1 24 | Cash | PRINCIPAL | $15,500 00 |
| **META MATLS INC PFD SER A** | | | | | | | | COMMISSION | $6 95 |
| PERPETUAL | | | | | | | | **NET AMOUNT** | **$15,506 95** |

---

▲  DETACH HERE

CHRISTOPHER M PERDUE
10051 GANDER CT
FREDERICKSBURG VA  22407 3705

DETACH HERE  ▲

**Use This Deposit Slip    Acct: XXXX-6576**

Please do not send cash

| | Dollars | Cents |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| **TOTAL DEPOSIT** | | |

Make checks payable to E✱TRADE Securities LLC
Mail deposits to

E✱TRADE Securities LLC
P O Box 484
Jersey City  NJ  07303 0484

060820220001  90037756576A



**E✳TRADE**
from Morgan Stanley

## E✳TRADE Securities

Investment Account

# TRADE CONFIRMATION

**Account Number  XXXX-6576**

E✳TRADE Securities LLC
P O Box 484
Jersey City, NJ  07303 0484

**Account Name**
CHRISTOPHER M PERDUE

**Customer Update**
Invest to make an impact  Learn how sustainable investing offers growth potential while supporting your values at us etrade com/knowledge/sustainable-investing

| TRADE DATE | SETL DATE | MKT / CPT | SYMBOL / CUSIP | BUY / SELL | QUANTITY | PRICE | ACCT TYPE | | |
|---|---|---|---|---|---|---|---|---|---|
| 07/18/22 | 07/20/22 | 6 1 | MMTLP | BUY | 500 | $1 86 | Cash | PRINCIPAL | $930 00 |
| **META MATLS INC PFD SER A** | | | | | | | | COMMISSION | $6 95 |
| PERPETUAL | | | | | | | | **NET AMOUNT** | **$936 95** |

▲  DETACH HERE                                                                                                DETACH HERE  ▲

CHRISTOPHER M PERDUE
10051 GANDER CT
FREDERICKSBURG VA  22407 3705

**Use This Deposit Slip    Acct: XXXX-6576**

**Please do not send cash**

| Dollars | Cents |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |

**TOTAL DEPOSIT**

Make checks payable to E✳TRADE Securities LLC
Mail deposits to

E✳TRADE Securities LLC
P O Box 484
Jersey City  NJ  07303 0484

071820220001  9003775b576b

# E✳TRADE®
### from Morgan Stanley

Page 1 of 2

## E✳TRADE Securities

**Investment Account**

# TRADE CONFIRMATION

**Account Number** XXXX-6576

E✳TRADE Securities LLC
P O Box 484
Jersey City, NJ 07303 0484

**Account Name**
CHRISTOPHER M PERDUE

### Customer Update
Want to get important documents faster? Get your statements, confirms, and tax forms online with paperless delivery. Enroll at etrade com/paperless

| TRADE DATE | SETL DATE | MKT / CPT | SYMBOL / CUSIP | BUY / SELL | QUANTITY | PRICE | ACCT TYPE | | |
|---|---|---|---|---|---|---|---|---|---|
| 10/17/22 | 10/19/22 | 6 1 | MMTLP | BUY | 505 | $3 90 | Cash | PRINCIPAL | $1 969 50 |
| **META MATLS INC PFD SER A** | | | | | | | | COMMISSION | $6 95 |
| | PERPETUAL | | | | | | | **NET AMOUNT** | **$1,976 45** |

▲ DETACH HERE

CHRISTOPHER M PERDUE
10051 GANDER CT
FREDERICKSBURG VA 22407 3705

DETACH HERE ▲

**Use This Deposit Slip    Acct: XXXX-6576**

**Please do not send cash**

| | Dollars | Cents |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |

**TOTAL DEPOSIT**

Make checks payable to E✳TRADE Securities LLC
Mail deposits to

E✳TRADE Securities LLC
P O Box 484
Jersey City, NJ 07303 0484

⑈101720220001⑈ ⑈003775657⑈


from Morgan Stanley

## E*TRADE Securities

Investment Account

# TRADE CONFIRMATION

**Account Number** XXXX-6576

E*TRADE Securities LLC
P O Box 484
Jersey City NJ 07303 0484

**Account Name**

CHRISTOPHER M PERDUE

**Customer Update**

Want to get important documents faster? Get your statements, confirms, and tax forms online with paperless delivery  Enroll at etrade com/paperless

| TRADE DATE | SETL DATE | MKT/ CPT | SYMBOL/ CUSIP | BUY/ SELL | QUANTITY | PRICE | ACCT TYPE | | |
|---|---|---|---|---|---|---|---|---|---|
| 11/01/22 | 11/03/22 | 6 1 | MMTLP | BUY | 113 | $6 88 | Cash | PRINCIPAL | $777 44 |
| **META MATLS INC PFD SER A** | | | | | | | | COMMISSION | $6 95 |
| PERPETUAL | | | | | | | | **NET AMOUNT** | **$784 39** |

▲ DETACH HERE

CHRISTOPHER M PERDUE
10051 GANDER CT
FREDERICKSBURG VA  22407 3705

Make checks payable to E*TRADE Securities LLC
Mail deposits to

E*TRADE Securities LLC
P O Box 484
Jersey City NJ 07303 0484

DETACH HERE  ▲

**Use This Deposit Slip    Acct: XXXX-6576**

**Please do not send cash**

| | Dollars | Cents |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| **TOTAL DEPOSIT** | | |

110120220001  900377565768

# E✱TRADE®
from Morgan Stanley

Page 1 of 2

## E✱TRADE Securities

Investment Account

# TRADE CONFIRMATION

**Account Number  XXXX-6576**

E✱TRADE Securities LLC
P O Box 484
Jersey City  NJ  07303 0484

**Account Name**
CHRISTOPHER M PERDUE

### Customer Update
Want to get important documents faster? Get your statements, confirms, and tax forms online with paperless delivery  Enroll at etrade com/paperless

| TRADE DATE | SETL DATE | MKT / CPT | SYMBOL / CUSIP | BUY / SELL | QUANTITY | PRICE | ACCT TYPE | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 11/30/22 | 12/02/22 | 6 1 | MMTLP | BUY | 115 | $8 70 | Cash | PRINCIPAL | | $1,000 50 |
| **META MATLS INC PFD SER A** | | | | | | | | COMMISSION | | $6 95 |
| PERPETUAL | | | | | | | | **NET AMOUNT** | | **$1,007 45** |

▲ DETACH HERE

CHRISTOPHER M PERDUE
10051 GANDER CT
FREDERICKSBURG VA  22407 3705

Make checks payable to E✱TRADE Securities LLC
Mail deposits to

E✱TRADE Securities LLC
P O Box 484
Jersey City, NJ  07303 0484

DETACH HERE ▲

**Use This Deposit Slip**  Acct: **XXXX-6576**

Please do not send cash

| | Dollars | Cents |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| **TOTAL DEPOSIT** | | |

113020220001  90037756576B



**E✳TRADE**
from Morgan Stanley

Page 1 of 2

## E✳TRADE Securities

Investment Account

# TRADE CONFIRMATION

**Account Number  XXXX-6576**

E✳TRADE Securities LLC
P O  Box 484
Jersey City, NJ  07303 0484

**Account Name**
CHRISTOPHER  M PERDUE

**Customer Update**
Want to get important documents faster? Get your statements, confirms, and tax forms online with paperless delivery  Enroll at etrade com/paperless

| TRADE DATE | SETL DATE | MKT / CPT | SYMBOL / CUSIP | BUY / SELL | QUANTITY | PRICE | ACCT TYPE | | |
|---|---|---|---|---|---|---|---|---|---|
| 12/08/22 | 12/12/22 | 6 1 | MMTLP | BUY | 100 | $2 88 | Cash | PRINCIPAL | $288 00 |
| **META MATLS INC PFD SER A** | | | | | | | | COMMISSION | $6 95 |
| PERPETUAL | | | | | | | | **NET AMOUNT** | **$294 95** |
| 12/08/22 | 12/12/22 | 6 1 | MMTLP | BUY | 285 | $4 02 | Cash | PRINCIPAL | $1 145 70 |
| **META MATLS INC PFD SER A** | | | | | | | | COMMISSION | $6 95 |
| PERPETUAL | | | | | | | | **NET AMOUNT** | **$1,152 65** |

▲ DETACH HERE

CHRISTOPHER M PERDUE
10051 GANDER CT
FREDERICKSBURG VA  22407 3705

DETACH HERE ▲

**Use This Deposit Slip**    **Acct: XXXX-6576**

Please do not send cash

| Dollars | Cents |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
| **TOTAL DEPOSIT** |  |

Make checks payable to E✳TRADE Securities LLC
Mail deposits to

E✳TRADE Securities LLC
P O  Box 484
Jersey City, NJ  07303 0484

120820220001  9003775b5768



from Morgan Stanley

Page 1 of 2

## E✳TRADE Securities

Investment Account

# TRADE CONFIRMATION

**Account Number  XXXX-6576**

E✳TRADE Securities LLC
P O Box 484
Jersey City  NJ  07303 0484

**Account Name**
CHRISTOPHER  M PERDUE

**Customer Update**
Want to get important documents faster? Get your statements, confirms, and tax forms online with paperless delivery  Enroll at etrade com/paperless

| TRADE DATE | SETL DATE | MKT/ CPT | SYMBOL/ CUSIP | BUY/ SELL | QUANTITY | PRICE | ACCT TYPE | | |
|---|---|---|---|---|---|---|---|---|---|
| 12/08/22 | 12/12/22 | 6 1 | MMTLP | BUY | 100 | $2 88 | Cash | PRINCIPAL | $288 00 |
| **META MATLS INC PFD SER A** | | | | | | | | COMMISSION | $6 95 |
| PERPETUAL | | | | | | | | **NET AMOUNT** | **$294 95** |
| 12/08/22 | 12/12/22 | 6 1 | MMTLP | BUY | 285 | $4 02 | Cash | PRINCIPAL | $1 145 70 |
| **META MATLS INC PFD SER A** | | | | | | | | COMMISSION | $6 95 |
| PERPETUAL | | | | | | | | **NET AMOUNT** | **$1,152 65** |

▲  DETACH HERE

CHRISTOPHER M PERDUE
10051 GANDER CT
FREDERICKSBURG VA  22407 3705

DETACH HERE  ▲

**Use This Deposit Slip  ·  Acct: XXXX-6576**

Please do not send cash

| Dollars | Cents |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |

**TOTAL DEPOSIT**

Make checks payable to E✳TRADE Securities LLC
Mail deposits to

E✳TRADE Securities LLC
P O Box 484
Jersey City  NJ  07303 0484

120820220001  9003775657k8