NVB 3001 (Effective 1/21)

# UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA

## PROOF OF INTEREST

**Name of Debtor:** Meta Materials Inc (MMAT)

**Case Number:** 24-50792

**1. Name and address of holder of the Equity Interest** (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

Lisa Kelley
1709 W. Meadowlark Dr
Pontiac, IL 61764

**Telephone Number:** 815-848-5110

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

☒ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors

**RECEIVED AND FILED**
**DEC - 9 2024**
**U.S BANKRUPTCY COURT**
**MARY A. SCHOTT, CLERK**

COURT USE ONLY

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

**Account or other number by which Interest holder identifies Debtor:**
7480-3880  9606-1267 + 237-098015 +

Check here if this claim:
☐ replaces a previously filed Proof of Interest dated _____
☐ amends a previously filed Proof of Interest dated _____

**2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:**
Charles Schwab
3000 Schwab Way
Westlake, TX 76262

**Telephone Number:**

**3. Date Equity Interest was acquired:** See attached

**4. Total amount of member interest:** _____

**5. Certificate number(s):** _____

**6. Type of Equity Interest**
Please indicate the type of Equity Interest you hold:
☒ Check this box if your Equity Interest is based on an actual member interest held in the Debtor
☐ Check this box if your Equity Interest is based on anything else and describe that interest
**Description:** Investor

**7. Supporting Documents:** Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**8. Date-Stamped Copy:** To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

**9. Signature**
Check the appropriate box.
☒ I am the creditor   ☐ I am the creditor's authorized agent (Attach copy of power of attorney if any)   ☐ I am the trustee, or the debtor or their authorized agent (See Bankruptcy Rule 3004)   ☐ I am a guarantor, surety, endorser or other codebtor (See Bankruptcy Rule 3005)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: Lisa Kelley
Title: _____
Company: Address and telephone number (if different from notice address above): _____

(Signature) Lisa Kelly    (Date) 10-28-24

Telephone number: _____   email: _____

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C §§ 152 AND 3571*

## Transaction History for Designated Bene Individual   267

## Transactions found from 10/28/2020 to 10/28/2024

| Date ▼ | Action | Symbol / Description | Quantity | Price | Fees & Comm | Amount |
|---|---|---|---|---|---|---|
| 01/29/2024 | Reverse Split | MMAT META MATLS INC | 10 | | | |
| 07/12/2023 | Sell | MMAT META MATLS INC | 3,000 | $0 1901 | $0 44 | $569 86 |
| 07/11/2023 | Sell | MMAT META MATLS INC | 5,000 | $0 1889 | $0 74 | $943 76 |
| 07/07/2023 | Buy | MMAT META MATLS INC | 9,000 | $0 1926 | | -$1,733 40 |

Page Total  -$219 78

Intra-day transactions are subject to change

Brokerage Account Balances are from the previous market close, but also may include new activity that will be posted to your account at after market close  Balances are subject to change

Bank sweep information can be found on your Statements  Current Balance bank sweep information can be found on the Balances page

(1123-3U5Y, 0924-CLCV)

---

**Brokerage Products  Not FDIC Insured • No Bank Guarantee • May Lose Value**

Account   267
Today's Date  12 50 PM ET, 10/28/2024

The Charles Schwab Corporation provides a full range of brokerage, banking and financial advisory services through its operating subsidiaries  Its broker-dealer subsidiary, Charles Schwab & Co  Inc  (Member SIPC), and its affiliates offer investment services and products  Its banking subsidiary, Charles Schwab Bank, SSB (member FDIC and an Equal Housing Lender)  provides deposit and lending services and products  This site is designed for U S  residents  Non-U S  residents are subject to country-specific restrictions  Learn more about our services for non-US Residents  Charles Schwab Hong Kong clients   Charles Schwab UK clients  © 2024 Charles Schwab & Co , Inc  All rights reserved  Member SIPC  Unauthorized access is prohibited  Usage will be monitored

# Transaction History for Roth Contributory IRA 850

## Transactions found from 10/28/2020 to 10/28/2024

| Date ▼ | Action | Symbol / Description | Quantity | Price | Fees & Comm | Amount |
|---|---|---|---|---|---|---|
| 01/29/2024 | Reverse Split | MMAT META MATLS INC | 4 | | | |
| 12/06/2022 | Buy | MMAT META MATLS INC | 342 | $2 0298 | | -$694 19 |

Page Total **-$694 19**

Intra-day transactions are subject to change

Brokerage Account Balances are from the previous market close, but also may include new activity that will be posted to your account at after market close  Balances are subject to change

Bank sweep information can be found on your Statements  Current Balance bank sweep information can be found on the Balances page

(1123-3U5Y, 0924-CLCV)

---

**Brokerage Products  Not FDIC Insured • No Bank Guarantee • May Lose Value**

Account 850
Today's Date 12 50 PM ET 10/28/2024

The Charles Schwab Corporation provides a full range of brokerage, banking and financial advisory services through its operating subsidiaries  Its broker-dealer subsidiary  Charles Schwab & Co  Inc  (Member SIPC), and its affiliates offer investment services and products  Its banking subsidiary, Charles Schwab Bank, SSB (member FDIC and an Equal Housing Lender), provides deposit and lending services and products  This site is designed for U S  residents  Non-U S  residents are subject to country-specific restrictions  Learn more about our services for non-US Residents , Charles Schwab Hong Kong clients , Charles Schwab UK clients  © 2024 Charles Schwab & Co , Inc  All rights reserved  Member SIPC  Unauthorized access is prohibited  Usage will be monitored



Roth Contributory IRA of
**LISA KELLEY**
**CHARLES SCHWAB & CO INC CUST**
**ROTH CONTRIBUTORY IRA**

**Account Number**
7880-3850

**Statement Period**
**December 1-31, 2022**

## Manage Your Account

**Questions about this statement**
1 (800) 435-4000 - 24/7 Customer service
**For the most current records on your account visit us at**
schwab com/login *Statements are archived up to 10 years online*

LISA KELLEY
CHARLES SCHWAB & CO INC CUST
ROTH CONTRIBUTORY IRA
1709 W MEADOWLARK DR
PONTIAC IL  61764-9383

## Commitment to Transparency
Client Relationship Summaries and Best Interest disclosures at schwab com/transparency

## Go Paperless
Protect your privacy and the environment, make the switch at schwab com/ez

Page 1 of 9

12/30-67074 TTIO2603 125046 1 2-4



**Roth Contributory IRA of**
**LISA KELLEY**
**CHARLES SCHWAB & CO INC CUST**
**ROTH CONTRIBUTORY IRA**

**Account Number**
**7880-3850**

**Statement Period**
**December 1-31, 2022**

## Gain or (Loss) on Investments Sold

| Investments | Quantity/Par | Acquired/ Opened | Sold/ Closed | Total Proceeds | Cost Basis | Gain or (Loss) |
|---|---|---|---|---|---|---|
| COSMOS HOLDINGS INC: COSM | 1,300.0000 | 11/23/22 | 12/06/22 | 613.40 | 680.74 | (67.34) |
| **Total Gain or (Loss) on Investments Sold** | | | | **613.40** | **680.74** | **(67.34)** |

*Schwab has provided accurate realized gain and loss information wherever possible for most investments. Cost basis data may be incomplete or unavailable for some of your holdings. If all data for a given investment is not available, the investment will not be listed here.*
*Option Customers: Gain/loss on investments sold is adjusted to reflect the premiums of assigned or exercised options. Please consult IRS publication 550, Investment Income and Expenses, for additional information on Options.*

## Transaction Detail - Purchases & Sales

### Equities Activity

| Settle Date | Trade Dat | Transaction | Description | Quantity | Unit Price | Charges and Interest | Total Amount |
|---|---|---|---|---|---|---|---|
| 12/08/22 | 12/06/22 | Sold | COSMOS HOLDINGS INC: COSM | (1,300.0000) | 0.4718 | 0.01 | 613.40 |
| | | | Includes Exchange Processing Fee $0.01 | | | | |
| 12/08/22 | 12/06/22 | Bought | META MATLS INC: MMAT | 342.0000 | 2.0298 | 0.00 | (694.19) |

| **Total Equities Activity** | | | | | | | **(80.79)** |
| **Total Purchases & Sales** | | | | | | | **(80.79)** |

**Trade Details**

MMAT - META MATLS INC

| Transactions | Trade Details |
|---|---|
| Trade Date | 07/07/2023 |
| Settle Date | 07/11/2023 |
| CUSIP # | 59134N104 |
| Action | Buy |
| Quantity | 9,000 |
| Price | $0.1926 |
| Principal | -$1,733.40 |
| Commission | $0.00 |
| **Total** | **-$1,733.40** |