NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | | **PROOF OF INTEREST** |
|---|---|---|
| Name of Debtor<br>META MATERIALS, INC | Case Number<br>24-50792 | |

**1** Name and address of holder of the Equity Interest (the person or entity holding an Equity Interest in the Debtor Referred to hereinafter as the 'Interest holder')

WESLEY ALFONSI
45670 PENTWATER DR
MACOMB MI 48044

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest Attach copy of statement giving particulars

☑ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors

Telephone Number 586-709-3892

RECEIVED AND FILED

DEC - 9 2024

U S BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

NOTE This form SHOULD NOT be used to make a claim against the Debtor for money owed A separate Proof of Claim form should be used for that purpose This form should only be used to assert an Equity Interest in the Debtor An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein

COURT USE ONLY

Account or other number by which Interest holder identifies Debtor
7324-8346

Check here if this claim
☐ replaces a previously filed Proof of Interest dated _____
☐ amends a previously filed Proof of Interest dated _____

**2** Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest
CHARLES SCHWAB
PO BOX 628291
Telephone Number 800-435-4000

**3** Date Equity Interest was acquired

BETWEEN 7-15-2021 AND 12-12-2023
SEE ATTACHED DOCUMENTATION

**4** Total amount of member interest  82500 SHARES FOR $102 496 81

**5** Certificate number(s) _____

**6** Type of Equity Interest
Please indicate the type of Equity Interest you hold
☑ Check this box if your Equity Interest is based on an actual member interest held in the Debtor
☐ Check this box if your Equity Interest is based on anything else and describe that interest
Description INVESTOR

**7** Supporting Documents Attach copies of supporting documents such as stock certificates option agreements warrants etc
DO NOT SEND ORIGINAL DOCUMENTS If the documents are not available, explain If the documents are voluminous, attach a summary

**8** Date-Stamped Copy To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest

**9** Signature
Check the appropriate box
☑ I am the creditor    ☐ I am the creditor's authorized agent    ☐ I am the trustee, or the debtor    ☐ I am a guarantor, surety endorser or other codebtor
          (Attach copy of power of attorney if any)    or their authorized agent          (See Bankruptcy Rule 3005)
                                                       (See Bankruptcy Rule 3004)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge information and reasonable belief

Print Name  WESLEY ALFONSI
Title _____
Company __ Address and telephone number (if different from notice address above)

(Signature)   12-4-2024
              (Date)

Telephone number 586-709-3892    email WESALFONSI@YAHOO COM

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both 18 U S C §§ 152 AND 3571*

| Date | Action | Symbol | Description | Quantity | Price | Amount |
|---|---|---|---|---|---|---|
| 12/12/2023 | Buy | MMAT | META MATLS INC | 500 | $0.07 | ($33.45) |
| 12/1/2023 | Buy | MMAT | META MATLS INC | 9,500 | $0.11 | ($999.40) |
| 11/3/2023 | Buy | MMAT | TDA TRAN - Bought 10500 (MMAT) @0.1111 | 10,500 | $0.11 | ($1,166.55) |
| 10/24/2023 | Buy | MMAT | TDA TRAN - Bought …500 (MMAT) @0.1500 | 500 | $0.15 | ($75.00) |
| 8/25/2023 | Buy | MMAT | TDA TRAN - Bought …500 (MMAT) @0.2311 | 500 | $0.23 | ($115.55) |
| 5/23/2023 | Buy | MMAT | TDA TRAN - Bought 2500 (MMAT) @0.2750 | 2,500 | $0.28 | ($687.50) |
| 4/17/2023 | Buy | MMAT | TDA TRAN - Bought 8500 (MMAT) @0.2161 | 8,500 | $0.22 | ($1,836.85) |
| 12/6/2022 | Buy | MMAT | TDA TRAN - Bought …800 (MMAT) @1.6999 | 800 | $1.70 | ($1,359.92) |
| 12/2/2022 | Buy | MMAT | TDA TRAN - Bought …200 (MMAT) @1.9299 | 200 | $1.93 | ($385.98) |
| 11/28/2022 | Buy | MMAT | TDA TRAN - Bought …500 (MMAT) @1.8499 | 500 | $1.85 | ($924.95) |
| 11/28/2022 | Buy | MMAT | TDA TRAN - Bought …500 (MMAT) @1.8800 | 500 | $1.88 | ($940.00) |
| 11/23/2022 | Buy | MMAT | TDA TRAN - Bought 1000 (MMAT) @1.8387 | 1,000 | $1.84 | ($1,838.70) |
| 11/8/2022 | Buy | MMAT | TDA TRAN - Bought 2000 (MMAT) @1.5700 | 2,000 | $1.57 | ($3,140.00) |
| 11/1/2022 | Buy | MMAT | TDA TRAN - Bought 1200 (MMAT) @1.1200 | 1,200 | $1.12 | ($1,344.00) |
| 10/11/2022 | Buy | MMAT | TDA TRAN - Bought 3600 (MMAT) @0.8000 | 3,600 | $0.80 | ($2,880.00) |
| 10/6/2022 | Buy | MMAT | TDA TRAN - Bought …200 (MMAT) @0.6775 | 200 | $0.68 | ($135.50) |
| 10/4/2022 | Buy | MMAT | TDA TRAN - Bought 3000 (MMAT) @0.6680 | 3,000 | $0.67 | ($2,004.00) |
| 9/12/2022 | Buy | MMAT | TDA TRAN - Bought 1500 (MMAT) @0.8165 | 1,500 | $0.82 | ($1,224.75) |
| 9/7/2022 | Buy | MMAT | TDA TRAN - Bought 4000 (MMAT) @0.7943 | 4,000 | $0.79 | ($3,177.20) |
| 8/10/2022 | Buy | MMAT | TDA TRAN - Bought …500 (MMAT) @0.9495 | 500 | $0.95 | ($474.75) |
| 8/4/2022 | Buy | MMAT | TDA TRAN - Bought …600 (MMAT) @0.9371 | 600 | $0.94 | ($562.26) |
| 7/20/2022 | Buy | MMAT | TDA TRAN - Bought 3000 (MMAT) @0.9600 | 3,000 | $0.96 | ($2,880.00) |
| 6/30/2022 | Buy | MMAT | TDA TRAN - Bought 1000 (MMAT) @1.0200 | 1,000 | $1.02 | ($1,020.00) |
| 6/24/2022 | Buy | MMAT | TDA TRAN - Bought 1700 (MMAT) @1.1875 | 1,700 | $1.19 | ($2,018.75) |
| 6/22/2022 | Buy | MMAT | TDA TRAN - Bought …600 (MMAT) @1.8488 | 600 | $1.85 | ($1,109.28) |
| 6/15/2022 | Buy | MMAT | TDA TRAN - Bought …500 (MMAT) @1.4788 | 500 | $1.48 | ($739.40) |
| 6/14/2022 | Buy | MMAT | TDA TRAN - Bought …500 (MMAT) @1.4994 | 500 | $1.50 | ($749.70) |
| 5/20/2022 | Buy | MMAT | TDA TRAN - Bought …100 (MMAT) @1.8000 | 100 | $1.80 | ($180.00) |
| 5/19/2022 | Buy | MMAT | TDA TRAN - Bought …440 (MMAT) @1.7998 | 440 | $1.80 | ($791.91) |
| 5/6/2022 | Buy | MMAT | TDA TRAN - Bought …300 (MMAT) @1.1989 | 300 | $1.20 | ($359.67) |
| 5/3/2022 | Buy | MMAT | TDA TRAN - Bought …800 (MMAT) @1.2500 | 800 | $1.25 | ($1,000.00) |
| 4/26/2022 | Buy | MMAT | TDA TRAN - Bought 1600 (MMAT) @1.2500 | 1,600 | $1.25 | ($2,000.00) |
| 3/8/2022 | Buy | MMAT | TDA TRAN - Bought 1900 (MMAT) @1.5000 | 1,900 | $1.50 | ($2,850.00) |

| Date | Action | Symbol | Description | Quantity | Price | Amount |
|---|---|---|---|---|---|---|
| 1/26/2022 | Buy | MMAT | TDA TRAN - Bought 2100 (MMAT) @1.6700 | 2,100 | $1.67 | ($3,507.00) |
| 1/7/2022 | Buy | MMAT | TDA TRAN - Bought 4000 (MMAT) @2.4300 | 4,000 | $2.43 | ($9,720.00) |
| 12/21/2021 | Buy | MMAT | TDA TRAN - Bought 2600 (MMAT) @2.7500 | 2,600 | $2.75 | ($7,150.00) |
| 11/29/2021 | Buy | MMAT | TDA TRAN - Bought ...250 (MMAT) @3.8000 | 250 | $3.80 | ($950.00) |
| 11/26/2021 | Buy | MMAT | TDA TRAN - Bought ...500 (MMAT) @3.9700 | 500 | $3.97 | ($1,985.00) |
| 11/19/2021 | Buy | MMAT | TDA TRAN - Bought ...100 (MMAT) @4.2897 | 100 | $4.29 | ($428.97) |
| 11/19/2021 | Buy | MMAT | TDA TRAN - Bought 1000 (MMAT) @4.3899 | 1,000 | $4.39 | ($4,389.90) |
| 11/17/2021 | Buy | MMAT | TDA TRAN - Bought 1100 (MMAT) @4.4000 | 1,100 | $4.40 | ($4,840.00) |
| 11/15/2021 | Buy | MMAT | TDA TRAN - Bought ...310 (MMAT) @4.7500 | 310 | $4.75 | ($1,472.50) |
| 11/9/2021 | Buy | MMAT | TDA TRAN - Bought ...260 (MMAT) @5.3400 | 260 | $5.34 | ($1,388.40) |
| 11/5/2021 | Buy | MMAT | TDA TRAN - Bought ...465 (MMAT) @4.8500 | 465 | $4.85 | ($2,255.25) |
| 10/26/2021 | Buy | MMAT | TDA TRAN - Bought 1140 (MMAT) @4.4800 | 1,140 | $4.48 | ($5,107.20) |
| 10/22/2021 | Buy | MMAT | TDA TRAN - Bought ...802 (MMAT) @4.4800 | 802 | $4.48 | ($3,592.96) |
| 10/22/2021 | Buy | MMAT | TDA TRAN - Bought ...100 (MMAT) @4.4990 | 100 | $4.50 | ($449.90) |
| 10/22/2021 | Buy | MMAT | TDA TRAN - Bought 98 (MMAT) @4.5000 | 98 | $4.50 | ($441.00) |
| 10/7/2021 | Buy | MMAT | TDA TRAN - Bought ...500 (MMAT) @5.0400 | 500 | $5.04 | ($2,520.00) |
| 10/4/2021 | Buy | MMAT | TDA TRAN - Bought ...325 (MMAT) @5.4000 | 325 | $5.40 | ($1,755.00) |
| 9/28/2021 | Buy | MMAT | TDA TRAN - Bought ...600 (MMAT) @5.7500 | 600 | $5.75 | ($3,450.00) |
| 7/27/2021 | Buy | MMAT | TDA TRAN - Bought ...910 (MMAT) @3.2799 | 910 | $3.28 | ($2,984.71) |
| 7/15/2021 | Buy | MMAT | TDA TRAN - Bought ...800 (MMAT) @3.8800 | 800 | $3.88 | ($3,104.00) |
| | | | | 82500 | | ($102,496.81) |