NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | | PROOF OF INTEREST |
|---|---|---|

Name of Debtor: Meta Materials

Case Number: 24-50792

1. Name and address of holder of the Equity Interest (the person or entity holding an Equity Interest in the Debtor Referred to hereinafter as the "Interest holder")

Eyad Abdulhameed
3219 California Rd
Seaside, CA 93955

Telephone Number: (972) 658-6289

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest Attach copy of statement giving particulars

☑ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors

RECEIVED AND FILED
DEC - 9 2024
U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

COURT USE ONLY

NOTE This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

Account or other number by which Interest holder identifies Debtor:

Check here if this claim
☐ replaces a previously filed Proof of Interest dated _____
☐ amends a previously filed Proof of Interest dated _____

2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest

Telephone Number:

3. Date Equity Interest was acquired:
22 June 2021    3 Aug 2021    17 Aug    21 Jan
29 June 2021    9 Aug         2 Dec     4 Feb
15 July 2021    11 Aug        6 Dec     8 Feb
2 Aug 2021     13 Aug        7 Jan 2022  17 Feb
                16 Aug        13 Jan      1 Mar
                                           16 Mar

4. Total amount of member interest: 50

5. Certificate number(s): _____

6. Type of Equity Interest
Please indicate the type of Equity Interest you hold
☑ Check this box if your Equity Interest is based on an actual member interest held in the Debtor
☐ Check this box if your Equity Interest is based on anything else and describe that interest
Description: Investor

7. Supporting Documents Attach copies of supporting documents such as stock certificates option agreements warrants, etc
DO NOT SEND ORIGINAL DOCUMENTS If the documents are not available explain If the documents are voluminous, attach a summary

8. Date-Stamped Copy To receive an acknowledgement of the filing of your Proof of Interest enclose a stamped self addressed envelope and copy of this Proof of Interest

9. Signature
Check the appropriate box
☑ I am the creditor
☐ I am the creditor's authorized agent (Attach copy of power of attorney if any)
☐ I am the trustee or the debtor, or their authorized agent (See Bankruptcy Rule 3004)
☐ I am a guarantor, surety endorser or other codebtor (See Bankruptcy Rule 3005)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge information, and reasonable belief

Print Name: Eyad Abdulhameed
Title: Mr.
Company ___ Address and telephone number (if different from notice address above)

(Signature)    (Date)

Telephone number    email: eyad pesh@gmail.com

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both 18 U S C §§ 152 AND 3571*

(For) Notes / Continuation

NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | | PROOF OF INTEREST |
|---|---|---|

Name of Debtor

Case Number

1\  Name and address of holder of the Equity Interest (the person or entity holding an Equity Interest in the Debtor Referred to hereinafter as the Interest holder )

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest Attach copy of statement giving particulars

☐ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors

Telephone Number

NOTE This form SHOULD NOT be used to make a claim against the Debtor for money owed A separate Proof of Claim form should be used for that purpose This form should only be used to assert an Equity Interest in the Debtor An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein

COURT USE ONLY

Account or other number by which Interest holder identifies Debtor

Check here if this claim
☐ replaces a previously filed Proof of Interest dated _____
☐ amends a previously filed Proof of Interest dated _____

Notes

2  Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest

3  Date Equity Interest was acquired
24 Mar 2022    19 Oct
28 Mar 2022    15 Nov
7 Jul 2022     17 Nov
13 Oct 2022    9 Feb 2023
               14 Feb 2023

Telephone Number

4  Total amount of member interest Original 5,000
reversed split = 50

5  Certificate number(s) _____

6  Type of Equity Interest
Please indicate the type of Equity Interest you hold
☐ Check this box if your Equity Interest is based on an actual member interest held in the Debtor
☐ Check this box if your Equity Interest is based on anything else and describe that interest
Description _____

7  Supporting Documents Attach copies of supporting documents, such as stock certificates option agreements warrants etc
DO NOT SEND ORIGINAL DOCUMENTS If the documents are not available explain If the documents are voluminous attach a summary

8  Date-Stamped Copy To receive an acknowledgement of the filing of your Proof of Interest enclose a stamped, self addressed envelope and copy of this Proof of Interest

9 Signature
Check the appropriate box
☐ I am the creditor      ☐ I am the creditor's authorized agent      ☐ I am the trustee or the debtor      ☐ I am a guarantor surety endorser or other codebtor
                         (Attach copy of power of attorney if any)    or their authorized agent                      (See Bankruptcy Rule 3005 )
                                                                      (See Bankruptcy Rule 3004 )

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge information and reasonable belief

Print Name _____
Title _____
Company ___ Address and telephone number (if different from notice address above)

(Signature)                                (Date)

Telephone number              email

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both 18 U S C §§ 152 AND 3571*