NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | PROOF OF INTEREST |
|---|---|

Name of Debtor: Meta Materials

Case Number: 24-50792-hlb

1. Name and address of holder of the Equity Interest (the person or entity holding an Equity Interest in the Debtor Referred to hereinafter as the Interest holder):

Charles Bontomasi
4461 Prospect Ave
Onekama, MI 49675

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars

☑ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors

**RECEIVED AND FILED**
DEC -9 2024
U.S BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

Telephone Number: 734 274-0698

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein

COURT USE ONLY

Account or other number by which Interest holder identifies Debtor: 67449093

Check here if this claim
☐ replaces a previously filed Proof of Interest dated _____
☐ amends a previously filed Proof of Interest dated _____

2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:

Charles Schwab    Omaha Operations
PO Box 2339
Omaha, NE 68103

Telephone Number: 877 316 6400

3. Date Equity Interest was acquired:
10/12/22  12,048 shares
11/8/22   5,000 shares
12/15/22 - 20,000 shares

4. Total amount of member interest: 37,048

5. Certificate number(s): _____

6. Type of Equity Interest
Please indicate the type of Equity Interest you hold
☑ Check this box if your Equity Interest is based on an actual member interest held in the Debtor
☐ Check this box if your Equity Interest is based on anything else and describe that interest
Description: Investor

7. Supporting Documents: Attach copies of supporting documents such as stock certificates option agreements warrants etc
DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary

8. Date-Stamped Copy: To receive an acknowledgement of the filing of your Proof of Interest enclose a stamped self addressed envelope and copy of this Proof of Interest

9. Signature
Check the appropriate box
☑ I am the creditor   ☐ I am the creditor's authorized agent (Attach copy of power of attorney if any)   ☐ I am the trustee, or the debtor, or their authorized agent (See Bankruptcy Rule 3004)   ☐ I am a guarantor surety endorser or other codebtor (See Bankruptcy Rule 3005)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge information and reasonable belief

Print Name: Charles Bontomasi
Title:
Company: Address and telephone number if different from notice address above:
4461 Prospect Ave
Onekama, MI 49675

(Signature) [signed] 12/2/24 (Date)

Telephone number: 734-274-0698  Email: cbontomas@gmail.com

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both 18 U.S.C §§ 152 AND 3571*

## Trade Details

MMAT - TDA TRAN - Bought 20000 (MMAT) @1 4500

| Transactions | Trade Details |
|---|---|
| Trade Date | 12/15/2022 |
| Settle Date | 12/19/2022 |
| CUSIP # | 59134N104 |
| Action | Buy |
| Quantity | 20,000 |
| Price | $1 45 |
| Principal | -$29,000 00 |
| Commission | $0 00 |
| **Total** | **-$29,000 00** |

# Trade Details

MMAT - TDA TRAN - Bought 12048 (MMAT) @0 8300

| Transactions | Trade Details |
|---|---|
| Trade Date | 10/12/2022 |
| Settle Date | 10/14/2022 |
| CUSIP # | 59134N104 |
| Action | Buy |
| Quantity | 12,048 |
| Price | $0 83 |
| Principal | -$9,999 84 |
| Commission | $0 00 |
| **Total** | **-$9,999 84** |

## Trade Details

MMAT - TDA TRAN - Bought 5000 (MMAT) @1 4000

| Transactions | Trade Details |
|---|---:|
| Trade Date | 11/08/2022 |
| Settle Date | 11/10/2022 |
| CUSIP # | 59134N104 |
| Action | Buy |
| Quantity | 5,000 |
| Price | $1 40 |
| Principal | -$7,000 00 |
| Commission | $0 00 |
| **Total** | **-$7,000 00** |