NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | | **PROOF OF INTEREST** |
|---|---|---|
| Name of Debtor: META MATERIALS, INC., | Case Number: 24-50792 | |

1. Name and address of holder of the Equity Interest (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

    Name: Victor Tan Yeow Chong
    Address: Block 291B Compassvale Street
    #12-248 Singapore 542291

    Telephone Number: +65-96220589

   - ☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.
   - ☒ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.
   - ☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

   **RECEIVED AND FILED**
   **DEC 10 2024**
   **U.S. BANKRUPTCY COURT**
   **MARY A. SCHOTT, CLERK**
   COURT USE ONLY

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

| Account or other number by which Interest holder identifies Debtor: XXXX1857 | Check here if this claim:<br>☐ replaces a previously filed Proof of Interest dated: _____<br>☐ amends a previously filed Proof of Interest dated: _____ |
|---|---|

2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest
   Tiger Brokers (Singapore) Pte Ltd
   Address: 1 Raffles Place #35-61
   One Raffles Place Tower 2
   Singapore 048616
   Telephone Number: +65-63312277

3. Date Equity Interest was acquired:
   Purchased history: From: 21st June 2021
   To: 15th Aug 2024
   (Document attached)

4. Total amount of member interest: 1300 Shares
   Call option: 350 lots
   (See Document attached)

5. Certificate number(s): (See Document attached)

6. Type of Equity Interest:
   Please indicate the type of Equity Interest you hold:
   ☒ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
   ☐ Check this box if your Equity Interest is based on anything else and describe that interest:
   Description: Investor

7. Supporting Documents: Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
   DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary

8. Date-Stamped Copy: To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

9. Signature:
   Check the appropriate box
   ☒ I am the creditor.   ☐ I am the creditor's authorized agent.   ☐ I am the trustee, or the debtor,   ☐ I am a guarantor, surety, endorser, or other codebtor.
   (Attach copy of power of attorney, if any.)   or their authorized agent.   (See Bankruptcy Rule 3005.)
   (See Bankruptcy Rule 3004.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: Victor Tan Yeow Chong
Title:
Company: ___ Address and telephone number (if different from notice address above):

(Signature) [signed]    4th Dec 2024 (Date)

Telephone number: +65-96220589   email: doxopro@gmail.com

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

PROOF OF INTEREST SUPPLEMENTAL INFORMATION

CASE 24-50792, META MATERIALS, INC,

FOR VICTOR TAN YEOW CHONG


BROKER TIGER BROKERS (SINGAPORE) PTE LTD

ACCOUNT No 50151857

BUY AND SELL TRANSACTION PERIOD 21ST JUNE 2021 TO 15TH AUG 2024

SUMMARY  Number of shares (Pre Reverse Split)  = 23,000 shares

Number of shares (Post Reverse Split) = 230 shares

Number of shares purchased (Post Reverse Split)    = 1,070 shares

Current Holding = 1300 shares

Current Holding Call Option Strike Price $0 5 expiry 17th Jan 2025 = 350 lots

Total Realized loss of investment including Option Chain Call Option in META Material Inc = US$33,443 44


*See transaction documentation attached monthly statement and Screenshot from Tiger Brokers trading platform



17 33 · 📶 92%

<     **Orders**     Conditional Orders

🔍 MMAT1 CALL

| Status ▼ | Type ▼ | Date ▼ |
|---|---|---|
| All | Options | 2021/06/01-20 |

| Name | Symbol | Submit Price | Side | Status | Order Time |
|---|---|---|---|
| **MMAT CALL** US 20250117 0 5 | 10 Lot(s) LMT 0 09 | Buy Filled | 23/08/01 00 49 09 |
| **MMAT CALL** US 20250117 1 0 | 30 Lot(s) LMT 0 04 | Buy Canceled | 23/07/26 09 56 37 |
| **MMAT CALL** US 20250117 0 5 | 20 Lot(s) LMT 0 08 | Buy Filled | 23/07/24 22 29 54 |
| **MMAT CALL** US 20250117 0 5 [Coupon] | 30 Lot(s) LMT 0 08 | Buy Filled | 23/07/24 22 15 05 |
| **MMAT CALL** US 20250117 1 0 | 80 Lot(s) LMT 0 05 | Buy Canceled | 23/07/24 18 42 13 |
| **MMAT CALL** US 20250117 0 5 | 3 Lot(s) LMT 0 08 | Buy Filled | 23/07/10 21 44 03 |
| **MMAT CALL** US 20250117 0 5 | 10 Lot(s) LMT 0 07 | Buy Canceled | 23/06/28 22 18 07 |
| **MMAT CALL** US 20250117 0 5 | 13 Lot(s) LMT 0 06 | Buy Canceled | 23/06/27 21 32 45 |
| **MMAT CALL** US 20250117 0 5 | 10 Lot(s) LMT 0 10 | Buy Filled | 23/06/09 22 21 23 |

17:32 📷 💬 ✖ •                            ⏰ 🔇 📶 📶 92%🔋

<     **Orders**     Conditional Orders

🔍 MMAT1 CALL

| Status ▼<br>All | Type ▼<br>Options | Date ▼<br>2021/06/01-20 |
|---|---|---|

| Name / Symbol | Submit /<br>Price | Side / Status | Order Time |
|---|---|---|---|
| | | insufficient | |
| **MMAT CALL**<br>US 20250117 0 5 | **40 Lot(s)**<br>LMT 0.02 | Buy<br>System<br>Withdrawal | 23/11/14<br>22:56:20 |
| Reason: Your available funds or buying power are insufficient | | | |
| **MMAT CALL**<br>US 20250117 0 5 | **50 Lot(s)**<br>LMT 0.03 | Buy<br>Partially<br>Filled | 23/11/01<br>23:09:32 |
| Reason: Cancelled by manual | | | |
| **MMAT CALL**<br>US 20250117 0 5 | **60 Lot(s)**<br>LMT 0.04 | Buy<br>Filled | 23/10/26<br>21:33:49 |
| **MMAT CALL**<br>US 20250117 0 5 | **50 Lot(s)**<br>LMT 0.07 | Buy<br>Canceled | 23/10/04<br>11:06:28 |
| **MMAT CALL**<br>US 20250117 0 5 | **20 Lot(s)**<br>LMT 0.16 | Sell<br>Canceled | 23/10/03<br>22:21:23 |
| **MMAT CALL**<br>US 20250117 0 5 | **40 Lot(s)**<br>LMT 0.18 | Sell<br>Canceled | 23/10/02<br>21:55:55 |
| **MMAT CALL**<br>US 20250117 0 5 | **30 Lot(s)**<br>LMT 0.07 | Buy<br>Filled | 23/09/22<br>22:35:01 |
| **MMAT CALL**<br>US 20250117 0 5 | **5 Lot(s)**<br>LMT 0.06 | Buy<br>Canceled | 23/08/21<br>23:57:03 |

17:32

92%

&lt;     **Orders**     Conditional Orders

🔍 MMAT1 CALL

| Status ▾ | Type ▾ | Date ▾ |
|---|---|---|
| All | Options | 2021/06/01-20 |

| Name | Symbol | Submit Price | Side | Status | Order Time |
|---|---|---|---|
| **MMAT1 CALL** US 20250117 0 5 | **100 Lot(s)** LMT 0.01 | Buy Canceled | 24/02/04 12:31:04 |
| **MMAT CALL** US 20250117 0 5 | **50 Lot(s)** LMT 0.01 | Buy Canceled | 24/01/25 09:29:22 |
| **MMAT CALL** US 20250117 0 5 | **32 Lot(s)** LMT 0.02 | Buy Filled | 24/01/24 23:47:38 |
| **MMAT CALL** US 20250117 0 5 | **100 Lot(s)** LMT 0.02 | Buy Partially Filled | 23/11/27 22:32:56 |

Reason: Cancelled by manual

| | | | |
|---|---|---|---|
| **MMAT CALL** US 20250117 0 5 | **30 Lot(s)** LMT 0.02 | Buy Filled | 23/11/15 00:09:32 |
| **MMAT CALL** US 20250117 0 5 | **30 Lot(s)** LMT 0.02 | Buy System Withdrawal | 23/11/14 22:58:25 |

Reason: Your available funds or buying power are insufficient

| | | | |
|---|---|---|---|
| **MMAT CALL** US 20250117 0 5 | **40 Lot(s)** LMT 0.02 | Buy System Withdrawal | 23/11/14 22:57:48 |

Reason: Your available funds or buying power are insufficient

| | | | |
|---|---|---|---|
| **MMAT CALL** | **40 Lot(s)** | Buy | 23/11/14 |

17 33            92%

<    **Orders**    Conditional Orders

Q MMAT1 CALL

| Status ▼ | Type ▼ | Date ▼ |
|---|---|---|
| All | Options | 2021/06/01-20 |

| Name \| Symbol | Submit \| Price | Side \| Status | Order Time |
|---|---|---|---|
| **MMAT CALL** <br> US 20250117 0 5 | **10 Lot(s)** <br> LMT 0 10 | Buy <br> Filled | 23/06/09 <br> 22 21 23 |
| **MMAT CALL** <br> US 20250117 0 5 | **12 Lot(s)** <br> LMT 0 10 | Buy <br> Filled | 23/05/23 <br> 21 06 25 |
| **MMAT CALL** <br> US 20250117 0 5 | **3 Lot(s)** <br> LMT 0 09 | Buy <br> Filled | 23/05/08 <br> 23 25 10 |
| **MMAT CALL** <br> US 20250117 0 5 <br> [Coupon] | **22 Lot(s)** <br> LMT 0 12 | Buy <br> Filled | 23/05/05 <br> 22 08 57 |
| **MMAT CALL** <br> US 20250117 0 5 | **25 Lot(s)** <br> LMT 0 12 | Buy <br> System Withdrawal | 23/05/05 <br> 22 07 51 |

Reason Your available funds or buying power are insufficient

| **MMAT CALL** <br> US 20250117 0 5 | **30 Lot(s)** <br> LMT 0 09 | Buy <br> Canceled | 23/05/05 <br> 07 59 18 |
|---|---|---|
| **MMAT CALL** <br> US 20250117 2 0 | **30 Lot(s)** <br> LMT 0 01 | Buy <br> System Withdrawal | 23/05/01 <br> 20 33 29 |

Reason Your available funds or buying power are insufficient

- End -

17 33  📷 💬 X •  🔔 🔇 📶 92%

<        **P&L Analysis**

## Account Analysis     Stock P&L

🔍 Search

**All**  US  HK  SG

| Symbol | Name | Total P&L | Unrealized P&L | Realiz P( |
|---|---|---|---|
| US **Meta M** ⌄ | -36210 03 | -2766 59 | -3344 |
| MMATQ | -23993 67 | -2766 59 | -212 |
| 20240119 1 0 CALL | -284 35 | 0 00 | -2 |
| 20240119 10 0 CALL | -262 59 | 0 00 | -2 |
| 20230120 2 0 CALL | -722 77 | 0 00 | -7 |
| 20230120 10 0 CALL | -835 73 | 0 00 | -8 |
| 20221216 4 0 CALL | -253 61 | 0 00 | -2 |
| 20221118 2 0 CALL | -423 85 | 0 00 | -4 |
| 20221021 2 0 CALL | -323 06 | 0 00 | -3 |
| 20221021 5 0 CALL | -105 91 | 0 00 | -1 |
| 20220819 2 0 CALL | -134 98 | 0 00 | -1 |
| 20220617 2 0 CALL | -140 75 | 0 00 | -1 |
| 20220414 10 0 CALL | -296 31 | 0 00 | -2 |
| 20220414 4 0 CALL | -425 86 | 0 00 | -4 |
| 20220414 3 0 CALL | -344 75 | 0 00 | -3 |
| 20220318 3 0 CALL | -139 39 | 0 00 | -1 |
| 20220218 6 0 CALL | -111 17 | 0 00 | -1 |
| 20220218 4 0 CALL | -316 78 | 0 00 | -3 |
| 20220121 6 0 CALL | -5214 73 | 0 00 | -52 |
| 20211217 8 0 CALL | -251 17 | 0 00 | -2 |

**Tiger Brokers (Singapore) PTE.LTD.**
Activity Statement : 2024.11.01 – 2024.11.30


TIGER BROKERS

# VICTOR TAN YEOW CHONG

Address   SINGAPORE COMPASSVALE STREET BLOCK 291B #12-248

Account   ****1857
Base Currency   USD
Assets   9,920.29USD
Account Capabilities   Margin(Securities&Futures)

## Account Overview

|  | Cash | Stock | Bond | Option | Future | Funds In Transit | Interest Accruals | Dividend Accruals | Total |
|---|---|---|---|---|---|---|---|---|---|
| Beginning Of The Period | 24.63 | 7 007.15 | 0.00 | 1 750.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8 781.78 |
| End Of The Period | 24.24 | 8 146.05 | 0.00 | 1 750.00 | 0.00 | 0.00 | 0.00 | 0.00 | 9 920.29 |

## Cash Report

### Currency  Base Currency Summary

|  | Total | Securities | Futures |
|---|---|---|---|
| Starting Cash | 24.63 | 24.63 | 0.00 |
| FOREX Gain&Loss | -0.35 | -0.35 | 0 |
| Commissions | -0.99 | -0.99 | 0 |
| Platform Fees | -1 | -1 | 0 |
| GST | -0.18 | -0.18 | 0 |
| Deposits | 261.33 | 261.33 | 0 |
| Net Trades (Sales) | 264 | 264 | 0 |
| Net Trades (Purchase) | -523.18 | -523.18 | 0 |

# Tiger Brokers (Singapore) PTE.LTD.

Activity Statement : 2024.11.01 – 2024.11.30



|  | Total | Securities | Futures |
|---|---:|---:|---:|
| Settlement Fees | −0.03 | −0.03 | 0 |
| Ending Cash | 24.24 | 24.24 | 0.00 |
| Ending Settled Cash | 24.24 | 24.24 | 0.00 |

## Currency: USD

|  | Total | Securities | Futures |
|---|---:|---:|---:|
| Starting Cash | 0.00 | 0.00 | 0.00 |
| Commissions | −0.99 | −0.99 | 0 |
| Platform Fees | −1 | −1 | 0 |
| GST | −0.18 | −0.18 | 0 |
| Net Trades (Sales) | 264 | 264 | 0 |
| Net Trades (Purchase) | −261.8 | −261.8 | 0 |
| Settlement Fees | −0.03 | −0.03 | 0 |
| Ending Cash | 0.00 | 0.00 | 0.00 |

## Currency: SGD

|  | Total | Securities | Futures |
|---|---:|---:|---:|
| Starting Cash | 31.71 | 31.71 | 0.00 |
| Deposits | 350 | 350 | 0 |
| Net Trades (Purchase) | −350.06 | −350.06 | 0 |
| Ending Cash | 31.65 | 31.65 | 0.00 |
| Ending Settled Cash | 31.65 | 31.65 | 0.00 |

# Tiger Brokers (Singapore) PTE.LTD.

Activity Statement : 2024.11.01 - 2024.11.30



**Currency: HKD**

|  | Total | Securities | Futures |
|---|---|---|---|
| Starting Cash | 4.72 | 4.72 | 0.00 |
| Ending Cash | 4.72 | 4.72 | 0.00 |
| Ending Settled Cash | 4.72 | 4.72 | 0.00 |

## Trades

### Forex

| Account | Symbol(Base.Quote) | Activity Type | Quantity(Base) | Trade Price | Amount(Quote) | Notes | Trade Time | Settle Date | Currency |
|---|---|---|---|---|---|---|---|---|---|
| ****1857 | USD.SGD |  | 264 | 1.32596 | -350.06 |  | 2024-11-07 20:54:17, US/Eastern | 2024-11-08 | SGD |
|  | Total USD.SGD |  | 264 |  | -350.06 |  |  |  | SGD |
|  | Total |  |  |  | -350.06 |  |  |  | SGD |
|  | Total(In Base) |  |  |  | -261.38 |  |  |  | USD |

### Stock

| Account | Symbol | Market | Exchange | Activity Type | Quantity | Trade Price | Amount | Accrued Interest in Trade | Comm/Fee | GST | Realized P/L | Notes | Trade Time | Settle Date | Currency |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ****1857 | Trump Media & Technology (DJT) | US | NASDAQ | Open | 10 | 26.18000 | 261.80 | 0.00 | Settlement Fee: -0.03 Commission: -0.99 Platform Fee: -1.00 | -0.18 | 0.00 |  | 2024-11-07 16:39:52, US/Eastern | 2024-11-08 | USD |
|  | Total Trump Media & Technology (DJT) |  |  |  | 10 |  | 261.80 | 0.00 | -2.02 | -0.18 | 0.00 |  |  |  | USD |
|  | Total |  |  |  |  |  | 261.80 | 0.00 | -2.02 | -0.18 | 0.00 |  |  |  | USD |

## Deposits & Withdrawals

---

Address: 1 Raffles Place, #35-61 One Raffles Place Tower 2, Singapore 048616.    3/8

# Tiger Brokers (Singapore) PTE.LTD.

Activity Statement : 2024.11.01 - 2024.11.30



| Account | Date | Description | Amount | Currency |
|---|---|---|---|---|
| 50151857 | 2024-11-07 | Deposit | 350.00 | SGD |
| | | Total | 350.00 | SGD |
| | | Total(In Base) | 261.33 | USD |

## Holdings

### Option

| Account | Symbol | Quantity | Multiplier | Cost Price | Close Price | Value | Unrealized P/L | Initial Margin | Maint Margin | Currency |
|---|---|---|---|---|---|---|---|---|---|---|
| 1857 | Meta Materials Inc. (MMAT1 20250117 CALL 0.5) | 350 | 100.0 | 0.0608703 | 0.05000 | 1,750.00 | -380.46 | 0.00 | 0.00 | USD |
| | Total(In Base) | 350 | | | | 1,750.00 | -380.46 | 0.00 | 0.00 | USD |

### Stock

| Account | Symbol | Quantity | Multiplier | Cost Price | Close Price | Value | Unrealized P/L | Initial Margin | Maint Margin | Currency |
|---|---|---|---|---|---|---|---|---|---|---|
| 1857 | AMC Entertainment (AMC) | 200 | 1.0 | 5.0070190 | 4.95000 | 990.00 | -11.40 | 990.00 | 990.00 | USD |
| 1857 | Trump Media & Technology (DJT) | 30 | 1.0 | 21.2966667 | 31.60000 | 948.00 | 309.10 | 948.00 | 948.00 | USD |
| 1857 | FingerMotion, Inc. (FNGR) | 500 | 1.0 | 3.6634266 | 2.04000 | 1,020.00 | -811.71 | 1,020.00 | 1,020.00 | USD |
| 1857 | GameStop (GME) | 100 | 1.0 | 57.0094400 | 29.05000 | 2,905.00 | -2,795.94 | 2,614.50 | 2,469.25 | USD |
| 1857 | Global Tech Industries Group, Inc. (GTII) | 3500 | 1.0 | 0.3321114 | 0.03010 | 105.35 | -1,057.04 | 105.35 | 105.35 | USD |
| 1857 | Global Tech Industries Group, Inc.-Spinoff (GTII.CNT) | 10 | 1.0 | 0.0000000 | 1.40000 | 14.00 | 14.00 | 14.00 | 14.00 | USD |

# Tiger Brokers (Singapore) PTE.LTD.

Activity Statement : 2024.11.01 – 2024.11.30



| Account | Symbol | Quantity | Multiplier | Cost Price | Close Price | Value | Unrealized P/L | Initial Margin | Maint Margin | Currency |
|---|---|---|---|---|---|---|---|---|---|---|
| ****1857 | Meta Materials Inc. (MMATQ) | 1300 | 1.0 | 2.1891450 | 0.06100 | 79.30 | −2,766.59 | 79.30 | 79.30 | USD |
| ****1857 | NEXT BRIDGE HYDROCARBONS INC. (NXBR) | 720 | 1.0 | 2.6179722 | 2.89500 | 2,084.40 | 199.46 | 2,084.40 | 2,084.40 | USD |
| | Total(In Base) | 6360 | | | | 8,146.05 | −6,920.13 | 7,855.55 | 7,710.30 | USD |

## Financial Instrument Information

### Option

| Symbol | Issuer | Description | Multiplier | Expiry | Strike | Right |
|---|---|---|---|---|---|---|
| MMAT1 | | Meta Materials Inc. | 100 | 2025-01-17 | 0.5 | CALL |

### Forex

| Symbol | Issuer | Description | Multiplier | Expiry | Strike | Right |
|---|---|---|---|---|---|---|
| USD.SGD | | USD.SGD | 1 | | | |

### Stock

| Symbol | Issuer | Description | Multiplier | Expiry | Strike | Right |
|---|---|---|---|---|---|---|
| AMC | | AMC Entertainment | 1 | | | |
| DJT | | Trump Media & Technology | 1 | | | |
| FNGR | | FingerMotion, Inc. | 1 | | | |
| GME | | GameStop | 1 | | | |
| GTII | | Global Tech Industries Group, Inc. | 1 | | | |
| GTII.CNT | | Global Tech Industries Group, Inc.-Spinoff | 1 | | | |
| MMATQ | | Meta Materials Inc. | 1 | | | |

# Tiger Brokers (Singapore) PTE.LTD.
Activity Statement : 2024.11.01 - 2024.11.30



| Symbol | Issuer | Description | Multiplier | Expiry | Strike | Right |
|---|---|---|---|---|---|---|
| NXBR | | NEXT BRIDGE HYDROCARBONS INC | 1 | | | |

## Base Currency Exchange Rate

| Date | 2024-11-30 |
|---|---|
| USD | 1 |
| AUD | 0.65080 |
| CAD | 0.71365 |
| CHF | 1.13485 |
| CNH | 0.13795 |
| EUR | 1.05780 |
| GBP | 1.27330 |
| HKD | 0.12851 |
| IDR | 0.00006 |
| JPY | 0.00668 |
| MXN | 0.04908 |
| MYR | 0.22497 |
| NOK | 0.09054 |
| NZD | 0.59180 |
| PLN | 0.24602 |
| SEK | 0.09175 |
| SGD | 0.74666 |
| TRY | 0.02883 |

# Tiger Brokers (Singapore) PTE.LTD.
Activity Statement : 2024.11.01 – 2024.11.30



## Annotation

1. Accrued dividends: when the company declares the dividends of shares, this part will calculate the dividends to be paid to the account, and the dividends paid to the account during form checking period will be included into cash

2. Accrued interest: interest is charged on a monthly basis, so this part will calculate the total interest earned by the account during the statement period, not including the interest received

3. Net Trades (Sales): Cash from selling securities

4. Net Trades (Purchase): Cash spent on buying securities

5. Other Fees: Including ADR fees, IPO fees, withdraw fees, dividends, bond custody fees and other expenses

6. Withholding Tax: Hong Kong stocks dividend tax

7. Segment Transfer: Record of internal fund transfers within your account. Your total assets will not decrease. When purchasing or selling products with shared purchasing power, the system will automatically allocate funds

8. Multiplier: in an individual stock option or futures transaction, the value of the contract is expressed as the product of a certain monetary amount and the underlying index. The certain monetary amount is fixed by the contract, which is referred to as the contract multiplier. At present, the stock is 1 by default and the individual stock option is 100

9. Settle Price: Futures settlement price is not equal to the closing price, futures is based on the settlement price to calculate the profit and loss of position

10. Proceeds: Trading amount is trading price multiplied by trading volume

11. Net Amount: When buying, the net amount is recorded as the transaction amount of the purchased financial asset plus the amount of commission and tax; when selling, the net amount is recorded as the cost amortization when selling the financial asset, including the realized profit and loss

12. Comm/Fee: In the trades module, for trades before December 2021, commission includes commission + platform fee + transaction levy + stamp tax + transaction fee + settlement fee etc. For trades after December 2021, commission only includes commission, and other expenses are shown separately

13. Custodian fees: no charge, $0

14. Exchange rate: You could view U.S. Dollar Currency Index chart to see the exchange rate at the last day for searching. (USD is transaction currency)

15. Transaction is based on FIFO method

16. Futures: Starting Cash and Ending Cash represents the starting and ending asset value of futures account, the difference between Starting and Ending Cash includes changes in position value and cash transactions (not showing up on statement)

17. Funds in Transit includes IPO transit subscription and IPO transit subscription fee

18. The external legal costs arose from letter sent by lawyer regarding outstanding amounts

## Notes

1. Please examine the details in the monthly statement and promptly report any inaccuracy or discrepancy found to service@tigerbrokers.com.sg within 14 calendar days from the date of the statement. All the above details shall be deemed correct and conclusive if no written notice of objection is received by us within 14 days from the date of the monthly statement

2. Tiger Brokers (Singapore) Pte Ltd is a member of Financial Institutions Dispute Resolution Centre (FIDReC), which is an independent and impartial institution specialising in the resolution of disputes between financial institutions and consumers. Unresolved issues can also be brought up to FIDReC at www.fidrec.com.sg for mediation

3. Information on our fees can be found at https://www.tigerbrokers.com.sg/commissions/fees

4. Information regarding your account can be found in the Terms and Conditions at https://www.tigerbrokers.com.sg/info/terms-n-conditions

Tiger Brokers (Singapore) PTE.LTD. 

Activity Statement : 2024.11.01 – 2024.11.30

5 Customer money and assets are deposited in trust and held in custody respectively in accordance with the Securities and Futures (Licensing and Conduct of Business) Regulations governing the protection of client money and assets

[1] TIGER BROKERS (HK) GLOBAL LIMITED AS THE PRINCIPAL

## TIGER BROKERS (SINGAPORE) PTE LTD

+65 6331 2277

WhatsApp +65 6331 2277

service@tigerbrokers com sg