NVB 3001 (Effective 1/21)

# UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA

**PROOF OF INTEREST**

**Name of Debtor:** META MATERIALS INC
**Case Number:** 24-50792

**RECEIVED AND FILED**
**DEC 10 2024**
**U.S. BANKRUPTCY COURT**
**MARY A. SCHOTT, CLERK**

**1. Name and address of holder of the Equity Interest** (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

Ian William Welsh
6 KINGSLEY PLACE, WALLSEND, TYNE/WEAR, UK
NE28 7BG

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

☑ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

**Telephone Number:** +447723701236

**COURT USE ONLY**

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

**Account or other number by which Interest holder identifies Debtor:**
U11053274

Check here if this claim:
☐ replaces a previously filed Proof of Interest dated: _____
☐ amends a previously filed Proof of Interest dated: _____

**2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:**

IAN W WELSH
Interactive Brokers U.K. 20 Fenchurch Street, London EC3M 3BY, UK

**Telephone Number:** +44 20 3744 7220

**3. Date Equity Interest was acquired:**
SEE ATTACHED DOCUMENTATION

**4. Total amount of member interest:** 27.507 for $52226.30

**5. Certificate number(s):** SEE ATTACHED DOCUMENTATION

**6. Type of Equity Interest:**
Please indicate the type of Equity Interest you hold:
☑ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
☐ Check this box if your Equity Interest is based on anything else and describe that interest:
**Description:** INVESTOR

**7. Supporting Documents:** Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**8. Date-Stamped Copy:** To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

**9. Signature:**
Check the appropriate box.
☑ I am the creditor.   ☐ I am the creditor's authorized agent. (Attach copy of power of attorney, if any.)   ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)   ☐ I am a guarantor, surety, endorser, or other codebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

**Print Name:** IAN WILLIAM WELSH
**Title:**
**Company:** Address and telephone number (if different from notice address above):

(Signature)    December 5th 2024    (Date)

Telephone number: +447723701236    email: ian.welsh@protonmail.com

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

Print Form | Save Form | Clear Form

# Activity Statement

December 15 2022

## Account Information

| Field | Value |
|---|---|
| Name | Ian William Welsh |
| Account | U3187574 |
| Master Name | Euro Pacific Securities Inc |
| Account Type | Broker Client |
| Customer Type | Individual |
| Account Capabilities | Margin |
| Base Currency | GBP |

## Net Asset Value

| | December 14 2022 Total | December 15 2022 Long | Short | Total | Change | Change in NAV | Total |
|---|---|---|---|---|---|---|---|
| Cash | | | | | | Starting Value | |
| Stock | | | | | | Mark to-Market | |
| Total | | | | | | Ending Value | |

Time Weighted Rate of Return ... 0.78%

## Mark to Market Performance Summary

| | Quantity | | Price | | | Mark to-Market P/L | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Symbol | Prior | Current | Prior | Current | Position | Transaction | Commissions | Other | Total | Code |
| **Stocks** | | | | | | | | | | |
| MMAT | 27 507 | 27 507 | 1 4600 | 1 3700 | | 0 00 | 0 00 | 0 00 | | |
| **Forex** | | | | | | | | | | |
| CAD | 0 00 | 0 00 | 0 59399 | 0 60126 | 0 00 | 0 00 | 0 00 | 0 00 | | |
| GBP | 22 85 | 22 85 | 1 0000 | 1 0000 | 0 00 | 0 00 | 0 00 | 0 00 | | |
| USD | 0 00 | 0 00 | 0 80466 | 0 82115 | | 0 00 | 0 00 | 0 00 | | |
| Total Forex | | | | | | 0 00 | 0 00 | 0 00 | | |
| Total (All Assets) | | | | | | 0 00 | 0 00 | 0 00 | | |

## Realized & Unrealized Performance Summary

| | | Realized | | | | | Unrealized | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Symbol | Cost Adj | S/T Profit | S/T Loss | L/T Profit | L/T Loss | Total | S/T Profit | S/T Loss | L/T Profit | L/T Loss | Total | Total | Code |
| **Stocks** | | | | | | | | | | | | | |
| MMAT | 0 00 | 0 00 | 0 00 | 0 00 | 0 00 | 0 00 | 0 00 | 0 00 | 0 00 | 52 658 68 | 52 658 68 | 52 658 68 | |
| Total Stocks | 0 00 | 0 00 | 0 00 | 0 00 | 0 00 | 0 00 | 0 00 | 0 00 | | -52 658 68 | | | |
| **Forex** | | | | | | | | | | | | | |
| CAD | 0 00 | 0 00 | 0 00 | 0 00 | 0 00 | 0 00 | 0 00 | 0 00 | 0 00 | 0 00 | 0 00 | 0 00 | |
| USD | 0 00 | 0 00 | 0 00 | 0 00 | 0 00 | 0 00 | 0 00 | 0 00 | 0 00 | 0 00 | 0 00 | 0 00 | |
| Total Forex | 0 00 | 0 00 | 0 00 | 0 00 | 0 00 | 0 00 | 0 00 | 0 00 | 0 00 | 0 00 | 0 00 | 0 00 | |
| Total (All Assets) | 0 00 | 0 00 | 0 00 | 0 00 | 0 00 | 0 00 | 0 00 | 0 00 | | | | | |

## Month & Year to Date Performance Summary

| | | Mark to-Market | | Realized S/T | | Realized L/T | | |
|---|---|---|---|---|---|---|---|---|
| Symbol | Description | MTD | YTD | MTD | YTD | MTD | YTD | |
| **Stocks** | | | | | | | | |
| MMAT | META MATERIALS INC | 11 870 77 | | 0 00 | 0 00 | 0 00 | 0 00 | |
| | | | | 0 00 | 0 00 | 0 00 | 0 00 | |
| Total Stocks | | | | 0 00 | 0 00 | 0 00 | 0 00 | |

## Open Positions

| Symbol | Quantity | Mult | Cost Price | Cost Basis | Close Price | Value | Unrealized P/L | Code |
|---|---|---|---|---|---|---|---|---|
| **Stocks** | | | | | | | | |
| **USD** | | | | | | | | |
| MMAT | 27 507 | 1 | 3 70133275 | 101 812 56 | 1 3700 | 37 684 59 | -64 127 97 | |
| Total | | | | | | | | |
| Total in GBP | | | | | | | | |

Activity Statement  December 15 2022

| Total | | | | | | | | |
| Total in GBP | | | | | | | | |



Activity Statement

January 1, 2024 - December 3, 2024

? Help

Interactive Brokers (U K ) Limited  20 Fenchurch Street  Floor 12  London EC3M 3BY  UK  Authorised and regulated by the Financial Conduct Authority

## Account Information

| Name | Ian W Welsh |
|---|---|
| Account | U11053274 |
| Account Type | Individual |
| Customer Type | Individual |
| Account Capabilities | Cash |
| Base Currency | USD |

## Net Asset Value

| | December 29, 2023 | December 3, 2024 | | | | Change in NAV | |
|---|---|---|---|---|---|---|---|
| | Total | Long | Short | Total | Change | | Total |
| Cash | | | | | | Starting Value | |
| Stock | | | | | | Mark-to-Market | |
| Total | | | | | | Position Transfers | |
| | | | | | | Ending Value | |
| Time Weighted Rate of Return | | | | | -6.67% | | |

## Mark to Market Performance Summary

| | Quantity | | Price | | | Mark to-Market P/L | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Symbol | Prior | Current | Prior | Current | Position | Transaction | Commissions | Other | Total | Code |
| **Stocks** | | | | | | | | | | |
| MMAT | 28,407 | 0 | 0.0660 | -- | | 0.00 | 0.00 | 0.00 | | |
| MMATQ | 0 | 284 | -- | 0.0610 | | 0.02 | 0.00 | 0.00 | | |
| **Total Stocks** | | | | | | 0.02 | 0.00 | 0.00 | | |
| **Forex** | | | | | | | | | | |
| CAD | | | | | | 0.00 | 0.00 | 0.00 | | |
| USD | | | | | | 0.00 | 0.00 | 0.00 | | |

## Realized & Unrealized Performance Summary

| | | Realized | | | | | Unrealized | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Symbol | Cost Adj | S/T Profit | S/T Loss | L/T Profit | L/T Loss | Total | S/T Profit | S/T Loss | L/T Profit | L/T Loss | Total | Total | Code |
| **Stocks** | | | | | | | | | | | | | |
| MMAT | 0.00 | 0.00 | 0.00 | 0.00 | 20.73 | 20.73 | 0.00 | 0.00 | 0.00 | 102,001.64 | 102,001.64 | 102,022.37 | |

## Open Positions

| Symbol | Quantity | Mult | Cost Price | Cost Basis | Close Price | Value | Unrealized P/L | Unrealized P/L % | Code |
|---|---|---|---|---|---|---|---|---|---|
| **Stocks** | | | | | | | | | |
| **USD** | | | | | | | | | |
| MMATQ | 284 | 1 | 359.22169335 | 102,018.96 | 0.0610 | 17.32 | 102,001.64 | 99.98 | |
| | | | | | | | | 0.00 | |
| Total | | | | 102,018.96 | | | | | |

## Corporate Actions | Glossary

| Report Date | Date/Time | Description | Quantity | Proceeds | Value | Realized P/L |
|---|---|---|---|---|---|---|
| 2024-01-29 | 2024-01-26, 20:25:00 | MMAT(US59134N1046) Split 1 for 100 (MMAT OLD, META MATERIALS INC, US59134N1046) | 28,407 | 0.00 | 0.00 | 0.00 |
| Total | | | | 0.00 | 0.00 | 0.00 |

## Financial Instrument Information

| Symbol | Description | ConId | Security ID | Underlying | Listing Exch | Multiplier | Type | Code |
|---|---|---|---|---|---|---|---|---|
| **Stocks** | | | | | | | | |
| MMAT OLD | META MATERIALS INC | 499639678 | US59134N1046 | | NASDAQ | 1 | COMMON | |
| MMAT, MMATQ | META MATERIALS INC | 680614991 | US59134N3026 | MMATQ | PINK | 1 | COMMON | |