NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | | PROOF OF INTEREST |
|---|---|---|
| Name of Debtor: <br> META MATERIALS | Case Number: <br> 24-50792 | |

1. Name and address of holder of the Equity Interest (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

   JAGDISHCHANDRA NARAN VELJI RABADIA
   80 PRESTON ROAD,
   WEMBLEY
   LONDON HA9 8LA
   UNITED KINGDOM

   Telephone Number:
   +44784 384 5669

   ☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

   ☑ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

   ☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

   **RECEIVED AND FILED**
   **DEC -9 2024**
   **U.S. BANKRUPTCY COURT**
   **MARY A. SCHOTT, CLERK**

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

**COURT USE ONLY**

Account or other number by which Interest holder identifies Debtor:
CUSTOMER ID 516161S (TRADING 212 UK LTD)

Check here if this claim:
☐ replaces a previously filed Proof of Interest dated: _____
☐ amends a previously filed Proof of Interest dated: _____

2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:

   TRADING 212 UK LTD, ALDERMARY HOUSE,
   10-15 QUEEN STREET, LONDON EC4N ITX
   Telephone Number: UNITED KINGDOM
   +44 7335 762101

3. Date Equity Interest was acquired:
   BOUGHT SHARES BETWEEN 25/7/22 - 28/11/2022
   SOLD SHARES    12/08/2024
   SEE ATTACHED

4. Total amount of member interest: 15.7125874

5. Certificate number(s): _____

6. Type of Equity Interest:
   Please indicate the type of Equity Interest you hold:
   ☑ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
   ☐ Check this box if your Equity Interest is based on anything else and describe that interest:
   Description: _____

   SOLD: 15.7125874 SHARES ON 12TH AUG 2024

7. Supporting Documents: Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. Date-Stamped Copy: To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

9. Signature:
   Check the appropriate box.
   ☑ I am the creditor.   ☐ I am the creditor's authorized agent. (Attach copy of power of attorney, if any.)   ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)   ☐ I am a guarantor, surety, endorser, or other codebtor. (See Bankruptcy Rule 3005.)

   I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

   Print Name: JAGDISHCHANDRA NARAN VELJI RABADIA
   Title: MR
   Company:__ Address and telephone number (if different from notice address above):
   _____

   (Signature)    4TH DEC 2024 (Date)

   Telephone number: +44784 3845669   email: jvrabadia@hotmail.com

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

Please correspond by email provided
Self Adressed envelope prepaid
Services not available anywhere in U.K

| META MATERIALS | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| BUY | 25/07/2022 | 22/08/2022 | 22/08/2022 | 25/08/2022 | 03/11/2022 | 04/11/2022 | 28/11/2022 | 12/08/2024 |
| SHARES | 110 | 145 | 14 | 310 | 217.02426 | 195.23448 | 580 | |
| BRITISH POUNDS | £83.92 | £105.65 | £9.93 | £230.09 | £249.99 | £270.42 | £916.20 | |
| | | | | | | | | |
| SOLD | | | | | | | | |
| SHARES | | | | | | | | 15.7125874 |
| BRITISH POUNDS | | | | | | | | £9.95 |

TRADING AGENT

TRADING 212UK LTD
ALDERMARY HOUSE
10-15 QUEEN STREET,
LONDON, EC4N 1TX

CUSTOM ID--- 5161615

FINANCIAL CONDUCT AUTHORITY- UK
FIRM NUMBER-609146

COMPANY REGISTRATION NUMBER
8590005

NAME
JAGDISHCHANDRA NARAN VELJI RABADIA

EMAIL
JVRABADIA@HOTMAIL.COM

DATE OF BIRTH
06/06/1970

PHONE NUMBER
447843845669

ADRESS
80 PRESTON ROAD,
WEMBLEY,
LONDON. HA9 8LA
UNITED KINGDOM

| Action | Time | ISIN | Ticker | Name | No. of shares | Price / share | Currency (Price / share) | Exchange rate | Currency (Result) | Total | Currency (Total) | ID | Currency conversion fee | Currency (Currency conversion fee) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Market buy | 25/07/2022 13:30 | US59134N3026 | MMATQ | Meta Materials | 110 | 0.92 | USD | 1.2079 | GBP | 83.9 | GBP | EOF1987880451 | 0.13 | GBP |
| Market buy | 22/08/2022 13:30 | US59134N3026 | MMATQ | Meta Materials | 145 | 0.86 | USD | 1.182 | GBP | 106 | GBP | EOF2023505840 | 0.16 | GBP |
| Market buy | 22/08/2022 15:06 | US59134N3026 | MMATQ | Meta Materials | 14 | 0.84 | USD | 1.1786 | GBP | 9.93 | GBP | EOF2024454880 | 0.01 | GBP |
| Market buy | 25/08/2022 13:30 | US59134N3026 | MMATQ | Meta Materials | 310 | 0.88 | USD | 1.1806 | GBP | 230 | GBP | EOF2027428345 | 0.34 | GBP |
| Market buy | 03/11/2022 14:46 | US59134N3026 | MMATQ | Meta Materials | 217.024 | 1.29 | USD | 1.1215 | GBP | 250 | GBP | EOF2122969677 | 0.37 | GBP |
| Market buy | 04/11/2022 13:30 | US59134N3026 | MMATQ | Meta Materials | 195.234 | 1.56 | USD | 1.128 | GBP | 270 | GBP | EOF2124028693 | 0.41 | GBP |
| Market buy | 28/11/2022 14:30 | US59134N3026 | MMATQ | Meta Materials | 580 | 1.9 | USD | 1.2046 | GBP | 916 | GBP | EOF2152142299 | 1.37 | GBP |
|  |  |  |  |  | 1571.26 |  |  |  |  | 1866 | GBP |  |  |  |

| Action | Time | ISIN | Ticker | Name | No. of shares | Price / share | Currency (Price / share) | Exchange rate | Currency (Result) | Total | Currency (Total) | ID | Currency conversion fee | Currency (Currency conversion fee) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Market sell | 12/08/2024 | US59134N3026 | MMATQ | Meta Materials | 15.7126 | 0.81 | USD | 1.2772 | GBP | 9.95 | GBP | EOF18900296597 | 0.01 | GBP |