NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | | PROOF OF INTEREST |
|---|---|---|

Name of Debtor: **Meta Materials, Inc**

Case Number: **24-50792**

1. Name and address of holder of the Equity Interest (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

   **John Gonzalez**
   **2741 Ganahl Street**
   **Los Angeles CA 90033**

   Telephone Number: **213-840-5304**

   ☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

   ☑ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

   ☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

   **DEC - 9 2024**
   **U.S. BANKRUPTCY COURT**
   **MARY A. SCHOTT, CLERK**

   COURT USE ONLY

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

Account or other number by which Interest holder identifies Debtor: **[redacted]202**

Check here if this claim:
☐ replaces a previously filed Proof of Interest dated: _____
☐ amends a previously filed Proof of Interest dated: _____

2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:
   **Fidelity Brokerage Services**
   **PO Box 28019 Albuquerque NM 87125**
   Telephone Number: **800-544-6666**

3. Date Equity Interest was acquired: **see attachment**

4. Total amount of member interest: **see attachment**

5. Certificate number(s): _____

6. Type of Equity Interest:
   Please indicate the type of Equity Interest you hold:
   ☑ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
   ☐ Check this box if your Equity Interest is based on anything else and describe that interest:
   Description: **Investor**

7. Supporting Documents: Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
   DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. Date-Stamped Copy: To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

9. Signature:
   Check the appropriate box.
   ☑ I am the creditor.   ☐ I am the creditor's authorized agent. (Attach copy of power of attorney, if any.)   ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)   ☐ I am a guarantor, surety, endorser, or other codebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: **John Gonzalez**
Title: **Investor**
Company:___ Address and telephone number (if different from notice address above):

(Signature)   **11-11-2024** (Date)

Telephone number: **213 840 5304**   email: **gonzdahl@yahoo.com**

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

[ Print Form ]   [ Save Form ]   [ Clear Form ]

Fidelity Investments

John Gonzalez
Roth IRA -1202

| Date Purchased | Number of Shares | Symbol | Description |
|---|---|---|---|
| 6/21/21 | 199 | TRCH | Torchlight Energy Resources, Inc. |
| 6/21/21 | 241 | TRCH | Torchlight Energy Resources, Inc. |
| 6/21/21 | 680 | TRCH | Torchlight Energy Resources, Inc. |
| 6/21/21 | 7 | TRCH | Torchlight Energy Resources, Inc. |
| 12/6/22 | 133 | MMAT | Meta Materials, Inc. |
| 1/4/23 | 95 | MMAT | Meta Materials, Inc. |
| 1/19/23 | 1000 | MMAT | Meta Materials, Inc. |
| 1/20/23 | 240 | MMAT | Meta Materials, Inc. |
| 2/22/23 | 150 | MMAT | Meta Materials, Inc. |
| 2/23/23 | 100 | MMAT | Meta Materials, Inc. |
| 2/23/23 | 48 | MMAT | Meta Materials, Inc. |
| 3/1/23 | 309 | MMAT | Meta Materials, Inc. |
| 3/22/23 | 2865 | MMAT | Meta Materials, Inc. |
| 4/14/23 | 5690 | MMAT | Meta Materials, Inc. |
| 6/28/23 | 1030 | MMAT | Meta Materials, Inc. |

Transaction Confirmation  Page 2 of 3
Confirm Date: June 21, 2021

Brokerage Account Number
*****1202 ROTH IRA

**JOHN GONZALEZ**

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 21172-1BHQCG | 1* | WZ# | 06-21-21 | 06-23-21 | 63008G203 | 21172-B53NQ | | |
| You Sold | | 507 | DESCRIPTION and DISCLOSURES NANO DIMENSION LTD SPON ADS EA REPR 1 ORD SHS WE HAVE ACTED AS AGENT. LOTS WITHOUT SPECIFIC SHARES INSTRUCTIONS WILL BE DEPLETED USING FIRST IN, FIRST OUT METHOD. | | | Principal Amount Activity Assessment Fee Settlement Amount | 3,878.85 0.02 3,878.83 | |
| at Symbol: NNDM | | 7.6506 | | | | | | |

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 21172-1BKHTJ | 1* | WZ# | 06-21-21 | 06-23-21 | 89102U103 | 21172-B798V | | |
| You Bought | | 199 | DESCRIPTION and DISCLOSURES TORCHLIGHT ENERGY RESOURCES INC WE HAVE ACTED AS AGENT. PARTIAL EXECUTION | | | Principal Amount Settlement Amount | 1,842.74 1,842.74 | |
| at Symbol: TRCH | | 9.2600 | | | | | | |

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 21172-1BKH1H | 1* | WZ# | 06-21-21 | 06-23-21 | 89102U103 | 21172-B798V | | |
| You Bought | | 241 | DESCRIPTION and DISCLOSURES TORCHLIGHT ENERGY RESOURCES INC WE HAVE ACTED AS AGENT. PARTIAL EXECUTION | | | Principal Amount Settlement Amount | 2,234.07 2,234.07 | |
| at Symbol: TRCH | | 9.2700 | | | | | | |

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE                     9900406326

**REMITTANCE COUPON**

| | Transaction Confirmation<br>Confirm Date: June 21, 2021 | Page 3 of 3 |
|---|---|---|
| | Brokerage Account Number<br>*****1202 ROTH IRA | |
| | **JOHN GONZALEZ** | |

| REFERENCE NO.<br>21172-1BL5DH | TYPE<br>1* | REG.REP.<br>WZ# | TRADE DATE<br>06-21-21 | SETTLEMENT DATE<br>06-23-21 | CUSIP NO.<br>89102U103 | ORDER NO.<br>21172-CBZCX | | |
|---|---|---|---|---|---|---|---|---|
| You Bought<br>at<br>Symbol:<br>TRCH | | 680<br>9.1702 | DESCRIPTION and DISCLOSURES<br>TORCHLIGHT ENERGY RESOURCES INC<br>WE HAVE ACTED AS AGENT. | | | Principal Amount<br>Settlement Amount | | 6,235.74<br>6,235.74 |

| REFERENCE NO.<br>21172-1BN7KM | TYPE<br>1* | REG.REP.<br>WZ# | TRADE DATE<br>06-21-21 | SETTLEMENT DATE<br>06-23-21 | CUSIP NO.<br>89102U103 | ORDER NO.<br>21172-CFZ0G | | |
|---|---|---|---|---|---|---|---|---|
| You Bought<br>at<br>Symbol:<br>TRCH | | 7<br>8.9600 | DESCRIPTION and DISCLOSURES<br>TORCHLIGHT ENERGY RESOURCES INC<br>WE HAVE ACTED AS AGENT. | | | Principal Amount<br>Settlement Amount | | 62.72<br>62.72 |

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE        9900406326



Transaction Confirmation  
Confirm Date: June 21, 2021

Page 1 of 3

Brokerage Account Number  
*****1202 ROTH IRA

**JOHN GONZALEZ**

| | |
|---|---|
| Online | Fidelity.com |
| FAST(sm)-Automated Telephone | 800-544-5555 |
| Customer Service | 800-544-6666 |

FMTC CUSTODIAN - ROTH IRA  
FBO JOHN GONZALEZ  
2741 GANAHL ST  
LOS ANGELES CA 90033-2018

9900406326

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 21172-1BK0GK | 1* | WZ# | 06-21-21 | 06-23-21 | 44501Q104 | 21172-B85XN | | |

| | | DESCRIPTION and DISCLOSURES | | |
|---|---|---|---|---|
| You Sold | | HUMBL INC COM | Principal Amount | 6,279.84 |
| | 4,704 | WE HAVE ACTED AS AGENT. | Activity Assessment Fee | 0.04 |
| at | 1.3350 | LOTS WITHOUT SPECIFIC SHARES | Settlement Amount | 6,279.80 |
| Symbol: | | INSTRUCTIONS WILL BE DEPLETED USING | | |
| HMBL | | FIRST IN, FIRST OUT METHOD. | | |

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE

9900406326

---

FMTC CUSTODIAN - ROTH IRA  
FBO JOHN GONZALEZ  
2741 GANAHL ST  
LOS ANGELES CA 90033-2018

If you are eligible to make a deposit, please use this form for investments in your brokerage account *****1202 only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

If there are sufficient funds in your brokerage core account (or margin account), Fidelity will use those funds to cover the trade(s) on this confirm. If you wish to deposit additional money, use this deposit slip and make checks payable to: NATIONAL FINANCIAL SERVICES LLC. Deposits will be made to the account listed above. Please mail checks to the Fidelity address on this form. Refer to the last page for instructions on depositing certificates.

FIDELITY INVESTMENTS  
PO BOX 770001  
CINCINNATI OH  45277-0003

FIDELITY BROKERAGE SERVICES LLC, MEMBER NYSE, SIPC

099 0231311202    00    000



PO Box 28019
Albuquerque, NM 87125-8019

**Transaction Confirmation**
**Confirm Date: December 6, 2022**

Page 1 of 1

Brokerage Account Number
*****1202 ROTH IRA

**JOHN  GONZALEZ**

9900279949

FMTC CUSTODIAN - ROTH IRA
FBO JOHN GONZALEZ
2741 GANAHL ST
LOS ANGELES CA 90033-2018

| Online | Fidelity.com |
| FAST®-Automated Telephone | 800-544-5555 |
| Customer Service | 800-544-6666 |

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 22340-1BS7GN | 1* | WZ# | 12-06-22 | 12-08-22 | 59134N104 | 22340-DNDOC | | |
| You Bought | | | DESCRIPTION and DISCLOSURES | | | | | |
| | | 133 | META MATERIALS INC COM | | | Principal Amount | | 218.79 |
| at | | 1.6450 | ISIN #US59134N1046 SEDOL #BKSCVX7 | | | Settlement Amount | | 218.79 |
| Symbol: | | | WE HAVE ACTED AS AGENT. | | | | | |
| MMAT | | | | | | | | |

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE                    9900279949

FMTC CUSTODIAN - ROTH IRA
FBO JOHN GONZALEZ
2741 GANAHL ST
LOS ANGELES CA 90033-2018

If you are eligible to make a deposit, please use this form for investments in your brokerage account *****1202 only.

| AMOUNT OF INVESTMENT | $ |

If there are sufficient funds in your brokerage core account (or margin account), Fidelity will use those funds to cover the trade(s) on this confirm. If you wish to deposit additional money, use this deposit slip and make checks payable to: NATIONAL FINANCIAL SERVICES LLC. Deposits will be made to the account listed above. Please mail checks to the Fidelity address on this form. Refer to the last page for instructions on depositing certificates.

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH  45277-0003

FIDELITY BROKERAGE SERVICES LLC, MEMBER NYSE, SIPC

099  0231311202    00    000



PO Box 28019
Albuquerque, NM 87125-8019

**Transaction Confirmation**
**Confirm Date: January 4, 2023**

Page 1 of 1

Brokerage Account Number
**\*\*\*\*\*1202 ROTH IRA**

**JOHN GONZALEZ**

9900299285

FMTC CUSTODIAN - ROTH IRA
FBO JOHN GONZALEZ
2741 GANAHL ST
LOS ANGELES CA 90033-2018

| Online | Fidelity.com |
| FAST®-Automated Telephone | 800-544-5555 |
| Customer Service | 800-544-6666 |

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 23004-1BXZ7X | 1* | WZ# | 01-04-23 | 01-06-23 | 59134N104 | 23004-DL802 | | |
| | | | DESCRIPTION and DISCLOSURES | | | | | |
| You Bought | | 95 | META MATERIALS INC COM | | | Principal Amount | | 102.13 |
| at | | 1.0750 | ISIN #US59134N1046 SEDOL #BKSCVX7 | | | Settlement Amount | | 102.13 |
| Symbol: | | | WE HAVE ACTED AS AGENT. | | | | | |
| MMAT | | | | | | | | |

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE

9900299285

FMTC CUSTODIAN - ROTH IRA
FBO JOHN GONZALEZ
2741 GANAHL ST
LOS ANGELES CA 90033-2018

If you are eligible to make a deposit, please use this form for investments in your brokerage account \*\*\*\*\*1202   only.

| AMOUNT OF INVESTMENT | $ |

If there are sufficient funds in your brokerage core account (or margin account), Fidelity will use those funds to cover the trade(s) on this confirm.  If you wish to deposit additional money, use this deposit slip and make checks payable to: NATIONAL FINANCIAL SERVICES LLC. Deposits will be made to the account listed above. Please mail checks to the Fidelity address on this form. Refer to the last page for instructions on depositing certificates.

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH  45277-0003

FIDELITY BROKERAGE SERVICES LLC, MEMBER NYSE, SIPC

099  0231311202    00    000



PO Box 28019
Albuquerque, NM 87125-8019

**Transaction Confirmation**
**Confirm Date: January 19, 2023**

Page 1 of 1

Brokerage Account Number
*****1202 ROTH IRA

**JOHN GONZALEZ**

FMTC CUSTODIAN - ROTH IRA
FBO JOHN GONZALEZ
2741 GANAHL ST
LOS ANGELES CA 90033-2018

9900267899

| Online | Fidelity.com |
| FAST®-Automated Telephone | 800-544-5555 |
| Customer Service | 800-544-6666 |

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 23019-1DD36J | 1* | WZ# | 01-19-23 | 01-23-23 | 59134N104 | 23019-G5J9P | | |

| | | | DESCRIPTION and DISCLOSURES | | | |
|---|---|---|---|---|---|---|
| You Bought | | 1,000 | META MATERIALS INC COM | | Principal Amount | 970.00 |
| at | | .9700 | ISIN #US59134N1046 SEDOL #BKSCVX7 | | Settlement Amount | 970.00 |
| Symbol: | | | WE HAVE ACTED AS AGENT. | | | |
| MMAT | | | | | | |

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE          9900267899

FMTC CUSTODIAN - ROTH IRA
FBO JOHN GONZALEZ
2741 GANAHL ST
LOS ANGELES CA 90033-2018

If you are eligible to make a deposit, please use this form for investments in your brokerage account *****1202 only.

| AMOUNT OF INVESTMENT | $ |

If there are sufficient funds in your brokerage core account (or margin account), Fidelity will use those funds to cover the trade(s) on this confirm. If you wish to deposit additional money, use this deposit slip and make checks payable to: NATIONAL FINANCIAL SERVICES LLC. Deposits will be made to the account listed above. Please mail checks to the Fidelity address on this form. Refer to the last page for instructions on depositing certificates.

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH  45277-0003

FIDELITY BROKERAGE SERVICES LLC, MEMBER NYSE, SIPC

099 0231311202    00    000



PO Box 28019
Albuquerque, NM 87125-8019

**Transaction Confirmation**
**Confirm Date: January 20, 2023**

Page 1 of 1

Brokerage Account Number
*****1202 ROTH IRA

**JOHN GONZALEZ**

9900282552

FMTC CUSTODIAN - ROTH IRA
FBO JOHN GONZALEZ
2741 GANAHL ST
LOS ANGELES CA 90033-2018

| Online | Fidelity.com |
| FAST®-Automated Telephone | 800-544-5555 |
| Customer Service | 800-544-6666 |

| REFERENCE NO. | TYPE | REG. REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 23020-1BGV4B | 1* | WZ# | 01-20-23 | 01-24-23 | 59134N104 | 23020-G1JJ7 | | |
| | | | DESCRIPTION and DISCLOSURES | | | | | |
| You Bought | | | META MATERIALS INC COM | | | Principal Amount | | 229.78 |
| | | 240 | ISIN #US59134N1046 SEDOL #BKSCVX7 | | | Settlement Amount | | 229.78 |
| at | | .9574 | WE HAVE ACTED AS AGENT. | | | | | |
| Symbol: | | | | | | | | |
| MMAT | | | | | | | | |

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE

9900282552

FMTC CUSTODIAN - ROTH IRA
FBO JOHN GONZALEZ
2741 GANAHL ST
LOS ANGELES CA 90033-2018

If you are eligible to make a deposit, please use this form for investments in your brokerage account *****1202   only.

| AMOUNT OF INVESTMENT | $ |

If there are sufficient funds in your brokerage core account (or margin account), Fidelity will use those funds to cover the trade(s) on this confirm. If you wish to deposit additional money, use this deposit slip and make checks payable to: NATIONAL FINANCIAL SERVICES LLC. Deposits will be made to the account listed above. Please mail checks to the Fidelity address on this form. Refer to the last page for instructions on depositing certificates.

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH 45277-0003

FIDELITY BROKERAGE SERVICES LLC, MEMBER NYSE, SIPC

099  0231311202   00   000


PO Box 28019
Albuquerque, NM 87125-8019

**Transaction Confirmation**  Page 1 of 1
**Confirm Date: February 22, 2023**

Brokerage Account Number
*****1202 ROTH IRA

**JOHN  GONZALEZ**

9900281149

FMTC CUSTODIAN - ROTH IRA
FBO JOHN GONZALEZ
2741 GANAHL ST
LOS ANGELES CA 90033-2018

Online                          Fidelity.com
FAST®-Automated Telephone       800-544-5555
Customer Service                800-544-6666

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 23053-1BG3TD | 1* | WZ# | 02-22-23 | 02-24-23 | 59134N104 | 23053-G1AE5 | | |
| You Bought | | | DESCRIPTION and DISCLOSURES | | | | | |
| | | 150 | META MATERIALS INC COM | | | Principal Amount | | 100.52 |
| at | | .6701 | ISIN #US59134N1046 SEDOL #BKSCVX7 | | | Settlement Amount | | 100.52 |
| Symbol: | | | WE HAVE ACTED AS AGENT. | | | | | |
| MMAT | | | | | | | | |

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE                9900281149

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

FMTC CUSTODIAN - ROTH IRA
FBO JOHN GONZALEZ
2741 GANAHL ST
LOS ANGELES CA 90033-2018

If you are eligible to make a deposit, please use this form for investments in your brokerage account *****1202   only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

If there are sufficient funds in your brokerage core account (or margin account), Fidelity will use those funds to cover the trade(s) on this confirm.  If you wish to deposit additional money, use this deposit slip and make checks payable to: NATIONAL FINANCIAL SERVICES LLC. Deposits will be made to the account listed above.  Please mail checks to the Fidelity address on this form. Refer to the last page for instructions on depositing certificates.

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH  45277-0003

FIDELITY BROKERAGE SERVICES LLC, MEMBER NYSE, SIPC

099  0231311202    00    000



PO Box 28019
Albuquerque, NM 87125-8019

**Transaction Confirmation**  Page 1 of 1
**Confirm Date: February 23, 2023**

Brokerage Account Number
*****1202 ROTH IRA

**JOHN GONZALEZ**

FMTC CUSTODIAN - ROTH IRA
FBO JOHN GONZALEZ
2741 GANAHL ST
LOS ANGELES CA 90033-2018

| Online | Fidelity.com |
| FAST®-Automated Telephone | 800-544-5555 |
| Customer Service | 800-544-6666 |

9900288077

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 23054-1BTC2V | 1* | WZ# | 02-23-23 | 02-27-23 | 59134N104 | 23054-G5L6A | | |
| You Bought at Symbol: MMAT | | 100 .6793 | DESCRIPTION and DISCLOSURES META MATERIALS INC COM ISIN #US59134N1046 SEDOL #BKSCVX7 WE HAVE ACTED AS AGENT. PARTIAL EXECUTION | | | Principal Amount Settlement Amount | | 67.93 67.93 |

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 23054-1BTL6J | 1* | WZ# | 02-23-23 | 02-27-23 | 59134N104 | 23054-G5L6A | | |
| You Bought at Symbol: MMAT | | 48 .6793 | DESCRIPTION and DISCLOSURES META MATERIALS INC COM ISIN #US59134N1046 SEDOL #BKSCVX7 WE HAVE ACTED AS AGENT. PARTIAL EXECUTION | | | Principal Amount Settlement Amount | | 32.61 32.61 |

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE          9900288077

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

FMTC CUSTODIAN - ROTH IRA
FBO JOHN GONZALEZ
2741 GANAHL ST
LOS ANGELES CA 90033-2018

If you are eligible to make a deposit, please use this form for investments in your brokerage account *****1202    only.

| AMOUNT OF INVESTMENT | $ |

If there are sufficient funds in your brokerage core account (or margin account), Fidelity will use those funds to cover the trade(s) on this confirm. If you wish to deposit additional money, use this deposit slip and make checks payable to: NATIONAL FINANCIAL SERVICES LLC. Deposits will be made to the account listed above. Please mail checks to the Fidelity address on this form. Refer to the last page for instructions on depositing certificates.

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH  45277-0003

FIDELITY BROKERAGE SERVICES LLC, MEMBER NYSE, SIPC

099  0231311202    00    000



**Fidelity INVESTMENTS**
PO Box 28019
Albuquerque, NM 87125-8019

**Transaction Confirmation**
**Confirm Date: March 1, 2023**

Page 1 of 1

Brokerage Account Number
**\*\*\*\*\*1202 ROTH IRA**

**JOHN GONZALEZ**

9900351981

FMTC CUSTODIAN - ROTH IRA
FBO JOHN GONZALEZ
2741 GANAHL ST
LOS ANGELES CA 90033-2018

| Online | Fidelity.com |
| FAST®-Automated Telephone | 800-544-5555 |
| Customer Service | 800-544-6666 |

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 23060-1BKWFT | 1* | WZ# | 03-01-23 | 03-03-23 | 59134N104 | 23060-G2MVH | | |
| | | | DESCRIPTION and DISCLOSURES | | | | | |
| You Bought | | | META MATERIALS INC COM | | | Principal Amount | | 199.61 |
| | | 309 | ISIN #US59134N1046 SEDOL #BKSCVX7 | | | Settlement Amount | | 199.61 |
| at | | .6460 | WE HAVE ACTED AS AGENT. | | | | | |
| Symbol:
MMAT | | | | | | | | |

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE                           9900351981

FMTC CUSTODIAN - ROTH IRA
FBO JOHN GONZALEZ
2741 GANAHL ST
LOS ANGELES CA 90033-2018

If you are eligible to make a deposit, please use this form for investments in your brokerage account **\*\*\*\*\*1202** only.

| AMOUNT OF INVESTMENT | $ |

If there are sufficient funds in your brokerage core account (or margin account), Fidelity will use those funds to cover the trade(s) on this confirm. If you wish to deposit additional money, use this deposit slip and make checks payable to: NATIONAL FINANCIAL SERVICES LLC. Deposits will be made to the account listed above. Please mail checks to the Fidelity address on this form. Refer to the last page for instructions on depositing certificates.

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH  45277-0003

FIDELITY BROKERAGE SERVICES LLC, MEMBER NYSE, SIPC

099  0231311202    00    000

Case 24-50792-hlb    Doc 505    Entered 12/10/24 15:28:28    Page 13 of 20



PO Box 28019
Albuquerque, NM 87125-8019

**Transaction Confirmation**
**Confirm Date: March 22, 2023**

Page 1 of 1

Brokerage Account Number
*****1202 ROTH IRA

**JOHN GONZALEZ**

9900295937

FMTC CUSTODIAN - ROTH IRA
FBO JOHN GONZALEZ
2741 GANAHL ST
LOS ANGELES CA 90033-2018

| Online | Fidelity.com |
| FAST®-Automated Telephone | 800-544-5555 |
| Customer Service | 800-544-6666 |

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 23081-1BVWFB | 1* | WZ# | 03-22-23 | 03-24-23 | 59134N104 | 23081-G5OOJ | | |
| | | | DESCRIPTION and DISCLOSURES | | | | | |
| You Bought | | | META MATERIALS INC COM | | | Principal Amount | | 1,517.02 |
| at | 2,865 | | ISIN #US59134N1046 SEDOL #BKSCVX7 | | | Settlement Amount | | 1,517.02 |
| Symbol: | .5295 | | WE HAVE ACTED AS AGENT. | | | | | |
| MMAT | | | | | | | | |

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE

9900295937

FMTC CUSTODIAN - ROTH IRA
FBO JOHN GONZALEZ
2741 GANAHL ST
LOS ANGELES CA 90033-2018

If you are eligible to make a deposit, please use this form for investments in your brokerage account *****1202  only.

| AMOUNT OF INVESTMENT | $ |

If there are sufficient funds in your brokerage core account (or margin account), Fidelity will use those funds to cover the trade(s) on this confirm. If you wish to deposit additional money, use this deposit slip and make checks payable to: NATIONAL FINANCIAL SERVICES LLC. Deposits will be made to the account listed above. Please mail checks to the Fidelity address on this form. Refer to the last page for instructions on depositing certificates.

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH 45277-0003

FIDELITY BROKERAGE SERVICES LLC, MEMBER NYSE, SIPC

099  0231311202   00   000



PO Box 28019
Albuquerque, NM 87125-8019

**Transaction Confirmation**
**Confirm Date: April 14, 2023**

Page 1 of 2

Brokerage Account Number
*****1202 ROTH IRA

**JOHN  GONZALEZ**

| | |
|---|---|
| Online | Fidelity.com |
| FAST®-Automated Telephone | 800-544-5555 |
| Customer Service | 800-544-6666 |

FMTC CUSTODIAN - ROTH IRA
FBO JOHN GONZALEZ
2741 GANAHL ST
LOS ANGELES CA 90033-2018

9900288454

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 23104-1BRQ4H | 1* | WZ# | 04-14-23 | 04-18-23 | 00165C203 | 23104-DM57O | | |

| | | DESCRIPTION and DISCLOSURES | | |
|---|---|---|---|---|
| You Sold | | AMC ENTMT HLDGS INC PFD EQT UNIT | Principal Amount | 1,252.00 |
| | 800 | WE HAVE ACTED AS AGENT. | Activity Assessment Fee | 0.02 |
| at | 1.5650 | LOTS WITHOUT SPECIFIC SHARES | Settlement Amount | 1,251.98 |
| Symbol: | | INSTRUCTIONS WILL BE DEPLETED USING | | |
| APE | | FIRST IN, FIRST OUT METHOD. | | |

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE                                  9900288454

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

FMTC CUSTODIAN - ROTH IRA
FBO JOHN GONZALEZ
2741 GANAHL ST
LOS ANGELES CA 90033-2018

If you are eligible to make a deposit, please use this form for investments in your brokerage account *****1202    only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

If there are sufficient funds in your brokerage core account (or margin account), Fidelity will use those funds to cover the trade(s) on this confirm.  If you wish to deposit additional money, use this deposit slip and make checks payable to: NATIONAL FINANCIAL SERVICES LLC. Deposits will be made to the account listed above.  Please mail checks to the Fidelity address on this form. Refer to the last page for instructions on depositing certificates.

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH  45277-0003

FIDELITY BROKERAGE SERVICES LLC, MEMBER NYSE, SIPC

099  0231311202    00    000

**Transaction Confirmation**  
**Confirm Date: April 14, 2023**  
Page 2 of 2

Brokerage Account Number  
*****1202 ROTH IRA

**JOHN GONZALEZ**

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 23104-1BSHNJ | 1* | WZ# | 04-14-23 | 04-18-23 | 59134N104 | 23104-G5QZK | | |
| You Bought at 5,690 .2195 Symbol: MMAT | | | DESCRIPTION and DISCLOSURES META MATERIALS INC COM ISIN #US59134N1046 SEDOL #BKSCVX7 WE HAVE ACTED AS AGENT. | | | Principal Amount Settlement Amount | 1,248.96 1,248.96 | |

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE

9900288454

**REMITTANCE COUPON**



PO Box 28019
Albuquerque, NM 87125-8019

**Transaction Confirmation**
**Confirm Date: June 28, 2023**

Page 1 of 1

Brokerage Account Number
*****1202 **ROTH IRA**

**JOHN GONZALEZ**

9900309619

FMTC CUSTODIAN - ROTH IRA
FBO JOHN GONZALEZ
2741 GANAHL ST
LOS ANGELES CA 90033-2018

Online                              Fidelity.com
FAST®-Automated Telephone           800-544-5555
Customer Service                    800-544-6666

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 23179-1C3JDB | 1* | WZ# | 06-28-23 | 06-30-23 | 59134N104 | 23179-HB1OX | | |
| You Bought | | | DESCRIPTION and DISCLOSURES | | | | | |
| | | 1,030 | META MATERIALS INC COM | | | Principal Amount | | 199.82 |
| at | | .1940 | ISIN #US59134N1046 SEDOL #BKSCVX7 | | | Settlement Amount | | 199.82 |
| Symbol: | | | WE HAVE ACTED AS AGENT. | | | | | |
| MMAT | | | | | | | | |

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE                9900309619

FMTC CUSTODIAN - ROTH IRA
FBO JOHN GONZALEZ
2741 GANAHL ST
LOS ANGELES CA 90033-2018

If you are eligible to make a deposit, please use this form for investments in your brokerage account *****1202   only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

If there are sufficient funds in your brokerage core account (or margin account), Fidelity will use those funds to cover the trade(s) on this confirm. If you wish to deposit additional money, use this deposit slip and make checks payable to: NATIONAL FINANCIAL SERVICES LLC. Deposits will be made to the account listed above. Please mail checks to the Fidelity address on this form. Refer to the last page for instructions on depositing certificates.

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH  45277-0003

FIDELITY BROKERAGE SERVICES LLC, MEMBER NYSE, SIPC

099  0231311202   00   000



INVESTMENT REPORT
June 1, 2021 - June 30, 2021

Fidelity Roth IRA JOHN GONZALEZ - ROTH INDIVIDUAL RETIREMENT ACCOUNT - FMTC CUSTODIAN
► Account Number: ████1202

Envelope # BLCCRPBBBGCJB

JOHN GONZALEZ
2741 GANAHL ST
LOS ANGELES CA 90033-2018

**Your Account Value:** $108,052.73

**Change from Last Period:** ▲ $49,035.55

|  | This Period | Year-to-Date |
|---|---|---|
| **Beginning Account Value** | $59,017.18 | $27,405.12 |
| Additions | 250.00 | 4,500.00 |
| Subtractions | -0.06 | -50.36 |
| *Transaction Costs, Fees & Charges* | *-0.06* | *-50.36* |
| Change in Investment Value * | 48,785.61 | 76,197.97 |
| **Ending Account Value ** | **$108,052.73** | **$108,052.73** |

\*   Reflects appreciation or depreciation of your holdings due to price changes, transactions from Other Activity In or Out and Multi-currency transactions, plus any distribution and income earned during the statement period.
\*\*  Excludes unpriced securities.

### Contact Information

| | |
|---|---|
| Online | Fidelity.com |
| FAST℠-Automated Telephone | (800) 544-5555 |
| Customer Service | (800) 544-6666 |

Brokerage services provided by Fidelity Brokerage Services LLC (FBS), Member NYSE, SIPC (800) 544-6666. Brokerage accounts carried by National Financial Services LLC (NFS), Member NYSE, SIPC.

1 of 10

H00266525720210630

MR_CE_BLCCRPBBBGCJB_BBBBB 20210630



INVESTMENT REPORT
June 1, 2021 - June 30, 2021

Account #████1202
JOHN GONZALEZ - ROTH IRA

## Holdings

### Stocks

| Description | Beginning Market Value Jun 1, 2021 | Quantity Jun 30, 2021 | Price Per Unit Jun 30, 2021 | Ending Market Value Jun 30, 2021 | Cost | Unrealized Gain/Loss Jun 30, 2021 | EAI ($) / EY (%) |
|---|---|---|---|---|---|---|---|
| **Common Stock** | | | | | | | |
| 88 ENERGY LTD ISIN #AU00000088E2 SEDOL #BVVFCV5 (EEENF) | $446.04 | 26,300.000 | $0.0195 | $513.11 | $1,546.47 | -$1,033.36 | - |
| AMC ENTERTAINMENT HOLDINGS INC (AMC) | 47,303.32 | 1,811.000 | 56.6800 | 102,647.48 | 18,845.24 | 83,802.24 | - |
| BANTEK INC COM (BANT) | 157.50 | 17,500.000 | 0.0069 | 120.75 | 201.25 | -80.50 | - |
| META MATERIALS INC COM (MMAT) | unavailable | 563.000 | 7.4900 | 4,216.87 | 10,366.06 | -6,149.19 | - |
| SOCIAL LIFE NETWORK INC COM (WDLF) | 75.81 | 7,220.000 | 0.0057 | 41.15 | 172.88 | -131.73 | - |
| Total Common Stock (100% of account holdings) | $47,982.67 | | | $107,539.36 | $31,131.90 | $76,407.46 | - |
| **Total Stocks (100% of account holdings)** | $47,982.67 | | | $107,539.36 | $31,131.90 | $76,407.46 | - |
| **Total Holdings** | | | | $108,052.73 | $31,633.05 | $76,415.11 | $0.00 |

*All positions held in cash account unless indicated otherwise.*

*Total Cost does not include the cost basis on core, money market or other positions where cost basis is unknown or not applicable.*

h  The stated Interest Rate is the interest rate effective for Cash Balances in your FDIC-Insured Deposit Sweep on the last day of the statement period.

q  Customers are responsible for monitoring their total assets at the Program Bank to determine the extent of available FDIC insurance. Subject to the terms of the customer agreement, customers are reminded that funds are swept to a Program Bank the business day following the date that funds are credited to your account and until swept to a Program Bank, funds are covered by SIPC. For additional information, please see the FDIC-Insured Deposit Sweep Disclosures on Fidelity.com.



INVESTMENT REPORT
June 1, 2021 - June 30, 2021

Account #____1202
JOHN GONZALEZ - ROTH IRA

## Activity

### Securities Bought & Sold

| Settlement Date | Security Name | Symbol/ CUSIP | Description | Quantity | Price | Cost | Transaction Cost | Amount |
|---|---|---|---|---|---|---|---|---|
| 06/17 | FIDELITY FREEDOM 2040 PERIODIC INVESTMENT | 315792101 | You Bought | 19.794 | $12.63000 | | - | -$250.00 |
| 06/23 | HUMBL INC COM | 44501Q104 | You Sold Transaction Profit: $2,062.59 Transaction Loss: $3,992.14 | -4,704.000 | 1.33500 | 8,209.35 | -0.04 | 6,279.80 |
| 06/23 | NANO DIMENSION LTD SPON ADS EA REPR 1 ORD SHS | 63008G203 | You Sold Transaction Loss: $1,826.09 | -507.000 | 7.65060 | 5,704.92 | -0.02 | 3,878.83 |
| 06/23 | TORCHLIGHT ENERGY RESOURCES INC | 89102U103 | You Bought | 7.000 | 8.96000 | | - | -62.72 |
| 06/23 | TORCHLIGHT ENERGY RESOURCES INC | 89102U103 | You Bought | 199.000 | 9.26000 | | - | -1,842.74 |
| 06/23 | TORCHLIGHT ENERGY RESOURCES INC | 89102U103 | You Bought | 241.000 | 9.27000 | | - | -2,234.07 |
| 06/23 | TORCHLIGHT ENERGY RESOURCES INC | 89102U103 | You Bought | 680.000 | 9.17020 | | - | -6,235.74 |
| Total Securities Bought | | | | | | | - | -$10,625.27 |
| Total Securities Sold | | | | | | $13,914.27 | -$0.06 | $10,158.63 |
| **Net Securities Bought & Sold** | | | | | | | -$0.06 | -$466.64 |

### Other Activity In

| Settlement Date | Security Name | Symbol/ CUSIP | Description | Quantity | Price | Cost | Transaction Cost | Amount |
|---|---|---|---|---|---|---|---|---|
| 06/28 | META MATERIALS INC COM LEU PAYOUT 89102U103 #REORLM0051336480001 | 59134N104 | In Lieu Of Frx Share | - | - | $9.21 | - | $4.09 |
| 06/28 | TORCHLIGHT ENERGY RESOURCES INC 1 FOR 2 R/S INTO META MATLS INC COM USD0.001 CUSIP #59134N104 R/S TO 59134N104 #REOR M0051336480000 | 89102U103 | Reverse Split | -1,127.000 | - | | - | - |
| **Total Other Activity In** | | | | | | | - | $4.09 |



INVESTMENT REPORT
June 1, 2021 - June 30, 2021

## Activity

Account #■■■1202
JOHN GONZALEZ - ROTH IRA

### Other Activity Out

| Settlement Date | Security Name | Symbol/ CUSIP | Description | Quantity | Price | Cost | Transaction Cost | Amount |
|---|---|---|---|---|---|---|---|---|
| 06/28 | META MATERIALS INC COM R/S FROM 89102U103 #REOR M0051336480001 | 59134N104 | Reverse Split | 563.000 | - | | - | - |
| **Total Other Activity Out** | | | | | | | - | - |

### Contributions

| Date | Reference | Description | Amount |
|---|---|---|---|
| 06/14 | | Cash Contrb Curr Yr Er83054307 Mufg Union Bank, N.a. ******4612 | $250.00 |
| **Total Contributions** | | | **$250.00** |

### Core Fund Activity

*For more information about the operation of your core account, please refer to your Customer Agreement.*

**Settlement Account**

| Date | Type | Transaction | Description | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|
| 06/14 | CASH | You Bought | FDIC INSURED DEPOSIT AT UNION BANK IRA NOT COVERED BY SIPC MORNING TRADE @ 1 | 250.000 | $1.0000 | $250.00 | $467.12 |
| 06/17 | CASH | You Sold | FDIC INSURED DEPOSIT AT UNION BANK IRA NOT COVERED BY SIPC MORNING TRADE @ 1 | -250.000 | 1.0000 | -250.00 | 217.12 |
| 06/23 | CASH | You Sold | FDIC INSURED DEPOSIT AT UNION BANK IRA NOT COVERED BY SIPC MORNING TRADE @ 1 | -216.280 | 1.0000 | -216.28 | 0.84 |
| 06/23 | CASH | You Sold | FDIC INSURED DEPOSIT AT US BANK IRA NOT COVERED BY SIPC MORNING TRADE @ 1 | -0.360 | 1.0000 | -0.36 | 0.48 |
| 06/28 | CASH | You Bought | FDIC INSURED DEPOSIT AT UNION BANK IRA NOT COVERED BY SIPC @ 1 | 4.090 | 1.0000 | 4.09 | 4.57 |
| **Total Core Fund Activity** | | | | | | **-$212.55** | |

*Cost basis and gain/loss information is provided as a service to our customers and is based on standards for filing US Federal Tax Returns as determined by Fidelity. This information is not intended to address tax law or reporting requirements applicable in your country of tax residence.*