NVB 3001 (Effective 1/21)

# UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA

**PROOF OF INTEREST**

Name of Debtor: Meta Materials, Inc.

Case Number: 24-50792

1. **Name and address of holder of the Equity Interest** (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

John Gonzalez
2741 Ganahl Street
Los Angeles, CA 90033

Telephone Number: 213-840-5304

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

☑ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

RECEIVED AND FILED
DEC - 9 2024
U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

**NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.**

COURT USE ONLY

Account or other number by which Interest holder identifies Debtor: [redacted]5736

Check here if this claim:
☐ replaces a previously filed Proof of Interest dated: ____________
☐ amends a previously filed Proof of Interest dated: ____________

2. **Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:**
Fidelity Brokerage Services
PO Box 28019 Albuquerque NM 87125
**Telephone Number:** 800-544-6666

3. **Date Equity Interest was acquired:** see attachment

4. **Total amount of member interest:** see attachment

5. **Certificate number(s):** see attachment

6. **Type of Equity Interest:**
Please indicate the type of Equity Interest you hold:
☑ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
☐ Check this box if your Equity Interest is based on anything else and describe that interest:
**Description:** Investor

7. **Supporting Documents**: Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. **Date-Stamped Copy:** To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

9. **Signature:**
Check the appropriate box.
☑ I am the creditor. ☐ I am the creditor's authorized agent. (Attach copy of power of attorney, if any.) ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.) ☐ I am a guarantor, surety, endorser, or other codebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: John Gonzalez
Title: Investor
Company:__ Address and telephone number (if different from notice address above):

(Signature) [signature] (Date) 11-11-2024

Telephone number: 213 8405304 email: gonzdahl@yahoo.com

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

Print Form Save Form Clear Form

Fidelity Investments

John Gonzalez
Individual -5736

| Date Purchased | Number of Shares | Symbol | Description |
|---|---|---|---|
| 6/21/21 | 52 | TRCH | Torchlight Energy Resources, Inc. |
| 6/21/21 | 2020 | TRCH | Torchlight Energy Resources, Inc. |
| 6/21/21 | 5124 | TRCH | Torchlight Energy Resources, Inc. |
| 6/21/21 | 170 | TRCH | Torchlight Energy Resources, Inc. |
| 12/5/22 | 290 | MMAT | Meta Materials, Inc. |
| 12/8/22 | 270 | MMAT | Meta Materials, Inc. |
| 1/27/23 | 150 | MMAT | Meta Materials, Inc. |
| 2/27/23 | 600 | MMAT | Meta Materials, Inc. |
| 9/1/23 | 33 | MMAT | Meta Materials, Inc. |



**Transaction Confirmation**
**Confirm Date: June 21, 2021**

Brokerage Account Number
*******5736 INDIVIDUAL - TOD**

**JOHN GONZALEZ**

9900192399

JOHN GONZALEZ
2741 GANAHL ST
LOS ANGELES CA 90033-2018

| | |
|---|---|
| Online | Fidelity.com |
| FAST(sm)-Automated Telephone | 800-544-5555 |
| Customer Service | 800-544-6666 |

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. |
|---|---|---|---|---|---|---|
| 21172-0B8VLN | 1* | WZ# | 06-21-21 | 06-23-21 | 44501Q104 | 21172-B8RTQ |

| | | DESCRIPTION and DISCLOSURES | | |
|---|---|---|---|---|
| You Sold | | HUMBL INC COM | Principal Amount | 18,629.16 |
| | 14,113 | WE HAVE ACTED AS AGENT. | Activity Assessment Fee | 0.10 |
| at | 1.3200 | LOTS WITHOUT SPECIFIC SHARES | Settlement Amount | 18,629.06 |
| Symbol: | | INSTRUCTIONS WILL BE DEPLETED USING | | |
| HMBL | | FIRST IN, FIRST OUT METHOD. | | |
| | | PARTIAL EXECUTION | | |

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE

9900192399

JOHN GONZALEZ
2741 GANAHL ST
LOS ANGELES CA 90033-2018

If you are eligible to make a deposit, please use this form for investments in your brokerage account *******5736** only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

If there are sufficient funds in your brokerage core account (or margin account), Fidelity will use those funds to cover the trade(s) on this confirm. If you wish to deposit additional money, use this deposit slip and make checks payable to: NATIONAL FINANCIAL SERVICES LLC. Deposits will be made to the account listed above. Please mail checks to the Fidelity address on this form. Refer to the last page for instructions on depositing certificates.

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH 45277-0003

099 0Z07375736 00 000

**Transaction Confirmation**
**Confirm Date: June 21, 2021**

Brokerage Account Number
*****5736 INDIVIDUAL - TOD

**JOHN GONZALEZ**

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. |
|---|---|---|---|---|---|---|
| 21172-0B8Z0N | 1* | WZ# | 06-21-21 | 06-23-21 | 44501Q104 | 21172-B8RTQ |

You Sold 250 at 1.3350
Symbol: HMBL

DESCRIPTION and DISCLOSURES
HUMBL INC COM
WE HAVE ACTED AS AGENT.
LOTS WITHOUT SPECIFIC SHARES INSTRUCTIONS WILL BE DEPLETED USING FIRST IN, FIRST OUT METHOD.
PARTIAL EXECUTION

| | |
|---|---|
| Principal Amount | 333.75 |
| Activity Assessment Fee | 0.01 |
| Settlement Amount | 333.74 |

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. |
|---|---|---|---|---|---|---|
| 21172-0B82GR | 1* | WZ# | 06-21-21 | 06-23-21 | 44501Q104 | 21172-B8RTQ |

You Sold 21,103 at 1.3300
Symbol: HMBL

DESCRIPTION and DISCLOSURES
HUMBL INC COM
WE HAVE ACTED AS AGENT.
LOTS WITHOUT SPECIFIC SHARES INSTRUCTIONS WILL BE DEPLETED USING FIRST IN, FIRST OUT METHOD.
PARTIAL EXECUTION

| | |
|---|---|
| Principal Amount | 28,066.99 |
| Activity Assessment Fee | 0.15 |
| Settlement Amount | 28,066.84 |

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. |
|---|---|---|---|---|---|---|
| 21172-0B6JGB | 1* | WZ# | 06-21-21 | 06-23-21 | 63008G203 | 21172-B5V0V |

You Sold 2,496 at 7.6805
Symbol: NNDM

DESCRIPTION and DISCLOSURES
NANO DIMENSION LTD SPON ADS EA REPR 1 ORD SHS
WE HAVE ACTED AS AGENT.
LOTS WITHOUT SPECIFIC SHARES INSTRUCTIONS WILL BE DEPLETED USING FIRST IN, FIRST OUT METHOD.

| | |
|---|---|
| Principal Amount | 19,170.53 |
| Activity Assessment Fee | 0.10 |
| Settlement Amount | 19,170.43 |

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE

9900192399

**REMITTANCE COUPON**

**Transaction Confirmation**
**Confirm Date: June 21, 2021**

Brokerage Account Number
*******5736 INDIVIDUAL - TOD**

**JOHN GONZALEZ**

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 21172-N57QSO | 1* | WZ# | 06-21-21 | 06-23-21 | 89102U103 | 21172-CNHWQ | | |

You Bought 52 at 9.7805
Symbol: TRCH

DESCRIPTION and DISCLOSURES
TORCHLIGHT ENERGY RESOURCES INC
WE HAVE ACTED AS AGENT.

Principal Amount 508.59
Settlement Amount 508.59

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 21172-0B8BBD | 1* | WZ# | 06-21-21 | 06-23-21 | 89102U103 | 21172-B7QKV | | |

You Bought 2,020 at 9.2200
Symbol: TRCH

DESCRIPTION and DISCLOSURES
TORCHLIGHT ENERGY RESOURCES INC
WE HAVE ACTED AS AGENT.

Principal Amount 18,624.40
Settlement Amount 18,624.40

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 21172-0B9M9V | 1* | WZ# | 06-21-21 | 06-23-21 | 89102U103 | 21172-B961D | | |

You Bought 5,124 at 8.9900
Symbol: TRCH

DESCRIPTION and DISCLOSURES
TORCHLIGHT ENERGY RESOURCES INC
WE HAVE ACTED AS AGENT.

Principal Amount 46,064.76
Settlement Amount 46,064.76

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 21172-0CCFQW | 1* | WZ# | 06-21-21 | 06-23-21 | 89102U103 | 21172-CD9QD | | |

You Bought 170 at 8.9150
Symbol: TRCH

DESCRIPTION and DISCLOSURES
TORCHLIGHT ENERGY RESOURCES INC
WE HAVE ACTED AS AGENT.

Principal Amount 1,515.55
Settlement Amount 1,515.55

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE



PO Box 28019
Albuquerque, NM 87125-8019

**Transaction Confirmation**
**Confirm Date: December 5, 2022**

Brokerage Account Number
*****5736 INDIVIDUAL - TOD

JOHN GONZALEZ

9900142446

JOHN GONZALEZ
2741 GANAHL ST
LOS ANGELES CA 90033-2018

| | |
|---|---|
| Online | Fidelity.com |
| FAST®-Automated Telephone | 800-544-5555 |
| Customer Service | 800-544-6666 |

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 22339-QZB7PY | 1* | WZ# | 12-05-22 | 12-07-22 | 36467W109 | 22339-DME3H | | |

| | | DESCRIPTION and DISCLOSURES | | |
|---|---|---|---|---|
| You Sold | | GAMESTOP CORPORATION | Principal Amount | 541.52 |
| | 20 | COM USD0.001 CLASS A | Activity Assessment Fee | 0.02 |
| at | 27.0762 | WE HAVE ACTED AS AGENT. | Settlement Amount | 541.50 |
| Symbol: | | LOTS WITHOUT SPECIFIC SHARES | | |
| GME | | INSTRUCTIONS WILL BE DEPLETED USING | | |
| | | FIRST IN, FIRST OUT METHOD. | | |

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE

9900142446

JOHN GONZALEZ
2741 GANAHL ST
LOS ANGELES CA 90033-2018

If you are eligible to make a deposit, please use this form for investments in your brokerage account *****5736 only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH 45277-0003

If there are sufficient funds in your brokerage core account (or margin account), Fidelity will use those funds to cover the trade(s) on this confirm. If you wish to deposit additional money, use this deposit slip and make checks payable to: NATIONAL FINANCIAL SERVICES LLC. Deposits will be made to the account listed above. Please mail checks to the Fidelity address on this form. Refer to the last page for instructions on depositing certificates.

**Transaction Confirmation**
**Confirm Date: December 5, 2022**

Brokerage Account Number
*****5736 INDIVIDUAL - TOD

JOHN GONZALEZ

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 22339-1BTD9L | 1* | WZ# | 12-05-22 | 12-07-22 | 59134N104 | 22339-DMN5Z | | |

| | | DESCRIPTION and DISCLOSURES | | |
|---|---|---|---|---|
| You Bought | 290 | META MATERIALS INC COM | Principal Amount | 540.36 |
| at | 1.8633 | ISIN #US59134N1046 SEDOL #BKSCVX7 | Settlement Amount | 540.36 |
| Symbol: MMAT | | WE HAVE ACTED AS AGENT. | | |

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE

9900142446

**REMITTANCE COUPON**

PO Box 28019
Albuquerque, NM 87125-8019

**Transaction Confirmation**
**Confirm Date: December 8, 2022**

Brokerage Account Number
*****5736 INDIVIDUAL - TOD

**JOHN GONZALEZ**

9900103902

JOHN GONZALEZ
2741 GANAHL ST
LOS ANGELES CA 90033-2018

| | |
|---|---|
| Online | Fidelity.com |
| FAST®-Automated Telephone | 800-544-5555 |
| Customer Service | 800-544-6666 |

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 22342-1BFX3C | 1* | WZ# | 12-08-22 | 12-12-22 | 59134N104 | 22342-DMT3G | | |

| | | DESCRIPTION and DISCLOSURES | | |
|---|---|---|---|---|
| You Bought | | META MATERIALS INC COM | Principal Amount | 500.85 |
| | 270 | ISIN #US59134N1046 SEDOL #BKSCVX7 | Settlement Amount | 500.85 |
| at | 1.8550 | WE HAVE ACTED AS AGENT. | | |
| Symbol: MMAT | | | | |

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE

9900103902

JOHN GONZALEZ
2741 GANAHL ST
LOS ANGELES CA 90033-2018

If you are eligible to make a deposit, please use this form for investments in your brokerage account *****5736 only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

If there are sufficient funds in your brokerage core account (or margin account), Fidelity will use those funds to cover the trade(s) on this confirm. If you wish to deposit additional money, use this deposit slip and make checks payable to: NATIONAL FINANCIAL SERVICES LLC. Deposits will be made to the account listed above. Please mail checks to the Fidelity address on this form. Refer to the last page for instructions on depositing certificates.

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH 45277-0003


PO Box 28019
Albuquerque, NM 87125-8019

**Transaction Confirmation**
**Confirm Date: January 27, 2023**

Brokerage Account Number
*******5736 INDIVIDUAL - TOD**

**JOHN GONZALEZ**

9900139704

JOHN GONZALEZ
2741 GANAHL ST
LOS ANGELES CA 90033-2018

| | |
|---|---|
| Online | Fidelity.com |
| FAST®-Automated Telephone | 800-544-5555 |
| Customer Service | 800-544-6666 |

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 23027-1BDBZW | 1* | WZ# | 01-27-23 | 01-31-23 | 59134N104 | 23027-GYQDP | | |

You Bought 150 at .9900
Symbol: MMAT

DESCRIPTION and DISCLOSURES
META MATERIALS INC COM
ISIN #US59134N1046 SEDOL #BKSCVX7
WE HAVE ACTED AS AGENT.

| | |
|---|---|
| Principal Amount | 148.50 |
| Settlement Amount | 148.50 |

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE

9900139704

JOHN GONZALEZ
2741 GANAHL ST
LOS ANGELES CA 90033-2018

If you are eligible to make a deposit, please use this form for investments in your brokerage account *******5736** only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

If there are sufficient funds in your brokerage core account (or margin account), Fidelity will use those funds to cover the trade(s) on this confirm. If you wish to deposit additional money, use this deposit slip and make checks payable to: NATIONAL FINANCIAL SERVICES LLC. Deposits will be made to the account listed above. Please mail checks to the Fidelity address on this form. Refer to the last page for instructions on depositing certificates.

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH 45277-0003

099 0Z07375736 00 000



PO Box 28019
Albuquerque, NM 87125-8019

## Transaction Confirmation
## Confirm Date: February 27, 2023

Brokerage Account Number
*****5736 INDIVIDUAL - TOD

**JOHN GONZALEZ**

9900139737

JOHN GONZALEZ
2741 GANAHL ST
LOS ANGELES CA 90033-2018

| | |
|---|---|
| Online | Fidelity.com |
| FAST®-Automated Telephone | 800-544-5555 |
| Customer Service | 800-544-6666 |

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 23058-1GW4VF | 1* | WZ# | 02-27-23 | 03-01-23 | 00165C203 | 23058-DP3CJ | | |

| | | DESCRIPTION and DISCLOSURES | | |
|---|---|---|---|---|
| You Sold | | AMC ENTMT HLDGS INC PFD EQT UNIT | Principal Amount | 402.02 |
| | 200 | WE HAVE ACTED AS AGENT. | Activity Assessment Fee | 0.01 |
| at | 2.0101 | LOTS WITHOUT SPECIFIC SHARES | Settlement Amount | 402.01 |
| Symbol: | | INSTRUCTIONS WILL BE DEPLETED USING | | |
| APE | | FIRST IN, FIRST OUT METHOD. | | |

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE

9900139737

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

JOHN GONZALEZ
2741 GANAHL ST
LOS ANGELES CA 90033-2018

If you are eligible to make a deposit, please use this form for investments in your brokerage account *****5736 only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

If there are sufficient funds in your brokerage core account (or margin account), Fidelity will use those funds to cover the trade(s) on this confirm. If you wish to deposit additional money, use this deposit slip and make checks payable to: NATIONAL FINANCIAL SERVICES LLC. Deposits will be made to the account listed above. Please mail checks to the Fidelity address on this form. Refer to the last page for instructions on depositing certificates.

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH 45277-0003

**Transaction Confirmation**
**Confirm Date: February 27, 2023**

Brokerage Account Number
*****5736 INDIVIDUAL - TOD

**JOHN GONZALEZ**

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 23058-1G4THW | 1* | WZ# | 02-27-23 | 03-01-23 | 59134N104 | 23058-HNMK5 | | |

| | | DESCRIPTION and DISCLOSURES | | |
|---|---|---|---|---|
| You Bought | | META MATERIALS INC COM | Principal Amount | 398.46 |
| | 600 | ISIN #US59134N1046 SEDOL #BKSCVX7 | Settlement Amount | 398.46 |
| at | .6641 | WE HAVE ACTED AS AGENT. | | |
| Symbol: MMAT | | | | |

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE

9900139737

**REMITTANCE COUPON**



PO Box 28019
Albuquerque, NM 87125-8019

**Transaction Confirmation**
**Confirm Date: September 1, 2023**

Brokerage Account Number
*****5736 INDIVIDUAL - TOD

**JOHN GONZALEZ**

9900143861

JOHN GONZALEZ
2741 GANAHL ST
LOS ANGELES CA 90033-2018

| | |
|---|---|
| Online | Fidelity.com |
| FAST®-Automated Telephone | 800-544-5555 |
| Customer Service | 800-544-6666 |

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. |
|---|---|---|---|---|---|---|
| 23244-1B48HK | 1* | WZ# | 09-01-23 | 09-06-23 | 59134N104 | 23244-G9ZA3 |

| | | DESCRIPTION and DISCLOSURES | | |
|---|---|---|---|---|
| You Bought | | META MATERIALS INC COM | Principal Amount | 7.88 |
| | 33 | ISIN #US59134N1046 SEDOL #BKSCVX7 | Settlement Amount | 7.88 |
| at | .2389 | WE HAVE ACTED AS AGENT. | | |
| Symbol: MMAT | | | | |

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE

9900143861

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

JOHN GONZALEZ
2741 GANAHL ST
LOS ANGELES CA 90033-2018

If you are eligible to make a deposit, please use this form for investments in your brokerage account *****5736 only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH 45277-0003

If there are sufficient funds in your brokerage core account (or margin account), Fidelity will use those funds to cover the trade(s) on this confirm. If you wish to deposit additional money, use this deposit slip and make checks payable to: NATIONAL FINANCIAL SERVICES LLC. Deposits will be made to the account listed above. Please mail checks to the Fidelity address on this form. Refer to the last page for instructions on depositing certificates.



INVESTMENT REPORT
**June 1, 2021 - June 30, 2021**

Envelope # BLCDDPBBBPNGP

JOHN GONZALEZ
2741 GANAHL ST
LOS ANGELES CA 90033-2018

Fidelity Account JOHN GONZALEZ - INDIVIDUAL TOD
▶ **Account Number: [redacted]5736**

**Your Account Value: $277,336.80**

**Change from Last Period: ▲ $84,170.43**

| | This Period | Year-to-Date |
|---|---|---|
| **Beginning Account Value** | **$193,166.37** | **$116,560.38** |
| Additions | 1,000.00 | 18,534.00 |
| Subtractions | -0.36 | -902.82 |
| *Transaction Costs, Fees & Charges* | *-0.36* | *-102.82* |
| Change in Investment Value * | 83,170.79 | 143,145.24 |
| **Ending Account Value **** | **$277,336.80** | **$277,336.80** |

* *Reflects appreciation or depreciation of your holdings due to price changes, transactions from Other Activity In or Out and Multi-currency transactions, plus any distribution and income earned during the statement period.*
** *Excludes unpriced securities.*

Contact Information

| | |
|---|---|
| Online | Fidelity.com |
| FAST SM-Automated Telephone | (800) 544-5555 |
| Customer Service | (800) 544-6666 |

MR_CE_BLCDDPBBBPNGP_BBBBB 20210630 S

*Brokerage services provided by Fidelity Brokerage Services LLC (FBS), Member NYSE, SIPC (800) 544-6666. Brokerage accounts carried by National Financial Services LLC (NFS), Member NYSE, SIPC.*

H01026115920210630



Fidelity INVESTMENTS

INVESTMENT REPORT
**June 1, 2021 - June 30, 2021**

**Account # [redacted]5736**
**JOHN GONZALEZ - INDIVIDUAL - TOD**

## Core Account and Credit Balance Cash Flow (continued)

*Core Account: FIDELITY GOVERNMENT MONEY MARKET*

| | This Period | Year-to-Date |
|---|---|---|
| **Cash Management Activity** | | |
| Deposits | 1,000.00 | 18,534.00 |
| **Total Cash Management Activity** | **$1,000.00** | **$18,534.00** |
| **Ending Balance** | **$3.07** | **$3.07** |

D *Includes dividend reinvestments.*

## Realized Gains and Losses from Sales

*(May not reflect all gains and losses due to incomplete cost basis)*

| | This Period | Year-to-Date |
|---|---|---|
| **Net Short-term Gain/Loss** | **-2,378.78** | **46,923.26** |
| Short-term Gain | 9,140.13 | 60,715.82 |
| Short-term Loss | -11,518.91 | -13,808.11 |
| Short-term Disallowed Loss | - | 15.55 |
| **Net Gain/Loss** | **-$2,378.78** | **$46,923.26** |

# Holdings

## Core Account

| Description | Beginning Market Value Jun 1, 2021 | Quantity Jun 30, 2021 | Price Per Unit Jun 30, 2021 | Ending Market Value Jun 30, 2021 | Total Cost Basis | Unrealized Gain/Loss Jun 30, 2021 | EAI ($) / EY (%) |
|---|---|---|---|---|---|---|---|
| FIDELITY GOVERNMENT MONEY MARKET (SPAXX) -- 7-day yield: 0.01% | $11.87 | 3.070 | $1.0000 | $3.07 | not applicable | not applicable | - / - |
| **Total Core Account (0% of account holdings)** | **$11.87** | | | **$3.07** | | | - |

## Stocks

| Description | Beginning Market Value Jun 1, 2021 | Quantity Jun 30, 2021 | Price Per Unit Jun 30, 2021 | Ending Market Value Jun 30, 2021 | Total Cost Basis | Unrealized Gain/Loss Jun 30, 2021 | EAI ($) / EY (%) |
|---|---|---|---|---|---|---|---|
| **Common Stock** | | | | | | | |
| **AMC ENTERTAINMENT HOLDINGS INC** (AMC) | $110,121.92 | 4,224.000 | $56.6800 | $239,416.32 | $52,018.59 | $187,397.73 | - / - |
| **BANTEK INC COM** (BANT) | 2,280.60 | 253,400.000 | 0.0069 | 1,748.46 | 6,056.26 | -4,307.80 | - / - |
| **HEALTHIER CHOICES MGMT CORP COM** (HCMC) | 2,829.45 | 2,176,500.000 | 0.0011 | 2,394.15 | 8,792.17 | -6,398.02 | - / - |
| **META MATERIALS INC COM** (MMAT) | unavailable | 3,683.000 | 7.4900 | 27,585.67 | 66,713.30 | -39,127.63 | - / - |

MR_CE_BLCDDPBBBPNGP_BBBBB 20210630 S



INVESTMENT REPORT
**June 1, 2021 - June 30, 2021**

## Activity

**Account #[redacted]5736**
**JOHN GONZALEZ - INDIVIDUAL - TOD**

### Securities Bought & Sold (continued)

| Settlement Date | Security Name | Symbol/ CUSIP | Description | Quantity | Price | Total Cost Basis | Transaction Cost | Amount |
|---|---|---|---|---|---|---|---|---|
| 06/23 | **NANO DIMENSION LTD SPON ADS EA REPR 1** ORD SHS | 63008G203 | You Sold *Short-term gain: $213.13* *Short-term loss: $9,285.94* | -2,496.000 | 7.68050 | 28,243.24 f | -0.10 | 19,170.43 |
| 06/23 | **TORCHLIGHT ENERGY RESOURCES INC** | 89102U103 | You Bought | 52.000 | 9.78050 | | - | -508.59 |
| 06/23 | **TORCHLIGHT ENERGY RESOURCES INC** | 89102U103 | You Bought | 170.000 | 8.91500 | | - | -1,515.55 |
| 06/23 | **TORCHLIGHT ENERGY RESOURCES INC** | 89102U103 | You Bought | 2,020.000 | 9.22000 | | - | -18,624.40 |
| 06/23 | **TORCHLIGHT ENERGY RESOURCES INC** | 89102U103 | You Bought | 5,124.000 | 8.99000 | | - | -46,064.76 |
| Total Securities Bought | | | | | | - | - | -$67,208.87 |
| Total Securities Sold | | | | | | $68,578.85 | -$0.36 | $66,200.07 |
| **Net Securities Bought & Sold** | | | | | | | **-$0.36** | **-$1,008.80** |

### Other Activity In

| Settlement Date | Security Name | Symbol/ CUSIP | Description | Quantity | Price | Total Cost Basis | Transaction Cost | Amount |
|---|---|---|---|---|---|---|---|---|
| 06/28 | **TORCHLIGHT ENERGY RESOURCES INC** 1 FOR 2 R/S INTO META MATLS INC COM USD0.001 CUSIP #59134N104 R/S TO 59134N104 #REOR M0051336480000 | 89102U103 | Reverse Split | -7,366.000 | - | | - | - |
| **Total Other Activity In** | | | | | | | - | - |

### Other Activity Out

| Settlement Date | Security Name | Symbol/ CUSIP | Description | Quantity | Price | Total Cost Basis | Transaction Cost | Amount |
|---|---|---|---|---|---|---|---|---|
| 06/23 | **HEALTHIER CHOIC RTS EXP 06/03/2021** ERT PAYOUT 422RGT019 #REOR V0400205880120 | 422RGT019 | Expired | -544,125.000 | - | - | - | - |
| 06/28 | **META MATERIALS INC COM** R/S FROM 89102U103 #REOR M0051336480001 | 59134N104 | Reverse Split | 3,683.000 | - | | - | - |
| **Total Other Activity Out** | | | | | | | - | - |

MR_CE_BLCDDPBBBPNGP_BBBBB 20210630 S