NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | **PROOF OF INTEREST** |
|---|---|

| Name of Debtor **META MATERIALS INC** | Case Number **24-50792** |
|---|---|

**1. Name and address of holder of the Equity Interest** (the person or entity holding an Equity Interest in the Debtor Referred to hereinafter as the Interest holder )

HARRY EUGENE AINE JR &
ILDIKO NEMETH-AINE
930 TAHOE BLVD SUITE 802 PMB 26
INCLINE VILLAGE, NEVADA 89451

Telephone Number   714-814-7099

☐ Check box if you are aware that anyone else has filed a Proof of Interest relating to your interest Attach copy of statement giving particulars

☐ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors

**COURT USE ONLY**

NOTE This form SHOULD NOT be used to make a claim against the Debtor for money owed  A separate Proof of Claim form should be used for that purpose  This form should only be used to assert an Equity Interest in the Debtor  An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

| Account or other number by which Interest holder identifies Debtor **-3555** | Check here if this claim<br>☐ replaces a previously filed Proof of Interest dated _____<br>☐ amends a previously filed Proof of Interest dated _____ |
|---|---|

**2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest**

HARRY EUGENE AINE JR & ILDIKO NEMETH-AINE

CHARLES SCHWAB 3000 Schwab Way, Westlake, TX 76262
Telephone Number   1-800-435-4000

**3. Date Equity Interest was acquired**

TRADES BETWEEN APRIL 12, 2021 AND OCTOBER 13, 2022
SEE ATTACHED SCHEDULE OF BUYS AND SELLS

**4. Total amount of member interest**   NONE (0) at time of this filing

**5. Certificate number(s)**   SEE ATTACHED DOCUMENTATION

**6. Type of Equity Interest**
Please indicate the type of Equity Interest you hold
☐ Check this box if your Equity Interest is based on an actual member interest held in the Debtor
☐ Check this box if your Equity Interest is based on anything else and describe that interest
Description   INVESTOR

**7. Supporting Documents** Attach copies of supporting documents such as stock certificates option agreements warrants etc
DO NOT SEND ORIGINAL DOCUMENTS If the documents are not available explain If the documents are voluminous attach a summary

**8. Date-Stamped Copy** To receive an acknowledgement of the filing of your Proof of Interest enclose a stamped self addressed envelope and copy of this Proof of Interest

**9. Signature**
Check the appropriate box
☐ I am the creditor   ☐ I am the creditor s authorized agent   ☐ I am the trustee or the debtor   ☐ I am a guarantor surety endorser or other codebtor
(Attach copy of power of attorney if any )   or their authorized agent   (See Bankruptcy Rule 3005 )
(See Bankruptcy Rule 3004 )

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge information and reasonable belief

Print Name   HARRY E AINE JR  & ILDIKO NEMETH-AINE

Title
Company   Address and telephone number (if different from notice address above )

(Signature)

December 8, 2024
(Date)

Telephone number   714-814-7099   email   harry@ftr holdings

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both  18 U S C  §§ 152 AND 3571*

Harry E Aine, Jr
Ildiko Nemeth-Aine
930 Tahoe Blvd, Suite 802 PMB 26
Incline Village, Nevada 89451 USA
Tel 714-814-7099 email harry@smm-ix com

December 8, 2024

US Bankruptcy Court
District of Nevada
Foley Federal Building and
US Courthouse
Attn Clerk of the Court
300 Las Vegas Blvd South
Las Vegas, Nevada 89101

Re Notice of Redaction, Proof of Interest Form, Case No 24-50792, Meta
Materials, Inc

Dear Clerk of the Court

Our names are Harry Eugene Aine, Jr and Ildiko Nemeth-Aine, and we hereby
submit the NOTICE OF REDACTION for PROOF OF INTEREST FORM in the matter
of Meta Materials, Inc , Case Number 24-50792 Per instructions by The
Honorable Hilary L Barnes, United States Bankruptcy Judge, and out of an
abundance for the potential misuse of our personal information, I request all
but the last four digits of our account numbers be redacted from my Proof of
Interest form

Per instructions, we have included with this filing an unredacted version of the
Proof of Interest Form (POI), a redacted version of the POI, a detailed
explanation of our $MMATF and $MMAT trading records, and their transaction
documentation from our broker, Charles Schwab, Inc , and a check for the
$28 00 processing fee

Thank you for considering this matter If you have any questions, please contact
us using the above contact information

_____            _____
Harry Eugene Aine, Jr      And,      Ildiko Nemeth-Aine

**Harry E Aine, Jr**
**Ildiko Nemeth-Aine**
**930 Tahoe Blvd, Suite 802 PMB 26**
**Incline Village, Nevada 89451**

December 8, 2024

The Honorable Hilary L Barnes
United States Bankruptcy Court
District of Nevada
Foley Federal Building and
US Courthouse
300 Las Vegas Blvd South
Las Vegas, Nevada 89101

Re  Case No  24-50792, Meta Materials, Inc  - Proof of Interest

Dear Judge Hilary L Barnes,

Please accept this letter as an introduction to our Proof of Interest (Form NVR 3001) in the above-referenced bankruptcy case  We were shareholders of Meta Materials Inc  (MMAT) and its predecessor, Meta Materials Preferred Shares (MMATF), during the period of April 12, 2021, to October 13, 2022

While my submitted Proof of Interest accurately reflects a zero balance as of December 8, 2024, due to having closed our position in 2022, We believe it is crucial to emphasize that this does not represent the full extent of our potential claim  We are deeply concerned about the allegations of long-term market manipulation and the deliberate actions taken to devalue and bankrupt Meta Materials

Our hope is that our participation in this bankruptcy process can contribute to a more comprehensive understanding of the situation and support potential legal actions against those responsible for the alleged wrongdoing

Had the company not been subjected to this alleged illegal manipulation, I firmly believe that the true value of Meta Materials and its disruptive and groundbreaking innovative technology would have been realized  This would have resulted in significantly higher returns and a longer holding period for our investment

The potential losses suffered by investors due to these alleged actions are substantial and warrant a thorough investigation  I support the efforts of Wes Christian and the legal team in uncovering the truth and seeking justice for all affected shareholders

Thank you for your consideration of my Proof of Interest and for your commitment to upholding the integrity of the market

Sincerely,

Harry Eugene Aine, Jr     And,          Ildiko Nemeth-Aine

PROOF OF INTEREST SUPPLEMENTAL INFORMATION
CASE 24 50792   META MATERIAL INC
FOR  HARRY AINE JR  & ILDIKO NEMETH AINE

BROKER   CHARLES SCHWAB  INC
ACCT   ...-3565

TRANSACTION ( PRE SPLIT)

| | DATE | ACTION | SYMBOL | DESCRIPTION | # SHARES Bought Issued or Journaled | # SHARES Sold Redeemed or Journaled | PRICE PER SHARE | FEES | INVESTED | RECOVERED | NET SHARE BALANCE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| STARTING | April 11 2021 | | | | | | | | $0 00 | | 0 |
| First Buy | April 12 2021 | Buy | MMATF | METAMATERIAL INC F | 2 500 | | $2 92 | | $7 299 25 | | 2 500 |
| | April 13 2021 | Buy | MMATF | METAMATERIAL INC F | 1 000 | | $2 85 | | $2 850 00 | | 3 500 |
| | April 13 2021 | Buy | MMATF | METAMATERIAL INC F | 1 500 | | $2 80 | | $4 200 00 | | 5 000 |
| Schwab Bookkeeping | April 15 2021 | Journal | MMATF | METAMATERIAL INC F | 5 000 | | | | | | 10 000 |
| Schwab Bookkeeping | April 15 2021 | Journal | MMATF | METAMATERIAL INC F | | 5 000 | | | | | 5 000 |
| | April 15 2021 | Buy | MMATF | METAMATERIAL INC F | 300 | | $2 45 | | $734 76 | | 5 300 |
| | April 15 2021 | Buy | MMATF | METAMATERIAL INC F | 100 | | $2 46 | | $245 72 | | 5 400 |
| | April 15 2021 | Buy | MMATF | METAMATERIAL INC F | 75 | | $2 46 | | $184 29 | | 5 475 |
| | April 15 2021 | Buy | MMATF | METAMATERIAL INC F | 525 | | $2 49 | | $1 307 25 | | 6 000 |
| | April 15 2021 | Buy | MMATF | METAMATERIAL INC F | 1 000 | | $2 35 | | $2 345 60 | | 7 000 |
| | April 15 2021 | Buy | MMATF | METAMATERIAL INC F | 100 | | $2 37 | | $237 21 | | 7 100 |
| | April 15 2021 | Buy | MMATF | METAMATERIAL INC F | 200 | | $2 39 | | $477 62 | | 7 300 |
| | April 15 2021 | Buy | MMATF | METAMATERIAL INC F | 2 700 | | $2 42 | | $6 534 00 | | 10 000 |
| Schwab Bookkeeping | April 20 2021 | Journal | MMATF | METAMATERIAL INC F | 5 000 | | | | | | 15 000 |
| Schwab Bookkeeping | April 20 2021 | Journal | MMATF | METAMATERIAL INC F | | 5 000 | | | | | 10 000 |
| | April 20 2021 | Sell | MMATF | METAMATERIAL INC F | | 1 250 | $2 05 | $0 01 | | $2 562 49 | 8 750 |
| | April 20 2021 | Sell | MMATF | METAMATERIAL INC F | | 3 750 | $2 05 | $0 04 | | $7 687 46 | 5 000 |
| | April 21 2021 | Sell | MMATF | METAMATERIAL INC F | | 100 | $1 95 | | | $195 00 | 4 900 |
| | April 21 2021 | Sell | MMATF | METAMATERIAL INC F | | 100 | $1 95 | | | $195 00 | 4 800 |
| | April 21 2021 | Sell | MMATF | METAMATERIAL INC F | | 500 | $1 95 | | | $975 00 | 4 300 |
| | April 22 2021 | Sell | MMATF | METAMATERIAL INC F | | 1 800 | $1 94 | $0 02 | | $3 485 32 | 2 500 |
| | April 22 2021 | Buy | MMATF | METAMATERIAL INC F | 100 | | $2 43 | | $242 98 | | 2 600 |
| | April 22 2021 | Buy | MMATF | METAMATERIAL INC F | 2 400 | | $2 45 | | $5 880 00 | | 5 000 |
| Schwab Bookkeeping | April 27 2021 | Journal | MMATF | METAMATERIAL INC F | 2 500 | | | | | | 7 500 |
| Schwab Bookkeeping | April 27 2021 | Journal | MMATF | METAMATERIAL INC F | | 2 500 | | | | | 5 000 |
| | April 29 2021 | Buy | MMATF | METAMATERIAL INC F | 100 | | $3 03 | | $303 00 | | 5 100 |
| Schwab Bookkeeping | May 4 2021 | Journal | MMATF | METAMATERIAL INC F | 100 | | | | | | 5 200 |
| Schwab Bookkeeping | May 4 2021 | Journal | MMATF | METAMATERIAL INC F | | 100 | | | | | 5 100 |
| | June 11 2021 | Buy | MMATF | METAMATERIAL INC F | 900 | | $4 53 | | $4 076 46 | | 6 000 |
| Schwab Bookkeeping | June 16 2021 | Journal | MMATF | METAMATERIAL INC F | 900 | | | | | | 6 900 |
| Schwab Bookkeeping | June 16 2021 | Journal | MMATF | METAMATERIAL INC F | | 900 | | | | | 6 000 |
| | June 18 2021 | Buy | MMATF | METAMATERIAL INC F | 407 | | $6 50 | | $2 645 50 | | 6 407 |
| | June 18 2021 | Buy | MMATF | METAMATERIAL INC F | 93 | | $6 52 | | $606 36 | | 6 500 |
| | June 18 2021 | Buy | MMATF | METAMATERIAL INC F | 100 | | $6 40 | | $639 87 | | 6 600 |
| Schwab Bookkeeping | June 23 2021 | Journal | MMATF | METAMATERIAL INC F | 600 | | | | | | 7 200 |
| Schwab Bookkeeping | June 23 2021 | Journal | MMATF | METAMATERIAL INC F | | 600 | | | | | 6 600 |
| | June 25 2021 | Sell | MMATF | METAMATERIAL INC F | | 400 | $14 30 | $0 03 | | $5 719 97 | 6 200 |
| | June 25 2021 | Sell | MMATF | METAMATERIAL INC F | | 200 | $14 42 | $0 01 | | $2 883 97 | 6 000 |
| | | | | | | | | | | | |
| | Share count transactions because of merger and reverse split | | | | | | | | | | 0 |
| Merger Transaction | July 8 2021 | STOCK MERGER | | STOCK MERGER | | 6000 | | | | | 0 |
| Reverse Split Transaction | June 29 2021 | REVERSE SPLIT | MMAT | META MATLS INC | 1000 | | | | | | 1 000 |
| Merger Transaction | July 8 2021 | STOCK MERGER | MMAT | STOCK MERGER | 11070 | | | | | | 12 070 |
| | TOTAL SHARES AFTER STOCK MERGER AND REVERSE SPLIT  12 070 | | | | | | | | | | |
| | | | | | | | | | | | |
| | TRANSACTIONS POST SPLIT | | | | | | | | | | |
| | | | | | | | | | | | |
| | July 13 2021 | Sell | MMAT | META MATLS INC | | 322 | $3 59 | $0 01 | | $1 155 97 | 11 748 |
| | July 13 2021 | Sell | MMAT | META MATLS INC | | 1 | $3 59 | | | $3 59 | 11 747 |
| | July 13 2021 | Sell | MMAT | META MATLS INC | | 10 | $3 59 | | | $35 90 | 11 737 |

| | DATE | ACTION | SYMBOL | DESCRIPTION | #SHARES Bought Issued or Journaled | #SHARES Sold Redeemed or Journaled | PRICE PER SHARE | FEES | INVESTED | RECOVERED | NET SHARE BALANCE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | July 13 2021 | Sell | MMAT | META MATLS INC | | 100 | $3.59 | | | $359.00 | 11 637 |
| | July 13 2021 | Sell | MMAT | META MATLS INC | | 41 | $3.59 | | | $147.19 | 11 596 |
| | July 13 2021 | Sell | MMAT | META MATLS INC | | 1 | $3.59 | | | $3.59 | 11 595 |
| | July 13 2021 | Sell | MMAT | META MATLS INC | | 500 | $3.59 | $0.01 | | $1 794.99 | 11 095 |
| | July 13 2021 | Sell | MMAT | META MATLS INC | | 25 | $3.59 | | | $89.75 | 11 070 |
| | July 13 2021 | Sell | MMAT | META MATLS INC | | 2 000 | $3.64 | $0.04 | | $7 281.16 | 9 070 |
| | July 13 2021 | Sell | MMAT | META MATLS INC | | 1 000 | $3.99 | $0.02 | | $3 984.98 | 8 070 |
| | July 13 2021 | Buy | MMAT | META MATLS INC | 100 | | $4.03 | | $403.00 | | 8 170 |
| | July 13 2021 | Buy | MMAT | META MATLS INC | 2 | | $4.03 | | $8.06 | | 8 172 |
| | July 13 2021 | Buy | MMAT | META MATLS INC | 4 | | $4.03 | | $16.12 | | 8 176 |
| | July 13 2021 | Buy | MMAT | META MATLS INC | 894 | | $4.03 | | $3 602.91 | | 9 070 |
| | July 13 2021 | Buy | MMAT | META MATLS INC | 500 | | $3.98 | | $1 990.00 | | 9 570 |
| | July 13 2021 | Sell | MMAT | META MATLS INC | | 1 500 | $3.93 | $0.03 | | $5 902.17 | 8 070 |
| | July 13 2021 | Buy | MMAT | META MATLS INC | 1500 | | $3.93 | | $5 895.00 | | 9 570 |
| | July 13 2021 | Buy | MMAT | META MATLS INC | 330 | | $3.98 | | $1 313.40 | | 9 900 |
| | July 13 2021 | Buy | MMAT | META MATLS INC | 670 | | $3.98 | | $2 666.60 | | 10 570 |
| | July 14 2021 | Sell | MMAT | META MATLS INC | | 1 000 | $4.23 | $0.02 | | $4 233.78 | 9 570 |
| | July 14 2021 | Sell | MMAT | META MATLS INC | | 1 000 | $4.17 | $0.02 | | $4 171.18 | 8 570 |
| | July 15 2021 | Sell | MMAT | META MATLS INC | | 2 000 | $3.97 | $0.04 | | $7 940.16 | 6 570 |
| | July 15 2021 | Sell | MMAT | META MATLS INC | | 2 000 | $3.93 | $0.04 | | $7 860.98 | 4 570 |
| | July 15 2021 | Sell | MMAT | META MATLS INC | | 2 000 | $3.88 | $0.04 | | $7 761.39 | 2 570 |
| | July 16 2021 | Sell | MMAT | META MATLS INC | | 2 000 | $3.73 | $0.04 | | $7 449.96 | 570 |
| | July 16 2021 | Sell | MMAT | META MATLS INC | | 300 | $3.65 | $0.01 | | $1 095.02 | 270 |
| | July 19 2021 | Sell | MMAT | META MATLS INC | | 100 | $3.40 | | | $340.00 | 170 |
| | | | | | | | | | | | |
| | Held 170 shares of MMAT at each month end of July 2021  Aug 2021  Sept 2021  Oct 2021 and then temporarily closed MMAT position in November 2021 | | | | | | | | | | |
| | | | | | | | | | | | |
| | November 23 2021 | Sell | | | | 170 | $3.86 | | | $656.81 | 0 |
| | | | | | | | | | | | |
| | Did Not Trade nor Did We Hold a Position in MMAT between November 30  2021 and October 11  2022 | | | | | | | | | | |
| | | | | | | | | | | | |
| Oct 2022 Trades | October 12  2022 | Buy | MMAT | META MATLS INC | 500 | | $0.96 | | $477.80 | | 500 |
| | October 12  2022 | Sell | MMAT | META MATLS INC | | 500 | $0.93 | $0.01 | | $467.24 | 0 |
| | October 12  2022 | Buy | MMAT | META MATLS INC | 2000 | | $0.97 | | $1 930.20 | | 2 000 |
| | October 13  2022 | Buy | MMAT | META MATLS INC | 200 | | $1.19 | | $237.00 | | 2 200 |
| LAST SELL | October 13  2022 | Sell | MMAT | META MATLS INC | | 2 200 | $1.06 | $0.05 | | $2 339.21 | 0 |
| | | | | | | | | | | | |
| | Did not trade  nor did we hold a position in MMAT after October 15th  2022 | | | | | | | | | | |
| | Did not hold a position of MMAT on closed of October 2022 or latter | | | | | | | | | | |
| | | | | | | Total Invested and Recovered 04 11 21 and 10 14 22 | | | $59 350.16 | $88 776.18 | |

From  Schwab Alerts donotreply comm@schwab com 🏳
Subject: Schwab eConfirms account ending in 555
Date  April 13 2021 at 1 22 AM
To   HARRY@smm-ix.com HARRY@SMM IX.COM





**Electronic Trade Confirmation**

April 13, 2021 | your account ending  555

# Schwab eConfirms ™

This email contains your trade confirmations for 04/12/2021

Please log in to the Schwab web site to view your confirmations at
www schwab com/reports

Symbol **MMATF**

Security Description. METAMATERIAL INC
Action  BOUGHT
Security No./CUSIP: 59134F-10-1
Type  Cash
Trade Date  04/12/21
Settle Date  04/14/21

| Quantity | Price | Principal | Charges and/or Interest | Total Amount |
|----------|--------|-----------|-------------------------|--------------|
| 2,500 | $2 9197 | $7 299 25 | N/A | $7,299 25 |

Additional information for this security



If you have questions about this report, please contact Schwab at **800-435-4000**

UNSUBSCRIBE        PRIVACY        CONTACT US        🔒 LOG IN



**Symbol MMATF**

Security Description  METAMATERIAL INC
Action.  BOUGHT
Security No./CUSIP: 59134F-10-1
Type. Cash
Trade Date  04/13/21
Settle Date  04/15/21

| Quantity | Price | Principal | Charges and/or Interest | Total Amount |
|---|---|---|---|---|
| 1 000 | $2.85 | $2,850 00 | N/A | $2,850 00 |
| 1 500 | $2 80 | $4 200 00 | N/A | $4,200 00 |

**Totals**

| 2,500 | | $7,050 00 | $0 00 | $7,050 00 |

Additional information for this security
- Schwab acted as your agent



Symbol MMATF

Security Description. METAMATERIAL INC
Action. BOUGHT
Security No./CUSIP· 59134F-10-1
Type. Cash
Trade Date· 04/15/21
Settle Date  04/19/21

| Quantity | Price | Principal | Charges and/or Interest | Total Amount |
|---|---|---|---|---|
| 525 | $2.49 | $1,307.25 | N/A | $1 307.25 |
| 100 | $2.4572 | $245 72 | N/A | $245 72 |
| 75 | $2.4572 | $184.29 | N/A | $184.29 |
| 300 | $2 4492 | $734 76 | N/A | $734 76 |
| 1,000 | $2 3458 | $2,345 86 | N/A | $2,345 86 |
| 2 700 | $2 42 | $6 534 00 | N/A | $6 534 00 |
| 200 | $2.3881 | $477 62 | N/A | $477 62 |
| 100 | $2.3721 | $237 21 | N/A | $237 21 |

**Totals**

| 5,000 | $12,066 71 | | $0.00 | $12,066 71 |
|---|---|---|---|---|

Additional information for this security
- Schwab acted as your agent



**Symbol MMATF**

**Action  SOLD**
**Security No./CUSIP: 59134F-10-1**
**Type: Margin**
**Trade Date  04/20/21**
**Settle Date  04/22/21**

| Quantity | Price | Principal | Charges and/or Interest | | Total Amount |
|----------|-------|-----------|-------------------------|--|--------------|
| 1,250 | $2.05 | $2,562.50 | Exchange Processing Fee | $0 01 | $2 562 49 |
| 3 750 | $2.05 | $7,687 50 | Exchange Processing Fee | $0 04 | $7,687 46 |

**Totals**

| 5,000 | | $10,250 00 | | $0 05 | $10,249 95 |
|-------|--|------------|--|-------|-----------|

Additional information for this security
- The cost basis method requested was FIFO  Please view the Cost Basis
Disclosure Statement for additional information on cost basis method choices
and how Schwab reports adjusted cost basis information to the IRS
- Exch Process Fee  This fee offsets costs incurred by Schwab for the exchange
of securities - including those relating to assessments on broker-dealers by an
exchange or other SRO - for equity, option, or other covered security sell
transactions and option security buy transactions
- Schwab acted as your agent





| Quantity | Price | Principal | Charges and/or Interest | Total Amount |
|---|---|---|---|---|
| █ | █ | █ | █ | █ |

**Symbol** MMATF

Security Description: METAMATERIAL INC
Action: SOLD
Security No./CUSIP: 59134F-10-1
Type: Margin
Trade Date: 04/21/21
Settle Date: 04/23/21

| Quantity | Price | Principal | Charges and/or Interest | | Total Amount |
|---|---|---|---|---|---|
| 100 | $1 95 | $195 00 | N/A | | $195 00 |
| 100 | $1 95 | $195 00 | N/A | | $195 00 |
| 500 | $1 95 | $975 00 | N/A | | $975 00 |
| 1 800 | $1 9363 | $3 485 34 | Exchange Processing Fee | $0 02 | $3,485 32 |

*For the above*
*- Exch Process Fee This fee offsets costs incurred by Schwab for the exchange of securities -*
*including those relating to assessments on broker-dealers by an exchange or other SRO - for equity*
*option, or other covered security sell transactions and option security buy transactions*

**Totals**

| 2,500 | $4,850 34 | $0.02 | $4,850 32 |
|---|---|---|---|

Additional information for this security
- The cost basis method requested was FIFO  Please view the Cost Basis
Disclosure Statement for additional information on cost basis method choices
and how Schwab reports adjusted cost basis information to the IRS
- Schwab acted as your agent



**Symbol** MMATF

Security Description: METAMATERIAL INC
Action **BOUGHT**
Security No./CUSIP: 59134F-10-1
Type: Cash
Trade Date  04/22/21
Settle Date  04/26/21

| Quantity | Price | Principal | Charges and/or Interest | Total Amount |
|---|---|---|---|---|
| 2 400 | $2.45 | $5 880 00 | N/A | $5,880 00 |
| 100 | $2.4298 | $242.98 | N/A | $242.98 |

**Totals**

| | | | | |
|---|---|---|---|---|
| **2,500** | | **$6,122 98** | **$0 00** | **$6,122 98** |

Additional information for this security
- Schwab acted as your agent



| Quantity | Price | Principal | Charges and/or Interest | Total Amount |
|---|---|---|---|---|



**Security Description: METAMATERIAL INC**
**Action  BOUGHT**
**Symbol MMATF**   Security No./CUSIP: 59134F-10-1
**Type· Cash**
**Trade Date** 04/29/21
**Settle Date.** 05/03/21

| Quantity | Price | Principal | Charges and/or Interest | Total Amount |
|---|---|---|---|---|
| 100 | $3 03 | $303 00 | N/A | $303 00 |

Additional information for this security
- Schwab acted as your agent



From    Schwab Alerts donotreply-comm@schwab com  🏳
Subject: Schwab eConfirms account ending in 555
Date    June 12 2021 at 1 47 AM
To      HARRY@smm-ix com HARRY@SMM-IX.COM





**Electronic Trade Confirmation**

June 12, 2021 | your account ending  555

# Schwab eConfirms ™

This email contains your trade confirmations for 06/11/2021

Please log in to the Schwab web site to view your confirmations at
www schwab com/reports

| Symbol **MMATF** | Security Description **METAMATERIAL INC** Action  **BOUGHT** Security No./CUSIP: 59134F-10-1 Type.  Cash Trade Date  06/11/21 Settle Date  06/15/21 |
|---|---|

| Quantity | Price | Principal | Charges and/or Interest | Total Amount |
|---|---|---|---|---|
| 900 | $4 5294 | $4 076 52 | N/A | $4 076 52 |

Additional information for this security
- Schwab acted as your agent



For the above



**Symbol MMATF**

Security Description  METAMATERIAL INC
Action  BOUGHT
Security No./CUSIP  59134F-10-1
Type  Cash
Trade Date.  06/18/21
Settle Date  06/22/21

| Quantity | Price | Principal | Charges and/or Interest | Total Amount |
|---|---|---|---|---|
| 93 | $6 52 | $606.36 | N/A | $606 36 |
| 407 | $6 50 | $2,645 50 | N/A | $2 645 50 |
| 100 | $6 3987 | $639 87 | N/A | $639 87 |

**Totals**

| 600 | | $3,891 73 | $0.00 | $3,891 73 |
|---|---|---|---|---|

Additional information for this security
- Schwab acted as your agent



From    Schwab Alerts donotreply-comm@schwab com 
Subject  Schwab eConfirms account ending in 555
Date    June 26 2021 at 4 30 AM
To      HARRY@smm-ix com HARRY@SMM-IX.COM



**Electronic Trade Confirmation**

June 26, 2021 | your account ending  555

# Schwab eConfirms ™

This email contains your trade confirmations for 06/25/2021

Please log in to the Schwab web site to view your confirmations at
www schwab com/reports



Symbol MMATF

**Security Description  METAMATERIAL INC**
**Action  SOLD**
**Security No./CUSIP: 59134F-10-1**
**Type  Margin**
**Trade Date  06/25/21**
**Settle Date  06/29/21**

| Quantity | Price | Principal | Charges and/or Interest | Total Amount |
|----------|-------|-----------|-------------------------|--------------|

| | | | | | |
|---|---|---|---|---|---|
| 200 | $14 4199 | $2,883 98 | Exchange Processing Fee | $0 01 | $2,883 97 |
| 400 | $14 30 | $5 720 00 | Exchange Processing Fee | $0 03 | $5 719 97 |

**Totals**

| | | | | |
|---|---|---|---|---|
| **600** | **$8,603.98** | | **$0 04** | **$8,603 94** |

Additional information for this security
- The cost basis method requested was FIFO  Please view the Cost Basis Disclosure Statement for additional information on cost basis method choices and how Schwab reports adjusted cost basis information to the IRS
- Exch Process Fee  This fee offsets costs incurred by Schwab for the exchange of securities – including those relating to assessments on broker-dealers by an exchange or other SRO - for equity, option, or other covered security sell transactions and option security buy transactions
- Schwab acted as your agent





**Symbol** MMAT

Security Description: META MATLS INC
Action BOUGHT
Security No./CUSIP 59134N-10-4
Type Margin
Trade Date 07/13/21
Settle Date 07/15/21

| Quantity | Price | Principal | Charges and/or Interest | Total Amount |
|---|---|---|---|---|
| 894 | $4 0301 | $3 602.91 | N/A | $3 602 91 |
| 4 | $4 03 | $16 12 | N/A | $16 12 |
| 2 | $4 03 | $8 06 | N/A | $8 06 |
| 100 | $4 03 | $403 00 | N/A | $403 00 |
| 500 | $3 98 | $1 990 00 | N/A | $1 990 00 |
| 1 500 | $3.93 | $5 895 00 | N/A | $5 895 00 |
| 670 | $3.98 | $2,666 60 | N/A | $2,666 60 |
| 330 | $3 98 | $1,313 40 | N/A | $1 313 40 |

**Totals**

| **4,000** | | **$15,895 09** | **$0.00** | **$15,895 09** |

Additional information for this security
- Schwab acted as your agent

Security Description  META MATLS INC
Action  SOLD
Security No./CUSIP  59134N-10-4
Type  Margin

**Symbol** MMAT

**Trade Date** 07/13/21
**Settle Date** 07/15/21

| Quantity | Price | Principal | Charges and/or Interest | | Total Amount |
|---|---|---|---|---|---|
| 25 | $3.59 | $89 75 | N/A | | $89 75 |
| 500 | $3.59 | $1 795 00 | Exchange Processing Fee | $0 01 | $1,794 99 |

For the above
- Exch Process Fee  This fee offsets costs incurred by Schwab for the exchange of securities -
including those relating to assessments on broker-dealers by an exchange or other SRO - for equity,
option, or other covered security sell transactions and option security buy transactions

| | | | | | |
|---|---|---|---|---|---|
| 1 | $3 59 | $3 59 | N/A | | $3 59 |
| 41 | $3 59 | $147 19 | N/A | | $147 19 |
| 100 | $3 59 | $359 00 | N/A | | $359 00 |
| 10 | $3 59 | $35 90 | N/A | | $35 90 |
| 1 | $3 59 | $3 59 | N/A | | $3.59 |
| 322 | $3 59 | $1,155 98 | Exchange Processing Fee | $0 01 | $1 155 97 |

For the above
- Exch Process Fee  This fee offsets costs incurred by Schwab for the exchange of securities -
including those relating to assessments on broker-dealers by an exchange or other SRO - for equity,
option, or other covered security sell transactions and option security buy transactions

| | | | | | |
|---|---|---|---|---|---|
| 2 000 | $3 6406 | $7 281 20 | Exchange Processing Fee | $0 04 | $7,281 16 |

For the above
- Exch Process Fee  This fee offsets costs incurred by Schwab for the exchange of securities -
including those relating to assessments on broker-dealers by an exchange or other SRO - for equity,
option, or other covered security sell transactions and option security buy transactions

| | | | | | |
|---|---|---|---|---|---|
| 1 000 | $3 985 | $3 985 00 | Exchange Processing Fee | $0 02 | $3 984 98 |

For the above
- Exch Process Fee  This fee offsets costs incurred by Schwab for the exchange of securities -
including those relating to assessments on broker-dealers by an exchange or other SRO - for equity,
option, or other covered security sell transactions and option security buy transactions

| | | | | | |
|---|---|---|---|---|---|
| 1,500 | $3 9348 | $5 902.20 | Exchange Processing Fee | $0 03 | $5 902.17 |

For the above
- Exch Process Fee  This fee offsets costs incurred by Schwab for the exchange of securities -
including those relating to assessments on broker-dealers by an exchange or other SRO - for equity,
option, or other covered security sell transactions and option security buy transactions.

**Totals**

| 5,500 | $20,758 40 | | | $0.11 | $20,758 29 |
|---|---|---|---|---|---|

Additional information for this security
- The cost basis method requested was FIFO  Please view the Cost Basis
Disclosure Statement for additional information on cost basis method choices
and how Schwab reports adjusted cost basis information to the IRS
- Schwab acted as your agent





**Symbol** MMAT

Security Description  META MATLS INC
Action  SOLD
Security No./CUSIP  59134N-10-4
Type.  Margin
Trade Date  07/14/21
Settle Date  07/16/21

| Quantity | Price | Principal | Charges and/or Interest | | Total Amount |
|---|---|---|---|---|---|
| 1 000 | $4 2338 | $4 233 80 | Exchange Processing Fee | $0 02 | $4,233 78 |
| 1 000 | $4 1712 | $4 171 20 | Exchange Processing Fee | $0 02 | $4 171 18 |

**Totals**

| 2,000 | | $8,405 00 | | $0 04 | $8,404 96 |
|---|---|---|---|---|---|

Additional information for this security
- The cost basis method requested was FIFO  Please view the Cost Basis
Disclosure Statement for additional information on cost basis method choices
and how Schwab reports adjusted cost basis information to the IRS
- Exch Process Fee  This fee offsets costs incurred by Schwab for the exchange
of securities - including those relating to assessments on broker-dealers by an
exchange or other SRO - for equity, option, or other covered security sell
transactions and option security buy transactions
- Schwab acted as your agent



**Symbol MMAT**

Security Description  META MATLS INC
Action  SOLD
Security No./CUSIP  59134N-10-4
Type.  Margin
Trade Date  07/15/21
Settle Date  07/19/21

| Quantity | Price | Principal | Charges and/or Interest | | Total Amount |
|---|---|---|---|---|---|
| 2 000 | $3 9701 | $7 940.20 | Exchange Processing Fee | $0 04 | $7 940 16 |
| 2 000 | $3 9305 | $7 861 00 | Exchange Processing Fee | $0 04 | $7 860 96 |
| 2 000 | $3 8807 | $7 761 40 | Exchange Processing Fee | $0 04 | $7 761 36 |

**Totals**

| | | | | | |
|---|---|---|---|---|---|
| **6,000** | | **$23,562 60** | | **$0 12** | **$23,562 48** |

Additional information for this security
- The cost basis method requested was FIFO  Please view the Cost Basis Disclosure Statement for additional information on cost basis method choices and how Schwab reports adjusted cost basis information to the IRS
- Exch Process Fee  This fee offsets costs incurred by Schwab for the exchange of securities - including those relating to assessments on broker-dealers by an exchange or other SRO - for equity, option, or other covered security sell transactions and option security buy transactions
- Schwab acted as your agent



If you have questions about this report, please contact Schwab at **800-435-4000**



**Security Description:** META MATLS INC
**Action** SOLD
**Security No./CUSIP** 59134N-10-4
**Type** Margin
**Trade Date** 07/16/21
**Settle Date** 07/20/21

Symbol **MMAT**

| Quantity | Price | Principal | Charges and/or Interest | | Total Amount |
|----------|-------|-----------|-------------------------|------|--------------|
| 2 000 | $3 725 | $7 450 00 | Exchange Processing Fee | $0 04 | $7 449 96 |
| 300 | $3 6501 | $1 095 03 | Exchange Processing Fee | $0 01 | $1,095 02 |

**Totals**

| 2,300 | $8,545 03 | | $0 05 | $8,544 98 |
|-------|-----------|--|-------|-----------|

Additional information for this security
- The cost basis method requested was FIFO  Please view the Cost Basis
Disclosure Statement for additional information on cost basis method choices
and how Schwab reports adjusted cost basis information to the IRS
- Exch Process Fee  This fee offsets costs incurred by Schwab for the exchange
of securities - including those relating to assessments on broker-dealers by an
exchange or other SRO - for equity, option, or other covered security sell
transactions and option security buy transactions
- Schwab acted as your agent





| | Security Description: META MATLS INC |
|---|---|
| | Action  SOLD |
| | Security No./CUSIP  59134N-10-4 |
| Symbol MMAT | Type  Margin |
| | Trade Date  07/19/21 |
| | Settle Date  07/21/21 |

| Quantity | Price | Principal | Charges and/or Interest | Total Amount |
|---|---|---|---|---|
| 100 | $3 40 | $340 00 | N/A | $340 00 |

Additional information for this security
- The cost basis method requested was FIFO  Please view the Cost Basis
Disclosure Statement for additional information on cost basis method choices
and how Schwab reports adjusted cost basis information to the IRS
- Schwab acted as your agent



If you have questions about this report, please contact Schwab at **800-435-4000**

From    Schwab Alerts donotreply-comm@schwab com ▶
Subject: Schwab eConfirms account ending in 555
Date    November 24  2021 at 1 07 AM
To      HARRY@smm-ix com  HARRY@SMM-IX.COM



**Electronic Trade Confirmation**

**November 24, 2021 | your account ending  555**



# Schwab eConfirms ™

This email contains your trade confirmations for 11/23/2021

Please log in to the Schwab web site to view your confirmations at
www schwab com/reports

| | Security Description. META MATLS INC |
|---|---|
| | Action· SOLD |
| | Security No./CUSIP  59134N-10-4 |
| Symbol MMAT | Type  Margin |
| | Trade Date  11/23/21 |
| | Settle Date. 11/26/21 |

| Quantity | Price | Principal | Charges and/or Interest | Total Amount |
|---|---|---|---|---|
| 170 | $3 8636 | $656 81 | N/A | $656 81 |

Additional information for this security
- The cost basis method requested was Tax Lot Optimizer  Please view the Cost
Basis Disclosure Statement for additional information on cost basis method
choices and how Schwab reports adjusted cost basis information to the IRS
- Schwab acted as your agent

Security Description  Nxp Semiconductors

From    Schwab Alerts donotreply-comm@schwab com 
Subject  Schwab eConfirms for account ending in 555
Date    October 13 2022 at 1 13 AM
To      HARRY@smm-ix.com HARRY@SMM-IX COM





**Electronic Trade Confirmation**

October 13 2022 | your account ending  555

# Schwab eConfirms™

This email contains your trade confirmations for 10/12/2022

Please log in to the Schwab website to view your confirmations at
www schwab com/reports

| Symbol MMAT | |
|---|---|
| Security Description | META MATLS INC |
| Action | BOUGHT |
| Security No./CUSIP | 59134N-10-4 |
| Type | Margin |
| Trade Date | 10/12/22 |
| Settle Date | 10/14/22 |

| Quantity | Price | Principal | Charges and/or Interest | Total Amount |
|---|---|---|---|---|
| 500 | $0.9556 | $477 80 | N/A | $477 80 |
| 2,000 | $0 9651 | $1 930 20 | N/A | $1 930 20 |

**Totals**

| 2,500 | | $2,408 00 | $0 00 | $2,408.00 |
|---|---|---|---|---|

Additional information for this security
- Schwab acted as your agent

| Symbol MMAT | |
|---|---|
| Security Description | META MATLS INC |
| Action | SOLD |
| Security No./CUSIP | 59134N-10-4 |
| Type | Margin |
| Trade Date | 10/12/22 |
| Settle Date | 10/14/22 |

| Quantity | Price | Principal | Charges and/or Interest | | Total Amount |
|---|---|---|---|---|---|
| 500 | $0 9345 | $467.25 | Exchange Processing Fee | $0 01 | $467 24 |

Additional information for this security
- The cost basis method requested was Tax Lot Optimizer  Please view the Cost

From    Schwab Alerts donotreply-comm@schwab com 
Subject. Schwab eConfirms for account ending in 555
Date    October 14  2022 at 2 34 AM
To      HARRY@smm-ix com HARRY@SMM IX COM



Electronic Trade Confirmation

October 14, 2022 | your account ending  555

# Schwab eConfirms™

This email contains your trade confirmations for 10/13/2022

Please log in to the Schwab website to view your confirmations at
www schwab com/reports

Symbol **MMAT**

**Security Description  META MATLS INC**
**Action  BOUGHT**
**Security No./CUSIP  59134N-10-4**
**Type.  Margin**
**Trade Date  10/13/22**
**Settle Date  10/17/22**

| Quantity | Price | Principal | Charges and/or Interest | Total Amount |
|----------|-------|-----------|-------------------------|--------------|
| 200 | $1 185 | $237 00 | N/A | $237 00 |

Additional information for this security
- Schwab acted as your agent

Symbol **MMAT**

**Security Description  META MATLS INC**
**Action  SOLD**
**Security No./CUSIP.  59134N-10-4**
**Type  Margin**
**Trade Date. 10/13/22**
**Settle Date  10/17/22**

| Quantity | Price | Principal | Charges and/or Interest | | Total Amount |
|----------|-------|-----------|-------------------------|------|--------------|
| 2,200 | $1 0633 | $2,339 26 | Exchange Processing Fee | $0 05 | $2,339 21 |

Additional information for this security
- The cost basis method requested was Tax Lot Optimizer  Please view the Cost
Basis Disclosure Statement for additional information on cost basis method
choices and how Schwab reports adjusted cost basis information to the IRS
- Exch Process Fee  This fee offsets costs incurred by Schwab for the exchange
of securities - including those relating to assessments on broker-dealers by an
exchange or other SRO - for equity  option, or other covered security sell



Schwab One® Account of
**HARRY EUGENE AINE JR &**
**ILDIKO NEMETH-AINE**
**COMM/PROP**

Account Number
▓▓▓-3555

Statement Period
**April 1-30, 2021**

## Investment Detail - Equities (continued)

| Equities (continued) | Quantity | Market Price | Market Value / Cost Basis | % of Account Assets | Unrealized Gain or (Loss) | Estimated Yield | Estimated Annual Income |
|---|---|---|---|---|---|---|---|
| ▓▓▓▓▓▓▓ | ▓▓▓▓ | ▓▓▓▓ | ▓▓▓▓ | ▓▓ | | ▓ | ▓ |
| ▓▓▓▓▓▓ | ▓▓▓▓ | ▓▓▓▓ | ▓▓▓▓ | ▓▓ | ▓▓▓▓ | ▓ | ▓ |
| **METAMATERIAL INC** F SYMBOL  MMATF | **5,000 0000** | **2 86467** | **14,323 35** *17,438 67* | **1%** | **(3,115 32)** | **N/A** | **N/A** |
| ▓▓▓▓▓▓ | ▓▓▓▓ | ▓▓▓▓ | ▓▓▓▓ | ▓▓ | ▓▓▓▓ | ▓▓ | ▓ |
| ▓▓▓▓▓▓ | | ▓▓▓▓ | ▓▓▓▓ | ▓▓ | ▓▓▓▓ | ▓▓ | |
| ▓▓▓▓▓▓ | ▓▓▓▓ | | ▓▓▓▓ | | | | ▓ |
| ▓▓▓▓▓▓ | ▓▓▓▓ | | ▓▓▓▓ | ▓▓ | | | ▓ |
| ▓▓▓▓▓▓ | | | ▓▓▓▓ | ▓▓ | | | ▓ |
| ▓▓▓▓▓▓ | ▓▓▓▓ | ▓▓▓▓ | | ▓▓ | | | ▓ |
| ▓▓▓▓▓▓ | ▓▓▓▓ | ▓▓▓▓ | ▓▓▓▓ | ▓▓ | ▓▓▓▓ | ▓▓ | ▓ |



Schwab One® Account of
**HARRY EUGENE AINE JR &**
**ILDIKO NEMETH-AINE**
**COMM/PROP**

Account Number
███-3555

Statement Period
May 1-31, 2021

## Investment Detail - Equities (continued)

| | Quantity | Market Price | Market Value | % of Account Assets | Unrealized Gain or (Loss) | | |
|---|---|---|---|---|---|---|---|
| ███████████████ | ██████ | ██████ | ██████ | | | ██████ | ██████ |
| ███████████████ | ██████ | ██████ | ██████ | ██████ | ██████ | ██████ | ██████ |
| ██████████ | | | | | | | |
| **METAMATERIAL INC** F | 5,100 0000 | 2 98000 | 15,198 00 | 1% | (2,543 67) | N/A | N/A |
| SYMBOL  MMATF | | | *17,741 67* | | | | |
| ███████████ | ██████ | ██████ | ██████ | ██████ | ██████ | ██████ |
| ███████████ | ██████ | ██████ | ██████ | ██████ | ██████ | ██████ |
| ███████████ | ██████ | ██████ | ██████ | ██████ | ██████ | ██████ |
| ███████████ | | ██████ | ██████ | ██████ | ██████ | ██████ |



Schwab One® Account of
**HARRY EUGENE AINE JR &**
**ILDIKO NEMETH-AINE**
**COMM/PROP**

Account Number
━━●-3555

Statement Period
**June 1-30, 2021**

## Cash Transactions Summary

|  | This Period | Year to Date |
|---|---|---|

*Cash (includes any cash debit balance) held in your account plus the value of any cash invested in a sweep money fund

## Investment Detail - Equities

| Equities | Quantity | Market Price | Market Value / Cost Basis | % of Account Assets | Unrealized Gain or (Loss) | Estimated Yield | Estimated Annual Income |
|---|---|---|---|---|---|---|---|
| **META MATLS INC** (M) SYMBOL MMAT | 1,000.0000 | 7.49000 | 7,490.00 / 12,077.52 | <1% | (4,587.52) | N/A | N/A |

Please see "Endnotes for Your Account" section for an explanation of the endnote codes and symbols on this statement.



Schwab One® Account of
**HARRY EUGENE AINE JR &**
**ILDIKO NEMETH-AINE**
**COMM/PROP**

Account Number
███-3555

Statement Period
**July 1-31, 2021**

## Cash Transactions Summary



| | This Period | Year to Date |
|---|---|---|

*Cash (includes any cash debit balance) held in your account plus the value of any cash invested in a sweep money fund

## Investment Detail - Equities

| Equities | Quantity | Market Price | Market Value / Cost Basis | % of Account Assets | Unrealized Gain or (Loss) | Estimated Yield | Estimated Annual Income |
|---|---|---|---|---|---|---|---|
| META MATLS INC ⁽ᴺ⁾ SYMBOL MMAT | 170.0000 | 3.50000 | 595.00 / 2,017.55 | <1% | (1,422.55) | N/A | N/A |

Please see "Endnotes for Your Account" section for an explanation of the endnote codes and symbols on this statement.



Schwab One® Account of
**HARRY EUGENE AINE JR &**
**ILDIKO NEMETH-AINE**
**COMM/PROP**

Account Number
█████-3555

Statement Period
**August 1-31, 2021**

## Cash Transactions Summary

|  | This Period | Year to Date |
|---|---|---|

## Investment Detail - Equities

| Equities | Quantity | Market Price | Market Value / Cost Basis | % of Account Assets | Unrealized Gain or (Loss) | Estimated Yield | Estimated Annual Income |
|---|---|---|---|---|---|---|---|
| META MATLS INC [M] SYMBOL MMAT | 170.0000 | 4.65000 | 780.50 / 2,017.55 | <1% | (1,227.05) | N/A | N/A |

*charles* SCHWAB

Schwab One® Account of
**HARRY EUGENE AINE JR &
ILDIKO NEMETH-AINE
COMM/PROP**

Account Number
▓▓▓-3555

Statement Period
**September 1-30, 2021**

## Cash Transactions Summary



| | This Period | Year to Date |
|---|---|---|

*Cash (includes any cash debit balance) held in your account plus the value of any cash invested in a sweep money fund

## Investment Detail – Equities

| Equities | Quantity | Market Price | Market Value / *Cost Basis* | % of Account Assets | Unrealized Gain or (Loss) | Estimated Yield | Estimated Annual Income |
|---|---|---|---|---|---|---|---|
| ▓▓▓ | ▓▓ | ▓▓ | ▓▓ | ▓ | ▓▓ | ▓ | ▓ |
| ▓▓▓ | ▓▓ | ▓▓ | ▓▓ | ▓ | ▓▓ | ▓ | ▓ |
| **META MATLS INC** (M) SYMBOL  MMAT | 170 0000 | 5 78000 | 982 60 / *2,017 55* | <1% | (1,034 95) | N/A | N/A |
| ▓▓▓ | ▓▓ | ▓▓ | ▓▓ | ▓ | ▓▓ | ▓ | ▓ |

Please see "Endnotes for Your Account" section for an explanation of the endnote codes and symbols on this statement



**Schwab One® Account** of
**HARRY EUGENE AINE JR &**
**ILDIKO NEMETH-AINE**
**COMM/PROP**

Account Number: **-3555**

Statement Period: **October 1-31, 2021**

## Cash Transactions Summary



|  | This Period | Year to Date |
|---|---|---|

*Cash (Includes any cash debit balance) held in your account plus the value of any cash invested in a sweep money fund

## Investment Detail - Equities

| Equities | Quantity | Market Price | Market Value / Cost Basis | % of Account Assets | Unrealized Gain or (Loss) | Estimated Yield | Estimated Annual Income |
|---|---|---|---|---|---|---|---|
| ■■■ | ■■■ | ■■■ | ■■■ | ■ | ■■ | ■ | ■ |
| ■■■ | ■■■ | ■■■ | ■■■ | ■ | ■■ | ■ | ■ |
| **META MATLS INC** (M) **SYMBOL MMAT** | 170.0000 | 4.70000 | 799.00 / 2,017.55 | <1% | (1,218.55) | N/A | N/A |
| ■■■ | ■■■ | ■■■ | ■■■ | ■ | ■■ | ■ | ■ |

Please see "Endnotes for Your Account" section for an explanation of the endnote codes and symbols on this statement.