NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | | **PROOF OF INTEREST** |
|---|---|---|

Name of Debtor: Meta Materials, Inc

Case Number: 24-50792

1. Name and address of holder of the Equity Interest (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

Magdalena Dahlback
2741 Ganahl Street
Los Angeles, CA 90033

Telephone Number: 213-440-4932

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

☑ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

RECEIVED AND FILED
DEC - 9 2024
U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

COURT USE ONLY

Account or other number by which Interest holder identifies Debtor: ▓▓▓▓7643

Check here if this claim:
☐ replaces a previously filed Proof of Interest dated: _____
☐ amends a previously filed Proof of Interest dated: _____

2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:

Fidelity Brokerage Services
PO Box 28019 Albuquerque NM 87125

Telephone Number: 800-544-6666

3. Date Equity Interest was acquired:
see attachment

4. Total amount of member interest: see attachment

5. Certificate number(s): see attachment

6. Type of Equity Interest:
Please indicate the type of Equity Interest you hold:
☑ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
☐ Check this box if your Equity Interest is based on anything else and describe that interest:
Description: Investor

7. Supporting Documents: Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. Date-Stamped Copy: To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

9. Signature:
Check the appropriate box.
☑ I am the creditor.   ☐ I am the creditor's authorized agent. (Attach copy of power of attorney, if any.)   ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)   ☐ I am a guarantor, surety, endorser, or other codebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: Magdalena Dahlback
Title: Investor
Company: ___ Address and telephone number (if different from notice address above):

(Signature) [signed]   (Date) 11-27-2024

Telephone number: 213 440 4932   email: magda.dahlback@gmail.com

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

[Print Form]   [Save Form]   [Clear Form]

Fidelity Investments

Magdalena Dahlback
Individual -7643

| Date Purchased | Number of Shares | Symbol | Description |
|---|---|---|---|
| 10/19/21 | 186 | MMAT | Meta Materials, Inc. |
| 10/22/21 | 10 | MMAT | Meta Materials, Inc. |
| 9/28/22 | 375 | MMAT | Meta Materials, Inc. |
| 6/14/23 | 2865 | MMAT | Meta Materials, Inc. |
| 6/22/23 | 2600 | MMAT | Meta Materials, Inc. |
| 7/3/23 | 2575 | MMAT | Meta Materials, Inc. |
| 1/4/23 | 183 | MMAT | Meta Materials, Inc. |
| 4/5/23 | 1190 | MMAT | Meta Materials, Inc. |
| 4/14/23 | 3400 | MMAT | Meta Materials, Inc. |
| 4/14/23 | 114 | MMAT | Meta Materials, Inc. |



Transaction Confirmation  
Confirm Date: October 19, 2021

Page 1 of 1

Brokerage Account Number  
*****7643 INDIVIDUAL - TOD

**MAGDALENA Y DAHLBACK**

9900149909

MAGDALENA Y DAHLBACK  
2741 GANAHL ST  
LOS ANGELES CA 90033-2018

| Online | Fidelity.com |
| FAST(sm)-Automated Telephone | 800-544-5555 |
| Customer Service | 800-544-6666 |

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 21292-H086KU | 1* | WZ# | 10-19-21 | 10-21-21 | 36467W109 | 21292-CKZDZ | | |

You Bought     5    at   189.1400  
DESCRIPTION and DISCLOSURES  
GAMESTOP CORPORATION  
COM USD0.001 CLASS A  
WE HAVE ACTED AS AGENT.  
Principal Amount    945.70  
Settlement Amount   945.70  
Symbol: GME

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 21292-1BPDTZ | 1* | WZ# | 10-19-21 | 10-21-21 | 59134N104 | 21292-CQLJX | | |

You Bought    186    at   4.7445  
DESCRIPTION and DISCLOSURES  
META MATERIALS INC COM  
ISIN #US59134N1046 SEDOL #BKSCVX7  
WE HAVE ACTED AS AGENT.  
Principal Amount    882.48  
Settlement Amount   882.48  
Symbol: MMAT

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE     9900149909

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

MAGDALENA Y DAHLBACK  
2741 GANAHL ST  
LOS ANGELES CA 90033-2018

If you are eligible to make a deposit, please use this form for investments in your brokerage account *****7643 only.

| AMOUNT OF INVESTMENT | $ |

If there are sufficient funds in your brokerage core account (or margin account), Fidelity will use those funds to cover the trade(s) on this confirm. If you wish to deposit additional money, use this deposit slip and make checks payable to: NATIONAL FINANCIAL SERVICES LLC. Deposits will be made to the account listed above. Please mail checks to the Fidelity address on this form. Refer to the last page for instructions on depositing certificates.

FIDELITY INVESTMENTS  
PO BOX 770001  
CINCINNATI OH 45277-0003

FIDELITY BROKERAGE SERVICES LLC, MEMBER NYSE, SIPC

099    0Z06257643    00    000



Transaction Confirmation  
Confirm Date: October 22, 2021

Page 1 of 2

Brokerage Account Number  
*****7643 INDIVIDUAL - TOD

**MAGDALENA Y DAHLBACK**

9900185084

MAGDALENA Y DAHLBACK  
2741 GANAHL ST  
LOS ANGELES CA 90033-2018

Online — Fidelity.com  
FAST(sm)-Automated Telephone — 800-544-5555  
Customer Service — 800-544-6666

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 21295-LYJSDU | 1* | WZ# | 10-22-21 | 10-26-21 | 25400Q105 | 21295-CFKBJ | | |

You Bought 5 at 175.0000

Symbol: DWAC

DESCRIPTION and DISCLOSURES  
DIGITAL WORLD ACQUISITION CORP  
CLASS A COM  
WE HAVE ACTED AS AGENT.  
THIS NOTICE IS PROVIDED TO YOU, IN LIEU OF THE FINAL PROSPECTUS, PURSUANT TO SECURITIES ACT RULE 173. TO THE EXTENT THE SALE WAS MADE PURSUANT TO A REGISTRATION STATEMENT OR IN A TRANSACTION IN WHICH A FINAL PROSPECTUS WOULD HAVE BEEN REQUIRED TO HAVE BEEN DELIVERED IN THE ABSENCE OF SECURITIES ACT RULE 172. YOU CAN VIEW THE FINAL PROSPECTUS AT WWW.SEC.GOV, OR YOU MAY REQUEST A PAPER COPY BY CALLING 866-602-4402.

Principal Amount         875.00  
Settlement Amount        875.00

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE

9900185084

---

MAGDALENA Y DAHLBACK  
2741 GANAHL ST  
LOS ANGELES CA 90033-2018

FIDELITY INVESTMENTS  
PO BOX 770001  
CINCINNATI OH 45277-0003

If you are eligible to make a deposit, please use this form for investments in your brokerage account *****7643 only.

| AMOUNT OF INVESTMENT | $ |

If there are sufficient funds in your brokerage core account (or margin account), Fidelity will use those funds to cover the trade(s) on this confirm. If you wish to deposit additional money, use this deposit slip and make checks payable to: NATIONAL FINANCIAL SERVICES LLC. Deposits will be made to the account listed above. Please mail checks to the Fidelity address on this form. Refer to the last page for instructions on depositing certificates.

FIDELITY BROKERAGE SERVICES LLC, MEMBER NYSE, SIPC

099  0Z06257643   00   000

**Transaction Confirmation**  
**Confirm Date: October 22, 2021**  Page 2 of 2

Brokerage Account Number  
**\*\*\*\*\*7643 INDIVIDUAL - TOD**

**MAGDALENA Y DAHLBACK**

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 21295-1BKGWQ | 1* | WZ# | 10-22-21 | 10-26-21 | 59134N104 | 21295-CJWMN | | |
| You Bought at Symbol: MMAT | | 10 4.2355 | DESCRIPTION and DISCLOSURES META MATERIALS INC COM ISIN #US59134N1046 SEDOL #BKSCVX7 WE HAVE ACTED AS AGENT. | | | Principal Amount Settlement Amount | | 42.36 42.36 |

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE                9900185084

**REMITTANCE COUPON**



**Fidelity INVESTMENTS**
PO Box 28019
Albuquerque, NM 87125-8019

9900101343

MAGDALENA Y DAHLBACK
2741 GANAHL ST
LOS ANGELES CA 90033-2018

**Transaction Confirmation**  Page 1 of 1
**Confirm Date: September 28, 2022**

Brokerage Account Number
*****7643 INDIVIDUAL - TOD

**MAGDALENA Y DAHLBACK**

Online                                      Fidelity.com
FAST®-Automated Telephone   800-544-5555
Customer Service                     800-544-6666

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 22271-N4V2GD | 1* | WZ# | 09-28-22 | 09-30-22 | 44501Q104 | 22271-G2TJR | | |
| You Bought | | | DESCRIPTION and DISCLOSURES | | | | | |
| at | 9,900 | | HUMBL INC COM | | | Principal Amount | | 258.39 |
| Symbol: | .0261 | | WE HAVE ACTED AS AGENT. | | | Settlement Amount | | 258.39 |
| HMBL | | | | | | | | |

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 22271-1BKF9D | 1* | WZ# | 09-28-22 | 09-30-22 | 59134N104 | 22271-G2K3B | | |
| You Bought | | | DESCRIPTION and DISCLOSURES | | | | | |
| at | 375 | | META MATERIALS INC COM | | | Principal Amount | | 250.31 |
| Symbol: | .667499 | | ISIN #US59134N1046 SEDOL #BKSCVX7 | | | Settlement Amount | | 250.31 |
| MMAT | | | WE HAVE ACTED AS AGENT. | | | | | |

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE         9900101343

MAGDALENA Y DAHLBACK
2741 GANAHL ST
LOS ANGELES CA 90033-2018

If you are eligible to make a deposit, please use this form for investments in your brokerage account *****7643   only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

If there are sufficient funds in your brokerage core account (or margin account), Fidelity will use those funds to cover the trade(s) on this confirm. If you wish to deposit additional money, use this deposit slip and make checks payable to: NATIONAL FINANCIAL SERVICES LLC. Deposits will be made to the account listed above. Please mail checks to the Fidelity address on this form. Refer to the last page for instructions on depositing certificates.

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH  45277-0003

FIDELITY BROKERAGE SERVICES LLC, MEMBER NYSE, SIPC

099  0Z06257643   00    000



PO Box 28019
Albuquerque, NM 87125-8019

**Transaction Confirmation**　　　Page 1 of 1
**Confirm Date: June 22, 2023**

Brokerage Account Number
*****7643 **INDIVIDUAL - TOD**

**MAGDALENA Y DAHLBACK**

9900108723

MAGDALENA Y DAHLBACK
2741 GANAHL ST
LOS ANGELES CA 90033-2018

Online　　　　　　　　　　　　　Fidelity.com
FAST®-Automated Telephone　　　 800-544-5555
Customer Service　　　　　　　　800-544-6666

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 23173-1CNRDT | 1* | WZ# | 06-22-23 | 06-26-23 | 59134N104 | 23173-G9MZK | | |
| You Bought | | 2,600 | DESCRIPTION and DISCLOSURES META MATERIALS INC COM ISIN #US59134N1046 SEDOL #BKSCVX7 | | | Principal Amount Settlement Amount | | 516.10 516.10 |
| at Symbol: MMAT | | .1985 | WE HAVE ACTED AS AGENT. | | | | | |

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE　　　9900108723

MAGDALENA Y DAHLBACK
2741 GANAHL ST
LOS ANGELES CA 90033-2018

If you are eligible to make a deposit, please use this form for investments in your brokerage account *****7643   only.

| AMOUNT OF INVESTMENT | $ |

If there are sufficient funds in your brokerage core account (or margin account), Fidelity will use those funds to cover the trade(s) on this confirm. If you wish to deposit additional money, use this deposit slip and make checks payable to: NATIONAL FINANCIAL SERVICES LLC. Deposits will be made to the account listed above. Please mail checks to the Fidelity address on this form. Refer to the last page for instructions on depositing certificates.

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH  45277-0003

FIDELITY BROKERAGE SERVICES LLC, MEMBER NYSE, SIPC

099  0Z06257643    00    000



PO Box 28019
Albuquerque, NM 87125-8019

**Transaction Confirmation**
**Confirm Date: July 3, 2023**

Page 1 of 1

Brokerage Account Number
*****7643 **INDIVIDUAL - TOD**

**MAGDALENA Y DAHLBACK**

MAGDALENA Y DAHLBACK
2741 GANAHL ST
LOS ANGELES CA 90033-2018

9900131669

Online     Fidelity.com
FAST®-Automated Telephone     800-544-5555
Customer Service     800-544-6666

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 23184-1C4NTV | 1* | WZ# | 07-03-23 | 07-06-23 | 59134N104 | 23184-HEDQ7 | | |

You Bought    2,575    DESCRIPTION and DISCLOSURES
                META MATERIALS INC COM      Principal Amount     519.89
     at    .2019    ISIN #US59134N1046 SEDOL #BKSCVX7      Settlement Amount     519.89
Symbol:         WE HAVE ACTED AS AGENT.
MMAT

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE     9900131669

---

MAGDALENA Y DAHLBACK
2741 GANAHL ST
LOS ANGELES CA 90033-2018

If you are eligible to make a deposit, please use this form for investments in your brokerage account *****7643 only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

If there are sufficient funds in your brokerage core account (or margin account), Fidelity will use those funds to cover the trade(s) on this confirm. If you wish to deposit additional money, use this deposit slip and make checks payable to: NATIONAL FINANCIAL SERVICES LLC. Deposits will be made to the account listed above. Please mail checks to the Fidelity address on this form. Refer to the last page for instructions on depositing certificates.

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH 45277-0003

FIDELITY BROKERAGE SERVICES LLC, MEMBER NYSE, SIPC

099    0Z06257643    00    000



**FIDELITY INVESTMENTS**
PO Box 28019
Albuquerque, NM 87125-8019

**Transaction Confirmation**  Page 1 of 1
**Confirm Date: January 4, 2023**

Brokerage Account Number
*****7643 INDIVIDUAL - TOD

**MAGDALENA Y DAHLBACK**

9900118628

MAGDALENA Y DAHLBACK
2741 GANAHL ST
LOS ANGELES CA 90033-2018

| Online | Fidelity.com |
| FAST®-Automated Telephone | 800-544-5555 |
| Customer Service | 800-544-6666 |

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 23004-1BT2TW | 1* | WZ# | 01-04-23 | 01-06-23 | 59134N104 | 23004-DNECG | | |
| You Bought | | | DESCRIPTION and DISCLOSURES | | | | | |
| | | 183 | META MATERIALS INC COM | | | Principal Amount | | 196.98 |
| at | | 1.0764 | ISIN #US59134N1046 SEDOL #BKSCVX7 | | | Settlement Amount | | 196.98 |
| Symbol: | | | WE HAVE ACTED AS AGENT. | | | | | |
| MMAT | | | | | | | | |

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE        9900118628

---

MAGDALENA Y DAHLBACK
2741 GANAHL ST
LOS ANGELES CA 90033-2018

If you are eligible to make a deposit, please use this form for investments in your brokerage account *****7643   only.

| AMOUNT OF INVESTMENT | $ |

If there are sufficient funds in your brokerage core account (or margin account), Fidelity will use those funds to cover the trade(s) on this confirm. If you wish to deposit additional money, use this deposit slip and make checks payable to: NATIONAL FINANCIAL SERVICES LLC. Deposits will be made to the account listed above. Please mail checks to the Fidelity address on this form. Refer to the last page for instructions on depositing certificates.

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH 45277-0003

FIDELITY BROKERAGE SERVICES LLC, MEMBER NYSE, SIPC

099   0Z06257643   00   000



PO Box 28019
Albuquerque, NM 87125-8019

**Transaction Confirmation**  Page 1 of 1
**Confirm Date: April 5, 2023**

Brokerage Account Number
**\*\*\*\*\*7643 INDIVIDUAL - TOD**

**MAGDALENA Y DAHLBACK**

9900118378

MAGDALENA Y DAHLBACK
2741 GANAHL ST
LOS ANGELES CA 90033-2018

Online                          Fidelity.com
FAST®-Automated Telephone       800-544-5555
Customer Service                800-544-6666

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 23095-1BNGFM | 1* | WZ# | 04-05-23 | 04-10-23 | 59134N104 | 23095-G24B0 | | |
| | | | DESCRIPTION and DISCLOSURES | | | | | |
| You Bought | | 1,190 | META MATERIALS INC COM | | | Principal Amount | | 499.92 |
| at | | .4201 | ISIN #US59134N1046 SEDOL #BKSCVX7 | | | Settlement Amount | | 499.92 |
| Symbol: | | | WE HAVE ACTED AS AGENT. | | | | | |
| MMAT | | | | | | | | |

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE        9900118378

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

MAGDALENA Y DAHLBACK
2741 GANAHL ST
LOS ANGELES CA 90033-2018

If you are eligible to make a deposit, please use this form for investments in your brokerage account **\*\*\*\*\*7643**   only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

If there are sufficient funds in your brokerage core account (or margin account), Fidelity will use those funds to cover the trade(s) on this confirm. If you wish to deposit additional money, use this deposit slip and make checks payable to: NATIONAL FINANCIAL SERVICES LLC. Deposits will be made to the account listed above. Please mail checks to the Fidelity address on this form. Refer to the last page for instructions on depositing certificates.

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH  45277-0003

FIDELITY BROKERAGE SERVICES LLC, MEMBER NYSE, SIPC

099  0Z06257643    00    000



PO Box 28019
Albuquerque, NM 87125-8019

**Transaction Confirmation**  Page 1 of 1
**Confirm Date: April 14, 2023**

Brokerage Account Number
**\*\*\*\*\*7643 INDIVIDUAL - TOD**

**MAGDALENA Y DAHLBACK**

9900110414

MAGDALENA Y DAHLBACK
2741 GANAHL ST
LOS ANGELES CA 90033-2018

Online                            Fidelity.com
FAST®-Automated Telephone         800-544-5555
Customer Service                  800-544-6666

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 23104-1BL6ML | 1* | WZ# | 04-14-23 | 04-18-23 | 59134N104 | 23104-G3DMN | | |

| | | | DESCRIPTION and DISCLOSURES | | | |
|---|---|---|---|---|---|---|
| You Bought | | | META MATERIALS INC COM | | Principal Amount | 749.70 |
| | 3,400 | | ISIN #US59134N1046 SEDOL #BKSCVX7 | | Settlement Amount | 749.70 |
| at | .2205 | | WE HAVE ACTED AS AGENT. | | | |
| Symbol: MMAT | | | | | | |

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 23104-1BMR8H | 1* | WZ# | 04-14-23 | 04-18-23 | 59134N104 | 23104-G3LYZ | | |

| | | | DESCRIPTION and DISCLOSURES | | | |
|---|---|---|---|---|---|---|
| You Bought | | | META MATERIALS INC COM | | Principal Amount | 25.05 |
| | 114 | | ISIN #US59134N1046 SEDOL #BKSCVX7 | | Settlement Amount | 25.05 |
| at | .2197 | | WE HAVE ACTED AS AGENT. | | | |
| Symbol: MMAT | | | | | | |

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE                  9900110414

---

MAGDALENA Y DAHLBACK
2741 GANAHL ST
LOS ANGELES CA 90033-2018

If you are eligible to make a deposit, please use this form for investments in your brokerage account \*\*\*\*\*7643  only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

If there are sufficient funds in your brokerage core account (or margin account), Fidelity will use those funds to cover the trade(s) on this confirm. If you wish to deposit additional money, use this deposit slip and make checks payable to: NATIONAL FINANCIAL SERVICES LLC. Deposits will be made to the account listed above. Please mail checks to the Fidelity address on this form. Refer to the last page for instructions on depositing certificates.

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH  45277-0003

FIDELITY BROKERAGE SERVICES LLC, MEMBER NYSE, SIPC

099  0Z06257643   00   000

# Fidelity INVESTMENTS

PO Box 28019
Albuquerque, NM 87125-8019

**Transaction Confirmation**
**Confirm Date: June 14, 2023**

Page 1 of 1

Brokerage Account Number
**\*\*\*\*\*7643 INDIVIDUAL - TOD**

**MAGDALENA Y DAHLBACK**

9900132459

MAGDALENA Y DAHLBACK
2741 GANAHL ST
LOS ANGELES CA 90033-2018

| Online | Fidelity.com |
| FAST®-Automated Telephone | 800-544-5555 |
| Customer Service | 800-544-6666 |

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 23165-1D6HXB | 1* | WZ# | 06-14-23 | 06-16-23 | 59134N104 | 23165-HNY70 | | |

You Bought                          DESCRIPTION and DISCLOSURES
                  2,865             META MATERIALS INC COM                Principal Amount         649.50
     at           .2267             ISIN #US59134N1046 SEDOL #BKSCVX7     Settlement Amount        649.50
Symbol:                             WE HAVE ACTED AS AGENT.
MMAT

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE                                      9900132459

MAGDALENA Y DAHLBACK
2741 GANAHL ST
LOS ANGELES CA 90033-2018

If you are eligible to make a deposit, please use this form for investments in your brokerage account \*\*\*\*\*7643   only.

| AMOUNT OF INVESTMENT | $ |

If there are sufficient funds in your brokerage core account (or margin account), Fidelity will use those funds to cover the trade(s) on this confirm. If you wish to deposit additional money, use this deposit slip and make checks payable to: NATIONAL FINANCIAL SERVICES LLC. Deposits will be made to the account listed above. Please mail checks to the Fidelity address on this form. Refer to the last page for instructions on depositing certificates.

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH  45277-0003

FIDELITY BROKERAGE SERVICES LLC, MEMBER NYSE, SIPC

099  0Z06257643    00   000