NVB 3001 (Effective 1/21)

# UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA

**PROOF OF INTEREST**

Name of Debtor: Meta Materials, Inc

Case Number: 24-50792

1. **Name and address of holder of the Equity Interest** (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

Magdalena Dahlback
2741 Ganahl Street
Los Angeles, CA 90033

Telephone Number: 213-440-4932

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

☑ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

RECEIVED AND FILED
DEC - 9 2024
U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

COURT USE ONLY

**NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.**

Account or other number by which Interest holder identifies Debtor: [redacted]0552

Check here if this claim:
☐ replaces a previously filed Proof of Interest dated: ____________
☐ amends a previously filed Proof of Interest dated: ____________

2. **Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:**
Fidelity Brokerage Services
PO Box 28019 Albuquerque NM 87125
**Telephone Number:** 800-544-6666

3. **Date Equity Interest was acquired:** see attachment

4. **Total amount of member interest:** see attachment

5. **Certificate number(s):** see attachment

6. **Type of Equity Interest:**
Please indicate the type of Equity Interest you hold:
☑ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
☐ Check this box if your Equity Interest is based on anything else and describe that interest:
**Description:** Investor

7. **Supporting Documents**: Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. **Date-Stamped Copy:** To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

9. **Signature:**
Check the appropriate box.
☑ I am the creditor.
☐ I am the creditor's authorized agent. (Attach copy of power of attorney, if any.)
☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)
☐ I am a guarantor, surety, endorser, or other codebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: Magdalena Dahlback
Title: Investor
Company:__ Address and telephone number (if different from notice address above):

(Signature) [signature] (Date) 11-27-2024

Telephone number: 213 440 4932 email: magda.dahlback@gmail.com

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

Print Form Save Form Clear Form

Fidelity Investments

Magdalena Dahlback
Roth IRA -0552

| Date Purchased | Number of Shares | Symbol | Description |
|---|---|---|---|
| 10/20/22 | 176 | MMAT | Meta Materials, Inc. |
| 10/20/22 | 67 | MMAT | Meta Materials, Inc. |
| 11/7/22 | 96 | MMAT | Meta Materials, Inc. |
| 12/6/22 | 90 | MMAT | Meta Materials, Inc. |
| 6/14/23 | 665 | MMAT | Meta Materials, Inc. |
| 6/22/23 | 910 | MMAT | Meta Materials, Inc. |
| 1/19/23 | 658 | MMAT | Meta Materials, Inc. |
| 2/22/23 | 149 | MMAT | Meta Materials, Inc. |
| 4/5/23 | 3592 | MMAT | Meta Materials, Inc. |
| 4/14/23 | 41 | MMAT | Meta Materials, Inc. |



PO Box 28019
Albuquerque, NM 87125-8019

# Transaction Confirmation
## Confirm Date: October 20, 2022



Brokerage Account Number
*****0552 ROTH IRA

**MAGDALENA Y DAHLBACK**

9900196847

FMTC CUSTODIAN - ROTH IRA
FBO MAGDALENA Y DAHLBACK
2741 GANAHL ST
LOS ANGELES CA 90033-2018

| | |
|---|---|
| Online | Fidelity.com |
| FAST®-Automated Telephone | 800-544-5555 |
| Customer Service | 800-544-6666 |

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. |
|---|---|---|---|---|---|---|
| 22293-1BN7SJ | 1* | WZ# | 10-20-22 | 10-24-22 | 59134N104 | 22293-G3J61 |

DESCRIPTION and DISCLOSURES

You Bought 176 at .8312
Symbol: MMAT

META MATERIALS INC COM
ISIN #US59134N1046 SEDOL #BKSCVX7
WE HAVE ACTED AS AGENT.
PARTIAL EXECUTION

| | |
|---|---|
| Principal Amount | 146.29 |
| Settlement Amount | 146.29 |

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. |
|---|---|---|---|---|---|---|
| 22293-1BN88V | 1* | WZ# | 10-20-22 | 10-24-22 | 59134N104 | 22293-G3J61 |

DESCRIPTION and DISCLOSURES

You Bought 67 at .8312
Symbol: MMAT

META MATERIALS INC COM
ISIN #US59134N1046 SEDOL #BKSCVX7
WE HAVE ACTED AS AGENT.
PARTIAL EXECUTION

| | |
|---|---|
| Principal Amount | 55.69 |
| Settlement Amount | 55.69 |

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE

9900196847

---

FMTC CUSTODIAN - ROTH IRA
FBO MAGDALENA Y DAHLBACK
2741 GANAHL ST
LOS ANGELES CA 90033-2018

If you are eligible to make a deposit, please use this form for investments in your brokerage account *****0552 only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH 45277-0003

If there are sufficient funds in your brokerage core account (or margin account), Fidelity will use those funds to cover the trade(s) on this confirm. If you wish to deposit additional money, use this deposit slip and make checks payable to: NATIONAL FINANCIAL SERVICES LLC. Deposits will be made to the account listed above. Please mail checks to the Fidelity address on this form. Refer to the last page for instructions on depositing certificates.



PO Box 28019
Albuquerque, NM 87125-8019

**Transaction Confirmation**
**Confirm Date: November 7, 2022**



Brokerage Account Number
*****0552 ROTH IRA

**MAGDALENA Y DAHLBACK**

9900263184

FMTC CUSTODIAN - ROTH IRA
FBO MAGDALENA Y DAHLBACK
2741 GANAHL ST
LOS ANGELES CA 90033-2018

| | |
|---|---|
| Online | Fidelity.com |
| FAST®-Automated Telephone | 800-544-5555 |
| Customer Service | 800-544-6666 |

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 22311-BCXJCH | 1* | PIP | 11-07-22 | 11-08-22 | 315792424 | 22309-0BC6S | | |

| | | DESCRIPTION and DISCLOSURES | | |
|---|---|---|---|---|
| You Bought | | FIDELITY FREEDOM 2045 | Principal Amount | 100.00 |
| | 9.756 | WE HAVE ACTED AS AGENT. | Settlement Amount | 100.00 |
| at | 10.2500 | PERIODIC INVESTMENT | | |
| Symbol: FFFGX | | | | |

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 22311-1B3BWR | 1* | WZ# | 11-07-22 | 11-09-22 | 59134N104 | 22311-DOAWJ | | |

| | | DESCRIPTION and DISCLOSURES | | |
|---|---|---|---|---|
| You Bought | | META MATERIALS INC COM | Principal Amount | 150.19 |
| | 96 | ISIN #US59134N1046 SEDOL #BKSCVX7 | Settlement Amount | 150.19 |
| at | 1.5645 | WE HAVE ACTED AS AGENT. | | |
| Symbol: MMAT | | | | |

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE

9900263184

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

FMTC CUSTODIAN - ROTH IRA
FBO MAGDALENA Y DAHLBACK
2741 GANAHL ST
LOS ANGELES CA 90033-2018

If you are eligible to make a deposit, please use this form for investments in your brokerage account *****0552 only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

If there are sufficient funds in your brokerage core account (or margin account), Fidelity will use those funds to cover the trade(s) on this confirm. If you wish to deposit additional money, use this deposit slip and make checks payable to: NATIONAL FINANCIAL SERVICES LLC. Deposits will be made to the account listed above. Please mail checks to the Fidelity address on this form. Refer to the last page for instructions on depositing certificates.

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH 45277-0003



099 0215750552 00 000



PO Box 28019
Albuquerque, NM 87125-8019

**Transaction Confirmation**
**Confirm Date: December 6, 2022**



Brokerage Account Number
*******0552 ROTH IRA**

**MAGDALENA Y DAHLBACK**

9900224110

FMTC CUSTODIAN - ROTH IRA
FBO MAGDALENA Y DAHLBACK
2741 GANAHL ST
LOS ANGELES CA 90033-2018

| | |
|---|---|
| Online | Fidelity.com |
| FAST®-Automated Telephone | 800-544-5555 |
| Customer Service | 800-544-6666 |

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 22340-1BRG8S | 1* | WZ# | 12-06-22 | 12-08-22 | 59134N104 | 22340-DMW0G | | |

DESCRIPTION and DISCLOSURES

| | | | | |
|---|---|---|---|---|
| You Bought | | META MATERIALS INC COM | Principal Amount | 150.75 |
| | 90 | ISIN #US59134N1046 SEDOL #BKSCVX7 | Settlement Amount | 150.75 |
| at | 1.6750 | WE HAVE ACTED AS AGENT. | | |

Symbol:
MMAT

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE

9900224110

FMTC CUSTODIAN - ROTH IRA
FBO MAGDALENA Y DAHLBACK
2741 GANAHL ST
LOS ANGELES CA 90033-2018

If you are eligible to make a deposit, please use this form for investments in your brokerage account *******0552** only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH 45277-0003

If there are sufficient funds in your brokerage core account (or margin account), Fidelity will use those funds to cover the trade(s) on this confirm. If you wish to deposit additional money, use this deposit slip and make checks payable to: NATIONAL FINANCIAL SERVICES LLC. Deposits will be made to the account listed above. Please mail checks to the Fidelity address on this form. Refer to the last page for instructions on depositing certificates.



099 0215750552 00 000



PO Box 28019
Albuquerque, NM 87125-8019

**Transaction Confirmation**
**Confirm Date: June 14, 2023**



Brokerage Account Number
*******0552 ROTH IRA**

**MAGDALENA Y DAHLBACK**

9900278424

FMTC CUSTODIAN - ROTH IRA
FBO MAGDALENA Y DAHLBACK
2741 GANAHL ST
LOS ANGELES CA 90033-2018

| | |
|---|---|
| Online | Fidelity.com |
| FAST®-Automated Telephone | 800-544-5555 |
| Customer Service | 800-544-6666 |

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. |
|---|---|---|---|---|---|---|
| 23165-1D7PXS | 1* | WZ# | 06-14-23 | 06-16-23 | 59134N104 | 23165-HN1YT |

| | | DESCRIPTION and DISCLOSURES | | |
|---|---|---|---|---|
| You Bought | | META MATERIALS INC COM | Principal Amount | 150.29 |
| | 665 | ISIN #US59134N1046 SEDOL #BKSCVX7 | Settlement Amount | 150.29 |
| at | .2260 | WE HAVE ACTED AS AGENT. | | |
| Symbol: MMAT | | | | |

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE

9900278424

FMTC CUSTODIAN - ROTH IRA
FBO MAGDALENA Y DAHLBACK
2741 GANAHL ST
LOS ANGELES CA 90033-2018

If you are eligible to make a deposit, please use this form for investments in your brokerage account *******0552** only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH 45277-0003

If there are sufficient funds in your brokerage core account (or margin account), Fidelity will use those funds to cover the trade(s) on this confirm. If you wish to deposit additional money, use this deposit slip and make checks payable to: NATIONAL FINANCIAL SERVICES LLC. Deposits will be made to the account listed above. Please mail checks to the Fidelity address on this form. Refer to the last page for instructions on depositing certificates.

FIDELITY BROKERAGE SERVICES LLC, MEMBER NYSE, SIPC

099 0215750552 00 000



PO Box 28019
Albuquerque, NM 87125-8019

**Transaction Confirmation**
**Confirm Date: January 19, 2023**



Brokerage Account Number
*****0552 ROTH IRA

**MAGDALENA Y DAHLBACK**

9900212593

FMTC CUSTODIAN - ROTH IRA
FBO MAGDALENA Y DAHLBACK
2741 GANAHL ST
LOS ANGELES CA 90033-2018

| | |
|---|---|
| Online | Fidelity.com |
| FAST®-Automated Telephone | 800-544-5555 |
| Customer Service | 800-544-6666 |

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 23019-1BP9LF | 1* | WZ# | 01-19-23 | 01-23-23 | 59134N104 | 23019-G4YC3 | | |

| | | DESCRIPTION and DISCLOSURES | | |
|---|---|---|---|---|
| You Bought | | META MATERIALS INC COM | Principal Amount | 650.76 |
| | 658 | ISIN #US59134N1046 SEDOL #BKSCVX7 | Settlement Amount | 650.76 |
| at | .9890 | WE HAVE ACTED AS AGENT. | | |
| Symbol: MMAT | | | | |

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE

9900212593

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

FMTC CUSTODIAN - ROTH IRA
FBO MAGDALENA Y DAHLBACK
2741 GANAHL ST
LOS ANGELES CA 90033-2018

If you are eligible to make a deposit, please use this form for investments in your brokerage account *****0552 only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

If there are sufficient funds in your brokerage core account (or margin account), Fidelity will use those funds to cover the trade(s) on this confirm. If you wish to deposit additional money, use this deposit slip and make checks payable to: NATIONAL FINANCIAL SERVICES LLC. Deposits will be made to the account listed above. Please mail checks to the Fidelity address on this form. Refer to the last page for instructions on depositing certificates.

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH 45277-0003



099 0215750552 00 000



PO Box 28019
Albuquerque, NM 87125-8019

**Transaction Confirmation**
**Confirm Date: February 22, 2023**

Page 1 of 1

Brokerage Account Number
*****0552 ROTH IRA

**MAGDALENA Y DAHLBACK**

9900223657

FMTC CUSTODIAN - ROTH IRA
FBO MAGDALENA Y DAHLBACK
2741 GANAHL ST
LOS ANGELES CA 90033-2018

| | |
|---|---|
| Online | Fidelity.com |
| FAST®-Automated Telephone | 800-544-5555 |
| Customer Service | 800-544-6666 |

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 23053-1BQJ4K | 1* | WZ# | 02-22-23 | 02-24-23 | 59134N104 | 23053-G4N3A | | |

| | | DESCRIPTION and DISCLOSURES | | |
|---|---|---|---|---|
| You Bought | | META MATERIALS INC COM | Principal Amount | 100.02 |
| | 149 | ISIN #US59134N1046 SEDOL #BKSCVX7 | Settlement Amount | 100.02 |
| at | .67125 | WE HAVE ACTED AS AGENT. | | |
| Symbol: MMAT | | | | |

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE

9900223657

FMTC CUSTODIAN - ROTH IRA
FBO MAGDALENA Y DAHLBACK
2741 GANAHL ST
LOS ANGELES CA 90033-2018

If you are eligible to make a deposit, please use this form for investments in your brokerage account *****0552 only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

If there are sufficient funds in your brokerage core account (or margin account), Fidelity will use those funds to cover the trade(s) on this confirm. If you wish to deposit additional money, use this deposit slip and make checks payable to: NATIONAL FINANCIAL SERVICES LLC. Deposits will be made to the account listed above. Please mail checks to the Fidelity address on this form. Refer to the last page for instructions on depositing certificates.

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH 45277-0003



PO Box 28019
Albuquerque, NM 87125-8019

**Transaction Confirmation**
**Confirm Date: April 5, 2023**



Brokerage Account Number
*****0552 ROTH IRA

**MAGDALENA Y DAHLBACK**

9900240289

FMTC CUSTODIAN - ROTH IRA
FBO MAGDALENA Y DAHLBACK
2741 GANAHL ST
LOS ANGELES CA 90033-2018

| | |
|---|---|
| Online | Fidelity.com |
| FAST®-Automated Telephone | 800-544-5555 |
| Customer Service | 800-544-6666 |

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 23095-1BMW9K | 1* | WZ# | 04-05-23 | 04-10-23 | 59134N104 | 23095-G2WX1 | | |

| | | DESCRIPTION and DISCLOSURES | | |
|---|---|---|---|---|
| You Bought | | META MATERIALS INC COM | Principal Amount | 1,516.18 |
| | 3,592 | ISIN #US59134N1046 SEDOL #BKSCVX7 | Settlement Amount | 1,516.18 |
| at | .4221 | WE HAVE ACTED AS AGENT. | | |
| Symbol: MMAT | | | | |

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE

9900240289

FMTC CUSTODIAN - ROTH IRA
FBO MAGDALENA Y DAHLBACK
2741 GANAHL ST
LOS ANGELES CA 90033-2018

If you are eligible to make a deposit, please use this form for investments in your brokerage account *****0552 only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

If there are sufficient funds in your brokerage core account (or margin account), Fidelity will use those funds to cover the trade(s) on this confirm. If you wish to deposit additional money, use this deposit slip and make checks payable to: NATIONAL FINANCIAL SERVICES LLC. Deposits will be made to the account listed above. Please mail checks to the Fidelity address on this form. Refer to the last page for instructions on depositing certificates.

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH 45277-0003



099 0215750552 00 000



PO Box 28019
Albuquerque, NM 87125-8019

**Transaction Confirmation**
**Confirm Date: April 14, 2023**

Page 1 of 1

Brokerage Account Number
*****0552 ROTH IRA

**MAGDALENA Y DAHLBACK**

9900228260

FMTC CUSTODIAN - ROTH IRA
FBO MAGDALENA Y DAHLBACK
2741 GANAHL ST
LOS ANGELES CA 90033-2018

| | |
|---|---|
| Online | Fidelity.com |
| FAST®-Automated Telephone | 800-544-5555 |
| Customer Service | 800-544-6666 |

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 23104-1BNZVM | 1* | WZ# | 04-14-23 | 04-18-23 | 59134N104 | 23104-G3557 | | |

| | | DESCRIPTION and DISCLOSURES | | |
|---|---|---|---|---|
| You Bought | 41 | META MATERIALS INC COM | Principal Amount | 9.02 |
| at | .2200 | ISIN #US59134N1046 SEDOL #BKSCVX7 | Settlement Amount | 9.02 |
| Symbol: MMAT | | WE HAVE ACTED AS AGENT. | | |

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE

9900228260

FMTC CUSTODIAN - ROTH IRA
FBO MAGDALENA Y DAHLBACK
2741 GANAHL ST
LOS ANGELES CA 90033-2018

If you are eligible to make a deposit, please use this form for investments in your brokerage account *****0552 only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH 45277-0003

If there are sufficient funds in your brokerage core account (or margin account), Fidelity will use those funds to cover the trade(s) on this confirm. If you wish to deposit additional money, use this deposit slip and make checks payable to: NATIONAL FINANCIAL SERVICES LLC. Deposits will be made to the account listed above. Please mail checks to the Fidelity address on this form. Refer to the last page for instructions on depositing certificates.



PO Box 28019
Albuquerque, NM 87125-8019

## Transaction Confirmation
## Confirm Date: June 22, 2023



Brokerage Account Number
*****0552 ROTH IRA

**MAGDALENA Y DAHLBACK**

9900231143

FMTC CUSTODIAN - ROTH IRA
FBO MAGDALENA Y DAHLBACK
2741 GANAHL ST
LOS ANGELES CA 90033-2018

| | |
|---|---|
| Online | Fidelity.com |
| FAST®-Automated Telephone | 800-544-5555 |
| Customer Service | 800-544-6666 |

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 23173-1CX3VS | 1* | WZ# | 06-22-23 | 06-26-23 | 59134N104 | 23173-HAMHK | | |

| | | DESCRIPTION and DISCLOSURES | | |
|---|---|---|---|---|
| You Bought | | META MATERIALS INC COM | Principal Amount | 179.82 |
| | 910 | ISIN #US59134N1046 SEDOL #BKSCVX7 | Settlement Amount | 179.82 |
| at | .1976 | WE HAVE ACTED AS AGENT. | | |
| Symbol: MMAT | | | | |

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE

9900231143

FMTC CUSTODIAN - ROTH IRA
FBO MAGDALENA Y DAHLBACK
2741 GANAHL ST
LOS ANGELES CA 90033-2018

If you are eligible to make a deposit, please use this form for investments in your brokerage account *****0552 only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

If there are sufficient funds in your brokerage core account (or margin account), Fidelity will use those funds to cover the trade(s) on this confirm. If you wish to deposit additional money, use this deposit slip and make checks payable to: NATIONAL FINANCIAL SERVICES LLC. Deposits will be made to the account listed above. Please mail checks to the Fidelity address on this form. Refer to the last page for instructions on depositing certificates.

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH 45277-0003



099 0215750552 00 000