NVB 3001 (Effective 1/21)

# UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA

**PROOF OF INTEREST**

**Name of Debtor:** Meta Materials Inc

**Case Number:** 24-50792-HLB

**1. Name and address of holder of the Equity Interest** (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

Angela Henkens
11618 NE 102nd Place
Kirkland, WA 98033

**Telephone Number:** 206 920-1110

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

☒ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

**RECEIVED AND FILED**
DEC 10 2024
U.S BANKRUPTCY COURT
MARY A SCHOTT, CLERK

**COURT USE ONLY**

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

**Account or other number by which Interest holder identifies Debtor:**
E*Trade Securities # 499-219421-205

Check here if this claim:
☐ replaces a previously filed Proof of Interest dated: n/a
☐ amends a previously filed Proof of Interest dated: _____

**2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:**
ETrade Securities

**Telephone Number:** 

**3. Date Equity Interest was acquired:**
March 15, 2021 - August 17, 2021
See Supporting Documents

**4. Total amount of member interest:** 21 Shares

**5. Certificate number(s):** n/a

**6. Type of Equity Interest**
Please indicate the type of Equity Interest you hold:
☒ Check this box if your Equity Interest is based on an actual member interest held in the Debtor
☐ Check this box if your Equity Interest is based on anything else and describe that interest
**Description:** Investor

**7. Supporting Documents:** Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**8. Date-Stamped Copy:** To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

**9. Signature**
Check the appropriate box.
☒ I am the creditor   ☐ I am the creditor's authorized agent (Attach copy of power of attorney if any)   ☐ I am the trustee or the debtor or their authorized agent (See Bankruptcy Rule 3004)   ☐ I am a guarantor, surety, endorser, or other codebtor (See Bankruptcy Rule 3005)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: Angela Henkens
Title: Self
Company: Address and telephone number (if different from notice address above): n/a

(Signature) /s/ Angela Henkens    (Date) 12/5/2024
Telephone number: 206 920-1110    email: adhenkens@gmail.com

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C §§ 152 AND 3571*



# E✲TRADE
### from Morgan Stanley

**CLIENT STATEMENT** | For the Period July 1- September 30, 2024

**STATEMENT FOR**
**ANGELA R HENKENS**

**Beginning Total Value** (as of 7/1/24)
**Ending Total Value** (as of 9/30/24)
*Includes Accrued Interest*



**Access Your Account Online At**
www.etrade.com or call 800-387-2331

*Morgan Stanley Smith Barney LLC  Member SIPC*
*E*TRADE is a business of Morgan Stanley*

#BWNJGWM

ANGELA R HENKENS
11618 NE 102nd Pl
KIRKLAND WA 98033

INVESTMENTS AND INSURANCE PRODUCTS  NOT FDIC INSURED • NOT A BANK DEPOSIT •
NOT INSURED BY ANY FEDERAL GOVERNMENT AGENCY • NOT BANK GUARANTEED •
MAY LOSE VALUE • UNLESS SPECIFICALLY NOTED  ALL VALUES ARE DISPLAYED IN USD

499 - 219421 - 205 - 4 - 1

Supporting Document 2b for Angela Henkens Sept 2024 statement pg 3
shows account #

Case 24-50702-hlb Doc 510 Entered 12/10/24 13:45:54 Page 3 of 6

# E✳TRADE
from Morgan Stanley

CLIENT STATEMENT | For the Period July 1- September 30, 2024 | Page 3 of 8

## Account Summary

Self-Directed Brokerage Account
499-219421-205

ANGELA R HENKENS

### CHANGE IN VALUE OF YOUR ACCOUNT (includes accrued interest)

|  | This Period (7/1/24-9/30/24) | This Year (1/1/24-9/30/24) |
|---|---|---|
| TOTAL BEGINNING VALUE | ▉ | ▉ |
| Credits | — | ▉ |
| Debits | — | ▉ |
| Security Transfers | — | — |
| Net Credits/Debits/Transfers | — | ▉ |
| Change in Value | ▉ | ▉) |
| TOTAL ENDING VALUE | ▉ | ▉ |

### MARKET VALUE OVER TIME
*The below chart displays the most recent thirteen months of Market Value*



Monthly percentages: SEP 3.6%, OCT 37.9%, NOV 20.3%, DEC 26.7%, JAN -48.1%, FEB 65.1%, MAR 1.2%, APR 31.2%, MAY 48.0%, JUN 31.3%, JUL 23.1%, AUG 32.4%, SEP 16.9% (2023 / 2024)

*The percentages above represent the change in dollar value from the prior period. They do not represent account investment performance, as they do not consider the impact of contributions and withdrawals, nor other factors that may have affected performance calculations. No percentage will be displayed when the previous month reflected no value*

### ASSET ALLOCATION (includes accrued interest)

|  | Market Value | Percentage |
|---|---|---|
| Cash | ▉ | ▉ |
| Equities | ▉ | ▉ |
| TOTAL VALUE | ▉ | ▉ |

*FDIC rules apply and Bank Deposits are eligible for FDIC insurance but are not covered by SIPC. Cash and securities (including MMFs) are eligible for SIPC coverage. See Expanded Disclosures. Values may include assets externally held, as a courtesy and may not be covered by SIPC. Foreign Exchange (FX) is neither FDIC nor SIPC insured. For additional information, refer to the corresponding section of this statement*



Cash / Equities

*This asset allocation represents holdings on a trade date basis, and projected settled Cash/BDP and MMF balances. These classifications do not constitute a recommendation and may differ from the classification of instruments for regulatory or tax purposes*

Supporting Documents 1 for Angela Henkens Sept 2024 Statement pg 6 shows 21 shares of MMATQ at a cost of $5,215.17 & an unrealized loss of -$5,207.42

# E*TRADE from Morgan Stanley

**CLIENT STATEMENT** For the Period July 1- September 30, 2024

Page 6 of 8

## Account Detail

Self-Directed Brokerage Account
499-219421-205

ANGELA R HENKENS

| Security Description | Quantity | Share Price | Total Cost | Market Value | Unrealized Gain/(Loss) | Est Ann Income | Current Yield % |
|---|---|---|---|---|---|---|---|
| META MATERIALS INC NEW (MMATQ) | 21.000 | 0.370 | 5,215.17 | 7.77 | (5,207.42) | — | — |
| Asset Class Equities | | | | | | | |

| | Percentage of Holdings | | Total Cost | Market Value | Unrealized Gain/(Loss) | Est Ann Income | Current Yield % |
|---|---|---|---|---|---|---|---|
| STOCKS | ▮ | | ▮ | ▮ | ▮ | — | — |

| | Percentage of Holdings | | Total Cost | Market Value | Unrealized Gain/(Loss) | Est Ann Income / Accrued Interest | Current Yield % |
|---|---|---|---|---|---|---|---|
| TOTAL VALUE | ▮ | | ▮ | ▮ | ▮ | — | — |

Unrealized Gain/(Loss) totals only reflect positions that have both cost basis and market value information available. Cash, MMF, Deposits and positions stating 'Please Provide' or 'Pending Corporate Actions' are not included

## ALLOCATION OF ASSETS

| | Cash | Equities | Fixed Income & Preferred Securities | Alternatives | Structured Investments | Other |
|---|---|---|---|---|---|---|
| Cash, BDP, MMFs | ▮ | — | — | — | — | — |
| Stocks | — | ▮ | — | — | — | — |
| TOTAL ALLOCATION OF ASSETS | ▮ | ▮ | — | — | — | — |

## MESSAGES

**Senior Investor Helpline**
For any inquiries or potential concerns, senior investors or someone acting on their behalf may contact our Firm by calling (800) 280-4534

**FINRA BrokerCheck**
FINRA has established the public disclosure program known as BrokerCheck, to provide certain information regarding the disciplinary history of FINRA members and their associated persons. The BrokerCheck Hotline Number is 1-800-289-9999. The FINRA website address is www.finra.org. An investor brochure that includes information describing FINRA BrokerCheck may be obtained from FINRA

**Tips on Protecting Yourself from Fraudulent Account Activity**
The protection of client data is of the utmost importance to us. Scams are on the rise, and they have become more sophisticated. Please remember to never share your personal information including account verification codes, account numbers, passwords or social security numbers with anyone you do not personally know

Please be cautious opening attachments, clicking on links, or allowing external access to your computer. Scammers will be aggressive and create a sense of urgency. Scammers will promise unbelievable returns using crypto currency investing or sweepstakes/lottery. Scammers will use social media apps to build trust and then make sudden requests for money due to a hardship or emergency

If you have any questions regarding scams or believe that you are a victim of a scam, please contact us or call 888-454-3965 to report online fraud or security concerns

*Supporting Document 1 b. Shows original purchase dates of MMAT from 3/15/2021 to 8/17/2021. After 1×100 Reverse Split Angela Henkens owns & holds 21 shares of MMATQ. Also, shows price paid for MMAT $5,215.17*

## Account Summary

| Account | Net Account Value | Total Gain $ | Total Gain % | Day's Gain Unrea | Day's Gain Unrea |
|---|---|---|---|---|---|
| Individual Broker | 53.64 | -8997.6 | -99.45 | 0 | 0 |

View Summary - All Positions
Filters applied

| Symbol | Security type(s) | Sort by | Sort order |
|---|---|---|---|
| mmat | All | Symbol | Asc |

| Symbol | Last Price $ | Change $ | Change % | Quantity | Price Paid $ |
|---|---|---|---|---|---|
| MMATQ | 0.0001 | 0 | 0 | 21 | 246.05524 |
| 03/15/2021 | 0.0001 | 0 | 0 | 5.198 | 173.43979 |
| 03/19/2021 | 0.0001 | 0 | 0 | 1.79 | 143.24581 |
| 03/29/2021 | 0.0001 | 0 | 0 | 0.11 | 141.81818 |
| 03/30/2021 | 0.0001 | 0 | 0 | 1.845 | 141.46341 |
| 06/10/2021 | 0.0001 | 0 | 0 | 1.384 | 246.56792 |
| 06/15/2021 | 0.0001 | 0 | 0 | 1.845 | 328.99729 |
| 06/15/2021 | 0.0001 | 0 | 0 | 0.923 | 327.73564 |
| 06/17/2021 | 0.0001 | 0 | 0 | 1.845 | 305.79946 |
| 06/17/2021 | 0.0001 | 0 | 0 | 1.66 | 303.59036 |
| 07/23/2021 | 0.0001 | 0 | 0 | 2.1 | 340 |
| 08/04/2021 | 0.0001 | 0 | 0 | 1 | 311 |
| 08/17/2021 | 0.0001 | 0 | 0 | 1.3 | 299 |
| CASH | | | | | |
| TOTAL | | | | 21 Shares | 5215.17 |

Generated at Dec 6 2024 12:01 AM ET

Supporting Document 1 for Angela Hunters shows the total unrealized loss of -$5,215.17

| Available For Wit | Cash Purchasing Power | | |
|---|---|---|---|
| 4 14 | 4 14 | | |

| Day's Gain $ | Total Gain $ | Total Gain % | Value $ |
|---|---|---|---|
| 0 | -5215 1679 | -100 | 0 0021 |
| 0 | -907 8495 | -99 9999 | 0 0005 |
| 0 | -263 3598 | -99 9999 | 0 0002 |
| 0 | -22 55 | -100 | 0 |
| 0 | -267 9498 | -99 9999 | 0 0002 |
| 0 | -348 1999 | -100 | 0 0001 |
| 0 | -613 9498 | -100 | 0 0002 |
| 0 | -302 4999 | -100 | 0 0001 |
| 0 | -571 1498 | -100 | 0 0002 |
| 0 | -503 9598 | -100 | 0 0002 |
| 0 | -713 9998 | -100 | 0 0002 |
| 0 | -310 9999 | -100 | 0 0001 |
| 0 | -388 6999 | -100 | 0 0001 |
| | | | 4 14 |
| 0 | -5215 17 | -100 | 4 14 |