NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | | PROOF OF INTEREST |
|---|---|---|
| Name of Debtor: **Meta Materials Inc** | Case Number: **24-50792-HLB** | |

**1. Name and address of holder of the Equity Interest** (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

Greg H. Lowell
14047 NE 181st St
#D106
Woodinville, WA 98072

Telephone Number: 425 281-3996

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

☒ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

**RECEIVED AND FILED**
DEC 10 2024
U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

COURT USE ONLY

Account or other number by which Interest holder identifies Debtor:
**Fidelity Investments account # 211-720671**

Check here if this claim:
☐ replaces a previously filed Proof of Interest dated: **n/a**
☐ amends a previously filed Proof of Interest dated: _____

**2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:**
Fidelity Investments
PO Box 770001
Cincinnati, OH 45277-0031
Telephone Number: 1-800-343-3548

**3. Date Equity Interest was acquired:**
9/12/23 through 11/6/23

**4. Total amount of member interest:** 1,200 Shares

**5. Certificate number(s):** n/a

**6. Type of Equity Interest**
Please indicate the type of Equity Interest you hold:
☒ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
☐ Check this box if your Equity Interest is based on anything else and describe that interest:
Description: **Investor**

**7. Supporting Documents:** Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**8. Date-Stamped Copy:** To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

**9. Signature**
Check the appropriate box.
☒ I am the creditor   ☐ I am the creditor's authorized agent   ☐ I am the trustee or the debtor or their authorized agent (See Bankruptcy Rule 3004)   ☐ I am a guarantor, surety, endorser, or other codebtor (See Bankruptcy Rule 3005)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: **Greg H Lowell**
Title: **self**
Company: Address and telephone number (if different from notice address above): **n/a**

(Signature): /s/ Greg Lowell    (Date): 12/4/2024
Telephone number: 425 281-3996    Email: greg.lowell@comcast.net

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

*Supporting Document #1a Nov 30, 2024 Statement shows my name, address which needs to be updated & I will do that in the Supporting Documents*

# Fidelity Investments

**FIDELITY PREMIUM SERVICES℠**

**INVESTMENT REPORT**
November 1, 2024 - November 30, 2024

Envelope # BQZXTZBBBBQQX

GREG H LOWELL
17140 135TH AVE NE
APT E204
WOODINVILLE WA 98072-8819

## Your Portfolio Value

### Portfolio Change from Last Period

|  | This Period | Year-to-Date |
|---|---|---|
| **Beginning Portfolio Value** | ▮▮▮▮ | ▮▮▮▮ |
| Additions | ▮▮▮▮ | ▮▮▮▮ |
| Subtractions | ▮▮▮▮ | ▮▮▮▮ |
| Transaction Costs, Fees & Charges | - | ▮▮▮▮ |
| Change in Investment Value * | ▮▮▮▮ | ▮▮▮▮ |
| **Ending Portfolio Value ** | ▮▮▮▮ | ▮▮▮▮ |
| Accrued Interest (AI) | - |  |
| Ending Portfolio Value incl. AI | ▮▮▮▮ |  |

\* *Reflects appreciation or depreciation of your holdings due to price changes, transactions from Other Activity In or Out and Multi-currency transactions, plus any distribution and income earned during the statement period*
\** *Excludes unpriced securities*

## Contact Information

| Online | Fidelity.com |
|---|---|
| FAST®-Automated Telephone | (800) 544-5555 |
| Premium Services | (800) 544-4442 |
|    8am - 11pm ET, Mon - Fri | |
| Health Savings Accounts | (800) 544-3716 |
|    8:30am - 8pm ET, Mon - Fri | |



Brokerage services provided by Fidelity Brokerage Services LLC (FBS), Member NYSE, SIPC (800) 544-6666. Brokerage accounts carried by National Financial Services LLC (NFS), Member NYSE, SIPC

MR_CE_BQZXTZBBBBQQX_BBBBB 20241129

1 of 18

*Supporting Document #1b Nov 30 2024 Statement shows I hold 1,200 shares of MMATQ with a cost basis of $18,078.39 and have currently an unrealized loss of -$18,005.19*

*Greg H Lowell account*



**Fidelity** | FIDELITY PREMIUM SERVICES℠

INVESTMENT REPORT
November 1, 2024 - November 30, 2024

Account # 211-720671
GREG H LOWELL - ROLLOVER IRA

## Holdings

### Stocks (continued)

| Description | Beginning Market Value Nov 1, 2024 | Quantity Nov 30, 2024 | Price Per Unit Nov 30, 2024 | Ending Market Value Nov 30, 2024 | Cost | Unrealized Gain/Loss Nov 30, 2024 | EAI ($) / EY (%) |
|---|---|---|---|---|---|---|---|
| **Common Stock** (continued) | | | | | | | |
| META MATERIALS INC COM NEW ISIN #US59134N3026 SEDOL #BQ67J98 (MMATQ) | 85.20 | 1,200.000 | 0.0610 | 73.20 | 18,078.39 | -18,005.19 | - |

**Total Holdings**

*All positions held in cash account unless indicated otherwise*

EAI & EY — **Estimated Annual Income (EAI) & Estimated Yield (EY)**- EAI is an estimate of annual income for a specific security position over the next rolling 12 months. EAI may be negative on short positions. EY is calculated by dividing the current EAI for a security position by its statement closing date market value. EAI and EY are estimates only and may include return of principal and/or capital gains, which would render them overstated. Actual income and yield might be lower or higher than the estimated amounts. For calculation details, refer to the "Additional Information and Endnotes" section.

**Total Cost** does not include the cost basis on core money market or other positions where cost basis is unknown or not applicable.

*Appending document which shows the dates I purchased MMAT & the cost of $18,078.39 and have an unrealized loss of -$18,005.19*

**Greg MMAT Buy Lots**

### META MATERIALS INC COM NEW ISIN #US59134N3026 SEDOL #BQ67J98 ✕

[Buy] [Sell] [Set Exit Plan]

**Purchase History**   Research

| Acquired | Term | $ Total Gain/Loss | % Total Gain/Loss | Current Value | Quantity | Average Cost Basis | Cost Basis Total |
|---|---|---|---|---|---|---|---|
| Nov-06-2023 | Long | -$5,002.01 | -99.39% | $30.50 | 500 | $10.07 | $5,032.51 |
| Oct-25-2023 | Long | -$2,789.80 | -99.56% | $12.20 | 200 | $14.01 | $2,802.00 |
| Oct-18-2023 | Long | -$5,945.70 | -99.69% | $18.30 | 300 | $19.88 | $5,964.00 |
| Sep-12-2023 | Long | -$3,439.85 | -99.71% | $9.83 | 161.2 | $21.40 | $3,449.68 |
| Sep-12-2023 | Long | -$682.53 | -99.71% | $1.95 | 32 | $21.39 | $684.48 |
| Sep-12-2023 | Long | -$145.31 | -99.72% | $0.41 | 6.8 | $21.43 | $145.72 |

unrealized Loss -$18,005.19      1,200 shares MMATQ      = $18,078.39

*Supporting Document 1d that shows I put in a request to change my mailing address in my Fidelity account*

Fidelity Investments <fidelity.investments@mail.fidelity.com>     12/3/2024 10:24 PM

# Updated Account Information - Change of Mailing Address

To greg.lowell@comcast.net

Your updated account information is available now online                View in a browser

FIDELITY
PREMIUM
SERVICES

Greg Lowell
Log in

## Your mailing address has been changed

Please review the updated information on your account to ensure that we have your correct information

- **Change of Mailing Address (XXXXX8466)**

[View account records]

Or log in to your account and select Accounts & Trade > Documents > Other Documents > Account Records

Contact Us  |  Fidelity Mobile®

For your security and privacy, please do not reply to this email. Instead, please log in to your Fidelity account and send us a secure email

*Supporting Document that shows my new & correct mailing address*

Log Out

# Profile

View your 401(k), 403(b), 457(b), or pension account

Changes to your phone number or email address will be reflected across all your accounts, excluding any info provided to us by your employer  You may receive multiple confirmation messages



## Personal information

**Name**  ✏ Edit
GREG H LOWELL

**Gender**

Male

**Address**  ✏ Edit
14047 NW 181ST ST
D106
WOODINVILLE, WA 98072

**Employment status**  ✏ Edit
Not Employed

**Mobile number**  ✏ Edit
(425) 281-3996

**Additional number**  ✏ Edit
--

**Email**  ✏ Edit
greg lowell@comcast net

**Additional email**  ✏ Edit
--

Feedback

## Relationships  ❗