NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | | PROOF OF INTEREST |
|---|---|---|
| **Name of Debtor** Meta Materials Inc | **Case Number** 24-50792-HLB | |

**1** Name and address of holder of the Equity Interest (the person or entity holding an Equity Interest in the Debtor Referred to hereinafter as the "Interest holder")

Niki DeSario
14047 NE 181st St
# D106
Woodinville, WA 98072

Telephone Number 425 444-3115

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars

☒ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors

RECEIVED AND FILED
DEC 10 2024
U.S BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

NOTE This form SHOULD NOT be used to make a claim against the Debtor for money owed A separate Proof of Claim form should be used for that purpose This form should only be used to assert an Equity Interest in the Debtor An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein

**COURT USE ONLY**

Account or other number by which Interest holder identifies Debtor
Fidelity account # X96721929

Check here if this claim
☐ replaces a previously filed Proof of Interest dated n/a
☐ amends a previously filed Proof of Interest dated n/a

**2** Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest
Fidelity Investments
PO Box 770001  45277-0031
Cincinatti, Ohio
Telephone Number 1 800.343.3548

**3** Date Equity Interest was acquired
March 19, 2021 to January 18, 2024
Attached is Document #1c-1e that shows all lot details.

**4** Total amount of member interest: 1,021 Shares

**5** Certificate number(s) n/a

**6** Type of Equity Interest
Please indicate the type of Equity Interest you hold
☒ Check this box if your Equity Interest is based on an actual member interest held in the Debtor
☐ Check this box if your Equity Interest is based on anything else and describe that interest
Description: Investor

**7** Supporting Documents Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc
DO NOT SEND ORIGINAL DOCUMENTS If the documents are not available explain If the documents are voluminous, attach a summary

**8** Date-Stamped Copy To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest

**9** Signature
Check the appropriate box.
☒ I am the creditor   ☐ I am the creditor's authorized agent (Attach copy of power of attorney, if any)   ☐ I am the trustee, or the debtor or their authorized agent (See Bankruptcy Rule 3004)   ☐ I am a guarantor, surety, endorser, or other codebtor (See Bankruptcy Rule 3005)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief

Print Name: Niki DeSario
Title: Self
Company: Address and telephone number (if different from notice address above) n/a

(Signature) Niki DeSario   (Date) 12/2/2024
Telephone number 425 444-3115   email nikidesario@gmail.com

*Penalty for presenting fraudulent claim is a fine of up to $500 000 or imprisonment for up to 5 years, or both. 18 U S C §§ 152 AND 3571*



*Handwritten:* Supporting Document #1 a Nov. 30, 2024 Statement shows my name, address and account #

**INVESTMENT REPORT**
November 1, 2024 - November 30, 2024

FIDELITY ACCOUNT NIKI DESARIO - INDIVIDUAL TOD
▶ **Account Number** X96-721929

Envelope # BQZZNFBBBBTNC

NIKI DESARIO
14047 NE 181ST ST APT D106
WOODINVILLE WA 98072-3507

### Your Account Value·



**Change from Last Period**

|  | This Period | Year-to-Date |
|---|---|---|
| **Beginning Account Value** | ▓ | ▓ |
| Additions | - | ▓ |
| Subtractions | - | ▓ |
| Transaction Costs, Fees & Charges | - | ▓ |
| Change in Investment Value * | ▓ | ▓ |
| **Ending Account Value ** | ▓ | ▓ |

\* Reflects appreciation or depreciation of your holdings due to price changes, transactions from Other Activity In or Out and Multi-currency transactions, plus any distribution and income earned during the statement period
\*\* Excludes unpriced securities

### Contact Information

| Online | Fidelity.com |
|---|---|
| FAST®-Automated Telephone | (800) 544-5555 |
| Customer Service | (800) 544-6666 |




MR_CE_BQZZNFBBBBTNC_BBBBB 20241129
Brokerage services provided by Fidelity Brokerage Services LLC (FBS) Member NYSE, SIPC (800) 544-6666 Brokerage accounts carried by National Financial Services LLC (NFS) Member NYSE, SIPC





> Supporting Document #1b Nov 30, 2024 Statement shows I had 1,021 shares of MMATQ with a cost basis of $35,782.64 and have currently an unrealized loss of -$35,720.36
> Niki DeSario account

**INVESTMENT REPORT**
November 1, 2024 - November 30, 2024

## Holdings

Account # X96-721929
NIKI DESARIO - INDIVIDUAL - TOD

**Stocks** (continued)

| Description | Beginning Market Value Nov 1, 2024 | Quantity Nov 30, 2024 | Price Per Unit Nov 30, 2024 | Ending Market Value Nov 30, 2024 | Total Cost Basis | Unrealized Gain/Loss Nov 30, 2024 | EAI ($) / EY (%) |
|---|---|---|---|---|---|---|---|
| **Common Stock** (continued) | | | | | | | |
| META MATERIALS INC COM NEW ISIN #US59134N3026 SEDOL #BQ67J98 (MMATQ) | 72.49 | 1,021.000 | 0.0610 | 62.28 | 35,782.64 | -35,720.36 | - |

Total Common Stock (83% of account holdings)

Handwritten note at top: *Supporting Document #1 a show purchase dates still owned from Niki DeSario account 3 details　3/19/21 - 6/9/21*

| Symbol | Last Price | Today's Gain/Loss | Total Gain/Loss | Current Value | % of Account | Quantity | Cost Basis | 52-Week Range |
|--------|-----------|-------------------|-----------------|---------------|--------------|----------|-----------|---------------|

### META MATERIALS INC COM NEW ISIN #US59134N3026 SEDOL #BQ67J98

| Acquired | Term | $ Total Gain/Loss | % Total Gain/Loss | Current Value | Quantity | Average Cost Basis | Cost Basis Total |
|----------|------|-------------------|-------------------|---------------|----------|--------------------|------------------|
| Jun-09-2021 | Long | -$1,809 95 | -99 97% | $0 48 | 7 899 | $229 20 | $1,810 43 |
| Jun-09-2021 | Long | -$472 89 | -99 98% | $0 11 | 1 846 | $256 23 | $473 00 |
| Jun-09-2021 | Long | -$1,818 25 | -99 97% | $0 47 | 7 77 | $234 07 | $1,818 72 |
| Jun-09-2021 | Long | -$481 89 | -99 98% | $0 11 | 1 846 | $261 11 | $482 00 |
| Jun-09-2021 | Long | -$843 33 | -99 97% | $0 23 | 3 691 | $228 55 | $843 56 |
| Apr-12-2021 | Long | -$2,069 85 | -99 96% | $0 80 | 13 084 | $158 26 | $2,070 65 |
| Mar-19-2021 | Long | -$250 96 | -99 96% | $0 10 | 1 676 | $149 80 | $251 06 |

Show All  <  1  3  >

[Redacted rows with black marker]

**Pending Activity**

Cash Debit from Unsettled Activity

**Account Total**

Securities Priced Today

Securities Not Priced Today

Some securities, such as mutual funds, are not priced until after the market closes

Supporting Document 1 d show purchase dates & details from shares still Nikki DeSario account  owned from 6/10/22 - 2/28/23

| Symbol | Last Price | Today's Gain/Loss | Total Gain/Loss | Current Value | % of Account | Quantity | Cost Basis | 52-Week Range |
|---|---|---|---|---|---|---|---|---|

### META MATERIALS INC COM NEW ISIN #US59134N3026 SEDOL #BQ67J98

| Acquired | Term | $ Total Gain/Loss | % Total Gain/Loss | Current Value | Quantity | Average Cost Basis | Cost Basis Total |
|---|---|---|---|---|---|---|---|
| Feb-28-2023 | Long | -$998.76 | -99.91% | $0.94 | 15.383 | $64.99 | $999.70 |
| Feb-13-2023 | Long | -$2,001.80 | -99.92% | $1.65 | 27.077 | $73.99 | $2,003.45 |
| Feb-06-2023 | Long | -$999.00 | -99.93% | $0.65 | 10.682 | $93.58 | $999.65 |
| Feb-03-2023 | Long | -$1,009.28 | -99.94% | $0.64 | 10.522 | $95.98 | $1,009.92 |
| Jan-25-2023 | Long | -$1,006.89 | -99.94% | $0.61 | 10.002 | $100.73 | $1,007.50 |
| Jan-25-2023 | Long | -$996.35 | -99.94% | $0.60 | 9.803 | $101.70 | $996.95 |
| Jan-20-2023 | Long | -$1,498.57 | -99.94% | $0.95 | 15.623 | $95.98 | $1,499.52 |
| Nov-10-2022 | Long | -$2,498.63 | -99.95% | $1.21 | 19.844 | $125.97 | $2,499.84 |
| Jun-10-2022 | Long | -$36.11 | -99.96% | $0.01 | 0.24 | $150.50 | $36.12 |
| Jun-10-2022 | Long | -$1,955.71 | -99.96% | $0.79 | 13.003 | $150.47 | $1,956.50 |

Show All  &lt; [1] [2] [3] &gt;



Pending Activity

Cash Debit from Unsettled Activity

Account Total

  

Supporting Document #1 ● show purchase dates & details from shares still owned 2/28/23 – 1/18/24
Niki DeSanto account

| Symbol | Last Price | Today's Gain/Loss | Total Gain/Loss | Current Value | % of Account | Quantity | Cost Basis | 52-Week Range |
|---|---|---|---|---|---|---|---|---|

## META MATERIALS INC COM NEW ISIN #US59134N3026 SEDOL #BQ67J98

| Acquired | Term | $ Total Gain/Loss | % Total Gain/Loss | Current Value | Quantity | Average Cost Basis | Cost Basis Total |
|---|---|---|---|---|---|---|---|
| Jan-18-2024 | Short | -$2,975.60 | -99.19% | $24.41 | 400.087 | $7.50 | $3,000.01 |
| Apr-26-2023 | Long | -$2,511.67 | -99.68% | $8.11 | 133 | $18.95 | $2,519.78 |
| Apr-25-2023 | Long | -$2,492.24 | -99.69% | $7.72 | 126.609 | $19.75 | $2,499.96 |
| Apr-14-2023 | Long | -$997.18 | -99.73% | $2.74 | 44.95 | $22.25 | $999.92 |
| Apr-14-2023 | Long | -$448.94 | -99.73% | $1.24 | 20.265 | $22.21 | $450.18 |
| Apr-14-2023 | Long | -$553.85 | -99.73% | $1.53 | 25.005 | $22.21 | $555.38 |
| Apr-06-2023 | Long | -$1,996.73 | -99.85% | $3.02 | 49.572 | $40.34 | $1,999.75 |
| Mar-10-2023 | Long | -$998.79 | -99.88% | $1.17 | 19.165 | $52.18 | $999.96 |
| Mar-01-2023 | Long | -$998.43 | -99.90% | $1.02 | 16.733 | $59.73 | $999.45 |
| Feb-28-2023 | Long | -$998.73 | -99.90% | $0.95 | 15.623 | $63.99 | $999.68 |

Show All  ‹  1  2  3  ›



Pending Activity

Cash Debit from Unsettled Activity

Account Total

Supporting Document #1T shows all trades in Fidelity related to MMAT (MMATF, TRCH, MMAT, MMATO) for Niki De Sario

| BUY | Date | Stock | $ Pr Sh | Shares | Total Cost | Fee | Sold # | MMATO Shares Left After 1x100 Reverse Split |
|---|---|---|---|---|---|---|---|---|
| | 2/24/21 | MMATF | $2.7185 | 735 | $1,998.10 | $50 | #33 | |
| | 2/26/21 | MMATF | $2.4398 | 408 | $995.44 | $50 | #33 | |
| | 3/2/21 | MMATF | $2.7366 | 4,345 | $11,890.58 | $50 | #33, #52 | |
| | 3/3/21 | TRCH | $2.59 | 40 | $103.60 | $0 | #48 | |
| | 3/19/21 | MMATF | $2.72 | 3,248 | $8,834.56 | $50 | #51, #79, | 1,676 |
| | 4/12/21 | MMATF | $2.85 | 709 | $2,020.65 | $50 | | 13.084 |
| | 4/30/21 | TRCH | $2.18 | 458 | $998.44 | $0 | #48 | |
| | 4/30/21 | TRCH | $1.98 | 506 | $1,001.88 | $0 | #48 | |
| | 6/9/21 | MMATF | $4.32 | 521 | $2,250.72 | $50 | | 23.052 |
| | 6/9/21 | MMATF | $4.23 | 728 | $3,077.00 | $50 | | x |
| | 7/19/21 | MMAT | $3.44 | 692 | $2,380.48 | $0 | #72 | |
| | 7/22/21 | MMAT | $3.42 | 876 | $2,995.92 | $0 | #71 | |
| | 8/13/21 | MMAT | $3.2650 | 609 | $1,988.39 | $0 | #70 | |
| | 9/8/21 | MMAT | $5.02 | 1,081 | $5,426.62 | $0 | #82 & 86 | |
| | 9/10/21 | MMAT | $5.186 | 932 | $4,833.75 | $0 | #80 | |
| | 9/14/21 | MMAT | $5.22 | 957 | $4,995.54 | $0 | #85 | |
| | 9/29/21 | MMAT | $5.91 | 846 | $4,999.86 | $0 | #162 | |
| | 10/4/21 | MMAT | $5.2960 | 378 | $2,001.89 | $0 | #162 | |
| | 10/6/21 | MMAT | $4.9700 | 201 | $998.97 | $0 | #162 | |
| | 10/18/21 | MMAT | $4.85 | 412 | $1,988.20 | $0 | #162 | |
| | 10/26/21 | MMAT | $4.47 | 1,118 | $4,997.46 | $0 | #162 | |
| | 4/1/22 | MMAT | $1.58 | 1,898 | $2,998.84 | $0 | #179 | |
| | 6/10/22 | MMAT | $1.5050 | 1,324 | $1,992.62 | $0 | | 13.243 |
| | 10/22/22 | MMAT | $0.7674 | 6,666 | $5,115.82 | $0 | #201 | |
| | 11/10/22 | MMAT | $1.2600 | 1,984 | $2,499.84 | $0 | | 19.844 |
| | 1/20/23 | MMAT | $0.9600 | 1,562 | $1,499.52 | $0 | | 15.623 |
| | 1/25/23 | MMAT | $1.0173 | 980 | $996.95 | $0 | | 9.803 |
| | 1/25/23 | MMAT | $1.0075 | 1,000 | $1,007.50 | $0 | | 10.002 |
| | 2/3/23 | MMAT | $0.9600 | 1,052 | $1,009.92 | $0 | | 10.522 |
| | 2/6/23 | MMAT | $0.9360 | 1,068 | $999.65 | $0 | | 10.682 |
| | 2/13/23 | MMAT | $0.7401 | 2,707 | $2,003.45 | $0 | | 27.077 |
| | 2/28/23 | MMAT | $0.6500 | 1,538 | $999.70 | $0 | | 15.383 |
| | 2/28/23 | MMAT | $0.6400 | 1,562 | $999.68 | $0 | | 15.623 |
| | 3/1/23 | MMAT | $0.5974 | 1,673 | $999.45 | $0 | | 16.733 |

= Sold

Buy↑

BUY ↓

| BUY | Date | Stock | $ Pr Sh | Shares | Total Cost | Fee | Sold # | MMATQ Shares Left After 1x100 Reverse Split |
|---|---|---|---|---|---|---|---|---|
| 480 | 3/10/23 | MMAT | $0.5219 | 1,916 | $999.96 | $0 | | 19.165 |
| 487 | 4/6/23 | MMAT | $0.4035 | 4,956 | $1,999.75 | $0 | | 49.572 |
| 491 | 4/14/23 | MMAT | $0.2221 | 4,526 | $1,005.56 | $0 | | 45.27 |
| 492 | 4/14/23 | MMAT | $0.2225 | 4,494 | $999.92 | $0 | | 44.95 |
| 493 | 4/25/23 | MMAT | $0.1975 | 12,658 | $2,499.96 | $0 | | 126.609 |
| 494 | 4/26/23 | MMAT | $0.1895 | 13,297 | $2,519.78 | $0 | | 133 |
| 520 | 1/18/24 | MMAT | $0.0750 | 40,000 | $3,000.01 | $0 | | 400.087 |
| | | | | | | | | 1021 |

↑
= Sold

SELL ↓

| SELL | Date | Stock | $ Pr Share | Shares | Proceeds | Fee | Gains | |
|---|---|---|---|---|---|---|---|---|
| 33 | 3/16/21 | MMATF | $2.91 | 4,420 | $12,862.20 | 50.08 | $900.83 | |
| 48 | 6/9/21 | TRCH | $3.1150 | 1,004 | $3,127.46 | 0.02 | $1,023.54 | |
| 51 | 6/22/21 | MMATF | $10.00 | 2,148 | $21,480.00 | 50.03 | $15,637.44 | |
| 52 | 6/24/21 | MMATF | $12.35 | 1,068 | $13,189.80 | 50.08 | $10,263.48 | |
| 70 | 8/27/21 | MMAT | $3.9108 | 609 | $2,381.68 | 0.02 | $393.29 | |
| 71 | 8/27/21 | MMAT | $4.07 | 876 | $3,565.32 | 0.02 | $569.40 | |
| 72 | 8/27/21 | MMAT | $4.05 | 692 | $2,802.60 | 0.02 | $422.12 | |
| 79 | 9/10/21 | MMAT | $5.40 | 1,081 | $5,837.37 | 0.03 | $4,217.07 | |
| 80 | 9/14/21 | MMAT | $5.50 | 932 | $5,126.00 | 0.04 | $292.21 | |
| 82 | 9/22/21 | MMAT | $5.12 | 300 | $1,536.00 | 0.01 | $29.99 | |
| 83 | 9/22/21 | MMAT | $5.10 | 781 | $3,983.10 | 0.03 | $62.45 | |
| 85 | 9/23/21 | MMAT | $5.25 | 957 | $5,024.25 | 0.03 | $28.68 | |
| 86 | 9/23/21 | MMAT | $5.25 | 781 | $4,100.25 | 0.03 | $179.60 | |
| 162 | 1/28/22 | MMAT | $1.44 | 2,955 | $4,255.20 | $0.03 | ($10,741.21) | Loss |
| 169 | 3/16/22 | MMAT | $1.70 | 3,600 | $6,120.00 | $0.04 | $179.96 | |
| 180 | 5/17/22 | MMAT | $1.6353 | 1,898 | $3,103.80 | $0.08 | $104.88 | |
| 201 | 12/9/22 | MMAT | $1.40 | 6,666 | $9,332.40 | $0.23 | $4,216.35 | |

Supporting Document #1 h 2022 Tax Year
next page will show the total loss from selling
MMAT Jan 28, 2022
Niki DeSavio

account #



Portfolio Tax Info YTD  —  https://digital.fidelity.com/ftgw/digital/portfolio/taxinfo#X9672192

Supporting Document #1: Shares on loss of -$10,741.21 for sell of 2,955 shares of MMAT  Niki DeSavio  account #



1/28/22 2,955 shares of MMAT sold at a loss of -$10,741.21

| Symbol (CUSIP) | Security Description | Quantity | Date Acquired | Date Sold | Proceeds | Cost Basis | Short Term Gain/Loss | Long-Term Gain/Loss |
|---|---|---|---|---|---|---|---|---|
| MMAT 59134N104 | META MATERIALS INC COM ISIN US59134N1046 SEDOL BKSCVX7 1 FOR 100 R/S INTO META MATERIALS INC | | | | | | | |
| | | 846.0000 | Sep 29 2021 | Jan 28 2022 | $1,218.23 | $4,999.86 | $3,781.63 | |
| | | 213.0000 | Oct-04-2021 | Jan 28 2022 | $306.72 | $1,128.05 | $821.33 | |
| | | 165.0000 | Oct 04 2021 | Jan 28 2022 | $237.59 | $873.84 | -$636.25 | |
| | | 201.0000 | Oct-06-2021 | Jan-28-2022 | $289.44 | $998.97 | -$709.53 | |
| | | 412.0000 | Oct-18 2021 | Jan 28-2022 | $593.28 | $1,998.20 | $1,404.92 | |
| | | 1,118.0000 | Oct 26-2021 | Jan-28 2022 | $1,609.91 | $4,997.46 | -$3,387.55 | |