NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | PROOF OF INTEREST |
|---|---|

**Name of Debtor:** Meta Materials Inc

**Case Number:** 24-50792-HLB

**1. Name and address of holder of the Equity Interest** (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

Diana Ultican
9050 Points Dr NE
Yarrow Point, WA 98004

**Telephone Number:** 425 444-0122

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

☒ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

RECEIVED AND FILED
DEC 10 2024
U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

COURT USE ONLY

**Account or other number by which Interest holder identifies Debtor:**
Fidelity Account # Z20-219234

Check here if this claim:
☐ replaces a previously filed Proof of Interest dated: n/a
☐ amends a previously filed Proof of Interest dated: ___

**2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:**
Fidelity Investments
PO Box 770001, Cincinatti OH 45277-0031
Telephone Number: 800 343-3548

**3. Date Equity Interest was acquired:**
March 5, 2021 to April 6, 2022
Supporting Documents attached

**4. Total amount of member interest:** 50 shares

**5. Certificate number(s):** n/a

**6. Type of Equity Interest:**
Please indicate the type of Equity Interest you hold:
☒ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
☐ Check this box if your Equity Interest is based on anything else and describe that interest.
Description: Investor

**7. Supporting Documents:** Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**8. Date-Stamped Copy:** To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

**9. Signature:**
Check the appropriate box:
☒ I am the creditor
☐ I am the creditor's authorized agent (Attach copy of power of attorney if any)
☐ I am the trustee or the debtor or their authorized agent (See Bankruptcy Rule 3004)
☐ I am a guarantor, surety, endorser or othercodebtor (See Bankruptcy Rule 3005)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: Diana Ultican
Title: Self
Company: Address and telephone number (if different from notice address above): n/a

(Signature) [signed] 12/2/2024 (Date)
Telephone number: 425 444-0122
email: karrie.nesbitt@tourfactory.com

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*


*Handwritten note across top:* Supporting Document is a Statement Nov 30, 2024 that shows account #, address and name on account. It is a joint account & we are using Diana Ultican for this claim. Please let me know if you need the other owner in the joint account

# Fidelity Investments

Envelope # BQZZNFBBBKSCQ

KARRIE LYNN NESBITT
DIANA LYNN ULTICAN
9050 POINTS DR NE
YARROW POINT WA 98004-1612

**INVESTMENT REPORT**
November 1, 2024 - November 30, 2024

FIDELITY ACCOUNT KARRIE L NESBITT AND DIANA L ULTICAN - WITH RIGHTS OF SURVIVORSHIP
▶ Account Number Z20-219234

## Your Account Value

### Change from Last Period

|  | This Period | Year to-Date |
|---|---|---|
| Beginning Account Value | ▓ | ▓ |
| Subtractions | - | - |
| Transaction Costs, Fees & Charges | - | - |
| Change in Investment Value * | ▓ | ▓ |
| **Ending Account Value ** ** | ▓ | ▓ |
| Accrued Interest (AI) | 0.00 | |
| Ending Account Value Incl. AI | ▓ | |

\* Reflects appreciation or depreciation of your holdings due to price changes, transactions from Other Activity In or Out and Multi-currency transactions, plus any distribution and income earned during the statement period
\*\* Excludes unpriced securities

### Contact Information

| Online | Fidelity.com |
|---|---|
| FAST®-Automated Telephone | (800) 544-5555 |
| Customer Service | (800) 544-6666 |

Brokerage services provided by Fidelity Brokerage Services LLC (FBS), Member NYSE, SIPC (800) 544-6666. Brokerage accounts carried by National Financial Services LLC (NFS), Member NYSE, SIPC

1 of 10

MR_CE_BQZZNFBBBKSCQ_BBBBB 20241129



*Supporting Document 1 - Nov 30, 2024 Statement shows I own 50 shares of MMATQ with a cost basis of $9,626.99 and currently show an unrealized loss of -$9,623.94*

**INVESTMENT REPORT**
November 1, 2024 - November 30, 2024

Account # Z20-219234
KARRIE LYNN NESBITT - JOINT WROS

## Holdings

### Exchange Traded Products (continued)

| Description | Beginning Market Value Nov 1, 2024 | Quantity Nov 30, 2024 | Price Per Unit Nov 30, 2024 | Ending Market Value Nov 30, 2024 | Total Cost Basis | Unrealized Gain/Loss Nov 30, 2024 | EAI ($) / EY (%) |
|---|---|---|---|---|---|---|---|
| **Equity ETPs** (continued) | | | | | | | |
| Total Equity ETPs (42% of account holdings) | | | | | | | |
| **Fixed Income ETPs** | | | | | | | |
| Total Fixed Income ETPs (8% of account holdings) | | | | | | | |
| Total Exchange Traded Products account holdings) | | | | | | | |

### Stocks

| Description | Beginning Market Value Nov 1, 2024 | Quantity Nov 30, 2024 | Price Per Unit Nov 30, 2024 | Ending Market Value Nov 30, 2024 | Total Cost Basis | Unrealized Gain/Loss Nov 30, 2024 | EAI ($) / EY (%) |
|---|---|---|---|---|---|---|---|
| **Common Stock** | | | | | | | |
| | 751.50 | 50.000 | 36.5000 | 1,825.00 | 405.00 | 1,420.00 | - |
| **META MATERIALS INC COM NEW** ISIN #US59134N3026 SEDOL #BQ67J98 (MMATQ) | 3.55 | 50.000 | 0.0610 | 3.05 | 9,626.99 | -9,623.94 | - |
| | unavailable | | - | unavailable | | unavailable | - |

4 of 10

*Supporting Document IC shows the MMATX Lots & purchase dates*

| META MATERIALS INC COM NEW ISIN #US59134N3026 SEDOL #BQ67J98 | | | | | Quantity | | Cost Basis |
|---|---|---|---|---|---|---|---|
| Acquired | Term | $ Total Gain/Loss | % Total Gain/Loss | Current Value | Quantity | Average Cost Basis | Cost Basis Total |
| Apr-06-2022 | Long | -$2,554.22 | -99.96% | $1.00 | 16.348 | $156.30 | $2,555.22 |
| Jun-10-2021 | Long | -$2,459.03 | 99.97% | $0.68 | 11.088 | $221.84 | $2,459.71 |
| Jun-10-2021 | Long | -$459.84 | -99.98% | $0.11 | 1.848 | $248.89 | $459.95 |
| Jun-09-2021 | Long | -$1,822.34 | -99.97% | $0.48 | 7.799 | $233.72 | $1,822.82 |
| Jun-09-2021 | Long | -$481.83 | -99.98% | $0.11 | 1.848 | $260.79 | $481.94 |
| Mar-11-2021 | Long | -$970.55 | 99.97% | $0.34 | 5.544 | $175.12 | $970.89 |
| Mar-11-2021 | Long | -$263.07 | 99.96% | $0.10 | 1.589 | $165.82 | $263.17 |
| Mar-05-2021 | Long | -$579.54 | 99.96% | $0.23 | 3.696 | $156.88 | $579.77 |
| Mar-05-2021 | Long | -$33.51 | 99.96% | $0.01 | 0.24 | $139.67 | $33.52 |

*Purchases 3/5/21 to 4/6/22*

*50 shares MMATQ*

*$9,626.99*

| BUY | Date | Stock | $ Pr Share | Shares | Total Cost | Fee | Sold | | MMATQ Shares After 1x100 Reverse Split |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 3/5/21 | MMATF | $2.6492 | 800 | $2,119.36 | $50 | #6, | 200 shs left | 3.696 |
| 1 | 3/5/21 | MMATF | $2.5781 | 13 | $33.52 | $0 | | | 0.24 |
| 2 | 3/11/21 | MMATF | $3.0691 | 1,600 | $4,910.56 | $50 | #21 | | |
| 3 | 3/11/21 | MMATF | $3.07 | 1,200 | $3,684.00 | $50 | #7 | 300 shs left | 5.544 |
| 3 | 3/11/21 | MMATF | $3.0605 | 86 | $263.20 | $0 | | | 1.589 |
| 39 | 4/12/21 | MMATF | $2.85 | 915 | $2,607.75 | $50 | #6 | | |
| 42 | 4/13/21 | TRCH | $1.63 | 821 | $1,338.31 | $0 | #3 | | |
| 46 | 4/29/21 | TRCH | $2.25 | 444 | $999.00 | $0 | #45 | | |
| 47 | 4/30/21 | TRCH | $2.18 | 229 | $499.22 | $0 | #45 | | |
| 59 | 6/9/21 | MMATF | $4.32 | 522 | $2,255.04 | $50 | | | 9.647 |
| 62 | 6/10/21 | MMATF | $4.10 | 700 | $2,870.00 | $50 | | | 12.936 |
| 76 | 7/19/21 | MMAT | $3.44 | 692 | $2,380.48 | $0 | #19 | | |
| 121 | 4/6/22 | MMAT | $1.567 | 1,632 | $2,555.22 | $0 | | | 16.348 |
| | | | | | | | | | 50 |

= Sold

| SELL | Date | Stock | $ Pr Share | Shares | Total Cost | Fee | Profit | |
|---|---|---|---|---|---|---|---|---|
| 3 | 5/21/21 | TRCH | $2.26 | 821 | $1,855.46 | $0.07 | $21.72 | |
| 6 | 6/22/21 | MMATF | $10.00 | 1,515 | $15,156.00 | $50.12 | $470.63 | less $100.12 |
| 7 | 6/24/21 | MMATF | $12.60 | 900 | $11,340.00 | $50.08 | $517.15 | less $100.08 |
| 19 | 8/27/21 | MMAT | $4.3250 | 692 | $2,992.90 | $0.02 | $189.59 | |
| 21 | 9/23/21 | MMAT | $5.24 | 2,951 | $15,466.66 | $0.10 | $343.00 | |