NVB 3001 (Effective 1/21)

**UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA**

**PROOF OF INTEREST**

**Name of Debtor:** Meta Materials Inc

**Case Number:** 24-50792-HLB

1. **Name and address of holder of the Equity Interest** (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

   Karrie Nesbitt
   9050 Points Dr NE
   Yarrow Point, WA 98004

   **Telephone Number:** 425 444-0122

   ☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars

   ☒ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case

   ☐ Check box if this address differs from the address on the envelope sent to you by the Debtors

   **RECEIVED AND FILED**
   DEC 10 2024
   U.S. BANKRUPTCY COURT
   MARY A. SCHOTT, CLERK

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein

**COURT USE ONLY**

**Account or other number by which Interest holder identifies Debtor:** Fidelity Account #X96-744393

Check here if this claim:
☐ replaces a previously filed Proof of Interest dated: n/a
☐ amends a previously filed Proof of Interest dated: _____

2. **Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:**
   Fidelity Investments
   PO Box 770001
   Cincinnati, OHIO 45277-0031
   **Telephone Number:** 800 343-3548

3. **Date Equity Interest was acquired:** April 12, 2021
   Supporting Documents attached

4. **Total amount of member interest:** 10 Shares

5. **Certificate number(s):** n/a

6. **Type of Equity Interest**
   Please indicate the type of Equity Interest you hold:
   ☒ Check this box if your Equity Interest is based on an actual member interest held in the Debtor
   ☐ Check this box if your Equity Interest is based on anything else and describe that interest
   **Description:** Investor

7. **Supporting Documents:** Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
   DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available explain. If the documents are voluminous, attach a summary

8. **Date-Stamped Copy:** To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

9. **Signature**
   Check the appropriate box
   ☒ I am the creditor
   ☐ I am the creditor's authorized agent (Attach copy of power of attorney, if any)
   ☐ I am the trustee, or the debtor, or their authorized agent (See Bankruptcy Rule 3004)
   ☐ I am a guarantor, surety, endorser, or other codebtor (See Bankruptcy Rule 3005)

   I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief

   **Print Name:** Karrie Nesbitt
   **Title:** Self
   **Company:** Address and telephone number (if different from notice address above): n/a

   (Signature) [signed]
   (Date) 12/2/24
   Telephone number: 425 444-0122
   email: karrienesbitt@hotmail.com

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

# Fidelity INVESTMENTS

*Supporting Document #1a which shows my account #, address & Nov 30, 2024 stmt*

**INVESTMENT REPORT**
July 1, 2024 - September 30, 2024

FIDELITY ACCOUNT KARRIE L NESBITT - INDIVIDUAL
▶ Account Number  X96-744393

Envelope # BQTJQHBBBHHKS

KARRIE LYNN NESBITT
9050 POINTS DR NE
YARROW POINT WA 98004-1612

## Your Account Value

Change from Last Period

|  | This Period | Year-to-Date |
|---|---|---|
| **Beginning Account Value** | ▓▓▓ | ▓▓▓ |
| Change in Investment Value * | ▓▓▓ | ▓▓▓ |
| **Ending Account Value ** | ▓▓▓ | ▓▓▓ |

*   Reflects appreciation or depreciation of your holdings due to price changes, transactions from Other Activity In or Out and Multi-currency transactions plus any distribution and income earned during the statement period
**  Excludes unpriced securities

## Contact Information

| Online | Fidelity.com |
|---|---|
| FAST®-Automated Telephone | (800) 544-5555 |
| Customer Service | (800) 544-6666 |

Brokerage services provided by Fidelity Brokerage Services LLC (FBS) Member NYSE SIPC (800) 544 6666  Brokerage accounts carried by National Financial Services LLC (NFS), Member NYSE, SIPC

1 of 8

*Supporting Document #1b which shows I hold 10 shares of MMATQ. My cost basis was $1,498.78 with an unrealized loss of -$1,495.08*



**INVESTMENT REPORT**
July 1, 2024 - September 30, 2024

Account # X96-744393
KARRIE LYNN NESBITT - INDIVIDUAL

## Holdings

### Core Account

| Description | Beginning Market Value Jul 1, 2024 | Quantity Sep 30, 2024 | Price Per Unit Sep 30, 2024 | Ending Market Value Sep 30, 2024 | Total Cost Basis | Unrealized Gain/Loss Sep 30, 2024 | EAI ($) / EY (%) |
|---|---|---|---|---|---|---|---|
| CASH | | | | | | | - |

*For balances below $99,999,999,999.99, the current interest rate is 2.44%*

| Total Core Account (3% of account holdings) | $0.24 | | | $0.30 | | | - |

### Stocks

| Description | Beginning Market Value Jul 1, 2024 | Quantity Sep 30, 2024 | Price Per Unit Sep 30, 2024 | Ending Market Value Sep 30, 2024 | Total Cost Basis | Unrealized Gain/Loss Sep 30, 2024 | EAI ($) / EY (%) |
|---|---|---|---|---|---|---|---|
| **Common Stock** | | | | | | | |
| | unavailable | 4,496.000 | - | unavailable | $0.10 | unavailable | - |
| META MATERIALS INC COM NEW ISIN #US59134N3026 SEDOL #BQ67J98 (MMATQ) | 30.10 | 10.000 | 0.3700 | 3.70 | 1,498.78 | -1,495.08 | - S |

**Total Holdings**

*Total Cost Basis does not include the cost basis on core, money market or other positions where cost basis is unknown or not applicable*

*All positions held in cash account unless indicated otherwise*

Supporting Documents Present showing the details of the original purchase on 4/12/21. I apologize for the small print, but this is how it prints out on Fidelity

| META MATERIALS INC COM NEW ISIN #US59134N3026 SEDOL #BQ67J98 | | | | | | | |
|---|---|---|---|---|---|---|---|
| Buy  Sell  Set Exit Plan | | | | | | | |
| Purchase History  Research | | | | | | | |
| Acquired | Term | $ Total Gain/Loss | % Total Gain/Loss | Current Value | Quantity | Average Cost Basis | Cost Basis Total |
| Apr-12-2021 | Long | -$1,498.17 | -99.96% | $0.61 | 10 | $149.88 | $1,498.78 |
| Account Total | | -$0.73 / 14.48% | -$1,863.70 / -99.79% | $4.31 | | | |

| BUY | Date | Stock | $ Pr Share | Shares | Total Cost | Fee | Sold # | | MMATQ Shares Left After 1x100 Reverse Split |
|---|---|---|---|---|---|---|---|---|---|
| 3 | 4/12/2021 | MMATF | $2.85 | 684 | $1,949.40 | $50 | #1 | 513 shs left | 10 |

= Sold

| SELL | Date | Stock | $ Pr Share | Shares | Total | Fee | Profit |
|---|---|---|---|---|---|---|---|
| 1 | 6/22/21 | MMATF | $10.00 | 171 | $1,710.00 | $50.01 | $1,210.68 |