NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | **PROOF OF INTEREST** |
|---|---|

| Name of Debtor | Case Number |
|---|---|
| **Meta Materials Inc** | 24-50792 |

**1**  Name and address of holder of the Equity Interest (the person or entity holding an Equity Interest in the Debtor  Referred to hereinafter as the "Interest holder )

> MR  OLADIPO OLATAYO
> 16823 84 ST NW UNIT 12
> EDMONTON AB, CANADA
> T5Z 3S4

Telephone Number
+1 780 804 6230

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest  Attach copy of statement giving particulars

■ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors

**RECEIVED AND FILED**

**DEC 10 2024**

U S  BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

NOTE  This form SHOULD NOT be used to make a claim against the Debtor for money owed  A separate Proof of Claim form should be used for that purpose  This form should only be used to assert an Equity Interest in the Debtor  An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor  An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein

COURT USE ONLY

| Account or other number by which Interest holder identifies Debtor | Check here if this claim |
|---|---|
| TD-Account# 2776H1, QUESTRADE-ACCT# 28355313 | ☐ replaces a previously filed Proof of Interest dated _____<br>☐ amends a previously filed Proof of Interest dated _____ |

**2**  Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest

TD Direct Investing  3500 Steeles Ave E, Questrade 5700 Yonge St

Telephone Number  TD-1 (800) 465-5463   QT-1-416 227 9876

**3**  Date Equity Interest was acquired

*January 2022 - December , 2022*

**4**  Total amount of member interest  TD-249+QT-20=269

**5**  Certificate number(s) _____

**6**  Type of Equity Interest
Please indicate the type of Equity Interest you hold
■ Check this box if your Equity Interest is based on an actual member interest held in the Debtor
☐ Check this box if your Equity Interest is based on anything else and describe that interest

Description  INVESTOR

**7**  Supporting Documents  Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc
DO NOT SEND ORIGINAL DOCUMENTS  If the documents are not available, explain  If the documents are voluminous, attach a summary

**8**  Date-Stamped Copy  To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest

**9  Signature**
Check the appropriate box

■ I am the creditor     ☐ I am the creditor s authorized agent     ☐ I am the trustee, or the debtor,     ☐ I am a guarantor, surety, endorser, or other codebtor
(Attach copy of power of attorney, if any )     or their authorized agent     (See Bankruptcy Rule 3005 )
(See Bankruptcy Rule 3004 )

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief

Print Name  OLADIPO OLATAYO
Title  MR
Company  Address and telephone number (if different from notice address above)

(Signature)

*Dec 1, 2024*
(Date)

Telephone number  +1780 804 6230     email  oladipo olatayo@gmail com

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both  18 U S C  §§ 152 AND 3571*

| Name | , OLADIPO OLATAYO | | | | | | |
|---|---|---|---|---|---|---|---|
| Email | oladipo.olatayo@gmail.com | | | | | | |
| TOTAl MMATQ | 269 | | | | | | |

| TD Webroker | | | TD Webroker | | | | |
|---|---|---|---|---|---|---|---|
| MMATQ | | | MMAT | | | | |
| Account # | QTY | | Account # | QTY | Settlement Date | Price | Amount(USD) |
| 2776H1  US Dollars | 249 | | 2776H1A  CAD CASH | 1 178 | December 9th 2022 | $2 14 | 2 520 92 |
| | | | 2776H1K USD TFSA | 1 250 | January 18th 2022 | $2 18 | 2,718 75 |
| | | | 2776H1K USD TFSA | 1 200 | February 28th 2022 | $1 48 | 1776  00 |
| | | | 2776H1K USD TFSA | 4 450 | October 13th 2022 | $0 81 | 3,604 43 |
| | | | 2776H1K USD TFSA | 343 | October 17th 2022 | $1 09 | 373 87 |
| | | | 2776H1K USD TFSA | 1 135 | October 19th 2022 | $0 97 | 1 100 95 |
| | | | 2776H1S RSP | 680 | January 18th 2022 | $2 14 | 1,451 80 |
| | | | 2776H1S RSP | 2 500 | June 21st 2022 | $1 50 | 3 750 00 |
| | | | 2776H1U–USD SDRSP | 300 | February 28th 2022 | $1 48 | 440 00 |
| | | | 2776H1U–USD SDRSP | 107 | Apri 28th 2022 | $1 26 | 134 82 |
| | | | 2776H1U–USD SDRSP | 5 403 | October 13th 2022 | $0 77 | 4 160 31 |
| | | | 2776H1U–USD SDRSP | 1 820 | October 14th 2022 | $0 84 | 1 527 89 |
| | | | 56FJR2K–USD TFSA | 182 | October 17th 2022 | $1 09 | 198 38 |
| | | | 56FX13U–USD SDRSP | 2,900 | October 14th 2022 | $0 84 | 2 436 00 |
| | | | 56FX13U–USD SDRSP | 450 | Ortober 18th 2022 | $0 91 | 408 15 |
| | | | 555BF4K–USD TFSA | 728 | October 17th 2022 | $1 09 | 793 52 |
| | | | TOTAL | 24 626 | | | 25 619 79 |

| Questrade  Inc | | | Questrade  Inc | | | | |
|---|---|---|---|---|---|---|---|
| MMATQ | | | MMAT | | | | |
| Account # | QTY | | Account # | QTY | Settlement Date | Price | Amount(USD) |
| 28355313 | 20 | | 52846916 | 1 721 | Novermebr 1st 2022 | $1 00 | 1 721 00 |
| | | | 52852439 | 150 | October 19th 2022 | $0 97 | 145 80 |
| | | | TOTAL | 1,871 | | | 1,866.80 |

| | | | TOTAL GROSS  AMOUNT INVESTED (USD) | | 27,486.59 | | |
|---|---|---|---|---|---|---|---|

Attention:

United States Bankruptcy Court, District of Nevada, Clerk of the Court, First Floor, 300 Booth Street, Reno, Neada89509

- The Securities was purchased in different accounts most of which were in registered accounts.

- As a result of  (CRA) Canada revenue Agency's determination when it went to the OTC, it was no longer qualified to be in the registered accounts

- For consolidation and compliance, I moved all to the account in which my statements were generated for the month of October 2024 (TD and Questrade)

  All the confirmations and settlement dates are detailed above and proofs are attached

Dec 1, 2024



**TD Direct Investing**

# Your investment account statement

October 1, 2024 to October 31, 2024

MR OLADIPO OLATAYO
16823 84 ST NW UNIT 12
EDMONTON AB
T5Z 3S4

Account number  2776H1
Account type  Direct Trading - US
Account currency  US dollars

### Do you have a question?

If you have any questions or require assistance, please log into the TD app and choose Contact Us from the 'More' menu, or call the numbers below to speak to an Investment Representative

| English | 1-800-465-5463 |
| French | 1-800-361-2684 |
| Cantonese | 1-800-838-3223 option 1 |
| Mandarin | 1-800-838-3223 option 2 |

## Your account at a glance

⚙ **You need to know**

Please see **page 2** for important information about your account

| | This period (Oct 1 Oct 31 2024) | Last period (Sep 1 Sep 30 2024) | Year to date (Jan 1 Oct 31 2024) |
|---|---|---|---|
| Beginning balance | $0 00 | $0 00 | $0 00 |
| Change in your account balance | $17 67 | $0 00 | $17 67 |
| **Ending balance** | **$17 67** | **$0 00** | **$17 67** |

## Holdings in your account
on October 31, 2024

| Description | Quantity or par value ($) | Price ($) | Book cost ($) | Market value ($) | Unrealized gain or loss ($) | % of your holdings |
|---|---|---|---|---|---|---|
| **COMMON SHARES** | | | | | | |
| META MATERIALS INC-NEW (**MMATQ**) | 249 SEG | 0 071 | 2,614 42 | 17 67 | -2,596 75 | 100 00% |
| NEXT BRIDGE HYDROCARB INC | 26,163 SEG | N/D | N/D | N/D | N/D | 0 00% |
| **Total Portfolio** | | | **$2,614 42** | **$17 67** | | **100 00%** |

*Order-Execution-Only Account*

TD Waterhouse Canada Inc
Member  Canadian Investor Protection Fund

**Regulated by CIRO**
Canadian Investment
Regulatory Organization



**TD Direct Investing**
*3500 STEELES AVE E*
*TOWER 2 2ND FLOOR*
*MARKHAM ON L3R 0Y1*

**TD Direct Investing**

MR OLADIPO OLATAYO
16823 84 ST NW UNIT 12
EDMONTON AB T5Z 3S4

## Transaction Confirmation

**Account number and type**
56FX13U - TD Waterhouse Self-Directed
RSP/LRSP/LIRA - US

**Questions?**
**Contact an Investment Representative**
Toll Free 1 (800) 465-5463

## Transaction on October 12, 2022

▸ **For settlement on** October 14, 2022
▸ **Processed on** October 12, 2022

| Transaction | Security Description | Quantity | Price ($) | Amount ($) |
|---|---|---|---|---|
| **You bought** | META MATERIALS INC | 2,900 | 0 84 | |
| | PD-557226 | | | |
| | Gross transaction amount | | | USD 2,436 00 |
| **Ticker symbol MMAT** | *Plus* Commission | | | 9 99 |
| Security number 43665R | *Equals* **Net transaction amount** | | | **USD $2,445 99** |
| CUSIP ID 59134N104 | | | | |
| Trade number 003510 | *As agent, TD Direct Investing confirms the above purchase on a U S OTC marketplace for* | | | |
| Trade processed by 9AAB | *settlement in your account* | | | |

## Important information

Please review the information in this Transaction Confirmation carefully and let us know within 10 calendar days if there are any discrepancies

Clients accounts are protected by the Canadian Investor Protection Fund within specified limits A brochure describing the nature and limits of coverage is available upon request

**Abbreviations used in the security descriptions**
RS   = Restricted shares
NVS = Non–voting shares
RVS = Restricted voting shares
SVS = Subordinate voting shares
MVS = Multiple voting shares
/D   = DSC (Deferred Sales Charge)
/NL = No Load

**Disclosure of sources of revenue**
TD Direct Investing and/or parties related to us may earn revenue in addition to commission from the following sources currency conversion charges on certain trades and mutual fund transactions fees paid by issuers and others in connection with corporate actions and new issues the sale of fixed income products, trailer fees paid by mutual fund companies and remuneration paid by U S market makers and exchanges in connection with U S trades For more information see the TD Waterhouse Canada Inc Account and Service Agreements and Disclosure Documents booklet It is also available online at www td com/ca/en/investing/direct-investing

The name of the salesperson dealer and/or market in this transaction will be provided upon request

TD Direct Investing is a division of TD Waterhouse Canada Inc , a subsidiary of The Toronto-Dominion Bank

**Thank you for choosing
TD Direct Investing**

**TD Waterhouse Canada Inc - Member of the Canadian Investor Protection Fund**
00094267 0000004120 20221012 59134N104 43665R

Order execution account
No advice or recommendations provided



**TD Direct Investing**
*3500 STEELES AVE E*
*TOWER 2  2ND FLOOR*
*MARKHAM ON L3R 0X1*

**TD Direct Investing**

MR OLADIPO OLATAYO
16823 84 ST NW UNIT 12
EDMONTON AB  T5Z 3S4

## Transaction Confirmation

**Account number and type**
56FX13U - TD Waterhouse Self-Directed
RSP/LRSP/LIRA - US

**Questions?**
**Contact an Investment Representative**
Toll Free 1 (800) 465-5463

## Transaction on October 14, 2022

▸ **For settlement on** October 18, 2022
▸ **Processed on** October 14, 2022

| Transaction | Security Description | Quantity | Price ($) | Amount ($) |
|---|---|---|---|---|
| **You bought** | META MATERIALS INC AD-556291 | 450 | 0 907 | |

| | | | |
|---|---|---|---|
| | Gross transaction amount | | USD  408 15 |
| *Plus* | Commission | | 9 99 |
| *Equals* | **Net transaction amount** | | **USD $418 14** |

**Ticker symbol  MMAT**
Security number  43665R
CUSIP ID  59134N104
Trade number  004142
Trade processed by  9AAB

*As agent, TD Direct Investing confirms the above purchase on a U S  OTC marketplace for settlement in your account*

## Important information

Please review the information in this Transaction Confirmation carefully and let us know within 10 calendar days if there are any discrepancies

Clients  accounts are protected by the Canadian Investor Protection Fund within specified limits A brochure describing the nature and limits of coverage is available upon request

**Abbreviations used in the security descriptions**
RS  = Restricted shares
NVS = Non–voting shares
RVS = Restricted voting shares
SVS = Subordinate voting shares
MVS = Multiple voting shares
/D  = DSC (Deferred Sales Charge)
/NL = No Load

**Disclosure of sources of revenue**
TD Direct Investing and/or parties related to us may earn revenue in addition to commission from the following sources  currency conversion charges on certain trades and mutual fund transactions  fees paid by issuers and others in connection with corporate actions and new issues  the sale of fixed income products, trailer fees paid by mutual fund companies  and remuneration paid by U S  market makers and exchanges in connection with U S trades  For more information  see the TD Waterhouse Canada Inc  Account and Service Agreements and Disclosure Documents booklet It is also available online at www td com/ca/en/investing/direct-investing

The name of the salesperson  dealer and/or market in this transaction will be provided upon request

TD Direct Investing is a division of TD Waterhouse Canada Inc  a subsidiary of The Toronto-Dominion Bank

**Thank you for choosing TD Direct Investing**

**TD Waterhouse Canada Inc  - Member of the Canadian Investor Protection Fund**
00098969 0000004122 20221014 59134N104 43665R

Order execution account
No advice or recommendations provided



**TD Direct Investing**
*3500 STEELES AVE E*
*TOWER 2  2ND FLOOR*
*MARKHAM ON L3R 0X1*

**TD Direct Investing**

## Transaction Confirmation

MR OLADIPO OLATAYO
16823 84 ST NW UNIT 12
EDMONTON AB  T5Z 3S4

**Account number and type**
56FJR2K - TD Waterhouse Tax-Free Savings
Account - US

**Questions?**
**Contact an Investment Representative**
Toll Free 1 (800) 465-5463

## Transaction on October 13, 2022

▸ **For settlement on**  October 17, 2022
▸ **Processed on**  October 13, 2022

| Transaction | Security Description | Quantity | Price ($) | Amount ($) |
|---|---|---|---|---|
| **You bought** | META MATERIALS INC<br>VF-555919 | 182 | 1 09 | |

| | | |
|---|---|---|
| | Gross transaction amount | USD  198 38 |
| *Plus* | Commission | 9 99 |
| *Equals* | **Net transaction amount** | **USD $208 37** |

**Ticker symbol  MMAT**
Security number  43665R
CUSIP ID  59134N104
Trade number  001433
Trade processed by  9AAB

*As agent, TD Direct Investing confirms the above purchase on a U S  OTC marketplace for settlement in your account*

## Important information

Please review the information in this Transaction Confirmation carefully and let us know within 10 calendar days if there are any discrepancies

Clients' accounts are protected by the Canadian Investor Protection Fund within specified limits A brochure describing the nature and limits of coverage is available upon request

**Abbreviations used in the security descriptions**
RS  = Restricted shares
NVS = Non–voting shares
RVS = Restricted voting shares
SVS = Subordinate voting shares
MVS = Multiple voting shares
/D  = DSC (Deferred Sales Charge)
/NL = No Load

**Disclosure of sources of revenue**
TD Direct Investing and/or parties related to us may earn revenue in addition to commission from the following sources  currency conversion charges on certain trades and mutual fund transactions, fees paid by issuers and others in connection with corporate actions and new issues  the sale of fixed income products, trailer fees paid by mutual fund companies and remuneration paid by U S  market makers and exchanges in connection with U S trades  For more information  see the TD Waterhouse Canada Inc  Account and Service Agreements and Disclosure Documents booklet It is also available online at
www td com/ca/en/investing/direct investing

The name of the salesperson  dealer and/or market in this transaction will be provided upon request

TD Direct Investing is a division of TD Waterhouse Canada Inc  a subsidiary of The Toronto-Dominion Bank

**Thank you for choosing
TD Direct Investing**

Order execution account
No advice or recommendations provided



**TD Direct Investing**
*3500 STEELES AVE E*
*TOWER 2, 2ND FLOOR*
*MARKHAM ON L3R 0X1*

**TD Direct Investing**

## Transaction Confirmation

MR OLADIPO OLATAYO
16823 84 ST NW UNIT 12
EDMONTON AB  T5Z 3S4

**Account number and type**
555BF4K - TD Waterhouse Tax-Free Savings
Account - US

**Questions?**
**Contact an Investment Representative**
Toll Free 1 (800) 465-5463

## Transaction on October 13, 2022

▸ **For settlement on** October 17, 2022
▸ **Processed on** October 13, 2022

| Transaction | Security Description | Quantity | Price ($) | Amount ($) |
|---|---|---|---|---|
| **You bought** | META MATERIALS INC RK-554876 | 728 | 1 09 | |

| | | |
|---|---|---|
| | Gross transaction amount | USD  793 52 |
| *Plus* | Commission | 9 99 |
| *Equals* | **Net transaction amount** | **USD $803 51** |

**Ticker symbol  MMAT**
Security number  43665R
CUSIP ID  59134N104
Trade number  001496
Trade processed by  9AAB

*As agent, TD Direct Investing confirms the above purchase on a U S  OTC marketplace for settlement in your account*

## Important information

Please review the information in this Transaction Confirmation carefully and let us know within 10 calendar days if there are any discrepancies

Clients  accounts are protected by the Canadian Investor Protection Fund within specified limits A brochure describing the nature and limits of coverage is available upon request

**Abbreviations used in the security descriptions**
RS   = Restricted shares
NVS = Non–voting shares
RVS = Restricted voting shares
SVS = Subordinate voting shares
MVS = Multiple voting shares
/D   = DSC (Deferred Sales Charge)
/NL  = No Load

**Disclosure of sources of revenue**
TD Direct Investing and/or parties related to us may earn revenue in addition to commission from the following sources  currency conversion charges on certain trades and mutual fund transactions  fees paid by issuers and others in connection with corporate actions and new issues  the sale of fixed income products, trailer fees paid by mutual fund companies and remuneration paid by U S  market makers and exchanges in connection with U S trades  For more information  see the TD Waterhouse Canada Inc  Account and Service Agreements and Disclosure Documents booklet It is also available online at www td com/ca/en/investing/direct-investing

The name of the salesperson, dealer and/or market in this transaction will be provided upon request

TD Direct Investing is a division of TD Waterhouse Canada Inc  a subsidiary of The Toronto-Dominion Bank

**Thank you for choosing
TD Direct Investing**

**TD Waterhouse Canada Inc  - Member of the Canadian Investor Protection Fund**
00126143 0000004121 20221013 59134N104 43665R

Order execution account
No advice or recommendations provided



**TD Direct Investing**
*3500 STEELES AVE E*
*TOWER 2, 2ND FLOOR*
*MARKHAM ON L3R 0X1*

**TD Direct Investing**

MR OLADIPO OLATAYO
16823 84 ST NW UNIT 12
EDMONTON AB T5Z 3S4

## Transaction Confirmation

**Account number and type**
2776H1U - TD Waterhouse Self-Directed
RSP/LRSP/LIRA - US

**Questions?**
**Contact an Investment Representative**
Toll Free 1 (800) 465-5463

## Transaction on October 11, 2022

‣ **For settlement on** October 13, 2022
‣ **Processed on** October 11, 2022

| Transaction | Security Description | Quantity | Price ($) | Amount ($) |
|---|---|---|---|---|
| **You bought** | META MATERIALS INC<br>VH-558231 | 5,403 | 0 77 | |

**Ticker symbol  MMAT**
Security number  43665R
CUSIP ID  59134N104
Trade number  003220
Trade processed by  9AAB

|  |  |  |
|---|---|---|
| Gross transaction amount | | USD 4,160 31 |
| *Plus*    Commission | | 9 99 |
| *Equals* **Net transaction amount** | | **USD $4,170 30** |

*As agent, TD Direct Investing confirms the above purchase on a U S OTC marketplace for settlement in your account*

## Important information

Please review the information in this Transaction Confirmation carefully and let us know within 10 calendar days if there are any discrepancies

Clients accounts are protected by the Canadian Investor Protection Fund within specified limits A brochure describing the nature and limits of coverage is available upon request

**Abbreviations used in the security descriptions**
RS = Restricted shares
NVS = Non–voting shares
RVS = Restricted voting shares
SVS = Subordinate voting shares
MVS = Multiple voting shares
/D = DSC (Deferred Sales Charge)
/NL = No Load

**Disclosure of sources of revenue**
TD Direct Investing and/or parties related to us may earn revenue in addition to commission from the following sources currency conversion charges on certain trades and mutual fund transactions fees paid by issuers and others in connection with corporate actions and new issues the sale of fixed income products, trailer fees paid by mutual fund companies and remuneration paid by U S market makers and exchanges in connection with U S trades For more information see the TD Waterhouse Canada Inc Account and Service Agreements and Disclosure Documents booklet It is also available online at
www td com/ca/en/investing/direct investing

The name of the salesperson dealer and/or market in this transaction will be provided upon request

TD Direct Investing is a division of TD Waterhouse Canada Inc a subsidiary of The Toronto-Dominion Bank

**Thank you for choosing TD Direct Investing**

**TD Waterhouse Canada Inc - Member of the Canadian Investor Protection Fund**
00046453 0000004119 20221011 59134N104 43665R

Order execution account
No advice or recommendations provided



**TD Direct Investing**
*3500 STEELES AVE E*
*TOWER 2 2ND FLOOR*
*MARKHAM ON L3R 0X1*

**TD Direct Investing**

MR OLADIPO OLATAYO
16823 84 ST NW UNIT 12
EDMONTON AB T5Z 3S4

## Transaction Confirmation

**Account number and type**
2776H1U - TD Waterhouse Self-Directed
RSP/LRSP/LIRA - US

**Questions?**
**Contact an Investment Representative**
Toll Free 1 (800) 465-5463

## Transaction on October 12, 2022
▸ **For settlement on** October 14, 2022
▸ **Processed on** October 12, 2022

| Transaction | Security Description | Quantity | Price ($) | Amount ($) |
|---|---|---|---|---|
| **You bought** | META MATERIALS INC TN-554794 | 1,820 | 0 8395 | |

|  |  | |
|---|---|---|
| | Gross transaction amount | USD 1,527 89 |
| *Plus* | Commission | 9 99 |
| *Equals* | **Net transaction amount** | **USD $1,537 88** |

**Ticker symbol MMAT**
Security number 43665R
CUSIP ID 59134N104
Trade number 001748
Trade processed by 9AAB

*As agent, TD Direct Investing confirms the above purchase on a U S OTC marketplace for settlement in your account*

## Important information

Please review the information in this Transaction Confirmation carefully and let us know within 10 calendar days if there are any discrepancies

Clients accounts are protected by the Canadian Investor Protection Fund within specified limits A brochure describing the nature and limits of coverage is available upon request

**Abbreviations used in the security descriptions**
RS = Restricted shares
NVS = Non–voting shares
RVS = Restricted voting shares
SVS = Subordinate voting shares
MVS = Multiple voting shares
/D = DSC (Deferred Sales Charge)
/NL = No Load

**Disclosure of sources of revenue**
TD Direct Investing and/or parties related to us may earn revenue in addition to commission from the following sources currency conversion charges on certain trades and mutual fund transactions fees paid by issuers and others in connection with corporate actions and new issues the sale of fixed income products, trailer fees paid by mutual fund companies and remuneration paid by U S market makers and exchanges in connection with U S trades For more information see the TD Waterhouse Canada Inc Account and Service Agreements and Disclosure Documents booklet It is also available online at
www td com/ca/en/investing/direct-investing

The name of the salesperson dealer and/or market in this transaction will be provided upon request

TD Direct Investing is a division of TD Waterhouse Canada Inc a subsidiary of The Toronto-Dominion Bank

**Thank you for choosing**
**TD Direct Investing**

Order execution account
No advice or recommendations provided



**TD Direct Investing**
*3500 STEELES AVE E*
*TOWER 2, 2ND FLOOR*
*MARKHAM ON L3R 0X1*

**TD Direct Investing**

## Transaction Confirmation

MR OLADIPO OLATAYO
16823 84 ST NW UNIT 12
EDMONTON AB T5Z 3S4

**Account number and type**
2776H1A - Cash Account - CDN

**Questions?**
**Contact an Investment Representative**
Toll Free 1 (800) 465-5463

## Transaction on December 07, 2022

▸ **For settlement on** December 09, 2022
▸ **Processed on** December 07, 2022

| Transaction | Security Description | | Quantity | Price ($) | Amount ($) |
|---|---|---|---|---|---|
| You bought | META MATERIALS INC UY-568451 | | 1,178 | 2 14 | |
| | | | Gross transaction amount | | USD 2,520 92 |
| **Ticker symbol MMAT** | | *Plus* | Commission | | 9 99 |
| Security number 43665R | | *Plus* | Premium on USD Funds converted at 38 19% | | 966 55 |
| CUSIP ID 59134N104 | | | | | |
| Trade number 001202 | | *Equals* | **Net transaction amount** | | **CAD $3,497 46** |
| Trade processed by 9AAB | | | | | |

*As agent, TD Direct Investing confirms the above purchase on a U S OTC marketplace for settlement in your account*

## Important information

Please review the information in this Transaction Confirmation carefully and let us know within 10 calendar days if there are any discrepancies

Clients accounts are protected by the Canadian Investor Protection Fund within specified limits A brochure describing the nature and limits of coverage is available upon request

**Abbreviations used in the security descriptions**
RS = Restricted shares
NVS = Non–voting shares
RVS = Restricted voting shares
SVS = Subordinate voting shares
MVS = Multiple voting shares
/D = DSC (Deferred Sales Charge)
/NL = No Load

**Disclosure of sources of revenue**
TD Direct Investing and/or parties related to us may earn revenue in addition to commission from the following sources currency conversion charges on certain trades and mutual fund transactions fees paid by issuers and others in connection with corporate actions and new issues the sale of fixed income products, trailer fees paid by mutual fund companies and remuneration paid by U S market makers and exchanges in connection with U S trades For more information see the TD Waterhouse Canada Inc Account and Service Agreements and Disclosure Documents booklet It is also available online at www td com/ca/en/investing/direct investing

The name of the salesperson dealer and/or market in this transaction will be provided upon request

TD Direct Investing is a division of TD Waterhouse Canada Inc a subsidiary of The Toronto-Dominion Bank

**Thank you for choosing
TD Direct Investing**

**TD Waterhouse Canada Inc – Member of the Canadian Investor Protection Fund**
00040243 0000004160 20221207 59134N104 43665R

Order execution account
No advice or recommendations provided



**TD Direct Investing**
*3500 STEELES AVE E*
*TOWER 2  2ND FLOOR*
*MARKHAM ON L3R 0X1*

**TD Direct Investing**

## Transaction Confirmation

MR  OLADIPO OLATAYO
16823 84 ST NW UNIT 12
EDMONTON AB  T5Z 3S4

**Account number and type**
2776H1K - TD Waterhouse Tax-Free Savings
Account - US

**Questions?**
**Contact an Investment Representative**
Toll Free 1 (800) 465-5463

## Transaction on January 13, 2022

‣ **For settlement on**  January 18, 2022
‣ **Processed on**  January 13, 2022

| Transaction | Security Description | Quantity | Price ($) | Amount ($) |
|---|---|---|---|---|
| **You bought** | META MATERIALS INC HU-483871 | 1,250 | 2 175 | |

Ticker symbol  **MMAT**
Security number  43665R
CUSIP ID  59134N104
Trade number  006200
Trade processed by  9AAB

|  |  |  |
|---|---|---|
| Gross transaction amount | | USD  2,718 75 |
| *Plus*    Commission | | 9 99 |
| *Equals* **Net transaction amount** | | **USD $2,728 74** |

*As agent, TD Direct Investing confirms the above purchase on a U S  OTC marketplace for settlement in your account*

## Important information

Please review the information in this Transaction Confirmation carefully and let us know within 10 calendar days if there are any discrepancies

Clients  accounts are protected by the Canadian Investor Protection Fund within specified limits A brochure describing the nature and limits of coverage is available upon request

**Abbreviations used in the security descriptions**
RS    = Restricted shares
NVS = Non–voting shares
RVS = Restricted voting shares
SVS = Subordinate voting shares
MVS = Multiple voting shares
/D   = DSC (Deferred Sales Charge)
/NL = No Load

**Disclosure of sources of revenue**
TD Direct Investing and/or parties related to us may earn revenue in addition to commission from the following sources  currency conversion charges on certain trades and mutual fund transactions  fees paid by issuers and others in connection with corporate actions and new issues, the sale of fixed income products, trailer fees paid by mutual fund companies and remuneration paid by U S  market makers and exchanges in connection with U S trades  For more information  see the TD Waterhouse Canada Inc  Account and Service Agreements and Disclosure Documents booklet  It is also available online at www td com/ca/en/investing/direct-investing

The name of the salesperson  dealer and/or market in this transaction will be provided upon request

TD Direct Investing is a division of TD Waterhouse Canada Inc  a subsidiary of The Toronto-Dominion Bank

**Thank you for choosing
TD Direct Investing**

**TD Waterhouse Canada Inc  - Member of the Canadian Investor Protection Fund**
00068723 0000003928 20220113 59134N104 43E65R

Order execution account
No advice or recommendations provided



**TD Direct Investing**
*3500 STEELES AVE E*
*TOWER 2  2ND FLOOR*
*MARKHAM ON L3R 0X1*

**TD Direct Investing**

## Transaction Confirmation

MR  OLADIPO OLATAYO
16823 84 ST NW UNIT 12
EDMONTON AB  T5Z 3S4

**Account number and type**
2776H1K - TD Waterhouse Tax-Free Savings
Account - US

**Questions?**
**Contact an Investment Representative**
Toll Free 1 (800) 465-5463

## Transaction on February 24, 2022

‣ **For settlement on**  February 28, 2022
‣ **Processed on**  February 24, 2022

| Transaction | Security Description | Quantity | Price ($) | Amount ($) |
|---|---|---|---|---|
| **You bought** | META MATERIALS INC<br>SW-496099 | 1,200 | 1 48 | |

**Ticker symbol  MMAT**
Security number  43665R
CUSIP ID  59134N104
Trade number  006898
Trade processed by  9AAB

| | | |
|---|---|---|
| Gross transaction amount | | USD 1,776 00 |
| *Plus*    Commission | | 9 99 |
| *Equals* **Net transaction amount** | | **USD $1,785 99** |

*As agent, TD Direct Investing confirms the above purchase on a U S  OTC marketplace for settlement in your account*

## Important information

Please review the information in this Transaction Confirmation carefully and let us know within 10 calendar days if there are any discrepancies

Clients  accounts are protected by the Canadian Investor Protection Fund within specified limits A brochure describing the nature and limits of coverage is available upon request

**Abbreviations used in the security descriptions**
RS   = Restricted shares
NVS = Non–voting shares
RVS = Restricted voting shares
SVS = Subordinate voting shares
MVS = Multiple voting shares
/D   = DSC (Deferred Sales Charge)
/NL = No Load

**Disclosure of sources of revenue**
TD Direct Investing and/or parties related to us may earn revenue in addition to commission from the following sources  currency conversion charges on certain trades and mutual fund transactions, fees paid by issuers and others in connection with corporate actions and new issues, the sale of fixed income products, trailer fees paid by mutual fund companies  and remuneration paid by U S  market makers and exchanges in connection with U S trades  For more information  see the TD Waterhouse Canada Inc  Account and Service Agreements and Disclosure Documents booklet It is also available online at www td com/ca/en/investing/direct-investing

The name of the salesperson  dealer and/or market in this transaction will be provided upon request

TD Direct Investing is a division of TD Waterhouse Canada Inc  a subsidiary of The Toronto-Dominion Bank

**Thank you for choosing
TD Direct Investing**

**TD Waterhouse Canada Inc  - Member of the Canadian Investor Protection Fund**
00091648 0000003958 20220224 59134N104 43665R

Order execution account
No advice or recommendations provided



**TD Direct Investing**
*3500 STEELES AVE E*
*TOWER 2  2ND FLOOR*
*MARKHAM ON L3R 0Y1*

**TD Direct Investing**

## Transaction Confirmation

MR  OLADIPO OLATAYO
16823 84 ST NW UNIT 12
EDMONTON AB  T5Z 3S4

**Account number and type**
2776H1K - TD Waterhouse Tax-Free Savings
Account - US

**Questions?**
**Contact an Investment Representative**
Toll Free 1 (800) 465-5463

## Transaction on October 11, 2022

▸ **For settlement on**  October 13, 2022
▸ **Processed on**  October 11, 2022

| Transaction | Security Description | Quantity | Price ($) | Amount ($) |
|---|---|---|---|---|
| **You bought** | META MATERIALS INC | 3,761 | 0 81 | |
| | GK-554840 | 689 | 0 8099 | |
| | | **4,450** | | |

**Ticker symbol  MMAT**
Security number  43665R
CUSIP ID  59134N104
Trade number  000326
Trade processed by  9AAB

| | | |
|---|---|---|
| Gross transaction amount | | USD  3,604 43 |
| *Plus*    Commission | | 9 99 |
| *Equals* **Net transaction amount** | | **USD $3,614 42** |

*As agent, TD Direct Investing confirms the above purchase on a U S  OTC marketplace for settlement in your account*

## Important information

Please review the information in this Transaction Confirmation carefully and let us know within 10 calendar days if there are any discrepancies

Clients  accounts are protected by the Canadian Investor Protection Fund within specified limits A brochure describing the nature and limits of coverage is available upon request

**Abbreviations used in the security descriptions**
RS   = Restricted shares
NVS  = Non–voting shares
RVS = Restricted voting shares
SVS = Subordinate voting shares
MVS = Multiple voting shares
/D   = DSC (Deferred Sales Charge)
/NL  = No Load

**Disclosure of sources of revenue**
TD Direct Investing and/or parties related to us may earn revenue in addition to commission from the following sources  currency conversion charges on certain trades and mutual fund transactions  fees paid by issuers and others in connection with corporate actions and new issues  the sale of fixed income products, trailer fees paid by mutual fund companies  and remuneration paid by U S  market makers and exchanges in connection with U S trades  For more information  see the TD Waterhouse Canada Inc  Account and Service Agreements and Disclosure Documents booklet It is also available online at www td com/ca/en/investing/direct investing

The name of the salesperson  dealer and/or market in this transaction will be provided upon request

TD Direct Investing is a division of TD Waterhouse Canada Inc  a subsidiary of The Toronto-Dominion Bank

**Thank you for choosing**
**TD Direct Investing**

**TD Waterhouse Canada Inc  - Member of the Canadian Investor Protection Fund**
00046447 0000004119 20221011 59134N104 43665R

Order execution account
No advice or recommendations provided

 **TD Direct Investing**
*3500 STEELES AVE E*
*TOWER 2, 2ND FLOOR*
*MARKHAM ON L3R 0X1*

**TD Direct Investing**

MR OLADIPO OLATAYO
16823 84 ST NW UNIT 12
EDMONTON AB T5Z 3S4

## Transaction Confirmation

### Account number and type
2776H1K - TD Waterhouse Tax-Free Savings
Account - US

### Questions?
**Contact an Investment Representative**
Toll Free 1 (800) 465-5463

## Transaction on October 13, 2022

▸ **For settlement on** October 17, 2022
▸ **Processed on** October 13, 2022

| Transaction | Security Description | Quantity | Price ($) | Amount ($) |
|---|---|---|---|---|
| You bought | META MATERIALS INC | 343 | 1 09 | |
| | WS-554945 | | | |

| | | | |
|---|---|---|---|
| | Gross transaction amount | | USD 373 87 |
| *Plus* Commission | | | 9 99 |
| *Equals* **Net transaction amount** | | | **USD $383 86** |

**Ticker symbol MMAT**
Security number 43665R
CUSIP ID 59134N104
Trade number 001491
Trade processed by 9AAB

*As agent, TD Direct Investing confirms the above purchase on a U S OTC marketplace for settlement in your account*

## Important information

Please review the information in this Transaction Confirmation carefully and let us know within 10 calendar days if there are any discrepancies

Clients accounts are protected by the Canadian Investor Protection Fund within specified limits A brochure describing the nature and limits of coverage is available upon request

### Abbreviations used in the security descriptions
RS    = Restricted shares
NVS  = Non–voting shares
RVS  = Restricted voting shares
SVS  = Subordinate voting shares
MVS = Multiple voting shares
/D     = DSC (Deferred Sales Charge)
/NL   = No Load

### Disclosure of sources of revenue
TD Direct Investing and/or parties related to us may earn revenue in addition to commission from the following sources currency conversion charges on certain trades and mutual fund transactions, fees paid by issuers and others in connection with corporate actions and new issues the sale of fixed income products, trailer fees paid by mutual fund companies and remuneration paid by U S market makers and exchanges in connection with U S trades For more information see the TD Waterhouse Canada Inc Account and Service Agreements and Disclosure Documents booklet It is also available online at www td com/ca/en/investing/direct-investing

The name of the salesperson dealer and/or market in this transaction will be provided upon request

TD Direct Investing is a division of TD Waterhouse Canada Inc a subsidiary of The Toronto-Dominion Bank

**Thank you for choosing**
**TD Direct Investing**

---

**TD Waterhouse Canada Inc  - Member of the Canadian Investor Protection Fund**
00052121 0000004121 20221013 59134N104 43665R

Order execution account
No advice or recommendations provided



**TD Direct Investing**
*3500 STEELES AVE E*
*TOWER 2, 2ND FLOOR*
*MARKHAM ON L3R 0X1*

**TD Direct Investing**

MR OLADIPO OLATAYO
16823 84 ST NW UNIT 12
EDMONTON AB T5Z 3S4

## Transaction Confirmation

**Account number and type**
2776H1K - TD Waterhouse Tax-Free Savings
Account - US

**Questions?**
**Contact an Investment Representative**
Toll Free 1 (800) 465-5463

## Transaction on October 17, 2022

▸ **For settlement on** October 19, 2022
▸ **Processed on** October 17, 2022

| Transaction | Security Description | Quantity | Price ($) | Amount ($) |
|---|---|---|---|---|
| **You bought** | META MATERIALS INC<br>TG-556608 | 1,135 | 0 97 | |
| | | Gross transaction amount | | USD 1,100 95 |
| | *Plus*  Commission | | | 9 99 |
| | *Equals* **Net transaction amount** | | | **USD $1,110 94** |

**Ticker symbol MMAT**
Security number 43665R
CUSIP ID 59134N104
Trade number 006042
Trade processed by 9AAB

*As agent, TD Direct Investing confirms the above purchase on a U S OTC marketplace for settlement in your account*

## Important information

Please review the information in this Transaction Confirmation carefully and let us know within 10 calendar days if there are any discrepancies

Clients accounts are protected by the Canadian Investor Protection Fund within specified limits A brochure describing the nature and limits of coverage is available upon request

**Abbreviations used in the security descriptions**
RS  = Restricted shares
NVS = Non–voting shares
RVS = Restricted voting shares
SVS = Subordinate voting shares
MVS = Multiple voting shares
/D  = DSC (Deferred Sales Charge)
/NL = No Load

**Disclosure of sources of revenue**
TD Direct Investing and/or parties related to us may earn revenue in addition to commission from the following sources currency conversion charges on certain trades and mutual fund transactions, fees paid by issuers and others in connection with corporate actions and new issues the sale of fixed income products, trailer fees paid by mutual fund companies and remuneration paid by U S market makers and exchanges in connection with U S trades For more information see the TD Waterhouse Canada Inc Account and Service Agreements and Disclosure Documents booklet It is also available online at www td com/ca/en/investing/direct-investing

The name of the salesperson dealer and/or market in this transaction will be provided upon request

TD Direct Investing is a division of TD Waterhouse Canada Inc a subsidiary of The Toronto-Dominion Bank

**Thank you for choosing**
**TD Direct Investing**

**TD Waterhouse Canada Inc – Member of the Canadian Investor Protection Fund**
00039535 0000004123 20221017 59134N104 43665R

Order execution account
No advice or recommendations provided



**TD Direct Investing**
*3500 STEELES AVE E*
*TOWER 2, 2ND FLOOR*
*MARKHAM ON L3R 0X1*

**TD Direct Investing**

## Transaction Confirmation

MR OLADIPO OLATAYO
16823 84 ST NW UNIT 12
EDMONTON AB T5Z 3S4

**Account number and type**
2776H1S - TD Waterhouse Self-Directed
RSP/LRSP/LIRA - CDN

**Questions?**
**Contact an Investment Representative**
Toll Free 1 (800) 465-5463

## Transaction on January 13, 2022

▸ **For settlement on** January 18, 2022
▸ **Processed on** January 13, 2022

| Transaction | Security Description | | Quantity | Price ($) | Amount ($) |
|---|---|---|---|---|---|
| **You bought** | META MATERIALS INC HV-484117 | | 680 | 2 135 | |
| | | Gross transaction amount | | | USD 1,451 80 |
| **Ticker symbol  MMAT** | | *Plus*  Commission | | | 9 99 |
| Security number  43665R | | *Plus*  Premium on USD Funds converted at 26 89% | | | 393 08 |
| CUSIP ID  59134N104 | | | | | |
| Trade number  005115 | | *Equals*  **Net transaction amount** | | | **CAD $1,854 87** |
| Trade processed by  9AAB | | | | | |

*As agent, TD Direct Investing confirms the above purchase on a U S OTC marketplace for settlement in your account*

## Important information

Please review the information in this Transaction Confirmation carefully and let us know within 10 calendar days if there are any discrepancies

Clients accounts are protected by the Canadian Investor Protection Fund up to specified limits A brochure describing the nature and limits of coverage is available upon request

**Abbreviations used in the security descriptions**
RS   = Restricted shares
NVS = Non–voting shares
RVS = Restricted voting shares
SVS = Subordinate voting shares
MVS = Multiple voting shares
/D    = DSC (Deferred Sales Charge)
/NL  = No Load

**Disclosure of sources of revenue**
TD Direct Investing and/or parties related to us may earn revenue in addition to commission from the following sources  currency conversion charges on certain trades and mutual fund transactions  fees paid by issuers and others in connection with corporate actions and new issues  the sale of fixed income products, trailer fees paid by mutual fund companies  and remuneration paid by U S market makers and exchanges in connection with U S trades  For more information  see the TD Waterhouse Canada Inc  Account and Service Agreements and Disclosure Documents booklet It is also available online at www td com/ca/en/investing/direct-investing

The name of the salesperson  dealer and/or market in this transaction will be provided upon request

TD Direct Investing is a division of TD Waterhouse Canada Inc , a subsidiary of The Toronto-Dominion Bank

**Thank you for choosing TD Direct Investing**

**TD Waterhouse Canada Inc  - Member of the Canadian Investor Protection Fund**
00068725 0000003928 20220113 59134N104 43665R

Order execution account
No advice or recommendations provided



**TD Direct Investing**
*3500 STEELES AVE E*
*TOWER 2  2ND FLOOR*
*MARKHAM ON L3R 0X1*

**TD Direct Investing**

## Transaction Confirmation

MR  OLADIPO OLATAYO
16823 84 ST NW UNIT 12
EDMONTON AB  T5Z 3S4

**Account number and type**
2776H1S - TD Waterhouse Self-Directed
RSP/LRSP/LIRA - CDN

**Questions?**
**Contact an Investment Representative**
Toll Free 1 (800) 465-5463

## Transaction on June 21, 2022

▸ **For settlement on**  June 23, 2022
▸ **Processed on**  June 21, 2022

| Transaction | Security Description | | Quantity | Price ($) | Amount ($) |
|---|---|---|---|---|---|
| You bought | META MATERIALS INC UP-530043 | | 2,500 | 1 50 | |
| | | | Gross transaction amount | | USD  3,750 00 |
| | | Plus | Commission | | 9 99 |
| | | Plus | Premium on USD Funds converted at 31 59% | | 1,187 78 |
| | | *Equals* | **Net transaction amount** | | **CAD $4,947 77** |

**Ticker symbol  MMAT**
Security number  43665R
CUSIP ID  59134N104
Trade number  002120
Trade processed by  9AAB

*As agent, TD Direct Investing confirms the above purchase on a U S  OTC marketplace for settlement in your account*

## Important information

Please review the information in this Transaction Confirmation carefully and let us know within 10 calendar days if there are any discrepancies

Clients  accounts are protected by the Canadian Investor Protection Fund within specific limits A brochure describing the nature and limits of coverage is available upon request

**Abbreviations used in the security descriptions**
RS   = Restricted shares
NVS = Non–voting shares
RVS = Restricted voting shares
SVS = Subordinate voting shares
MVS = Multiple voting shares
/D   = DSC (Deferred Sales Charge)
/NL = No Load

**Disclosure of sources of revenue**
TD Direct Investing and/or parties related to us may earn revenue in addition to commission from the following sources  currency conversion charges on certain trades and mutual fund transactions  fees paid by issuers and others in connection with corporate actions and new issues  the sale of fixed income products, trailer fees paid by mutual fund companies  and remuneration paid by U S  market makers and exchanges in connection with U S trades  For more information  see the TD Waterhouse Canada Inc  Account and Service Agreements and Disclosure Documents booklet It is also available online at www td com/ca/en/investing/direct-investing

The name of the salesperson  dealer and/or market in this transaction will be provided upon request

TD Direct Investing is a division of TD Waterhouse Canada Inc , a subsidiary of The Toronto-Dominion Bank

**Thank you for choosing
TD Direct Investing**

Order execution account
No advice or recommendations provided

**TD**

**TD Direct Investing**
*3500 STEELES AVE E*
*TOWER 2, 2ND FLOOR*
*MARKHAM ON L3R 0X1*

**TD Direct Investing**

## Transaction Confirmation

MR OLADIPO OLATAYO
16823 84 ST NW UNIT 12
EDMONTON AB  T5Z 3S4

**Account number and type**
2776H1U - TD Waterhouse Self-Directed
RSP/LRSP/LIRA - US

**Questions?**
**Contact an Investment Representative**
Toll Free 1 (800) 465-5463

## Transaction on February 24, 2022

▸ **For settlement on**  February 28, 2022
▸ **Processed on**  February 24, 2022

| Transaction | Security Description | Quantity | Price ($) | Amount ($) |
|---|---|---|---|---|
| **You bought** | META MATERIALS INC | 300 | 1 48 | |
| | NX-500818 | | | |

| | | | |
|---|---|---|---|
| | Gross transaction amount | | USD  444 00 |
| *Plus* Commission | | | 9 99 |
| *Equals* **Net transaction amount** | | | **USD $453 99** |

**Ticker symbol  MMAT**
Security number 43665R
CUSIP ID 59134N104
Trade number 003242
Trade processed by 9AAB

*As agent, TD Direct Investing confirms the above purchase on a U S OTC marketplace for settlement in your account*

## Important information

Please review the information in this Transaction Confirmation carefully and let us know within 10 calendar days if there are any discrepancies

Clients accounts are protected by the Canadian Investor Protection Fund within specified limits A brochure describing the nature and limits of coverage is available upon request

**Abbreviations used in the security descriptions**
RS  = Restricted shares
NVS = Non–voting shares
RVS = Restricted voting shares
SVS = Subordinate voting shares
MVS = Multiple voting shares
/D  = DSC (Deferred Sales Charge)
/NL = No Load

**Disclosure of sources of revenue**
TD Direct Investing and/or parties related to us may earn revenue in addition to commission from the following sources  currency conversion charges on certain trades and mutual fund transactions, fees paid by issuers and others in connection with corporate actions and new issues  the sale of fixed income products, trailer fees paid by mutual fund companies and remuneration paid by U S  market makers and exchanges in connection with U S trades  For more information, see the TD Waterhouse Canada Inc  Account and Service Agreements and Disclosure Documents booklet It is also available online at www td com/ca/en/investing/direct investing

The name of the salesperson  dealer and/or market in this transaction will be provided upon request

TD Direct Investing is a division of TD Waterhouse Canada Inc  a subsidiary of The Toronto-Dominion Bank

**Thank you for choosing**
**TD Direct Investing**

---

**TD Waterhouse Canada Inc  - Member of the Canadian Investor Protection Fund**
00091649 0000003958 20220224 59134N104 43665R

Order execution account
No advice or recommendations provided

**TD Direct Investing**
*3500 STEELES AVE E*
*TOWER 2, 2ND FLOOR*
*MARKHAM ON L3R 0X1*

**TD Direct Investing**

## Transaction Confirmation

MR OLADIPO OLATAYO
16823 84 ST NW UNIT 12
EDMONTON AB T5Z 3S4

**Account number and type**
2776H1U - TD Waterhouse Self-Directed
RSP/LRSP/LIRA - US

**Questions?**
**Contact an Investment Representative**
Toll Free 1 (800) 465-5463

## Transaction on April 26, 2022

▸ **For settlement on** April 28, 2022
▸ **Processed on** April 26, 2022

| Transaction | Security Description | Quantity | Price ($) | Amount ($) |
|---|---|---|---|---|
| **You bought** | META MATERIALS INC ZM-514745 | 107 | 1 26 | |

|  |  |  |
|---|---|---|
| | Gross transaction amount | USD 134 82 |
| *Plus* Commission | | 9 99 |
| *Equals* **Net transaction amount** | | **USD $144 81** |

**Ticker symbol MMAT**
Security number 43665R
CUSIP ID 59134N104
Trade number 005806
Trade processed by 9AAB

*As agent, TD Direct Investing confirms the above purchase on a U S OTC marketplace for settlement in your account*

## Important information

Please review the information in this Transaction Confirmation carefully and let us know within 10 calendar days if there are any discrepancies

Clients accounts are protected by the Canadian Investor Protection Fund within specified limits A brochure describing the nature and limits of coverage is available upon request

**Abbreviations used in the security descriptions**
RS  = Restricted shares
NVS = Non–voting shares
RVS = Restricted voting shares
SVS = Subordinate voting shares
MVS = Multiple voting shares
/D  = DSC (Deferred Sales Charge)
/NL = No Load

**Disclosure of sources of revenue**
TD Direct Investing and/or parties related to us may earn revenue in addition to commission from the following sources currency conversion charges on certain trades and mutual fund transactions fees paid by issuers and others in connection with corporate actions and new issues the sale of fixed income products, trailer fees paid by mutual fund companies and remuneration paid by U S market makers and exchanges in connection with U S trades For more information see the TD Waterhouse Canada Inc Account and Service Agreements and Disclosure Documents booklet It is also available online at www td com/ca/en/investing/direct investing

The name of the salesperson dealer and/or market in this transaction will be provided upon request

TD Direct Investing is a division of TD Waterhouse Canada Inc a subsidiary of The Toronto-Dominion Bank

**Thank you for choosing
TD Direct Investing**

**TD Waterhouse Canada Inc - Member of the Canadian Investor Protection Fund**
00066487 0000004000 20220426 59134N104 43665R

Order execution account
No advice or recommendations provided





### Get the most out of your statement

Your statement is broken down into **five** straight forward categories  each designed to help you understand how your investments are performing

- Measure overall account performance  past and present
- Track incoming/outgoing fees and rebates
- Monitor your portfolio s position allocation

**Talk to us  follow us  watch us**

For help with your account  Monday to Friday  8 a m  to 8 p m ET

- Visit chat and we can help you immediately
- Call us at 1 888 783 7866
- Email support@questrade com

For all other help  join the conversation

- On the Exchange, your online community
- Follow us on Facebook or Twitter
- Tune into our YouTube channel
- Visit our LinkedIn page

# ACCOUNT STATEMENT

Order execution only account

| | |
|---|---|
| Current month balance (October 31, 2024) | $8 37 |
| Last month balance (September 30, 2024) | $6 21 |

OLADIPO OLATAYO

12-16823 84 ST NW EDMONTON AB
T5Z 3S4

| | | | |
|---|---|---|---|
| **Account #**  28355313 | | **Current month**  October 31  2024 | |
| **Type**  Individual Margin | | **Account opened**  October 13  2021 | |
| **Currency**  CAD/USD | | **Dealer**  Questrade  Inc | |

## CONTENT



**SUMMARY**
An overview of current and historical balances

**ACTIVITY DETAILS**
A breakdown of cash and position changes during the month



**PERFORMANCE**
Your current and historical rate of return

**TRADES TO SETTLE AFTER MONTH END**
A summary of all trades not settled by the end of the month

**INVESTMENT DETAILS**
A detailed summary of cash and settled positions

CIPF
FCPE
MEMBER
MEMBRE

Regulated by Canadian Investment Regulatory Organization
Réglementé par Organisme canadien de réglementation des Investissements



ACCOUNT STATEMENT

# 03. INVESTMENT DETAILS

## Stocks owned

| | Securities held in CAD | Securities held in USD | Combined in CAD | | Securities held in CAD | Securities held in USD | Combined in CAD |
|---|---|---|---|---|---|---|---|
| | | CURRENT MONTH | | | | PREVIOUS MONTH | |
| Market Value ($) | | 1 42 | 1 98 | | | | |

| Symbol | Description | Cost basis¹ | Qty¹ | Segr ¹ | Cost/share | Pos cost¹ | Mkt price¹ | Mkt. value¹ | P&L¹ | % return¹ | % port ¹ |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Securities held in USD | | | | | | | | | | |
| 8AG5588 | NEXT BRIDGE HYDROCARBONS | ND | 7 902 00 | 7 902 00 | ND | ND | 0 00 N | 0 00 N | ND | ND | |
| MMATQ | META MATERIALS INC COMMON STOCK | BK | 20 00 | 20 00 | 0 40 | 8 04 | 0 07 | 1 42 | 6 62 | 82 34 | 100 00 |

¹Investment details

**Cost basis**
**Book cost (BK)** The cost of a security adjusted by any corporate actions reinvested dividends and return of capital
**Historical Market value (HMV)** The historical market value of the security is used to estimate some or all of its book cost
**Historical Market value date (HMVD)** The market value of the security on October 30 2015 was used to estimate some or all of its book cost
**Non determinable (ND)** The security is not included in your % portfolio calculation because the cost basis cannot be determined

**Quantity (Qty )** The quantity for each security may include fractional shares which are shown in decimals
**Segregated (Segr )** fully paid securities that require no reimbursement to Questrade
**Position cost (Pos cost)** the cost of the position
**Market price (Mkt price)/Market value (Mkt value)** the price at which a security is trading and could presumably be purchased or sold
Market value may include accrued interest
A letter to the right of the market value means
E  we have estimated the market value of the security
N  the market value of the security cannot be determined
For an explanation of market price including illiquid or non exchange traded securities please refer to the disclosures at the end of this statement
In RESP accounts the market value of any securities you own in U S dollars are converted and displayed in Canadian dollars
**P&L** the market value minus the position cost
**% portfolio (% port )** the value of the security divided by the value of all owned positions in your account Shorted positions are not included In this calculation
**Note** Continue reading on glossary page



**TRADE CONFIRMATION REPORT**

| Account # | 52846916 | **Dealer** | Questrade, Inc | **Type** | TFSA |
|---|---|---|---|---|---|
| **Client** | Oladipo Olatayo | | | | |
| Order execution only account | | | | | |

5700 Yonge Street  Unit G1 - Ground Floor  Toronto  ON M2M 4K2
Phone  416 227 9876   Web  questrade com

**U S  stocks and options - Account 5284691614**

| Trade Date | Settlement date | Trade # | Action | Quantity | Symbol | T B | EX | Price (USD) | Gross amount (USD) | Comm (USD) | SEC fees (USD) | Interest amount (USD) | Net amount (USD) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 28-10-22 | 01-11-22 | 530297 | Buy | 1,721 | MMAT | A | NY | 1 00 | (1,721 00) | (9 95) | 0 00 | 0 00 | (1,730 95) |

**Description**   META MATLS INC, COMMON STOCK, AVG PRICE - ASK US FOR DETAILS

| | | | | | | | | Totals | (1,721 00) | (9 95) | 0 00 | 0 00 | (1,730 95) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**QUESTRADE** ®

5700 Yonge Street  Unit G1  Ground Floor  Toronto  ON M2M 4K2
Phone  416 227 9876    Web  questrade com

**TRADE CONFIRMATION REPORT**

| Account # | 52852439 | Dealer | Questrade, Inc | Type | TFSA |
|---|---|---|---|---|---|
| Client | Oladipo Olatayo | | | | |
| Order execution only account | | | | | |

### U S  stocks and options - Account 5285243910

| Trade Date | Settlement date | Trade # | Action | Quantity | Symbol | T B | EX | Price (USD) | Gross amount (USD) | Comm (USD) | SEC fees (USD) | Interest amount (USD) | Net amount (USD) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 17-10-22 | 19-10-22 | 452D42 | Buy | 150 | MMAT | A | NY | 972 | (145 80) | (4 95) | 0 00 | 0 00 | (150 75) |

**Description**   META MATLS INC, COMMON STOCK

| | | | | | Totals | | | | (145 80) | (4 95) | 0 00 | 0 00 | (150 75) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Report generated on   03 35 49 PM 11 09 2024