NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | PROOF OF INTEREST |
|---|---|

Name of Debtor: *META MATERIALS INC.*

Case Number: *24-50792-hlb*

**1.** Name and address of holder of the Equity Interest (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

*MICHAEL AINSWORTH*
*4171 US HWY 190 W*
*LIVINGSTON, TX 77351*

Telephone Number: *281-389-6121*

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

☑ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

**RECEIVED AND FILED**

**DEC - 9 2024**

**U.S. BANKRUPTCY COURT**
**MARY A. SCHOTT, CLERK**

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

**COURT USE ONLY**

Account or other number by which Interest holder identifies Debtor:
*E-TRADE #4764-0813*
*MORGAN STANLEY 459-298485*

Check here if this claim:
☐ replaces a previously filed Proof of Interest dated: _____
☐ amends a previously filed Proof of Interest dated: _____

**2.** Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:
*E-TRADE*
*PO BOX 484, JERSEY CITY, NJ 07303-0484*
Telephone Number: *1-800-387-2331*

**3.** Date Equity Interest was acquired:
*SEE ATTACHED TRANSACTION HISTORY*
*+ CURRENT ACCOUNT STATEMENT*

**4.** Total amount of member interest: *254 SHARES*

**5.** Certificate number(s): _____

**6.** Type of Equity Interest:
Please indicate the type of Equity Interest you hold:
☑ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
☐ Check this box if your Equity Interest is based on anything else and describe that interest:
Description: _____

**7.** Supporting Documents: Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**8.** Date-Stamped Copy: To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

**9. Signature:**
Check the appropriate box.
☑ I am the creditor.    ☐ I am the creditor's authorized agent.    ☐ I am the trustee, or the debtor,    ☐ I am a guarantor, surety, endorser, or other codebtor.
(Attach copy of power of attorney, if any.)    or their authorized agent.    (See Bankruptcy Rule 3005.)
(See Bankruptcy Rule 3004.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: *MICHAEL AINSWORTH*
Title: *INVESTOR*
Company: Address and telephone number (if different from notice address above): *SAME AS ABOVE*

(Signature)    *11/19/24*
(Date)

Telephone number: *281-389-6121*    email: *mike@tdhbuilders.com*

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

## <u>ACCOUNT NUMBER DECPRECANCY EXPLANATION</u>

Reference:  Michael B. Ainsworth

Case #:  24-50792-hlb

In 2023 E*Trade was acquired by Morgan Stanley Smith Barney, at which time they changed the Brokerage Account numbers from an E*Trade ACCT# 4764-0813 to a Morgan Stanley ACCT# 459-298485.  I have included a June 30, 2023 Account Statement, reflects on pages 5-6 that the common stocks were transferred to MSSB A/C with the new account number.

I am including this because you will find that the Account Numbers on the most current Account Statement I included and the Trade Confirmation Reports DO NOT match.  The first page of the June 30, 2023 Account Statement does reflect the old E*Trade Account Number.

# E✱TRADE®
from Morgan Stanley

**CLIENT STATEMENT** | For the Period October 1-31, 2024

**STATEMENT FOR:**
MICHAEL B AINSWORTH TOD
SUBJECT TO STA RULES

**Beginning Total Value** (as of 10/1/24)          $1,236.10
**Ending Total Value** (as of 10/31/24)           $1,199.29
   Includes Accrued Interest

**Access Your Account Online At**
www.etrade.com or call 800-387-2331

Morgan Stanley Smith Barney LLC. Member SIPC.
E*TRADE is a business of Morgan Stanley.

#BWNJGWM

MICHAEL B AINSWORTH TOD
SUBJECT TO STA RULES
4171 US HWY 190 WEST
LIVINGSTON TX 77351

INVESTMENTS AND INSURANCE PRODUCTS: NOT FDIC INSURED • NOT A BANK DEPOSIT •
NOT INSURED BY ANY FEDERAL GOVERNMENT AGENCY • NOT BANK GUARANTEED •
MAY LOSE VALUE • UNLESS SPECIFICALLY NOTED, ALL VALUES ARE DISPLAYED IN USD

# E✱TRADE®
from Morgan Stanley

## Standard Disclosures

The following Disclosures are applicable to the enclosed statement(s). Expanded Disclosures are attached to your most recent June and December statement (or your first Statement if you have not received a statement for those months). The Expanded Disclosures are also available online or by contacting us by using the contact information on the statement cover page.

**Questions?**
Questions regarding your account may be directed to us by using the contact information on the statement cover page.

**Errors and Inquiries**
Be sure to review your statement promptly, and immediately address any concerns regarding entries that you do not understand or believe were made in error by contacting us by using the contact information on your statement cover page. Oral communications regarding any inaccuracy or discrepancy in this statement should be re-confirmed in writing to further protect your rights, including rights under the Securities Investor Protection Act (SIPA). Your statement will be deemed correct unless we receive a written inquiry of a suspected error. See your account documentation for special rules regarding your rights and responsibilities with respect to erroneous electronic fund transfers, including a description of the transfers covered. For concerns or complaints, contact us.

**Senior Investor Helpline**
Senior Investor clients or those acting on their behalf have a convenient way to communicate with our Firm by calling us at (800) 280-4534 Monday-Friday 9am-7pm Eastern Time.

**Availability of Free Credit Balances and Financial Statements**
Under the customer protection rules of the SEC [17 CFR §240.15c3-3], we may use funds comprising free credit balances carried for customer accounts here, provided that these funds are payable to customers on demand (i.e., are free of a lien or right of set-off in our favor or on behalf of some third party to whom you have given control). A financial statement of this organization is available for your personal inspection at its offices, or a copy will be mailed to you upon your written request.

**Listed Options**
Information with respect to commissions and other charges related to the execution of options transactions has been included in confirmations of such transactions previously furnished to you and such information will be made available to you promptly at your request. Promptly advise us of any material change in your investment objectives or financial situation.

**Important Information if You are a Margin Customer** (not available for certain retirement accounts)
If you have margin privileges, you may borrow money from us in

exchange for pledging assets in your accounts as collateral for any outstanding margin loan. The amount you may borrow is based on the value of the eligible securities in your margin accounts. If a security has eligible shares, the number of shares pledged as collateral will be indicated below the position.

**Margin Interest Charges**
We calculate interest charges on margin loans as follows: (1) multiply the applicable margin interest rate by the daily close of business net settled debit balance, and (2) divide by 360 (days). Margin interest accrues daily throughout the month and is added to your debit balance at month-end. The month-end interest charge is the sum of the daily accrued interest calculations for the month. We add the accrued interest to your debit balance and start a new calculation each time the applicable interest rate changes and at the close of every statement month. For interest rate information, log into your account online and select your account with a Margin agreement to view more information.

**Information Regarding Special Memorandum Account**
If you have a Margin Account, this is a combined statement of your Margin Account and Special Memorandum Account maintained for you under Section 220.5 of Regulation T issued by the Board of Governors of the Federal Reserve System. The permanent record of the Special Memorandum Account as required by Regulation T is available for your inspection at your request.

**Important Information About Auction Rate Securities**
For certain Auction Rate Securities there is no or limited liquidity. Therefore, the price(s) for these Auction Rate Securities are indicated by N/A (not available). There can be no assurance that a successful auction will occur or that a secondary market exists or will develop for a particular security.

**Structured Investments Risks and Considerations**
Structured Investments (Structured Products) are complex products and may be subject to special risks. Investors should consider the concentration risk of owning the related security and their total exposure to any underlying asset. Structured Investments, which may appear in various statement product categories and are identified on the Position Description Details line as "Asset Class: Struct Inv," may not perform in a manner consistent with the statement product category where they appear and therefore may not satisfy portfolio asset allocation needs for that category. For information on the risks and conflicts of interest related to Structured Investments generally, log in to Morgan Stanley Online and go to www.morganstanley.com/structuredproductsrisksandconflicts.

**Security Measures**
This statement features several embedded security elements to safeguard its authenticity. One is a unique blue security rectangle,

printed in heat-sensitive ink on the back of every page. When exposed to warmth, the color will disappear, and then reappear.

**SIPC Protection**
We are a member of Securities Investor Protection Corporation (SIPC), which protects securities of its customers up to $500,000 (including $250,000 for claims for cash). An explanatory brochure is available upon request or at www.sipc.org. Losses due to market fluctuation are not protected by SIPC and assets not held with us may not be covered by SIPC protection. To obtain information about SIPC, including an explanatory SIPC brochure, contact SIPC at 1-202-371-8300 or visit www.sipc.org.

**Transaction Dates and Conditions**
Upon written request, we will furnish the date and time of a transaction and the name of the other party to a transaction. We and/or our affiliates may accept benefits that constitute payment for order flow. Details regarding these benefits and the source and amount of any other remuneration received or to be received by us in connection with any transaction will be furnished upon written request.

**Equity Research Ratings Definitions and Global Investment Manager Analysis Status**
Some equity securities may have research ratings from Morgan Stanley & Co. LLC or Morningstar, Inc. Research ratings are the research providers' opinions and not representations or guarantees of performance. For more information about each research provider's rating system, see the Research Ratings on your most recent June or December statement (or your first statement if you have not received a statement for those months), go online or refer to the research provider's research report. Research reports contain more complete information concerning the analyst's views and you should read the entire research report and not infer its contents from the rating alone. If your account contains an advisory component or is an advisory account, a GIMA component will be furnished upon written request.

**Credit Ratings from Moody's Investors Service and Standard & Poor's**
The credit rating from Moody's Investors Service and Standard & Poor's may be shown for certain securities. All credit ratings represent the opinions of the provider and are not representations or guarantees of performance. Please contact us if you need further information or assistance in interpreting these credit ratings.

Revised 11/2022

# E✳TRADE®
from Morgan Stanley

**CLIENT STATEMENT** | For the Period October 1-31, 2024

| Account Summary | Self-Directed Brokerage Account 459-298485-201 | MICHAEL B AINSWORTH TOD SUBJECT TO STA RULES |
|---|---|---|

## CHANGE IN VALUE OF YOUR ACCOUNT (includes accrued interest)

| | This Period (10/1/24-10/31/24) | This Year (1/1/24-10/31/24) |
|---|---|---|
| **TOTAL BEGINNING VALUE** | $1,236.10 | $2,759.33 |
| Credits | — | 50.00 |
| Debits | (5.64) | (43.64) |
| Security Transfers | — | — |
| **Net Credits/Debits/Transfers** | $(5.64) | $6.36 |
| **Change in Value** | (31.17) | (1,566.40) |
| **TOTAL ENDING VALUE** | $1,199.29 | $1,199.29 |

## MARKET VALUE OVER TIME

The below chart displays the most recent thirteen months of Market Value.



The percentages above represent the change in dollar value from the prior period. They do not represent account investment performance, as they do not consider the impact of contributions and withdrawals, nor other factors that may have affected performance calculations. No percentage will be displayed when the previous month reflected no value.

## ASSET ALLOCATION (includes accrued interest)

| | Market Value | Percentage |
|---|---|---|
| Cash | $125.46 | 10.46 |
| Equities | 1,073.83 | 89.54 |
| **TOTAL VALUE** | $1,199.29 | 100.00% |

FDIC rules apply and Bank Deposits are eligible for FDIC insurance but are not covered by SIPC. Cash and securities (including MMFs) are eligible for SIPC coverage. See Expanded Disclosures. Values may include assets externally held, as a courtesy, and may not be covered by SIPC. Foreign Exchange (FX) is neither FDIC nor SIPC insured. For additional information, refer to the corresponding section of this statement.



This asset allocation represents holdings on a trade date basis, and projected settled Cash/BDP and MMF balances. These classifications do not constitute a recommendation and may differ from the classification of instruments for regulatory or tax purposes.

# E✳TRADE®
from Morgan Stanley

**CLIENT STATEMENT** | For the Period October 1-31, 2024

Page 4 of 8

## Account Summary

| Self-Directed Brokerage Account | MICHAEL B AINSWORTH TOD |
|---|---|
| 459-298485-201 | SUBJECT TO STA RULES |

### BALANCE SHEET (^ Includes accrued interest)

| | Last Period (as of 9/30/24) | This Period (as of 10/31/24) |
|---|---|---|
| Cash, BDP, MMFs | $37.12 | $125.46 |
| Stocks | 1,198.98 | 1,073.83 |
| **Total Assets** | **$1,236.10** | **$1,199.29** |
| **Total Liabilities** (outstanding balance) | — | — |
| **TOTAL VALUE** | **$1,236.10** | **$1,199.29** |

### INCOME AND DISTRIBUTION SUMMARY

| | This Period (10/1/24-10/31/24) | This Year (1/1/24-10/31/24) |
|---|---|---|
| Other Income and Distributions | $93.98 | $93.98 |
| **Income And Distributions** | **$93.98** | **$93.98** |
| **Tax-Exempt Income** | — | — |
| **TOTAL INCOME AND DISTRIBUTIONS** | **$93.98** | **$93.98** |

Taxable and tax exempt income classifications are based on the characteristics of the underlying securities and not the taxable status of the account.

### CASH FLOW

| | This Period (10/1/24-10/31/24) | This Year (1/1/24-10/31/24) |
|---|---|---|
| **OPENING CASH, BDP, MMFs** | **$37.12** | **$25.12** |
| Income and Distributions | 93.98 | 93.98 |
| **Total Investment Related Activity** | **$93.98** | **$93.98** |
| Electronic Transfers-Credits | — | 50.00 |
| Other Debits | (5.64) | (43.64) |
| **Total Cash Related Activity** | **$(5.64)** | **$6.36** |
| **Total Card/Check Activity** | — | — |
| **CLOSING CASH, BDP, MMFs** | **$125.46** | **$125.46** |

### GAIN/(LOSS) SUMMARY

| | Realized This Period (10/1/24-10/31/24) | Realized This Year (1/1/24-10/31/24) | Unrealized Inception to Date (as of 10/31/24) |
|---|---|---|---|
| Long-Term Gain | — | — | $136.28 |
| Long-Term (Loss) | — | — | (113,119.55) |
| **Total Long-Term** | — | — | **$(112,983.27)** |

The Gain/(Loss) Summary, which may be subsequently adjusted, is provided for informational purposes and should not be used for tax preparation. For additional detail, please visit www.etrade.com.



| Account Detail | Self-Directed Brokerage Account 459-298485-201 | MICHAEL B AINSWORTH TOD SUBJECT TO STA RULES |
|---|---|---|

**Investment Objectives (in order of priority):** Capital Appreciation

Inform us if your investment objectives, as defined in the Expanded Disclosures, change.

Brokerage Account

## HOLDINGS

This section reflects positions purchased/sold on a trade date basis. "Market Value" and "Unrealized Gain/(Loss)" may not reflect the value that could be obtained in the market. Your actual investment return may differ from the unrealized gain/(loss) displayed. Fixed Income securities are sorted by maturity or pre-refunding date, and alphabetically within date. Estimated Annual Income a) is calculated on a pre-tax basis, b) does not include any reduction for applicable non-US withholding taxes, c) may include return of principal or capital gains which could overstate such estimates, and d) for holdings that have a defined maturity date within the next 12 months, is reflected only through maturity date. Actual income or yield may be lower or higher than the estimates. Current Yield is an estimate for informational purposes only. It reflects the income generated by an investment, and is calculated by dividing the total estimated annual income by the current market value of the entire position. It does not reflect changes in its price. Structured investments, identified on the Position Description Details line as "Asset Class: Struct Inv," may appear in various statement product categories. When displayed, the accrued interest, annual income and current yield for those with a contingent income feature (e.g., Range Accrual Notes or Contingent Income Notes) are estimates and assume specified accrual conditions are met during the relevant period and payment in full of all contingent interest. For Floating Rate Securities, the accrued interest, annual income and current yield are estimates based on the current floating coupon rate and may not reflect historic rates within the accrual period.

For additional information related to Unrealized and Realized Gain/(Loss) and tax lot details, including cost basis, please visit www.etrade.com. The information presented on the statement should not be used for tax purposes.

## CASH, BANK DEPOSIT PROGRAM AND MONEY MARKET FUNDS

Cash, Bank Deposit Program, and Money Market Funds are generally displayed on a settlement date basis. You have the right to instruct us to liquidate your bank deposit balance(s) or shares of any money market fund balance(s) at any time and have the proceeds of such liquidation remitted to you. Estimated Annual Income, Accrued Interest, and APY% will only be displayed for fully settled positions. Under the Bank Deposit Program, free credit balances held in an account(s) at Morgan Stanley Smith Barney LLC are automatically deposited into an interest-bearing deposit account(s), at Morgan Stanley Bank, N.A. and/or Morgan Stanley Private Bank, National Association, each a national bank, FDIC member and an affiliate of Morgan Stanley. Under certain circumstances, deposits may be held at other FDIC insured Program Banks. For more information regarding the Bank Deposit Program and the Program Banks, go to www.etrade.com/bdpdisclosure. Cash and interest from required Pattern Day Trader minimum equity amounts are retained in Cash Balance Program.

| Description | | Market Value | 7-Day Current Yield % | Est Ann Income | APY % |
|---|---|---|---|---|---|
| **MORGAN STANLEY BANK N.A.** | | $125.46 | — | $0.01 | 0.010 |

| | Percentage of Holdings | Market Value | | Est Ann Income | |
|---|---|---|---|---|---|
| **CASH, BDP, AND MMFs** | 10.46% | $125.46 | | $0.01 | |

# E✱TRADE®
from Morgan Stanley

## Account Detail

| | Self-Directed Brokerage Account | MICHAEL B AINSWORTH TOD |
| --- | --- | --- |
| | 459-298485-201 | SUBJECT TO STA RULES |

## STOCKS

### COMMON STOCKS

Morgan Stanley & Co. LLC (Morgan Stanley) and Morningstar, Inc.'s equity research ratings are shown for certain securities. These ratings represent the opinions of the research provider and are not representations or guarantees of performance. The applicable research report contains more information regarding the analyst's opinions, analysis, and rating, and you should read the entire research report and not infer its contents. For ease of comparison, Morgan Stanley and Morningstar, Inc.'s equity research ratings have been normalized to a 1 (Buy), 2 (Hold), and 3 (Sell). Refer to your June or December statement for a summary guide describing the ratings. We do not take responsibility for, nor guarantee the accuracy, completeness, or timeliness of research prepared for Morningstar, Inc.

| Security Description | Quantity | Share Price | Total Cost | Market Value | Unrealized Gain/(Loss) | Est Ann Income | Current Yield % |
| --- | --- | --- | --- | --- | --- | --- | --- |
| CAMBER ENERGY INC (CEIN) | 20.000 | $0.020 | $154.50 | $0.40 | $(154.10) | — | — |
| Asset Class: Equities | | | | | | | |
| CARNIVAL CP NEW PAIRED COM (CCL) | 2.000 | 22.000 | 13.46 | 44.00 | 30.54 | — | — |
| Rating: Morgan Stanley: 3, Morningstar: 1; Asset Class: Equities | | | | | | | |
| FM4 NXTBRG HYDROCARBONS CONTRA | 10,730.000 | N/A | 2,008.05 | N/A | N/A | — | — |
| Asset Class: Equities | | | | | | | |
| META MATERIALS INC NEW (MMATQ) | 254.000 | 0.071 | 112,295.17 | 18.03 | (112,277.13) | — | — |
| Asset Class: Equities | | | | | | | |
| TESLA INC (TSLA) | 4.000 | 249.850 | 893.66 | 999.40 | 105.74 | — | — |
| Rating: Morgan Stanley: 1, Morningstar: 2; Asset Class: Equities | | | | | | | |
| TORQUE LIFESTYLE BRANDS INC (TQLB) | 6,000.000 | 0.002 | 700.32 | 12.00 | (688.32) | — | — |
| Asset Class: Equities | | | | | | | |
| VINCO VENTURES INC (BBIG) | 6.000 | 0.000 | 858.82 | 0.00 | 0.00 | — | — |
| Asset Class: Equities | | | | | | | |

| | Percentage of Holdings | | Total Cost | Market Value | Unrealized Gain/(Loss) | Est Ann Income | Current Yield % |
| --- | --- | --- | --- | --- | --- | --- | --- |
| STOCKS | 89.54% | | $116,923.98 | $1,073.83 | $(112,983.27) | — | — |

| | Percentage of Holdings | | Total Cost | Market Value | Unrealized Gain/(Loss) | Est Ann Income Accrued Interest | Current Yield % |
| --- | --- | --- | --- | --- | --- | --- | --- |
| TOTAL VALUE | 100.00% | | $116,923.98 | $1,199.29 | $(112,983.27) | $0.01 | — |

Unrealized Gain/(Loss) totals only reflect positions that have both cost basis and market value information available. Cash, MMF, Deposits and positions stating 'Please Provide' or 'Pending Corporate Actions' are not included.

# E✳TRADE®
from Morgan Stanley

**CLIENT STATEMENT** | For the Period October 1-31, 2024

## Account Detail

| | Self-Directed Brokerage Account 459-298485-201 | MICHAEL B AINSWORTH TOD SUBJECT TO STA RULES |
|---|---|---|

## ALLOCATION OF ASSETS

| | Cash | Equities | Fixed Income & Preferred Securities | Alternatives | Structured Investments | Other |
|---|---|---|---|---|---|---|
| Cash, BDP, MMFs | $125.46 | — | — | — | — | — |
| Stocks | — | $1,073.83 | — | — | — | — |
| **TOTAL ALLOCATION OF ASSETS** | **$125.46** | **$1,073.83** | **—** | **—** | **—** | **—** |

## ACTIVITY

### CASH FLOW ACTIVITY BY DATE

| Activity Date | Settlement Date | Activity Type | Description | Comments | Quantity | Price | Credits/(Debits) |
|---|---|---|---|---|---|---|---|
| 10/21 | | Miscellaneous Income | ORPHAZYME A S ADR | CLASS ACTION PAYMENT | | | $93.98 |
| 10/21 | | Service Fee | ORPHAZYME A S ADR | CLASS ACTION VENDOR FEE | | | (5.64) |
| **NET CREDITS/(DEBITS)** | | | | | | | **$88.34** |

### MONEY MARKET FUND (MMF) AND BANK DEPOSIT PROGRAM ACTIVITY

| Activity Date | Activity Type | Description | Credits/(Debits) |
|---|---|---|---|
| 10/22 | Automatic Investment | BANK DEPOSIT PROGRAM | $88.34 |

## MESSAGES

**Senior Investor Helpline**
For any inquiries or potential concerns, senior investors or someone acting on their behalf may contact our Firm by calling (800) 280-4534.



This page intentionally left blank

Page 1 of 2



E✱TRADE **FINANCIAL®**
Trading • Investing • Banking

**E✱TRADE Securities**

Investment Account

# TRADE CONFIRMATION

**Account Number: XXXX-0813**

**Account Name:**
MICHAEL B AINSWORTH

E✱TRADE Securities LLC
PO Box 484
Jersey City, NJ 07303-0484
1-800-ETRADE-1 (1-800-387-2331)
etrade.com

**Customer Update**
Want to get important documents faster? Get your statements, confirms, and tax forms online with paperless delivery. Enroll at etrade.com/paperless.

| TRADE DATE | SETL. DATE | MKT / CPT | SYMBOL / CUSIP | BUY / SELL | QUANTITY | PRICE | ACCT TYPE | | |
|---|---|---|---|---|---|---|---|---|---|
| 09/29/21 | 10/01/21 | 6 1 | MMAT | BUY | 300 | $5.78 | Cash | PRINCIPAL | $1,734.00 |
| META MATLS INC COMMON STOCK | | | | | | | | NET AMOUNT | $1,734.00 |

▲ DETACH HERE

MICHAEL B AINSWORTH
3780 FM 3126
LIVINGSTON TX 77351-2136

DETACH HERE ▲

**Use This Deposit Slip    Acct: XXXX-0813**

Please do not send cash

| | Dollars | Cents |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| **TOTAL DEPOSIT** | | |

Make checks payable to E✱TRADE Securities LLC.
Mail deposits to:

E✱TRADE Securities LLC
PO Box 484
Jersey City, NJ 07303-0484

092920210001 ⑈00476408134

# E✲TRADE
# FINANCIAL®
Trading  •  Investing  •  Banking

Type of Transaction
(Market)
1. NYSE                                          5. CBOE
2. NYSE American                         6. Over-the-Counter
3. Other US Registered Exchanges  7. Underwriting
4. Mutual Funds                             8. Foreign Exchange or Other

(Capacity in which your broker is acting)
1,2,3,4,5,8 As agent
6 As agent for both buyer and seller. The commission charged to the party on the other side of the
transaction will be furnished upon request.
7 As principal

If the symbol (') appears in the security description on the face hereof, the offering of the
described security has been made solely by means of the prospectus relating thereto, a copy
of which has been or will be delivered to you, the receipt of which is acknowledged by payment
hereof.
If the symbol (F) appears in the security description, it indicates that the security is "Foreign"
and may be subject to interest equalization tax.
If the symbol (T) appears in the security description, an officer or employee of ETS is a director
of the issuer of the securities involved in this transaction. A control relationship may therefore
exist between the issuer and ETS.

Please retain this confirmation for income tax purposes. Federal regulations require brokers
to report proceeds from all transactions to the Internal Revenue Service.

### Terms and Conditions

Please refer to the E*TRADE Customer Agreement for a complete discussion of the terms
and conditions governing your account. If you have questions regarding the E*TRADE
Customer Agreement or your account, please email us through etrade.com or call 800-
ETRADE-1. THE INFORMATION CONTAINED IN THIS CONFIRMATION SHALL BE BINDING
UPON YOU IF YOU DO NOT OBJECT IN WRITING WITHIN TWO (2) DAYS AFTER THE
CONFIRMATION IS FIRST RECEIVED BY YOU. Securities products and services are offered
by E*TRADE Securities LLC ("ETS"), Member FINRA/SIPC. Your account is carried by
ETS, which maintains your funds and securities deposited with ETS. An affiliate of ETS may
act as a principal or agent in your transaction(s).

Applicable Rules and Regulations. All transactions in your account shall be subject to the
constitution, rules, regulations, customs, and usages of the exchange or market, and its
clearing house, where the transactions are executed by ETS or its agents, including ETS
affiliates. Also, where applicable, the transactions shall be subject to the provisions of the
Securities Act of 1933, as amended, the Securities Exchange Act of 1934, as amended, and
the rules and regulations of the Securities and Exchange Commission ("SEC"), the Board of
Governors of the Federal Reserve System, and any applicable self-regulatory organization.
For information about FINRA's BrokerCheck Program, including an investor brochure, please
contact FINRA at 800-289-9999 or www.finra.org.

Securities held on your behalf at ETS or a central clearing facility but not registered in your
name are commingled with identical securities held for other customers. In the event that
securities so held are called by the issuer, the securities to be called will be determined by
an impartial and random selection system. If your security is selected, it will be presented for
redemption and your account credited with the proceeds. You have the right to withdraw
uncalled, fully paid securities at any time prior to a partial call and also to withdraw excess
margin securities not subject to restriction.

The responsibility to cancel an existing open order rests with you. Any transaction that results
from the execution of any orders that you have not instructed us to cancel, prior to execution,
will be recorded in your account. Market orders are subject to immediate execution and are
difficult to cancel.

If required payment or delivery of securities is not made by the settlement date, ETS may, at its
option and without further notice, charge interest on the amount shown on the face hereof
or cancel, sell out,  or buy in the subject securities and charge your account for any
expenses, losses, or other costs incurred.

Investments in securities are not guaranteed by ETS, are not insured by the FDIC, and will
fluctuate with changes in market conditions. When selling a security, you may receive more or
less than your original investment.

The principal amount or commission described on the face hereof may include an Additional
Fee* for special services rendered. Other charges may include commissions paid to affiliates
of ETS, local taxes, transaction fees, and exchange fees, among others. For customers who
choose to convert from the currency in which the security or payment thereon is
denominated, the amounts provided with respect to principal, interest, dividend and/or yield
is subject to fluctuation or applicable foreign currency exchange rates and costs including a
markup charged by ETS. Further details are available upon written request. The name of the
party with whom this transaction was made and time of execution of the transaction will be
furnished upon written request.

Securities purchased by you or held by ETS may be hypothecated and/or commingled
with securities carried for other customers.

Call features for bonds may exist and such bonds can be redeemed in whole  or in part
before maturity that could affect the yield; complete information will be provided upon
request. With respect to a zero coupon issue, you will not receive periodic payments, and the
securities may be callable at a price below maturity value.  Furthermore, a zero coupon issue
that is callable and in bearer form may be called without notice by mail to you unless the issue is
registered.

For an asset-backed security (e.g., GMO, FNMA, FHLMC, or GNMA), the actual yield may
vary according to the rate at which the underlying assets or receivables are prepaid.
Information concerning factors that affect yield, including estimated yield, weighted average
life, and prepayment assumptions, are available upon request.

The ratings that appear in the description of some fixed-income securities have been obtained
from rating services that we believe to be reliable; however, we cannot guarantee their
accuracy. Securities for which a rating is not available will be marked "Not Rated." A withdrawn
rating "WR" signifies the removal of a rating on either an obligation or issuer. Confirmations related
to fixed income transactions may reflect a mark-up or mark-down; both as a dollar and
percentage value. The mark-up or mark-down dollar value is calculated as the execution price
less the prevailing market price (PMP) multiplied by the quantity. The mark-up or mark-down
percentage value is calculated as the mark-up or mark-down dollar value divided by the PMP.
Trades with a mark-up or mark-down value of "N/A" indicate a negative mark-up (i.e., the sale
of the security was at a price lower than the PMP).

Final prospectus and/or offering documentation is available upon request in connection with
your purchase of a security where the issuer is deemed to control, be controlled by, or under
common control with ETS (i.e., affiliated securities).

*Additional Fees may include a broker-assist fee, an order handling fee and/or market
center charges. ETS will charge a fee if you request to have certificates issued in your name
and mailed to you.

MICHAEL B AINSWORTH
3780 FM 3126
LIVINGSTON TX  77351-2136

### Payment for Order Flow Disclosure
The SEC (as well as FINRA) requires that all broker-dealers inform their customers when a
new account is opened, and on an annual basis thereafter, of payment for order flow
practices (compensation received for placing orders through specialists on national
securities exchanges, over-the-counter market makers, alternative trading systems, and
ECN's (collectively, 'market centers')). Consistent with the overriding principle of best
execution, ETS routes orders to various market makers, including its affiliate Morgan Stanley
& Co. LLC. ETS receives remuneration (generally in the form of per share cash payments
or through profit-sharing arrangements) for routing orders in securities to particular market
centers for execution. Such remuneration is considered compensation to ETS, and the
source and amount of any compensation received in connection with your transaction will
be disclosed to you upon written request. ETS, absent instructions from you to the contrary,
takes a number of factors into consideration in determining where to route customers'
orders, including  the  speed of execution, price improvement opportunities (executions at
prices superior to the then prevailing inside market), automatic execution guarantees, the
availability of efficient and reliable order handing systems, the level of service provided, the
cost of executing orders, whether it will receive cash or non-cash payments for routing
order flow, and reciprocal business arrangements.

Trades noted as "AVG PRICE SHOWN-DETAILS ON REQ" are executed through an average
price account. The price shown may represent an average of multiple executions or may represent
a single execution at the price indicated. Details regarding trades done in an average price account
are available upon request.

Rev 09/20 S1237B04

237 79077 PBA  1 66834            1 of 1 C FDLV AFPFDLV   29/09/21 21:58 001

Page 1 of 2



**E✳TRADE Securities**

Investment Account

# TRADE CONFIRMATION

**Account Number: XXXX-0813**

**Account Name:**
MICHAEL B AINSWORTH

E✳TRADE Securities LLC
PO Box 484
Jersey City, NJ 07303-0484
1-800-ETRADE-1 (1-800-387-2331)
etrade.com

**Customer Update**
Want to get important documents faster? Get your statements, confirms, and tax forms
online with paperless delivery. Enroll at etrade.com/paperless.

| TRADE DATE | SETL DATE | MKT / CPT | SYMBOL / CUSIP | BUY / SELL | QUANTITY | PRICE | ACCT TYPE | | |
|---|---|---|---|---|---|---|---|---|---|
| 09/03/21 | 09/08/21 | 6 1 | MMAT | BUY | 5,000 | $5.60 | Cash | PRINCIPAL | $28,000.00 |
| META MATLS INC COMMON STOCK | | | | | | | | NET AMOUNT | $28,000.00 |

▲ DETACH HERE

MICHAEL B AINSWORTH
3780 FM 3126
LIVINGSTON TX 77351-2136

DETACH HERE ▲

**Use This Deposit Slip    Acct: XXXX-0813**

**Please do not send cash**

| | Dollars | Cents |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| **TOTAL DEPOSIT** | | |

Make checks payable to E✳TRADE Securities LLC.
Mail deposits to:

E✳TRADE Securities LLC
PO Box 484
Jersey City, NJ 07303-0484

090320210001 900476408134

# E✴TRADE
# FINANCIAL®
Trading  •  Investing  •  Banking

**Type of Transaction**
(Market)
1. NYSE                                5. CBOE
2. NYSE American                       6. Over-the-Counter
3. Other US Registered Exchanges       7. Underwriting
4. Mutual Funds                        8. Foreign Exchange or Other

(Capacity in which your broker is acting)
1,2,3,4,5,8 As agent
6 As agent for both buyer and seller. The commission charged to the party on the other side of the transaction will be furnished upon request.
7 As principal

If the symbol (') appears in the security description on the face hereof, the offering of the described security has been made solely by means of the prospectus relating thereto, a copy of which has been or will be delivered to you, the receipt of which is acknowledged by payment hereof.
If the symbol (F) appears in the security description, it indicates that the security is "Foreign" and may be subject to interest equalization tax.
If the symbol (T) appears in the security description, an officer or employee of ETS is a director of the issuer of the securities involved in this transaction. A control relationship may therefore exist between the issuer and ETS.

Please retain this confirmation for income tax purposes. Federal regulations require brokers to report proceeds from all transactions to the Internal Revenue Service.

**Terms and Conditions**

Please refer to the E*TRADE Customer Agreement for a complete discussion of the terms and conditions governing your account. If you have questions regarding the E*TRADE Customer Agreement or your account, please email us through etrade.com or call 800-ETRADE-1. THE INFORMATION CONTAINED IN THIS CONFIRMATION SHALL BE BINDING UPON YOU IF YOU DO NOT OBJECT IN WRITING WITHIN TWO (2) DAYS AFTER THE CONFIRMATION IS FIRST RECEIVED BY YOU. Securities products and services are offered by E*TRADE Securities LLC ("ETS"), Member FINRA/SIPC. Your account is carried by ETS, which maintains your funds and securities deposited with ETS. An affiliate of ETS may act as a principal or agent in your transaction(s).

**MICHAEL B AINSWORTH**
**3780 FM 3126**
**LIVINGSTON TX  77351-2136**

Applicable Rules and Regulations. All transactions in your account shall be subject to the constitution, rules, regulations, customs, and usages of the exchange or market, and its clearing house, where the transactions are executed by ETS or its agents, including ETS affiliates. Also, where applicable, the transactions shall be subject to the provisions of the Securities Act of 1933, as amended, the Securities Exchange Act of 1934, as amended, and the rules and regulations of the Securities and Exchange Commission ("SEC"), the Board of Governors of the Federal Reserve System, and any applicable self-regulatory organization. For information about FINRA's BrokerCheck Program, including an investor brochure, please contact FINRA at 800-289-9999 or www.finra.org.

Securities held on your behalf at ETS or a central clearing facility but not registered in your name are commingled with identical securities held for other customers. In the event that securities so held are called by the issuer, the securities to be called will be determined by an impartial and random selection system. If your security is selected, ETS will be presented for redemption and your account credited with the proceeds. You have the right to withdraw uncalled, fully paid securities at any time prior to a partial call and also to withdraw excess margin securities not subject to restriction.

The responsibility to cancel an existing open order rests with you. Any transaction that results from the execution of any orders that you have not instructed us to cancel, prior to execution, will be recorded in your account. Market orders are subject to immediate execution and are difficult to cancel.

If required payment or delivery of securities is not made by the settlement date, ETS may, at its option and without further notice, charge interest on the amount shown on the face hereof or cancel, sell out, or buy in the subject securities and charge your account for any expenses, losses, or other costs incurred.

Investments in securities are not guaranteed by ETS, are not insured by the FDIC, and will fluctuate with changes in market conditions. When selling a security, you may receive more or less than your original investment.

The principal amount or commission described on the face hereof may include an Additional Fee* for special services rendered. Other charges may include commissions paid to affiliates of ETS, local taxes, transaction fees, and exchange fees, among others. For customers who choose to convert from the currency in which the security or payment thereon is denominated, the amounts provided with respect to principal, interest, dividend and/or yield is subject to fluctuation or applicable foreign currency exchange rates and costs including a markup charged by ETS. Further details are available upon written request. The name of the party with whom this transaction was made and time of execution of the transaction will be furnished upon written request.

Securities purchased by you or held by ETS may be hypothecated and/or commingled with securities carried for other customers.

Call features for bonds may exist and such bonds can be redeemed in whole or in part before maturity that could affect the yield; complete information will be provided upon request. With respect to a zero coupon issue, you will not receive periodic payments, and the securities may be callable at a price below maturity value. Furthermore, a zero coupon issue that is callable and in bearer form may be called without notice by mail to you unless the issue is registered.

For an asset-backed security (e.g., GMO, FNMA, FHLMC, or GMNA), the actual yield may vary according to the rate at which the underlying assets or receivables are prepaid. Information concerning factors that affect yield, including estimated yield, weighted average life, and prepayment assumptions, are available upon request.

The ratings that appear in the description of some fixed-income securities have been obtained from rating services that we believe to be reliable; however, we cannot guarantee their accuracy. Securities for which a rating is not available will be marked "Not Rated." A withdrawn rating "WR" signifies the removal of a rating on either an obligation or issuer. Confirmations related to fixed income transactions may reflect a mark-up or mark-down; both as a dollar and percentage value. The mark-up or mark-down dollar value is calculated as the execution price less the prevailing market price (PMP) multiplied by the quantity. The mark-up or mark-down percentage value is calculated as the mark-up or mark-down dollar value divided by the PMP. Trades with a mark-up or mark-down value of "N/A" indicate a negative mark-up (i.e., the sale of the security was at a price lower than the PMP).

Final payments and/or offering documentation is available upon request in connection with your purchase of a security where the issuer is deemed to control, be controlled by, or under common control with ETS (i.e., affiliated securities).

*Additional Fees may include a broker-assist fee, an order handling fee and/or market center charges. ETS will charge a fee if you request to have certificates issued in your name and mailed to you.

**Payment for Order Flow Disclosure**
The SEC (as well as FINRA) requires that all broker-dealers inform their customers when a new account is opened, and on an annual basis thereafter, of payment for order flow practices (compensation received for placing orders through specialists on national securities exchanges, over-the-counter market makers, alternative trading systems, and ECN's (collectively, "market centers")). Consistent with the overriding principle of best execution, ETS routes orders to various market makers, including its affiliate Morgan Stanley & Co. LLC. ETS receives remuneration (generally in the form of per share cash payments or through profit-sharing arrangements) for routing orders in securities to particular market centers for execution. Such remuneration is considered compensation to ETS, and the source and amount of any compensation received in connection with your transaction will be disclosed to you upon written request. ETS, absent instructions from you to the contrary, takes a number of factors into consideration in determining where to route customers' orders, including the speed of execution, price improvement opportunities (executions at prices superior to the then prevailing inside market), automatic execution guarantees, the availability of efficient and reliable order handling systems, the level of service provided, the cost of executing orders, whether it will receive cash or non-cash payments for routing order flow, and reciprocal business arrangements.

Trades noted as "AVG PRICE SHOWN-DETAILS ON REQ" are executed through an average price account. The price shown may represent an average of multiple executions or may represent a single execution at the price indicated. Details regarding trades done in an average price account are available upon request.

Rev 09/20 S1237004

237 R6776 PRA  1 72280        1 of 1 C FDLV AFPFDLV  03/09/21 21:54 001

Page 1 of 2



**E✳TRADE Securities**

Investment Account

# TRADE CONFIRMATION

**Account Number: XXXX-0813**

**Account Name:**

MICHAEL B AINSWORTH

E✳TRADE Securities LLC
PO Box 484
Jersey City, NJ 07303-0484
1-800-ETRADE-1 (1-800-387-2331)
etrade.com

**Customer Update**
Invest on the go. With the E*TRADE Mobile app, you have everything you need in the palm of your hand. Visit etrade.com/mobile to learn more.

| TRADE DATE | SETL DATE | MKT / CPT | SYMBOL / CUSIP | BUY / SELL | QUANTITY | PRICE | ACCT TYPE | | |
|---|---|---|---|---|---|---|---|---|---|
| 08/04/21 | 08/06/21 | 6 1 | MMAT | BUY | 2,850 | $3.10 | Cash | PRINCIPAL | $8,835.00 |
| META MATLS INC COMMON STOCK | | | | | | | | NET AMOUNT | $8,835.00 |

▲ DETACH HERE                                                                                    DETACH HERE ▲

MICHAEL B AINSWORTH
3780 FM 3126
LIVINGSTON TX 77351-2136

**Use This Deposit Slip    Acct: XXXX-0813**

**Please do not send cash**

| | Dollars | Cents |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| **TOTAL DEPOSIT** | | |

Make checks payable to E*TRADE Securities LLC.
Mail deposits to:

E*TRADE Securities LLC
PO Box 484
Jersey City, NJ 07303-0484

080420210001 900476408134

# E✳TRADE
# FINANCIAL®

Trading  •  Investing  •  Banking

Type of Transaction
(Market)
1. NYSE                         5. CBOE
2. NYSE American                6. Over-the-Counter
3. Other US Registered Exchanges 7. Underwriting
4. Mutual Funds                 8. Foreign Exchange or Other

(Capacity in which your broker is acting)
1,2,3,4,5,8 As agent
6 As agent for both buyer and seller. The commission charged to the party on the other side of the
   transaction will be furnished upon request.
7 As principal

If the symbol (') appears in the security description on the face hereof, the offering of the
described security has been made solely by means of the prospectus relating thereto, a copy
of which has been or will be delivered to you, the receipt of which is acknowledged by payment
hereof.
If the symbol (F) appears in the security description, it indicates that the security is "Foreign"
and may be subject to interest equalization tax.
If the symbol (T) appears in the security description, an officer or employee of ETS is a director
of the issuer of the securities involved in this transaction. A control relationship may therefore
exist between the issuer and ETS.

Please retain this confirmation for income tax purposes. Federal regulations require brokers
to report proceeds from all transactions to the Internal Revenue Service.

## Terms and Conditions

Please refer to the E*TRADE Customer Agreement for a complete discussion of the terms
and conditions governing your account. If you have questions regarding the E*TRADE
Customer Agreement or your account, please email us through etrade.com or call 800-
ETRADE-1. THE INFORMATION CONTAINED IN THIS CONFIRMATION SHALL BE BINDING
UPON YOU IF YOU DO NOT OBJECT IN WRITING WITHIN TWO (2) DAYS AFTER THE
CONFIRMATION IS FIRST RECEIVED BY YOU. Securities products and services are offered
by E*TRADE Securities LLC ("ETS"), Member FINRA/SIPC. Your account is carried by
ETS, which maintains your funds and securities deposited with ETS. An affiliate of ETS may
act as a principal or agent in your transaction(s).

Applicable Rules and Regulations. All transactions in your account shall be subject to the
constitution, rules, regulations, customs, and usages of the exchange or market, and its
clearing house, where the transactions are executed by ETS or its agents, including ETS
affiliates. Also, where applicable, the transactions shall be subject to the provisions of the
Securities Act of 1933, as amended, the Securities Exchange Act of 1934, as amended, and
the rules and regulations of the Securities and Exchange Commission ("SEC"), the Board of
Governors of the Federal Reserve System, and any applicable self-regulatory organization.
For information about FINRA's BrokerCheck Program, including an investor brochure, please
contact FINRA at 800-289-9999 or www.finra.org.

Securities held on your behalf at ETS or a central clearing facility but not registered in your
name are commingled with identical securities held for other customers. In the event that
securities so held are called by the issuer, the securities to be called will be determined by
an impartial and random selection system. If your security is selected, it will be presented for
redemption and your account credited with the proceeds. You have the right to withdraw
uncalled, fully paid securities at any time prior to a partial call and also to withdraw excess
margin securities not subject to restriction.

The responsibility to cancel an existing open order rests with you. Any transaction that results
from the execution of any orders that you have not instructed us to cancel, prior to execution,
will be recorded in your account. Market orders are subject to immediate execution and are
difficult to cancel.

If required payment or delivery of securities is not made by the settlement date, ETS may, at its
option and without further notice, charge interest on the amount shown on the face hereof
or cancel, sell out, or buy in the subject securities and charge your account for any
expenses, losses, or other costs incurred.

Investments in securities are not guaranteed by ETS, are not insured by the FDIC, and will
fluctuate with changes in market conditions. When selling a security, you may receive more or
less than your original investment.

The principal amount or commission described on the face hereof may include an Additional
Fee* for special services rendered. Other charges may include commissions paid to affiliates
of ETS, local taxes, transaction fees, and exchange fees, among others. For customers who
choose to convert from the currency in which the security or payment thereon is
denominated, the amounts provided with respect to principal, interest, dividend and/or yield
is subject to fluctuation or applicable foreign currency exchange rates and costs including a
markup charged by ETS. Further details are available upon written request. The name of the
party with whom this transaction was made and time of execution of the transaction will be
furnished upon written request.

Securities purchased by you or held by ETS may be hypothecated and/or commingled
with securities carried for other customers.

Call features for bonds may exist and such bonds can be redeemed in whole or in part
before maturity that could affect the yield; complete information will be provided upon
request. With respect to a zero coupon issue, you will not receive periodic payments, and the
securities may be callable at a price below maturity value. Furthermore, a zero coupon issue
that is callable and in bearer form may be called without notice by mail to you unless the issue is
registered.

For an asset-backed security (e.g., GMO, FNMA, FHLMC, or GMNA), the actual yield may
vary according to the rate at which the underlying assets or receivables are prepaid.
Information concerning factors that affect yield, including estimated yield, weighted average
life, and prepayment assumptions, are available upon request.

The ratings that appear in the description of some fixed-income securities have been obtained
from rating services that we believe to be reliable; however, we cannot guarantee their
accuracy. Securities for which a rating is not available will be marked "Not Rated." A withdrawn
rating "WR" signifies the removal of a rating on the ranch application or issuer. Confirmations related
to fixed income transactions may reflect a mark-up or mark-down; both as a dollar and
percentage value. The mark-up or mark-down dollar value is calculated as the execution price
less the prevailing market price (PMP) multiplied by the quantity. The mark-up or mark-down
percentage value is calculated as the mark-up or mark-down dollar value divided by the PMP.
Trades with a mark-up or mark-down value of "N/A" indicate a negative mark-up (i.e., the sale
of the security was at a price lower than the PMP).

Final prospectus and/or offering documentation is available upon request in connection with
your purchase of a security where the issuer is deemed to control, be controlled by, or under
common control with ETS (i.e., affiliated securities).

*Additional Fees may include a broker-assist fee, an order handling fee and/or market
center charges. ETS will charge a fee if you request to have certificates issued in your name
and mailed to you.

**MICHAEL B AINSWORTH**
**3780 FM 3126**
**LIVINGSTON TX  77351-2136**

## Payment for Order Flow Disclosure

The SEC (as well as FINRA) requires that all broker-dealers inform their customers when a
new account is opened, and on an annual basis thereafter, of payment for order flow
practices (compensation received for placing orders through specialists on national
securities exchanges, over-the-counter market makers, alternative trading systems, and
ECN's (collectively, "market centers")). Consistent with the overriding principle of best
execution, ETS routes orders to various market makers, including its affiliate Morgan Stanley
& Co. LLC. ETS receives remuneration (generally in the form of per share cash payments
or through profit-sharing arrangements) for routing orders in securities to particular market
centers for execution. Such remuneration is considered compensation to ETS, and the
source and amount of any compensation received in connection with your transaction will
be disclosed to you upon written request. ETS, absent instructions from you to the contrary,
takes a number of factors into consideration in determining where to route customers'
orders, including the speed of execution, price improvement opportunities (executions at
prices superior to the then prevailing inside market), automatic execution guarantees, the
availability of efficient and reliable order handling systems, the level of service provided, the
cost of executing orders, whether it will receive cash or non-cash payments for routing
order flow, and reciprocal business arrangements.

Trades noted as "AVG PRICE SHOWN-DETAILS ON REQ" are executed through an average
price account. The price shown may represent an average of multiple executions or may represent
a single execution at the price indicated. Details regarding trades done in an average price account
are available upon request.

Rev 03/20 S1237E04

237  39799  PBA   1  79793                    1 of 1 C FDI V AFPPD I V   04/08/21 21:56  001

Page 1 of 2



**E✳TRADE Securities**

Investment Account

# TRADE CONFIRMATION

**Account Number: XXXX-0813**

**Account Name:**
MICHAEL B AINSWORTH

E✳TRADE Securities LLC
PO Box 484
Jersey City, NJ 07303-0484
1-800-ETRADE-1 (1-800-387-2331)
etrade.com

| TRADE DATE | SETL DATE | MKT / CPT | SYMBOL / CUSIP | BUY / SELL | QUANTITY | PRICE | ACCT TYPE | | |
|---|---|---|---|---|---|---|---|---|---|
| 08/02/21 | 08/04/21 | 6 1 | MMAT | BUY | 150 | $3.40 | Cash | PRINCIPAL | $510.00 |
| META MATLS INC COMMON STOCK | | | | | | | | NET AMOUNT | $510.00 |

▲ DETACH HERE

MICHAEL B AINSWORTH
3780 FM 3126
LIVINGSTON TX 77351-2136

DETACH HERE ▲

**Use This Deposit Slip   Acct: XXXX-0813**

Please do not send cash

| | Dollars | Cents |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| **TOTAL DEPOSIT** | | |

Make checks payable to E✳TRADE Securities LLC.
Mail deposits to:

E✳TRADE Securities LLC
PO Box 484
Jersey City, NJ 07303-0484

080220210001 900476408134

# E✶TRADE
# FINANCIAL®
Trading  •  Investing  •  Banking

**Type of Transaction**
(Market)
1. NYSE
2. NYSE American
3. Other US Registered Exchanges
4. Mutual Funds
5. CBOE
6. Over-the-Counter
7. Underwriting
8. Foreign Exchange or Other

(Capacity in which your broker is acting)
1,2,3,4,5,8 As agent
6 As agent for both buyer and seller. The commission charged to the party on the other side of the transaction will be furnished upon request.
7 As principal

If the symbol (') appears in the security description on the face hereof, the offering of the described security has been made solely by means of the prospectus relating thereto, a copy of which has been or will be delivered to you, the receipt of which is acknowledged by payment hereof.
If the symbol (F) appears in the security description, it indicates that the security is "Foreign" and may be subject to interest equalization tax.
If the symbol (T) appears in the security description, an officer or employee of ETS is a director of the issuer of the securities involved in this transaction. A control relationship may therefore exist between the issuer and ETS.

Please retain this confirmation for income tax purposes. Federal regulations require brokers to report proceeds from all transactions to the Internal Revenue Service.

**Terms and Conditions**

Please refer to the E*TRADE Customer Agreement for a complete discussion of the terms and conditions governing your account. If you have questions regarding the E*TRADE Customer Agreement or your account, please email us through etrade.com or call 800-ETRADE-1. THE INFORMATION CONTAINED IN THIS CONFIRMATION SHALL BE BINDING UPON YOU IF YOU DO NOT OBJECT IN WRITING WITHIN TWO (2) DAYS AFTER THE CONFIRMATION IS FIRST RECEIVED BY YOU. Securities products and services are offered by E*TRADE Securities LLC ("ETS"), Member FINRA/SIPC. Your account is carried by ETS, which maintains your funds and securities deposited with ETS. An affiliate of ETS may act as a principal or agent in your transaction(s).

**Applicable Rules and Regulations.** All transactions in your account shall be subject to the constitution, rules, regulations, customs, and usages of the exchange or market, and its clearing house, where the transactions are executed by ETS or its agents, including ETS affiliates. Also, where applicable, the transactions shall be subject to the provisions of the Securities Act of 1933, as amended, the Securities Exchange Act of 1934, as amended, and the rules and regulations of the Securities and Exchange Commission ("SEC"), the Board of Governors of the Federal Reserve System, and any applicable self-regulatory organization. For information about FINRA's BrokerCheck Program, including an investor brochure, please contact FINRA at 800-289-9999 or www.finra.org.

Securities held on your behalf at ETS or a central clearing facility but not registered in your name are commingled with identical securities held for other customers. In the event that securities so held are called by the issuer, the securities to be called will be determined by an impartial and random selection system. If your security is selected, it will be presented for redemption and your account credited with the proceeds. You have the right to withdraw uncalled, fully paid securities at any time prior to a partial call and also to withdraw excess margin securities not subject to restriction.

The responsibility to cancel an existing open order rests with you. Any transaction that results from the execution of any orders that you have not instructed us to cancel, prior to execution, will be recorded in your account. Market orders are subject to immediate execution and are difficult to cancel.

If required payment or delivery of securities is not made by the settlement date, ETS may, at its option and without further notice, charge interest on the amount shown on the face hereof or cancel, sell out, or buy in the subject securities and charge your account for any expenses, losses, or other costs incurred.

Investments in securities are not guaranteed by ETS, are not insured by the FDIC, and will fluctuate with changes in market conditions. When selling a security, you may receive more or less than your original investment.

The principal amount or commission described on the face hereof may include an Additional Fee* for special services rendered. Other charges may include commissions paid to affiliates of ETS, local taxes, transaction fees, and exchange fees, among others. For customers who choose to convert from the currency in which the security or payment thereon is denominated, the amounts provided with respect to principal, interest, dividend and/or yield is subject to fluctuation or applicable foreign currency exchange rates and costs including a markup charged by ETS. Further details are available upon written request. The name of the party with whom this transaction was made and time of execution of the transaction will be furnished upon written request.

Securities purchased by you or held by ETS may be hypothecated and/or commingled with securities carried for other customers.

Call features for bonds may exist and such bonds can be redeemed in whole or in part before maturity that could affect the yield; complete information will be provided upon request. With respect to a zero coupon issue, you will not receive periodic payments, and the securities may be callable at a price below maturity value. Furthermore, a zero coupon issue that is callable and in bearer form may be called without notice by mail to you unless the issue is registered.

For an asset-backed security (e.g., GMO, FNMA, FHLMC, or GMNA), the actual yield may vary according to the rate at which the underlying assets or receivables are prepaid. Information concerning factors that affect yield, including estimated yield, weighted average life, and prepayment assumptions, are available upon request.

The ratings that appear in the description of some fixed-income securities have been obtained from rating services that we believe to be reliable; however, we cannot guarantee their accuracy. Securities for which a rating is not available will be marked "Not Rated." A withdrawn rating "WR" signifies the removal of a rating on either an obligation or issuer. Confirmations related to fixed income transactions may reflect a mark-up or mark-down; both as a dollar and percentage value. The mark-up or mark-down dollar value is calculated as the execution price less the prevailing market price (PMP) multiplied by the quantity. The mark-up or mark-down percentage value is calculated as the mark-up or mark-down dollar value divided by the PMP. Trades with a mark-up or mark-down value of "N/A" indicate a negative mark-up (i.e., the sale of the security was at a price lower than the PMP).

Final prospectus and/or offering documentation is available upon request in connection with your purchase of a security where the issuer is deemed to control, be controlled by, or under common control with ETS (i.e., affiliated securities).

*Additional Fees may include a broker-assist fee, an order handling fee and/or market center charges. ETS will charge a fee if you request to have certificates issued in your name and mailed to you.

**MICHAEL B AINSWORTH**
**3780 FM 3126**
**LIVINGSTON TX  77351-2136**

**Payment for Order Flow Disclosure**
The SEC (as well as FINRA) requires that all broker-dealers inform their customers when a new account is opened, and on an annual basis thereafter, of payment for order flow practices (compensation received for placing orders through specialists on national securities exchanges, over-the-counter market makers, alternative trading systems, and ECN's (collectively, "market centers")). Consistent with the overriding principle of best execution, ETS routes orders to various market makers, including its affiliate Morgan Stanley & Co. LLC. ETS receives remuneration (generally in the form of per share cash payments or through profit-sharing arrangements) for routing orders in securities to particular market centers for execution. Such remuneration is considered compensation to ETS, and the source and amount of any compensation received in connection with your transaction will be disclosed to you upon written request. ETS, absent instructions from you to the contrary, takes a number of factors into consideration in determining where to route customers' orders, including the speed of execution, price improvement opportunities (executions at prices superior to the then prevailing inside market), automatic execution guarantees, the availability of efficient and reliable order handling systems, the level of service provided, the cost of executing orders, whether it will receive cash or non-cash payments for routing order flow, and reciprocal business arrangements.

Trades noted as "AVG PRICE SHOWN-DETAILS ON REQ" are executed through an average price account. The price shown may represent an average of multiple executions or may represent a single execution at the price indicated. Details regarding trades done in an average price account are available upon request.

Rev 09/20 S1237B04

Page 1 of 2



**E✳TRADE Securities**

Investment Account

# TRADE CONFIRMATION

**Account Number: XXXX-0813**

**Account Name:**
MICHAEL B AINSWORTH

E✳TRADE Securities LLC
PO Box 484
Jersey City, NJ 07303-0484
1-800-ETRADE-1 (1-800-387-2331)
etrade.com

| TRADE DATE | SETL DATE | MKT / CPT | SYMBOL / CUSIP | BUY / SELL | QUANTITY | PRICE | ACCT TYPE | | |
|---|---|---|---|---|---|---|---|---|---|
| 07/20/21 | 07/22/21 | 3 1 | MMAT | BUY | 375 | $3.35 | Cash | PRINCIPAL | $1,256.25 |
| META MATLS INC COMMON STOCK | | | | | | | | NET AMOUNT | $1,256.25 |

▲ DETACH HERE

MICHAEL B AINSWORTH
3780 FM 3126
LIVINGSTON TX 77351-2136

DETACH HERE ▲

**Use This Deposit Slip    Acct: XXXX-0813**

Please do not send cash

| | Dollars | Cents |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| **TOTAL DEPOSIT** | | |

Make checks payable to E✳TRADE Securities LLC.
Mail deposits to:

E✳TRADE Securities LLC
PO Box 484
Jersey City, NJ 07303-0484

072020210001  900476408134

# E✴TRADE
# FINANCIAL®
Trading • Investing • Banking

**Type of Transaction**
(Market)
1. NYSE
2. NYSE American
3. Other US Registered Exchanges
4. Mutual Funds

5. CBOE
6. Over-the-Counter
7. Underwriting
8. Foreign Exchange or Other

**(Capacity in which your broker is acting)**
1,2,3,4,5,8 As agent
6 As agent for both buyer and seller. The commission charged to the party on the other side of the transaction will be furnished upon request.
7 As principal

If the symbol (') appears in the security description on the face hereof, the offering of the described security has been made solely by means of the prospectus relating thereto, a copy of which has been or will be delivered to you, the receipt of which is acknowledged by payment hereof.
If the symbol (F) appears in the security description, it indicates that the security is "Foreign" and may be subject to interest equalization tax.
If the symbol (T) appears in the security description, an officer or employee of ETS is a director of the issuer of the securities involved in this transaction. A control relationship may therefore exist between the issuer and ETS.

Please retain this confirmation for income tax purposes. Federal regulations require brokers to report proceeds from all transactions to the Internal Revenue Service.

## Terms and Conditions

Please refer to the E*TRADE Customer Agreement for a complete discussion of the terms and conditions governing your account. If you have questions regarding the E*TRADE Customer Agreement or your account, please email us through *etrade.com* or call 800-ETRADE-1. THE INFORMATION CONTAINED IN THIS CONFIRMATION SHALL BE BINDING UPON YOU IF YOU DO NOT OBJECT IN WRITING WITHIN TWO (2) DAYS AFTER THE CONFIRMATION IS FIRST RECEIVED BY YOU. Securities products and services are offered by E*TRADE Securities LLC ("ETS"), Member FINRA/SIPC. Your account is carried by ETS, which maintains your funds and securities deposited with ETS. An affiliate of ETS may act as a principal or agent in your transaction(s).

Applicable Rules and Regulations. All transactions in your account shall be subject to the constitution, rules, regulations, customs, and usages of the exchange or market, and its clearing house, where the transactions are executed by ETS or its agents, including ETS affiliates. Also, where applicable, the transactions shall be subject to the provisions of the Securities Act of 1933, as amended, the Securities Exchange Act of 1934, as amended, and the rules and regulations of the Securities and Exchange Commission ("SEC"), the Board of Governors of the Federal Reserve System, and any applicable self-regulatory organization. For information about FINRA's BrokerCheck Program, including an investor brochure, please contact FINRA at 800-289-9999 or www.finra.org.

Securities held on your behalf at ETS or a central clearing facility but not registered in your name are commingled with identical securities held for other customers. In the event that securities so held are called by the issuer, the securities to be called will be determined by an impartial and random selection system. If your security is selected, it will be presented for redemption and your account credited with the proceeds. You have the right to withdraw uncalled, fully paid securities at any time prior to a partial call and also to withdraw excess margin securities not subject to restriction.

The responsibility to cancel an existing open order rests with you. Any transaction that results from the execution of any orders that you have not instructed us to cancel, prior to execution, will be recorded in your account. Market orders are subject to immediate execution and are difficult to cancel.

If required payment or delivery of securities is not made by the settlement date, ETS may, at its option and without further notice, charge interest on the amount shown on the face hereof or cancel, sell out, or buy in the subject securities and charge your account for any expenses, losses, or other costs incurred.

Investments in securities are not guaranteed by ETS, are not insured by the FDIC, and will fluctuate with changes in market conditions. When selling a security, you may receive more or less than your original investment.

The principal amount or commission described on the face hereof may include an Additional Fee* for special services rendered. Other charges may include commissions paid to affiliates of ETS, local taxes, transaction fees, and exchange fees, among others. For customers who choose to convert from the currency in which the security or payment thereon is denominated, the amounts provided with respect to principal, interest, dividend and/or yield is subject to fluctuation or applicable foreign currency exchange rates and costs including a markup charged by ETS. Further details are available upon written request. The name of the party with whom this transaction was made and time of execution of the transaction will be furnished upon written request.

Securities purchased by you or held by ETS may be hypothecated and/or commingled with securities carried for other customers.

Call features for bonds may exist and such bonds can be redeemed in whole or in part before maturity that could affect the yield; complete information will be provided upon request. With respect to a zero coupon issue, you will not receive periodic payments, and the securities may be callable at a price below maturity value. Furthermore, a zero coupon issue that is callable and in bearer form may be called without notice by mail to you unless the issue is registered.

For an asset-backed security (e.g., GMO, FNMA, FHLMC, or GMNA), the actual yield may vary according to the rate at which the underlying assets or receivables are prepaid. Information concerning factors that affect yield, including estimated yield, weighted average life, and prepayment assumptions, are available upon request.

The ratings that appear in the description of some fixed-income securities have been obtained from rating services that we believe to be reliable; however, we cannot guarantee their accuracy. Securities for which a rating is not available will be marked "Not Rated." A withdrawn rating "WR" signifies the removal of a rating on the then an obligation or issuer. Confirmations related to fixed income transactions may reflect a mark-up or mark-down; both as a dollar and percentage value. The mark-up or mark-down dollar value is calculated as the execution price less the prevailing market price (PMP) multiplied by the quantity. The mark-up or mark-down percentage value is calculated as the mark-up or mark-down dollar value divided by the PMP. Trades with a mark-up or mark-down value of "N/A" indicate a negative mark-up (i.e., the sale of the security was at a price lower than the PMP).

Final prospectus and/or offering documentation is available upon request in connection with your purchase of a security where the issuer is deemed to control, be controlled by, or under common control with ETS (i.e., affiliated securities).

*Additional Fees may include a broker-assist fee, an order handling fee and/or market center charges. ETS will charge a fee if you request to have certificates issued in your name and mailed to you.

**MICHAEL B AINSWORTH**
**3780 FM 3126**
**LIVINGSTON TX  77351-2136**

### Payment for Order Flow Disclosure
The SEC (as well as FINRA) requires that all broker-dealers inform their customers when a new account is opened, and on an annual basis thereafter, of payment for order flow practices (compensation received for placing orders through specialists on national securities exchanges, over-the-counter market makers, alternative trading systems, and ECN's (collectively, "market centers")). Consistent with the overriding principle of best execution, ETS routes orders to various market makers, including its affiliate Morgan Stanley & Co. LLC. ETS receives remuneration (generally in the form of per share cash payments or through profit-sharing arrangements) for routing orders in securities to particular market centers for execution. Such remuneration is considered compensation to ETS, and the source and amount of any compensation received in connection with your transaction will be disclosed to you upon written request. ETS, absent instructions from you to the contrary, takes a number of factors into consideration in determining where to route customers' orders, including the speed of execution, price improvement opportunities (executions at prices superior to the then prevailing inside market), automatic execution guarantees, the availability of efficient and reliable order handling systems, the level of service provided, the cost of executing orders, whether it will receive cash or non-cash payments for routing order flow, and reciprocal business arrangements.

Trades noted as "AVG PRICE SHOWN-DETAILS ON REQ" are executed through an average price account. The price shown may represent an average of multiple executions or may represent a single execution at the price indicated. Details regarding trades done in average price account are available upon request.

Rev 09/20 S1237E04

237 94618 PBA  1 80622          1 of 1 C FDI V AFPFDI V  20/07/21 21:49 001



Page 1 of 2

## E✱TRADE Securities

**Investment Account**

# TRADE CONFIRMATION

**Account Number: XXXX-0813**

**Account Name:**
MICHAEL B AINSWORTH

E✱TRADE Securities LLC
PO Box 484
Jersey City, NJ  07303-0484
1-800-ETRADE-1 (1-800-387-2331)
etrade.com

| TRADE DATE | SETL DATE | MKT / CPT | SYMBOL / CUSIP | BUY / SELL | QUANTITY | PRICE | ACCT TYPE | | |
|---|---|---|---|---|---|---|---|---|---|
| 07/12/21 | 07/14/21 | 6 1 | MMAT | BUY | 3,000 | $4.40 | Cash | PRINCIPAL | $13,200.00 |
| **META MATLS INC COMMON STOCK** | | | | | | | | NET AMOUNT | $13,200.00 |

▲  DETACH HERE

MICHAEL B AINSWORTH
3780 FM 3126
LIVINGSTON TX  77351-2136

DETACH HERE  ▲

**Use This Deposit Slip    Acct: XXXX-0813**

**Please do not send cash**

| Dollars | Cents |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

**TOTAL DEPOSIT**

Make checks payable to E✱TRADE Securities LLC.
Mail deposits to:

E✱TRADE Securities LLC
PO Box 484
Jersey City, NJ  07303-0484

071220210001  900476408134

# E✱TRADE
## FINANCIAL®
Trading • Investing • Banking

Type of Transaction
(Market)
1. NYSE
2. NYSE American
3. Other US Registered Exchanges
4. Mutual Funds

5. CBOE
6. Over-the-Counter
7. Underwriting
8. Foreign Exchange or Other

(Capacity in which your broker is acting)
1,2,3,4,5,8 As agent
6 As agent for both buyer and seller. The commission charged to the party on the other side of the transaction will be furnished upon request.
7 As principal

If the symbol (') appears in the security description on the face hereof, the offering of the described security has been made solely by means of the prospectus relating thereto, a copy of which has been or will be delivered to you, the receipt of which is acknowledged by payment hereof.
If the symbol (F) appears in the security description, it indicates that the security is "Foreign" and may be subject to interest equalization tax.
If the symbol (T) appears in the security description, an officer or employee of ETS is a director of the issuer of the securities involved in this transaction. A control relationship may therefore exist between the issuer and ETS.

Please retain this confirmation for income tax purposes. Federal regulations require brokers to report proceeds from all transactions to the Internal Revenue Service.

**Terms and Conditions**

Please refer to the E✱TRADE Customer Agreement for a complete discussion of the terms and conditions governing your account. If you have questions regarding the E✱TRADE Customer Agreement or your account, please email us through etrade.com or call 800-ETRADE-1. THE INFORMATION CONTAINED IN THIS CONFIRMATION SHALL BE BINDING UPON YOU IF YOU DO NOT OBJECT IN WRITING WITHIN TWO (2) DAYS AFTER THE CONFIRMATION IS FIRST RECEIVED BY YOU. Securities products and services are offered by E✱TRADE Securities LLC ("ETS"), Member FINRA/SIPC. Your account is carried by ETS, which maintains your funds and securities deposited with ETS. An affiliate of ETS may act as a principal or agent in your transaction(s).

Applicable Rules and Regulations. All transactions in your account shall be subject to the constitution, rules, regulations, customs, and usages of the exchange or market, and its clearing house, where the transactions are executed by ETS or its agents, including ETS affiliates. Also, where applicable, the transactions shall be subject to the provisions of the Securities Act of 1933, as amended, the Securities Exchange Act of 1934, as amended, and the rules and regulations of the Securities and Exchange Commission ("SEC"), the Board of Governors of the Federal Reserve System, and any applicable self-regulatory organization. For information about FINRA's BrokerCheck Program, including an investor brochure, please contact FINRA at 800-289-9999 or www.finra.org.

Securities held on your behalf at ETS or a central clearing facility but not registered in your name are commingled with identical securities held for other customers. In the event that securities so held are called by the issuer, the securities to be called will be determined by an impartial and random selection system. If your security is selected, it will be presented for redemption and your account credited with the proceeds. You have the right to withdraw uncalled, fully paid securities at any time prior to a partial call and also to withdraw excess margin securities not subject to restriction.

The responsibility to cancel an existing open order rests with you. Any transaction that results from the execution of any orders that you have not instructed us to cancel, prior to execution, will be recorded in your account. Market orders are subject to immediate execution and are difficult to cancel.

If required payment or delivery of securities is not made by the settlement date, ETS may, at its option and without further notice, charge interest on the amount shown on the face hereof or cancel, sell out, or buy in the subject securities and charge your account for any expenses, losses, or other costs incurred.

Investments in securities are not guaranteed by ETS, are not insured by the FDIC, and will fluctuate with changes in market conditions. When selling a security, you may receive more or less than your original investment.

The principal amount or commission described on the face hereof may include an Additional Fee* for special services rendered. Other charges may include commissions paid to affiliates of ETS, local taxes, transaction fees, and exchange fees, among others. For customers who choose to convert from the currency in which the security or payment thereon is denominated, the amounts provided with respect to principal, interest, dividend and/or yield is subject to fluctuation or applicable foreign currency exchange rates and costs including a markup charged by ETS. Further details are available upon written request. The name of the party with whom this transaction was made and time of execution of the transaction will be furnished upon written request.

Securities purchased by you or held by ETS may be hypothecated and/or commingled with securities carried for other customers.

Call features for bonds may exist and such bonds can be redeemed in whole or in part before maturity that could affect the yield; complete information will be provided upon request. With respect to a zero coupon issue, you will not receive periodic payments, and the securities may be callable at a price below maturity value. Furthermore, a zero coupon issue that is callable and in bearer form may be called without notice by mail to you unless the issue is registered.

For an asset-backed security (e.g., GMO, FNMA, FHLMC, or GNMA), the actual yield may vary according to the rate at which the underlying assets or receivables are prepaid. Information concerning factors that affect yield, including estimated yield, weighted average life, and prepayment assumptions, are available upon request.

The ratings that appear in the description of some fixed-income securities have been obtained from rating services that we believe to be reliable; however, we cannot guarantee their accuracy. Securities for which a rating is not available will be marked "Not Rated." A withdrawn rating "WR" signifies the removal of a rating on either an obligation or issuer. Confirmations related to fixed income transactions may reflect a mark-up or mark-down; both as a dollar and percentage value. The mark-up or mark-down dollar value is calculated as the execution price less the prevailing market price (PMP) multiplied by the quantity. The mark-up or mark-down percentage value is calculated as the mark-up or mark-down dollar value divided by the PMP. Trades with a mark-up or mark-down value of "N/A" indicate a negative mark-up (i.e., the sale of the security was at a price lower than the PMP).

Final prospectus and/or offering documentation is available upon request in connection with your purchase of a security where the issuer is deemed to control, be controlled by, or under common control with ETS (i.e., affiliated securities).

*Additional Fees may include a broker-assist fee, an order handling fee and/or market center charges. ETS will charge a fee if you request to have certificates issued in your name and mailed to you.

MICHAEL B AINSWORTH
3780 FM 3126
LIVINGSTON TX 77351-2136

**Payment for Order Flow Disclosure**
The SEC (as well as FINRA) requires that all broker-dealers inform their customers when a new account is opened, and on an annual basis thereafter, of payment for order flow practices (compensation received for placing orders through specialists on national securities exchanges, over-the-counter market makers, alternative trading systems, and ECN's (collectively, "market centers")). Consistent with the overriding principle of best execution, ETS routes orders to various market makers, including its affiliate Morgan Stanley & Co. LLC. ETS receives remuneration (generally in the form of per share cash payments or through profit-sharing arrangements) for routing orders in securities to particular market centers for execution. Such remuneration is considered compensation to ETS, and the source and amount of any compensation received in connection with your transaction will be disclosed to you upon written request. ETS, absent instructions from you to the contrary, takes a number of factors into consideration in determining where to route customers' orders, including the speed of execution, price improvement opportunities (executions at prices superior to the then prevailing inside market), automatic execution guarantees, the availability of efficient and reliable order handling systems, the level of service provided, the cost of executing orders, whether it will receive cash or non-cash payments for routing order flow, and reciprocal business arrangements.

Trades noted as "AVG PRICE SHOWN-DETAILS ON REQ" are executed through an average price account. The price shown may represent an average of multiple executions or may represent a single execution at the price indicated. Details regarding trades done in an average price account are available upon request.

Rev 09/20 S1237B04

237 93352 PBA  1 79510            1 of 1 C FDI V AFPFDI V   12/07/21 21:48 001

Page 1 of 2



**E✱TRADE Securities**

Investment Account

# TRADE CONFIRMATION

**Account Number: XXXX-0813**

**Account Name:**
MICHAEL B AINSWORTH

E✱TRADE Securities LLC
PO Box 484
Jersey City, NJ 07303-0484
1-800-ETRADE-1 (1-800-387-2331)
etrade.com

| TRADE DATE | SETL DATE | MKT / CPT | SYMBOL / CUSIP | BUY / SELL | QUANTITY | PRICE | ACCT TYPE | | |
|---|---|---|---|---|---|---|---|---|---|
| 07/07/21 | 07/09/21 | 6 1 | MMAT | BUY | 320 | $6.30 | Cash | PRINCIPAL | $2,016.00 |
| META MATLS INC COMMON STOCK | | | | | | | | NET AMOUNT | $2,016.00 |

▲ DETACH HERE

MICHAEL B AINSWORTH
3780 FM 3126
LIVINGSTON TX 77351-2136

DETACH HERE ▲

**Use This Deposit Slip    Acct: XXXX-0813**

**Please do not send cash**

| | Dollars | Cents |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| **TOTAL DEPOSIT** | | |

Make checks payable to E✱TRADE Securities LLC.
Mail deposits to:

E✱TRADE Securities LLC
PO Box 484
Jersey City, NJ 07303-0484

070720210001  900476408134

# E✱TRADE
# FINANCIAL®
Trading • Investing • Banking

**Type of Transaction**
(Market)
1. NYSE
2. NYSE American
3. Other US Registered Exchanges
4. Mutual Funds
5. CBOE
6. Over-the-Counter
7. Underwriting
8. Foreign Exchange or Other

(Capacity in which your broker is acting)
1,2,3,4,5,8 As agent
6 As agent for both buyer and seller. The commission charged to the party on the other side of the transaction will be furnished upon request.
7 As principal

If the symbol (') appears in the security description on the face hereof, the offering of the described security has been made solely by means of the prospectus relating thereto, a copy of which has been or will be delivered to you, the receipt of which is acknowledged by payment hereof.
If the symbol (F) appears in the security description, it indicates that the security is "Foreign" and may be subject to interest equalization tax.
If the symbol (T) appears in the security description, an officer or employee of ETS is a director of the issuer of the securities involved in this transaction. A control relationship may therefore exist between the issuer and ETS.

Please retain this confirmation for income tax purposes. Federal regulations require brokers to report proceeds from all transactions to the Internal Revenue Service.

## Terms and Conditions

Please refer to the E*TRADE Customer Agreement for a complete discussion of the terms and conditions governing your account. If you have questions regarding the E*TRADE Customer Agreement or your account, please email us through etrade.com or call 800-ETRADE-1. THE INFORMATION CONTAINED IN THIS CONFIRMATION SHALL BE BINDING UPON YOU IF YOU DO NOT OBJECT IN WRITING WITHIN TWO (2) DAYS AFTER THE CONFIRMATION IS FIRST RECEIVED BY YOU. Securities products and services are offered by E*TRADE Securities LLC ("ETS"), Member FINRA/SIPC. Your account is carried by ETS, which maintains your funds and securities deposited with ETS. An affiliate of ETS may act as a principal or agent in your transaction(s).

**Applicable Rules and Regulations.** All transactions in your account shall be subject to the constitution, rules, regulations, customs, and usages of the exchange or market, and its clearing house, where the transactions are executed by ETS or its agents, including ETS affiliates. Also, where applicable, the transactions shall be subject to the provisions of the Securities Act of 1933, as amended, the Securities Exchange Act of 1934, as amended, and the rules and regulations of the Securities and Exchange Commission ("SEC"), the Board of Governors of the Federal Reserve System, and any applicable self-regulatory organization. For information about FINRA's BrokerCheck Program, including an investor brochure, please contact FINRA at 800-289-9999 or www.finra.org.

Securities held on your behalf at ETS or a central clearing facility but not registered in your name are commingled with identical securities held for other customers. In the event that securities so held are called by the issuer, the securities to be called will be determined by an impartial and random selection system. If your security is selected, it will be presented for redemption and your account credited with the proceeds. You have the right to withdraw uncalled, fully paid securities at any time prior to a partial call and also to withdraw excess margin securities not subject to restriction.

The responsibility to cancel an existing open order rests with you. Any transaction that results from the execution of any orders that you have not instructed us to cancel, prior to execution, will be recorded in your account. Market orders are subject to immediate execution and are difficult to cancel.

If required payment or delivery of securities is not made by the settlement date, ETS may, at its option and without further notice, charge interest on the amount shown on the face hereof or cancel, sell out, or buy in the subject securities and charge your account for any expenses, losses, or other costs incurred.

Investments in securities are not guaranteed by ETS, are not insured by the FDIC, and will fluctuate with changes in market conditions. When selling a security, you may receive more or less than your original investment.

The principal amount or commission described on the face hereof may include an Additional Fee* for special services rendered. Other charges may include commissions paid to affiliates of ETS, local taxes, transaction fees, and exchange fees, among others. For customers who choose to convert from the currency in which the security or payment thereon is denominated, the amounts provided with respect to principal, interest, dividend and/or yield is subject to fluctuation or applicable foreign currency exchange rates and costs including a markup charged by ETS. Further details are available upon written request. The name of the party with whom this transaction was made and time of execution of the transaction will be furnished upon written request.

Securities purchased by you or held by ETS may be hypothecated and/or commingled with securities carried for other customers.

Call features for bonds may exist and such bonds can be redeemed in whole or in part before maturity that could affect the yield; complete information will be provided upon request. With respect to a zero coupon issue, you will not receive periodic payments, and the securities may be callable at a price below maturity value. Furthermore, a zero coupon issue that is callable and in bearer form may be called without notice by mail to you unless the issue is registered.

For an asset-backed security (e.g., GMO, FNMA, FHLMC, or GMNA), the actual yield may vary according to the rate at which the underlying assets or receivables are prepaid. Information concerning factors that affect yield, including estimated yield, weighted average life, and prepayment assumptions, are available upon request.

The ratings that appear in the description of some fixed-income securities have been obtained from rating services that we believe to be reliable; however, we cannot guarantee their accuracy. Securities for which a rating is not available will be marked "Not Rated." A withdrawn rating "WR" signifies the removal of a rating on either an obligation or issuer. Confirmations related to fixed income transactions may reflect a mark-up or mark-down; both as a dollar and percentage value. The mark-up or mark-down dollar value is calculated as the execution price less the prevailing market price (PMP) multiplied by the quantity. The mark-up or mark-down percentage value is calculated as the mark-up or mark-down dollar value divided by the PMP. Trades with a mark-up or mark-down value of "N/A" indicate a negative mark-up (i.e., the sale of the security was at a price lower than the PMP).

Final prospectus and/or offering documentation is available upon request in connection with your purchase of a security where the issuer is deemed to control, be controlled by, or under common control with ETS (i.e., affiliated securities).

*Additional Fees may include a broker-assist fee, an order handling fee and/or market center charges. ETS will charge a fee if you request to have certificates issued in your name and mailed to you.

**MICHAEL B AINSWORTH**
**3780 FM 3126**
**LIVINGSTON TX  77351-2136**

**Payment for Order Flow Disclosure**
The SEC (as well as FINRA) requires that all broker-dealers inform their customers when a new account is opened, and on an annual basis thereafter, of payment for order flow practices (compensation received for placing orders through specialists on national securities exchanges, over-the-counter market makers, alternative trading systems, and ECN's (collectively, "market centers")). Consistent with the overriding principle of best execution, ETS routes orders to various market makers, including its affiliate Morgan Stanley & Co. LLC. ETS receives remuneration (generally in the form of per share cash payments or through profit-sharing arrangements) for routing orders in securities to particular market centers for execution. Such remuneration is considered compensation to ETS, and the source and amount of any compensation received in connection with your transaction will be disclosed to you upon written request. ETS, absent instructions from you to the contrary, takes a number of factors into consideration in determining where to route customers' orders, including the speed of execution, price improvement opportunities (executions at prices superior to the then prevailing inside market), automatic execution guarantees, the availability of efficient and reliable order handling systems, the level of service provided, the cost of executing orders, whether it will receive cash or non-cash payments for routing order flow, and reciprocal business arrangements.

Trades noted as "AVG PRICE SHOWN-DETAILS ON REQ" are executed through an average price account. The price shown may represent an average of multiple executions or may represent a single execution at the price indicated. Details regarding trades done in an average price account are available upon request.

Rev 09/20 S1237804

237  103194  PRA   1  87198              1 of 1 C FDI V AFPFDI V   07/07/21  21:57  001



**E✱TRADE Securities**

Investment Account

# TRADE CONFIRMATION

**Account Number: XXXX-0813**

**Account Name:**
MICHAEL B AINSWORTH

E✱TRADE Securities LLC
PO Box 484
Jersey City, NJ 07303-0484
1-800-ETRADE-1 (1-800-387-2331)
etrade.com

| TRADE DATE | SETL DATE | MKT / CPT | SYMBOL/ CUSIP | BUY/ SELL | QUANTITY | PRICE | ACCT TYPE | | |
|---|---|---|---|---|---|---|---|---|---|
| 07/02/21 | 07/07/21 | 6 1 | MMAT | BUY | 500 | $7.15 | Cash | PRINCIPAL | $3,575.00 |
| **META MATLS INC COMMON STOCK** | | | | | | | | **NET AMOUNT** | **$3,575.00** |

▲ DETACH HERE                                                                                    DETACH HERE ▲

MICHAEL B AINSWORTH
3780 FM 3126
LIVINGSTON TX 77351-2136

**Use This Deposit Slip    Acct: XXXX-0813**

**Please do not send cash**

| | Dollars | Cents |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| **TOTAL DEPOSIT** | | |

Make checks payable to E✱TRADE Securities LLC.
Mail deposits to:

E✱TRADE Securities LLC
PO Box 484
Jersey City, NJ 07303-0484

070220210001 900476408134

# E✱TRADE
# FINANCIAL®
Trading  •  Investing  •  Banking

**Type of Transaction**
(Market)
1. NYSE                           5. CBOE
2. NYSE American                  6. Over-the-Counter
3. Other US Registered Exchanges  7. Underwriting
4. Mutual Funds                   8. Foreign Exchange or Other

(Capacity in which your broker is acting)
1,2,3,4,5,8 As agent
6 As agent for both buyer and seller. The commission charged to the party on the other side of the transaction will be furnished upon request.
7 As principal

If the symbol (') appears in the security description on the face hereof, the offering of the described security has been made solely by means of the prospectus relating thereto, a copy of which has been or will be delivered to you, the receipt of which is acknowledged by payment hereof.
If the symbol (F) appears in the security description, it indicates that the security is "Foreign" and may be subject to interest equalization tax.
If the symbol (T) appears in the security description, an officer or employee of ETS is a director of the issuer of the securities involved in this transaction. A control relationship may therefore exist between the issuer and ETS.

Please retain this confirmation for income tax purposes. Federal regulations require brokers to report proceeds from all transactions to the Internal Revenue Service.

## Terms and Conditions

Please refer to the E✱TRADE Customer Agreement for a complete discussion of the terms and conditions governing your account. If you have questions regarding the E✱TRADE Customer Agreement or your account, please email us through etrade.com or call 800-ETRADE-1. THE INFORMATION CONTAINED IN THIS CONFIRMATION SHALL BE BINDING UPON YOU IF YOU DO NOT OBJECT IN WRITING WITHIN TWO (2) DAYS AFTER THE CONFIRMATION IS FIRST RECEIVED BY YOU. Securities products and services are offered by E✱TRADE Securities LLC ("ETS"), Member FINRA/SIPC. Your account is carried by ETS, which maintains your funds and securities deposited with ETS. An affiliate of ETS may act as a principal or agent in your transaction(s).

Applicable Rules and Regulations. All transactions in your account shall be subject to the constitution, rules, regulations, customs, and usages of the exchange or market, and its clearing house, where the transactions are executed by ETS or its agents, including ETS affiliates. Also, where applicable, the transactions shall be subject to the provisions of the Securities Act of 1933, as amended, the Securities Exchange Act of 1934, as amended, and the rules and regulations of the Securities and Exchange Commission ("SEC"), the Board of Governors of the Federal Reserve System, and any applicable self-regulatory organization. For information about FINRA's BrokerCheck Program, including an investor brochure, please contact FINRA at 800-289-9999 or www.finra.org.

Securities held on your behalf at ETS or a central clearing facility but not registered in your name are commingled with identical securities held for other customers. In the event that securities so held are called by the issuer, the securities to be called will be determined by an impartial and random selection system. If your security is selected, it will be presented for redemption and your account credited with the proceeds. You have the right to withdraw uncalled, fully paid securities at any time prior to a partial call and also to withdraw excess margin securities not subject to restriction.

The responsibility to cancel an existing open order rests with you. Any transaction that results from the execution of any orders that you have not instructed us to cancel, prior to execution, will be recorded in your account. Market orders are subject to immediate execution and are difficult to cancel.

If required payment or delivery of securities is not made by the settlement date, ETS may, at its option and without further notice, charge interest on the amount shown on the face hereof or cancel, sell out, or buy in the subject securities and charge your account for any expenses, losses, or other costs incurred.

Investments in securities are not guaranteed by ETS, are not insured by the FDIC, and will fluctuate with changes in market conditions. When selling a security, you may receive more or less than your original investment.

The principal amount or commission described on the face hereof may include an Additional Fee* for special services rendered. Other charges may include commissions paid to affiliates of ETS, local taxes, transaction fees, and exchange fees, among others. For customers who choose to convert from the currency in which the security or payment thereon is denominated, the amounts provided with respect to principal, interest, dividend and/or yield is subject to fluctuation or applicable foreign currency exchange rates and costs including a markup charged by ETS. Further details are available upon written request. The name of the party with whom this transaction was made and time of execution of the transaction will be furnished upon written request.

Securities purchased by you or held by ETS may be hypothecated and/or commingled with securities carried for other customers.

Call features for bonds may exist and such bonds can be redeemed in whole or in part before maturity that could affect the yield; complete information will be provided upon request. With respect to a zero coupon issue, you will not receive periodic payments, and the securities may be callable at a price below maturity value. Furthermore, a zero coupon issue that is callable and in bearer form may be called without notice by mail to you unless the issue is registered.

For an asset-backed security (e.g., GMO, FNMA, FHLMC, or GNMA), the actual yield may vary according to the rate at which the underlying assets or receivables are prepaid. Information concerning factors that affect yield, including estimated yield, weighted average life, and prepayment assumptions, are available upon request.

The ratings that appear in the description of some fixed-income securities have been obtained from rating services that we believe to be reliable; however, we cannot guarantee their accuracy. Securities for which a rating is not available will be marked "Not Rated." A withdrawn rating "WR" signifies the removal of a rating on either an obligation or issuer. Confirmations related to fixed income transactions may reflect a mark-up or mark-down; both as a dollar and percentage value. The mark-up or mark-down dollar value is calculated as the execution price less the prevailing market price (PMP) multiplied by the quantity. The mark-up or mark-down percentage value is calculated as the mark-up or mark-down dollar value divided by the PMP. Trades with a mark-up or mark-down value of "N/A" indicate a negative markup (i.e., the sale of the security was at a price lower than the PMP).

Final prospectus and/or offering documentation is available upon request in connection with your purchase of a security where the issuer is deemed to control, be controlled by, or under common control with ETS (i.e., affiliated securities).

*Additional Fees may include a broker-assist fee, an order handling fee and/or market center charges. ETS will charge a fee if you request to have certificates issued in your name and mailed to you.

MICHAEL B AINSWORTH
3780 FM 3126
LIVINGSTON TX  77351-2136

## Payment for Order Flow Disclosure

The SEC (as well as FINRA) requires that all broker-dealers inform their customers when a new account is opened, and on an annual basis thereafter, of payment for order flow practices (compensation received for placing orders through specialists on national securities exchanges, over-the-counter market makers, alternative trading systems, and ECN's (collectively, "market centers")). Consistent with the overriding principle of best execution, ETS routes orders to various market makers, including its affiliate Morgan Stanley & Co. LLC. ETS receives remuneration (generally in the form of per share cash payments or through profit-sharing arrangements) for routing orders in securities to particular market centers for execution. Such remuneration is considered compensation to ETS, and the source and amount of any compensation received in connection with your transaction will be disclosed to you upon written request. ETS, absent instructions from you to the contrary, takes a number of factors into consideration in determining where to route customers' orders, including the speed of execution, price improvement opportunities (executions at prices superior to the then prevailing inside market), automatic execution guarantees, the availability of efficient and reliable order handing systems, the level of service provided, the cost of executing orders, whether it will receive cash or non-cash payments for routing order flow, and reciprocal business arrangements.

Trades noted as "AVG PRICE SHOWN-DETAILS ON REQ" are executed through an average price account. The price shown may represent an average of multiple executions or may represent a single execution at the price indicated. Details regarding trades done in an average price account are available upon request.

Rev 09/20 S1237B04



**E✳TRADE Securities**

Investment Account

# TRADE CONFIRMATION

**Account Number: XXXX-0813**

**Account Name:**
MICHAEL B AINSWORTH

**E✳TRADE Securities LLC**
PO Box 484
Jersey City, NJ 07303-0484
1-800-ETRADE-1 (1-800-387-2331)
etrade.com

**Customer Update**
Invest to make an impact. Learn how sustainable investing offers growth potential while supporting your values at us.etrade.com/knowledge/sustainable-investing.

| TRADE DATE | SETL DATE | MKT/ CPT | SYMBOL/ CUSIP | BUY/ SELL | QUANTITY | PRICE | ACCT TYPE | | |
|---|---|---|---|---|---|---|---|---|---|
| 06/29/21 | 07/01/21 | 6 1 | MMAT | BUY | 500 | $7.50 | Cash | PRINCIPAL | $3,750.00 |
| META MATLS INC COMMON STOCK | | | | | | | | NET AMOUNT | $3,750.00 |

▲ DETACH HERE

MICHAEL B AINSWORTH
3780 FM 3126
LIVINGSTON TX 77351-2136

DETACH HERE ▲

**Use This Deposit Slip    Acct: XXXX-0813**

**Please do not send cash**

| | Dollars | Cents |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| **TOTAL DEPOSIT** | | |

Make checks payable to E✳TRADE Securities LLC.
Mail deposits to:

E✳TRADE Securities LLC
PO Box 484
Jersey City, NJ 07303-0484

062920210001  900476408134

# E✴TRADE
# FINANCIAL®
Trading  •  Investing  •  Banking

**Type of Transaction**
(Market)
1. NYSE
2. NYSE American
3. Other US Registered Exchanges
4. Mutual Funds

5. CBOE
6. Over-the-Counter
7. Underwriting
8. Foreign Exchange or Other

(Capacity in which your broker is acting)
1,2,3,4,5,8 As agent
6 As agent for both buyer and seller. The commission charged to the party on the other side of the transaction will be furnished upon request.
7 As principal

If the symbol (') appears in the security description on the face hereof, the offering of the described security has been made solely by means of the prospectus relating thereto, a copy of which has been or will be delivered to you, the receipt of which is acknowledged by payment hereof.
If the symbol (F) appears in the security description, it indicates that the security is "Foreign" and may be subject to interest equalization tax.
If the symbol (T) appears in the security description, an officer or employee of ETS is a director of the issuer of the securities involved in this transaction. A control relationship may therefore exist between the issuer and ETS.

Please submit this confirmation for income tax purposes. Federal regulations require brokers to report proceeds from all transactions to the Internal Revenue Service.

**Terms and Conditions**

Please refer to the E*TRADE Customer Agreement for a complete discussion of the terms and conditions governing your account. If you have questions regarding the E*TRADE Customer Agreement or your account, please email us through etrade.com or call 800-ETRADE-1. THE INFORMATION CONTAINED IN THIS CONFIRMATION SHALL BE BINDING UPON YOU IF YOU DO NOT OBJECT IN WRITING WITHIN TWO (2) DAYS AFTER THE CONFIRMATION IS FIRST RECEIVED BY YOU. Securities products and services are offered by E*TRADE Securities LLC ("ETS"), Member FINRA/SIPC. Your account is carried by ETS, which maintains your funds and securities deposited with ETS. An affiliate of ETS may act as a principal or agent in your transaction(s).

**Applicable Rules and Regulations.** All transactions in your account shall be subject to the constitution, rules, regulations, customs, and usages of the exchange or market, and its clearing house, where the transactions are executed by ETS or its agents, including ETS affiliates. Also, where applicable, the transactions shall be subject to the provisions of the Securities Act of 1933, as amended, the Securities Exchange Act of 1934, as amended, and the rules and regulations of the Securities and Exchange Commission ("SEC"), the Board of Governors of the Federal Reserve System, and any applicable self-regulatory organization. For information about FINRA's BrokerCheck Program, including an investor brochure, please contact FINRA at 800-289-9999 or www.finra.org.

Securities held on your behalf at ETS or a central clearing facility but not registered in your name are commingled with identical securities held for other customers. In the event that securities so held are called by the issuer, the securities to be called will be determined by an impartial and random selection system. If your security is selected, it will be presented for redemption and your account credited with the proceeds. You have the right to withdraw uncalled, fully paid securities at any time prior to a partial call and also to withdraw excess margin securities not subject to restriction.

The responsibility to cancel an existing open order rests with you. Any transaction that results from the execution of any orders that you have not instructed us to cancel, prior to execution, will be recorded in your account. Market orders are subject to immediate execution and are difficult to cancel.

If required payment or delivery of securities is not made by the settlement date, ETS may, at its option and without further notice, charge interest on the amount shown on the face hereof or cancel, sell out, or buy in the subject securities and charge your account for any expenses, losses, or other costs incurred.

Investments in securities are not guaranteed by ETS, are not insured by the FDIC, and will fluctuate with changes in market conditions. When selling a security, you may receive more or less than your original investment.

The principal amount or commission described on the face hereof may include an Additional Fee* for special services rendered. Other charges may include commissions paid to affiliates of ETS, local taxes, transaction fees, and exchange fees, among others. For customers who choose to convert from the currency in which the security or payment therein is denominated, the amounts provided with respect to principal, interest, dividend and/or yield is subject to fluctuation or applicable foreign currency exchange rates and costs including a markup charged by ETS. Further details are available upon written request. The name of the party with whom this transaction was made and time of execution of the transaction will be furnished upon written request.

Securities purchased by you or held by ETS may be hypothecated and/or commingled with securities carried for other customers.

Call features for bonds may exist and such bonds can be redeemed in whole or in part before maturity that could affect the yield; complete information will be provided upon request. With respect to a zero coupon issue, you will not receive periodic payments, and the securities may be callable at a price below maturity value. Furthermore, a zero coupon issue that is callable and in bearer form may be called without notice by mail to you unless the issue is registered.

For an asset-backed security (e.g., GMO, FNMA, FHLMC, or GNMA), the actual yield may vary according to the rate at which the underlying assets or receivables are prepaid. Information concerning factors that affect yield, including estimated yield, weighted average life, and prepayment assumptions, are available upon request.

The ratings that appear in the description of some fixed-income securities have been obtained from rating services that we believe to be reliable; however, we cannot guarantee their accuracy. Securities for which a rating is not available will be marked "Not Rated." A withdrawn rating "WR" signifies the removal of a rating on either an obligation or issuer. Confirmations related to fixed income transactions may reflect a mark-up or mark-down; both as a dollar and percentage value. The mark-up or mark-down dollar value is calculated as the execution price less the prevailing market price (PMP) multiplied by the quantity. The mark-up or mark-down percentage value is calculated as the mark-up or mark-down dollar value divided by the PMP. Trades with a mark-up or mark-down value of "N/A" indicate a negative mark-up (i.e., the sale of the security was at a price lower than the PMP).

Final prospectus and/or offering documentation is available upon request in connection with your purchase of a security where the issuer is deemed to control, be controlled by, or under common control with ETS (i.e., affiliated securities).

*Additional Fees may include a broker- assist fee, an order handling fee and/or market center charges. ETS will charge a fee if you request to have certificates issued in your name and mailed to you.

**MICHAEL B AINSWORTH**
**3780 FM 3126**
**LIVINGSTON TX  77351-2136**

**Payment for Order Flow Disclosure**
The SEC (as well as FINRA) requires that all broker-dealers inform their customers when a new account is opened, and on an annual basis thereafter, of payment for order flow practices (compensation received for placing orders through specialists on national securities exchanges, over-the-counter market makers, alternative trading systems, and ECN's (collectively, "market centers")). Consistent with the overriding principle of best execution, ETS routes orders to various market makers, including its affiliate Morgan Stanley & Co. LLC. ETS receives remuneration (generally in the form of per share cash payments or through profit-sharing arrangements) for routing orders in securities to particular market centers for execution. Such remuneration is considered compensation to ETS, and the source and amount of any compensation received in connection with your transaction will be disclosed to you upon written request. ETS, absent instructions from you to the contrary, takes a number of factors into consideration in determining where to route customers' orders, including the speed of execution, price improvement opportunities (executions at prices superior to the then prevailing inside market), automatic execution guarantees, the availability of efficient and reliable order handling systems, the level of service provided, the cost of executing orders, whether it will receive cash or non-cash payments for routing order flow, and reciprocal business arrangements.

Trades noted as "AVG PRICE SHOWN-DETAILS ON REQ" are executed through an average price account. The price shown may represent an average of multiple executions or may represent a single execution at the price indicated. Details regarding trades done in an average price account are available upon request.

Rev 09/20 S1237804

237 100394  PRA   1  85324                1 of 1 C FDI V AFPFDI V   29/06/21 21:48 001

# E✳TRADE
from Morgan Stanley

**E✳TRADE Securities**

Investment Account

Page 1 of 2

# TRADE CONFIRMATION

**Account Number: XXXX-0813**

**Account Name:**
MICHAEL B AINSWORTH

E✳TRADE Securities LLC
P.O. Box 484
Jersey City, NJ 07303-0484

**Customer Update**
Invest to make an impact. Learn how sustainable investing offers growth potential while supporting your values at us.etrade.com/knowledge/sustainable-investing.

| TRADE DATE | SETL DATE | MKT / CPT | SYMBOL / CUSIP | BUY / SELL | QUANTITY | PRICE | ACCT TYPE | | |
|---|---|---|---|---|---|---|---|---|---|
| 07/13/22 | 07/15/22 | 6 1 | TYDE | SELL | 12 | $.986 | Cash | PRINCIPAL | $11.83 |
| CRYPTYDE INC COMMON STOCK | | | | | | | | FEE | $0.01 |
| | | | | | | | | NET AMOUNT | $11.82 |
| 07/13/22 | 07/15/22 | 6 1 | MRIN | SELL | 10 | $1.7271 | Cash | PRINCIPAL | $17.27 |
| MARIN SOFTWARE INCORPORATED COMMON STOCK | | | | | | | | FEE | $0.01 |
| | | | | | | | | NET AMOUNT | $17.26 |
| 07/13/22 | 07/15/22 | 6 1 | MMAT | BUY | 50 | $.9828 | Cash | PRINCIPAL | $49.14 |
| META MATLS INC COMMON STOCK | | | | | | | | NET AMOUNT | $49.14 |
| 07/13/22 | 07/15/22 | 6 1 | MMAT | BUY | 50 | $.98 | Cash | PRINCIPAL | $49.00 |
| META MATLS INC COMMON STOCK | | | | | | | | NET AMOUNT | $49.00 |

▲ DETACH HERE

MICHAEL B AINSWORTH
3780 FM 3126
LIVINGSTON TX 77351-2136

DETACH HERE ▲

**Use This Deposit Slip    Acct: XXXX-0813**

Please do not send cash

| Dollars | Cents |
|---|---|
| | |
| | |
| | |
| | |
| | |

**TOTAL DEPOSIT**

Make checks payable to E✳TRADE Securities LLC.
Mail deposits to:

E✳TRADE Securities LLC
P.O. Box 484
Jersey City, NJ 07303-0484

071320220001 ⑆00476408134

**E✲TRADE**
from Morgan Stanley

**Type of Transaction**
(Market)
1. NYSE
2. NYSE American
3. Other US Registered Exchanges
4. Mutual Funds

5. CBOE
6. Over-the-Counter
7. Underwriting
8. Foreign Exchange or Other

(Capacity in which your broker is acting)
1,2,3,4,5,8 As agent
6 As agent for both buyer and seller. The commission charged to the party on the other side of the transaction will be furnished upon request.
7 As principal
9 As agent and as principal

If the symbol (') appears in the security description on the face hereof, the offering of the described security has been made solely by means of the prospectus relating thereto, a copy of which has been or will be delivered to you, the receipt of which is acknowledged by payment hereof.

If the symbol (F) appears in the security description, it indicates that the security is "Foreign" and may be subject to interest equalization tax.

If the symbol (T) appears in the security description, an officer or employee of ETS is a director of the issuer of the securities involved in this transaction. A control relationship may therefore exist between the issuer and ETS.

Please retain this confirmation for income tax purposes. Federal regulations require brokers to report proceeds from all transactions to the Internal Revenue Service.

**MICHAEL B AINSWORTH**
**3780 FM 3126**
**LIVINGSTON TX  77351-2136**

**Terms and Conditions**

Please refer to the E*TRADE Customer Agreement for a complete discussion of the terms and conditions governing your account. If you have questions regarding the E*TRADE Customer Agreement or your account, please email us through *etrade.com* or call 800-387-2331. THE INFORMATION CONTAINED IN THIS CONFIRMATION SHALL BE BINDING UPON YOU IF YOU DO NOT OBJECT IN WRITING WITHIN TWO (2) DAYS AFTER THE CONFIRMATION IS FIRST RECEIVED BY YOU. Securities products and services are offered by E*TRADE Securities LLC ("ETS"), Member SIPC and a business of Morgan Stanley. Your account is carried by ETS, which maintains your funds and securities deposited with ETS. An affiliate of ETS may act as a principal or agent in your transaction(s).

**Applicable Rules and Regulations.** All transactions in your account shall be subject to the constitution, rules, regulations, customs, and usages of the exchange or market, and its clearing house, where the transactions are executed by ETS or its agents, including ETS affiliates. Also, where applicable, the transactions shall be subject to the provisions of the Securities Act of 1933, as amended, the Securities Exchange Act of 1934, as amended, and the rules and regulations of the Securities and Exchange Commission ("SEC"), the Board of Governors of the Federal Reserve System, and any applicable self-regulatory organization. For information about FINRA's BrokerCheck Program, including an investor brochure, please contact FINRA at 800-289-9999 or www.finra.org.

Securities held on your behalf at ETS or a central clearing facility but not registered in your name are commingled with identical securities held for other customers. In the event that securities so held are called by the issuer, the securities to be called will be determined by an impartial and random selection system. If your security is selected, it will be presented for redemption and your account credited with the proceeds. You have the right to withdraw uncalled, fully paid securities at any time prior to a partial call and also to withdraw excess margin securities not subject to restriction.

The responsibility to cancel an existing open order rests with you. Any transaction that results from the execution of any orders that you have not instructed us to cancel, prior to execution, will be recorded in your account. Market orders are subject to immediate execution and are difficult to cancel.

If required payment or delivery of securities is not made by the settlement date, ETS may, at its option and without further notice, charge interest on the amount shown on the face hereof or cancel, sell out, or buy in the subject securities and charge your account for any expenses, losses, or other costs incurred.

Investments in securities are not guaranteed by ETS, are not insured by the FDIC, and will fluctuate with changes in market conditions. When selling a security, you may receive more or less than your original investment.

The principal amount or commission described on the face hereof may include an Additional Fee* for special services rendered. Other charges may include commissions paid to affiliates of ETS, local taxes, transaction fees, and exchange fees, among others. For customers who choose to convert from the currency in which the security or payment thereon is denominated, the amounts provided with respect to principal, interest, dividend and/or yield is subject to fluctuation or applicable foreign currency exchange rates and costs including a markup charged by ETS. Further details are available upon written request. The name of the party with whom this transaction was made and time of execution of the transaction will be furnished upon written request.

Securities purchased by you or held by ETS may be hypothecated and/or commingled with securities carried for other customers.

Call features for bonds may exist and such bonds can be redeemed in whole or in part before maturity and could affect the yield; complete information will be provided upon request. With respect to a zero coupon issue, you will not receive periodic payments, and the securities may be callable at a price below maturity value. Furthermore, a zero coupon issue that is callable and in bearer form may be called without notice by mail to you unless the issue is registered.

For an asset-backed security (e.g., GMO, FNMA, FHLMC, or GMNA), the actual yield may vary according to the rate at which the underlying assets or receivables are prepaid. Information concerning factors that affect yield, including estimated yield, weighted average life, and prepayment assumptions, are available upon request.

The ratings that appear in the description of some fixed-income securities have been obtained from rating services that we believe to be reliable; however, we cannot guarantee their accuracy. Securities for which a rating is not available will be marked "Not Rated." A withdrawn rating "WR" signifies the removal of a rating on either an obligation or issuer. Confirmations related to fixed income transactions may reflect a mark-up or mark-down; both as a dollar and percentage value. The mark-up or mark-down dollar value is calculated as the execution price less the prevailing market price (PMP) multiplied by the quantity. The mark-up or mark-down percentage value is calculated as the mark-up or mark-down dollar value divided by the PMP. Trades with a mark-up or mark-down value of "N/A" indicate a negative mark-up (i.e., the sale of the security was at a price lower than the PMP).

Final prospectus and/or offering documentation is available upon request in connection with your purchase of a security where the issuer is deemed to control, be controlled by, or under common control with ETS (i.e., affiliated securities).

*Additional Fees may include a broker-assist fee, an order handling fee and/or market center charges. ETS will charge a fee if you request to have certificates issued in your name and mailed to you.

**Payment for Order Flow Disclosure**
The SEC (as well as FINRA) requires that all broker-dealers inform their customers when a new account is opened, and on an annual basis thereafter, of payment for order flow practices (compensation received for placing orders through specialists on national securities exchanges, over-the-counter market makers, alternative trading systems, and ECN's (collectively, "market centers")). Consistent with the overriding principle of best execution, ETS routes orders to various market makers, including its affiliate Morgan Stanley & Co. LLC. ETS receives remuneration (generally in the form of per share cash payments or through profit-sharing arrangements) for routing orders in securities to particular market centers for execution. Such remuneration is considered compensation to ETS, and the source and amount of any compensation received in connection with your transaction will be disclosed to you upon written request. ETS, absent instructions from you to the contrary, takes a number of factors into consideration in determining where to route customers' orders, including the speed of execution, price improvement opportunities (executions at prices superior to the then prevailing inside market), automatic execution guarantees, the availability of efficient and reliable order handling systems, the level of service provided, the cost of executing orders, whether it will receive cash or non-cash payments for routing order flow, and reciprocal business arrangements.

Trades noted as "AVG PRICE SHOWN-DETAILS ON REQ" are executed through an average price account. The price shown may represent an average of multiple executions or may represent a single execution at the price indicated. Details regarding trades done in an average price account are available upon request.

**Structured Products**
Structured Products are complex products and may be subject to special risks. Investors should consider the concentration risk of owning the related security and their total exposure to any underlying asset.

Rev 0421 S1237B04

Page 1 of 2

# E✳TRADE
from Morgan Stanley

**E✳TRADE Securities**

Investment Account

## TRADE CONFIRMATION

**Account Number: XXXX-0813**

**Account Name:**
MICHAEL B AINSWORTH

E✳TRADE Securities LLC
P.O. Box 484
Jersey City, NJ 07303-0484

**Customer Update**
Invest to make an impact. Learn how sustainable investing offers growth potential while supporting your values at us.etrade.com/knowledge/sustainable-investing.

| TRADE DATE | SETL DATE | MKT / CPT | SYMBOL / CUSIP | BUY / SELL | QUANTITY | PRICE | ACCT TYPE | | |
|---|---|---|---|---|---|---|---|---|---|
| 07/13/22 | 07/15/22 | 6 1 | TYDE | SELL | 12 | $.986 | Cash | PRINCIPAL | $11.83 |
| CRYPTYDE INC COMMON STOCK | | | | | | | | FEE | $0.01 |
| | | | | | | | | NET AMOUNT | $11.82 |
| 07/13/22 | 07/15/22 | 6 1 | MRIN | SELL | 10 | $1.7271 | Cash | PRINCIPAL | $17.27 |
| MARIN SOFTWARE INCORPORATED COMMON STOCK | | | | | | | | FEE | $0.01 |
| | | | | | | | | NET AMOUNT | $17.26 |
| 07/13/22 | 07/15/22 | 6 1 | MMAT | BUY | 50 | $.9828 | Cash | PRINCIPAL | $49.14 |
| META MATLS INC COMMON STOCK | | | | | | | | NET AMOUNT | $49.14 |
| 07/13/22 | 07/15/22 | 6 1 | MMAT | BUY | 50 | $.98 | Cash | PRINCIPAL | $49.00 |
| META MATLS INC COMMON STOCK | | | | | | | | NET AMOUNT | $49.00 |

▲ DETACH HERE

MICHAEL B AINSWORTH
3780 FM 3126
LIVINGSTON TX 77351-2136

DETACH HERE ▲

**Use This Deposit Slip    Acct: XXXX-0813**

**Please do not send cash**

| | Dollars | Cents |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| **TOTAL DEPOSIT** | | |

Make checks payable to E✳TRADE Securities LLC.
Mail deposits to:

E✳TRADE Securities LLC
P.O. Box 484
Jersey City, NJ 07303-0484

071320220001 900476408134

**E✲TRADE**
from Morgan Stanley

Type of Transaction
(Market)
1. NYSE
2. NYSE American
3. Other US Registered Exchanges
4. Mutual Funds

5. CBOE
6. Over-the-Counter
7. Underwriting
8. Foreign Exchange or Other

(Capacity in which your broker is acting)
1,2,3,4,5,8 As agent
6 As agent for both buyer and seller. The commission charged to the party on the other side of the transaction will be furnished upon request.
7 As principal
9 As agent and as principal

If the symbol (') appears in the security description on the face hereof, the offering of the described security has been made solely by means of the prospectus relating thereto, a copy of which has been or will be delivered to you, the receipt of which is acknowledged by payment hereof.

If the symbol (F) appears in the security description, it indicates that the security is "Foreign" and may be subject to interest equalization tax.

If the symbol (T) appears in the security description, an officer or employee of ETS is a director of the issuer of the securities involved in this transaction. A control relationship may therefore exist between the issuer and ETS.

Please retain this confirmation for income tax purposes. Federal regulations require brokers to report proceeds from all transactions to the Internal Revenue Service.

**Terms and Conditions**

Please refer to the E*TRADE Customer Agreement for a complete discussion of the terms and conditions governing your account. If you have questions regarding the E*TRADE Customer Agreement or your account, please email us through etrade.com or call 800-387-2331. THE INFORMATION CONTAINED IN THIS CONFIRMATION SHALL BE BINDING UPON YOU IF YOU DO NOT OBJECT IN WRITING WITHIN TWO (2) DAYS AFTER THE CONFIRMATION IS FIRST RECEIVED BY YOU. Securities products and services are offered by E*TRADE Securities LLC ("ETS"), Member SIPC and a business of Morgan Stanley. Your account is carried by ETS, which maintains your funds and securities deposited with ETS. An affiliate of ETS may act as a principal or agent in your transaction(s).

Applicable Rules and Regulations. All transactions in your account shall be subject to the constitution, rules, regulations, customs, and usages of the exchange or market, and its clearing house, where the transactions are executed by ETS or its agents, including ETS affiliates. Also, where applicable, the transactions shall be subject to the provisions of the Securities Act of 1933, as amended, the Securities Exchange Act of 1934, as amended, and the rules and regulations of the Securities and Exchange Commission ("SEC"), the Board of Governors of the Federal Reserve System, and any applicable self-regulatory organization. For information about FINRA's BrokerCheck Program, including an investor brochure, please contact FINRA at 800-289-9999 or www.finra.org.

Securities held on your behalf at ETS or a central clearing facility but not registered in your name are commingled with identical securities held for other customers. In the event that securities so held are called by the issuer, the securities to be called will be determined by an impartial and random selection system. If your security is selected, it will be presented for redemption and your account credited with the proceeds. You have the right to withdraw uncalled, fully paid securities at any time prior to a partial call and also to withdraw excess margin securities not subject to restriction.

The responsibility to cancel an existing open order rests with you. Any transaction that results from the execution of any orders that you have not instructed us to cancel, prior to execution, will be recorded in your account. Market orders are subject to immediate execution and are difficult to cancel.

If required payment or delivery of securities is not made by the settlement date, ETS may, at its option and without further notice, charge interest on the amount shown on the face hereof or cancel, sell out, or buy in the subject securities and charge your account for any expenses, losses, or other costs incurred.

Investments in securities are not guaranteed by ETS, are not insured by the FDIC, and will fluctuate with changes in market conditions. When selling a security, you may receive more or less than your original investment.

The principal amount or commission described on the face hereof may include an Additional Fee* for special services rendered. Other charges may include commissions paid to affiliates of ETS, local taxes, transaction fees, and exchange fees, among others. For customers who choose to convert from the currency in which the security or payment thereon is denominated, the amounts provided with respect to principal, interest, dividend and/or yield is subject to fluctuation or applicable foreign currency exchange rates and costs including a markup charged by ETS. Further details are available upon written request. The name of the party with whom this transaction was made and time of execution of the transaction will be furnished upon written request.

Securities purchased by you or held by ETS may be hypothecated and/or commingled with securities carried for other customers.

Call features for bonds may exist and such bonds can be redeemed in whole or in part before maturity and could affect the yield; complete information will be provided upon request. With respect to a zero coupon issue, you will not receive periodic payments, and the securities may be callable at a price below maturity value. Furthermore, a zero coupon issue that is callable and in bearer form may be called without notice by mail to you unless the issue is registered.

For an asset-backed security (e.g., GMO, FNMA, FHLMC, or GMNA), the actual yield may vary according to the rate at which the underlying assets or receivables are prepaid. Information concerning factors that affect yield, including estimated yield, weighted average life, and prepayment assumptions, are available upon request.

The ratings that appear in the description of some fixed-income securities have been obtained from rating services that we believe to be reliable; however, we cannot guarantee their accuracy. Securities for which a rating is not available will be marked "Not Rated." A withdrawn rating "WR" signifies the removal of a rating on either an obligation or issuer. Confirmations related to fixed income transactions may reflect a mark-up or mark-down; both as a dollar and percentage value. The mark-up or mark-down dollar value is calculated as the execution price less the prevailing market price (PMP) multiplied by the quantity. The mark-up or mark-down percentage value is calculated as the mark-up or mark-down dollar value divided by the PMP. Trades with a mark-up or mark-down value of "N/A" indicate a negative mark-up (i.e., the sale of the security was at a price lower than the PMP).

Final prospectus and/or offering documentation is available upon request in connection with your purchase of a security where the issuer is deemed to control, be controlled by, or under common control with ETS (i.e., affiliated securities).

*Additional Fees may include a broker-assist fee, an order handling fee and/or market center charges. ETS will charge a fee if you request to have certificates issued in your name and mailed to you.

**MICHAEL B AINSWORTH**
**3780 FM 3126**
**LIVINGSTON TX 77351-2136**

**Payment for Order Flow Disclosure**
The SEC (as well as FINRA) requires that all broker-dealers inform their customers when a new account is opened, and on an annual basis thereafter, of payment for order flow practices (compensation received for placing orders through specialists on national securities exchanges, over-the-counter market makers, alternative trading systems, and ECN's (collectively, "market centers")). Consistent with the overriding principle of best execution, ETS routes orders to various market makers, including its affiliate Morgan Stanley & Co. LLC. ETS receives remuneration (generally in the form of per share payments or through profit-sharing arrangements) for routing orders in securities to particular market centers for execution. Such remuneration is considered compensation to ETS, and the source and amount of any compensation received in connection with your transaction will be disclosed to you upon written request. ETS, absent instructions from you to the contrary, takes a number of factors into consideration in determining where to route customers' orders, including the speed of execution, price improvement opportunities (executions at prices superior to the then prevailing inside market), automatic execution guarantees, the availability of efficient and reliable order handling systems, the level of service provided, the cost of executing orders, whether it will receive cash or non-cash payments for routing order flow, and reciprocal business arrangements.

Trades noted as "AVG PRICE SHOWN-DETAILS ON REQ" are executed through an average price account. The price shown may represent an average of multiple executions or may represent a single execution at the price indicated. Details regarding trades done in an average price account are available upon request.

Structured Products
Structured Products are complex products and may be subject to special risks. Investors should consider the concentration risk of owning the related security and their total exposure to any underlying asset.

Rev 04/21 S1237804

237 45924 PBA  1 38039          1 of 1 C FDI V AFPPDI V   13/07/22 21:36 001

PAGE 1 OF 6

June 1, 2023 - June 30, 2023
Account Number:    **4764-0813**
Account Type:    **INDIVIDUAL**

**E*TRADE Securities LLC**
P.O. Box 484
Jersey City, NJ 07303 -0484
1-800-387-2331  etrade.com
Member SIPC

**Customer Update:**

As of January 3, 2023, E*TRADE Securities LLC (ETS) makes no investment recommendations. ETS also no longer makes recommendations regarding opening an investment advisory account with E*TRADE Capital Management, LLC.

**An added measure of protection.**
We offer you the ability to designate an individual who is at least 18 years old to be your trusted contact person (TCP). If you elect to designate a TCP, you authorize E*TRADE to contact this person and to disclose information about your account to: address possible financial exploitation; confirm the specifics of your current contact information, health status, or the identity of any legal guardian, executor, trustee, or holder of a power of attorney; or as otherwise permitted by applicable law. To designate a new TCP or to update your current TCP election, visit *etrade.com/tcp*.

MICHAEL B AINSWORTH
4171 US HIGHWAY 190 W
LIVINGSTON TX  77351-8768

*E*TRADE Securities
Investment Account*

---

**Account At A Glance**



**$6,250.98**

| As of 05/31/23 | As of 06/30/23 |
|---|---|
| **Net Change:** | **$-6,250.98** |

---

DETACH HERE                                                                                      DETACH HERE ▲

MICHAEL B AINSWORTH
4171 US HIGHWAY 190 W
LIVINGSTON TX  77351-8768

**Use This Deposit Slip**    **Acct: 4764-0813**

**Please do not send cash**

Make checks payable to E*TRADE Securities LLC

| Dollars | Cents |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
| **TOTAL DEPOSIT** |  |

Mail deposits to:

E*TRADE SECURITIES LLC
P.O. Box 484
Jersey City, NJ 07303 -0484

063020230001  111476408138

Please refer to the E*TRADE Securities LLC ("ETS") Customer Agreement (the "Customer Agreement") at www.etrade.com/custagree for a complete discussion of the terms and conditions governing your account and the Relationship Summary at www.etrade.com/formcrs for information about ETS services. If you have questions regarding the Customer Agreement, your account, or positions and balances please contact us through etrade.com or call 800-387-2331. THE INFORMATION CONTAINED IN YOUR ACCOUNT STATEMENT SHALL BE BINDING UPON YOU IF YOU DO NOT OBJECT, EITHER IN WRITING OR VIA ELECTRONIC MAIL, WITHIN FIVE (5) DAYS AFTER THE ACCOUNT STATEMENT IS FIRST RECEIVED BY YOU.

Securities products and services are offered by ETS, Member SIPC. Your account is carried by ETS, Member SIPC, which maintains your funds and securities deposited with ETS directly by you or your advisor firm. Please review this statement carefully. If you disagree with any transaction, or if there are any errors or omissions, please notify us at 800-387-2331 within five (5) days of your receipt of this statement. Any oral statements that you have made to us should be confirmed in writing.

**Applicable Rules and Regulations.** All transactions in your account shall be subject to the construction, rules, regulations, customs, and usages of the exchange or market, and its clearing house, where the transactions are executed by ETS or its agents, including ETS affiliates. Also, where applicable, the transactions shall be subject to the provisions of the Securities Act of 1933, as amended, the Securities Exchange Act of 1934 as amended, and the rules and regulations of the Securities and Exchange Commission ("SEC"), the Board of Governors of the Federal Reserve System, and any applicable self-regulatory organization. For information about FINRA's Broker Check Program, including an investor brochure, please contact FINRA at 800-289-9999 or www.finra.org.

**Securities Pricing.** The amounts printed in the total market value column of the Account Holdings section, or any amounts derived therefrom, are based on US month end prices and are provided by outside quotation services for the securities held by us in your account. Prices of municipal bonds, certain over-the-counter securities, and federal obligations are approximations and are only for guidance purposes. Prices used are based on the last reported transaction known to the quotation services or the yields or values that are calculated on the basis of these prices. Value of brokered CDs reflected on this statement is estimated by a third-party pricing service. Actual value may differ if you elect to sell your CD(s) in the secondary market. Bonds and/or fixed income securities trade differently than equity securities and do not trade on a liquid exchange. Rather, they trade in the OTC (over-the-counter) market and sufficient liquidity may not exist for you to sell your position prior to maturity. The sale of instruments prior to maturity may result in a loss of principal.

**Interest/Dividends.** We are required by law to report annually to you and to the Internal Revenue Service on Form 1099 any taxable interest, dividends, and capital gains credited to your account, as well as any taxes withheld. The year-to-date figures shown on your statement reflects these amounts classified to the best of our current knowledge based on activity. In certain circumstances, payments may be subject to reclassification. Such reclassifications will be reflected to the Internal Revenue Service on your Form 1099. Your statement may not reflect all adjustments required for tax purposes, please refer to your tax documents.

**SIPC and other Insurance Coverage.** ETS is a member of the Securities Investor Protection Corporation ("SIPC"). SIPC currently protects the assets in each of your securities accounts at ETS up to $500,000 (including $250,000 for claims for cash). Visit www.sipc.org or call 202-371-8300 for more information including a brochure on SIPC protection. (Please note that money market mutual fund balances are considered securities rather than cash.) Additional protection for ETS has been secured through an independent insurer, more information about which can be found at https://us.etrade.com/customer-service/faq. The market risks associated with investing and any resulting losses are not covered by SIPC or the additional protection.

**Payment for Order Flow.** The SEC (and FINRA) requires that all broker-dealers inform their customers when a new account is opened, and on an annual basis thereafter, of payment for order flow practices (compensation received for placing orders through specialists on national securities exchanges, over-the-counter market makers, alternative trading systems, and ECN's (collectively, "market centers")). Consistent with the overriding principle of best execution, ETS routes orders to various market centers. ETS receives remuneration (generally in the form of per share cash payments or through profit sharing arrangements) for routing orders in securities to particular market centers for execution. Such remuneration is considered compensation to ETS, and the source and amount of any compensation received in connection with your transaction will be disclosed to you upon written request. ETS posts SEC Rule 606 quarterly reports that include order routing disclosures including the material aspects of the firms relationships with market centers at www.etrade.com. In addition, on request, ETS may provide the identity of the venue to which your orders were routed for execution in the six months prior to the request, whether the orders were directed orders or nondirected orders, and the time of the transactions, if any, that resulted from such orders. ETS regularly assesses the execution quality provided by the market centers to which we route order flow in seeking best execution for our clients. For non-directed client orders, it is our policy to route orders to market centers based on a number of factors that are more fully discussed in the Supplemental Materials of FINRA Rule 5310, including where applicable, but not necessarily limited to, speed of execution, price improvement opportunities, differences in price dis-improvement, likelihood of executions, the marketability of the order, size guarantees, service levels and support, the reliability of order handling systems, customer needs and expectations, transaction costs and whether the firm will receive remuneration for routing order flow to such market centers. Price improvement is available under certain market conditions and for certain order types and we regularly monitor executions to test for such improvement if available.

**Margin Accounts.** The amount of margin required will be the greater of the (1) amount required by applicable laws, regulations, rules of applicable self-regulatory organizations and clearinghouses, or (2) amount required by ETS in its sole discretion. You will be charged interest on a daily basis on all debit balances that you owe to ETS and on credit extended to you by ETS for the purpose of purchasing, carrying, or trading in securities or otherwise. Interest is calculated on a 360-day basis using settlement date balances. Except as otherwise agreed by you and ETS, the applicable interest rate for margin loans will be determined by adding the prevailing base rate and the applicable sliding scale percentage rate, which is in turn determined by your average daily debit balance. Your stated interest rate is subject to change without notice during each period in accordance with fluctuations in your average daily debit balance and changes to the base rate that are attributable to a change in the Federal Funds rate. ETS will provide you with at least 30 days prior written notice before changing your stated interest rate for any other reason. Information about ETS's base rate is available upon written request to ETS. For more information on how ETS calculates interest, please see the Customer Agreement. If you have a margin account, this statement is a combined statement for both your margin account and special memorandum account. The permanent record of the separate account as required by Regulation T of the Federal Reserve Board is available for your inspection.

**Free Credit Balances.** Any cash balances in your securities account, which represent an obligation of ETS, are payable to you upon demand and referred to as free credit balances. Your free credit cash balances: 1) can be maintained in the securities account and will earn interest through the "Cash Balance Program" as more fully described at: https://us.etrade.com/l/options-uninvested-cash, and 2) as such are held unsegregated and may be used by ETS in the conduct of its business, subject to the limitations of Rule 15c3-3 under the Securities Exchange Act of 1934. Your free credit cash balances can alternatively be directed to other cash balance options.

**Other Cash Balance Option.** In addition to the Cash Balance Program you may have the option to have free credit balances in your securities account automatically transferred to a

bank sweep product, which is an account at a bank (or banks, collectively, "Program Banks") whose deposits are insured by the FDIC, but which are not obligations of ETS. Accounts opened prior to May 10, 2018 may also be eligible to have their free credit balances transferred to certain money market mutual funds. For information about the products available for free credit balances go to www.etrade.com/sweepoptions ("Sweep Program"). The products available under the Sweep Program may change at any time. Notification of changes will be provided to the extent required by applicable law. Additionally, you may at any time change your selection among the products available in the Sweep Program. You may elect, subject to any limitation set forth in any Sweep Program agreement or, with respect to an account at a bank, under federal banking laws (which limitation, would limitation, program banks' potential requirement of seven days' notice before permitting a withdrawal or transfer of funds from such account) that the balance in the bank deposit account be returned, or shares of the money market mutual fund in which you have a beneficial interest be liquidated and the proceeds returned, as applicable, to the securities account or remitted to you. With respect to your decision to participate in a bank sweep product, please remember you are responsible for monitoring the cash balance of your bank sweep accounts deposited with the Program Banks to determine whether you have total deposit balances held in the same capacity at any Program Bank in excess of the $250,000 FDIC deposit insurance limit.

**Options Trading.** If you are approved for options trading, you are responsible for advising ETS of any material changes in your investment objectives or financial situation. Additionally, further information regarding commissions and other charges related to the execution of option transactions has been included in the confirmations of such transactions previously provided to you. Such information will also be made available promptly upon request.

**Random Allocation of Options Assignment Notices.** Assignment notices for short option contracts are allocated among customer short option positions in accordance with a random allocation method. A detailed description of ETS's random allocation method is available at etrade.com and a hard copy of the allocation procedures is available upon request.

**Financial Statement.** A financial statement of ETS is available for your inspection at its offices or at etrade.com or will be mailed to you upon your written request.

**Valuation of Certain Alternative Investments (including DPP and REIT securities).** Account statements may include valuations for alternative investments. The values of such investments are estimated and reflect either the most recent valuation provided to ETS by the issuer of the investment, or a valuation provided by an independent third party, which ETS will obtain as part of its services, on an annual or more frequent basis. ETS does not provide a guarantee of the value or the appropriateness of the appraisal methodology applied by the independent third party in providing a value and ETS assumes no responsibility for verifying the accuracy of any valuation presented. Failure of the issuer to provide a timely valuation is your sole responsibility. The investment may reflect no value if a valuation was unavailable or is inaccurate. Investment in non-publicly traded securities, which includes alternative investments, often involves higher risk and less liquidity than other investments. Because there is generally no secondary market for alternative investments, the values reported to you should not be relied upon as any indication of market value. You may be able to sell your interests in the alternative investments held in your account, if at all, only for amounts that are substantially less than their purchase price or the estimated values on your account statement.If your statement reflects a distribution that included a return of capital on Direct Participation Programs and/or REITs, please note that said distributions are reported and a net investment per share estimated value is also reported. Pricing and distribution information has been provided by the sponsor, issuer or other external party responsible for reporting of the DPP or REIT and the classification of distributions as income or return of capital, in whole or in part, is subject to final accounting by such party(ies) and will be reported to you on a Form 1099 or K-1, as applicable.

In case of errors or questions about your Electronic Fund Transfers please contact us at 800-387-2331 immediately or in writing at E*TRADE Securities LLC, PO Box 484, Jersey City, NJ 07303-0484 or by visiting etrade.com, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. The information contained in your account statement shall be binding upon you if you do not object within sixty (60) days for any transfer of funds subject to Regulation E, such as ATM and point-of-sale transfers, debit transactions, direct deposits, and withdrawals. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

(1) Tell us your name and account number.
(2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
(3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

ETS is a subsidiary of Morgan Stanley. If you have questions please call 800-387-2331, or write to: E*TRADE Securities LLC, P.O. Box 484, Jersey City, NJ 07303-0484.

**Definitions:**
**Activity/Trade Date.** Trade date or transaction date of other entries.
**Total Portfolio Percent.** Percentage of your holding by issue of security.
**DIV/CPN% Yield.** Annual dividend or bond % yield.
**Open Orders.** Buy or sell orders for securities that have not yet been executed or canceled.
**Symbol/CUSIP.** The symbol or identification number for each security.
*** Denotes a security where either the country of issue or country of incorporation of the issuer is outside the US.

**Pending and Unsettled Transactions.** Based on the timing of statement generation, the value of certain unsettled trades and/or pending transactions (e.g., transactions that take place or settle after the last business day of the month) may not be reflected on your statement. Please e-mail us through etrade.com or call 800-387-2331 with any questions.

S1RB240 - 01/22

# E✳TRADE
## from Morgan Stanley

**E✳TRADE Securities**
**Investment Account**

**Account Number:** 4764-0813          **Statement Period :** June 1, 2023 - June 30, 2023          **Account Type:** INDIVIDUAL

**Customer Update:**

Invest to make an impact. Learn how sustainable investing offers growth potential while supporting your values at *us.etrade.com/knowledge/sustainable-investing.*

## ACCOUNT OVERVIEW

Last Statement Date:                     May 31, 2023

Beginning Account Value (On 05/31/23):   $     6,250.98
Ending Account Value (On 06/30/23):      $         0.00
Net Change:                              $    -6,250.98

For current rates, please visit **etrade.com/rates**

## ACCOUNT VALUE SUMMARY

|  | AS OF 06/30/23 | AS OF 05/31/23 | % CHANGE |
|---|---|---|---|
| Cash & Equivalents | $    0.00 | $    25.12 | -100.00% |
| **Total Cash/Margin Debt** | **$    0.00** | **$    25.12** | **-100.00%** |
| Stocks, Options & ETF (Long) | $    0.00 | $  6,225.86 | -100.00% |
| **Total Value of Securities** | **$    0.00** | **$  6,225.86** | **-100.00%** |
| **Net Account Value** | **$    0.00** | **$  6,250.98** | **-100.00%** |

**Securities products and services are offered by E✳TRADE Securities LLC, Member FINRA/SIPC.** Sweep deposits may be swept to Morgan Stanley Bank, N.A., and/or Morgan Stanley Private Bank, National Association, Members FDIC, and depending on the sweep program may also be swept to third party banks.  Subject to other funds a customer might maintain at the recipient bank, sweep funds will receive a maximum of $250,000 in FDIC insurance coverage at each federally insured depository institution to which funds are swept. Securities products and cash balances other than sweep deposits are not FDIC insured, not guaranteed deposits or obligations of Morgan Stanley Bank, Morgan Stanley Private Bank, or any third party bank to which they might be swept, and are subject to investment risk, including possible loss of the principal invested.



**E✱TRADE Securities**
**Investment Account**

**Account Number:** 4764-0813 | **Statement Period :** June 1, 2023 - June 30, 2023 | **Account Type:** INDIVIDUAL

## NET ACCOUNT VALUE BY MONTH END

## ACCOUNT TRANSACTION SUMMARY

| DESCRIPTION | THIS PERIOD | YEAR TO DATE |
|---|---|---|





**E✱TRADE Securities**
**Investment Account**

| Account Number: 4764-0813 | Statement Period : June 1, 2023 - June 30, 2023 | Account Type: INDIVIDUAL |
|---|---|---|

## ACCOUNT HOLDINGS

### CASH & CASH EQUIVALENTS (0.00% of Holdings)

| DESCRIPTION | PORTFOLIO % | AMOUNT |
|---|---|---|
| Extended Insurance Sweep Deposit Account | | |
| Opening Balance | | 25.12 |
| Closing Balance | 0.00 | 0.00 |
| Average Balance | | |
| Extended Insurance Sweep Deposit Account Balance by Bank as of June 30, 2023 | | |
| NO CURRENT POSITION | | 0.00 |

Under the Extended Insurance Sweep Deposit Account (ESDA) Program, cash balances from your brokerage account into the ESDA Program may shift from one program bank to another on a daily basis and a different combination or subset of the Program Banks may be used from day to day with dynamic deposit limits. Your ESDA Program cash balances will be FDIC-insured up to an aggregate of $500,000 for individual accounts and $1,000,000 for joint accounts. Uninvested cash balances in the ESDA program are not covered by SIPC. The balance in your bank deposit sweep account may be withdrawn on your order and proceeds returned to your securities account or remitted to you. To see a list of Program Banks please visit www.etrade.com/esdaagreement or call us at 1-800-387-2331.

| TOTAL CASH & CASH EQUIVALENTS | 0.00% | $0.00 |
|---|---|---|

### STOCKS, OPTIONS & EXCHANGE-TRADED FUNDS (0.00% of Holdings)

| DESCRIPTION | SYMBOL/ CUSIP | ACCT TYPE | QUANTITY | PRICE | TOTAL MKT VALUE | PORTFOLIO (%) | EST. ANNUAL INCOME | EST. ANNUAL YIELD (%) |
|---|---|---|---|---|---|---|---|---|
| CAMBER ENERGY INC COMMON STOCK | CEI | Cash | | 0.6376 | 0.00 | 0.00 | | |
| ***CARNIVAL CORP COMMON PAIRED STOCK | CCL | Cash | | 18.8300 | 0.00 | 0.00 | | |
| META MATLS INC COMMON STOCK | MMAT | Cash | | 0.2152 | 0.00 | 0.00 | | |
| NEXT BRIDGE HYDROCARBONS COMMON STOCK | 629999590 | Cash | | | 0.00 | 0.00 | | |
| TESLA INC COMMON STOCK | TSLA | Cash | | 261.7700 | 0.00 | 0.00 | | |
| TORQUE LIFESTYLE BRANDS INC COMMON STOCK | TQLB | Cash | | 0.0027 | 0.00 | 0.00 | | |
| VINCO VENTURES INC COMMON STOCK | BBIG | Cash | | 1.2200 | 0.00 | 0.00 | | |



**E✳TRADE Securities**
**Investment Account**

| Account Number: 4764-0813 | Statement Period : June 1, 2023 - June 30, 2023 | Account Type: INDIVIDUAL |
|---|---|---|

## OTHER ACTIVITY

| DATE | DESCRIPTION | SYMBOL/CUSIP | TRANSACTION TYPE | QUANTITY | PRICE | AMOUNT DEBITED | AMOUNT CREDITED |
|---|---|---|---|---|---|---|---|
| 06/16/23 | ***CARNIVAL CORP COMMON PAIRED STOCK TFR TO MSSB A/C 459298485 | CCL | Conversion | -2 | | | |
| 06/16/23 | CAMBER ENERGY INC COMMON STOCK TFR TO MSSB A/C 459298485 | CEI | Conversion | -20 | | | |
| 06/16/23 | META MATLS INC COMMON STOCK TFR TO MSSB A/C 459298485 | MMAT | Conversion | -25,400 | | | |
| 06/16/23 | NEXT BRIDGE HYDROCARBONS COMMON STOCK TFR TO MSSB A/C 459298485 | 629999590 | Conversion | -10,730 | | | |
| 06/16/23 | TESLA INC COMMON STOCK TFR TO MSSB A/C 459298485 | TSLA | Conversion | -4 | | | |
| 06/16/23 | TORQUE LIFESTYLE BRANDS INC COMMON STOCK TFR TO MSSB A/C 459298485 | TQLB | Conversion | -6,000 | | | |
| 06/16/23 | VINCO VENTURES INC COMMON STOCK TFR TO MSSB A/C 459298485 | BBIG | Conversion | -6 | | | |

## EXTENDED INSURANCE SWEEP DEPOSIT ACCOUNT (ESDA) ACTIVITY

Under the Extended Insurance Sweep Deposit Account (ESDA) Program, cash balances from your brokerage account into the ESDA Program may shift from one program bank to another on a daily basis and a different combination or subset of the Program Banks may be used from day to day with dynamic deposit limits. Your ESDA Program cash balances will be FDIC-insured up to an aggregate of $500,000 for individual accounts and $1,000,000 for joint accounts. Uninvested cash balances in the ESDA program are not covered by SIPC. The balance in your bank deposit sweep account may be withdrawn on your order and proceeds returned to your securities account or remitted to you. To see a list of Program Banks please visit www.etrade.com/esdaagreement or call us at 1-800-387-2331.

| DATE | TRANSACTION TYPE | DESCRIPTION | TRANSACTION AMOUNT |
|---|---|---|---|
| 06/01/23 | | OPENING BALANCE | $25.12 |
| 06/16/23 | Conversion | EXTND INS SWEEP ACCT(FDIC-INS) TFR TO MSSB A/C 459298485 | -25.12 |
| 06/30/23 | | CLOSING BALANCE | $0.00 |