NVB 3001 (Effective 1/21)

Original

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | **PROOF OF INTEREST** |
|---|---|

| Name of Debtor: *META MATERIALS INC.* | Case Number: *24-50792-hlb* | |
|---|---|---|

**1.** Name and address of holder of the Equity Interest (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

*PAYTON AINSWORTH, MICHAEL AINSWORTH*

*4171 US HWY 190 W*

*LIVINGSTON, TX 77351*

Telephone Number: *281-389-6121*

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

☑ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

**RECEIVED AND FILED**

**DEC - 9 2024**

**U.S. BANKRUPTCY COURT**
**MARY A. SCHOTT, CLERK**

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

**COURT USE ONLY**

| Account or other number by which Interest holder identifies Debtor: *E-TRADE # 5360-5301* *MORGAN STANLEY # 892-274523* | Check here if this claim:<br>☐ replaces a previously filed Proof of Interest dated: _____<br>☐ amends a previously filed Proof of Interest dated: _____ |
|---|---|

| **2.** Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:<br>*E-TRADE*<br>*PO BOX 484, JERSEY CITY, NJ 07303-0484*<br>Telephone Number: *1-800-387-2331* | **3.** Date Equity Interest was acquired:<br>*SEE ATTACHED TRANSACTION HISTORY*<br>*+ CURRENT ACCOUNT STATEMENT* |
|---|---|

| **4.** Total amount of member interest: *11 SHARES* | **5.** Certificate number(s): _____ |
|---|---|

**6.** Type of Equity Interest:
Please indicate the type of Equity Interest you hold:
☑ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
☐ Check this box if your Equity Interest is based on anything else and describe that interest:
Description: _____

**7.** Supporting Documents: Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**8.** Date-Stamped Copy: To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

**9. Signature:**
Check the appropriate box.
☑ I am the creditor.  ☐ I am the creditor's authorized agent. (Attach copy of power of attorney, if any.)  ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)  ☐ I am a guarantor, surety, endorser, or other codebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: *PAYTON AINSWORTH, MICHAEL AINSWORTH*
Title: *INVESTOR*
Company: __ Address and telephone number (if different from notice address above): *SAME AS ABOVE*

*Payton Ainsworth* (Signature)     *11/19/24* (Date)

Telephone number: *281-389-6121*     email: *mike@tdhbuilders.com*

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

**ACCOUNT NUMBER DECPRECANCY EXPLANATION**

Reference:  Michael B.  Ainsworth C/F & Payton G Ainsworth UTMA/TX

Case #:  24-50792-hlb


In 2023 E*Trade was acquired by Morgan Stanley Smith Barney, at which time they changed the Brokerage Account numbers from an E*Trade ACCT# 5360-5301 to a Morgan Stanley ACCT# 892-274523.  I have included a June 30, 2023 Account Statement, reflects on pages 5-6 that the common stocks were transferred to MSSB A/C with the new account number.


I am including this because you will find that the Account Numbers on the most current Account Statement I included and the Trade Confirmation Reports DO NOT match.  The first page of the June 30, 2023 Account Statement does reflect the old E*Trade Account Number.

# E✳TRADE®
from Morgan Stanley

**CLIENT STATEMENT** | For the Period July 1- September 30, 2024

**STATEMENT FOR:**
MICHAEL B AINSWORTH C/F
PAYTON G AINSWORTH UTMA/TX
UNTIL AGE 21

| | |
|---|---|
| **Beginning Total Value** (as of 7/1/24) | $194.97 |
| **Ending Total Value** (as of 9/30/24) | $229.68 |
| Includes Accrued Interest | |

**Access Your Account Online At**
www.etrade.com or call 800-387-2331

Morgan Stanley Smith Barney LLC. Member SIPC.
E*TRADE is a business of Morgan Stanley.

#BWNJGWM

MICHAEL B AINSWORTH C/F
PAYTON G AINSWORTH UTMA/TX
UNTIL AGE 21
3780 FM 3126
LIVINGSTON TX 77351

INVESTMENTS AND INSURANCE PRODUCTS: NOT FDIC INSURED • NOT A BANK DEPOSIT •
NOT INSURED BY ANY FEDERAL GOVERNMENT AGENCY • NOT BANK GUARANTEED •
MAY LOSE VALUE • UNLESS SPECIFICALLY NOTED, ALL VALUES ARE DISPLAYED IN USD

E✱TRADE®
from Morgan Stanley

**CLIENT STATEMENT** | For the Period July 1- September 30, 2024

## Standard Disclosures

The following Disclosures are applicable to the enclosed statement(s). Expanded Disclosures are attached to your most recent June and December statement (or your first Statement if you have not received a statement for those months). The Expanded Disclosures are also available online or by contacting us by using the contact information on the statement cover page.

**Questions?**
Questions regarding your account may be directed to us by using the contact information on the statement cover page.

**Errors and Inquiries**
Be sure to review your statement promptly, and immediately address any concerns regarding entries that you do not understand or believe were made in error by contacting us by using the contact information on your statement cover page. Oral communications regarding any inaccuracy or discrepancy in this statement should be re-confirmed in writing to further protect your rights, including rights under the Securities Investor Protection Act (SIPA). Your statement will be deemed correct unless we receive a written inquiry of a suspected error. See your account documentation for special rules regarding your rights and responsibilities with respect to erroneous electronic fund transfers, including a description of the transfers covered. For concerns or complaints, contact us.

**Senior Investor Helpline**
Senior Investor clients or those acting on their behalf have a convenient way to communicate with our Firm by calling us at (800) 280-4534 Monday-Friday 9am-7pm Eastern Time.

**Availability of Free Credit Balances and Financial Statements**
Under the customer protection rules of the SEC [17 CFR §240.15c3-3], we may use funds comprising free credit balances carried for customer accounts here, provided that these funds are payable to customers on demand (i.e., are free of a lien or right of set-off in our favor or on behalf of some third party to whom you have given control). A financial statement of this organization is available for your personal inspection at its offices, or a copy will be mailed to you upon your written request.

**Listed Options**
Information with respect to commissions and other charges related to the execution of options transactions has been included in confirmations of such transactions previously furnished to you and such information will be made available to you promptly at your request. Promptly advise us of any material change in your investment objectives or financial situation.

**Important Information if You are a Margin Customer** (not available for certain retirement accounts)
If you have margin privileges, you may borrow money from us in

exchange for pledging assets in your accounts as collateral for any outstanding margin loan. The amount you may borrow is based on the value of the eligible securities in your margin accounts. If a security has eligible shares, the number of shares pledged as collateral will be indicated below the position.

**Margin Interest Charges**
We calculate interest charges on margin loans as follows: (1) multiply the applicable margin interest rate by the daily close of business net settled debit balance, and (2) divide by 360 (days). Margin interest accrues daily throughout the month and is added to your debit balance at month-end. The month-end interest charge is the sum of the daily accrued interest calculations for the month. We add the accrued interest to your debit balance and start a new calculation each time the applicable interest rate changes and at the close of every statement month. For interest rate information, log into your account online and select your account with a Margin agreement to view more information.

**Information Regarding Special Memorandum Account**
If you have a Margin Account, this is a combined statement of your Margin Account and Special Memorandum Account maintained for you under Section 220.5 of Regulation T issued by the Board of Governors of the Federal Reserve System. The permanent record of the Special Memorandum Account as required by Regulation T is available for your inspection at your request.

**Important Information About Auction Rate Securities**
For certain Auction Rate Securities there is no or limited liquidity. Therefore, the price(s) for these Auction Rate Securities are indicated by N/A (not available). There can be no assurance that a successful auction will occur or that a secondary market exists or will develop for a particular security.

**Structured Investments Risks and Considerations**
Structured Investments (Structured Products) are complex products and may be subject to special risks. Investors should consider the concentration risk of owning the related security and their total exposure to any underlying asset. Structured Investments, which may appear in various statement product categories and are identified on the Position Description Details line as "Asset Class: Struct Inv," may not perform in a manner consistent with the statement product category where they appear and therefore may not satisfy portfolio asset allocation needs for that category. For information on the risks and conflicts of interest related to Structured Investments generally, log in to Morgan Stanley Online and go to www.morganstanley.com/structuredproductsrisksandconflicts.

**Security Measures**
This statement features several embedded security elements to safeguard its authenticity. One is a unique blue security rectangle,

printed in heat-sensitive ink on the back of every page. When exposed to warmth, the color will disappear, and then reappear.

**SIPC Protection**
We are a member of Securities Investor Protection Corporation (SIPC), which protects securities of its customers up to $500,000 (including $250,000 for claims for cash). An explanatory brochure is available upon request or at www.sipc.org. Losses due to market fluctuation are not protected by SIPC and assets not held with us may not be covered by SIPC protection. To obtain information about SIPC, including an explanatory SIPC brochure, contact SIPC at 1-202-371-8300 or visit www.sipc.org.

**Transaction Dates and Conditions**
Upon written request, we will furnish the date and time of a transaction and the name of the other party to a transaction. We and/or our affiliates may accept benefits that constitute payment for order flow. Details regarding these benefits and the source and amount of any other remuneration received or to be received by us in connection with any transaction will be furnished upon written request.

**Equity Research Ratings Definitions and Global Investment Manager Analysis Status**
Some equity securities may have research ratings from Morgan Stanley & Co. LLC or Morningstar, Inc. Research ratings are the research providers' opinions and not representations or guarantees of performance. For more information about each research provider's rating system, see the Research Ratings on your most recent June or December statement (or your first statement if you have not received a statement for those months), go online or refer to the research provider's research report. Research reports contain more complete information concerning the analyst's views and you should read the entire research report and not infer its contents from the rating alone. If your account contains an advisory component or is an advisory account, a GIMA status will apply.

**Credit Ratings from Moody's Investors Service and Standard & Poor's**
The credit rating from Moody's Investors Service and Standard & Poor's may be shown for certain securities. All credit ratings represent the opinions of the provider and are not representations or guarantees of performance. Please contact us if you need further information or assistance in interpreting these credit ratings.

Revised 11/2022

# E✱TRADE®
from Morgan Stanley

**CLIENT STATEMENT** | For the Period July 1- September 30, 2024

## Account Summary

**Self-Directed Brokerage Account**
892-274523-204

**MICHAEL B AINSWORTH C/F**
**PAYTON G AINSWORTH UTMA/TX**

## CHANGE IN VALUE OF YOUR ACCOUNT (includes accrued interest)

| | This Period (7/1/24-9/30/24) | This Year (1/1/24-9/30/24) |
|---|---|---|
| **TOTAL BEGINNING VALUE** | $194.97 | $317.78 |
| Credits | — | — |
| Debits | — | (38.00) |
| Security Transfers | — | — |
| **Net Credits/Debits/Transfers** | — | $(38.00) |
| Change in Value | 34.71 | (50.10) |
| **TOTAL ENDING VALUE** | $229.68 | $229.68 |

## MARKET VALUE OVER TIME

The below chart displays the most recent thirteen months of Market Value.



The percentages above represent the change in dollar value from the prior period. They do not represent account investment performance, as they do not consider the impact of contributions and withdrawals, nor other factors that may have affected performance calculations. No percentage will be displayed when the previous month reflected no value.

## ASSET ALLOCATION (includes accrued interest)

| | Market Value | Percentage |
|---|---|---|
| Cash | $(36.02) | (15.68) |
| Equities | 265.70 | 115.68 |
| **TOTAL VALUE** | $229.68 | 100.00% |

FDIC rules apply and Bank Deposits are eligible for FDIC insurance but are not covered by SIPC. Cash and securities (including MMFs) are eligible for SIPC coverage. See Expanded Disclosures.
Values may include assets externally held, as a courtesy, and may not be covered by SIPC. Foreign Exchange (FX) is neither FDIC nor SIPC insured. For additional information, refer to the corresponding section of this statement.



This asset allocation represents holdings on a trade date basis, and projected settled Cash/BDP and MMF balances. These classifications do not constitute a recommendation and may differ from the classification of instruments for regulatory or tax purposes.

# E✲TRADE®
from Morgan Stanley

**CLIENT STATEMENT** | For the Period July 1- September 30, 2024

## Account Summary

| Self-Directed Brokerage Account | MICHAEL B AINSWORTH C/F |
|---|---|
| 892-274523-204 | PAYTON G AINSWORTH UTMA/TX |

### BALANCE SHEET (^ Includes accrued interest)

| | Last Period (as of 6/30/24) | This Period (as of 9/30/24) |
|---|---|---|
| Stocks | $230.99 | $265.70 |
| **Total Assets** | **$230.99** | **$265.70** |
| Cash, BDP, MMFs (Debit) | (36.02) | (36.02) |
| **Total Liabilities** (outstanding balance) | **$(36.02)** | **$(36.02)** |
| **TOTAL VALUE** | **$194.97** | **$229.68** |

### CASH FLOW

| | This Period (7/1/24-9/30/24) | This Year (1/1/24-9/30/24) |
|---|---|---|
| **OPENING CASH, BDP, MMFs** | **$(36.02)** | **$1.98** |
| **Total Investment Related Activity** | — | |
| Other Debits | — | (38.00) |
| **Total Cash Related Activity** | — | **$(38.00)** |
| **Total Card/Check Activity** | — | — |
| **CLOSING CASH, BDP, MMFs** | **$(36.02)** | **$(36.02)** |

### INCOME AND DISTRIBUTION SUMMARY

| | This Period (7/1/24-9/30/24) | This Year (1/1/24-9/30/24) |
|---|---|---|
| **Income And Distributions** | — | — |
| **Tax-Exempt Income** | — | — |
| **TOTAL INCOME AND DISTRIBUTIONS** | — | — |

Taxable and tax exempt income classifications are based on the characteristics of the underlying securities and not the taxable status of the account.

### GAIN/(LOSS) SUMMARY

| | Realized This Period (7/1/24-9/30/24) | Realized This Year (1/1/24-9/30/24) | Unrealized Inception to Date (as of 9/30/24) |
|---|---|---|---|
| Short-Term (Loss) | — | — | $(73.81) |
| Long-Term (Loss) | — | — | (57.96) |
| **TOTAL GAIN/(LOSS)** | — | — | **$(131.77)** |

The Gain/(Loss) Summary, which may be subsequently adjusted, is provided for informational purposes and should not be used for tax preparation. For additional detail, please visit www.etrade.com.

**E✷TRADE®**
from Morgan Stanley

**CLIENT STATEMENT** | For the Period July 1- September 30, 2024

## Account Detail

| Self-Directed Brokerage Account | MICHAEL B AINSWORTH C/F |
| 892-274523-204 | PAYTON G AINSWORTH UTMA/TX |

Brokerage Account

**Investment Objectives (in order of priority):** Not Provided
Inform us if your investment objectives, as defined in the Expanded Disclosures, change.

## HOLDINGS

This section reflects positions purchased/sold on a trade date basis. "Market Value" and "Unrealized Gain/(Loss)" may not reflect the value that could be obtained in the market. Your actual investment return may differ from the unrealized gain/(loss) displayed. Fixed Income securities are sorted by maturity or pre-refunding date, and alphabetically within date. Estimated Annual Income a) is calculated on a pre-tax basis, b) does not include any reduction for applicable non-US withholding taxes, c) may include return of principal or capital gains which could overstate such estimates, and d) for holdings that have a defined maturity date within the next 12 months, is reflected only through maturity date. Actual income or yield may be lower or higher than the estimates. Current Yield is an estimate for informational purposes only. It reflects the income generated by an investment, and is calculated by dividing the total estimated annual income by the current market value of the entire position. It does not reflect changes in its price. Structured Investments, identified on the Position Description Details line as "Asset Class: Struct Inv," may appear in various statement product categories. When displayed, the accrued interest, annual income and current yield for those with a contingent income feature (e.g., Range Accrual Notes or Contingent Income Notes) are estimates and assume specified accrual conditions are met during the relevant period and payment in full of all contingent interest. For Floating Rate Securities, the accrued interest, annual income and current yield are estimates based on the current floating coupon rate and may not reflect historic rates within the accrual period.

For additional information related to Unrealized and Realized Gain/(Loss) and tax lot details, including cost basis, please visit www.etrade.com. The information presented on the statement should not be used for tax purposes.

## CASH, BANK DEPOSIT PROGRAM AND MONEY MARKET FUNDS

Cash, Bank Deposit Program, and Money Market Funds are generally displayed on a settlement date basis. You have the right to instruct us to liquidate your bank deposit balance(s) or shares of any money market fund balance(s) at any time and have the proceeds of such liquidation remitted to you. Under the Bank Deposit Program, free credit balances held in an account(s) at Morgan Stanley Smith Barney LLC are automatically deposited into an interest-bearing deposit account(s), at Morgan Stanley Bank, N.A. and/or Morgan Stanley Private Bank, National Association, each a national bank, FDIC member and an affiliate of Morgan Stanley. Under certain circumstances, deposits may be held at other FDIC insured Program Banks. For more information regarding the Bank Deposit Program and the Program Banks, go to www.etrade.com/bdpdisclosure. Cash and interest from required Pattern Day Trader minimum equity amounts are retained in Cash Balance Program.

| Description | | Market Value | 7-Day Current Yield % | Est Ann Income | APY % |
|---|---|---|---|---|---|
| **CASH** | | $(36.02) | | | |

| | Percentage of Holdings | Market Value | | Est Ann Income | |
|---|---|---|---|---|---|
| **CASH, BDP, AND MMFs** | (15.68)% | $(36.02) | | — | |
| Total Cash, BDP, MMFs | | $0.00 | | | |
| Total Cash, BDP, MMFs (Debit) | | $(36.02) | | | |

# E✳TRADE®
from Morgan Stanley

**CLIENT STATEMENT** | For the Period July 1- September 30, 2024

## Account Detail

| | Self-Directed Brokerage Account 892-274523-204 | MICHAEL B AINSWORTH C/F PAYTON G AINSWORTH UTMA/TX |
|---|---|---|

## STOCKS

### COMMON STOCKS

Morgan Stanley & Co. LLC (Morgan Stanley) and Morningstar, Inc.'s equity research ratings are shown for certain securities. These ratings represent the opinions of the research provider and are not representations or guarantees of performance. The applicable research report contains more information regarding the analyst's opinions, analysis, and rating, and you should read the entire research report and not infer its contents. For ease of comparison, Morgan Stanley and Morningstar, Inc.'s equity research ratings have been normalized to a 1 (Buy), 2 (Hold), and 3 (Sell). Refer to your June or December statement for a summary guide describing the ratings. We do not take responsibility for, nor guarantee the accuracy, completeness, or timeliness of research prepared for Morningstar, Inc.

| Security Description | Quantity | Share Price | Total Cost | Market Value | Unrealized Gain/(Loss) | Est Ann Income | Current Yield % |
|---|---|---|---|---|---|---|---|
| **FM4 NXTBRG HYDROCARBONS CONTRA** | 395.000 | N/A | $1,740.90 | N/A | N/A | — | — |
| Asset Class: Equities | | | | | | | |
| **META MATERIALS INC NEW (MMATQ)** | 11.000 | 0.370 | 94.70 | 4.07 | (90.63) | — | — |
| Asset Class: Equities | | | | | | | |
| **TESLA INC (TSLA)** | 1.000 | 261.630 | 302.77 | 261.63 | (41.14) | — | — |
| Rating: Morgan Stanley: 1, Morningstar: 3; Asset Class: Equities | | | | | | | |

| | Percentage of Holdings | | | Total Cost | Market Value | Unrealized Gain/(Loss) | Est Ann Income | Current Yield % |
|---|---|---|---|---|---|---|---|---|
| **STOCKS** | 115.68% | | | $2,138.37 | $265.70 | $(131.77) | — | — |

| | Percentage of Holdings | | | Total Cost | Market Value | Unrealized Gain/(Loss) | Est Ann Income Accrued Interest | Current Yield % |
|---|---|---|---|---|---|---|---|---|
| **TOTAL VALUE** | 100.00% | | | $2,138.37 | $229.68 | $(131.77) | — | — |

Unrealized Gain/(Loss) totals only reflect positions that have both cost basis and market value information available. Cash, MMF, Deposits and positions stating 'Please Provide' or 'Pending Corporate Actions' are not included.

## ALLOCATION OF ASSETS

| | Cash | Equities | Fixed Income & Preferred Securities | Alternatives | Structured Investments | Other |
|---|---|---|---|---|---|---|
| Cash, BDP, MMFs (Debit) | $(36.02) | — | — | — | — | — |
| Stocks | — | $265.70 | — | — | — | — |
| **TOTAL ALLOCATION OF ASSETS** | **$(36.02)** | **$265.70** | **—** | **—** | **—** | **—** |

**E✳TRADE**®
from Morgan Stanley

**CLIENT STATEMENT** | For the Period July 1- September 30, 2024

## Account Detail

| Self-Directed Brokerage Account | MICHAEL B AINSWORTH C/F |
|---|---|
| 892-274523-204 | PAYTON G AINSWORTH UTMA/TX |

## MESSAGES

**Senior Investor Helpline**

For any inquiries or potential concerns, senior investors or someone acting on their behalf may contact our Firm by calling (800) 280-4534.

**FINRA BrokerCheck**

FINRA has established the public disclosure program, known as BrokerCheck, to provide certain information regarding the disciplinary history of FINRA members and their associated persons. The BrokerCheck Hotline Number is 1-800-289-9999. The FINRA website address is www.finra.org. An investor brochure that includes information describing FINRA BrokerCheck may be obtained from FINRA.

**Tips on Protecting Yourself from Fraudulent Account Activity**

The protection of client data is of the utmost importance to us.  Scams are on the rise, and they have become more sophisticated. Please remember to never share your personal information including account verification codes, account numbers, passwords or social security numbers with anyone you do not personally know.

Please be cautious opening attachments, clicking on links, or allowing external access to your computer. Scammers will be aggressive and create a sense of urgency. Scammers will promise unbelievable returns using crypto currency investing or sweepstakes/lottery. Scammers will use social media apps to build trust and then make sudden requests for money due to a hardship or emergency.

If you have any questions regarding scams or believe that you are a victim of a scam, please contact us or call 888-454-3965 to report online fraud or security concerns.

**Financial Disclosure Statement (in millions of dollars):**

At July 31, 2024 Morgan Stanley Smith Barney LLC had net capital of $5,420 which exceeded the Securities and Exchange Commission's minimum requirement by $4,776. A copy of the Morgan Stanley Smith Barney LLC Consolidated Statement of Financial Condition at June 30, 2024 can be viewed online at: https://www.morganstanley.com/about-us-ir/subsidiaries, or may be mailed to you at no cost by calling 1 (833) 445-2492, after September 15, 2024.

**FINRA RULE 2266 - SIPC INFORMATION**

SIPC and Other Coverage. Morgan Stanley is a member of SIPC, which protects securities customers of its members up to $500,000 (including $250,000 for claims of cash). Customers may obtain information about SIPC, including the SIPC brochure, by contacting SIPC at www.sipc.org or calling 1-202-371-8300.

Morgan Stanley also maintains additional insurance with an aggregate firmwide limit of $1 billion. For additional information about Morgan Stanley's excess of SIPC protection, please go to www.etrade.com/ial. Please note that money market mutual fund balances are securities, not cash. As with other securities investments, the market risks associated with investing and any losses resulting therefrom are not covered by SIPC or the additional protection.

**FINRA RULE 2267 - BROKERCHECK**

FINRA's BrokerCheck allows investors to learn about the professional background, business practices, and conduct of FINRA member firms and their brokers. Records of securities professionals currently associated with a member and persons who have been associated with a member within the last two years are available to the public through BrokerCheck. Information is also available for FINRA-registered securities firms. Information is free to private investors for personal use. The telephone number of BrokerCheck is 1-800-289-9999. For more information about FINRA, visit www.finra.org. An investor brochure describing the BrokerCheck program is also available on request or at https://brokercheck.finra.org/

**MSRB Notice**

This notification is provided pursuant to Municipal Securities Rulemaking Board ("MSRB") Rule G-10 to inform you that (i) Morgan Stanley is registered with the MSRB and the Securities and Exchange Commission (SEC), (ii) information concerning the municipal market can be found at www.msrb.org, and (iii) a brochure that describes the protections available under MSRB rules and how to file a complaint with an appropriate regulatory authority is available on the MSRB website.

**SEA RULE 606 - NOTICE OF AVAILABILITY OF ORDER ROUTING INFORMATION**

Morgan Stanley prepares quarterly reports describing its order routing practices for nondirected orders routed to a particular venue for execution. These reports are publicly available at www.etrade.com. Morgan Stanley will furnish a written copy of the quarterly report on request. In addition, Morgan Stanley will provide on request more-detailed information related to the routing of any order in the six months prior to the request, including the identity of the venue to which the customer's orders were routed for execution, whether the orders were directed or nondirected orders, and the time of any transactions that resulted from such orders.

**SEA RULE 607 - PAYMENT FOR ORDER FLOW DISCLOSURE**

Morgan Stanley takes a number of factors into consideration in determining where to route customers' orders, including the speed of execution, price improvement opportunities (executions at prices superior to the then prevailing inside market), automatic execution guarantees, the availability of efficient and reliable order-handling systems, the level of service provided, the cost of executing orders, and whether it will receive remuneration from particular broker-dealers and market centers for routing customer orders to them for execution. Morgan Stanley receives remuneration, generally in the form of cash payments and rebates, from particular broker-dealers and market centers for directing customer orders in securities to them for execution.



**CLIENT STATEMENT** | For the Period July 1- September 30, 2024

## Account Detail

| Self-Directed Brokerage Account | MICHAEL B AINSWORTH C/F |
| 892-274523-204 | PAYTON G AINSWORTH UTMA/TX |

**FINRA RULE 4340 - CALLABLE SECURITIES**

When a security is subject to a partial redemption by the issuer, the issuer notifies Morgan Stanley, via a central industry depository, of the number of units for the specific security to be redeemed.

Upon receipt of the issuer's notification of a mandatory redemption, Morgan Stanley determines the favorability of the redemption based on the current market price versus the call price. When the redemption of the callable security is made on terms that are favorable to the called parties, Morgan Stanley does not include any firm or employee accounts in the pool of securities eligible to be called until all other customer's positions in such securities have been called. When the redemption is made on terms that are unfavorable to the called parties, Morgan Stanley does not exclude firm or employee accounts from the pool of the securities eligible to be called.

Once the favorability of the redemption has been determined, Morgan Stanley uses a random process designated to allocate called securities on a fair and impartial basis. The lottery process is based on a mathematical formula that determines the accounts that will be selected and the number of securities in the account that will be redeemed.

As a result of the call, you may be left with a position either below the minimum denomination of the security or in an amount that is not an authorized denomination of the security. Such a position may have less, limited or no liquidity depending on the type of security, issuer, size of position or other factors.

As required under FINRA 4340 - "Callable Securities," Morgan Stanley is providing our customers with a link to the firm's allocation procedures related to callable securities located on the Morgan Stanley website: www.morganstanley.com/about-us-ir/finra. Additionally, a hard copy of the allocation procedures will be provided to customers upon request.

**FINRA RULE 2264 - MARGIN DISCLOSURE**

Morgan Stanley Smith Barney LLC ("Morgan Stanley") is furnishing this information to you to provide some basic facts about purchasing securities on margin. Securities purchased on margin are Morgan Stanley's collateral for the loan to you. If the securities in your account decline in value, so does the value of the collateral supporting your loan, and, as a result, Morgan Stanley can take action, such as issue a margin call and/or sell securities or other assets in any of your accounts held with Morgan Stanley, to maintain the required equity in the account. It is important that you fully understand the risks involved in trading securities on margin.

These risks include the following:

- You can lose more funds than you deposit in the margin account.
- Morgan Stanley can force the sale of securities or other assets in your account(s).
- Morgan Stanley can sell your securities or other assets without contacting you.
- If Morgan Stanley takes action to meet a margin call on your behalf, you will not have the ability to choose which securities are liquidated.
- Morgan Stanley can increase your "house" maintenance margin requirements at any time and is not required to provide you advance written notice.
- Morgan Stanley may change margin requirements at any time without prior notice and call for additional collateral, including without limitation on an intraday basis.
- You are not entitled to an extension of time on a margin call.


from Morgan Stanley

**E✱TRADE Securities**

Investment Account

# TRADE CONFIRMATION

**Account Number: XXXX-5301**

E✱TRADE Securities LLC
P.O. Box 484
Jersey City, NJ 07303-0484

**Account Name:**
MICHAEL B AINSWORTH C/F
PAYTON G AINSWORTH UTMA/TX

**Customer Update**
Want to get important documents faster? Get your statements, confirms, and tax forms
online with paperless delivery. Enroll at etrade.com/paperless.

| TRADE DATE | SETL DATE | MKT/ CPT | SYMBOL/ CUSIP | BUY/ SELL | QUANTITY | PRICE | ACCT TYPE | | |
|---|---|---|---|---|---|---|---|---|---|
| 10/31/22 | 11/02/22 | 6 1 | MMAT | BUY | 10 | $1.03 | Cash | PRINCIPAL | $10.30 |
| **META MATLS INC COMMON STOCK** | | | | | | | | NET AMOUNT | $10.30 |

▲ DETACH HERE                                                                                    DETACH HERE ▲

MICHAEL B AINSWORTH C/F
PAYTON G AINSWORTH UTMA/TX
3780 FM 3126
LIVINGSTON TX  77351-2136

**Use This Deposit Slip    Acct: XXXX-5301**

**Please do not send cash**

| Dollars | Cents |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |

**TOTAL DEPOSIT**

Make checks payable to E✱TRADE Securities LLC.
Mail deposits to:

E✱TRADE Securities LLC
P.O. Box 484
Jersey City, NJ  07303-0484

103120220001  900536053011

**E✲TRADE**
from Morgan Stanley

**Type of Transaction**
(Market)
1. NYSE
2. NYSE American
3. Other US Registered Exchanges
4. Mutual Funds

5. CBOE
6. Over-the-Counter
7. Underwriting
8. Foreign Exchange or Other

(Capacity in which your broker is acting)
1,2,3,4,5,8 As agent
6 As agent for both buyer and seller. The commission charged to the party on the other side of the transaction will be furnished upon request.
7 As principal
9 As agent and as principal

If the symbol (*) appears in the security description on the face hereof, the offering of the described security has been made solely by means of the prospectus relating thereto, a copy of which has been or will be delivered to you, the receipt of which is acknowledged by payment hereof.

If the symbol (F) appears in the security description, it indicates that the security is "Foreign" and may be subject to interest equalization tax.

If the symbol (T) appears in the security description, an officer or employee of ETS is a director of the issuer of the securities involved in this transaction. A control relationship may therefore exist between the issuer and ETS.

Please retain this confirmation for income tax purposes. Federal regulations require brokers to report proceeds from all transactions to the Internal Revenue Service.

## Terms and Conditions

Please refer to the E*TRADE Customer Agreement for a complete discussion of the terms and conditions governing your account. If you have questions regarding the E*TRADE Customer Agreement or your account, please email us through *etrade.com* or call 800-387-2331. THE INFORMATION CONTAINED IN THIS CONFIRMATION SHALL BE BINDING UPON YOU IF YOU DO NOT OBJECT IN WRITING WITHIN TWO (2) DAYS AFTER THE CONFIRMATION IS FIRST RECEIVED BY YOU. Securities products and services are offered by E*TRADE Securities LLC ("ETS"), Member SIPC and a business of Morgan Stanley. Your account is carried by ETS, which maintains your funds and securities deposited with ETS. An affiliate of ETS may act as a principal or agent in your transaction(s).

**Applicable Rules and Regulations.** All transactions in your account shall be subject to the constitution, rules, regulations, customs, and usages of the exchange or market, and its clearing house, where the transactions are executed by ETS or its agents, including ETS affiliates. Also, where applicable, the transactions shall be subject to the provisions of the Securities Act of 1933, as amended, the Securities Exchange Act of 1934, as amended, and the rules and regulations of the Securities and Exchange Commission ("SEC"), the Board of Governors of the Federal Reserve System, and any applicable self-regulatory organization. For information about FINRA's BrokerCheck Program, including an investor brochure, please contact FINRA at 800-289-9999 or www.finra.org.

Securities held on your behalf at ETS or a central clearing facility but not registered in your name are commingled with identical securities held for other customers. In the event that securities so held are called by the issuer, the securities to be called will be determined by an impartial and random selection system. If your security is selected, it will be presented for redemption and your account credited with the proceeds. You have the right to withdraw uncalled, fully paid securities at any time prior to a partial call and also to withdraw excess margin securities not subject to restriction.

The responsibility to cancel an existing open order rests with you. Any transaction that results from the execution of any orders that you have not instructed us to cancel, prior to execution, will be recorded in your account. Market orders are subject to immediate execution and are difficult to cancel.

If required payment or delivery of securities is not made by the settlement date, ETS may, at its option and without further notice, charge interest on the amount shown on the face hereof or cancel, sell out, or buy in the subject securities and charge your account for any expenses, losses, or other costs incurred.

Investments in securities are not guaranteed by ETS, are not insured by the FDIC, and will fluctuate with changes in market conditions. When selling a security, you may receive more or less than your original investment.

The principal amount or commission described on the face hereof may include an Additional Fee* for special services rendered. Other charges may include commissions paid to affiliates of ETS, local taxes, transaction fees, and exchange fees, among others. For customers who choose to convert from the currency in which the security or payment thereon is denominated, the amounts provided with respect to principal, interest, dividend and/or yield is subject to fluctuation or applicable foreign currency exchange rates and costs including a markup charged by ETS. Further details are available upon written request. The name of the party with whom this transaction was made and time of execution of the transaction will be furnished upon written request.

Securities purchased by you or held by ETS may be hypothecated and/or commingled with securities carried for other customers.

Call features for bonds may exist and such bonds can be redeemed in whole or in part before maturity and could affect the yield; complete information will be provided upon request. With respect to a zero coupon issue, you will not receive periodic payments, and the securities may be callable at a price below maturity value. Furthermore, a zero coupon issue that is callable and in bearer form may be called without notice by mail to you unless the issue is registered.

For an asset-backed security (e.g., GMO, FNMA, FHLMC, or GMNA), the actual yield may vary according to the rate at which the underlying assets or receivables are prepaid. Information concerning factors that affect yield, including estimated yield, weighted average life, and prepayment assumptions, are available upon request.

The ratings that appear in the description of some fixed-income securities have been obtained from rating services that we believe to be reliable; however, we cannot guarantee their accuracy. Securities for which a rating is not available will be marked "Not Rated." A withdrawn rating "WR" signifies the removal of a rating on either an obligation or issuer. Confirmations related to fixed income transactions may reflect a mark-up or mark-down; both as a dollar and percentage value. The mark-up or mark-down dollar value is calculated as the execution price less the prevailing market price (PMP) multiplied by the quantity. The mark-up or mark-down percentage value is calculated as the mark-up or mark-down dollar value divided by the PMP. Trades with a mark-up or mark-down value of "N/A" indicate a negative mark-up (i.e., the sale of the security was at a price lower than the PMP).

Final prospectus and/or offering documentation is available upon request in connection with your purchase of a security where the issuer is deemed to control, be controlled by, or under common control with ETS (i.e., affiliated securities).

*Additional Fees may include a broker-assist fee, an order handling fee and/or market center charges. ETS will charge a fee if you request to have certificates issued in your name and mailed to you.

**MICHAEL B AINSWORTH C/F**
**PAYTON G AINSWORTH UTMA/TX**
**3780 FM 3126**
**LIVINGSTON TX  77351-2136**

### Payment for Order Flow Disclosure

The SEC (as well as FINRA) requires that all broker-dealers inform their customers when a new account is opened, and on an annual basis thereafter, of payment for order flow practices (compensation received for placing orders through specialists on national securities exchanges, over-the-counter market makers, alternative trading systems, and ECN's (collectively, "market centers"). Consistent with the overriding principle of best execution, ETS routes orders to various market makers, including its affiliate Morgan Stanley & Co. LLC. ETS receives remuneration (generally in the form of per share cash payments or through profit-sharing arrangements) for routing orders in securities to particular market centers for execution. Such remuneration is considered compensation to ETS, and the source and amount of any compensation received in connection with your transaction will be disclosed to you upon written request. ETS, absent instructions from you to the contrary, takes a number of factors into consideration in determining where to route customers' orders, including the speed of execution, price improvement opportunities (executions at prices superior to the then prevailing inside market), automatic execution guarantees, the availability of efficient and reliable order handling systems, the level of service provided, the cost of executing orders, whether it will receive cash or non-cash payments for routing order flow, and reciprocal business arrangements.

Trades noted as "AVG PRICE SHOWN-DETAILS ON REQ" are executed through an average price account. The price shown may represent an average of multiple executions or may represent a single execution at the price indicated. Details regarding trades done in an average price account are available upon request.

### Structured Products

Structured Products are complex products and may be subject to special risks. Investors should consider the concentration risk of owning the related security and their total exposure to any underlying asset.

Rev 04/21 S1237804

237 90237 PBA  1 76060                1 of 1 C FDLV AEPFDLV  31/10/22 21:26 001

# E✱TRADE
from Morgan Stanley

**E✱TRADE Securities**

Investment Account

# TRADE CONFIRMATION

**Account Number: XXXX-5301**

E✱TRADE Securities LLC
P.O. Box 484
Jersey City, NJ 07303-0484

**Account Name:**
MICHAEL B AINSWORTH C/F
PAYTON G AINSWORTH UTMA/TX

**Customer Update**
Want to get important documents faster? Get your statements, confirms, and tax forms online with paperless delivery. Enroll at etrade.com/paperless.

| TRADE DATE | SETL DATE | MKT / CPT | SYMBOL / CUSIP | BUY / SELL | QUANTITY | PRICE | ACCT TYPE | | |
|---|---|---|---|---|---|---|---|---|---|
| 10/12/22 | 10/14/22 | 6 1 | MMAT | SELL | 990 | $.81 | Cash | PRINCIPAL | $801.90 |
| **META MATLS INC COMMON STOCK** | | | | | | | | FINRA TAF | $0.13 |
| | | | | | | | | FEE | $0.02 |
| | | | | | | | | **NET AMOUNT** | **$801.75** |
| 10/12/22 | 10/14/22 | 6 1 | MMTLP | BUY | 225 | $4.13 | Cash | PRINCIPAL | $929.25 |
| **META MATLS INC PFD SER A** | | | | | | | | COMMISSION | $6.95 |
| PERPETUAL | | | | | | | | **NET AMOUNT** | **$936.20** |

▲ DETACH HERE

MICHAEL B AINSWORTH C/F
PAYTON G AINSWORTH UTMA/TX
3780 FM 3126
LIVINGSTON TX 77351-2136

DETACH HERE ▲

**Use This Deposit Slip    Acct: XXXX-5301**

**Please do not send cash**

| Dollars | Cents |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |

**TOTAL DEPOSIT**

Make checks payable to E✱TRADE Securities LLC.
Mail deposits to:

E✱TRADE Securities LLC
P.O. Box 484
Jersey City, NJ 07303-0484

101220220001  900536053011

# E✱TRADE
from Morgan Stanley

**Type of Transaction**
(Market)
1. NYSE
2. NYSE American
3. Other US Registered Exchanges
4. Mutual Funds
5. CBOE
6. Over-the-Counter
7. Underwriting
8. Foreign Exchange or Other

(Capacity in which your broker is acting)
1,2,3,4,5,8 As agent
6 As agent for both buyer and seller. The commission charged to the party on the other side of the transaction will be furnished upon request.
7 As principal
9 As agent and as principal

If the symbol (') appears in the security description on the face hereof, the offering of the described security has been made solely by means of the prospectus relating thereto, a copy of which has been or will be delivered to you, the receipt of which is acknowledged by payment hereof.

If the symbol (F) appears in the security description, it indicates that the security is "Foreign" and may be subject to interest equalization tax.

If the symbol (†) appears in the security description, an officer or employee of ETS is a director of the issuer of the securities involved in this transaction. A control relationship may therefore exist between the issuer and ETS.

Please retain this confirmation for income tax purposes. Federal regulations require brokers to report proceeds from all transactions to the Internal Revenue Service.

## Terms and Conditions

Please refer to the E*TRADE Customer Agreement for a complete discussion of the terms and conditions governing your account. If you have questions regarding the E*TRADE Customer Agreement or your account, please email us through etrade.com or call 800-387-2331. THE INFORMATION CONTAINED IN THIS CONFIRMATION SHALL BE BINDING UPON YOU IF YOU DO NOT OBJECT IN WRITING WITHIN TWO (2) DAYS AFTER THE CONFIRMATION IS FIRST RECEIVED BY YOU. Securities products and services are offered by E*TRADE Securities LLC ("ETS"), Member SIPC and a business of Morgan Stanley. Your account is carried by ETS, which maintains your funds and securities deposited with ETS. An affiliate of ETS may act as a principal or agent in your transaction(s).

**Applicable Rules and Regulations.** All transactions in your account shall be subject to the constitution, rules, regulations, customs, and usages of the exchange or market, and its clearing house, where the transactions are executed by ETS or its agents, including ETS affiliates. Also, where applicable, the transactions shall be subject to the provisions of the Securities Act of 1933, as amended, the Securities Exchange Act of 1934, as amended, and the rules and regulations of the Securities and Exchange Commission ("SEC"), the Board of Governors of the Federal Reserve System, and any applicable self-regulatory organization. For information about FINRA's BrokerCheck Program, including an investor brochure, please contact FINRA at 800-289-9999 or www.finra.org.

Securities held on your behalf at ETS or a central clearing facility but not registered in your name are commingled with identical securities held for other customers. In the event that securities so held are called by the issuer, the securities to be called will be determined by an impartial and random selection system. If your security is selected, it will be presented for redemption and your account credited with the proceeds. You have the right to withdraw uncalled, fully paid securities at any time prior to a partial call and also to withdraw excess margin securities not subject to restriction.

The responsibility to cancel an existing open order rests with you. Any transaction that results from the execution of any orders that you have not instructed us to cancel, prior to execution, will be recorded in your account. Market orders are subject to immediate execution and are difficult to cancel.

If required payment or delivery of securities is not made by the settlement date, ETS may, at its option and without further notice, charge interest on the amount shown on the face hereof or cancel, sell out, or buy in the subject securities and charge your account for any expenses, losses, or other costs incurred.

Investments in securities are not guaranteed by ETS, are not insured by the FDIC, and will fluctuate with changes in market conditions. When selling a security, you may receive more or less than your original investment.

The principal amount or commission described on the face hereof may include an Additional Fee* for special services rendered. Other charges may include commissions paid to affiliates of ETS, local taxes, transaction fees, and exchange fees, among others. For customers who choose to convert from the currency in which the security or payment thereon is denominated, the amounts provided with respect to principal, interest, dividend and/or yield is subject to fluctuation or applicable foreign currency exchange rates and costs including a markup charged by ETS. Further details are available upon written request. The name of the party with whom this transaction was made and time of execution of the transaction will be furnished upon written request.

Securities purchased by you or held by ETS may be hypothecated and/or commingled with securities carried for other customers.

Call features for bonds may exist and such bonds can be redeemed in whole or in part before maturity and could affect the yield; complete information will be provided upon request. With respect to a zero coupon issue, you will not receive periodic payments, and the securities may be callable at a price below maturity value. Furthermore, a zero coupon issue that is callable and in bearer form may be called without notice by mail to you unless the issue is registered.

For an asset-backed security (e.g., GMO, FNMA, FHLMC, or GMNA), the actual yield may vary according to the rate at which the underlying assets or receivables are prepaid. Information concerning factors that affect yield, including estimated yield, weighted average life, and prepayment assumptions, are available upon request.

The ratings that appear in the description of some fixed-income securities have been obtained from rating services that we believe to be reliable; however, we cannot guarantee their accuracy. Securities for which a rating is not available will be marked "Not Rated." A withdrawn rating "WR" signifies the removal of a rating on either an obligation or issuer. Confirmations related to fixed income transactions may reflect a mark-up or mark-down; both as a dollar and percentage value. The mark-up or mark-down dollar value is calculated as the execution price less the prevailing market price (PMP) multiplied by the quantity. The mark-up or mark-down percentage value is calculated as the mark-up or mark-down dollar value divided by the PMP. Trades with a mark-up or mark-down value of "NA" indicate a negative mark-up (i.e., the sale of the security was at a price lower than the PMP).

Final prospectus and/or offering documentation is available upon request in connection with your purchase of a security where the issuer is deemed to control, be controlled by, or under common control with ETS (i.e., affiliated securities).

*Additional Fees may include a broker-assist fee, an order handling fee and/or market center charges. ETS will charge a fee if you request to have certificates issued in your name and mailed to you.

**MICHAEL B AINSWORTH C/F**
**PAYTON G AINSWORTH UTMA/TX**
**3780 FM 3126**
**LIVINGSTON TX  77351-2136**

**Payment for Order Flow Disclosure**
The SEC (as well as FINRA) requires that all broker-dealers inform their customers when a new account is opened, and on an annual basis thereafter, of payment for order flow practices (compensation received for placing orders through specialists on national securities exchanges, over-the-counter market makers, alternative trading systems, and ECN's (collectively, "market centers"). Consistent with the overriding principle of best execution, ETS routes orders to various market makers, including its affiliate Morgan Stanley & Co. LLC. ETS receives remuneration (generally in the form of per share cash payments or through profit-sharing arrangements) for routing orders in securities to particular market centers for execution. Such remuneration is considered compensation to ETS, and the source and amount of any compensation received in connection with your transaction will be disclosed to you upon written request. ETS, absent instructions from you to the contrary, takes a number of factors into consideration in determining where to route customers' orders, including the speed of execution, price improvement opportunities (executions at prices superior to the then prevailing inside market), automatic execution guarantees, the availability of efficient and reliable order handling systems, the level of service provided, the cost of executing orders, whether it will receive cash or non-cash payments for routing order flow, and reciprocal business arrangements.

Trades noted as "AVG PRICE SHOWN-DETAILS ON REQ" are executed through an average price account. The price shown may represent an average of multiple executions or may represent a single execution at the price indicated. Details regarding trades done in an average price account are available upon request.

**Structured Products**
Structured Products are complex products and may be subject to special risks. Investors should consider the concentration risk of owning the related security and their total exposure to any underlying asset.

Rev 04/21 S1237B04



**E✱TRADE Securities**

Investment Account

# TRADE CONFIRMATION

**Account Number: XXXX-5301**

**Account Name:**
MICHAEL B AINSWORTH C/F
PAYTON G AINSWORTH UTMA/TX

E✱TRADE Securities LLC
P.O. Box 484
Jersey City, NJ 07303-0484

**Customer Update**
Invest on the go. With the E✱TRADE Mobile app, you have everything you need in the palm of your hand. Vist etrade.com/mobile to learn more.

| TRADE DATE | SETL DATE | MKT / CPT | SYMBOL / CUSIP | BUY / SELL | QUANTITY | PRICE | ACCT TYPE | | |
|---|---|---|---|---|---|---|---|---|---|
| 09/30/22 | 10/04/22 | 6 1 | MMAT | BUY | 500 | $.66 | Cash | PRINCIPAL | $330.00 |
| **META MATLS INC COMMON STOCK** | | | | | | | | NET AMOUNT | $330.00 |

▲ DETACH HERE

MICHAEL B AINSWORTH C/F
PAYTON G AINSWORTH UTMA/TX
3780 FM 3126
LIVINGSTON TX 77351-2136

DETACH HERE ▲

**Use This Deposit Slip    Acct: XXXX-5301**

**Please do not send cash**

| | Dollars | Cents |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| **TOTAL DEPOSIT** | | |

Make checks payable to E✱TRADE Securities LLC.
Mail deposits to:

E✱TRADE Securities LLC
P.O. Box 484
Jersey City, NJ 07303-0484

093020220001  900536053011

**E✲TRADE**
from Morgan Stanley

**Type of Transaction**
(Market)
1. NYSE
2. NYSE American
3. Other US Registered Exchanges
4. Mutual Funds

5. CBOE
6. Over-the-Counter
7. Underwriting
8. Foreign Exchange or Other

(Capacity in which your broker is acting)
1,2,3,4,5,9 As agent
6 As agent for both buyer and seller. The commission charged to the party on the other side of the transaction will be furnished upon request.
7 As principal
9 As agent and as principal

If the symbol (') appears in the security description on the face hereof, the offering of the described security has been made solely by means of the prospectus relating thereto, a copy of which has been or will be delivered to you, the receipt of which is acknowledged by payment hereof.
If the symbol (F) appears in the security description, it indicates that the security is "Foreign" and may be subject to interest equalization tax.
If the symbol (T) appears in the security description, an officer or employee of ETS is a director of the issuer of the securities involved in this transaction. A control relationship may therefore exist between the issuer and ETS.

Please retain this confirmation for income tax purposes. Federal regulations require brokers to report proceeds from all transactions to the Internal Revenue Service.

**Terms and Conditions**

Please refer to the E*TRADE Customer Agreement for a complete discussion of the terms and conditions governing your account. If you have questions regarding the E*TRADE Customer Agreement or your account, please email us through etrade.com or call 800-387-2331. THE INFORMATION CONTAINED IN THIS CONFIRMATION SHALL BE BINDING UPON YOU IF YOU DO NOT OBJECT IN WRITING WITHIN TWO (2) DAYS AFTER THE CONFIRMATION IS FIRST RECEIVED BY YOU. Securities products and services are offered by E*TRADE Securities LLC ("ETS"), Member SIPC and a business of Morgan Stanley. Your account is carried by ETS, which maintains your funds and securities deposited with ETS. An affiliate of ETS may act as a principal or agent in your transaction(s).

**Applicable Rules and Regulations.** All transactions in your account shall be subject to the constitution, rules, regulations, customs, and usages of the exchange or market, and its clearing house, where the transactions are executed by ETS or its agents, including ETS affiliates. Also, where applicable, the transactions shall be subject to the provisions of the Securities Act of 1933, as amended, the Securities Exchange Act of 1934, as amended, and the rules and regulations of the Securities and Exchange Commission ("SEC"), the Board of Governors of the Federal Reserve System, and any applicable self-regulatory organization. For information about FINRA's BrokerCheck Program, including an investor brochure, please contact FINRA at 800-289-9999 or www.finra.org.

Securities held on your behalf at ETS or a central clearing facility but not registered in your name are commingled with identical securities held for other customers. In the event that securities so held are called by the issuer, the securities to be called will be determined by an impartial and random selection system. If your security is selected, it will be presented for redemption and your account credited with the proceeds. You have the right to withdraw uncalled, fully paid securities at any time prior to a partial call and also to withdraw excess margin securities not subject to restriction.

The responsibility to cancel an existing open order rests with you. Any transaction that results from the execution of any orders that you have not instructed us to cancel, prior to execution, will be recorded in your account. Market orders are subject to immediate execution and are difficult to cancel.

If required payment or delivery of securities is not made by the settlement date, ETS may, at its option and without further notice, charge interest on the amount shown on the face hereof or cancel, sell out, or buy in the subject securities and charge your account for any expenses, losses, or other costs incurred.

Investments in securities are not guaranteed by ETS, are not insured by the FDIC, and will fluctuate with changes in market conditions. When selling a security, you may receive more or less than your original investment.

The principal amount or commission described on the face hereof may include an Additional Fee* for special services rendered. Other charges may include commissions paid to affiliates of ETS, local taxes, transaction fees, and exchange fees, among others. For customers who choose to convert from the currency in which the security or payment thereon is denominated, the amounts provided with respect to principal, interest, dividend and/or yield is subject to fluctuation or applicable foreign currency exchange rates and costs including a markup charged by ETS. Further details are available upon written request. The name of the party with whom this transaction was made and time of execution of the transaction will be furnished upon written request.

Securities purchased by you or held by ETS may be hypothecated and/or commingled with securities carried for other customers.

Call features for bonds may exist and such bonds can be redeemed in whole or in part before maturity and could affect the yield; complete information will be provided upon request. With respect to a zero coupon issue, you will not receive periodic payments, and the securities may be callable at a price below maturity value. Furthermore, a zero coupon issue that is callable and in bearer form may be called without notice by mail to you unless the issue is registered.

For an asset-backed security (e.g., GMO, FNMA, FHLMC, or GMNA), the actual yield may vary according to the rate at which the underlying assets or receivables are prepaid. Information concerning factors that affect yield, including estimated yield, weighted average life, and prepayment assumptions, are available upon request.

The ratings that appear in the description of some fixed-income securities have been obtained from rating services that we believe to be reliable; however, we cannot guarantee their accuracy. Securities for which a rating is not available will be marked "Not Rated." A withdrawn rating "WR" signifies the removal of a rating on either an obligation or issuer. Confirmations related to fixed income transactions may reflect a mark-up or mark-down; both as a dollar and percentage value. The mark-up or mark-down dollar value is calculated as the execution price less the prevailing market price (PMP) multiplied by the quantity. The mark-up or mark-down percentage value is calculated as the mark-up or mark-down dollar value divided by the PMP. Trades with a mark-up or mark-down value of "N/A" indicate a negative mark-up (i.e., the sale of the security was at a price lower than the PMP).

Final prospectus and/or offering documentation is available upon request in connection with your purchase of a security where the issuer is deemed to control, be controlled by, or under common control with ETS (i.e., affiliated securities).

*Additional Fees may include a broker- assist fee, an order handling fee and/or market center charges. ETS will charge a fee if you request to have certificates issued in your name and mailed to you.

MICHAEL B AINSWORTH C/F
PAYTON G AINSWORTH UTMA/TX
3780 FM 3126
LIVINGSTON TX  77351-2136

**Payment for Order Flow Disclosure**
The SEC (as well as FINRA) requires that all broker-dealers inform their customers when a new account is opened, and on an annual basis thereafter, of payment for order flow practices (compensation received for placing orders through specialists on national securities exchanges, over-the-counter market makers, alternative trading systems, and ECN's (collectively, "market centers")). Consistent with the overriding principle of best execution, ETS routes orders to various market makers, including its affiliate Morgan Stanley & Co. LLC. ETS receives remuneration (generally in the form of per share cash payments or through profit-sharing arrangements) for routing orders in securities to particular market centers for execution. Such remuneration is considered compensation to ETS, and the source and amount of any compensation received in connection with your transaction will be disclosed to you upon written request. ETS, absent instructions from you to the contrary, takes a number of factors into consideration in determining where to route customers' orders, including the speed of execution, price improvement opportunities (executions at prices superior to the then prevailing inside market), automatic execution guarantees, the availability of efficient and reliable order handling systems, the level of service provided, the cost of executing orders, whether it will receive cash or non-cash payments for routing order flow, and reciprocal business arrangements.

Trades noted as "AVG PRICE SHOWN-DETAILS ON REQ" are executed through an average price account. The price shown may represent an average of multiple executions or may represent a single execution at the price indicated. Details regarding trades done in an average price account are available upon request.

**Structured Products**
Structured Products are complex products and may be subject to special risks. Investors should consider the concentration risk of owning the related security and their total exposure to any underlying asset.

Rev 04/21 S1237B94

237 86701 PBA  1 71775          1 of 1 C FDLV AFPPDLV  30/09/22 21:28 001

# E✱TRADE
from Morgan Stanley

## E✱TRADE Securities

Investment Account

## TRADE CONFIRMATION

**Account Number: XXXX-5301**

E✱TRADE Securities LLC
P.O. Box 484
Jersey City, NJ 07303-0484

**Account Name:**
MICHAEL B AINSWORTH C/F
PAYTON G AINSWORTH UTMA/TX

**Customer Update**
Invest on the go. With the E✱TRADE Mobile app, you have everything you need in the palm of your hand. Vist etrade.com/mobile to learn more.

| TRADE DATE | SETL DATE | MKT / CPT | SYMBOL / CUSIP | BUY / SELL | QUANTITY | PRICE | ACCT TYPE | | |
|---|---|---|---|---|---|---|---|---|---|
| 09/19/22 | 09/21/22 | 6 1 | MMAT | BUY | 500 | $.7999 | Cash | PRINCIPAL | $400.00 |
| **META MATLS INC COMMON STOCK** | | | | | | | | NET AMOUNT | $400.00 |
| 09/19/22 | 09/21/22 | 6 1 | TSLA | BUY | 1 | $302.77 | Cash | PRINCIPAL | $302.77 |
| **TESLA INC COMMON STOCK** | | | | | | | | NET AMOUNT | $302.77 |

▲ DETACH HERE

MICHAEL B AINSWORTH C/F
PAYTON G AINSWORTH UTMA/TX
3780 FM 3126
LIVINGSTON TX 77351

Make checks payable to E✱TRADE Securities LLC.
Mail deposits to:

E✱TRADE Securities LLC
P.O. Box 484
Jersey City, NJ 07303-0484

DETACH HERE ▲

**Use This Deposit Slip    Acct: XXXX-5301**

Please do not send cash

| | Dollars | Cents |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| **TOTAL DEPOSIT** | | |

091920220001 900536053011

**E✲TRADE**
from Morgan Stanley

**Type of Transaction**
(Market)
1. NYSE
2. NYSE American
3. Other US Registered Exchanges
4. Mutual Funds
5. CBOE
6. Over-the-Counter
7. Underwriting
8. Foreign Exchange or Other

(Capacity in which your broker is acting)
1,2,3,4,5,8 As agent
6 As agent for both buyer and seller. The commission charged to the party on the other side of the transaction will be furnished upon request.
7 As principal
9 As agent and as principal

If the symbol (') appears in the security description on the face hereof, the offering of the described security has been made solely by means of the prospectus relating thereto, a copy of which has been or will be delivered to you, the receipt of which is acknowledged by payment hereof.

If the symbol (F) appears in the security description, it indicates that the security is "Foreign" and may be subject to interest equalization tax.

If the symbol (T) appears in the security description, an officer or employee of ETS is a director of the issuer of the securities involved in this transaction. A control relationship may therefore exist between the issuer and ETS.

Please retain this confirmation for income tax purposes. Federal regulations require brokers to report proceeds from all transactions to the Internal Revenue Service.

## Terms and Conditions

Please refer to the E*TRADE Customer Agreement for a complete discussion of the terms and conditions governing your account. If you have questions regarding the E*TRADE Customer Agreement or your account, please email us through etrade.com or call 800-387-2331. THE INFORMATION CONTAINED IN THIS CONFIRMATION SHALL BE BINDING UPON YOU IF YOU DO NOT OBJECT IN WRITING WITHIN TWO (2) DAYS AFTER THE CONFIRMATION IS FIRST RECEIVED BY YOU. Securities products and services are offered by E*TRADE Securities LLC ("ETS"), Member SIPC and a business of Morgan Stanley. Your account is carried by ETS, which maintains your funds and securities deposited with ETS. An affiliate of ETS may act as a principal or agent in your transaction(s).

Applicable Rules and Regulations. All transactions in your account shall be subject to the constitution, rules, regulations, customs, and usages of the exchange or market, and its clearing house, where the transactions are executed by ETS or its agents, including ETS affiliates. Also, where applicable, the transactions shall be subject to the provisions of the Securities Act of 1933, as amended, the Securities Exchange Act of 1934, as amended, and the rules and regulations of the Securities and Exchange Commission ("SEC"), the Board of Governors of the Federal Reserve System, and any applicable self-regulatory organization. For information about FINRA's BrokerCheck Program, including an investor brochure, please contact FINRA at 800-289-9999 or www.finra.org.

Securities held on your behalf at ETS or a central clearing facility but not registered in your name are commingled with identical securities held for other customers. In the event that securities so held are called by the issuer, the securities to be called will be determined by an impartial and random selection system. If your security is selected, it will be presented for redemption and your account credited with the proceeds. You have the right to withdraw uncalled, fully paid securities at any time prior to a partial call and also to withdraw excess margin securities not subject to restriction.

The responsibility to cancel an existing open order rests with you. Any transaction that results from the execution of any orders that you have not instructed us to cancel, prior to execution, will be recorded in your account. Market orders are subject to immediate execution and are difficult to cancel.

If required payment or delivery of securities is not made by the settlement date, ETS may, at its option and without further notice, charge interest on the amount shown on the face hereof or cancel, sell out, or buy in the subject securities and charge your account for any expenses, losses, or other costs incurred.

Investments in securities are not guaranteed by ETS, are not insured by the FDIC, and will fluctuate with changes in market conditions. When selling a security, you may receive more or less than your original investment.

The principal amount or commission described on the face hereof may include an Additional Fee* for special services rendered. Other charges may include commissions paid to affiliates of ETS, local taxes, transaction fees, and exchange fees, among others. For customers who choose to convert from the currency in which the security or payment thereon is denominated, the amounts provided with respect to principal, interest, dividend and/or yield is subject to fluctuation or applicable foreign currency exchange rates and costs including a markup charged by ETS. Further details are available upon written request. The name of the party with whom this transaction was made and time of execution of the transaction will be furnished upon written request.

Securities purchased by you or held by ETS may be hypothecated and/or commingled with securities carried for other customers.

Call features for bonds may exist and such bonds can be redeemed in whole or in part before maturity and could affect the yield; complete information will be provided upon request. With respect to a zero coupon issue, you will not receive periodic payments, and the securities may be callable at a price below maturity value. Furthermore, a zero coupon issue that is callable and in bearer form may be called without notice by mail to you unless the issue is registered.

For an asset-backed security (e.g., GMO, FNMA, FHLMC, or GMNA), the actual yield may vary according to the rate at which the underlying assets or receivables are prepaid. Information concerning factors that affect yield, including estimated yield, weighted average life, and prepayment assumptions, are available upon request.

The ratings that appear in the description of some fixed-income securities have been obtained from rating services that we believe to be reliable; however, we cannot guarantee their accuracy. Securities for which a rating is not available will be marked "Not Rated." A withdrawn rating "WR" signifies the removal of a rating on either an obligation or issuer. Confirmations related to fixed income transactions may reflect a mark-up or mark-down, both as a dollar and percentage value. The mark-up or mark-down dollar value is calculated as the execution price less the prevailing market price (PMP) multiplied by the quantity. The mark-up or mark-down percentage value is calculated as the mark-up or mark-down dollar value divided by the PMP. Trades with a mark-up or mark-down value of "N/A" indicate a negative mark-up (i.e., the sale of the security was at a price lower than the PMP).

Final prospectus and/or offering documentation is available upon request in connection with your purchase of a security where the issuer is deemed to control, be controlled by, or under common control with ETS (i.e., affiliated securities).

*Additional Fees may include a broker-assist fee, an order handling fee and/or market center charges. ETS will charge a fee if you request to have certificates issued in your name and mailed to you.

**MICHAEL B AINSWORTH C/F**
**PAYTON G AINSWORTH UTMA/TX**
**3780 FM 3126**
**LIVINGSTON TX 77351**

Payment for Order Flow Disclosure
The SEC (as well as FINRA) requires that all broker-dealers inform their customers when a new account is opened, and on an annual basis thereafter, of payment for order flow practices (compensation received for placing orders through specialists on national securities exchanges, over-the-counter market makers, alternative trading systems, and ECN's (collectively, "market centers"). Consistent with the overriding principle of best execution, ETS routes orders to various market makers, including its affiliate Morgan Stanley & Co. LLC. ETS receives remuneration (generally in the form of per share cash payments or through profit-sharing arrangements) for routing orders in securities to particular market centers for execution. Such remuneration is considered compensation to ETS, and the source and amount of any compensation received in connection with your transaction will be disclosed to you upon written request. ETS, absent instructions from you to the contrary, takes a number of factors into consideration in determining where to route customers' orders, including the speed of execution, price improvement opportunities (executions at prices superior to the then prevailing inside market), automatic execution guarantees, the availability of efficient and reliable order handling systems, the level of service provided, the cost of executing orders, whether it will receive cash or non-cash payments for routing order flow, and reciprocal business arrangements.

Trades noted as "AVG PRICE SHOWN-DETAILS ON REQ" are executed through an average price account. The price shown may represent an average of multiple executions or may represent a single execution at the price indicated. Details regarding trades done in an average price account are available upon request.

Structured Products
Structured Products are complex products and may be subject to special risks. Investors should consider the concentration risk of owning the related security and their total exposure to any underlying asset.

Rev 04/21 S1237804



**from Morgan Stanley**

Your Account Number: 892-XXX523-204
Account Type - Cash

MICHAEL B AINSWORTH C/F
PAYTON G AINSWORTH UTMA/TX
UNTIL AGE 21
3780 FM 3126
LIVINGSTON TX 77351

E*TRADE from Morgan Stanley
P.O. BOX 484
JERSEY CITY, NJ 07303-0484
(800)-387-2331

*This transaction is confirmed in accordance with the information provided on the Conditions and Disclosures page.*

| Trade Date | Settlement Date | Quantity | Price | | Settlement Amount |
|---|---|---|---|---|---|
| 12/04/2023 | 12/06/2023 | 1,000 | 0.0778 | Principal | $77.80 |
| | | | | Net Amount | **$77.80** |

**Transaction Type: Bought**

**Description: META MATERIALS INC**
Symbol / CUSIP / ISIN: MMAT / 59134N104 / US59134N1046
Unsolicited trade
Morgan Stanley Smith Barney LLC acted as agent.

Morgan Stanley Smith Barney LLC. Member SIPC. The transaction(s) may have been executed with Morgan Stanley & Co. LLC, an affiliate, which may receive compensation for any such services. E*TRADE is a business of Morgan Stanley.

## CONDITIONS AND DISCLOSURES

### CODES, ABBREVIATIONS AND EXPLANATIONS

**EXCHANGE WHERE EXECUTED**

1  New York Stock Exchange
3  NASDAQ OMX PHLX
4  Chicago Stock Exchange
5  NYSE MKT LLC
6  Other Markets
7  Over the Counter
8  Morgan Stanley Smith Barney LLC as principal which may result in a profit to Morgan Stanley Smith Barney LLC.

**EXECUTION CODE**

1, 2, 3, 4, 5, 9, F, L, P, T, V OR W: As agent we have bought or sold for your account

6:  As agent for another we have sold to you or brought from you

7, C, E, G, N, OR S: As principal we sold to you or bought from you for our own account

8 OR U: Prospectus/Official Statement
A, B, C, X, Y, OR Z: Primary and Secondary
Unit Trust or listed and OTC when Issued Securities
K: Precious Metals
M, R: Mutual Funds

**OTHER ABBREVIATIONS**

ELTR      Estimated Long Term Return
CR         Current Return
PV         Par Value

**FINAL PROSPECTUS/OFFERING DOCUMENTATION AVAILABLE**

Indicates that these securities/instruments are being sold (i) pursuant to an SEC registration statement or where a prospectus is otherwise required, (ii) in the case of certain exempted securities or certificates of deposit (CDs), either where offering documentation is required or there is an agreement or policy to deliver offering documentation. For assistance obtaining a copy of the final prospectus/offering documentation relating to these securities, you may contact us at 800-584-6837.

### CHARGES AND FEES

**CHARGE:** Represents the markup/down from the wholesaler's or dealer's price.

**FSCF:** Represents a pass through of Foreign Securities clearance fees incurred by Morgan Stanley Smith Barney LLC for this transaction.

**SUPPLEMENTAL TRANSACTION FEE:** Represents fee to offset additional expenses associated with processing certain transactions.

**PROCESSING FEE:** Represents processing charges for certain executed orders.

**CDSC:** Represents Contingent Deferred Sales Charge:

**DSC:** Represents Deferred Sales Charge

### BACKUP WITHHOLDING

Under Federal Income Tax Law, the customer is generally required to provide Morgan Stanley Smith Barney LLC with a certification of the customer's Social Security or Taxpayer Identification Number. In the absence of such certification, Morgan Stanley Smith Barney LLC may be required to withhold taxes from the proceeds of sales at the current withholding rate.

### GROSS PROCEEDS

If the transaction being confirmed is a sale or redemption, this information may be furnished to the Internal Revenue Service.

### SECURITY MEASURES

Your Morgan Stanley Smith Barney LLC trade confirmation features an embedded security element to demonstrate its authenticity. It is a unique security mark – a blue rectangle in heat sensitive blue ink. When exposed to warmth, the blue rectangle will disappear, and then reappear.

### CONDITIONS

**IT IS AGREED THAT**

All transactions are subject to the constitution, rules, regulations, by-laws, interpretations, customs and usages of, the Financial Industry Regulatory Authority, the various applicable exchanges, markets or clearing houses and all U.S. and non-U.S. governmental and self-regulatory organizations statutes, rules and regulations as currently in effect or as they may be hereinafter amended, revised or supplemented, including those of the Securities and Exchanges Commission and the Federal Reserve Board.

Payment for securities purchased and delivery of securities sold must be received by Morgan Stanley Smith Barney LLC no later than the date of settlement (the "Settlement Date") indicated on the reverse side hereof. Payments and deliveries not received by Settlement Date may be subject to late fees, liquidation or close-out of the transaction and you will be liable for all costs, fees, expenses, liabilities obligations, losses, claims, and damages, incurred by Morgan Stanley Smith Barney LLC or asserted against Morgan Stanley Smith Barney LLC by any third party, arising directly or indirectly from your failure to make payment or delivery by the Settlement Date.

Securities held in margin accounts or purchased but not yet paid for in cash accounts may be hypothecated by Morgan Stanley Smith Barney LLC under circumstances which will permit the commingling thereof with securities of other clients.

You must own all securities sold "long" and such securities must either be (i) on deposit in your account(s) or (ii) delivered to Morgan Stanley Smith Barney LLC by the Settlement Date.

Morgan Stanley Smith Barney LLC will furnish, upon your written request, the date and time when the transaction took place, the name of the other party to the transaction and the source and amount of any other remuneration received or to be received by Morgan Stanley Smith Barney LLC in connection with the transaction.

Morgan Stanley Smith Barney LLC and/or its affiliates may accept benefits that constitute payment for order flow. Details regarding these benefits will be furnished upon your written request.

Debt securities may be redeemed in whole or in part before maturity and such redemption could affect any yield represented in this trade confirmation. Additional information is available upon request.

Credit rating(s), if any, contained on this trade confirmation were provided by an unaffiliated third party. In some instances, the credit rating shown is based on the issuer's credit ranking and not the credit rating of the specific security purchased or sold. For an explanation of credit ratings for bonds, please see www.morganstanley.com/wealth/investmentsolutions/creditratings.asp.

Insurance trades are subject to carrier underwriting approval.

Any inquiries regarding this transaction should be made by using the telephone number provided on the reverse side.

This transaction is conclusive and binding if not objected to in writing within three days of receiving this trade confirmation.

All Good Till Cancelled (GTC) orders have an expiration date which is displayed on the front of this notice. Until expiration, all open orders are considered good until cancelled by your or executed by us. When entering a substitute order or changing an existing order, the responsibility for canceling the original order rests upon the customer.  Therefore, if a customer fails to cancel an existing order, transactions resulting from the execution of both the original and new order(s) will be entered in the customer's account.

Municipal Advisory Rule; Disclosures for Municipal Entities and Obligated Persons: Morgan Stanley Smith Barney LLC is not acting as a municipal advisor to any municipal entity or obligated person within the meaning of Section 15B of the Securities Exchange Act (Municipal Advisor Rule). If you have a Brokerage Account, please note that: 1) we do not owe you a fiduciary duty pursuant to the Municipal Advisor Rule when we make statements or provide you with information regarding your Brokerage Account; 2) we may be acting for own interests; and 3) before acting on any statements made or information provided by us, you should consult any and all advisors as you deem appropriate.

For most fixed-income/debt securities, price is expressed as a percentage of par.  Additional information is available upon request.

This agreement shall inure to the benefit of any successor or assigns of Morgan Stanley Smith Barney LLC.

**Morgan Stanley**

PAGE 1 OF 6

April 1, 2023 - June 30, 2023
**Account Number:**   **5360-5301**
**Account Type:**   **CUSTODIAN**

### Customer Update:

As of January 3, 2023, E*TRADE Securities LLC (ETS) makes no investment recommendations. ETS also no longer makes recommendations regarding opening an investment advisory account with E*TRADE Capital Management, LLC.

**E*TRADE Securities LLC**
P.O. Box 484
Jersey City, NJ 07303-0484
1-800-387-2331  etrade.com
Member SIPC

**E*TRADE Securities**
**Investment Account**

**An added measure of protection.**
We offer you the ability to designate an individual who is at least 18 years old to be your trusted contact person (TCP). If you elect to designate a TCP, you authorize E*TRADE to contact this person and to disclose information about your account to: address possible financial exploitation; confirm the specifics of your current contact information, health status, or the identity of any legal guardian, executor, trustee, or holder of a power of attorney; or as otherwise permitted by applicable law. To designate a new TCP or to update your current TCP election, visit *etrade.com/tcp*.

MICHAEL B AINSWORTH C/F
PAYTON G AINSWORTH UTMA/TX
3780 FM 3126
LIVINGSTON TX 77351

---

### Account At A Glance

$295.39

| As of 03/31/23 | As of 06/30/23 |
|---|---|
| **Net Change:** | **$-295.39** |

---

**E*TRADE**
from Morgan Stanley

DETACH HERE

MICHAEL B AINSWORTH C/F
PAYTON G AINSWORTH UTMA/TX
3780 FM 3126
LIVINGSTON TX 77351

DETACH HERE ▲

| Use This Deposit Slip | Acct: 5360-5301 |
|---|---|

**Please do not send cash**

Make checks payable to E*TRADE Securities LLC

| | Dollars | Cents |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| **TOTAL DEPOSIT** | | |

Mail deposits to:

E*TRADE SECURITIES LLC
P.O. Box 484
Jersey City, NJ 07303-0484

063020230001 111536053015

**E*TRADE Securities Investment Account**

**E*TRADE®**
from Morgan Stanley

Please refer to the E*TRADE Securities LLC ("ETS") Customer Agreement (the "Customer Agreement") at www.etrade.com/custagree for a complete discussion of the terms and conditions governing your account and the Relationship Summary at www.etrade.com/formcrs for information about ETS services. If you have questions regarding the Customer Agreement, your account, or positions and balances please contact us through etrade.com or call 800-387-2331. THE INFORMATION CONTAINED IN YOUR ACCOUNT STATEMENT SHALL BE BINDING UPON YOU IF YOU DO NOT OBJECT, EITHER IN WRITING OR VIA ELECTRONIC MAIL, WITHIN FIVE (5) DAYS AFTER THE ACCOUNT STATEMENT IS FIRST RECEIVED BY YOU.

Securities products and services are offered by ETS, Member SIPC. Your account is carried by ETS, Member SIPC, which maintains your funds and securities deposited with ETS directly by you or your advisor firm. Please review this statement carefully. If you disagree with any transaction, or if there are any errors or omissions, please notify us at 800-387-2331 within five (5) days of your receipt of this statement. Any oral statements that you have made to us should be confirmed in writing.

**Applicable Rules and Regulations.** All transactions in your account shall be subject to the constitution, rules, regulations, customs, and usages of the exchange or market, and its clearing house, where the transactions are executed by ETS or its agents, including ETS affiliates. Also, where applicable, the transactions shall be subject to the provisions of the Securities Act of 1933, as amended, the Securities Exchange Act of 1934, as amended, and the rules and regulations of the Securities and Exchange Commission ("SEC"), the Board of Governors of the Federal Reserve System, and any applicable self-regulatory organization. For information about FINRA's Broker Check Program, including an investor brochure, please contact FINRA at 800-289-9999 or www.finra.org.

**Securities Pricing.** The amounts printed in the total market value column of the Account Holdings section, or any amounts derived therefrom, are based on US month end prices and are provided by outside quotation services for the securities held by us in your account. Prices of municipal bonds, certain over-the-counter securities, and federal obligations are approximations and are only for guidance purposes. Prices used are based on the last reported transaction known to the quotation services or the yields or values that are calculated on the basis of these prices. Value of brokered CDs reflected in this statement is estimated by a third-party pricing service. Actual value may differ if you elect to sell your CD(s) in the secondary market. Bonds and/or fixed income securities trade differently than equity securities and do not trade on a liquid exchange. Rather, they trade in the OTC (over-the-counter) market and sufficient liquidity may not exist for you to sell your position prior to maturity. The sale of instruments prior to maturity may result in a loss of principal.

**Interest/Dividends.** We are required by law to report annually to you and to the Internal Revenue Service on Form 1099 any taxable interest, dividends, and capital gains credited to your account, as well as any taxes withheld. The year-to-date figures shown on your statement reflects these amounts classified to the best of our current knowledge based on activity. In certain circumstances, payments may be subject to reclassification, such reclassifications will be reflected to the Internal Revenue Service on your Form 1099. Your statement may not reflect all adjustments required for tax purposes, please refer to your tax documents.

**SIPC and Other Insurance Coverage.** ETS is a member of the Securities Investor Protection Corporation ("SIPC"). SIPC currently protects the assets in each of your securities accounts at ETS up to $500,000 (including $250,000 for claims for cash). Visit www.sipc.org or call 202-371-8300 for more information including a brochure on SIPC protection. (Please note that money market mutual fund balances are considered securities rather than cash.) Additional protection for ETS has been secured through an independent insurer, more information about which can be found at https://us.etrade.com/customer-service/faq. The market risks associated with investing and any resulting losses are not covered by SIPC or the additional protection.

**Payment for Order Flow.** The SEC and FINRA requires that all broker-dealers inform their customers when a new account is opened, and on an annual basis thereafter, of payment for order flow practices (compensation received for placing orders through specialists on national securities exchanges, over-the-counter market makers, alternative trading systems, and ECNs (collectively, "market centers")). Consistent with the overriding principle of best execution, ETS routes orders to various market centers. ETS receives remuneration (generally in the form of per share cash payments or through profit sharing arrangements) for routing orders in securities to particular market centers for execution. Such remuneration is considered compensation to ETS, and the source and amount of any compensation received in connection with your transaction will be disclosed to you upon written request. ETS posts SEC Rule 606 quarterly reports that include order routing disclosures including the material aspects of the firms relationships with related market centers at www.etrade.com. In addition, on request, ETS may provide the identity of the venue to which your orders were routed for execution in the six months prior to the request, whether the orders were directed orders or nondirected orders, and the time of the transactions, if any, that resulted from such orders. ETS regularly assesses the execution quality provided by the market centers to which we route order flow in seeking best execution for our clients. For non-directed client orders, it is our policy to route orders to market centers based on a number of factors that are more fully discussed in the Supplemental Materials of FINRA Rule 5310, including where applicable, but not necessarily limited to, speed of execution, price improvement opportunities, differences in price dis-improvement, likelihood of executions, the marketability of the order, size guarantees, service levels and support, the reliability of order handling services, customer needs and expectations, transaction costs and whether the firm will receive remuneration for routing order flow to such market centers. Price improvement is available under certain market conditions and for certain order types and we regularly monitor executions to test for such improvement if available.

**Margin Accounts.** The amount of margin required will be the greater of t h e (1) amount required by applicable laws, regulations, rules of applicable self-regulatory organizations and clearinghouses, or (2) amount required by ETS in its sole discretion. You will be charged interest on a daily basis on all debit balances that you owe to ETS and on credit extended to you by ETS for the purpose of purchasing, carrying, or trading in securities or otherwise. Interest is calculated on a 360-day basis using settlement date balances. Except as otherwise agreed by you and ETS, the applicable interest rate for margin loans will be determined by adding the prevailing base rate and the applicable sliding scale percentage rate, which is in turn determined by your average daily debit balance. Your stated interest rate is subject to change without notice during each period in accordance with fluctuations in your average daily debit balance and changes to the base rate that are attributable to a change in the Federal Funds rate. ETS will provide you with at least 30 days' prior written notice before changing your stated interest rate for any other reason. Information about ETS's base rate is available upon written request to ETS. For more information on how ETS calculates interest, please see the Customer Agreement. If you have a margin account, this statement is a combined statement for both your margin account and special memorandum account. The permanent record of the separate account as required by Regulation T of the Federal Reserve Board is available for your inspection.

**Free Credit Balances.** Any cash balances in your securities account, which represent an obligation of ETS, are payable to you upon demand and referred to as free credit balances. Your free credit cash balances: 1) can be maintained in the securities account and will earn interest through the "Cash Balance Program" as more fully described at https://us.etrade.com/l/options-uninvested-cash, and 2) as such are held unsegregated and may be used by ETS in the conduct of its business, subject to the limitations of Rule 15c3-3 under the Securities Exchange Act of 1934. Your free credit cash balances can alternatively be directed to other cash balance options.

**Other Cash Balance Option.** In addition to the Cash Balance Program you may have the option to have free credit balances in your securities account automatically transferred to a bank sweep product, which is an account at a bank (or banks, collectively, "Program Banks") whose deposits are insured by the FDIC, but which are not obligations of ETS. Accounts opened prior to May 10, 2018 may also be eligible to have their free credit balances transferred to certain money market mutual funds. For information about the products available for free credit balances go to www.etrade.com/sweepoptions ("Sweep Program"). The products available under the Sweep Program may change at any time. Notification of changes will be provided to the extent required by applicable law. Additionally, you may at any time change your selection among the products available in the Sweep Program. You may elect, subject to any limitation set forth in any Sweep Program agreement or, with respect to an account at a bank, under federal banking laws (which include, without limitation, program banks' potential requirement of seven days' notice before permitting a withdrawal or transfer of funds from such account) that the balance in the bank deposit account be returned, or shares of the money market mutual fund in which you have a beneficial interest be liquidated and the proceeds returned, as applicable, to the securities account or remitted to you. With respect to your decision to participate in a bank sweep product, please remember you are responsible for monitoring the cash balance of your bank sweep accounts deposited with the Program Banks to determine whether you have total deposit balances held in the same capacity at any Program Bank in excess of the $250,000 FDIC deposit insurance limit.

**Options Trading.** If you are approved for options trading, you are responsible for advising ETS of any material changes in your investment objectives or financial situation. Additionally, further information regarding commissions and other charges related to the execution of option transactions has been included in the confirmations of such transactions previously provided to you. Such information will also be made available promptly upon request.

**Random Allocation of Options Assignment Notices.** Assignment notices for short option contracts are allocated among customer short option positions in accordance with a random allocation method. A detailed description of ETS's random allocation method is available at etrade.com and a hard copy of the allocation procedures is available upon request.

**Financial Statement.** A financial statement of ETS is available for your inspection at its offices or at etrade.com or will be mailed to you upon your written request.

**Valuation of Certain Alternative Investments (including DPP and REIT securities).** Account statements may include valuations for alternative investments. The values of such investments are estimated and reflect either the most recent valuation provided to ETS by the issuer of the investment, or a valuation provided by an independent third party, which ETS will obtain as part of its services, on an annual or more frequent basis. ETS does not provide a guarantee of the value or the appropriateness of the appraisal methodology applied by the independent third party in providing a value and ETS assumes no responsibility for verifying the accuracy of any valuation presented. Failure of the issuer to provide a timely valuation is your sole responsibility. The investment may reflect no value if a valuation was unavailable or is inaccurate. Investment in non-publicly traded securities, which includes alternative investments, often involves higher risk and less liquidity than other investments. Because there is generally no secondary market for alternative investments, the values reported to you should not be relied upon as any indication of market value. You may be able to sell your interests in the alternative investments held in your account, if at all, only for amounts that are substantially less than their purchase price or the estimated values on your account statements. If your statement reflects a distribution that included a return of capital on Direct Participation Programs and/or REITs, please note that said distributions are reported and a net investment per share estimated value is also reported. Pricing and distribution information has been provided by the sponsor, issuer or other external party responsible for reporting of the DPP or REIT and the classification of distributions as income or return of capital, in whole or in part, is subject to final accounting by such party(ies) and will be reported to you on a Form 1099 or K-1, as applicable.

In case of errors or questions about your Electronic Fund Transfers please contact us at 800-387-2331 immediately or in writing at E*TRADE Securities LLC, PO Box 484, Jersey City, NJ 07303-0484 or by visiting etrade.com, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. The information contained in your account statement shall be binding upon you if you do not object within sixty (60) days for any transfer of funds subject to Regulation E, such as ATM and point-of-sale transfers, debit transactions, direct deposits, and withdrawals. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

(1) Tell us your name and account number.
(2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
(3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

ETS is a subsidiary of Morgan Stanley. If you have a complaint, please call 800-387-2331, or write to: E*TRADE Securities LLC, P.O. Box 484, Jersey City, NJ 07303-0484.

**Definitions:**
**Activity/Trade Date.** Trade date or transaction date of other entries.
**Total Portfolio Percent.** Percentage of your holding by issue of security.
**DIV/CPN% Yield.** Annual dividend or bond % yield.
**Open Orders.** Buy or sell orders for securities that have not yet been executed or canceled.
**Symbol/CUSIP.** The symbol or identification number for each security.
*** Denotes a security where either the country of issue or country of incorporation of the issuer is outside the US.

**Pending and Unsettled Transactions.** Based on the timing of statement generation, the value of certain unsettled trades and/or pending transactions (e.g., transactions that take place prior or settle after the last business day of the month) may not be reflected on your statement. Please e-mail us through etrade.com or call 800-387-2331 with any questions.

S1R8240 - 01/22



**E✳TRADE Securities**
**Investment Account**

**Account Number:** 5360-5301  **Statement Period :** April 1, 2023 - June 30, 2023  **Account Type:** CUSTODIAN

**Customer Update:**

Invest to make an impact. Learn how sustainable investing offers growth potential while supporting your values at *us.etrade.com/knowledge/sustainable-investing*.

## ACCOUNT OVERVIEW

Last Statement Date:                          March 31, 2023

| | | |
|---|---|---|
| Beginning Account Value (On 03/31/23): | $ | 295.39 |
| Ending Account Value (On 06/30/23): | $ | 0.00 |
| Net Change: | $ | -295.39 |

For current rates, please visit **etrade.com/rates**

## ACCOUNT VALUE SUMMARY

| | AS OF 06/30/23 | AS OF 03/31/23 | % CHANGE |
|---|---|---|---|
| Cash & Equivalents | $ 0.00 | $ 79.78 | -100.00% |
| **Total Cash/Margin Debt** | **$ 0.00** | **$ 79.78** | **-100.00%** |
| Stocks, Options & ETF (Long) | $ 0.00 | $ 215.61 | -100.00% |
| **Total Value of Securities** | **$ 0.00** | **$ 215.61** | **-100.00%** |
| **Net Account Value** | **$ 0.00** | **$ 295.39** | **-100.00%** |

Securities products and services are offered by E*TRADE Securities LLC, Member FINRA/SIPC. Sweep deposits may be swept to Morgan Stanley Bank, N.A., and/or Morgan Stanley Private Bank, National Association, Members FDIC, and depending on the sweep program may also be swept to third party banks.  Subject to other funds a customer might maintain at the recipient bank, sweep funds will receive a maximum of $250,000 in FDIC insurance coverage at each federally insured depository institution to which funds are swept. Securities products and cash balances other than sweep deposits are not FDIC insured, not guaranteed deposits or obligations of Morgan Stanley Bank, Morgan Stanley Private Bank, or any third party bank to which they might be swept, and are subject to investment risk, including possible loss of the principal invested.



**E✳TRADE Securities**
**Investment Account**

| | | | |
|---|---|---|---|
| **Account Number:** 5360-5301 | **Statement Period :** April 1, 2023 - June 30, 2023 | **Account Type:** CUSTODIAN |

## NET ACCOUNT VALUE BY MONTH END



## ACCOUNT TRANSACTION SUMMARY

| DESCRIPTION | THIS PERIOD | YEAR TO DATE |
|---|---|---|
| | | |

# E✱TRADE®
from Morgan Stanley

**E✱TRADE Securities**
**Investment Account**

**Account Number:** 5360-5301          **Statement Period :** April 1, 2023 - June 30, 2023          **Account Type:** CUSTODIAN

## ACCOUNT HOLDINGS

### CASH & CASH EQUIVALENTS (0.00% of Holdings)

| DESCRIPTION | PORTFOLIO % | AMOUNT |
|---|---|---|
| CASH BALANCE | | 79.78 |
| Opening Balance | | 79.78 |
| Closing Balance | 0.00 | 0.00 |
| **TOTAL CASH & CASH EQUIVALENTS** | **0.00%** | **$0.00** |

### STOCKS, OPTIONS & EXCHANGE-TRADED FUNDS (0.00% of Holdings)

| DESCRIPTION | SYMBOL/ CUSIP | ACCT TYPE | QUANTITY | PRICE | TOTAL MKT VALUE | PORTFOLIO (%) | EST. ANNUAL INCOME | EST. ANNUAL YIELD (%) |
|---|---|---|---|---|---|---|---|---|
| META MATLS INC COMMON STOCK | MMAT | Cash | | 0.2152 | 0.00 | 0.00 | | |
| NEXT BRIDGE HYDROCARBONS COMMON STOCK | 629999590 | Cash | | | 0.00 | 0.00 | | |
| TESLA INC COMMON STOCK | TSLA | Cash | | 261.7700 | 0.00 | 0.00 | | |

## TRANSACTION HISTORY

### WITHDRAWALS & DEPOSITS

| DATE | TRANSACTION TYPE | DESCRIPTION | WITHDRAWALS | DEPOSITS |
|---|---|---|---|---|
| 06/16/23 | Conversion | TFR TO MSSB A/C 892274523 | 79.78 | |
| **NET WITHDRAWALS & DEPOSITS** | | | | **$79.78** |

### OTHER ACTIVITY

| DATE | DESCRIPTION | SYMBOL/ CUSIP | TRANSACTION TYPE | QUANTITY | PRICE | AMOUNT DEBITED | AMOUNT CREDITED |
|---|---|---|---|---|---|---|---|
| 06/16/23 | META MATLS INC COMMON STOCK TFR TO MSSB A/C 892274523 | MMAT | Conversion | -20 | | | |
| 06/16/23 | NEXT BRIDGE HYDROCARBONS COMMON STOCK TFR TO MSSB A/C 892274523 | 629999590 | Conversion | -395 | | | |



**E✱TRADE Securities**
**Investment Account**

Account Number: 5360-5301        Statement Period : April 1, 2023 - June 30, 2023        Account Type: CUSTODIAN

## OTHER ACTIVITY (Continued)

| DATE | DESCRIPTION | SYMBOL/ CUSIP | TRANSACTION TYPE | QUANTITY | PRICE | AMOUNT DEBITED | AMOUNT CREDITED |
|---|---|---|---|---|---|---|---|
| 06/16/23 | TESLA INC COMMON STOCK TFR TO MSSB A/C 892274523 | TSLA | Conversion | -1 | | | |