NVB 3001 (Effective 1/21)

# UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA

**PROOF OF INTEREST**

**Name of Debtor:** Meta Materials INC

**Case Number:** 24-50792-hlb

**1. Name and address of holder of the Equity Interest** (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

Kindra McMillan
62 Prince Edward Dr.
North Bay, ON Canada.
P1A-2S9

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

☒ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

RECEIVED AND FILED
DEC 10 2024
U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

**Telephone Number:** 705-493-5226

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

COURT USE ONLY

**Account or other number by which Interest holder identifies Debtor:**
576FB6J TD Canada trust. (TD Direct Investing)

Check here if this claim:
☐ replaces a previously filed Proof of Interest dated: _____
☐ amends a previously filed Proof of Interest dated: _____

**2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:**
TD Canada trust (TD Direct Investing)
103 Laurentian Ave.
North Bay, ON P1B 9T2
**Telephone Number:** 705 474-3421

**3. Date Equity Interest was acquired:**
06/20/23 - 10,000
04/14/23 - 3,000     06/29/23 - 15,000
04/14/23 - 2,000     07/19/23 - 1,000
04/17/23 - 10,000    08/30/23 - 1,000
06/20/23 - 10,000    09/14/23 - 3,000
                     12/04/23 - 10,000

**4. Total amount of member interest:** 650

**5. Certificate number(s):** _____

**6. Type of Equity Interest:**
Please indicate the type of Equity Interest you hold:
☒ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
☐ Check this box if your Equity Interest is based on anything else and describe that interest:
**Description:** _____

**7. Supporting Documents:** Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**8. Date-Stamped Copy:** To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

**9. Signature:**
Check the appropriate box.
☒ I am the creditor.   ☐ I am the creditor's authorized agent.   ☐ I am the trustee, or the debtor,   ☐ I am a guarantor, surety, endorser, or other codebtor.
(Attach copy of power of attorney, if any.)   or their authorized agent.   (See Bankruptcy Rule 3005.)
(See Bankruptcy Rule 3004.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: Kindra McMillan
Title:
Company:___ Address and telephone number (if different from notice address above):

(Signature) /s/ KM          (Date) Nov 27/24

Telephone number: 705 493-5226   email: KindraJMcMillan@gmail.com

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*



TD Direct Investing
77 Bloor Street West
P O Box 5999 Station F
Toronto Ontario M4Y 2T1

September 11, 2024

03069
MRS KINDRA J MCMILLAN
62 PRINCE EDWARD DR
NORTH BAY ON P1A 2T9

## Action Required Remove Non-Qualified Investment in your Registered Account # 576FB6J with TD Direct Investing

Dear MRS KINDRA J MCMILLAN,

We are writing to inform you that your registered account mentioned above contains a non-qualified investment The detail of this investment is provided below

**META MATERIALS INC-NEW**

> **Date Security Became Non-Qualified**                  **August 21, 2024**
> **Fair Market Value on Date Security Became Non-Qualified**    **$574 05**

A non-qualified investment is any investment that falls outside the *Income Tax Act*'s definition of a qualified investment As the name suggests, non-qualified investments cannot be held in registered accounts and may lead to adverse* tax consequences for you Your account status is currently non-compliant with provisions of the *Income Tax Act*

### What you need to do

**Please remove the non-qualified investment from the account within 90 days from the date on this letter** Doing so will restore your account status to 'compliant' You may, however, face adverse tax consequences for the duration the non-qualified investment remained in the account

If this investment remains in your account beyond the stated timeframe, it may be removed at our discretion using one of the methods mentioned below, as restoring your account status to 'compliant' is a priority

### Removing non-qualified investments

Please contact an Investment Representative at 1-800-465-5463 between 7 a m and 10 p m ET, Monday to Friday to assist you with any of the following options

- Selling the non-qualified investment on an active market at the current fair market value
- Withdrawing the non-qualified investment from your registered account at the current fair market value

*(Please turn over)*

TD Direct Investing is a division of TD Waterhouse Canada Inc a subsidiary of The Toronto Dominion Bank
® The TD logo and other TD trademarks are the property of The Toronto-Dominion Bank or its subsidiaries

592266 (042023)



**TD Direct Investing**

# Your TFSA statement

August 1, 2024 to October 31, 2024

MRS KINDRA J MCMILLAN
62 PRINCE EDWARD DR
NORTH BAY ON
P1A 2T9

Account number 576FB6-J
Account type Tax-Free Savings Account - CDN
Account currency Canadian dollars

### Do you have a question?

If you have any questions or require assistance please log into the TD app and choose Contact Us from the 'More' menu or call the numbers below to speak to an Investment Representative

| | |
|---|---|
| **English** | **1-800-465-5463** |
| **French** | **1-800-361-2684** |
| **Cantonese** | **1-800-838-3223 option 1** |
| **Mandarin** | **1-800-838-3223 option 2** |

## Your account at a glance

**You need to know**
Please see **page 3** for important information about your account

| | This period (Aug 1 - Oct 31, 2024) | Last period (Jul 1 - Jul 31, 2024) | Year to date (Jan 1 - Oct 31, 2024) |
|---|---|---|---|
| Beginning balance | $7,253.80 | $6,379.35 | $16,154.67 |
| Change in your account balance | -$3,685.36 | $874.45 | -$12,586.23 |
| **Ending balance** | **$3,568.44** | **$7,253.80** | **$3,568.44** |

▸ US dollars converted to Canadian dollars at 1.3910 as of Oct 31, 2024

## Holdings in your account
on October 31, 2024

| Description | Quantity or par value ($) | Price ($) | Book cost ($) | Market value ($) | Unrealized gain or loss ($) | % of your holdings |
|---|---|---|---|---|---|---|
| **DOMESTIC** | | | | | | |
| Cash | | | 17.63 | 17.63 | 0.00 | 0.49% |
| **COMMON SHARES** | | | | | | |
| META MATERIALS INC-NEW (**MMATQ**) | 650 SEG | 0.071u | 17,049.49 | 64.21 | -16,985.28 | 1.80% |
| PROPHECY DEFI INC (**PDFI**) | 300,000 SEG | 0.010 | 15,049.95 | 3,000.00 | -12,049.95 | 84.07% |
| ROYAL HELIUM LTD-NEW (**RHC**) | 4,500 SEG | 0.050 | 1,482.48 | 225.00 | -1,257.48 | 6.31% |
| **TOTAL DOMESTIC** | | | **$33,599.55** | **$3,306.84** | | **92.67%** |
(continued on next page)

*Order-Execution-Only Account*

TD Waterhouse Canada Inc
Member – Canadian Investor Protection Fund



**Regulated by CIRO**
Canadian Investment
Regulatory Organization

Page 1 of 4



**TD Direct Investing**
*3500 STEELES AVE E*
*TOWER 2, 2ND FLOOR*
*MARKHAM ON L3R 0X1*

**TD Direct Investing**

## Transaction Confirmation

MRS KINDRA J MCMILLAN
62 PRINCE EDWARD DR
NORTH BAY ON  P1A 2T9

**Account number and type**
576FB6J - TD Waterhouse Tax-Free Savings Account - CDN

**Questions?**
Contact an Investment Representative
Toll Free 1 (800) 465-5463

## Transaction on April 14, 2023

▸ For settlement on: April 18, 2023
▸ Processed on: April 14, 2023

| Transaction | Security Description | Quantity | Price ($) | Amount ($) |
|---|---|---|---|---|
| You bought | META MATERIALS INC CR-601349 | 3,000 | 0.218 | |

**Ticker symbol: MMAT**
Security number: 43665R
CUSIP ID: 59134N104
Trade number: 003800
Trade processed by: 9EON

|  |  |  |
|---|---|---|
|  | Gross transaction amount | USD 654.00 |
| *Plus* | Commission | 9.99 |
| *Plus* | Premium on USD Funds converted at 35.49% | 235.65 |
| *Equals* | Net transaction amount | CAD $899.64 |

*As agent, TD Direct Investing confirms the above purchase on a U.S. OTC marketplace for settlement in your account.*

## Important information

Please review the information in this Transaction Confirmation carefully and let us know within 10 calendar days if there are any discrepancies.

Clients' accounts are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of coverage is available upon request.

**Abbreviations used in the security descriptions**
RS   = Restricted shares
NVS = Non-voting shares
RVS = Restricted voting shares
SVS = Subordinate voting shares
MVS = Multiple voting shares
/D   = DSC (Deferred Sales Charge)
/NL  = No Load

**Disclosure of sources of revenue**
TD Direct Investing and/or parties related to us may earn revenue in addition to commission from the following sources: currency conversion charges on certain trades and mutual fund transactions, fees paid by issuers and others in connection with corporate actions and new issues, the sale of fixed income products, trailer fees paid by mutual fund companies, and remuneration paid by U.S. market makers and exchanges in connection with U.S. trades. For more information, see the TD Waterhouse Canada Inc. Account and Service Agreements and Disclosure Documents booklet. It is also available online at www.td.com/ca/en/investing/direct-investing.

The name of the salesperson, dealer and/or market in this transaction will be provided upon request.

TD Direct Investing is a division of TD Waterhouse Canada Inc., a subsidiary of The Toronto-Dominion Bank.

**Thank you for choosing TD Direct Investing.**

TD Waterhouse Canada Inc. - Member of the Canadian Investor Protection Fund
00099643 0000004249 20230414 59134N104 43665R

Order execution account
No advice or recommendations provided.

Page 1 of 1



**TD Direct Investing**
3500 STEELES AVE E
TOWER 2, 2ND FLOOR
MARKHAM ON L3R 0X1

**TD Direct Investing**

## Transaction Confirmation

MRS KINDRA J MCMILLAN
62 PRINCE EDWARD DR
NORTH BAY ON  P1A 2T9

**Account number and type**
576FB6J - TD Waterhouse Tax-Free Savings Account - CDN

**Questions?**
Contact an Investment Representative
Toll Free 1 (800) 465-5463

### Transaction on April 14, 2023

▸ For settlement on: April 18, 2023
▸ Processed on: April 14, 2023

| Transaction | Security Description | Quantity | Price ($) | Amount ($) |
|---|---|---|---|---|
| You bought | META MATERIALS INC XZ-602723 | 2,000 | 0.228 | |

**Ticker symbol: MMAT**
Security number: 43665R
CUSIP ID: 59134N104
Trade number: 003996
Trade processed by: 9EON

| | Gross transaction amount | USD  456.00 |
|---|---|---|
| Plus | Commission | 9.99 |
| Plus | Premium on USD Funds converted at 35.89% | 167.24 |
| *Equals* | **Net transaction amount** | **CAD $633.23** |

*As agent, TD Direct Investing confirms the above purchase on a U.S. OTC marketplace for settlement in your account.*

### Important information

Please review the information in this Transaction Confirmation carefully and let us know within 10 calendar days if there are any discrepancies.

Clients' accounts are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of coverage is available upon request.

**Abbreviations used in the security descriptions**
RS   = Restricted shares
NVS = Non–voting shares
RVS = Restricted voting shares
SVS = Subordinate voting shares
MVS = Multiple voting shares
/D   = DSC (Deferred Sales Charge)
/NL  = No Load

**Disclosure of sources of revenue**
TD Direct Investing and/or parties related to us may earn revenue in addition to commission from the following sources: currency conversion charges on certain trades and mutual fund transactions, fees paid by issuers and others in connection with corporate actions and new issues, the sale of fixed income products, trailer fees paid by mutual fund companies, and remuneration paid by U.S. market makers and exchanges in connection with U.S. trades. For more information, see the TD Waterhouse Canada Inc. Account and Service Agreements and Disclosure Documents booklet. It is also available online at www.td.com/ca/en/investing/direct-investing.

The name of the salesperson, dealer and/or market in this transaction will be provided upon request.

TD Direct Investing is a division of TD Waterhouse Canada Inc., a subsidiary of The Toronto-Dominion Bank.

**Thank you for choosing TD Direct Investing.**

TD Waterhouse Canada Inc. - Member of the Canadian Investor Protection Fund
00099644 0000004249 20230414 59134N104 43665R

Order execution account
No advice or recommendations provided.
Page 1 of 1



**TD Direct Investing**
*3500 STEELES AVE E*
*TOWER 2, 2ND FLOOR*
*MARKHAM ON L3R 0X1*

**TD Direct Investing**

## Transaction Confirmation

**Account number and type**
576FB6J - TD Waterhouse Tax-Free Savings Account - CDN

MRS KINDRA J MCMILLAN
62 PRINCE EDWARD DR
NORTH BAY ON  P1A 2T9

**Questions?**
Contact an Investment Representative
Toll Free 1 (800) 465-5463

## Transaction on April 17, 2023

▸ For settlement on: April 19, 2023
▸ Processed on: April 17, 2023

| Transaction | Security Description | Quantity | Price ($) | Amount ($) |
|---|---|---|---|---|
| You bought | META MATERIALS INC PM-597409 | 10,000 | 0.2205 | |

**Ticker symbol: MMAT**
Security number: 43665R
CUSIP ID: 59134N104
Trade number: 003633
Trade processed by: 9EON

|  | | |
|---|---|---|
| | Gross transaction amount | USD  2,205.00 |
| Plus | Commission | 9.99 |
| Plus | Premium on USD Funds converted at 35.89% | 794.96 |
| Equals | Net transaction amount | CAD $3,009.95 |

*As agent, TD Direct Investing confirms the above purchase on a U.S. OTC marketplace for settlement in your account.*

### Important information

Please review the information in this Transaction Confirmation carefully and let us know within 10 calendar days if there are any discrepancies.

Clients accounts are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of coverage is available upon request.

**Abbreviations used in the security descriptions**
RS   = Restricted shares
NVS = Non-voting shares
RVS = Restricted voting shares
SVS = Subordinate voting shares
MVS = Multiple voting shares
/D    = DSC (Deferred Sales Charge)
/NL  = No Load

**Disclosure of sources of revenue**
TD Direct Investing and/or parties related to us may earn revenue in addition to commission from the following sources: currency conversion charges on certain trades and mutual fund transactions, fees paid by issuers and others in connection with corporate actions and new issues, the sale of fixed income products, trailer fees paid by mutual fund companies, and remuneration paid by U.S. market makers and exchanges in connection with U.S. trades. For more information, see the TD Waterhouse Canada Inc. Account and Service Agreements and Disclosure Documents booklet. It is also available online at www.td.com/ca/en/investing/direct-investing.

The name of the salesperson, dealer and/or market in this transaction will be provided upon request.

TD Direct Investing is a division of TD Waterhouse Canada Inc., a subsidiary of The Toronto-Dominion Bank.

**Thank you for choosing TD Direct Investing.**

**TD Waterhouse Canada Inc. - Member of the Canadian Investor Protection Fund**
00095506 0000004250 20230417 59134N104 43665R

**Order execution account**
No advice or recommendations provided.

Page 1 of 1



**TD Direct Investing**
*3500 STEELES AVE E*
*TOWER 2, 2ND FLOOR*
*MARKHAM ON L3R 0X1*

**TD Direct Investing**

## Transaction Confirmation

MRS KINDRA J MCMILLAN
62 PRINCE EDWARD DR
NORTH BAY ON  P1A 2T9

**Account number and type**
576FB6J - TD Waterhouse Tax-Free Savings Account - CDN

**Questions?**
**Contact an Investment Representative**
Toll Free 1 (800) 465-5463

## Transaction on June 20, 2023

▸ For settlement on: June 22, 2023
▸ Processed on: June 20, 2023

| Transaction | Security Description | Quantity | Price ($) | Amount ($) |
|---|---|---|---|---|
| You bought | META MATERIALS INC MK-611782 | 10,000 | 0.21 | |

Ticker symbol: MMAT
Security number: 43665R
CUSIP ID: 59134N104
Trade number: 005334
Trade processed by: 9EON

| | | |
|---|---|---|
| | Gross transaction amount | USD  2,100.00 |
| *Plus* | Commission | 9.99 |
| *Plus* | Premium on USD Funds converted at 34.49% | 727.74 |
| *Equals* | Net transaction amount | CAD $2,837.73 |

*As agent, TD Direct Investing confirms the above purchase on a U.S. OTC marketplace for settlement in your account.*

## Important information

Please review the information in this Transaction Confirmation carefully and let us know within 10 calendar days if there are any discrepancies.

Clients' accounts are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of coverage is available upon request.

**Abbreviations used in the security descriptions**
RS  = Restricted shares
NVS = Non–voting shares
RVS = Restricted voting shares
SVS = Subordinate voting shares
MVS = Multiple voting shares
/D    = DSC (Deferred Sales Charge)
/NL  = No Load

**Disclosure of sources of revenue**
TD Direct Investing and/or parties related to us may earn revenue in addition to commission from the following sources: currency conversion charges on certain trades and mutual fund transactions, fees paid by issuers and others in connection with corporate actions and new issues, the sale of fixed income products, trailer fees paid by mutual fund companies, and remuneration paid by U.S. market makers and exchanges in connection with U.S. trades. For more information, see the TD Waterhouse Canada Inc. Account and Service Agreements and Disclosure Documents booklet. It is also available online at www.td.com/ca/en/investing/direct-investing.

The name of the salesperson, dealer and/or market in this transaction will be provided upon request.

TD Direct Investing is a division of TD Waterhouse Canada Inc., a subsidiary of The Toronto-Dominion Bank.

**Thank you for choosing
TD Direct Investing.**

**TD Waterhouse Canada Inc. - Member of the Canadian Investor Protection Fund**
00100644 0000004296 20230620 59134N104 43665R

**Order execution account**
No advice or recommendations provided.
Page 1 of 1



**TD Direct Investing**
*3500 STEELES AVE E*
*TOWER 2, 2ND FLOOR*
*MARKHAM ON L3R 0X1*

**TD Direct Investing**

## Transaction Confirmation

MRS KINDRA J MCMILLAN
62 PRINCE EDWARD DR
NORTH BAY ON  P1A 2T9

**Account number and type**
576FB6J - TD Waterhouse Tax-Free Savings Account - CDN

**Questions?**
Contact an Investment Representative
Toll Free 1 (800) 465-5463

### Transaction on June 20, 2023

▸ For settlement on: June 22, 2023
▸ Processed on: June 20, 2023

| Transaction | Security Description | Quantity | Price ($) | Amount ($) |
|---|---|---|---|---|
| You bought | META MATERIALS INC CP-609404 | 10,000 | 0.2082 | |

Ticker symbol: **MMAT**
Security number: 43665R
CUSIP ID: 59134N104
Trade number: 004700
Trade processed by: 9EON

| | | |
|---|---|---|
| | Gross transaction amount | USD 2,082.00 |
| Plus | Commission | 9.99 |
| Plus | Premium on USD Funds converted at 34.69% | 725.71 |
| *Equals* | **Net transaction amount** | **CAD $2,817.70** |

*As agent, TD Direct Investing confirms the above purchase on a U.S. OTC marketplace for settlement in your account.*

### Important information

Please review the information in this Transaction Confirmation carefully and let us know within 10 calendar days if there are any discrepancies.

Clients' accounts are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of coverage is available upon request.

**Abbreviations used in the security descriptions**
RS   = Restricted shares
NVS  = Non-voting shares
RVS  = Restricted voting shares
SVS  = Subordinate voting shares
MVS  = Multiple voting shares
/D   = DSC (Deferred Sales Charge)
/NL  = No Load

**Disclosure of sources of revenue**
TD Direct Investing and/or parties related to us may earn revenue in addition to commission from the following sources: currency conversion charges on certain trades and mutual fund transactions, fees paid by issuers and others in connection with corporate actions and new issues, the sale of fixed income products, trailer fees paid by mutual fund companies, and remuneration paid by U.S. market makers and exchanges in connection with U.S. trades. For more information, see the TD Waterhouse Canada Inc. Account and Service Agreements and Disclosure Documents booklet. It is also available online at www.td.com/ca/en/investing/direct-investing.

The name of the salesperson, dealer and/or market in this transaction will be provided upon request.

TD Direct Investing is a division of TD Waterhouse Canada Inc., a subsidiary of The Toronto-Dominion Bank.

**Thank you for choosing TD Direct Investing.**

TD Waterhouse Canada Inc. - Member of the Canadian Investor Protection Fund
00100643 0000004296 20230620 59134N104 43665R

Order execution account
No advice or recommendations provided.

Page 1 of 1



**TD Direct Investing**
3500 STEELES AVE E
TOWER 2, 2ND FLOOR
MARKHAM ON L3R 0X1

**TD Direct Investing**

## Transaction Confirmation

**Account number and type**
576FB6J - TD Waterhouse Tax-Free Savings Account - CDN

MRS KINDRA J MCMILLAN
62 PRINCE EDWARD DR
NORTH BAY ON  P1A 2T9

**Questions?**
Contact an Investment Representative
Toll Free 1 (800) 465-5463

## Transaction on June 29, 2023

▸ For settlement on: July 03, 2023
▸ Processed on: June 29, 2023

| Transaction | Security Description | Quantity | Price ($) | Amount ($) |
|---|---|---|---|---|
| You bought | META MATERIALS INC FM-610390 | 15,000 | 0.2091 | |

Ticker symbol: MMAT
Security number: 43665R
CUSIP ID: 59134N104
Trade number: 000988
Trade processed by: 9EON

| | | |
|---|---|---|
| | Gross transaction amount | USD 3,136.50 |
| Plus | Commission | 9.99 |
| Plus | Premium on USD Funds converted at 34.59% | 1,088.37 |
| Equals | Net transaction amount | CAD $4,234.86 |

*As agent, TD Direct Investing confirms the above purchase on a U.S. OTC marketplace for settlement in your account.*

## Important information

Please review the information in this Transaction Confirmation carefully and let us know within 10 calendar days if there are any discrepancies.

Clients' accounts are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of coverage is available upon request.

**Abbreviations used in the security descriptions**
RS   = Restricted shares
NVS = Non-voting shares
RVS = Restricted voting shares
SVS = Subordinate voting shares
MVS = Multiple voting shares
/D   = DSC (Deferred Sales Charge)
/NL  = No Load

**Disclosure of sources of revenue**
TD Direct Investing and/or parties related to us may earn revenue in addition to commission from the following sources: currency conversion charges on certain trades and mutual fund transactions, fees paid by issuers and others in connection with corporate actions and new issues, the sale of fixed income products, trailer fees paid by mutual fund companies, and remuneration paid by U.S. market makers and exchanges in connection with U.S. trades. For more information, see the TD Waterhouse Canada Inc. Account and Service Agreements and Disclosure Documents booklet. It is also available online at www.td.com/ca/en/investing/direct-investing.

The name of the salesperson, dealer and/or market in this transaction will be provided upon request.

TD Direct Investing is a division of TD Waterhouse Canada Inc., a subsidiary of The Toronto-Dominion Bank.

**Thank you for choosing TD Direct Investing.**

TD Waterhouse Canada Inc. - Member of the Canadian Investor Protection Fund
00082139 0000004303 20230629 59134N104 43665R

Order execution account
No advice or recommendations provided.

Page 1 of 1



**TD Direct Investing**
*3500 STEELES AVE E*
*TOWER 2, 2ND FLOOR*
*MARKHAM ON L3R 0X1*

**TD Direct Investing**

## Transaction Confirmation

MRS KINDRA J MCMILLAN
62 PRINCE EDWARD DR
NORTH BAY ON P1A 2T9

**Account number and type**
576FB6J - TD Waterhouse Tax-Free Savings Account - CDN

**Questions?**
Contact an Investment Representative
Toll Free 1 (800) 465-5463

### Transaction on July 19, 2023

▸ For settlement on: July 21, 2023
▸ Processed on: July 19, 2023

| Transaction | Security Description | Quantity | Price ($) | Amount ($) |
|---|---|---|---|---|
| You bought | META MATERIALS INC HO-616494 | 1,000 | 0.199 | |

**Ticker symbol: MMAT**
Security number: 43665R
CUSIP ID: 59134N104
Trade number: 002954
Trade processed by: 9EON

| | | |
|---|---|---|
| | Gross transaction amount | USD 199.00 |
| Plus | Commission | 9.99 |
| Plus | Premium on USD Funds converted at 33.89% | 70.83 |
| *Equals* | **Net transaction amount** | **CAD $279.82** |

*As agent, TD Direct Investing confirms the above purchase on a U.S. OTC marketplace for settlement in your account.*

### Important information

Please review the information in this Transaction Confirmation carefully and let us know within 10 calendar days if there are any discrepancies.

Clients' accounts are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of coverage is available upon request.

**Abbreviations used in the security descriptions**
RS  = Restricted shares
NVS = Non-voting shares
RVS = Restricted voting shares
SVS = Subordinate voting shares
MVS = Multiple voting shares
/D  = DSC (Deferred Sales Charge)
/NL = No Load

**Disclosure of sources of revenue**
TD Direct Investing and/or parties related to us may earn revenue in addition to commission from the following sources: currency conversion charges on certain trades and mutual fund transactions, fees paid by issuers and others in connection with corporate actions and new issues, the sale of fixed income products, trailer fees paid by mutual fund companies, and remuneration paid by U.S. market makers and exchanges in connection with U.S. trades. For more information, see the TD Waterhouse Canada Inc. Account and Service Agreements and Disclosure Documents booklet. It is also available online at www.td.com/ca/en/investing/direct-investing.

The name of the salesperson, dealer and/or market in this transaction will be provided upon request.

TD Direct Investing is a division of TD Waterhouse Canada Inc., a subsidiary of The Toronto-Dominion Bank.

**Thank you for choosing TD Direct Investing.**

TD Waterhouse Canada Inc. - Member of the Canadian Investor Protection Fund
00109832 0000004317 20230719 59134N104 43665R

Order execution account
No advice or recommendations provided.

Page 1 of 1



**TD Direct Investing**
3500 STEELES AVE E
TOWER 2, 2ND FLOOR
MARKHAM ON L3R 0X1

**TD Direct Investing**

## Transaction Confirmation

MRS KINDRA J MCMILLAN
62 PRINCE EDWARD DR
NORTH BAY ON  P1A 2T9

**Account number and type**
576FB6J - TD Waterhouse Tax-Free Savings Account - CDN

**Questions?**
Contact an Investment Representative
Toll Free 1 (800) 465-5463

### Transaction on August 30, 2023

▸ **For settlement on:** September 01, 2023
▸ **Processed on:** August 30, 2023

| Transaction | Security Description | Quantity | Price ($) | Amount ($) |
|---|---|---|---|---|
| You bought | META MATERIALS INC LR-623505 | 1,000 | 0.23 | |

**Ticker symbol: MMAT**
Security number: 43665R
CUSIP ID: 59134N104
Trade number: 005602
Trade processed by: 9EON

| | | |
|---|---|---|
| | Gross transaction amount | USD  230.00 |
| Plus | Commission | 9.99 |
| Plus | Premium on USD Funds converted at 37.29% | 89.49 |
| Equals | Net transaction amount | CAD $329.48 |

*As agent, TD Direct Investing confirms the above purchase on a U.S. OTC marketplace for settlement in your account.*

### Important information

Please review the information in this Transaction Confirmation carefully and let us know within 10 calendar days if there are any discrepancies.

Clients' accounts are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of coverage is available upon request.

**Abbreviations used in the security descriptions**
RS  = Restricted shares
NVS = Non-voting shares
RVS = Restricted voting shares
SVS = Subordinate voting shares
MVS = Multiple voting shares
/D  = DSC (Deferred Sales Charge)
/NL = No Load

**Disclosure of sources of revenue**
TD Direct Investing and/or parties related to us may earn revenue in addition to commission from the following sources: currency conversion charges on certain trades and mutual fund transactions, fees paid by issuers and others in connection with corporate actions and new issues, the sale of fixed income products, trailer fees paid by mutual fund companies, and remuneration paid by U.S. market makers and exchanges in connection with U.S. trades. For more information, see the TD Waterhouse Canada Inc. Account and Service Agreements and Disclosure Documents booklet. It is also available online at www.td.com/ca/en/investing/direct-investing

The name of the salesperson, dealer and/or market in this transaction will be provided upon request.

TD Direct Investing is a division of TD Waterhouse Canada Inc., a subsidiary of The Toronto-Dominion Bank.

®The TD logo and other TD trademarks are the property of The Toronto-Dominion Bank or its subsidiaries.

**Thank you for choosing
TD Direct Investing.**

**TD Waterhouse Canada Inc. - Member of the Canadian Investor Protection Fund**
00087584 0000004347 20230830 59134N104 43665R

Order execution account
No advice or recommendations provided.
Page 1 of 1



**TD Direct Investing**
3500 STEELES AVE E
TOWER 2, 2ND FLOOR
MARKHAM ON L3R 0X1

**TD Direct Investing**

MRS KINDRA J MCMILLAN
62 PRINCE EDWARD DR
NORTH BAY ON  P1A 2T9

## Transaction Confirmation

**Account number and type**
576FB6J - TD Waterhouse Tax-Free Savings Account - CDN

**Questions?**
Contact an Investment Representative
Toll Free 1 (800) 465-5463

### Transaction on September 14, 2023

▸ **For settlement on:** September 18, 2023
▸ **Processed on:** September 14, 2023

| Transaction | Security Description | Quantity | Price ($) | Amount ($) |
|---|---|---|---|---|
| You bought | META MATERIALS INC | 2,800 | 0.2238 | |
| | SJ-631123 | 200 | 0.2237 | |
| | | 3,000 | | |

**Ticker symbol:** MMAT
**Security number:** 43665R
**CUSIP ID:** 59134N104
**Trade number:** 005237
**Trade processed by:** 9EON

| | | |
|---|---|---|
| | Gross transaction amount | USD  671.38 |
| Plus | Commission | 9.99 |
| Plus | Premium on USD Funds converted at 37.29% | 254.08 |
| Equals | **Net transaction amount** | **CAD $935.45** |

*As agent, TD Direct Investing confirms the above purchase on a U.S. OTC marketplace for settlement in your account.*

### Important information

Please review the information in this Transaction Confirmation carefully and let us know within 10 calendar days if there are any discrepancies.

Clients' accounts are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of coverage is available upon request.

**Abbreviations used in the security descriptions**
RS  = Restricted shares
NVS = Non-voting shares
RVS = Restricted voting shares
SVS = Subordinate voting shares
MVS = Multiple voting shares
/D  = DSC (Deferred Sales Charge)
/NL = No Load

**Disclosure of sources of revenue**

TD Direct Investing and/or parties related to us may earn revenue in addition to commission from the following sources: currency conversion charges on certain trades and mutual fund transactions, fees paid by issuers and others in connection with corporate actions and new issues, the sale of fixed income products, trailer fees paid by mutual fund companies, and remuneration paid by U.S. market makers and exchanges in connection with U.S. trades. For more information, see the TD Waterhouse Canada Inc. Account and Service Agreements and Disclosure Documents booklet. It is also available online at www.td.com/ca/en/investing/direct-investing.

The name of the salesperson, dealer and/or market in this transaction will be provided upon request.

TD Direct Investing is a division of TD Waterhouse Canada Inc., a subsidiary of The Toronto-Dominion Bank.

®The TD logo and other TD trademarks are the property of The Toronto-Dominion Bank or its subsidiaries.

**Thank you for choosing TD Direct Investing.**

TD Waterhouse Canada Inc. - Member of the Canadian Investor Protection Fund
00094254 0000004357 20230914 59134N104 43665R

Order execution account
No advice or recommendations provided.

Page 1 of 1



**TD Direct Investing**
*3500 STEELES AVE E*
*TOWER 2, 2ND FLOOR*
*MARKHAM ON L3R 0X1*

**TD Direct Investing**

## Transaction Confirmation

MRS KINDRA J MCMILLAN
62 PRINCE EDWARD DR
NORTH BAY ON  P1A 2T9

**Account number and type**
576FB6J - TD Waterhouse Tax-Free Savings Account - CDN

**Questions?**
Contact an Investment Representative
Toll Free 1 (800) 465-5463

### Transaction on December 04, 2023

▸ **For settlement on:** December 06, 2023
▸ **Processed on:** December 04, 2023

| Transaction | Security Description | Quantity | Price ($) | Amount ($) |
|---|---|---|---|---|
| You bought | META MATERIALS INC YF-647287 | 10,000 | 0.077 | |

**Ticker symbol:** MMAT
**Security number:** 43665R
**CUSIP ID:** 59134N104
**Trade number:** 001214
**Trade processed by:** 9EON

| | | |
|---|---|---|
| | Gross transaction amount | USD  770.00 |
| *Plus* | Commission | 9.99 |
| *Plus* | Premium on USD Funds converted at 37.39% | 291.64 |
| *Equals* | **Net transaction amount** | **CAD $1,071.63** |

*As agent, TD Direct Investing confirms the above purchase on a U.S. OTC marketplace for settlement in your account.*

### Important information

Please review the information in this Transaction Confirmation carefully and let us know within 10 calendar days if there are any discrepancies.

Clients' accounts are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of coverage is available upon request.

**Abbreviations used in the security descriptions**
RS   = Restricted shares
NVS  = Non-voting shares
RVS  = Restricted voting shares
SVS  = Subordinate voting shares
MVS  = Multiple voting shares
/D   = DSC (Deferred Sales Charge)
/NL  = No Load

**Disclosure of sources of revenue**
TD Direct Investing and/or parties related to us may earn revenue in addition to commission from the following sources: currency conversion charges on certain trades and mutual fund transactions, fees paid by issuers and others in connection with corporate actions and new issues, the sale of fixed income products, trailer fees paid by mutual fund companies, and remuneration paid by U.S. market makers and exchanges in connection with U.S. trades. For more information, see the TD Waterhouse Canada Inc. Account and Service Agreements and Disclosure Documents booklet. It is also available online at www.td.com/ca/en/investing/direct-investing.

The name of the salesperson, dealer and/or market in this transaction will be provided upon request.

TD Direct Investing is a division of TD Waterhouse Canada Inc., a subsidiary of The Toronto-Dominion Bank.

®The TD logo and other TD trademarks are the property of The Toronto-Dominion Bank or its subsidiaries.

**Thank you for choosing**
**TD Direct Investing.**

**TD Waterhouse Canada Inc. - Member of the Canadian Investor Protection Fund**
00116240 00000004414 20231204 59134N104 43665R

Order execution account
No advice or recommendations provided.
Page 1 of 1