NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | **PROOF OF INTEREST** |
|---|---|

| Name of Debtor | Case Number |
|---|---|
| Meta Materials INC | 24-50792-hlb |

| 1 | Name and address of holder of the Equity Interest (the person or entity holding an Equity Interest in the Debtor Referred to hereinafter as the 'Interest holder ) | ☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest Attach copy of statement giving particulars | **RECEIVED AND FILED** |
|---|---|---|---|

Ryan McMillan
62 Prince Edward Dr.
North Bay, ON P1A-2S9

☒ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case

**DEC 1 0 2024**

Telephone Number  705 471-6558

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors

**U S BANKRUPTCY COURT
MARY A. SCHOTT, CLERK**

NOTE This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose This form should only be used to assert an Equity Interest in the Debtor An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein

COURT USE ONLY

| Account or other number by which Interest holder identifies Debtor | Check here if this claim |
|---|---|
| 08BF02A   TD Canada trust | ☐ replaces a previously filed Proof of Interest dated _____ |
| | ☐ amends a previously filed Proof of Interest dated _____ |

| 2 | Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest | 3 | Date Equity Interest was acquired |
|---|---|---|---|
| TD Canada Trust. | 103 Laurentian Ave. North Bay, ON P1B-9T2 | OCT 13 2022 1000 shares | transaction Confirmation Included |
| Telephone Number  705 474-3421 | | Nov 15 2022 2350 shares
Jan 17 2023 1650 shares
Jan 17 2024 10,000 shares
Jan 17 2024 20,000 shares | |

| 4 | Total amount of member interest   350 | 5 | Certificate number(s) |
|---|---|---|---|

| 6 | Type of Equity Interest
Please indicate the type of Equity Interest you hold
☒ Check this box if your Equity Interest is based on an actual member interest held in the Debtor
☐ Check this box if your Equity Interest is based on anything else and describe that interest |
|---|---|

Description

| 7 | Supporting Documents Attach copies of supporting documents such as stock certificates option agreements warrants etc DO NOT SEND ORIGINAL DOCUMENTS If the documents are not available explain If the documents are voluminous attach a summary |
|---|---|

| 8 | Date-Stamped Copy To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest |
|---|---|

9 Signature
Check the appropriate box

☒ I am the creditor   ☐ I am the creditor s authorized agent
(Attach copy of power of attorney if any )   ☐ I am the trustee or the debtor or their authorized agent (See Bankruptcy Rule 3004 )   ☐ I am a guarantor surety endorser or other codebtor (See Bankruptcy Rule 3005 )

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge information and reasonable belief

Print Name  Ryan McMillan
Title
Company __ Address and telephone number (if different from notice address above) __

(Signature)  Nov 27/2024  (Date)

Telephone number 705 471-6558  email Ryan mcmillan@ Sunlife com

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U S C §§ 152 AND 3571*



**TD Direct Investing**
*3500 STEELES AVE E*
*TOWER 2  2ND FLOOR*
*MARKHAM ON L3R 0X1*

**TD Direct Investing**

## Transaction Confirmation

MR  RYAN C MCMILLAN
62 PRINCE EDWARD DR
NORTH BAY ON  P1A 2T9

**Account number and type**
08BF02J - TD Waterhouse Tax-Free Savings
Account - CDN

**Questions?**
**Contact an Investment Representative**
Toll Free 1 (800) 465-5463

## Transaction on January 17, 2024

▸ **For settlement on**  January 19  2024
▸ **Processed on**  January 17  2024

| Transaction | Security Description | | Quantity | Price ($) | Amount ($) |
|---|---|---|---|---|---|
| **You bought** | META MATERIALS INC DT-656445 | | 10,000 | 0 07 | |

|  |  |  |  |
|---|---|---|---|
| **Ticker symbol  MMAT** | | Gross transaction amount | USD  700 00 |
| Security number  43665R | *Plus* | Commission | 9 99 |
| CUSIP ID  59134N104 | *Plus* | Premium on USD Funds converted at | |
| Trade number  006879 | | 37 19% | 264 05 |
| Trade processed by  9EON | *Equals* | **Net transaction amount** | **CAD $974 04** |

*As agent  TD Direct Investing confirms the above purchase on a U S  OTC marketplace for settlement in your account*

## Important information

Please review the information in this Transaction Confirmation carefully and let us know within 10 calendar days if there are any discrepancies

Clients  accounts are protected by the Canadian Investor Protection Fund within specified limits A brochure describing the nature and limits of coverage is available upon request

**Abbreviations used in the security descriptions**
RS  = Restricted shares
NVS = Non–voting shares
RVS = Restricted voting shares
SVS = Subordinate voting shares
MVS = Multiple voting shares
/D  = DSC (Deferred Sales Charge)
/NL = No Load

**Disclosure of sources of revenue**
TD Direct Investing and/or parties related to us may earn revenue in addition to commission from the following sources  currency conversion charges on certain trades and mutual fund transactions  fees paid by issuers and others in connection with corporate actions and new issues  the sale of fixed income products  trailer fees paid by mutual fund companies  and remuneration paid by U S  market makers and exchanges in connection with U S  trades  For more information  see the TD Waterhouse Canada Inc  Account and Service Agreements and Disclosure Documents booklet It is also available online at www td com/ca/en/investing/direct investing

The name of the salesperson  dealer and/or market in this transaction will be provided upon request

TD Direct Investing is a division of TD Waterhouse Canada Inc  a subsidiary of The Toronto Dominion Bank

®The TD logo and other TD trademarks are the property of The Toronto-Dominion Bank or its subsidiaries

**Thank you for choosing**
**TD Direct Investing**

**TD Waterhouse Canada Inc  - Member of the Canadian Investor Protection Fund**
00009923 0000004444 20240117 59134N104 43665R

Order execution account
No advice or recommendations provided
Page 1 of 1



**TD Direct Investing**
*3500 STEELES AVE E*
*TOWER 2  2ND FLOOR*
*MARKHAM ON L3R 0X1*

**TD Direct Investing**

MR  RYAN C MCMILLAN
62 PRINCE EDWARD DR
NORTH BAY ON  P1A 2T9

## Transaction Confirmation

**Account number and type**
08BF02J - TD Waterhouse Tax-Free Savings
Account - CDN

**Questions?**
**Contact an Investment Representative**
Toll Free 1 (800) 465-5463

## Transaction on January 17, 2024

▸ **For settlement on**  January 19  2024
▸ **Processed on**  January 17  2024

| Transaction | Security Description | Quantity | Price ($) | Amount ($) |
|---|---|---|---|---|
| **You bought** | META MATERIALS INC CV-656779 | 20 000 | 0 07 | |

**Ticker symbol  MMAT**
Security number  43665R
CUSIP ID  59134N104
Trade number  001263
Trade processed by  9EON

| | | |
|---|---|---|
| | Gross transaction amount | USD  1 400 00 |
| *Plus* | Commission | 9 99 |
| *Plus* | Premium on USD Funds converted at 37 19% | 524 38 |
| *Equals* | **Net transaction amount** | **CAD $1,934 37** |

*As agent  TD Direct Investing confirms the above purchase on a U S  OTC marketplace for settlement in your account*

## Important information

Please review the information in this Transaction Confirmation carefully and let us know within 10 calendar days if there are any discrepancies

Clients  accounts are protected by the Canadian Investor Protection Fund within specified limits  A brochure describing the nature and limits of coverage is available upon request

**Abbreviations used in the security descriptions**
RS  = Restricted shares
NVS = Non–voting shares
RVS = Restricted voting shares
SVS = Subordinate voting shares
MVS = Multiple voting shares
/D  = DSC (Deferred Sales Charge)
/NL = No Load

**Disclosure of sources of revenue**
TD Direct Investing and/or parties related to us may earn revenue in addition to commission from the following sources  currency conversion charges on certain trades and mutual fund transactions  fees paid by issuers and others in connection with corporate actions and new issues  the sale of fixed income products  trailer fees paid by mutual fund companies  and remuneration paid by U S  market makers and exchanges in connection with U S trades  For more information  see the TD Waterhouse Canada Inc  Account and Service Agreements and Disclosure Documents booklet It is also available online at www td com/ca/en/investing/direct investing

The name of the salesperson  dealer and/or market in this transaction will be provided upon request

TD Direct Investing is a division of TD Waterhouse Canada Inc   a subsidiary of The Toronto Dominion Bank

®The TD logo and other TD trademarks are the property of The Toronto-Dominion Bank or its subsidiaries

**Thank you for choosing TD Direct Investing**

**TD Waterhouse Canada Inc  - Member of the Canadian Investor Protection Fund**
00009922 0000004444 20240117 59134N104 43665R

Order execution account
No advice or recommendations provided

Page 1 of 1



**TD Direct Investing**
*3500 STEELES AVE E*
*TOWER 2  2ND FLOOR*
*MARKHAM ON L3R 0X1*

**TD Direct Investing**

## Transaction Confirmation

MR  RYAN C MCMILLAN
62 PRINCE EDWARD DR
NORTH BAY ON  P1A 2T9

**Account number and type**
08BF02J - TD Waterhouse Tax-Free Savings
Account - CDN

**Questions?**
**Contact an Investment Representative**
Toll Free 1 (800) 465-5463

## Transaction on January 17, 2023

▸ **For settlement on**  January 19, 2023
▸ **Processed on**  January 17  2023

| Transaction | Security Description | | Quantity | Price ($) | Amount ($) |
|---|---|---|---|---|---|
| **You bought** | META MATERIALS INC<br>MH-574706 | | 1 650 | 1 0376 | |
| | | | Gross transaction amount | | USD  1,712 04 |
| **Ticker symbol  MMAT** | | *Plus* | Commission | | 9 99 |
| Security number  43665R | | *Plus* | Premium on USD Funds converted at<br>35 79% | | 616 31 |
| CUSIP ID  59134N104 | | | | | |
| Trade number  006964 | | *Equals* | **Net transaction amount** | | **CAD $2,338 34** |
| Trade processed by  9EON | | | | | |

*As agent  TD Direct Investing confirms the above purchase on a U S  OTC marketplace for settlement in your account*

## Important information

Please review the information in this Transaction Confirmation carefully and let us know within 10 calendar days if there are any discrepancies

Clients  accounts are protected by the Canadian Investor Protection Fund within specified limits  A brochure describing the nature and limits of coverage is available upon request

**Abbreviations used in the security descriptions**
RS   = Restricted shares
NVS = Non–voting shares
RVS = Restricted voting shares
SVS = Subordinate voting shares
MVS = Multiple voting shares
/D   = DSC (Deferred Sales Charge)
/NL  = No Load

**Disclosure of sources of revenue**
TD Direct Investing and/or parties related to us may earn revenue in addition to commission from the following sources  currency conversion charges on certain trades and mutual fund transactions  fees paid by issuers and others in connection with corporate actions and new issues  the sale of fixed income products, trailer fees paid by mutual fund companies  and remuneration paid by U S  market makers and exchanges in connection with U S  trades  For more information  see the TD Waterhouse Canada Inc  Account and Service Agreements and Disclosure Documents booklet  It is also available online at www td com/ca/en/investing/direct investing

The name of the salesperson  dealer and/or market in this transaction will be provided upon request

TD Direct Investing is a division of TD Waterhouse Canada Inc   a subsidiary of The Toronto Dominion Bank

**Thank you for choosing TD Direct Investing**

**TD Waterhouse Canada Inc  - Member of the Canadian Investor Protection Fund**
00010649 0000004187 20230117 59134N104 43665R

Order execution account
No advice or recommendations provided
Page 1 of 1



**TD Direct Investing**
*3500 STEELES AVE E*
*TOWER 2  2ND FLOOR*
*MARKHAM ON L3R 0X1*

**TD Direct Investing**

## Transaction Confirmation

MR  RYAN C MCMILLAN
62 PRINCE EDWARD DR
NORTH BAY ON  P1A 2T9

**Account number and type**
08BF02J - TD Waterhouse Tax-Free Savings
Account - CDN

**Questions?**
**Contact an Investment Representative**
Toll Free 1 (800) 465-5463

## Transaction on November 15, 2022

▸ **For settlement on**  November 17  2022
▸ **Processed on**  November 15, 2022

| Transaction | Security Description | | Quantity | Price ($) | Amount ($) |
|---|---|---|---|---|---|
| **You bought** | META MATERIALS INC YR-566287 | | 2 350 | 1 88 | |
| | | Gross transaction amount | | | USD  4,418 00 |
| | *Plus* | Commission | | | 9 99 |
| | *Plus* | Premium on USD Funds converted at 34 89% | | | 1 544 93 |
| | *Equals* | **Net transaction amount** | | | **CAD $5,972 92** |

**Ticker symbol  MMAT**
Security number 43665R
CUSIP ID 59134N104
Trade number  004375
Trade processed by  9EON

*As agent, TD Direct Investing confirms the above purchase on a U S  OTC marketplace for settlement in your account*

## Important information

Please review the information in this Transaction Confirmation carefully and let us know within 10 calendar days if there are any discrepancies

Clients  accounts are protected by the Canadian Investor Protection Fund within specified limits A brochure describing the nature and limits of coverage is available upon request

**Abbreviations used in the security descriptions**
RS  = Restricted shares
NVS = Non–voting shares
RVS = Restricted voting shares
SVS = Subordinate voting shares
MVS = Multiple voting shares
/D   = DSC (Deferred Sales Charge)
/NL  = No Load

**Disclosure of sources of revenue**
TD Direct Investing and/or parties related to us may earn revenue in addition to commission from the following sources  currency conversion charges on certain trades and mutual fund transactions  fees paid by issuers and others in connection with corporate actions and new issues  the sale of fixed income products, trailer fees paid by mutual fund companies and remuneration paid by U S  market makers and exchanges in connection with U S trades  For more information  see the TD Waterhouse Canada Inc  Account and Service Agreements and Disclosure Documents booklet It is also available online at
www td com/ca/en/investing/direct investing

The name of the salesperson  dealer and/or market in this transaction will be provided upon request

TD Direct Investing is a division of TD Waterhouse Canada Inc  a subsidiary of The Toronto Dominion Bank

Thank you for choosing
TD Direct Investing

**TD Waterhouse Canada Inc  - Member of the Canadian Investor Protection Fund**
00009797 0000004144 20221115 59134N104 43665R

Order execution account
No advice or recommendations provided
Page 1 of 1



**TD Direct Investing**
*3500 STEELES AVE E*
*TOWER 2, 2ND FLOOR*
*MARKHAM ON L3R 0X1*

**TD Direct Investing**

## Transaction Confirmation

MR  RYAN C MCMILLAN
62 PRINCE EDWARD DR
NORTH BAY ON  P1A 2T9

**Account number and type**
08BF02J - TD Waterhouse Tax-Free Savings
Account - CDN

**Questions?**
Contact an Investment Representative
Toll Free 1 (800) 465-5463

## Transaction on October 13, 2022

▸ **For settlement on**  October 17, 2022
▸ **Processed on**  October 13  2022

| Transaction | Security Description | | Quantity | Price ($) | Amount ($) |
|---|---|---|---|---|---|
| **You bought** | META MATERIALS INC | | 1 000 | 1 1799 | |
| | MQ-556928 | | | | |
| | | | Gross transaction amount | | USD  1,179 90 |
| **Ticker symbol  MMAT** | | *Plus* | Commission | | 9 99 |
| Security number  43665R | | *Plus* | Premium on USD Funds converted at | | |
| CUSIP ID  59134N104 | | | 41 19% | | 490 12 |
| Trade number  002843 | | *Equals* | **Net transaction amount** | | **CAD $1,680 01** |
| Trade processed by  9EON | | | | | |

*As agent, TD Direct Investing confirms the above purchase on a U S  OTC marketplace for settlement in your account*

## Important information

Please review the information in this Transaction Confirmation carefully and let us know within 10 calendar days if there are any discrepancies

Clients  accounts are protected by the Canadian Investor Protection Fund within specified limits A brochure describing the nature and limits of coverage is available upon request

**Abbreviations used in the security descriptions**
RS   = Restricted shares
NVS = Non–voting shares
RVS = Restricted voting shares
SVS = Subordinate voting shares
MVS = Multiple voting shares
/D    = DSC (Deferred Sales Charge)
/NL   = No Load

**Disclosure of sources of revenue**
TD Direct Investing and/or parties related to us may earn revenue in addition to commission from the following sources  currency conversion charges on certain trades and mutual fund transactions  fees paid by issuers and others in connection with corporate actions and new issues  the sale of fixed income products, trailer fees paid by mutual fund companies, and remuneration paid by U S  market makers and exchanges in connection with U S trades  For more information  see the TD Waterhouse Canada Inc  Account and Service Agreements and Disclosure Documents booklet It is also available online at www td com/ca/en/investing/direct-investing

The name of the salesperson  dealer and/or market in this transaction will be provided upon request

TD Direct Investing is a division of TD Waterhouse Canada Inc  a subsidiary of The Toronto Dominion Bank

**Thank you for choosing TD Direct Investing**

**TD Waterhouse Canada Inc  - Member of the Canadian Investor Protection Fund**
00010289 0000004121 20221013 59134N104 43665R

Order execution account
No advice or recommendations provided
Page 1 of 1



**TD Direct Investing**
77 Bloor Street West
P O Box 5999 Station F
Toronto Ontario M4Y 2T1

September 11, 2024

00065
MR  RYAN C MCMILLAN
62 PRINCE EDWARD DR
NORTH BAY ON  P1A 2T9

### Action Required  Remove Non-Qualified Investment in your Registered Account # 08BF02J with TD Direct Investing

Dear MR  RYAN C MCMILLAN,

We are writing to inform you that your registered account mentioned above contains a non-qualified investment  The detail of this investment is provided below

**META MATERIALS INC-NEW**

| | |
|---|---|
| Date Security Became Non-Qualified | **August 21, 2024** |
| Fair Market Value on Date Security Became Non-Qualified | **$309 10** |

A non-qualified investment is any investment that falls outside the *Income Tax Act*'s definition of a qualified investment  As the name suggests, non-qualified investments cannot be held in registered accounts and may lead to adverse* tax consequences for you  Your account status is currently non-compliant with provisions of the *Income Tax Act*

### What you need to do

**Please remove the non-qualified investment from the account within 90 days from the date on this letter**  Doing so will restore your account status to 'compliant'  You may, however, face adverse tax consequences for the duration the non-qualified investment remained in the account

If this investment remains in your account beyond the stated timeframe, it may be removed at our discretion using one of the methods mentioned below, as restoring your account status to 'compliant' is a priority

### Removing non-qualified investments

Please contact an Investment Representative at 1-800-465-5463 between 7 a m  and 10 p m  ET, Monday to Friday to assist you with any of the following options

- Selling the non-qualified investment on an active market at the current fair market value
- Withdrawing the non-qualified investment from your registered account at the current fair market value

*(Please turn over)*

TD Direct Investing is a division of TD Waterhouse Canada Inc  a subsidiary of The Toronto-Dominion Bank.
®The TD logo and other TD trademarks are the property of The Toronto-Dominion Bank or its subsidiaries

## Account Details  As of 27 Nov 2024, 12 36 58 p m  ET

| 🍁 TD Direct Investing — 08BF02A — CAD Cash ▾ | ⑦ | | 🗀 Documents (eServices) ⌄ |

| Total Value | Cash Balance | Investments |
|---|---|---|
| **$996 15 CAD** | **$1 21** | **$994 94** |

⊖ **Asset Allocation**  This is the current breakdown of the asset mix of your account  Learn More



| Canadian Equities | 3 0% | Canadian Fixed Income | 0 0% | Cash & Cash Equivalents | 0 1% |
| U S  Equities | 96 9% | Global Fixed Income | 0 0% | Other | 0 0% |
| International Equities | 0 0% | | | | |

| Holdings | Allocation | Activity | Performance | Gain & Loss | Projected Income |

| Trade Date | Settle Date | Description | Action | Quantity | Price | Commission | Net Amount |
|---|---|---|---|---|---|---|---|
| 06 Nov 2024 | 08 Nov 2024 | META MATERIALS INC NEW | DEREG | 350 | | | $0 00 |
| 06 Nov 2024 | 08 Nov 2024 | 29 36RE 08 BF02 J | VALUE | 0 | | | $0 00 |
| 07 Nov 2024 | 08 Nov 2024 | CLEAN VISION CORPCONV TO CAD @40 69  4US PRBD 726504 | BUY | 1 500 | $0 03 | -$9 99 | $83 91 |

View Confirmations ›

*Broker notified that shares must be removed from TFSA (08BF02J) and transfer to CASH Account (08BF02A) As they no longer qualified*

*I have included a statement that shows this transaction on Nov 8/2024.*

⊖ **Important Information**

**PAGE NOTES**

- Cash may not include all filled transactions  Please see the Account Overview help section for more information
- The transactions listed on this page reflect your transaction activity for the past 60 days  For a longer history  please go to your statements in eServices