NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | | PROOF OF INTEREST |
|---|---|---|

Name of Debtor: META MATERIALS

Case Number: 24-50792

1. Name and address of holder of the Equity Interest (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

   PATRICIA SAGE
   110 S. MARION, UNIT 306
   OAK PARK, IL 60302

   Telephone Number: 708.955.0005

   ☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

   ☒ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

   ☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

   RECEIVED AND FILED

   DEC - 9 2024

   U.S. BANKRUPTCY COURT
   MARY A. SCHOTT, CLERK

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

COURT USE ONLY

Account or other number by which Interest holder identifies Debtor:
SCHWAB ROTH - 8200-1903
SCHWAB TRAD - 2577-5280
SCHWAB INV - 3590-8236

Check here if this claim:
☐ replaces a previously filed Proof of Interest dated: _____
☐ amends a previously filed Proof of Interest dated: _____

2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:
   CHARLES SCHWAB
   3000 SCHWAB WAY
   WESTLAKE, TX 76262-8104
   Telephone Number: 877-519-1403

3. Date Equity Interest was acquired:
   MULTIPLE TRANSACTION DATES OVER THE THREE ACCOUNTS IN 2023-2024
   SUMMARY DETAIL ATTACHED

4. Total amount of member interest: $45,000 LOSS

5. Certificate number(s): _____

6. Type of Equity Interest:
   Please indicate the type of Equity Interest you hold:
   ☒ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
   ☐ Check this box if your Equity Interest is based on anything else and describe that interest:
   Description: SOLD SHARES AT A LOSS

7. Supporting Documents: Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
   DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. Date-Stamped Copy: To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

9. Signature:
   Check the appropriate box.
   ☒ I am the creditor.    ☐ I am the creditor's authorized agent.    ☐ I am the trustee, or the debtor,    ☐ I am a guarantor, surety, endorser, or other codebtor.
   (Attach copy of power of attorney, if any.)    or their authorized agent.    (See Bankruptcy Rule 3005.)
   (See Bankruptcy Rule 3004.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: PATRICIA SAGE
Title: _____
Company: Address and telephone number (if different from notice address above): _____

(Signature) [signed]    (Date) 12/2/24

Telephone number: 708.955.0005    email: PMSAGE@GMAIL.COM

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

MMAT Transactions                                    Page 1 of 2                              Patricia Sage

| Date | Action | Symbol | Description | Quantity | Price | Fees & Comm | Amount |
|---|---|---|---|---|---|---|---|
| 1/24/2023 | Buy | MMAT | TDA TRAN - Bought 5000 (MMAT) @ 1.0500 | 5,000 | $1.05 | | ($5,250.00) |
| 2/1/2023 | Buy | MMAT | TDA TRAN - Bought 2500 (MMAT) @ 0.9900 | 2,500 | $0.99 | | ($2,475.00) |
| 2/23/2023 | Sell | MMAT | TDA TRAN - Sold 1500 (MMAT) @ 0.6777 | 1,500 | $0.68 | $0.23 | $1,016.32 |
| 3/6/2023 | Buy | MMAT | TDA TRAN - Bought 1000 (MMAT) @ 0.6000 | 1,000 | $0.60 | | ($600.00) |
| 3/20/2023 | Sell | MMAT | TDA TRAN - Sold 1000 (MMAT) @ 0.5350 | 1,000 | $0.54 | $0.15 | $534.85 |
| 3/27/2023 | Buy | MMAT | TDA TRAN - Bought 1000 (MMAT) @ 0.4530 | 1,000 | $0.45 | | ($453.00) |
| 3/27/2023 | Sell | MMAT | TDA TRAN - Sold ...500 (MMAT) @ 0.4750 | 500 | $0.48 | $0.07 | $237.43 |
| 3/27/2023 | Buy | MMAT | TDA TRAN - Bought ...193 (MMAT) @ 0.4520 | 193 | $0.45 | | ($87.24) |
| 3/28/2023 | Buy | MMAT | TDA TRAN - Bought ...500 (MMAT) @ 0.4490 | 500 | $0.45 | | ($224.50) |
| 3/28/2023 | Buy | MMAT | TDA TRAN - Bought ...307 (MMAT) @ 0.4520 | 307 | $0.45 | | ($138.76) |
| 4/3/2023 | Buy | MMAT | TDA TRAN - Bought 1500 (MMAT) @ 0.4100 | 1,500 | $0.41 | | ($615.00) |
| 4/5/2023 | Buy | MMAT | TDA TRAN - Bought 1000 (MMAT) @ 0.4040 | 1,000 | $0.40 | | ($404.00) |
| 4/12/2023 | Buy | MMAT | TDA TRAN - Bought 1000 (MMAT) @ 0.3990 | 1,000 | $0.40 | | ($399.00) |
| 4/12/2023 | Buy | MMAT | TDA TRAN - Bought ...500 (MMAT) @ 0.3779 | 500 | $0.38 | | ($188.95) |
| 4/14/2023 | Sell | MMAT | TDA TRAN - Sold 1000 (MMAT) @ 0.2280 | 1,000 | $0.23 | $0.15 | $227.85 |
| 4/20/2023 | Buy | MMAT | TDA TRAN - Bought ...500 (MMAT) @ 0.1949 | 500 | $0.19 | | ($97.45) |
| 4/21/2023 | Sell | MMAT | TDA TRAN - Sold 1000 (MMAT) @ 0.1909 | 1,000 | $0.19 | $0.15 | $190.75 |
| 4/21/2023 | Sell | MMAT | TDA TRAN - Sold 1000 (MMAT) @ 0.1920 | 1,000 | $0.19 | $0.15 | $191.85 |
| 4/21/2023 | Sell | MMAT | TDA TRAN - Sold 2000 (MMAT) @ 0.1950 | 2,000 | $0.20 | $0.29 | $389.71 |
| 4/21/2023 | Sell | MMAT | TDA TRAN - Sold 1000 (MMAT) @ 0.1981 | 1,000 | $0.20 | $0.15 | $197.95 |
| 4/21/2023 | Sell | MMAT | TDA TRAN - Sold 1000 (MMAT) @ 0.1950 | 1,000 | $0.20 | $0.15 | $194.85 |
| 4/21/2023 | Sell | MMAT | TDA TRAN - Sold 5000 (MMAT) @ 0.1980 | 5,000 | $0.20 | $0.74 | $989.26 |
| 4/24/2023 | Buy | MMAT | TDA TRAN - Bought 1000 (MMAT) @ 0.1960 | 1,000 | $0.20 | | ($196.00) |
| 4/25/2023 | Buy | MMAT | TDA TRAN - Bought 3000 (MMAT) @ 0.1940 | 3,000 | $0.19 | | ($582.00) |
| 4/26/2023 | Journaled S | MMAT | TDA TRAN - INTERNAL STOCK TRANSFER BETW | 25,750 | | | |
| 4/26/2023 | Buy | MMAT | TDA TRAN - Bought 2000 (MMAT) @ 0.1920 | 2,000 | $0.19 | | ($384.00) |
| 4/26/2023 | Buy | MMAT | TDA TRAN - Bought 2000 (MMAT) @ 0.1900 | 2,000 | $0.19 | | ($380.00) |
| 4/27/2023 | Buy | MMAT | TDA TRAN - Bought 4000 (MMAT) @ 0.1880 | 4,000 | $0.19 | | ($752.00) |
| 4/28/2023 | Buy | MMAT | TDA TRAN - Bought 3000 (MMAT) @ 0.1873 | 3,000 | $0.19 | | ($561.90) |
| 4/28/2023 | Buy | MMAT | TDA TRAN - Bought 3000 (MMAT) @ 0.1880 | 3,000 | $0.19 | | ($564.00) |
| 4/28/2023 | Buy | MMAT | TDA TRAN - Bought 1900 (MMAT) @ 0.1875 | 1,900 | $0.19 | | ($356.25) |
| 4/28/2023 | Buy | MMAT | TDA TRAN - Bought 1746 (MMAT) @ 0.1878 | 1,746 | $0.19 | | ($327.90) |
| 4/28/2023 | Buy | MMAT | TDA TRAN - Bought ...254 (MMAT) @ 0.1877 | 254 | $0.19 | | ($47.68) |
| 4/28/2023 | Buy | MMAT | TDA TRAN - Bought 2500 (MMAT) @ 0.1865 | 2,500 | $0.19 | | ($466.25) |
| 4/28/2023 | Buy | MMAT | TDA TRAN - Bought ...500 (MMAT) @ 0.1860 | 500 | $0.19 | | ($93.00) |
| 4/28/2023 | Buy | MMAT | TDA TRAN - Bought ...100 (MMAT) @ 0.1861 | 100 | $0.19 | | ($18.61) |
| 5/1/2023 | Sell | MMAT | TDA TRAN - Sold ...750 (MMAT) @ 0.1899 | 750 | $0.19 | $0.11 | $142.32 |
| 5/2/2023 | Buy | MMAT | TDA TRAN - Bought ...500 (MMAT) @ 0.1860 | 500 | $0.19 | | ($93.00) |
| 5/2/2023 | Sell | MMAT | TDA TRAN - Sold 2000 (MMAT) @ 0.1910 | 2,000 | $0.19 | $0.29 | $381.71 |
| 5/2/2023 | Buy | MMAT | TDA TRAN - Bought ...500 (MMAT) @ 0.1840 | 500 | $0.18 | | ($92.00) |
| 5/3/2023 | Buy | MMAT | TDA TRAN - Bought 2000 (MMAT) @ 0.1859 | 2,000 | $0.19 | | ($371.80) |
| 5/3/2023 | Buy | MMAT | TDA TRAN - Bought 2000 (MMAT) @ 0.1855 | 2,000 | $0.19 | | ($371.00) |
| 5/3/2023 | Buy | MMAT | TDA TRAN - Bought 1500 (MMAT) @ 0.1840 | 1,500 | $0.18 | | ($276.00) |
| 5/4/2023 | Sell | MMAT | TDA TRAN - Sold 1500 (MMAT) @ 0.1990 | 1,500 | $0.20 | $0.22 | $298.28 |
| 5/4/2023 | Sell | MMAT | TDA TRAN - Sold 2000 (MMAT) @ 0.2050 | 2,000 | $0.21 | $0.29 | $409.71 |
| 5/5/2023 | Sell | MMAT | TDA TRAN - Sold 2000 (MMAT) @ 0.2070 | 2,000 | $0.21 | $0.29 | $413.71 |
| 5/5/2023 | Sell | MMAT | TDA TRAN - Sold 2000 (MMAT) @ 0.2100 | 2,000 | $0.21 | $0.29 | $419.71 |
| 5/8/2023 | Sell | MMAT | TDA TRAN - Sold 2000 (MMAT) @ 0.2150 | 2,000 | $0.22 | $0.29 | $429.71 |
| 5/8/2023 | Sell | MMAT | TDA TRAN - Sold 2000 (MMAT) @ 0.2220 | 2,000 | $0.22 | $0.29 | $443.71 |
| 5/8/2023 | Buy | MMAT | TDA TRAN - Bought 1000 (MMAT) @ 0.2249 | 1,000 | $0.22 | | ($224.90) |
| 5/8/2023 | Sell | MMAT | TDA TRAN - Sold 2000 (MMAT) @ 0.2300 | 2,000 | $0.23 | $0.29 | $459.71 |
| 5/8/2023 | Buy | MMAT | TDA TRAN - Bought 3000 (MMAT) @ 0.2245 | 3,000 | $0.22 | | ($673.50) |
| 5/9/2023 | Buy | MMAT | TDA TRAN - Bought 2000 (MMAT) @ 0.2190 | 2,000 | $0.22 | | ($438.00) |
| 5/9/2023 | Buy | MMAT | TDA TRAN - Bought 2000 (MMAT) @ 0.2140 | 2,000 | $0.21 | | ($428.00) |
| 5/15/2023 | Journaled S | MMAT | TDA TRAN - INTERNAL STOCK TRANSFER BETW | 9,000 | | | |
| 5/22/2023 | Buy | MMAT | TDA TRAN - Bought 2000 (MMAT) @ 0.2550 | 2,000 | $0.26 | | ($510.00) |
| 5/31/2023 | Buy | MMAT | TDA TRAN - Bought 2000 (MMAT) @ 0.2300 | 2,000 | $0.23 | | ($460.00) |
| 6/2/2023 | Buy | MMAT | TDA TRAN - Bought 2000 (MMAT) @ 0.2100 | 2,000 | $0.21 | | ($420.00) |
| 6/2/2023 | Sell | MMAT | TDA TRAN - Sold 4000 (MMAT) @ 0.2095 | 4,000 | $0.21 | $0.59 | $837.41 |
| 6/2/2023 | Sell | MMAT | TDA TRAN - Sold ...800 (MMAT) @ 0.2095 | 800 | $0.21 | $0.12 | $167.48 |
| 6/5/2023 | Buy | MMAT | TDA TRAN - Bought 4000 (MMAT) @ 0.2050 | 4,000 | $0.21 | | ($820.00) |
| 6/8/2023 | Sell | MMAT | TDA TRAN - Sold 5000 (MMAT) @ 0.2550 | 5,000 | $0.26 | $0.74 | $1,274.26 |
| 6/8/2023 | Buy | MMAT | TDA TRAN - Bought ...300 (MMAT) @ 0.2400 | 300 | $0.24 | | ($72.00) |

| Date | Action | Symbol | Description | Quantity | Price | Fees & Comm | Amount |
|---|---|---|---|---|---|---|---|
| 6/12/2023 | Sell | MMAT | TDA TRAN - Sold 2000 (MMAT) @0.2400 | 2,000 | $0.24 | $0.29 | $479.71 |
| 6/12/2023 | Buy | MMAT | TDA TRAN - Bought 2000 (MMAT) @0.2300 | 2,000 | $0.23 | | ($460.00) |
| 6/13/2023 | Buy | MMAT | TDA TRAN - Bought 3000 (MMAT) @0.2237 | 3,000 | $0.22 | | ($671.10) |
| 6/13/2023 | Buy | MMAT | TDA TRAN - Bought 3000 (MMAT) @0.2249 | 3,000 | $0.22 | | ($674.70) |
| 6/13/2023 | Buy | MMAT | TDA TRAN - Bought 3000 (MMAT) @0.2259 | 3,000 | $0.23 | | ($677.70) |
| 6/13/2023 | Sell | MMAT | TDA TRAN - Sold 3000 (MMAT) @0.2255 | 3,000 | $0.23 | $0.45 | $676.06 |
| 6/13/2023 | Buy | MMAT | TDA TRAN - Bought 3000 (MMAT) @0.2252 | 3,000 | $0.23 | | ($675.60) |
| 6/13/2023 | Buy | MMAT | TDA TRAN - Bought 3000 (MMAT) @0.2250 | 3,000 | $0.23 | | ($675.00) |
| 6/13/2023 | Sell | MMAT | TDA TRAN - Sold 3000 (MMAT) @0.2275 | 3,000 | $0.23 | $0.45 | $682.05 |
| 6/13/2023 | Buy | MMAT | TDA TRAN - Bought 3000 (MMAT) @0.2240 | 3,000 | $0.22 | | ($672.00) |
| 6/13/2023 | Buy | MMAT | TDA TRAN - Bought ...580 (MMAT) @0.2230 | 580 | $0.22 | | ($129.34) |
| 6/13/2023 | Buy | MMAT | TDA TRAN - Bought 2420 (MMAT) @0.2220 | 2,420 | $0.22 | | ($537.24) |
| 6/13/2023 | Sell | MMAT | TDA TRAN - Sold 3000 (MMAT) @0.2290 | 3,000 | $0.23 | $0.45 | $686.55 |
| 6/13/2023 | Sell | MMAT | TDA TRAN - Sold 3000 (MMAT) @0.2284 | 3,000 | $0.23 | $0.45 | $684.75 |
| 6/13/2023 | Buy | MMAT | TDA TRAN - Bought ...500 (MMAT) @0.2230 | 500 | $0.22 | | ($111.50) |
| 6/14/2023 | Buy | MMAT | TDA TRAN - Bought 4000 (MMAT) @0.2200 | 4,000 | $0.22 | | ($880.00) |
| 6/14/2023 | Buy | MMAT | TDA TRAN - Bought 4000 (MMAT) @0.2190 | 4,000 | $0.22 | | ($876.00) |
| 6/16/2023 | Buy | MMAT | TDA TRAN - Bought 3000 (MMAT) @0.2200 | 3,000 | $0.22 | | ($660.00) |
| 6/20/2023 | Buy | MMAT | TDA TRAN - Bought 4000 (MMAT) @0.2075 | 4,000 | $0.21 | | ($830.00) |
| 6/20/2023 | Buy | MMAT | TDA TRAN - Bought 5000 (MMAT) @0.2008 | 5,000 | $0.20 | | ($1,004.00) |
| 6/28/2023 | Buy | MMAT | TDA TRAN - Bought 2000 (MMAT) @0.1949 | 2,000 | $0.19 | | ($389.80) |
| 7/6/2023 | Buy | MMAT | TDA TRAN - Bought 5000 (MMAT) @0.1893 | 5,000 | $0.19 | | ($946.50) |
| 7/6/2023 | Buy | MMAT | TDA TRAN - Bought 2000 (MMAT) @0.1896 | 2,000 | $0.19 | | ($379.20) |
| 7/14/2023 | Sell | MMAT | TDA TRAN - Sold 5000 (MMAT) @0.2000 | 5,000 | $0.20 | $0.74 | $999.26 |
| 7/20/2023 | Sell | MMAT | TDA TRAN - Sold 7000 (MMAT) @0.2100 | 7,000 | $0.21 | $1.03 | $1,468.97 |
| 8/1/2023 | Sell | MMAT | TDA TRAN - Sold 5000 (MMAT) @0.2600 | 5,000 | $0.26 | $0.74 | $1,299.26 |
| 8/17/2023 | Sell | MMAT | TDA TRAN - Sold 5000 (MMAT) @0.2250 | 5,000 | $0.23 | $0.74 | $1,124.26 |
| 8/25/2023 | Sell | MMAT | TDA TRAN - Sold 10000 (MMAT) @0.2300 | 10,000 | $0.23 | $1.47 | $2,298.53 |
| 8/25/2023 | Sell | MMAT | TDA TRAN - Sold 10000 (MMAT) @0.2350 | 10,000 | $0.24 | $1.47 | $2,348.53 |
| 8/25/2023 | Sell | MMAT | TDA TRAN - Sold ...123 (MMAT) @0.2353 | 123 | $0.24 | $0.02 | $28.92 |
| 8/25/2023 | Sell | MMAT | TDA TRAN - Sold 5 (MMAT) @0.2351 | 5 | $0.24 | | $1.18 |
| 8/25/2023 | Sell | MMAT | TDA TRAN - Sold 1 (MMAT) @0.2350 | 1 | $0.24 | | $0.24 |
| 8/25/2023 | Sell | MMAT | TDA TRAN - Sold 14871 (MMAT) @0.2349 | 14,871 | $0.23 | $2.19 | $3,491.01 |
| 8/28/2023 | Sell | MMAT | TDA TRAN - Sold ...216 (MMAT) @0.2350 | 216 | $0.24 | $0.03 | $50.73 |
| 8/29/2023 | Sell | MMAT | TDA TRAN - Sold 5000 (MMAT) @0.2400 | 5,000 | $0.24 | $0.74 | $1,199.26 |
| 8/29/2023 | Sell | MMAT | TDA TRAN - Sold 4784 (MMAT) @0.2350 | 4,784 | $0.24 | $0.70 | $1,123.54 |
| 9/7/2023 | Buy | MMAT | TDA TRAN - Bought 5000 (MMAT) @0.2162 | 5,000 | $0.22 | | ($1,081.00) |
| 9/8/2023 | Buy | MMAT | TDA TRAN - Bought 4000 (MMAT) @0.2110 | 4,000 | $0.21 | | ($844.00) |
| 10/2/2023 | Buy | MMAT | TDA TRAN - Bought 5000 (MMAT) @0.2130 | 5,000 | $0.21 | | ($1,065.00) |
| 10/3/2023 | Sell | MMAT | TDA TRAN - Sold 5000 (MMAT) @0.2350 | 5,000 | $0.24 | $0.74 | $1,174.26 |
| 10/3/2023 | Sell | MMAT | TDA TRAN - Sold 6000 (MMAT) @0.2400 | 6,000 | $0.24 | $0.88 | $1,439.12 |
| 10/3/2023 | Sell | MMAT | TDA TRAN - Sold 3000 (MMAT) @0.2300 | 3,000 | $0.23 | $0.45 | $689.55 |
| 10/9/2023 | Buy | MMAT | TDA TRAN - Bought 5000 (MMAT) @0.2100 | 5,000 | $0.21 | | ($1,050.00) |
| 10/16/2023 | Buy | MMAT | TDA TRAN - Bought 5000 (MMAT) @0.2145 | 5,000 | $0.21 | | ($1,072.50) |
| 10/30/2023 | Buy | MMAT | TDA TRAN - Bought 2500 (MMAT) @0.1300 | 2,500 | $0.13 | | ($325.00) |
| 11/2/2023 | Sell | MMAT | TDA TRAN - Sold 25000 (MMAT) @0.1115 | 25,000 | $0.11 | $3.65 | $2,783.85 |
| 11/2/2023 | Sell | MMAT | TDA TRAN - Sold 7000 (MMAT) @0.1116 | 7,000 | $0.11 | $1.03 | $780.17 |
| 11/2/2023 | Sell | MMAT | TDA TRAN - Sold ...500 (MMAT) @0.1116 | 500 | $0.11 | $0.07 | $55.73 |
| 12/4/2023 | Buy | MMAT | TDA TRAN - Bought 5000 (MMAT) @0.0776 | 5,000 | $0.08 | | ($388.00) |
| 12/4/2023 | Buy | MMAT | TDA TRAN - Bought ...500 (MMAT) @0.0794 | 500 | $0.08 | | ($39.70) |
| 12/4/2023 | Buy | MMAT | TDA TRAN - Bought 2500 (MMAT) @0.0710 | 2,500 | $0.07 | | ($177.50) |
| 1/8/2024 | Sell | MMAT | TDA TRAN - Sold 5000 (MMAT) @0.0649 | 5,000 | $0.06 | $0.83 | $323.67 |
| 1/9/2024 | Sell | MMAT | TDA TRAN - Sold 3000 (MMAT) @0.0641 | 3,000 | $0.06 | $0.50 | $191.80 |
| 1/16/2024 | Sell | MMAT | TDA TRAN - Sold 5000 (MMAT) @0.0776 | 5,000 | $0.08 | $0.83 | $387.17 |
| 1/16/2024 | Sell | MMAT | TDA TRAN - Sold 5000 (MMAT) @0.0876 | 5,000 | $0.09 | $0.83 | $437.17 |

| Date | Action | Symbol | Description | Quantity | Price | Fees & Comm | Amount |
|---|---|---|---|---|---|---|---|
| 2/28/2023 | Buy | MMAT | TDA TRAN - Bought 15000 (MMAT) @0.6800 | 15,000 | $0.68 | | ($10,200.00) |
| 3/1/2023 | Buy | MMAT | TDA TRAN - Bought 2500 (MMAT) @0.6349 | 2,500 | $0.63 | | ($1,587.25) |
| 3/1/2023 | Buy | MMAT | TDA TRAN - Bought 2500 (MMAT) @0.6368 | 2,500 | $0.64 | | ($1,592.00) |
| 3/7/2023 | Buy | MMAT | TDA TRAN - Bought ...200 (MMAT) @0.5800 | 200 | $0.58 | | ($116.00) |
| 3/20/2023 | Sell | MMAT | TDA TRAN - Sold 1200 (MMAT) @0.5300 | 1,200 | $0.53 | $0.18 | $635.82 |
| 3/24/2023 | Sell | MMAT | TDA TRAN - Sold 1000 (MMAT) @0.4700 | 1,000 | $0.47 | $0.15 | $469.85 |
| 3/27/2023 | Buy | MMAT | TDA TRAN - Bought 1000 (MMAT) @0.4535 | 1,000 | $0.45 | | ($453.50) |
| 3/27/2023 | Buy | MMAT | TDA TRAN - Bought 1000 (MMAT) @0.4530 | 1,000 | $0.45 | | ($453.00) |
| 3/27/2023 | Buy | MMAT | TDA TRAN - Bought 1000 (MMAT) @0.4510 | 1,000 | $0.45 | | ($451.00) |
| 3/27/2023 | Buy | MMAT | TDA TRAN - Bought 1000 (MMAT) @0.4490 | 1,000 | $0.45 | | ($449.00) |
| 3/27/2023 | Buy | MMAT | TDA TRAN - Bought 1000 (MMAT) @0.4450 | 1,000 | $0.45 | | ($445.00) |
| 3/27/2023 | Sell | MMAT | TDA TRAN - Sold 1000 (MMAT) @0.4590 | 1,000 | $0.46 | $0.15 | $458.85 |
| 3/27/2023 | Sell | MMAT | TDA TRAN - Sold 1000 (MMAT) @0.4720 | 1,000 | $0.47 | $0.15 | $471.85 |
| 3/28/2023 | Buy | MMAT | TDA TRAN - Bought 2000 (MMAT) @0.4470 | 2,000 | $0.45 | | ($894.00) |
| 3/28/2023 | Buy | MMAT | TDA TRAN - Bought 2500 (MMAT) @0.4420 | 2,500 | $0.44 | | ($1,105.00) |
| 3/28/2023 | Buy | MMAT | TDA TRAN - Bought 2000 (MMAT) @0.4390 | 2,000 | $0.44 | | ($878.00) |
| 3/28/2023 | Buy | MMAT | TDA TRAN - Bought 1000 (MMAT) @0.4290 | 1,000 | $0.43 | | ($429.00) |
| 4/12/2023 | Buy | MMAT | TDA TRAN - Bought 1000 (MMAT) @0.4000 | 1,000 | $0.40 | | ($400.00) |
| 4/12/2023 | Buy | MMAT | TDA TRAN - Bought 1000 (MMAT) @0.3950 | 1,000 | $0.40 | | ($395.00) |
| 4/12/2023 | Buy | MMAT | TDA TRAN - Bought 1000 (MMAT) @0.3761 | 1,000 | $0.38 | | ($376.10) |
| 4/14/2023 | Buy | MMAT | TDA TRAN - Bought ...250 (MMAT) @0.3179 | 250 | $0.32 | | ($79.48) |
| 4/21/2023 | Sell | MMAT | TDA TRAN - Sold 2000 (MMAT) @0.1930 | 2,000 | $0.19 | $0.29 | $385.71 |
| 4/21/2023 | Sell | MMAT | TDA TRAN - Sold 2000 (MMAT) @0.1987 | 2,000 | $0.20 | $0.29 | $397.11 |
| 4/21/2023 | Sell | MMAT | TDA TRAN - Sold 1000 (MMAT) @0.1990 | 1,000 | $0.20 | $0.15 | $198.85 |
| 4/24/2023 | Sell | MMAT | TDA TRAN - Sold 1000 (MMAT) @0.2000 | 1,000 | $0.20 | $0.15 | $199.85 |
| 4/26/2023 | Journaled S | MMAT | TDA TRAN - INTERNAL STOCK TRANSFER BETW | -25,750 | | | |
| 4/28/2023 | Buy | MMAT | TDA TRAN - Bought 3000 (MMAT) @0.1890 | 3,000 | $0.19 | | ($567.00) |
| 4/28/2023 | Buy | MMAT | TDA TRAN - Bought 3000 (MMAT) @0.1879 | 3,000 | $0.19 | | ($563.70) |
| 4/28/2023 | Buy | MMAT | TDA TRAN - Bought 3000 (MMAT) @0.1879 | 3,000 | $0.19 | | ($563.70) |
| 4/28/2023 | Buy | MMAT | TDA TRAN - Bought 1000 (MMAT) @0.1878 | 1,000 | $0.19 | | ($187.80) |
| 5/1/2023 | Sell | MMAT | TDA TRAN - Sold 1000 (MMAT) @0.1900 | 1,000 | $0.19 | $0.15 | $189.85 |
| 5/2/2023 | Buy | MMAT | TDA TRAN - Bought 1500 (MMAT) @0.1866 | 1,500 | $0.19 | | ($279.90) |
| 5/2/2023 | Sell | MMAT | TDA TRAN - Sold 1000 (MMAT) @0.1921 | 1,000 | $0.19 | $0.15 | $191.95 |
| 5/3/2023 | Buy | MMAT | TDA TRAN - Bought 1000 (MMAT) @0.1854 | 1,000 | $0.19 | | ($185.40) |
| 5/3/2023 | Buy | MMAT | TDA TRAN - Bought 2000 (MMAT) @0.1834 | 2,000 | $0.18 | | ($366.80) |
| 5/4/2023 | Sell | MMAT | TDA TRAN - Sold 1000 (MMAT) @0.1970 | 1,000 | $0.20 | $0.15 | $196.85 |
| 5/4/2023 | Sell | MMAT | TDA TRAN - Sold 2000 (MMAT) @0.2000 | 2,000 | $0.20 | $0.29 | $399.71 |
| 5/15/2023 | Journaled S | MMAT | TDA TRAN - INTERNAL STOCK TRANSFER BETW | -9,000 | | | |
| 5/22/2023 | Buy | MMAT | TDA TRAN - Bought 1500 (MMAT) @0.2550 | 1,500 | $0.26 | | ($382.50) |
| 5/24/2023 | Buy | MMAT | TDA TRAN - Bought 3000 (MMAT) @0.2474 | 3,000 | $0.25 | | ($742.20) |
| 5/25/2023 | Buy | MMAT | TDA TRAN - Bought 4500 (MMAT) @0.2350 | 4,500 | $0.24 | | ($1,057.50) |
| 6/8/2023 | Buy | MMAT | TDA TRAN - Bought ...500 (MMAT) @0.2400 | 500 | $0.24 | | ($120.00) |
| 6/23/2023 | Buy | MMAT | TDA TRAN - Bought 2000 (MMAT) @0.1904 | 2,000 | $0.19 | | ($380.80) |
| 6/28/2023 | Buy | MMAT | TDA TRAN - Bought 2500 (MMAT) @0.1939 | 2,500 | $0.19 | | ($484.63) |
| 6/28/2023 | Buy | MMAT | TDA TRAN - Bought ...500 (MMAT) @0.1945 | 500 | $0.19 | | ($97.25) |
| 7/3/2023 | Buy | MMAT | TDA TRAN - Bought 2000 (MMAT) @0.2100 | 2,000 | $0.21 | | ($420.00) |
| 7/6/2023 | Buy | MMAT | TDA TRAN - Bought 1000 (MMAT) @0.1876 | 1,000 | $0.19 | | ($187.60) |
| 7/6/2023 | Buy | MMAT | TDA TRAN - Bought 3000 (MMAT) @0.1880 | 3,000 | $0.19 | | ($564.00) |
| 7/10/2023 | Sell | MMAT | TDA TRAN - Sold 3000 (MMAT) @0.1926 | 3,000 | $0.19 | $0.44 | $577.36 |
| 7/10/2023 | Sell | MMAT | TDA TRAN - Sold 10 (MMAT) @0.1930 | 10 | $0.19 | | $1.93 |
| 7/11/2023 | Sell | MMAT | TDA TRAN - Sold 71 (MMAT) @0.1936 | 71 | $0.19 | $0.01 | $13.74 |
| 7/11/2023 | Sell | MMAT | TDA TRAN - Sold 2919 (MMAT) @0.1930 | 2,919 | $0.19 | $0.42 | $562.95 |
| 7/20/2023 | Sell | MMAT | TDA TRAN - Sold 2000 (MMAT) @0.2023 | 2,000 | $0.20 | $0.29 | $404.31 |
| 7/20/2023 | Sell | MMAT | TDA TRAN - Sold 5000 (MMAT) @0.2250 | 5,000 | $0.23 | $0.74 | $1,124.26 |
| 7/31/2023 | Sell | MMAT | TDA TRAN - Sold 5000 (MMAT) @0.2400 | 5,000 | $0.24 | $0.74 | $1,199.26 |
| 8/7/2023 | Sell | MMAT | TDA TRAN - Sold 3000 (MMAT) @0.2400 | 3,000 | $0.24 | $0.45 | $719.55 |
| 12/20/2023 | Buy | MMAT | TDA TRAN - Bought 5000 (MMAT) @0.0710 | 5,000 | $0.07 | | ($355.00) |
| 1/29/2024 | Journaled S | MMAT | TDA TRAN - MANDATORY REVERSE SPLIT (MN | 50 | | | |
| 2/20/2024 | Buy | MMAT | TDA TRAN - Bought 25 (MMAT) @4.2000 | 25 | $4.20 | | ($105.00) |
| 2/21/2024 | Buy | MMAT | TDA TRAN - Bought ...123 (MMAT) @4.2000 | 123 | $4.20 | | ($516.60) |
| 2/21/2024 | Buy | MMAT | TDA TRAN - Bought 2 (MMAT) @4.1900 | 2 | $4.19 | | ($8.38) |
| 4/1/2024 | Sell | MMAT | TDA TRAN - Sold ...200 (MMAT) @3.5000 | 200 | $3.50 | $0.04 | $699.96 |

MMAT Transactions 2021 - 2024

Schwab Investment Account  J5 96o-8236

| Date | Action | Symbol | Description | Quantity | Price | Fees & Comm | Amount |
|---|---|---|---|---|---|---|---|
| 11/8/2021 | Buy | MMAT | TDA TRAN - Bought 2000 (MMAT) @5.2450 | 2,000 | $5.25 | | ($10,490.00) |
| 11/26/2021 | Sell | MMAT | TDA TRAN - Sold 2000 (MMAT) @3.9346 | 2,000 | $3.93 | $0.28 | $7,868.92 |
| 3/1/2023 | Buy | MMAT | TDA TRAN - Bought 1000 (MMAT) @0.6500 | 1,000 | $0.65 | | ($650.00) |
| 3/6/2023 | Buy | MMAT | TDA TRAN - Bought 1500 (MMAT) @0.6039 | 1,500 | $0.60 | | ($905.85) |
| 3/16/2023 | Buy | MMAT | TDA TRAN - Bought ...100 (MMAT) @0.4959 | 100 | $0.50 | | ($49.59) |
| 3/16/2023 | Buy | MMAT | TDA TRAN - Bought ...100 (MMAT) @0.4950 | 100 | $0.50 | | ($49.50) |
| 3/17/2023 | Buy | MMAT | TDA TRAN - Bought ...300 (MMAT) @0.4921 | 300 | $0.49 | | ($147.63) |
| 3/17/2023 | Sell | MMAT | TDA TRAN - Sold ...600 (MMAT) @0.5150 | 600 | $0.52 | $0.09 | $308.91 |
| 3/20/2023 | Sell | MMAT | TDA TRAN - Sold ...500 (MMAT) @0.5200 | 500 | $0.52 | $0.07 | $259.93 |
| 3/27/2023 | Buy | MMAT | TDA TRAN - Bought ...100 (MMAT) @0.4520 | 100 | $0.45 | | ($45.20) |
| 3/27/2023 | Sell | MMAT | TDA TRAN - Sold ...500 (MMAT) @0.4750 | 500 | $0.48 | $0.07 | $237.43 |
| 3/28/2023 | Buy | MMAT | TDA TRAN - Bought ...500 (MMAT) @0.4410 | 500 | $0.44 | | ($220.50) |
| 3/28/2023 | Buy | MMAT | TDA TRAN - Bought 1000 (MMAT) @0.4390 | 1,000 | $0.44 | | ($439.00) |
| 3/31/2023 | Sell | MMAT | TDA TRAN - Sold ...500 (MMAT) @0.4130 | 500 | $0.41 | $0.07 | $206.43 |
| 4/4/2023 | Buy | MMAT | TDA TRAN - Bought 1000 (MMAT) @0.4250 | 1,000 | $0.43 | | ($425.00) |
| 4/5/2023 | Buy | MMAT | TDA TRAN - Bought ...500 (MMAT) @0.4090 | 500 | $0.41 | | ($204.50) |
| 4/5/2023 | Buy | MMAT | TDA TRAN - Bought ...500 (MMAT) @0.4040 | 500 | $0.40 | | ($202.00) |
| 4/11/2023 | Buy | MMAT | TDA TRAN - Bought ...750 (MMAT) @0.4170 | 750 | $0.42 | | ($312.75) |
| 4/14/2023 | Buy | MMAT | TDA TRAN - Bought ...250 (MMAT) @0.3200 | 250 | $0.32 | | ($80.00) |
| 4/21/2023 | Sell | MMAT | TDA TRAN - Sold 2000 (MMAT) @0.1950 | 2,000 | $0.20 | $0.29 | $389.71 |
| 4/21/2023 | Sell | MMAT | TDA TRAN - Sold 1000 (MMAT) @0.2000 | 1,000 | $0.20 | $0.15 | $199.85 |
| 4/24/2023 | Sell | MMAT | TDA TRAN - Sold ...500 (MMAT) @0.1990 | 500 | $0.20 | $0.07 | $99.43 |
| 4/24/2023 | Sell | MMAT | TDA TRAN - Sold ...500 (MMAT) @0.2050 | 500 | $0.21 | $0.07 | $102.43 |
| 4/25/2023 | Buy | MMAT | TDA TRAN - Bought 1000 (MMAT) @0.2020 | 1,000 | $0.20 | | ($202.00) |
| 4/26/2023 | Buy | MMAT | TDA TRAN - Bought 1000 (MMAT) @0.1920 | 1,000 | $0.19 | | ($192.00) |
| 4/26/2023 | Buy | MMAT | TDA TRAN - Bought 1000 (MMAT) @0.1890 | 1,000 | $0.19 | | ($189.00) |
| 4/27/2023 | Buy | MMAT | TDA TRAN - Bought 1000 (MMAT) @0.1850 | 1,000 | $0.19 | | ($185.00) |
| 4/28/2023 | Buy | MMAT | TDA TRAN - Bought 2000 (MMAT) @0.1874 | 2,000 | $0.19 | | ($374.80) |
| 4/28/2023 | Buy | MMAT | TDA TRAN - Bought 1000 (MMAT) @0.1874 | 1,000 | $0.19 | | ($187.40) |
| 5/1/2023 | Sell | MMAT | TDA TRAN - Sold 1000 (MMAT) @0.1890 | 1,000 | $0.19 | $0.15 | $188.85 |
| 5/1/2023 | Sell | MMAT | TDA TRAN - Sold ...500 (MMAT) @0.1899 | 500 | $0.19 | $0.07 | $94.88 |
| 5/3/2023 | Buy | MMAT | TDA TRAN - Bought ...500 (MMAT) @0.1860 | 500 | $0.19 | | ($93.00) |
| 5/3/2023 | Buy | MMAT | TDA TRAN - Bought 1000 (MMAT) @0.1844 | 1,000 | $0.18 | | ($184.40) |
| 5/4/2023 | Sell | MMAT | TDA TRAN - Sold ...500 (MMAT) @0.1980 | 500 | $0.20 | $0.07 | $98.93 |
| 5/4/2023 | Sell | MMAT | TDA TRAN - Sold 2000 (MMAT) @0.2052 | 2,000 | $0.21 | $0.29 | $410.11 |
| 5/5/2023 | Sell | MMAT | TDA TRAN - Sold 1000 (MMAT) @0.2070 | 1,000 | $0.21 | $0.15 | $206.85 |
| 5/8/2023 | Sell | MMAT | TDA TRAN - Sold 2000 (MMAT) @0.2270 | 2,000 | $0.23 | $0.29 | $453.71 |
| 5/8/2023 | Buy | MMAT | TDA TRAN - Bought 2000 (MMAT) @0.2245 | 2,000 | $0.22 | | ($449.00) |
| 5/22/2023 | Buy | MMAT | TDA TRAN - Bought 1000 (MMAT) @0.2573 | 1,000 | $0.26 | | ($257.30) |
| 6/8/2023 | Buy | MMAT | TDA TRAN - Bought ...200 (MMAT) @0.2450 | 200 | $0.25 | | ($49.00) |
| 6/8/2023 | Buy | MMAT | TDA TRAN - Bought ...300 (MMAT) @0.2440 | 300 | $0.24 | | ($73.20) |
| 6/28/2023 | Buy | MMAT | TDA TRAN - Bought 3500 (MMAT) @0.1938 | 3,500 | $0.19 | | ($678.30) |
| 7/3/2023 | Buy | MMAT | TDA TRAN - Bought ...500 (MMAT) @0.2150 | 500 | $0.22 | | ($107.50) |
| 7/6/2023 | Buy | MMAT | TDA TRAN - Bought ...100 (MMAT) @0.1876 | 100 | $0.19 | | ($18.76) |
| 7/6/2023 | Buy | MMAT | TDA TRAN - Bought 1400 (MMAT) @0.1877 | 1,400 | $0.19 | | ($262.78) |
| 7/6/2023 | Buy | MMAT | TDA TRAN - Bought ...500 (MMAT) @0.1877 | 500 | $0.19 | | ($93.85) |
| 7/6/2023 | Buy | MMAT | TDA TRAN - Bought 1000 (MMAT) @0.1880 | 1,000 | $0.19 | | ($188.00) |
| 7/10/2023 | Sell | MMAT | TDA TRAN - Sold 3000 (MMAT) @0.1910 | 3,000 | $0.19 | $0.44 | $572.56 |
| 7/10/2023 | Sell | MMAT | TDA TRAN - Sold 2500 (MMAT) @0.1930 | 2,500 | $0.19 | $0.36 | $482.14 |
| 7/19/2023 | Sell | MMAT | TDA TRAN - Sold 2000 (MMAT) @0.2014 | 2,000 | $0.20 | $0.29 | $402.51 |
| 7/31/2023 | Sell | MMAT | TDA TRAN - Sold 5000 (MMAT) @0.2500 | 5,000 | $0.25 | $0.74 | $1,249.26 |
| 8/1/2023 | Sell | MMAT | TDA TRAN - Sold 1000 (MMAT) @0.2530 | 1,000 | $0.25 | $0.15 | $252.85 |
| 12/4/2023 | Buy | MMAT | TDA TRAN - Bought 1000 (MMAT) @0.0793 | 1,000 | $0.08 | | ($79.30) |
| 12/4/2023 | Buy | MMAT | TDA TRAN - Bought 1500 (MMAT) @0.0793 | 1,500 | $0.08 | | ($118.95) |
| 12/20/2023 | Buy | MMAT | TDA TRAN - Bought 2500 (MMAT) @0.0710 | 2,500 | $0.07 | | ($177.50) |
| 1/29/2024 | Journaled S | MMAT | TDA TRAN - MANDATORY REVERSE SPLIT (M | 50 | | | |
| 2/12/2024 | Buy | MMAT | TDA TRAN - Bought 10 (MMAT) @3.1841 | 10 | $3.18 | | ($31.84) |
| 2/16/2024 | Buy | MMAT | TDA TRAN - Bought 140 (MMAT) @4.5500 | 140 | $4.55 | | ($637.00) |
| 2/21/2024 | Buy | MMAT | TDA TRAN - Bought 50 (MMAT) @4.1900 | 50 | $4.19 | | ($209.50) |
| 4/12/2024 | Sell | MMAT | TDA TRAN - Sold ...250 (MMAT) @3.2800 | 250 | $3.28 | $0.05 | $819.95 |

*Patricia Sage*