

**MERRILL**
**A BANK OF AMERICA COMPANY**

ALEXANDER Y YON

Account Number  83Z 15998

## *YOUR CMA ASSETS*

October 01  2024  October 31  2024

**CASH/MONEY ACCOUNTS**

| Description | Quantity | Total Cost Basis | Estimated Market Price | Estimated Market Value | Estimated Annual Income | Est Annual Yield% |
|---|---|---|---|---|---|---|
| CASH | 0 14 | 0 14 | | **14** | | |
| +ML DIRECT DEPOSIT PROGRAM | 17 00 | 17 00 | 1 0000 | **17 00** | | 01 |
|   +FDIC INSURED NOT SIPC COVERED | | | | | | |
| **TOTAL** | | 17 14 | | **17 14** | | |

**EQUITIES**

| Description | Symbol | Quantity | Total Cost Basis | Estimated Market Price | Estimated Market Value | Unrealized Gain/(Loss) | Estimated Annual Income |
|---|---|---|---|---|---|---|---|
| META MATERIALS INC | MMATQ | 1 0000 | 194 88 | 0 0710 | **07** | (194 81) | |
|   *REGITERED SHS* | | | | | | | |
| NVIDIA | NVDA | 300 0000 | 8 026 30 | 132 7600 | **39,828 00** | 31 801 70 | 13 |
|   *CURRENT YIELD  0 030%* | | | | | | | |
| TESLA INC | TSLA | 1 698 0000 | 682 379 04 | 249 8500 | **424,245 30** | (258 133 74) | |
| VINCO VENTURES INC | BBIG | 21 0000 | 966 47 | 0 0004 | **01** | (966 46) | |
| **TOTAL** | | | 691 566 69 | | **464,073 38** | (227 493 31) | **13** |

Equity Cost Basis details are available on the Statements and Documents page of www merrilledge com

**RESEARCH RATINGS**

| Security | Symbol | BofAML Research | Morningstar | CFRA |
|---|---|---|---|---|
| NVIDIA | NVDA | Buy (C17) | Hold | Buy |
| TESLA INC | TSLA | Buy (C19) | Hold | Hold |

**PLEASE REFER TO THE BACK OF YOUR STATEMENT FOR A GUIDE TO BofAML AND THIRD PARTY RESEARCH RATINGS**

**LONG PORTFOLIO**

| | Adjusted/Total Cost Basis | Estimated Market Value | Unrealized Gain/(Loss) | Estimated Accrued Interest | Estimated Annual Income |
|---|---|---|---|---|---|
| **TOTAL** | 691 583 83 | **464,090 52** | (227 493 31) | | **13** |

+


from Morgan Stanley

Page 1 of 2

**E✻TRADE Securities**

Investment Account

# TRADE CONFIRMATION

**Account Number  XXXX 0075**

E✻TRADE Securities LLC
P O  Box 484
Jersey City  NJ  07303 0484

**Account Name**
ALEXANDER YON
ROTH IRA E✻TRADE CUSTODIAN

| Customer Update |
|---|
| All your tax info in one place  Forms 1099 for 2022  FAQs  key deadlines  cost basis info and more find them all in our Tax Center at etrade com/tax |

| TRADE DATE | SETL DATE | MKT / CPT | SYMBOL / CUSIP | BUY / SELL | QUANTITY | PRICE | ACCT TYPE | | |
|---|---|---|---|---|---|---|---|---|---|
| 03/16/23 | 03/20/23 | 6 1 | MMAT | BUY | 4 000 | $ 4995 | Cash | PRINCIPAL | $1 998 00 |
| META MATLS INC COMMON STOCK | | | | | | | | NET AMOUNT | $1 998 00 |

---

▲  DETACH HERE

ALEXANDER YON
ROTH IRA E✻TRADE CUSTODIAN
1462 DESOTO RD
BALTIMORE MD  21230 1202

DETACH HERE  ▲

**Use This Deposit Slip    Acct·  XXXX-0075**

To contribute to your IRA, please use our online Transfer Money service at
www etrade com/transfermoney or this deposit slip

Check Amount $ _____
Year of Contribution
_____  2023
_____  2022
_____  Rollover

Make checks payable to E✻TRADE Securities LLC
Mail deposits to

E✻TRADE Securities LLC
P O  Box 484
Jersey City  NJ  07303 0484

031620230001  333437900751

 **Webull**

Account cleared by
Apex Clearing Corporation
350 N  St  Paul Street 1300
Dallas  Texas 75201

**Account Number  5IB 70670**          **Account Name  ALEXANDER YONGSIK YON**

| Acct Type | B/S | Trade Date | Settle Date | QTY | SYM | PRICE | Principal | COMM | Tran Fee | Add'l Fees | Tag Number | Net Amount | Trade# | M K T | C A P |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | S | 01/10/22 | 01/12/22 | 5 | BBLG | 5 4400000 | 27 20 | 0 00 | 0 02 | 0 00 | P8104 | 27 18 | WEA0112 | 6 | 1 |
| Desc | BONE BIOLOGICS CORP COMMON STOCK | | | | | | | | | Interest/STTax 0 00 | | CUSIP | 098070303 | | |
| Currency USD | | | ReportedPX | | | | | | MarkUp/Down | | | | | | |
| Trailer | | | | | | | | | | | | | | | |
| 1 | B | 01/10/22 | 01/12/22 | 12 | MMAT | 2 2450000 | 26 94 | 0 00 | 0 00 | 0 00 | Q5930 | 26 94 | WEA0112 | 6 | 1 |
| Desc | META MATLS INC COMMON STOCK | | | | | | | | | Interest/STTax 0 00 | | CUSIP | 59134N104 | | |
| Currency USD | | | ReportedPX | | | | | | MarkUp/Down | | | | | | |
| Trailer | | | | | | | | | | | | | | | |

SUMMARY FOR CURRENT TRADE DATE                01/10/22
TOTAL SHARES BOUGHT                12 00    TOTAL DOLLARS BOUGHT                26 94
TOTAL SHARES SOLD                 5 00    TOTAL DOLLARS SOLD                27 18

Apex Clearing Corporation
350 N St Paul Street 1300
Dallas TX 75201

 Webull

Account Number  5IB 70670

OFFICE SERVING YOU
WEBULL FINANCIAL LLC - HOUSE
917-725-2448

ALEXANDER YONGSIK YON
4516 REBECCA CT
ELLICOTT CITY MD  21043-6098

## Transaction Confirmation

THANK YOU for letting Apex Clearing Corporation ( Apex ) serve you (the Customer you or your ) directly or through your brokerage firm (the Introducing Broker ) or registered investment advisor ( RIA ) Amounts or securities due must be received in Apex s office on or before the settlement date shown

1 All orders are received and executed subject to the rules regulations and customs of the SEC FINRA MSRB FRB and the exchange or market where the order is entered the provisions of the Securities Exchange Act of 1934 and Apex if any

2 Securities purchased and securities pledged as margin are or may be hypothecated for the sum due thereon or for a greater sum under circumstances which will permit the commingling thereof with securities of other customers all without further notice to the Customer

3 If shares loaned for a short sale are no longer available Apex reserves the right to decide by random selection which positions will be subject to a buy in

4 Upon written request and where available further details of items herein may be provided including the execution date and time the counterparty when acting as agent the detailed breakdown of any commissions and fees and the remuneration details if any to Apex or your Introducing Broker or RIA for directing orders to select market centers or market participants

5 To the extent any bonds asset backed preferred or other securities mentioned herein have provisions that may cause a call or prepayment, the details and the effect on the yield shown here are available on written request In addition zero coupon bonds do not have periodic payments may be callable below maturity value and if callable and in bearer form are callable without notice by mail unless registered

6 All transactions on this confirmation are presumed to be unsolicited unless noted otherwise on this trade confirmation

7 Any ratings data (which is subject to change) that may be provided has been obtained from ratings services which Apex believes to be reliable however there is no guarantee of accuracy or completeness

8 Good Till Cancel ( GTC ) orders are live during regular trading hours GTC orders are canceled by Apex each business day (canceled at the exchange or market center) at 4 00pm EDT with the exception of certain broad based ETF options that trade until 4 15pm EDT GTC orders are resubmitted by Apex at the start of each trading day (prior to 9 30am EDT) Time Priority will be reset each day as the order arrives at the exchange or market center If a GTC order receives a partial execution and is not fully executed the order quantity will adjust to the remaining quantity for the next business day Commissions may be charged each day that the order receives one or more partial executions Please contact Apex your Introducing Broker or RIA for more specific details Until cancellation of the GTC order all open orders will be considered good When entering a substitute order or changing an existing order the responsibility for cancelling the original GTC order rests upon the Customer Introducing Broker or RIA with discretionary trading authority Therefore if a Customer Introducing Broker or RIA with discretionary trading authority fails to cancel an existing order transactions resulting from the execution of both the original and new order(s) may be entered into Customer s account

9 Failure of Customer to notify Apex in writing within five days of the receipt of this document of any concerns constitutes an acceptance of the transaction

10 Mutual Funds You may be eligible for breakpoint discounts based on the size of your purchase current holdings or future purchases Upon selling your shares you may pay a sales charge For more detailed information and other data on fees etc see the Prospectus, the Statement of Additional Information or contact your Introducing Broker or RIA

11 The default Cost Basis Election or tax relief method used by Apex for tax reporting is First In First Out ( FIFO ) for Equities and Bonds and Average cost for Mutual Funds Please contact your Introducing Broker if you wish to change the default tax relief method for your account or specify different tax lots for liquidation

12 Underwriting (market 7) the securities described herein are being sold pursuant to a registration statement or where prospectus is required

13 Market Maker where the phrase Market Maker (or similar language) appears on the front of this confirmation your Introducing Broker is making a market in this security ie buying or selling such security for its own account on a regular or continuous basis It may however discontinue the maintenance of such market at any time without notice

14 Asset-Backed Securities the actual yield received may vary according to the rate at which the underlying receivable or other financial assets are prepaid Information concerning the factors that affect yield including the estimated yield the weighted average life and the prepayment assumptions underlying the yield will be provided by your Introducing Broker or RIA upon written request

15 Mortgage Backed Securities transactions are subject to the PSA Uniform Practices for Clearance and Settlement of Mortgage Backed Securities

16 Apex receives remuneration for directing orders to particular broker/dealers or market centers for execution Such remuneration is considered compensation to the firm The source and nature in connection with your transaction may be disclosed upon written request Your Introducing Broker that clears trades through Apex will share in such payments or may directly receive payment for order flow for certain transactions Details may be furnished upon written request

17 Backup Withholding – If you have not provided us with your correct social security number / tax ID number under federal law you may be subject to a $50 penalty as well as backup withholding on certain payments

18 Broker dealers are assessed fees by various market centers on certain securities transactions and Apex charges transaction fees to cover these assessments While Apex endeavors to collect amounts roughly equivalent to what Apex expect Apex s assessments to be the actual amounts Apex charges as fees may be different than the amounts Apex is assessed by those market centers Specific details regarding these fees may be available upon written request

19 If the official statement/Prospectus is available you can view them at emma.msrb.org In the event the official statement/Prospectus is not available on EMMA your Introducing Broker and/or Apex has an obligation to provide you with information during the primary offering period but no later than settlement date

20 Payment of Interest to holders of Municipal Securities you may be subject to a substitute interest payment if the transfer of owner hip of your municipal security has not been completed prior to the next interest payment Please contact a tax professional for more specific details

| MKT = Market in which transaction was Executed/Cleared | | Buy/Sell Codes | Account Types | Currency Codes | CAP=Capacity in which your Introducing Broker or Apex has acted |
|---|---|---|---|---|---|
| 1 New York Stock Exchange | 7 Underwriting | B = Buy | 1-Cash | AUD Australian $ | 1 2 4 5 8 – As AGENT |
| 2 NYSE American | 8 Foreign Exchange Money Funds, | S = Sell | 2 Margin | CAD Canadian $ | 3 As PRINCIPAL your broker r Apex has bought it in you or sold |
| 3 Other US Exchanges | Stock Dividends Redemptions | %rB = Cancel Buy | 3 Income | EUR Euros | to you and may have eaev d a profit or less on the transaction |
| 4 Mutual Funds | Reorgs or Tenders | %rS = Cancel Sell | 4 Non Neg table | GBP British Pounds | 6 As AGENT for both bu er and seller |
| 5 Option | 9 Other | | 5 Short | HKD Hong Kong $ | 7 A PRINCIPAL your Broker or Apex ha bought from you or old |
| 6 Over th Counter/NASDAQ | | | 6 Spot 1 Subscription | JPY Japan Yen | to you and may have eceived profit or less on the transaction |
| ACCOUNTS CARRIED BY APEX CLEARING CORPORATION | | | 7 Exemption Available on Req | MXN Mexican Pe o | 9-Other |
| MEMBER FINRA SIPC & NYSE (214) 765-10 5 TAX ID #13- 9674 J | | | 8 Des ription Available on Req | NZD New Zealand $ | 0 Mul iple cap (two or more of ag nt, principal & agent for another) |
| | | | 9 RVP/DVP | Add l Currencies | 67 – Riskless Principal |
| | | | | Cont ct your broker | A – As Agency |
| S1010B01  05/21 | | | | | B – A Principal |

 **Webull**

Account cleared by
Apex Clearing Corporation
350 N St Paul Street 1300
Dallas Texas 75201

**Account Number  5IB-70670**          **Account Name  ALEXANDER YONGSIK YON**

| Acct Type | B/S | Trade Date | Settle Date | QTY | SYM | PRICE | Principal | COMM | Tran Fee | Add'l Fees | Tag Number | Net Amount | Trade# | M K T | C A P |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | S | 11/04/21 | 11/08/21 | 500 | ARTL | 1 1900000 | 595 00 | 0 00 | 0 07 | 0 00 | C6955 | 594 93 | WEA1108 | 6 | 1 |
| Desc | ARTELO BIOSCIENCES INC COMMON STOCK | | | | | | | | | Interest/STTax | 0 00 | CUSIP | 04301G201 | | |
| Currency | USD | | ReportedPX | | | | | | MarkUp/Down | | | | | | |
| Trailer | | | | | | | | | | | | | | | |
| 1 | S | 11/04/21 | 11/08/21 | 10 | AUVI | 5 4700000 | 54 70 | 0 00 | 0 02 | 0 00 | J2262 | 54 68 | WEA1108 | 6 | 1 |
| Desc | APPLIED UV INC COMMON STOCK | | | | | | | | | Interest/STTax | 0 00 | CUSIP | 03828V105 | | |
| Currency | USD | | ReportedPX | | | | | | MarkUp/Down | | | | | | |
| Trailer | | | | | | | | | | | | | | | |
| 1 | S | 11/04/21 | 11/08/21 | 10 | ALF | 4 8620000 | 48 62 | 0 00 | 0 02 | 0 00 | I3101 | 48 60 | WEA1108 | 6 | 1 |
| Desc | ALFI INC COMMON STOCK | | | | | | | | | Interest/STTax | 0 00 | CUSIP | 00161P109 | | |
| Currency | USD | | ReportedPX | | | | | | MarkUp/Down | | | | | | |
| Trailer | | | | | | | | | | | | | | | |
| 1 | S | 11/04/21 | 11/08/21 | 1 | COTY | 9 0200000 | 9 02 | 0 00 | 0 02 | 0 00 | H3394 | 9 00 | WEA1108 | 6 | 1 |
| Desc | COTY INC COM CL A | | | | | | | | | Interest/STTax | 0 00 | CUSIP | 222070203 | | |
| Currency | USD | | ReportedPX | | | | | | MarkUp/Down | | | | | | |
| Trailer | | | | | | | | | | | | | | | |
| 1 | S | 11/04/21 | 11/08/21 | 20 | FBIO | 3 4950000 | 69 90 | 0 00 | 0 02 | 0 00 | I2795 | 69 88 | WEA1108 | 6 | 1 |
| Desc | FORTRESS BIOTECH INC | | | | | | | | | Interest/STTax | 0 00 | CUSIP | 34960Q109 | | |
| Currency | USD | | ReportedPX | | | | | | MarkUp/Down | | | | | | |
| Trailer | | | | | | | | | | | | | | | |
| 1 | B | 11/04/21 | 11/08/21 | 18 | MMAT | 4 8979000 | 88 16 | 0 00 | 0 00 | 0 00 | N2308 | 88 16 | WEA1108 | 6 | 1 |
| Desc | META MATLS INC COMMON STOCK | | | | | | | | | Interest/STTax | 0 00 | CUSIP | 59134N104 | | |
| Currency | USD | | ReportedPX | | | | | | MarkUp/Down | | | | | | |
| Trailer | | | | | | | | | | | | | | | |
| 1 | B | 11/04/21 | 11/08/21 | 1 | NVDA | 295 0600000 | 295 06 | 0 00 | 0 00 | 0 00 | J2111 | 295 06 | WEA1108 | 6 | 1 |
| Desc | NVIDIA CORP | | | | | | | | | Interest/STTax | 0 00 | CUSIP | 67066G104 | | |
| Currency | USD | | ReportedPX | | | | | | MarkUp/Down | | | | | | |
| Trailer | | | | | | | | | | | | | | | |
| 1 | S | 11/04/21 | 11/08/21 | 1 | OPK | 4 1650000 | 4 17 | 0 00 | 0 02 | 0 00 | H3879 | 4 15 | WEA1108 | 6 | 1 |
| Desc | OPKO HEALTH INC | | | | | | | | | Interest/STTax | 0 00 | CUSIP | 68375N103 | | |
| Currency | USD | | ReportedPX | | | | | | MarkUp/Down | | | | | | |
| Trailer | | | | | | | | | | | | | | | |

Account Number  5IB 70670          Account Name  ALEXANDER YONGSIK YON

| Acct Type | B/S | Trade Date | Settle Date | QTY | SYM | PRICE | Principal | COMM | Tran Fee | Add'l Fees | Tag Number | Net Amount | Trade# | M K T | C A P |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | S | 11/04/21 | 11/08/21 | 10 | SNOA | 5 9300000 | 59 30 | 0 00 | 0 02 | 0 00 | L6288 | 59 28 | WEA1108 | 6 | 1 |
| Desc | SONOMA PHARMACEUTICALS INC COMMON STOCK | | | | | | | | | Interest/STTax | 0 00 | CUSIP | 83558L204 | | |
| Currency | USD | | ReportedPX | | | | | | | | | | | | |
| Trailer | | | | | | | | | MarkUp/Down | | | | | | |
| 1 | B | 11/04/21 | 11/08/21 | 84 | ANY | 6 9499000 | 583 79 | 0 00 | 0 00 | 0 00 | E9756 | 583 79 | WEA1108 | 6 | 1 |
| Desc | SPHERE 3D CORP NEW COM NO PAR | | | | | | | | | Interest/STTax | 0 00 | CUSIP | 84841L308 | | |
| Currency | USD | | ReportedPX | | | | | | | | | | | | |
| Trailer | | | | | | | | | MarkUp/Down | | | | | | |
| 1 | B | 11/04/21 | 11/08/21 | 2 | ANY | 6 9100000 | 13 82 | 0 00 | 0 00 | 0 00 | G9048 | 13 82 | WEA1108 | 6 | 1 |
| Desc | SPHERE 3D CORP NEW COM NO PAR | | | | | | | | | Interest/STTax | 0 00 | CUSIP | 84841L308 | | |
| Currency | USD | | ReportedPX | | | | | | | | | | | | |
| Trailer | | | | | | | | | MarkUp/Down | | | | | | |
| 1 | S | 11/04/21 | 11/08/21 | 16 | KRKR | 1 6937000 | 27 10 | 0 00 | 0 02 | 0 00 | I4269 | 27 08 | WEA1108 | 6 | 1 |
| Desc | 36KR HOLDINGS INC AMERICAN DEPOSITARY SHARES | | | | | | | | | Interest/STTax | 0 00 | CUSIP | 88429K103 | | |
| Currency | USD | | ReportedPX | | | | | | | | | | | | |
| Trailer | | | | | | | | | MarkUp/Down | | | | | | |
| 1 | S | 11/04/21 | 11/08/21 | 30 | USEG | 3 7700000 | 113 10 | 0 00 | 0 02 | 0 00 | I3093 | 113 08 | WEA1108 | 6 | 1 |
| Desc | U S ENERGY CORP COMMON STOCK | | | | | | | | | Interest/STTax | 0 00 | CUSIP | 911805307 | | |
| Currency | USD | | ReportedPX | | | | | | | | | | | | |
| Trailer | | | | | | | | | MarkUp/Down | | | | | | |

SUMMARY FOR CURRENT TRADE DATE          11/04/21
TOTAL SHARES BOUGHT          105 00    TOTAL DOLLARS BOUGHT          980 83
TOTAL SHARES SOLD            598 00    TOTAL DOLLARS SOLD            980 68

Apex Clearing Corporation
350 N  St  Paul Street 1300
Dallas  TX  75201


Webull

Account Number  5IB 70670

OFFICE SERVING YOU
WEBULL FINANCIAL LLC - HOUSE
917-725-2448

ALEXANDER YONGSIK YON
4516 REBECCA CT
ELLICOTT CITY MD  21043-6098

## Transaction Confirmation

THANK YOU for letting Apex Clearing Corporation ( Apex ) serve you (the  Customer  "you  or  your ) directly or through your brokerage firm (the Introducing Broker ) or registered investment advisor ( RIA )  Amounts or securities due must be received in Apex s office on or before the settlement date shown

1  All orders are received and executed subject to the rules  regulations and customs of the SEC  FINRA  MSRB  FRB and the exchange or market where the order is entered  the provisions of the Securities Exchange Act of 1934 and Apex  if any

2  Securities purchased and securities pledged as margin are or may be hypothecated for the sum due thereon or for a greater sum  under circumstances which will permit the commingling thereof with securities of other customers  all without further notice to the Customer

3  If shares loaned for a short sale are no longer available  Apex reserves the right to decide by random selection  which positions will be subject to a buy in

4  Upon written request and where available  further details of items herein may be provided including  the execution date and time  the counterparty  when acting as agent  the detailed breakdown of any  commissions and fees and the remuneration details  if any  to Apex  or your Introducing Broker or RIA for directing orders to select market centers or market participants

5  To the extent any bonds  asset backed  preferred  or other securities mentioned herein have provisions that may cause a call or prepayment  the details and the effect on the yield shown here are available on written request  In addition  zero coupon bonds do not have periodic payments  may be callable below maturity value and if callable and in bearer form  are callable without notice but may not always be registered

6  All transactions on this confirmation are presumed to be unsolicited unless noted otherwise on this trade confirmation

7  Any ratings data (which is subject to change) that may be provided  has been obtained from ratings services which Apex believes to be reliable  however  there is no guarantee of accuracy or completeness

8  Good Till Cancel ( GTC ) orders are "live" during regular trading hours  GTC orders are canceled by Apex each business day (canceled at the exchange or market center) at 4 00pm EDT  with the exception of certain broad based ETF options that trade until 4 15pm EDT  GTC orders are resubmitted by Apex at the start of each trading day (prior to 9 30am EDT)  Time Priority will be reset each day as the order arrives at the exchange or market center  If a GTC order receives a partial execution and is not fully executed  the order quantity will adjust to the remaining quantity for the next business day  Commissions may be charged each day  that the order receives one or more partial executions  Please contact Apex your Introducing Broker or RIA for more specific details  Until cancellation of the GTC order  all open orders will be considered good  When entering a substitute order or changing an existing order  the responsibility for cancelling the original GTC order rests upon the Customer  Introducing Broker or RIA with discretionary trading authority  Therefore  if a Customer  Introducing Broker or RIA with discretionary trading authority  fails to cancel an existing order  transactions resulting from the execution of both the original and new order(s) may be entered into Customer s account

9  Failure of Customer to notify Apex in writing within five days of the receipt of this document of any concerns constitutes an acceptance of the transaction

10  Mutual Funds  You may be eligible for breakpoint discounts based on the size of your purchase  current holdings or future purchases  Upon selling your shares you may pay a sales charge  For more detailed information and other data on fees etc  see the Prospectus  the Statement of Additional Information or contact your Introducing Broker or RIA

11  The default Cost Basis Election or tax relief method used by Apex for tax reporting is First In-First Out ( FIFO ) for Equities and Bonds and Average cost for Mutual Funds  Please contact your Introducing Broker if you wish to change the default tax relief method for your account or specify different tax lots for liquidation

12  Underwriting (market 7)  the securities described herein are being sold pursuant to a registration statement or where prospectus is required

13  Market Maker  where the phrase  Market Maker  (or similar language) appears on the front of this confirmation  your Introducing Broker is making a market in this security  i e  buying or selling such security for its own account on a regular or continuous basis  It may  however  discontinue the maintenance of such market at any time  without notice

14  Asset-Backed Securities  the actual yield received may vary according to the rate at which the underlying receivable or other financial assets are prepaid  Information concerning the factors that affect yield  including the estimated yield  the weighted average life and the prepayment assumptions underlying the yield will be provided by your Introducing Broker or RIA upon written request

15  Mortgage Backed Securities transactions are subject to the PSA  Uniform Practices for Clearance and Settlement of Mortgage Backed Securities

16  Apex receives remuneration for directing orders to particular broker/dealers or market centers for execution  Such remuneration is considered compensation to the firm  The source and nature in connection with your transaction may be disclosed upon written request  Your Introducing Broker  that clears trades through Apex  will share in such payments or may directly receive payment for order flow for certain transactions  Details may be furnished upon written request

17  Backup Withholding – If you have not provided us with your correct social security number / tax ID number  under federal law  you may be subject to a $50 penalty as well as backup withholding on certain payments

18  Broker dealers are assessed fees by various market centers on certain securities transactions and Apex charges transaction fees to cover these assessments  While Apex endeavors to collect amounts roughly  equivalent to what Apex expects Apex s assessments to be  the actual amounts Apex charges as fees may be different than the amounts Apex is assessed by those market centers  Specific details regarding these fees may be available upon written request

19  If the official statement/Prospectus is available  you can view them at emma msrb org  In the event the official statement/Prospectus is not available on EMMA your Introducing Broker and/or Apex  has an obligation to provide you with information during the primary offering period but no later than settlement date

20  Payment of Interest to holders of Municipal Securities  you may be eligible for a substitute interest payment if the transfer of owner hip of your municipal security has not been completed prior to the next interest payment  Please contact a tax professional for more specific details

| MKT = Market in which transaction was Executed/Cleared | Buy/Sell Codes | Account Types | Currency Codes | CAP=Capacity in which your Introducing Broker or Apex  hve acted |
|---|---|---|---|---|
| 1  New York Stock Exchange   7  Underwriting | B = Buy | 1–Cash | AUD  Australian $ | 1 7 4 5 8 = As AGENT |
| 2  NYSE Amex  an   8  Foreign Exchang   Money Funds | S = Sell | 2–Margin | CAD  Canadian $ | 3 As PRINCIPAL  your broker or Apex has bought from you or a s ld |
| 3  Other US Exchanges   Stock  Dividends  Redemptions | X=B = Cancel Buy | 3  Income | EUR  Euros | to you and may have  een  r c a profit or l   on the transaction |
| 4  Mutual Funds   *Receipts  or Tenders | X=S = Cancel Sell | 4  Non Negotiable | GBP  British Pounds | 6 As AGENT for both buyer and  eller |
| 5  Opti n   9  Other | | 5  Short | HLD  Heng Kong $ | 7 As PRINCIPAL  y ur Broker or Apex ha  bought from you or  old |
| 6  Over-th  Counter/NASDAQ | | o  Speci 1 Subscription | JPY  Japan Yen | to you and ma  have  eceived a profit or loss on the tran action |
| | | 7  Description Available on Req | MXN  Mexican Pe o | 9  Other |
| ACCOUNTS CARRIED BY APEX CLEARING CORPORATION | | 8  Des ription Available on Req | NZD  New Zealand $ | 0 Mul iple cap (two or more of ag nt, principal  & agent for another) |
| MEMBER FINRA  SIPC & NYSE (214) 765-1055  TAX ID #13-  9674 3 | | 9  RVP/DVP | Add i Currencies | r  = Riskless  Principal |
| | | | Cont ct your broker | A = Agency |
| | | | | B = A  Principal |

S1010BB1  05/21

 **Webull**

Account cleared by
Apex Clearing Corporation
350 N  St  Paul Street 1300
Dallas  Texas 75201

**Account Number  5IB 70670**     **Account Name  ALEXANDER YONGSIK YON**

| Acct Type | B/S | Trade Date | Settle Date | QTY | SYM | PRICE | Principal | COMM | Tran Fee | Add'l Fees | Tag Number | Net Amount | Trade# | M K T | C A P |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | S | 01/19/22 | 01/21/22 | 250 | BAOS | 0 8512000 | 212 80 | 0 00 | 0 04 | 0 00 | Q6400 | 212 76 | WEA0121 | 6 | 1 |
| Desc | | BAOSHENG MEDIA GROUP HOLDINGS LIMITED  ORDINARY SHARES | | | | | | | | Interest/STTax | 0 00 | CUSIP | G08908108 | | |
| Currency | USD | | ReportedPX | | | | | | | | | | | | |
| Trailer | | | | | | | | | MarkUp/Down | | | | | | |
| 1 | S | 01/19/22 | 01/21/22 | 200 | FAMI | 0 2266500 | 45 33 | 0 00 | 0 04 | 0 00 | Q5127 | 45 29 | WEA0121 | 6 | 1 |
| Desc | | FARMMI INC ORDINARY SHARES | | | | | | | | Interest/STTax | 0 00 | CUSIP | G33277107 | | |
| Currency | USD | | ReportedPX | | | | | | | | | | | | |
| Trailer | | | | | | | | | MarkUp/Down | | | | | | |
| 1 | B | 01/19/22 | 01/21/22 | 14 | MMAT | 2 0883000 | 29 24 | 0 00 | 0 00 | 0 00 | T5980 | 29 24 | WEA0121 | 6 | 1 |
| Desc | | META MATLS INC COMMON STOCK | | | | | | | | Interest/STTax | 0 00 | CUSIP | 59134N104 | | |
| Currency | USD | | ReportedPX | | | | | | | | | | | | |
| Trailer | | | | | | | | | MarkUp/Down | | | | | | |
| 1 | B | 01/19/22 | 01/21/22 | 140 | BBIG | 5 0600000 | 708 40 | 0 00 | 0 00 | 0 00 | R5987 | 708 40 | WEA0121 | 6 | 1 |
| Desc | | VINCO VENTURES INC COMMON STOCK | | | | | | | | Interest/STTax | 0 00 | CUSIP | 927330100 | | |
| Currency | USD | | ReportedPX | | | | | | | | | | | | |
| Trailer | | | | | | | | | MarkUp/Down | | | | | | |
| 1 | S | 01/19/22 | 01/21/22 | 1 430 | ZOM | 0 3350000 | 479 05 | 0 00 | 0 2C | 0 00 | R1190 | 478 85 | WEA0121 | 6 | 1 |
| Desc | | ZOMEDICA CORP COM | | | | | | | | Interest/STTax | 0 00 | CUSIP | 98980M109 | | |
| Currency | USD | | ReportedPX | | | | | | | | | | | | |
| Trailer | | | | | | | | | MarkUp/Down | | | | | | |

| | | |
|---|---|---|
| SUMMARY FOR CURRENT TRADE DATE | 01/19/22 | |
| TOTAL SHARES BOUGHT | 154 00 | TOTAL DOLLARS BOUGHT | 737 64 |
| TOTAL SHARES SOLD | 1 880 00 | TOTAL DOLLARS SOLD | 736 90 |

**ProcessDate 01/19/2022**

Apex Clearing Corporation
350 N  St  Paul Street 1300
Dallas  TX  75201



Account Number   5IB 70670

OFFICE SERVING YOU
WEBULL FINANCIAL LLC - HOUSE
917-725-2448

ALEXANDER YONGSIK YON
4516 REBECCA CT
ELLICOTT CITY MD  21043 6098

## Transaction Confirmation

THANK YOU for letting Apex Clearing Corporation ( Apex ) serve you (the  Customer   'you   or  your ) directly or through your brokerage firm (the  Introducing Broker ) or registered investment advisor ( RIA )  Amounts or securities due must be received in Apex's office on or before the settlement date shown
1  All orders are received and executed subject to the rules  regulations and customs of the SEC  FINRA  MSRB  FRB and the exchange or market where the order is entered  the provisions of the Securities Exchange Act of 1934 and Apex, if any
2  Securities purchased and securities pledged as margin are or may be hypothecated for the sum due thereon or for a greater sum  under circumstances which will permit the commingling thereof with securities of other customers  all without further notice to the Customer
3  If shares loaned for a short sale are no longer available  Apex reserves the right to decide by random selection  which positions will be subject to a buy in
4  Upon written request and where available  further details of items herein may be provided including  the execution date and time, the counterparty when acting as agent  the detailed breakdown of any commissions and fees and the remuneration details  if any  to Apex, or your Introducing Broker or RIA for directing orders to select market centers or market participants
5  To the extent any bonds  asset backed  preferred  or other securities mentioned herein have provisions that may cause a call or prepayment  the details and the effect on the yield shown here are available on written request  In addition  zero coupon bonds do not have periodic payments  may be callable below maturity value and if callable and in bearer form  are callable without notice by mail unless registered
6  All transactions on this confirmation are presumed to be unsolicited unless noted otherwise on this trade confirmation
7  Any ratings data (which is subject to change) that may be provided  has been obtained from ratings services which Apex believes to be reliable  however  there is no guarantee of accuracy or completeness
8  Good Till Cancel ( GTC ) orders are "live" during regular trading hours  GTC orders are canceled by Apex each business day (cancelled at the exchange or market center) at 4 00pm EDT  with the exception of certain broad based ETF options that trade until 4 15pm EDT  GTC orders are resubmitted by Apex at the start of each trading day (prior to 9 30am EDT)  Time Priority will be reset each day as the order arrives at the exchange or market center  If a GTC order receives a partial execution and is not fully executed  the order quantity  will adjust to the remaining quantity for the next business day  Commissions may be charged each day  that the order receives one or more partial executions  Please contact Apex, your Introducing Broker or RIA for more specific details  Until cancellation of the GTC order  all open orders will be considered good  When entering a substitute order or changing an existing order  the responsibility for cancelling the original GTC order rests upon the Customer  Introducing Broker or RIA with discretionary trading authority  Therefore  if a Customer  Introducing Broker or RIA with discretionary trading authority fails to cancel an existing order  transactions resulting from the execution of both the original and new order(s) may be entered into Customer s account
9  Failure of Customer to notify Apex  in writing within five days of the receipt of this document of any concerns constitutes an acceptance of the transaction
10  Mutual Funds  You may be eligible for breakpoint discounts based on the size of your purchase  current holdings or future purchases  Upon selling your shares  you may pay a sales charge  For more detailed information and other data on fees etc  see the Prospectus  the Statement of Additional Information or contact your Introducing Broker or RIA
11  The default Cost Basis Election or tax relief method used by Apex for tax reporting is First In First Out ( FIFO ) for Equities and Bonds and Average cost for Mutual Funds  Please contact your Introducing Broker if you wish to change the default tax-relief method for your account or specify different tax lots for liquidation
12  Underwriting (market 7)  the securities described herein are being sold pursuant to a registration statement or where prospectus is required
13  Market Maker  where the phrase   Market Maker   (or similar language) appears on the front of this confirmation  your Introducing Broker is making a market in this security  i e  buying or selling such security for its own account on a regular or continuous basis  It may  however  discontinue the maintenance of such market at any time  without notice
14  Asset-Backed Securities  the actual yield received may vary according to the rate at which the underlying receivable or other financial assets are prepaid  Information concerning the factors that affect yield  including the estimated yield  the weighted average life and the prepayment assumptions underlying the yield will be provided by your Introducing Broker or RIA upon written request
15  Mortgage Backed Securities transactions are subject to the PSA  Uniform Practices for Clearance and Settlement of Mortgage Backed Securities
16  Apex receives remuneration for directing orders to particular broker/dealers or market centers for execution  Such remuneration  is considered compensation to the firm  The source and nature in connection with your transaction may be disclosed upon written request  Your Introducing Broker  that clears trades through Apex, will share in such payments or may directly receive payment for order flow for certain transactions  Details may be furnished upon written request
17  Backup Withholding – If you have not provided us with your correct social security number / tax ID number  under federal law  you may be subject to a $50 penalty as well as backup withholding on certain payments
18  Broker dealers are assessed fees by various market centers on certain securities transactions and Apex charges transaction fees to cover these assessments  While Apex endeavors to collect amounts roughly  equivalent to what Apex expect Apex s assessments to be  the actual amounts Apex charges as fees may be different than the amounts Apex is assessed by those market centers  Specific details regarding these fees may be available upon written request
19  If the official statement/Prospectus is available  you can view them at emma msrb org  In the event the official statement/Prospectus is not available on EMMA  your Introducing Broker and/or Apex has an obligation to provide you with information during the primary offering period but no later than settlement date
20  Payment of Interest to holders of Municipal Securities  you may be subject to a substitute interest payment if the transfer of owner hip of your municipal security has not been completed prior to the next interest payment  Please contact a tax professional for more specific details

| MKT = Market in which transaction was Executed/Cleared | Buy/Sell Codes | Account Types | Currency Codes | CAP=Capacity in which your Introducing Broker or Apex has acted |
|---|---|---|---|---|
| 1  New York Stock Exchange    7 Underwriting | B = Buy | 1-Cash | AUD  Australian $ | 1 2 4 5 8 – As AGENT |
| 2  NYSE Amen an               8 Foreign Exchanges, Money Funds | S = Sell | 2 Margin | CAD  Canad an $ | 3 As PRINCIPAL, your broker or Apex has bought from you or sold |
| 3  Other US Exchanges         Stock Dividends  Redemptions | X#B = Cancel Buy | 3 Incom | EUR  Euros | to you  nd may have  rece ved a profit or l ss on the transaction |
| 4  Mutual Funds               Reorgs  or Tenders | X#S = Cancel Sell | 4 Non Negotiabl | GBP  British Pounds | 6 As AGENT for both buyer and  eller |
| 5  Options                    9 Other | | 5 Short | HKD  Hong Kong $ | 7 As PRINCIPAL, your Broker or Apex has bought from you or  old |
| 6  Over th  Counter/NASDAQ | | 6 Special Subscription | JPY  Japan Yen | to you and m y have  eceived a profit or los  on the transaction |
| ACCOUNTS CARRIED BY APEX CLEARING CORPORATION | | 7 Description Av ilable on Req | MXN  Mexican Pe o | 9-Other |
| MEMBER FINRA, SIPC & NYSE  (214) 765-1055  TAX ID #13-3967453 | | 8 Des ription Available on Req | NZD  New Z aland $ | 6 Mul spl  cap (two or more of ag nt  principal, & agent for another) |
| | | 9 RVP/DVP | Add l Currencies | e7 – Riskless  Principal |
| S1010B01  05/21 | | | Cont ct your broker | A – As Agency |
| | | | | B – A  Principal |

# E✴TRADE
# FINANCIAL®
Trading • Investing • Banking

Page 1 of 2

## E✴TRADE Securities
Investment Account

# TRADE CONFIRMATION

**Account Number  XXXX 6829**

**Account Name**
ALEXANDER YON

E✴TRADE Securities LLC
PO Box 484
Jersey City  NJ  07303 0484
1 800 ETRADE 1 (1 800 367 2331)
etrade com

**Customer Update**
Invest to make an impact  Learn how sustainable investing offers growth potential while
supporting your values at us etrade com/knowledge/sustainable investing

| TRADE DATE | SETL DATE | MKT / CPT | SYMBOL / CUSIP | BUY / SELL | QUANTITY | PRICE | ACCT TYPE | | |
|---|---|---|---|---|---|---|---|---|---|
| 06/21/21 | 06/23/21 | 6 1 | LKCO | BUY | 1 | $2 91 | Cash | PRINCIPAL | $2 91 |
| ***LUOKUNG TECHNOLOGY CORP ORDINARY SHARES | | | | | | | | NET AMOUNT | $2 91 |
| 06/21/21 | 06/23/21 | 6 1 | TRCH | BUY | 1 800 | $9 3899 | Cash | PRINCIPAL | $16 901 82 |
| TORCHLIGHT ENERGY RESOURCES INC | | | | | | | | NET AMOUNT | $16 901 82 |
| 06/21/21 | 06/23/21 | 6 1 | TRCH | BUY | 6 123 | $9 39 | Cash | PRINCIPAL | $57 494 97 |
| TORCHLIGHT ENERGY RESOURCES INC | | | | | | | | NET AMOUNT | $57 494 97 |
| 06/21/21 | 06/23/21 | 6 1 | TRCH | BUY | 1 911 | $9 40 | Cash | PRINCIPAL | $17 963 40 |
| TORCHLIGHT ENERGY RESOURCES INC | | | | | | | | NET AMOUNT | $17 963 40 |
| 06/21/21 | 06/23/21 | 6 1 | TRCH | BUY | 766 | $9 41 | Cash | PRINCIPAL | $7 208 06 |
| TORCHLIGHT ENERGY RESOURCES INC | | | | | | | | NET AMOUNT | $7 208 06 |
| 06/21/21 | 06/23/21 | 6 1 | TRCH | BUY | 46 | $9 27 | Cash | PRINCIPAL | $426 42 |
| TORCHLIGHT ENERGY RESOURCES INC | | | | | | | | NET AMOUNT | $426 42 |
| 06/21/21 | 06/23/21 | 6 1 | TRCH | BUY | 1 | $9 175 | Cash | PRINCIPAL | $9 18 |
| TORCHLIGHT ENERGY RESOURCES INC | | | | | | | | NET AMOUNT | $9 18 |

▲  DETACH HERE

ALEXANDER YON
1462 DESOTO RD
BALTIMORE MD  21230 1202

DETACH HERE  ▲

**Use This Deposit Slip    Acct  XXXX-6829**

**Please do not send cash**

Make checks payable to E✴TRADE Securities LLC
Mail deposits to

E✴TRADE Securities LLC
PO Box 484
Jersey City  NJ  07303 0484

| Dollars | Cents |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |

**TOTAL DEPOSIT**

⑈062120210001⑈ ⑆00508568293⑆



**E✲TRADE**
**F I N A N C I A L®**
Trading · Investing · Banking

Type of Transaction
(Market)
1 NYSE                                    5 CBOE
2 NYSE American                           6 Over the Counter
3 Other US Registered Exchanges           7 Underwriting
4 Mutual Funds                            8 Foreign Exchange or Other

(Capacity in which your broker is acting)
1 2 3 4 5 9 As agent
6 As agent for both buyer and seller  The commission charged to the party on the other side of the
transaction will be furnished upon request
7 As principal

If the symbol ( ) appears in the security description on the face hereof  the offering of the
described security has been made solely by means of the prospectus relating thereto  a copy
of which has been or will be delivered to you  the receipt of which is acknowledged by payment
hereof

If the symbol (F) appears in the security description  it indicates that the security is  Foreign
and may be subject to interest equalization tax

If the symbol (T) appears in the security description  an officer or employee of ETS is a director
of the issuer of the securities involved in this transaction  A control relationship may therefore
exist between the issuer and ETS

Please retain this confirmation for income tax purposes  Federal regulations require brokers
to report proceeds from all transactions to the Internal Revenue Service

## Terms and Conditions

Please refer to the E*TRADE Customer Agreement for a complete discussion of the terms
and conditions governing your account  If you have questions regarding the E*TRADE
Customer Agreement or your account  please email us through etrade.com or call  800-
ETRADE 1  THE INFORMATION CONTAINED IN THIS CONFIRMATION SHALL BE BINDING
UPON YOU  IF YOU DO NOT OBJECT IN WRITING WITHIN TWO (2) DAYS AFTER THE
CONFIRMATION IS FIRST RECEIVED BY YOU  Securities products and services  are offered
by E*TRADE  Securities LLC ( ETS )  Member FINRA/SIPC  Your account is carried by
ETS which maintains your funds and securities deposited with ETS  An affiliate of ETS may
act as a principal or agent in your transaction(s)

Applicable Rules and Regulations. All transactions in your account shall be subject to the
constitution  rules  regulations  customs  and usages of the exchange or market  and its
clearing house  where the transactions are executed by ETS or its agents  including ETS
affiliates  Also  where applicable  the transactions shall be subject to the provisions of the
Securities Act of 1933  as amended  the Securities Exchange Act of 1934  as amended  and
the rules and regulations of the Securities and Exchange Commission ( SEC )  the Board of
Governors of the Federal Reserve System  and any applicable self regulatory organization
For information about FINRA s BrokerCheck Program  including an investor brochure  please
contact FINRA at 800 289-9999 or www.finra.org

Securities held on your behalf at ETS or a central clearing facility but not registered in your
name are commingled with identical securities held for other customers  In the event that
securities so held are called by the issuer  the securities to be called will be determined by
an impartial and random selection system  If your security is selected  it will be presented for
redemption  and your account credited with the proceeds  You have the right to withdraw
uncalled fully paid securities at any time prior to a partial call and also to withdraw excess
margin securities not subject to restriction

The responsibility to cancel an existing open order rests with you  Any transaction that results
from the execution of any orders that you have not instructed us to cancel  prior to execution
will be recorded in your account  Market orders are subject to immediate execution and are
difficult to cancel

If required payment or delivery of securities is not made by the settlement date  ETS may  at its
option and without  further  notice  charge interest on the amount shown on the face hereof
or cancel  sell out  or buy in  the  subject securities  and charge  your account for any
expenses  losses or other costs incurred

Investments in securities  are not guaranteed by ETS  are not insured by the FDIC  and will
fluctuate with changes in market conditions  When selling a security  you may receive more or
less than your original investment

The principal amount or commission described on the face hereof may include an Additional
Fee  for special services rendered  Other charges may include commissions paid to affiliates
of ETS  local taxes  transaction fees  and exchange fees  among others  For customers who
choose to convert from the currency in which the security or payment thereon is
denominated  the amounts provided with respect to principal interest  dividend and/or yield
is subject to fluctuation or applicable foreign currency exchange rates and costs including a
markup charged by ETS  Further details are available upon written request  The name of the
party with whom this transaction was made and time of execution of the transaction will be
furnished upon written request

Securities purchased by you or held by ETS may be hypothecated and/or  commingled
with securities carried for other customers

Call features for bonds may exist and such bonds can be redeemed  in whole or  in part
before  maturity  that could  affect  the  yield  complete information  will be  provided  upon
request  With respect to a zero coupon issue  you will not receive periodic payments  and the
securities may be callable at a price below maturity value  Furthermore  a zero coupon issue
that is callable and in bearer form may be called without notice by mail to you unless the issue is
registered

For an asset backed security (e g  GMO  FNMA  FHLMC  or GNMA)  the actual yield may
vary  according  to  the  rate  at  which the underlying assets or receivables are prepaid
Information concerning factors that affect yield  including estimated yield  weighted average
life  and prepayment assumptions  are available upon request

The ratings that appear in the description of some fixed-income securities have been obtained
from rating services that we believe to be reliable  however  we cannot guarantee their
accuracy  Securities for which a rating is not available will be marked  Not Rated  A withdrawn
rating WR  signifies the removal of a rating on either an obligation or issuer  Confirmations related
to fixed income transactions may reflect  a mark up or mark down  both as a dollar and
percentage value  The mark up or mark down dollar value is calculated as the execution price
less the prevailing market price (PMP) multiplied by the quantity  The mark up or mark down
percentage value is calculated as the mark up or mark down dollar value divided by the PMP
Trades with a mark-up or mark down value of  N/A  indicate a negative mark-up (i e  the sale
of the security was at a price lower than the PMP)

Final prospectus and/or offering documentation is available upon request in connection with
your purchase of a security where the issuer is deemed to control  be controlled by or under
common control with ETS (i e  affiliated securities)

Additional Fees may include  a broker  assist fee  an order  handling  fee  and/or  market
center charges  ETS will charge a fee if you request to have certificates issued in your name
and mailed to you

ALEXANDER YON
1462 DESOTO RD
BALTIMORE MD  21230-1202

Payment for Order Flow Disclosure
The SEC (as well as FINRA) requires that all broker dealers inform their customers when a
new  account  is  opened  and  on an  annual basis  thereafter  of payment  for order  flow
practices  (compensation  received  for  placing orders through  specialists  on  national
securities  exchanges  over-the-counter market  makers  alternative trading  systems  and
ECN s  (collectively   market  centers ))  Consistent  with  the overriding principle of best
execution  ETS routes orders to various market makers  including its affiliate Morgan Stanley
& Co  LLC  ETS receives remuneration (generally  in the form of per share cash payments
or through profit sharing arrangements) for routing orders in securities to particular market
centers for execution  Such remuneration is considered  compensation to  ETS  and  the
source and amount of any compensation received in connection with your transaction will
be disclosed to you upon written request  ETS  absent instructions from you to the contrary
takes a number of factors into consideration in determining  where to route customers
orders  including  the  speed of execution  price improvement opportunities (executions at
prices superior to the then prevailing inside market)  automatic execution guarantees  the
availability of efficient and reliable order handling systems  the level of service provided  the
cost of executing orders  whether it will receive cash or non cash  payments for routing
order flow  and  reciprocal business  arrangements

Trades noted as  AVG PRICE SHOWN  DETAILS ON REQ  are executed through an average
price account  The price shown may represent  an average of multiple executions or may represent
a single execution at the price indicated  Details regarding trades done in an average price account
are available upon request

Rev 09/20  s1237604

Page 1 of 2

# E✳TRADE
# F I N A N C I A L®
Trading • Investing • Banking

**E✳TRADE Securities**

Investment Account

## TRADE CONFIRMATION

**Account Number  XXXX 6829**

**Account Name**
ALEXANDER YON

E✳TRADE Securities LLC
PO Box 484
Jersey City NJ  07303 0484
1 800 ETRADE 1 (1 800 387 2331)
etrade com

| TRADE DATE | SETL DATE | MKT / CPT | SYMBOL / CUSIP | BUY / SELL | QUANTITY | PRICE | ACCT TYPE | | |
|---|---|---|---|---|---|---|---|---|---|
| 07/23/21 | 07/27/21 | 6 1 | MMAT | BUY | 1 450 | $3 51 | Cash | PRINCIPAL | $5 089 50 |
| **META MATLS INC COMMON STOCK** | | | | | | | | NET AMOUNT | $5 089 50 |
| 07/23/21 | 07/27/21 | 6 1 | NIO | SELL | 97 | $43 1944 | Cash | PRINCIPAL | $4 189 86 |
| ***NIO INC AMERICAN DEPOSITARY SHARES ECH | | | | | | | | FINRA TAF | $0 01 |
| RPRSNTNG ONE CL A ORD SHARE | | | | | | | | FEE | $0 03 |
| | | | | | | | | NET AMOUNT | $4 189 82 |
| 07/23/21 | 07/27/21 | 6 1 | VTNR | SELL | 100 | $8 815 | Cash | PRINCIPAL | $881 50 |
| **VERTEX ENERGY INC** | | | | | | | | FINRA TAF | $0 01 |
| | | | | | | | | FEE | $0 01 |
| | | | | | | | | NET AMOUNT | $881 48 |

▲  DETACH HERE
ALEXANDER YON
1462 DESOTO RD
BALTIMORE MD  21230 1202

DETACH HERE  ▲

**Use This Deposit Slip**  **Acct XXXX-6829**

**Please do not send cash**

| | Dollars | Cents |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |

**TOTAL DEPOSIT**

Make checks payable to E✳TRADE Securities LLC
Mail deposits to

E✳TRADE Securities LLC
PO Box 484
Jersey City NJ  07303 0484

072320210001  ⑈005085682⑈3



**E✲TRADE**
**F I N A N C I A L®**
Trading • Investing • Banking

**Terms and Conditions**

Please refer to the E*TRADE Customer Agreement for a complete discussion of the terms and conditions governing your account. If you have questions regarding the E*TRADE Customer Agreement or your account, please email us through etrade.com or call 800-ETRADE-1. THE INFORMATION CONTAINED IN THIS CONFIRMATION SHALL BE BINDING UPON YOU IF YOU DO NOT OBJECT IN WRITING WITHIN TWO (2) DAYS AFTER THE CONFIRMATION IS FIRST RECEIVED BY YOU. Securities products and services are offered by E*TRADE Securities LLC ( ETS )  Member FINRA/SIPC  Your account is carried by ETS which maintains your funds and securities deposited with ETS  An affiliate of ETS may act as a principal or agent in your transaction(s)

**Applicable Rules and Regulations.** All transactions in your account shall be subject to the constitution rules regulations customs and usages of the exchange or market and its clearing house where the transactions are executed by ETS or its agents including ETS affiliates  Also where applicable the transactions shall be subject to the provisions of the Securities Act of 1933 as amended the Securities Exchange Act of 1934 as amended and the rules and regulations of the Securities and Exchange Commission ( SEC ) the Board of Governors of the Federal Reserve System and any applicable self regulatory organization  For information about FINRA s BrokerCheck Program  including an investor brochure please contact FINRA at 800-289-9999 or www_finra.org

Securities held on your behalf at ETS or a central clearing facility but not registered in your name are commingled with identical securities held for other customers  In the event that securities so held are called by the issuer the securities to be called will be determined by an impartial and random selection system  If your security is selected  it will be presented for redemption and your account credited with the proceeds  You have the right to withdraw uncalled fully paid securities at any time prior to a partial call and also to withdraw excess margin securities not subject to restriction

The responsibility to cancel an existing open order rests with you  Any transaction that results from the execution of any orders that you have not instructed us to cancel  prior to execution will be recorded in your account  Market orders are subject to immediate execution and are difficult to cancel

If recurred payment or delivery of securities is not made by the settlement date  ETS may at its option and without further notice  charge interest on the amount shown on the face hereof or cancel  sell out  or buy in  the subject securities and charge  your account for any expenses  losses or other costs incurred

Investments in securities are not guaranteed by ETS  are not insured by the FDIC  and will fluctuate with changes in market conditions  When selling a security  you may receive more or less than your original investment

The principal amount or commission described on the face hereof may include an Additional Fee  for special services rendered  Other charges may include commissions paid to affiliates of ETS  local taxes  transaction fees and exchange fees  among others  For customers who choose to convert from the currency in which the security or payment thereon is denominated  the amounts provided with respect to principal  interest  dividend and/or yield is subject to fluctuation or applicable foreign currency exchange rates and costs including a markup charged by ETS  Further details are available upon written request  The name of the party with whom this transaction was made and time of execution of the transaction will be furnished upon written request

Securities purchased by you  or held by ETS may be hypothecated and/or commingled with securities carried for other customers

Call features for bonds may exist and such bonds can be redeemed in whole or in part before maturity that could affect the yield  complete information  will be provided upon request  With respect to a zero coupon issue you will not receive periodic payments and the securities may be callable at a price below maturity value  Furthermore  a zero coupon issue that is callable and in bearer form may be called without notice by mail to you unless the issue is registered

For an asset backed security (e g  GMO  FNMA  FHLMC  or GMNA)  the actual yield may vary  according to  the rate at  which the underlying assets or receivables are prepaid  Information concerning factors that affect yield  including estimated yield  weighted average life  and prepayment assumptions  are available upon request

The ratings that appear in the description of some fixed-income securities have been obtained from rating services that we believe to be reliable  however  we cannot guarantee their accuracy  Securities for which a rating is not available will be marked Not Rated  A withdrawn rating WR  signifies the removal of a rating on either an obligation or issuer  Confirmations related to fixed income transactions may reflect a mark up or mark down  both as a dollar and percentage value  The mark up or mark down dollar value is calculated as the execution price less the prevailing market price (PMP) multiplied by the quantity  The mark up or mark down percentage value is calculated as the mark up or mark down dollar value divided by the PMP  Trades with a mark-up or mark down value of  N/A  indicate a negative mark-up (i e  the sale of the security was at a price lower than the PMP)

Final prospectus and/or offering documentation is available upon request  in connection with your purchase of a security where the issuer is deemed to control  be controlled by  or under common control with ETS (i e  affiliated securities)

Additional Fees may include a broker asset fee  an order handling fee and/or market center charges  ETS will charge a fee if  you request to have certificates issued in your name and  mailed to you

**Type of Transaction**
(Market)
1 NYSE                       5 CBOE
2 NYSE American              6 Over-the-Counter
3 Other US Registered Exchanges   7 Underwriting
4 Mutual Funds               8 Foreign Exchange or Other

(Capacity in which your broker is acting)
1 2 3 4 5 8 As agent
6 As agent for both buyer and seller  The commission charged to the party on the other side of the transaction will be furnished upon request
7 As principal

If the symbol ( ) appears in the security description  on the face hereof  the offering of the described security has been made solely by means of the prospectus relating thereto  a copy of which  has been or will be delivered to you  the receipt of which is acknowledged by payment hereof

If the symbol (F) appears in the security description  it indicates that the security is  Foreign and may be subject to interest equalization tax

If the symbol (T) appears in the security description  an officer or employee of ETS is a director of the issuer of the securities involved in this transaction  A control relationship may therefore exist between the issuer and ETS

Please retain this confirmation for income tax purposes  Federal regulations require brokers to report proceeds from all transactions to the Internal Revenue Service

**ALEXANDER YON**
**1462 DESOTO RD**
**BALTIMORE MD  21230-1202**

**Payment for Order Flow Disclosure**
The SEC (as well as FINRA) requires that all broker dealers inform their customers when a new account is opened  and on an annual basis thereafter  of payment for order flow practices (compensation  received for placing orders through specialists on national securities exchanges  over-the-counter market makers  alternative trading systems  and ECN s  (collectively  market centers ))  Consistent with the overriding principle of best execution  ETS routes orders to various market makers  including its affiliate Morgan Stanley & Co LLC  ETS receives remuneration (generally in the form of per share cash payments or through profit sharing arrangements) for routing orders in securities to particular market centers for execution  Such remuneration is considered  compensation to ETS  and the source and amount of any compensation received in connection with your transaction will be disclosed to you upon written request  ETS absent instructions from you to the contrary  takes a number of factors into consideration in determining where to route customers orders including  the  speed of execution  price improvement opportunities (executions at prices superior to the then prevailing inside market)  automatic execution guarantees  the availability of efficient and reliable order handling systems  the level of service provided  the cost of executing orders whether it will receive cash or non cash payments for routing order flow  and reciprocal business  arrangements

Trades noted as  AVG PRICE SHOWN DETAILS ON REQ  are executed through an average price account  The price shown may represent an average of multiple executions or may represent a single execution at the price indicated  Details regarding trades done in an average price account are available upon request

Rev 09/20  1237B04

# E✳TRADE
# FINANCIAL®

Trading • Investing   Banking

Page 1 of 2

## E✳TRADE Securities

Investment Account

# TRADE CONFIRMATION

**Account Number  XXXX 6829**

Account Name
ALEXANDER YON

E✳TRADE Securities LLC
PO Box 484
Jersey City NJ 07303 0484
1 800 ETRADE 1 (1 800 387 2331)
etrade com

| TRADE DATE | SETL DATE | MKT/ CPT | SYMBOL/ CUSIP | BUY/ SELL | QUANTITY | PRICE | ACCT TYPE | | |
|---|---|---|---|---|---|---|---|---|---|
| 07/28/21 | 07/30/21 | 6 1 | AMZN | BUY | 1 | $3 635 90 | Cash | PRINCIPAL | $3 635 90 |
| AMAZON COM INC | | | | | | | | NET AMOUNT | $3 635 90 |
| 07/28/21 | 07/30/21 | 6 1 | FB | BUY | 3 | $377 5232 | Cash | PRINCIPAL | $1 132 57 |
| FACEBOOK INC CL A | | | | | | | | NET AMOUNT | $1 132 57 |
| 07/28/21 | 07/30/21 | 6 1 | MMAT | BUY | 320 | $3 3452 | Cash | PRINCIPAL | $1 070 46 |
| META MATLS INC COMMON STOCK | | | | | | | | NET AMOUNT | $1 070 46 |
| 07/28/21 | 07/30/21 | 6 1 | SPY | SELL | 2 | $439 5979 | Cash | PRINCIPAL | $879 20 |
| SPDR S&P 500 ETF TRUST | | | | | | | | FEE | $0 01 |
| | | | | | | | | NET AMOUNT | $879 19 |

▲ DETACH HERE
ALEXANDER YON
1462 DESOTO RD
BALTIMORE MD 21230 1202

DETACH HERE ▲

**Use This Deposit Slip  Acct· XXXX-6829**

Please do not send cash

| Dollars | Cents |
|---|---|
| | |
| | |
| | |
| | |
| | |

Make checks payable to E✳TRADE Securities LLC
Mail deposits to

**TOTAL DEPOSIT**

E✳TRADE Securities LLC
PO Box 484
Jersey City NJ 07303 0484

072820210001  900508568293



**Type of Transaction**
(Market)
1 NYSE                                   5 CBOE
2 NYSE American                          6 Over-the-Counter
3 Other US Registered Exchanges          7 Underwriting
4 Mutual Funds                           8 Foreign Exchange or Other

(Capacity in which your broker is acting)
1 2 3 4 5 8 As agent
6 As agent for both buyer and seller  The commission charged to the party on the other side of the transaction will be furnished upon request
7 As principal

If the symbol ( ) appears in the security description on the face hereof  the offering of the described security has been made solely by means of the prospectus relating thereto  a copy of which has been or will be delivered to you  the receipt of which is acknowledged by payment hereof

If the symbol (F) appears in the security description  it indicates that the security is  Foreign  and may be subject to interest equalization tax

If the symbol (T) appears in the security description  an officer or employee of ETS is a director of the issuer of the securities involved in this transaction  A control relationship may therefore exist between the issuer and ETS

Please retain this confirmation for income tax purposes  Federal regulations require brokers to report proceeds from all transactions to the Internal Revenue Service

Terms and Conditions

Please refer to the E*TRADE Customer Agreement for a complete discussion of the terms and conditions governing your account  If you have questions regarding the E*TRADE Customer  Agreement or your account  please email us through etrade com or call  800-ETRADE 1  THE INFORMATION CONTAINED IN THIS CONFIRMATION SHALL BE BINDING UPON YOU IF YOU DO NOT OBJECT IN WRITING WITHIN TWO (2) DAYS AFTER THE CONFIRMATION IS FIRST RECEIVED BY YOU  Securities products and services are offered by  E*TRADE  Securities LLC ( ETS )  Member FINRA/SIPC  Your account is carried by ETS which maintains your funds and securities deposited with ETS  An affiliate of ETS may act as a principal or agent in your transaction(s)

Applicable Rules and Regulations. All transactions in your account shall be subject to the constitution  rules  regulations  customs  and usages of the exchange or market  and its clearing house  where the transactions are executed by ETS or its agents  including ETS affiliates  Also  where applicable  the transactions shall be subject to the provisions of the Securities Act of 1933 as amended  the Securities Exchange Act of 1934 as amended  and the rules and regulations of the Securities and Exchange Commission ( SEC )  the Board of Governors of the Federal Reserve System  and any applicable self regulatory organization  For information about FINRA s BrokerCheck Program  including an investor brochure please contact FINRA at 800 289-9999 or www finra org

Securities held on your behalf at ETS or a central clearing facility but not registered in your name are commingled with identical securities held for other customers  In the event that securities so held are called by the issuer  the securities to be called will be determined by an impartial and random selection system  If your security is selected  it will be presented for redemption  and your account credited with the proceeds  You have the right to withdraw uncalled  fully paid securities at any time prior to a partial call and also to withdraw  excess margin securities not subject to restriction

The responsibility to cancel an existing open order rests with you  Any transaction that results from the execution of any orders that you have not instructed us to cancel  prior to execution will be recorded in your account  Market orders are subject to immediate execution and are difficult to cancel

If required payment or delivery of securities is not made by the settlement date  ETS may  at its option and without  further  notice  charge interest on the amount shown on the face hereof or cancel  sell out  or buy in  the  subject securities  and  charge  your account for any expenses  losses or other costs incurred

Investments in securities are not guaranteed by ETS  are not insured by the FDIC  and will fluctuate with changes in market conditions  When selling a security  you may receive more or less than your original investment

The principal amount or commission described on the face hereof may include an Additional Fee  for special services rendered  Other charges may include commissions paid to affiliates of ETS  local taxes  transaction fees  and exchange fees  among others  For customers who choose to convert from the currency in which the security or payment thereon is denominated  the amounts provided with respect to principal  interest  dividend and/or yield is subject to fluctuation or applicable foreign  currency exchange rates and costs including a markup charged by ETS  Further details are available upon written request  The name of the party with whom this transaction was made and time of execution of the transaction will be furnished upon written request

Securities purchased by you or held by ETS may be hypothecated and/or commingled with securities carried for other customers

Call features for bonds may exist and such bonds can be redeemed in whole or in part before maturity that could affect the  yield  complete information  will be  provided upon request  With respect to a zero coupon issue  you will not receive periodic payments  and the securities may be callable at a price below maturity value  Furthermore  a zero coupon issue that is callable and in bearer form  may be called without notice by mail to you unless the issuer is registered

For an asset backed security (e g  GMO  FNMA  FHLMC  or GMNA)  the actual yield may vary  according to  the rate  at  which the underlying assets or receivables are prepaid  Information concerning factors that affect yield  including estimated yield  weighted average life  and prepayment assumptions  are available upon request

The ratings that appear in the description of some fixed-income securities have been obtained from rating services that we believe to be reliable  however  we cannot guarantee their accuracy  Securities for which a rating is not available will be marked  Not Rated  A withdrawn rating  WR  signifies the removal of a rating once there an obligation or issuer  Confirmations related to fixed income transactions may reflect a mark up or mark down  both as a dollar and percentage value  The mark up or mark down dollar value is calculated as the execution price less the prevailing market price (PMP) multiplied by the quantity  The mark up or mark down percentage value is calculated as the mark up or mark down dollar value divided by the PMP  Trades with a mark-up or mark down value of  N/A  indicate a negative mark-up (i e  the sale of the security was at a price lower than the PMP)

Final prospectus and/or offering documentation is available upon request in connection with your purchase of a security where the issuer is deemed to control  be controlled by  or under common control with ETS (i e  affiliated securities)

Additional Fees may include  a broker  assist fee  an order  handling  fee  and/or market center charges  ETS will charge a fee if you request to have certificates issued in your name and  mailed to you

ALEXANDER YON
1462 DESOTO RD
BALTIMORE MD  21230-1202

Payment for Order Flow Disclosure
The SEC (as well as FINRA) requires that all broker dealers inform their customers when a new  account  is  opened  and  on  an  annual basis  thereafter  of payment  for  order flow  practices  (compensation  received  for  placing  orders  through  specialists  on  national securities  exchanges  over-the-counter  market  makers  alternative  trading  systems  and ECN s  (collectively  market  centers ))  Consistent  with  the  overriding  principle  of  best execution  ETS routes orders to various market makers  including its affiliate Morgan Stanley & Co  LLC  ETS  receives  remuneration  (generally  in  the  form  of  per  share  cash  payments or  through  profit  sharing  arrangements)  for  routing  orders  in  securities  to  particular  market centers for execution  Such remuneration is considered  compensation to  ETS  and  the source and  amount of  any  compensation received in connection with your transaction will be disclosed to you upon written  request  ETS  absent instructions from you to the contrary takes  a  number  of  factors  into  consideration  in  determining  where  to  route  customers orders  including  the  speed  of  execution  price  improvement  opportunities  (executions  at prices superior to the then prevailing inside market)  automatic execution guarantees  the availability of efficient and reliable order handling systems  the level of service provided  the cost of executing  orders  whether it will receive cash or  non cash payments for  routing order flow  and  reciprocal business  arrangements

Trades noted as  AVG PRICE SHOWN DETAILS ON REQ  are executed through an average price account  The price shown may represent an average of multiple executions or may represent a single execution at the price indicated  Details regarding trades done in an average price account are available upon request

Rs  09/20 s123 B04

# E✱TRADE
# FINANCIAL®
Trading · Investing · Banking

Page 1 of 2

## E✱TRADE Securities

Investment Account

## TRADE CONFIRMATION

Account Number  XXXX 6829

**Account Name**
ALEXANDER YON

E✱TRADE Securities LLC
PO Box 484
Jersey City  NJ  07303 0484
1 800 ETRADE 1 (1 800 387 2331)
etrade com

**Customer Update**
Invest on the go  With the E✱TRADE Mobile app  you have everything you need in the palm of your hand  Visit etrade com/mobile to learn more

| TRADE DATE | SETL DATE | MKT / CPT | SYMBOL / CUSIP | BUY/ SELL | QUANTITY | PRICE | ACCT TYPE | | |
|---|---|---|---|---|---|---|---|---|---|
| 08/12/21 | 08/16/21 | 6 1 | DPLS | BUY | 3 750 | $ 1335 | Cash | PRINCIPAL | $500 81 |
| | | | | | | | | COMMISSION | $6 95 |
| DARKPULSE INC COMMON STOCK | | | | | | | | **NET AMOUNT** | **$507 76** |
| 08/12/21 | 08/16/21 | 6 1 | DPLS | BUY | 9 503 | $ 1335 | Cash | PRINCIPAL | $1 268 65 |
| DARKPULSE INC COMMON STOCK | | | | | | | | **NET AMOUNT** | **$1 268 65** |
| 08/12/21 | 08/16/21 | 6 1 | MMAT | BUY | 3 000 | $3 4059 | Cash | PRINCIPAL | $10 217 70 |
| META MATLS INC COMMON STOCK | | | | | | | | **NET AMOUNT** | **$10 217 70** |

▲ DETACH HERE

ALEXANDER YON
1462 DESOTO RD
BALTIMORE MD 21230 1202

DETACH HERE ▲

**Use This Deposit Slip     Acct · XXXX-6829**

**Please do not send cash**

| | Dollars | Cents |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| **TOTAL DEPOSIT** | | |

Make checks payable to E✱TRADE Securities LLC
Mail deposits to

E✱TRADE Securities LLC
PO Box 484
Jersey City  NJ  07303 0484

081220210001  900508568293



# E*TRADE
# FINANCIAL®
Trading · Investing · Banking

**Type of Transaction**

(Market)
| | |
|---|---|
| 1 NYSE | 5 CBOE |
| 2. NYSE American | 6 Over-the-Counter |
| 3 Other US Registered Exchanges | 7 Underwriting |
| 4 Mutual Funds | 8 Foreign Exchange or Other |

(Capacity in which your broker is acting) =
1 2 3 4 5 8 As agent
6 As agent for both buyer and seller  The commission charged to the party on the other side of the transaction will be furnished upon request
7 As principal

If the symbol ( ) appears in the security description  on the face hereof  the offering  of the described  security has been made solely by means of the prospectus relating thereto  a copy of which  has been or will be delivered to you  the receipt of which is acknowledged by payment hereof

If the symbol (IF) appears in the security description  it indicates that the security is  Foreign and may be subject to interest equalization tax

If the symbol (T) appears in the security description  an officer or employee of ETS is a director of the issuer of this securities involved in this transaction  A control relationship may therefore exist between the issuer and ETS

Please retain this confirmation for income tax purposes  Federal regulations require brokers to report proceeds from all transactions to the Internal Revenue Service

## Terms and Conditions

Please refer to the E*TRADE Customer Agreement for a complete discussion of the terms and conditions governing your account  If you have questions regarding the E*TRADE Customer Agreement or your account  please email us through etrade com or call 800-ETRADE 1 THE INFORMATION CONTAINED IN THIS CONFIRMATION SHALL BE BINDING UPON YOU IF YOU DO NOT OBJECT  IN WRITING WITHIN TWO (2) DAYS AFTER THE CONFIRMATION IS FIRST RECEIVED BY YOU  Securities products and services are offered by E*TRADE Securities LLC ( ETS )  Member FINRA/SIPC  Your account is carried by ETS which maintains your funds and securities deposited with ETS  An affiliate of ETS may act as a principal or agent in your transaction(s)

**Applicable Rules and Regulations.** All transactions in your account shall be subject to the constitution  rules  regulations  customs  and usages of the exchange or market  and its clearing house  where the transactions are executed by ETS or its agents  including ETS affiliates  Also  where applicable  the transactions shall be subject to the provisions of the Securities Act of 1933 as amended  the Securities Exchange Act of 1934 as amended  and the rules and regulations of the Securities and Exchange Commission ( SEC )  the Board of Governors of the Federal Reserve System  and any applicable self regulatory organization  For information about FINRA's BrokerCheck Program  including an investor brochure please contact FINRA at 800 289-9999 or www finra org

Securities held on your behalf at ETS or a central clearing facility but not registered in your name are commingled with identical securities held for other customers  In the event that securities so held are called by the issuer  the securities to be called will be determined by an impartial and random selection system  If your security is selected  it will be presented for redemption  and your account credited with the proceeds  You have the right to withdraw uncalled  fully paid securities at any time prior to a partial call and also to withdraw excess margin securities not subject to restriction

The responsibility to cancel an existing open order rests with you  Any transaction that results from the execution of any orders that you have not instructed us to cancel  prior to execution  will be recorded in your account  Market orders are subject to immediate execution and are difficult to cancel

If required payment or delivery of securities is not made by the settlement date  ETS may  at its option and without further notice  charge interest on the amount shown on the face hereof or cancel  sell out  or buy in  the subject securities  and charge your account for any expenses  losses or other costs incurred

Investments in securities are not guaranteed by ETS  are not insured by the FDIC  and will fluctuate with changes in market conditions  When selling a security  you may receive more or less than your original investment

The principal amount or commission described on the face hereof may include an Additional Fee  for special services rendered  Other charges may include commissions paid to affiliates of ETS  local taxes  transaction fees  and exchange fees  among others  For customers who choose to convert from the currency in which the security or payment thereon is denominated  the amounts provided with respect to principal  interest  dividend and/or yield is subject to fluctuation or applicable foreign currency exchange rates and costs including a markup charged by ETS  Further details are available upon written request  The name of the party with whom this transaction was made and time of execution of the transaction will be furnished upon written request

Securities purchased by you or held by ETS may be hypothecated and/or commingled with securities carried for other customers

Call features  for bonds may exist and such bonds can be redeemed  in whole or in part  before  maturity  that could  affect  the  yield  complete information  will be  provided upon request  With respect to a zero coupon issue  you will not receive periodic payments  and the securities may be callable at a price below maturity value  Furthermore  a zero coupon issue that is callable and in bearer form may be called without notice by mail to you unless the issue is registered

For an asset backed security (e g  GMO  FNMA  FHLMC  or GNMA)  the actual yield may vary  according  to  the  rate  at  which  the underlying  assets  or  receivables  are  prepaid  Information concerning factors that affect yield  including estimated yield  weighted average life  and prepayment assumptions are available upon request

The ratings that appear in the description of some fixed-income securities have been obtained from rating services that we believe to be reliable  however  we cannot guarantee their accuracy  Securities for which a rating is not available will be marked 'Not Rated  A withdrawn rating 'WR  signifies the removal of a rating on either an obligation or issuer  Confirmations related to fixed income transactions may reflect a mark up or mark down  both as a dollar and percentage value  The mark up or mark down dollar value is calculated as the execution price less the prevailing market price (PMP) multiplied by the quantity  The mark up or mark down percentage value is calculated as the mark up or mark down dollar value divided by the PMP  Trades with a mark-up or mark down value of  N/A  indicate a negative mark-up (i e  the sale of the security was at a price lower than the PMP)

Final prospectus and/or offering documentation is available upon request in connection with your purchase of a security where the issuer is deemed to control  be controlled by  or under common control with ETS (i e  affiliated securities)

Additional Fees may include  a broker  assist  fee  on  an  order  handling  fee  and/or  market center charges  ETS will charge a fee if  you request to have certificates issued in your name and mailed to you

ALEXANDER YON
1462 DESOTO RD
BALTIMORE MD  21230-1202

**Payment for Order Flow Disclosure**
The SEC (as well as FINRA) requires that all broker dealers inform their  customers when a new  account  is  opened  and  on  an  annual  basis  thereafter  of payment  for order  flow practices  (compensation  received  for  placing  orders  through  specialists  on  national securities  exchanges  over the-counter  market  makers  alternative trading  systems  and ECN s  (collectively  market  centers"))  Consistent with  the  overriding  principle of  best execution  ETS routes orders to various market makers  including its affiliate Morgan Stanley & Co LLC  ETS receives remuneration (generally in the form of per share cash payments or  through profit  sharing  arrangements)  for  routing  orders  in securities  to particular  market centers for execution  Such remuneration is considered  compensation to  ETS  and the source and amount of any compensation received in connection with your transaction will be disclosed to you upon written request  ETS  absent instructions from you to the contrary  takes a number of factors into consideration in determining  where to route customers orders  including  the  speed of execution  price improvement  opportunities  (executions at prices superior to the then prevailing inside market)  automatic execution guarantees  the availability of efficient and reliable order handling systems  the level of service provided  the cost of executing orders whether it will receive cash or non-cash payments for routing order flow  and reciprocal business  arrangements

Trades noted as  AVG PRICE SHOWN  DETAILS ON REQ  are executed through an average price account  The price shown may represent an average of multiple executions or may represent a single execution at the price indicated  Details regarding trades done in an average price account are available upon request

Rev 04/20 S123 E04

Page 1 of 4

# E✱TRADE
# FINANCIAL®
Trading • Investing • Banking

**E✱TRADE Securities**

Investment Account

## TRADE CONFIRMATION

**Account Number** XXXX 6829

E✱TRADE Securities LLC
PO Box 484
Jersey City NJ 07303 0484
1 800 ETRADE 1 (1 800 387 2331)
etrade com

**Account Name**
ALEXANDER YON

**Customer Update**
Want to get important documents faster? Get your statements  confirms  and tax forms
online with paperless delivery  Enroll at etrade com/paperless

| TRADE DATE | SETL DATE | MKT / CPT | SYMBOL / CUSIP | BUY / SELL | QUANTITY | PRICE | ACCT TYPE | | |
|---|---|---|---|---|---|---|---|---|---|
| 09/23/21 | 09/27/21 | 6 1 | AMD | BUY | 20 | $106 13 | Cash | PRINCIPAL | $2 122 60 |
| ADVANCED MICRO DEVICES INC COM | | | | | | | | NET AMOUNT | $2 122 60 |
| 09/23/21 | 09/27/21 | 6 1 | SAVA | BUY | 10 | $57 1914 | Cash | PRINCIPAL | $571 91 |
| CASSAVA SCIENCES INC COMMON STOCK | | | | | | | | NET AMOUNT | $571 91 |
| 09/23/21 | 09/27/21 | 6 1 | MRM | BUY | 200 | $15 9337 | Cash | PRINCIPAL | $3 186 74 |
| ***MEDIROM  HEALTHCARE TECHNOLOGIES INC AMERICAN DEPOSITARY SHARE | | | | | | | | NET AMOUNT | $3 186 74 |
| 09/23/21 | 09/27/21 | 6 1 | MMAT | BUY | 200 | $5 075 | Cash | PRINCIPAL | $1 015 00 |
| META MATLS INC COMMON STOCK | | | | | | | | NET AMOUNT | $1 015 00 |
| 09/23/21 | 09/27/21 | 6 1 | MSFT | BUY | 7 | $300 2481 | Cash | PRINCIPAL | $2 101 74 |
| MICROSOFT CORP | | | | | | | | NET AMOUNT | $2 101 74 |
| 09/23/21 | 09/27/21 | 6 1 | NVDA | BUY | 5 | $223 395 | Cash | PRINCIPAL | $1 116 98 |
| NVIDIA CORP | | | | | | | | NET AMOUNT | $1 116 98 |
| 09/23/21 | 09/27/21 | 6 1 | RWLK | BUY | 1 000 | $2 39 | Cash | PRINCIPAL | $2 390 00 |
| ***REWALK ROBOTICS LTD ORDINARY SHARES | | | | | | | | NET AMOUNT | $2 390 00 |
| 09/23/21 | 09/27/21 | 6 1 | TSLA | BUY | 5 | $754 0841 | Cash | PRINCIPAL | $3 770 42 |
| TESLA INC COMMON STOCK | | | | | | | | NET AMOUNT | $3 770 42 |

▲ DETACH HERE
ALEXANDER YON
1462 DESOTO RD
BALTIMORE MD  21230 1202

DETACH HERE ▲

'Use This Deposit  Slip ·   Acct:·XXXX-6829

Please do not send cash

| Dollars | Cents |
|---|---|
| | |
| | |
| | |
| | |
| | |

Make checks payable to E✱TRADE Securities LLC
Mail deposits to

**TOTAL DEPOSIT**

E✱TRADE Securities LLC
PO Box 484
Jersey City  NJ  07303 0484

⑈092320210001⑈ ⑆00508568293⑆

Page 2 of 4

# E✳TRADE
# FINANCIAL®
Trading • Investing • Banking

**E✳TRADE Securities**

**Investment Account**

## TRADE CONFIRMATION

**Account Number** XXXX 6829

| TRADE DATE | SETL DATE | MKT / CPT | SYMBOL / CUSIP | BUY / SELL | QUANTITY | PRICE | ACCT TYPE | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|

This Page Intentionally Left Blank


**E✳TRADE**
**F I N A N C I A L®**
Trading • Investing • Banking

**Type of Transaction**
(Market)
1 NYSE                              5 CBOE
2 NYSE American                     6 Over-the-Counter
3 Other US Registered Exchanges     7 Underwriting
4 Mutual Funds                      8 Foreign Exchange or Other

(Capacity in which your broker is acting)
1 2 3 4 5 8 As agent
6 As agent for both buyer and seller  The commission charged to the party on the other side of the transaction will be furnished upon request
7 As principal

If the symbol ( ) appears in the security description on the face hereof the offering of the described security has been made solely by means of the prospectus relating thereto a copy of which has been or will be delivered to you  the receipt of which is acknowledged by payment hereof

If the symbol (F) appears in the security description  it indicates that the security is Foreign and may be subject to interest equalization tax

If the symbol (T) appears in the security description  an officer or employee of ETS is a director of the issuer of the securities involved in this transaction  A control relationship may therefore exist between the issuer and ETS

Please retain this confirmation for income tax purposes  Federal regulations require brokers to report proceeds from all transactions to the Internal Revenue Service

**Terms and Conditions**

Please refer to the E*TRADE Customer Agreement for a complete discussion of the terms and conditions governing your account  If you have questions regarding the E*TRADE Customer Agreement or your account  please email us through etrade com or call 800-ETRADE 1  THE INFORMATION CONTAINED IN THIS CONFIRMATION SHALL BE BINDING UPON YOU  IF YOU DO NOT OBJECT  IN WRITING WITHIN TWO (2) DAYS AFTER THE CONFIRMATION IS FIRST RECEIVED BY YOU  Securities products and services are offered by E*TRADE Securities LLC ( ETS )  Member FINRA/SIPC  Your account is carried by ETS which maintains your funds and securities deposited with ETS  An affiliate of ETS may act as a principal or agent in your transaction(s)

**Applicable Rules and Regulations.** All transactions in your account shall be subject to the constitution  rules  regulations  customs  and usages of the exchange or market  and its clearing house  where the transactions are executed by ETS or its agents  including ETS affiliates  Also  where applicable  the transactions shall be subject to the provisions of the Securities Act of 1933 as amended  the Securities Exchange Act of 1934 as amended  and the rules and regulations of the Securities and Exchange Commission ( SEC )  the Board of Governors of the Federal Reserve System  and any applicable self regulatory organization  For information about FINRA's BrokerCheck Program  including an investor brochure please contact FINRA at 800-289-9999 or www.finra.org

Securities held on your behalf at ETS or a central clearing facility but not registered in your name are commingled with identical securities held for other customers  In the event that securities so held are called by the issuer  the securities to be called will be determined by an impartial and random selection system  If your security is selected  it will be presented for redemption  and your account credited with the proceeds  You have the right to withdraw uncalled  fully paid securities at any time prior to a partial call and also to withdraw excess margin securities not subject to restriction

The responsibility to cancel an existing open order rests with you  Any transaction that results from the execution of any orders that you have not instructed us to cancel  prior to execution  will be recorded in your account  Market orders are subject to immediate execution and are difficult to cancel

If required payment or delivery of securities is not made by the settlement date  ETS may  at its option and without further notice  charge interest on the amount shown on the face hereof or cancel  sell out  or buy in  the subject securities and charge your account for any expenses  losses or other costs incurred

Investments in securities are not guaranteed by ETS  are not insured by the FDIC and will fluctuate with changes in market conditions  When selling a security  you may receive more or less than your original investment

The principal amount or commission described on the face hereof may include an Additional Fee  for special services rendered  Other charges may include commissions paid to affiliates of ETS  local taxes  transaction fees  and exchange fees  among others  For customers who choose to convert from the currency in which the security or payment thereon is denominated  the amounts provided with respect to principal  interest  dividend and/or yield is subject to fluctuation or applicable foreign currency exchange rates and costs including a markup charged by ETS  Further details are available upon written request  The name of the party with whom this transaction was made and time of execution of the transaction will be furnished upon request

Securities purchased by you  or held by ETS may be hypothecated and/or  commingled with securities carried for other customers

Call features for bonds may exist and such bonds can be redeemed in whole  or in part  before maturity that could affect the yield  complete information will be provided upon request  With respect to a zero coupon issue  you will not receive periodic payments  and the securities may be callable at a price below maturity value  Furthermore  a zero coupon issue that is callable and in bearer form may be called without notice by mail to you unless the issue is registered

For an asset backed security (e g  GMO  FNMA  FHLMC  or GMNA)  the actual yield may vary  according to  the rate at which the underlying assets or receivables are prepaid  Information concerning factors that affect yield  including estimated yield  weighted average life  and prepayment assumptions  are available upon request

The ratings that appear in the description of some fixed-income securities have been obtained from rating services that we believe to be reliable  however  we cannot guarantee their accuracy  Securities for which a rating is not available will be marked  Not Rated  A withdrawn rating WR  signifies the removal of a rating on either an obligation or issuer  Confirmations related to fixed income transactions may reflect a mark up or mark down  both as a dollar and percentage value  The mark up or mark down dollar value is calculated as the execution price less the prevailing market price (PMP) multiplied by the quantity  The mark up or mark down percentage value is calculated as the mark up or mark down dollar value divided by the PMP  Trades with a mark-up or mark down value of  N/A  indicate a negative mark-up (i e  the sale of the security was at a price lower than the PMP)

Final prospectus and/or offering documentation is available upon request in connection with your purchase of a security where the issuer is deemed to control  be controlled by  or under common control with ETS (i e  affiliated securities)

Additional Fees may include a broker assist fee  an order handling fee  and/or market center charges  ETS will charge a fee if you request to have certificates issued in your name and mailed to you

**ALEXANDER YON**
**1462 DESOTO RD**
**BALTIMORE MD  21230-1202**

**Payment for Order Flow Disclosure**
The SEC (as well as FINRA) requires that all broker-dealers inform their customers when a new account is opened  and on an annual basis thereafter  of payment for order flow practices  (compensation received for placing orders through specialists on national securities exchanges  over-the-counter market makers  alternative trading systems  and ECN s  (collectively  "market centers ))  Consistent with the overriding principle of best execution  ETS routes orders to various market makers  including its affiliate Morgan Stanley & Co  LLC  ETS receives remuneration (generally in the form of per share cash payments or through profit sharing arrangements) for routing orders in securities to particular market centers for execution  Such remuneration is considered compensation to ETS  and the source and amount of any compensation received in connection with your transaction will be disclosed to you upon written request  ETS absent instructions from you to the contrary  takes a number of factors into consideration in determining  where to route customers  orders  including the  speed of execution  price improvement  opportunities (executions at prices superior to the then prevailing inside market)  automatic execution guarantees  the availability of efficient and reliable order handling systems  the level of service provided  the cost of executing orders  whether it will receive cash or non-cash  payments for routing order flow  and reciprocal business  arrangements

Trades noted as  AVG PRICE SHOWN  DETAILS ON REQ  are executed through an average price account  The price shown may represent  an average of multiple executions or may represent a single  execution at the price indicated  Details regarding trades done in an average price account are available upon request

Rev 05/20  123 B04

# E✻TRADE
# FINANCIAL®
Trading • Investing • Banking

Page 1 of 2

## E✻TRADE Securities
**Investment Account**

# TRADE CONFIRMATION

**Account Number  XXXX 6829**

**Account Name**
ALEXANDER YON

E✻TRADE Securities LLC
PO Box 484
Jersey City NJ  07303 0484
1 800 ETRADE 1 (1 800 387 2331)
etrade com

**Customer Update**
Want to get important documents faster? Get your statements  confirms  and tax forms
online with paperless delivery  Enroll at etrade com/paperless

| TRADE DATE | SETL DATE | MKT / CPT | SYMBOL / CUSIP | BUY / SELL | QUANTITY | PRICE | ACCT TYPE | | |
|---|---|---|---|---|---|---|---|---|---|
| 09/30/21 | 10/04/21 | 6 1 | AAPL | BUY | 5 | $143 275 | Cash | PRINCIPAL | $716 38 |
| **APPLE INC** | | | | | | | | NET AMOUNT | $716 38 |
| 09/30/21 | 10/04/21 | 6 1 | JCS | BUY | 40 | $8 605 | Cash | PRINCIPAL | $344 20 |
| **COMMUNICATIONS SYSTEMS INC** | | | | | | | | NET AMOUNT | $344 20 |
| 09/30/21 | 10/04/21 | 6 1 | FAMI | BUY | 2 000 | $ 4957 | Cash | PRINCIPAL | $991 40 |
| **\*\*\*FARMMI INC ORDINARY SHARES** | | | | | | | | NET AMOUNT | $991 40 |
| 09/30/21 | 10/04/21 | 6 1 | MMAT | BUY | 100 | $5 605 | Cash | PRINCIPAL | $560 50 |
| **META MATLS INC COMMON STOCK** | | | | | | | | NET AMOUNT | $560 50 |
| 09/30/21 | 10/04/21 | 6 1 | PALT | BUY | 300 | $11 0634 | Cash | PRINCIPAL | $3 319 02 |
| **PALTALK INC COMMON STOCK** | | | | | | | | NET AMOUNT | $3 319 02 |
| 09/30/21 | 10/04/21 | 6 1 | PALT | SELL | 300 | $13 0915 | Cash | PRINCIPAL | $3 927 45 |
| **PALTALK INC COMMON STOCK** | | | | | | | | FINRA TAF | $0 04 |
| | | | | | | | | FEE | $0 03 |
| | | | | | | | | NET AMOUNT | $3 927 38 |
| 09/30/21 | 10/04/21 | 6 1 | TSLA | BUY | 1 | $784 69 | Cash | PRINCIPAL | $784 69 |
| **TESLA INC COMMON STOCK** | | | | | | | | NET AMOUNT | $784 69 |

▲ DETACH HERE
ALEXANDER YON
1462 DESOTO RD
BALTIMORE MD  21230 1202

DETACH HERE ▲

**Use This Deposit Slip      Acct  XXXX-6829**

**Please do not send cash**

| | Dollars | Cents |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| **TOTAL DEPOSIT** | | |

Make checks payable to E*TRADE Securities LLC
Mail deposits to

E*TRADE Securities LLC
PO Box 484
Jersey City  NJ  07303 0484

093020210001  900508568293



## E✻TRADE
# FINANCIAL®
Trading · Investing · Banking

**Type of Transaction**
**(Market)**
1 NYSE                                    5 CBOE
2 NYSE American                           6 Over-the-Counter
3 Other US Registered Exchanges           7 Underwriting
4 Mutual Funds                            8 Foreign Exchange or Other

**(Capacity in which your broker is acting)**
1 2 3 4 5 8 As agent
6 As agent for both buyer and seller  The commission charged to the party on the other side of the
transaction will be furnished upon request
7 As principal

If the symbol ( ) appears in the security description on the face hereof  the offering of the
described security has been made solely by means of the prospectus relating thereto  a copy
of which  has been or will be delivered to you  the receipt of which is acknowledged by payment
hereof
If the symbol (F) appears in the security description  it indicates that the security is  Foreign
and may be subject to interest equalization tax
If the symbol (T) appears in the security description  an officer or employee of ETS is a director
of the issuer of the securities involved in this transaction  A control relationship may therefore
exist between the issuer and ETS

Please retain this confirmation for income tax purposes  Federal regulations require brokers
to report proceeds from all transactions to the Internal Revenue Service

### Terms and Conditions

Please refer to the E*TRADE Customer Agreement for a complete discussion of the terms
and conditions governing  your account  If you  have questions  regarding  the E*TRADE
Customer  Agreement  or  your  account  please  email us  through  etrade.com or call  800-
ETRADE 1  THE INFORMATION CONTAINED  IN THIS CONFIRMATION  SHALL BE BINDING
UPON  YOU  IF  YOU  DO  NOT  OBJECT  IN WRITING  WITHIN  TWO (2) DAYS AFTER  THE
CONFIRMATION  IS FIRST  RECEIVED BY YOU  Securities products and services  are offered
by  E*TRADE  Securities LLC ( ETS )  Member  FINRA/SIPC  Your account  is carried  by
ETS  which maintains your funds and securities deposited with ETS  An affiliate of ETS  may
act as a principal or agent in your transaction(s)

**Applicable Rules and Regulations.** All transactions  in your  account shall be subject to the
constitution  rules  regulations  customs  and usages of the exchange or market  and its
clearing  house  where  the transactions  are executed by ETS or its agents  including  ETS
affiliates  Also  where  applicable  the  transactions  shall  be  subject  to the provisions  of the
Securities Act of  1933  as amended  the Securities Exchange Act of 1934  as amended  and
the rules and regulations  of the Securities and Exchange Commission ( SEC )  the Board of
Governors  of the Federal Reserve System  and any applicable self regulatory organization
For information about FINRA s BrokerCheck Program  including an investor brochure  please
contact FINRA at 800-289-9999 or www.finra.org

Securities held on your behalf at ETS or a central clearing facility but not registered in your
name are  commingled with  identical securities held  for  other customers  In the event  that
securities  so held are  called by the issuer  the securities to be called will be determined  by
an impartial and random selection system  If your  security is selected  it will be presented for
redemption  and your account  credited with  the proceeds  You have  the right  to withdraw
uncalled  fully paid securities at any time  prior to a partial call  and also to withdraw  excess
margin securities not subject to restriction

The responsibility to cancel an existing open order rests with you  Any transaction that results
from the execution of any orders that you have not instructed us to cancel  prior to execution
will be recorded  in your account  Market orders  are subject to  immediate execution and are
difficult to cancel

If required payment or delivery of securities is not made by the settlement date  ETS may  at its
option and without  further notice  charge interest on the amount  shown on the face hereof
or cancel  sell out  or  buy  in  the  subject securities  and charge  your account for  any
expenses  losses  or other costs incurred

Investments in securities are not guaranteed by ETS  are not insured by the FDIC  and will
fluctuate with changes in market conditions  When selling a security  you may receive more or
less than your original investment

The principal amount  or commission  described  on the face hereof  may include  an Additional
Fee  for special services rendered  Other charges may include  commissions  paid to affiliates
of ETS  local taxes  transaction fees  and exchange fees  among others  For customers who
choose  to convert  from  the  currency  in  which  the  security  or  payment  thereon  is
denominated  the amounts provided  with respect to principal  interest  dividend  and/or yield
is subject to fluctuation or  applicable foreign  currency  exchange rates and costs including a
markup charged by ETS  Further details are available upon written request  The name of the
party with whom  the transaction was made and time  of execution of the transaction will be
furnished upon written request

Securities purchased  by you  or  held  by ETS may  be  hypothecated and/or  commingled
with securities carried for other customers

Call features  for bonds may  exist  and such bonds can be redeemed  in whole  or  in part
before  maturity  that could  affect  the yield  complete information  will be provided  upon
request  With respect to a zero coupon issue  you will not receive periodic payments  and the
securities  may be callable at a price below maturity value  Furthermore  a zero coupon issue
that is callable and in bearer form may be called without notice by mail to you unless the issue is
registered

For an asset backed security (e g  GNMA  FNMA  FHLMC  or GMNA)  the actual yield may
vary  according  to  the  rate  at  which  the underlying assets or receivables  are prepaid
Information concerning factors that affect yield  including estimated  yield  weighted average
life  and prepayment assumptions  are available upon request

The ratings that appear in the description of some fixed-income securities have been obtained
from rating services that we  believe to  be reliable  however  we  cannot  guarantee their
accuracy  Securities for which a rating is not available will be marked  Not Rated  A withdrawn
rating "WR  signifies the removal of a rating on either an obligation or issuer  Confirmations related
to fixed income transactions may reflect  a mark up  or mark down  both as a dollar  and
percentage value  The mark up or mark down dollar value is calculated as the execution price
less the prevailing market price (PMP) multiplied by the quantity  The mark up or mark down
percentage value is calculated as the mark up or mark down dollar value divided by the PMP
Trades with a mark-up or mark down value of  N/A  indicate a negative mark-up (i e  the sale
of the security was at a price lower than the PMP)

Final prospectus and/or offering documentation is available upon request in connection with
your purchase of a security where the issuer is deemed to control  be controlled by  or under
common control with ETS (i e  affiliated securities)

Additional Fees may  include  a broker  assist fee  an order handling fee and/or market
center charges  ETS will charge a fee if  you request to have certificates issued in your name
and  mailed to you

ALEXANDER YON
1462 DESOTO RD
BALTIMORE MD  21230-1202

### Payment for Order Flow Disclosure
The SEC (as well as FINRA) requires that all broker dealers inform their customers when a
new  account  is opened  and  on  an  annual basis  thereafter  of payment for order  flow
practices  (compensation  received  for  placing  orders  through  specialists  on  national
securities exchanges  over-the-counter market  makers  alternative trading  systems  and
ECN s  (collectively  market  centers ))  Consistent  with  the  overriding  principle  of best
execution  ETS routes orders to various market makers  including its affiliate Morgan Stanley
& Co  LLC  ETS receives  remuneration (generally  in  the form  of per  share cash payments
or through profit sharing arrangements) for routing  orders in securities to particular  market
centers for execution  Such remuneration  is considered  compensation to  ETS  and  the
source and amount of  any compensation received in connection with your transaction will
be disclosed to you upon written request  ETS  absent instructions from  you to the contrary
takes  a number  of  factors  into consideration in  determining  where  to  route  customers
orders  including  the  speed of execution  price improvement  opportunities  (executions at
prices superior to the then prevailing  inside market)  automatic execution guarantees  the
availability  of efficient and reliable order handling systems  the level of service provided  the
cost  of executing  orders  whether  it will receive  cash  or  non cash payments  for  routing
order flow  and reciprocal business  arrangements

Trades noted as  AVG PRICE SHOWN DETAILS ON REQ  are executed through an average
price account  The price shown may represent an average of multiple executions or may represent
a single execution at the price indicated  Details regarding trade done in an average price account
are available upon request

Rev 09/20  s123  B04

# E✳TRADE
# FINANCIAL®
Trading • Investing • Banking

## E✳TRADE Securities

**Investment Account**

## TRADE CONFIRMATION

**Account Number  XXXX 6829**

**Account Name**
ALEXANDER YON

E✳TRADE Securities LLC
PO Box 484
Jersey City  NJ  07303 0484
1 800 ETRADE 1 (1 800 387 2331)
etrade com

**Customer Update**
Want to get important documents faster? Get your statements  confirms  and tax forms
online with paperless delivery  Enroll at etrade com/paperless

| TRADE DATE | SETL DATE | MKT / CPT | SYMBOL / CUSIP | BUY / SELL | QUANTITY | PRICE | ACCT TYPE | | |
|---|---|---|---|---|---|---|---|---|---|
| 10/25/21 | 10/27/21 | 6 1 | MMAT | BUY | 1 | $4 645 | Cash | PRINCIPAL | $4 65 |
| **META MATLS INC COMMON STOCK** | | | | | | | | NET AMOUNT | $4 65 |
| 10/25/21 | 10/27/21 | 6 1 | OCGN | BUY | 23 | $8 656 | Cash | PRINCIPAL | $199 09 |
| **OCUGEN INC COMMON STOCK** | | | | | | | | NET AMOUNT | $199 09 |

▲ DETACH HERE
ALEXANDER YON
1462 DESOTO RD
BALTIMORE MD  21230 1202

DETACH HERE ▲

**Use This Deposit Slip    Acct  XXXX-6829**

**Please do not send cash**

| | Dollars | Cents |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| **TOTAL DEPOSIT** | | |

Make checks payable to E✳TRADE Securities LLC
Mail deposits to

E✳TRADE Securities LLC
PO Box 484
Jersey City  NJ  07303 0484

102520210001  900508568293



**Type of Transaction**
(Market)
1 NYSE
2 NYSE American
3 Other US Registered Exchanges
4 Mutual Funds
5 CBOE
6 Over-the-Counter
7 Underwriting
8 Foreign Exchange or Other

(Capacity in which your broker is acting)
1 2 3 4 5 8 As agent
6 As agent for both buyer and seller  The commission charged to the party on the other side of the transaction will be furnished upon request
7 As principal

If the symbol ( ) appears in the security description on the face hereof  the offering of the described security has been made solely by means of the prospectus relating thereto  a copy of which  has been or will be delivered to you  the receipt of which is acknowledged by your payment hereof

If the symbol (F) appears in the security description  it indicates that the security is  Foreign and may be subject to interest equalization tax

If the symbol (T) appears in the security description  an officer or employee of ETS is a director of the issuer of the securities involved in this transaction  A control relationship may therefore exist between the issuer and ETS

Please retain this confirmation for income tax purposes  Federal regulations require brokers to report proceeds from all transactions to the  Internal Revenue Service

**ALEXANDER YON**
**1462 DESOTO RD**
**BALTIMORE MD  21230-1202**

## Terms and Conditions

Please refer to the E*TRADE Customer Agreement for a complete discussion of the terms and conditions governing your account  If you have questions regarding the E*TRADE Customer Agreement or your account  please email us through etrade com or call 800-ETRADE 1  THE INFORMATION CONTAINED IN THIS CONFIRMATION SHALL BE BINDING UPON YOU IF YOU DO NOT OBJECT  IN WRITING WITHIN TWO (2) DAYS AFTER THE CONFIRMATION IS FIRST RECEIVED BY YOU  Securities products and services are offered by E*TRADE  Securities LLC ( ETS )  Member FINRA/SIPC  Your account is carried by ETS which maintains your funds and securities deposited with ETS  An affiliate of ETS may act as a principal or agent in your transaction(s)

**Applicable Rules and Regulations.** All transactions in your account shall be subject to the constitution  rules  regulations  customs  and usages of the exchange or market  and its clearing house  where the transactions are executed by ETS or its agents  including ETS affiliates  Also  where applicable  the transactions shall be subject to the provisions of the Securities Act of 1933  as amended  the Securities Exchange Act of 1934  as amended  and the rules and regulations of the Securities and Exchange Commission ( SEC )  the Board of Governors of the Federal Reserve System  and any applicable self regulatory organization  For information about FINRA's BrokerCheck Program  including an investor brochure please contact FINRA at 800-289-9999 or www.finra.org

Securities held on your behalf at ETS or a central clearing facility but not registered in your name  are commingled with identical securities held for other customers  In the event that securities so held are called by the issuer  the securities to be called will be determined by an impartial and random selection system  If your security is selected  it will be presented for redemption  and your account credited with the proceeds  You have the right to withdraw uncalled  fully paid securities at any time prior to a partial call and also to withdraw excess margin securities not subject to restriction

The responsibility to cancel an existing open order rests with you  Any transaction that results from the execution of any orders that you have not instructed us to cancel  prior to execution will be recorded in your account  Market orders are subject to immediate execution and are difficult to cancel

If required payment or delivery of securities is not made by the settlement date  ETS may  at its option and without further notice  charge interest on the amount shown on the face hereof or cancel  sell out  or buy in  the subject securities and charge your account for any expenses  losses or other costs incurred

Investments in securities are not guaranteed by ETS  are not insured by the FDIC and will fluctuate with changes in market conditions  When selling a security  you may receive more or less than your original investment

The principal amount or commission described on the face hereof may include an Additional Fee  for special services rendered  Other charges may include commissions paid to affiliates of ETS  local taxes  transaction fees  and exchange fees  among others  For customers who choose to convert  from the currency in which the security  or payment  thereon is denominated  the amounts provided with respect to principal  interest  dividend and/or yield is subject to fluctuation or applicable foreign currency exchange rates and costs including a markup charged by ETS  Further details are available upon written request  The name of the party with whom  this transaction was made and time of execution of the transaction will be furnished upon written request

Securities purchased by you or held by ETS may be hypothecated and/or commingled with securities carried for other customers

Call features  for bonds may exist and such bonds can be redeemed in whole or in part before maturity that could affect the yield  complete information will be provided upon request  With respect to a zero coupon issue you will not receive periodic payments and the securities may be callable at a price below maturity value  Furthermore  a zero coupon issue that is callable and in bearer form may be called without notice by mail to you unless the issue is registered

For an asset backed security (e g  GMO  FNMA  FHLMC or GNMA)  the actual yield may vary  according to the rate  at which the underlying assets or receivables are prepaid  Information  concerning factors that affect yield  including estimated yield  weighted average life  and prepayment assumptions  are available upon request

The ratings that appear in the description of some fixed-income securities have been obtained from rating services that we believe to be reliable  however  we cannot guarantee their accuracy  Securities for which a rating is not available will be marked  Not Rated  A withdrawn rating WR  signifies the removal of a rating on either an obligation or issuer  Confirmations related to fixed income transactions may reflect a mark up or mark down  both as a dollar and percentage value  The mark up or mark down dollar value is calculated as the execution price less the prevailing market price (PMP) multiplied by the quantity  The mark up or mark down percentage value is calculated as the mark up or mark down dollar value divided by the PMP  Trades with a mark-up or mark down value of  N/A  indicate a negative mark-up (i e  the sale of the security was at a price lower than the PMP)

Final prospectus and/or offering documentation is available upon request  in connection with your purchase of a security where the issuer is deemed to control  be controlled by  or under common control with ETS (i e  affiliated securities)

Additional Fees may include  a broker  assist fee  an order handling fee  and/or market center charges  ETS will charge a fee if you request to have certificates issued in  your name and mailed to you

**Payment for Order Flow Disclosure**
The SEC (as well as FINRA) requires that all broker-dealers inform their customers when a new account is opened  and on an annual basis thereafter  of payment for order flow practices  (compensation received for placing orders through specialists on national securities exchanges  over-the-counter market makers  alternative trading systems  and ECN s  (collectively  market centers ))  Consistent with the overriding principle of best execution  ETS routes orders to various market makers  including its affiliate Morgan Stanley & Co  LLC  ETS receives remuneration (generally in the form of per share cash payments or through profit sharing arrangements) for routing orders in securities to particular market centers for execution  Such remuneration is considered  compensation to  ETS  and  the source  and amount of any compensation received in connection with your transaction will be disclosed to you upon written request  ETS absent instructions from you to the contrary takes a number of factors into consideration in determining  where to route customers orders including  the  speed of execution  price improvement opportunities (executions at prices superior to the then prevailing inside market)  automatic execution guarantees  the availability of efficient and reliable order handling systems  the level of service provided the cost of executing orders whether it will receive cash or non cash payments for routing order flow  and  reciprocal business  arrangements

Trades noted as  AVG PRICE SHOWN  DETAILS ON REQ  are executed through an average price account  The price shown may represent an average of multiple executions or may represent a single execution at the price indicated  Details regarding trades done in an average price account are available upon request

Rev 04/20  S 123  004

# E✳TRADE
# FINANCIAL®
Trading • Investing • Banking

### E✳TRADE Securities
Investment Account

## TRADE CONFIRMATION

**Account Number  XXXX 6829**

**Account Name**
ALEXANDER YON

E✳TRADE Securities LLC
PO Box 484
Jersey City  NJ  07303 0484
1 800 ETRADE 1 (1 800 387 2331)
etrade com

**Customer Update**
Want to get important documents faster? Get your statements  confirms  and tax forms
online with paperless delivery  Enroll at etrade com/paperless

| TRADE DATE | SETL DATE | MKT / CPT | SYMBOL / CUSIP | BUY / SELL | QUANTITY | PRICE | ACCT TYPE | | |
|---|---|---|---|---|---|---|---|---|---|
| 11/29/21 | 12/01/21 | 6 1 | MMAT | BUY | 494 | $3 745 | Cash | PRINCIPAL | $1 850 03 |
| **META MATLS INC COMMON STOCK** | | | | | | | | NET AMOUNT | $1 850 03 |
| 11/29/21 | 12/01/21 | 6 1 | NVDA | BUY | 2 | $330 3098 | Cash | PRINCIPAL | $660 62 |
| **NVIDIA CORP** | | | | | | | | NET AMOUNT | $660 62 |
| 11/29/21 | 12/01/21 | 6 1 | TSLA | BUY | 2 | $1 127 99 | Cash | PRINCIPAL | $2 255 98 |
| **TESLA INC COMMON STOCK** | | | | | | | | NET AMOUNT | $2 255 98 |

▲  DETACH HERE
ALEXANDER YON
1462 DESOTO RD
BALTIMORE MD  21230 1202

DETACH HERE  ▲

**Use This Deposit Slip    Acct  XXXX-6829**

**Please do not send cash**

| Dollars | Cents |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |

**TOTAL DEPOSIT**

Make checks payable to E*TRADE Securities LLC
Mail deposits to

E*TRADE Securities LLC
PO Box 484
Jersey City  NJ  07303 0484

⑈112920210001⑈ ⑆00508568293⑆



**E✳TRADE**
**FINANCIAL®**
Trading · Investing · Banking

Type of Transaction
(Market)
1 NYSE                                          5 CBOE
2 NYSE American                                 6 Over-the-Counter
3 Other US Registered Exchanges                 7 Underwriting
4 Mutual Funds                                  8 Foreign Exchange or Other

(Capacity in which your broker is acting)
1 2 3 4 5 8 As agent
6 As agent for both buyer and seller. The commission charged to the party on the other side of the
transaction will be furnished upon request
7 As principal

If the symbol ( ) appears in the security description on the face hereof the offering of the
described security has been made solely by means of the prospectus relating thereto a copy
of which has been or will be delivered to you the receipt of which is acknowledged by payment
hereof
If the symbol (F) appears in the security description it indicates that the security is Foreign
and may be subject to interest equalisation tax
If the symbol (T) appears in the security description an officer or employee of ETS is a director
of the issuer of the securities involved in this transaction A control relationship may therefore
exist between the Issuer and ETS

Please retain this confirmation for income tax purposes Federal regulations require brokers
to report proceeds from all transactions to the Internal Revenue Service

### Terms and Conditions

Please refer to the E✳TRADE Customer Agreement for a complete discussion of the terms
and conditions governing your account. If you have questions regarding the E✳TRADE
Customer Agreement or your account please email us through etrade.com or call 800-
ETRADE 1 THE INFORMATION CONTAINED IN THIS CONFIRMATION SHALL BE BINDING
UPON YOU IF YOU DO NOT OBJECT IN WRITING WITHIN TWO (2) DAYS AFTER THE
CONFIRMATION IS FIRST RECEIVED BY YOU. Securities products and services are offered
by E✳TRADE Securities LLC ( ETS ) Member FINRA/SIPC Your account is carried by
ETS which maintains your funds and securities deposited with ETS An affiliate of ETS may
act as a principal or agent in your transaction(s)

**Applicable Rules and Regulations.** All transactions in your account shall be subject to the
constitution rules regulations customs and usages of the exchange or market and its
clearing house where the transactions are executed by ETS or its agents including ETS
affiliates Also where applicable the transactions shall be subject to the provisions of the
Securities Act of 1933 as amended the Securities Exchange Act of 1934 as amended and
the rules and regulations of the Securities and Exchange Commission ( SEC ) the Board of
Governors of the Federal Reserve System and any applicable self regulatory organization
For information about FINRA s BrokerCheck Program including an investor brochure please
contact FINRA at 800-289-9999 or www.finra.org

Securities held on your behalf at ETS or a central clearing facility but not registered in your
name are commingled with identical securities held for other customers In the event that
securities so held are called by the issuer the securities to be called will be determined by
an impartial and random selection system If your security is selected it will be presented for
redemption and your account credited with the proceeds You have the right to withdraw
uncalled fully paid securities at any time prior to a partial call and also to withdraw excess
margin securities not subject to restriction

The responsibility to cancel an existing open order rests with you Any transaction that results
from the execution of any orders that you have not instructed us to cancel prior to execution
will be recorded in your account. Market orders are subject to immediate execution and are
difficult to cancel

If required payment or delivery of securities is not made by the settlement date ETS may at its
option and without further notice charge interest on the amount shown on the face hereof
or cancel sell out or buy in the subject securities and charge your account for any
expenses losses or other costs incurred

Investments in securities are not guaranteed by ETS are not insured by the FDIC and will
fluctuate with changes in market conditions When selling a security you may receive more or
less than your original investment

The principal amount or commission described on the face hereof may include an Additional
Fee for special services rendered Other charges may include commissions paid to affiliates
of ETS local taxes transaction fees and exchange fees among others For customers who
choose to convert from the currency in which the security or payment thereon is
denominated the amounts provided with respect to principal interest dividend and/or yield
is subject to fluctuation or applicable foreign currency exchange rates and costs including a
markup charged by ETS Further details are available upon written request The name of the
party with whom this transaction was made and time of execution of the transaction will be
furnished upon written request

Securities purchased by you or held by ETS may be hypothecated and/or commingled
with securities carried for other customers

Call features for bonds may exist and such bonds can be redeemed in whole or in part
before maturity that could affect the yield complete information will be provided upon
request With respect to a zero coupon issue you will not receive periodic payments and the
securities may be callable at a price below maturity value Furthermore a zero coupon issue
that is callable and in bearer form may be called without notice by mail to you unless the issue is
registered

For an asset backed security (e g GMO FNMA FHLMC or GNMA) the actual yield may
vary according to the rate at which the underlying assets or receivables are prepaid
Information concerning factors that affect yield including estimated yield weighted average
life and prepayment assumptions are available upon request

The ratings that appear in the description of some fixed-income securities have been obtained
from rating services that we believe to be reliable however we cannot guarantee their
accuracy Securities for which a rating is not available will be marked Not Rated A withdrawn
rating WR signifies the removal of a rating on either an obligation or issuer Confirmations related
to fixed income transactions may reflect a mark up or mark down both as a dollar and
percentage value The mark up or mark down dollar value is calculated as the execution price
less the prevailing market price (PMP) multiplied by the quantity The mark up or mark down
percentage value is calculated as the mark up or mark down dollar value divided by the PMP
Trades with a mark-up or mark down value of N/A indicate a negative mark-up (i e the sale
of the security was at a price lower than the PMP)

Final prospectus and/or offering documentation is available upon request in connection with
your purchase of a security where the issuer is deemed to control be controlled by or under
common control with ETS (i e affiliated securities)

Additional Fees may include a broker assist fee an order handling fee and/or manual
center charges ETS will charge a fee if you request to have certificates issued in your name
and mailed to you

**ALEXANDER YON**
**1462 DESOTO RD**
**BALTIMORE MD 21230-1202**

### Payment for Order Flow Disclosure

The SEC (as well as FINRA) requires that all broker dealers inform their customers when a
new account is opened and on an annual basis thereafter of payment for order flow
practices (compensation received for placing orders through specialists on national
securities exchanges over-the-counter market makers alternative trading systems and
ECN s (collectively market centers )) Consistent with the overriding principle of best
execution ETS routes orders to various market makers including its affiliate Morgan Stanley
& Co LLC ETS receives remuneration (generally in the form of per share cash payments
or through profit sharing arrangements) for routing orders in securities to particular market
centers for execution Such remuneration is considered compensation to ETS and the
source and amount of any compensation received in connection with your transaction will
be disclosed to you upon written request ETS absent instructions from you to the contrary
takes a number of factors into consideration in determining where to route customers
orders including the speed of execution price improvement opportunities (executions at
prices superior to the then prevailing inside market) automatic execution guarantees the
availability of efficient and reliable order handling systems the level of service provided the
cost of executing orders whether it will receive cash or non-cash payments for routing
order flow and reciprocal business arrangements

Trades noted as AVG PRICE SHOWN DETAILS ON REQ are executed through an average
price account The price shown may represent an average of multiple executions or may represent
a single execution at the price indicated Details regarding trades done in an average price account
are available upon request

Rev 09/20 s1237B04

# E✲TRADE
# F I N A N C I A L®
Trading • Investing • Banking

Page 1 of 2

## E✲TRADE Securities
Investment Account

# TRADE CONFIRMATION

**Account Number  XXXX 6829**

**Account Name**
ALEXANDER YON

E✲TRADE Securities LLC
PO Box 484
Jersey City  NJ  07303 0484
1 800 ETRADE 1 (1 800 387 2331)
etrade com

**Customer Update**
Want to get important documents faster? Get your statements  confirms  and tax forms
online with paperless delivery  Enroll at etrade com/paperless

| TRADE DATE | SETL DATE | MKT / CPT | SYMBOL / CUSIP | BUY / SELL | QUANTITY | PRICE | ACCT TYPE | | |
|---|---|---|---|---|---|---|---|---|---|
| 11/30/21 | 12/02/21 | 6 1 | MMAT | BUY | 66 | $3 5077 | Cash | PRINCIPAL | $231 51 |
| | | | | | | | | NET AMOUNT | $231 51 |

**META MATLS INC COMMON STOCK**

▲  DETACH HERE

ALEXANDER YON
1462 DESOTO RD
BALTIMORE MD  21230 1202

DETACH HERE  ▲

**Use This Deposit Slip    Acct  XXXX-6829**

**Please do not send cash**

| | Dollars | Cents |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| **TOTAL DEPOSIT** | | |

Make checks payable to E*TRADE Securities LLC
Mail deposits to

E*TRADE Securities LLC
PO Box 484
Jersey City  NJ  07303 0484

113020210001  900508568293



**E✶TRADE**
**F I N A N C I A L®**
Trading · Investing · Banking

**Type of Transaction**
(Market)
1 NYSE
2 NYSE American
3 Other US Registered Exchanges
4 Mutual Funds

5 CBOE
6 Over the-Counter
7 Underwriting
8 For eign Exchange or Other

(Capacity in which your broker is acting)
1 2 3 4 5 8 As agent
6 As agent for both buyer and seller  The commission charged to the party on the other side of the
   transaction will be furnished upon request
7 As principal

If the symbol ( ) appears in the security description on the face hereof  the offering of the
described security has been made solely by means of the prospectus relating thereto  a copy
of which has been or will be delivered to you  the receipt of which is acknowledged by payment
hereof

If the symbol (F) appears in the security description  it indicates that the security is  Foreign
and may be subject to interest equalization tax

If the symbol (T) appears in the security description  an officer or employee of ETS is a director
of the issuer of the securities involved in this transaction  A control relationship may therefore
exist between the issuer and ETS

Please retain this confirmation for income tax purposes  Federal regulations require brokers
to report proceeds from all transactions to the Internal Revenue Service

### Terms and Conditions

Please refer to the E*TRADE Customer Agreement for a complete discussion of the terms
and conditions governing your account  If you have questions regarding the E*TRADE
Customer Agreement or your account  please email us through etrade com or call 800-
ETRADE 1  THE INFORMATION CONTAINED IN THIS CONFIRMATION SHALL BE BINDING
UPON YOU  IF YOU DO NOT OBJECT  IN WRITING WITHIN TWO (2) DAYS AFTER THE
CONFIRMATION IS FIRST RECEIVED BY YOU  Securities products and services are offered
by E*TRADE  Securities LLC ( ETS )  Member FINRA/SIPC  Your account is carried by
ETS  which maintains your funds and securities deposited with ETS  An affiliate of ETS may
act as a principal or agent in your transaction(s)

**Applicable Rules and Regulations.** All transactions in your account shall be subject to the
constitution  rules  regulations  customs  and usages of the exchange or market  and its
clearing house  where the transactions are executed by ETS or its agents  including ETS
affiliates  Also  where applicable  the transactions shall be subject to the provisions of the
Securities Act of 1933  as amended  the Securities Exchange Act of 1934  as amended  and
the rules and regulations of the Securities and Exchange Commission ( SEC )  the Board of
Governors of the Federal Reserve System  and any applicable self regulatory organization
For information about FINRA s BrokerCheck Program  including  an investor brochure  please
contact FINRA at 800-289-9999 or www  finra org

Securities held on your behalf at ETS or a central clearing facility but not registered in your
name  are commingled with identical securities held for other customers  In the event that
securities so held are called by the issuer  the securities to be called will be determined by
an impartial and random selection system  If your security is selected  it will be presented for
redemption and your account credited with the proceeds  You have the right to withdraw
uncalled  fully paid securities at any time prior to a partial call and also to withdraw excess
margin securities not subject to restriction

The responsibility to cancel an existing open order rests with you  Any transaction that results
from the execution of any orders that you have not instructed us to cancel  prior to execution
will be recorded in your account  Market orders are subject to immediate execution and are
difficult to cancel

If required payment or delivery of securities is not made by the settlement date  ETS may  at its
option and without  further notice  charge interest on the amount shown on the face hereof
or cancel  sell out  or buy in  the  subject securities  and charge  your account for any
expenses  losses  or other costs incurred

Investments in securities  are not guaranteed by ETS  are not insured by the FDIC  and will
fluctuate with changes in market conditions  When selling a security  you may receive more or
less than your original investment

The principal amount or commission described on the face hereof may include an Additional
Fee  for special services rendered  Other charges may include commissions paid to affiliates
of ETS  local taxes  transaction fees and exchange fees  among others  For customers who
choose to convert from the currency in which the security or payment thereon is
denominated  the amounts provided with respect to principal  interest  dividend and/or yield
is subject to fluctuation or applicable foreign currency exchange rates and costs including a
markup charged by ETS  Further details are available upon written request  The name of the
party with whom this transaction was made and time of execution of the transaction will be
furnished upon written request

Securities purchased by you  or held by ETS may be hypothecated and/or  commingled
with securities carried for other customers

Call features for bonds may  exist and such bonds can be redeemed  in whole  or in part
before maturity that could  affect the yield  complete information  will be provided upon
request  With respect to a zero coupon issue  you will not receive periodic payments  and the
securities may be callable at a price below maturity value  Furthermore  a zero coupon issue
that is callable and in bearer form may be called without notice by mail to you unless the issue is
registered

For an asset backed security (e g  GMO  FNMA  FHLMC  or GNMA)  the actual yield may
vary  according to  the rate  at  which  the underlying assets or receivables  are prepaid
Information  concerning  factors that affect  yield  including  estimated  yield  weighted average
life  and prepayment assumptions  are available upon request

The ratings that appear in the description of some fixed-income securities have been obtained
from rating services that we believe to be reliable  however  we cannot guarantee their
accuracy  Securities for which a rating is not available will be marked  Not Rated  A withdrawn
rating  WR  signifies the removal of a rating on either an obligation or issuer  Confirmations related
to fixed income transactions may reflect a mark up or mark down  both  as a dollar  and
percentage value  The mark up or mark down dollar value is calculated as the execution price
less the prevailing market price (PMP) multiplied by the quantity  The mark up or mark down
percentage value is calculated as the mark up or mark down dollar value divided by the PMP
Trades with a mark-up or mark down value of  N/A  indicate a negative mark-up (i e  the sale
of the security was at a price lower than the PMP)

Final prospectus and/or offering documentation is available upon request in connection with
your purchase of a security where the issuer is deemed to control  be controlled by  or under
common control with ETS (i e  affiliated securities)

Additional Fees may include a broker assist fee  an order handling fee and/or market
center charges  ETS will charge a fee if  you request to have certificates issued in your name
and  mailed to you

**ALEXANDER YON**
**1462 DESOTO RD**
**BALTIMORE MD  21230-1202**

**Payment for Order Flow Disclosure**
The SEC (as well as FINRA)  requires that all broker dealers inform their  customers when a
new  account  is  opened  and  on an  annual  basis  thereafter  of payment for order  flow
practices  (compensation  received  for  placing orders  through  specialists  on  national
securities  exchanges  over the-counter mark-it  makers  alternative trading  systems  and
ECN s  (collectively  market  centers ))  Consistent with the overriding principle of best
execution  ETS routes orders to various market makers  including its affiliate Morgan Stanley
& Co  LLC  ETS receives remuneration (gen-rally in the form of per share cash payments
or through profit sharing arrangements) for routing orders in securities to particular market
centers for execution  Such remuneration is considered  compensation to  ETS  and the
source  and amount  of any compensation received in connection with your transaction will
be disclosed to you upon written  request  ETS absent instructions from you to the contrary
takes a number of factors into consideration in determining  where to  route customers
orders  including  the  speed  of execution  price improvement opportunities  (executions at
prices superior to the then prevailing inside market)  automatic execution guarantees  the
availability of efficient and reliable order handling systems  the level of service provided  the
cost  of executing orders  whether it will  receive cash or  non-cash  payments for routing
order flow  and reciprocal business  arrangem  nts

Trades noted as  AVG PRICE SHOWN  DETAILS ON REQ  are executed through an average
price account  The price shown may represent an average of multiple executions or may represent
a single execution at the price indicated  Details  regarding trades done in an average price account
are available upon request

Rev 09/20  s123  664

# E✱TRADE
# FINANCIAL®
Trading  •  Investing  •  Banking

## E✱TRADE Securities
### Investment Account

# TRADE CONFIRMATION

**Account Number  XXXX 6829**

E✱TRADE Securities LLC
PO Box 484
Jersey City  NJ  07303 0484
1 800 ETRADE 1 (1 800 387 2331)
etrade com

**Account Name**
ALEXANDER YON

**Customer Update**
Keep your information up to date  Check that your profile is current and correct for security purposes  Visit etrade com/myprofile to review your account info

| TRADE DATE | SETL DATE | MKT / CPT | SYMBOL / CUSIP | BUY / SELL | QUANTITY | PRICE | ACCT TYPE | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 12/06/21 | 12/08/21 | 6 1 | MMAT | BUY | 60 | $2 9851 | Cash | PRINCIPAL | | $179 11 |
| **META MATLS INC COMMON STOCK** | | | | | | | | NET AMOUNT | | **$179 11** |
| 12/06/21 | 12/08/21 | 6 1 | MMAT | BUY | 29 | $2 985 | Cash | PRINCIPAL | | $86 57 |
| **META MATLS INC COMMON STOCK** | | | | | | | | NET AMOUNT | | **$86 57** |
| 12/06/21 | 12/08/21 | 6 1 | MSFT | BUY | 1 | $320 89 | Cash | PRINCIPAL | | $320 89 |
| **MICROSOFT CORP** | | | | | | | | NET AMOUNT | | **$320 89** |
| 12/06/21 | 12/08/21 | 6 1 | NVDA | BUY | 3 | $291 645 | Cash | PRINCIPAL | | $874 94 |
| **NVIDIA CORP** | | | | | | | | NET AMOUNT | | **$874 94** |
| 12/06/21 | 12/08/21 | 6 1 | TSLA | BUY | 1 | $985 7363 | Cash | PRINCIPAL | | $985 74 |
| **TESLA INC COMMON STOCK** | | | | | | | | NET AMOUNT | | **$985 74** |

▲ DETACH HERE

ALEXANDER YON
1462 DESOTO RD
BALTIMORE MD 21230 1202

DETACH HERE ▲

**Use This Deposit Slip    Acct  XXXX-6829**

**Please do not send cash**

| | Dollars | Cents |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| **TOTAL DEPOSIT** | | |

Make checks payable to E✱TRADE Securities LLC
Mail deposits to

E✱TRADE Securities LLC
PO Box 484
Jersey City  NJ  07303 0484

⑈120620210001⑈ ⑆005085682903⑆



Type of Transaction
(Market)
1 NYSE                                    5 CBOE
2 NYSE American                           6 Over the Counter
3 Other US Registered Exchanges           7 Underwriting
4 Mutual Funds                            8 Foreign Exchange or Other

(Capacity in which your broker is acting)
1 2 3 4 5 8 As agent
6 As agent for both buyer and seller  The commission charged to the party on the other side of the
   transaction will be furnished upon request
7 As principal

If the symbol ( ) appears in the security description on the face hereof  the offering of the
described security has been made solely by means of the prospectus relating thereto  a copy
of which has been or will be delivered to you  the receipt of which is acknowledged by payment
hereof
If the symbol (F) appears in the security description  it indicates that the security is  Foreign
and may be subject to interest equalization tax
If the symbol (T) appears in the security description  an officer or employee of ETS is a director
of the issuer of the securities involved in this transaction  A control relationship may therefore
exist between the Issuer and ETS

Please retain this confirmation for income tax purposes  Federal regulations require brokers
to report proceeds from all transactions to the  Internal Revenue Service

## Terms and Conditions

Please refer to the E*TRADE Customer Agreement for a complete discussion of the terms
and conditions governing your account  If you  have questions regarding the E*TRADE
Customer Agreement or your account  please email us through etrade com or call 800-
ETRADE 1  THE INFORMATION CONTAINED IN THIS CONFIRMATION SHALL BE BINDING
UPON YOU IF YOU DO NOT OBJECT IN WRITING WITHIN TWO (2) DAYS AFTER THE
CONFIRMATION IS FIRST RECEIVED BY YOU  Securities products and services are offered
by E*TRADE  Securities LLC ( ETS )  Member FINRA/SIPC  Your account is carried by
ETS which maintains your funds and securities deposited with ETS  An affiliate of ETS may
act as a principal or agent in your transaction(s)

Applicable Rules and Regulations  All transactions in your account shall be subject to the
constitution  rules  regulations  customs  and usages of the exchange or market  and its
clearing house  where  the transactions are executed by ETS or its agents  including ETS
affiliates  Also  where applicable  the transactions shall be subject to the provisions of the
Securities Act of 1933  as amended  the Securities Exchange Act of 1934  as amended  and
the rules and regulations of the Securities and Exchange Commission ( SEC )  the Board of
Governors of the Federal Reserve System  and any applicable self regulatory organization
For information about FINRA s BrokerCheck Program  including an investor brochure  please
contact FINRA at 800 289-9999 or www.finra.org

Securities held on your behalf at ETS or a central clearing facility but not registered in your
name are commingled with identical securities held for other customers  In the event that
securities so held are called by the issuer  the securities to be called will be determined by
an impartial and random selection system  If your security is selected  it will be presented for
redemption and your account credited with the proceeds  You have the right to withdraw
uncalled  fully paid securities at any time prior to a partial call and also to withdraw excess
margin securities not subject to restriction

The responsibility to cancel an existing open order rests with you  Any transaction that results
from the execution of any orders that you have not instructed us to cancel  prior to execution
will be recorded in your account  Market orders are subject to immediate execution and are
difficult to cancel

If required payment or delivery of securities is not made by the settlement date  ETS may  at its
option and without further  notice  charge interest on the amount shown on the face hereof
or cancel  sell out  or buy in  the subject securities and charge  your account for any
expenses  losses  or other costs incurred

Investments in securities are not guaranteed by ETS  are not insured by the FDIC  and will
fluctuate with changes in market conditions  When selling a security  you may receive more or
less than your original investment

The principal amount or commission described on the face hereof may include an Additional
Fee  for special services rendered  Other charges may include commissions paid to affiliates
of ETS  local taxes  transaction fees  and exchange fees  among others  For customers who
choose to  convert  from  the  currency  in which  the  security  or  payment  thereon  is
denominated  the amounts provided with respect to principal  interest  dividend and/or yield
is subject to fluctuation or applicable foreign currency exchange rates and costs including a
markup charged by ETS  Further details are available upon written request  The name of the
party with whom the transaction was made and time of execution of the transaction will be
furnished upon written request

Securities purchased by you  or held by ETS may be hypothecated and/or  commingled
with securities carried for other customers

Call features  for bonds  may  exist and such bonds can be redeemed  in whole or in part
before  maturity  that could  affect  the  yield  complete information  will be  provided upon
request  With respect to a zero coupon issue  you will not receive periodic payments  and the
securities may be callable at a price below maturity value  Furthermore  a zero coupon issue
that is callable and in bearer form may be called without notice by mail to you unless the issue is
registered

For an asset backed security (e.g  GMO  FNMA  FHLMC  or GNMA)  the actual yield may
vary  according  to  the  rate  at  which  the  underlying  assets  or  receivables  are  prepaid
Information concerning factors that affect yield  including estimated yield  weighted average
life  and prepayment assumptions  are available upon request

The ratings that appear in the description of some fixed-income securities have been obtained
from  rating  services  that we  believe  to  be  reliable  however  we  cannot  guarantee  their
accuracy  Securities for which a rating is not available will be marked  Not Rated  A withdrawn
rating  WR  signifies the removal of a rating on either an obligation or issuer  Confirmations related
to  fixed  income  transactions  may reflect  a mark up or mark down  both as  a dollar  and
percentage value  The mark up or mark down value is calculated as the execution price
less the prevailing market price (PMP) multiplied by the quantity  The mark up or mark down
percentage value is calculated as the mark up or mark down dollar value divided by the PMP
Trades with a mark-up or mark down value of  N/A  indicate a negative mark-up (i e  the sale
of the security was at a price lower than the PMP)

Final prospectus and/or offering documentation is available upon request in connection with
your purchase of a security where the issuer is deemed to control  be controlled by  or under
common control with ETS (i e  affiliated securities)

Additional Fees may include a broker assist fee an order handling fee and/or market
center charges  ETS will charge a fee if you request to have certificates issued in your name
and  mailed to you

ALEXANDER YON
1462 DESOTO RD
BALTIMORE MD 21230-1202

### Payment for Order Flow Disclosure

The SEC (as well as FINRA) requires that all broker dealers inform their  cu tomers when a
new  account is  opened  and  on  an  annual  basis  thereafter  of payment  for order  flow
practices  (compensation  received  for  pla ing  orders  through  specialists  on  national
securities  exchanges  over the-counter market makers  alternative trading systems  and
ECN s  (collectively  market  centers))  Consistent  with  the  overriding  principle  of  best
execution  ETS routes orders to various market makers  including its affiliate Morgan Stanley
& Co  LLC  ETS receives remuneration (gen rally in the form of per share cash payments
or  through  profit  sharing arrangements) for routing orders in securities to particular market
centers for execution  Such remuneration is  considered  compensation to  ETS  and  the
source  and  amount  of any  compensation received in connection with your transaction will
be disclosed to you upon written request  ETS  absent instructions from you to the contrary
takes  a number of  factors  into consideration in determining  where  to  route  customers
orders  including  the  speed of execution  price improvement  opportunities  (executions at
prices superior to  the then prevailing inside market)  automatic execution guarantees  the
availability  of  efficient and reliable order handling systems  the level of service provided  the
cost of  executing  orders  whether  it will  receive  cash  or  non  cash  payments  for  routing
order flow  and  reciprocal business  arrangem nts

Trades noted as  AVG PRICE SHOWN  DETAILS ON REQ  are executed through an average
price account  The price shown may represent an average of multiple executions or may represent
a single  execution at the price indicated  Details  egarding trades done in an average price account
are available upon request

Re  04/20 p123TB04

Page 1 of 2

# E✷TRADE
from Morgan Stanley

## E✷TRADE Securities

**Investment Account**

# TRADE CONFIRMATION

**Account Number** XXXX 6829

E✷TRADE Securities LLC
P O Box 484
Jersey City NJ 07303 0484

**Account Name**
ALEXANDER YON

**Customer Update**
Tax questions? No problem  Get helpful tips  tools  and key dates in the Tax Center  Visit etrade com/tax today

| TRADE DATE | SETL DATE | MKT / CPT | SYMBOL / CUSIP | BUY / SELL | QUANTITY | PRICE | ACCT TYPE | | |
|---|---|---|---|---|---|---|---|---|---|
| 01/10/22 | 01/12/22 | 6 1 | MMAT | BUY | 100 | $2 219 | Cash | PRINCIPAL | $221 90 |
| **META MATLS INC COMMON STOCK** | | | | | | | | NET AMOUNT | **$221 90** |
| 01/10/22 | 01/12/22 | 6 1 | MMTLP | BUY | 6 000 | $1 28 | Cash | PRINCIPAL | $7 680 00 |
| **META MATLS INC PFD SER A** | | | | | | | | COMMISSION | $4 95 |
| | PERPETUAL | | | | | | | NET AMOUNT | **$7 684 95** |
| 01/10/22 | 01/12/22 | 6 1 | NVDA | BUY | 40 | $257 3395 | Cash | PRINCIPAL | $10 293 58 |
| **NVIDIA CORP** | | | | | | | | NET AMOUNT | **$10 293 58** |

▲  DETACH HERE
ALEXANDER YON
1462 DESOTO RD
BALTIMORE MD  21230 1202

DETACH HERE  ▲

**Use This Deposit Slip**    **Acct  XXXX-6829**

**Please do not send cash**

| | Dollars | Cents |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| **TOTAL DEPOSIT** | | |

Make checks payable to E✷TRADE Securities LLC
Mail deposits to

E✷TRADE Securities LLC
P O Box 484
Jersey City  NJ  07303 0484

011020220001  900508568293


from Morgan Stanley

**Type of Transaction**
(Market)
1 NYSE                                    5 CBOE
2 NYSE American                           6 Over-the-Counter
3 Other US Registered Exchanges           7 Underwriting
4 Mutual Funds                            8 Foreign Exchange or Other

(Capacity in which your broker is acting)
1 2 3 4 5 8 As agent
6 As agent for both buyer and seller  The commission charged to the party on the other side of the
   transaction will be furnished upon request
7 As principal
9 As agent and as principal

If the symbol ( ) appears in the security description on the face hereof the offering of the
described security has been made solely by means of the prospectus relating thereto  a copy
of which has been or will be delivered to you  the receipt of which is acknowledged by payment
hereof
If the symbol (F) appears in the security description  it indicates that the security is  Foreign
and may be subject to interest equalization tax
If the symbol (T) appears in the security description  an officer or employee of ETS is a director
of the issuer of the securities involved in this transaction  A control relationship may therefore
exist between the issuer and ETS

Please retain this confirmation for income ta  purposes  Federal regulations require brokers
to report proceeds from all transactions to the Internal Revenue Service

## Terms and Conditions

Please refer to the E*TRADE Customer Agreement for a complete discussion of the terms
and conditions governing your account  If you  have questions regarding  the E*TRADE
Customer Agreement or your account  please email us through etrade com or call 800-387
2331  THE INFORMATION CONTAINED IN THIS CONFIRMATION SHALL BE BINDING
UPON YOU IF YOU  DO NOT OBJECT IN WRITING WITHIN TWO (2) DAYS AFTER THE
CONFIRMATION IS FIRST RECEIVED BY YOU  Securities products and services are offered
by  E*TRADE  Securities LLC ( ETS")  Member SIPC and a business of Morgan Stanley
Your account is carried by ETS which maintains your funds and securities deposited with
ETS  An affiliate of ETS may act as a principal or agent in your transaction(s)

Applicable Rules and Regulations. All transactions in your account shall be subject to the
constitution  rules  regulations  customs  and usages of the exchange or market  and its
clearing  house  where  the transactions are executed by ETS or its agents  including ETS
affiliates  Also  where  the transactions shall be subject to the provisions of the
Securities Act of 1933  as amended  the Securities Exchange Act of 1934  as amended  and
the rules and regulations of the Securities and Exchange Commission ( SEC )  the Board of
Governors of the Federal Reserve System  and any applicable self regulatory organization
For information about FINRA s BrokerCheck Program  including an investor brochure  please
contact FINRA at 800-289-9999 or www finra org

Securities held on your behalf at ETS or a central clearing facility but not registered in your
name are commingled with identical securities held for other customers  In the event that
securities so held are called by the issuer  the securities to be called will be determined by
an impartial and random selection system  If your security is selected  it will be presented for
redemption  and your account credited with the proceeds  You have the right to withdraw
uncalled  fully paid securities at any time  prior to a partial call  and also to withdraw excess
margin securities not subject to restriction

The responsibility to cancel an existing open order rests with you  Any transaction that results
from the execution of any orders that you have not instructed us to cancel  prior to execution
will be recorded in your account  Market orders are subject to immediate execution and are
difficult to cancel

If required payment or delivery of securities is not made by the settlement date  ETS may  at its
option and without further notice  charge interest on the amount shown on the face hereof
or cancel  sell out  or  buy In  the  subject  securities  and charge  your account  for any
expenses  losses or other costs incurred

Investments in securities are not guaranteed by ETS  are not insured by the FDIC  and will
fluctuate with changes in market conditions  When selling a security you may receive more or
less than your original investment

The principal amount or commission described on the face hereof may include an Additional
Fee  for special services rendered  Other charges may include commissions paid to affiliates
of ETS  local taxes, transaction fees and exchange fees  among others  For customers who
choose to  convert from the currency in which the  security or  payment  thereon  is
denominated  the amounts provided with respect to principal  interest  dividend and/or yield
is subject to fluctuation or applicable foreign currency exchange rates and costs including a
markup charged by ETS  Further details are available upon written request  The name of the
party with whom this transaction was made and time of execution of the transaction will be
furnished upon written request

Securities purchased by you or held by ETS may be hypothecated and/or commingled
with securities carried for other customers

Call features for bonds may exist and such bonds can be redeemed in whole or in part
before  maturity and could  affect the  yield  complete information  will be  provided upon
request  With respect to a zero coupon issue  you will not receive periodic payments  and the
securities may be callable at a price below maturity value  Furthermore  a zero coupon issue
that is callable and in bearer form may be called without notice by mail to you unless the issue is
registered

For an asset backed security (e g  GMO  FNMA  FHLMC  or GMNA)  the actual yield may
vary  according to the  rate  at  which the underlying assets or receivables are prepaid
Information concerning factors that affect yield  including  estimated yield  weighted average
life  and prepayment assumptions are available upon request

The ratings that appear in the description of some fixed-income securities have been obtained
from rating services that we believe to be reliable  however  we cannot guarantee their
accuracy  Securities for which a rating is not available will be marked  Not Rated   A withdrawn
rating  WR  signifies the removal of a rating on either an obligation or issuer  Confirmations related
to fixed  income  transactions may reflect a mark up  or mark down  both  as a dollar  and
percentage value  The mark up or mark down dollar value is calculated as the execution price
less the prevailing market price (PMP) multiplied by the quantity  The mark up or mark down
percentage value is calculated as the mark up or mark-down dollar value divided by the PMP
Trades with a mark up or mark down value of  N/A  indicate a negative mark up (i e  the sale
of the security was at a price lower than the PMP)

Final prospectus and/or offering documentation is available upon request in connection with
your purchase of a security where the issuer is deemed to control  be controlled by  or under
common control with ETS (i e  affiliated securities)

Additional Fees may include  a broker assist fee  an order handling fee and/or market
center charges  ETS will charge a fee if you request to have certificates issued in your name
and mailed to you

**ALEXANDER YON**
**1462 DESOTO RD**
**BALTIMORE MD  21230-1202**

### Payment for Order Flow Disclosure
The SEC (as well as FINRA) requires that all broker dealers inform their customers when a
new account  is opened  and on  an annual basis  thereafter  of payment for order  flow
practices  (compensation  received  for  placing  orders  through  specialists  on  national
securities  exchanges  over-the-counter  market  makers  alternative  trading  systems  and
ECN s  (collectively  market centers'))  Consistent with  the overriding principle of best
execution  ETS routes orders to various market makers including its affiliate Morgan Stanley
& Co LLC  ETS receives remuneration (generally in the form of per share cash payments or
through  profit sharing  arrangements) for routing orders in securities to particular market
centers for execution  Such remuneration is  considered  compensation to  ETS  and  the
source and amount of any compensation received in connection with your transaction will
be disclosed to you upon written request  ETS  absent instructions from you to the contrary
takes a number of factors into consideration in determining  where to route customers
orders  including  the  speed of execution  price improvement opportunities (executions at
prices superior to the then prevailing media market)  automatic execution guarantees  the
availability of efficient and reliable order handling systems  the level of service provided  the
cost of executing orders whether it will  receive cash  or non-cash payments for routing
order flow  and reciprocal business  arrangements

Trades noted as  AVG PRICE SHOWN  DETAILS ON REQ  are executed through an average
price account  The price shown may represent an average of multiple executions or may represent a
single  execution at the price indicated  Details regarding trades done in an average price account are
available upon request

### Structured Products
Structured Products are complex products and may be subject to special risks  Investors should
consider the  concentration risk of owning  the  related security and their total  exposure to any
underlying asset

Rev  04/21  51217804

# E✳TRADE
from Morgan Stanley

Page 1 of 2

**E✳TRADE Securities**

Investment Account

# TRADE CONFIRMATION

**Account Number  XXXX 6829**

**Account Name**
ALEXANDER YON

E✳TRADE Securities LLC
P O Box 484
Jersey City NJ 07303 0484

**Customer Update**

Tax questions? No problem  Get helpful tips  tools  and key dates in the Tax Center  Visit etrade com/tax today

| TRADE DATE | SETL DATE | MKT/ CPT | SYMBOL/ CUSIP | BUY/ SELL | QUANTITY | PRICE | ACCT TYPE | | |
|---|---|---|---|---|---|---|---|---|---|
| 01/20/22 | 01/24/22 | 6 1 | IONQ | BUY | 35 | $11 8775 | Cash | PRINCIPAL | $415 71 |
| **IONQ INC COMMON STOCK** | | | | | | | | NET AMOUNT | **$415 71** |
| 01/20/22 | 01/24/22 | 6 1 | MMAT | BUY | 6 | $2 0557 | Cash | PRINCIPAL | $12 33 |
| **META MATLS INC COMMON STOCK** | | | | | | | | NET AMOUNT | **$12 33** |

▲ DETACH HERE

ALEXANDER YON
1462 DESOTO RD
BALTIMORE MD 21230 1202

DETACH HERE ▲

**Use This Deposit Slip    Acct  XXXX-6829**

Please do not send cash

| Dollars | Cents |
|---|---|
| | |
| | |
| | |
| | |
| | |

**TOTAL DEPOSIT**

Make checks payable to E✳TRADE Securities LLC
Mail deposits to

E✳TRADE Securities LLC
P O Box 484
Jersey City NJ 07303 0484

012020220001  900508568293



**E*TRADE**
from Morgan Stanley

**Type of Transaction**
(Market)
1 NYSE
2 NYSE American                    5 CBOE
3 Other US Registered Exchanges    6 Over-the-Counter
4 Mutual Funds                     7 Underwriting
                                   8 Foreign Exchange or Other

(Capacity in which your broker is acting)
1 2 3 4 5 8 As agent
8 As agent for both buyer and seller. The commission charged to the party on the other side of the
transaction will be furnished upon request
7 As principal
9 As agent and as principal

If the symbol ( ) appears in the security description on the face hereof the offering of the
described security has been made solely by means of the prospectus relating thereto a copy
of which has been or will be delivered to you the receipt of which is acknowledged by payment
hereof
If the symbol (F) appears in the security description it indicates that the security is Foreign
and may be subject to interest equalization tax
If the symbol ( ) appears in the security description an officer or employee of ETS is a director
of the issuer of the securities involved in this transaction A control relationship may therefore
exist between the issuer and ETS

Please retain this confirmation for income tax purposes Federal regulations require brokers
to report proceeds from all transactions to the Internal Revenue Service

#### Terms and Conditions

Please refer to the E*TRADE Customer Agreement for a complete discussion of the terms
and conditions governing your account If you have questions regarding the E*TRADE
Customer Agreement or your account please email us through etrade.com or call 800-387
2331 THE INFORMATION CONTAINED IN THIS CONFIRMATION SHALL BE BINDING
UPON YOU IF YOU DO NOT OBJECT IN WRITING WITHIN TWO (2) DAYS AFTER THE
CONFIRMATION IS FIRST RECEIVED BY YOU Securities products and services are offered
by E*TRADE Securities LLC ( ETS ) Member SIPC and a business of Morgan Stanley
Your account is carried by ETS which maintains your funds and securities deposited with
ETS An affiliate of ETS may act as a principal or agent in your transaction(s)

Applicable Rules and Regulations. All transactions in your account shall be subject to the
constitution rules regulations customs and usages of the exchange or market, and its
clearing house where the transactions are executed by ETS or its agents including ETS
affiliates Also where applicable the transactions shall be subject to the provisions of the
Securities Act of 1933 as amended The Securities Exchange Act of 1934 as amended and
the rules and regulations of the Securities and Exchange Commission ( SEC ) the Board of
Governors of the Federal Reserve System and any applicable self regulatory organization
For information about FINRA s BrokerCheck Program including an investor brochure please
contact FINRA at 800-289-9999 or www.finra.org

Securities held on your behalf at ETS or a central clearing facility but not registered in your
name are commingled with identical securities held for other customers In the event that
securities so held are called by the issuer the securities to be called will be determined by
an impartial and random selection system If your security is selected it will be presented for
redemption and your account credited with the proceeds You have the right to withdraw
uncalled fully paid securities at any time prior to a partial call and also to withdraw excess
margin securities not subject to restriction

The responsibility to cancel an existing open order rests with you Any transaction that results
from the execution of any orders that you have not instructed us to cancel prior to execution
will be recorded in your account Market orders are subject to immediate execution and are
difficult to cancel

If required payment or delivery of securities is not made by the settlement date ETS may at its
option and without further notice charge interest on the amount shown on the face hereof
or cancel sell out or buy In the subject securities and charge your account for any
expenses losses or other costs incurred

Investments in securities are not guaranteed by ETS are not insured by the FDIC and will
fluctuate with changes in market conditions When selling a security you may receive more or
less than your original investment

The principal amount or commission described on the face hereof may include an Additional
Fee for special services rendered Other charges may include commissions paid to affiliates
of ETS local taxes transaction fees and exchange fees among others For customers who
choose to convert from the currency in which the security or payment thereon is
denominated the amounts provided with respect to principal interest dividend and/or yield
is subject to fluctuation or applicable foreign currency exchange rates and costs including a
markup charged by ETS Further details are available upon written request The name of the
party with whom this transaction was made and time of execution of the transaction will be
furnished upon written request

Securities purchased by you or held by ETS may be hypothecated and/or commingled
with securities carried for other customers

Call features for bonds may exist and such bonds can be redeemed in whole or in part
before maturity and could affect the yield complete information will be provided upon
request With respect to a zero coupon issue you will not receive periodic payments and the
securities may be callable at a price below maturity value Furthermore a zero coupon issue
that is callable and in bearer form may be called without respect to principal interest and/or
premium and to you unless the issue is
registered

For an asset backed security (e.g GMO FNMA FHLMC or GMNA) the actual yield may
vary according to the rate at which the underlying assets or receivables are prepaid
Information concerning factors that affect yield including estimated yield weighted average
life and prepayment assumptions are available upon request

The ratings that appear in the description of some fixed-income securities have been obtained
from rating services that we believe to be reliable however we cannot guarantee their
accuracy Securities for which a rating is not available will be marked Not Rated A withdrawn
rating 'WR signifies the removal of a rating on either an obligation or issuer Confirmations related
to fixed income transactions may reflect a mark up or mark down both as a dollar and
percentage value The mark up or mark down dollar value is calculated as the execution price
less the prevailing market price (PMP) multiplied by the quantity The mark up or mark down
percentage value is calculated as the mark up or mark down dollar value divided by the PMP
Trades with a mark up or mark down value of 'N/A indicate a negative mark up (i e the sale
of the security was at a price lower than the PMP)

Final prospectus and/or offering documentation is available upon request in connection with
your purchase of a security where the issuer is deemed to control be controlled by or under
common control with ETS (i e affiliated securities)

Additional Fees may include a broker assist fee an order handling fee and/or market
center charges ETS will charge a fee if you request to have certificates issued in your name
and mailed to you

**ALEXANDER YON**
**1462 DESOTO RD**
**BALTIMORE MD 21230-1202**

#### Payment for Order Flow Disclosure

The SEC (as well as FINRA) requires that all broker dealers inform their customers when a
new account is opened and on an annual basis thereafter of payment for order flow
practices (compensation received for placing orders through specialists on national
securities exchanges over-the-counter market makers alternative trading systems and
ECN s (collectively market centers )) Consistent with the overriding principle of best
execution ETS routes orders to various market makers including its affiliate Morgan Stanley
& Co LLC ETS receives remuneration (generally in the form of per share cash payments or
through profit sharing arrangements) for routing orders in securities to particular market
centers for execution Such remuneration is considered compensation to ETS and the
source and amount of any compensation received in connection with your transaction will
be disclosed to you upon written request ETS absent instructions from you to the contrary
takes a number of factors into consideration in determining where to route customers
orders including the speed of execution price improvement opportunities (executions at
prices superior to the then prevailing inside market) automatic execution guarantees the
availability of efficient and reliable order handling systems the level of service provided the
cost of executing orders whether it will receive cash or non-cash payments for routing
order flow and reciprocal business arrangements

Trades noted as AVG PRICE SHOWN DETAILS ON REQ are executed through an average
price account The average price shown may represent an average of multiple executions or may represent a
single execution at the price indicated Details regarding trades done in an average price account are
available upon request

**Structured Products**
Structured Products are complex products and may be subject to special risks Investors should
consider the concentration risk of owning the related security and their total exposure to any
underlying asset

Rev 04/21 51271B04

# E✱TRADE
from Morgan Stanley

Page 1 of 2

**E✱TRADE Securities**

Investment Account

# TRADE CONFIRMATION

**Account Number  XXXX 6829**

**Account Name**
ALEXANDER YON

E✱TRADE Securities LLC
P O Box 484
Jersey City  NJ  07303 0484

**Customer Update**
Tax questions? No problem  Get helpful tips  tools  and key dates in the Tax Center  Visit
etrade com/tax today

| TRADE DATE | SETL DATE | MKT/CPT | SYMBOL/CUSIP | BUY/SELL | QUANTITY | PRICE | ACCT TYPE | | |
|---|---|---|---|---|---|---|---|---|---|
| 01/28/22 | 02/01/22 | 6 1 | AMD | BUY | 10 | $101 57 | Cash | PRINCIPAL | $1 015 70 |
| ADVANCED MICRO DEVICES INC COM | | | | | | | | NET AMOUNT | $1 015 70 |
| 01/28/22 | 02/01/22 | 6 1 | CEI | BUY | 1 000 | $ 5581 | Cash | PRINCIPAL | $558 10 |
| CAMBER ENERGY INC COMMON STOCK | | | | | | | | NET AMOUNT | $558 10 |
| 01/28/22 | 02/01/22 | 6 1 | MMAT | BUY | 739 | $1 45 | Cash | PRINCIPAL | $1 071 55 |
| META MATLS INC COMMON STOCK | | | | | | | | NET AMOUNT | $1 071 55 |
| 01/28/22 | 02/01/22 | 6 1 | VUZI | BUY | 10 | $5 6658 | Cash | PRINCIPAL | $56 66 |
| VUZIX CORPORATION COM | | | | | | | | NET AMOUNT | $56 66 |
| 01/28/22 | 02/01/22 | 6 1 | BBIG | BUY | 600 | $2 8193 | Cash | PRINCIPAL | $1 691 58 |
| VINCO VENTURES INC COMMON STOCK | | | | | | | | NET AMOUNT | $1 691 58 |
| 01/28/22 | 02/01/22 | 6 1 | BBIG | BUY | 200 | $2 7791 | Cash | PRINCIPAL | $555 82 |
| VINCO VENTURES INC COMMON STOCK | | | | | | | | NET AMOUNT | $555 82 |

▲ DETACH HERE
ALEXANDER YON
1462 DESOTO RD
BALTIMORE MD  21230 1202

DETACH HERE ▲

**Use This Deposit Slip    Acct  XXXX-6829**

**Please do not send cash**

Make checks payable to E✱TRADE Securities LLC
Mail deposits to

| Dollars | Cents |
|---|---|
| | |
| | |
| | |
| | |
| | |

**TOTAL DEPOSIT**

E✱TRADE Securities LLC
P O  Box 484
Jersey City  NJ  07303 0484

01282022000l �686508568293



**E✳TRADE**
from Morgan Stanley

Type of Transaction
(Market)
1 NYSE
2 NYSE American
3 Other US Registered Exchanges
4 Mutual Funds

5 CBOE
6 Over-the-Counter
7 Underwriting
8 Foreign Exchange or Other

(Capacity in which your broker is acting)
1 2 3 4 5 8 As agent
6 As agent for both buyer and seller  The commission charged to the party on the other side of the transaction will be furnished upon request
7 As principal
9 As agent and as principal

If the symbol ( ) appears in the security description on the face hereof  the offering of the described security has been made solely by means of the prospectus relating thereto  a copy of which has been or will be delivered to you  the receipt of which is acknowledged by payment hereof
If the symbol (F) appears in the security description  it indicates that the security is  Foreign and may be subject to interest equalization tax
If the symbol (F) appears in the security description  an officer or employee of ETS is a director of the issuer of the securities involved in this transaction  A control relationship may therefore exist between the issuer and ETS

Please retain this confirmation for income tax purposes  Federal regulations require brokers to report proceeds from all transactions to the Internal Revenue Service

## Terms and Conditions

Please refer to the E*TRADE Customer Agreement for a complete discussion of the terms and conditions governing your account. If you have questions regarding the E*TRADE Customer Agreement or your account  please email us through etrade com or call 800-387-2331  THE INFORMATION CONTAINED IN THIS CONFIRMATION SHALL BE BINDING UPON YOU IF YOU  DO NOT OBJECT  IN WRITING WITHIN TWO (2) DAYS AFTER THE CONFIRMATION IS FIRST RECEIVED BY YOU  Securities products and services are offered by E*TRADE  Securities LLC  ( ETS")  Member SIPC and a business of Morgan Stanley  Your account is carried by ETS which maintains your funds and securities deposited with ETS  An affiliate of ETS may  act as a principal or agent in your transaction(s)

**Applicable Rules and Regulations.** All transactions in your account shall be subject to the constitution  rules  regulations  customs  and usages of the exchange or market, and its clearing house  where the transactions are executed by ETS or its agents  including ETS affiliates  Also  where applicable  the transactions shall be subject to the provisions of the Securities Act of 1933 as amended  the Securities Exchange Act of 1934  as amended  and the rules and regulations of the Securities and Exchange Commission ( SEC")  the Board of Governors of the Federal Reserve System  and any applicable self regulatory organization  For information about FINRA s BrokerCheck Program  including an investor brochure please contact FINRA at 800-289-9999 or www finra org

Securities held on your behalf at ETS or a central clearing facility but not registered in your name are commingled with identical securities held for other customers  In the event that securities  so held are called by the issuer  the securities to be called will be determined by an impartial and random selection system  If your security is selected  it will be presented for redemption  and your account credited with the proceeds  You have the right to withdraw uncalled  fully paid securities at any time prior to a partial call and also to withdraw  excess margin securities not subject to restriction

The responsibility to cancel an existing open order rests with you  Any transaction that results from the execution of any orders that you have not instructed us to cancel  prior to execution  will be recorded in your account  Market orders are subject to immediate  execution and are difficult to cancel

If required payment or delivery of securities is not made by the settlement date  ETS may  at its option and without further notice  charge interest on the amount shown on the face hereof  or cancel  sell out  or buy in the subject securities  and charge  your account for any expenses  losses  or other costs incurred

Investments in securities  are not guaranteed by ETS  are not insured by the FDIC  and will fluctuate with changes in market conditions  When selling a security  you may receive more or less than your original investment

The principal amount or commission described on the face hereof may include an Additional Fee for special services rendered  Other charges may include  commissions paid to affiliates of ETS  local taxes, transaction fees and exchange fees  among others  For customers who choose to convert from the currency  in which the security  or payment thereon  is denominated  the amounts provided with respect to principal  interest  dividend and/or yield is subject to fluctuation or applicable foreign currency exchange rates and costs including a markup charged by ETS  Further details are available upon written  request  The name of the party with whom this transaction was made and time of execution of the transaction will be furnished upon written request

Securities purchased by you  or held by ETS may be hypothecated and/or  commingled with securities carried for other customers

Call features for bonds may  exist and such bonds can be redeemed  in whole  or in part  before maturity and could  affect the yield  complete information  will be  provided upon request  With respect to a zero coupon issue  you will not receive periodic payments  and the securities may be callable at a price below maturity value  Furthermore  a zero coupon issue that is callable and in bearer form may be called without notice by mail to you unless the issue is registered

For an asset backed security (e g  GMO  FNMA  FHLMC  or GNMA)  the actual yield may  vary  according to the  rate  at  which the underlying assets or receivables are prepaid  Information concerning factors that affect yield  including estimated yield  weighted average life  and prepayment assumptions  are available upon request

The ratings that appear in the description of some fixed income securities have been obtained from rating services that we believe to be reliable  however  we cannot guarantee their accuracy  Securities for which a rating is not available will be marked  Not Rated   A withdrawn rating "WR  signifies the removal of a rating one ther an obligation or issuer  Confirmations related to fixed income transactions may reflect a mark up or mark down  both as a dollar  and percentage value  The mark up or mark down dollar value is calculated as the execution price less the prevailing market price (PMP) multiplied by the quantity  The mark up or mark down  percentage value is calculated as the mark up or mark down dollar value divided by the PMP  Trades with a mark up or mark down value of "N/A  indicate a negative mark up (i e  the sale of the security was at a price lower than the PMP)

Final prospectus and/or offering documentation is available upon request in connection with your purchase of a security where the issuer is deemed to control  be controlled by  or under common control with ETS (i e  affiliated securities)

Additional Fees  may include  a broker  assist fee  an  order  handling  fee  and/or market center charges  ETS  will charge a fee if  you request to have certificates issued in your name and mailed to you

**ALEXANDER YON**
**1462 DESOTO RD**
**BALTIMORE MD  21230-1202**

### Payment for Order Flow Disclosure
The SEC (as well as FINRA) requires that all broker dealers inform their customers when a new account is opened  and on an annual basis thereafter  of payment for order flow practices  (compensation  received  for  placing orders  through  specialists  on national securities  exchanges  over-the-counter market  makers  alternative trading  systems  and ECN's  (collectively  market centers ))  Consistent with the overriding principle of best execution  ETS routes orders to various market makers  including its affiliate Morgan Stanley & Co  LLC  ETS receives remuneration (generally  in the form of per share cash payments or  through  profit sharing  arrangements) for routing orders in securities to particular market centers for execution  Such remuneration is  considered  compensation to  ETS  and the source and amount of any compensation received in connection with your transaction will be disclosed to you upon written request  ETS  absent instructions from you to the contrary takes  a number  of factors into consideration in determining  where to route customers orders including  the  speed of execution  price improvement opportunities (executions at prices superior to the then prevailing inside  market)  automatic execution guarantees  the availability of efficient and reliable order handling systems  the level of service provided  the cost of executing orders  whether it will  receive  cash  or  non-cash  payments for routing order flow  and reciprocal business arrangements

Trades noted as  AVG PRICE SHOWN DETAILS ON REQ  are executed through an average price account  The price shown may represent an average of multiple executions or may represent a single  execution at the price indicated  Details regarding trades done in an average price account are available upon request

### Structured Products
Structured Products are complex products and may be subject to special risks  Investors should consider the concentration risk of owning the related security and their total exposure to any underlying issuer

# E✳TRADE
from Morgan Stanley

Page 1 of 2

## E✳TRADE Securities

Investment Account

# TRADE CONFIRMATION

**Account Number XXXX 6829**

**Account Name**
ALEXANDER YON

E✳TRADE Securities LLC
P O Box 484
Jersey City NJ 07303 0484

| | | |
|---|---|---|
| **Customer Update** | | |
| Visit the E*TRADE Tax Center to access tax forms (when available) plus tips and tools to help with your tax preparation Bookmark etrade com/tax today | | |

| TRADE DATE | SETL DATE | MKT / CPT | SYMBOL / CUSIP | BUY / SELL | QUANTITY | PRICE | ACCT TYPE | | |
|---|---|---|---|---|---|---|---|---|---|
| 02/03/22 | 02/07/22 | 6 1 | ILUS | BUY | 3 000 | $ 1931 | Cash | PRINCIPAL | $579 45 |
| ILUSTRATO PICTURES INTERNATIONAL INC | | | | | | | | COMMISSION | $4 95 |
| | | | | | | | | NET AMOUNT | $584 40 |
| 02/03/22 | 02/07/22 | 6 1 | ISIG | BUY | 10 | $13 9845 | Cash | PRINCIPAL | $139 85 |
| INSIGNIA SYSTEMS INC COMMON STOCK | | | | | | | | NET AMOUNT | $139 85 |
| 02/03/22 | 02/07/22 | 6 1 | MMAT | BUY | 50 | $1 615 | Cash | PRINCIPAL | $80 75 |
| META MATLS INC COMMON STOCK | | | | | | | | NET AMOUNT | $80 75 |
| 02/03/22 | 02/07/22 | 6 1 | MMTLP | BUY | 3 270 | $1 28 | Cash | PRINCIPAL | $4 185 60 |
| META MATLS INC PFD SER A | | | | | | | | COMMISSION | $4 95 |
| PERPETUAL | | | | | | | | NET AMOUNT | $4 190 55 |

▲ DETACH HERE

ALEXANDER YON
1462 DESOTO RD
BALTIMORE MD 21230 1202

DETACH HERE ▲

**Use This Deposit Slip   Acct XXXX-6829**

**Please do not send cash**

| Dollars | Cents |
|---|---|
| | |
| | |
| | |
| | |
| | |

Make checks payable to E*TRADE Securities LLC
Mail deposits to

**TOTAL DEPOSIT**

E*TRADE Securities LLC
P O Box 484
Jersey City NJ 07303 0484

020320220001 900508568293


from Morgan Stanley

## Terms and Conditions

Please refer to the E*TRADE Customer Agreement for a complete discussion of the terms and conditions governing your account If you have questions regarding the E*TRADE Customer Agreement or your account please email us through etrade com or call 800-387 2331 THE INFORMATION CONTAINED IN THIS CONFIRMATION SHALL BE BINDING UPON YOU IF YOU DO NOT OBJECT IN WRITING WITHIN TWO (2) DAYS AFTER THE CONFIRMATION IS FIRST RECEIVED BY YOU Securities products and services are offered by E*TRADE Securities LLC ( ETS ) Member SIPC and a business of Morgan Stanley Your account is carried by ETS which maintains your funds and securities deposited with ETS An affiliate of ETS may act as a principal or agent in your transaction(s)

**Applicable Rules and Regulations.** All transactions in your account shall be subject to the constitution rules regulations customs and usages of the exchange or market and its clearing house where the transactions are executed by ETS or its agents including ETS affiliates Also where applicable the transactions shall be subject to the provisions of the Securities Act of 1933 as amended the Securities Exchange Act of 1934 as amended and the rules and regulations of the Securities and Exchange Commission ( SEC ) the Board of Governors of the Federal Reserve System and any applicable self regulatory organization For information about FINRA s BrokerCheck Program including an investor brochure please contact FINRA at 800-289-9999 or www finra org

Securities held on your behalf at ETS or a central clearing facility but not registered in your name are commingled with identical securities held for other customers In the event that securities so held are called by the issuer the securities to be called will be determined by an impartial and random selection system If your security is selected it will be presented for redemption and your account credited with the proceeds You have the right to withdraw uncalled fully paid securities at any time prior to a partial call and also to withdraw excess margin securities not subject to restriction

The responsibility to cancel an existing open order rests with you Any transaction that results from the execution of any orders that you have not instructed us to cancel prior to execution will be recorded in your account Market orders are subject to immediate execution and are difficult to cancel

If required payment or delivery of securities is not made by the settlement date ETS may at its option and without further notice charge interest on the amount shown on the face hereof or cancel sell out or buy in the subject securities and charge your account for any expenses losses or other costs incurred

Investments in securities are not guaranteed by ETS are not insured by the FDIC and will fluctuate with changes in market conditions When selling a security you may receive more or less than your original investment

The principal amount or commission described on the face hereof may include an Additional Fee for special services rendered Other charges may include commissions paid to affiliates of ETS local taxes, transaction fees and exchange fees among others For customers who choose to convert from the currency in which the security or payment thereon is denominated the amounts provided with respect to principal interest dividend and/or yield is subject to fluctuation or applicable foreign currency exchange rates and costs including a markup charged by ETS Further details are available upon written request The name of the party with whom this transaction was made and time of execution of the transaction will be furnished upon written request

Securities purchased by you or held by ETS may be hypothecated and/or commingled with securities carried for other customers

Call features for bonds may exist and such bonds can be redeemed in whole or in part before maturity and could affect the yield complete information will be provided upon request With respect to a zero coupon issue you will not receive periodic payments and the securities may be callable at a price below maturity value Furthermore a zero coupon issue that is callable and in bearer form may be called without notice by mail to you unless the issue is registered

For an asset backed security (e g GMO FNMA FHLMC or GMNA) the actual yield may vary according to the rate at which the underlying assets or receivables are prepaid Information concerning factors that affect yield including estimated yield weighted average life and prepayment assumptions are available upon request

The ratings that appear in the description of some fixed-income securities have been obtained from rating services that we believe to be reliable however we cannot guarantee their accuracy Securities for which a rating is not available will be marked Not Rated A withdrawn rating "WR signifies the removal of a rating on either an obligation or issuer Confirmations related to fixed income transactions may reflect a mark up or mark down both as a dollar and percentage value The mark up or mark down dollar value is calculated as the execution price less the prevailing market price (PMP) multiplied by the quantity The mark up or mark down percentage value is calculated as the mark up or mark down dollar value divided by the PMP Trades with a mark up or mark down value of "N/A indicate a negative mark up (i e the sale of the security was at a price lower than the PMP)

Final prospectus and/or offering documentation is available upon request in connection with your purchase of a security where the issuer is deemed to control be controlled by or under common control with ETS (i e affiliated securities)

Additional Fees may include a broker assist fee an order handling fee and/or market center charges ETS will charge a fee if you request to have certificates issued in your name and mailed to you

**Type of Transaction**
(Market)
1 NYSE
2 NYSE American
3 Other US Registered Exchanges
4 Mutual Funds
5 CBOE
6 Ov r the-Counter
7 Underwriting
8 Foreign Exchange or Other

(Capacity in which your broker is acting)
1,2,3 4 5 8 As agent
6 As agent for both buyer and seller The commission charged to the party on the other side of the transaction will be furnished upon request
7 As principal
9 As agent and as principal

If the symbol ( ) appears in the security description on the face hereof the offering of the described security has been made solely by means of the prospectus relating thereto a copy of which has been or will be delivered to you the receipt of which is acknowledged by payment hereof

If the symbol (F) appears in the security description it indicates that the security is Foreign and may be subject to interest equali zation tax

If the symbol (T) appears in the security description an officer or employee of ETS is a director of the issuer of the securities involved in this transaction A control relationship may therefore exist between the issuer and ETS

Please retain this confirmation for income tax purposes Federal regulations require brokers to report proceeds from all transactions to the Internal Revenue Service

**ALEXANDER YON**
**1462 DESOTO RD**
**BALTIMORE MD 21230-1202**

### Payment for Order Flow Disclosure
The SEC (as well as FINRA) requires that all broker dealers inform their customers when a new account is opened and on an annual basis thereafter of payment for order flow practices (compensation received for placing orders through specialists on national securities exchanges over-the-counter market makers alternative trading systems and ECN s (collectively 'market centers )) Consistent with the overriding principle of best execution ETS routes orders to various market makers including its affiliate Morgan Stanley & Co LLC ETS receives remuneration (generally in the form of per share cash payments or through profit sharing arrangements) for routing orders in securities to particular market centers for execution Such remuneration is considered compensation to ETS and the source and amount of any compensation received in connection with your transaction will be disclosed to you upon written request ETS absent instructions from you to the contrary takes a number of factors into consideration in determining where to route customers orders including the speed of execution price improvement opportunities (executions at prices superior to the then prevailing inside market) automatic execution guarantees the availability of efficient and reliable order handling systems the level of service provided the cost of executing orders whether it will receive cash or non-cash payments for routing order flow and reciprocal business arrangements

Trades noted as AVG PRICE SHOWN DETAILS ON REQ are executed through an average price account The price shown may represent an average of multiple executions or may represent a single execution at the price indicated Details regarding trades done in an average price account are available upon request

### Structured Products
Structured Products are complex products and may be subject to special risks Investors should consider the concentration risk of owning the related security and their total exposure to any underlying asset

Rev 04/21 5123 B04