Page 1 of 2

# E✳TRADE
from Morgan Stanley

**E✳TRADE Securities**

Investment Account

# TRADE CONFIRMATION

**Account Number**  XXXX 6829

**Account Name**
ALEXANDER YON

E✳TRADE Securities LLC
P O Box 484
Jersey City  NJ  07303 0484

**Customer Update**
Visit the E*TRADE Tax Center to access tax forms (when available)  plus tips and tools to help with your tax preparation  Bookmark etrade com/tax today

| TRADE DATE | SETL- DATE | MKT / CPT | SYMBOL / CUSIP | BUY / SELL | QUANTITY | PRICE | ACCT TYPE | | |
|---|---|---|---|---|---|---|---|---|---|
| 02/17/22 | 02/22/22 | 6 1 | COP | BUY | 12 | $90 76 | Cash | PRINCIPAL | $1 089 12 |
| **CONOCOPHILLIPS COMMON STOCK** | | | | | | | | NET AMOUNT | $1 089 12 |
| 02/17/22 | 02/22/22 | 6 1 | MMAT | BUY | 35 | $1 8078 | Cash | PRINCIPAL | $63 27 |
| **META MATLS INC COMMON STOCK** | | | | | | | | NET AMOUNT | $63 27 |
| 02/17/22 | 02/22/22 | 6 1 | NVDA | BUY | 4 | $247 151 | Cash | PRINCIPAL | $988 60 |
| **NVIDIA CORP** | | | | | | | | NET AMOUNT | $988 60 |
| 02/17/22 | 02/22/22 | 6 1 | TSLA | BUY | 1 | $892 20 | Cash | PRINCIPAL | $892 20 |
| **TESLA INC COMMON STOCK** | | | | | | | | NET AMOUNT | $892 20 |

▲ DETACH HERE

ALEXANDER YON
1462 DESOTO RD
BALTIMORE MD  21230 1202

DETACH HERE ▲

**Use This Deposit Slip**  **Acct  XXXX-6829**

**Please do not send cash**

| | Dollars | Cents |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| **TOTAL DEPOSIT** | | |

Make checks payable to E*TRADE Securities LLC
Mail deposits to

E✳TRADE Securities LLC
P O  Box 484
Jersey City  NJ  07303 0484

021720220001  900508568293



E✱TRADE
from Morgan Stanley

**Type of Transaction**
(Market)
1 NYSE                                    5 CBOE
2 NYSE American                           6 Over the Counter
3 Other US Registered Exchanges           7 Underwriting
4 Mutual Funds                            8 Foreign Exchange or Other

(Capacity in which your broker is acting)
1 2 3 4 5 9 As agent
6 As agent for both buyer and seller  The commission charged to the party on the other side of the
   transaction will be furnished upon request
7 As principal
9 As agent and as principal

If the symbol ( ) appears in the security description on the face hereof the offering of the
described security has been made solely by means of the prospectus relating thereto  a copy
of which has been or will be delivered to you  the receipt of which is acknowledged by payment
hereof
If the symbol (F) appears in the security description  it indicates that the security is  Foreign
and may be subject to interest equalization tax
If the symbol (T) appears in the security description  an officer or employee of ETS is a director
of the issuer of the securities involved in this transaction  A control relationship may therefore
exist between the issuer and ETS

Please retain this confirmation for income tax purposes  Federal regulations require brokers
to report proceeds from all transactions to the Internal Revenue Service

**Terms and Conditions**

Please refer to the E✱TRADE Customer Agreement for a complete discussion of the terms
and conditions governing your account  If you have questions regarding the E✱TRADE
Customer Agreement or your account  please email us through etrade com or call 800-387
2331  THE INFORMATION CONTAINED IN THIS CONFIRMATION SHALL BE BINDING
UPON YOU IF YOU DO NOT OBJECT IN WRITING WITHIN TWO (2) DAYS AFTER THE
CONFIRMATION IS FIRST RECEIVED BY YOU  Securities products and services are offered
by E✱TRADE Securities LLC ( ETS )  Member SIPC and a business of Morgan Stanley
Your account is carried by ETS which maintains your funds and securities deposited with
ETS  An affiliate of ETS may act as a principal or agent in your transaction(s)

**Applicable Rules and Regulations.** All transactions in your account shall be subject to the
constitution  rules  regulations  customs  and usages of the exchange or market  and its
clearing house  where the transactions are executed by ETS or its agents  including ETS
affiliates  Also  where applicable  the transactions shall be subject to the provisions of the
Securities Act of 1933  as amended  the Securities Exchange Act of 1934  as amended  and
the rules and regulations of the Securities and Exchange Commission ( SEC )  the Board of
Governors of the Federal Reserve System  and any applicable self regulatory organization
For information about FINRA s BrokerCheck Program  including an investor brochure  please
contact FINRA at 800-289-9999 or www finra org

Securities held on your behalf at ETS or a central clearing facility but not registered in your
name are commingled with identical securities held for other customers  In the event that
securities so held are called by the issuer  the securities to be called will be determined by
an impartial and random selection system  If your security is selected  it will be presented for
redemption  and your account credited with the proceeds  You have the right to withdraw
uncalled  fully paid securities at any time prior to a partial call and also to withdraw excess
margin securities not subject to restriction

The responsibility to cancel an existing open order rests with you  Any transaction that results
from the execution of any orders that you have not instructed us to cancel  prior to execution
will be recorded in your account  Market orders are subject to immediate execution and are
difficult to cancel

If required payment or delivery of securities is not made by the settlement date  ETS may  at its
option and without further notice  charge interest on the amount shown on the face hereof
or cancel  sell out  or buy in the subject securities and charge your account for any
expenses  losses  or other costs incurred

Investments in securities are not guaranteed by ETS  are not insured by the FDIC  and will
fluctuate with changes in market conditions  When selling a security  you may receive more or
less than your original investment

The principal amount or commission described on the face hereof may include an Additional
Fee  for special services rendered  Other charges may include commissions paid to affiliates
of ETS  local taxes  transaction fees and exchange fees  among others  For customers who
choose to convert from the currency in which the security or payment thereon is
denominated  the amounts provided with respect to principal interest  dividend and/or yield
is subject to fluctuation or applicable foreign currency exchange rates and costs including a
markup charged by ETS  Further details are available upon written request  The name of the
party with whom this transaction was made and time of execution of the transaction will be
furnished upon written request

Securities purchased by you or held by ETS may be hypothecated and/or commingled
with securities carried for other customers

Call features for bonds may exist and such bonds can be redeemed in whole or in part
before maturity and could affect the yield  complete information will be provided upon
request  With respect to a zero coupon issue you will not receive periodic payments  and the
securities may be callable at a price below maturity value  Furthermore  a zero coupon issue
that is callable and in bearer form may be called without notice by mail to you unless the issue is
registered

For an asset backed security (e g  GMO  FNMA  FHLMC or GNMA)  the actual yield may
vary  according to the rate  at which the underlying assets or receivables are prepaid
Information concerning factors that affect yield  including estimated yield  weighted average
life  and prepayment assumptions  are available upon request

The ratings that appear in the description of some fixed-income securities have been obtained
from rating services that we believe to be reliable  however  we cannot guarantee their
accuracy  Securities for which a rating is not available will be marked  Not Rated  A withdrawn
rating "WR" signifies the removal of a rating under an obligation or issuer  Confirmations relating
to fixed income transactions may reflect a mark up or mark down  both as a dollar and
percentage value  The mark up or mark down dollar value is calculated as the execution price
less the prevailing market price (PMP) multiplied by the quantity  The mark up or mark down
percentage value is calculated as the mark up or mark down dollar value divided by the PMP
Trades with a mark up or mark down value of  N/A  indicate a negative mark up (i e  the side
of the security was at a price lower than the PMP)

Final prospectus and/or offering documentation is available upon request  in connection with
your purchase of a security where the issuer is deemed to control  be controlled by  or under
common control with ETS (i e  affiliated securities)

Additional Fees may include a broker assist fee  an order handling fee  and/or market
center charges  ETS will charge a fee if you request to have certificates issued in your name
and mailed to you

**ALEXANDER YON**
**1462 DESOTO RD**
**BALTIMORE MD  21230-1202**

**Payment for Order Flow Disclosure**
The SEC (as well as FINRA) requires that all broker dealers inform their customers when a
new account is opened  and on an annual basis thereafter of payment for order flow
practices  (compensation  received  for  placing  orders  through  specialists  on  national
securities  exchanges  over-the-counter  market  makers  alternative  trading  systems  and
ECN s  (collectively  market  centers ))  Consistent  with  the  overriding  principle  of  best
execution  ETS routes orders to various market makers  including its affiliate Morgan Stanley
& Co LLC  ETS receives remuneration (generally in the form of per share cash payments or
through  profit  sharing  arrangements)  for  routing  orders  in  securities  to  particular  market
centers for execution  Such remuneration  is considered  compensation to  ETS  and the
source and amount of any compensation received in connection with your transaction will
be disclosed to you upon written request  ETS  absent instructions from you to the contrary
takes  a number of  factors  into consideration in  determining  where to  route customers
orders  including  the  speed of  execution  price improvement  opportunities  (executions at
prices superior to the then prevailing inside market)  automatic execution guarantees  the
availability of efficient and reliable order handling systems  the level of service provided  the
cost of executing orders  whether it will  receive  cash or non-cash payments for routing
order flow  and reciprocal business  arrangements

Trades executed as  AVG PRICE SHOWN  DETAILS ON REQ  are executed through an average
price account  The price shown may represent an average of multiple executions or may represent a
single execution at the price indicated  Details regarding trades done in an average price account are
available upon request

**Structured Products**
Structured Products are complex products and may be subject to special risks  Investors should
consider the concentration risk of owning the related security and their total exposure to any
underlying asset

Rev 04/21  S1297834


from Morgan Stanley

Page 1 of 2

### E✱TRADE Securities

Investment Account

# TRADE CONFIRMATION

**Account Number  XXXX 6829**

E✱TRADE Securities LLC
P O Box 484
Jersey City  NJ  07303 0484

**Account Name**
ALEXANDER YON

| Customer Update |
|---|
| Visit the E✱TRADE Tax Center to access tax forms (when available)  plus tips and tools to help with your tax preparation  Bookmark etrade com/tax today |

| TRADE DATE | SETL DATE | MKT / CPT | SYMBOL / CUSIP | BUY / SELL | QUANTITY | PRICE | ACCT TYPE | | |
|---|---|---|---|---|---|---|---|---|---|
| 02/22/22 | 02/24/22 | 6 1 | MMAT | BUY | 90 | $1 6069 | Cash | PRINCIPAL | $144 62 |
| META MATLS INC COMMON STOCK | | | | | | | | NET AMOUNT | $144 62 |
| 02/22/22 | 02/24/22 | 6 1 | MMAT | BUY | 100 | $1 6484 | Cash | PRINCIPAL | $164 84 |
| META MATLS INC COMMON STOCK | | | | | | | | NET AMOUNT | $164 84 |
| 02/22/22 | 02/24/22 | 6 1 | MMAT | BUY | 1 000 | $1 695 | Cash | PRINCIPAL | $1 695 00 |
| META MATLS INC COMMON STOCK | | | | | | | | NET AMOUNT | $1 695 00 |
| 02/22/22 | 02/24/22 | 6 1 | NVDA | BUY | 4 | $231 7985 | Cash | PRINCIPAL | $927 19 |
| NVIDIA CORP | | | | | | | | NET AMOUNT | $927 19 |
| 02/22/22 | 02/24/22 | 6 1 | TSLA | BUY | 1 | $803 5818 | Cash | PRINCIPAL | $803 58 |
| TESLA INC COMMON STOCK | | | | | | | | NET AMOUNT | $803 58 |
| 02/22/22 | 02/24/22 | 6 1 | TSLA | BUY | 2 | $832 9662 | Cash | PRINCIPAL | $1 665 93 |
| TESLA INC COMMON STOCK | | | | | | | | NET AMOUNT | $1 665 93 |
| 02/22/22 | 02/24/22 | 6 1 | BBIG | BUY | 200 | $2 9891 | Cash | PRINCIPAL | $597 82 |
| VINCO VENTURES INC COMMON STOCK | | | | | | | | NET AMOUNT | $597 82 |

▲  DETACH HERE

ALEXANDER YON
1462 DESOTO RD
BALTIMORE MD  21230 1202

DETACH HERE  ▲

**Use This Deposit Slip   Acct  XXXX-6829**

Please do not send cash

| | Dollars | Cents |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |

Make checks payable to E✱TRADE Securities LLC
Mail deposits to

**TOTAL DEPOSIT**

E✱TRADE Securities LLC
P O Box 484
Jersey City  NJ  07303 0484

022220220001  �616050856�6293


from Morgan Stanley

Type of Transaction

(Market)
1 NYSE
2 NYSE American
3 Other US Registered Exchanges
4 Mutual Funds
5 CBOE
6 Over the Counter
7 Underwriting
8 Foreign Exchange or Other

(Capacity in which your broker is acting)
1 2 3 4 5 8 As agent
6 As agent for both buyer and seller  The commission charged to the party on the other side of the transaction will be furnished upon request
7 As principal
9 As agent and as principal

If the symbol ( ) appears in the security description on the face hereof the offering of the described security has been made solely by means of the prospectus relating thereto  a copy of which has been or will be delivered to you  the receipt of which is acknowledged by payment hereof

If the symbol (F) appears in the security description  it indicates that the security is  Foreign and may be subject to interest equalisation tax

If the symbol (T) appears in the security description  an officer or employee of ETS is a director of the issuer of the securities involved in this transaction  A control relationship may therefore exist between the issuer and ETS

Please retain this confirmation for income tax purposes  Federal regulations require brokers to report proceeds from all transactions to the Internal Revenue Service

## Terms and Conditions

Please refer to the E*TRADE Customer Agreement for a complete discussion of the terms and conditions governing your account  If you have questions regarding the E*TRADE Customer Agreement or your account  please email us through etrade.com or call 800-387-2331  THE INFORMATION CONTAINED IN THIS CONFIRMATION SHALL BE BINDING UPON YOU IF YOU DO NOT OBJECT IN WRITING WITHIN TWO (2) DAYS AFTER THE CONFIRMATION IS FIRST RECEIVED BY YOU  Securities products and services are offered by E*TRADE Securities LLC ( ETS )  Member SIPC and a business of Morgan Stanley  Your account is carried by ETS which maintains your funds and securities deposited with ETS  An affiliate of ETS may act as a principal or agent in your transaction(s)

Applicable Rules and Regulations. All transactions in your account shall be subject to the constitution  rules  regulations  customs  and usages of the exchange or market  and its clearing house  where the transactions are executed by ETS or its agents  including ETS affiliates  Also  where applicable  the transactions shall be subject to the provisions of the Securities Act of 1933 as amended  the Securities Exchange Act of 1934 as amended  and the rules and regulations of the Securities and Exchange Commission ( SEC )  the Board of Governors of the Federal Reserve System  and any applicable self regulatory organization  For information about FINRA's BrokerCheck Program  including an investor brochure please contact FINRA at 800-289-9999 or www.finra.org

Securities held on your behalf at ETS or a central clearing facility but not registered in your name are commingled with identical securities held for other customers  In the event that securities so held are called by the issuer  the securities to be called will be determined by an impartial and random selection system  If your security is selected  it will be presented for redemption and your account credited with the proceeds  You have the right to withdraw uncalled fully paid securities at any time prior to a partial call and also to withdraw excess margin securities not subject to restriction

The responsibility to cancel an existing open order rests with you  Any transaction that results from the execution of any orders that you have not instructed us to cancel  prior to execution  will be recorded in your account  Market orders are subject to immediate execution and are difficult to cancel

If required payment or delivery of securities is not made by the settlement date  ETS may  at its option and without further notice  charge interest on the amount shown on the face hereof  or cancel  sell out  or buy in the subject securities and charge  your account for any expenses  losses  or other costs incurred

Investments in securities are not guaranteed by ETS  are not insured by the FDIC  and will fluctuate with changes in market conditions  When selling a security  you may receive more or less than your original investment

The principal amount or commission described on the face hereof may include an Additional Fee  for special services rendered  Other charges may include commissions paid to affiliates of ETS  local taxes  transaction fees and exchange fees  among others  For customers who choose to convert from the currency in which the security or payment thereon  is denominated  the amounts provided with respect to principal interest and/or dividend and/or yield is subject to fluctuation or applicable foreign currency exchange rates and costs including a markup charged by ETS  Further details are available upon written request  The name of the party with whom this transaction was made and time of execution of the transaction will be furnished upon written request

Securities purchased by you or held by ETS may be hypothecated and/or commingled with securities carried for other customers

Call features for bonds may exist and such bonds can be redeemed in whole or in part before maturity and could affect the yield  complete information will be provided upon request  With respect to a zero coupon issue you will not receive periodic payments and the securities may be callable at a price below maturity value  Furthermore  a zero coupon issue that is callable and in bearer form may be called without notice by mail to you unless the issue is registered

For an asset backed security (e.g  GMO  FNMA  FHLMC  or GMNA) the actual yield may vary  according to the rate at which the underlying assets or receivables are prepaid  Information concerning factors that affect yield  including estimated yield  weighted average life  and prepayment assumptions  are available upon request

The ratings that appear in the description of some fixed-income securities have been obtained from rating services that we believe to be reliable  however  we cannot guarantee their accuracy  Securities for which a rating is not available will be marked  Not Rated  A withdrawn rating 'WR' signifies the removal of a rating on either an obligation or issuer  Confirmations related to fixed income transactions may reflect a mark up or mark-down  both as a dollar and percentage value  The mark up or mark down dollar value is calculated as the execution price less the prevailing market price (PMP) multiplied by the quantity  The mark up or mark down percentage value is calculated as the mark up or mark-down dollar value divided by the PMP  Trades with a mark up or mark down value of 'N/A  indicate a negative mark up (i e  the sale of the security was at a price lower than the PMP)

Final prospectus and/or offering documentation is available upon request in connection with your purchase of a security where the issuer is deemed to control  be controlled by  or under common control with ETS (i e  affiliated securities)

Additional Fees may include a broker asset fee  an order handling fee and/or market center charges  ETS will charge a fee if you request to have certificates issued in your name and  mailed to you

**ALEXANDER YON**
**1462 DESOTO RD**
**BALTIMORE MD  21230-1202**

### Payment for Order Flow Disclosure
The SEC (as well as FINRA) requires that all broker dealers inform their customers when a new account is opened  and on an annual basis  thereafter  of payment for order  flow practices (compensation  received  for  placing  orders  through  specialists  on  national securities  exchanges  over-the-counter  market  makers  alternative  trading  systems  and ECN s  (collectively  'market  centers'))  Consistent  with  the  overriding  principle  of  best execution  ETS routes orders to various market makers  including its affiliate Morgan Stanley & Co  LLC  ETS receives remuneration (generally in the form of per share cash payments or through  profit sharing  arrangements) for routing orders in securities to particular  market centers for execution  Such remuneration is  considered  compensation to  ETS  and the source and amount of any compensation received in connection with your transaction will be disclosed to you upon written request  ETS  absent instructions from you to the contrary  takes  a  number  of  factors  into  consideration  in  determining  where  to  route  customers  orders  including  the  speed of execution  price improvement opportunities (executions at prices superior to the then prevailing inside market)  automatic execution guarantees  the availability of efficient and reliable order handling systems  the level of service provided  the cost of executing orders  whether it will receive cash or non-cash payments for routing order flow  and reciprocal business  arrangements

Trades noted as  AVG PRICE SHOWN-DETAILS ON REQ  are executed through an average price account  The price shown may represent an average of multiple executions or may represent a single execution at the price indicated  Details regarding trades done in an average price account are available upon request

Structured Products
Structured Products are complex products and may be subject to special risks  Investors should consider the concentration risk of owning the related security and their total exposure to any underlying asset

Rev /04/21  S1237B04

# E✱TRADE
from Morgan Stanley

**E✱TRADE Securities**

Investment Account

# TRADE CONFIRMATION

**Account Number  XXXX 6829**

E✱TRADE Securities LLC
P O Box 484
Jersey City  NJ  07303 0484

**Account Name**
ALEXANDER YON

**Customer Update**
Visit the E✱TRADE Tax Center to access tax forms (when available)  plus tips and tools to help with your tax preparation  Bookmark etrade com/tax today

| TRADE DATE | SETL DATE | MKT/ CPT | SYMBOL/ CUSIP | BUY/ SELL | QUANTITY | PRICE | ACCT TYPE | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 02/23/22 | 02/25/22 | 6 1 | MMAT | BUY | 4 | $1 61 | Cash | PRINCIPAL | | $6 44 |
| **META MATLS INC COMMON STOCK** | | | | | | | | NET AMOUNT | | **$6 44** |
| 02/23/22 | 02/25/22 | 6 1 | MMAT | BUY | 25 | $1 5889 | Cash | PRINCIPAL | | $39 72 |
| **META MATLS INC COMMON STOCK** | | | | | | | | NET AMOUNT | | **$39 72** |
| 02/23/22 | 02/25/22 | 6 1 | PHUN | SELL | 2 | $2 9814 | Cash | PRINCIPAL | | $5 96 |
| | | | | | | | | FEE | | $0 01 |
| **PHUNWARE INC COMMON STOCK** | | | | | | | | NET AMOUNT | | **$5 95** |
| 02/23/22 | 02/25/22 | 6 1 | TSLA | BUY | 1 | $761 07 | Cash | PRINCIPAL | | $761 07 |
| **TESLA INC COMMON STOCK** | | | | | | | | NET AMOUNT | | **$761 07** |

▲  DETACH HERE

ALEXANDER YON
1462 DESOTO RD
BALTIMORE MD  21230 1202

DETACH HERE  ▲

**Use This Deposit Slip    Acct  XXXX-6829**

Please do not send cash

| | Dollars | Cents |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| **TOTAL DEPOSIT** | | |

Make checks payable to E✱TRADE Securities LLC
Mail deposits to

E✱TRADE Securities LLC
P O Box 484
Jersey City  NJ  07303 0484

022320220001  900508568293



E☆TRADE
from Morgan Stanley

**Type of Transaction**
(Market)
1 NYSE
2 NYSE American
3 Other US Registered Exchanges
4 Mutual Funds
5 CBOE
6 Over the Counter
7 Underwriting
8 Foreign Exchange or Other

(Capacity in which your broker is acting)
1 2 3 4 5 8 As agent
6 As agent for both buyer and seller  The commission charged to the party on the other side of the transaction will be furnished upon request
7 As principal
9 As agent and as principal

If the symbol (·) appears in the security description on the face hereof  the offering of the described security has been made solely by means of the prospectus relating thereto  a copy of which has been or will be delivered to you  the receipt of which is acknowledged by payment hereof

If the symbol (F) appears in the security description  it indicates that the security is  Foreign and may be subject to interest equalization tax

If the symbol (T) appears in the security description  an officer or employee of ETS is a director of the issuer of the securities involved in this transaction  A control relationship may therefore exist between the issuer and ETS

Please retain this confirmation for income tax purposes  Federal regulations require brokers to report proceeds from all transactions to the Internal Revenue Service

## Terms and Conditions

Please refer to the E*TRADE Customer Agreement for a complete discussion of the terms and conditions governing your account  If you have questions regarding the E*TRADE Customer Agreement or your account  please email us through etrade com or call 800-387-2331  THE INFORMATION CONTAINED IN THIS CONFIRMATION SHALL BE BINDING UPON YOU IF YOU  DO NOT OBJECT IN WRITING WITHIN TWO (2) DAYS AFTER THE CONFIRMATION IS FIRST RECEIVED BY YOU  Securities products and services are offered by E*TRADE  Securities LLC  ( ETS )  Member SIPC and a business of Morgan Stanley  Your account is carried by ETS  which maintains your funds and securities deposited with ETS  An affiliate of ETS may act as a principal or agent in your transaction(s)

Applicable Rules and Regulations. All transactions in your account shall be subject to the constitution  rules  regulations  customs  and usages of the exchange or market  and its clearing house  where the transactions are executed by ETS or its agents  including ETS affiliates  Also  where applicable  the transactions shall be subject to the provisions of the Securities Act of 1933  as amended  the Securities Exchange Act of 1934  as amended  and the rules and regulations of the Securities and Exchange Commission ( SEC )  the Board of Governors of the Federal Reserve System  and any applicable self regulatory organization  For information about FINRA s BrokerCheck Program  including an investor brochure  please contact FINRA at 800-289-9999 or www finra org

Securities held on your behalf at ETS or a central clearing facility but not registered in your name are commingled with identical securities held for other customers  In the event that securities so held are called by the issuer  the securities to be called will be determined by an impartial and random selection system  If your security is selected  it will be presented for redemption  and your account credited with the proceeds  You have the right to withdraw uncalled  fully paid securities at any time prior to a partial call and also to withdraw excess margin securities not subject to restriction

The responsibility to cancel an existing open order rests with you  Any transaction that results from the execution of any orders that you have not instructed us to cancel  prior to execution  will be recorded in your account  Market orders are subject to immediate execution and are difficult to cancel

If required payment or delivery of securities is not made by the settlement date  ETS may  at its option  and without further  notice  charge interest on the amount shown on the face hereof  or cancel  sell out  or buy in  the subject securities  and charge your account for any expenses losses or other costs incurred

Investments in securities are not guaranteed by ETS  are not insured by the FDIC  and will fluctuate with changes in market conditions  When selling a security you may receive more or less than your original investment

The principal amount or commission described on the face hereof may include an Additional Fee  for special services  Other charges may include commissions paid to affiliates of ETS  local taxes  transaction fees  and exchange fees  among others  For customers who choose to convert from the currency in which the security or payment thereon is denominated  the amounts provided with respect to principal  interest  dividend and/or yield is subject to fluctuation or applicable foreign currency exchange rates and costs  including a markup charged by ETS  Further details are available upon written request  The name of the party with whom this transaction was made and time of execution of the transaction will be furnished upon written request

Securities purchased by you or held by ETS may be hypothecated and/or commingled with securities carried for other customers

Call features for bonds may exist and such bonds can be redeemed in whole or in part before  maturity and could  affect the  yield  complete information will be  provided upon request  With respect to a zero coupon issue you will not receive periodic payments and the securities may be callable at a price below maturity value  Furthermore  a zero coupon issue that is callable and in bearer form may be called without notice by mail to you unless the issue is registered

For an asset backed security (e g  GMO  FNMA  FHLMC  or GNMA) the actual yield may vary  according to  the  rate  at  which  the underlying assets or receivables are prepaid  Information concerning factors that affect yield  including estimated yield  weighted average life  and prepayment assumptions  are available upon request

The ratings that appear in the description of some fixed-income securities have been obtained from rating services that we believe to be reliable  however  we cannot guarantee their accuracy  Securities for which a rating is not available will be marked  Not Rated  A withdrawn rating "WR  signifies the removal of a rating on either an obligation or issuer  Confirmations related to fixed income transactions may reflect a mark up or mark-down  both as a dollar and percentage value  The mark up or mark down dollar value is calculated as the execution price less the prevailing market price (PMP) multiplied by the quantity  The mark up or mark down percentage value is calculated as the mark up or mark down dollar value divided by the PMP  Trades with a mark up or mark down value of  N/A  indicate a negative mark up (i e  the sale of the security was at a price lower than the PMP)

Final prospectus and/or offering documentation is available upon request in connection with your purchase of a security where the issuer is deemed to control  be controlled by  or under common control with ETS (i e  affiliated securities)

Additional Fees may include a broker asset fee  an order handling fee and/or market center charges  ETS will charge a fee if you request to have certificates issued in your name and mailed to you

**ALEXANDER YON**
**1462 DESOTO RD**
**BALTIMORE MD  21230-1202**

## Payment for Order Flow Disclosure

The SEC (as well as FINRA) requires that all broker dealers inform their customers when a new account is opened  and on an annual basis thereafter of payment for order flow practices (compensation received for placing orders through specialists on national securities exchanges  over-the-counter market makers  alternative trading systems  and ECN s  (collectively  market centers ))  Consistent with the overriding principle of best execution  ETS routes orders to various market makers  including its affiliate Morgan Stanley & Co LLC  ETS receives remuneration (generally in the form of per share cash payments or through  profit sharing  arrangements) for routing orders in securities to particular market centers for execution  Such remuneration is  considered  compensation to ETS  and the source and  amount of any compensation received in connection with your transaction will be disclosed to you upon written request  ETS absent instructions from you to the contrary  takes a number of factors into consideration in  determining  where to route customers  orders  including  the  speed of execution  price improvement opportunities (executions at  price superior to the then prevailing inside market)  automatic execution guarantees  the availability of efficient and reliable order handling systems  the level of service provided  the cost of executing orders  whether it will receive cash or non-cash payments for routing order flow  and reciprocal business  arrangements

Trades noted as  AVG PRICE SHOWN-DETAILS ON REQ  are executed through an average price account  The price shown may represent an average of multiple executions or may represent a single execution at the price indicated  Details regarding trades done in an average price account are available upon request

## Structured Products

Structured Products are complex products and may be subject to special risks  Investors should consider the concentration risk of owning the related security and their total exposure to the underlying asset

Rev  04/21  512  7804

# E✴TRADE
from Morgan Stanley

**E✴TRADE Securities**

Investment Account

## TRADE CONFIRMATION

**Account Number  XXXX 6829**

**Account Name**
ALEXANDER YON

E✴TRADE Securities LLC
P O Box 484
Jersey City  NJ  07303 0484

**Customer Update**
Visit the E*TRADE Tax Center to access tax forms (when available)  plus tips and tools to
help with your tax preparation  Bookmark etrade com/tax today

| TRADE DATE | SETL DATE | MKT / CPT | SYMBOL / CUSIP | BUY / SELL | QUANTITY | PRICE | ACCT TYPE | | |
|---|---|---|---|---|---|---|---|---|---|
| 02/28/22 | 03/02/22 | 6 1 | MMAT | BUY | 240 | $2 0386 | Cash | PRINCIPAL | $489 26 |
| **META MATLS INC COMMON STOCK** | | | | | | | | NET AMOUNT | $489 26 |
| 02/28/22 | 03/02/22 | 6 1 | BBIG | BUY | 600 | $2 5093 | Cash | PRINCIPAL | $1 505 58 |
| **VINCO VENTURES INC COMMON STOCK** | | | | | | | | NET AMOUNT | $1 505 58 |

▲ ▼ DETACH HERE

ALEXANDER YON
1462 DESOTO RD
BALTIMORE MD  21230 1202

DETACH HERE  ▲

**Use This Deposit Slip**  **Acct  XXXX-6829**

**Please do not send cash**

| | Dollars | Cents |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **TOTAL DEPOSIT** | | |

Make checks payable to E*TRADE Securities LLC
Mail deposits to

E✴TRADE Securities LLC
P O Box 484
Jersey City  NJ  07303 0484

022820220001  900508568293



**E✲TRADE**
from Morgan Stanley

Type of Transaction
(Market)
1 NYSE
2 NYSE American
3 Other US Registered Exchanges
4 Mutual Funds

5 CBOE
6 Over the Counter
7 Underwriting
8 Foreign Exchange or Other

(Capacity in which your broker is acting)
1 2 3 4 5 8 As agent
6 As agent for both buyer and seller. The commission charged to the party on the other side of the transaction will be furnished upon request
7 As principal
9 As agent and as principal

If the symbol ( ) appears in the security description on the face hereof the offering of the described security has been made solely by means of the prospectus relating thereto a copy of which has been or will be delivered to you the receipt of which is acknowledged by payment hereof
If the symbol (P) appears in the security description it indicates that the security is Foreign and may be subject to interest equalization tax
If the symbol (T) appears in the security description an officer or employee of ETS is a director of the issuer of the securities involved in this transaction A control relationship may therefore exist between the issuer and ETS

Please retain this confirmation for income tax purposes Federal regulations require brokers to report proceeds from all transactions to the Internal Revenue Service

## Terms and Conditions

Please refer to the E*TRADE Customer Agreement for a complete discussion of the terms and conditions governing your account. If you have questions regarding the E*TRADE Customer Agreement or your account please email us through etrade.com or call 800-387 2331. THE INFORMATION CONTAINED IN THIS CONFIRMATION SHALL BE BINDING UPON YOU IF YOU DO NOT OBJECT IN WRITING WITHIN TWO (2) DAYS AFTER THE CONFIRMATION IS FIRST RECEIVED BY YOU. Securities products and services are offered by E*TRADE Securities LLC ("ETS"). Member SIPC and a business of Morgan Stanley. Your account is carried by ETS which maintains your funds and securities deposited with ETS. An affiliate of ETS may act as a principal or agent in your transaction(s)

Applicable Rules and Regulations. All transactions in your account shall be subject to the constitution rules regulations customs and usages of the exchange or market and its clearing house where the transactions are executed by ETS or its agents including ETS affiliates. Also where applicable the transactions shall be subject to the provisions of the Securities Act of 1933 as amended the Securities Exchange Act of 1934 as amended and the rules and regulations of the Securities and Exchange Commission ("SEC") the Board of Governors of the Federal Reserve System and any applicable self regulatory organization. For information about FINRA's BrokerCheck Program including an investor brochure please contact FINRA at 800 289-9999 or www.finra.org

**ALEXANDER YON
1462 DESOTO RD
BALTIMORE MD 21230-1202**

Securities held on your behalf at ETS or a central clearing facility but not registered in your name are commingled with identical securities held for other customers. In the event that securities so held are called by the issuer the securities to be called will be determined by an impartial and random selection system. If your security is selected it will be presented for redemption and your account credited with the proceeds. You have the right to withdraw uncalled fully paid securities at any time prior to a partial call and also to withdraw excess margin securities not subject to restriction

The responsibility to cancel an existing open order rests with you. Any transaction that results from the execution of any orders that you have not instructed us to cancel prior to execution will be recorded in your account. Market orders are subject to immediate execution and are difficult to cancel

If required payment or delivery of securities is not made by the settlement date ETS may at its option and without further notice charge interest on the amount shown on the face hereof or cancel sell out or buy in the subject securities and charge your account for any expenses losses or other costs incurred

Investments in securities are not guaranteed by ETS are not insured by the FDIC and will fluctuate with changes in market conditions. When selling a security you may receive more or less than your original investment

The principal amount or commission described on the face hereof may include an Additional Fee for special services rendered. Other charges may include commissions paid to affiliates of ETS local taxes, transaction fees and exchange fees among others. For customers who choose to convert from the currency in which the security or payment thereon is denominated the amounts provided with respect to principal interest dividend and/or yield is subject to fluctuation or applicable foreign currency exchange rates and costs including a markup charged by ETS. Further details are available upon written request. The name of the party with whom this transaction was made and time of execution of the transaction will be furnished upon request

Securities purchased by you or held by ETS may be hypothecated and/or commingled with securities carried for other customers

Call features for bonds may exist and such bonds can be redeemed in whole or in part before maturity and could affect the yield complete information will be provided upon request. With respect to a zero coupon issue you will not receive periodic payments and the securities may be callable at a price below maturity value. Furthermore a zero coupon issue that is callable and in bearer form may be called without notice by mail to you unless the issue is registered

For an asset backed security (e.g. GMO FNMA FHLMC or GMNA) the actual yield may vary according to the rate at which the underlying assets or receivables are prepaid. Information concerning factors that affect yield including estimated yield weighted average life and prepayment assumptions are available upon request

The ratings that appear in the description of some fixed-income securities have been obtained from rating services that we believe to be reliable however we cannot guarantee their accuracy. Securities for which a rating is not available will be marked Not Rated. A withdrawn rating "WR" signifies the removal of a rating on either an obligation or issuer. Confirmations related to fixed income transactions may reflect a mark up or mark down both as a dollar and percentage value. The mark up or mark down dollar value is calculated as the execution price less the prevailing market price (PMP) multiplied by the quantity. The mark up or mark down percentage value is calculated as the mark up or mark down dollar value divided by the PMP. Trades with a mark up or mark down value of "N/A" indicate a negative mark up (i.e the sale of the security was at a price lower than the PMP)

Final prospectus and/or offering documentation is available upon request in connection with your purchase of a security where the issuer is deemed to control be controlled by or under common control with ETS (i.e affiliated securities)

Additional Fees may include a broker assist fee an order handling fee and/or market center charges. ETS will charge a fee if you request to have certificates issued in your name and mailed to you

## Payment for Order Flow Disclosure

The SEC (as well as FINRA) requires that all broker dealers inform their customers when a new account is opened and on an annual basis thereafter of payment for order flow practices (compensation received for placing orders through specialists on national securities exchanges over-the-counter market makers alternative trading systems and ECN's (collectively market centers )) Consistent with the overriding principle of best execution ETS routes orders to various market makers including its affiliate Morgan Stanley & Co LLC ETS receives remuneration (generally in the form of per share cash payments or through profit sharing arrangements) for routing orders in securities to particular market centers for execution. Such remuneration is considered compensation to ETS and the source and amount of any compensation received in connection with your transaction will be disclosed to you upon written request. ETS absent instructions from you to the contrary takes a number of factors into consideration in determining where to route customers orders including the speed of execution price improvement opportunities (executions at prices superior to the then prevailing inside market) automatic execution guarantees the availability of efficient and reliable order handling systems the level of service provided the cost of executing orders whether it will receive cash or non cash payments for routing order flow and reciprocal business arrangements

Trades noted as AVG PRICE SHOWN-DETAILS ON REQ are executed through an average price account. The price shown may represent an average of multiple executions or may represent a single execution at the price indicated. Details regarding trades done in an average price account are available upon request

### Structured Products
Structured Products are complex products and may be subject to special risks. Investors should consider the concentration risk of owning the related security and their total exposure to any underlying asset

Rev 04/21 S1237804

# E✳TRADE
from Morgan Stanley

## E✳TRADE Securities

Investment Account

# TRADE CONFIRMATION

**Account Number** XXXX 6829

**Account Name**
ALEXANDER YON

E✳TRADE Securities LLC
P O Box 484
Jersey City  NJ  07303 0484

**Customer Update**
All your tax info in one place  Forms 1099 for 2021  FAQs  key deadlines  cost basis info
and more  find them all in our Tax Center at etrade com/tax

| TRADE DATE | SETL DATE | MKT / CPT | SYMBOL / CUSIP | BUY / SELL | QUANTITY | PRICE | ACCT TYPE | | |
|---|---|---|---|---|---|---|---|---|---|
| 03/01/22 | 03/03/22 | 6 1 | MMAT | BUY | 2 | $2 0787 | Cash | PRINCIPAL | $4 16 |
| META MATLS INC COMMON STOCK | | | | | | | | NET AMOUNT | $4 16 |

▲ DETACH HERE
ALEXANDER YON
1462 DESOTO RD
BALTIMORE MD  21230 1202

DETACH HERE ▲

**Use This Deposit  Slip**    **Acct  XXXX-6829**

**Please do not send cash**

| | Dollars | Cents |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| **TOTAL DEPOSIT** | | |

Make checks payable to E✳TRADE Securities LLC
Mail deposits to

E✳TRADE Securities LLC
P O  Box 484
Jersey City  NJ  07303 0484

030120220001  900508568293



**E✳TRADE**
from Morgan Stanley

Type of Transaction
(Market)
1 NYSE                                      5 CBOE
2 NYSE American                             6 Over-the-Counter
3 Other US Registered Exchanges             7 Underwriting
4 Mutual Funds                              9 Foreign Exchange or Other

(Capacity in which your broker is acting)
1,2,3,4,5,8 As agent
6 As agent for both buyer and seller  The commission charged to the party on the other side of the
    transaction will be furnished upon request
7 As principal
9 As agent and as principal

If the symbol ( ) appears in the security description on the face hereof  the offering of the
described security has been made solely by means of the prospectus relating thereto  a copy
of which  has been or will be delivered to you  the receipt of which is acknowledged by payment
hereof
If the symbol (F) appears in the security description  it indicates that the security is  Foreign
and may be subject to interest equalisation tax
If the symbol (T) appears in the security description  an officer or employee of ETS is a director
of the issuer  of the securities involved in this transaction  A control relationship may therefore
exist between the issuer and ETS

Please retain this confirmation for income tax purposes  Federal regulations require brokers
to report proceeds from all transactions to the Internal Revenue Service

**ALEXANDER YON**
**1462 DESOTO RD**
**BALTIMORE MD  21230-1202**

**Terms and Conditions**

Please refer to the E✳TRADE Customer Agreement for a complete discussion of the terms
and conditions  governing  your account  If you  have questions  regarding  the E✳TRADE
Customer Agreement or your account  please email us through etrade com or call 800-387
2331  THE INFORMATION  CONTAINED  IN THIS  CONFIRMATION  SHALL BE BINDING
UPON YOU IF YOU  DO NOT OBJECT  IN WRITING WITHIN  TWO (2) DAYS AFTER  THIS
CONFIRMATION IS FIRST RECEIVED BY YOU  Securities products and services  are offered
by  E✳TRADE  Securities LLC  ( ETS")  Member SIPC  and a business of Morgan Stanley
Your account is carried by ETS  which maintains your funds and securities deposited with
ETS  An affiliate of ETS may act as a principal or agent in your transaction(s)

Applicable Rules and Regulations. All transactions in your account shall be subject to the
constitution  rules  regulations  customs, and usages of the exchange or market  and its
clearing house  where the transactions are executed by ETS or its agents  including ETS
affiliates  Also  where applicable  the transactions shall be subject to the provisions of the
Securities Act of 1933  as amended  the Securities Exchange Act of 1934  as amended  and
the rules and regulations of the Securities and Exchange Commission ( SEC )  the Board of
Governors of the Federal Reserve System  and any applicable  self regulatory organization
For information about FINRA s BrokerCheck Program  including  an investor brochure  please
contact FINRA at 800-289-9999 or www finra org

Securities held on your behalf at ETS or a central clearing facility but not registered in your
name  are commingled with identical securities held for  other customers  In the event that
securities so held are called by the issuer  the securities to be called will be determined by
an impartial and random selection system  If your security is selected  it will be presented for
redemption and your account credited with the proceeds  You have the right to withdraw
uncalled  fully paid securities at any time prior to a partial call  and also to withdraw  excess
margin securities not subject to restriction

The responsibility to cancel an existing open order rests with you  Any transaction that results
from the execution of any orders that you have not instructed us to cancel  prior to execution
will be recorded in your account  Market orders are subject to  immediate execution and are
difficult to cancel

If required payment or delivery of securities is not made by the settlement date  ETS may  at its
option and without  further  notice  charge interest on the amount shown on the face hereof
or cancel  sell out  or buy  in  the  subject securities  and charge  your account for any
expenses  losses  or other costs incurred

Investments in securities are not guaranteed by ETS  are not insured by the FDIC  and will
fluctuate with changes in market conditions  When selling a security  you may receive more or
less than your original investment

The principal amount or commission described on the face hereof may include an Additional
Fee  for  special services rendered  Other charges may include commissions paid to affiliates
of ETS  local taxes, transaction fees  and exchange fees  among others  For customers who
choose to  convert  from the currency  in  which the  security  or  payment  thereon  is
denominated  the amounts provided with respect to principal  interest  dividend  and/or yield
is subject to fluctuation or applicable foreign currency exchange rates and costs including a
markup charged by ETS  Further details are available upon written request  The name of the
party with whom this transaction was made and time of execution of the transaction will be
furnished upon written request

Securities purchased by you  or held by ETS may be hypothecated and/or commingled
with securities carried for other customers

Call features  for bonds may exist and such bonds can be redeemed in whole or in part
before  maturity and  could  affect  the  yield  complete information will be  provided upon
request  With respect to a zero coupon issue you will not receive periodic payments  and the
securities may be callable at a price below maturity value  Furthermore  a zero coupon issue
that is callable and in bearer form may be called without notice by mail to you unless the issue is
registered

For an asset backed security (e g  GMO  FNMA  FHLMC or GMNA)  the actual yield may
vary  according to the  rate  at  which the  underlying assets or receivables are prepaid
Information concerning factors that affect yield  including estimated yield  weighted average
life  and prepayment assumptions  are available upon request

The ratings that appear in the description of some fixed-income securities have been obtained
from rating services that we believe to be reliable  however  we cannot guarantee their
accuracy  Securities for which a rating is not available will be marked  Not Rated  A withdrawn
rating "WR  signifies the removal of a rating on either an obligation or issuer  Confirmations related
to fixed income transactions may reflect  a mark up  or mark down  both as a dollar and
percentage value  The mark up or mark down dollar value is calculated as the execution price
less the prevailing market price (PMP) multiplied by the quantity  The mark up or mark down
percentage value is calculated as the mark up or mark-down dollar value divided by the PMP
Trades with a mark up or mark down value of  N/A  indicate a negative mark up (i e  the sale
of the security was at a price lower than the PMP)

Final  prospectus and/or offering documentation is available upon request in connection with
your purchase of a security where the issuer is deemed to control  be controlled by  or under
common control with ETS (i e  affiliated securities)

Additional Fees may include  a broker assist fee an order handling fee and/or market
center charges  ETS will charge a fee if you request to have certificates issued in your name
and  mailed to you

**Payment for Order Flow Disclosure**
The SEC (as well as FINRA) requires that all broker dealers inform their customers when a
new  account is  opened  and  on  an annual basis  thereafter  of payment for order  flow
practices (compensation  received  for  placing  orders  through  specialists  on  national
securities  exchanges  over-the-counter market makers  alternative trading  systems  and
ECN s  (collectively  market centers ))  Consistent with the  overriding  principle of best
execution  ETS routes orders to various market makers  including its affiliate Morgan Stanley
& Co LLC  ETS receives remuneration (generally in the form of per share cash payments or
through  profit sharing  arrangements) for routing orders  in securities to particular market
centers for  execution  Such remuneration is  considered  compensation to  ETS  and the
source and  amount of any  compensation received in connection with your transaction will
be disclosed to you upon written request  ETS absent instructions from you to the contrary
takes  a number  of factors  into consideration in  determining  where to  route customers
orders  including  the  speed of execution  price  improvement opportunities  (executions at
prices superior to the then prevailing inside market)  automatic execution guarantees  the
availability of efficient and reliable order handling systems  the level of service provided  the
cost of executing orders  whether it will  receive  cash or  non-cash  payments  for  routing
order flow  and reciprocal business  arrangements

Trades noted as  AVG PRICE SHOWN  DETAILS ON REQ  are executed through an average
price account  The price shown may represent an average of multiple executions or may represent a
single execution at the price indicated  Details regarding trades done in an average price account are
available upon request

**Structured Products**
Structured Products are complex products and may be subject to special risks  Investors should
consider the concentration risk of owning the related security and their total exposure to any
underlying asset

Rev  04/21  51237804

# E✶TRADE
from Morgan Stanley

Page 1 of 2

## E✶TRADE Securities

**Investment Account**

# TRADE CONFIRMATION

**Account Number  XXXX 6829**

E✶TRADE Securities LLC
P O Box 484
Jersey City  NJ  07303 0484

**Account Name**
ALEXANDER YON

**Customer Update**
All your tax info in one place  Forms 1099 for 2021  FAQs  key deadlines  cost basis info and more  find them all in our Tax Center at etrade com/tax

| TRADE DATE | SETL DATE | MKT / CPT | SYMBOL / CUSIP | BUY / SELL | QUANTITY | PRICE | ACCT TYPE | | |
|---|---|---|---|---|---|---|---|---|---|
| 03/03/22 | 03/07/22 | 6 1 | MMAT | BUY | 29 | $1 58 | Cash | PRINCIPAL | $45 82 |
| **META MATLS INC COMMON STOCK** | | | | | | | | NET AMOUNT | $45 82 |
| 03/03/22 | 03/07/22 | 6 1 | MMTLP | BUY | 3 500 | $1 70 | Cash | PRINCIPAL | $5 950 00 |
| **META MATLS INC PFD SER A** | | | | | | | | COMMISSION | $4 95 |
| PERPETUAL | | | | | | | | NET AMOUNT | $5 954 95 |

▲ DETACH HERE
ALEXANDER YON
1462 DESOTO RD
BALTIMORE MD  21230 1202

DETACH HERE ▲

**Use This Deposit Slip   Acct  XXXX-6829**

**Please do not send cash**

| | Dollars | Cents |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| **TOTAL DEPOSIT** | | |

Make checks payable to E✶TRADE Securities LLC
Mail deposits to

E✶TRADE Securities LLC
P O Box 484
Jersey City  NJ  07303 0484

⑆030320220001⑆ ⑈900508568293⑈


from Morgan Stanley

Type of Transaction
(Market)
1 NYSE
2 NYSE American
3 Other US Registered Exchanges
4 Mutual Funds
5 CBOE
6 Over the Counter
7 Underwriting
8 Foreign Exchange or Other

(Capacity in which your broker is acting)
1 2 3 4 5 8 As agent
6 As agent for both buyer and seller  The commission charged to the party on the other side of the transaction will be furnished upon request
7 As principal
9 As agent and as principal

If the symbol ( ) appears in the security description  on the face hereof the offering of the described security has been made solely by means of the prospectus relating thereto  a copy of which has been or will be delivered to you  the receipt of which is acknowledged by payment hereof
If the symbol (F) appears in the security description  it indicates that the security is  Foreign and may be subject to interest equalization tax
If the symbol (T) appears in the security description  an officer or employee of ETS is a director of the issuer of the securities involved in this transaction  A control relationship may therefore exist between the issuer and ETS

Please retain this confirmation for income tax purposes  Federal regulations require brokers to report proceeds from all transactions to the Internal Revenue Service

**ALEXANDER YON**
**1462 DESOTO RD**
**BALTIMORE MD  21230-1202**

## Terms and Conditions

Please refer to the E*TRADE Customer Agreement for a complete discussion of the terms and conditions  governing your account  If you have questions  regarding  the E*TRADE Customer Agreement or your account  please email us through etrade com or call 800-387 2331  THE  INFORMATION  CONTAINED  IN THIS  CONFIRMATION  SHALL  BE BINDING UPON YOU  IF YOU  DO NOT OBJECT  IN WRITING WITHIN TWO (2) DAYS AFTER THE CONFIRMATION IS FIRST RECEIVED BY YOU  Securities products and services are offered by  E*TRADE  Securities LLC  ( ETS")  Member SIPC and a business of Morgan Stanley Your account is carried by ETS  which maintains your funds and securities deposited with ETS  An affiliate of ETS may act as a principal or agent in your transaction(s)

**Applicable Rules and Regulations.** All transactions in your account shall be subject to the constitution  rules  regulations  customs  and usages  of the exchange or market  and its clearing house  where the transactions are executed by ETS or its agents  including ETS affiliates  Also  where applicable  the transactions shall be subject to the provisions of the Securities Act of 1933 as amended  the Securities Exchange Act of 1934 as amended  and the rules and regulations of the Securities and Exchange Commission ( SEC")  the Board of Governors of the Federal Reserve System  and any applicable self regulatory organization  For information about FINRA s BrokerCheck Program  including an investor brochure please contact FINRA at 800-289-9999 or www finra org

Securities held on your behalf at ETS or a central  clearing facility but not registered in your name are commingled with identical securities held for other customers  In the event that securities so held are called by the issuer  the securities to be called will be determined  by an impartial and random selection system  if your security is selected  it will be presented for redemption  and your account credited with the proceeds  You have the right to withdraw uncalled  fully paid securities at any time prior to a partial call and also to withdraw  excess margin securities not subject to restriction

The responsibility to cancel an existing open order rests with you  Any transaction that results from the execution of any orders that you have not instructed us to cancel  prior to execution will be recorded in your account  Market orders are subject to immediate execution and are difficult to cancel

If required payment or delivery of securities is not made by the settlement date ETS may  at its option and without further notice  charge interest on the amount shown on the face hereof or cancel  sell out  or buy  in the subject securities  and charge  your account for any expenses losses or other costs incurred

Investments in securities are not guaranteed by ETS  are not insured by the FDIC  and will fluctuate with changes in market conditions  When selling a security  you may receive more or less than your original investment

The principal amount or commission described on the face hereof may include an Additional Fee  for special services rendered  Other charges may include amounts paid to affiliates of ETS  local taxes, transaction fees and exchange fees  among others  For customers who choose to convert from the currency  in which the security or payment thereon is denominated  the amounts provided with respect to principal  interest  dividend and/or yield is subject to fluctuation or applicable foreign currency exchange rates and costs including a markup charged by ETS  Further details are available upon written request  The name of the party with whom this transaction was made and time of execution of the transaction will be furnished upon written request

Securities purchased by you or held by ETS may be hypothecated and/or commingled with securities carried for other customers

Call features for bonds may exist and such bonds can be redeemed  in whole  or in part before  maturity and could  affect the yield  complete information will be  provided upon request  With respect to a zero coupon issue  you will not receive periodic payments  and the securities may be callable at a price below maturity value  Furthermore  a zero coupon issue that is callable and in bearer form may be called without notice by mail to you unless the issue is registered

For an asset backed security (e g  GMO  FNMA  FHLMC  or GNMA)  the actual yield may vary  according to the rate  at which the underlying assets or receivables  are prepaid  Information concerning factors that affect yield  including  estimated yield  weighted average life  and prepayment assumptions  are available upon request

The ratings that appear in the description of some fixed-income securities have been obtained from rating  services  that we believe to be  reliable  however  we cannot  guarantee their accuracy  Securities for which a rating is not available will be marked  Not Rated  A withdrawn rating "WR  signifies the removal of a rating one ither an obligation or issuer  Confirmations related to fixed income transactions may reflect a mark up or mark down  both as a dollar and percentage value  The mark up or mark down dollar value is calculated as the execution price less the prevailing market price (PMP) multiplied by the quantity  The mark up or mark down percentage value is calculated as the mark up or mark-down dollar value divided by the PMP  Trades with a mark up or mark down value of  N/A  indicate a negative mark up (i e  the sale of the security was at a price lower than the PMP)

Final prospectus and/or offering documentation is available upon request in connection with your purchase of a security where the issuer is deemed to control  be controlled by  or under common control with ETS (i e  affiliated securities)

Additional Fees may include a broker assist fee an order handling fee and/or market center charges  ETS will charge a fee if you request to have certificates issued in your name and mailed to you

### Payment for Order Flow Disclosure
The SEC (as well as FINRA) requires that all broker dealers inform their customers when a new account is opened  and on an annual basis thereafter of payment for order flow practices  (compensation  received  for  placing  orders  through  specialists  on  national securities  exchanges  over-the-counter market makers  alternative trading  systems  and ECN s  (collectively  market centers ))  Consistent with the overriding principle of best execution  ETS routes orders to various market makers  including its affiliate Morgan Stanley & Co  LLC  ETS receives remuneration (generally in the form of per share cash payments or through  profit sharing  arrangements) for routing orders in securities to particular market centers for execution  Such remuneration is  considered  compensation to  ETS  and the source  and amount  of any compensation received in connection with your transaction will be disclosed to you upon written request  ETS  absent instructions from you to the contrary  takes a number of factors into consideration in determining  where to route customers orders  including  the speed of execution  price improvement opportunities (executions at prices superior to the then prevailing inside market)  automatic execution guarantees  the availability of efficient and reliable order handling systems  the level of service provided  the cost of executing orders  whether it will receive cash or non-cash payments for routing order flow  and reciprocal business  arrangements

Trades executed as  AVG PRICE SHOWN DETAILS ON REQ  are executed through an average price account  The price shown may represent an average of multiple executions or may represent a single  execution at the price indicated  Details regarding trades done in an average price account are available upon request

### Structured Products
Structured Products are complex products and may be subject to special risks  Investors should consider the concentration risk of owning the related security and their total exposure to any underlying asset

Rev 04/21  5123T004

# E✳TRADE
from Morgan Stanley

**E✳TRADE Securities**

Investment Account

## TRADE CONFIRMATION

**Account Number  XXXX 6829**

**Account Name**
ALEXANDER YON

E✳TRADE Securities LLC
P O Box 484
Jersey City  NJ  07303 0484

**Customer Update**

All your tax info in one place  Forms 1099 for 2021  FAQs  key deadlines  cost basis info and more  find them all in our Tax Center at etrade com/tax

| TRADE DATE | SETL DATE | MKT / CPT | SYMBOL / CUSIP | BUY / SELL | QUANTITY | PRICE | ACCT TYPE | | |
|---|---|---|---|---|---|---|---|---|---|
| 03/04/22 | 03/08/22 | 6 1 | MMAT | BUY | 500 | $1 455 | Cash | PRINCIPAL | $727 50 |
| META MATLS INC COMMON STOCK | | | | | | | | NET AMOUNT | $727 50 |
| 03/04/22 | 03/08/22 | 6 1 | MMTLP | BUY | 185 | $1 59 | Cash | PRINCIPAL | $294 15 |
| META MATLS INC PFD SER A | | | | | | | | COMMISSION | $4 95 |
| PERPETUAL | | | | | | | | NET AMOUNT | $299 10 |
| 03/04/22 | 03/08/22 | 6 1 | MMTLP | BUY | 315 | $1 60 | Cash | PRINCIPAL | $504 00 |
| META MATLS INC PFD SER A | | | | | | | | NET AMOUNT | $504 00 |
| PERPETUAL | | | | | | | | | |
| 03/04/22 | 03/08/22 | 6 1 | BBIG | BUY | 100 | $2 3598 | Cash | PRINCIPAL | $235 98 |
| VINCO VENTURES INC COMMON STOCK | | | | | | | | NET AMOUNT | $235 98 |

▲ DETACH HERE

ALEXANDER YON
1462 DESOTO RD
BALTIMORE MD  21230 1202

DETACH HERE ▲

**Use This Deposit Slip    Acct  XXXX-6829**

**Please do not send cash**

| | Dollars | Cents |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| **TOTAL DEPOSIT** | | |

Make checks payable to E✳TRADE Securities LLC
Mail deposits to

E✳TRADE Securities LLC
P O Box 484
Jersey City  NJ  07303 0484

030420220001  900508568293



E✳TRADE
from Morgan Stanley

### Terms and Conditions

Please refer to the E*TRADE Customer Agreement for a complete discussion of the terms and conditions governing your account. If you have questions regarding the E*TRADE Customer Agreement or your account, please email us through etrade.com or call 800-387-2331. THE INFORMATION CONTAINED IN THIS CONFIRMATION SHALL BE BINDING UPON YOU IF YOU DO NOT OBJECT IN WRITING WITHIN TWO (2) DAYS AFTER THE CONFIRMATION IS FIRST RECEIVED BY YOU. Securities products and services are offered by E*TRADE Securities LLC ( ETS'). Member SIPC and a business of Morgan Stanley. Your account is carried by ETS which maintains your funds and securities deposited with ETS. An affiliate of ETS may act as a principal or agent in your transaction(s).

Applicable Rules and Regulations. All transactions in your account shall be subject to the constitution rules regulations customs and usages of the exchange or market and its clearing house where the transactions are executed by ETS or its agents including ETS affiliates. Also where applicable the transactions shall be subject to the provisions of the Securities Act of 1933 as amended the Securities Exchange Act of 1934 as amended and the rules and regulations of the Securities and Exchange Commission ( SEC ) the Board of Governors of the Federal Reserve System and any applicable self regulatory organization. For information about FINRA s BrokerCheck Program and investor brochure please contact FINRA at 800 289-9999 or www finra org.

Securities held on your behalf at ETS or a central clearing facility but not registered in your name are commingled with identical securities held for other customers. In the event that securities so held are called by the issuer the securities to be called will be determined by an impartial and random selection system. If your security is selected it will be presented for redemption and your account credited with the proceeds. You have the right to withdraw uncalled fully paid securities at any time prior to a partial call and also to withdraw excess margin securities not subject to restriction.

The responsibility to cancel an existing open order rests with you. Any transaction that results from the execution of any orders that you have not instructed us to cancel prior to execution will be recorded in your account. Market orders are subject to immediate execution and are difficult to cancel.

If required payment or delivery of securities is not made by the settlement date ETS may at its option and without further notice charge interest on the amount shown on the face hereof or cancel sell out or buy in the subject securities and charge your account for any expenses losses or other costs incurred.

Investments in securities are not guaranteed by ETS are not insured by the FDIC and will fluctuate with changes in market conditions. When selling a security you may receive more or less than your original investment.

The principal amount or commission described on the face hereof may include an Additional Fee for special services rendered. Other charges may include commissions paid to affiliates of ETS local taxes transaction fees and exchange fees among others. For customers who choose to convert from the currency in which the security or payment thereon is denominated the amounts provided with respect to principal interest dividend and/or yield is subject to fluctuation or applicable foreign currency exchange rates and costs including a markup charged by ETS. Further details are available upon written request. The name of the party with whom this transaction was made and time of execution of the transaction will be furnished upon written request.

Securities purchased by you or held by ETS may be hypothecated and/or commingled with securities carried for other customers.

Call features for bonds may exist and such bonds can be redeemed in whole or in part before maturity and could affect the yield complete information will be provided upon request. With respect to a zero coupon issue you will not receive periodic payments and the securities may be callable at a price below maturity value. Furthermore a zero coupon issue that is callable and in bearer form may be called without notice by mail to you unless the issue is registered.

For an asset backed security (e g GMO FNMA FHLMC or GNMA) the actual yield may vary according to the rate at which the underlying assets or receivables are prepaid. Information concerning factors that affect yield including estimated yield weighted average life and prepayment assumptions are available upon request.

The ratings that appear in the description of some fixed-income securities have been obtained from rating services that we believe to be reliable however we cannot guarantee their accuracy. Securities for which a rating is not available will be marked Not Rated A withdrawn rating 'WR signifies the removal of a rating on either an obligation or issuer. Confirmations related to fixed income transactions may reflect a mark up or mark-down both as a dollar and percentage value. The mark up or mark down dollar value is calculated as the execution price less the prevailing market price (PMP) multiplied by the quantity. The mark up or mark down percentage value is calculated as the mark up or mark down dollar value divided by the PMP. Trades with a mark up or mark down value of 'N/A indicate a negative mark up (i e the sale of the security was at a price lower than the PMP).

Final prospectus and/or offering documentation is available upon request in connection with your purchase of a security where the issuer is deemed to control be controlled by or under common control with ETS (i e affiliated securities).

Additional Fees may include a broker assist fee an order handling fee and/or market center charges ETS will charge a fee if you request to have certificates issued in your name and mailed to you.

### Type of Transaction
(Market)
1. NYSE
2. NYSE American
3. Other US Registered Exchanges
4. Mutual Funds
5. CBOE
6. Over-the-Counter
7. Underwriting
8. Foreign Exchange or Other

(Capacity in which your broker is acting)
1 2 3 4 5 8 As agent
6 As agent for both buyer and seller. The commission charged to the party on the other side of the transaction will be furnished upon request
7 As principal
9 As agent and as principal

If the symbol (I) appears in the security description on the face hereof the offering of the described security has been made solely by means of the prospectus relating thereto a copy of which has been or will be delivered to you the receipt of which is acknowledged by payment hereof
If the symbol (F) appears in the security description it indicates that the security is Foreign and may be subject to interest equalization tax
If the symbol (T) appears in the security description an officer or employee of ETS is a director of the issuer of the securities involved in this transaction A control relationship may therefore exist between the issuer and ETS

Please retain this confirmation for income tax purposes Federal regulations require brokers to report proceeds from all transactions to the Internal Revenue Service

**ALEXANDER YON**
**1462 DESOTO RD**
**BALTIMORE MD 21230-1202**

### Payment for Order Flow Disclosure
The SEC (as well as FINRA) requires that all broker dealers inform their customers when a new account is opened and on an annual basis thereafter of payment for order flow practices (compensation received for placing orders through specialists on national securities exchanges over-the-counter market makers alternative trading systems and ECN s (collectively market centers )) Consistent with the overriding principle of best execution ETS routes orders to various market makers including its affiliate Morgan Stanley & Co LLC ETS receives remuneration (generally in the form of per share cash payments or through profit sharing arrangements) for routing orders in securities to particular market centers for execution Such remuneration is considered compensation to ETS and the source and amount of any compensation received in connection with your transaction will be disclosed to you upon written request ETS absent instructions from you to the contrary takes a number of factors into consideration in determining where to route customers orders including the speed of execution price improvement opportunities (executions at prices superior to the then prevailing inside market) automatic execution guarantees the availability of efficient and reliable order handling systems the level of service provided the cost of executing orders whether it will receive cash or non-cash payments for routing order flow and reciprocal business arrangements

Trades noted as AVG PRICE SHOWN-DETAILS ON REQ are executed through an average price account The price shown may represent an average of multiple executions or may represent a single execution at the price indicated Details regarding trades done in an average price account are available upon request

### Structured Products
Structured Products are complex products and may be subject to special risks Investors should consider the concentration risk of owning the related security and their total exposure to any underlying asset

RN 04/21 S1237B04

# E✳TRADE
from Morgan Stanley

Page 1 of 2

## E✳TRADE Securities

Investment Account

## TRADE CONFIRMATION

**Account Number  XXXX 6829**

**Account Name**
ALEXANDER YON

E✳TRADE Securities LLC
P O  Box 484
Jersey City  NJ  07303 0484

**Customer Update**
All your tax info in one place  Forms 1099 for 2021  FAQs  key deadlines  cost basis info
and more  find them all in our Tax Center at etrade com/tax

| TRADE DATE | SETL DATE | MKT/ CPT | SYMBOL/ CUSIP | BUY/ SELL | QUANTITY | PRICE | ACCT TYPE | | |
|---|---|---|---|---|---|---|---|---|---|
| 03/11/22 | 03/15/22 | 6 1 | MMAT | BUY | 53 | $1 5985 | Cash | PRINCIPAL | $84 72 |
| META MATLS INC COMMON STOCK | | | | | | | | NET AMOUNT | $84 72 |
| 03/11/22 | 03/15/22 | 6 1 | BBIG | BUY | 50 | $2 1584 | Cash | PRINCIPAL | $107 92 |
| VINCO VENTURES INC COMMON STOCK | | | | | | | | NET AMOUNT | $107 92 |

▲  DETACH HERE

ALEXANDER YON
1462 DESOTO RD
BALTIMORE MD  21230 1202

DETACH HERE  ▲

**Use This Deposit Slip    Acct  XXXX-6829**

**Please do not send cash**

| Dollars | Cents |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

**TOTAL DEPOSIT**

Make checks payable to E*TRADE Securities LLC
Mail deposits to

E*TRADE Securities LLC
P O  Box 484
Jersey City  NJ  07303 0484

031120220001  900508568293



E✳TRADE
from Morgan Stanley

Type of Transaction
(Market)
1 NYSE
2 NYSE American
3 Other US Registered Exchanges
4 Mutual Funds
5 CBOE
6 Over the Counter
7 Underwriting
8 Foreign Exchange or Other

(Capacity in which your broker is acting)
1 2 3 4 5 8 As agent
6 As agent for both buyer and seller  The commission charged to the party on the other side of the transaction will be furnished upon request
7 As principal
9 As agent and as principal

If the symbol ( ) appears in the security description on the face hereof the offering of the described security has been made solely by means of the prospectus relating thereto  a copy of which has been or will be delivered to you  the receipt of which is acknowledged by payment hereof
If the symbol (F) appears in the security description  it indicates that the security is  Foreign and may be subject to interest equalization tax
If the symbol (F) appears in the security description  an officer or employee of ETS is a director of the issuer of the securities involved in this transaction  A control relationship may therefore exist between the issuer and ETS

Please retain this confirmation for income tax purposes  Federal regulations require brokers to report proceeds from all transactions to the Internal Revenue Service

## Terms and Conditions

Please refer to the E✳TRADE Customer Agreement for a complete discussion of the terms and conditions governing your account  If you have questions regarding the E✳TRADE Customer Agreement or your account  please email us through etrade com or call 800-387-2331  THE INFORMATION CONTAINED IN THIS CONFIRMATION SHALL BE BINDING UPON YOU IF YOU  DO NOT  OBJECT  IN WRITING WITHIN TWO (2) DAYS AFTER THE CONFIRMATION IS FIRST RECEIVED BY YOU  Securities products and services are offered by E✳TRADE  Securities LLC  ( ETS")  Member SIPC and a business of Morgan Stanley  Your account is carried by ETS which maintains your funds and securities deposited with ETS  As affiliate of ETS may act as a principal or agent in your transaction(s)

Applicable Rules and Regulations. All transactions in your account shall be subject to the constitution  rules  regulations  customs  and usages of the exchange or market  and its clearing house  where the transactions are executed by ETS or its agents  including ETS affiliates  Also  where applicable  the transactions shall be subject to the provisions of the Securities Act of 1933 as amended  the Securities Exchange Act of 1934 as amended  and the rules and regulations of the Securities and Exchange Commission ( SEC )  the Board of Governors of the Federal Reserve System  and any applicable self regulatory organization  For information about FINRA s BrokerCheck Program  including an investor brochure please contact FINRA at 800-289-9999 or www finra org

Securities held on your behalf at ETS or a central clearing facility but not registered in your name are commingled with identical securities held for other customers  In the event that securities so held are called by the issuer  the securities to be called will be determined by an impartial and random selection system  If your security is selected  it will be presented for redemption and your account credited with the proceeds  You have the right to withdraw uncalled  fully paid securities at any time  prior to a partial call  and also to withdraw excess margin securities not subject to restriction

The responsibility to cancel an existing open order rests with you  Any transaction that results from the execution of any orders that you have not instructed us to cancel  prior to execution  will be recorded in your account  Market orders are subject to immediate execution and are difficult to cancel

If required payment or delivery of securities is not made by the settlement date  ETS may  at its option and without further notice  charge interest on the amount shown on the face hereof or cancel  sell out  or buy in the subject securities and charge  your account for any expenses  losses  or other costs incurred

Investments in securities are not guaranteed by ETS  are not insured by the FDIC  and will fluctuate with changes in market conditions  When selling a security you may receive more or less than your original investment

The principal amount or commission described on the face hereof may include an Additional Fee  for special services rendered  Other charges may include commissions paid to affiliates of ETS  local taxes  transaction fees and exchange fees  among others  For customers who choose to convert from the currency in which the security or payment thereon is denominated  the amounts provided with respect to principal interest  dividend and/or yield is subject to fluctuation or applicable foreign currency exchange rates and costs including a markup charged by ETS  Further details are available upon written request  The name of the party with whom this transaction was made and time of execution of the transaction will be furnished upon written request

Securities purchased by you or held by ETS may be hypothecated and/or commingled with securities carried for other customers

Call features for bonds may exist and such bonds can be redeemed in whole or in part before maturity and could  affect the yield  complete information will be  provided upon request  With respect to a zero coupon issue you will not receive periodic payments  and the securities may be callable at a price below maturity value  Furthermore  a zero coupon issue that is callable and in bearer form may be called without notice by mail to you unless the issue is registered

For an asset backed security (e g  GMO  FNMA  FHLMC or GNMA)  the actual yield may vary  according to  the rate  at  which  the underlying assets or receivables are prepaid  Information concerning factors that affect yield  including estimated yield  weighted average life  and prepayment assumptions  are available upon request

The ratings that appear in the description of some fixed-income securities have been obtained from rating  services that we  believe to be reliable  however  we cannot  guarantee  their accuracy  Securities for which a rating is not available will be marked  Not Rated  A withdrawn rating "WR  signifies the removal of a rating whether an obligation or issuer  Confirmations related to fixed income transactions may reflect a mark up or mark down  both as a dollar and percentage value  The mark up or mark down dollar value is calculated as the execution price less the prevailing market price (PMP) multiplied by the quantity  The mark up or mark down percentage value is calculated as the mark up or mark-down dollar value divided by the PMP  Trades with a mark up or mark down value of  N/A  indicate a negative mark up (i e  the sale of the security was at a price lower than the PMP)

Final prospectus and/or offering documentation is available upon request in connection with your purchase of a security where the issuer is deemed to control  be controlled by  or under common control with ETS (i e  affiliated securities)

Additional Fees may include a broker assist fee an order handling fee and/or market center charges  ETS will charge a fee if you request to have certificates issued in your name and mailed to you

**ALEXANDER YON**
**1462 DESOTO RD**
**BALTIMORE MD  21230-1202**

Payment for Order Flow Disclosure
The SEC (as well as FINRA) requires that all broker dealers inform their customers when a new account is opened  and on an annual basis  thereafter  of payment for order  flow practices (compensation  received  for  placing  orders  through  specialists  on  national securities  exchanges  over-the-counter market makers  alternative trading  systems  and ECN s  (collectively  'market centers ))  Consistent with the overriding principle of best execution  ETS routes orders to various market makers  including its affiliate Morgan Stanley & Co LLC  ETS receives remuneration (generally in the form of per share cash payments or through  profit sharing  arrangements) for routing orders in securities to particular market centers for execution  Such remuneration is  considered  compensation to  ETS  and  the source  and  amount  of  any  compensation received in connection with your transaction will be disclosed to you upon written request  ETS absent instructions from you to the contrary  takes a  number of  factors  into consideration  in  determining  where  to  route  customers  orders  including  the  speed of execution  price improvement opportunities (executions at prices superior to the then prevailing made market)  automatic execution guarantees  the availability of efficient and reliable order handling systems  the level of service provided  the cost of executing orders  whether it will  receive cash or non-cash payments for routing order flow  and reciprocal business  arrangements

Trades noted as  AVG PRICE SHOWN DETAILS ON REQ  are executed through an average price account  The price shown may represent an average of multiple executions or may represent a single execution at the price indicated  Details regarding trades done in an average price account are available upon request

Structured Products
Structured products are complex products and may be subject to special risks  Investors should consider the concentration risk of owning the related security and their total exposure to any underlying asset

R+  04/21  31237B64

Page 1 of 2

# E✳TRADE
from Morgan Stanley

## E✳TRADE Securities
Investment Account

# TRADE CONFIRMATION

**Account Number** XXXX 6829

**Account Name**
ALEXANDER YON

E✳TRADE Securities LLC
P O Box 484
Jersey City NJ 07303 0484

**Customer Update**
Tax questions? No problem Get helpful tips tools and key dates in the Tax Center Visit etrade com/tax today

| TRADE DATE | SETL DATE | MKT / CPT | SYMBOL / CUSIP | BUY / SELL | QUANTITY | PRICE | ACCT TYPE | | |
|---|---|---|---|---|---|---|---|---|---|
| 04/13/22 | 04/18/22 | 6 1 | MMAT | BUY | 8 | $1 555 | Cash | PRINCIPAL | $12 44 |
| **META MATLS INC COMMON STOCK** | | | | | | | | NET AMOUNT | $12 44 |

▲ DETACH HERE

ALEXANDER YON
1462 DESOTO RD
BALTIMORE MD 21230 1202

DETACH HERE ▲

**Use This Deposit Slip    Acct  XXXX-6829**

**Please do not send cash**

| | Dollars | Cents |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

Make checks payable to E✳TRADE Securities LLC
Mail deposits to

**TOTAL DEPOSIT**

E✳TRADE Securities LLC
P O Box 484
Jersey City NJ 07303 0484

041320220001  900508568293



E✳TRADE
from Morgan Stanley

**Type of Transaction**
(Market)
1 NYSE
2 NYSE American
3 Other US Registered Exchanges
4 Mutual Funds
5 CBOE
6 Over the Counter
7 Underwriting
8 Foreign Exchange or Other

(Capacity in which your broker is acting)
1 2 3 4 5 6 As agent
6 As agent for both buyer and seller  The commission charged to the party on the other side of the transaction will be furnished upon request
7 As principal
9 As agent and as principal

If the symbol ( ) appears in the security description on the face hereof the offering of the described security has been made solely by means of the prospectus relating thereto  a copy of which  has been or will be delivered to you  the receipt of which is acknowledged by payment hereof

If the symbol (F) appears in the security description  it indicates that the security is  Foreign and may be subject to interest equalization tax

If the symbol (T) appears in the security description  an officer or employee of ETS is a director of the issuer of the securities involved in this transaction  A control relationship may therefore exist between the issuer and ETS

Please retain this confirmation for income tax purposes  Federal regulations require brokers to report proceeds from all transactions to the Internal Revenue Service

## Terms and Conditions

Please refer to the E*TRADE Customer Agreement for a complete discussion of the terms and conditions governing your account  If you have questions regarding the E*TRADE Customer Agreement or your account  please email us through etrade.com or call 800-387-2331  THE INFORMATION CONTAINED IN THIS CONFIRMATION SHALL BE BINDING UPON YOU IF YOU DO NOT OBJECT IN WRITING WITHIN TWO (2) DAYS AFTER THE CONFIRMATION IS FIRST RECEIVED BY YOU  Securities products and services are offered by E*TRADE Securities LLC ( ETS )  Member SIPC and a business of Morgan Stanley  Your account is carried by ETS  which maintains your funds and securities deposited with ETS  An affiliate of ETS may act as a principal or agent in your transaction(s)

**Applicable Rules and Regulations.** All transactions in your account shall be subject to the constitution  rules  regulations  customs  and usages  of the exchange or market  and its clearing house  where the transactions are executed by ETS or its agents  including ETS affiliates  Also  where applicable  the transactions shall be subject to the provisions of the Securities Act of 1933  as amended  the Securities Exchange Act of 1934  as amended  and the rules and regulations of the Securities and Exchange Commission ( SEC )  the Board of Governors of the Federal Reserve System  and any applicable self regulatory organization  For information about FINRA s BrokerCheck Program  including an investor brochure please contact FINRA at 800-289-9999 or www.finra.org

Securities held on your behalf at ETS or a central clearing facility but not registered in your name are commingled with identical securities held for other customers  In the event that securities so held are called by the issuer  the securities to be called will be determined by an impartial and random selection system  If your security is selected  it will be presented for redemption and your account credited with the proceeds  You have the right to withdraw uncalled  fully paid securities at any time prior to a partial call and also to withdraw excess margin securities not subject to restriction

The responsibility to cancel an existing open order rests with you  Any transaction that results from the execution of any orders that you have not instructed us to cancel  prior to execution will be recorded in your account  Market orders are subject to immediate execution and are difficult to cancel

If required payment or delivery of securities is not made by the settlement date ETS may  at its option and without further notice  charge interest on the amount shown on the face hereof or cancel  sell out  or buy  in  the subject securities and charge  your account for any expenses  losses  or other costs incurred

Investments in securities are not guaranteed by ETS  are not insured by the FDIC  and will fluctuate with changes in market conditions  When selling a security  you may receive more or less than your original investment

The principal amount or commission described on the face hereof may include an Additional Fee  for special services rendered  Other charges may include commissions paid to affiliates of ETS  local taxes  transaction fees  and exchange fees  among others  For customers who choose to convert from the currency in which the security or payment thereon is denominated  the amounts provided with respect to principal  interest  dividend and/or yield  is subject to fluctuation or applicable foreign currency exchange rates and costs including a markup charged by ETS  Further details are available upon written request  The name of the party with whom this transaction was made and time of execution of the transaction will be furnished upon written request

Securities purchased by you or held by ETS may be hypothecated and/or commingled with securities carried for other customers

Call features for bonds may exist and such bonds can be redeemed in whole or in part before maturity and could affect the yield  complete information will be provided upon request  With respect to a zero coupon issue you will not receive periodic payments  and the securities may be callable at a price below maturity value  Furthermore  a zero coupon issue that is callable and in bearer form may be called without notice by mail to you unless the issue is registered

For an asset backed security (e g  GNMA  FNMA  FHLMC or GNMA)  the actual yield may vary  according to the rate  at  which the underlying assets or receivables are prepaid  Information concerning factors that affect yield  including estimated yield  weighted average life  and prepayment assumptions  are available upon request

The ratings that appear in the description of some fixed income securities have been obtained from rating services that we believe to be reliable  however  we cannot guarantee their accuracy  Securities for which a rating is not available will be marked  Not Rated  A withdrawn rating "WR"  signifies the removal of a rating on either an obligation or issuer  Confirmations related to fixed income transactions may reflect a mark up or mark-down  both as a dollar and percentage value  The mark up or mark down dollar value is calculated as the execution price less the prevailing market price (PMP) multiplied by the quantity  The mark up or mark down percentage value is calculated as the mark up or mark down dollar value divided by the PMP  Trades with a mark up or mark down value of "N/A"  indicate a negative mark up (i e  the sale of the security was at a price lower than the PMP)

Final prospectus and/or offering documentation is available upon request in connection with your purchase of a security where the issuer is deemed to control  be controlled by  or under common control with ETS (i e  affiliated securities)

Additional Fees may include a broker assist fee  an order handling fee  and/or market center charges  ETS will charge a fee if you request to have certificates issued in your name and mailed to you

ALEXANDER YON
1462 DESOTO RD
BALTIMORE MD  21230-1202

**Payment for Order Flow Disclosure**
The SEC (as well as FINRA) requires that all broker dealers inform their customers when a new account is opened  and on an annual basis thereafter of payment for order flow practices  (compensation received for placing orders through specialists on national securities exchanges  over-the-counter market makers  alternative trading systems  and ECN s  (collectively  market centers ))  Consistent with the overriding principle of best execution  ETS routes orders to various market makers  including its affiliate Morgan Stanley & Co LLC  ETS receives remuneration (generally in the form of per share cash payments or through  profit sharing  arrangements)  for routing orders in securities to particular market centers for execution  Such remuneration is considered  compensation to  ETS  and the source and amount of any compensation received in connection with your transaction will be disclosed to you upon written request  ETS  absent instructions from you to the contrary  takes a number of factors into consideration in  determining  where to route customers orders including  the  speed of execution  price improvement opportunities (executions at prices superior to the then prevailing inside market)  automatic execution guarantees  the availability of efficient and reliable order handling systems  the level of service provided  the cost of executing orders  whether it will receive cash or non cash payments for routing order flow  and reciprocal business  arrangements

Trades noted as  AVG PRICE SHOWN DETAILS ON REQ  are executed through an average price account  The price shown may represent an average of multiple executions or may represent a single execution at the price indicated  Details regarding trades done in an average price account are available upon request

**Structured Products**
Structured Products are complex products and may be subject to special risks  Investors should consider the concentration risk of owning the related security and their total exposure to any underlying asset

Rev 04/21 5125 B04

Page 1 of 2

# E✳TRADE
from Morgan Stanley

**E✳TRADE Securities**

Investment Account

# TRADE CONFIRMATION

**Account Number** XXXX 6829

**Account Name**
ALEXANDER YON

E✳TRADE Securities LLC
P O Box 484
Jersey City  NJ  07303 0484

**Customer Update**
Tax questions? No problem  Get helpful tips  tools  and key dates in the Tax Center  Visit
etrade com/tax today

| TRADE DATE | SETL DATE | MKT / CPT | SYMBOL/ CUSIP | BUY/ SELL | QUANTITY | PRICE | ACCT TYPE | | |
|---|---|---|---|---|---|---|---|---|---|
| 04/19/22 | 04/21/22 | 6 1 | MMAT | BUY | 58 | $1 4199 | Cash | PRINCIPAL | $82 35 |
| **META MATLS INC COMMON STOCK** | | | | | | | | **NET AMOUNT** | **$82 35** |
| 04/19/22 | 04/21/22 | 6 1 | MMTLP | BUY | 2 950 | $1 05 | Cash | PRINCIPAL | $3 097 50 |
| **META MATLS INC PFD SER A** | | | | | | | | COMMISSION | $4 95 |
| PERPETUAL | | | | | | | | **NET AMOUNT** | **$3 102 45** |

▲ DETACH HERE

ALEXANDER YON
1462 DESOTO RD
BALTIMORE MD  21230 1202

DETACH HERE ▲

**Use This Deposit Slip   'Acct' XXXX-6829**

**Please do not send cash**

| | Dollars | Cents |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| **TOTAL DEPOSIT** | | |

Make checks payable to E✳TRADE Securities LLC
Mail deposits to

E✳TRADE Securities LLC
P O Box 484
Jersey City  NJ  07303 0484

⑈041920220001 ⑈900508568293


from Morgan Stanley

Type of Transaction
(Market)
1 NYSE                                          5 CBOE
2 NYSE American                                 6 Over-the-Counter
3 Other US Registered Exchanges                 7 Underwriting
4 Mutual Funds                                  8 Foreign Exchange or Other

(Capacity in which your broker is acting)
1 2 3 4 5 8 As agent
6 As agent for both buyer and seller  The commission charged to the party on the other side of the
  transaction will be furnished upon request
7 As principal
9 As agent and as principal

If the symbol ( ) appears in the security description on the face hereof the offering of the
described security has been made solely by means of the prospectus relating thereto  a copy
of which has been or will be delivered to you  the receipt of which is acknowledged by payment
hereof

If the symbol (F) appears in the security description  it indicates that the security is  Foreign
and may be subject to interest equalisation tax

If the symbol (T) appears in the security description  an officer or employee of ETS is a director
of the issuer of the securities involved in this transaction  A control relationship may therefore
exist between the issuer and ETS

Please retain this confirmation for income tax purposes  Federal regulations require brokers
to report proceeds from all transactions to the Internal Revenue Service

## Terms and Conditions

Please refer to the E*TRADE Customer Agreement for a complete discussion of the terms
and conditions governing your account  If you  have questions  regarding  the E*TRADE
Customer Agreement or your account  please email us through etrade com or call 800-387-
2331  THE  INFORMATION  CONTAINED  IN THIS  CONFIRMATION  SHALL  BE  BINDING
UPON  YOU  IF YOU  DO  NOT  OBJECT  IN WRITING WITHIN  TWO (2) DAYS AFTER THE
CONFIRMATION IS FIRST RECEIVED BY YOU  Securities products and services are offered
by E*TRADE  Securities LLC ( ETS")  Member SIPC and a business of Morgan Stanley
Your account is carried by ETS  which maintains your funds and securities deposited with
ETS  An affiliate of ETS may act as a principal or agent in your transaction(s)

Applicable Rules and Regulations. All transactions in your account shall be subject to the
constitution  rules  regulations  customs  and usages of the exchange or market  and its
clearing  house  where  the transactions are executed  by ETS or its agents  including  ETS
affiliates  Also  where applicable  the transactions shall be subject to the provisions of the
Securities Act of 1933 as amended  the Securities Exchange Act of 1934  as amended  and
the rules and regulations of the Securities and Exchange Commission ( SEC )  the Board of
Governors of the Federal Reserve System and any applicable self regulatory organization
For information about FINRA s BrokerCheck Program  including  an investor brochure  please
contact FINRA at 800-289-9999 or www finra org

Securities held on your behalf at ETS or a central clearing facility but not registered in your
name  are  commingled  with  identical  securities held for other customers  In the event that
securities  so held are called by the issuer  the securities to be called will be determined  by
an impartial and random selection system  If your security is selected  it will be presented for
redemption  and your account credited  with the proceeds  You have the right to  withdraw
uncalled  fully paid securities at any time prior to a partial call and also to withdraw  excess
margin securities not subject to restriction

The responsibility to cancel an existing open order rests with you  Any transaction that results
from  the execution of any orders that you have not instructed us to cancel  prior to execution
will be recorded in your account  Market orders are subject to immediate execution and are
difficult to cancel

If required payment or delivery of securities is not made by the settlement date  ETS may  at its
option and without  further  notice  charge interest on the amount shown on the face hereof
or cancel  sell out  or buy in  the subject securities  and charge  your account for any
expenses  losses  or other costs incurred

Investments in securities  are not guaranteed by ETS  are not insured by the FDIC  and will
fluctuate with changes in market conditions  When selling a security  you may receive more or
less than your original investment

The principal amount or commission described on the face hereof may include an Additional
Fee  for special services rendered  Other charges may include commissions  paid to affiliates
of ETS  local taxes, transaction fees and exchange fees  among others  For customers who
choose to  convert  from  the  currency  in which  the security  or  payment  thereon  is
denominated  the amounts provided with respect to principal  interest  dividend and/or yield
is subject to fluctuation or applicable foreign  currency exchange rates and costs including  a
markup charged by ETS  Further details are available upon written request  The name of the
party with whom this transaction was made and time of execution of the transaction will be
furnished upon written request

Securities purchased by you or held by ETS may be hypothecated and/or  commingled
with securities owned for other customers

Call features for bonds may exist and such bonds can be redeemed  in whole  or  in part
before  maturity and could  affect  the  yield  complete information  will be  provided upon
request  With respect to a zero coupon issue  you will not receive periodic payments  and the
securities  may be callable at a price below maturity value  Furthermore  a zero coupon issue
that is callable and in bearer form may be called without notice by mail to you unless the issue is
registered

For an asset backed security (e g  GMO  FNMA  FHLMC  or GMNA)  the actual yield may
vary  according  to  the  rate  at  which the underlying assets or receivables are prepaid
Information concerning factors that affect yield  including  estimated yield  weighted average
life  and prepayment assumptions  are available upon request

The ratings that appear in the description of some fixed-income securities have been obtained
from  rating  services  that we  believe to be reliable  however  we cannot guarantee  their
accuracy  Securities for which a rating is not available will be marked  Not Rated  A withdrawn
rating "WR  signifies the removal of a rating on either an obligation or issuer  Confirmations related
to  fixed  income  transactions may reflect  a  mark up  or  mark down  both as a  dollar  and
percentage value  The mark up or mark down dollar value is calculated as the execution price
less the prevailing market price (PMP) multiplied by the quantity  The mark up or mark down
percentage value is calculated as the mark up or mark-down dollar value divided by the PMP
Trades with a mark up or mark down value of "N/A  indicate a negative mark up (i e  the sale
of the security was at a price lower than the PMP)

Final  prospectus and/or offering documentation is available upon request in connection with
your purchase of a security where the issuer is deemed to control  be controlled by or under
common control with ETS (i e  affiliated securities)

Additional Fees  may  include  a broker assist fee  an order handling  fee  and/or market
center charges  ETS will charge a fee if you request to have certificates issued in your name
and mailed to you

**ALEXANDER YON**
**1462 DESOTO RD**
**BALTIMORE MD  21230-1202**

### Payment for Order Flow Disclosure
The SEC (as well as FINRA) requires that all broker dealers inform their customers when a
new account  is  opened  and  on  an  annual basis  thereafter  of payment  for order  flow
practices  (compensation  received  for  placing  orders  through  specialists  on national
securities  exchanges  over-the-counter market makers  alternative trading systems  and
ECN s  (collectively  'market centers ))  Consistent with the overriding principle of best
execution  ETS routes orders to various market makers  including its affiliate Morgan Stanley
& Co LLC  ETS receives remuneration (generally  in the form of per share cash payments or
through  profit sharing  arrangements) for routing orders in securities to particular market
centers for execution  Such remuneration is  considered  compensation to  ETS  and  the
source and amount of any compensation received in connection with your transaction will
be disclosed to you upon written request  ETS absent instructions from you to the contrary
takes  a  number  of factors  into consideration in  determining  where  to  route customers
orders  including  the  speed  of execution  price improvement  opportunities (executions at
prices superior to the then prevailing  inside market)  automatic execution  guarantees  the
availability  of efficient and reliable order handling systems  the level of service  provided  the
cost of executing orders  whether it will receive  cash  or  non-cash  payments for  routing
order flow  and reciprocal business  arrangements

Trades noted as  AVG PRICE SHOWN DETAILS ON REQ  are executed through an average
price account  The price shown may represent an average of multiple executions or may represent a
single  execution at the price indicated  Details regarding trades done in an average price account are
available upon request

### Structured Products
Structured Products are complex products and may be subject to special risks  Investors should
consider the concentration risk of owning the related security and their total exposure to any
underlying asset

Rev 04/21 51237804

Page 1 of 2

# E✳TRADE®
from Morgan Stanley

### E✳TRADE Securities
**Investment Account**

## TRADE CONFIRMATION

**Account Number  XXXX 6829**

**Account Name**
ALEXANDER YON

E✳TRADE Securities LLC
P O  Box 484
Jersey City  NJ  07303 0484

**Customer Update**
Tax questions? No problem  Get helpful tips  tools  and key dates in the Tax Center  Visit etrade com/tax today

| TRADE DATE | SETL DATE | MKT CPT | SYMBOL / CUSIP | BUY / SELL | QUANTITY | PRICE | ACCT TYPE | | |
|---|---|---|---|---|---|---|---|---|---|
| 04/20/22 | 04/22/22 | 6 1 | MMAT | BUY | 2 | $1 3697 | Cash | PRINCIPAL | $2 74 |
| **META MATLS INC COMMON STOCK** | | | | | | | | NET AMOUNT | $2 74 |

---

▲ DETACH HERE
ALEXANDER YON
1462 DESOTO RD
BALTIMORE MD  21230 1202

DETACH HERE ▲

## Use This Deposit Slip     Acct  XXXX-6829

**Please do not send cash**

| Dollars | Cents |
|---|---|
| | |
| | |
| | |
| | |
| | |

Make checks payable to E✳TRADE Securities LLC
Mail deposits to

**TOTAL DEPOSIT**

E✳TRADE Securities LLC
P O  Box 484
Jersey City  NJ  07303 0484

042020220001  900508568293



**E✱TRADE**
from Morgan Stanley

**Type of Transaction**
(Market)
1 NYSE                                    5 CBOE
2 NYSE American                           6 Over the Counter
3 Other US Registered Exchanges           7 Underwriting
4 Mutual Funds                            8 Foreign Exchange or Other

(Capacity in which your broker is acting)
1, 2, 3, 4, 5 & 8 As agent
6 As agent for both buyer and seller  The commission charged to the party on the other side of the transaction will be furnished upon request
7 As principal
9 As agent and as principal

If the symbol ( ) appears in the security description on the face hereof  the offering of the described security has been made solely by means of the prospectus relating thereto  a copy of which  has been or will be delivered to you  the receipt of which is acknowledged by payment hereof

If the symbol (F) appears in the security description  it indicates that the security is  Foreign and may be subject to interest equalization tax

If the symbol (T) appears in the security description  an officer or employee of ETS is a director of the issuer of the securities involved in this transaction  A control relationship may therefore exist between the issuer and ETS

Please retain this confirmation for income tax purposes  Federal regulations require brokers to report proceeds from all transactions to the Internal Revenue Service

**ALEXANDER YON**
**1462 DESOTO RD**
**BALTIMORE MD  21230-1202**

**Terms and Conditions**

Please refer to the E✱TRADE Customer Agreement for a complete discussion of the terms and conditions governing your account  If you  have questions  regarding  the E✱TRADE Customer Agreement or your account  please email us through etrade com or call 800-367-2331  THE INFORMATION  CONTAINED  IN THIS  CONFIRMATION  SHALL  BE BINDING UPON YOU  IF YOU DO NOT OBJECT  IN WRITING WITHIN  TWO (2) DAYS AFTER THE CONFIRMATION IS FIRST  RECEIVED BY YOU  Securities products and services are offered by  E✱TRADE  Securities LLC  ( ETS )  Member  SIPC  and a business of Morgan Stanley Your account  is carried by ETS  which maintains your funds and securities deposited with ETS  An affiliate of ETS may  act as a principal or agent in your transaction(s)

Applicable Rules and Regulations, All transactions  in your account shall be subject to the constitution  rules  regulations  customs  and usages of the exchange or market  and its clearing house  where the transactions are executed by ETS or its agents  including ETS affiliates  Also  where applicable  the transactions shall be subject to the provisions of the Securities Act of 1933 as amended  the Securities Exchange Act of 1934 as amended  and the rules and regulations of the Securities and Exchange Commission ( SEC ) the Board of Governors of the Federal Reserve System and any applicable self regulatory organization For information about FINRA s BrokerCheck Program  including  an investor brochure please contact FINRA at 800-289-9999 or www finra org

Securities held on your behalf at ETS or a central clearing facility but not registered in your name are commingled with identical securities held for other customers  In the event that securities  so held are called by the issuer  the securities to be called will be determined  by an impartial and random selection system  If your security is selected  it will be presented for redemption and your account credited with the proceeds  You have the right to withdraw uncalled  fully paid securities at any time prior to a partial call and also to withdraw  excess margin securities not subject to restriction

The responsibility to cancel an existing open order rests with you  Any transaction that results from the execution of any orders that you have not instructed us to cancel  prior to execution will be recorded in your account  Market orders are subject to immediate execution and are difficult to cancel

If required payment or delivery of securities is not made by the settlement date  ETS may  at its option and without further  notice  charge interest on the amount shown on the face hereof or cancel  sell out  or buy in  the subject securities and charge  your account for any expenses  losses  or other costs incurred

Investments in securities  are not guaranteed by ETS  are not insured by the FDIC  and will fluctuate with changes in market conditions  When selling a security you may receive more or less than your original investment

The principal amount or commission described on the face hereof may include an Additional Fee  for special services rendered  Other charges may include commissions paid to affiliates of ETS  local taxes, transaction fees  and exchange fees  among others  For customers who choose to convert  from the currency  in which the security  or payment thereon is denominated  the amounts provided with respect to principal interest  dividend and/or yield is subject to fluctuation or applicable foreign currency exchange rates and costs including a markup charged by ETS  Further details are available upon written request  The name of the party with whom this transaction was made and time of execution of the transaction will be furnished upon written request

Securities purchased by you or held by ETS may be hypothecated and/or  commingled with securities carried for other customers

Call features for bonds may exist and such bonds can be redeemed  in whole or in part before maturity and could  affect the yield  complete information will be  provided upon request  With respect to a zero coupon issue you will not receive periodic payments  and the securities may be callable at a price below maturity value  Furthermore  a zero coupon issue that is callable and in bearer form may be called without notice by mail to you unless the issue is registered

For an asset backed security (e g  GMO  FNMA  FHLMC  or GNMA)  the actual yield may vary  according to the rate  at which the underlying assets or receivables are prepaid Information concerning factors that affect yield  including estimated yield  weighted average life  and prepayment assumptions  are available upon request

The ratings that appear in the description of some fixed-income securities have been obtained from  rating  services that we  believe to be reliable  however  we cannot guarantee their accuracy  Securities for which a rating is not available will be marked  Not Rated  A withdrawn rating 'WR'  signifies the removal of a rating on either an obligation or issuer  Confirmations related to  fixed  income  transactions may reflect a mark up or  mark down  both as a dollar and percentage value  The mark up or mark down dollar value is calculated as the execution price less the prevailing market price (PMP) multiplied by the quantity  The mark up or mark down percentage value is calculated as the mark up or mark-down dollar value divided by the PMP  Trades with a mark up or mark down value of  'N/A'  indicate a negative mark up (i e  the sale of the security was at a price lower than the PMP)

Final prospectus and/or offering documentation is available upon request in connection with your purchase of a security where the issuer is deemed to control  be controlled by  or under common control with ETS (i e  affiliated securities)

Additional Fees may include a broker assist fee an order handling  fee and/or market center charges  ETS will charge a fee if you request to have certificates issued in your name and  mailed to you

**Payment for Order Flow Disclosure**
The SEC (as well as FINRA) requires that all broker dealers inform their customers when a new account  is opened  and on an annual basis  thereafter  of payment for order  flow practices (compensation received for placing orders through  specialists on national securities exchanges  over-the-counter market makers  alternative trading systems  and ECN s (collectively  'market centers' ))  Consistent with the overriding principle of best execution  ETS routes orders to various market makers  including its affiliate Morgan Stanley & Co  LLC  ETS receives remuneration (generally in the form of per share cash payments or through  profit sharing  arrangements) for routing orders in securities to particular market centers for execution  Such remuneration is considered  compensation to ETS  and the source and amount  of any compensation received in connection with your transaction will be disclosed to you upon written request  ETS  absent instructions from you to the contrary takes a number of factors into consideration  in determining  where to route customers orders  including  the  speed  of execution  price improvement opportunities  (executions at prices superior  to the  then prevailing inside market)  automatic execution  guarantees  the availability of efficient and reliable order handling systems  the level of service provided  the cost  of executing  orders  whether it will  receive  cash or  non-cash payments for routing order flow  and reciprocal business  arrangements

Trades noted as  AVG PRICE SHOWN  DETAILS ON REQ  are executed through an average price account  The price shown may represent an average of multiple executions or may represent a single execution at the price indicated  Details regarding trades done in an average price account are available upon request

**Structured Products**
Structured Products are complex products and may be subject to special risks  Investors should consider  the concentration risk of owning the related security and their total exposure to any underlying asset

Rev 04/21  5129  B04

# E✱TRADE
from Morgan Stanley

**E✱TRADE Securities**

Investment Account

## TRADE CONFIRMATION

**Account Number  XXXX 6829**

**Account Name**
ALEXANDER YON

E✱TRADE Securities LLC
P O Box 484
Jersey City  NJ  07303 0484

**Customer Update**
Tax questions? No problem  Get helpful tips  tools  and key dates in the Tax Center  Visit
etrade com/tax today

| TRADE DATE | SETL DATE | MKT / CPT | SYMBOL / CUSIP | BUY / SELL | QUANTITY | PRICE | ACCT TYPE | | |
|---|---|---|---|---|---|---|---|---|---|
| 04/28/22 | 05/02/22 | 6 1 | IONQ | BUY | 20 | $8 2968 | Cash | PRINCIPAL | $165 94 |
| **IONQ INC COMMON STOCK** | | | | | | | | NET AMOUNT | **$165 94** |
| 04/28/22 | 05/02/22 | 6 1 | MMAT | BUY | 200 | $1 275 | Cash | PRINCIPAL | $255 00 |
| **META MATLS INC COMMON STOCK** | | | | | | | | NET AMOUNT | **$255 00** |
| 04/28/22 | 05/02/22 | 6 1 | MMTLP | BUY | 1 000 | $1 30 | Cash | PRINCIPAL | $1 300 00 |
| **META MATLS INC PFD SER A** | | | | | | | | COMMISSION | $4 95 |
| PERPETUAL | | | | | | | | NET AMOUNT | **$1 304 95** |
| 04/28/22 | 05/02/22 | 6 1 | TSLA | BUY | 2 | $870 83 | Cash | PRINCIPAL | $1 741 66 |
| **TESLA INC COMMON STOCK** | | | | | | | | NET AMOUNT | **$1 741 66** |

▲  DETACH HERE
ALEXANDER YON
1462 DESOTO RD
BALTIMORE MD  21230 1202

DETACH HERE  ▲

**Use This Deposit Slip    Acct. XXXX-6829**

**Please do not send cash**

| | Dollars | Cents |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| **TOTAL DEPOSIT** | | |

Make checks payable to E*TRADE Securities LLC
Mail deposits to

E*TRADE Securities LLC
P O  Box 484
Jersey City  NJ  07303 0484

042820220001  900508568293



**E✳TRADE**
from Morgan Stanley

**Type of Transaction**
(Market)
1 NYSE
2 NYSE American
3 Other US Registered Exchanges
4 Mutual Funds
5 CBOE
6 Over the Counter
7 Underwriting
8 Foreign Exchange or Other

(Capacity in which your broker is acting)
1 2 3 4 5 8 As agent
6 As agent for both buyer and seller  The commission charged to the party on the other side of the transaction will be furnished upon request
7 As principal
9 As agent and as principal

If the symbol ( ) appears in the security description on the face hereof the offering of the described security has been made solely by means of the prospectus relating thereto  a copy of which has been or will be delivered to you  the receipt of which is acknowledged by payment hereof
If the symbol (F) appears in the security description  it indicates that the security is  Foreign and may be subject to interest equalization tax
If the symbol (T) appears in the security description  an officer or employee of ETS is a director of the issuer of the securities involved in this transaction  A control relationship may therefore exist between the issuer and ETS

Please retain this confirmation for income tax purposes  Federal regulations require brokers to report proceeds from all transactions to the Internal Revenue Service

**Terms and Conditions**

Please refer to the E*TRADE Customer Agreement for a complete discussion of the terms and conditions governing your account  If you have questions regarding the E*TRADE Customer Agreement or your account  please email us through etrade.com or call 800-387-2331  THE INFORMATION CONTAINED IN THIS CONFIRMATION SHALL BE BINDING UPON YOU IF YOU DO NOT OBJECT IN WRITING WITHIN TWO (2) DAYS AFTER THE CONFIRMATION IS FIRST RECEIVED BY YOU  Securities products and services are offered by E*TRADE  Securities LLC  ( ETS*)  Member SIPC and a business of Morgan Stanley  Your account is carried by ETS  which maintains your funds and securities deposited with ETS  An affiliate of ETS may act as a principal or agent in your transaction(s)

Applicable Rules and Regulations. All transactions in your account shall be subject to the constitution  rules  regulations  customs  and usages  of the exchange or market  and its clearing house  where the transactions are executed by ETS or its agents  including ETS affiliates  Also  where applicable  the transactions shall be subject to the provisions of the Securities Act of 1933 as amended  the Securities Exchange Act of 1934 as amended  and the rules and regulations of the Securities and Exchange Commission ( SEC )  the Board of Governors of the Federal Reserve System  and any applicable self regulatory organization  For information about FINRA s BrokerCheck Program  including an investor brochure please contact FINRA at 800-289-9999 or www.finra.org

Securities held on your behalf at ETS or a central clearing facility but not registered in your name are commingled with identical securities held for other customers  In the event that securities so held are called by the issuer  the securities to be called will be determined by an impartial and random selection system  If your security is selected  it will be presented for redemption and your account credited with the proceeds  You have the right to withdraw uncalled  fully paid securities at any time prior to a partial call and also to withdraw  excess margin securities not subject to restriction

The responsibility to cancel an existing open order rests with you  Any transaction that results from the execution of any orders that you have not instructed us to cancel  prior to execution  will be recorded in your account  Market orders are subject to immediate execution and are difficult to cancel

If required payment or delivery of securities is not made by the settlement date ETS may  at its option and without further notice  charge interest on the amount shown on the face hereof or cancel  sell out  or buy in the subject securities and charge your account for any expenses losses or other costs incurred

Investments in securities are not guaranteed by ETS  are not insured by the FDIC  and will fluctuate with changes in market conditions  When selling a security  you may receive more or less than your original investment

The principal amount or commission described on the face hereof may include an Additional Fee  for special services rendered  Other charges may include commissions  paid to affiliates of ETS  local taxes  transaction fees and exchange fees  among others  For customers who choose to convert from the currency in which the security or payment thereon is denominated  the amounts provided with respect to principal  interest  dividend and/or yield is subject to fluctuation or applicable foreign currency exchange rates and costs including a markup charged by ETS  Further details are available upon written request  The name of the party with whom this transaction was made and time of execution of the transaction will be furnished upon written request

Securities purchased by you  or held by ETS may be hypothecated and/or commingled with securities carried for other customers

Call features for bonds may exist and such bonds can be redeemed in whole or in part before maturity and could affect the yield  complete information will be provided upon request  With respect to a zero coupon issue you will not receive periodic payments  and the securities may be callable at a price below maturity value  Furthermore  a zero coupon issue that is callable and in bearer form may be called without notice by mail to you unless the issue is registered

For an asset backed security (e.g  GMO  FNMA  FHLMC  or GNMA)  the actual yield may vary  according to the rate  at which the underlying assets or receivables are prepaid  Information concerning factors that affect yield  including  estimated yield  weighted average life  and prepayment assumptions  are available upon request

The ratings that appear in the description of some fixed-income securities have been obtained from rating services that we believe to be reliable  however  we cannot guarantee their accuracy  Securities for which a rating is not available will be marked  Not Rated  A withdrawn rating 'WR' signifies the removal of a rating on either an obligation or issuer  Confirmations related to fixed income transactions may reflect a mark up or mark down  both as a dollar and percentage value  The mark up or mark down dollar value is calculated as the execution price less the prevailing market price (PMP) multiplied by the quantity  The mark up or mark down percentage value is calculated as the mark up or mark-down dollar value divided by the PMP  Trades with a mark up or mark down value of 'N/A' indicate a negative mark up (i e  the sale of the security was at a price lower than the PMP)

Final prospectus and/or offering documentation is available upon request in connection with your purchase of a security where the issuer is deemed to control  be controlled by  or under common control with ETS (i e  affiliated securities)

Additional Fees may include a broker assist fee an order handling fee and/or market center charges  ETS will charge a fee if you request to have certificates issued in your name and mailed to you

**ALEXANDER YON**
**1462 DESOTO RD**
**BALTIMORE MD  21230-1202**

**Payment for Order Flow Disclosure**
The SEC (as well as FINRA) requires that all broker dealers inform their customers when a new account is opened  and on an annual basis thereafter of payment for order flow practices (compensation received for placing orders through specialists on national securities exchanges  over-the-counter market makers  alternative trading systems  and ECN s (collectively  'market centers ))  Consistent with the overriding principle of best execution  ETS routes orders to various market makers  including its affiliate Morgan Stanley & Co  LLC  ETS receives remuneration (generally in the form of per share cash payments or through  profit sharing  arrangements)  for routing orders in securities to particular market centers for execution  Such remuneration is considered  compensation to ETS  and the source  and amount of any compensation received in connection with your transaction will be disclosed to you upon written request  ETS  absent instructions from you to the contrary  takes a number of factors into consideration in determining  where to route customers orders  including  the  speed of execution  price improvement opportunities (executions at prices superior to the then prevailing inside market)  automatic execution guarantees  the availability of efficient and reliable order handling systems  the level of service provided  the cost of executing orders  whether it will receive cash or non-cash payments for routing order flow  and reciprocal business  arrangements

Trades noted as  AVG PRICE SHOWN DETAILS ON REQ  are executed through an average price account  The price shown may represent an average of multiple executions or may represent a single  execution at the price indicated  Details regarding trades done in an average price account are available upon request

**Structured Products**
Structured Products are complex products and may be subject to special risks  Investors should consider the concentration risk of owning the related security and their total exposure to any underlying asset

Rev 04/21 5125 B04

# E✱TRADE

from Morgan Stanley

Page 1 of 2

## E✱TRADE Securities

Investment Account

# TRADE CONFIRMATION

**Account Number  XXXX 6829**

**Account Name**
ALEXANDER YON

E✱TRADE Securities LLC
P O Box 484
Jersey City  NJ  07303 0484

**Customer Update**

Tax questions? No problem  Get helpful tips  tools  and key dates in the Tax Center  Visit etrade com/tax today

| TRADE DATE | SETL DATE | MKT / CPT | SYMBOL / CUSIP | BUY / SELL | QUANTITY | PRICE | ACCT TYPE | | |
|---|---|---|---|---|---|---|---|---|---|
| 04/29/22 | 05/03/22 | 6 1 | MMAT | BUY | 1 | $1 2084 | Cash | PRINCIPAL | $1 21 |
| META MATLS INC COMMON STOCK | | | | | | | | NET AMOUNT | $1 21 |
| 04/29/22 | 05/03/22 | 6 1 | MMTLP | BUY | 2 800 | $1 26 | Cash | PRINCIPAL | $3 528 00 |
| META MATLS INC PFD SER A | | | | | | | | COMMISSION | $4 95 |
| PERPETUAL | | | | | | | | NET AMOUNT | $3 532 95 |

▲ DETACH HERE
ALEXANDER YON
1462 DESOTO RD
BALTIMORE MD  21230 1202

DETACH HERE ▲

**Use This Deposit Slip    Acct  XXXX-6829**

**Please do not send cash**

| | Dollars | Cents |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| **TOTAL DEPOSIT** | | |

Make checks payable to E*TRADE Securities LLC
Mail deposits to

E*TRADE Securities LLC
P O Box 484
Jersey City  NJ  07303 0484

042920220001  900508568293


E*TRADE
from Morgan Stanley

**Type of Transaction**
(Market)
1 NYSE                                          5 CBOE
2 NYSE American                          6 Over the Counter
3 Other US Registered Exchanges    7 Underwriting
4 Mutual Funds                             8 Foreign Exchange or Other

(Capacity in which your broker is acting)
1 2 3 4 5 8 As agent
6 As agent for both buyer and seller  The commission charged to the party on the other side of the
transaction will be furnished upon request
7 As principal
9 As agent and as principal

If the symbol ( ) appears in the security description on the face hereof  the offering of the
described security has been made solely by means of the prospectus relating thereto  a copy
of which has been or will be delivered to you  the receipt of which is acknowledged by payment
hereof
If the symbol (F) appears in the security description  it indicates that the security is  Foreign
and may be subject to interest equalisation tax
If the symbol (T) appears in the security description  an officer or employee of ETS is a director
of the issuer of the securities involved in this transaction  A control relationship may therefore
exist between the issuer and ETS

Please retain this confirmation for income tax purposes  Federal regulations require brokers
to report proceeds from all transactions to the Internal Revenue Service

## Terms and Conditions

Please refer to the E*TRADE Customer Agreement for a complete discussion of the terms
and conditions governing your account  If you have questions regarding the E*TRADE
Customer Agreement or your account  please email us through etrade com or call 800-387
2331  THE INFORMATION CONTAINED IN THIS CONFIRMATION  SHALL BE BINDING
UPON YOU IF YOU  DO NOT  OBJECT  IN WRITING WITHIN TWO (2) DAYS AFTER THE
CONFIRMATION IS FIRST RECEIVED BY YOU  Securities products and services are offered
by E*TRADE  Securities LLC ( ETS")  Member SIPC and a business of Morgan Stanley
Your account is carried by ETS  which maintains your funds and securities deposited with
ETS  An affiliate of ETS may act as a principal or agent in your transaction(s)

**Applicable Rules and Regulations.** All transactions in your account shall be subject to the
constitution  rules  regulations  customs  and usages of the exchange or market  and its
clearing house  where the transactions are executed by ETS or its agents  including ETS
affiliates  Also  where applicable  the transactions shall be subject to the provisions of the
Securities Act of 1933  as amended  the Securities Exchange Act of 1934  as amended  and
the rules and regulations of the Securities and Exchange Commission ( SEC")  the Board of
Governors of the Federal Reserve System  and any applicable self regulatory organization
For information about FINRA s BrokerCheck Program  including an investor brochure  please
contact FINRA  at 800-289-9999 or www finra org

Securities held on your behalf at ETS or a central clearing facility but not registered in your
name are commingled with identical securities held for other customers  In the event that
securities so held are called by the issuer  the securities to be called will be determined  by
an impartial and random selection system  If your security is selected  it will be presented for
redemption and your account credited with the proceeds  You have the right to withdraw
uncalled fully paid securities at any time prior to a partial call and also to withdraw excess
margin securities not subject to restriction

The responsibility to cancel an existing open order rests with you  Any transaction that results
from the execution of any orders that you have not instructed us to cancel  prior to execution
will be recorded in your account  Market orders are subject to immediate execution and are
difficult to cancel

If required payment or delivery of securities is not made by the settlement date  ETS may  at its
option and without further  notice  charge interest on the amount shown on the face hereof
or cancel  sell out  or buy  in the subject securities and charge  your account for any
expenses  losses or other costs incurred

Investments in securities  are not guaranteed by ETS  are not insured by the FDIC  and will
fluctuate with changes in market conditions  When selling a security you may receive more or
less than your original investment

The principal amount or commission described on the face hereof may include an Additional
Fee  for special services rendered  Other charges may include commissions paid to affiliates
of ETS  local taxes  transaction fees and exchange fees  among others  For customers who
choose to  convert from the currency  in which the  security  or  payment  thereon  is
denominated  the amounts provided with respect to principal  interest  dividend and/or yield
is subject to fluctuation or applicable foreign currency exchange rates and costs including a
markup charged by ETS  Further details are available upon written request  The name of the
party with whom this transaction was made and time of execution of the transaction will be
furnished upon written request

Securities purchased by you or held by ETS may be hypothecated and/or  commingled
with securities carried for other customers

Call features  for bonds  may  exist  and  such  bonds  can  be  redeemed  in  whole  or  in  part
before  maturity  and  could  affect  the  yield  complete  information  will  be  provided  upon
request  With respect to a zero coupon issue  you will not receive periodic payments  and the
securities may be callable at a price below maturity value  Furthermore  a zero coupon issue
that is callable and in bearer form may be called without notice by mail to you unless the issue is
registered

For an asset backed security (e g  GMO  FNMA  FHLMC  or GNMA)  the actual yield may
vary  according to  the  rate  at  which the underlying assets or receivables are prepaid
Information concerning factors that affect yield  including estimated yield  weighted average
life  and prepayment assumptions  are available upon request

The ratings that appear in the description of some fixed-income securities have been obtained
from  rating  services  that  we  believe  to  be  reliable  however  we  cannot  guarantee  their
accuracy  Securities  for  which  a rating  is  not  available  will  be  marked  Not Rated   A withdrawn
rating  WR  signifies the removal of a rating on either an obligation or issuer  Confirmations related
to  fixed  income  transactions  may  reflect  a  mark up  or  mark-down  both  as  a  dollar  and
percentage value  The mark up or mark down dollar value is calculated as the execution price
less the prevailing market price (PMP) multiplied by the quantity  The mark up or mark down
percentage value is calculated as the mark up or mark-down dollar value divided by the PMP
Trades with a mark up or mark down value of  N/A  indicate a negative mark up (i e  the sale
of the security was at a price lower than the PMP)

Final prospectus and/or offering documentation is available upon request in connection with
your purchase of a security where the issuer is deemed to control  be controlled by  or under
common control with ETS (i e  affiliated securities)

Additional Fees may include a  broker  assist  fee  an  order  handling  fee  and/or market
center charges  ETS will charge a fee if you request to have certificates issued in your name
and mailed to you

ALEXANDER YON
1462 DESOTO RD
BALTIMORE MD  21230-1202

**Payment for Order Flow Disclosure**
The SEC (as well as FINRA) requires that all broker dealers inform their customers when a
new  account  is  opened  and  on  an  annual  basis  thereafter  of  payment  for  order  flow
practices  (compensation  received  for  placing  orders  through  specialists  on  national
securities  exchanges  over-the-counter market  makers  alternative trading  systems  and
ECN s  (collectively  "market centers"))  Consistent with the overriding principle of best
execution  ETS routes orders to various market makers  including its affiliate Morgan Stanley
& Co  LLC  ETS receives remuneration (generally in the form of per share cash payments or
through  profit  sharing  arrangements)  for  routing  orders  in  securities  to  particular  market
centers for execution  Such remuneration is  considered  compensation to  ETS  and  the
source  and  amount  of  any  compensation  received  in  connection  with  your  transaction  will
be disclosed to you upon written request  ETS  absent instructions from you to the contrary
takes  a  number  of  factors  into  consideration  in  determining  where  to  route  customers
orders  including  the  speed  of  execution  price  improvement  opportunities  (executions  at
prices  superior  to  the  then  prevailing  inside  market)  automatic  execution  guarantees  the
availability  of  efficient  and  reliable  order  handling  systems  the  level  of  service  provided  the
cost  of  executing  orders  whether  it  will  receive  cash  or  non  cash  payments  for  routing
order flow  and reciprocal business  arrangements

Trades noted as  AVG PRICE SHOWN DETAILS ON REQ  are executed through an average
price account  The price shown may represent an average of multiple executions or may represent a
single  execution at the price indicated  Details regarding trades done in an average price account are
available upon request

Structured Products
Structured Products are complex products and may be subject to special risks  Investors should
consider  the concentration  risk  of  owning  the  related  security  and  their  total  exposure  to  any
underlying asset

Rev 04/21  S1237004

Page 1 of 4

# E✱TRADE
from Morgan Stanley

**E✱TRADE Securities**

Investment Account

## TRADE CONFIRMATION

**Account Number**  XXXX 6829

E✱TRADE Securities LLC
P O  Box 484
Jersey City  NJ  07303 0484

**Account Name**
ALEXANDER YON

**Customer Update**
Invest to make an impact  Learn how sustainable investing offers growth potential while supporting your values at us etrade com/knowledge/sustainable investing

| TRADE DATE | SETL DATE | MKT/ CPT | SYMBOL/ CUSIP | BUY/ SELL | QUANTITY | PRICE | ACCT TYPE | | |
|---|---|---|---|---|---|---|---|---|---|
| 05/06/22 | 05/10/22 | 6 1 | KO | BUY | 10 | $64 33 | Cash | PRINCIPAL | $643 30 |
| COCA COLA COMPANY (THE) | | | | | | | | NET AMOUNT | $643 30 |
| 05/06/22 | 05/10/22 | 6 1 | MMAT | BUY | 100 | $1 19 | Cash | PRINCIPAL | $119 00 |
| META MATLS INC COMMON STOCK | | | | | | | | NET AMOUNT | $119 00 |
| 05/06/22 | 05/10/22 | 6 1 | MMTLP | BUY | 100 | $1 30 | Cash | PRINCIPAL | $130 00 |
| META MATLS INC PFD SER A | | | | | | | | COMMISSION | $4 95 |
| PERPETUAL | | | | | | | | NET AMOUNT | $134 95 |
| 05/06/22 | 05/10/22 | 6 1 | MMTLP | BUY | 100 | $1 27 | Cash | PRINCIPAL | $127 00 |
| META MATLS INC PFD SER A | | | | | | | | COMMISSION | $4 95 |
| PERPETUAL | | | | | | | | NET AMOUNT | $131 95 |
| 05/06/22 | 05/10/22 | 6 1 | NVDA | BUY | 1 | $189 0238 | Cash | PRINCIPAL | $189 02 |
| NVIDIA CORP | | | | | | | | NET AMOUNT | $189 02 |
| 05/06/22 | 05/10/22 | 6 1 | NVDA | BUY | 4 | $185 63 | Cash | PRINCIPAL | $742 52 |
| NVIDIA CORP | | | | | | | | NET AMOUNT | $742 52 |
| 05/06/22 | 05/10/22 | 6 1 | TSLA | BUY | 10 | $857 7984 | Cash | PRINCIPAL | $8 577 98 |
| TESLA INC COMMON STOCK | | | | | | | | NET AMOUNT | $8 577 98 |

▲ DETACH HERE

ALEXANDER YON
1462 DESOTO RD
BALTIMORE MD  21230 1202

DETACH HERE ▲

**Use This Deposit Slip**  **Acct**  **XXXX-6829**

**Please do not send cash**

| Dollars | Cents |
|---|---|
| | |
| | |
| | |
| | |
| | |

Make checks payable to E✱TRADE Securities LLC
Mail deposits to

**TOTAL DEPOSIT**

E✱TRADE Securities LLC
P O  Box 484
Jersey City  NJ  07303 0484

050620220001  900508568293

Page 2 of 4

# E✳TRADE
from Morgan Stanley

## E✳TRADE Securities
**Investment Account**

# TRADE CONFIRMATION

**Account Number  XXXX 6829**

| TRADE DATE | SETL DATE | MKT/ CPT | SYMBOL/ CUSIP | BUY/ SELL | QUANTITY | PRICE | ACCT TYPE | | |
|---|---|---|---|---|---|---|---|---|---|
| 05/06/22 | 05/10/22 | 6 1 | BBIG | BUY | 10 | $3 2093 | Cash | PRINCIPAL | | $32 09 |
| **VINCO VENTURES INC COMMON STOCK** | | | | | | | | NET AMOUNT | | $32 09 |

This Page Intentionally Left Blank



**E★TRADE**
from Morgan Stanley

Type of Transaction
(Market)
1 NYSE                                   5 CBOE
2 NYSE American                          6 Over-the-Counter
3 Other US Registered Exchanges          7 Underwriting
4 Mutual Funds                           8 Foreign Exchange or Other

(Capacity in which your broker is acting)
1 2 3 4 5 8 As agent
6 As agent for both buyer and seller  The commission charged to the party on the other side of the transaction will be furnished upon request
7 As principal
9 As agent and as principal

If the symbol ( ) appears in the security description on the face hereof  the offering of the described security has been made solely by means of the prospectus relating thereto  a copy of which has been or will be delivered to you  the receipt of which is acknowledged by payment hereof

If the symbol (F) appears in the security description  it indicates that the security is  Foreign and may be subject to interest equalization tax

If the symbol (T) appears in the security description  an officer or employee of ETS is a director of the issuer of the securities involved in this transaction  A control relationship may therefore exist between the issuer and ETS

Please retain this confirmation for income tax purposes  Federal regulations require brokers to report proceeds from all transactions to the Internal Revenue Service

**Terms and Conditions**

Please refer to the E*TRADE Customer Agreement for a complete discussion of the terms and conditions governing your account  If you have questions regarding the E*TRADE Customer Agreement or your account  please email us through etrade.com or call 800-387 2331  THE INFORMATION CONTAINED IN THIS CONFIRMATION SHALL BE BINDING UPON YOU IF YOU DO NOT OBJECT IN WRITING WITHIN TWO (2) DAYS AFTER THE CONFIRMATION IS FIRST RECEIVED BY YOU  Securities products and services are offered by E*TRADE Securities LLC ( ETS )  Member SIPC and a business of Morgan Stanley  Your account is carried by ETS  which maintains your funds and securities deposited with ETS  An affiliate of ETS may act as a principal or agent in your transaction(s)

Applicable Rules and Regulations. All transactions in your account shall be subject to the constitution  rules  regulations  customs  and usages of the exchange or market  and its clearing house  where the transactions are executed by ETS or its agents  including ETS affiliates  Also  where applicable  the transactions shall be subject to the provisions of the Securities Act of 1933 as amended  the Securities Exchange Act of 1934  as amended  and the rules and regulations of the Securities and Exchange Commission ( SEC )  the Board of Governors of the Federal Reserve System  and any applicable self regulatory organization  For information about FINRA s BrokerCheck Program  including an investor brochure  please contact FINRA at 800-289-9999 or www finra org

Securities held on your behalf at ETS or a central clearing facility but not registered in your name are commingled with identical securities held for other customers  In the event that securities so held are called by the issuer  the securities to be called will be determined by an impartial and random selection system  If your security is selected  it will be presented for redemption and your account credited with the proceeds  You have the right to withdraw uncalled  fully paid securities at any time prior to a partial call and also to withdraw excess margin securities not subject to restriction

The responsibility to cancel an existing open order rests with you  Any transaction that results from the execution of any orders that you have not instructed us to cancel  prior to execution  will be recorded in your account  Market orders are subject to immediate execution and are difficult to cancel

If required payment or delivery of securities is not made by the settlement date  ETS may  at its option and without further notice  charge interest on the amount shown on the face hereof or cancel  sell out  or buy in the subject securities and charge your account for any expenses  losses  or other costs incurred

Investments in securities are not guaranteed by ETS  are not insured by the FDIC  and will fluctuate with changes in market conditions  When selling a security  you may receive more or less than your original investment

The principal amount or commission described on the face hereof may include an Additional Fee for special services rendered  Other charges may include commissions paid to affiliates of ETS  local taxes  transaction fees and exchange fees  among others  For customers who choose to convert from the currency in which the security or payment thereon is denominated  the amounts provided with respect to principal  interest  dividend and/or yield is subject to fluctuation or applicable foreign currency exchange rates and costs including a markup charged by ETS  Further details are available upon written request  The name of the party with whom the transaction was made and time of execution of the transaction will be furnished upon written request

Securities purchased by you or held by ETS may be hypothecated and/or commingled with securities carried for other customers

Call features for bonds may exist and such bonds can be redeemed in whole or in part before maturity and could affect the yield  complete information will be provided upon request  With respect to a zero coupon issue you will not receive periodic payments  and the securities may be callable at a price below maturity value  Furthermore  a zero coupon issue that is callable and in bearer form may be called without notice by mail to you unless the issue is registered

For an asset backed security (e.g  GMO  FNMA  FHLMC or GNMA)  the actual yield may vary  according to the rate  at which the underlying assets or receivables are prepaid  Information concerning factors that affect yield  including estimated yield  weighted average life  and prepayment assumptions  are available upon request

The ratings that appear in the description of some fixed-income securities have been obtained from rating services that we believe to be reliable  however  we cannot guarantee their accuracy  Securities for which a rating is not available will be marked  Not Rated   A withdrawn rating WR  signifies the removal of a rating on either an obligation or issuer  Confirmations related to fixed income transactions may reflect a mark up or mark-down  both as a dollar and percentage value  The mark up or mark down dollar value is calculated as the execution price less the prevailing market price (PMP) multiplied by the quantity  The mark up or mark down percentage value is calculated as the mark up or mark-down dollar value divided by the PMP  Trades with a mark up or mark down value of  N/A  indicate a negative mark up (i e  the sale of the security was at a price lower than the PMP)

Final prospectus and/or offering documentation is available upon request in connection with your purchase of a security where the issuer is deemed to control  be controlled by  or under common control with ETS (i e  affiliated securities)

Additional Fees may include a broker assist fee on order handling fee and/or market center charges  ETS will charge a fee if you request to have certificates issued in your name and mailed to you

**ALEXANDER YON**
**1462 DESOTO RD**
**BALTIMORE MD  21230-1202**

**Payment for Order Flow Disclosure**
The SEC (as well as FINRA) requires that all broker dealers inform their customers when a new account is opened  and on an annual basis thereafter of payment for order flow practices (compensation received for placing orders through specialists on national securities exchanges  over-the-counter market makers  alternative trading systems  and ECN s  (collectively  market centers ))  Consistent with the overriding principle of best execution  ETS routes orders to various market makers  including its affiliate Morgan Stanley & Co LLC  ETS receives remuneration (generally in the form of per share cash payments or through  profit sharing arrangements) for routing orders in securities to particular market centers for execution  Such remuneration is considered  compensation to  ETS  and the source and amount of any compensation received in connection with your transaction will be disclosed to you upon written request  ETS  absent instructions from you to the contrary  takes a number of factors into consideration in determining  where to route customers orders  including  the  speed of execution  price improvement  opportunities (executions at prices superior to the then prevailing inside market)  automatic execution guarantees  the availability of efficient and reliable order handling systems  the level of service provided  the cost of executing orders  whether it will  receive  cash or non-cash payments for routing order flow  and reciprocal business  arrangements

Trades noted as  AVG PRICE SHOWN-DETAILS ON REQ  are executed through an average price account  The price shown may represent an average of multiple executions or may represent a single execution at the price indicated  Details regarding trades done in an average price account are available upon request

**Structured Products**
Structured Products are complex products and may be subject to special risks  Investors should consider the concentration risk of owning the related security and their total exposure to any underlying asset

Rev 04/21  S1237804

# E✴TRADE
from Morgan Stanley

## E✴TRADE Securities
Investment Account

# TRADE CONFIRMATION

**Account Number  XXXX 6829**

E✴TRADE Securities LLC
P O Box 484
Jersey City  NJ  07303 0484

**Account Name**
ALEXANDER YON

**Customer Update**
Invest to make an impact  Learn how sustainable investing offers growth potential while supporting your values at us etrade com/knowledge/sustainable investing

| TRADE DATE | SETL DATE | MKT/ CPT | SYMBOL/ CUSIP | BUY/ SELL | QUANTITY | PRICE | ACCT TYPE | | |
|---|---|---|---|---|---|---|---|---|---|
| 05/10/22 | 05/12/22 | 6 1 | CEI | BUY | 100 | $ 6873 | Cash | PRINCIPAL | $68 73 |
| CAMBER ENERGY INC COMMON STOCK | | | | | | | | NET AMOUNT | $68 73 |
| 05/10/22 | 05/12/22 | 6 1 | KO | BUY | 1 | $64 63 | Cash | PRINCIPAL | $64 63 |
| COCA COLA COMPANY (THE) | | | | | | | | NET AMOUNT | $64 63 |
| 05/10/22 | 05/12/22 | 6 1 | ILUS | BUY | 400 | $ 1171 | Cash | PRINCIPAL | $46 86 |
| ILUSTRATO PICTURES INTERNATIONAL INC | | | | | | | | COMMISSION | $4 95 |
| | | | | | | | | NET AMOUNT | $51 81 |
| 05/10/22 | 05/12/22 | 6 1 | MMAT | BUY | 5 | $1 225 | Cash | PRINCIPAL | $6 13 |
| META MATLS INC COMMON STOCK | | | | | | | | NET AMOUNT | $6 13 |
| 05/10/22 | 05/12/22 | 6 1 | MMAT | BUY | 1 | $1 155 | Cash | PRINCIPAL | $1 16 |
| META MATLS INC COMMON STOCK | | | | | | | | NET AMOUNT | $1 16 |
| 05/10/22 | 05/12/22 | 6 1 | MMAT | BUY | 43 | $1 169 | Cash | PRINCIPAL | $50 27 |
| META MATLS INC COMMON STOCK | | | | | | | | NET AMOUNT | $50 27 |
| 05/10/22 | 05/12/22 | 6 1 | MMTLP | BUY | 4 000 | $1 22 | Cash | PRINCIPAL | $4 880 00 |
| META MATLS INC PFD SER A | | | | | | | | COMMISSION | $4 95 |
| PERPETUAL | | | | | | | | NET AMOUNT | $4 884 95 |

▲ DETACH HERE

ALEXANDER YON
1462 DESOTO RD
BALTIMORE MD  21230 1202

DETACH HERE  ▲

**Use This Deposit Slip**    Acct  **XXXX-6829**

**Please do not send cash**

| Dollars | Cents |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

**TOTAL DEPOSIT**

Make checks payable to E✴TRADE Securities LLC
Mail deposits to

E✴TRADE Securities LLC
P O  Box 484
Jersey City  NJ  07303 0484

051020220001  900508568293

# E✱TRADE
from Morgan Stanley

## E✱TRADE Securities
Investment Account

# TRADE CONFIRMATION

**Account Number  XXXX 6829**

| TRADE DATE | SETL DATE | MKT / CPT | SYMBOL / CUSIP | BUY / SELL | QUANTITY | PRICE | ACCT TYPE | | |
|---|---|---|---|---|---|---|---|---|---|
| 05/10/22 | 05/12/22 | 6 1 | NVDA | BUY | 1 | $173 57 | Cash | PRINCIPAL | $173 57 |
| **NVIDIA CORP** | | | | | | | | NET AMOUNT | $173 57 |

This Page Intentionally Left Blank


E✱TRADE
from Morgan Stanley

**Type of Transaction**
(Market)
1 NYSE
2 NYSE American
3 Other US Registered Exchanges
4 Mutual Funds

5 CBOE
6 Over the Counter
7 Underwriting
8 Foreign Exchange or Other

(Capacity in which your broker is acting)
1, 2, 3, 4, 5 & 8 As agent
6 As agent for both buyer and seller  The commission charged to the party on the other side of the transaction will be furnished upon request
7 As principal
9 As agent and as principal

If the symbol ( ) appears in the security description on the face hereof the offering of the described security has been made solely by means of the prospectus relating thereto  a copy of which has been or will be delivered to you  the receipt of which is acknowledged by payment hereof
If the symbol (F) appears in the security description  it indicates that the security is  Foreign and may be subject to interest equalization tax
If the symbol (T) appears in the security description  an officer or employee of ETS is a director of the issuer of the securities involved in this transaction  A control relationship may therefore exist between the issuer and ETS

Please retain this confirmation for income tax purposes  Federal regulations require brokers to report proceeds from all transactions to the Internal Revenue Service

**ALEXANDER YON**
**1462 DESOTO RD**
**BALTIMORE MD  21230-1202**

### Terms and Conditions

Please refer to the E✱TRADE Customer Agreement for a complete discussion of the terms and conditions  governing  your account  If you  have questions  regarding  the E✱TRADE Customer Agreement or your account  please email us through etrade com or call 800-387 2331  THE  INFORMATION  CONTAINED  IN  THIS  CONFIRMATION  SHALL  BE BINDING UPON YOU IF YOU  DO NOT OBJECT  IN WRITING WITHIN TWO (2) DAYS AFTER THE CONFIRMATION IS FIRST RECEIVED BY YOU  Securities products and services are offered by E✱TRADE  Securities LLC ( ETS")  Member SIPC and a business of Morgan Stanley Your account is carried by ETS  which maintains your funds and securities deposited with ETS  An affiliate of ETS may  act as a principal or agent in your transaction(s)

Applicable Rules and Regulations. All transactions in your account shall be subject to the constitution  rules  regulations  customs  and usages of the exchange or market, and its clearing house  where the transactions are executed by ETS or its agents  including ETS affiliates  Also  where applicable  the transactions shall be subject to the provisions of the Securities Act of 1933  as amended  the Securities Exchange Act of 1934  as amended  and the rules and regulations of the Securities and Exchange Commission ( SEC )  the Board of Governors of the Federal Reserve System  and any applicable self regulatory organization  For information about FINRA s BrokerCheck Program  including  an investor brochure  please contact FINRA  at 800 289-9999 or www finra org

Securities held on your behalf at ETS or a central clearing facility but not registered in your name are commingled with identical securities held for other customers  In the event that securities  so held are called by the issuer  the securities to be called will be determined by an impartial and random selection system  If your security is selected  it will be presented for redemption  and your account credited with the proceeds  You have the right to withdraw uncalled  fully paid securities at any time prior to a partial call  and also to withdraw  excess margin securities not subject to restriction

The responsibility to cancel an existing open order rests with you  Any transaction that results from the execution of any orders that you have not instructed us to cancel  prior to execution  will be recorded in your account  Market orders are subject to immediate execution and are difficult to cancel

If required payment or delivery of securities is not made by the settlement date  ETS may  at its option and without further notice  charge interest on the amount shown on the face hereof or cancel  sell out  or buy  In the subject securities and charge  your account for any expenses  losses  or other costs incurred

Investments in securities are not guaranteed by ETS  are not insured by the FDIC  and will fluctuate with changes in market conditions  When selling a security  you may receive more or less than your original investment

The principal amount or commission described on the face hereof may include an Additional Fee  for special services rendered  Other charges may include commissions paid to affiliates of ETS  local taxes  transaction fees and exchange fees  among others  For customers who choose to convert from  the currency  in which  the security  or payment  thereon  is denominated  the amounts provided with respect to principal  interest  dividend and/or yield is subject to fluctuation or applicable foreign currency exchange rates and costs including a markup charged by ETS  Further details are available upon written request  The name of the party with whom this transaction was made and time of execution of the transaction will be furnished upon written request

Securities purchased by you or held by ETS may be hypothecated and/or commingled with securities carried for other customers

Call features for bonds may exist and such bonds can be redeemed in whole or in part before  maturity and could  affect the yield  complete information  will be  provided upon request  With respect to a zero coupon issue  you will not receive periodic payments  and the securities  may be callable at a price below maturity value  Furthermore  a zero coupon issue that is callable and in bearer form may be called without notice by mail to you unless the issue is registered

For an asset backed security (e g  GMO  FNMA  FHLMC  or GMNA)  the actual yield may vary  according to the  rate  at  which the underlying assets or receivables are prepaid  Information concerning factors that affect yield  including  estimated yield  weighted average life  and prepayment assumptions  are available upon request

The ratings that appear in the description of some fixed-income securities have been obtained from rating services that we believe to be reliable  however  we cannot guarantee their accuracy  Securities for which a rating is not available will be marked  Not Rated  A withdrawn rating "WR  signifies the removal of a rating on either an obligation or issuer  Confirmations related to fixed income transactions may reflect a mark up or mark down  both as a dollar and percentage value  The mark up or mark down dollar value is calculated as the execution price less  the prevailing market price (PMP) multiplied by the quantity  The mark up or mark down percentage value is calculated as the mark up or mark-down dollar value divided by the PMP  Trades with a mark up or mark down value of  N/A  indicate a negative mark up (i e  the sale of the security was at a price lower than the PMP)

Final prospectus and/or offering documentation is available upon request in connection with your purchase of a security where the issuer is deemed to control  be controlled by  or under common control with ETS (i e  affiliated securities)

Additional Fees may include  a broker assist fee  an order handling fee  and/or market center charges  ETS will charge a fee if you request to have certificates issued in your name and  mailed to you

### Payment for Order Flow Disclosure

The SEC (as well as FINRA) requires that all broker dealers inform their customers when a new account is opened  and on an annual basis  thereof ter  of payment  for order flow practices  (compensation  received  for  placing  orders  through  specialists  on  national securities  exchanges  over-the-counter  market  makers  alternative trading systems  and ECN s  (collectively  market centers ))  Consistent with the overriding principle of best execution  ETS routes orders to various market makers  including its affiliate Morgan Stanley & Co LLC  ETS receives remuneration (generally in the form of per share cash payments or through  profit sharing  arrangements)  for  routing  orders  in  securities  to  particular  market centers for execution  Such  remuneration  is  considered  compensation  to  ETS  and  the source and amount of any  compensation received in connection with your transaction will be disclosed to you upon written request  ETS  absent  instructions from you to the contrary takes  a number of factors into consideration  in  determining  where to route customers orders  including  the  speed of execution  price improvement opportunities (executions at prices superior to the then prevailing inside market)  automatic execution guarantees  the availability of efficient and reliable order handling systems  the level of service provided  the cost of executing orders whether it will receive cash or non-cash payments for routing order flow  and reciprocal business  arrangements

Trades noted as  AVG PRICE SHOWN  DETAILS ON REQ  are executed through an average price account  The price shown may represent an average of multiple executions or may represent a single execution at the price indicated  Details regarding trades done in an average price account are available upon request

Structured Products
Structured Products are complex products and may be subject to special risks  Investors should consider the concentration risk of owning the related security and their total exposure to any underlying asset

Rev 04/21 S1237884



**E✱TRADE**
from Morgan Stanley

Page 1 of 2

**E✱TRADE Securities**

Investment Account

# TRADE CONFIRMATION

Account Number  XXXX 6829

**Account Name**
ALEXANDER YON

E✱TRADE Securities LLC
P O  Box 484
Jersey City  NJ  07303 0484

**Customer Update**
Invest to make an impact  Learn how sustainable investing offers growth potential while
supporting your values at us etrade com/knowledge/sustainable investing

| TRADE DATE | SETL DATE | MKT/ CPT | SYMBOL/ CUSIP | BUY/ SELL | QUANTITY | PRICE | ACCT TYPE | | |
|---|---|---|---|---|---|---|---|---|---|
| 05/11/22 | 05/12/22 | 2 1 | | BUY | 10 | $ 04 | Cash | PRINCIPAL | $40 00 |
| **CALL CEI** | **05/20/22** | | **1 CAMBER ENERGY INC** | | | | | COMMISSION | $5 00 |
| OPEN CONTRACT | | | | | | | | OPT REG FEE | $0 10 |
| | | | | | | | | NET AMOUNT | $45 10 |
| 05/11/22 | 05/13/22 | 6 1 | MMAT | BUY | 11 | $1 175 | Cash | PRINCIPAL | $12 93 |
| **META MATLS INC COMMON STOCK** | | | | | | | | NET AMOUNT | $12 93 |
| 05/11/22 | 05/13/22 | 6 1 | MMTLP | BUY | 291 | $1 17 | Cash | PRINCIPAL | $340 47 |
| **META MATLS INC PFD SER A** | | | | | | | | COMMISSION | $4 95 |
| | | | PERPETUAL | | | | | NET AMOUNT | $345 42 |
| 05/11/22 | 05/13/22 | 6 1 | NVDA | BUY | 40 | $170 73 | Cash | PRINCIPAL | $6 829 20 |
| **NVIDIA CORP** | | | | | | | | NET AMOUNT | $6 829 20 |
| 05/11/22 | 05/13/22 | 6 1 | TSLA | BUY | 10 | $776 67 | Cash | PRINCIPAL | $7 766 70 |
| **TESLA INC COMMON STOCK** | | | | | | | | NET AMOUNT | $7 766 70 |

▲ DETACH HERE
ALEXANDER YON
1462 DESOTO RD
BALTIMORE MD  21230 1202

DETACH HERE ▲

**Use This Deposit Slip    Acct XXXX-6829**

Please do not send cash

| Dollars | Cents |
|---|---|
| | |
| | |
| | |
| | |
| | |

Make checks payable to E✱TRADE Securities LLC
Mail deposits to

**TOTAL DEPOSIT**

E✱TRADE Securities LLC
P O  Box 484
Jersey City  NJ  07303 0484

051120220001  900508568293



E✲TRADE
from Morgan Stanley

**Type of Transaction**
(Market)
1 NYSE
2 NYSE American
3 Other US Registered Exchanges
4 Mutual Funds
5 CBOE
6 Over the Counter
7 Underwriting
8 Foreign Exchange or Other

(Capacity in which your broker is acting)
1 2 3 4 5 8 As agent
6 As agent for both buyer and seller  The commission charged to the party on the other side of the
  transaction will be furnished upon request
7 As principal
9 As agent and as principal

If the symbol ( ) appears in the security description on the face hereof the offering of the
described security has been made solely by means of the prospectus relating thereto  a copy
of which has been or will be delivered to you  the receipt of which is acknowledged by payment
hereof
If the symbol (F) appears in the security description  it indicates that the security is  Foreign
and may be subject to interest equalization tax
If the symbol (T) appears in the security description  an officer or employee of ETS is a director
of the issuer of the securities involved in this transaction  A control relationship may therefore
exist between the issuer and ETS

Please retain this confirmation for income tax purposes  Federal regulations require brokers
to report proceeds from all transactions to the Internal Revenue Service

**ALEXANDER YON**
**1462 DESOTO RD**
**BALTIMORE MD  21230-1202**

## Terms and Conditions

Please refer to the E*TRADE Customer Agreement for a complete discussion of the terms and conditions governing your account  If you have questions regarding the E*TRADE Customer Agreement or your account  please email us through etrade com or call 800-387 2331  THE INFORMATION CONTAINED IN THIS CONFIRMATION SHALL BE BINDING UPON YOU IF YOU DO NOT OBJECT IN WRITING WITHIN TWO (2) DAYS AFTER THE CONFIRMATION IS FIRST RECEIVED BY YOU  Securities products and services are offered by E*TRADE Securities LLC ( ETS )  Member SIPC and a business of Morgan Stanley  Your account is carried by ETS which maintains your funds and securities deposited with ETS  An affiliate of ETS may act as a principal or agent in your transaction(s)

Applicable Rules and Regulations. All transactions in your account shall be subject to the constitution  rules  regulations  customs  and usages of the exchange or market  and its clearing house  where the transactions are executed by ETS or its agents  including ETS affiliates  Also  where applicable  the transactions shall be subject to the provisions of the Securities Act of 1933  as amended  the Securities Exchange Act of 1934  as amended  and the rules and regulations of the Securities and Exchange Commission ( SEC )  the Board of Governors of the Federal Reserve System  and any applicable self regulatory organization  For information about FINRA s BrokerCheck Program  including an investor brochure please contact FINRA at 800-289-9999 or www.finra.org

Securities held on your behalf at ETS or a central clearing facility but not registered in your name are commingled with identical securities held for other customers  In the event that securities so held are called by the issuer  the securities to be called will be determined by an impartial and random selection system  If your security is selected  it will be presented for redemption and your account credited with the proceeds  You have the right to withdraw uncalled fully paid securities at any time prior to a partial call and also to withdraw excess margin securities not subject to restriction

The responsibility to cancel an existing open order rests with you  Any transaction that results from the execution of any orders that you have not instructed us to cancel  prior to execution  will be recorded in your account  Market orders are subject to immediate execution and are difficult to cancel

If required payment or delivery of securities is not made by the settlement date ETS may  at its option and without further notice  charge interest on the amount shown on the face hereof  or cancel  sell out  or buy in the subject securities and charge your account for any expenses  losses or other costs incurred

Investments in securities are not guaranteed by ETS  are not insured by the FDIC and will fluctuate with changes in market conditions  When selling a security you may receive more or less than your original investment

The principal amount or commission described on the face hereof may include an Additional Fee  for special services rendered  Other charges may include commissions paid to affiliates of ETS  local taxes  transaction fees  and exchange fees  among others  For customers who choose to convert from the currency in which the security or payment therein is denominated  the amounts provided with respect to principal  interest  dividend and/or yield is subject to fluctuation or applicable foreign currency exchange rates and costs including a markup charged by ETS  Further details are available upon written request  The name of the party with whom the transaction was made and time of execution of the transaction will be furnished upon written request

Securities purchased by you or held by ETS may be hypothecated and/or commingled with securities carried for other customers

Call features  for bonds may exist and such bonds can be redeemed in whole or in part before maturity and could  affect the yield  complete information will be  provided upon request  With respect to a zero coupon issue you will not receive periodic payments  and the securities may be callable at a price below maturity value  Furthermore  a zero coupon issue that is callable and in bearer form may be called without notice  payment is made by mail to you unless the issue is registered

For an asset backed security (e g  GMO  FNMA  FHLMC or GMNA) the actual yield may vary  according to the rate at which the underlying assets or receivables are prepaid  Information concerning factors that affect yield  including estimated yield  weighted average life  and prepayment assumptions are available upon request

The ratings that appear in the description of a fixed-income securities have been obtained from rating services that we believe to be reliable  however  we cannot guarantee their accuracy  Securities for which a rating is not available will be marked  Not Rated  A withdrawn rating 'WR'  signifies the removal of a rating on either an obligation or issuer  Confirmations related to fixed income transactions may reflect a mark up or mark down  both as a dollar and percentage value  The mark up or mark down dollar value is calculated as the execution price less the prevailing market price (PMP) multiplied by the quantity  The mark up or mark down percentage value is calculated as the mark up or mark down dollar value divided by the PMP  Trades with a mark up or mark down value of 'NA  indicate a negative mark up (i e  the sale of the security was at a price lower than the PMP)

Final prospectus and/or offering documentation is available upon request in connection with your purchase of a security where the issuer is deemed to control  be controlled by  or under common control with ETS (i e  affiliated securities)

Additional Fees may include a broker assist fee  an order handling fee  and/or market center charges  ETS will charge a fee if you request to have certificates issued in your name and mailed to you

### Payment for Order Flow Disclosure
The SEC (as well as FINRA) requires that all broker dealers inform their customers when a new account is opened  and on an annual basis thereafter of payment for order flow practices (compensation received for placing orders through specialists on national securities exchanges  over-the-counter market makers  alternative trading systems  and ECN s  (collectively  'market centers ))  Consistent with the overriding principle of best execution  ETS routes orders to various market makers  including its affiliate Morgan Stanley & Co LLC  ETS receives remuneration (generally in the form of per share cash payments or through  profit sharing  arrangements) for routing orders in securities to particular market centers for execution  Such remuneration is  considered  compensation to ETS  and this source and amount of any compensation received in connection with your transaction will be disclosed to you upon written request  ETS  absent instructions from you to the contrary  takes a number of factors into consideration in determining where to route customers orders  including  the  speed of execution  price improvement opportunities (executions at prices superior to the then prevailing inside market)  automatic execution guarantees  the availability of efficient and reliable order handling systems  the level of service provided  the cost of executing orders whether it will receive cash or non cash payments for routing order flow  and reciprocal business  arrangements

Trades noted as  AVG PRICE SHOWN DETAILS ON REQ  are executed through an average price account  The price shown may represent an average of multiple executions or may represent a single execution at the price indicated  Details regarding trades done in an average price account are available upon request

### Structured Products
Structured Products are complex products and may be subject to special risks  Investors should consider the concentration risk of owning the related security and their total exposure to any underlying asset

Rev 04/21 S123 B04

# E✳TRADE
from Morgan Stanley

Page 1 of 2

### E✳TRADE Securities
Investment Account

# TRADE CONFIRMATION

**Account Number  XXXX 6829**

**Account Name**
ALEXANDER YON

E✳TRADE Securities LLC
P O  Box 484
Jersey City  NJ  07303 0484

**Customer Update**
Invest to make an impact  Learn how sustainable investing offers growth potential while supporting your values at us etrade com/knowledge/sustainable investing

| TRADE DATE | SETL DATE | MKT/ CPT | SYMBOL/ CUSIP | BUY/ SELL | QUANTITY | PRICE | ACCT TYPE | | |
|---|---|---|---|---|---|---|---|---|---|
| 05/20/22 | 05/24/22 | 3 1 | GRAB | BUY | 100 | $3 00 | Cash | PRINCIPAL | $300 00 |
| | | | | | | | | NET AMOUNT | $300 00 |

***GRAB HOLDINGS LIMITED CLASS A ORDINARY SHARES**
AS OF 05/20/22
OPTION EXERCISE
CALL GRAB  05/20/22  3

| TRADE DATE | SETL DATE | MKT/ CPT | SYMBOL/ CUSIP | BUY/ SELL | QUANTITY | PRICE | ACCT TYPE | | |
|---|---|---|---|---|---|---|---|---|---|
| 05/20/22 | 05/24/22 | 3 1 | MMAT | BUY | 200 | $1 00 | Cash | PRINCIPAL | $200 00 |
| | | | | | | | | NET AMOUNT | $200 00 |

**META MATLS INC COMMON STOCK**
AS OF 05/20/22
OPTION EXERCISE
CALL MMAT  05/20/22  1

| TRADE DATE | SETL DATE | MKT/ CPT | SYMBOL/ CUSIP | BUY/ SELL | QUANTITY | PRICE | ACCT TYPE | | |
|---|---|---|---|---|---|---|---|---|---|
| 05/23/22 | 05/24/22 | 3 1 | | BUY | 10 | $ 54 | Cash | PRINCIPAL | $540 00 |
| | | | | | | | | COMMISSION | $5 00 |
| | | | | | | | | OPT REG FEE | $0 10 |
| | | | | | | | | NET AMOUNT | $545 10 |

**CALL MMAT  10/21/22   2 META MATLS INC**
OPEN CONTRACT

▲ DETACH HERE
ALEXANDER YON
1462 DESOTO RD
BALTIMORE MD  21230 1202

DETACH HERE ▲

**Use This Deposit Slip    Acct  XXXX-6829**

**Please do not send cash**

| | Dollars | Cents |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **TOTAL DEPOSIT** | | |

Make checks payable to E*TRADE Securities LLC
Mail deposits to

E*TRADE Securities LLC
P O  Box 484
Jersey City  NJ  07303 0484

052320220001  900508568293



E✱TRADE
from Morgan Stanley

**Type of Transaction**

(Market)
1 NYSE                                          5 CBOE
2 NYSE American                                 6 Over-the-Counter
3 Other US Registered Exchanges                 7 Underwriting
4 Mutual Funds                                  8 Foreign Exchange or Other

(Capacity in which your broker is acting)
1, 2, 3, 4, 5, 8 As agent
6 As agent for both buyer and seller. The commission charged to the party on the other side of the transaction will be furnished upon request
7 As principal
9 As agent and as principal

If the symbol ( ) appears in the security description on the face hereof, the offering of the described security has been made solely by means of the prospectus relating thereto. a copy of which has been or will be delivered to you. the receipt of which is acknowledged by payment hereof

If the symbol (F) appears in the security description. it indicates that the security is Foreign and may be subject to interest equalization tax

If the symbol (F) appears in the security description an officer or employee of ETS is a director of the issuer of the securities involved in this transaction. A control relationship may therefore exist between the issuer and ETS

Please retain this confirmation for income tax purposes. Federal regulations require brokers to report proceeds from all transactions to the Internal Revenue Service

## Terms and Conditions

Please refer to the E✱TRADE Customer Agreement for a complete discussion of the terms and conditions governing your account. If you have questions regarding the E✱TRADE Customer Agreement or your account. please email us through etrade.com or call 800-387-2331. THE INFORMATION CONTAINED IN THIS CONFIRMATION SHALL BE BINDING UPON YOU IF YOU DO NOT OBJECT IN WRITING WITHIN TWO (2) DAYS AFTER THE CONFIRMATION IS FIRST RECEIVED BY YOU. Securities products and services are offered by E✱TRADE Securities LLC ( ETS") Member SIPC and a business of Morgan Stanley. Your account is carried by ETS which maintains your funds and securities deposited with ETS. An affiliate of ETS may act as a principal or agent in your transaction(s)

Applicable Rules and Regulations. All transactions in your account shall be subject to the constitution rules regulations customs and usages of the exchange or market and its clearing house where the transactions are executed by ETS or its agents including ETS affiliates. Also where applicable the transactions shall be subject to the provisions of the Securities Act of 1933 as amended the Securities Exchange Act of 1934 as amended and the rules and regulations of the Securities and Exchange Commission ( SEC") the Board of Governors of the Federal Reserve System and any applicable self regulatory organization. For information about FINRA s BrokerCheck Program including an investor brochure please contact FINRA at 800 289-9999 or www.finra.org

Securities held on your behalf at ETS or a central clearing facility but not registered in your name are commingled with identical securities held for other customers. In the event that securities so held are called by the issuer the securities to be called will be determined by an impartial and random selection system. If your security is selected it will be presented for redemption and your account credited with the proceeds. You have the right to withdraw uncalled fully paid securities at any time prior to a partial call and also to withdraw excess margin securities not subject to restriction

The responsibility to cancel an existing open order rests with you. Any transaction that results from the execution of any orders that you have not instructed us to cancel prior to execution will be recorded in your account. Market orders are subject to immediate execution and are difficult to cancel

If required payment or delivery of securities is not made by the settlement date ETS may at its option and without further notice charge interest on the amount shown on the face hereof or cancel sell out or buy in the subject securities and charge your account for any expenses losses or other costs incurred

Investments in securities are not guaranteed by ETS are not insured by the FDIC and will fluctuate with changes in market conditions. When selling a security you may receive more or less than your original investment

The principal amount or commission described on the face hereof may include an Additional Fee for special services rendered. Other charges may include commissions paid to affiliates of ETS local taxes transaction fees and exchange fees among others. For customers who choose to convert from the currency in which the security or payment thereon is denominated the amounts provided with respect to principal interest dividend and/or yield is subject to fluctuation or applicable foreign currency exchange rates and costs including a markup charged by ETS. Further details are available upon written request. The name of the party with whom this transaction was made and time of execution of the transaction will be furnished upon written request

Securities purchased by you or held by ETS may be hypothecated and/or commingled with securities carried for other customers

Call features for bonds may exist and such bonds can be redeemed in whole or in part before maturity and could affect the yield complete information will be provided upon request. With respect to a zero coupon issue you will not receive periodic payments and the securities may be callable at a price below maturity value. Furthermore a zero coupon issue that is callable and in bearer form may be called without notice by mail to you unless the issue is registered

For an asset backed security (e.g. GMO FNMA FHLMC or GNMA) the actual yield may vary according to the rate at which the underlying assets or receivables are prepaid. Information concerning factors that affect yield including estimated yield weighted average life and prepayment assumptions are available upon request

The ratings that appear in the description of some fixed-income securities have been obtained from rating services that we believe to be reliable however we cannot guarantee their accuracy. Securities for which a rating is not available will be marked. Not Rated. A withdrawn rating WR signifies the removal of a rating on either an obligation or issuer. Confirmations related to fixed income transactions may reflect a mark up or mark down both as a dollar and percentage value. The mark up or mark down dollar value is calculated as the execution price less the prevailing market price (PMP) multiplied by the quantity. The mark up or mark down percentage value is calculated as the mark up or mark down dollar value divided by the PMP. Trades with a mark up or mark down value of N/A indicate a negative mark up (i e the sale of the security was at a price lower than the PMP)

Final prospectus and/or offering documentation is available upon request in connection with your purchase of a security where the issuer is deemed to control be controlled by or under common control with ETS (i e affiliated securities)

Additional Fees may include a broker asset fee an order handling fee and/or market center charges. ETS will charge a fee if you request to have certificates issued in your name and mailed to you

## ALEXANDER YON
## 1462 DESOTO RD
## BALTIMORE MD  21230-1202

### Payment for Order Flow Disclosure

The SEC (as well as FINRA) requires that all broker dealers inform their customers when a new account is opened and on an annual basis thereafter of payment for order flow practices (compensation received for placing orders through specialists on national securities exchanges over-the-counter market makers alternative trading systems and ECN s (collectively 'market centers )) Consistent with the overriding principle of best execution ETS routes orders to various market makers including its affiliate Morgan Stanley & Co LLC ETS receives remuneration (generally in the form of per share cash payments or through profit sharing arrangements) for routing orders in securities to particular market centers for execution Such remuneration is considered compensation to ETS and the source and amount of any compensation received in connection with your transaction will be disclosed to you upon written request ETS absent instructions from you to the contrary takes a number of factors into consideration in determining where to route customers orders including the speed of execution price improvement opportunities (executions at prices superior to the then prevailing inside market) automatic execution guarantees the availability of efficient and reliable order handling systems the level of service provided the cost of executing orders whether it will receive cash or non-cash payments for routing order flow and reciprocal business arrangements

Trades noted as AVG PRICE SHOWN DETAILS ON REQ are executed through an average price account. The price shown may represent an average of multiple executions or may represent a single execution at the price indicated. Details regarding trades done in an average price account are available upon request

### Structured Products

Structured Products are complex products and may be subject to special risks. Investors should consider the concentration risk of owning the related security and their total exposure to any underlying asset

Rv 04/21 S1237B04

# E✳TRADE®
from Morgan Stanley

## E✳TRADE Securities
Investment Account

# TRADE CONFIRMATION

**Account Number  XXXX 6829**

E✳TRADE Securities LLC
P O  Box 484
Jersey City  NJ  07303 0484

**Account Name**
ALEXANDER YON

**Customer Update**
Invest to make an impact  Learn how sustainable investing offers growth potential while supporting your values at us etrade com/knowledge/sustainable investing

| TRADE DATE | SETL DATE | MKT / CPT | SYMBOL / CUSIP | BUY / SELL | QUANTITY | PRICE | ACCT TYPE | | |
|---|---|---|---|---|---|---|---|---|---|
| 05/26/22 | 05/31/22 | 6 1 | MMAT | BUY | 8 | $1 7049 | Cash | PRINCIPAL | $13 64 |
| **META MATLS INC COMMON STOCK** | | | | | | | | NET AMOUNT | $13 64 |
| 05/26/22 | 05/31/22 | 6 1 | TQQQ | BUY | 3 | $29 1584 | Cash | PRINCIPAL | $87 48 |
| **PROSHARES TRUST ULTRAPRO QQQ** | | | | | | | | NET AMOUNT | $87 48 |
| PROSPECTUS ON INITIAL PURCHASE | | | | | | | | | |

▲  DETACH HERE

ALEXANDER YON
1462 DESOTO RD
BALTIMORE MD  21230 1202

DETACH HERE  ▲

**Use This Deposit Slip    Acct·  XXXX-6829**

**Please do not send cash**

| | Dollars | Cents |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| **TOTAL DEPOSIT** | | |

Make checks payable to E*TRADE Securities LLC
Mail deposits to

E✳TRADE Securities LLC
P O  Box 484
Jersey City  NJ  07303 0484

052620220001  900508568293


from Morgan Stanley

**Type of Transaction**
(Market)
1 NYSE
2 NYSE American
3 Other US Registered Exchanges
4 Mutual Funds
5 CBOE
6 Over-the-Counter
7 Underwriting
8 Foreign Exchange or Other

(Capacity in which your broker is acting)
1 2 3 4 5 6 As agent
6 As agent for both buyer and seller  The commission charged to the party on the other side of the transaction will be furnished upon request
7 As principal
9 As agent and as principal

If the symbol ( ) appears in the security description on the face hereof  the offering of the described security has been made solely by means of the prospectus relating thereto  a copy of which has been or will be delivered to you  the receipt of which is acknowledged by payment hereof

If the symbol (F) appears in the security description  it indicates that the security is  Foreign and may be subject to interest equalisation tax

If the symbol (T) appears in the security description  an officer or employee of ETS was a director of the issuer of the securities involved in this transaction  A control relationship may therefore exist between the issuer and ETS

Please retain this confirmation for income tax purposes  Federal regulations require brokers to report proceeds from all transactions to the Internal Revenue Service

**ALEXANDER YON
1462 DESOTO RD
BALTIMORE MD  21230-1202**

## Terms and Conditions

Please refer to the E*TRADE Customer Agreement  for a complete discussion of the terms and conditions governing your account  If you have questions regarding  the E*TRADE Customer Agreement or your account  please email us through etrade.com or call 800-387 2331  THE  INFORMATION  CONTAINED  IN THIS  CONFIRMATION  SHALL  BE BINDING UPON YOU IF YOU  DO NOT OBJECT IN WRITING WITHIN TWO (2) DAYS AFTER THE CONFIRMATION  IS FIRST RECEIVED BY YOU  Securities products and services are offered by E*TRADE  Securities LLC  ( ETS )  Member SIPC and a business of Morgan Stanley  Your account is carried by ETS  which maintains your funds and securities deposited with ETS  An affiliate of ETS may act as a principal or agent in your transaction(s)

**Applicable Rules and Regulations.** All transactions in your account shall be subject to the constitution  rules  regulations  customs  and usages of the exchange or market and its clearing  house  where  the transactions are executed by ETS or its agents  including ETS affiliates  Also  where applicable  the transactions shall be subject to the provisions of the Securities Act of 1933  as amended  the Securities Exchange Act of 1934  as amended  and the rules and regulations of the Securities and Exchange Commission ( SEC )  the Board of Governors of the Federal Reserve System  and any applicable self regulatory organization  For information about FINRA s BrokerCheck Program  including an investor brochure please contact FINRA at 800-289-9999 or www.finra.org

Securities held on your  behalf at ETS or a central clearing facility but not registered in your name are commingled with identical securities held for other customers. In the event that securities so held are called by the issuer  the securities to be called will be determined by an impartial and random selection system  If your security is selected  it will be presented for redemption  and your account credited with the proceeds  You have the right to withdraw uncalled  fully paid securities at any time prior to a partial call and also to withdraw excess margin securities not subject to restriction

The responsibility to cancel an existing open order rests with you  Any transaction that results from the execution of any orders that you have not instructed us to cancel  prior to execution will be recorded in your account  Market orders are subject to immediate execution and are difficult to cancel

If required payment or delivery of securities is not made by the settlement date  ETS may  at its option and without further notice  charge interest on the amount shown on the face hereof or cancel  sell out  or buy  in the  subject securities and charge  your account for any expenses  losses  or other costs incurred

Investments in securities are not guaranteed by ETS  are not insured by the FDIC  and will fluctuate with changes in market conditions  When selling a security you may receive more or less than your original investment

The principal amount or commission described on the face hereof may include an Additional Fee  for special services rendered  Other charges may include commissions paid to affiliates of ETS  local taxes, transaction fees and exchange fees  among others  For customers who choose to convert from the currency in which the security or payment thereon is denominated  the amounts provided with respect to principal  interest  dividend and/or yield is subject to fluctuation or applicable foreign currency exchange rates and costs including a markup charged by ETS  Further details are available upon written request  The name of the party with whom this transaction was made and time of execution of the transaction will be furnished upon written request

Securities purchased by you  or held by ETS may be hypothecated and/or  commingled with securities carried for other customers

Call features for bonds  may exist and such bonds can be redeemed  in whole  or in part before  maturity  and could  affect  the yield  complete information  will be  provided upon request  With respect to a zero coupon issue  you will not receive periodic payments  and the securities may be callable at a price below maturity value  Furthermore  a zero coupon issue that is callable and in bearer form may be called without notice by mail to you unless the issue is registered

For an asset backed security (e.g  GMO  FNMA  FHLMC  or GMNA)  the actual yield may vary  according to  the rate  at  which the underlying assets or receivables are prepaid  Information concerning factors that affect yield  including  estimated yield  weighted average life  and prepayment assumptions  are available upon request

The ratings that appear in the description of some fixed-income securities have been obtained from rating services that we believe to be reliable  however  we cannot guarantee their accuracy  Securities for which a rating is not available will be marked  Not Rated  A withdrawn rating  WR  signifies the removal of a rating one ther an obligation on issuer  Confirmations related to  fixed income transactions may reflect a mark up or mark down  both as a dollar and percentage value  The mark up or mark down dollar value is calculated as the execution price less the prevailing market price (PMP) multiplied by the quantity  The mark up or mark down percentage value is calculated as the mark up or mark down dollar value divided by the PMP  Trades with a mark up or mark down value of  N/A  indicate a negative mark up (i.e  the sale of the security was at a price lower than the PMP)

Final prospectus and/or offering documentation is available upon request  in connection with your purchase of a security where the issuer is deemed to control  be controlled by  or under common control with ETS (i.e  affiliated securities)

Additional Fees may include  a broker assist fee  an order handling  fee  and/or market center  charges  ETS  will charge a fee if you request to have certificates issued in your name and  mailed to you

**Payment for Order Flow Disclosure**
The SEC (as well as FINRA) requires that all broker dealers inform their customers when a new account is opened  and on an annual basis thereafter  of payment for order flow practices  (compensation  received  for  placing  orders  through  specialists  on  national securities  exchanges  over-the-counter market makers  alternative trading systems  and ECN s  (collectively  market centers ))  Consistent with the overriding principle of best execution  ETS routes orders to various market makers  including its affiliate Morgan Stanley & Co  LLC  ETS receives remuneration (generally in the form of per share cash payments or through  profit sharing  arrangements) for routing orders  in securities to particular market centers for execution  Such remuneration is  considered  compensation to  ETS  and the source  and  amount  of  any compensation received in connection with your transaction will be disclosed to you upon written request  ETS absent instructions from you to the contrary  takes  a  number  of  factors  into consideration  in  determining  where  to  route  customers orders  including  the  speed  of execution  price improvement opportunities  (executions at prices  superior to  the  then prevailing  inside market)  automatic execution guarantees  the availability of efficient and reliable order handling systems  the level of service provided  the cost of executing orders  whether it will  receive  cash or non-cash payments for routing order flow  and reciprocal business  arrangements

Trades noted as  AVG PRICE SHOWN  DETAILS ON REQ  are executed through an average price account  The price shown may represent an average of multiple executions or may represent a single  execution at the price indicated  Details regarding trades done in an average price account are available upon request

**Structured Products**
Structured Products are complex products and may be subject to special risks  Investors should consider the concentration risk of owning the related security and their total exposure to any underlying asset

Rev 04/21  51237004

Page 1 of 2

# E✳TRADE
from Morgan Stanley

**E✳TRADE Securities**

Investment Account

# TRADE CONFIRMATION

**Account Number  XXXX 6829**

**Account Name**
ALEXANDER YON

E✳TRADE Securities LLC
P O Box 484
Jersey City  NJ  07303 0484

**Customer Update**
Invest to make an impact  Learn how sustainable investing offers growth potential while
supporting your values at us etrade com/knowledge/sustainable investing

| TRADE DATE | SETL DATE | MKT / CPT | SYMBOL / CUSIP | BUY / SELL | QUANTITY | PRICE | ACCT TYPE | | |
|---|---|---|---|---|---|---|---|---|---|
| 06/01/22 | 06/03/22 | 6 1 | GME | BUY | 10 | $121 185 | Cash | PRINCIPAL | $1 211 85 |
| **GAMESTOP CORP CLASS A** | | | | | | | | NET AMOUNT | $1 211 85 |
| | | | | | | | | | |
| 06/01/22 | 06/03/22 | 6 1 | MMAT | BUY | 6 | $1 845 | Cash | PRINCIPAL | $11 07 |
| **META MATLS INC COMMON STOCK** | | | | | | | | NET AMOUNT | $11 07 |
| | | | | | | | | | |
| 06/01/22 | 06/03/22 | 6 1 | MMTLP | BUY | 104 | $1 28 | Cash | PRINCIPAL | $133 12 |
| **META MATLS INC PFD SER A** | | | | | | | | COMMISSION | $4 95 |
| PERPETUAL | | | | | | | | NET AMOUNT | $138 07 |
| | | | | | | | | | |
| 06/01/22 | 06/03/22 | 6 1 | SHOP | BUY | 10 | $363 8422 | Cash | PRINCIPAL | $3 638 42 |
| **\*\*\*SHOPIFY INC CL A** | | | | | | | | NET AMOUNT | $3 638 42 |

▲ DETACH HERE                                                                                    DETACH HERE ▲

ALEXANDER YON
1462 DESOTO RD
BALTIMORE MD  21230 1202

**Use This Deposit Slip    Acct  XXXX-6829**

**Please do not send cash**

| | Dollars | Cents |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| **TOTAL DEPOSIT** | | |

Make checks payable to E✳TRADE Securities LLC
Mail deposits to

E✳TRADE Securities LLC
P O  Box 484
Jersey City  NJ  07303 0484

⑈060120220001⑈ ⑈00508568293⑈


from Morgan Stanley

Type of Transaction
(Market)
1 NYSE
2 NYSE American
3 Other US Registered Exchanges
4 Mutual Funds

5 CBOE
6 Over-the-Counter
7 Underwriting
8 Foreign Exchange or Other

(Capacity in which your broker is acting)
1, 2, 3, 4, 5, 8 As agent
6 As agent for both buyer and seller  The commission charged to the party on the other side of the transaction will be furnished upon request
7 As principal
9 As agent and as principal

If the symbol ( ) appears in the security description on the face hereof  the offering  of the described security has been made solely by means of the prospectus relating thereto  a copy of which has been or will be delivered to you  the receipt of which is acknowledged by payment hereof

If the symbol (F) appears in the security description  it indicates that the security is  Foreign and may be subject to interest equalization tax

If the symbol (T) appears in the security description  an officer or employee of ETS is a director of the issuer of the securities involved in this transaction  A control relationship may therefore exist between the issuer and ETS

Please retain this confirmation for income tax purposes  Federal regulations require brokers to report proceeds from all transactions to the Internal Revenue Service

### Terms and Conditions

Please refer to the E*TRADE Customer Agreement for a complete discussion of the terms and conditions governing your account  If you have questions regarding the E*TRADE Customer Agreement or your account  please email us through etrade.com or call 800-387-2331  THE INFORMATION CONTAINED IN THIS CONFIRMATION SHALL BE BINDING UPON YOU IF YOU DO NOT OBJECT IN WRITING WITHIN TWO (2) DAYS AFTER THE CONFIRMATION IS FIRST RECEIVED BY YOU  Securities products and services are offered by E*TRADE Securities LLC ( ETS )  Member SIPC and a business of Morgan Stanley  Your account is carried by ETS which maintains your funds and securities deposited with ETS  An affiliate of ETS may act as a principal or agent in your transaction(s)

**Applicable Rules and Regulations.** All transactions in your account shall be subject to the constitution  rules  regulations  customs  and usages of the exchange or market  and its clearing house  where the transactions are executed by ETS or its agents  including ETS affiliates  Also  where applicable  the transactions shall be subject to the provisions of the Securities Act of 1933 as amended  the Securities Exchange Act of 1934 as amended  and the rules and regulations of the Securities and Exchange Commission ( SEC )  the Board of Governors of the Federal Reserve System  and any applicable self regulatory organization  For information about FINRA s BrokerCheck Program  including an investor brochure  please contact FINRA at 800 289-9999 or www.finra.org

Securities held on your behalf at ETS or a central clearing facility but not registered in your name are commingled with identical securities held for other customers  In the event that securities so held are called by the issuer  the securities to be called will be determined by an impartial and random selection system  If your security is selected  it will be presented for redemption and your account credited with the proceeds  You have the right to withdraw uncalled fully paid securities at any time prior to a partial call and also to withdraw excess margin securities not subject to restriction

The responsibility to cancel an existing open order rests with you  Any transaction that results from the execution of any orders that you have not instructed us to cancel  prior to execution  will be recorded in your account  Market orders are subject to immediate execution  and are difficult to cancel

If required payment or delivery of securities is not made by the settlement date  ETS may  at its option and without further notice  charge interest on the amount shown on the face hereof or cancel  sell out  or buy in the subject securities and charge your account for any expenses losses or other costs incurred

Investments in securities are not guaranteed by ETS  are not insured by the FDIC  and will fluctuate with changes in market conditions  When selling a security  you may receive more or less than your original investment

The principal amount or commission described on the face hereof may include an Additional Fee  for special services rendered  Other charges may include commissions paid to affiliates of ETS  local taxes, transaction fees  and exchange fees  among others  For customers who choose to convert from the currency in which the security or payment thereon is denominated  the amounts provided with respect to principal  interest  dividend and/or yield is subject to fluctuation or applicable foreign currency exchange rates and costs including a markup charged by ETS  Further details are available upon written request  The name of the party with whom this transaction was made and time of execution of the transaction will be furnished upon written request

Securities purchased by you  or held by ETS may be hypothecated and/or  commingled with securities carried for other customers

Call features for bonds may exist and such bonds can be redeemed in whole or in part before maturity and could affect the yield  complete information will be provided upon request  With respect to a zero coupon issue you will not receive periodic payments  and the securities may be callable at a price below maturity value  Furthermore  a zero coupon issue that is callable and in bearer form may be called without notice by mail to you unless the issue is registered

For an asset backed security (e g  GMO  FNMA  FHLMC  or GMNA)  the actual yield may vary  according to the rate  at which the underlying assets or receivables are prepaid  Information concerning factors that affect yield  including estimated yield  weighted average life  and prepayment assumptions  are available upon request

The ratings that appear in the description of some fixed-income securities have been obtained from rating services that we believe to be reliable  however  we cannot guarantee their accuracy  Securities for which a rating is not available will be marked  Not Rated  A withdrawn rating 'WR  signifies the removal of a rating on either an obligation or issuer  Confirmations related to fixed income transactions may reflect a mark up or mark down  both as a dollar  and percentage value  The mark up or mark down dollar value is calculated as the execution price less the prevailing market price (PMP) multiplied by the quantity  The mark up or mark down percentage value is calculated as the mark up or mark-down dollar value divided by the PMP  Trades with a mark up or mark down value of 'N/A  indicate a negative mark up (i e  the sale of the security was at a price lower than the PMP)

Final prospectus and/or offering documentation is available upon request in connection with your purchase of a security where the issuer is deemed to control  be controlled by  or under common control with ETS (i e  affiliated securities)

Additional Fees may include a broker assist fee an order handling fee and/or market center charges  ETS will charge a fee if you request to have certificates issued in your name and mailed to you

### ALEXANDER YON
### 1462 DESOTO RD
### BALTIMORE MD  21230-1202

### Payment for Order Flow Disclosure
The SEC (as well as FINRA) requires that all broker dealers inform their customers when a new account is opened  and on an annual basis  thereafter of payment for order flow practices (compensation received for placing orders through specialists on national securities exchanges  over-the-counter market makers  alternative trading systems  and ECN s (collectively  market centers))  Consistent with the overriding principle of best execution  ETS routes orders to various market makers  including its affiliate Morgan Stanley & Co LLC  ETS receives remuneration (generally in the form of per share cash payments or through profit sharing arrangements) for routing orders in securities to particular market centers for execution  Such remuneration is considered  compensation to  ETS  and the source and amount of any compensation received in connection with your transaction will be disclosed to you upon written request  ETS absent instructions from you to the contrary takes a number of factors into consideration in determining where to route customers orders including  the speed of execution  price improvement opportunities (executions at prices superior to the then prevailing inside market)  automatic execution guarantees  the availability of efficient and reliable order handling systems  the level of service provided  the cost of executing orders whether it will receive cash or non-cash payments for routing order flow  and reciprocal business  arrangements

Trades noted as  AVG PRICE SHOWN DETAILS ON REQ  are executed through an average price account  The price shown may represent an average of multiple executions or may represent a single  execution at the price indicated  Details regarding trades done in an average price account are available upon request

### Structured Products
Structured Products are complex products and may be subject to special risks  Investors should consider the concentration risk of owning the related security and their total exposure to any underlying asset

Rev 04/21 5123  B04

# E✷TRADE
from Morgan Stanley

## E✷TRADE Securities

Investment Account

# TRADE CONFIRMATION

**Account Number  XXXX 6829**

E✷TRADE Securities LLC
P O  Box 484
Jersey City  NJ  07303 0484

**Account Name**
ALEXANDER YON

**Customer Update**
Invest to make an impact  Learn how sustainable investing offers growth potential while
supporting  your values at us etrade com/knowledge/sustainable investing

| TRADE DATE | SETL DATE | MKT / CPT | SYMBOL / CUSIP | BUY / SELL | QUANTITY | PRICE | ACCT TYPE | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 06/08/22 | 06/09/22 | 3 1 | | BUY | 1 | $ 45 | Cash | PRINCIPAL | | $45 00 |
| **CALL MMAT  10/21/22   2** | META MATLS INC | | | | | | | COMMISSION | | $0 50 |
| OPEN CONTRACT | | | | | | | | OPT REG FEE | | $0 01 |
| | | | | | | | | NET AMOUNT | | $45 51 |
| 06/08/22 | 06/09/22 | 5 1 | | BUY | 1 | $ 45 | Cash | PRINCIPAL | | $45 00 |
| **CALL MMAT  10/21/22   2** | META MATLS INC | | | | | | | COMMISSION | | $0 50 |
| OPEN CONTRACT | | | | | | | | OPT REG FEE | | $0 01 |
| | | | | | | | | NET AMOUNT | | $45 51 |
| 06/08/22 | 06/10/22 | 6 1 | MMAT | BUY | 14 | $1 695 | Cash | PRINCIPAL | | $23 73 |
| **META MATLS INC COMMON STOCK** | | | | | | | | NET AMOUNT | | $23 73 |
| 06/08/22 | 06/10/22 | 6 1 | MMTLP | BUY | 100 | $1 25 | Cash | PRINCIPAL | | $125 00 |
| **META MATLS INC PFD SER A** | | | | | | | | COMMISSION | | $4 95 |
| | PERPETUAL | | | | | | | NET AMOUNT | | $129 95 |

▲ DETACH HERE
ALEXANDER YON
1462 DESOTO RD
BALTIMORE MD  21230 1202

DETACH HERE ▲

**Use This Deposit Slip    Acct: XXXX-6829**

**Please do not send cash**

| Dollars | Cents |
|---|---|
| | |
| | |
| | |
| | |
| | |

**TOTAL DEPOSIT**

Make checks payable to E✷TRADE Securities LLC
Mail deposits to

E✷TRADE Securities LLC
P O  Box 484
Jersey City  NJ  07303 0484

060820220001  900508568293



**E✳TRADE**
from Morgan Stanley

**Type of Transaction**
(Market)
1 NYSE
2 NYSE American
3 Other US Registered Exchanges
4 Mutual Funds
5 CBOE
6 Over-the-Counter
7 Underwriting
8 Foreign Exchange or Other

(Capacity in which your broker is acting)
1 2 3 4 5 8 As agent
6 As agent for both buyer and seller  The commission charged to the party on the other side of the transaction will be furnished upon request
7 As principal
9 As agent and as principal

If the symbol ( ) appears in the security description on the face hereof  the offering of the described security has been made solely by means of the prospectus relating thereto  a copy of which has been or will be delivered to you  the receipt of which is acknowledged  by payment hereof

If the symbol (F) appears in the security description  it indicates that the security is  Foreign and may be subject to interest equalization tax

If the symbol (F) appears in the security description  an officer or employee of ETS is a director of the issuer of the securities involved in this transaction  A control relationship may therefore exist between the issuer and  ETS

Please retain this confirmation for income tax purposes  Federal regulations require brokers to report proceeds from  all transactions to the Internal Revenue Service

## Terms and Conditions

Please refer to the E*TRADE Customer Agreement for a complete discussion of the terms and conditions governing your account  If you have questions regarding  the E*TRADE Customer Agreement or your account  please email us through etrade.com or call 800-387-2331  THE INFORMATION CONTAINED IN THIS CONFIRMATION  SHALL BE BINDING UPON YOU  IF YOU  DO NOT  OBJECT  IN WRITING WITHIN TWO (2) DAYS AFTER THE CONFIRMATION IS FIRST RECEIVED BY YOU  Securities products and services are offered by E*TRADE  Securities LLC ( ETS )  Member SIPC and a business of Morgan Stanley  Your account is carried by ETS  which maintains your funds and securities deposited with ETS  An affiliate of ETS may act as a principal or agent in your transaction(s)

Applicable Rules and Regulations  All transactions in your account shall be subject to the constitution  rules  regulations  customs  and usages of the exchange or market  and its clearing house  where the transactions are executed by ETS or its agents  including ETS affiliates  Also  where applicable  the transactions shall be subject to the provisions of the Securities Act of 1933  as amended  the Securities Exchange Act of 1934  as amended  and the rules and regulations of the Securities and Exchange Commission ( SEC )  the Board of Governors of the Federal Reserve System  and any applicable self regulatory organization  For information about FINRA s BrokerCheck Program  including an investor brochure  please contact FINRA at 800 289-9999 or www.finra.org

Securities held on your behalf at ETS or a central clearing facility but not registered in your name are commingled with identical securities held for other customers  In the event that securities so held are called by the issuer  the securities to be called will be determined by an impartial and random selection system  If your security is selected  it will be presented for redemption and your account credited with the proceeds  You have the right to withdraw uncalled fully paid securities at any time prior to a partial call and also to withdraw excess margin securities not subject to restriction

The responsibility to cancel an existing open order rests with you  Any transaction that results from the execution of any orders that you have not instructed us to cancel  prior to execution  will be recorded in your account  Market orders are subject to immediate execution and are difficult to cancel

If required payment or delivery of securities is not made by the settlement date  ETS may  at its option and without further notice  charge interest on the amount shown on the face hereof or cancel  sell out  or buy  in the  subject securities  and charge  your account for any expenses losses or other costs incurred

Investments in securities are not guaranteed by ETS and are not insured by the FDIC  and will fluctuate with changes in market conditions  When selling a security you may receive more or less than your original investment

The principal amount or commission described on the face hereof may include an Additional Fee  for special services rendered  Other charges may include commissions paid to affiliates of ETS  local taxes  transaction fees  and exchange fees  among others  For customers who choose to convert from the currency in which the security or payment thereon is denominated  the amounts provided with respect to principal  interest  dividend and/or yield is subject to fluctuation or applicable foreign currency exchange rates and costs including a markup charged by ETS  Further details are available upon written request  The name of the party with whom this transaction was made and time of execution of the transaction will be furnished upon written request

Securities purchased by you or held by ETS may be hypothecated and/or  commingled with securities carried for other customers

Call features for bonds may exist and such bonds can be redeemed in whole or in part before maturity and could  affect the yield  complete information will be  provided upon request  With respect to a zero coupon issue  you will not receive periodic payments  and the securities may be callable at a price below maturity value  Furthermore  a zero coupon issue that is callable and in bearer form may be called without notice by the issuer to you unless the issue is registered

For an asset backed security (e g  GMO  FNMA  FHLMC  or GMNA)  the actual yield may vary  according to the rate  at  which the underlying assets or receivables are prepaid  Information concerning factors that affect yield  including estimated yield  weighted average life  and prepayment assumptions  are available upon request

The ratings that appear in the description of some fixed-income securities have been obtained from rating services that we believe to be reliable  however  we cannot guarantee their accuracy  Securities for which a rating is not available will be marked  Not Rated   A withdrawn rating (WR  signifies the removal of a rating on either an obligation or issuer  Confirmations related to fixed income transactions may reflect  a mark up or mark down  both as a dollar  and percentage value  The mark up or mark down dollar value is calculated as the execution price less the prevailing market price (PMP) multiplied by the quantity  The mark up or mark down percentage value is calculated as the mark up or mark down dollar value divided by the PMP  Trades with a mark up or mark down value of  N/A  indicate a negative mark up (i e  the sale of the security was at a price lower than the PMP)

Final prospectus and/or offering documentation is available upon request in connection with your purchase of a security where the issuer is deemed to control  be controlled by  or under common control with ETS (i e  affiliated securities)

Additional Fees may include a broker assist fee  an order handling fee  and/or market center charges  ETS will charge a fee if you request to have certificates issued in your name and mailed to you

**ALEXANDER YON**
**1462 DESOTO RD**
**BALTIMORE MD  21230-1202**

## Payment for Order Flow Disclosure

The SEC (as well as FINRA) requires that all broker dealers inform their customers when a new account is opened  and on an annual basis thereafter  of payment for order  flow practices (compensation  received  for  placing  orders  through  specialists  on  national securities  exchanges  over-the-counter  market  makers  alternative  trading  systems  and ECN s  (collectively  market centers ))  Consistent with the overriding principle of best execution  ETS routes orders to various market makers  including its affiliate Morgan Stanley & Co LLC  ETS receives remuneration (generally in the form of per share cash payments or through  profit sharing arrangements)  for routing orders in securities to particular market centers for execution  Such remuneration is  considered  compensation  to  ETS  and  the source  and  amount  of  any  compensation received  in  connection  with  your  transaction  will be disclosed  to you upon  written  request  ETS  absent  instructions  from  you to the contrary takes  a  number  of factors  into consideration  in  determining  where  to  route  customers orders  including  the  speed  of  execution  price  improvement  opportunities  (executions  at prices  superior  to  the  then  prevailing  inside  market)  automatic  execution  guarantees  the availability of  efficient and reliable order handling systems  the level of service provided  the cost of executing orders  whether it will  receive  cash  or  non-cash  payments  for  routing order flow  and reciprocal business  arrangements

Trades marked as  AVG PRICE SHOWN  DETAILS ON REQ  are executed through an average price account  The price shown may represent an average of multiple executions or may represent a single execution at the price indicated  Details regarding trades done in an average price account are available upon request

## Structured Products

Structured Products are complex products and may be subject to special risks  Investors should consider the concentration risk of owning the related security and their total exposure to any underlying asset

Rev 04/21 S123F004

**E✱TRADE**
from Morgan Stanley

**E✱TRADE Securities**

Investment Account

# TRADE CONFIRMATION

Account Number  XXXX 6829

**Account Name**
ALEXANDER YON

E✱TRADE Securities LLC
P O  Box 484
Jersey City  NJ  07303 0484

**Customer Update**
Invest to make an impact  Learn how sustainable investing offers growth potential while supporting your values at us etrade com/knowledge/sustainable investing

| TRADE DATE | SETL DATE | MKT / CPT | SYMBOL / CUSIP | BUY / SELL | QUANTITY | PRICE | ACCT TYPE | | |
|---|---|---|---|---|---|---|---|---|---|
| 06/17/22 | 06/22/22 | 6 1 | AMC | BUY | 8 | $12 3372 | Cash | PRINCIPAL | $98 70 |
| **AMC ENTERTAINMENT HOLDINGS INC CL A COM** | | | | | | | | NET AMOUNT | **$98 70** |
| 06/17/22 | 06/22/22 | 6 1 | AMD | BUY | 1 | $81 39 | Cash | PRINCIPAL | $81 39 |
| **ADVANCED MICRO DEVICES INC COM** | | | | | | | | NET AMOUNT | **$81 39** |
| 06/17/22 | 06/22/22 | 6 1 | MMAT | BUY | 19 | $1 4292 | Cash | PRINCIPAL | $27 15 |
| **META MATLS INC COMMON STOCK** | | | | | | | | NET AMOUNT | **$27 15** |
| 06/17/22 | 06/22/22 | 6 1 | MMAT | BUY | 300 | $1 4679 | Cash | PRINCIPAL | $440 37 |
| **META MATLS INC COMMON STOCK** | | | | | | | | NET AMOUNT | **$440 37** |
| 06/17/22 | 06/22/22 | 6 1 | MMTLP | BUY | 100 | $1 30 | Cash | PRINCIPAL | $130 00 |
| **META MATLS INC PFD SER A** | | | | | | | | COMMISSION | $4 95 |
| PERPETUAL | | | | | | | | NET AMOUNT | **$134 95** |
| 06/17/22 | 06/22/22 | 6 1 | MMTLP | BUY | 100 | $1 32 | Cash | PRINCIPAL | $132 00 |
| **META MATLS INC PFD SER A** | | | | | | | | NET AMOUNT | **$132 00** |
| PERPETUAL | | | | | | | | | |

▲ DETACH HERE
ALEXANDER YON
1462 DESOTO RD
BALTIMORE MD  21230 1202

DETACH HERE ▲

**Use This Deposit Slip  -  Acct· XXXX-6829**

**Please do not send cash**

| | Dollars | Cents |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |

**TOTAL DEPOSIT**

Make checks payable to E✱TRADE Securities LLC
Mail deposits to

E✱TRADE Securities LLC
P O  Box 484
Jersey City  NJ  07303 0484

⑆061720220001⑆ ⑈00508568293⑈


E✱TRADE
from Morgan Stanley

Type of Transaction
(Market)
1 NYSE                                      5 CBOE
2 NYSE American                             6 Over the Counter
3 Other US Registered Exchanges             7 Underwriting
4 Mutual Funds                              8 Foreign Exchange or Other

(Capacity in which your broker is acting)
1,2,3,4 5 8 As agent
6 As agent for both buyer and seller  The commission charged to the party on the other side of the
transaction will be furnished upon request
7 As principal
9 As agent and as principal

If the symbol ( ) appears in the security description on the face hereof the offering of the
described security has been made solely by means of the prospectus relating thereto  a copy
of which has been or will be delivered to you  the receipt of which is acknowledged by payment
hereof
If the symbol (F) appears in the security description  it indicates that the security is  Foreign
and may be subject to interest equali  zation tax
If the symbol (T) appears in the security description  an officer or employee of ETS is a director
of the issuer  of the securities involved in this transaction  A control relationship may therefore
exist between the issuer  and ETS

Please retain this confirmation for income tax purposes  Federal regulations require brokers
to report proceeds from all transactions to the Internal Revenue Service

## Terms and Conditions

Please refer to the E✱TRADE Customer Agreement for a complete discussion of the terms
and conditions governing your account  If you  have questions  regarding  the E✱TRADE
Customer Agreement or your account  please email us through etrade com or call 800-387
2331  THE  INFORMATION  CONTAINED  IN  THIS  CONFIRMATION  WILL  BE  BINDING
UPON YOU  IF YOU  DO NOT  OBJECT  IN WRITING  WITHIN  TWO (2)  DAYS AFTER  THE
CONFIRMATION IS FIRST RECEIVED BY YOU  Securities products and services are offered
by E✱TRADE Securities LLC  ( ETS )  Member SIPC and a business of Morgan Stanley
Your account is carried by ETS  which maintains your funds and securities deposited with
ETS  An affiliate of ETS may act as a principal or agent in your transaction(s)

**Applicable Rules and Regulations.** All transactions in your account shall be subject to the
constitution  rules  regulations  customs  and  usages of the  exchange  or  market  and  its
clearing  house  where  the transactions  are  executed by ETS or  its  agents  including  ETS
affiliates  Also  where applicable  the transactions shall be subject to the provisions of the
Securities Act of 1933  as amended  the Securities Exchange Act of 1934  as amended  and
the rules and regulations of the Securities and Exchange Commission ( SEC )  the Board of
Governors of the Federal Reserve System  and any applicable self regulatory organization
For information about FINRA s BrokerCheck Program  including  an investor brochure  please
contact FINRA at 800 289-9999 or www finra org

Securities held on our behalf at ETS or a central clearing facility but not registered in your
name are commingled with identical securities held for other customers  In the event that
securities so held are called by the issuer  the securities to be called will be determined by
an impartial and random selection system  If your security is selected  it will be presented for
redemption  and your account credited with the proceeds  You have the right to withdraw
uncalled  fully paid securities at any time prior to a partial call and also to withdraw  excess
margin securities not subject to restriction

The responsibility to cancel an existing open order rests with you  Any transaction that results
from the execution of any orders that you have not instructed us to cancel  prior to  execution
will be recorded in your account  Market orders are subject to immediate execution and are
difficult to cancel

If required payment or delivery of securities is not made by the settlement date  ETS may  at its
option and without further notice  charge interest on the amount shown on the face hereof
or cancel  sell out  or buy in  the subject securities  and charge  your account  for any
expenses losses  or other costs incurred

Investments in securities are not guaranteed by ETS  are not insured by the FDIC and will
fluctuate with changes in market conditions  When selling a security you may receive more or
less than your original investment

The principal amount or commission described on the face hereof may include an Additional
Fee  for special services rendered  Other charges may include commissions paid to affiliates
of ETS  local taxes, transaction fees and exchange fees  among others  For customers who
choose to convert from the currency in which the security or payment thereon is
denominated  the amounts provided with respect to principal  interest  dividend and/or yield
is subject to fluctuation or applicable foreign currency exchange rates and costs including a
markup charged by ETS  Further details are available upon written request  The name of the
party with whom this transaction was made and time of execution of the transaction will be
furnished upon written request

Securities purchased by you  or held by ETS may be hypothecated and/or commingled
with securities carried for other customers

Call features for bonds may exist and such bonds can be redeemed in whole or in part
before maturity and could  affect  the  yield  complete information  will be  provided upon
request  With respect to a zero coupon issue  you will not receive periodic payments  and the
securities may be callable at a price below maturity value  Furthermore  a zero coupon issue
that is callable and in bearer form may be called without notice by mail to you unless the issue is
registered

For an asset backed security (e g  GMO  FNMA  FHLMC  or GNMA)  the actual yield may
vary  according  to  the  rate  at  which  the underlying assets  or receivables  are prepaid
Information concerning factors that affect yield  including  estimated yield  weighted average
life  and prepayment assumptions  are available upon request

The ratings that appear in the description of some fixed-income securities have been obtained
from rating services that we believe to be reliable  however  we cannot  guarantee their
accuracy  Securities for which a rating is not available will be marked  Not Rated  A withdrawn
rating  WR  signifies the removal of a rating on either an obligation on issuer  Confirmations related
to fixed income transactions may reflect a mark up or mark down  both as a dollar  and
percentage value  The mark up or mark down dollar value is calculated as the execution price
less the prevailing market price (PMP) multiplied by the quantity  The mark up or mark down
percentage value is calculated as the mark up or mark down dollar value divided by the PMP
Trades with a mark up or mark down value of  N/A  indicate a negative mark up (i e  the sale
of the security was at a price lower than the PMP)

Final prospectus and/or offering documentation is available upon request in connection with
your purchase of a security where the issuer is deemed to control  be controlled by  or under
common control with ETS (i e  affiliated securities)

Additional Fees may include a broker assist fee an order handling fee and/or market
center charges  ETS will charge a fee if you request to have certificates issued in your name
and  mailed to you

ALEXANDER YON
1462 DESOTO RD
BALTIMORE MD  21230-1202

Payment for Order Flow Disclosure
The SEC (as well as FINRA) requires that all broker dealers inform their customers when a
new account is  opened  and  on  an annual basis thereafter  of payment  for order  flow
practices  (compensation  received  for  placing  orders  through  specialists  on  national
securities  exchanges  over-the-counter  market  makers  alternative  trading  systems  and
ECN s  (collectively  market centers ))  Consistent  with  the  overriding  principle of  best
execution  ETS routes orders to various market makers  including its affiliate Morgan Stanley
& Co LLC  ETS receives remuneration (generally in the form of per share cash payments or
through  profit sharing arrangements) for routing orders in securities to particular market
centers for execution  Such remuneration is  considered  compensation to  ETS  and  the
source and amount of any compensation received in connection with your transaction will
be disclosed to you upon written request  ETS  absent instructions from you to the contrary
takes a number of factors into consideration in determining  where to route customers
orders  including  the  speed of execution  price improvement  opportunities (executions at
prices superior to the then prevailing inside market)  automatic execution  guarantees  the
availability of efficient and reliable order handling systems  the level of service provided  the
cost of executing orders  whether it will receive cash or non cash payments for routing
order flow  and reciprocal business  arrangements

Trades noted as  AVG PRICE SHOWN  DETAILS ON REQ  are executed through an average
price account  The price shown may represent an average of multiple executions or may represent a
single  execution at the price indicated  Details regarding trades done in an average price account are
available upon request

Structured Products
Structured Products are complex products and may be subject to special risks  Investors should
consider the concentration risk of owning the related security and their total exposure to any
underlying asset

Rev 04/21 51237804

# E✳TRADE
from Morgan Stanley

## E✳TRADE Securities

Investment Account

# TRADE CONFIRMATION

**Account Number  XXXX 6829**

E✳TRADE Securities LLC
P O Box 484
Jersey City  NJ  07303 0484

**Account Name**

ALEXANDER YON

**Customer Update**

Invest to make an impact  Learn how sustainable investing offers growth potential while supporting your values at us etrade com/knowledge/sustainable investing

| TRADE DATE | SETL DATE | MKT / CPT | SYMBOL / CUSIP | BUY / SELL | QUANTITY | PRICE | ACCT TYPE | | |
|---|---|---|---|---|---|---|---|---|---|
| 06/24/22 | 06/28/22 | 6 1 | MMAT | BUY | 4 | $1 435 | Cash | PRINCIPAL | $5 74 |
| **META MATLS INC COMMON STOCK** | | | | | | | | NET AMOUNT | $5 74 |

▲ DETACH HERE

ALEXANDER YON
1462 DESOTO RD
BALTIMORE MD  21230 1202

DETACH HERE ▲

**Use This Deposit Slip    Acct  XXXX-6829**

**Please do not send cash**

| | Dollars | Cents |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |

**TOTAL DEPOSIT**

Make checks payable to E✳TRADE Securities LLC
Mail deposits to

E✳TRADE Securities LLC
P O Box 484
Jersey City  NJ  07303 0484

⑆062420220001⑈ ⑆00508568293⑈