
E✱TRADE
from Morgan Stanley

**Type of Transaction**
(Market)
1 NYSE
2 NYSE American
3 Other US Registered Exchanges
4 Mutual Funds
5 CBOE
6 Over the Counter
7 Underwriting
8 Foreign Exchange or Other

(Capacity in which your brokers acting)
1 2 3 4 5 8 As agent
6 As agent for both buyer and seller  The commission charged to the party on the other side of the transaction will be furnished upon request
7 As principal
9 As agent and as principal

If the symbol ( ) appears in the security description  on the face hereof  the offering of the described security has been made solely by means of the prospectus relating thereto  a copy of which  has been or will be delivered to you  the receipt of which is acknowledged by payment hereof

If the symbol (F) appears in the security description  it indicates that the security is  Foreign  and may be subject to interest equalization tax

If the symbol (*) appears in the security description  an officer or employee of ETS is a director of the issuer of the securities involved in this transaction  A control relationship may therefore exist between the issuer and ETS

Please retain this confirmation for income tax purposes  Federal regulations require brokers to report proceeds from all transactions to the Internal Revenue Service

**ALEXANDER YON**
**1462 DESOTO RD**
**BALTIMORE MD  21230-1202**

## Terms and Conditions

Please refer to the E*TRADE Customer Agreement for a complete discussion of the terms and conditions  governing  your account  If you  have questions  regarding  the E*TRADE Customer Agreement or your account  please email us through etrade com or call 800-387 2331  THE INFORMATION CONTAINED IN THIS CONFIRMATION  SHALL  BE BINDING UPON YOU  IF YOU  DO NOT OBJECT  IN WRITING WITHIN TWO (2) DAYS AFTER THE CONFIRMATION IS FIRST RECEIVED BY YOU  Securities products and services  are offered by E*TRADE  Securities LLC ( ETS )  Member SIPC and a business of Morgan Stanley  Your account is carried by ETS  which maintains your funds and securities deposited with ETS  An affiliate of ETS may act as a principal or agent in your transaction(s)

**Applicable Rules and Regulations.** All transactions in your account shall be subject to the constitution  rules  regulations  customs  and usages of the exchange or market  and its clearing house  where the transactions are executed by ETS or its agents  including ETS affiliates  Also  where applicable  the transactions shall be subject to the provisions of the Securities Act of 1933  as amended  the Securities Exchange Act of 1934  as amended  and the rules and regulations of the Securities and Exchange Commission ( SEC )  the Board of Governors of the Federal Reserve System  and any applicable self regulatory organization  For information about FINRA s BrokerCheck Program  including an investor brochure  please contact FINRA at 800 289-9999 or www finra org

Securities held on your behalf at ETS or a central clearing facility but not registered in your name are commingled with identical securities held for other customers  In the event that securities so held  are called by the issuer  the securities to be called will be determined by an impartial and random selection system  If your security is selected  it will be presented for redemption and your account credited with the proceeds  You have the right to withdraw uncalled  fully paid securities at any time prior to a partial call and also to withdraw  excess margin securities not subject to restriction

The responsibility to cancel an existing open order rests with you  Any transaction that results from the execution of any orders that you have not instructed us to cancel  prior to execution  will be recorded in your account  Market orders are subject to immediate execution and are difficult to cancel

If required payment or delivery of securities is not made by the settlement date  ETS may  at its option and without further  notice  charge interest on the amount shown on the face hereof or cancel  sell out  or buy in  the subject securities  and charge  your account for any expenses  losses  or other costs incurred

Investments in securities  are not guaranteed by ETS  are not insured by the FDIC  and will fluctuate with changes in market conditions  When selling a security  you may receive more or less than your original investment

The principal amount or commission described  on the face hereof  may include an Additional Fee  for special services rendered  Other charges may include commissions paid to affiliates of ETS  local taxes  transaction fees and exchange fees  among others  For customers who choose to convert  from the currency  in which  the security or payment  thereon  is denominated  the amounts provided with respect to principal  interest  dividend and/or yield is subject to fluctuation or applicable foreign currency exchange rates and costs including a markup charged by ETS  Further details are available upon written request  The name of the party with whom this transaction was made and time of execution of the transaction will be furnished upon written request

Securities purchased by you  or held by ETS may be hypothecated and/or  commingled with securities carried for other customers

Call features for bonds  may exist and such bonds  can be redeemed in whole or in part before  maturity and could  affect the  yield  complete information will be  provided upon request  With respect to a zero coupon issue you will not receive periodic payments  and the securities may be callable at a price below maturity value  Furthermore  a zero coupon issue that is callable and in bearer form may be called without notice by mail to you unless the issue is registered

For an asset backed security (e g  GNMA  FNMA  FHLMC  or GNMA)  the actual yield may vary  according to the  rate  at which  the underlying  assets or receivables are prepaid  Information concerning factors that affect yield  including estimated yield  weighted average life  and prepayment assumptions  are available upon request

The ratings that appear in the description of some fixed-income securities have been obtained from rating services that we believe to be reliable  however  we cannot guarantee their accuracy  Securities for which a rating is not available will be marked  Not Rated  A withdrawn rating WR signifies the removal of a rating on either an obligation or issuer  Confirmations related to fixed income transactions may reflect a mark up or mark down  both as a dollar and percentage value  The mark up or mark down dollar value is calculated as the execution price less the prevailing market price (PMP) multiplied by the quantity  The mark up or mark down percentage value is calculated as the mark up or mark down dollar value divided by the PMP  Trades with a mark up or mark down value of  N/A  indicate a negative mark up (i e  the sale of the security was at a price lower than the PMP)

Final prospectus and/or offering documentation is available upon request in connection with your purchase of a security where the issuer is deemed to control  be controlled by  or under common control with ETS (i e  affiliated securities)

Additional Fees may include  a broker assist fee an order handling  fee and/or market center charges  ETS will charge a fee if you request to have certificates issued in your name and mailed to you

**Payment for Order Flow Disclosure**
The SEC (as well as FINRA) requires that all broker dealers inform their customers when a new account is opened  and on an annual basis thereafter  of payment for order flow practices  (compensation  received for  placing  orders  through  specialists on national securities  exchanges  over-the-counter market  makers  alternative trading  systems  and ECN s  (collectively  market centers ))  Consistent with the overriding principle of best execution  ETS routes orders to various market makers  including its affiliate Morgan Stanley & Co LLC  ETS receives remuneration (generally in the form of per share cash payments or through  profit sharing  arrangements) for routing orders in securities to particular market centers for execution  Such remuneration is  considered  compensation to  ETS  and the source and amount of any compensation received in connection with your transaction will be disclosed to you upon written request  ETS  absent instructions from you to the contrary  takes a  number  of factors into consideration in determining  where  to route  customers orders  including  the  speed of execution  price improvement opportunities (executions at prices superior to the then prevailing inside market)  automatic execution guarantees  the availability of efficient and reliable order handling systems  the level of service provided  the cost of executing orders  whether it will  receive cash or non-cash payments for  routing order flow  and reciprocal business  arrangements

Trades noted as  AVG PRICE SHOWN DETAILS ON REQ  are executed through an average price account  The price shown may represent an average of multiple executions or may represent a single  execution at the price indicated  Details regarding trades done in an average price account are available upon request

**Structured Products**
Structured Products are complex products and may be subject to special risks  Investors should consider the concentration risk of owning the related security and their total exposure to any underlying asset

Rev 04/21 51257B04

Page 1 of 2

# E✳TRADE
from Morgan Stanley

**E✳TRADE Securities**

Investment Account

# TRADE CONFIRMATION

**Account Number  XXXX 6829**

E✳TRADE Securities LLC
P O Box 484
Jersey City  NJ  07303 0484

**Account Name**
ALEXANDER YON

| Customer Update |
|---|
| Invest to make an impact  Learn how sustainable investing offers growth potential while supporting your values at us etrade com/knowledge/sustainable investing |

| TRADE DATE | SETL DATE | MKT / CPT | SYMBOL / CUSIP | BUY / SELL | QUANTITY | PRICE | ACCT TYPE | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 06/30/22 | 07/05/22 | 6 1 | AMC | BUY | 2 | $13 495 | Cash | PRINCIPAL | | $26 99 |
| AMC ENTERTAINMENT HOLDINGS INC CL A COM | | | | | | | | NET AMOUNT | | $26 99 |
| 06/30/22 | 07/05/22 | 6 1 | AMD | BUY | 2 | $76 525 | Cash | PRINCIPAL | | $153 05 |
| ADVANCED MICRO DEVICES INC COM | | | | | | | | NET AMOUNT | | $153 05 |
| 06/30/22 | 07/05/22 | 6 1 | MMAT | BUY | 295 | $1 0285 | Cash | PRINCIPAL | | $303 41 |
| META MATLS INC COMMON STOCK | | | | | | | | NET AMOUNT | | $303 41 |
| 06/30/22 | 07/05/22 | 6 1 | MMAT | BUY | 205 | $1 025 | Cash | PRINCIPAL | | $210 13 |
| META MATLS INC COMMON STOCK | | | | | | | | NET AMOUNT | | $210 13 |
| 06/30/22 | 07/05/22 | 6 1 | MMTLP | BUY | 50 | $1 56 | Cash | PRINCIPAL | | $78 00 |
| META MATLS INC PFD SER A | | | | | | | | COMMISSION | | $4 95 |
| PERPETUAL | | | | | | | | NET AMOUNT | | $82 95 |
| 06/30/22 | 07/05/22 | 6 1 | TQQQ | BUY | 10 | $24 6172 | Cash | PRINCIPAL | | $246 17 |
| PROSHARES TRUST ULTRAPRO QQQ | | | | | | | | NET AMOUNT | | $246 17 |
| PROSPECTUS ON INITIAL PURCHASE | | | | | | | | | | |
| 06/30/22 | 07/05/22 | 6 1 | TSLA | BUY | 1 | $672 14 | Cash | PRINCIPAL | | $672 14 |
| TESLA INC COMMON STOCK | | | | | | | | NET AMOUNT | | $672 14 |

▲ DETACH HERE
ALEXANDER YON
1462 DESOTO RD
BALTIMORE MD  21230 1202

DETACH HERE ▲

**Use This Deposit Slip   Acct  XXXX-6829**

**Please do not send cash**

| | Dollars | Cents |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| **TOTAL DEPOSIT** | | |

Make checks payable to E*TRADE Securities LLC
Mail deposits to

E*TRADE Securities LLC
P O  Box 484
Jersey City  NJ  07303 0484

⑆063020220001 ⑈900508568293



from Morgan Stanley

**Type of Transaction**

(Market)
1. NYSE
2. NYSE American
3. Other US Registered Exchanges
4. Mutual Funds
5. CBOE
6. Over-the-Counter
7. Underwriting
8. Foreign Exchange or Other

(Capacity in which your broker is acting)
1, 2, 3, 4, 5 & 8 As agent
8 As agent for both buyer and seller. The commission charged to the party on the other side of the transaction will be furnished upon request
7 As principal
9 As agent and as principal

If the symbol ( ) appears in the security description on the face hereof the offering of the described security has been made solely by means of the prospectus relating thereto a copy of which has been or will be delivered to you the receipt of which is acknowledged by payment hereof

If the symbol (F) appears in the security description it indicates that the security is Foreign and may be subject to interest equalization tax

If the symbol (T) appears in the security description an officer or employee of ETS is a director of the issuer of the securities involved in this transaction. A control relationship may therefore exist between the issuer and ETS

Please retain this confirmation for income tax purposes. Federal regulations require brokers to report proceeds from all transactions to the Internal Revenue Service

**ALEXANDER YON
1462 DESOTO RD
BALTIMORE MD 21230-1202**

**Terms and Conditions**

Please refer to the E*TRADE Customer Agreement for a complete discussion of the terms and conditions governing your account. If you have questions regarding the E*TRADE Customer Agreement or your account please email us through etrade.com or call 800-387-2331. THE INFORMATION CONTAINED IN THIS CONFIRMATION SHALL BE BINDING UPON YOU IF YOU DO NOT OBJECT IN WRITING WITHIN TWO (2) DAYS AFTER THE CONFIRMATION IS FIRST RECEIVED BY YOU. Securities products and services are offered by E*TRADE Securities LLC ( ETS ) Member SIPC and a business of Morgan Stanley. Your account is carried by ETS which maintains your funds and securities deposited with ETS. An affiliate of ETS may act as a principal or agent in your transaction(s)

**Applicable Rules and Regulations.** All transactions in your account shall be subject to the constitution rules regulations customs and usages of the exchange or market and its clearing house where the transactions are executed by ETS or its agents including ETS affiliates. Also where applicable the transactions shall be subject to the provisions of the Securities Act of 1933 as amended the Securities Exchange Act of 1934 as amended and the rules and regulations of the Securities and Exchange Commission ( SEC ) the Board of Governors of the Federal Reserve System and any applicable self regulatory organization. For information about FINRA s BrokerCheck Program including an investor brochure please contact FINRA at 800-289-9999 or www.finra.org

Securities held on your behalf at ETS or a central clearing facility but not registered in your name are commingled with identical securities held for other customers. In the event that securities so held are called by the issuer the securities to be called will be determined by an impartial and random selection system. If your security is selected it will be presented for redemption and your account credited with the proceeds. You have the right to withdraw uncalled fully paid securities at any time prior to a partial call and also to withdraw excess margin securities not subject to restriction

The responsibility to cancel an existing open order rests with you. Any transaction that results from the execution of any orders that you have not instructed us to cancel prior to execution will be recorded in your account. Market orders are subject to immediate execution and are difficult to cancel

If required payment or delivery of securities is not made by the settlement date ETS may at its option and without further notice charge interest on the amount shown on the face hereof or cancel sell out or buy in the subject securities and charge your account for any expenses losses or other costs incurred

Investments in securities are not guaranteed by ETS are not insured by the FDIC and will fluctuate with changes in market conditions. When selling a security you may receive more or less than your original investment

The principal amount or commission described on the face hereof may include an Additional Fee for special services rendered. Other charges may include commissions paid to affiliates of ETS local taxes transaction fees and exchange fees among others. For customers who choose to convert from the currency in which the security or payment thereon is denominated the amounts provided with respect to principal interest dividend and/or yield is subject to fluctuation or applicable foreign currency exchange rates and costs including a markup charged by ETS. Further details are available upon written request. The name of the party with whom this transaction was made and time of execution of the transaction will be furnished upon written request

Securities purchased by you or held by ETS may be hypothecated and/or commingled with securities carried for other customers

Call features for bonds may exist and such bonds can be redeemed in whole or in part before maturity and could affect the yield complete information will be provided upon request. With respect to a zero coupon issue you will not receive periodic payments and the securities may be callable at a price below maturity value. Furthermore a zero coupon issue that is callable and in bearer form may be called without notice by mail to you unless the issue is registered

For an asset backed security (e.g. GMO FNMA FHLMC or GNMA) the actual yield may vary according to the rate at which the underlying assets or receivables are prepaid. Information concerning factors that affect yield including estimated yield weighted average life and prepayment assumptions are available upon request

The ratings that appear in the description of some fixed-income securities have been obtained from rating services that we believe to be reliable however we cannot guarantee their accuracy. Securities for which a rating is not available will be marked Not Rated. A withdrawn rating WR signifies the removal of a rating on either an obligation or issuer. Confirmations related to fixed income transactions may reflect a mark up or mark down both as a dollar and percentage value. The mark up or mark down dollar value is calculated as the execution price less the prevailing market price (PMP) multiplied by the quantity. The mark up or mark down percentage value is calculated as the mark up or mark down dollar value divided by the PMP. Trades with a mark up or mark down value of N/A indicate a negative mark up (i e the sale of the security was at a price lower than the PMP)

Final prospectus and/or offering documentation is available upon request in connection with your purchase of a security where the issuer is deemed to control be controlled by or under common control with ETS (i e affiliated securities)

Additional Fees may include a broker assist fee an order handling fee and/or market center charges. ETS will charge a fee if you request to have certificates issued in your name and mailed to you

**Payment for Order Flow Disclosure**
The SEC (as well as FINRA) requires that all broker dealers inform their customers when a new account is opened and on an annual basis thereafter of payment for order flow practices (compensation received for placing orders through specialists on national securities exchanges over-the-counter market makers alternative trading systems and ECN s (collectively market centers)) Consistent with the overriding principle of best execution ETS routes orders to various market makers including its affiliate Morgan Stanley & Co LLC ETS receives remuneration (generally in the form of per share cash payments or through profit sharing arrangements) for routing orders in securities to particular market centers for execution. Such remuneration is considered compensation to ETS and the source and amount of any compensation received in connection with your transaction will be disclosed to you upon written request. ETS absent instructions from you to the contrary takes a number of factors into consideration in determining where to route customers orders including the speed of execution price improvement opportunities (executions at prices superior to the then prevailing inside market) automatic execution guarantees the availability of efficient and reliable order handling systems the level of service provided the cost of executing orders whether it will receive cash or non-cash payments for routing order flow and reciprocal business arrangements

Trades noted as AVG PRICE SHOWN DETAILS ON REQ are executed through an average price account. The price shown may represent an average of multiple executions or may represent a single execution at the price indicated. Details regarding trades done in an average price account are available upon request

**Structured Products**
Structured Products are complex products and may be subject to special risks. Investors should consider the concentration risk of owning the related security and their total exposure to any underlying asset

Rev 04/21 S1237804

# E✳TRADE®
from Morgan Stanley

## E✳TRADE Securities
Investment Account

# TRADE CONFIRMATION

**Account Number  XXXX-6829**

E✳TRADE Securities LLC
P O  Box 484
Jersey City  NJ  07303 0484

**Account Name**
ALEXANDER YON

**Customer Update**
Invest to make an impact  Learn how sustainable investing offers growth potential while supporting your values at us etrade com/knowledge/sustainable investing

| TRADE DATE | SETL DATE | MKT/ CPT | SYMBOL/ CUSIP | BUY/ SELL | QUANTITY | PRICE | ACCT TYPE | | |
|---|---|---|---|---|---|---|---|---|---|
| 07/01/22 | 07/06/22 | 6 1 | AMC | BUY | 3 | $13 395 | Cash | PRINCIPAL | $40 19 |
| **AMC ENTERTAINMENT HOLDINGS INC CL A COM** | | | | | | | | NET AMOUNT | **$40 19** |
| 07/01/22 | 07/06/22 | 6 1 | AMD | BUY | 1 | $73 556 | Cash | PRINCIPAL | $73 56 |
| **ADVANCED MICRO DEVICES INC COM** | | | | | | | | NET AMOUNT | **$73 56** |
| 07/01/22 | 07/06/22 | 6 1 | DPLS | BUY | 50 000 | $ 0214 | Cash | PRINCIPAL | $1 070 00 |
| **DARKPULSE INC COMMON STOCK** | | | | | | | | COMMISSION | $4 95 |
| | | | | | | | | NET AMOUNT | **$1 074 95** |
| 07/01/22 | 07/06/22 | 6 1 | MMAT | BUY | 100 | $1 015 | Cash | PRINCIPAL | $101 50 |
| **META MATLS INC COMMON STOCK** | | | | | | | | NET AMOUNT | **$101 50** |
| 07/01/22 | 07/06/22 | 6 1 | NVDA | BUY | 1 | $145 03 | Cash | PRINCIPAL | $145 03 |
| **NVIDIA CORP** | | | | | | | | NET AMOUNT | **$145 03** |
| 07/01/22 | 07/06/22 | 6 1 | TSLA | BUY | 1 | $672 3317 | Cash | PRINCIPAL | $672 33 |
| **TESLA INC COMMON STOCK** | | | | | | | | NET AMOUNT | **$672 33** |

▲ DETACH HERE

ALEXANDER YON
1462 DESOTO RD
BALTIMORE MD  21230 1202

DETACH HERE ▲

**Use This Deposit Slip    Acct  XXXX-6829**

**Please do not send cash**

| Dollars | Cents |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |

Make checks payable to E✳TRADE Securities LLC
Mail deposits to

**TOTAL DEPOSIT**

E✳TRADE Securities LLC
P O  Box 484
Jersey City  NJ  07303 0484

070120220001  900508568293



Type of Transaction
(Market)
1 NYSE
2 NYSE American
3 Other US Registered Exchanges
4 Mutual Funds

5 CBOE
6 Over-the-Counter
7 Underwriting
8 Foreign Exchange or Other

(Capacity in which your broker is acting)
1 2 3 4 5 8 As agent
6 As agent for both buyer and seller  The commission charged to the party on the other side of the transaction will be furnished upon request
7 As principal
9 As agent and as principal

If the symbol ( ) appears in the security description on the face hereof the offering of the described security has been made solely by means of the prospectus relating thereto  a copy of which has been or will be delivered to you  the receipt of which is acknowledged by payment hereof
If the symbol (F) appears in the security description  it indicates that the security is  Foreign and may be subject to interest equalization tax
If the symbol (T) appears in the security description  an officer or employee of ETS is a director of the issuer of the securities involved in this transaction  A control relationship may therefore exist between the issuer and ETS

Please retain this confirmation for income tax purposes  Federal regulations require brokers to report proceeds from all transactions to the  Internal Revenue Service

## Terms and Conditions

Please refer to the E*TRADE Customer Agreement for a complete discussion of the terms and conditions governing your account  If you have questions regarding the E*TRADE Customer Agreement or your account  please email us through etrade com or call 800-387-2331  THE INFORMATION CONTAINED IN THIS CONFIRMATION SHALL BE BINDING UPON YOU IF YOU DO NOT OBJECT IN WRITING WITHIN TWO (2) DAYS AFTER THE CONFIRMATION IS FIRST RECEIVED BY YOU  Securities products and services are offered by E*TRADE Securities LLC ( ETS )  Member SIPC and a business of Morgan Stanley  Your account is carried by ETS  which maintains your funds and securities deposited with ETS  An affiliate of ETS may act as a principal or agent in your transaction(s)

**Applicable Rules and Regulations.** All transactions in your account shall be subject to the constitution  rules  regulations  customs  and usages of the exchange or market and its clearing house  where the transactions are executed by ETS or its agents  including ETS affiliates  Also where applicable  the transactions shall be subject to the provisions of the Securities Act of 1933 as amended  the Securities Exchange Act of 1934 as amended  and the rules and regulations of the Securities and Exchange Commission ( SEC )  the Board of Governors of the Federal Reserve System  and any applicable self regulatory organization  For information about FINRA s BrokerCheck Program  including an investor brochure  please contact FINRA at 800 289-9999 or www finra org

Securities held on your behalf at ETS or a central clearing facility but not registered in your name are commingled with identical securities held for other customers  In the event that securities so held are called by the issuer  the securities to be called will be determined by an impartial and random selection system  If your security is selected  it will be presented for redemption and your account credited with the proceeds  You have the right to withdraw uncalled  fully paid securities at any time prior to a partial call and also to withdraw excess margin securities not subject to restriction

The responsibility to cancel an existing open order rests with you  Any transaction that results from the execution of any orders that you have not instructed us to cancel  prior to execution  will be recorded in your account  Market orders are subject to immediate execution and are difficult to cancel

If required payment or delivery of securities is not made by the settlement date  ETS may  at its option and without further notice  charge interest on the amount shown on the face hereof or cancel  sell out  or buy in the subject securities and charge your account for any expenses  losses or other costs incurred

Investments in securities are not guaranteed by ETS  are not insured by the FDIC  and will fluctuate with changes in market conditions  When selling a security  you may receive more or less than your original investment

The principal amount or commission described on the face hereof may include an Additional Fee  for special services rendered  Other charges may include commissions paid to affiliates of ETS  local taxes  transaction fees  and exchange fees  among others  For customers who choose to convert from the currency in which the security or payment thereon is denominated  the amounts provided with respect to principal interest  dividend and/or yield is subject to fluctuation or applicable foreign currency exchange rates and costs including a markup charged by ETS  Further details are available upon written request  The name of the party with whom the transaction was made and time of execution of the transaction will be furnished upon written request

Securities purchased by you  or held by ETS may be hypothecated and/or commingled with securities carried for other customers

Call features for bonds may exist and such bonds can be redeemed in whole or in part before maturity and could affect the yield  complete information will be provided upon request  With respect to a zero coupon issue  you will not receive periodic payments  and the securities may be callable at a price below maturity value  Furthermore  a zero coupon issue that is callable and in bearer form may be called without notice by mail to you unless the issue is registered

For an asset backed security (e g  GMO  FNMA  FHLMC  or GNMA)  the actual yield may vary  according to the rate  at which the underlying assets or receivables are prepaid  Information concerning factors that affect yield  including estimated yield  weighted average life  and prepayment assumptions  are available upon request

The ratings that appear in the description of some fixed-income securities have been obtained from rating services that we believe to be reliable  however  we cannot guarantee their accuracy  Securities for which a rating is not available will be marked  Not Rated  A withdrawn rating WR  signifies the removal of a rating on either an obligation or issuer  Confirmations related to fixed income transactions may reflect a mark up or mark down  both as a dollar and percentage value  The mark up or mark down dollar value is calculated as the execution price less the prevailing market price (PMP) multiplied by the quantity  The mark up or mark down percentage value is calculated as the mark up or mark down dollar value divided by the PMP  Trades with a mark up or mark down value of  N/A  indicate a negative mark up (i e  the sale of the security was at a price lower than the PMP)

Final prospectus and/or offering documentation is available upon request in connection with your purchase of a security where the issuer is deemed to control  be controlled by  or under common control with ETS (i e  affiliated securities)

Additional Fees may include  a broker assist fee  an order handling fee  and/or market center charges  ETS will charge a fee if you request to have certificates issued in your name and mailed to you

## ALEXANDER YON
## 1462 DESOTO RD
## BALTIMORE MD  21230-1202

**Payment for Order Flow Disclosure**
The SEC (as well as FINRA) requires that all broker dealers inform their customers when a new account is opened  and on an annual basis thereafter  of payment for order flow practices  (compensation  received  for  placing  orders  through  specialists  on  national securities  exchanges  over-the-counter  market  makers  alternative  trading  systems  and ECN s  (collectively  market centers))  Consistent with the overriding principle of best execution  ETS routes orders to various market makers  including its affiliate Morgan Stanley & Co LLC  ETS receives remuneration (generally in the form of per share cash payments or through  profit  sharing  arrangements)  for  routing  orders  in  securities  to  particular  market centers  for  execution  Such  remuneration  is  considered  compensation  to  ETS  and  the source and amount of any compensation received in connection with your transaction will be disclosed to you upon written request  ETS  absent instructions from you to the contrary  takes  a  number  of  factors  into  consideration  in  determining  where  to  route  customers orders  including  the  speed  of  execution  price  improvement  opportunities  (executions  at prices superior to the then prevailing inside market)  automatic execution guarantees  the availability of efficient and reliable order handling systems  the level of service provided  the cost of executing orders  whether it will receive cash or non-cash payments for routing order flow  and reciprocal business  arrangements

Trades noted as  AVG PRICE SHOWN  DETAILS ON REQ  are executed through an average price account  The price shown may represent an average of multiple executions or may represent a single  execution at the price indicated  Details regarding trades done in an average price account are available upon request

Structured Products
Structured Products are complex products and may be subject to special risks  Investors should consider the concentration risk of owning the related security and their total exposure to any underlying asset

Rev 04/21  5123 7 804

# E✱TRADE
from Morgan Stanley

**E✱TRADE Securities**

Investment Account

## TRADE CONFIRMATION

**Account Number  XXXX 6829**

**Account Name**
ALEXANDER YON

E✱TRADE Securities LLC
P O Box 484
Jersey City  NJ  07303 0484

**Customer Update**
Invest to make an impact  Learn how sustainable investing offers growth potential while
supporting your values at us etrade com/knowledge/sustainable investing

| TRADE DATE | SETL DATE | MKT / CPT | SYMBOL / CUSIP | BUY / SELL | QUANTITY | PRICE | ACCT TYPE | | |
|---|---|---|---|---|---|---|---|---|---|
| 07/06/22 | 07/07/22 | 5 1 | | BUY | 10 | $ 25 | Cash | PRINCIPAL | $250 00 |
| **CALL MMAT  01/20/23    1 50 META MATLS INC** | | | | | | | | COMMISSION | $5 00 |
| OPEN CONTRACT | | | | | | | | OPT REG FEE | $0 10 |
| | | | | | | | | NET AMOUNT | **$255 10** |
| 07/06/22 | 07/08/22 | 6 1 | CEI | BUY | 200 | $ 37 | Cash | PRINCIPAL | $74 00 |
| **CAMBER ENERGY INC COMMON STOCK** | | | | | | | | NET AMOUNT | **$74 00** |
| 07/06/22 | 07/08/22 | 6 1 | IMPPP | BUY | 7 | $18 5129 | Cash | PRINCIPAL | $129 59 |
| ***IMPERIAL PETROLEUM INC 8 75% SERS A CMLTV RDMBL PRPTL** | | | | | | | | NET AMOUNT | **$129 59** |
| **PREFERRED SHARES WHEN ISSUED** | | | | | | | | | |
|   PERPETUAL | | | | | | | | | |
| 11/23/21    DATED DATE | | | | | | | | | |
| CALLABLE 08/06/22 26 00 | | | | | | | | | |
| 07/06/22 | 07/08/22 | 6 1 | IMPPP | BUY | 10 | $18 88 | Cash | PRINCIPAL | $188 80 |
| ***IMPERIAL PETROLEUM INC 8 75% SERS A CMLTV RDMBL PRPTL** | | | | | | | | NET AMOUNT | **$188 80** |
| **PREFERRED SHARES WHEN ISSUED** | | | | | | | | | |
|   PERPETUAL | | | | | | | | | |
| 11/23/21    DATED DATE | | | | | | | | | |
| CALLABLE 08/06/22 26 00 | | | | | | | | | |
| 07/06/22 | 07/08/22 | 6 1 | IMPPP | BUY | 3 | $18 65 | Cash | PRINCIPAL | $55 95 |
| ***IMPERIAL PETROLEUM INC 8 75% SERS A CMLTV RDMBL PRPTL** | | | | | | | | NET AMOUNT | **$55 95** |
| **PREFERRED SHARES WHEN ISSUED** | | | | | | | | | |
|   PERPETUAL | | | | | | | | | |
| 11/23/21    DATED DATE | | | | | | | | | |
| CALLABLE 08/06/22 26 00 | | | | | | | | | |

▲  DETACH HERE

ALEXANDER YON
1462 DESOTO RD
BALTIMORE MD  21230 1202

DETACH HERE  ▲

**Use This Deposit Slip    Acct  XXXX-6829**

**Please do not send cash**

| | Dollars | Cents |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| **TOTAL DEPOSIT** | | |

Make checks payable to E*TRADE Securities LLC
Mail deposits to

E*TRADE Securities LLC
P O  Box 484
Jersey City  NJ  07303 0484

070620220001  900508568293


from Morgan Stanley

**E✳TRADE Securities**

Investment Account

# TRADE CONFIRMATION

**Account Number  XXXX 6829**

| TRADE DATE | SETL DATE | MKT / CPT | SYMBOL / CUSIP | BUY / SELL | QUANTITY | PRICE | ACCT TYPE | | |
|---|---|---|---|---|---|---|---|---|---|
| 07/06/22 | 07/08/22 | 6 1 | MMAT | BUY | 6 | $1 055 | Cash | PRINCIPAL | $6 33 |
| META MATLS INC COMMON STOCK | | | | | | | | NET AMOUNT | $6 33 |

This Page Intentionally Left Blank



**E✳TRADE**
from Morgan Stanley

**Type of Transaction**
(Market)
1 NYSE
2. NYSE American
3 Other US Registered Exchanges
4 Mutual Funds

5 CBOE
6 Over the Counter
7 Underwriting
8 Foreign Exchange or Other

(Capacity in which your broker is acting)
1 2 3 4 5 8 As agent
6 As agent for both buyer and seller  The commission charged to the party on the other side of the transaction will be furnished upon request
7 As principal
9 As agent and as principal

If the symbol (  ) appears in the security description on the face hereof the offering of the described security has been made solely by means of the prospectus relating thereto  a copy of which has been or will be delivered to you  the receipt of which is acknowledged by payment hereof
If the symbol (F) appears in the security description  it indicates that the security is Foreign and may be subject to interest equalization tax
If the symbol (T) appears in the security description  an officer or employee of ETS is a director of the issuer of the securities involved in this transaction  A control relationship may therefore exist between the issuer and ETS

Please retain this confirmation for income tax purposes  Federal regulations require brokers to report proceeds from all transactions to the Internal Revenue Service

**Terms and Conditions**

Please refer to the E*TRADE Customer Agreement for a complete discussion of the terms and conditions governing your account  If you have questions regarding the E*TRADE Customer Agreement or your account  please email us through etrade.com or call 800-387 2331  THE INFORMATION CONTAINED IN THIS CONFIRMATION SHALL BE BINDING UPON YOU IF YOU  DO NOT OBJECT  IN WRITING WITHIN TWO (2) DAYS AFTER THE CONFIRMATION IS FIRST RECEIVED BY YOU  Securities products and services are offered by E*TRADE  Securities LLC  ( ETS")  Member SIPC and a business of Morgan Stanley  Your account is carried by ETS  which maintains your funds and securities deposited with ETS  An affiliate of ETS may  act as a principal or agent in your transaction(s)

**Applicable Rules and Regulations.** All transactions in your account shall be subject to the constitution  rules  regulations  customs  and usages of the exchange or market  and its clearing house  where the transactions are executed by ETS or its agents  including ETS affiliates  Also  where applicable  the transactions shall be subject to the provisions of the Securities Act of 1933  as amended  the Securities Exchange Act of 1934  as amended  and the rules and regulations of the Securities and Exchange Commission (  SEC")  the Board of Governors of the Federal Reserve System  and any applicable self regulatory organization  For information about FINRA s BrokerCheck Program  including an investor brochure please contact FINRA at 800 289-9999 or www finra org

Securities held on your behalf at ETS or a central clearing facility but not registered in your name are commingled with identical securities held for other customers  In the event that securities so held are called by the issuer  the securities to be called will be determined by an impartial and random selection system  If your security is selected  it will be presented for redemption and your account credited with the proceeds  You have the right to withdraw uncalled  fully paid securities at any time prior to a partial call  and also to withdraw excess margin securities not subject to restriction

The responsibility to cancel an existing open order rests with you  Any transaction that results from the execution of any orders that you have not instructed us to cancel  prior to execution  will be recorded in your account  Market orders are subject to immediate execution  and is difficult to cancel

If required payment or delivery of securities is not made by the settlement date  ETS may  at its option and without further  notice  charge interest on the amount shown on the face hereof or cancel  sell out  or buy in the subject securities and charge  your account for any expenses  losses or other costs incurred

Investments in securities are not guaranteed by ETS  are not insured by the FDIC  and will fluctuate with changes in market conditions  When selling a security  you may receive more or less than your original investment

The principal amount or commission described on the face hereof may include an Additional Fee  for special services rendered  Other charges may include commissions paid to affiliates of ETS  local taxes, transaction fees and exchange fees  among others  For customers who choose to convert from the currency  in which the security or payment  thereon is denominated  the amounts provided with respect to principal interest  dividend and/or yield is subject to fluctuation or applicable foreign currency exchange rates and costs including a markup charged by ETS  Further details are available upon written request  The name of the party with whom this transaction was made and time of execution of the transaction will be furnished upon written request

Securities purchased by you or held by ETS may be hypothecated and/or commingled with securities carried for other customers

Call features for bonds may exist and such bonds can be redeemed in whole or in part before maturity and could affect the yield  complete information will be provided upon request  With respect to a zero coupon issue you will not receive periodic payments  and the securities may be callable at a price below maturity value  Furthermore  a zero coupon issue that is callable and in bearer form may be called without notice by mail to you unless the issue is registered

For an asset backed security (e g  GMO  FNMA  FHLMC  or GMNA)  the actual yield may vary  according to  the rate  at  which  the underlying assets or receivables  are prepaid  Information concerning factors that affect yield  including estimated yield  weighted average life  and prepayment assumptions are available upon request

The ratings that appear in the description of some fixed-income securities have been obtained from rating services that we believe to be reliable  however  we cannot guarantee their accuracy  Securities for which a rating is not available will be marked  Not Rated  A withdrawn rating "WR  signifies the removal of a rating one other an obligation or issuer  Confirmations related to fixed income transactions may reflect a mark up or mark down  both as a dollar and percentage value  The mark up or mark down dollar value is calculated as the execution price less the prevailing market price (PMP) multiplied by the quantity  The mark up or mark down percentage value is calculated as the mark up or mark-down dollar value divided by the PMP  Trades with a mark up or mark down value of "N/A  indicate a negative mark up (i e  the sale of the security was at a price lower than the PMP)

Final prospectus and/or offering documentation is available upon request in connection with your purchase of a security where the issuer is deemed to control  be controlled by  or under common control with ETS (i e  affiliated securities)

Additional Fees may include a broker assist fee an order handling fee and/or market center charges  ETS will charge a fee if you request to have certificates issued in your name and  mailed to you

ALEXANDER YON
1462 DESOTO RD
BALTIMORE MD 21230-1202

**Payment for Order Flow Disclosure**
The SEC (as well as FINRA) requires that all broker dealers inform their customers when a new account is opened  and on an annual basis thereafter of payment for order  flow practices (compensation  received for placing orders through specialists on national securities exchanges  over-the-counter market makers  alternative trading systems  and ECN s  (collectively  market centers ))  Consistent with the overriding principle of best execution  ETS routes orders to various market makers  including its affiliate Morgan Stanley & Co  LLC  ETS receives remuneration (generally in the form of per share cash payments or through  profit sharing  arrangements) for routing orders in securities to particular market centers for execution  Such remuneration is  considered  compensation to  ETS  and the source and amount of any compensation received in connection with your transaction will be disclosed to you upon written request  ETS  absent instructions from you to the contrary  takes a number of factors into consideration in determining  where  to route customers  orders  including  the  speed of execution  price improvement opportunities (executions at prices superior to the then prevailing inside market)  automatic execution guarantees  the availability of efficient and reliable order handling systems  the level of service provided  the cost of executing orders  whether it will receive cash or non-cash payments for routing order flow  and  reciprocal business  arrangements

Trades marked as  AVG PRICE SHOWN-DETAILS ON REQ  are executed through an average price account  The price shown may represent an average of multiple executions or may represent a single execution at the price indicated  Details regarding trades done in an average price account are available upon request

**Structured Products**
Structured Products are complex products and may be subject to special risks  Investors should consider the concentration risk of owning the related security and their total exposure to any underlying asset

Rev 04/21 S 121T8704

237  66855  PBA    2  117006          1 of 1 C EDLV AFPEDLV   06/07/22  21 36  001

Page 1 of 2

# E✳TRADE

from Morgan Stanley

## E✳TRADE Securities

Investment Account

# TRADE CONFIRMATION

**Account Number  XXXX 6829**

**Account Name**
ALEXANDER YON

E✳TRADE Securities LLC
P O  Box 484
Jersey City  NJ  07303 0484

**Customer Update**
Invest to make an impact  Learn how sustainable investing offers growth potential while supporting your values at us etrade com/knowledge/sustainable investing

| TRADE DATE | SETL DATE | MKT / CPT | SYMBOL / CUSIP | BUY / SELL | QUANTITY | PRICE | ACCT TYPE | | |
|---|---|---|---|---|---|---|---|---|---|
| 07/07/22 | 07/11/22 | 6 1 | MMAT | BUY | 100 | $1 0567 | Cash | PRINCIPAL | $105 67 |
| META MATLS INC COMMON STOCK | | | | | | | | NET AMOUNT | $105 67 |
| 07/07/22 | 07/11/22 | 6 1 | MMTLP | BUY | 200 | $1 65 | Cash | PRINCIPAL | $330 00 |
| META MATLS INC PFD SER A | | | | | | | | COMMISSION | $4 95 |
| | PERPETUAL | | | | | | | NET AMOUNT | $334 95 |

▲ DETACH HERE

ALEXANDER YON
1462 DESOTO RD
BALTIMORE MD  21230 1202

DETACH HERE ▲

**Use This Deposit Slip   Acct  XXXX-6829**

**Please do not send cash**

| Dollars | Cents |
|---|---|
| | |
| | |
| | |
| | |
| | |

**TOTAL DEPOSIT**

Make checks payable to E*TRADE Securities LLC
Mail deposits to

E*TRADE Securities LLC
P O  Box 484
Jersey City  NJ  07303 0484

070720220001  900508568293



**E✱TRADE**
from Morgan Stanley

Type of Transaction
(Market)
1 NYSE                                    5 CBOE
2 NYSE American                           6 Over the Counter
3 Other US Registered Exchanges           7 Underwriting
4 Mutual Funds                            8 Foreign Exchange or Other

(Capacity in which your broker is acting)
1 2 3 4 5 6 As agent
6 As agent for both buyer and seller. The commission charged to the party on the other side of the
    transaction will be furnished upon request
7 As principal
9 As agent and as principal

If the symbol ( ) appears in the security description on the face hereof, the offering of the
described security has been made solely by means of the prospectus relating thereto, a copy
of which has been or will be delivered to you, the receipt of which is acknowledged by payment
hereof
If the symbol (T) appears in the security description, it indicates that the security is Foreign
and may be subject to interest equalization tax
If the symbol (T) appears in the security description, an officer or employee of ETS is a director
of the issuer of the securities involved in this transaction. A control relationship may therefore
exist between the issuer and ETS

Please retain this confirmation for income tax purposes. Federal regulations require brokers
to report proceeds from all transactions to the Internal Revenue Service

**ALEXANDER YON**
**1462 DESOTO RD**
**BALTIMORE MD 21230-1202**

## Terms and Conditions

Please refer to the E*TRADE Customer Agreement for a complete discussion of the terms
and conditions governing your account. If you have questions regarding the E*TRADE
Customer Agreement or your account, please email us through etrade.com or call 800-387-
2331. THE INFORMATION CONTAINED IN THIS CONFIRMATION SHALL BE BINDING
UPON YOU IF YOU DO NOT OBJECT IN WRITING WITHIN TWO (2) DAYS AFTER THE
CONFIRMATION IS FIRST RECEIVED BY YOU. Securities products and services are offered
by E*TRADE Securities LLC ( ETS?) Member SIPC and a business of Morgan Stanley.
Your account is carried by ETS which maintains your funds and securities deposited with
ETS. An affiliate of ETS may act as a principal or agent in your transaction(s)

Applicable Rules and Regulations. All transactions in your account shall be subject to the
constitution, rules, regulations, customs and usages of the exchange or market, and its
clearing house, where the transactions are executed by ETS or its agents, including ETS
affiliates. Also where applicable, the transactions shall be subject to the provisions of the
Securities Act of 1933, as amended, the Securities Exchange Act of 1934, as amended, and
the rules and regulations of the Securities and Exchange Commission ( SEC?), the Board of
Governors of the Federal Reserve System and any applicable self regulatory organization
For information about FINRA s BrokerCheck Program, including an investor brochure please
contact FINRA at 800-289-9999 or www.finra.org

Securities held on your behalf at ETS or a central clearing facility but not registered in your
name are commingled with identical securities held for other customers. In the event that
securities so held are called by the issuer, the securities to be called will be determined by
an impartial and random selection system. If your security is selected, it will be presented for
redemption and your account credited with the proceeds. You have the right to withdraw
uncalled, fully paid securities at any time, prior to a partial call and also to withdraw excess
margin securities not subject to restriction

The responsibility to cancel an existing open order rests with you. Any transaction that results
from the execution of any orders that you have not instructed us to cancel prior to execution
will be recorded in your account. Market orders are subject to immediate execution and are
difficult to cancel

If required payment or delivery of securities is not made by the settlement date, ETS may, at its
option and without further notice charge interest on the amount shown on the face hereof
or cancel, sell out or buy in the subject securities and charge your account for any
expenses, losses or other costs incurred

Investments in securities are not guaranteed by ETS are not insured by the FDIC and will
fluctuate with changes in market conditions. When selling a security, you may receive more or
less than your original investment

The principal amount or commission described on the face hereof may include an Additional
Fee for special services rendered. Other charges may include commissions paid to affiliates
of ETS, local taxes, transaction fees and exchange fees, among others. For customers who
choose to convert from the currency in which the security or payment thereon is
denominated, the amounts provided with respect to principal interest, dividend and/or yield
is subject to fluctuation or applicable foreign currency exchange rates and costs including a
markup charged by ETS. Further details are available upon written request. The name of the
party with whom this transaction was made and time of execution of the transaction will be
furnished upon written request

Securities purchased by you or held by ETS may be hypothecated and/or commingled
with securities carried for other customers

Call features for bonds may exist and such bonds can be redeemed in whole or in part
before maturity and could affect the yield, complete information will be provided upon
request. With respect to a zero coupon issue you will not receive periodic payments and the
securities may be callable at a price below maturity value. Furthermore, a zero coupon issue
that is callable and in bearer form may be called without notice by mail to you unless the issue is
registered

For an asset backed security (e g. GMO, FNMA, FHLMC or GNMA) the actual yield may
vary according to the rate at which the underlying assets or receivables are prepaid
Information concerning factors that affect yield, including estimated yield, weighted average
life, and prepayment assumptions are available upon request

The ratings that appear in the description of some fixed-income securities have been obtained
from rating services that we believe to be reliable, however, we cannot guarantee their
accuracy. Securities for which a rating is not available will be marked Not Rated. A withdrawn
rating "WR" signifies the removal of a rating on either an obligation or issuer. Confirmations related
to fixed income transactions may reflect a mark up or mark down, both as a dollar and
percentage value. The mark up or mark down dollar value is calculated as the execution price
less the prevailing market price (PMP) multiplied by the quantity. The mark up or mark down
percentage value is calculated as the mark up or mark down dollar value divided by the PMP.
Trades with a mark up or mark down value of N/A indicate a negative mark up (i e. the sale
of the security was at a price lower than the PMP)

Final prospectus and/or offering documentation is available upon request in connection with
your purchase of a security where the issuer is deemed to control be controlled by or under
common control with ETS (i e. affiliated securities)

Additional Fees may include a broker assist fee an order handling fee and/or market
center charges. ETS will charge a fee if you request to have certificates issued in your name
and mailed to you

## Payment for Order Flow Disclosure

The SEC (as well as FINRA) requires that all broker dealers inform their customers when a
new account is opened and on an annual basis thereafter of payment for order flow
practices (compensation received for placing orders through specialists on national
securities exchanges over-the-counter market makers alternative trading systems and
ECN s (collectively market centers)) Consistent with the oversizing principle of best
execution ETS routes orders to various market makers including its affiliate Morgan Stanley
& Co LLC ETS receives remuneration (generally in the form of per share cash payments or
through profit sharing arrangements) for routing orders in securities to particular market
centers for execution. Such remuneration is considered compensation to ETS and the
source and amount of any compensation received in connection with your transaction will
be disclosed to you upon written request. ETS absent instructions from you to the contrary
takes a number of factors into consideration in determining where to route customers
orders including the speed of execution, price improvement opportunities (executions at
prices superior to the then prevailing inside market), automatic execution guarantees, the
availability of efficient and reliable order handling systems, the level of service provided, the
cost of executing orders whether it will receive cash or non-cash payments for routing
order flow and reciprocal business arrangements

Trades executed as AVG PRICE SHOWN DETAILS ON REQ are executed through an average
price account. The price shown may represent an average of multiple executions or may represent a
single execution at the price indicated. Details regarding trades done in an average price account are
available upon request

## Structured Products

Structured Products are complex products and may be subject to special risks. Investors should
consider the concentration risk of owning the related security and their total exposure to any
underlying asset

Rev 04/21 S1237804

# E✱TRADE
from Morgan Stanley

## E✱TRADE Securities
### Investment Account

# TRADE CONFIRMATION

**Account Number  XXXX 6829**

**Account Name**
ALEXANDER YON

E✱TRADE Securities LLC
P O  Box 484
Jersey City  NJ  07303 0484

**Customer Update**
Invest to make an impact  Learn how sustainable investing offers growth potential while
supporting your values at us etrade com/knowledge/sustainable investing

| TRADE DATE | SETL DATE | MKT/ CPT | SYMBOL/ CUSIP | BUY/ SELL | QUANTITY | PRICE | ACCT TYPE | | |
|---|---|---|---|---|---|---|---|---|---|
| 07/08/22 | 07/11/22 | 3 1 | | BUY | 5 | $ 34 | Cash | PRINCIPAL | $170 00 |
| **CALL MMAT  01/20/23    1 META MATLS INC** | | | | | | | | COMMISSION | $2 50 |
| OPEN CONTRACT | | | | | | | | OPT REG FEE | $0 05 |
| | | | | | | | | NET AMOUNT | $172 55 |
| 07/08/22 | 07/12/22 | 6 1 | AMC | BUY | 1 | $15 2994 | Cash | PRINCIPAL | $15 30 |
| **AMC ENTERTAINMENT HOLDINGS INC CL A COM** | | | | | | | | NET AMOUNT | $15 30 |
| 07/08/22 | 07/12/22 | 6 1 | AMD | BUY | 1 | $79 9364 | Cash | PRINCIPAL | $79 94 |
| **ADVANCED MICRO DEVICES INC COM** | | | | | | | | NET AMOUNT | $79 94 |
| 07/08/22 | 07/12/22 | 6 1 | DPLS | BUY | 10 000 | $ 0242 | Cash | PRINCIPAL | $242 50 |
| **DARKPULSE INC COMMON STOCK** | | | | | | | | COMMISSION | $4 95 |
| | | | | | | | | NET AMOUNT | $247 45 |
| 07/08/22 | 07/12/22 | 6 1 | MMAT | BUY | 180 | $1 0368 | Cash | PRINCIPAL | $186 62 |
| **META MATLS INC COMMON STOCK** | | | | | | | | NET AMOUNT | $186 62 |
| 07/08/22 | 07/12/22 | 6 1 | NVDA | BUY | 1 | $158 3789 | Cash | PRINCIPAL | $158 38 |
| **NVIDIA CORP** | | | | | | | | NET AMOUNT | $158 38 |
| 07/08/22 | 07/12/22 | 6 1 | WPC | BUY | 2 | $80 705 | Cash | PRINCIPAL | $161 41 |
| **W P CAREY INC COM** | | | | | | | | NET AMOUNT | $161 41 |

▲ DETACH HERE
ALEXANDER YON
1462 DESOTO RD
BALTIMORE MD  21230 1202

DETACH HERE ▲

**Use This Deposit Slip    Acct `XXXX-6829`**

**Please do not send cash**

| | Dollars | Cents |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |

**TOTAL DEPOSIT**

Make checks payable to E✱TRADE Securities LLC
Mail deposits to

E✱TRADE Securities LLC
P O  Box 484
Jersey City  NJ  07303 0484

070820220001  900508568293



**E✳TRADE**
from Morgan Stanley

**Type of Transaction**
(Market)
1 NYSE
2 NYSE American
3 Other US Registered Exchanges
4 Mutual Funds

5 CBOE
6 Over the Counter
7 Underwriting
8 Foreign Exchange or Other

(Capacity in which your broker is acting)
1 2 3 4 5 6 As agent
6 As agent for both buyer and seller  The commission charged to the party on the other side of the transaction will be furnished upon request
7 As principal
9 As agent and as principal

If the symbol ( ) appears in the security description on the face hereof the offering of the described security has been made solely by means of the prospectus relating thereto  a copy of which has been or will be delivered to you  the receipt of which is acknowledged by payment hereof

If the symbol (F) appears in the security description  it indicates that the security is  Foreign and may be subject to interest equalization tax

If the symbol (T) appears in the security description  an officer or employee of ETS is a director of the issuer of the securities involved in this transaction  A control relationship may therefore exist between the issuer and ETS

Please retain this confirmation for income tax purposes  Federal regulations require brokers to report proceeds from all transactions to the Internal Revenue Service

**Terms and Conditions**

Please refer to the E✳TRADE Customer Agreement  for a complete discussion of the terms and conditions governing your account  If you have questions regarding the E✳TRADE Customer Agreement or your account  please email us through etrade.com or call 800-387 2331  THE INFORMATION CONTAINED IN THIS CONFIRMATION SHALL BE BINDING UPON YOU IF YOU  DO NOT OBJECT  IN WRITING WITHIN TWO (2) DAYS AFTER THE CONFIRMATION IS FIRST RECEIVED BY YOU  Securities products and services are offered by E✳TRADE  Securities LLC  ( ETS )  Member SIPC and a business of Morgan Stanley  Your account is carried by ETS  which maintains your funds and securities deposited with ETS  An affiliate of ETS may act as a principal or agent in your transaction(s)

**Applicable Rules and Regulations**  All transactions in your account shall be subject to the constitution  rules  regulations  customs  and usages of the exchange or market  and its clearing house  where the transactions are executed by ETS or its agents  including ETS affiliates  Also  where applicable  this transactions shall be subject to the provisions of the Securities Act of 1933  as amended  the Securities Exchange Act of 1934  as amended  and the rules and regulations of the Securities and Exchange Commission ( SEC )  the Board of Governors of the Federal Reserve System  and any applicable self regulatory organization  For information about ETS s BrokerCheck Program  including an investor brochure  please contact FINRA at 800-289-9999 or www.finra.org

Securities held on your behalf at ETS or a central clearing facility but not registered in your name are commingled with identical securities held for other customers  In the event that securities so held are called by the issuer  the securities to be called will be determined by an impartial and random selection system  If your security is selected  it will be presented for redemption and your account credited with the proceeds  You have the right to withdraw uncalled  fully paid securities at any time prior  to a partial call  and also to withdraw  excess margin securities not subject to restriction

The responsibility to cancel an existing open order rests with you  Any transaction that results from the execution of any orders that you have not instructed us to cancel  prior to execution  will be recorded in your account  Market orders are subject to immediate execution and are difficult to cancel

If required payment or delivery of securities is not made by the settlement date ETS may  at its option and without further notice  charge interest on the amount shown on the face hereof or cancel  sell out  or buy in the subject securities and charge  your account for any expenses losses  or other costs incurred

Investments in securities are not guaranteed by ETS  are not insured by the FDIC  and will fluctuate with changes in market conditions  When selling a security  you may receive more or less than your original investment

The principal amount or commission described on the face hereof may include an Additional Fee  for special services rendered  Other charges may include commissions paid to affiliates of ETS  local taxes  transaction fees  and exchange fees  among others  For customers who choose to convert from the currency in which the security or  payment  thereon  is denominated  the amounts provided with respect to principal  interest  dividend and/or yield  is subject to fluctuation or applicable foreign  currency exchange rates and costs including a markup charged by ETS  Further details are available upon written request  The name of the party with whom this transaction was made and time of execution of the transaction will be furnished upon written request

Securities purchased by you  or held by ETS may be hypothecated and/or  commingled with securities carried for other customers

Call features for bonds may exist and such bonds can be redeemed in whole or in part before  maturity  and could  affect the yield  complete information will be  provided upon request  With respect to a zero coupon issue  you will not receive periodic payments  and the securities may be callable at a price below maturity value  Furthermore  a zero coupon issue that is callable and in bearer form may be called without notice by mail to you unless the issue is registered

For an asset backed security (e g  GMO  FNMA  FHLMC  or GNMA)  the actual yield may vary  according to the rate  at which the underlying assets or receivables are prepaid  Information concerning factors that affect yield  including  estimated yield  weighted average life  and prepayment assumptions  are available upon request

The ratings that appear in the description of some fixed-income securities have been obtained from rating services that we believe to be reliable  however  we cannot  guarantee their accuracy  Securities for which a rating is not available will be marked  Not Rated  A withdrawn rating "WR"  signifies the removal of a rating on either an obligation or issuer  Confirmations related to  fixed income transactions may reflect a mark up or mark-down  both as a dollar and percentage value  The mark up or mark down dollar value is calculated as the execution price less the prevailing market price (PMP) multiplied by the quantity  The mark up or mark down percentage value is calculated as the mark up or mark down dollar value divided by the PMP  Trades with a mark up or mark down value of "N/A"  indicate a negative mark up (i e  the sale of the security was at a price lower than the PMP)

Final prospectus and/or offering documentation is available upon request in connection with your purchase of a security where the issuer is deemed to control  be controlled by  or under common control with ETS (i e  affiliated securities)

Additional Fees may include a broker assist fee an order handling fee and/or market center charges  ETS will charge a fee if you request to have certificates issued in your name and  mailed to you

**ALEXANDER YON**
**1462 DESOTO RD**
**BALTIMORE MD  21230-1202**

**Payment for Order Flow Disclosure**
The SEC (as well as FINRA) requires that all broker dealers inform their customers when a new account is opened  and on an annual basis  thereafter  of payment for order flow practices (compensation received for placing orders through specialists on national securities exchanges  over-the-counter market makers  alternative trading systems  and ECN s  (collectively  market centers ))  Consistent with the overriding principle of best execution  ETS routes orders to various market makers  including its affiliate Morgan Stanley & Co  LLC  ETS receives remuneration (generally in the form of per share cash payments or through  profit sharing arrangements) for routing orders in securities to particular market centers for execution  Such remuneration is considered  compensation to  ETS  and the source and amount of any compensation received in connection with your transaction will be disclosed to you upon written request  ETS absent instructions from you to the contrary takes a number of factors into consideration in determining  where to route customers orders  including  the speed of execution  price improvement opportunities  (executions at prices superior to the then prevailing inside market)  automatic execution guarantees  the availability of efficient and reliable order handling systems  the level of service provided  the cost of executing orders  whether it will receive  cash or non-cash payments for routing order flow  and reciprocal business arrangements

Trades noted as  AVG PRICE SHOWN DETAILS ON REQ  are executed through an average price account  The price shown may represent an average of multiple executions or may represent a single execution at the price indicated  Details regarding trades done in an average price account are available upon request

**Structured Products**
Structured Products are complex products and may be subject to special risks  Investors should consider the concentration risk of owning the related security and their total exposure to any underlying asset

Rev 04/21 S123 B04


from Morgan Stanley

Page 1 of 2

**E✳TRADE Securities**

Investment Account

# TRADE CONFIRMATION

**Account Number  XXXX 6829**

**Account Name**

ALEXANDER YON

E✳TRADE Securities LLC
P O Box 484
Jersey City  NJ  07303 0484

**Customer Update**

Invest to make an impact  Learn how sustainable investing offers growth potential while supporting your values at us etrade com/knowledge/sustainable investing

| TRADE DATE | SETL DATE | MKT / CPT | SYMBOL / CUSIP | BUY / SELL | QUANTITY | PRICE | ACCT TYPE | | |
|---|---|---|---|---|---|---|---|---|---|
| 07/11/22 | 07/13/22 | 6 1 | DWAC | BUY | 1 | $27 39 | Cash | PRINCIPAL | $27 39 |
| | | | | | | | | NET AMOUNT | $27 39 |

DIGITAL WORLD ACQUISITION CORP CLASS A COMMON STOCK

| 07/11/22 | 07/13/22 | 6 1 | IMPP | BUY | 1 000 | $ 4101 | Cash | PRINCIPAL | $410 10 |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | NET AMOUNT | $410 10 |

***IMPERIAL PETROLEUM INC COMMON SHARES

| 07/11/22 | 07/13/22 | 6 1 | IMPPP | BUY | 6 | $18 5458 | Cash | PRINCIPAL | $111 27 |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | NET AMOUNT | $111 27 |

***IMPERIAL PETROLEUM INC 8 75% SERS A CMLTV RDMBL PRPTL
PREFERRED SHARES WHEN ISSUED
 PERPETUAL
11/23/21    DATED DATE
CALLABLE 08/11/22 26 00

| 07/11/22 | 07/13/22 | 6 1 | MMAT | BUY | 20 | $1 0063 | Cash | PRINCIPAL | $20 13 |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | NET AMOUNT | $20 13 |

META MATLS INC COMMON STOCK

▲ DETACH HERE

ALEXANDER YON
1462 DESOTO RD
BALTIMORE MD 21230 1202

DETACH HERE ▲

**Use This Deposit Slip    Acct  XXXX-6829**

**Please do not send cash**

| | Dollars | Cents |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |

Make checks payable to E✳TRADE Securities LLC
Mail deposits to

**TOTAL DEPOSIT**

E✳TRADE Securities LLC
P O Box 484
Jersey City  NJ  07303 0484

071120220001  900508568293


E✳TRADE
from Morgan Stanley

**Type of Transaction**
(Market)
1 NYSE
2 NYSE American
3 Other US Registered Exchanges
4 Mutual Funds

5 CBOE
6 Over-the-Counter
7 Underwriting
8 Foreign Exchange or Other

(Capacity in which your broker is acting)
1 2 3 4 5 8 As agent
6 As agent for both buyer and seller  The commission charged to the party on the other side of the transaction will be furnished upon request
7 As principal
9 As agent and as principal

If the symbol ( ) appears  in the security description  on the face hereof  the offering of the described security has been made solely by means of the prospectus relating thereto  a copy of which has been or will be delivered to you  the receipt of which is acknowledged by payment hereof
If the symbol (F) appears in the security description  it indicates that the security is  Foreign and may be subject to interest equalization tax
If the symbol (T) appears in the security description  an officer or employee of ETS is a director of the issuer of the securities involved in this transaction  A control relationship may therefore exist between the issuer and ETS

Please retain this confirmation for income tax purposes  Federal regulations require brokers to report proceeds from all transactions to the Internal Revenue Service

**Terms and Conditions**

Please refer to the E*TRADE Customer Agreement for a complete discussion of the terms and conditions governing your account  If you have questions regarding  the E*TRADE Customer Agreement or your account  please email us through etrade com or call 800-387 2331  THE INFORMATION CONTAINED IN THIS CONFIRMATION SHALL BE BINDING UPON YOU IF YOU  DO NOT OBJECT IN WRITING WITHIN TWO (2) DAYS AFTER THE CONFIRMATION IS FIRST RECEIVED BY YOU  Securities products and services are offered by E*TRADE Securities LLC ( ETS )  Member SIPC and a business of Morgan Stanley  Your account is carried by ETS  which maintains your funds and securities deposited with ETS  An affiliate of ETS may act as a principal or agent in your transaction(s)

**Applicable Rules and Regulations.** All transactions in your account shall be subject to the constitution  rules  regulations  customs  and usages of the exchange or market  and its clearing house  where the transactions are executed by ETS or its agents  including ETS affiliates  Also where applicable  the transactions shall be subject to the provisions of the Securities Act of 1933  as amended  the Securities Exchange Act of 1934  as amended  and the rules and regulations of the Securities and Exchange Commission ( SEC )  the Board of Governors of the Federal Reserve System  and any applicable self regulatory organization  For information about ETS's BrokerCheck Program  including  an investor brochure  please contact FINRA at 800-289-9999 or www finra org

Securities held on your behalf at ETS or a central clearing facility but not registered in your name  are commingled with identical securities held for other customers  In the event that securities so held are called by the issuer  the securities to be called will be determined  by an impartial and random selection system  If your security is selected  it will be presented for redemption  and your account credited with the proceeds  You have the right to withdraw uncalled  fully paid securities at any time prior to a partial call and also to withdraw  excess margin securities not subject to restriction

The responsibility to cancel an existing open order rests with you  Any transaction that results from the execution of any orders that you have not instructed us to cancel  prior to execution  will be recorded in your account  Market orders are subject to immediate execution and are difficult to cancel

If required payment or delivery of securities is not made by the settlement date  ETS may  at its option and without further notice  charge interest on the amount shown on the face hereof  or cancel  sell out  or buy in the subject securities  and charge  your account for any expenses  losses  or other costs incurred

Investments in securities are not guaranteed by ETS  are not insured by the FDIC  and will fluctuate with changes in market conditions  When selling a security  you may receive more or less than your original investment

The principal amount or commission described on the face hereof may include an Additional Fee  for special services rendered  Other charges may include  commissions paid to affiliates  of ETS  local taxes  transaction fees  and exchange fees  among others  For customers who choose to convert  from the currency  in which the security or payment thereon is denominated  the amounts provided with respect to principal  interest  dividend and/or yield is subject to fluctuation or applicable foreign currency exchange rates and costs including a markup charged by ETS  Further details are available upon written request  The name of the party with whom this transaction was made and time of execution of the transaction will be furnished upon written request

Securities purchased by you or held by ETS may be hypothecated and/or commingled with securities carried for other customers

Call features for bonds may exist and such bonds can be redeemed in whole or in part  before maturity and could affect the yield  complete information will be  provided upon request  With respect to a zero coupon issue  you will not receive periodic payments  and the securities may be callable at a price below maturity value  Furthermore  a zero coupon issue that is callable and in bearer form may be called without notice by mail to you unless the issue is registered

For an asset backed security (e g  GMO  FNMA  FHLMC or GMNA)  the actual yield may vary  according to the rate  at which the underlying assets or receivables are prepaid  Information concerning factors that affect yield  including estimated yield  weighted average life  and prepayment assumptions  are available upon request

The ratings that appear in the description of some fixed-income securities have been obtained from rating services that we believe to be reliable  however  we cannot guarantee their accuracy  Securities for which a rating is not available will be marked  Not Rated  A withdrawn rating  WR  signifies the removal of a rating on either an obligation or issuer  Confirmations related to fixed income transactions may reflect  a mark up or mark down  both as a dollar  and percentage value  The mark up or mark down dollar value is calculated as the execution price less the prevailing market price (PMP) multiplied by the quantity  The mark up or mark down percentage value is calculated as the mark up or mark down dollar value divided by the PMP  Trades with a mark up or mark down value of  N/A  indicate a negative mark up (i e  the sale of the security was at a price lower than the PMP)

Final prospectus and/or offering documentation is available upon request in connection with your purchase of a security where the issuer is deemed to control  be controlled by  or under common control with ETS (i e  affiliated securities)

Additional Fees may include a broker assist fee  an order handling fee  and/or market center charges  ETS will charge a fee if you request to have certificates issued in your name  and mailed to you

ALEXANDER YON
1462 DESOTO RD
BALTIMORE MD  21230-1202

**Payment for Order Flow Disclosure**
The SEC (as well as FINRA) requires that all broker dealers inform their customers when a new account is opened  and on an annual basis thereafter  of payment for order flow practices (compensation received for placing orders through specialists on national securities exchanges  over-the-counter market makers  alternative trading systems  and ECN s (collectively  market centers ))  Consistent with the overriding principle of best execution  ETS routes orders to various market makers including its affiliate Morgan Stanley & Co LLC  ETS receives remuneration (generally in the form of per share cash payments or through  profit sharing arrangements) for routing orders in securities to particular market centers for execution  Such remuneration is  considered  compensation to  ETS  and the source and amount of any compensation received in connection with your transaction will be disclosed to you upon written request  ETS  absent instructions from you to the contrary  takes a number of factors into consideration in determining  where to route customers orders including  the speed of execution  price improvement opportunities (executions at prices superior to the then prevailing made market)  automatic execution guarantees  the availability of efficient and reliable order handling systems  the level of service provided  the cost of executing orders  whether it will receive cash or non-cash payments for routing order flow  and reciprocal business arrangements

Trades noted as  AVG PRICE SHOWN DETAILS ON REQ  are executed through an average price account  The price shown may represent an average of multiple executions or may represent a single execution at the price indicated  Details regarding trades done in an average price account are available upon request

**Structured Products**
Structured Products are complex products and may be subject to special risks  Investors should consider the concentration risk of owning the related security and their total exposure to any underlying asset

Rev 04/21 51237004

# E✳TRADE
### from Morgan Stanley

## E✳TRADE Securities
### Investment Account

# TRADE CONFIRMATION

**Account Number  XXXX 6829**

E✳TRADE Securities LLC
P O  Box 484
Jersey City  NJ  07303 0484

**Account Name**
ALEXANDER YON

**Customer Update**

Invest to make an impact  Learn how sustainable investing offers growth potential while supporting your values at us etrade com/knowledge/sustainable investing

| TRADE DATE | SETL DATE | MKT/ CPT | SYMBOL/ CUSIP | BUY/ SELL | QUANTITY | PRICE | ACCT TYPE | | |
|---|---|---|---|---|---|---|---|---|---|
| 07/12/22 | 07/14/22 | 6 1 | AMC | BUY | 14 | $15 3463 | Cash | PRINCIPAL | $214 85 |
| AMC ENTERTAINMENT HOLDINGS INC CL A COM | | | | | | | | NET AMOUNT | $214 85 |
| 07/12/22 | 07/14/22 | 6 1 | MMAT | BUY | 100 | $ 9797 | Cash | PRINCIPAL | $97 97 |
| META MATLS INC COMMON STOCK | | | | | | | | NET AMOUNT | $97 97 |

▲ DETACH HERE
ALEXANDER YON
1462 DESOTO RD
BALTIMORE MD  21230 1202

DETACH HERE ▲

**Use This Deposit Slip    Acct  XXXX-6829**

**Please do not send cash**

| Dollars | Cents |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

**TOTAL DEPOSIT**

Make checks payable to E*TRADE Securities LLC
Mail deposits to

E*TRADE Securities LLC
P O  Box 484
Jersey City  NJ  07303 0484

071220220001  900508568293


E✱TRADE
from Morgan Stanley

**Type of Transaction**
(Market)
1. NYSE
2. NYSE American
3. Other US Registered Exchanges
4. Mutual Funds

5. CBOE
6. Over the Counter
7. Underwriting
8. Foreign Exchange or Other

(Capacity in which your broker is acting)
1. 2. 3. 4. 5. 8. As agent
6. As agent for both buyer and seller. The commission charged to the party on the other side of the transaction will be furnished upon request
7. As principal
9. As agent and as principal

If the symbol ( ) appears in the security description on the face hereof, the offering of the described security has been made solely by means of the prospectus relating thereto, a copy of which has been or will be delivered to you, the receipt of which is acknowledged by payment hereof

If the symbol (F) appears in the security description, it indicates that the security is Foreign and may be subject to interest equalization tax

If the symbol (T) appears in the security description, an officer or employee of ETS is a director of the issuer of the securities involved in this transaction. A control relationship may therefore exist between the issuer and ETS

Please retain this confirmation for income tax purposes. Federal regulations require brokers to report proceeds from all transactions to the Internal Revenue Service

## Terms and Conditions

Please refer to the E*TRADE Customer Agreement for a complete discussion of the terms and conditions governing your account. If you have questions regarding the E*TRADE Customer Agreement or your account, please email us through etrade.com or call 800-387-2331. THE INFORMATION CONTAINED IN THIS CONFIRMATION SHALL BE BINDING UPON YOU IF YOU DO NOT OBJECT IN WRITING WITHIN TWO (2) DAYS AFTER THE CONFIRMATION IS FIRST RECEIVED BY YOU. Securities products and services are offered by E*TRADE Securities LLC ( ETS ). Member SIPC and a business of Morgan Stanley. Your account is carried by ETS which maintains your funds and securities deposited with ETS. An affiliate of ETS may act as a principal or agent in your transaction(s)

**Applicable Rules and Regulations.** All transactions in your account shall be subject to the constitution, rules, regulations, customs and usages of the exchange or market and its clearing house where the transactions are executed by ETS or its agents, including ETS affiliates. Also, where applicable, the transactions shall be subject to the provisions of the Securities Act of 1933 as amended, the Securities Exchange Act of 1934 as amended and the rules and regulations of the Securities and Exchange Commission ( SEC ), the Board of Governors of the Federal Reserve System and any applicable self-regulatory organization. For information about FINRA's BrokerCheck Program, including an investor brochure, please contact FINRA at 800-289-9999 or www.finra.org

Securities held on your behalf at ETS or a central clearing facility but not registered in your name are commingled with identical securities held for other customers. In the event that securities so held are called by the issuer, the securities to be called will be determined by an impartial and random selection system. If your security is selected, it will be presented for redemption and your account credited with the proceeds. You have the right to withdraw uncalled fully paid securities at any time prior to a partial call and also to withdraw excess margin securities not subject to restriction

The responsibility to cancel an existing open order rests with you. Any transaction that results from the execution of any orders that you have not instructed us to cancel prior to execution will be recorded in your account. Market orders are subject to immediate execution and are difficult to cancel

If required payment or delivery of securities is not made by the settlement date, ETS may, at its option and without further notice, charge interest on the amount shown on the face hereof or cancel, sell out, or buy in the subject securities and charge your account for any expenses, losses or other costs incurred

Investments in securities are not guaranteed by ETS, are not insured by the FDIC and will fluctuate with changes in market conditions. When selling a security, you may receive more or less than your original investment

The principal amount or commission described on the face hereof may include an Additional Fee for special services rendered. Other charges may include commissions paid to affiliates of ETS, local taxes, transaction fees and exchange fees, among others. For customers who choose to convert from the currency in which the security or payment thereon is denominated, the amounts provided with respect to principal, interest, dividend and/or yield is subject to fluctuation or applicable foreign currency exchange rates and costs including a markup charged by ETS. Further details are available upon written request. The name of the party with whom this transaction was made and time of execution of the transaction will be furnished upon written request

Securities purchased by you or held by ETS may be hypothecated and/or commingled with securities carried for other customers

Call features for bonds may exist and such bonds can be redeemed in whole or in part before maturity and could affect the yield, complete information will be provided upon request. With respect to a zero coupon issue you will not receive periodic payments and the securities may be callable at a price below maturity value. Furthermore, a zero coupon issue that is callable and in bearer form may be called without notice by mail to you unless the issue is registered

For an asset backed security (e.g. GNMA, FNMA, FHLMC or GNMA) the actual yield may vary according to the rate at which the underlying assets or receivables are prepaid. Information concerning factors that affect yield including estimated yield, weighted average life and prepayment assumptions are available upon request

The ratings that appear in the description of some fixed-income securities have been obtained from rating services that we believe to be reliable, however we cannot guarantee their accuracy. Securities for which a rating is not available will be marked Not Rated. A withdrawn rating WR signifies the removal of a rating on either an obligation or issuer. Confirmations related to fixed income transactions may reflect a mark up or mark-down both as a dollar and percentage value. The mark up or mark down dollar value is calculated as the execution price less the prevailing market price (PMP) multiplied by the quantity. The mark up or mark down percentage value is calculated as the mark up or mark down dollar value divided by the PMP. Trades with a mark up or mark down value of N/A indicate a negative mark up (i e. the sale of the security was at a price lower than the PMP)

Final prospectus and/or offering documentation is available upon request in connection with your purchase of a security where the issuer is deemed to control, be controlled by or under common control with ETS (i e. affiliated securities)

Additional Fees may include a broker assist fee, an order handling fee and/or market center charges. ETS will charge a fee if you request to have certificates issued in your name and mailed to you

## ALEXANDER YON
## 1462 DESOTO RD
## BALTIMORE MD 21230-1202

### Payment for Order Flow Disclosure

The SEC (as well as FINRA) requires that all broker-dealers inform their customers when a new account is opened and on an annual basis thereafter of payment for order flow practices (compensation received for placing orders through specialists on national securities exchanges, over-the-counter market makers, alternative trading systems and ECN's (collectively, 'market centers')). Consistent with the overriding principle of best execution, ETS routes orders to various market makers including its affiliate Morgan Stanley & Co LLC. ETS receives remuneration (generally in the form of per share cash payments or through profit sharing arrangements) for routing orders in securities to particular market centers for execution. Such remuneration is considered compensation to ETS and the source and amount of any compensation received in connection with your transaction will be disclosed to you upon written request. ETS absent instructions from you to the contrary takes a number of factors into consideration in determining where to route customers' orders including the speed of execution, price improvement opportunities (executions at prices superior to the then prevailing inside market), automatic execution guarantees, the availability of efficient and reliable order handling systems, the level of service provided, the cost of executing orders whether it will receive cash or non-cash payments for routing order flow and reciprocal business arrangements

Trades noted as AVG PRICE SHOWN DETAILS ON REQ are executed through an average price account. The price shown may represent an average of multiple executions or may represent a single execution at the price indicated. Details regarding trades done in an average price account are available upon request

### Structured Products

Structured Products are complex products and may be subject to special risks. Investors should consider the concentration risk of owning the related security and their total exposure to any underlying asset

Rev 04/21 91231004



**E✳TRADE**
from Morgan Stanley

**E✳TRADE Securities**

Investment Account

# TRADE CONFIRMATION

**Account Number  XXXX 6829**

E✳TRADE Securities LLC
P O  Box 484
Jersey City  NJ  07303 0484

**Account Name**
ALEXANDER YON

**Customer Update**
Invest to make an impact  Learn how sustainable investing offers growth potential while supporting your values at us etrade com/knowledge/sustainable investing

| TRADE DATE | SETL DATE | MKT / CPT | SYMBOL / CUSIP | BUY / SELL | QUANTITY | PRICE | ACCT TYPE | | |
|---|---|---|---|---|---|---|---|---|---|
| 07/13/22 | 07/14/22 | 3 4 | | BUY | 10 | $ 50 | Cash | PRINCIPAL | $500 00 |
| CALL MMAT  10/21/22    50 META MATLS INC | | | | | | | | COMMISSION | $5 00 |
| OPEN CONTRACT | | | | | | | | OPT REG FEE | $0 10 |
| | | | | | | | | NET AMOUNT | $505 10 |

| 07/13/22 | 07/15/22 | 6 1 | IMPPP | BUY | 4 | $18 5325 | Cash | PRINCIPAL | $74 13 |
|---|---|---|---|---|---|---|---|---|---|
| ***IMPERIAL PETROLEUM INC 8 75% SERS A CMLTV RDMBL PRPTL | | | | | | | | NET AMOUNT | $74 13 |
| PREFERRED SHARES WHEN ISSUED | | | | | | | | | |
| PERPETUAL | | | | | | | | | |
| 11/23/21    DATED DATE | | | | | | | | | |
| CALLABLE 08/13/22 26 00 | | | | | | | | | |

| 07/13/22 | 07/15/22 | 6 1 | MMAT | BUY | 100 | $ 9646 | Cash | PRINCIPAL | $96 46 |
|---|---|---|---|---|---|---|---|---|---|
| META MATLS INC COMMON STOCK | | | | | | | | NET AMOUNT | $96 46 |

▲  DETACH HERE

ALEXANDER YON
1462 DESOTO RD
BALTIMORE MD  21230 1202

DETACH HERE  ▲

**Use This Deposit Slip   Acct  XXXX-6829**

**Please do not send cash**

| | Dollars | Cents |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| **TOTAL DEPOSIT** | | |

Make checks payable to E✳TRADE Securities LLC
Mail deposits to

E✳TRADE Securities LLC
P O  Box 484
Jersey City  NJ  07303 0484

071320220001  900508568293


**E✳TRADE**
from Morgan Stanley

**Type of Transaction**

(Market)
1 NYSE
2. NYSE American
3 Other US Registered Exchanges
4 Mutual Funds

5 CBOE
6 Over the Counter
7 Underwriting
8 Foreign Exchange or Other

(Capacity in which your broker is acting)
1 2 3 4 5 8 As agent
6 As agent for both buyer and seller The commission charged to the party on the other side of the transaction will be furnished upon request
7 As principal
9 As agent and as principal

If the symbol ( ) appears in the security description on the face hereof the offering of the described security has been made solely by means of the prospectus relating thereto a copy of which has been or will be delivered to you the receipt of which is acknowledged by payment hereof

If the symbol (F) appears in the security description it indicates that the security is Foreign and may be subject to interest equalisation tax

If the symbol (T) appears in the security description an officer or employee of ETS is a director of the issuer of the securities involved in this transaction A control relationship may therefore exist between the issuer and ETS

Please retain this confirmation for income tax purposes Federal regulations require brokers to report proceeds from all transactions to the Internal Revenue Service

**Terms and Conditions**

Please refer to the E*TRADE Customer Agreement for a complete discussion of the terms and conditions governing your account If you have questions regarding the E*TRADE Customer Agreement or your account please email us through etrade com or call 800-387 2331 THE INFORMATION CONTAINED IN THIS CONFIRMATION SHALL BE BINDING UPON YOU IF YOU DO NOT OBJECT IN WRITING WITHIN TWO (2) DAYS AFTER THE CONFIRMATION IS FIRST RECEIVED BY YOU Securities products and services are offered by E*TRADE Securities LLC ( ETS ) Member SIPC and a business of Morgan Stanley Your account is carried by ETS which maintains your funds and securities deposited with ETS An affiliate of ETS may act as a principal or agent in your transaction(s)

Applicable Rules and Regulations. All transactions in your account shall be subject to the constitution rules regulations customs and usages of the exchange or market and its clearing house where the transactions are executed by ETS or its agents including ETS affiliates Also where applicable the transactions shall be subject to the provisions of the Securities Act of 1933 as amended the Securities Exchange Act of 1934 as amended and the rules and regulations of the Securities and Exchange Commission ( SEC ) the Board of Governors of the Federal Reserve System and any applicable self regulatory organization For information about FINRA s BrokerCheck Program including an investor brochure please contact FINRA at 800-289-9999 or www finra org

Securities held on your behalf at ETS or a central clearing facility but not registered in your name are commingled with identical securities held for other customers. In the event that securities so held are called by the issuer the securities to be called will be determined by an impartial and random selection system If your security is selected it will be presented for redemption and your account credited with the proceeds You have the right to withdraw uncalled fully paid securities at any time prior to a partial call and also to withdraw excess margin securities not subject to restriction

The responsibility to cancel an existing open order rests with you Any transaction that results from the execution of any orders that you have not instructed us to cancel prior to execution will be recorded in your account Market orders are subject to immediate execution and are difficult to cancel

If required payment or delivery of securities is not made by the settlement date ETS may at its option and without further notice charge interest on the amount shown on the face hereof or cancel sell out or buy in the subject securities and charge your account for any expenses losses or other costs incurred

Investments in securities are not guaranteed by ETS are not insured by the FDIC and will fluctuate with changes in market conditions When selling a security you may receive more or less than your original investment

The principal amount or commission described on the face hereof may include an Additional Fee for special services rendered Other charges may include commissions paid to affiliates of ETS local taxes transaction fees and exchange fees among others For customers who choose to convert from the currency in which the security or payment thereon is denominated the amounts provided with respect to principal interest dividend and/or yield is subject to fluctuation or applicable foreign currency exchange rates and costs including a markup charged by ETS Further details are available upon written request The name of the party with whom this transaction was made and time of execution of the transaction will be furnished upon written request

Securities purchased by you or held by ETS may be hypothecated and/or commingled with securities carried for other customers

Call features for bonds may exist and such bonds can be redeemed in whole or in part before maturity and could affect the yield complete information will be provided upon request With respect to a zero coupon issue you will not receive periodic payments and the securities may be callable at a price below maturity value Furthermore a zero coupon issue that is callable and in bearer form may be called without notice by mail to you unless the issue is registered

For an asset backed security (e g GMO FNMA FHLMC or GNMA) the actual yield may vary according to the rate at which the underlying assets or receivables are prepaid Information concerning factors that affect yield including estimated yield weighted average life and prepayment assumptions are available upon request

The ratings that appear in the description of some fixed-income securities have been obtained from rating services that we believe to be reliable however we cannot guarantee their accuracy Securities for which a rating is not available will be marked Not Rated A withdrawn rating WR signifies the removal of a rating on either an obligation or issuer Confirmations related to fixed income transactions may reflect a mark up or mark down both as a dollar and percentage value The mark up or mark down dollar value is calculated as the execution price less the prevailing market price (PMP) multiplied by the quantity The mark up or mark down percentage value is calculated as the mark up or mark-down dollar value divided by the PMP Trades with a mark up or mark down value of N/A indicate a negative mark up (i e the sale of the security was at a price lower than the PMP)

Final prospectus and/or offering documentation is available upon request in connection with your purchase of a security where the issuer is deemed to control be controlled by or under common control with ETS (i e affiliated securities)

Additional Fees may include a broker assist fee an order handling fee and/or market center charges ETS will charge a fee if you request to have certificates issued in your name and mailed to you

**ALEXANDER YON**
**1462 DESOTO RD**
**BALTIMORE MD 21230-1202**

**Payment for Order Flow Disclosure**
The SEC (as well as FINRA) requires that all broker dealers inform their customers when a new account is opened and on an annual basis thereafter of payment for order flow practices (compensation received for placing orders through specialists on national securities exchanges over-the-counter market makers alternative trading systems and ECN s (collectively 'market centers )) Consistent with the overriding principle of best execution ETS routes orders to various market makers including its affiliate Morgan Stanley & Co LLC ETS receives remuneration (generally in the form of per share cash payments or through profit sharing arrangements) for routing orders in securities to particular market centers for execution Such remuneration is considered compensation to ETS and the source and amount of any compensation received in connection with your transaction will be disclosed to you upon written request ETS absent instructions from you to the contrary takes a number of factors into consideration in determining where to route customers orders including the speed of execution price improvement opportunities (executions at prices superior to the then prevailing inside market) automatic execution guarantees the availability of efficient and reliable order handling systems the level of service provided the cost of executing orders whether it will receive cash or non-cash payments for routing order flow and reciprocal business arrangements

Trades noted as AVG PRICE SHOWN DETAILS ON REQ are executed through an average price account The price shown may represent an average of multiple executions or may represent a single execution at the price indicated Details regarding trades done in an average price account are available upon request

**Structured Products**
Structured Products are complex products and may be subject to special risks Investors should consider the concentration risk of owning the related security and their total exposure to any underlying asset

Rev 04/21 S1237B04

# E✱TRADE
from Morgan Stanley

**E✱TRADE Securities**

Investment Account

# TRADE CONFIRMATION

**Account Number  XXXX 6829**

E✱TRADE Securities LLC
P O Box 484
Jersey City  NJ  07303 0484

**Account Name**
ALEXANDER YON

**Customer Update**
Invest to make an impact  Learn how sustainable investing offers growth potential while
supporting your values at us etrade com/knowledge/sustainable investing

| TRADE DATE | SETL DATE | MKT / CPT | SYMBOL / CUSIP | BUY / SELL | QUANTITY | PRICE | ACCT TYPE | | |
|---|---|---|---|---|---|---|---|---|---|
| 07/14/22 | 07/18/22 | 6 1 | DPLS | BUY | 20 000 | $ 0254 | Cash | PRINCIPAL | $509 00 |
| | | | | | | | | COMMISSION | $4 95 |
| **DARKPULSE INC COMMON STOCK** | | | | | | | | **NET AMOUNT** | **$513 95** |
| 07/14/22 | 07/18/22 | 6 1 | DPLS | BUY | 170 000 | $ 0256 | Cash | PRINCIPAL | $4 352 00 |
| | | | | | | | | COMMISSION | $4 95 |
| **DARKPULSE INC COMMON STOCK** | | | | | | | | **NET AMOUNT** | **$4 356 95** |
| 07/14/22 | 07/18/22 | 6 1 | IONQ | BUY | 5 | $4 4373 | Cash | PRINCIPAL | $22 19 |
| **IONQ INC COMMON STOCK** | | | | | | | | **NET AMOUNT** | **$22 19** |
| 07/14/22 | 07/18/22 | 6 1 | MMAT | BUY | 100 | $ 9268 | Cash | PRINCIPAL | $92 68 |
| **META MATLS INC COMMON STOCK** | | | | | | | | **NET AMOUNT** | **$92 68** |
| 07/14/22 | 07/18/22 | 6 1 | TQQQ | BUY | 2 | $24 465 | Cash | PRINCIPAL | $48 93 |
| **PROSHARES TRUST ULTRAPRO QQQ** | | | | | | | | **NET AMOUNT** | **$48 93** |
| PROSPECTUS ON INITIAL PURCHASE | | | | | | | | | |

▲  DETACH HERE
ALEXANDER YON
1462 DESOTO RD
BALTIMORE MD  21230 1202

DETACH HERE  ▲

**Use This Deposit Slip    Acct  XXXX-6829**

**Please do not send cash**

| Dollars | Cents |
|---|---|
| | |
| | |
| | |
| | |
| | |

Make checks payable to E✱TRADE Securities LLC
Mail deposits to

**TOTAL DEPOSIT**

E✱TRADE Securities LLC
P O  Box 484
Jersey City  NJ  07303 0484

071420220001  900508568293


from Morgan Stanley

Type of Transaction
(Market)
1 NYSE
2 NYSE American
3 Other US Registered Exchanges
4 Mutual Funds
5 CBOE
6 Over-the-Counter
7 Underwriting
8 Foreign Exchange or Other

(Capacity in which your broker is acting)
1 2 3 4 5 8 As agent
6 As agent for both buyer and seller  The commission charged to the party on the other side of the transaction will be furnished upon request
7 As principal
9 As agent and as principal

If the symbol ( ) appears in the security description on the face hereof  the offering of the described security has been made solely by means of the prospectus relating thereto  a copy of which has been or will be delivered to you  the receipt of which is acknowledged by payment hereof
If the symbol (F) appears in the security description  it indicates that the security is  Foreign and may be subject to interest equalization tax
If the symbol (T) appears in the security description  an officer or employee of ETS is a director of the issuer of the securities involved in this transaction  A control relationship may therefore exist between the issuer and ETS.

Please retain this confirmation for income tax purposes  Federal regulations require brokers to report proceeds from all transactions to the Internal Revenue Service

## Terms and Conditions

Please refer to the E*TRADE Customer Agreement for a complete discussion of the terms and conditions governing your account  If you have questions regarding the E*TRADE Customer Agreement or your account  please email us through etrade com or call 800-387 2331  THE INFORMATION CONTAINED IN THIS CONFIRMATION SHALL BE BINDING UPON YOU IF YOU  DO NOT OBJECT IN WRITING WITHIN TWO (2) DAYS AFTER THE CONFIRMATION IS FIRST RECEIVED BY YOU  Securities products and services are offered by E*TRADE Securities LLC ( ETS )  Member SIPC and a business of Morgan Stanley  Your account is carried by ETS  which maintains your funds and securities deposited with ETS  An affiliate of ETS may  act as a principal or agent in your transaction(s)

Applicable Rules and Regulations. All transactions in your account shall be subject to the constitution  rules  regulations  customs  and usages of the exchange or market  and its clearing house  where the transactions are executed by ETS or its agents  including ETS affiliates  Also  where applicable  the transactions shall be subject to the provisions of the Securities Act of 1933  as amended  the Securities Exchange Act of 1934  as amended  and the rules and regulations of the Securities and Exchange Commission ( SEC )  the Board of Governors of the Federal Reserve System  and any applicable self regulatory organization  For information about FINRA s BrokerCheck Program  including  an investor brochure  please contact FINRA at 800-289-9999 or www.finra.org

Securities held on your behalf at ETS or a central clearing facility but not registered in your name  are commingled with identical securities held for other customers  In the event that securities so held are called by the issuer  the securities to be called will be determined by an impartial and random selection system  If your security is selected  it will be presented for redemption and your account credited with the proceeds  You have the right to withdraw uncalled fully paid securities at any time prior to a partial call and also to withdraw excess margin securities not subject to restriction

The responsibility to cancel an existing open order rests with you  Any transaction that results from the execution of any orders that you have not instructed us to cancel  prior to execution will be recorded in your account  Market orders are subject to immediate execution and are difficult to cancel

If required payment or delivery of securities is not made by the settlement date  ETS may  at its option and without  further  notice  charge interest on the amount shown on the face hereof or cancel  sell out  or buy in  the subject securities  and charge  your account for any expenses  losses or other costs incurred

Investments in securities are not guaranteed by ETS  are not insured by the FDIC  and will fluctuate with changes in market conditions  When selling a security  you may receive more or less than your original investment

The principal amount or commission described on the face hereof may include an Additional Fee  for special services rendered  Other charges may include commissions paid to affiliates of ETS  local taxes  transaction fees and exchange fees  among others  For customers who choose to convert from the currency in which the security or payment thereon is denominated  the amounts provided with respect to principal interest  dividend and/or yield is subject to fluctuation or applicable foreign currency exchange rates and costs including a markup charged by ETS  Further details are available upon written request  The name of the party with whom this transaction was made and time of execution of the transaction will be furnished upon written request

Securities purchased by you or held by ETS may be hypothecated and/or  commingled with securities carried for other customers

Call features for bonds may exist and such bonds can be redeemed in whole or in part before maturity and could  affect  the  yield  complete information will be  provided upon request  With respect to a zero coupon issue  you will not receive periodic payments  and the securities may be callable at a price below maturity value  Furthermore  a zero coupon issue that is callable and in bearer form  may be called without notice by mail to you unless the issue is registered

For an asset backed security (e g  GMO  FNMA  FHLMC  or GNMA)  the actual yield may vary  according to the  rate  at  which  the underlying assets or receivables are prepaid  Information concerning factors that affect yield  including estimated yield  weighted average life  and prepayment assumptions  are available upon request

The ratings that appear in the description of some fixed-income securities have been obtained from rating services that we believe to be reliable  however  we cannot guarantee their accuracy  Securities for which a rating is not available will be marked  Not Rated  A withdrawn rating 'WR' signifies the removal of a rating on either an obligation or issuer  Confirmations related to fixed income transactions may reflect a mark up or mark down  both as a dollar and percentage value  The mark up or mark down dollar value is calculated as the execution price less the prevailing market price (PMP) multiplied by the quantity  The mark up or mark down percentage value is calculated as the mark up or mark down dollar value divided by the PMP  Trades with a mark up or mark down value of  N/A  indicate a negative mark up (i e  the sale of the security was at a price lower than the PMP)

Final prospectus and/or offering documentation is available upon request in connection with your purchase of a security where the issuer is deemed to control  be controlled by  or under common control with ETS (i e  affiliated securities)

Additional Fees may include a broker assist fee  an order handling fee  and/or market center charges  ETS will charge a fee if you request to have certificates issued in your name and  mailed to you

## ALEXANDER YON
## 1462 DESOTO RD
## BALTIMORE MD  21230-1202

### Payment for Order Flow Disclosure

The SEC (as well as FINRA) requires that all broker dealers inform their customers when a new account is opened  and on an annual basis thereafter of payment for order flow practices (compensation  received  for  placing orders  through specialists on national securities  exchanges  over-the-counter market makers  alternative trading systems  and ECN s  (collectively  market centers ))  Consistent with the overriding principle of best execution  ETS routes orders to various market makers including its affiliate Morgan Stanley & Co  LLC  ETS receives remuneration (generally in the form of per share cash payments or through  profit sharing  arrangements) for routing orders in securities to particular market centers for execution  Such remuneration is considered  compensation to  ETS  and the source and amount of any compensation received in connection with your transaction will be disclosed to you upon written request  ETS  absent instructions from you to the contrary takes a number of factors into consideration in determining  where to route customers  orders including  the  speed of execution  price improvement opportunities (executions at prices superior to the then prevailing inside market)  automatic execution guarantees  the availability of efficient and reliable order handling systems  the level of service provided  the cost of executing orders  whether it will receive  cash or non-cash payments for routing order flow  and reciprocal business  arrangements

Trades noted as  AVG PRICE SHOWN-DETAILS ON REQ  are executed through an average price account  The price shown may represent an average of multiple executions or may represent a single execution at the price indicated  Details regarding trades done in an average price account are available upon request

### Structured Products

Structured Products are complex products and may be subject to special risks  Investors should consider the concentration risk of owning the related security and their total exposure to any underlying asset

R= 04/21 S1237004

# E✳TRADE
from Morgan Stanley

Page 1 of 2

## E✳TRADE Securities
Investment Account

# TRADE CONFIRMATION

**Account Number  XXXX 6829**

E✳TRADE Securities LLC
P O Box 484
Jersey City  NJ  07303 0484

**Account Name**
ALEXANDER YON

**Customer Update**
Invest to make an impact  Learn how sustainable investing offers growth potential while supporting your values at us etrade com/knowledge/sustainable investing

| TRADE DATE | SETL DATE | MKT/ CPT | SYMBOL/ CUSIP | BUY/ SELL | QUANTITY | PRICE | ACCT TYPE | | |
|---|---|---|---|---|---|---|---|---|---|
| 07/20/22 | 07/22/22 | 6 1 | AMD | BUY | 3 | $88 2604 | Cash | PRINCIPAL | $264 78 |
| ADVANCED MICRO DEVICES INC COM | | | | | | | | NET AMOUNT | $264 78 |
| 07/20/22 | 07/22/22 | 6 1 | CEI | BUY | 100 | $ 4267 | Cash | PRINCIPAL | $42 67 |
| CAMBER ENERGY INC COMMON STOCK | | | | | | | | NET AMOUNT | $42 67 |
| 07/20/22 | 07/22/22 | 6 1 | IMPPP | BUY | 10 | $18 5385 | Cash | PRINCIPAL | $185 39 |
| ***IMPERIAL PETROLEUM INC 8 75% SERS A CMLTV RDMBL PRPTL PREFERRED SHARES WHEN ISSUED PERPETUAL | | | | | | | | NET AMOUNT | $185 39 |
| 11/23/21    DATED DATE | | | | | | | | | |
| CALLABLE 08/20/22 26 00 | | | | | | | | | |
| 07/20/22 | 07/22/22 | 6 1 | MMAT | BUY | 100 | $ 9837 | Cash | PRINCIPAL | $98 37 |
| META MATLS INC COMMON STOCK | | | | | | | | NET AMOUNT | $98 37 |
| 07/20/22 | 07/22/22 | 6 1 | SMIT | BUY | 2 | $4 31 | Cash | PRINCIPAL | $8 62 |
| SCHMITT INDUSTRIES INC ORE | | | | | | | | NET AMOUNT | $8 62 |

▲ DETACH HERE

ALEXANDER YON
1462 DESOTO RD
BALTIMORE MD 21230 1202

DETACH HERE ▲

**Use This Deposit Slip   Acct. XXXX-6829**

**Please do not send cash**

| Dollars | Cents |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

**TOTAL DEPOSIT**

Make checks payable to E*TRADE Securities LLC
Mail deposits to

E*TRADE Securities LLC
P O Box 484
Jersey City  NJ  07303 0484

072020220001  900508568293


E✱TRADE
from Morgan Stanley

**Type of Transaction**
(Market)
1. NYSE
2. NYSE American
3. Other US Registered Exchanges
4. Mutual Funds

5. CBOE
6. Over the Counter
7. Underwriting
8. Foreign Exchange or Other

(Capacity in which your broker is acting)
1 2 3 4 5 8 As agent
6 As agent for both buyer and seller. The commission charged to the party on the other side of the transaction will be furnished upon request
7 As principal
9 As agent and as principal

If the symbol ( ) appears in the security description on the face hereof the offering of the described security has been made solely by means of the prospectus relating thereto a copy of which has been or will be delivered to you the receipt of which is acknowledged by payment hereof
If the symbol (F) appears in the security description it indicates that the security is Foreign and may be subject to interest equalization tax
If the symbol (T) appears in the security description an officer or employee of ETS is a director of the issuer of the securities involved in this transaction. A control relationship may therefore exist between the issuer and ETS

Please retain this confirmation for income tax purposes Federal regulations require brokers to report proceeds from all transactions to the Internal Revenue Service

**ALEXANDER YON**
**1462 DESOTO RD**
**BALTIMORE MD  21230-1202**

**Terms and Conditions**

Please refer to the E*TRADE Customer Agreement for a complete discussion of the terms and conditions governing your account. If you have questions regarding the E*TRADE Customer Agreement or your account please email us through etrade.com or call 800-387-2331 THE INFORMATION CONTAINED IN THIS CONFIRMATION SHALL BE BINDING UPON YOU IF YOU DO NOT OBJECT IN WRITING WITHIN TWO (2) DAYS AFTER THE CONFIRMATION IS FIRST RECEIVED BY YOU Securities products and services are offered by E*TRADE Securities LLC ( ETS) Member SIPC and a business of Morgan Stanley Your account is carried by ETS which maintains your funds and securities deposited with ETS An affiliate of ETS may act as a principal or agent in your transaction(s)

Applicable Rules and Regulations All transactions in your account shall be subject to the constitution rules regulations customs and usages of the exchange or market and its clearing house where the transactions are executed by ETS or its agents including ETS affiliates Also where applicable the transactions shall be subject to the provisions of the Securities Act of 1933 as amended the Securities Exchange Act of 1934 as amended and the rules and regulations of the Securities and Exchange Commission ( SEC) the Board of Governors of the Federal Reserve System and any applicable self regulatory organization For information about FINRA s BrokerCheck Program including an investor brochure please contact FINRA at 800-289-9999 or www.finra.org

Securities held on your behalf at ETS or a central clearing facility but not registered in your name are commingled with identical securities held for other customers In the event that securities so held are called by the issuer the securities to be called will be determined by an impartial and random selection system If your security is selected it will be presented for redemption and your account credited with the proceeds You have the right to withdraw uncalled fully paid securities at any time prior to a partial call and also to withdraw excess margin securities not subject to restriction

The responsibility to cancel an existing open order rests with you Any transaction that results from the execution of any orders that you have not instructed us to cancel prior to execution will be recorded in your account Market orders are subject to immediate execution and are difficult to cancel

If required payment or delivery of securities is not made by the settlement date ETS may at its option and without further notice charge interest on the amount shown on the face hereof or cancel sell out or buy in the subject securities and charge your account for any expenses losses or other costs incurred

Investments in securities are not guaranteed by ETS are not insured by the FDIC and will fluctuate with changes in market conditions When selling a security you may receive more or less than your original investment

The principal amount or commission described on the face hereof may include an Additional Fee for special services rendered Other charges may include commissions paid to affiliates of ETS local taxes, transaction fees and exchange fees among others For customers who choose to convert from the currency in which the security or payment thereon is denominated the amounts provided with respect to principal interest dividend and/or yield is subject to fluctuation or applicable foreign currency exchange rates and costs including a markup charged by ETS Further details are available upon written request The name of the party with whom this transaction was made and time of execution of the transaction will be furnished upon written request

Securities purchased by you or held by ETS may be hypothecated and/or commingled with securities carried for other customers

Call features for bonds may exist and such bonds can be redeemed in whole or in part before maturity and could affect the yield complete information will be provided upon request With respect to a zero coupon issue you will not receive periodic payments and the securities may be callable at a price below maturity value Furthermore a zero coupon issue that is callable and in bearer form may be called without notice by mail to you unless the issue is registered

For an asset backed security (e.g. GMO FNMA FHLMC or GNMA) the actual yield may vary according to the rate at which the underlying assets or receivables are prepaid Information concerning factors that affect yield including estimated yield weighted average life and prepayment assumptions are available upon request

The ratings that appear in the description of some fixed-income securities have been obtained from rating services that we believe to be reliable however we cannot guarantee their accuracy Securities for which a rating is not available will be marked Not Rated A withdrawn rating WR signifies the removal of a rating on either an obligation or issuer Confirmations related to fixed income transactions may reflect a mark up or mark down both as a dollar and percentage value The mark up or mark down dollar value is calculated as the execution price less the prevailing market price (PMP) multiplied by the quantity The mark up or mark down percentage value is calculated as the mark up or mark down dollar value divided by the PMP Trades with a mark up or mark down value of N/A indicate a negative mark up (i e the sale of the security was at a price lower than the PMP)

Final prospectus and/or offering documentation is available upon request in connection with your purchase of a security where the issuer is deemed to control be controlled by or under common control with ETS (i e affiliated securities)

Additional Fees may include a broker assist fee an order handling fee and/or market center charges ETS will charge a fee if you request to have certificates issued in your name and mailed to you

**Payment for Order Flow Disclosure**
The SEC (as well as FINRA) requires that all broker dealers inform their customers when a new account is opened and on an annual basis thereafter of payment for order flow practices (compensation received for placing orders through specialists on national securities exchanges over-the-counter market makers alternative trading systems and ECN s (collectively market centers)) Consistent with the overriding principle of best execution ETS routes orders to various market makers including its affiliate Morgan Stanley & Co LLC ETS receives remuneration (generally in the form of per share cash payments or through profit sharing arrangements) for routing orders in securities to particular market centers for execution Such remuneration is considered compensation to ETS and the source and amount of any compensation received in connection with your transaction will be disclosed to you upon written request ETS absent instructions from you to the contrary takes a number of factors into consideration in determining where to route customers orders including the speed of execution price improvement opportunities (executions at prices superior to the then prevailing inside market) automatic execution guarantees the availability of efficient and reliable order handling systems the level of service provided the cost of executing orders whether it will receive cash or non-cash payments for routing order flow and reciprocal business arrangements

Trades noted as AVG PRICE SHOWN DETAILS ON REQ are executed through an average price account The price shown may represent an average of multiple executions or may represent a single execution at the price indicated Details regarding trades done in an average price account are available upon request

**Structured Products**
Structured Products are complex products and may be subject to special risks Investors should consider the concentration risk of owning the related security and their total exposure to any underlying asset

Rev 04/21 S1237804

# E✲TRADE
from Morgan Stanley

## E✲TRADE Securities

Investment Account

# TRADE CONFIRMATION

**Account Number** XXXX 6829

E✲TRADE Securities LLC
P O Box 484
Jersey City NJ 07303 0484

**Account Name**
ALEXANDER YON

**Customer Update**
Invest to make an impact  Learn how sustainable investing offers growth potential while supporting your values at us etrade com/knowledge/sustainable investing

| TRADE DATE | SETL DATE | MKT / CPT | SYMBOL / CUSIP | BUY / SELL | QUANTITY | PRICE | ACCT TYPE | | |
|---|---|---|---|---|---|---|---|---|---|
| 07/22/22 | 07/26/22 | 6 1 | IMPP | BUY | 1 000 | $ 3901 | Cash | PRINCIPAL | $390 10 |
| | | | | | | | | NET AMOUNT | **$390 10** |

***IMPERIAL PETROLEUM INC COMMON SHARES**

| TRADE DATE | SETL DATE | MKT / CPT | SYMBOL / CUSIP | BUY / SELL | QUANTITY | PRICE | ACCT TYPE | | |
|---|---|---|---|---|---|---|---|---|---|
| 07/22/22 | 07/26/22 | 6 1 | IMPPP | BUY | 10 | $18 495 | Cash | PRINCIPAL | $184 95 |
| | | | | | | | | NET AMOUNT | **$184 95** |

***IMPERIAL PETROLEUM INC 8 75% SERS A CMLTV RDMBL PRPTL**
**PREFERRED SHARES WHEN ISSUED**
PERPETUAL
11/23/21    DATED DATE
CALLABLE 08/22/22 26 00

| TRADE DATE | SETL DATE | MKT / CPT | SYMBOL / CUSIP | BUY / SELL | QUANTITY | PRICE | ACCT TYPE | | |
|---|---|---|---|---|---|---|---|---|---|
| 07/22/22 | 07/26/22 | 6 1 | MMAT | BUY | 100 | $ 9113 | Cash | PRINCIPAL | $91 13 |
| | | | | | | | | NET AMOUNT | **$91 13** |

**META MATLS INC COMMON STOCK**

▲ DETACH HERE
ALEXANDER YON
1462 DESOTO RD
BALTIMORE MD 21230 1202

DETACH HERE ▲

## Use This Deposit Slip  ·  Acct XXXX-6829

**Please do not send cash**

| | Dollars | Cents |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |

**TOTAL DEPOSIT**

Make checks payable to E✲TRADE Securities LLC
Mail deposits to

E✲TRADE Securities LLC
P O Box 484
Jersey City NJ 07303 0484

⑈072220220001⑈ ⑆005085682⑈93



**E✳TRADE**
from Morgan Stanley

Type of Transaction
(Market)
1 NYSE                          5 CBOE
2 NYSE American                 6 Over the Counter
3 Other US Registered Exchanges 7 Underwriting
4 Mutual Funds                  8 Foreign Exchange or Other

(Capacity in which your broker is acting)
1 2 3 4 5 8 As agent
6 As agent for both buyer and seller  The commission charged to the party on the other side of the
  transaction will be furnished upon request
7 As principal
9 As agent and as principal

If the symbol ( ) appears in the security description  on the face hereof the offering  of the
described security has been made solely by means of the prospectus relating thereto  a copy
of which  has been or will be delivered to you  the receipt of which is acknowledged by payment
hereof
If the symbol (F) appears in the security description  it indicates that the security is  Foreign
and may be subject to interest equalization tax
If the symbol (T) appears in the security description  an officer or employee of ETS is a director
of the issuer of the securities involved in this transaction  A control relationship may therefore
exist between the issuer and ETS

Please retain this confirmation for income tax purposes  Federal regulations require brokers
to report proceeds from all transactions to the Internal Revenue Service

## Terms and Conditions

Please refer to the E*TRADE Customer Agreement for a complete discussion of the terms
and conditions governing your account  If you have questions regarding the E*TRADE
Customer Agreement or your account  please email us through etrade.com or call 800-387
2331  THE  INFORMATION  CONTAINED  IN THIS  CONFIRMATION  WILL  BE  BINDING
UPON YOU  IF YOU  DO NOT OBJECT  IN WRITING WITHIN  TWO (2) DAYS AFTER THE
CONFIRMATION IS FIRST RECEIVED BY YOU  Securities products and services  are offered
by E*TRADE  Securities LLC ( ETS )  Member  SIPC and a business of Morgan Stanley
Your account is carried by ETS  which maintains your funds and securities deposited with
ETS  An affiliate of ETS may act as a principal or agent in your transaction(s)

Applicable Rules and Regulations. All transactions in your account shall be subject to the
constitution  rules  regulations  customs  and usages of the exchange or market, and its
clearing  house  where the transactions are executed by ETS or its agents  including ETS
affiliates  Also  where applicable  the transactions shall be subject to the provisions of the
Securities Act of 1933  as amended  the Securities Exchange Act of 1934  as amended  and
the rules and regulations of the Securities and Exchange Commission ( SEC )  the Board of
Governors of the Federal Reserve System  and any applicable self regulatory organization
For information about FINRA s BrokerCheck Program  including an investor brochure  please
contact FINRA at 800-289-9999 or www finra org

Securities held on your behalf at ETS or a central clearing facility but not registered in your
name are commingled with identical securities held for other customers  In the event that
securities so held are called by the issuer  the securities to be called will be determined by
an impartial and random selection system  If your security is selected  it will be presented for
redemption  and your account credited with the proceeds  You have the right to withdraw
uncalled  fully paid securities at any time prior to a partial call and also to withdraw  excess
margin securities not subject to restriction

The responsibility to cancel an existing open order rests with you  Any transaction that results
from the execution of any orders that you have not instructed us to cancel  prior to execution
will be recorded in your account  Market orders are subject to immediate execution and are
difficult to cancel

If required payment or delivery of securities is not made by the settlement date  ETS may  at its
option and without further notice  charge interest on the amount shown on the face hereof
or cancel  sell out  or buy in the subject securities  and  charge  your account for any
expenses  losses  or other costs incurred

Investments in securities are not guaranteed by ETS  are not insured by the FDIC  and will
fluctuate with changes in market conditions  When selling a security  you may receive more or
less than your original investment

The principal amount or commission described on the face hereof may include an Additional
Fee  for special services rendered  Other charges may include commissions paid to affiliates
of ETS  local taxes  transaction fees  and exchange fees  among others  For customers who
choose to convert  from the currency  in which  the security  or  payment  thereon  is
denominated  the amounts provided with respect to principal  interest  dividend and/or yield
is subject to fluctuation  or applicable foreign  currency exchange rates and costs including a
markup charged by ETS  Further details are available upon written request  The name of the
party with whom this transaction was made and time of execution of the transaction will be
furnished upon written request

Securities purchased by you  or held by ETS may be hypothecated and/or  commingled
with securities carried for other customers

Call features for bonds may  exist and such bonds can be redeemed in whole  or in part
before  maturity and could  affect  the  yield  complete information  will be  provided upon
request  With respect to a zero coupon issue you will not receive periodic payments  and the
securities may be callable at a price below maturity value  Furthermore  a zero coupon issue
that is callable and in bearer form may be called without notice by mail to you unless the issue is
registered

For an asset backed security (e g  GMO  FNMA  FHLMC  or GMNA)  the actual yield may
vary  according to  the  rate  at  which the underlying assets or receivables are prepaid
Information concerning factors that affect yield  including  estimated yield  weighted average
life  and prepayment assumptions  are available upon request

The ratings that appear in the description of some fixed-income securities have been obtained
from rating  services that we  believe to be reliable  however  we cannot  guarantee their
accuracy  Securities for which a rating is not available will be marked  Not Rated  A withdrawn
rating  WR  signifies the removal of a rating on either an obligation or issuer  Confirmations related
to fixed income transactions  may reflect  a mark up or mark-down  both as a dollar and
percentage value  The mark up or mark down dollar value is calculated as the execution price
less the prevailing market price (PMP) multiplied by the quantity  The mark up or mark down
percentage value is calculated as the mark up or mark down dollar value divided by the PMP
Trades with a mark up or mark down value of  N/A  indicate a negative mark up (i e  the sale
of the security was at a price lower than the PMP)

Final prospectus and/or offering documentation is available upon request in connection with
your purchase of a security where the issuer is deemed to control  be controlled by  or under
common control with ETS (i e  affiliated securities)

Additional Fees  may include  a broker  assist fee on an order  handling  fee and/or market
center charges  ETS will charge a fee if you request to have certificates issued in your name
and mailed to you

**ALEXANDER YON
1462 DESOTO RD
BALTIMORE MD  21230-1202**

### Payment for Order Flow Disclosure
The SEC (as well as FINRA)  requires that  all broker dealers  inform their customers when a
new  account  is  opened  and  on  an  annual basis  thereafter  of payment  for order  flow
practices  (compensation  received  for placing  orders  through  specialists  on  national
securities exchanges  over-the-counter market makers  alternative trading systems  and
ECN s  (collectively  market centers ))  Consistent with  the overriding principle of best
execution  ETS routes orders to various market makers  including its affiliate Morgan Stanley
& Co  LLC  ETS receives remuneration (generally in the form of per share cash payments or
through  profit sharing arrangements) for routing orders in securities to particular market
centers for execution  Such remuneration is  considered  compensation  to  ETS  and the
source  and  amount  of any compensation received in connection with your transaction will
be disclosed to you upon written request  ETS  absent instructions from you to the contrary
takes a  number  of factors into consideration in determining  where to route customers
orders  including  the  speed of execution  price improvement opportunities (executions at
prices superior to the then prevailing inside market)  automatic execution guarantees  the
availability of efficient and reliable order handling systems  the level of service provided  the
cost of executing orders  whether it will  receive cash or non-cash payments for routing
order flow  and reciprocal business  arrangements

Trades noted as  AVG PRICE SHOWN-DETAILS ON REQ  are executed through an average
price account  The price shown may represent an average of multiple executions or may represent a
single  execution at the price indicated  Details regarding trades done in an average price account are
available upon request

### Structured Products
Structured Products are complex products and may be subject to special risks  Investors should
consider the concentration risk of owning the related security and their total exposure to any
underlying asset

Rev 04/21  S123  B64

# E✳TRADE®
from Morgan Stanley

## E✳TRADE Securities
Investment Account

# TRADE CONFIRMATION

**Account Number  XXXX 6829**

E✳TRADE Securities LLC
P O Box 484
Jersey City  NJ  07303 0484

**Account Name**
ALEXANDER YON

**Customer Update**
Invest to make an impact  Learn how sustainable investing offers growth potential while
supporting your values at us etrade com/knowledge/sustainable investing

| TRADE DATE | SETL DATE | MKT/ CPT | SYMBOL/ CUSIP | BUY/ SELL | QUANTITY | PRICE | ACCT TYPE | | |
|---|---|---|---|---|---|---|---|---|---|
| 07/26/22 | 07/27/22 | 5 1 | | BUY | 10 | $ 09 | Cash | PRINCIPAL | $90 00 |
| CALL IMPP | 09/16/22 | | 50 IMPERIAL PETROLEUM INC | | | | | COMMISSION | $5 00 |
| OPEN CONTRACT | | | | | | | | OPT REG FEE | $0 10 |
| | | | | | | | | NET AMOUNT | $95 10 |
| 07/26/22 | 07/28/22 | 6 1 | MMAT | BUY | 100 | $ 909 | Cash | PRINCIPAL | $90 90 |
| META MATLS INC COMMON STOCK | | | | | | | | NET AMOUNT | $90 90 |

▲  DETACH HERE

ALEXANDER YON
1462 DESOTO RD
BALTIMORE MD 21230 1202

DETACH HERE  ▲

**Use This Deposit Slip    Acct XXXX-6829**

**Please do not send cash**

| | Dollars | Cents |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| **TOTAL DEPOSIT** | | |

Make checks payable to E*TRADE Securities LLC
Mail deposits to

E*TRADE Securities LLC
P O Box 484
Jersey City  NJ  07303 0484

072620220001  900508568293



**E✴TRADE**
from Morgan Stanley

Type of Transaction
(Market)
1 NYSE                                5 CBOE
2 NYSE American                       6 Over-the-Counter
3 Other US Registered Exchanges       7 Underwriting
4 Mutual Funds                        8 Foreign Exchange or Other

(Capacity in which your broker is acting)
1 2 3 4 5 8 As agent
8 As agent for both buyer and seller  The commission charged to the party on the other side of the
   transaction will be furnished upon request
7 As principal
9 As agent and as principal

If the symbol () appears in the security description on the face hereof  the offering of the
described security has been made solely by means of the prospectus relating thereto  a copy
of which has been or will be delivered to you  the receipt of which is acknowledged by payment
hereof
If the symbol (F) appears in the security description  it indicates that the security is  Foreign
and may be subject to interest equalization tax
If the symbol (T) appears in the security description  an officer or employee of ETS is a director
of the issuer of the securities involved in this transaction  A control relationship may therefore
exist between the issuer and ETS

Please retain this confirmation for income tax purposes  Federal regulations require brokers
to report proceeds from all transactions to the Internal Revenue Service

## Terms and Conditions

Please refer to the E✴TRADE Customer Agreement for a complete discussion of the terms
and conditions governing your account  If you have questions regarding the E✴TRADE
Customer Agreement or your account  please email us through etrade com or call 800-387
2331  THE  INFORMATION  CONTAINED  IN  THIS  CONFIRMATION  SHALL  BE BINDING
UPON  YOU  IF  YOU  DO  NOT  OBJECT  IN  WRITING  WITHIN  TWO (2) DAYS AFTER THE
CONFIRMATION IS FIRST RECEIVED BY YOU  Securities products and services are offered
by  E✴TRADE  Securities LLC  ( ETS")  Member SIPC and a business of Morgan Stanley
Your account is carried by ETS which maintains your funds and securities deposited with
ETS  An affiliate of ETS may act as a principal or agent in your transaction(s)

**Applicable Rules and Regulations.** All transactions in your account shall be subject to the
constitution  rules  regulations  customs  and usages of the exchange or market  and its
clearing house  where the transactions are executed by ETS or its agents  including ETS
affiliates  Also  where applicable  the transactions shall be subject to the provisions of the
Securities Act of 1933  as amended  the Securities Exchange Act of 1934  as amended  and
the rules and regulations of the Securities and Exchange Commission ( SEC )  the Board of
Governors of the Federal Reserve System  and any applicable self regulatory organization
For information about FINRA s BrokerCheck Program  including an investor brochure please
contact FINRA at 800-289-9999 or www finra org

Securities held on your behalf at ETS or a central clearing facility but not registered in your
name  are commingled with identical securities held for other customers  In the event that
securities so held are called by the issuer  the securities to be called will be determined by
an impartial and random selection system  If your security is selected  it will be presented for
redemption and your account credited with the proceeds  You have the right to withdraw
uncalled  fully paid securities at any time prior to a partial call and also to withdraw  excess
margin securities not subject to restriction

The responsibility to cancel an existing open order rests with you  Any transaction that results
from the execution of any orders that you have not instructed us to cancel  prior to execution
will be recorded in your account  Market orders are subject to immediate execution and are
difficult to cancel

If required payment or delivery of securities is not made by the settlement date  ETS may  at its
option and without further notice  charge interest on the amount shown on the face hereof
or cancel  sell out  or buy  in the subject securities and charge your account for any
expenses losses or other costs incurred

Investments in securities are not guaranteed by ETS  are not insured by the FDIC  and will
fluctuate with changes in market conditions  When selling a security  you may receive more or
less than your original investment

The principal amount or commission described on the face hereof may include an Additional
Fee  for special services rendered  Other charges may include commissions paid to affiliates
of ETS  local taxes  transaction fees and exchange fees  among others  For customers who
choose to convert from the currency in which the security  or payment thereon  is
denominated  the amounts provided with respect to principal  interest  dividend and/or yield
is subject to fluctuation  or applicable foreign  currency exchange rates and costs including a
markup charged by ETS  Further details are available upon written request  The name of the
party with whom the transaction was made and time  of execution  of the transaction  will be
furnished upon written request

Securities purchased by you  or held by ETS may be hypothecated and/or commingled
with securities carried for other customers

Call features for bonds may exist and such bonds can be redeemed  in whole  or in part
before  maturity and could  affect  the yield  complete information  will be  provided upon
request  With respect to a zero coupon issue  you will not receive periodic payments  and the
securities may be callable at a price below maturity value  Furthermore  a zero coupon issue
that is callable and  in bearer form  may be called without notice by mail to you unless the issue is
registered

For an asset backed security (e g  GMO  FNMA  FHLMC  or GMNA)  the actual yield may
vary  according to  the rate  at  which the underlying assets or receivables are prepaid
Information concerning factors that affect yield  including  estimated yield  weighted average
life  and prepayment assumptions  are available upon request

The ratings that appear in the description of some fixed-income securities have been obtained
from rating  services  that we believe to be reliable  however  we cannot  guarantee their
accuracy  Securities for which a rating is not available will be marked  Not Rated   A withdrawn
rating "WR  signifies the removal of a rating on either an obligation or issuer  Confirmations related
to fixed income transactions  may reflect  a mark up or  mark-down  both  as a dollar  and
percentage value  The mark up or mark down dollar value is calculated as the execution price
less the prevailing market price (PMP) multiplied by the quantity  The mark up or mark down
percentage value is calculated as the mark up or mark down dollar value divided by the PMP
Trades with a mark up or mark down value of  N/A  indicate a negative mark up (i e  the sale
of the security was at a price lower than the PMP)

Final prospectus and/or offering documentation is available upon request in connection with
your purchase of a security where the issuer is deemed to control  be controlled by  or under
common control with ETS (i e  affiliated securities)

Additional Fees may include  a broker  assist fee  an order handling  fee  and/or market
center charges  ETS will charge a fee if you request to have certificates issued in your name
and mailed to you

**ALEXANDER YON**
**1462 DESOTO RD**
**BALTIMORE MD  21230-1202**

Payment for Order Flow Disclosure
The SEC (as well as FINRA) requires that  all broker dealers  inform their  customers when a
new account is opened  and on  an  annual basis  thereafter  of payment  for order  flow
practices  (compensation  received  for  placing  orders  through  specialists  on  national
securities  exchanges  over-the-counter market makers  alternative trading  systems  and
ECN s  (collectively  market centers ))  Consistent with the overriding principle of best
execution  ETS routes orders to various market makers  including its affiliate Morgan Stanley
& Co LLC  ETS receives remuneration (generally in the form of per share cash payments or
through  profit sharing  arrangements)  for  routing  orders  in securities to particular  market
centers for execution  Such remuneration is  considered  compensation to  ETS  and the
source and  amount  of any  compensation received in connection with your transaction will
be disclosed to you upon written request  ETS  absent instructions from you to the contrary
takes a  number of  factors into consideration in  determining  where  to  route customers
orders  including  the  speed of execution  price improvement opportunities (executions at
prices superior to the then prevailing  made market)  automatic  execution  guarantees  the
availability of efficient and reliable order handling systems  the level of service provided  the
cost of executing orders  whether it will  receive cash or  non-cash payments for routing
order flow  and reciprocal business  arrangements

Trades noted as  AVG PRICE SHOWN  DETAILS ON REQ  are executed through an average
price account  The price shown may represent an average of multiple executions or may represent a
single execution at the price indicated  Details regarding trades done in an average price account are
available upon request

Structured Products
Structured Products are complex products and may be subject to special risks  Investors should
consider the concentration risk of owning the related security and their total exposure to any
underlying asset

Rev 04/21 S1237Bf/4

# E✳TRADE®
from Morgan Stanley

## E✳TRADE Securities
Investment Account

# TRADE CONFIRMATION

**Account Number  XXXX 6829**

E✳TRADE Securities LLC
P O Box 484
Jersey City  NJ  07303 0484

**Account Name**
ALEXANDER YON

**Customer Update**
Invest to make an impact  Learn how sustainable investing offers growth potential while supporting your values at us etrade com/knowledge/sustainable investing

| TRADE DATE | SETL DATE | MKT / CPT | SYMBOL / CUSIP | BUY / SELL | QUANTITY | PRICE | ACCT TYPE | | |
|---|---|---|---|---|---|---|---|---|---|
| 07/29/22 | 08/01/22 | 3 1 | | BUY | 1 | $ 49 | Cash | PRINCIPAL | $49 00 |
| CALL MMAT  01/20/23    50 META MATLS INC | | | | | | | | COMMISSION | $0 50 |
| OPEN CONTRACT | | | | | | | | OPT REG FEE | $0 01 |
| | | | | | | | | NET AMOUNT | $49 51 |
| 07/29/22 | 08/01/22 | 3 1 | | BUY | 5 | $ 23 | Cash | PRINCIPAL | $115 00 |
| CALL MMAT  01/20/23    1 META MATLS INC | | | | | | | | COMMISSION | $2 50 |
| OPEN CONTRACT | | | | | | | | OPT REG FEE | $0 05 |
| | | | | | | | | NET AMOUNT | $117 55 |
| 07/29/22 | 08/02/22 | 6 1 | AMC | BUY | 1 | $14 5881 | Cash | PRINCIPAL | $14 59 |
| AMC ENTERTAINMENT HOLDINGS INC CL A COM | | | | | | | | NET AMOUNT | $14 59 |
| 07/29/22 | 08/02/22 | 6 1 | KHC | BUY | 6 | $36 77 | Cash | PRINCIPAL | $220 62 |
| KRAFT HEINZ COMPANY (THE) COMMON STOCK | | | | | | | | NET AMOUNT | $220 62 |
| 07/29/22 | 08/02/22 | 6 1 | MMAT | BUY | 200 | $ 9015 | Cash | PRINCIPAL | $180 30 |
| META MATLS INC COMMON STOCK | | | | | | | | NET AMOUNT | $180 30 |
| 07/29/22 | 08/02/22 | 6 1 | MMTLP | BUY | 125 | $1 385 | Cash | PRINCIPAL | $173 13 |
| META MATLS INC PFD SER A | | | | | | | | COMMISSION | $4 95 |
| PERPETUAL | | | | | | | | NET AMOUNT | $178 08 |
| 07/29/22 | 08/02/22 | 6 1 | MMTLP | BUY | 75 | $1 39 | Cash | PRINCIPAL | $104 25 |
| META MATLS INC PFD SER A | | | | | | | | NET AMOUNT | $104 25 |
| PERPETUAL | | | | | | | | | |

▲ DETACH HERE
ALEXANDER YON
1462 DESOTO RD
BALTIMORE MD 21230 1202

DETACH HERE ▲

**Use This Deposit Slip    Acct  XXXX-6829**

**Please do not send cash**

| Dollars | Cents |
|---|---|
| | |
| | |
| | |
| | |
| | |

Make checks payable to E✳TRADE Securities LLC
Mail deposits to

**TOTAL DEPOSIT**

E✳TRADE Securities LLC
P O Box 484
Jersey City  NJ  07303 0484

⑆072920220001⑆ ⑈900508568293⑈


from Morgan Stanley

**E✱TRADE Securities**

Investment Account

# TRADE CONFIRMATION

**Account Number  XXXX 6829**

| TRADE DATE | SETL DATE | MKT / CPT | SYMBOL / CUSIP | BUY / SELL | QUANTITY | PRICE | ACCT TYPE | | |
|---|---|---|---|---|---|---|---|---|---|
| 07/29/22 | 08/02/22 | 6 1 | BBIG | BUY | 200 | $ 769 | Cash | PRINCIPAL | $153 80 |
| VINCO VENTURES INC COMMON STOCK | | | | | | | | NET AMOUNT | $153 80 |

237  84607  PBA   2  150243          1 of 1 C EDLV AFPEDLV   29/07/22  21 48  001

This Page Intentionally Left Blank


from Morgan Stanley

Type of Transaction
(Market)
1 NYSE                                          5 CBOE
2 NYSE American                            6 Over-the-Counter
3 Other US Registered Exchanges     7 Underwriting
4 Mutual Funds                               8 Foreign Exchange or Other

(Capacity in which your broker is acting)
1 2 3 4 5 8 As agent
6 As agent for both buyer and seller. The commission charged to the party on the other side of the
 transaction will be furnished upon request
7 As principal
9 As agent and as principal

If the symbol ( ) appears in the security description on the face hereof the offering of the
described security has been made solely by means of the prospectus relating thereto  a copy
of which has been or will be delivered to you  the receipt of which is acknowledged by payment
hereof
If the symbol (F) appears in the security description  it indicates that the security is  Foreign
and may be subject to interest equalization tax
If the symbol (T) appears in the security description  an officer or employee of ETS is a director
of the issuer  of the securities involved in this transaction  A control relationship may therefore
exist between the issuer and ETS

Please retain this confirmation for income tax purposes  Federal regulations require brokers
to report proceeds from all transactions to the Internal Revenue Service

## Terms and Conditions

Please refer to the E*TRADE Customer Agreement for a complete discussion of the terms
and conditions governing your account  If you have questions regarding  the E*TRADE
Customer Agreement or your account  please email us through etrade.com or call 800-387
2331  THE INFORMATION CONTAINED IN THIS CONFIRMATION SHALL BE BINDING
UPON YOU IF YOU  DO NOT OBJECT IN WRITING WITHIN TWO (2) DAYS AFTER THE
CONFIRMATION IS FIRST RECEIVED BY YOU  Securities products and services are offered
by E*TRADE  Securities LLC  ( ETS")  Member SIPC and a business of Morgan Stanley
Your account is carried by ETS  which maintains your funds and securities deposited with
ETS  As affiliate of ETS may act as a principal or agent in your transaction(s)

**Applicable Rules and Regulations.** All transactions in your account shall be subject to the
constitution  rules  regulations  customs  and usages of the exchange or market  and its
clearing house  where the transactions are executed by ETS or its agents  including ETS
affiliates  Also  where applicable  the transactions shall be subject to the provisions of the
Securities Act of 1933  as amended  the Securities Exchange Act of 1934  as amended  and
the rules and regulations of the Securities and Exchange Commission ( SEC )  the Board of
Governors of the Federal Reserve System  and any applicable self regulatory organization
For information about FINRA s BrokerCheck Program  including an investor brochure please
contact FINRA at 800-289-9999 or www.finra.org

Securities held on your behalf at ETS or a central clearing facility but not registered in your
name are commingled with identical securities held for other customers  In the event that
securities so held are called by the issuer  the securities to be called will be determined by
an impartial and random selection system  If your security is selected  it will be presented for
redemption  and your account credited with the proceeds  You have the right to withdraw
uncalled fully paid securities at any time prior to a partial call and also to withdraw excess
margin securities not subject to restriction

The responsibility to cancel an existing open order rests with you  Any transaction that results
from the execution of any orders that you have not instructed us to cancel  prior to execution
will be recorded in your account  Market orders are subject to immediate execution and are
difficult to cancel

If required payment or delivery of securities is not made by the settlement date  ETS may  at its
option and without further notice  charge interest on the amount shown on the face hereof
or cancel  sell out  or buy in the subject securities and charge  your account for any
expenses  losses or other costs incurred

Investments in securities are not guaranteed by ETS  are not insured by the FDIC  and will
fluctuate with changes in market conditions  When selling a security you may receive more or
less than your original investment

The principal amount or commission described on the face hereof may include an Additional
Fee  for special services rendered  Other charges may include commissions paid to affiliates
of ETS  local taxes, transaction fees  and exchange fees  among others  For customers who
choose to  convert  from the currency  in which the  security or  payment  thereon  is
denominated  the amounts provided with respect to principal  interest  dividend and/or yield
is subject to fluctuation  or applicable foreign currency exchange rates and costs including a
markup charged by ETS  Further details are available upon written request  The name of the
party with whom this transaction was made and time of execution of the transaction will be
furnished upon written request

Securities purchased by you or held by ETS may be hypothecated and/or commingled
with securities carried for other customers

Call features for bonds may exist and such bonds can be redeemed in whole or in part
before  maturity and could  affect  the yield  complete information  will be  provided upon
request  With respect to a zero coupon issue you will not receive periodic payments  and the
securities may be callable at a price below maturity value  Furthermore  a zero coupon issue
that is callable and in bearer form may be called without notice by mail to you unless the issue is
registered

For an asset backed security (e.g  GMO  FNMA  FHLMC or GMRA)  the actual yield may
vary  according  to  the  rate  at  which the underlying assets or receivables are prepaid
Information concerning factors that affect yield  including  estimated  yield  weighted average
life  and prepayment assumptions  are available upon request

The ratings that appear in the description of some fixed-income securities have been obtained
from rating services that we believe to be reliable  however  we cannot guarantee their
accuracy  Securities for which a rating is not available will be marked  Not Rated  A withdrawn
rating "WR  signifies the removal of a rating on either an obligation or issuer  Confirmations related
to  fixed  income  transactions may reflect  a mark up or mark down  both as a dollar  and
percentage value  The mark up or mark down dollar value is calculated as the execution price
less the prevailing market price (PMP) multiplied by the quantity  The mark up or mark down
percentage value is calculated as the mark up or mark-down dollar value divided by the PMP
Trades with a mark up or mark down value of  'N/A  indicate a negative mark up (i.e  the sale
of the security was at a price lower than the PMP)

Final prospectus and/or offering documentation is available upon request in connection with
your purchase of a security where the issuer is deemed to control  be controlled by  or under
common control with ETS (i.e  affiliated securities)

Additional Fees may include  a broker assist fee  an order handling  fee  and/or market
center charges  ETS will charge a fee if you request to have certificates issued in your name
and mailed to you

ALEXANDER YON
1462 DESOTO RD
BALTIMORE MD  21230-1202

## Payment for Order Flow Disclosure

The SEC (as well as FINRA) requires that all broker dealers inform their customers when a
new account  is opened  and on  an annual basis thereafter  of payment  for order  flow
practices  (compensation  received  for  placing  orders  through  specialists  on  national
securities  exchanges  over-the-counter market makers  alternative trading  systems  and
ECN s  (collectively  'market centers )  Consistent with the overriding  principle of best
execution  ETS routes orders to various market makers  including its affiliate Morgan Stanley
& Co LLC  ETS receives remuneration (generally in the form of per share cash payments or
through  profit sharing  arrangements) for routing orders in securities to particular market
centers for execution  Such remuneration is  considered  compensation to  ETS  and  the
source and amount of any compensation received in connection with your transaction will
be disclosed to you upon written request  ETS  absent instructions from you to the contrary
takes a number  of factors into consideration in determining  where to route customers
orders  including  the  speed of execution  price improvement opportunities (executions at
prices superior to the then prevailing inside market)  automatic execution guarantees  the
availability of efficient  and reliable order handling systems  the level of service provided  the
cost of executing orders  whether it will receive cash or non-cash payments for routing
order flow  and reciprocal business  arrangements

Trades noted as  AVG PRICE SHOWN DETAILS ON REQ  are executed through an average
price account  The price shown may represent an average of multiple executions or may represent a
single execution at the price indicated  Details regarding trades done in an average price account are
available upon request

## Structured Products
Structured Products are complex products and may be subject to special risks  Investors should
consider the concentration risk of owning the related security and their total exposure to any
underlying asset

Rev 04/21 S123TB04

237 84607 PBA   2 150243            1 of 1 C EDLV AFPEDLV   29/07/22  21 48  001

# E✱TRADE
from Morgan Stanley

## E✱TRADE Securities
Investment Account

# TRADE CONFIRMATION

**Account Number  XXXX 6829**

**Account Name**
ALEXANDER YON

E✱TRADE Securities LLC
P O Box 484
Jersey City  NJ  07303 0484

**Customer Update**
Invest on the go  With the E✱TRADE Mobile app  you have everything you need in the palm of your hand  Visit etrade com/mobile to learn more

| TRADE DATE | SETL DATE | MKT / CPT | SYMBOL / CUSIP | BUY / SELL | QUANTITY | PRICE | ACCT TYPE | | |
|---|---|---|---|---|---|---|---|---|---|
| 08/01/22 | 08/02/22 | 3 1 | | BUY | 1 | $ 89 | Cash | PRINCIPAL | $89 00 |
| CALL AMC | 08/05/22 | | 15 AMC ENTERTAINMENT HOLDINGS INC | | | | | COMMISSION | $0 50 |
| OPEN CONTRACT | | | | | | | | OPT REG FEE | $0 01 |
| | | | | | | | | **NET AMOUNT** | **$89 51** |
| 08/01/22 | 08/03/22 | 6 1 | IMPPP | BUY | 10 | $18 10 | Cash | PRINCIPAL | $181 00 |
| ***IMPERIAL PETROLEUM INC 8 75% SERS A CMLTV RDMBL PRPTL | | | | | | | | **NET AMOUNT** | **$181 00** |
| PREFERRED SHARES WHEN ISSUED | | | | | | | | | |
| | | PERPETUAL | | | | | | | |
| 11/23/21 | | DATED DATE | | | | | | | |
| CALLABLE 09/01/22 26 00 | | | | | | | | | |
| 08/01/22 | 08/03/22 | 6 1 | MMAT | BUY | 100 | $ 8875 | Cash | PRINCIPAL | $88 75 |
| META MATLS INC COMMON STOCK | | | | | | | | **NET AMOUNT** | **$88 75** |

▲  DETACH HERE

ALEXANDER YON
1462 DESOTO RD
BALTIMORE MD  21230 1202

DETACH HERE  ▲

**Use This Deposit Slip    Acct XXXX-6829**

**Please do not send cash**

Make checks payable to E✱TRADE Securities LLC
Mail deposits to

E✱TRADE Securities LLC
P O Box 484
Jersey City  NJ  07303 0484

| Dollars | Cents |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |

**TOTAL DEPOSIT**

080120220001  900508568293


E*TRADE
from Morgan Stanley

**Type of Transaction**
(Market)
1 NYSE                                     5 CBOE
2. NYSE American                           6 Over the Counter
3 Other US Registered Exchanges            7 Underwriting
4 Mutual Funds                             8 Foreign Exchange or Other

(Capacity in which your broker is acting)
1 2 3 4 5 8 As agent
6 As agent for both buyer and seller  The commission charged to the party on the other side of the
   transaction will be furnished upon request
7 As principal
9 As agent and as principal

If the symbol ( ) appears in the security description on the face hereof the offering of the
described security has been made solely by means of the prospectus relating thereto  a copy
of which has been or will be delivered to you  the receipt of which is acknowledged by payment
hereof
If the symbol (F) appears in the security description  it indicates that the security is  Foreign
and may be subject to interest equalization tax
If the symbol (T) appears in the security description  an officer or employee of ETS is a director
of the issuer of the securities involved in this transaction  A control relationship may therefore
exist between the issuer and ETS

Please retain this confirmation for income tax purposes  Federal regulations require brokers
to report proceeds from all transactions to the Internal Revenue Service

## Terms and Conditions

Please refer to the E*TRADE Customer Agreement for a complete discussion of the terms
and conditions governing your account  If you have questions regarding the E*TRADE
Customer Agreement or your account  please email us through etrade.com or call  800-387
2331  THE INFORMATION CONTAINED IN THIS CONFIRMATION SHALL BE BINDING
UPON YOU  IF YOU  DO NOT OBJECT IN WRITING WITHIN TWO (2) DAYS AFTER THE
CONFIRMATION IS FIRST RECEIVED BY YOU  Securities products and services are offered
by E*TRADE  Securities LLC ( ETS")  Member SIPC and a business of Morgan Stanley
Your account is carried by ETS  which maintains your funds and securities deposited with
ETS  An affiliate of ETS may act as a principal or agent in your transaction(s)

**ALEXANDER YON**
**1462 DESOTO RD**
**BALTIMORE MD  21230-1202**

Applicable Rules and Regulations. All transactions in your account shall be subject to the
constitution  rules  regulations  customs  and usages  of the exchange or market  and its
clearing house  where the transactions are executed by ETS or its agents  including ETS
affiliates  Also  where applicable  the transactions shall be subject to the provisions of the
Securities Act of 1933  as amended  the Securities Exchange Act of 1934  as amended  and
the rules and regulations of the Securities and Exchange Commission ( SEC )  the Board of
Governors of the Federal Reserve System  and any applicable self regulatory organization
For information about FINRA s BrokerCheck Program  including an investor brochure  please
contact FINRA at 800-289-9999 or www.finra.org

Securities held on your behalf at ETS or a central clearing facility  but not registered in your
name  are commingled with identical securities held for other customers  In the event that
securities so held are called by the issuer  the securities to be called will be determined  by
an impartial and random selection system  If your security is selected  it will be presented for
redemption and your account credited with the proceeds  You have the right to withdraw
uncalled  fully paid securities at any time prior to a partial call and also to withdraw  excess
margin securities not subject to restriction

**Payment for Order Flow Disclosure**
The SEC (as well as FINRA) requires that all broker dealers inform their customers when a
new account is opened  and on an annual basis thereafter of payment for order flow
practices  (compensation  received for  placing orders  through specialists  on national
securities  exchanges  over-the-counter market  makers  alternative trading  systems  and
ECN s  (collectively  market centers ))  Consistent with the overriding principle of best
execution  ETS routes orders to various market makers  including its affiliate Morgan Stanley
& Co  LLC  ETS receives remuneration (generally in the form of per share cash payments or
through  profit sharing  arrangements) for routing orders in securities to particular market
centers for execution  Such remuneration is considered  compensation to  ETS  and the
source and amount of any compensation received in connection with your transaction will
be disclosed to you upon written request  ETS absent instructions from you to the contrary
takes a number of factors into consideration in determining  where to route customers
orders  including  the  speed of execution  price improvement opportunities (executions at
prices superior to the then prevailing inside market)  automatic execution guarantees  the
availability of efficient and reliable order handling systems  the level of service provided  the
cost of executing orders  whether it will  receive  cash  or  non-cash  payments for  routing
order flow  and  reciprocal business  arrangements

The responsibility to cancel an existing open order rests with you  Any transaction that results
from the execution of any orders that you have not instructed us to cancel  prior to execution
will be recorded in your account  Market orders are subject to immediate execution and are
difficult to cancel

If required payment or delivery of securities is not made by the settlement date  ETS may  at its
option and without further notice  charge interest on the amount shown on the face hereof
or cancel  sell out  or buy in  the subject securities and charge  your account for any
expenses losses  or other costs incurred

Trades noted as  AVG PRICE SHOWN-DETAILS ON REQ  are executed through an average
price account  The price shown may represent an average of multiple executions or may represent a
single execution at the price indicated  Details regarding trades done in an average price account are
available upon request

Investments in securities are not guaranteed by ETS  are not insured by the FDIC  and will
fluctuate with changes in market conditions  When selling a security  you may receive more or
less than your original investment

**Structured Products**
Structured Products are complex products and may be subject to special risks  Investors should
consider the concentration risk of owning the related security and their total exposure to any
underlying asset

The principal amount or commission described on the face hereof may include an Additional
Fee  for special services rendered  Other charges may include commissions paid to affiliates
of ETS  local taxes, transaction fees and exchange fees  among others  For customers who
choose to convert from the currency in which the security or payment thereon is
denominated  the amounts provided with respect to principal interest  dividend and/or yield
is subject to fluctuation or applicable foreign currency exchange rates and costs including a
markup charged by ETS  Further details are available upon written request  The name of the
party with whom this transaction was made and time of execution of the transaction will be
furnished upon written request

Securities purchased by you  or held by ETS may be hypothecated and/or commingled
with securities carried for other customers.

Call features for bonds may exist and such bonds can be redeemed in whole or in part
before maturity and could  affect  the yield  complete  information  will be  provided upon
request  With respect to a zero coupon issue you will not receive periodic payments  and the
securities may be callable at a price below maturity value  Furthermore  a zero coupon issue
that is callable and in bearer form may be called without notice by mail to you unless the issue is
registered

For an asset backed security (e g  GMO  FNMA  FHLMC  or GMNA )  the actual yield may
vary  according to  the rate  at  which the underlying assets or receivables are prepaid
Information concerning factors that affect yield  including estimated yield  weighted average
life  and prepayment assumptions  are available upon request

The ratings that appear in the description of some fixed-income securities have been obtained
from rating services that we believe to be reliable  however  we cannot guarantee their
accuracy  Securities for which a rating is not available will be marked  Not Rated  A withdrawn
rating "WR  signifies the removal of a rating one the r an obligation or issuer  Confirmations related
to fixed income transactions may reflect  a mark up or  mark down  both as a dollar  and
percentage value  The mark up or mark down dollar value is calculated as the execution price
less the prevailing market price (PMP) multiplied by the quantity  The mark up or mark down
percentage value is calculated as the mark up or mark-down dollar value divided by the PMP
Trades with a mark up or mark down value of N/A  indicate a negative mark up (i e  the sale
of the security was at a price lower than the PMP)

Final prospectus and/or offering documentation is available upon request in connection with
your purchase of a security where the issuer is deemed to control  be controlled by  or under
common control with ETS (i e  affiliated securities)

Additional Fees may include a broker assist fee  an order handling fee and/or market
center charges  ETS will charge a fee if you request to have certificates issued in your name
and mailed to you

Rev 04/21  S1237000I


from Morgan Stanley

Page 1 of 2

**E✳TRADE Securities**

Investment Account

# TRADE CONFIRMATION

**Account Number  XXXX 6829**

**Account Name**
ALEXANDER YON

E✳TRADE Securities LLC
P O Box 484
Jersey City  NJ  07303 0484

| **Customer Update** |
|---|
| Invest on the go  With the E*TRADE Mobile app  you have everything you need in the palm of your hand  Vist etrade com/mobile to learn more |

| TRADE DATE | SETL DATE | MKT / CPT | SYMBOL / CUSIP | BUY / SELL | QUANTITY | PRICE | ACCT TYPE | | |
|---|---|---|---|---|---|---|---|---|---|
| 08/02/22 | 08/04/22 | 3 1 | IMPPP | BUY | 1 | $18 20 | Cash | PRINCIPAL | $18 20 |
| | | | | | | | | NET AMOUNT | $18 20 |

***IMPERIAL PETROLEUM INC 8 75% SERS A CMLTV RDMBL PRPTL
PREFERRED SHARES WHEN ISSUED
    PERPETUAL
11/23/21    DATED DATE
CALLABLE 09/02/22 26 00

| 08/02/22 | 08/04/22 | 6 1 | MMAT | BUY | 100 | $ 8841 | Cash | PRINCIPAL | $88 41 |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | NET AMOUNT | $88 41 |

META MATLS INC COMMON STOCK

| 08/02/22 | 08/03/22 | 3 1 | | BUY | 10 | $ 30 | Cash | PRINCIPAL | $300 00 |
|---|---|---|---|---|---|---|---|---|---|
| CALL BBIG  10/21/22 | | 50 VINCO VENTURES INC | | | | | | COMMISSION | $5 00 |
| OPEN CONTRACT | | | | | | | | OPT REG FEE | $0 10 |
| | | | | | | | | NET AMOUNT | $305 10 |

---

▲ DETACH HERE
ALEXANDER YON
1462 DESOTO RD
BALTIMORE MD 21230 1202

DETACH HERE ▲

Use This Deposit Slip   Acct  XXXX-6829

Please do not send cash

| Dollars | Cents |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |

**TOTAL DEPOSIT**

Make checks payable to E*TRADE Securities LLC
Mail deposits to

E✳TRADE Securities LLC
P O Box 484
Jersey City  NJ  07303 0484

080220220001  900508568293


from Morgan Stanley

**Type of Transaction**
(Market)
1 NYSE                                  5 CBOE
2 NYSE American                         6 Over the-Counter
3 Other US Registered Exchanges         7 Underwriting
4 Mutual Funds                          8 Foreign Exchange or Other

(Capacity in which your broker is acting)
1 2 3 4 5 6 As agent
8 As agent for both buyer and seller  The commission charged to the party on the other side of the
  transaction will be furnished upon request
7 As principal
9 As agent and as principal

If the symbol ( ) appears in the security description on the face hereof the offering of the
described security has been made solely by means of the prospectus relating thereto  a copy
of which has been or will be delivered to you  the receipt of which is acknowledged by payment
hereof
If the symbol (F) appears in the security description  it indicates that the security is  Foreign
and may be subject to interest equalisation tax
If the symbol (T) appears in the security description  an officer or employee of ETS is a director
of the issuer of the securities involved in this transaction  A control relationship may therefore
exist between the issuer and ETS

Please retain this confirmation for income tax purposes  Federal regulations require brokers
to report proceeds from all transactions to the Internal Revenue Service

## Terms and Conditions

Please refer to the E*TRADE Customer Agreement for a complete discussion of the terms
and conditions governing your account  If you have questions regarding  the E*TRADE
Customer Agreement or your account  please email us through  etrade com or call  800-387
2331  THE  INFORMATION  CONTAINED  IN THIS  CONFIRMATION  SHALL  BE BINDING
UPON YOU IF YOU  DO NOT OBJECT  IN WRITING WITHIN TWO (2) DAYS AFTER THE
CONFIRMATION IS FIRST RECEIVED BY YOU  Securities products and services are offered
by E*TRADE Securities LLC ( ETS")  Member SIPC and a business of Morgan Stanley
Your account is carried by ETS  which maintains your funds and securities deposited with
ETS  An affiliate of ETS may act as a principal or agent in your transaction(s)

Applicable Rules and Regulations. All transactions in your account shall be subject to the
constitution  rules  regulations  customs  and usages of the exchange or market and its
clearing house  where  the transactions are executed by ETS or its agents  including ETS
affiliates  Also  where  applicable  the transactions shall be subject to the provisions of the
Securities Act of 1933  as amended  the Securities Exchange Act of 1934  as amended  and
the rules and regulations of the Securities and Exchange Commission (  SEC") the Board of
Governors of the Federal Reserve System  and any applicable self regulatory organization
For information about FINRA s BrokerCheck Program  including  an investor brochure  please
contact FINRA at 800-289-9999 or www finra org

Securities held on your behalf at ETS or a central clearing facility but not registered in your
name are commingled with identical securities held for other customers  In the event that
securities so held are called by the issuer  the securities to be called will be determined by
an impartial and random selection system  If your security is selected  it will be presented for
redemption and your account credited with the proceeds  You have the right to withdraw
uncalled  fully paid securities at any time prior to a partial call and also to withdraw  excess
margin securities not subject to restriction

The responsibility to cancel an existing open order rests with you  Any transaction that results
from the execution of any orders that you have not instructed us to cancel  prior to execution
will be recorded in your account  Market orders are subject to immediate execution and are
difficult to cancel

If required payment or delivery of securities is not made by the settlement date  ETS may  at its
option and without further notice  charge interest on the amount shown on the face hereof
or cancel  sell out  or buy  in the subject securities  and charge  your account for any
expenses  losses  or other costs incurred

Investments in securities are not guaranteed by ETS  are not insured by the  FDIC  and will
fluctuate with changes in market conditions  When selling a security  you may receive more or
less than your original investment

The principal amount or commission described on the face hereof may include an Additional
Fee  for special services rendered  Other charges may include  commissions paid to affiliates
of ETS  local taxes, transaction fees and exchange fees  among others  For customers who
choose to convert from the currency  in which the security or  payment thereon  is
denominated  the amounts provided with respect to prepaid  interest  dividend  and/or  yield
is subject to fluctuation or applicable foreign currency exchange rates and costs including a
markup charged by ETS  Further details are available upon written request  The name of the
party with whom this transaction was made and time of  execution of the transaction will be
furnished upon written request

Securities purchased by you  or held by ETS may be  hypothecated and/or  commingled
with securities carried for other customers

Call features for bonds may exist and such bonds can be redeemed  in whole  or in part
before  maturity and could  affect  the yield  complete information will be  provided upon
request  With respect to a zero coupon issue you will not receive periodic payments  and the
securities may be callable at a price below maturity value  Furthermore  a zero coupon issue
that is callable and in bearer form may be called without notice by mail to you unless the issue is
registered

For an asset backed security (e g  GNMO  FNMA  FHLMC  or GNMA)  the actual yield may
vary  according  to  the  rate  at  which the underlying assets or receivables are prepaid
Information concerning factors that affect yield  including  estimated yield  weighted average
life  and prepayment assumptions  are available upon request

The ratings that appear in the description of some fixed income securities have been obtained
from rating services that we believe to be reliable  however  we cannot guarantee their
accuracy  Securities for which a rating is not available will be marked  Not Rated  A withdrawn
rating "WR  signifies the removal of a rating on either an obligation or issuer  Confirmations related
to  fixed income  transactions may reflect a mark up or mark-down  both as a dollar and
percentage value  The mark  up or mark down dollar value is calculated as the execution price
less the prevailing market price (PMP) multiplied by the quantity  The mark up or mark down
percentage value is calculated as the mark up or mark down dollar value divided by the PMP
Trades with a mark up or mark down value of  N/A  indicate a negative mark up (i e  the sale
of the security was at a price lower than the PMP)

Final prospectus and/or offering documentation is available upon request in connection with
your purchase of a security where the issuer is deemed to control  be controlled by  or under
common control with ETS (i e  affiliated securities)

Additional Fees may include  a broker assist fee or  other handling  fee and/or market
center charges  ETS will charge a fee if you request to have certificates issued in your name
and mailed to you

ALEXANDER YON
1462 DESOTO RD
BALTIMORE MD  21230-1202

**Payment for Order Flow Disclosure**
The SEC (as well as FINRA) requires that all broker dealers inform their customers when a
new account is opened  and on an annual basis thereafter  of payment for order flow
practices (compensation  received for  placing  orders through  specialists on national
securities  exchanges  over-the-counter market makers  alternative trading systems  and
ECN s  (collectively  "market centers ))  Consistent with the overriding principle of best
execution  ETS routes orders to various market makers  including its affiliate Morgan Stanley
& Co LLC  ETS receives remuneration (generally  in the form of per share cash payments or
through  profit sharing  arrangements) for  routing  orders in securities to particular market
centers for execution  Such remuneration is  considered  compensation to  ETS  and  the
source and  amount of any compensation received in connection with your transaction will
be disclosed to you upon written request  ETS  absent instructions from you to the contrary
takes a number of factors into consideration in  determining  where to route customers
orders  including  the speed of execution  price improvement opportunities (executions at
prices superior to the then prevailing inside market)  automatic execution guarantees  the
availability of efficient and reliable order handling systems  the level of service provided  the
cost of executing orders  whether it will  receive  cash or non cash payments for routing
order flow  and reciprocal business  arrangements

Trades noted as  AVG PRICE SHOWN DETAILS ON REQ  are executed through an average
price account  The price shown may represent an average of multiple executions or may represent a
single  execution at the price indicated  Details regarding trades done in an average price account are
available upon request

**Structured Products**
Structured Products are complex products and may be subject to special risks  Investors should
consider the concentration risk of owning the related security and their total exposure to any
underlying asset

Rev 04/21 S1237804

# E✳TRADE
from Morgan Stanley

**E✳TRADE Securities**

Investment Account

## TRADE CONFIRMATION

**Account Number  XXXX 6829**

E✳TRADE Securities LLC
P O Box 484
Jersey City  NJ  07303 0484

**Account Name**
ALEXANDER YON

**Customer Update**
Invest on the go  With the E✳TRADE Mobile app  you have everything you need in the palm
of your hand  Vist etrade com/mobile  to learn more

| TRADE DATE | SETL DATE | MKT/ CPT | SYMBOL/ CUSIP | BUY/ SELL | QUANTITY | PRICE | ACCT TYPE | | |
|---|---|---|---|---|---|---|---|---|---|
| 08/12/22 | 08/16/22 | 6 1 | TYDE | BUY | 10 | $1 1735 | Cash | PRINCIPAL | $11 74 |
| CRYPTYDE INC COMMON STOCK | | | | | | | | NET AMOUNT | $11 74 |
| 08/12/22 | 08/16/22 | 6 1 | MMAT | BUY | 200 | $ 9892 | Cash | PRINCIPAL | $197 85 |
| META MATLS INC COMMON STOCK | | | | | | | | NET AMOUNT | $197 85 |
| 08/12/22 | 08/16/22 | 6 1 | MMTLP | BUY | 300 | $1 68 | Cash | PRINCIPAL | $504 00 |
| META MATLS INC PFD SER A | | | | | | | | COMMISSION | $4 95 |
| PERPETUAL | | | | | | | | NET AMOUNT | $508 95 |
| 08/12/22 | 08/16/22 | 6 1 | MMTLP | BUY | 100 | $1 67 | Cash | PRINCIPAL | $167 00 |
| META MATLS INC PFD SER A | | | | | | | | COMMISSION | $4 95 |
| PERPETUAL | | | | | | | | NET AMOUNT | $171 95 |
| 08/12/22 | 08/16/22 | 6 1 | NVDA | BUY | 1 | $185 3089 | Cash | PRINCIPAL | $185 31 |
| NVIDIA CORP | | | | | | | | NET AMOUNT | $185 31 |

▲ DETACH HERE
ALEXANDER YON
1462 DESOTO RD
BALTIMORE MD  21230 1202

DETACH HERE  ▲

**Use This Deposit Slip   Acct  XXXX-6829**

**Please do not send cash**

Make checks payable to E✳TRADE Securities LLC
Mail deposits to

| | Dollars | Cents |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| **TOTAL DEPOSIT** | | |

E✳TRADE Securities LLC
P O  Box 484
Jersey City  NJ  07303 0484

081220220001  900508568293


from Morgan Stanley

Type of Transaction
(Market)
1 NYSE
2 NYSE American
3 Other US Registered Exchanges
4 Mutual Funds
5 CBOE
6 Over-the-Counter
7 Underwriting
8 Foreign Exchange or Other

(Capacity in which your broker is acting)
1 2 3 4 5 8 As agent
8 As agent for both buyer and seller. The commission charged to the party on the other side of the transaction will be furnished upon request
7 As principal
9 As agent and as principal

If the symbol ( ) appears in the security description on the face hereof the offering of the described security has been made solely by means of the prospectus relating thereto a copy of which has been or will be delivered to you the receipt of which is acknowledged by payment hereof

If the symbol (F) appears in the security description it indicates that the security is Foreign and may be subject to interest equalization tax

If the symbol (T) appears in the security description an officer or employee of ETS is a director of the issuer of the securities involved in this transaction. A control relationship may therefore exist between the issuer and ETS

Please retain this confirmation for income tax purposes. Federal regulations require brokers to report proceeds from all transactions to the Internal Revenue Service

## Terms and Conditions

Please refer to the E*TRADE Customer Agreement for a complete discussion of the terms and conditions governing your account. If you have questions regarding the E*TRADE Customer Agreement or your account please email us through etrade.com or call 800-387-2331. THE INFORMATION CONTAINED IN THIS CONFIRMATION SHALL BE BINDING UPON YOU IF YOU DO NOT OBJECT IN WRITING WITHIN TWO (2) DAYS AFTER THE CONFIRMATION IS FIRST RECEIVED BY YOU. Securities products and services are offered by E*TRADE Securities LLC ("ETS") Member SIPC and a business of Morgan Stanley. Your account is carried by ETS which maintains your funds and securities deposited with ETS. An affiliate of ETS may act as a principal or agent in your transaction(s)

Applicable Rules and Regulations. All transactions in your account shall be subject to the constitution rules regulations customs and usages of the exchange or market and its clearing house where the transactions are executed by ETS or its agents including ETS affiliates. Also where applicable the transactions shall be subject to the provisions of the Securities Act of 1933 as amended the Securities Exchange Act of 1934 as amended and the rules and regulations of the Securities and Exchange Commission ( SEC ) the Board of Governors of the Federal Reserve System and any applicable self regulatory organization. For information about FINRA s BrokerCheck Program including an investor brochure please contact FINRA at 800-289-9999 or www.finra.org

Securities held on your behalf at ETS or a central clearing facility but not registered in your name are commingled with identical securities held for other customers. In the event that securities so held are called by the issuer the securities to be called will be determined by an impartial and random selection system. If your security is selected it will be presented for redemption and your account credited with the proceeds. You have the right to withdraw uncalled fully paid securities at any time prior to a partial call and also to withdraw excess margin securities not subject to restriction

The responsibility to cancel an existing open order rests with you. Any transaction that results from the execution of any orders that you have not instructed us to cancel prior to execution will be recorded in your account. Market orders are subject to immediate execution and are difficult to cancel

If required payment or delivery of securities is not made by the settlement date ETS may at its option and without further notice charge interest on the amount shown on the face hereof or cancel sell out or buy in the subject securities and charge your account for any expenses losses or other costs incurred

Investments in securities are not guaranteed by ETS are not insured by the FDIC and will fluctuate with changes in market conditions. When selling a security you may receive more or less than your original investment

The principal amount or commission described on the face hereof may include an Additional Fee for special services rendered. Other charges may include commissions paid to affiliates of ETS local taxes, transaction fees and exchange fees among others. For customers who choose to convert from the currency in which the security or payment thereon is denominated the amounts provided with respect to principal interest dividend and/or yield is subject to fluctuation or applicable foreign currency exchange rates and costs including a markup charged by ETS. Further details are available upon written request. The name of the party with whom this transaction was made and time of execution of the transaction will be furnished upon written request

Securities purchased by you or held by ETS may be hypothecated and/or commingled with securities carried for other customers

Call features for bonds may exist and such bonds can be redeemed in whole or in part before maturity and could affect the yield complete information will be provided upon request. With respect to a zero coupon issue you will not receive periodic payments and the securities may be callable at a price below maturity value. Furthermore a zero coupon issue that is callable and in bearer form may be called without notice by mail to you unless the issue is registered

For an asset backed security (e.g. GMO FNMA FHLMC or GNMA) the actual yield may vary according to the rate at which the underlying assets or receivables are prepaid. Information concerning factors that affect yield including estimated yield weighted average life and prepayment assumptions are available upon request

The ratings that appear in the description of some fixed-income securities have been obtained from rating services that we believe to be reliable however we cannot guarantee their accuracy. Securities for which a rating is not available will be marked Not Rated. A withdrawn rating WR signifies the removal of a rating on either an obligation or issuer. Confirmations related to fixed income transactions may reflect a mark up or mark down both as a dollar and percentage value. The mark up or mark down dollar value is calculated as the execution price less the prevailing market price (PMP) multiplied by the quantity. The mark up or mark down percentage value is calculated as the mark up or mark-down dollar value divided by the PMP. Trades with a mark up or mark down value of N/A indicate a negative mark up (i e the sale of the security was at a price lower than the PMP)

Final prospectus and/or offering documentation is available upon request in connection with your purchase of a security where the issuer is deemed to control be controlled by or under common control with ETS (i e affiliated securities)

Additional Fees may include a broker assist fee an order handling fee and/or market center charges. ETS will charge a fee if you request to have certificates issued in your name and mailed to you

ALEXANDER YON
1462 DESOTO RD
BALTIMORE MD 21230-1202

## Payment for Order Flow Disclosure

The SEC (as well as FINRA) requires that all broker dealers inform their customers when a new account is opened and on an annual basis thereafter of payment for order flow practices (compensation received for placing orders through specialists on national securities exchanges over-the-counter market makers alternative trading systems and ECN s (collectively market centers )) Consistent with the overriding principle of best execution ETS routes orders to various market makers including its affiliate Morgan Stanley & Co LLC ETS receives remuneration (generally in the form of per share cash payments or through profit sharing arrangements) for routing orders in securities to particular market centers for execution. Such remuneration is considered compensation to ETS and the source and amount of any compensation received in connection with your transaction will be disclosed to you upon written request. ETS absent instructions from you to the contrary takes a number of factors into consideration in determining where to route customers orders including the speed of execution price improvement opportunities (executions at prices superior to the then prevailing (made market) automatic execution guarantees the availability of efficient and reliable order handling systems the level of service provided the cost of executing orders whether it will receive cash or non-cash payments for routing order flow and reciprocal business arrangements

Trades noted as AVG PRICE SHOWN DETAILS ON REQ are executed through an average price account. The price shown may represent an average of multiple executions or may represent a single execution at the price indicated. Details regarding trades done in an average price account are available upon request

## Structured Products

Structured Products are complex products and may be subject to special risks. Investors should consider the concentration risk of owning the related security and their total exposure to any underlying asset

Rev 04/21 S123 B04

# E✳TRADE
from Morgan Stanley

Page 1 of 2

## E✳TRADE Securities
Investment Account

# TRADE CONFIRMATION

**Account Number  XXXX 6829**

E✳TRADE Securities LLC
P O Box 484
Jersey City  NJ  07303 0484

**Account Name**
ALEXANDER YON

**Customer Update**
Invest on the go  With the E*TRADE Mobile app  you have everything you need in the palm of your hand  Visit etrade com/mobile to learn more

| TRADE DATE | SETL DATE | MKT/ CPT | SYMBOL/ CUSIP | BUY/ SELL | QUANTITY | PRICE | ACCT TYPE | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 08/19/22 | 08/23/22 | 6 1 | MMAT | BUY | 200 | $ 876 | Cash | PRINCIPAL | | $175 20 |
| **META MATLS INC COMMON STOCK** | | | | | | | | NET AMOUNT | | **$175 20** |
| | | | | | | | | | | |
| 08/19/22 | 08/23/22 | 6 1 | MMTLP | BUY | 100 | $1 40 | Cash | PRINCIPAL | | $140 00 |
| **META MATLS INC PFD SER A** | | | | | | | | COMMISSION | | $4 95 |
| | PERPETUAL | | | | | | | NET AMOUNT | | **$144 95** |
| | | | | | | | | | | |
| 08/19/22 | 08/23/22 | 6 1 | TQQQ | BUY | 10 | $35 365 | Cash | PRINCIPAL | | $353 65 |
| **PROSHARES TRUST ULTRAPRO QQQ** | | | | | | | | NET AMOUNT | | **$353 65** |
| PROSPECTUS ON INITIAL PURCHASE | | | | | | | | | | |
| | | | | | | | | | | |
| 08/19/22 | 08/23/22 | 6 1 | SHOP | BUY | 5 | $34 285 | Cash | PRINCIPAL | | $171 43 |
| **\*\*\*SHOPIFY INC CL A** | | | | | | | | NET AMOUNT | | **$171 43** |

▲ DETACH HERE

ALEXANDER YON
1462 DESOTO RD
BALTIMORE MD 21230 1202

DETACH HERE ▲

**Use This Deposit Slip    Acct  XXXX-6829**

**Please do not send cash**

| Dollars | Cents |
|---|---|
| | |
| | |
| | |
| | |
| | |

Make checks payable to E✳TRADE Securities LLC
Mail deposits to

**TOTAL DEPOSIT**

E✳TRADE Securities LLC
P O Box 484
Jersey City  NJ  07303 0484

081920220001  900508568293



**E✱TRADE**
from Morgan Stanley

Type of Transaction
(Market)
1 NYSE                                      5 CBOE
2 NYSE American                             6 Over-the-Counter
3 Other US Registered Exchanges             7 Underwriting
4 Mutual Funds                              8 Foreign Exchange or Other

(Capacity in which your broker is acting)
1 2 3 4 5 8 As agent
6 As agent for both buyer and seller  The commission charged to the party on the other side of the
transaction will be furnished upon request
7 As principal
9 As agent and as principal

If the symbol ( ) appears in the security description on the face hereof  the offering of the
described security has been made solely by means of the prospectus relating thereto  a copy
of which has been or will be delivered to you  the receipt of which is acknowledged by payment
hereof
If the symbol (F) appears in the security description  it indicates that the security is  Foreign
and may be subject to interest equalization tax
If the symbol (T) appears in the security description  an officer or employee of ETS is a director
of the issuer of the securities involved in this transaction  A control relationship may therefore
exist between the issuer and ETS

Please retain this confirmation for income tax purposes  Federal regulations require brokers
to report proceeds from all transactions to the Internal Revenue Service

### Terms and Conditions

Please refer to the E*TRADE Customer Agreement for a complete discussion of the terms
and conditions governing your account  If you  have questions  regarding  the E*TRADE
Customer Agreement or your account  please email us through etrade com or call 800-387-
2331  THE  INFORMATION  CONTAINED  IN THIS  CONFIRMATION  SHALL  BE BINDING
UPON YOU  IF YOU  DO NOT  OBJECT  IN WRITING WITHIN  TWO (2) DAYS AFTER THE
CONFIRMATION IS FIRST RECEIVED BY YOU  Securities products and services  are offered
by E*TRADE  Securities LLC  ( ETS")  Member SIPC and a business of Morgan Stanley
Your account is carried by ETS  which  maintains your  funds and securities deposited with
ETS  An affiliate of ETS may act as a principal or agent in your transaction(s)

Applicable Rules and Regulations. All transactions in your account shall be subject to the
constitution  rules  regulations  customs  and usages of the exchange or market  and its
clearing  house  where  the transactions are executed by ETS or its agents  including ETS
affiliates  Also  where applicable  the transactions shall be subject to the provisions of the
Securities Act of 1933  as amended  the Securities Exchange Act of 1934  as amended  and
the rules and regulations of the Securities and Exchange Commission ( SEC ) the Board of
Governors of the Federal Reserve System  and any applicable self regulatory organization
For information about FINRA's BrokerCheck Program  including an investor brochure  please
contact FINRA at 800-289-9999 or www finra org

Securities held on your behalf at ETS or a central clearing facility but not registered in your
name are commingled with identical securities held for other customers  In the event that
securities so held are called by the issuer  the securities to be called will be determined by
an impartial and random selection system  If your security is selected  it will be presented for
redemption  and your account credited with the proceeds  You have the right to withdraw
uncalled  fully paid securities at any time prior to a partial call and also to withdraw excess
margin securities not subject to restriction

The responsibility to cancel an existing open order rests with you  Any transaction that results
from the execution of any orders that you have not instructed us to cancel  prior to execution
will  be recorded in your account  Market orders  are subject to  immediate  execution and are
difficult to cancel

If required payment or delivery of securities is not made by the settlement date  ETS may  at its
option and without  further notice  charge interest on the amount shown on the face hereof
or cancel  sell out  or buy  in the subject securities and charge  your account for any
expenses losses or other costs incurred

Investments in securities are not guaranteed by ETS  are not insured by the FDIC  and will
fluctuate with changes in market conditions  When selling a security  you may receive more or
less than your original investment

The principal amount or commission described on the face hereof may include an Additional
Fee  for special services rendered  Other charges may include commissions paid to affiliates
of ETS  local taxes, transaction fees  and exchange fees  among others  For customers who
choose to  convert  from  the currency  in which  the  security  or  payment  thereon  is
denominated  the amounts provided with respect to principal  interest  dividend and/or yield
is subject to fluctuation or applicable foreign  currency exchange rates and costs including a
markup charged by ETS  Further details are available upon written request  The name of the
party with whom this transaction was made and time  of execution of the transaction will be
furnished upon written request

Securities purchased by you or held by ETS may be hypothecated and/or  commingled
with securities carried for other customers

Call features for bonds may exist and such bonds can be redeemed  in whole or in part
before  maturity and  could  affect  the  yield  complete information  will be  provided upon
request  With respect to a zero coupon issue  you will not receive periodic payments  and the
securities may be callable at a price below maturity value  Furthermore  a zero coupon issue
that is callable and in bearer form may be called without notice by mail to you unless the issue is
registered

For an asset backed security (e g  GMO  FNMA  FHLMC  or GMNA) the actual yield may
vary  according  to  the  rate  at  which  the underlying assets or receivables  are prepaid
Information concerning factors that affect yield  including estimated yield  weighted average
life  and prepayment assumptions  are available upon request

The ratings that appear in the description of some fixed-income securities have been obtained
from rating services that we believe to be reliable  however  we cannot guarantee their
accuracy  Securities for which a rating is not available will be marked  Not Rated   A withdrawn
rating  WR  signifies the removal of a rating on either an obligation or issuer  Confirmations related
to fixed income transactions may reflect a mark up  or mark down  both  is the dollar and
percentage value  The mark up or mark down dollar value is calculated as the execution price
less the prevailing market price (PMP) multiplied by the quantity  The mark up or mark down
percentage value is calculated as the mark up or mark-down dollar value divided by the PMP
Trades with a mark up or mark down value of  N/A  indicate a negative mark up (i e  the sale
of the security was at a price lower than the PMP)

Final prospectus and/or offering documentation is available upon request in connection with
your purchase of a security where the issuer is deemed to control be controlled by or under
common control with ETS (i e  affiliated securities)

Additional Fees may  include  a broker  assist fee  an order handling  fee and/or market
center charges  ETS will charge a fee if you request to have certificates issued in your name
and  mailed to you

ALEXANDER YON
1462 DESOTO RD
BALTIMORE MD  21230-1202

### Payment for Order Flow Disclosure

The SEC (as well as FINRA) requires that all broker dealers inform their customers when a
new  account  is  opened  and  on  an  annual basis  thereafter  of payment  for order  flow
practices  (compensation  received  for  placing  orders  through  specialists  on  national
securities  exchanges  over-the-counter market  makers  alternative trading  systems  and
ECN s  (collectively  market centers ))  Consistent  with  the  overriding principle of best
execution  ETS routes orders to various market makers  including its affiliate Morgan Stanley
& Co  LLC  ETS receives remuneration (generally in the form of per share cash payments or
through  profit sharing  arrangements) for routing orders in securities to particular market
centers for execution  Such remuneration is  considered  compensation to  ETS  and  the
source and amount of any  compensation received in connection with your transaction will
be disclosed to you upon written request  ETS  absent instructions from you to the contrary
takes  a number  of factors  into consideration in  determining  where  to  route customers
orders  including  the  speed  of execution  price improvement  opportunities (executions at
prices superior to the then prevailing  made market)  automatic  execution  guarantees  the
availability  of efficient and reliable order  handling systems  the level of service provided  the
cost of executing orders  whether it will  receive cash or non-cash payments for routing
order flow  and reciprocal business  arrangements

Trades noted as  AVG PRICE SHOWN  DETAILS ON REQ  are executed through an average
price account  The price shown may represent an average of multiple executions or may represent a
single execution at the price indicated  Details regarding trades done in an average price account are
available upon request

### Structured Products

Structured Products are complex products and may be subject to special risks  Investors should
consider the concentration risk of owning the related security and their total exposure to any
underlying asset

Rev 04/21  S1237B04

# E✳TRADE
from Morgan Stanley

Page 1 of 2

## E✳TRADE Securities
Investment Account

## TRADE CONFIRMATION

**Account Number  XXXX 6829**

**Account Name**
ALEXANDER YON

E✳TRADE Securities LLC
P O Box 484
Jersey City  NJ  07303 0484

**Customer Update**
Invest on the go  With the E*TRADE Mobile app  you have everything you need in the palm of your hand  Vist etrade com/mobile to learn more

| TRADE DATE | SETL DATE | MKT / CPT | SYMBOL / CUSIP | BUY / SELL | QUANTITY | PRICE | ACCT TYPE | | |
|---|---|---|---|---|---|---|---|---|---|
| 09/02/22 | 09/07/22 | 6 1 | MMAT | BUY | 100 | $ 7731 | Cash | PRINCIPAL | $77 32 |
| META MATLS INC COMMON STOCK | | | | | | | | NET AMOUNT | $77 32 |

▲ DETACH HERE

ALEXANDER YON
1462 DESOTO RD
BALTIMORE MD  21230 1202

DETACH HERE ▲

**Use This Deposit Slip    Acct  XXXX-6829**

Make checks payable to E*TRADE Securities LLC
Mail deposits to

E*TRADE Securities LLC
P O  Box 484
Jersey City  NJ  07303 0484

**Please do not send cash**

| | Dollars | Cents |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| **TOTAL DEPOSIT** | | |

090220220001  900508568293


from Morgan Stanley

**Type of Transaction**
(Market)
1 NYSE
2 NYSE American
3 Other US Registered Exchanges
4 Mutual Funds

5 CBOE
6 Over the-Counter
7 Underwriting
8 Foreign Exchange or Other

(Capacity in which your broker is acting)
1 2 3 4 5 8 As agent
6 As agent for both buyer and seller  The commission charged to the party on the other side of the transaction will be furnished upon request
7 As principal
9 As agent and as principal

If the symbol ( ) appears in the security description on the face hereof the offering of the described security has been made solely by means of the prospectus relating thereto  a copy of which has been or will be delivered to you  the receipt of which is acknowledged by payment hereof

If the symbol (F) appears in the security description  it indicates that the security is  Foreign and may be subject to interest equalisation tax

If the symbol (F) appears in the security  description  an officer or employee of ETS is a director of the issuer of the securities involved in this transaction  A control relationship may therefore exist between the issuer and ETS

Please retain this confirmation for income tax purposes  Federal regulations require brokers to report proceeds from all transactions to the Internal Revenue Service

## Terms and Conditions

Please refer to the E*TRADE Customer Agreement for a complete discussion of the terms and conditions governing your account  If you have questions regarding the E*TRADE Customer Agreement or your account  please email us through etrade com or call 800-387-2331  THE INFORMATION CONTAINED IN THIS CONFIRMATION SHALL BE BINDING UPON YOU IF YOU DO NOT OBJECT IN WRITING WITHIN TWO (2) DAYS AFTER THE CONFIRMATION IS FIRST RECEIVED BY YOU  Securities products and services are offered by E*TRADE  Securities LLC ( ETS )  Member SIPC and a business of Morgan Stanley  Your account is carried by ETS  which maintains your funds and securities deposited with ETS  An affiliate of ETS may act as a principal or agent in your transaction(s)

**Applicable Rules and Regulations.** All transactions in your account shall be subject to the constitution  rules  regulations  customs  and usages of the exchange or market  and its clearing house  where the transactions are executed by ETS or its agents  including ETS affiliates  Also  where applicable  the transactions shall be subject to the provisions of the Securities Act of 1933  as amended  the Securities Exchange Act of 1934  as amended  and the rules and regulations of the Securities and Exchange Commission ( SEC )  the Board of Governors of the Federal Reserve System  and any applicable self regulatory organization  For information about FINRA & BrokerCheck Program  including an investor brochure  please contact FINRA at 800-289-9999 or www finra org

Securities held on your behalf at ETS or a central clearing facility but not registered in your name  are commingled with identical securities held for other customers  In the event that securities so held are called by the issuer  the securities to be called will be determined by an impartial and random selection system  If your security is selected  it will be presented for redemption and your account credited with the proceeds  You have the right to withdraw uncalled  fully paid securities at any time prior to a partial call and also to withdraw excess margin securities not subject to restriction

The responsibility to cancel an existing open order rests with you  Any transaction that results from the execution of any orders that you have not instructed us to cancel  prior to execution  will be recorded in your account  Market orders are subject to immediate execution and are difficult to cancel

If required payment or delivery of securities is not made by the settlement date  ETS may  at its option and without further notice  charge interest on the amount shown on the face hereof  or cancel  sell out  or buy in the subject securities and charge your account for any expenses  losses  or other costs incurred

Investments in securities are not guaranteed by ETS  are not insured by the FDIC  and will fluctuate with changes in market conditions  When selling a security  you may receive more or less than your original investment

The principal amount or commission described on the face hereof may include an Additional Fee  for special services rendered  Other charges may include commissions paid to affiliates of ETS  local taxes  transaction fees and exchange fees  among others  For customers who choose to convert from the currency in which the security or payment thereon  is denominated  the amounts provided with respect to principal  interest  dividend and/or yield is subject to fluctuation or applicable foreign currency exchange rates and costs including a markup charged by ETS  Further details are available upon written request  The name of the party with whom this transaction was made and time of execution of the transaction will be furnished upon written request

Securities purchased by you or held by ETS may be hypothecated and/or commingled with securities carried for other customers

Call features for bonds may exist and such bonds can be redeemed in whole or in part before maturity and could affect the yield  complete information will be provided upon request  With respect to a zero coupon issue you will not receive periodic payments  and the securities may be callable at a price below maturity value  Furthermore  a zero coupon issue that is callable and in bearer form may be called without notice by mail to you unless the issue is registered

For an asset backed security (e g  GMO  FNMA  FHLMC or GMNA)  the actual yield may vary  according to the rate at which the underlying assets or receivables are prepaid  Information concerning factors that affect yield  including estimated yield  weighted average life  and prepayment assumptions  are available upon request

The ratings that appear in the description of some fixed-income securities have been obtained from rating services that we believe to be reliable  however  we cannot guarantee their accuracy  Securities for which a rating is not available will be marked  Not Rated   A withdrawn rating  WR  signifies the removal of a rating on either an obligation or issuer  Confirmations related to fixed income transactions may reflect a mark up or mark-down  both as a dollar and percentage value  The mark up or mark down dollar value is calculated as the execution price less the prevailing market price (PMP) multiplied by the quantity  The mark up or mark down percentage value is calculated as the mark up or mark down dollar value divided by the PMP  Trades with a mark up or mark down value of  N/A  indicate a negative mark up (i e  the sale of the security was at a price lower than the PMP)

Final prospectus and/or offering documentation is available upon request in connection with your purchase of a security where the issuer is deemed to control be controlled by or under common control with ETS (i e  affiliated securities)

Additional Fees may include a broker assist fee an order handling fee and/or market center charges  ETS will charge a fee if you request to have certificates issued in your name and mailed to you

**ALEXANDER YON**
**1462 DESOTO RD**
**BALTIMORE MD  21230-1202**

**Payment for Order Flow Disclosure**
The SEC (as well as FINRA) requires that all broker dealers inform their customers when a new account is opened  and on an annual basis thereafter  of payment for order flow practices (compensation received for placing orders through specialists on national securities exchanges  over-the-counter market makers  alternative trading systems  and ECN s  (collectively  market centers ))  Consistent with the overriding principle of best execution  ETS routes orders to various market makers  including its affiliate Morgan Stanley & Co  LLC  ETS receives remuneration (generally in the form of per share cash payments or through  profit sharing arrangements) for routing orders in securities to particular market centers for execution  Such remuneration is considered  compensation to ETS  and the source and amount of any compensation received in connection with your transaction will be disclosed to you upon written request  ETS absent instructions from you to the contrary takes a number of factors into consideration in determining where to route customers orders including  the speed of execution  price improvement opportunities (executions at prices superior to the then prevailing inside market)  automatic execution guarantees  the availability of efficient and reliable order handling systems  the level of service provided  the cost of executing orders whether it will receive cash or non-cash payments for routing order flow  and reciprocal business  arrangements

Trades noted as  AVG PRICE SHOWN DETAILS ON REQ  are executed through an average price account  The price shown may represent an average of multiple executions or may represent a single execution at the price indicated  Details regarding trades done in an average price account are available upon request

**Structured Products**
Structured Products are complex products and may be subject to special risks  Investors should consider the concentration risk of owning the related security and their total exposure to any underlying asset

Rev 04/21 s1237904

# E**TRADE**
from Morgan Stanley

**E*TRADE Securities**

Investment Account

# TRADE CONFIRMATION

**Account Number**  XXXX 6829

**Account Name**
ALEXANDER YON

E*TRADE Securities LLC
P O Box 484
Jersey City  NJ  07303 0484

**Customer Update**
Invest on the go  With the E*TRADE Mobile app  you have everything you need in the palm of your hand  Visit etrade com/mobile to learn more

| TRADE DATE | SETL DATE | MKT/ CPT | SYMBOL/ CUSIP | BUY/ SELL | QUANTITY | PRICE | ACCT TYPE | | |
|---|---|---|---|---|---|---|---|---|---|
| 09/23/22 | 09/27/22 | 6 1 | AMD | BUY | 5 | $67 34 | Cash | PRINCIPAL | $336 70 |
| ADVANCED MICRO DEVICES INC COM | | | | | | | | NET AMOUNT | $336 70 |
| 09/23/22 | 09/27/22 | 6 1 | MMAT | BUY | 100 | $ 6793 | Cash | PRINCIPAL | $67 93 |
| META MATLS INC COMMON STOCK | | | | | | | | NET AMOUNT | $67 93 |
| 09/23/22 | 09/27/22 | 6 1 | NVDA | BUY | 1 | $123 17 | Cash | PRINCIPAL | $123 17 |
| NVIDIA CORP | | | | | | | | NET AMOUNT | $123 17 |
| 09/23/22 | 09/27/22 | 6 1 | TQQQ | BUY | 50 | $21 1675 | Cash | PRINCIPAL | $1 058 38 |
| PROSHARES TRUST ULTRAPRO QQQ | | | | | | | | NET AMOUNT | $1 058 38 |
| PROSPECTUS ON INITIAL PURCHASE | | | | | | | | | |
| 09/23/22 | 09/27/22 | 6 1 | TSLA | BUY | 10 | $277 0073 | Cash | PRINCIPAL | $2 770 07 |
| TESLA INC COMMON STOCK | | | | | | | | NET AMOUNT | $2 770 07 |

▲  DETACH HERE

ALEXANDER YON
1462 DESOTO RD
BALTIMORE MD  21230 1202

DETACH HERE  ▲

**Use This Deposit Slip    Acct  XXXX-6829**

**Please do not send cash**

| | Dollars | Cents |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| **TOTAL DEPOSIT** | | |

Make checks payable to E*TRADE Securities LLC
Mail deposits to

E*TRADE Securities LLC
P O  Box 484
Jersey City  NJ  07303 0484

092320220001  900508568293



**E✱TRADE®**
from Morgan Stanley

**Type of Transaction**
(Market)
1 NYSE                                5 CBOE
2 NYSE American                       6 Over-the-Counter
3 Other US Registered Exchanges       7 Underwriting
4 Mutual Funds                        8 Foreign Exchange or Other

(Capacity in which your broker is acting)
1 2 3 4 5 8 A as agent
8 As agent for both buyer and seller. The commission charged to the party on the other side of the
   transaction will be furnished upon request
7 As principal
9 As agent and as principal

If the symbol ( ) appears in the security description on the face hereof the offering of the
described security has been made solely by means of the prospectus relating thereto a copy
of which has been or will be delivered to you the receipt of which is acknowledged by payment
hereof
If the symbol (F) appears in the security description it indicates that the security is Foreign
and may be subject to interest equalisation tax
If the symbol (T) appears in the security description an officer or employee of ETS is a director
of the issuer of the securities involved in this transaction A control relationship may therefore
exist between the issuer and ETS

Please retain this confirmation for income tax purposes Federal regulations require brokers
to report proceeds from all transactions to the Internal Revenue Service

## Terms and Conditions

Please refer to the E*TRADE Customer Agreement for a complete discussion of the terms
and conditions governing your account If you have questions regarding the E*TRADE
Customer Agreement or your account please email us through etrade com or call 800-387
2331 THE INFORMATION CONTAINED IN THIS CONFIRMATION SHALL BE BINDING
UPON YOU IF YOU DO NOT OBJECT IN WRITING WITHIN TWO (2) DAYS AFTER THE
CONFIRMATION IS FIRST RECEIVED BY YOU Securities products and services are offered
by E*TRADE Securities LLC ( ETS ) Member SIPC and a business of Morgan Stanley
Your account is carried by ETS which maintains your funds and securities deposited with
ETS An affiliate of ETS may act as a principal or agent in your transaction(s)

**ALEXANDER YON**
**1462 DESOTO RD**
**BALTIMORE MD  21230-1202**

Applicable Rules and Regulations. All transactions in your account shall be subject to the
constitution rules regulations customs and usages of the exchange or market and its
clearing house where the transactions are executed by ETS or its agents including ETS
affiliates Also where applicable the transactions shall be subject to the provisions of the
Securities Act of 1933 as amended the Securities Exchange Act of 1934 as amended and
the rules and regulations of the Securities and Exchange Commission ( SEC ) the Board of
Governors of the Federal Reserve System and any applicable self regulatory organization
For information about FINRA s BrokerCheck Program including an investor brochure please
contact FINRA at 800-289-9999 or www finra org

Securities held on your behalf at ETS or a central clearing facility but not registered in your
name are commingled with identical securities held for other customers. In the event that
securities so held are called by the issuer the securities to be called will be determined by
an impartial and random selection system If your security is selected it will be presented for
redemption and your account credited with the proceeds You have the right to withdraw
uncalled fully paid securities at any time prior to a partial call and also to withdraw excess
margin securities not subject to restriction

The responsibility to cancel an existing open order rests with you Any transaction that results
from the execution of any orders that you have not instructed us to cancel prior to execution
will be recorded in your account Market orders are subject to immediate execution and are
difficult to cancel

If required payment or delivery of securities is not made by the settlement date ETS may at its
option and without further notice charge interest on the amount shown on the face hereof
or cancel sell out or buy in the subject securities and charge your account for any
expenses losses or other costs incurred

Investments in securities are not guaranteed by ETS are not insured by the FDIC and will
fluctuate with changes in market conditions When selling a security you may receive more or
less than your original investment

The principal amount or commission described on the face hereof may include an Additional
Fee for special services rendered Other charges may include commissions paid to affiliates
of ETS for at taxes transaction fees and exchange fees among others For customers who
choose to convert from the currency in which the security or payment thereon is
denominated the amounts provided with respect to principal interest dividend and/or yield
is subject to fluctuation or applicable foreign currency exchange rates and costs including a
markup charged by ETS Further details are available upon written request The name of the
party with whom this transaction was made and time of execution of the transaction will be
furnished upon written request

Securities purchased by you or held by ETS may be hypothecated and/or commingled
with securities carried for other customers

Call features for bonds may exist and such bonds can be redeemed in whole or in part
before maturity and could affect the yield complete information will be provided upon
request With respect to a zero coupon issue you will not receive periodic payments and the
securities may be callable at a price below maturity value Furthermore a zero coupon issue
that is callable and in bearer form may be called without notice by mail to you unless the issue is
registered

For an asset backed security (e g GMO FNMA FHLMC or GNMA) the actual yield may
vary according to the rate at which the underlying assets or receivables are prepaid
Information concerning factors that affect yield including estimated yield weighted average
life and prepayment assumptions are available upon request

The ratings that appear in the description of some fixed-income securities have been obtained
from rating services that we believe to be reliable however we cannot guarantee their
accuracy Securities for which a rating is not available will be marked Not Rated A withdrawn
rating WR signifies the removal of a rating on either an obligation or issuer Confirmations related
to fixed income transactions may reflect a mark up or mark-down both as a dollar and
percentage value The mark up or mark down dollar value is calculated as the execution price
less the prevailing market price (PMP) multiplied by the quantity The mark up or mark down
percentage value is calculated as the mark up or mark down dollar value divided by the PMP
Trades with a mark up or mark down value of "N/A indicate a negative mark up (i e the sale
of the security was at a price lower than the PMP)

Final prospectus and/or offering documentation is available upon request in connection with
your purchase of a security where the issuer is deemed to control be controlled by or under
common control with ETS (i e affiliated securities)

Additional Fees may include a broker assist fee an order handling fee and/or market
center charges ETS will charge a fee if you request to have certificates issued in your name
and mailed to you

**Payment for Order Flow Disclosure**
The SEC (as well as FINRA) requires that all broker dealers inform their customers when a
new account is opened and on an annual basis thereafter of payment for order flow
practices (compensation received for placing orders through specialists on national
securities exchanges over-the-counter market makers alternative trading systems and
ECN s (collectively 'market centers )) Consistent with the overriding principle of best
execution ETS routes orders to various market makers including its affiliate Morgan Stanley
& Co LLC ETS receives remuneration (generally in the form of per share cash payments or
through profit sharing arrangements) for routing orders in securities to particular market
centers for execution Such remuneration is considered compensation to ETS and the
source and amount of any compensation received in connection with your transaction will
be disclosed to you upon written request ETS absent instructions from you to the contrary
takes a number of factors into consideration in determining where to route customers
orders including the speed of execution price improvement opportunities (executions at
prices superior to the then prevailing inside market) automatic execution guarantees the
availability of efficient and reliable order handling systems the level of service provided the
cost of executing orders whether it will receive cash or non-cash payments for routing
order flow and reciprocal business arrangements

Trades noted as AVG PRICE SHOWN DETAILS ON REQ are executed through an average
price account The price shown may represent an average of multiple executions or may represent a
single execution at the price indicated Details regarding trades done in an average price account are
available upon request

**Structured Products**
Structured Products are complex products and may be subject to special risks Investors should
consider the concentration risk of owning the related security and their total exposure to any
underlying asset

Rev 04/21 5123 864


from Morgan Stanley

**E✳TRADE Securities**

Investment Account

# TRADE CONFIRMATION

Account Number  XXXX 6829

**Account Name**
ALEXANDER YON

E✳TRADE Securities LLC
P O Box 484
Jersey City  NJ  07303 0484

| Customer Update |
|---|
| Invest on the go  With the E*TRADE Mobile app  you have everything you need in the palm of your hand  Vist etrade com/mobile to learn more |

| TRADE DATE | SETL DATE | MKT / CPT | SYMBOL / CUSIP | BUY / SELL | QUANTITY | PRICE | ACCT TYPE | | |
|---|---|---|---|---|---|---|---|---|---|
| 09/26/22 | 09/28/22 | 6 1 | MMAT | BUY | 200 | $ 6724 | Cash | PRINCIPAL | $134 49 |
| **META MATLS INC COMMON STOCK** | | | | | | | | NET AMOUNT | $134 49 |

| TRADE DATE | SETL DATE | MKT / CPT | SYMBOL / CUSIP | BUY / SELL | QUANTITY | PRICE | ACCT TYPE | | |
|---|---|---|---|---|---|---|---|---|---|
| 09/26/22 | 09/28/22 | 6 1 | MMTLP | BUY | 200 | $1 52 | Cash | PRINCIPAL | $304 00 |
| **META MATLS INC PFD SER A** | | | | | | | | COMMISSION | $4 95 |
| PERPETUAL | | | | | | | | NET AMOUNT | $308 95 |

▲ DETACH HERE
ALEXANDER YON
1462 DESOTO RD
BALTIMORE MD 21230 1202

DETACH HERE ▲

Use This Deposit Slip    Acct·  XXXX-6829

Please do not send cash

| | Dollars | Cents |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| **TOTAL DEPOSIT** | | |

Make checks payable to E*TRADE Securities LLC
Mail deposits to

E*TRADE Securities LLC
P O Box 484
Jersey City  NJ  07303 0484

⑆092620220001 ⑈900508568293

# E✳TRADE
from Morgan Stanley

**Type of Transaction**
(Market)
1. NYSE
2. NYSE American
3. Other US Registered Exchanges
4. Mutual Funds
5. CBOE
6. Over-the-Counter
7. Underwriting
8. Foreign Exchange or Other

(Capacity in which your broker is acting)
1, 2, 3, 4, 5, 8 As agent
6 As agent for both buyer and seller. The commission charged to the party on the other side of the transaction will be furnished upon request
7 As principal
9 As agent and as principal

If the symbol ( ) appears in the security description on the face hereof, the offering of the described security has been made solely by means of the prospectus relating thereto, a copy of which has been or will be delivered to you, the receipt of which is acknowledged by payment hereof

If the symbol (F) appears in the security description, it indicates that the security is Foreign and may be subject to interest equalization tax

If the symbol (F) appears in the security description, an officer or employee of ETS is a director of the issuer of the securities involved in this transaction. A control relationship may therefore exist between the issuer and ETS

Please retain this confirmation for income tax purposes. Federal regulations require brokers to report proceeds from all transactions to the Internal Revenue Service

## Terms and Conditions

Please refer to the E*TRADE Customer Agreement for a complete discussion of the terms and conditions governing your account. If you have questions regarding the E*TRADE Customer Agreement or your account, please email us through etrade.com or call 800-387 2331. THE INFORMATION CONTAINED IN THIS CONFIRMATION SHALL BE BINDING UPON YOU IF YOU DO NOT OBJECT IN WRITING WITHIN TWO (2) DAYS AFTER THE CONFIRMATION IS FIRST RECEIVED BY YOU. Securities products and services are offered by E*TRADE Securities LLC ( ETS ) Member SIPC and a business of Morgan Stanley. Your account is carried by ETS which maintains your funds and securities deposited with ETS. An affiliate of ETS may act as a principal or agent in your transaction(s)

Applicable Rules and Regulations. All transactions in your account shall be subject to the constitution rules regulations customs and usages of the exchange or market and its clearing house where the transactions are executed by ETS or its agents including ETS affiliates. Also where applicable the transactions shall be subject to the provisions of the Securities Act of 1933 as amended the Securities Exchange Act of 1934 as amended and the rules and regulations of the Securities and Exchange Commission ( SEC ) the Board of Governors of the Federal Reserve System and any applicable self regulatory organization. For information about FINRA s BrokerCheck Program including an investor brochure please contact FINRA at 800-289-9999 or www.finra.org

Securities held on our behalf at ETS or a central clearing facility but not registered in your name are commingled with identical securities held for other customers. In the event that securities so held are called by the issuer the securities to be called will be determined by an impartial and random selection system. If your security is selected it will be presented for redemption and your account credited with the proceeds. You have the right to withdraw uncalled fully paid securities at any time prior to a partial call and also to withdraw excess margin securities not subject to restriction

The responsibility to cancel an existing open order rests with you. Any transaction that results from the execution of any orders that you have not instructed us to cancel prior to execution will be recorded in your account. Market orders are subject to immediate execution and are difficult to cancel

If required payment or delivery of securities is not made by the settlement date ETS may at its option and without further notice charge interest on the amount shown on the face hereof or cancel sell out or buy in the subject securities and charge your account for any expenses losses or other costs incurred

Investments in securities are not guaranteed by ETS are not insured by the FDIC and will fluctuate with changes in market conditions. When selling a security you may receive more or less than your original investment

The principal amount or commission described on the face hereof may include an Additional Fee for special services rendered. Other charges may include commissions paid to affiliates of ETS local taxes, transaction fees and exchange fees among others. For customers who choose to convert from the currency in which the security or payment thereon is denominated the amounts provided with respect to principal interest dividend and/or yield is subject to fluctuation or applicable foreign currency exchange rates and costs including a markup charged by ETS. Further details are available upon written request. The name of the party with whom the transaction was made and time of execution of the transaction will be furnished upon written request

Securities purchased by you or held by ETS may be hypothecated and/or commingled with securities carried for other customers

Call features for bonds may exist and such bonds can be redeemed in whole or in part before maturity and could affect the yield. complete information will be provided upon request. With respect to a zero coupon issue you will not receive periodic payments and the securities may be callable at a price below maturity value. Furthermore a zero coupon issue that is callable and in bearer form may be called without notice by mail to you unless the issue is registered

For an asset backed security (e.g. GMO FNMA FHLMC or GNMA) the actual yield may vary according to the rate at which the underlying assets or receivables are prepaid. Information concerning factors that affect yield including estimated yield weighted average life and prepayment assumptions are available upon request

The ratings that appear in the description of some fixed income securities have been obtained from rating services that we believe to be reliable however we cannot guarantee their accuracy. Securities for which a rating is not available will be marked. Not Rated. A withdrawn rating WR signifies the removal of a rating on either an obligation or issuer. Confirmations related to fixed income transactions may reflect a mark up or mark down both as a dollar and percentage value. The mark up or mark down dollar value is calculated as the execution price less the prevailing market price (PMP) multiplied by the quantity. The mark up or mark down percentage value is calculated as the mark up or mark-down dollar value divided by the PMP. Trades with a mark up or mark down value of N/A indicate a negative mark up (i.e. the sale of the security was at a price lower than the PMP)

Final prospectus and/or offering documentation is available upon request in connection with your purchase of a security where the issuer is deemed to control be controlled by or under common control with ETS (i.e. affiliated securities)

Additional Fees may include a broker assist fee an order handling fee and/or market center charges. ETS will charge a fee if you request to have certificates issued in your name and mailed to you

**ALEXANDER YON**
**1462 DESOTO RD**
**BALTIMORE MD  21230-1202**

### Payment for Order Flow Disclosure
The SEC (as well as FINRA) requires that all broker dealers inform their customers when a new account is opened and on an annual basis thereafter of payment for order flow practices (compensation received for placing orders through specialists on national securities exchanges over-the-counter market makers alternative trading systems and ECN s (collectively market centers )) Consistent with the overriding principle of best execution ETS routes orders to various market makers including its affiliate Morgan Stanley & Co LLC ETS receives remuneration (generally in the form of per share cash payments or through profit sharing arrangements) for routing orders in securities to particular market centers for execution. Such remuneration is considered compensation to ETS and the source and amount of any compensation received in connection with your transaction will be disclosed to you upon written request. ETS absent instructions from you to the contrary takes a number of factors into consideration in determining where to route customers orders including the speed of execution price improvement opportunities (executions at prices superior to the then prevailing made market) automatic execution guarantees the availability of efficient and reliable order handling systems the level of service provided the cost of executing orders whether it will receive cash or non-cash payments for routing order flow and reciprocal business arrangements

Trades noted as AVG PRICE SHOWN DETAILS ON REQ are executed through an average price account. The price shown may represent an average of multiple executions or may represent a single execution at the price indicated. Details regarding trades done in an average price account are available upon request

### Structured Products
Structured Products are complex products and may be subject to special risks. Investors should consider the concentration risk of owning the related security and their total exposure to any underlying asset

Rev 04/21 51237964

# E✱TRADE

from Morgan Stanley

Page 1 of 2

## E✱TRADE Securities

**Investment Account**

## TRADE CONFIRMATION

**Account Number  XXXX 6829**

**Account Name**
ALEXANDER YON

E✱TRADE Securities LLC
P O Box 484
Jersey City  NJ  07303 0484

**Customer Update**
Invest on the go  With the E*TRADE Mobile app  you have everything you need in the palm of your hand  Visit etrade com/mobile to learn more

| TRADE DATE | SETL DATE | MKT / CPT | SYMBOL / CUSIP | BUY / SELL | QUANTITY | PRICE | ACCT TYPE | | |
|---|---|---|---|---|---|---|---|---|---|
| 09/29/22 | 10/03/22 | 6 1 | GOOGL | BUY | 1 | $96 328 | Cash | PRINCIPAL | $96 33 |
| ALPHABET INC CLASS A COMMON STOCK | | | | | | | | NET AMOUNT | $96 33 |
| 09/29/22 | 10/03/22 | 6 1 | IONQ | BUY | 10 | $4 705 | Cash | PRINCIPAL | $47 05 |
| IONQ INC COMMON STOCK | | | | | | | | NET AMOUNT | $47 05 |
| 09/29/22 | 10/03/22 | 6 1 | MMAT | BUY | 200 | $ 657 | Cash | PRINCIPAL | $131 40 |
| META MATLS INC COMMON STOCK | | | | | | | | NET AMOUNT | $131 40 |
| 09/29/22 | 10/03/22 | 6 1 | MMTLP | BUY | 200 | $1 51 | Cash | PRINCIPAL | $302 00 |
| META MATLS INC PFD SER A | | | | | | | | COMMISSION | $4 95 |
| PERPETUAL | | | | | | | | NET AMOUNT | $306 95 |
| 09/29/22 | 10/03/22 | 6 1 | NVDA | BUY | 1 | $120 5676 | Cash | PRINCIPAL | $120 57 |
| NVIDIA CORP | | | | | | | | NET AMOUNT | $120 57 |
| 09/29/22 | 10/03/22 | 6 1 | TSLA | BUY | 2 | $267 55 | Cash | PRINCIPAL | $535 10 |
| TESLA INC COMMON STOCK | | | | | | | | NET AMOUNT | $535 10 |
| 09/29/22 | 10/03/22 | 6 1 | TSLA | BUY | 2 | $272 2944 | Cash | PRINCIPAL | $544 59 |
| TESLA INC COMMON STOCK | | | | | | | | NET AMOUNT | $544 59 |

▲ DETACH HERE

ALEXANDER YON
1462 DESOTO RD
BALTIMORE MD  21230 1202

DETACH HERE ▲

**Use This Deposit Slip .  Acct  XXXX-6829**

Please do not send cash

| Dollars | Cents |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

**TOTAL DEPOSIT**

Make checks payable to E*TRADE Securities LLC
Mail deposits to

E*TRADE Securities LLC
P O Box 484
Jersey City  NJ  07303 0484

092920220001  900508568293


from Morgan Stanley

**Type of Transaction**
(Market)
1 NYSE                                5 CBOE
2 NYSE American                       6 Over-the-Counter
3 Other US Registered Exchanges       7 Underwriting
4 Mutual Funds                        8 Foreign Exchange or Other

(Capacity in which your broker is acting)
1 2 3 4 5 8 As agent
6 As agent for both buyer and seller  The commission charged to the party on the other side of the transaction will be furnished upon request
7 As principal
9 As agent and as principal

If the symbol ( ) appears in the security description on the face hereof the offering of the described security has been made solely by means of the prospectus relating thereto  a copy of which has been or will be delivered to you  the receipt of which is acknowledged by payment hereof
If the symbol (F) appears in the security description  it indicates that the security is  Foreign and may be subject to interest equalisation tax
If the symbol (T) appears in the security description  an officer or employee of ETS is a director of the issuer of the securities involved in this transaction  A control relationship may therefore exist between the issuer and ETS

Please retain this confirmation for income tax purposes  Federal regulations require brokers to report proceeds from all transactions to the Internal Revenue Service

## Terms and Conditions

Please refer to the E*TRADE Customer Agreement  for a complete discussion of the terms and conditions governing your account  If you have questions  regarding  the E*TRADE Customer Agreement or your account  please email us through etrade com or call 800-387-2331  THE INFORMATION  CONTAINED  IN THIS  CONFIRMATION  SHALL  BE BINDING UPON YOU IF YOU  DO NOT  OBJECT  IN WRITING  WITHIN  TWO (2) DAYS  AFTER  THE CONFIRMATION IS FIRST RECEIVED BY YOU  Securities products and services are  offered by E*TRADE  Securities LLC ( ETS )  Member SIPC and a business of Morgan Stanley  Your account is carried by ETS  which maintains your funds and securities deposited with ETS  An affiliate of ETS may  act as a principal or agent in your transaction(s)

**Applicable Rules and Regulations.** All transactions in your account shall be subject to the constitution  rules  regulations  customs  and usages of the exchange or market  and its clearing house  where the transactions are executed by ETS or its agents  including ETS affiliates  Also  where applicable  the transactions shall be subject to the provisions of the Securities Act of 1933  as amended  the Securities Exchange Act of 1934  as amended  and the rules and regulations of the Securities and Exchange Commission ( SEC )  the Board of Governors of the Federal Reserve System  and any applicable self regulatory organization  For information about FINRA  s BrokerCheck Program  including an investor brochure  please contact FINRA  at 800-289-9999 or www finra org

Securities held on your behalf at ETS or a central clearing facility but not registered in your name are commingled with identical securities held for other customers  In the event that securities so held are called by the issuer  the securities to be called will be determined by an impartial and random selection system  If your security is selected  it will be presented for redemption  and your account  credited with the proceeds  You have the right to withdraw uncalled  fully paid securities at any time prior to a partial call and also to withdraw  excess margin securities not subject to restriction

The responsibility to cancel an existing open order rests with you  Any transaction that results from the execution of any orders that you have not instructed us to cancel  prior to execution will be recorded in your account  Market orders are subject to immediate execution and are difficult to cancel

If required payment or delivery of securities is not made by the settlement date  ETS may  at its option  and without further  notice  charge interest on the amount  shown on the face hereof or cancel  sell out  or buy  in the  subject securities  and charge  your account for any expenses  losses  or other costs incurred

Investments in securities  are not guaranteed by ETS  are not insured by the FDIC  and will fluctuate with changes in market conditions  When selling a security  you may receive more or less than your original investment

The principal amount or commission described on the face hereof may include an Additional Fee  for special services rendered  Other charges may include commissions paid to affiliates of ETS  local taxes  transaction fees and exchange fees  among others  For customers who choose to convert  from  the  currency  in  which  the  security  or  payment  thereon  is denominated  the amounts provided with respect to principal  interest  dividend and/or yield is subject to fluctuation or applicable foreign currency exchange rates and costs including a markup charged by ETS  Further details are available upon written request  The name of the party with whom this transaction was made and time of execution of the transaction will be furnished upon written request

Securities purchased by you or held by ETS may be hypothecated and/or commingled with securities carried for other customers

Call features for bonds may exist and such bonds can be redeemed  in whole or in part  before  maturity and could  affect the yield  complete information will be  provided upon request  With respect to a zero coupon issue  you will not receive periodic payments  and the securities may be callable at a price below maturity value  Furthermore  a zero coupon issue that is callable and in bearer form may be called without notice by mail to you unless the issue is registered

For an asset backed security (e g  GMO  FNMA  FHLMC  or GMNA)  the actual yield may vary  according to the rate  at  which  the underlying  assets or receivables are prepaid  Information concerning factors that affect yield  including estimated yield  weighted average life  and prepayment assumptions  are available upon request

The ratings that appear in the description of some fixed-income securities have been obtained from rating  services  that we believe  to be reliable  however  we cannot  guarantee their accuracy  Securities for which a rating is not available will be marked  Not Rated  A withdrawn rating  WR  signifies the removal of a rating on either an obligation or issuer  Confirmations related to fixed income transactions may reflect a mark up or mark down  both as a dollar and percentage value  The mark up or mark down dollar value is calculated as the execution price less the prevailing market price (PMP) multiplied by the quantity  The mark up or mark down percentage value is calculated as the mark up or mark-down dollar value divided by the PMP  Trades with a mark up or mark down value of  N/A  indicate a negative mark up (i e  the sale of the security was at a price lower than the PMP)

Final prospectus and/or offering documentation is available upon request in connection with your purchase of a security where the issuer is deemed to control  be controlled by  or under common control with ETS (i e  affiliated securities)

Additional Fees may include  a broker  assist fee  an order  handling  fee  and/or market center charges  ETS will charge a fee if you request to have certificates issued in your name and  mailed to you

## ALEXANDER YON
## 1462 DESOTO RD
## BALTIMORE MD  21230-1202

**Payment for Order Flow Disclosure**
The SEC (as well as FINRA) requires that all broker dealers inform their customers when a new account  is  opened  and  on  an  annual basis  thereafter  of payment  for order  flow practices (compensation  received  for  placing  orders  through  specialists  on  national securities  exchanges  over-the-counter market  makers  alternative trading systems  and ECN s  (collectively  market  centers ))  Consistent  with  the overriding  principle of best execution  ETS routes orders to various market makers  including its affiliate Morgan Stanley & Co LLC  ETS receives remuneration (generally in the form of per share cash payments or through  profit sharing  arrangements)  for routing orders in securities to particular market centers for execution  Such remuneration is  considered  compensation to  ETS  and  the source and amount  of any compensation received in connection with your transaction will be disclosed to you upon written request  ETS  absent instructions from you to the contrary  takes a number of factors into consideration in determining  where to route customers orders  including  the  speed of execution  price improvement opportunities (executions at prices superior to the then prevailing inside market)  automatic execution guarantees  the availability of efficient and reliable order handling systems  the level of service provided  the cost of executing orders  whether it will receive cash or non cash payments for routing order flow  and reciprocal business  arrangements

Trades noted as  AVG PRICE SHOWN DETAILS ON REQ  are executed through an average price account  The price shown may represent an average of multiple executions or may represent a single execution at the price indicated  Details regarding trades done in an average price account are available upon request

**Structured Products**
Structured Products are complex products and may be subject to special risks  Investors should consider the concentration risk of owning the related security and their total exposure to any underlying asset

Rev 04/21 5123  B04


from Morgan Stanley

Page 1 of 2

## E✳TRADE Securities
Investment Account

# TRADE CONFIRMATION

**Account Number  XXXX 6829**

**Account Name**
ALEXANDER YON

E✳TRADE Securities LLC
P O Box 484
Jersey City  NJ  07303 0484

**Customer Update**
Want to get important documents faster? Get your statements  confirms  and tax forms
online with paperless delivery  Enroll at etrade com/paperless

| TRADE DATE | SETL DATE | MKT / CPT | SYMBOL / CUSIP | BUY / SELL | QUANTITY | PRICE | ACCT TYPE | | |
|---|---|---|---|---|---|---|---|---|---|
| 10/12/22 | 10/14/22 | 6 1 | MMAT | BUY | 7 | $1 015 | Cash | PRINCIPAL | $7 11 |
| **META MATLS INC COMMON STOCK** | | | | | | | | NET AMOUNT | $7 11 |

---

▲ DETACH HERE
ALEXANDER YON
1462 DESOTO RD
BALTIMORE MD  21230 1202

DETACH HERE ▲

**Use This Deposit Slip    Acct  XXXX-6829**

**Please do not send cash**

| | Dollars | Cents |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| **TOTAL DEPOSIT** | | |

Make checks payable to E✳TRADE Securities LLC
Mail deposits to

E✳TRADE Securities LLC
P O  Box 484
Jersey City  NJ  07303 0484

101220220001  �628508568293



E✳TRADE
from Morgan Stanley

Type of Transaction
(Market)
1. NYSE
2. NYSE American
3. Other US Registered Exchanges
4. Mutual Funds

5. CBOE
6. Over the Counter
7. Underwriting
8. Foreign Exchange or Other

(Capacity in which your broker is acting)
1 2 3 4 5 8 As agent
8 As agent for both buyer and seller  The commission charged to the party on the other side of the
   transaction will be furnished upon request
7 As principal
9 As agent and as principal

If the symbol ( ) appears in the security description on the face hereof  the offering of the
described security has been made solely by means of the prospectus relating thereto  a copy
of which has been or will be delivered to you  the receipt of which is acknowledged by payment
hereof
If the symbol (F) appears in the security description  it indicates that the security is  Foreign
and may be subject to interest equali zation tax
If the symbol (F) appears in the security description  an officer or employee of ETS is a director
of the issuer of the securities involved in this transaction  A control relationship may therefore
exist between the issuer and ETS

Please retain this confirmation for income tax purposes  Federal regulations require brokers
to report proceeds from all transactions to the Internal Revenue Service

## Terms and Conditions

Please refer to the E*TRADE Customer Agreement for a complete discussion of the terms and conditions governing your account  If you have questions regarding the E*TRADE Customer Agreement or your account  please email us through etrade com or call 800-387 2331  THE INFORMATION CONTAINED IN THIS CONFIRMATION SHALL BE BINDING UPON YOU  IF YOU DO NOT OBJECT IN WRITING WITHIN TWO (2) DAYS AFTER THE CONFIRMATION IS FIRST RECEIVED BY YOU  Securities products and services are offered by E*TRADE Securities LLC ( ETS )  Member SIPC and a business of Morgan Stanley  Your account is carried by ETS which maintains your funds and securities deposited with ETS  An affiliate of ETS may act as a principal or agent in your transaction(s)

**Applicable Rules and Regulations.** All transactions in your account shall be subject to the constitution  rules  regulations  customs  and usages of the exchange or market  and its clearing house  where the transactions are executed by ETS or its agents  including ETS affiliates  Also  where applicable  the transactions shall be subject to the provisions of the Securities Act of 1933 as amended  the Securities Exchange Act of 1934 as amended  and the rules and regulations of the Securities and Exchange Commission ( SEC )  the Board of Governors of the Federal Reserve System  and any applicable self regulatory organization  For information about FINRA s BrokerCheck Program  including an investor brochure  please contact FINRA at 800-289-9999 or www finra org

Securities held on your behalf at ETS or a central clearing facility but not registered in your name are commingled with identical securities held for other customers  In the event that securities so held are called by the issuer  the securities to be called will be determined by an impartial and random selection system  If your security is selected  it will be presented for redemption and your account credited with the proceeds  You have the right to withdraw uncalled  fully paid securities at any time prior to a partial call and also to withdraw excess margin securities not subject to restriction

The responsibility to cancel an existing open order rests with you  Any transaction that results from the execution of any orders that you have not instructed us to cancel  prior to execution  will be recorded in your account  Market orders are subject to immediate execution and are difficult to cancel

If required payment or delivery of securities is not made by the settlement date  ETS may  at its option and without further notice  charge interest on the amount shown on the face hereof  or cancel  sell out  or buy in the subject securities  and charge your account for any expenses  losses  or other costs incurred

Investments in securities are not guaranteed by ETS  are not insured by the FDIC  and will fluctuate with changes in market conditions  When selling a security  you may receive more or less than your original investment

The principal amount or commission described on the face hereof may include an Additional Fee  for special services rendered  Other charges may include commissions paid to affiliates of ETS  local taxes  transaction fees and exchange fees  among others  For customers who choose to convert from the currency in which the security or payment thereon is denominated  the amounts provided with respect to principal  interest  dividend and/or yield is subject to fluctuation or applicable foreign currency exchange rates and costs including a markup charged by ETS  Further details are available upon written request  The name of the party with whom this transaction was made and time of execution of the transaction will be furnished upon written request

Securities purchased by you  or held by ETS may be hypothecated and/or commingled with securities carried for other customers

Call features for bonds may exist and such bonds can be redeemed in whole or in part  before maturity and could affect the yield  complete information will be provided upon request  With respect to a zero coupon issue you will not receive periodic payments  and the securities may be callable at a price below maturity value  Furthermore  a zero coupon issue that is callable and in bearer form may be called without notice by mail to you unless the issue is registered

For an asset backed security (e g  GMO  FNMA  FHLMC or GNMA)  the actual yield may vary  according to  the rate  at  which  the underlying assets or receivables are prepaid  Information concerning factors that affect yield  including estimated yield  weighted average life  and prepayment assumptions  are available upon request

The ratings that appear in the description of some fixed-income securities have been obtained from rating services that we believe to be reliable  however  we cannot guarantee their accuracy  Securities for which a rating is not available will be marked  Not Rated   A withdrawn rating 'WR' signifies the removal of a rating on either an obligation or issuer  Confirmations related to fixed income transactions may reflect a mark up or mark down  both as a dollar and percentage value  The mark up or mark down dollar value is calculated as the execution price less the prevailing market price (PMP) multiplied by the quantity  The mark up or mark down percentage value is calculated as the mark up or mark down dollar value divided by the PMP  Trades with a mark up or mark down value of  N/A  indicate a negative mark up (i e  the sale of the security was at a price lower than the PMP)

Final prospectus and/or offering documentation is available upon request in connection with your purchase of a security where the issuer is deemed to control  be controlled by  or under common control with ETS (i e  affiliated securities)

Additional Fees  may include  a broker assist fee  an order handling fee and/or market center charges  ETS will charge a fee if you request to have certificates issued in your name and mailed to you

ALEXANDER YON
1462 DESOTO RD
BALTIMORE MD  21230-1202

**Payment for Order Flow Disclosure**
The SEC (as well as FINRA) requires that all broker dealers inform their customers when a new account is opened  and on an annual basis  thereafter  of payment for order flow practices (compensation  received  for  placing  orders  through  specialists  on  national securities exchanges  over-the-counter market makers  alternative trading systems  and ECN s  (collectively  market centers ))  Consistent with the overriding principle of best execution  ETS routes orders to various market makers  including its affiliate Morgan Stanley & Co LLC  ETS receives remuneration (generally in the form of per share cash payments or through profit sharing arrangements) for routing orders in securities to particular market centers for execution  Such remuneration is considered  compensation to  ETS  and  the source and amount of any compensation received in connection with your transaction will be disclosed to you upon written request  ETS absent instructions from you to the contrary  takes a number  of factors into consideration in determining  where to route customers  orders  including  the  speed  of execution  price  improvement opportunities (executions at prices superior to the then prevailing inside market)  automatic execution guarantees  the availability of efficient and reliable order handling systems  the level of service provided  the cost of executing orders  whether it will receive cash or non cash payments for routing order flow  and reciprocal business  arrangements

Trades noted as  AVG PRICE SHOWN DETAILS ON REQ  are executed through an average price account  The price shown may represent an average of multiple executions or may represent a single  execution at the price indicated  Details regarding trades done in an average price account are available upon request

**Structured Products**
Structured Products are complex products and may be subject to special risks  Investors should consider the concentration risk of owning the related security and their total exposure to any underlying asset

Rev 04/21 S1237894

# E✳TRADE®
from Morgan Stanley

Page 1 of 2

## E✳TRADE Securities
Investment Account

# TRADE CONFIRMATION

**Account Number  XXXX 6829**

E✳TRADE Securities LLC
P O  Box 484
Jersey City  NJ  07303 0484

**Account Name**
ALEXANDER YON

**Customer Update**
Want to get important documents faster? Get your statements  confirms  and tax forms
online with paperless delivery  Enroll at etrade com/paperless

| TRADE DATE | SETL DATE | MKT / CPT | SYMBOL / CUSIP | BUY / SELL | QUANTITY | PRICE | ACCT TYPE | | |
|---|---|---|---|---|---|---|---|---|---|
| 10/21/22 | 10/25/22 | 3 1 | MMAT | BUY | 1 000 | $ 50 | Cash | PRINCIPAL | $500 00 |
| | | | | | | | | NET AMOUNT | $500 00 |

**META MATLS INC COMMON STOCK**
AS OF 10/21/22
OPTION EXERCISE
CALL MMAT  10/21/22    50

| TRADE DATE | SETL DATE | MKT / CPT | SYMBOL / CUSIP | BUY / SELL | QUANTITY | PRICE | ACCT TYPE | | |
|---|---|---|---|---|---|---|---|---|---|
| 10/21/22 | 10/25/22 | 3 1 | BBIG | BUY | 1 000 | $ 50 | Cash | PRINCIPAL | $500 00 |
| | | | | | | | | NET AMOUNT | $500 00 |

**VINCO VENTURES INC COMMON STOCK**
AS OF 10/21/22
OPTION EXERCISE
CALL BBIG  10/21/22    50

▲ DETACH HERE

ALEXANDER YON
1462 DESOTO RD
BALTIMORE MD  21230 1202

DETACH HERE  ▲

**Use This Deposit Slip  ·  Acct· XXXX-6829**

**Please do not send cash**

| | Dollars | Cents |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **TOTAL DEPOSIT** | | |

Make checks payable to E*TRADE Securities LLC
Mail deposits to

E*TRADE Securities LLC
P O  Box 484
Jersey City  NJ  07303 0484

⑈102420220001⑈ ⑈005085682⑆3



**E✳TRADE**
from Morgan Stanley

Type of Transaction
(Market)
1 NYSE                                     5 CBOE
2 NYSE American                      6 Over-the-Counter
3 Other US Registered Exchanges   7 Underwriting
4 Mutual Funds                        8 Foreign Exchange or Other

(Capacity in which your broker is acting)
1 2 3 4 5 8 As agent
6 As agent for both buyer and seller. The commission charged to the party on the other side of the transaction will be furnished upon request
7 As principal
9 As agent and as principal

If the symbol (.) appears in the security description on the face hereof, the offering of the described security has been made solely by means of the prospectus relating thereto, a copy of which has been or will be delivered to you, the receipt of which is acknowledged by payment hereof.

If the symbol (F) appears in the security description, it indicates that the security is. Foreign and may be subject to interest equalization tax.

If the symbol (T) appears in the security description, an officer or employee of ETS is a director of the issuer of the securities involved in this transaction. A control relationship may therefore exist between the issuer and ETS.

Please retain this confirmation for income tax purposes. Federal regulations require brokers to report proceeds from all transactions to the Internal Revenue Service.

## Terms and Conditions

Please refer to the E*TRADE Customer Agreement for a complete discussion of the terms and conditions governing your account. If you have questions regarding the E*TRADE Customer Agreement or your account, please email us through etrade.com or call 800-387-2331. THE INFORMATION CONTAINED IN THIS CONFIRMATION SHALL BE BINDING UPON YOU IF YOU DO NOT OBJECT IN WRITING WITHIN TWO (2) DAYS AFTER THE CONFIRMATION IS FIRST RECEIVED BY YOU. Securities products and services are offered by E*TRADE Securities LLC ("ETS"). Member SIPC and a business of Morgan Stanley. Your account is carried by ETS which maintains your funds and securities deposited with ETS. An affiliate of ETS may act as a principal or agent in your transaction(s).

Applicable Rules and Regulations. All transactions in your account shall be subject to the constitution, rules, regulations, customs and usages of the exchange or market and its clearing house, where the transactions are executed by ETS or its agents including ETS affiliates. Also where applicable, the transactions shall be subject to the provisions of the Securities Act of 1933 as amended, the Securities Exchange Act of 1934 as amended, and the rules and regulations of the Securities and Exchange Commission ( SEC ), the Board of Governors of the Federal Reserve System and any applicable self regulatory organization. For information about FINRA's BrokerCheck Program including an investor brochure please contact FINRA at 800-289-9999 or www.finra.org.

Securities held on your behalf at ETS or a central clearing facility but not registered in your name are commingled with identical securities held for other customers. In the event that securities so held are called by the issuer, the securities to be called will be determined by an impartial and random selection system. If your security is selected, it will be presented for redemption and your account credited with the proceeds. You have the right to withdraw uncalled, fully paid securities at any time prior to a partial call and also to withdraw excess margin securities not subject to restriction.

The responsibility to cancel an existing open order rests with you. Any transaction that results from the execution of any orders that you have not instructed us to cancel, prior to execution, will be recorded in your account. Market orders are subject to immediate execution and are difficult to cancel.

If required payment or delivery of securities is not made by the settlement date, ETS may, at its option and without further notice, charge interest on the amount shown on the face hereof or cancel, sell out, or buy in the subject securities and charge your account for any expenses, losses or other costs incurred.

Investments in securities are not guaranteed by ETS, are not insured by the FDIC, and will fluctuate with changes in market conditions. When selling a security, you may receive more or less than your original investment.

The principal amount or commission described on the face hereof may include an Additional Fee for special services rendered. Other charges may include commissions paid to affiliates of ETS, local taxes, transaction fees and exchange fees, among others. For customers who choose to convert from the currency in which the security or payment thereon is denominated, the amounts provided with respect to principal interest, dividend and/or yield is subject to fluctuation or applicable foreign currency exchange rates and costs including a markup charged by ETS. Further details are available upon written request. The name of the party with whom this transaction was made and time of execution of the transaction will be furnished upon written request.

Securities purchased by you or held by ETS may be hypothecated and/or commingled with securities carried for other customers.

Call features for bonds may exist and such bonds can be redeemed in whole or in part before maturity and could affect the yield. complete information will be provided upon request. With respect to a zero coupon issue you will not receive periodic payments and the securities may be callable at a price below maturity value. Furthermore. a zero coupon issue that is callable and in bearer form may be called without notice by mail to you unless the issue is registered.

For an asset backed security (e.g. GMO, FNMA, FHLMC or GNMA) the actual yield may vary according to the rate at which the underlying assets or receivables are prepaid. Information concerning factors that affect yield including estimated yield, weighted average life and prepayment assumptions are available upon request.

The ratings that appear in the description of some fixed-income securities have been obtained from rating services that we believe to be reliable, however we cannot guarantee their accuracy. Securities for which a rating is not available will be marked Not Rated. A withdrawn rating WR signifies the removal of a rating on either an obligation or issuer. Confirmations related to fixed income transactions may reflect a mark up or mark down both as a dollar and percentage value. The mark up or mark down dollar value is calculated as the execution price less the prevailing market price (PMP) multiplied by the quantity. The mark up or mark down percentage value is calculated as the mark up or mark down dollar value divided by the PMP. Trades with a mark up or mark down value of N/A indicate a negative mark up (i.e. the sale of the security was at a price lower than the PMP).

Final prospectus and/or offering documentation is available upon request in connection with your purchase of a security where the issuer is deemed to control, be controlled by, or under common control with ETS (i.e. affiliated securities).

Additional Fees may include a broker assist fee an order handling fee and/or market center charges. ETS will charge a fee if you request to have certificates issued in your name and mailed to you.

ALEXANDER YON
1462 DESOTO RD
BALTIMORE MD 21230-1202

Payment for Order Flow Disclosure
The SEC (as well as FINRA) requires that all broker dealers inform their customers when a new account is opened and on an annual basis thereafter of payment for order flow practices (compensation received for placing orders through specialists on national securities exchanges over-the-counter market makers alternative trading systems and ECNs (collectively market centers )) Consistent with the overriding principle of best execution ETS routes orders to various market makers including its affiliate Morgan Stanley & Co LLC. ETS receives remuneration (generally in the form of per share cash payments or through profit sharing arrangements) for routing orders in securities to particular market centers for execution Such remuneration is considered compensation to ETS and the source and amount of any compensation received in connection with your transaction will be disclosed to you upon written request. ETS absent instructions from you to the contrary takes a number of factors into consideration in determining where to route customers orders including the speed of execution price improvement opportunities (executions at prices superior to the then prevailing inside market) automatic execution guarantees the availability of efficient and reliable order handling systems the level of service provided the cost of executing orders whether it will receive cash or non-cash payments for routing order flow and reciprocal business arrangements

Trades noted as AVG PRICE SHOWN DETAILS ON REQ are executed through an average price account. The price shown may represent an average of multiple executions or may represent a single execution at the price indicated. Details regarding trades done in an average price account are available upon request

Structured Products
Structured Products are complex products and may be subject to special risks. Investors should consider the concentration risk of owning the related security and their total exposure to any underlying asset.

Rev 04/21 S1231804


from Morgan Stanley

**E✳TRADE Securities**

Investment Account

# TRADE CONFIRMATION

**Account Number  XXXX 6829**

**Account Name**
ALEXANDER YON

E✳TRADE Securities LLC
P O Box 484
Jersey City  NJ  07303 0484

**Customer Update**
Want to get important documents faster? Get your statements  confirms, and tax forms online with paperless delivery  Enroll at etrade com/paperless

| TRADE DATE | SETL DATE | MKT / CPT | SYMBOL / CUSIP | BUY / SELL | QUANTITY | PRICE | ACCT TYPE | | |
|---|---|---|---|---|---|---|---|---|---|
| 11/16/22 | 11/18/22 | 6 1 | MMAT | BUY | 100 | $1 745 | Cash | PRINCIPAL | $174 50 |
| | | | | | | | | NET AMOUNT | $174 50 |

**META MATLS INC COMMON STOCK**

▲ DETACH HERE
ALEXANDER YON
1462 DESOTO RD
BALTIMORE MD  21230 1202

DETACH HERE  ▲

**Use This Deposit Slip    Acct. XXXX-6829**

Please do not send cash

| | Dollars | Cents |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| **TOTAL DEPOSIT** | | |

Make checks payable to E✳TRADE Securities LLC
Mail deposits to

E✳TRADE Securities LLC
P O  Box 484
Jersey City  NJ  07303 0484

111620220001  900508568293


from Morgan Stanley

**Type of Transaction**
(Market)
1 NYSE
2 NYSE American
3 Other US Registered Exchanges
4 Mutual Funds

5 CBOE
6 Over-the-Counter
7 Underwriting
8 Foreign Exchange or Other

(Capacity in which your broker is acting)
1 2 3 4 5 B As agent
6 As agent for both buyer and seller  The commission charged to the party the other side of the transaction will be furnished upon request
7 As principal
9 As agent and as principal

If the symbol ( ) appears in the security description on the face hereof  the offering of the described security has been made solely by means of the prospectus relating thereto  a copy of which has been or will be delivered to you  the receipt of which is acknowledged by payment hereof

If the symbol (F) appears in the security description  it indicates that the security is  Foreign and may be subject to interest equalization tax

If the symbol (*) appears in the security description  an officer or employee of ETS is a director of the issuer of the securities involved in this transaction  A control relationship may therefore exist between the issuer and ETS

Please retain this confirmation for income tax purposes  Federal regulations require brokers to report proceeds from all transactions to the Internal Revenue Service

## Terms and Conditions

Please refer to the E*TRADE Customer Agreement for a complete discussion of the terms and conditions governing your account  If you have questions regarding the E*TRADE Customer Agreement or your account  please email us through etrade.com or call 800-387 2331  THE INFORMATION CONTAINED IN THIS CONFIRMATION SHALL BE BINDING UPON YOU IF YOU  DO NOT OBJECT IN WRITING WITHIN TWO (2) DAYS AFTER THE CONFIRMATION IS FIRST RECEIVED BY YOU  Securities products and services are offered by E*TRADE Securities LLC ( ETS )  Member SIPC and a business of Morgan Stanley  Your account is carried by ETS  which maintains your funds and securities deposited with ETS  As affiliate of ETS may act as a principal or agent in your transaction(s)

Applicable Rules and Regulations. All transactions in your account shall be subject to the constitution  rules  regulations  customs  and usages of the exchange or market  and its clearing house  where the transactions are executed by ETS or its agents  including ETS affiliates  Also where applicable  the transactions shall be subject to the provisions of the Securities Act of 1933  as amended  the Securities Exchange Act of 1934  as amended  and the rules and regulations of the Securities and Exchange Commission ( SEC )  the Board of Governors of the Federal Reserve System  and any applicable self regulatory organization  For information about FINRA s BrokerCheck Program  including an investor brochure  please contact FINRA at 800-289-9999 or www finra org

Securities held on your behalf at ETS or a central clearing facility but not registered in your name are commingled with identical securities held for other customers  In the event that securities so held are called by the issuer  the securities to be called will be determined by an impartial and random selection system  If your security is selected  it will be presented for redemption and your account credited with the proceeds  You have the right to withdraw uncalled fully paid securities at any time prior to a partial call and also to withdraw excess margin securities not subject to restriction

The responsibility to cancel an existing open order rests with you  Any transaction that results from the execution of any orders that you have not instructed us to cancel  prior to execution will be recorded in your account  Market orders are subject to immediate execution and are difficult to cancel

If required payment or delivery of securities is not made by the settlement date  ETS may  at its option and without further notice  charge interest on the amount shown on the face hereof or cancel sell out  or buy in the subject securities and charge your account for any expenses  losses or other costs incurred

Investments in securities are not guaranteed by ETS  are not insured by the FDIC  and will fluctuate with changes in market conditions  When selling a security you may receive more or less than your original investment

The principal amount or commission described on the face hereof may include an Additional Fee for special services rendered  Other charges may include commissions paid to affiliates of ETS  local taxes  transaction fees  and exchange fees  among others  For customers who choose to convert from the currency in which the security or payment thereon  is denominated  the amounts provided with respect to principal interest  dividend and/or yield is subject to fluctuation or applicable foreign currency exchange rates and costs including a markup charged by ETS  Further details are available upon written request  The name of the party with whom this transaction was made and time of execution of the transaction will be furnished upon written request

Securities purchased by you  or held by ETS may be hypothecated and/or commingled with securities carried for other customers

Call features for bonds may exist and such bonds can be redeemed in whole  or in part before maturity and could  affect the yield  complete information will be provided upon request  With respect to a zero coupon issue  you will not receive periodic payments  and the securities may be callable at a price below maturity value  Furthermore  a zero coupon issue that is callable and in bearer form may be called without notice by mail to you unless the issue is registered

For an asset backed security (e g  GMO  FNMA  FHLMC  or GNMA)  the actual yield may vary  according to the rate  at  which the underlying assets or receivables are prepaid  Information concerning factors that affect yield  including estimated yield  weighted average life  and prepayment assumptions  are available upon request

The ratings that appear in the description of some fixed-income securities have been obtained from rating services that we believe to be reliable  however  we cannot guarantee their accuracy  Securities for which a rating is not available will be marked  Not Rated   A withdrawn rating WR  signifies the removal of a rating on either an obligation or issuer  Confirmations related to fixed income transactions may reflect a mark up or mark down  both as a dollar and percentage value  The mark up or mark down dollar value is calculated as the execution price less the prevailing market price (PMP) multiplied by the quantity  The mark up or mark down percentage value is calculated as the mark up or mark down dollar value divided by the PMP  Trades with a mark up or mark down value of  N/A  indicate a negative mark up (i e  the sale of the security was at a price lower than the PMP)

Final prospectus and/or offering documentation is available upon request in connection with your purchase of a security where the issuer is deemed to control  be controlled by or under common control with ETS (i e  affiliated securities)

Additional Fees may include a broker assist fee an order handling fee and/or market center charges  ETS will charge a fee if you request to have certificates issued in your name and mailed to you

### Payment for Order Flow Disclosure

The SEC (as well as FINRA) requires that all broker dealers inform their customers when a new account is opened  and on an annual basis thereafter of payment for order flow practices (compensation received for placing orders through specialists on national securities exchanges  over-the-counter market makers  alternative trading systems  and ECN s (collectively  market centers))  Consistent with the overriding principle of best execution  ETS routes orders to various market makers  including its affiliate Morgan Stanley & Co LLC  ETS receives remuneration (generally in the form of per share cash payments or through  profit sharing arrangements) for routing orders in securities to particular market centers for execution  Such remuneration is  considered  compensation to  ETS  and  the source and amount of any compensation received in connection with your transaction will be disclosed to you upon written request  ETS  absent instructions from you to the contrary  takes a  number  of  factors  into consideration  in determining  where  to route customers  orders  including  the  speed of execution  price improvement opportunities (executions at prices superior to the then prevailing inside market)  automatic execution guarantees  the availability of efficient and reliable order handling systems  the level of service provided  the cost of executing orders  whether it will  receive cash or non-cash payments for routing order flow  and reciprocal business  arrangements

Trades noted as  AVG PRICE SHOWN  DETAILS ON REQ  are executed through an average price account  The price shown may represent an average of multiple executions or may represent a single execution at the price indicated  Details regarding trades done in an average price account are available upon request

### Structured Products

Structured Products are complex products and may be subject to special risks  Investors should consider the concentration risk of owning the related security and their total exposure to any underlying asset

R+ 04/21 S1237804

---

**ALEXANDER YON**
**1462 DESOTO RD**
**BALTIMORE MD  21230-1202**

# E✲TRADE
from Morgan Stanley

## E✲TRADE Securities
Investment Account

# TRADE CONFIRMATION

**Account Number  XXXX 6829**

**Account Name**
ALEXANDER YON

E✲TRADE Securities LLC
P O Box 484
Jersey City  NJ  07303 0484

**Customer Update**
Want to get important documents faster? Get your statements  confirms  and tax forms
online with paperless delivery  Enroll at etrade com/paperless

| TRADE DATE | SETL DATE | MKT/ CPT | SYMBOL/ CUSIP | BUY/ SELL | QUANTITY | PRICE | ACCT TYPE | | |
|---|---|---|---|---|---|---|---|---|---|
| 11/18/22 | 11/22/22 | 3 1 | MMAT | BUY | 1 000 | $1 00 | Cash | PRINCIPAL | $1 000 00 |
| | | | | | | | | NET AMOUNT | $1 000 00 |

**META MATLS INC COMMON STOCK**
AS OF 11/18/22
OPTION EXERCISE
CALL MMAT  11/18/22    1

---

▲  DETACH HERE

ALEXANDER YON
1462 DESOTO RD
BALTIMORE MD 21230 1202

Make checks payable to E*TRADE Securities LLC
Mail deposits to

E*TRADE Securities LLC
P O Box 484
Jersey City  NJ  07303 0484

DETACH HERE  ▲

**Use This Deposit Slip    Acct⸱ XXXX-6829**

**Please do not send cash**

| Dollars | Cents |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |

**TOTAL DEPOSIT**

112120220001  900508568293


from Morgan Stanley

Type of Transaction
(Market)
1 NYSE
2 NYSE American
3 Other US Registered Exchanges
4 Mutual Funds
5 CBOE
6 Over the Counter
7 Underwriting
8 Foreign Exchange or Other

(Capacity in which your broker is acting)
1, 2, 3, 4, 5, 8 As agent
6 As agent for both buyer and seller  The commission charged to the party on the other side of the transaction will be furnished upon request
7 As principal
9 As agent and as principal

If the symbol ( ) appears in the security description on the face hereof  the offering of the described security has been made solely by means of the prospectus relating thereto  a copy of which  has been or will be delivered to you  the receipt of which is acknowledged by payment hereof
If the symbol (F) appears in the security description  it indicates that the security is  Foreign and may be subject to interest equalisation tax
If the symbol (T) appears in the security description  an officer or employee of ETS is a director of the issuer of the securities involved in this transaction  A control relationship may therefore exist between the issuer and ETS.

Please retain this confirmation for income tax purposes  Federal regulations require brokers to report proceeds from all transactions to the Internal Revenue Service

**ALEXANDER YON**
**1462 DESOTO RD**
**BALTIMORE MD  21230-1202**

### Terms and Conditions

Please refer to the E*TRADE Customer Agreement for a complete discussion of the terms and conditions governing your account  If you have questions regarding the E*TRADE Customer Agreement or your account  please email us through etrade.com or call 800-387 2331  THE INFORMATION CONTAINED IN THIS CONFIRMATION SHALL BE BINDING UPON YOU IF YOU  DO NOT OBJECT IN WRITING WITHIN TWO (2) DAYS AFTER THE CONFIRMATION IS FIRST RECEIVED BY YOU  Securities products and services are offered by E*TRADE  Securities LLC ( ETS")  Member SIPC and a business of Morgan Stanley  Your account is carried by ETS which maintains your funds and securities deposited with ETS  An affiliate of ETS may act as a principal or agent in your transaction(s)

Applicable Rules and Regulations. All transactions in your account shall be subject to the constitution  rules  regulations  customs  and usages of the exchange or market  and its clearing house  where the transactions are executed by ETS or its agents  including ETS affiliates  Also  where applicable  the transactions shall be subject to the provisions of the Securities Act of 1933  as amended the Securities Exchange Act of 1934  as amended  and the rules and regulations of the Securities and Exchange Commission ( SEC )  the Board of Governors of the Federal Reserve System  and any applicable self regulatory organization  For information about FINRA's BrokerCheck Program  including an investor brochure  please contact FINRA at 800-289-9999 or www.finra.org

Securities held on your behalf at ETS or a central clearing facility but not registered in your name are commingled with identical securities held for other customers  In the event that securities so held are called by the issuer  the securities to be called will be determined by an impartial and random selection system  If your security is selected  it will be presented for redemption  and your account credited with the proceeds  You have the right to withdraw uncalled fully paid securities at any time prior to a partial call and also to withdraw  excess margin securities not subject to restriction

The responsibility to cancel an existing open order rests with you  Any transaction that results from the execution of any orders that you have not instructed us to cancel  prior to execution will be recorded in your account  Market orders are subject to immediate execution and are difficult to cancel

If required payment or delivery of securities is not made by the settlement date ETS may  at its option and without further notice  charge interest on the amount shown on the face hereof or cancel  sell out  or buy  In the subject securities and charge your account for any expenses  losses  or other costs incurred

Investments in securities are not guaranteed by ETS  are not insured by the FDIC  and will fluctuate with changes in market conditions  When selling a security you may receive more or less than your original investment

The principal amount or commission described on the face hereof may include an Additional Fee  for special services rendered  Other charges may include commissions paid to affiliates of ETS  local taxes  transaction fees  and exchange fees  among others  For customers who choose to convert  from the currency  in which the security or payment therein  is denominated  the amounts provided with respect to principal  interest  dividend  and/or yield  is subject to fluctuation or applicable foreign currency exchange rates and costs including a markup charged by ETS  Further details are available upon written request  The name of the party with whom this transaction was made and time of execution of the transaction will be furnished upon written request

Securities purchased by you  or held by ETS may be hypothecated and/or commingled with securities carried for other customers

Call features for bonds may exist and such bonds can be redeemed  in whole  or  in part before  maturity and could  affect the  yield  complete information  will be  provided upon request  With respect to a zero coupon issue  you will not receive periodic payments  and the securities may be callable at a price below maturity value  Furthermore  a zero coupon issue that is callable and in bearer form may be called without notice by mail to you unless the issue is registered

For an asset backed security (e.g  GMO  FNMA  FHLMC  or GMNA)  the actual yield may vary  according to  the rate  at  which the underlying assets or receivables are prepaid  Information concerning factors that affect yield  including estimated yield  weighted average life  and prepayment assumptions  are available upon request

The ratings that appear in the description of some fixed income securities have been obtained from rating services that we believe to be reliable  however  we cannot guarantee their accuracy  Securities for which a rating is not available will be marked  Not Rated  A withdrawn rating "WR  signifies the removal of a rating on either an obligation or issuer  Confirmations related to fixed income transactions may reflect a  mark up or  mark-down  both as a dollar and percentage value  The mark up or mark down dollar value is calculated as the execution price less the prevailing market price (PMP) multiplied by the quantity  The mark up or mark down percentage value is calculated as the mark up or mark down dollar value divided by the PMP  Trades with a mark up or mark down value of  N/A  indicate a negative mark up (i.e  the sale of the security was at a price lower than the PMP)

Final prospectus and/or offering documentation is available upon request in connection with your purchase of a security where the issuer is deemed to control  be controlled by or under common control with ETS (i.e  affiliated securities)

Additional Fees may include  a  broker assist fee  an order handling fee  and/or market center charges  ETS will charge a fee if you request to have certificates issued in your name and mailed to you

### Payment for Order Flow Disclosure
The SEC (as well as FINRA) requires that all broker dealers inform their customers when a  new account is opened  and on  an annual basis  thereafter  of payment for order  flow  practices  (compensation  received  for  placing  orders  through  specialists  on  national securities exchanges  over-the-counter market makers  alternative trading systems  and ECN's  (collectively  "market centers )  Consistent  with  the  overriding  principle  of best execution  ETS routes orders to various market makers  including its affiliate Morgan Stanley & Co LLC  ETS receives remuneration (generally in the form of per share cash payments or through  profit sharing  arrangements) for routing  orders in securities to particular  market centers for execution  Such remuneration is  considered  compensation to  ETS  and  the source and amount of any compensation received in connection with your transaction will be disclosed to you upon written request  ETS  absent instructions from you to the contrary  takes  a  number  of  factors  into  consideration  in  determining  where  to  route  customers orders  including  the  speed of  execution  price improvement  opportunities  (executions  at prices superior to the then prevailing made market)  automatic execution guarantees  the availability of efficient and reliable order handling systems  the level of service provided  the cost  of executing orders  whether it will receive cash or non-cash payments  for  routing order flow  and reciprocal business  arrangements

Trades noted as  AVG PRICE SHOWN  DETAILS ON REQ  are executed through an average price account  The price shown may represent an average of multiple executions or may represent a single execution at the price indicated  Details regarding trades done in an average price account are available upon request

### Structured Products
Structured Products are complex products and may be subject to special risks  Investors should consider the concentration risk of owning the related security and their total exposure to any underlying asset

R= 04/21  5123TB04

# E✳TRADE
from Morgan Stanley

## E✳TRADE Securities

Investment Account

# TRADE CONFIRMATION

**Account Number  XXXX 6829**

**Account Name**
ALEXANDER YON

E✳TRADE Securities LLC
P O  Box 484
Jersey City  NJ  07303 0484

**Customer Update**
Want to get important documents faster? Get your statements  confirms, and tax forms online with paperless delivery  Enroll at etrade com/paperless

| TRADE DATE | SETL DATE | MKT / CPT | SYMBOL / CUSIP | BUY / SELL | QUANTITY | PRICE | ACCT TYPE | | |
|---|---|---|---|---|---|---|---|---|---|
| 11/22/22 | 11/25/22 | 6 1 | MMAT | BUY | 20 | $2 0675 | Cash | PRINCIPAL | $41 35 |
| **META MATLS INC COMMON STOCK** | | | | | | | | NET AMOUNT | $41 35 |
| | | | | | | | | | |
| 11/22/22 | 11/25/22 | 6 1 | TSLA | BUY | 6 | $168 23 | Cash | PRINCIPAL | $1 009 38 |
| **TESLA INC COMMON STOCK** | | | | | | | | NET AMOUNT | $1 009 38 |

▲  DETACH HERE

ALEXANDER YON
1462 DESOTO RD
BALTIMORE MD  21230 1202

DETACH HERE  ▲

**Use This Deposit Slip    Acct  XXXX-6829**

**Please do not send cash**

| Dollars | Cents |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |

**TOTAL DEPOSIT**

Make checks payable to E*TRADE Securities LLC
Mail deposits to

E*TRADE Securities LLC
P O  Box 484
Jersey City  NJ  07303 0484

⑈112220220001  ⑆00508568293⑆


from Morgan Stanley

**Type of Transaction**
(Market)
1 NYSE                          5 CBOE
2 NYSE American                 6 Over-the-Counter
3 Other US Registered Exchanges 7 Underwriting
4 Mutual Funds                  8 Foreign Exchange or Other

(Capacity in which your broker is acting)
1 2 3 4 5 8 As agent
6 As agent for both buyer and seller. The commission charged to the party on the other side of the
    transaction will be furnished upon request
7 As principal
9 As agent and as principal

If the symbol ( ) appears in the security description on the face hereof, the offering of the
described security has been made solely by means of the prospectus relating thereto, a copy
of which has been or will be delivered to you, the receipt of which is acknowledged by payment
hereof
If the symbol (T) appears in the security description, it indicates that the security is Foreign
and may be subject to interest equalization tax
If the symbol (T) appears in the security description, an officer or employee of ETS is a director
of the issuer of the securities involved in this transaction. A control relationship may therefore
exist between the issuer and ETS

Please return this confirmation for income tax purposes. Federal regulations require brokers
to report proceeds from all transactions to the Internal Revenue Service

**Terms and Conditions**

Please refer to the E*TRADE Customer Agreement for a complete discussion of the terms
and conditions governing your account. If you have questions regarding the E*TRADE
Customer Agreement or your account please email us through etrade com or call 800-387
2331 THE INFORMATION CONTAINED IN THIS CONFIRMATION SHALL BE BINDING
UPON YOU IF YOU DO NOT OBJECT IN WRITING WITHIN TWO (2) DAYS AFTER THE
CONFIRMATION IS FIRST RECEIVED BY YOU Securities products and services are offered
by E*TRADE Securities LLC ( ETS") Member SIPC and a business of Morgan Stanley
Your account is carried by ETS which maintains your funds and securities deposited with
ETS An affiliate of ETS may act as a principal or agent in your transaction(s)

Applicable Rules and Regulations. All transactions in your account shall be subject to the
constitution rules regulations customs and usages of the exchange or market and its
clearing house where the transactions are executed by ETS or its agents including ETS
affiliates Also where applicable the transactions shall be subject to the provisions of the
Securities Act of 1933 as amended the Securities Exchange Act of 1934 as amended and
the rules and regulations of the Securities and Exchange Commission ( SEC") the Board of
Governors of the Federal Reserve System and any applicable self regulatory organization
For information about FINRA s BrokerCheck Program including an investor brochure please
contact FINRA at 800-289-9999 or www finra org

Securities held on your behalf at ETS or a central clearing facility but not registered in your
name are commingled with identical securities held for other customers. In the event that
securities so held are called by the issuer the securities to be called will be determined by
an impartial and random selection system. If your security is selected it will be presented for
redemption and your account credited with the proceeds. You have the right to withdraw
uncalled fully paid securities at any time prior to a partial call and also to withdraw excess
margin securities not subject to restriction

The responsibility to cancel an existing open order rests with you. Any transaction that results
from the execution of any orders that you have not instructed us to cancel prior to execution
will be recorded in your account. Market orders are subject to immediate execution and are
difficult to cancel

If required payment or delivery of securities is not made by the settlement date ETS may at its
option and without further notice charge interest on the amount shown on the face hereof
or cancel sell out or buy in the subject securities and charge your account for any
expenses losses or other costs incurred

Investments in securities are not guaranteed by ETS are not insured by the FDIC and will
fluctuate with changes in market conditions. When selling a security you may receive more or
less than your original investment

The principal amount or commission described on the face hereof may include an Additional
Fee for special services rendered Other charges may include commissions paid to affiliates
of ETS local taxes, transaction fees and exchange fees among others For customers who
choose to convert from the currency in which the security or payment thereon is
denominated the amounts provided with respect to principal interest dividend and/or yield
is subject to fluctuation or applicable foreign currency exchange rates and costs including a
markup charged by ETS Further details are available upon written request. The name of the
party with whom this transaction was made and time of execution of the transaction will be
furnished upon written request

Securities purchased by you or held by ETS may be hypothecated and/or commingled
with securities carried for other customers

Call features for bonds may exist and such bonds can be redeemed in whole or in part
before maturity and could affect the yield complete information will be provided upon
request. With respect to a zero coupon issue you will not receive periodic payments and the
securities may be callable at a price below maturity value. Furthermore a zero coupon issue
that is callable and in bearer form may be called without notice by mail to you unless the issue is
registered

For an asset backed security (e g GMO FNMA FHLMC or GNMA) the actual yield may
vary according to the rate at which the underlying assets or receivables are prepaid
Information concerning factors that affect yield including estimated yield weighted average
life and prepayment assumptions are available upon request

The ratings that appear in the description of some fixed-income securities have been obtained
from rating services that we believe to be reliable however we cannot guarantee their
accuracy Securities for which a rating is not available will be marked Not Rated A withdrawn
rating "WR signifies the removal of a rating on either an obligation or issuer Confirmations related
to fixed income transactions may reflect a mark up or mark down both as a dollar and
percentage value The mark up or mark down dollar value is calculated as the execution price
less the prevailing market price (PMP) multiplied by the quantity The mark up or mark down
percentage value is calculated as the mark up or mark-down dollar value divided by the PMP
Trades with a mark up or mark down value of N/A indicate a negative mark up (i e the sale
of the security was at a price lower than the PMP)

Final prospectus and/or offering documentation is available upon request in connection with
your purchase of a security where the issuer is deemed to control be controlled by or under
common control with ETS (i e affiliated securities)

Additional Fees may include a broker assist fee an order handling fee and/or market
center charges ETS will charge a fee if you request to have certificates issued in your name
and mailed to you

**ALEXANDER YON**
**1462 DESOTO RD**
**BALTIMORE MD  21230-1202**

**Payment for Order Flow Disclosure**
The SEC (as well as FINRA) requires that all broker dealers inform their customers when a
new account is opened and on an annual basis thereafter of payment for order flow
practices (compensation received for placing orders through specialists on national
securities exchanges over-the-counter market makers alternative trading systems and
ECN s (collectively "market centers )) Consistent with the overriding principle of best
execution ETS routes orders to various market makers including its affiliate Morgan Stanley
& Co LLC ETS receives remuneration (generally in the form of per share cash payments or
through profit sharing arrangements) for routing orders in securities to particular market
centers for execution Such remuneration is considered compensation to ETS and the
source and amount of any compensation received in connection with your transaction will
be disclosed to you upon written request ETS absent instructions from you to the contrary
takes a number of factors into consideration in determining where to route customers
orders including the speed of execution price improvement opportunities (executions at
prices superior to the then prevailing made market) automatic execution guarantees the
availability of efficient and reliable order handling systems the level of service provided the
cost of executing orders whether it will receive cash or non-cash payments for routing
order flow and reciprocal business arrangements

Trades noted as AVG PRICE SHOWN-DETAILS ON REQ are executed through an average
price account The price shown may represent an average of multiple executions or may represent a
single execution at the price indicated Details regarding trades done in an average price account are
available upon request

**Structured Products**
Structured Products are complex products and may be subject to special risks Investors should
consider the concentration risk of owning the related security and their total exposure to any
underlying asset

Rev 04/21 51237854



from Morgan Stanley

Page 1 of 2

## E✳TRADE Securities

Investment Account

# TRADE CONFIRMATION

**Account Number  XXXX 6829**

**Account Name**
ALEXANDER YON

E✳TRADE Securities LLC
P O Box 484
Jersey City  NJ  07303 0484

**Customer Update**
Want to get important documents faster? Get your statements  confirms  and tax forms
online with paperless delivery  Enroll at etrade com/paperless

| TRADE DATE | SETL DATE | MKT / CPT | SYMBOL / CUSIP | BUY / SELL | QUANTITY | PRICE | ACCT TYPE | | |
|---|---|---|---|---|---|---|---|---|---|
| 12/02/22 | 12/05/22 | 2 1 | | BUY | 100 | $ 03 | Cash | PRINCIPAL | $300 00 |
| **CALL ET** | **01/20/23** | | **15 ENERGY TRANSFER LP** | | | | | COMMISSION | $50 00 |
| OPEN CONTRACT | | | | | | | | OPT REG FEE | $1 00 |
| | | | | | | | | NET AMOUNT | $351 00 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 12/02/22 | 12/06/22 | 6 1 | MMAT | BUY | 253 | $1 84 | Cash | PRINCIPAL | $465 52 |
| **META MATLS INC COMMON STOCK** | | | | | | | | NET AMOUNT | $465 52 |

---

▲ DETACH HERE
ALEXANDER YON
1462 DESOTO RD
BALTIMORE MD  21230 1202

DETACH HERE ▲

**Use This Deposit Slip    Acct·  XXXX-6829**

**Please do not send cash**

| Dollars | Cents |
|---|---|
| | |
| | |
| | |
| | |
| | |

Make checks payable to E✳TRADE Securities LLC
Mail deposits to

**TOTAL DEPOSIT**

E✳TRADE Securities LLC
P O Box 484
Jersey City  NJ  07303 0484

120220220001  900508568293


from Morgan Stanley

**Type of Transaction**
(Market)
1 NYSE
2 NYSE American
3 Other US Registered Exchanges
4 Mutual Funds

5 CBOE
6 Over the Counter
7 Underwriting
8 Foreign Exchange or Other

(Capacity in which your broker is acting)
1 2 3 4 5 8 As agent
6 As agent for both buyer and seller  The commission charged to the party on the other side of the transaction will be furnished upon request
7 As principal
9 As agent and as principal

If the symbol ( ) appears  in the security description  on the face hereof  the offering  of the described security has been made solely by means of the prospectus relating thereto  a copy of which  has been or will be delivered to you  the receipt of which is acknowledged by payment hereof

If the symbol (F) appears in the security description  it indicates that the security is  Foreign and may be subject to interest equalization tax

If the symbol (T) appears  in the security description  an officer or employee of ETS is a director of the issuer  of the securities involved in this transaction  A control relationship may therefore exist between the issuer  and ETS

Please retain this confirmation for income tax purposes  Federal regulations require brokers to report proceeds from all transactions to the Internal Revenue Service

**ALEXANDER YON**
**1462 DESOTO RD**
**BALTIMORE MD  21230-1202**

**Terms and Conditions**

Please refer to the E*TRADE Customer Agreement for a complete discussion of the terms and conditions governing  your account  If you have questions regarding the E*TRADE Customer Agreement or your account  please email us through etrade com or call 800-387-2331  THE INFORMATION CONTAINED IN THIS  CONFIRMATION AND IS BINDING UPON YOU IF YOU DO NOT OBJECT IN WRITING WITHIN TWO (2) DAYS AFTER THIS CONFIRMATION IS FIRST RECEIVED BY YOU  Securities products and services are offered by E*TRADE  Securities LLC ( ETS )  Member SIPC and a business of Morgan Stanley  Your account is carried by ETS  which maintains your funds and securities deposited with ETS  An affiliate of ETS may act as a principal or agent in your transaction(s)

Applicable Rules and Regulations, All transactions in your account shall be subject to the constitution  rules  regulations  customs  and usages of the exchange or market  and its clearing house  where the transactions are executed by ETS or its agents  including ETS affiliates  Also  where applicable  the transactions shall be subject to the provisions of the Securities Act of 1933  as amended  the Securities Exchange Act of 1934  as amended  and the rules and regulations of the Securities and Exchange Commission ( SEC )  the Board of Governors of the Federal Reserve System  and any applicable self regulatory organization  For information about FINRA s BrokerCheck Program  including an investor brochure please contact FINRA at 800-289-9999 or www finra org

Securities held on your behalf at ETS or a central clearing facility but not registered in your name  are commingled with identical securities held for other customers  In the event that securities  so held are called by the issuer  the securities to be called will be determined by an impartial and random selection system  If your security is selected  it will be presented for redemption  and your account credited with the proceeds  You have the right to withdraw uncalled  fully paid securities at any time prior to a partial call and also to withdraw excess margin securities not subject to restriction

The responsibility to cancel an existing open order rests with you  Any transaction that results from the execution of any orders that you have not instructed us to cancel  prior to execution  will be recorded in your account  Market orders are subject to immediate execution and are difficult to cancel

If required payment or delivery of securities is not made by the settlement date  ETS may at its option and without further notice  charge interest on the amount shown on the face hereof  or cancel  sell out  or buy in the subject securities and charge your account for any expenses  losses  or other costs incurred

Investments in securities are not guaranteed by ETS  are not insured by the FDIC  and will fluctuate with changes in market conditions  When selling a security  you may receive more or less than your original investment

The principal amount or commission described on the face hereof may include an Additional Fee  for special services rendered  Other charges may include commissions paid to affiliates of ETS  local taxes  transaction fees  and exchange fees  among others  For customers who choose to convert  from the currency  in which the security  or payment  thereon  is denominated  the amounts provided with respect to principal  interest  dividend  and/or yield  is subject to fluctuation or applicable foreign currency exchange rates and costs including a markup charged by ETS  Further details are available upon written request  The name of the party with whom this transaction was made and time of execution of the transaction will be furnished upon written request

Securities purchased by you  or held by ETS may be hypothecated and/or commingled with securities carried for other customers

Call features for bonds may exist and such bonds can be redeemed in whole  or in part  before maturity and could  affect the yield  complete information  will be  provided upon request  With respect to a zero coupon issue  you will not receive periodic payments  and the securities may be callable at a price below maturity value  Furthermore  a zero coupon issue that is callable and in bearer form may be called without notice by mail to you unless the issue is registered

For an asset backed security (e g  GMO  FNMA  FHLMC  or GMNA)  the actual yield may vary  according  to  the  rate  at  which the underlying assets or receivables are prepaid  Information concerning factors that affect yield  including  estimated yield  weighted average life  and prepayment assumptions  are available upon request

The ratings that appear in the description of some fixed-income securities have been obtained  from rating services that we believe to be reliable  however  we cannot guarantee their accuracy  Securities for which a rating is not available will be marked  Not Rated  A withdrawn rating 'WR  signifies the removal of a rating on either an obligation or issuer  Confirmations related to fixed  income transactions  may reflect a mark up or mark down  both as a dollar and percentage value  The mark up or mark down dollar value is calculated as the execution price less the prevailing market price (PMP) multiplied by the quantity  The mark up or mark down percentage value is calculated as the mark up or mark down dollar value divided by the PMP  Trades with a mark up or mark down value of  N/A  indicate a negative mark up (i e  the sale of the security was at a price lower than the PMP)

Final  prospectus and/or offering documentation  is available upon request  in connection with  your purchase of a security where the issuer is deemed to control  be controlled by  or under common control with ETS (i e  affiliated securities)

Additional Fees  may  include  a broker assist fee  an order handling  fee  and/or market  center charges  ETS will charge a fee if you request to have certificates issued in your name  and mailed to you

**Payment for Order Flow Disclosure**
The SEC (as well as FINRA) requires that all broker dealers inform their customers when a new account is opened  and on an annual basis  thereafter  of payment for order  flow  practices  (compensation  received  for  placing  orders  through  specialists  on  national  securities  exchanges  over-the-counter market makers  alternative trading systems  and ECN s  (collectively  'market centers )  Consistent with the overriding principle of best  execution  ETS routes orders to various market makers  including its affiliate Morgan Stanley  & Co LLC  ETS receives remuneration (generally in the form of per share cash payments or  through  profit  sharing  arrangements)  for routing orders  to securities to particular market  centers for execution  Such remuneration is  considered  compensation to  ETS  and the  source and amount  of any compensation received in connection with your transaction will  be disclosed to you upon written request  ETS  absent instructions from you to the contrary  takes a number of factors into consideration in  determining  where  to  route  customers  orders  including  the  speed of execution  price improvement opportunities  (executions at  prices superior  to the then prevailing inside market)  automatic execution guarantees  the  availability  of efficient and reliable order handling systems  the level of service provided  the  cost of executing orders  whether  it will receive cash or non-cash payments for  routing  order flow  and reciprocal business  arrangements

Trades noted as  AVG PRICE SHOWN  DETAILS ON REQ  are executed through an average  price account  The price shown may represent an average of multiple executions or may represent a  single  execution at the price indicated  Details regarding trades done in an average price account are  available upon request

**Structured Products**
Structured Products are complex products and may be subject to special risks  Investors should  consider the  concentration  risk of owning the related security and their total  exposure to any  underlying asset

Rev 04/21 51237B04

237 71800  PBA  1 59880

# E✲TRADE
from Morgan Stanley

Page 1 of 2

## E✲TRADE Securities

Investment Account

# TRADE CONFIRMATION

**Account Number  XXXX 6829**

**Account Name**
ALEXANDER YON

E✲TRADE Securities LLC
P O Box 484
Jersey City  NJ  07303 0484

**Customer Update**
Want to get important documents faster? Get your statements  confirms  and tax forms
online with paperless delivery  Enroll at etrade com/paperless

| TRADE DATE | SETL DATE | MKT/ CPT | SYMBOL/ CUSIP | BUY/ SELL | QUANTITY | PRICE | ACCT TYPE | | |
|---|---|---|---|---|---|---|---|---|---|
| 12/08/22 | 12/12/22 | 6 1 | MMAT | BUY | 100 | $1 7891 | Cash | PRINCIPAL | $178 91 |
| **META MATLS INC COMMON STOCK** | | | | | | | | NET AMOUNT | $178 91 |
| 12/08/22 | 12/12/22 | 6 1 | MMTLP | BUY | 100 | $4 78 | Cash | PRINCIPAL | $478 00 |
| **META MATLS INC PFD SER A** | | | | | | | | COMMISSION | $4 95 |
| PERPETUAL | | | | | | | | NET AMOUNT | $482 95 |
| 12/08/22 | 12/12/22 | 6 1 | MMTLP | BUY | 900 | $3 10 | Cash | PRINCIPAL | $2 790 00 |
| **META MATLS INC PFD SER A** | | | | | | | | COMMISSION | $4 95 |
| PERPETUAL | | | | | | | | NET AMOUNT | $2 794 95 |

▲  DETACH HERE

ALEXANDER YON
1462 DESOTO RD
BALTIMORE MD 21230 1202

DETACH HERE  ▲

**Use This Deposit Slip    Acct. XXXX-6829**

**Please do not send cash**

| Dollars | Cents |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

Make checks payable to E*TRADE Securities LLC
Mail deposits to

**TOTAL DEPOSIT**

E*TRADE Securities LLC
P O  Box 484
Jersey City  NJ  07303 0484

⑈120820220001⑈ ⑈005085682793


E✴TRADE
from Morgan Stanley

**Type of Transaction**
(Market)
1 NYSE
2 NYSE American
3 Other US Registered Exchanges
4 Mutual Funds
5 CBOE
6 Over-the-Counter
7 Underwriting
8 Foreign Exchange or Other

(Capacity in which your broker is acting)
1 2 3 4 5 & 8 Agent
6 As agent for both buyer and seller. The commission charged to the party on the other side of the transaction will be furnished upon request
7 As principal
9 As agent and as principal

If the symbol ( ) appears in the security description on the face hereof, the offering of the described security has been made solely by means of the prospectus relating thereto a copy of which has been or will be delivered to you. the receipt of which is acknowledged by payment hereof

If the symbol (F) appears in the security description, it indicates that the security is Foreign and may be subject to interest equalization tax

If the symbol (T) appears in the security description an officer or employee of ETS is a director of the issuer of the securities involved in this transaction. A control relationship may therefore exist between the issuer and ETS

Please retain this confirmation for income tax purposes. Federal regulations require brokers to report proceeds from all transactions to the Internal Revenue Service

## Terms and Conditions

Please refer to the E*TRADE Customer Agreement for a complete discussion of the terms and conditions governing your account. If you have questions regarding the E*TRADE Customer Agreement or your account please email us through etrade com or call 800-387 2331 THE INFORMATION CONTAINED IN THIS CONFIRMATION SHALL BE BINDING UPON YOU IF YOU DO NOT OBJECT IN WRITING WITHIN TWO (2) DAYS AFTER THE CONFIRMATION IS FIRST RECEIVED BY YOU Securities products and services are offered by E*TRADE Securities LLC ( ETS ) Member SIPC and a business of Morgan Stanley Your account is carried by ETS which maintains your funds and securities deposited with ETS An affiliate of ETS may act as a principal or agent in your transaction(s)

Applicable Rules and Regulations. All transactions in your account shall be subject to the constitution rules regulations customs and usages of the exchange or market and its clearing house where the transactions are executed by ETS or its agents including ETS affiliates Also where applicable the transactions shall be subject to the provisions of the Securities Act of 1933 as amended the Securities Exchange Act of 1934 as amended and the rules and regulations of the Securities and Exchange Commission ( SEC ) the Board of Governors of the Federal Reserve System and any applicable self regulatory organization For information about FINRA s BrokerCheck Program including an investor brochure please contact FINRA at 800-289-9999 or www finra org

Securities held on your behalf at ETS or a national clearing facility but not registered in your name are commingled with identical securities held for other customers In the event that securities so held are called by the issuer the securities to be called will be determined by an impartial and random selection system If your security is selected it will be presented for redemption and your account credited with the proceeds You have the right to withdraw uncalled fully paid securities at any time prior to a partial call and also to withdraw excess margin securities not subject to restriction

The responsibility to cancel an existing open order rests with you Any transaction that results from the execution of any orders that you have not instructed us to cancel prior to execution will be recorded in your account Market orders are subject to immediate execution and are difficult to cancel

If required payment or delivery of securities is not made by the settlement date ETS may at its option and without further notice charge interest on the amount shown on the face hereof or cancel sell out or buy in the subject securities and charge your account for any expenses losses or other costs incurred

Investments in securities are not guaranteed by ETS are not insured by the FDIC and will fluctuate with changes in market conditions When selling a security you may receive more or less than your original investment

The principal amount or commission described on the face hereof may include an Additional Fee for special services rendered Other charges may include commissions paid to affiliates of ETS local taxes, transaction fees and exchange fees among others For customers who choose to convert from the currency in which the security or payment thereon is denominated the amounts provided with respect to principal interest dividend and/or yield is subject to fluctuation or applicable foreign currency exchange rates and costs including a markup charged by ETS Further details are available upon written request The name of the party with whom the transaction was made and time of execution of the transaction will be furnished upon written request

Securities purchased by you or held by ETS may be hypothecated and/or commingled with securities carried for other customers

Call features for bonds may exist and such bonds can be redeemed in whole or in part before maturity and could affect the yield complete information will be provided upon request With respect to a zero coupon issue you will not receive periodic payments and the securities may be callable at a price below maturity value Furthermore a zero coupon issue that is callable and in bearer form may be called without notice by mail to you unless the issue is registered

For an asset backed security (e g GMO FNMA FHLMC or GMNA) the actual yield may vary according to the rate at which the underlying assets or receivables are prepaid Information concerning factors that affect yield including estimated yield weighted average life and prepayment assumptions are available upon request

The ratings that appear in the description of some fixed-income securities have been obtained from rating services that we believe to be reliable however we cannot guarantee their accuracy Securities for which a rating is not available will be marked Not Rated A withdrawn rating 'WR signifies the removal of a rating or either an obligation or issuer Confirmations related to fixed income transactions may reflect a mark up or mark down both as a dollar and percentage value The mark up or mark down dollar value is calculated as the execution price less the prevailing market price (PMP) multiplied by the quantity The mark up or mark down percentage value is calculated as the mark up or mark down dollar value divided by the PMP Trades with a mark up or mark down value of N/A indicate a negative mark up (i e the sale of the security was at a price lower than the PMP)

Final prospectus and/or offering documentation is available upon request in connection with your purchase of a security where the issuer is deemed to control be controlled by or under common control with ETS (i e affiliated securities)

Additional Fees may include a broker assist fee an order handling fee and/or market center charges ETS will charge a fee if you request to have certificates issued in your name and mailed to you

**ALEXANDER YON**
**1462 DESOTO RD**
**BALTIMORE MD 21230-1202**

**Payment for Order Flow Disclosure**
The SEC (as well as FINRA) requires that all broker dealers inform their customers when a new account is opened and on an annual basis thereafter of payment for order flow practices (compensation received for placing orders through specialists on national securities exchanges over-the-counter market makers alternative trading systems and ECN s (collectively 'market centers )) Consistent with the overriding principle of best execution ETS routes orders to various market makers including its affiliate Morgan Stanley & Co LLC ETS receives remuneration (generally in the form of per share cash payments or through profit sharing arrangements) for routing orders in securities to particular market centers for execution Such remuneration is considered compensation to ETS and the source and amount of any compensation received in connection with your transaction will be disclosed to you upon written request ETS absent instructions from you to the contrary takes a number of factors into consideration in determining where to route customers orders including the speed of execution price improvement opportunities (executions at prices superior to the then prevailing made market) automatic execution guarantees the availability of efficient and reliable order handling systems the level of service provided the cost of executing orders whether it will receive cash or non-cash payments for routing order flow and reciprocal business arrangements

Trades noted as AVG PRICE SHOWN DETAILS ON REQ are executed through an average price account The price shown may represent an average of multiple executions or may represent a single execution at the price indicated Details regarding trades done in an average price account are available upon request

**Structured Products**
Structured Products are complex products and may be subject to special risks Investors should consider the concentration risk of owning the related security and their total exposure to any underlying asset

Rev 04/21 91237864

# E✱TRADE
from Morgan Stanley

### E✱TRADE Securities
Investment Account

# TRADE CONFIRMATION

**Account Number  XXXX 6829**

**Account Name**
ALEXANDER YON

E✱TRADE Securities LLC
P O Box 484
Jersey City  NJ  07303 0484

| Customer Update |
| --- |
| Want to get important documents faster? Get your statements  confirms  and tax forms online with paperless delivery  Enroll at etrade com/paperless |

| TRADE DATE | SETL DATE | MKT / CPT | SYMBOL / CUSIP | BUY / SELL | QUANTITY | PRICE | ACCT TYPE | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 01/20/23 | 01/24/23 | 3 1 | MMAT | BUY | 1 000 | $1 00 | Cash | PRINCIPAL | $1 000 00 |
| | | | | | | | | NET AMOUNT | $1 000 00 |

**META MATLS INC COMMON STOCK**
AS OF 01/20/23
OPTION EXERCISE
CALL MMAT  01/20/23    1
PART OF   1100 SHR

| TRADE DATE | SETL DATE | MKT / CPT | SYMBOL / CUSIP | BUY / SELL | QUANTITY | PRICE | ACCT TYPE | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 01/20/23 | 01/24/23 | 3 1 | MMAT | BUY | 100 | $ 50 | Cash | PRINCIPAL | $50 00 |
| | | | | | | | | NET AMOUNT | $50 00 |

**META MATLS INC COMMON STOCK**
AS OF 01/20/23
OPTION EXERCISE
CALL MMAT  01/20/23    50
PART OF   1100 SHR

▲ DETACH HERE
ALEXANDER YON
1462 DESOTO RD
BALTIMORE MD  21230 1202

DETACH HERE  ▲

**Use This Deposit Slip   Acct  XXXX-6829**

**Please do not send cash**

| | Dollars | Cents |
| --- | --- | --- |
| | | |
| | | |
| | | |
| | | |
| **TOTAL DEPOSIT** | | |

Make checks payable to E✱TRADE Securities LLC
Mail deposits to

E✱TRADE Securities LLC
P O Box 484
Jersey City  NJ  07303 0484

012320230001  900508568293



**E*TRADE**
from Morgan Stanley

Type of Transaction
(Market)
1 NYSE
2 NYSE American
3 Other US Registered Exchanges
4 Mutual Funds
5 CBOE
6 Over-the-Counter
7 Underwriting
8 Foreign Exchange or Other

(Capacity in which your broker is acting)
1 2 3 4 5 8 As agent
6 As agent for both buyer and seller. The commission charged to the party on the other side of the transaction will be furnished upon request
7 As principal
9 As agent and as principal

If the symbol ( ) appears in the security description on the face hereof, the offering of the described security has been made solely by means of the prospectus relating thereto, a copy of which has been or will be delivered to you, the receipt of which is acknowledged by payment hereof

If the symbol (F) appears in the security description, it indicates that the security is Foreign and may be subject to interest equalization tax
If the symbol (T) appears in the security description, an officer or employee of ETS is a director of the issuer of the securities involved in this transaction. A control relationship may therefore exist between the issuer and ETS

Please retain this confirmation for income tax purposes. Federal regulations require brokers to report proceeds from all transactions to the Internal Revenue Service

**ALEXANDER YON**
**1462 DESOTO RD**
**BALTIMORE MD  21230-1202**

## Terms and Conditions

Please refer to the E*TRADE Customer Agreement for a complete discussion of the terms and conditions governing your account. If you have questions regarding the E*TRADE Customer Agreement or your account please email us through etrade.com or call 800-387 2331. THE INFORMATION CONTAINED IN THIS CONFIRMATION WILL BE BINDING UPON YOU IF YOU DO NOT OBJECT IN WRITING WITHIN TWO (2) DAYS AFTER THE CONFIRMATION IS FIRST RECEIVED BY YOU. Securities products and services are offered by E*TRADE Securities LLC ( ETS ) Member SIPC and a business of Morgan Stanley. Your account is carried by ETS which maintains your funds and securities deposited with ETS. An affiliate of ETS may act as a principal or agent in your transaction(s)

Applicable Rules and Regulations. All transactions in your account shall be subject to the constitution rules regulations customs and usages of the exchange or market and its clearing house where the transactions are executed by ETS or its agents including ETS affiliates. Also where applicable the transactions shall be subject to the provisions of the Securities Act of 1933 as amended the Securities Exchange Act of 1934 as amended and the rules and regulations of the Securities and Exchange Commission ( SEC ) the Board of Governors of the Federal Reserve System and any applicable self regulatory organization. For information about FINRA s BrokerCheck Program including an investor brochure please contact FINRA at 800-289-9999 or www finra org

Securities held on your behalf at ETS or a central clearing facility but not registered in your name are commingled with identical securities held for other customers. In the event that securities so held are called by the issuer the securities to be called will be determined by an impartial and random selection system. If your security is selected it will be presented for redemption and your account credited with the proceeds. You have the right to withdraw uncalled fully paid securities at any time prior to a partial call and also to withdraw excess margin securities not subject to restriction

The responsibility to cancel an existing open order rests with you. Any transaction that results from the execution of any orders that you have not instructed us to cancel prior to execution will be recorded in your account. Market orders are subject to immediate execution and are difficult to cancel

If required payment or delivery of securities is not made by the settlement date ETS may at its option and without further notice charge interest on the amount shown on the face hereof or cancel sell out or buy in the subject securities and charge your account for any expenses losses or other costs incurred

Investments in securities are not guaranteed by ETS are not insured by the FDIC and will fluctuate with changes in market conditions. When selling a security you may receive more or less than your original investment

The principal amount or commission described on the face hereof may include an Additional Fee for special services rendered. Other charges may include commissions paid to affiliates of ETS local taxes, transaction fees and exchange fees among others. For customers who choose to convert from the currency in which the security or payment thereon is denominated the amounts provided with respect to principal interest dividend and/or yield is subject to fluctuation or applicable foreign currency exchange rates and costs including a markup charged by ETS. Further details are available upon written request. The name of the party with whom this transaction was made and time of execution of the transaction will be furnished upon written request

Securities purchased by you or held by ETS may be hypothecated and/or commingled with securities carried for other customers

Call features for bonds may exist and such bonds can be redeemed in whole or in part before maturity and could affect the yield complete information will be provided upon request. With respect to a zero coupon issue you will not receive periodic payments and the securities may be callable at a price below maturity value. Furthermore a zero coupon issue that is callable and in bearer form may be called without notice by mail to you unless the issue is registered

For an asset backed security (e g GMO FNMA FHLMC or GMNA) the actual yield may vary according to the rate at which the underlying assets or receivables are prepaid. Information concerning factors that affect yield including estimated yield weighted average life and prepayment assumptions are available upon request

The ratings that appear in the description of some fixed-income securities have been obtained from rating services that we believe to be reliable however we cannot guarantee their accuracy. Securities for which a rating is not available will be marked Not Rated. A withdrawn rating WR signifies the removal of a rating on either an obligation or issuer. Confirmations related to fixed income transactions may reflect a mark up or mark-down both as a dollar and percentage value. The mark up or mark down dollar value is calculated as the execution price less the prevailing market price (PMP) multiplied by the quantity. The mark up or mark down percentage value is calculated as the mark up or mark down dollar value divided by the PMP. Trades with a mark up or mark down value of N/A indicate a negative mark up (i e the sale of the security was at a price lower than the PMP)

Final prospectus and/or offering documentation is available upon request in connection with your purchase of a security where the issuer is deemed to control be controlled by or under common control with ETS (i e affiliated securities)

Additional Fees may include a broker assist fee an order handling fee and/or market center charges. ETS will charge a fee if you request to have certificates issued in your name and mailed to you

## Payment for Order Flow Disclosure

The SEC (as well as FINRA) requires that all broker dealers inform their customers when a new account is opened and on an annual basis thereafter of payment for order flow practices (compensation received for placing orders through specialists on national securities exchanges over-the-counter market makers alternative trading systems and ECN s (collectively market centers )). Consistent with the overriding principle of best execution ETS routes orders to various market makers including its affiliate Morgan Stanley & Co LLC. ETS receives remuneration (generally in the form of per share cash payments or through profit sharing arrangements) for routing orders in securities to particular market centers for execution. Such remuneration is considered compensation to ETS and the source and amount of any compensation received in connection with your transaction will be disclosed to you upon written request. ETS absent instructions from you to the contrary takes a number of factors into consideration in determining where to route customers orders including the speed of execution price improvement opportunities (executions at prices superior to the then prevailing inside market) automatic execution guarantees the availability of efficient and reliable order handling systems the level of service provided the cost of executing orders whether it will receive cash or non-cash payments for routing order flow and reciprocal business arrangements

Trades noted as AVG PRICE SHOWN DETAILS ON REQ are executed through an average price account. The price shown may represent an average of multiple executions or may represent a single execution at the price indicated. Details regarding trades done in an average price account are available upon request

## Structured Products

Structured Products are complex products and may be subject to special risks. Investors should consider the concentration risk of owning the related security and their total exposure to any underlying asset

Rev 04/21 51237904

# E✳TRADE
from Morgan Stanley

Page 1 of 2

## E✳TRADE Securities
Investment Account

# TRADE CONFIRMATION

**Account Number  XXXX 6829**

E✳TRADE Securities LLC
P O  Box 484
Jersey City  NJ  07303 0484

**Account Name**
ALEXANDER YON

**Customer Update**
Want to get important documents faster? Get your statements  confirms  and tax forms online with paperless delivery  Enroll at etrade com/paperless

| TRADE DATE | SETL DATE | MKT / CPT | SYMBOL / CUSIP | BUY / SELL | QUANTITY | PRICE | ACCT TYPE | | |
|---|---|---|---|---|---|---|---|---|---|
| 01/31/23 | 02/02/23 | 6 1 | MMAT | BUY | 100 | $ 9896 | Cash | PRINCIPAL | $98 96 |
| META MATLS INC COMMON STOCK | | | | | | | | NET AMOUNT | $98 96 |

▲ DETACH HERE
ALEXANDER YON
1462 DESOTO RD
BALTIMORE MD 21230 1202

DETACH HERE ▲

**Use This Deposit Slip    Acct. XXXX-6829**

**Please do not send cash**

| | Dollars | Cents |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| **TOTAL DEPOSIT** | | |

Make checks payable to E*TRADE Securities LLC
Mail deposits to

E✳TRADE Securities LLC
P O  Box 484
Jersey City  NJ  07303 0484

⑈013120230001⑈ ⑆00508568293⑆


from Morgan Stanley

**Type of Transaction**
(Market)
1 NYSE
2. NYSE American
3 Other US Registered Exchanges
4 Mutual Funds

5 CBOE
6 Over the Counter
7 Underwriting
8 Foreign Exchange or Other

(Capacity in which your broker is acting)
1 2 3 4 5 8 As agent
6 As agent for both buyer and seller  The commission charged to the party on the other side of the transaction will be furnished upon request
7 As principal
9 As agent and as principal

If the symbol (;) appears in the security description on the face hereof  the offering of the described security has been made solely by means of the prospectus relating thereto  a copy of which has been or will be delivered to you  the receipt of which is acknowledged by payment hereof
If the symbol (F) appears in the security description  it indicates that the security is  Foreign and may be subject to interest equalization tax
If the symbol (*) appears in the security description  an officer or employee of ETS is a director of the issuer of the securities involved in this transaction  A control relationship may therefore exist between the issuer and ETS

Please retain this confirmation for income tax purposes  Federal regulations require brokers to report proceeds from all transactions to the Internal Revenue Service

**ALEXANDER YON**
**1462 DESOTO RD**
**BALTIMORE MD  21230-1202**

## Terms and Conditions

Please refer to the E*TRADE Customer Agreement for a complete discussion of the terms and conditions governing your account  If you have questions regarding the E*TRADE Customer Agreement or your account  please email us through etrade com or call 800-387-2331  THE INFORMATION CONTAINED IN THIS CONFIRMATION  SHALL BE BINDING UPON YOU  IF YOU  DO NOT OBJECT  IN WRITING WITHIN TWO (2) DAYS AFTER THE CONFIRMATION IS FIRST RECEIVED BY YOU  Securities products and services are offered by E*TRADE  Securities LLC ( ETS")  Member SIPC and a business of Morgan Stanley  Your account is carried by ETS  which maintains your funds and securities deposited with ETS  An affiliate of ETS may  act as a principal or agent in your transaction(s)

Applicable Rules and Regulations. All transactions in your account shall be subject to the constitution  rules  regulations  customs  and usages of the exchange or market  and its clearing house  where the transactions are executed by ETS or its agents  including ETS affiliates  Also  where applicable  the transactions shall be subject to the provisions of the Securities Act of 1933  as amended  the Securities Exchange Act of 1934  as amended  and the rules and regulations of the Securities and Exchange Commission ( SEC )  the Board of Governors of the Federal Reserve System  and any applicable self regulatory organization  For information about FINRA s BrokerCheck Program  including an investor brochure  please contact FINRA at 800-289-9999 or www finra org

Securities held on your behalf at ETS or a central  clearing facility but not registered in your name are commingled with identical securities held for other customers  In the event that securities so held are called by the issuer  the securities to be called will be determined by an impartial and random selection system  If your security is selected  it will be presented for redemption and your account credited with the proceeds  You have the right to withdraw uncalled  fully paid securities at any time prior to a partial call and also to withdraw excess margin securities not subject to restriction

The responsibility to cancel an existing open order rests with you  Any transaction that results from the execution of any orders that you have not instructed us to cancel  prior to execution will be recorded in your account  Market orders are subject to immediate execution and are difficult to cancel

If required payment or delivery of securities is not made by the settlement date  ETS may  at its option and without further notice  charge interest on the amount shown on the face hereof  or cancel  sell out  or buy in the subject securities and change  your account for any expenses  losses or other costs incurred

Investments in securities are not guaranteed by ETS  are not insured by the FDIC  and will fluctuate with changes in market conditions  When selling a security  you may receive more or less than your original investment

The principal amount or commission described on the face hereof may include an Additional Fee for special services rendered  Other charges may include commissions paid to affiliates of ETS  local taxes  transaction fees and exchange fees  among others  For customers who choose to convert from the currency  in which the security  or payment  thereon is denominated  the amounts provided with respect to principal  interest  dividend and/or yield is subject to fluctuation or applicable foreign currency exchange rates and costs including a markup charged by ETS  Further details are available upon written request  The name of the party with whom this transaction was made and time of execution of the transaction will be furnished upon written request

Securities purchased by you or held by ETS may be hypothecated and/or  commingled with securities carried for other customers

Call features for bonds may exist and such bonds can be redeemed in whole or in part before maturity and could affect the yield  complete information will be provided upon request  With respect to a zero coupon issue you will not receive periodic payments  and the securities may be callable at a price below maturity value  Furthermore  a zero coupon issue that is callable and in bearer form may be called without notice by mail to you unless the issuer is registered

For an asset backed security (e g  GMO  FNMA  FHLMC or GNMA)  the actual yield may  vary  according to the  rate  at  which the underlying assets or receivables are prepaid  Information concerning factors that affect yield  including estimated yield  weighted average life  and prepayment assumptions  are available upon request

The ratings that appear in the description of some fixed-income securities have been obtained from rating services that we believe to be reliable  however  we cannot guarantee their accuracy  Securities for which a rating is not available will be marked  Not Rated  A withdrawn rating "WR  signifies the removal of a rating on either an obligation or issuer  Confirmations related to fixed income transactions may reflect a mark up or mark-down  both as a dollar and percentage value  The mark up or mark down dollar value is calculated as the execution price less the prevailing market price (PMP) multiplied by the quantity  The mark up or mark down percentage value is calculated as the mark up or mark down dollar value divided by the PMP  Trades with a mark up or mark down value of  N/A  indicate a negative mark up (i e  the sale of the security was at a price lower than the PMP)

Final prospectus and/or offering documentation is available upon request in connection with your purchase of a security where the issuer is deemed to control  be controlled by  or under common control with ETS (i e  affiliated securities)

Additional Fees may include a broker assist fee  an order handling fee  and/or market center charges  ETS will charge a fee if you request to have certificates issued in your name and mailed to you

### Payment for Order Flow Disclosure

The SEC (as well as FINRA) requires that all broker dealers inform their customers when a new account is opened  and on an annual basis thereafter of payment for order  flow practices (compensation received for placing orders through specialists on national securities exchanges  over-the-counter market makers  alternative trading systems  and ECN s  (collectively  market centers ))  Consistent with the overriding principle of best execution  ETS routes orders to various market makers  including its affiliate Morgan Stanley & Co LLC  ETS receives remuneration (generally in the form of per share cash payments or through  profit sharing arrangements) for routing orders in securities to particular market centers for execution  Such remuneration is  considered  compensation to  ETS  and the source and amount of any compensation received in connection with your transaction will be disclosed to you upon written request  ETS  absent instructions from you to the contrary  takes a number of factors into consideration in determining  where to route customers orders  including  the speed of execution  price improvement opportunities (executions at prices superior to the then prevailing inside market)  automatic execution guarantees  the availability of efficient and reliable order handling systems  the level of service provided  the cost of executing orders  whether it will receive cash or non-cash payments for routing order flow  and reciprocal business  arrangements

Trades noted as  AVG PRICE SHOWN  DETAILS ON REQ  are executed through an average price account  The price shown may represent an average of multiple executions or may represent a single execution at the price indicated  Details regarding trades done in an average price account are available upon request

### Structured Products

Structured Products are complex products and may be subject to special risks  Investors should consider  the concentration risk of owning the related security and their total exposure to any underlying asset

Rev 04/21 51237804

# E✱TRADE
### from Morgan Stanley

## E✱TRADE Securities
Investment Account

# TRADE CONFIRMATION

**Account Number  XXXX 6829**

E✱TRADE Securities LLC
P O Box 484
Jersey City  NJ  07303 0484

**Account Name**
ALEXANDER YON

| Customer Update |
|---|
| Invest to make an impact  Learn how sustainable investing offers growth potential while supporting your values at us etrade com/knowledge/sustainable investing |

| TRADE DATE | SETL DATE | MKT / CPT | SYMBOL / CUSIP | BUY / SELL | QUANTITY | PRICE | ACCT TYPE | | |
|---|---|---|---|---|---|---|---|---|---|
| 06/12/23 | 06/13/23 | 3 4 | 262 50 | BUY | 1 | $3 25 | Cash | PRINCIPAL | $325 00 |
| CALL TSLA | 06/16/23 | | TESLA INC | | | | | COMMISSION | $0 50 |
| OPEN CONTRACT | | | | | | | | OPT REG FEE | $0 01 |
| | | | | | | | | **NET AMOUNT** | **$325 51** |

| 06/12/23 | 06/14/23 | 6 1 | MMAT | BUY | 1 000 | $ 2333 | Cash | PRINCIPAL | $233 30 |
|---|---|---|---|---|---|---|---|---|---|
| META MATLS INC COMMON STOCK | | | | | | | | **NET AMOUNT** | **$233 30** |

▲ DETACH HERE

ALEXANDER YON
1462 DESOTO RD
BALTIMORE MD 21230 1202

DETACH HERE ▲

**Use This Deposit Slip    Acct· XXXX-6829**

**Please do not send cash**

Make checks payable to E*TRADE Securities LLC
Mail deposits to

| | Dollars | Cents |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| **TOTAL DEPOSIT** | | |

E*TRADE Securities LLC
P O  Box 484
Jersey City  NJ  07303 0484

061220230001  900508568293



E*TRADE
from Morgan Stanley

**Type of Transaction**
(Market)
1 NYSE
2. NYSE American
3 Other US Registered Exchanges
4 Mutual Funds
5 CBOE
6 Over the Counter
7 Underwriting
8 Foreign Exchange or Other

(Capacity in which your broker is acting)
1 2 3 4 5 8 As agent
8 As agent for both buyer and seller  The commission charged to the party on the other side of the transaction will be furnished upon request
7 As principal
9 As agent and as principal

If the symbol (.) appears in the security description on the face hereof  the offering of the described security has been made solely by means of the prospectus relating thereto  a copy of which has been or will be delivered to you  the receipt of which is acknowledged by payment hereof

If the symbol (F) appears in the security description  it indicates that the security is  Foreign and may be subject to interest equalization tax

If the symbol (F) appears in the security description  if appears or employee of ETS is a director of the issuer of the securities involved in this transaction  A control relationship may therefore exist between the issuer and ETS

Please retain this confirmation for income tax purposes  Federal regulations require brokers to report proceeds from all transactions to the Internal Revenue Service

## Terms and Conditions

Please refer to the E*TRADE Customer Agreement for a complete discussion of the terms and conditions governing your account  If you  have questions  regarding  the E*TRADE Customer Agreement or your account  please email us through etrade com or call 800-387 2331  THE INFORMATION CONTAINED IN THIS CONFIRMATION SHALL BE BINDING UPON YOU  IF YOU  DO NOT OBJECT  IN WRITING WITHIN TWO (2) DAYS AFTER THE CONFIRMATION IS FIRST RECEIVED BY YOU  Securities products and services are offered by E*TRADE  Securities LLC  ( ETS")  Member SIPC and a business of Morgan Stanley  Your account is carried by ETS  which maintains your funds and securities deposited with ETS  An affiliate of ETS may  act as a principal or agent in your transaction(s)

Applicable Rules and Regulations. All transactions in your account shall be subject to the constitution  rules  regulations  customs  and usages of the exchange or market  and its clearing house  where  the transactions are executed by ETS or its agents  including ETS affiliates  Also  where applicable  the transactions shall be subject to the provisions of the Securities Act of 1933  as amended  the Securities Exchange Act of 1934  as amended  and the rules and regulations of the Securities and Exchange Commission ( SEC")  the Board of Governors of the Federal Reserve System  and any applicable self regulatory organization  For information about FINRA s BrokerCheck Program  including an investor brochure please contact FINRA at 800-289-9999 or www finra org

Securities held on your behalf at ETS or a central clearing facility but not registered in your name are commingled with identical securities held for other customers  In the event that securities so held are called by the issuer  the securities to be called will be determined by an impartial and random selection system  If your security is selected  it will be presented for redemption and your account credited with the proceeds  You have the right to withdraw uncalled  fully paid securities at any time prior to a partial call and also to withdraw  excess margin securities not subject to restriction

The responsibility to cancel an existing open order rests with you  Any transaction that results from the execution of any orders that you have not instructed us to cancel  prior to execution will be recorded in your account  Market orders are subject to immediate execution and are difficult to cancel

If required payment or delivery of securities is not made by the settlement date  ETS may  at its option and without further  notice  charge interest on the amount shown on the face hereof or cancel  sell out  or buy  In  the subject securities  and charge  your account for any expenses  losses  or other costs incurred

Investments in securities are not guaranteed by ETS  are not insured by the FDIC  and will fluctuate with changes in market conditions  When selling a security  you may receive more or less than your original investment

The principal amount or commission described on the face hereof may include an Additional Fee  for special services rendered  Other charges may include commissions paid to affiliates of ETS  local taxes  transaction fees  and exchange fees  among others  For customers who choose to convert from the currency in which the security or payment  thereon is denominated  the amounts provided with respect to principal interest  dividend and/or yield is subject to fluctuation  or applicable foreign  currency exchange rates and costs including a markup charged by ETS  Further details are available upon written request  The name of the party with whom this transaction was made and time of  execution of the transaction will be furnished upon written request

Securities purchased by you  or held by ETS may be hypothecated and/or commingled with securities carried for other customers

Call features for bonds may exist and such bonds can be redeemed  in whole or in part before  maturity and could  affect  the yield  complete information  will be  provided upon request  With respect to a zero coupon issue  you will not receive periodic payments  and the securities may be callable at a price below maturity value  Furthermore  a zero coupon issue that is callable and in bearer form may be called without notice by mail to you unless the issue is registered

For an asset backed security (e g  GMO  FNMA  FHLMC  or GNMA)  the actual yield may vary  according  to the  rate  at  which  the underlying  assets  or receivables are prepaid  Information concerning factors that affect yield  including estimated yield  weighted average life  and prepayment assumptions  are available upon request

The ratings that appear in the description of some fixed-income securities have been obtained from rating services that we believe to be reliable  however  we cannot guarantee their accuracy  Securities for which a rating is not available will be marked  Not Rated  A withdrawn rating "WR  signifies the removal of a rating on either an obligation or issuer  Confirmations related to fixed income  transactions may reflect a mark up or mark down  both  on a dollar and percentage value  The mark up or mark down dollar value is calculated as the execution price less the prevailing market price (PMP) multiplied by the quantity  The mark up or mark down percentage value is calculated as the mark up or mark down dollar value divided by the PMP  Trades with a mark up or mark down value of  N/A  indicate a negative mark up (i e  the sale of the security was at a price lower than the PMP)

Final prospectus and/or offering documentation is available upon request in connection with your purchase of a security where the issuer is deemed to control  be controlled by  or under common control with ETS (i e  affiliated securities)

Additional Fees may include a broker assist fee an order handling fee and/or market center charges  ETS will charge a fee if you request to have certificates issued in your name and mailed to you

**ALEXANDER YON**
**1462 DESOTO RD**
**BALTIMORE MD  21230-1202**

## Payment for Order Flow Disclosure

The SEC (as well as FINRA) requires that all broker dealers inform their customers when a  new  account  is opened  and  on  an annual basis  thereafter  of payment  for order  flow practices (compensation  received  for  placing  orders  through  specialists  on  national securities  exchanges  over-the-counter market  makers  alternative trading  systems  and ECN s  (collectively  market centers ))  Consistent with the overriding  principle of best execution  ETS routes orders to various market makers  including its affiliate Morgan Stanley & Co  LLC  ETS receives remuneration (generally in the form of per share cash payments or through  profit sharing  arrangements) for routing orders in securities to particular market centers for execution  Such remuneration is  considered  compensation to  ETS  and the source  and amount  of any compensation received in connection with your transaction will be disclosed to you upon written request  ETS absent instructions from you to the contrary takes  a  number  of factors  into consideration in  determining  where  to route customers orders  including  the  speed of execution  price improvement opportunities (executions at prices superior to the then prevailing inside market)  automatic execution guarantees  the availability of efficient and reliable order handling systems  the level of service provided  the cost of executing orders whether it will receive  cash or  non-cash payments for routing order flow  and reciprocal business  arrangements

Trades noted as  AVG PRICE SHOWN-DETAILS ON REQ  are executed through an average price account  The price shown may represent an average of multiple executions or may represent a single execution at the price indicated  Details regarding trades done in an average price account are available upon request

## Structured Products

Structured Products  are complex products and may be subject to special risks  Investors should consider the concentration risk of owning the related security and their total exposure to any underlying asset

Rev 04/21  51257804

Page 1 of 2

# E✳TRADE®
## from Morgan Stanley

### E✳TRADE Securities
Investment Account

## TRADE CONFIRMATION

**Account Number  XXXX 6829**

E✳TRADE Securities LLC
P O  Box 484
Jersey City  NJ  07303 0484

**Account Name**
ALEXANDER YON

**Customer Update**
Invest to make an impact  Learn how sustainable investing offers growth potential while supporting your values at us etrade com/knowledge/sustainable investing

| TRADE DATE | SETL DATE | MKT / CPT | SYMBOL / CUSIP | BUY / SELL | QUANTITY | PRICE | ACCT TYPE | | |
|---|---|---|---|---|---|---|---|---|---|
| 06/29/23 | 07/03/23 | 6 1 | MMAT | BUY | 9 261 | $ 203 | Cash | PRINCIPAL | $1 879 98 |

META MATLS INC COMMON STOCK

| | |
|---|---|
| NET AMOUNT | $1 879 98 |

---

▲  DETACH HERE

ALEXANDER YON
1462 DESOTO RD
BALTIMORE MD  21230 1202

DETACH HERE  ▲

**Use This Deposit Slip    Acct. XXXX-6829**

**Please do not send cash**

Make checks payable to E✳TRADE Securities LLC
Mail deposits to

E✳TRADE Securities LLC
P O  Box 484
Jersey City  NJ  07303 0484

| | Dollars | Cents |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| **TOTAL DEPOSIT** | | |

062920230001  900508568293



E✱TRADE®
from Morgan Stanley

Type of Transaction
(Market)
1 NYSE                                    5 CBOE
2 NYSE American                     6 Over-the-Counter
3 Other US Registered Exchanges   7 Underwriting
4 Mutual Funds                       8 Foreign Exchange or Other

(Capacity in which your broker is acting)
1 2 3 4 5 8 As agent
6 As agent for both buyer and seller  The commission charged to the party on the other side of the transaction will be furnished upon request
7 As principal
9 As agent and as principal

If the symbol ( ) appears in the security description on the face hereof the offering of the described security has been made solely by means of the prospectus relating thereto a copy of which has been or will be delivered to you the receipt of which is acknowledged by payment hereof

If the symbol (F) appears in the security description it indicates that the security is Foreign and may be subject to interest equalization tax

If the symbol (T) appears in the security description an officer or employee of ETS is director of the issuer of the securities involved in this transaction A control relationship may therefore exist between the issuer and ETS

Please retain this confirmation for income tax purposes  Federal regulations require brokers to report proceeds from all transactions to the Internal Revenue Service

## Terms and Conditions

Please refer to the E✱TRADE Customer Agreement for a complete discussion of the terms and conditions governing your account  If you have questions regarding the E✱TRADE Customer Agreement or your account  please email us through etrade.com or call 800-387-2331  THE INFORMATION CONTAINED IN THIS CONFIRMATION SHALL BE BINDING UPON YOU IF YOU  DO NOT OBJECT IN WRITING WITHIN TWO (2) DAYS AFTER THIS CONFIRMATION IS FIRST RECEIVED BY YOU  Securities products and services are offered by E✱TRADE  Securities LLC ( ETS )  Member SIPC and a business of Morgan Stanley  Your account is carried by ETS  which maintains your funds and securities deposited with ETS  An affiliate of ETS may act as a principal or agent in your transaction(s)

Applicable Rules and Regulations. All transactions in your account shall be subject to the constitution  rules  regulations  customs  and usages  of the exchange or market  and its clearing house  where the transactions are executed by ETS or its agents  including ETS affiliates  Also  where applicable  the transactions shall be subject to the provisions of the Securities Act of 1933  as amended  the Securities Exchange Act of 1934  as amended  and the rules and regulations of the Securities and Exchange Commission ( SEC )  the Board of Governors of the Federal Reserve System  and any applicable self regulatory organization  For information about FINRA's BrokerCheck Program  including an investor brochure please contact FINRA at 800-289-9999 or www.finra.org

Securities held on your behalf at ETS or a central  clearing facility but not registered in your name  are commingled with identical securities held for other customers  In the event that securities so held are called by the issuer  the securities to be called will be determined by an impartial and random selection system  If your security is selected  it will be presented for redemption and your account credited with the proceeds  You have the right to withdraw uncalled  fully paid securities at any time prior to a partial call and also to withdraw  excess margin securities not subject to restriction

The responsibility to cancel an existing open order rests with you  Any transaction that results from the execution of any orders that you have not instructed us to cancel  prior to execution will be recorded in your account  Market orders are subject to immediate execution and are difficult to cancel

If required payment or delivery of securities is not made by the settlement date  ETS may  at its option and without further notice  charge interest on the amount shown on the face hereof or cancel  sell out  or buy  in the subject securities and charge  your account for any expenses  losses  or other costs incurred

Investments in securities are not guaranteed by ETS  are not insured by the FDIC  and will fluctuate with changes in market conditions  When selling a security you may receive more or less than your original investment

The principal amount or commission described on the face hereof may include an Additional Fee  for special services rendered  Other charges may include commissions paid to affiliates of ETS  local taxes  transaction fees and exchange fees  among others  For customers who choose to convert from the currency  in which the security or payment thereon is denominated  the amounts provided with respect to principal  interest  dividend and/or yield is subject to fluctuation or applicable foreign currency exchange rates and costs including a markup charged by ETS  Further details are available upon written request  The name of the party with whom this transaction was made and time of execution of the transaction will be furnished upon written request

Securities purchased by you or held by ETS may be hypothecated and/or commingled with securities carried for other customers

Call features for bonds may exist and such bonds can be redeemed  in whole or in part before  maturity and could affect  the yield  complete information will be  provided upon request  With respect to a zero coupon issue you will not receive periodic payments  and the securities may be callable at a price below maturity value  Furthermore  a zero coupon issue that is callable and in bearer form may be called without notice by mail to you unless the issue is registered

For an asset backed security (e g  GMO  FNMA  FHLMC  or GNMA)  the actual yield may vary  according to  the  rate  at  which the  underlying  assets or  receivables  are prepaid  Information concerning factors that affect yield  including estimated yield  weighted average life  and prepayment assumptions  are available upon request

The ratings that appear in the description of some fixed-income securities have been obtained from rating services that we believe to be reliable  however  we cannot guarantee their accuracy  Securities for which a rating is not available will be marked  Not Rated   A withdrawn rating "WR  signifies the removal of a rating on either an obligation or issuer  Confirmations related to fixed income transactions may reflect a mark up or mark down  both as a dollar and percentage value  The mark up or mark down dollar value is calculated as the execution price less the prevailing market price (PMP) multiplied by the quantity  The mark up or mark down percentage value is calculated as the mark up or mark-down dollar value divided by the PMP  Trades with a mark up or mark down value of "N/A  indicate a negative mark up (i e  the sale of the security was at a price lower than the PMP)

Final prospectus and/or offering documentation is available upon request in connection with your purchase of a security where the issuer is deemed to control  be controlled by  or under common control with ETS (i e  affiliated securities)

Additional Fees may include a broker assist fee  an order handling fee and/or market center charges  ETS will charge a fee if you request to have certificates issued in your name and mailed to you

**ALEXANDER YON**
**1462 DESOTO RD**
**BALTIMORE MD  21230-1202**

Payment for Order Flow Disclosure
The SEC (as well as FINRA) requires that all broker dealers inform their customers when a new account is opened  and on an annual basis  thereafter  of payment for order  flow practices (compensation  received  for  placing  orders  through  specialists  on  national securities exchanges  over-the-counter market makers  alternative trading systems  and ECN's  (collectively  market centers ))  Consistent with the overriding principle of best execution  ETS routes orders to various market makers  including its affiliate Morgan Stanley & Co LLC  ETS receives remuneration (generally in the form of per share cash payments or through  profit sharing arrangements) for routing orders in securities to particular market centers for execution  Such remuneration is  considered  compensation to  ETS  and the source and amount of any compensation received in connection with your transaction will be disclosed to you upon written request  ETS  absent instructions from you to the contrary  takes a number  of factors into consideration in  determining  where to route customers orders including  the  speed of execution  price improvement opportunities (executions at prices superior to the then prevailing inside market)  automatic execution guarantees  the availability of efficient and reliable order handling systems  the level of service provided  the cost of executing orders  whether it will receive cash or non-cash payments for routing order flow  and reciprocal business  arrangements

Trades noted as  AVG PRICE SHOWN DETAILS ON REQ  are executed through an average price account  The price shown may represent an average of multiple executions or may represent a single  execution at the price indicated  Details regarding trades done in an average price account are available upon request

Structured Products
Structured Products are complex products and may be subject to special risks  Investors should consider the concentration risk of owning the related security and their total exposure to any underlying asset

Rev 04/21  S123  B04

Page 1 of 2



**E✱TRADE Securities**

Investment Account

# TRADE CONFIRMATION

Account Number  XXXX-6829

**Account Name**
ALEXANDER YON

E✱TRADE Securities LLC
P O Box 484
Jersey City  NJ  07303 0484

**Customer Update**
Invest to make an impact  Learn how sustainable investing offers growth potential while supporting your values at us etrade com/knowledge/sustainable investing

| TRADE DATE | SETL DATE | MKT / CPT | SYMBOL / CUSIP | BUY / SELL | QUANTITY | PRICE | ACCT TYPE | | |
|---|---|---|---|---|---|---|---|---|---|
| 06/30/23 | 07/05/23 | 6 1 | MMAT | BUY | 64 000 | $ 219 | Cash | PRINCIPAL | $14 016 00 |
| META MATLS INC COMMON STOCK | | | | | | | | NET AMOUNT | $14 016 00 |

---

▲ DETACH HERE
ALEXANDER YON
1462 DESOTO RD
BALTIMORE MD  21230 1202

DETACH HERE ▲

**Use This Deposit Slip** _ Acct⁺ **XXXX-6829**

Please do not send cash

| | Dollars | Cents |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| **TOTAL DEPOSIT** | | |

Make checks payable to E✱TRADE Securities LLC
Mail deposits to

E✱TRADE Securities LLC
P O Box 484
Jersey City  NJ  07303 0484

063020230001  900508568293


E✻TRADE
from Morgan Stanley

**Type of Transaction**
(Market)
1 NYSE
2 NYSE American
3 Other US Registered Exchanges
4 Mutual Funds
5 CBOE
6 Over the Counter
7 Underwriting
8 Foreign Exchange or Other

(Capacity in which your broker is acting)
1 2 3 4 5 6 As agent
6 As agent for both buyer and seller  The commission charged to the party on the other side of the transaction will be furnished upon request
7 As principal
9 As agent and as principal

If the symbol ( ) appears in the security description on the face hereof the offering of the described security has been made solely by means of the prospectus relating thereto  a copy of which has been or will be delivered to you  the receipt of which is acknowledged by payment hereof

If the symbol (T) appears in the security description  it indicates that the security is  Foreign and may be subject to interest equalization tax

If the symbol (T) appears in the security description  an officer or employee of ETS is a director of the issuer of the securities involved in this transaction  A control relationship may therefore exist between the issuer and ETS

Please retain this confirmation for income tax purposes  Federal regulations require brokers to report proceeds from all transactions to the Internal Revenue Service

## Terms and Conditions

Please refer to the E*TRADE Customer Agreement for a complete discussion of the terms and conditions governing your account  If you have questions regarding the E*TRADE Customer Agreement or your account  please email us through etrade.com or call 800-387-2331  THE INFORMATION CONTAINED IN THIS CONFIRMATION WILL BE BINDING UPON YOU IF YOU DO NOT OBJECT IN WRITING WITHIN TWO (2) DAYS AFTER THE CONFIRMATION IS FIRST RECEIVED BY YOU  Securities products and services are offered by E*TRADE Securities LLC ( ETS )  Member SIPC and a business of Morgan Stanley  Your account is carried by ETS which maintains your funds and securities deposited with ETS  An affiliate of ETS may act as a principal or agent in your transaction(s)

**Applicable Rules and Regulations.** All transactions in your account shall be subject to the constitution  rules  regulations  customs  and usages of the exchange or market and its clearing house  where the transactions are executed by ETS or its agents  including ETS affiliates  Also  where applicable  the transactions shall be subject to the provisions of the Securities Act of 1933  as amended  the Securities Exchange Act of 1934  as amended  and the rules and regulations of the Securities and Exchange Commission ( SEC )  the Board of Governors of the Federal Reserve System  and any applicable self regulatory organization  For information about FINRA s BrokerCheck Program  including an investor brochure  please contact FINRA at 800-289-9999 or www.finra.org

Securities held on your behalf at ETS or a central clearing facility but not registered in your name are commingled with identical securities held for other customers  In the event that securities so held are called by the issuer  the securities to be called will be determined by an impartial and random selection system  If your security is selected  it will be presented for redemption and your account credited with the proceeds  You have the right to withdraw uncalled  fully paid securities at any time prior to a partial call and also to withdraw excess margin securities not subject to restriction

The responsibility to cancel an existing open order rests with you  Any transaction that results from the execution of any orders that you have not instructed us to cancel  prior to execution  will be recorded in your account  Market orders are subject to immediate execution and are difficult to cancel

If required payment or delivery of securities is not made by the settlement date ETS may  at its option and without further notice  charge interest on the amount shown on the face hereof or cancel  sell out  or buy in the subject securities and charge your account for any expenses  losses or other costs incurred

Investments in securities are not guaranteed by ETS  are not insured by the FDIC and will fluctuate with changes in market conditions  When selling a security you may receive more or less than your original investment

The principal amount or commission described on the face hereof may include an Additional Fee  for special services rendered  Other charges may include charges paid to affiliates of ETS  local taxes  transaction fees and exchange fees  among others  For customers who choose to convert from the currency  in which the security or payment thereon is denominated  the amounts provided with respect to principal  interest  dividend and/or yield is subject to fluctuation or applicable foreign currency exchange rates and costs including a markup charged by ETS  Further details are available upon written request  The name of the party with whom this transaction was made and time of execution of the transaction will be furnished upon written request

Securities purchased by you or held by ETS may be hypothecated and/or commingled with securities carried for other customers

Call features for bonds may exist and such bonds can be redeemed in whole or in part before maturity and could affect the yield  complete information will be provided upon request  With respect to a zero coupon issue you will not receive periodic payments and the securities may be callable at a price below maturity value  Furthermore  a zero coupon issue that is callable and in bearer form may be called without notice by mail to you unless the issue is registered

For an asset backed security (e.g  GMO  FNMA  FHLMC or GMNA)  the actual yield may vary  according to  the  rate  at  which  the underlying assets or receivables are prepaid  Information concerning factors that affect yield  including estimated yield  weighted average life  and prepayment assumptions  are available upon request

The ratings that appear in the description of some fixed-income securities have been obtained from rating services that we believe to be reliable  however  we cannot guarantee their accuracy  Securities for which a rating is not available will be marked 'Not Rated'  A withdrawn rating 'WR' signifies the removal of a rating on either an obligation or issuer  Confirmations related to fixed income transactions may reflect a mark up or mark down  both as a dollar amount and a percentage value  The mark up or mark down dollar value is calculated as the execution price less the prevailing market price (PMP) multiplied by the quantity  The mark up or mark down percentage value is calculated as the mark up or mark down dollar value divided by the PMP  Trades with a mark up or mark down value of  N/A  indicate a negative mark up (i e  the sale of the security was at a price lower than the PMP)

Final prospectus and/or offering documentation is available upon request in connection with your purchase of a security where the issuer is deemed to control  be controlled by  or under common control with ETS (i e  affiliated securities)

Additional Fees may include a broker assist fee  an order handling fee and/or market center charges  ETS will charge a fee if you request to have certificates issued in your name and mailed to you

ALEXANDER YON
1462 DESOTO RD
BALTIMORE MD  21230-1202

**Payment for Order Flow Disclosure**
The SEC (as well as FINRA) requires that all broker dealers inform their customers when a new account is opened  and on an annual basis thereafter  of payment for order flow practices (compensation received for placing orders through specialists on national securities exchanges  over-the-counter market makers  alternative trading systems  and ECN s  (collectively  'market centers'))  Consistent with the overriding principle of best execution  ETS routes orders to various market makers  including its affiliate Morgan Stanley & Co LLC  ETS receives remuneration (generally in the form of per share cash payments or through  profit sharing arrangements) for routing orders in securities to particular market centers for execution  Such remuneration is considered  compensation to ETS  and the source and amount of any compensation received in connection with your transaction will be disclosed to you upon written request  ETS absent instructions from you to the contrary  takes a number of factors into consideration in determining  where to route customers orders including  the  speed of execution  price improvement opportunities (executions at prices superior to the then prevailing inside market)  automatic execution guarantees  the availability of efficient and reliable order handling systems  the level of service provided  the cost of executing orders  whether it will receive cash or non-cash payments for routing order flow  and reciprocal business  arrangements

Trades noted as  AVG PRICE SHOWN DETAILS ON REQ  are executed through an average price account  The price shown may represent an average of multiple executions or may represent a single execution at the price indicated  Details regarding trades done in an average price account are available upon request

**Structured Products**
Structured Products are complex products and may be subject to special risks  Investors should consider the concentration risk of owning the related security and their total exposure to any underlying asset

Pw 04/21 51237004

# E✱TRADE®
from Morgan Stanley

**E✱TRADE Securities**

Investment Account

## TRADE CONFIRMATION

**Account Number  XXXX 6829**

**Account Name**
ALEXANDER YON

E✱TRADE Securities LLC
P O Box 484
Jersey City  NJ  07303 0484

**Customer Update**
Invest to make an impact  Learn how sustainable investing offers growth potential while supporting your values at us etrade com/knowledge/sustainable investing

| TRADE DATE | SETL DATE | MKT/ CPT | SYMBOL/ CUSIP | BUY/ SELL | QUANTITY | PRICE | ACCT TYPE | | |
|---|---|---|---|---|---|---|---|---|---|
| 07/07/23 | 07/11/23 | 6 1 | FNGR | BUY | 100 | $4 805 | Cash | PRINCIPAL | $480 50 |
| FINGERMOTION INC COMMON STOCK | | | | | | | | NET AMOUNT | $480 50 |
| 07/07/23 | 07/11/23 | 6 1 | MMAT | BUY | 71 231 | $ 1891 | Cash | PRINCIPAL | $13 469 78 |
| META MATLS INC COMMON STOCK | | | | | | | | NET AMOUNT | $13 469 78 |
| 07/07/23 | 07/11/23 | 6 1 | MMAT | BUY | 440 | $ 189 | Cash | PRINCIPAL | $83 16 |
| META MATLS INC COMMON STOCK | | | | | | | | NET AMOUNT | $83 16 |
| 07/07/23 | 07/11/23 | 6 1 | MMAT | BUY | 30 329 | $ 1857 | Cash | PRINCIPAL | $5 632 10 |
| META MATLS INC COMMON STOCK | | | | | | | | NET AMOUNT | $5 632 10 |

▲  DETACH HERE
ALEXANDER YON
1462 DESOTO RD
BALTIMORE MD 21230 1202

DETACH HERE  ▲

**Use This Deposit Slip    Acct  XXXX-6829**

**Please do not send cash**

| | Dollars | Cents |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |

Make checks payable to E*TRADE Securities LLC
Mail deposits to

**TOTAL DEPOSIT**

E*TRADE Securities LLC
P O Box 484
Jersey City  NJ  07303 0484

070720230001  900508568293



from Morgan Stanley

Type of Transaction
(Market)
1 NYSE                          5 CBOE
2 NYSE American                 6 Over-the-Counter
3 Other US Registered Exchanges 7 Underwriting
4 Mutual Funds                  8 Foreign Exchange or Other

(Capacity in which your broker is acting)
1 2 3 4 5 8 As agent
6 As agent for both buyer and seller  The commission charged to the party on the other side of the transaction will be furnished upon request
7 As principal
9 As agent and as principal

If the symbol ( ) appears in the security description on the face hereof  the offering of the described security has been made solely by means of the prospectus relating thereto  a copy of which has been or will be delivered to you  the receipt of which is acknowledged by payment hereof
If the symbol (F) appears in the security description  it indicates that the security is  Foreign  and may be subject to interest equalisation tax
If the symbol (T) appears in the security description  an officer or employee of ETS is a director of the issuer of the securities involved in this transaction  A control relationship may therefore exist between the issuer and ETS

Please retain this confirmation for income tax purposes  Federal regulations require brokers to report proceeds from all transactions to the Internal Revenue Service

## Terms and Conditions

Please refer to the E*TRADE Customer Agreement for a complete discussion of the terms and conditions governing your account  If you have questions regarding the E*TRADE Customer Agreement or your account  please email us through etrade com or call 800-387 2331  THE INFORMATION CONTAINED IN THIS CONFIRMATION SHALL BE BINDING UPON YOU IF YOU DO NOT OBJECT IN WRITING WITHIN TWO (2) DAYS AFTER THE CONFIRMATION IS FIRST RECEIVED BY YOU  Securities products and services are offered by E*TRADE Securities LLC ( ETS")  Member SIPC and a business of Morgan Stanley  Your account is carried by ETS  which maintains your funds and securities deposited with ETS  An affiliate of ETS may act as a principal or agent in your transaction(s)

Applicable Rules and Regulations. All transactions in your account shall be subject to the constitution  rules  regulations  customs  and usages of the exchange or market  and its clearing house  where the transactions are executed by ETS or its agents  including ETS affiliates  Also  where applicable  the transactions shall be subject to the provisions of the Securities Act of 1933 as amended  the Securities Exchange Act of 1934  as amended  and the rules and regulations of the Securities and Exchange Commission ( SEC )  the Board of Governors of the Federal Reserve System  and any applicable self regulatory organization  For information about FINRA s BrokerCheck Program  including an investor brochure  please contact FINRA at 800-289-9999 or www finra org

ALEXANDER YON
1462 DESOTO RD
BALTIMORE MD  21230-1202

Securities held on your behalf at ETS or a central clearing facility but not registered in your name are commingled with identical securities held for other customers  In the event that securities so held are called by the issuer  the securities to be called will be determined by an impartial and random selection system  If your security is selected  it will be presented for redemption and your account credited with the proceeds  You have the right to withdraw uncalled  fully paid securities at any time prior to a partial call  and also to withdraw excess margin securities not subject to restriction

The responsibility to cancel an existing open order rests with you  Any transaction that results from the execution of any orders that you have not instructed us to cancel  prior to execution  will be recorded in your account  Market orders are subject to immediate execution and are difficult to cancel

If required payment or delivery of securities is not made by the settlement date  ETS may  at its option and without further notice  charge interest on the amount shown on the face hereof or cancel sell out or buy In the subject securities and charge your account for any expenses  losses or other costs incurred

Investments in securities are not guaranteed by ETS  are not insured by the FDIC  and will fluctuate with changes in market conditions  When selling a security  you may receive more or less than your original investment

The principal amount or commission described on the face hereof may include an Additional Fee for spread services rendered  Other charges may include commissions paid to affiliates of ETS local taxes  transaction fees and exchange fees  among others  For customers who choose to convert from the currency in which the security or payment thereon is denominated  the amounts provided with respect to principal interest dividend and/or yield is subject to fluctuation or applicable foreign currency exchange rates and costs including a markup charged by ETS  Further details are available upon written request  The name of the party with whom this transaction was made and time of execution of the transaction will be furnished upon written request

Securities purchased by you or held by ETS may be hypothecated and/or commingled with securities carried for other customers

Call features for bonds may exist and such bonds can be redeemed in whole or in part before maturity and could affect the yield  complete information will be provided upon request  With respect to a zero coupon issue you will not receive periodic payments and the securities may be callable at a price below maturity value  Furthermore  a zero coupon issue that is callable and in bearer form may be called without notice by mail to you unless the issue is registered

For an asset backed security (e g  GMO  FNMA  FHLMC  or GNMA) the actual yield may vary  according to the rate at which the underlying assets or receivables are prepaid  Information concerning factors that affect yield  including estimated yield  weighted average life  and prepayment assumptions  are available upon request

The ratings that appear in the description of some fixed-income securities have been obtained from rating services that we believe to be reliable  however  we cannot guarantee their accuracy  Securities for which a rating is not available will be marked  Not Rated  A withdrawn rating WR  signifies the removal of a rating on either an obligation or issuer  Confirmations related to fixed income transactions may reflect a mark up or mark down  both as a dollar and percentage value  The mark up or mark down dollar value is calculated as the execution price less the prevailing market price (PMP) multiplied by the quantity  The mark up or mark down percentage value is calculated as the mark up or mark-down dollar value divided by the PMP  Trades with a mark up or mark down value of "N/A  indicate a negative mark up (i e  the sale of the security was at a price lower than the PMP)

Final prospectus and/or offering documentation is available upon request in connection with your purchase of a security where the issuer is deemed to control  be controlled by  or under common control with ETS (i e  affiliated securities)

Additional Fees may include a broker asset fee an order handling fee and/or market center charges  ETS will charge a fee if you request to have certificates issued in your name and mailed to you

### Payment for Order Flow Disclosure

The SEC (as well as FINRA) requires that all broker dealers inform their customers when a new account is opened  and on an annual basis thereafter  of payment for order flow practices (compensation received for placing orders through specialists on national securities exchanges  over-the-counter market makers  alternative trading systems  and ECN s  (collectively  market centers ))  Consistent with the overriding principle of best execution  ETS routes orders to various market makers  including its affiliate Morgan Stanley & Co LLC  ETS receives remuneration (generally in the form of per share cash payments or through  profit sharing  arrangements) for routing orders in securities to particular market centers for execution  Such remuneration is considered  compensation to ETS  and the source and amount of any compensation received in connection with your transaction will be disclosed to you upon written request  ETS absent instructions from you to the contrary  takes a number of factors into consideration in determining where to route customers orders  including  the speed of execution  price improvement opportunities (executions at prices superior to the then prevailing inside market)  automatic execution  guarantees  the availability of efficient and reliable order handling systems  the level of service provided  the cost of executing orders  whether it will receive cash or non-cash payments for routing order flow  and reciprocal business  arrangements

Trades noted as  AVG PRICE SHOWN DETAILS ON REQ  are executed through an average price account  The price shown may represent an average of multiple executions or may represent a single execution at the price indicated  Details regarding trades done in an average price account are available upon request

### Structured Products

Structured Products are complex products and may be subject to special risks  Investors should consider the concentration risk of owning the related security and their total exposure to any underlying asset

Rev 04/21  S123  B04



from Morgan Stanley

**Your Account Number**  725-XXX127-203
Account Type - Cash

ALEXANDER YON TOD
SUBJECT TO STA RULES
4516 REBECCA CT
ELLICOTT CITY MD 21043

**E*TRADE from Morgan Stanley**
P O  BOX 484
JERSEY CITY, NJ 07303-0484
(800)-387-2331

*This transaction is confirmed in accordance with the information provided on the Conditions and Disclosures page*

| Trade Date | Settlement Date | Quantity | Price | | Settlement Amount |
|---|---|---|---|---|---|
| 10/06/2023 | 10/11/2023 | 471 | 0 2157 | Principal | $101 59 |
| **Transaction Type  Bought** | | | | Net Amount | $101 59 |

**Description  META MATERIALS INC**
Symbol / CUSIP / ISIN  MMAT / 59134N104 / US59134N1046
Unsolicited trade
Morgan Stanley Smith Barney LLC acted as agent

Morgan Stanley Smith Barney LLC  Member SIPC  The transaction(s) may have been executed with Morgan Stanley & Co  LLC, an affiliate, which may receive compensation for any such services  E*TRADE is a business of Morgan Stanley

## CONDITIONS AND DISCLOSURES

### CODES ABBREVIATIONS AND EXPLANATIONS

**EXCHANGE WHERE EXECUTED**

1  New York Stock Exchange
3  NASDAQ OMX PHLX
4  Chicago Stock Exchange
5  NYSE MKT LLC
6  Other Markets
7  Over the Counter
8  Morgan Stanley Smith Barney
   LLC as principal which may
   result in a profit to Morgan
   Stanley Smith Barney LLC

**EXECUTION CODE**

1 2 3 4 5 9 F L P T V OR W As agent
   we have bought or sold for your
   account
6    As agent for another we have sold to
     you or bought from you
7 C E G N OR S As principal we sold to
   you or bought from you for our own
   account
8 OR U Prospectus/Official Statement
A B C X Y OR Z Primary and Secondary
   Unit Trust or listed and OTC when Issued
   Securities
K  Precious Metals
M R Mutual Funds

**OTHER ABBREVIATIONS**

ELTR        Estimated Long Term Return
CR          Current Return
PV          Par Value

**FINAL PROSPECTUS/OFFERING DOCUMENTATION AVAILABLE**

Indicates that these securities/instruments are being sold (i) pursuant to an SEC registration statement or where a prospectus is otherwise required (ii) in the case of certain exempted securities or certificates of deposit (CDs) either where offering documentation is required or there is an agreement or policy to deliver offering documentation For assistance obtaining a copy of the final prospectus/offering documentation relating to these securities you may contact us at 800 584-6837

### CHARGES AND FEES

**CHARGE** Represents the markup/down from the wholesaler's or dealer s price

**FSCF** Represents a pass through of Foreign Securities clearance fees incurred by Morgan Stanley Smith Barney LLC for this transaction

**SUPPLEMENTAL TRANSACTION FEE** Represents fee to offset additional expenses associated with processing certain transactions

**PROCESSING FEE.** Represents processing charges for certain executed orders

**CDSC** Represents Contingent Deferred Sales Charge

**DSC** Represents Deferred Sales Charge

### BACKUP WITHHOLDING

Under Federal Income Tax Law the customer is generally required to provide Morgan Stanley Smith Barney LLC with a certification of the customer s Social Security or Taxpayer Identification Number In the absence of such certification Morgan Stanley Smith Barney LLC may be required to withhold taxes from the proceeds of sales at the current withholding rate

### GROSS PROCEEDS

If the transaction being confirmed is a sale or redemption this information may be furnished to the Internal Revenue Service

### SECURITY MEASURES

Your Morgan Stanley Smith Barney LLC trade confirmation features an embedded security element to demonstrate its authenticity It is a unique security mark – a blue rectangle in heat sensitive blue ink When exposed to warmth the blue rectangle will disappear and then reappear

### CONDITIONS

**IT IS AGREED THAT**
All transactions are subject to the constitution rules regulations by laws interpretations customs and usages of the Financial Industry Regulatory Authority the various applicable exchanges markets or clearing houses and all U S and non U S governmental and self regulatory organizations statutes rules and regulations as currently in effect or as they may be hereinafter amended revised or supplemented including those of the Securities and Exchanges Commission and the Federal Reserve Board

Payment for securities purchased and delivery of securities sold must be received by Morgan Stanley Smith Barney LLC no later than the date of settlement (the Settlement Date ) indicated on the reverse side hereof Payments and deliveries not received by Settlement Date may be subject to late fees liquidation or close out of the transaction and you will be liable for all costs fees expenses liabilities obligations losses claims and damages incurred by Morgan Stanley Smith Barney LLC or asserted against Morgan Stanley Smith Barney LLC by any third party arising directly or indirectly from your failure to make payment or delivery by the Settlement Date

Securities held in margin accounts or purchased but not yet paid for in cash accounts may be hypothecated by Morgan Stanley Smith Barney LLC under circumstances which will permit the commingling thereof with securities of other clients

You must own all securities sold long and such securities must either be (i) on deposit in your account(s) or (ii) delivered to Morgan Stanley Smith Barney LLC by the Settlement Date

Morgan Stanley Smith Barney LLC will furnish upon your written request the date and time when the transaction took place the name of the other party to the transaction and the source and amount of any other remuneration received or to be received by Morgan Stanley Smith Barney LLC in connection with this transaction

Morgan Stanley Smith Barney LLC and/or its affiliates may accept benefits that constitute payment for order flow Details regarding these benefits will be furnished upon your written request

Debt securities may be redeemed in whole or in part before maturity and such redemption could affect any yield represented in this trade confirmation Additional information is available upon request

Credit rating(s) if any contained on this trade confirmation were provided by an unaffiliated third party In some instances the credit rating shown is based on the issuer's credit ranking and not the credit rating of the specific security purchased or sold For an explanation of credit ratings for bonds please see www morganstanley com/wealth/investmentsolutions/creditratings asp

Insurance trades are subject to carrier underwriting approval

Any inquiries regarding this transaction should be made by using the telephone number provided on the reverse side

This transaction is conclusive and binding if not objected to in writing within three days of receiving this trade confirmation

All Good Till Cancelled (GTC) orders have an expiration date which is displayed on the front of this notice Until expiration all open orders are considered good until cancelled by your or executed by us When entering a substitute order or changing an existing order the responsibility for canceling the original order rests upon the customer Therefore if a customer fails to cancel an existing order transactions resulting from the execution of both the original and new order(s) will be entered in the customer's account

Municipal Advisory Rule Disclosures for Municipal Entities and Obligated Persons Morgan Stanley Smith Barney LLC is not acting as a municipal advisor to any municipal entity or obligated person within the meaning of Section 15B of the Securities Exchange Act (Municipal Advisor Rule) If you have a Brokerage Account please note that 1) we do not owe you a fiduciary duty pursuant to the Municipal Advisor Rule when we make statements or provide you with information regarding your Brokerage Account 2) we may be acting for our own interests and 3) before acting on any statements made or information provided by us you should consult any and all advisors as you deem appropriate

For most fixed income/debt securities price is expressed as a percentage of par Additional information is available upon request

This agreement shall inure to the benefit of any successor or assigns of Morgan Stanley Smith Barney LLC

## Morgan Stanley



Your Account Number  725-XXX127-203
Account Type - Cash

ALEXANDER YON TOD
SUBJECT TO STA RULES
4516 REBECCA CT
ELLICOTT CITY MD 21043

**E*TRADE from Morgan Stanley**
P O BOX 484
JERSEY CITY, NJ 07303-0484
(800)-387-2331

*This transaction is confirmed in accordance with the information provided on the Conditions and Disclosures page*

| Trade Date | Settlement Date | Quantity | Price | | Settlement Amount |
|---|---|---|---|---|---|
| 10/06/2023 | 10/11/2023 | 1,847 | 0 2156 | Principal | $398 21 |
| **Transaction Type  Bought** | | | | **Net Amount** | **$398 21** |

**Description  META MATERIALS INC**
Symbol / CUSIP / ISIN  MMAT / 59134N104 / US59134N1046
Unsolicited trade
Morgan Stanley Smith Barney LLC acted as agent

Morgan Stanley Smith Barney LLC  Member SIPC  The transaction(s) may have been executed with Morgan Stanley & Co  LLC, an affiliate, which may receive compensation for any such services  E*TRADE is a business of Morgan Stanley

## CONDITIONS AND DISCLOSURES

### CODES  ABBREVIATIONS AND EXPLANATIONS

**EXCHANGE WHERE EXECUTED**

1  New York Stock Exchange
3  NASDAQ OMX PHLX
4  Chicago Stock Exchange
5  NYSE MKT LLC
6  Other Markets
7  Over the Counter
8  Morgan Stanley Smith Barney LLC as principal which may result in a profit to Morgan Stanley Smith Barney LLC

**EXECUTION CODE**

1 2 3 4 5 9 F L P T V OR W  As agent we have bought or sold for your account
6      As agent for another we have sold to you or brought from you
7 C E G N OR S  As principal we sold to you or bought from you for our own account
8 OR U  Prospectus/Official Statement
A B C X Y OR Z  Primary and Secondary Unit Trust or listed and OTC when issued Securities
K  Precious Metals
M  R  Mutual Funds

**OTHER ABBREVIATIONS**

ELTR      Estimated Long Term Return
CR        Current Return
PV        Par Value

**FINAL PROSPECTUS/OFFERING DOCUMENTATION AVAILABLE**

Indicates that these securities/instruments are being sold (i) pursuant to an SEC registration statement or where a prospectus is otherwise required  (ii) in the case of certain exempted securities or certificates of deposit (CDs)  either where offering documentation is required or there is an agreement or policy to deliver offering documentation  For assistance obtaining a copy of the final prospectus/offering documentation relating to these securities  you may contact us at 800 584-6837

### CHARGES AND FEES

**CHARGE**  Represents the markup/down from the wholesaler's or dealer s price

**FSCF**  Represents a pass through of Foreign Securities clearance fees incurred by Morgan Stanley Smith Barney LLC for this transaction

**SUPPLEMENTAL TRANSACTION FEE**  Represents fee to offset additional expenses associated with processing certain transactions

**PROCESSING FEE**  Represents processing charges for certain executed orders

**CDSC**  Represents Contingent Deferred Sales Charge

**DSC**  Represents Deferred Sales Charge

### BACKUP WITHHOLDING

Under Federal Income Tax Law  the customer is generally required to provide Morgan Stanley Smith Barney LLC with a certification of the customer s Social Security or Taxpayer Identification Number  In the absence of such certification  Morgan Stanley Smith Barney LLC may be required to withhold taxes from the proceeds of sales at the current withholding rate

### GROSS PROCEEDS

If the transaction being confirmed is a sale or redemption  this information may be furnished to the Internal Revenue Service

### SECURITY MEASURES

Your Morgan Stanley Smith Barney LLC trade confirmation features an embedded security element to demonstrate its authenticity  It is a unique security mark – a blue rectangle in heat sensitive blue ink  When exposed to warmth  the blue rectangle will disappear  and then reappear

### CONDITIONS

**IT IS AGREED THAT**

All transactions are subject to the constitution  rules  regulations  by laws  interpretations  customs and usages of the Financial Industry Regulatory Authority  the various applicable exchanges  markets or clearing houses and all U S  and non U S  governmental and self regulatory organizations statutes  rules and regulations as currently in effect or as they may be hereinafter amended  revised or supplemented  including those of the Securities and Exchanges Commission and the Federal Reserve Board

Payment for securities purchased and delivery of securities sold must be received by Morgan Stanley Smith Barney LLC no later than the date of settlement (the Settlement Date ) indicated on the reverse side hereof  Payments and deliveries not received by Settlement Date may be subject to late fees  liquidation or close out of the transaction and you will be liable for all costs  fees  expenses  liabilities  obligations  losses  claims  and damages  incurred by Morgan Stanley Smith Barney LLC or asserted against Morgan Stanley Smith Barney LLC by any third party  arising directly or indirectly from your failure to make payment or delivery by the Settlement Date

Securities held in margin accounts or purchased but not yet paid for in cash accounts may be hypothecated by Morgan Stanley Smith Barney LLC under circumstances which will permit the commingling thereof with securities of other clients

You must own all securities sold  long  and such securities must either be (i) on deposit in your account(s) or (ii) delivered to Morgan Stanley Smith Barney LLC by the Settlement Date

Morgan Stanley Smith Barney LLC will furnish  upon your written request  the date and time when the transaction took place  the name of the other party to the transaction and the source and amount of any other remuneration received or to be received by Morgan Stanley Smith Barney LLC in connection with the transaction

Morgan Stanley Smith Barney LLC and/or its affiliates may accept benefits that constitute payment for order flow  Details regarding these benefits will be provided upon your written request

Debt securities may be redeemed in whole or in part before maturity and such redemption could affect any yield represented in this trade confirmation  Additional information is available upon request

Credit rating(s)  if any  contained on this trade confirmation were provided by an unaffiliated third party  In some instances  the credit rating shown is based on the issuer's credit ranking and not the credit rating of the specific security purchased or sold  For an explanation of credit ratings for bonds  please see www morganstanley com/wealth/investmentsolutions/creditratings asp

Insurance trades are subject to carrier underwriting approval

Any inquiries regarding this transaction should be made by using the telephone number provided on the reverse side

This transaction is conclusive and binding if not objected to in writing within three days of receiving this trade confirmation

All Good Till Cancelled (GTC) orders have an expiration date which is displayed on the front of this notice  Until expiration  all open orders are considered good until cancelled by your or executed by us  When entering a substitute order or changing an existing order  the responsibility for canceling the original order rests upon the customer  Therefore  if a customer fails to cancel an existing order  transactions resulting from the execution of both the original and new order(s) will be entered in the customer's account

Municipal Advisory Rule  Disclosures for Municipal Entities and Obligated Persons  Morgan Stanley Smith Barney LLC is not acting as a municipal advisor to any municipal entity or obligated person within the meaning of Section 15B of the Securities Exchange Act (Municipal Advisor Rule)  If you have a Brokerage Account  please note that  1) we do not owe you a fiduciary duty pursuant to the Municipal Advisor Rule when we make statements or provide you with information regarding your Brokerage Account  2) we may be acting for own interests  and 3) before acting on any statements made or information provided by us  you should consult any and all advisors as you deem appropriate

For most fixed income/debt securities  price is expressed as a percentage of par  Additional information is available upon request

This agreement shall inure to the benefit of any successor or assigns of Morgan Stanley Smith Barney LLC

## Morgan Stanley



**E✱TRADE**
from Morgan Stanley

**Your Account Number** 725-XXX127-203
Account Type - Cash

ALEXANDER YON TOD
SUBJECT TO STA RULES
4516 REBECCA CT
ELLICOTT CITY MD 21043

**E*TRADE from Morgan Stanley**
P O BOX 484
JERSEY CITY, NJ 07303-0484
(800)-387-2331

*This transaction is confirmed in accordance with the information provided on the Conditions and Disclosures page*

| Trade Date | Settlement Date | Quantity | Price | | Settlement Amount |
|---|---|---|---|---|---|
| 10/09/2023 | 10/11/2023 | 6,000 | 0 2126 | Principal | $1,275 60 |
| | | | | Net Amount | $1,275 60 |

**Transaction Type** Bought

**Description** META MATERIALS INC
Symbol / CUSIP / ISIN  MMAT / 59134N104 / US59134N1046
Unsolicited trade
Morgan Stanley Smith Barney LLC acted as agent

Morgan Stanley Smith Barney LLC  Member SIPC  The transaction(s) may have been executed with Morgan Stanley & Co  LLC, an affiliate, which may receive compensation for any such services  E*TRADE is a business of Morgan Stanley

## CONDITIONS AND DISCLOSURES

### CODES  ABBREVIATIONS AND EXPLANATIONS

**EXCHANGE WHERE EXECUTED**

1  New York Stock Exchange
3  NASDAQ OMX PHLX
4  Chicago Stock Exchange
5  NYSE MKT LLC
6  Other Markets
7  Over the Counter
8  Morgan Stanley Smith Barney LLC as principal which may result in a profit to Morgan Stanley Smith Barney LLC

**EXECUTION CODE**

1  2  3  4  5  9  F  L  P  T  V OR W  As agent we have bought or sold for your account
6     As agent for another we have sold to you or brought from you
7  C  E  G  N  OR S  As principal we sold to you or bought from you for our own account
8 OR U  Prospectus/Official Statement
A  B  C  X  Y  OR Z  Primary and Secondary Unit Trust or listed and OTC when Issued Securities
K  Precious Metals
M  R  Mutual Funds

**OTHER ABBREVIATIONS**
ELTR       Estimated Long Term Return
CR         Current Return
PV         Par Value

**FINAL PROSPECTUS/OFFERING DOCUMENTATION AVAILABLE**

Indicates that these securities/instruments are being sold (i) pursuant to an SEC registration statement or where a prospectus is otherwise required  (ii) in the case of certain exempted securities or certificates of deposit (CDs)  either where offering documentation is required or there is an agreement or policy to deliver offering documentation  For assistance obtaining a copy of the final prospectus/offering documentation relating to these securities  you may contact us at 800 584-6837

### CHARGES AND FEES

**CHARGE**  Represents the markup/down from the wholesaler's or dealer s price

**FSCF**  Represents a pass through of Foreign Securities clearance fees incurred by Morgan Stanley Smith Barney LLC for this transaction

**SUPPLEMENTAL TRANSACTION FEE**  Represents fee to offset additional expenses associated with processing certain transactions

**PROCESSING FEE**  Represents processing charges for certain executed orders

**CDSC**  Represents Contingent Deferred Sales Charge

**DSC**  Represents Deferred Sales Charge

### BACKUP WITHHOLDING

Under Federal Income Tax Law  the customer is generally required to provide Morgan Stanley Smith Barney LLC with a certification of the customer s Social Security or Taxpayer Identification Number  In the absence of such certification Morgan Stanley Smith Barney LLC may be required to withhold taxes from the proceeds of sales at the current withholding rate

### GROSS PROCEEDS

If the transaction being confirmed is a sale or redemption  this information may be furnished to the Internal Revenue Service

### SECURITY MEASURES

Your Morgan Stanley Smith Barney LLC trade confirmation features an embedded security element to demonstrate its authenticity  It is a unique security mark – a blue rectangle in heat sensitive blue ink  When exposed to warmth  the blue rectangle will disappear  and then reappear

### CONDITIONS

IT IS AGREED THAT

All transactions are subject to the constitution  rules  regulations  by laws  interpretations  customs and usages of  the Financial Industry Regulatory Authority  the various applicable exchanges  markets or clearing houses and all U S  and non U S  governmental and self regulatory organizations statutes  rules and regulations as currently in effect or as they may be hereinafter amended revised or supplemented  including those of the Securities and Exchanges Commission and the Federal Reserve Board

Payment for securities purchased and delivery of securities sold must be received by Morgan Stanley Smith Barney LLC no later than the date of settlement (the  Settlement Date ) indicated on the reverse side hereof  Payments and deliveries not received by Settlement Date may be subject to late fees  liquidation or close out of the transaction and you will be liable for all costs  fees  expenses  liabilities obligations  losses  claims  and damages  incurred by Morgan Stanley Smith Barney LLC or asserted against Morgan Stanley Smith Barney LLC by any third party  arising directly or indirectly from your failure to make payment or delivery by the Settlement Date

Securities held in margin accounts or purchased but not yet paid for in cash accounts may be hypothecated by Morgan Stanley Smith Barney LLC under circumstances which will permit the commingling thereof with securities of other clients

You must own all securities sold   long  and such securities must either be (i) on deposit in your account(s) or (ii) delivered to Morgan Stanley Smith Barney LLC by the Settlement Date

Morgan Stanley Smith Barney LLC will furnish  upon your written request  the date and time when the transaction took place  the name of the other party to the transaction and the source and amount of any other remuneration received or to be received by Morgan Stanley Smith Barney LLC in connection with the transaction

Morgan Stanley Smith Barney LLC and/or its affiliates may accept benefits that constitute payment for order flow  Details regarding these benefits will be furnished upon your written request

Debt securities may be redeemed in whole or in part before maturity and such redemption could affect any yield represented in this trade confirmation  Additional information is available upon request

Credit rating(s)  if any  contained on this trade confirmation were provided by an unaffiliated third party  In some instances  the credit rating shown is based on the issuer's credit ranking and not the credit rating of the specific security purchased or sold  For an explanation of credit ratings for bonds  please see www morganstanley com/wealth/investmentsolutions/creditratings asp

Insurance trades are subject to carrier underwriting approval

Any inquiries regarding this transaction should be made by using the telephone number provided on the reverse side

This transaction is conclusive and binding if not objected to in writing within three days of receiving this trade confirmation

All Good Till Cancelled (GTC) orders have an expiration date which is displayed on the front of this notice  Until expiration  all open orders are considered good until cancelled by your or executed by us  When entering a substitute order or changing an existing order  the responsibility for canceling the original order rests upon the customer  Therefore  if a customer fails to cancel an existing order  transactions resulting from the execution of both the original and new order(s) will be entered in the customer's account

Municipal Advisory Rule  Disclosures for Municipal Entities and Obligated Persons  Morgan Stanley Smith Barney LLC is not acting as a municipal advisor to any municipal entity or obligated person within the meaning of Section 15B of the Securities Exchange Act (Municipal Advisor Rule)  If you have a Brokerage Account  please note that  1) we do not owe you a fiduciary duty pursuant to the Municipal Advisor Rule when we make statements or provide you with information regarding your Brokerage Account  2) we may be acting for own interests  and 3) before acting on any statements made or information provided by us  you should consult any and all advisors as you deem appropriate

For most fixed income/debt securities  price is expressed as a percentage of par  Additional information is available upon request

This agreement shall inure to the benefit of any successor or assigns of Morgan Stanley Smith Barney LLC

## Morgan Stanley



Your Account Number  725-XXX127-203
Account Type - Cash

ALEXANDER YON TOD
SUBJECT TO STA RULES
4516 REBECCA CT
ELLICOTT CITY MD 21043

E*TRADE from Morgan Stanley
P O  BOX 484
JERSEY CITY, NJ 07303-0484
(800)-387-2331

*This transaction is confirmed in accordance with the information provided on the Conditions and Disclosures page*

| Trade Date | Settlement Date | Quantity | Price | | Settlement Amount |
|---|---|---|---|---|---|
| 10/24/2023 | 10/26/2023 | 3,621 | 0 1499 | Principal | $542 79 |
| | | | | Net Amount | **$542 79** |

Transaction Type  Bought

Description  META MATERIALS INC
Symbol / CUSIP / ISIN  MMAT / 59134N104 / US59134N1046
Unsolicited trade
Morgan Stanley Smith Barney LLC acted as agent

Morgan Stanley Smith Barney LLC  Member SIPC  The transaction(s) may have been executed with Morgan Stanley & Co  LLC, an affiliate, which may receive compensation for any such services  E*TRADE is a business of Morgan Stanley

## CONDITIONS AND DISCLOSURES

### CODES ABBREVIATIONS AND EXPLANATIONS

**EXCHANGE WHERE EXECUTED**

1  New York Stock Exchange
3  NASDAQ OMX PHLX
4  Chicago Stock Exchange
5  NYSE MKT LLC
6  Other Markets
7  Over the Counter
8  Morgan Stanley Smith Barney
   LLC as principal which may
   result in a profit to Morgan
   Stanley Smith Barney LLC

**EXECUTION CODE**

1 2 3 4 5 9 F L P T V OR W  As agent
   we have bought or sold for your
   account
6         As agent for another we have sold to
          you or brought from you
7 C E G N OR S  As principal we sold to
          you or bought from you for our own
          account
8 OR U  Prospectus/Official Statement
A B C X Y OR Z  Primary and Secondary
   Unit Trust or listed and OTC when Issued
   Securities
K  Precious Metals
M R  Mutual Funds

**OTHER ABBREVIATIONS**

ELTR      Estimated Long Term Return
CR         Current Return
PV         Par Value

**FINAL PROSPECTUS/OFFERING DOCUMENTATION AVAILABLE**

Indicates that these securities/instruments are being sold (i) pursuant to an SEC registration statement or where a prospectus is otherwise required  (ii) in the case of certain exempted securities or certificates of deposit (CDs)  either where offering documentation is required or there is an agreement or policy to deliver offering documentation  For assistance obtaining a copy of the final prospectus/offering documentation relating to these securities you may contact us at 800 584 6837

### CHARGES AND FEES

**CHARGE**  Represents the markup/down from the wholesaler's or dealer s price

**FSCF**  Represents a pass through of Foreign Securities clearance fees incurred by Morgan Stanley Smith Barney LLC for this transaction

**SUPPLEMENTAL TRANSACTION FEE** Represents fee to offset additional expenses associated with processing certain transactions

**PROCESSING FEE**  Represents processing charges for certain executed orders

**CDSC**  Represents Contingent Deferred Sales Charge

**DSC**  Represents Deferred Sales Charge

### BACKUP WITHHOLDING

Under Federal Income Tax Law  the customer is generally required to provide Morgan Stanley Smith Barney LLC with a certification of the customer s Social Security or Taxpayer Identification Number  In the absence of such certification Morgan Stanley Smith Barney LLC may be required to withhold taxes from the proceeds of sales at the current withholding rate

### GROSS PROCEEDS

If the transaction being confirmed is a sale or redemption  this information may be furnished to the Internal Revenue Service

### SECURITY MEASURES

Your Morgan Stanley Smith Barney LLC trade confirmation features an embedded security element to demonstrate its authenticity  It is a unique security mark – a blue rectangle in heat sensitive blue ink  When exposed to warmth  the blue rectangle will disappear  and then reappear

### CONDITIONS

**IT IS AGREED THAT**
All transactions are subject to the constitution rules regulations by laws interpretations customs and usages of the Financial Industry Regulatory Authority the various applicable exchanges markets or clearing houses and all U S and non U S governmental and self regulatory organizations statutes rules and regulations as currently in effect or as they may be hereinafter amended revised or supplemented including those of the Securities and Exchanges Commission and the Federal Reserve Board

Payment for securities purchased and delivery of securities sold must be received by Morgan Stanley Smith Barney LLC no later than the date of settlement (the "Settlement Date") indicated on the reverse side hereof  Payments and deliveries not received by Settlement Date may be subject to late fees  liquidation or close out of the transaction and you will be liable for all costs fees expenses liabilities obligations losses claims and damages incurred by Morgan Stanley Smith Barney LLC or asserted against Morgan Stanley Smith Barney LLC by any third party arising directly or indirectly from your failure to make payment or delivery by the Settlement Date

Securities held in margin accounts or purchased but not yet paid for in cash accounts may be hypothecated by Morgan Stanley Smith Barney LLC under circumstances which will permit the commingling thereof with securities of other clients

You must own all securities sold  long  and such securities must either be (i) on deposit in your account(s) or (ii) delivered to Morgan Stanley Smith Barney LLC by the Settlement Date

Morgan Stanley Smith Barney LLC will furnish upon your written request  the date and time when the transaction took place  the name of the other party to the transaction and the source and amount of any other remuneration received or to be received by Morgan Stanley Smith Barney LLC in connection with the transaction

Morgan Stanley Smith Barney LLC and/or its affiliates may accept benefits that constitute payment for order flow Details regarding these benefits will be furnished upon your written request

Debt securities may be redeemed in whole or in part before maturity and such redemption could affect any yield represented in this trade confirmation Additional information is available upon request

Credit rating(s)  if any contained on this trade confirmation were provided by an unaffiliated third party  In some instances the credit rating shown is based on the issuer's credit ranking and not the credit rating of the specific security purchased or sold  For an explanation of credit ratings for bonds  please see www morganstanley com/wealth/investmentsolutions/creditratings asp

Insurance trades are subject to carrier underwriting approval

Any inquiries regarding this transaction should be made by using the telephone number provided on the reverse side

This transaction is conclusive and binding if not objected to in writing within three days of receiving this trade confirmation

All Good Till Cancelled (GTC) orders have an expiration date which is displayed on the front of this notice  Until expiration all open orders are considered open until cancelled by your or executed by us  When entering a substitute order or changing an existing order the responsibility for cancelling the original order rests upon the customer  Therefore if a customer fails to cancel an existing order transactions resulting from the execution of both the original and new order(s) will be entered in the customer's account

Municipal Advisory Rule Disclosures for Municipal Entities and Obligated Persons Morgan Stanley Smith Barney LLC is not acting as a municipal advisor to any municipal entity or obligated person within the meaning of Section 15B of the Securities Exchange Act (Municipal Advisor Rule)  If you have a Brokerage Account please note that 1) we do not owe you a fiduciary duty pursuant to the Municipal Advisor Rule when we make statements or provide you with information regarding your Brokerage Account 2) we may be acting for own interests and 3) before acting on any statements made or information provided by us you should consult any and all advisors as you deem appropriate

For most fixed income/debt securities  price is expressed as a percentage of par  Additional information is available upon request

This agreement shall inure to the benefit of any successor or assigns of Morgan Stanley Smith Barney LLC

## Morgan Stanley