NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | | **PROOF OF INTEREST** |
|---|---|---|
| Name of Debtor: METAMATERIALS, INC | Case Number: 24-50792 | |

1. **Name and address of holder of the Equity Interest** (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

    LINDA STRECKOVA
    20405 ANZA AVE #52
    TORRANCE, CA, 90503

    Telephone Number: 424-237-7646

    ☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

    ☒ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

    ☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

    RECEIVED AND FILED
    DEC 10 2024
    U.S. BANKRUPTCY COURT
    MARY A. SCHOTT, CLERK

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

COURT USE ONLY

Account or other number by which Interest holder identifies Debtor: 83Z-88H47

Check here if this claim:
☐ replaces a previously filed Proof of Interest dated: _____
☐ amends a previously filed Proof of Interest dated: _____

2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:
    LINDA STRECKOVA
    200 PARK AVE, 13th FLOOR
    NEW YORK, NY, 10166
    Telephone Number: 877-653-4732

3. Date Equity Interest was acquired:
    BETWEEN 07/06/2021 - 05/23/2024
    SEE ATTACHMENT

4. Total amount of member interest: 45 SHARES FOR $1,316.33

5. Certificate number(s): SEE ATTACHMENT

6. **Type of Equity Interest:**
    Please indicate the type of Equity Interest you hold:
    ☒ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
    ☐ Check this box if your Equity Interest is based on anything else and describe that interest:
    Description: INVESTOR

7. **Supporting Documents**: Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
    DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. **Date-Stamped Copy**: To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

9. **Signature:**
Check the appropriate box.
☒ I am the creditor.   ☐ I am the creditor's authorized agent. (Attach copy of power of attorney, if any.)   ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)   ☐ I am a guarantor, surety, endorser, or other codebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: LINDA STRECKOVA
Title:
Company: ___ Address and telephone number (if different from notice address above):

(Signature)   12/5/2024 (Date)

Telephone number: 424-237-7646   email: LINDA.STRECKOVA@GMAIL.COM

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*


**MERRILL**
A BANK OF AMERICA COMPANY

FBO MRS LINDA STRECKOVA                              Account Number: 83Z-88H47

# YOUR RETIREMENT ACCOUNT ASSETS

June 29, 2024 - September 30, 2024

| CASH/MONEY ACCOUNTS Description | Quantity | Total Cost Basis | Estimated Market Price | Estimated Market Value | Estimated Annual Income | Est. Annual Yield% |
|---|---|---|---|---|---|---|
| ÷BANK OF AMERICA, NA RASP ÷FDIC INSURED NOT SIPC COVERED | 3.08 | 3.08 | 1.0000 | 3.08 | | .01 |

| EQUITIES Description | Symbol | Quantity | Total Cost Basis | Estimated Market Price | Estimated Market Value | Unrealized Gain/(Loss) | Estimated Annual Income |
|---|---|---|---|---|---|---|---|
| ENVIROTECH VEHICLES INC REG SHS | EVTV | 167.0000 | 403.59 | 1.8000 | 300.60 | (102.99) | |
| META MATERIALS INC REGITERED SHS | MMATQ | 45.0000 | 1,316.33 | 0.3700 | 16.67 | (1,299.66) | |
| TOTAL | | | 1,719.92 | | 317.27 | (1,402.65) | |

Equity Cost Basis details are available on the Statements and Documents page of www.merrilledge.com.

| LONG PORTFOLIO | Adjusted/Total Cost Basis | Estimated Market/ Contract Value | Unrealized Gain/(Loss) | Estimated Accrued Interest | Estimated Annual Income |
|---|---|---|---|---|---|
| TOTAL | 1,723.00 | 320.35 | (1,402.65) | | |

# YOUR RETIREMENT ACCOUNT CONTRIBUTIONS AND DISTRIBUTIONS

**Year-End Plan Value as of December 31, 2023:** $ 302.22        **Contributions after December 31, 2023 for 2023:** $ .00

| Contributions | Tax Year 2024 | Tax Year 2023 |
|---|---|---|
| Nondeductible Contributions | $ 400.00 | $ 923.00 |

If you own London Interbank Offered Rate (LIBOR) linked financial products, the cessation of LIBOR and the transition from LIBOR to alternative reference rates such as SOFR or BSBY, may have significant impacts to those financial products, including impacts to their liquidity, value and potential performance. Additional information is available at www.ml.com/articles/benchmark-interest-rate-reform.html

021