NVB 3001 (Effective 1/21)

Robinhood - Original

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | PROOF OF INTEREST |
|---|---|

| Name of Debtor: Meta Materials Inc. | Case Number: 24-50792-hlb |
|---|---|

**1.** Name and address of holder of the Equity Interest (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

Rance Edward Allen
Po Box 788
Livingston, Tx 77351

Telephone Number: 936-433-1972

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

☑ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

**RECEIVED AND FILED**

**DEC 10 2024**

**U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK**

**NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.**

COURT USE ONLY

| Account or other number by which Interest holder identifies Debtor: 501515456 | Check here if this claim:<br>☐ replaces a previously filed Proof of Interest dated: _____<br>☐ amends a previously filed Proof of Interest dated: _____ |
|---|---|

**2.** Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:

Robinhood

Telephone Number: 650-940-2700 / 650-294-4858

**3.** Date Equity Interest was acquired:
See attached current account Summary & Lot Details

| **4.** Total amount of member interest: 103 | **5.** Certificate number(s): _____ |
|---|---|

**6.** Type of Equity Interest:
Please indicate the type of Equity Interest you hold:
☑ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
☐ Check this box if your Equity Interest is based on anything else and describe that interest:
Description: Investor

**7.** Supporting Documents: Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**8.** Date-Stamped Copy: To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

**9. Signature:**
Check the appropriate box.
☑ I am the creditor.  ☐ I am the creditor's authorized agent.  ☐ I am the trustee, or the debtor,  ☐ I am a guarantor, surety, endorser, or other codebtor.
(Attach copy of power of attorney, if any.)  or their authorized agent.  (See Bankruptcy Rule 3005.)
(See Bankruptcy Rule 3004.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: Rance Edward Allen
Title: Investor
Company: Address and telephone number (if different from notice address above):

Signature: (Signature)   Date: 12/03/2024  RA

Telephone number: 936-433-1972  email: rance0189@gmail.com

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

*See both sides of pages*

**Robinhood** ✒

5 Willow Rd, Menlo Park, CA 94025
help@robinhood.com

Page

10/01/2024 to 10/31

**Rance Allen** Account #:5015

119 Brock Road, LIVINGSTON, TX

| Account Summary | Opening Balance | Closing Balance |
|---|---|---|
| Brokerage Cash Balance | $0.00 | $0.00 |
| Deposit Sweep Balance | $0.00 | $0.00 |
| Total Securities | $38.11 | $7.31 |
| **Portfolio Value** | **$38.11** | **$7.31** |

**Portfolio Allocation**



- Cash and Cash Equivalents
  0.00%
- Equities
  100.00%
- Options
  0.00%

| Income and Expense Summary | This Period | Year to Date |
|---|---|---|
| Dividends | $0.00 | $0.00 |
| Capital Gains Distributions | $0.00 | $0.00 |
| Interest Earned | $0.00 | $0.00 |

As of the closing date of this statement, the annual percentage yield (APY) for customers enrolled in the brokerage cash sweep program is 0.01% for customers who are not subscribed to Robinhood Gold. For customers subscribed to Robinhood Gold or enrolled in a boosted rate promotion, the APY ranges from 4.50% – 5.00%. Program banks pay interest on your swept cash, minus any fees paid to Robinhood. Neither Robinhood Financial LLC nor any of its affiliates banks. Investment products are not FDIC-insured, not bank guaranteed, and may lose value. Uninvested cash swept to the program banks is eligible for FDIC insurance up to applicable limits, subject to FDIC rules. The Securities Inve Protection Corporation has taken the position that uninvested cash swept to the program banks is not covered by the Securities Investor Protection Act.

This statement shall be conclusive if not objected to in writing within ten days (except with respect to debit card transactions). Errors and omissions exempted. Please address all communications to the firm and not to the individuals Address changes or other material changes in your account should be directed to the office servicing your account. Kindly mention your account number. This statement should be retained for income tax purposes.

Robinhood Securities, LLC ("RHS") carries your account as the clearing broker by arrangement with your introducing broker-dealer, Robinhood Financial LLC ("RHF").

RHS is a Member of SIPC, which protects securities customers of its members up to $500,000 (including $250,000 for claims for cash). Explanatory brochure available upon request or at www.sipc.org.

**Portfolio Summary**

| Securities Held in Account | Sym/Cusip | Acct Type | Qty | Price | Mkt Value | Est. Dividend Yield | % of Total Portfolio |
|---|---|---|---|---|---|---|---|
| Meta Materials<br>Estimated Yield: 0.00% | MMATQ | Cash | 103 | $0.0710 | $7.31 | $0.00 | 100.00% |
| Next Bridge Hydrocarbons Contra<br>Estimated Yield: 0.00% | MMTZZZ | Cash | 646 | $0.0000 | $0.00 | $0.00 | 0.00% |
| **Total Securities** | | | | | **$7.31** | **$0.00** | **100.00%** |
| **Brokerage Cash Balance** | | | | | **$0.00** | | **0.00%** |
| **Deposit Sweep Balance** | | | | | **$0.00** | | **0.00%** |
| **Total Priced Portfolio** | | | | | **$7.31** | | |

**Account Activity**

| Description | Symbol | Acct Type | Transaction | Date | Qty | Price | Debit | Credit |
|---|---|---|---|---|---|---|---|---|
| **Total Funds Paid and Received** | | | | | | | **$0.00** | **$0.00** |

**Executed Trades Pending Settlement**
These transactions may not be reflected in the other summaries

| Description | Acct Type | Transaction | Trade Date | Settle Date | Qty | Price | Debit | Credit |
|---|---|---|---|---|---|---|---|---|
| **Total Executed Trades Pending Settlement** | | | | | | | $0.00 | $0.00 |

**Deposit Sweep Program Banks**

These are the program banks where your uninvested cash is held as of 10/31/2024. Balances are insured by FDIC, not SIPC.

| Bank | Balance |
|------|---------|

As of the closing date of this statement, the annual percentage yield (APY) for customers enrolled in the brokerage cash sweep program is 0.01% for customers who are not subscribed to Robinhood Gold. For customers subscribed to Robinhood Gold or enrolled in a boosted rate promotion, the APY ranges from 4.50% – 5.00%. Program banks pay interest on your swept cash, minus any fees paid to Robinhood. Neither Robinhood Financial LLC nor any of its affiliates banks. Investment products are not FDIC-insured, not bank guaranteed, and may lose value. Uninvested cash swept to the program banks is eligible for FDIC insurance up to applicable limits, subject to FDIC rules. The Securities Investor Protection Corporation has taken the position that uninvested cash swept to the program banks is not covered by the Securities Investor Protection Act.

**Deposit Sweep Activity**
These transactions reflect movements of uninvested cash to and from program banks.

| Description | Date | Debit | Credit | Balance |
|---|---|---|---|---|
| Opening Sweep Balance | 10/01/2024 | | | $0.00 |
| Closing Sweep Balance | 10/31/2024 | | | $0.00 |
| **Total Swept Funds** | | **$0.00** | **$0.00** | |

# Important Information

If this is a margin account and we maintain a special miscellaneous account for you, this is a combined statement of your general account and special miscellaneous account maintained for you under Regulation T issued by the Board of Governors of the Federal Reserve System. The permanent record of the special miscellaneous account as required by Regulation T is available for your inspection at your request.

The per annum rate of interest charged on debit balances in your account may change from time to time in accordance with fluctuations in interest rates. Interest is computed from the 1st day of the month to the last day of the month. The interest is based on the average daily balance in your account with us, and for the actual number of days based on an interest year of 360 days. When calculating margin interest, free credit balances in all accounts will be offset against any debit in the margin account and the interest will be charged on the new debit balance.

We are required to report to the Internal Revenue Service all cash dividends and interest credited to your account on securities held for you in our name. All dividends and interest credits should be included in your income tax return.

Information relative to regulatory trading/transaction fees and any other charges incurred in connection with equity or listed option transactions occurring during the month has previously been furnished to you in confirmation of such transactions. A summary of the information will be made available to you promptly upon request. Exercise assignment notices for option contracts are allocated among customer short positions pursuant to a manual procedure which randomly selects from amongst all customer short option positions including those contracts which are subject to exercise. All short American style option positions are liable for assignment at any time whereas European style options are assigned at expiration. A more detailed description of our random allocation procedure is available upon request.

You are to promptly advise Robinhood of any material changes concerning your investment objectives or financial situation by updating your information using the Robinhood platform or by contacting help@robinhood.com.

Any free credit balances represent funds payable on demand of the customer.

RHS acts as clearing agent for your trades. Your account, which was introduced to us by RHF, is established under your name on a "fully disclosed" basis at RHS. You remain a customer of RHF.

Notice to Customers

As required, under SEC rules, both the RHF and RHS Order Routing Reports as well as information regarding specific order routing information is available free of charge upon request.

As a clearing agent, RHS provides securities clearance and may provide order execution based on RHF instructions. RHS will not be involved with or have any responsibility for decisions regarding securities transactions in your account. RHF will be responsible for opening, approving and monitoring all activities in connection with your account. The entry of orders and any instructions regarding the deposit or withdrawal of securities or monies should be made through RHF.

In addition to the above mentioned services, RHS will provide cashiering services, safeguarding of funds and securities while in our possession, monitoring compliance with applicable credit Regulation T and RHS internal policies, preparing and making accessible your account records (including transaction confirmations and periodic statements of your account).

The dividend totals reflected in the Income and Expense Summary are inclusive of both taxable and non-taxable dividends.

Interest charges to your account may be based on the size and net debit balance during the interest period. These rates are subject to revision with appropriate notice. For more complete information regarding interest charges to customers, consult the RHF Fee Schedule, available at https://rbnhd.co/fees.

Robinhood Gold Card is offered by Robinhood Credit, Inc. ("RCT") and is issued by Coastal Community Bank, Member FDIC, pursuant to a license from Visa U.S.A. Inc. RCT is a financial technology company, not a bank.

In case of errors or questions about your electronic transfers, including your debit card transactions, or if you think your statement or receipt is wrong or if you need more information about a transaction listed on the statement or receipt, email RHF or RHS at help@robinhood.com. RHF must hear from you no later than sixty (60) days after you were sent the FIRST statement on which the problem or error appeared.

1. Tell RHF your name and account number.
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell RHF the dollar amount of the suspected error.

RHF will investigate your complaint and will correct any error promptly. If take more than ten (10) business days to do this, RHF will credit your acc for the amount you think is in error, so that you will have the use of the m during the time it takes RHF to complete our investigation.

Please see the Robinhood Securities, LLC & Robinhood Financial LLC Ins Network Deposit Sweep Program Disclosures, available at https://rbnhd./ind-disclosure, for the terms and conditions of the sweep program, incl information regarding FDIC insurance coverage.

RHF and RHS are members of the Financial Industry Regulatory Authority, ("FINRA"), and we are required to inform you of the availability of the FIN Investor Brochure, which contains information on FINRA BrokerCheck, Yo may contact FINRA at 800-289-9999 or via their website www.finra.org. I carries your account and acts as your custodian for funds and securities deposited with us directly by you, through RHF as a result of transactions process to your account. Any suspected inaccuracy or discrepancy in you account statement must be promptly reported to RHF. In order to protect rights, please confirm any oral communications in writing and include you brokerage account number. General inquiries or concerns regarding your account should be directed to: help@robinhood.com.

The SEC requires all broker-dealers that route orders in equity securities options to make available quarterly reports that present a general overvie their routing practices. The reports must identify the significant venues t which customer orders were routed for execution during the applicable quarter and disclose the material aspects of the broker-dealers relationsl with such venues. In addition, the Rule (SEC Rule 606) requires broker-dealers to disclose, upon customer request, the venues to which the individual customer's orders were routed for the six months prior to the request, and the execution time for the orders that were executed. For further information, please contact RHF.

All trade confirmations are transmitted on or about the transaction date.

Statement of Financial Condition
Robinhood Securities, LLC. Unaudited Statement of Financial Condition a June 30, 2024 is available on the Company's website at www.robinhood./legal. A paper copy may be requested at no cost by calling 1-(800)-282-1327. On June 30, 2024, Robinhood Securities, LLC. had a net capital of $2,457,014,912, which was $2,349,014,248 in excess of its required net capital of $108,000,664.

Please retain this statement as it will be helpful in preparing your income returns and may be needed along with subsequent statements to verify interest charges in your account. This statement shall be deemed conclu unless objected to in writing within ten (10) days.

*Account: Robinhood*

*See both sides of pages*

# Older

| | |
|---|---|
| **Meta Materials Limit Buy** | **$0.67** |
| Dec 4, 2023 | 9 shares at $0.0744 |

| | |
|---|---|
| **Meta Materials Limit Buy** | **$0.23** |
| Dec 4, 2023 | 3 shares at $0.0767 |

| | |
|---|---|
| **Meta Materials Limit Buy** | **$2.25** |
| Dec 4, 2023 | 30 shares at $0.075 |

| | |
|---|---|
| **Meta Materials Limit Buy** | **$7.49** |
| Dec 4, 2023 | 100 shares at $0.0749 |

| | |
|---|---|
| **Meta Materials Limit Buy** | **$0.31** |
| Dec 4, 2023 | 4 shares at $0.0775 |

| | |
|---|---|
| **Meta Materials Limit Buy** | **$4.61** |
| Dec 4, 2023 | 60 shares at $0.0768 |

| | |
|---|---|
| **Meta Materials Limit Buy** | **$1.91** |
| Dec 1, 2023 | 20 shares at $0.0955 |

| | |
|---|---|
| **Meta Materials Limit Buy** | **$0.96** |
| Dec 1, 2023 | 10 shares at $0.096 |

| | |
|---|---|
| **Meta Materials Limit Buy** | **$1.92** |
| Dec 1, 2023 | 20 shares at $0.096 |

| | |
|---|---|
| **Meta Materials Limit Buy** | **$1.80** |
| Nov 30, 2023 | 19 shares at $0.0947 |

| | |
|---|---|
| **Meta Materials Limit Buy** | **$1.04** |
| Nov 30, 2023 | 11 shares at $0.0945 |



Refine Results

Account     Individual ⇕

Type        Orders ⇕

Search

**Meta Materials Limit Buy**                                              **$1.94**
Nov 30, 2023                                                   20 shares at $0.097

**Meta Materials Limit Buy**                                              **$1.93**
Nov 30, 2023                                                  20 shares at $0.0965

**Meta Materials Limit Buy**                                              **$0.88**
Nov 29, 2023                                                   10 shares at $0.088

**Meta Materials Limit Buy**                                              **$0.89**
Nov 29, 2023                                                   10 shares at $0.089

**Meta Materials Limit Buy**                                              **$0.09**
Nov 29, 2023                                                     1 share at $0.09

**Meta Materials Limit Buy**                                              **$0.79**
Nov 29, 2023                                                   9 shares at $0.0878

**Meta Materials Limit Buy**                                              **$3.97**
Nov 29, 2023                                                  48 shares at $0.0827

---

Refine Results

Account

Type

Search

---

Search     Rewards     Investing     Crypto     Spending     Retirement     Notifications     Account

# Rance Allen

Investing     Spending     Crypto     Transfers     Recurring     Reports and statements     Tax center     History     Settings     Help

**Meta Materials Limit Buy**                                              **$1.67**
Nov 28, 2023                                                  20 shares at $0.0835

**Meta Materials Limit Buy**                                              **$1.67**
Nov 28, 2023                                                  20 shares at $0.0835

**Meta Materials Limit Buy**                                              **$0.84**
Nov 28, 2023                                                   10 shares at $0.084

**Meta Materials Limit Buy**                                              **$1.65**
Nov 28, 2023                                                  20 shares at $0.0825

**Meta Materials Limit Buy**                                              **$2.50**
Nov 28, 2023                                                  30 shares at $0.0833

**Meta Materials Limit Buy**
Nov 28, 2023

**$3.40**
40 shares at $0.085

**Meta Materials Limit Buy**
Nov 28, 2023

**$4.10**
50 shares at $0.082

**Meta Materials Limit Buy**
Nov 28, 2023

**$4.10**
50 shares at $0.082

**Meta Materials Limit Buy**
Nov 28, 2023

**$0.84**
10 shares at $0.084

**Meta Materials Limit Buy**
Nov 28, 2023

**$4.22**
50 shares at $0.0844

**Meta Materials Limit Buy**
Nov 28, 2023

**$3.36**
40 shares at $0.084

**Meta Materials Limit Buy**
Nov 28, 2023

**$1.49**
18 shares at $0.0828

**Meta Materials Limit Buy**
Nov 28, 2023

**$0.17**
2 shares at $0.085

**Meta Materials Limit Buy**
Nov 28, 2023

**$3.34**
40 shares at $0.0835

**Meta Materials Limit Buy**
Nov 28, 2023

**$3.34**
40 shares at $0.0835

**Meta Materials Limit Buy**
Nov 28, 2023

**$0.83**
10 shares at $0.083

**Meta Materials Limit Buy**
Nov 28, 2023

**$1.65**
20 shares at $0.0825

**Meta Materials Limit Buy**
Nov 28, 2023

**$0.66**
8 shares at $0.0825

**Meta Materials Limit Buy**
Nov 28, 2023

**$0.17**
2 shares at $0.085

Refine Results

Account

Type

Search

| | |
|---|---|
| **Meta Materials Limit Buy**<br>Nov 27, 2023 | **$0.82**<br>10 shares at $0.082 |
| **Meta Materials Limit Buy**<br>Nov 27, 2023 | **$0.25**<br>3 shares at $0.0833 |
| **Meta Materials Limit Buy**<br>Nov 27, 2023 | **$0.57**<br>7 shares at $0.0814 |
| **Meta Materials Limit Buy**<br>Nov 27, 2023 | **$4.77**<br>59 shares at $0.0808 |
| **Meta Materials Limit Buy**<br>Nov 27, 2023 | **$0.08**<br>1 share at $0.08 |
| **Meta Materials Limit Buy**<br>Nov 27, 2023 | **$0.16**<br>2 shares at $0.08 |
| **Meta Materials Limit Buy**<br>Nov 27, 2023 | **$0.24**<br>3 shares at $0.08 |
| **Meta Materials Limit Buy**<br>Nov 27, 2023 | **$0.32**<br>4 shares at $0.08 |
| **Meta Materials Limit Buy**<br>Nov 27, 2023 | **$0.40**<br>5 shares at $0.08 |
| **Meta Materials Limit Buy**<br>Nov 27, 2023 | **$0.40**<br>5 shares at $0.08 |
| **Meta Materials Limit Buy**<br>Nov 27, 2023 | **$0.32**<br>4 shares at $0.08 |
| **Meta Materials Limit Buy**<br>Nov 27, 2023 | **$0.24**<br>3 shares at $0.08 |
| **Meta Materials Limit Buy**<br>Nov 27, 2023 | **$0.16**<br>2 shares at $0.08 |
| **Meta Materials Limit Buy**<br>Nov 27, 2023 | **$0.08**<br>1 share at $0.08 |

**Refine Results**

Account

Type

Search

**Meta Materials Limit Buy**
Nov 27, 2023
**$0.89**
11 shares at $0.0809

**Meta Materials Limit Buy**
Nov 27, 2023
**$0.16**
2 shares at $0.08

**Meta Materials Limit Buy**
Nov 27, 2023
**$0.32**
4 shares at $0.08

**Meta Materials Limit Buy**
Nov 27, 2023
**$1.60**
20 shares at $0.08

**Meta Materials Limit Buy**
Nov 27, 2023
**$8.02**
100 shares at $0.0802

**Meta Materials Limit Buy**
Nov 27, 2023
**$0.16**
2 shares at $0.08

**Meta Materials Limit Buy**
Nov 27, 2023
**$1.72**
21 shares at $0.0819

**Meta Materials Limit Buy**
Nov 27, 2023
**$0.16**
2 shares at $0.08

**Meta Materials Limit Buy**
Nov 27, 2023
**$4.95**
60 shares at $0.0825

**Meta Materials Limit Buy**
Nov 27, 2023
**$4.98**
60 shares at $0.083

**Meta Materials Limit Buy**
Nov 22, 2023
**$19.04**
241 shares at $0.079

**Meta Materials Limit Buy**
Nov 22, 2023
**$0.24**
3 shares at $0.08

**Meta Materials Limit Buy**
Nov 22, 2023
**$0.16**
2 shares at $0.08

**Meta Materials Limit Buy**
Nov 22, 2023
**$0.08**
1 share at $0.08

**Meta Materials Limit Buy**
Nov 22, 2023

**$0.08**
1 share at $0.08

---

**Meta Materials Limit Buy**
Nov 22, 2023

**$0.16**
2 shares at $0.08

---

**Meta Materials Limit Buy**
Nov 22, 2023

**$0.24**
3 shares at $0.08

---

**Meta Materials Limit Buy**
Nov 22, 2023

**$15.75**
200 shares at $0.0788

---

**Meta Materials Limit Buy**
Nov 22, 2023

**$3.86**
50 shares at $0.0772

---

**Meta Materials Limit Buy**
Nov 22, 2023

**$25.15**
327 shares at $0.0769

---

**Meta Materials Limit Buy**
Nov 22, 2023

**$24.68**
321 shares at $0.0769

---

**Meta Materials Limit Buy**
Oct 4, 2023

**$0.44**
2 shares at $0.22

---

**Meta Materials Limit Buy**
Oct 4, 2023

**$0.22**
1 share at $0.22

---

**Meta Materials Limit Buy**
Oct 4, 2023

**$0.22**
1 share at $0.22

---

**Meta Materials Limit Buy**
Oct 4, 2023

**$8.92**
41 shares at $0.2176

---

**Meta Materials Limit Buy**
Sep 28, 2023

**$0.81**
4 shares at $0.2025

---

**Meta Materials Limit Buy**
Sep 28, 2023

**$8.98**
44 shares at $0.2041

---

**Meta Materials Limit Buy**
Sep 28, 2023

**$0.42**
2 shares at $0.21

---

Refine Results

Account

Type

Search

**Meta Materials Limit Buy**
Sep 28, 2023

**$10.50**
50 shares at $0.21

**Meta Materials Limit Buy**
Sep 27, 2023

**$0.63**
3 shares at $0.21

**Meta Materials Limit Buy**
Sep 27, 2023

**$0.43**
2 shares at $0.215

**Meta Materials Limit Buy**
Sep 27, 2023

**$0.43**
2 shares at $0.215

**Meta Materials Limit Buy**
Sep 27, 2023

**$46.83**
217 shares at $0.2158

**Meta Materials Limit Buy**
Sep 27, 2023

**$24.81**
114 shares at $0.2176

**Meta Materials Limit Buy**
Sep 27, 2023

**$38.52**
177 shares at $0.2176

**Meta Materials Limit Buy**
Sep 27, 2023

**$50.09**
225 shares at $0.2226

**Meta Materials Limit Buy**
Sep 27, 2023

**$49.95**
224 shares at $0.223

**Meta Materials Limit Buy**
Sep 27, 2023

**$50.17**
226 shares at $0.222

**Meta Materials Limit Buy**
Sep 27, 2023

**$23.70**
105 shares at $0.2257

**Meta Materials Limit Buy**
Sep 26, 2023

**$24.98**
118 shares at $0.2117

**Meta Materials Limit Buy**
Sep 25, 2023

**$0.21**
1 share at $0.21

**Meta Materials Limit Buy**
Sep 25, 2023

**$2.75**
13 shares at $0.2115

---

**Refine Results**

Account

Type

Search

---

**Meta Materials Limit Buy**                                      **$49.91**
Sep 25, 2023                                      236 shares at $0.2115

**Meta Materials Limit Buy**                                      **$49.89**
Sep 25, 2023                                      236 shares at $0.2114

**Meta Materials Limit Buy**                                      **$99.85**
Sep 22, 2023                                      489 shares at $0.2042

**Meta Materials Limit Buy**                                      **$74.96**
Sep 22, 2023                                      369 shares at $0.2031

**Meta Materials Limit Buy**                                      **$99.88**
Sep 22, 2023                                      493 shares at $0.2026

**Meta Materials Limit Buy**                                      **$49.96**
Sep 22, 2023                                      245 shares at $0.2039

**Meta Materials Limit Buy**                                      **$24.99**
Sep 22, 2023                                      123 shares at $0.2032

**Meta Materials Limit Buy**                                      **$99.87**
Sep 22, 2023                                      491 shares at $0.2034

**Meta Materials Limit Buy**                                      **$49.99**
Sep 22, 2023                                      246 shares at $0.2032

**Meta Materials Limit Buy**                                      **$49.91**
Sep 22, 2023                                      246 shares at $0.2029

**Meta Materials Limit Buy**                                      **$0.38**
Apr 26, 2023                                      2 shares at $0.19

**Meta Materials Limit Buy**                                      **$9.47**
Apr 26, 2023                                      50 shares at $0.1894

**Meta Materials Limit Buy**                                      **$8.87**
Apr 24, 2023                                      43 shares at $0.2063

**Meta Materials Limit Buy**                                      **$20.63**
Apr 24, 2023                                      100 shares at $0.2063

| Refine Results |
| Account |
| Type |
| Search |

**Meta Materials Limit Buy**
Apr 21, 2023

**$0.56**
3 shares at $0.1867

---

**Meta Materials Limit Buy**
Apr 21, 2023

**$9.27**
50 shares at $0.1854

---

**Meta Materials Limit Buy**
Apr 20, 2023

**$0.39**
2 shares at $0.195

---

**Meta Materials Limit Buy**
Apr 20, 2023

**$2.52**
13 shares at $0.1938

---

**Meta Materials Limit Buy**
Apr 20, 2023

**$24.28**
125 shares at $0.1942

---

**Meta Materials Limit Buy**
Apr 20, 2023

**$0.78**
4 shares at $0.195

---

**Meta Materials Limit Buy**
Apr 20, 2023

**$19.11**
98 shares at $0.195

---

**Meta Materials Limit Buy**
Apr 20, 2023

**$0.58**
3 shares at $0.1933

---

**Meta Materials Limit Buy**
Apr 20, 2023

**$0.97**
5 shares at $0.194

---

**Meta Materials Limit Buy**
Apr 20, 2023

**$23.40**
120 shares at $0.195

---

**Meta Materials Limit Buy**
Apr 18, 2023

**$28.16**
130 shares at $0.2166

---

**Meta Materials Limit Buy**
Apr 17, 2023

**$0.44**
2 shares at $0.22

---

**Meta Materials Limit Buy**
Apr 17, 2023

**$2.20**
10 shares at $0.22

---

**Meta Materials Limit Buy**
Apr 17, 2023

**$33.08**
150 shares at $0.2205

---

| Refine Results |
| --- |
| Account |
| Type |
| Search |

**Meta Materials Limit Buy**
Apr 17, 2023

**$49.75**
224 shares at $0.2221

---

**Meta Materials Limit Buy**
Apr 17, 2023

**$114.90**
500 shares at $0.2298

---

**Meta Materials Limit Buy**
Apr 17, 2023

**$7.62**
33 shares at $0.2309

---

**Meta Materials Limit Buy**
Apr 17, 2023

**$116.00**
500 shares at $0.232

---

**Meta Materials Limit Buy**
Apr 17, 2023

**$92.80**
400 shares at $0.232

---

**Meta Materials Limit Buy**
Apr 17, 2023

**$23.09**
100 shares at $0.2309

---

**Meta Materials Stop Loss Buy**
Apr 17, 2023

**Canceled**

---

**Meta Materials Limit Buy**
Apr 16, 2023

**Canceled**

---

**Meta Materials Limit Buy**
Apr 16, 2023

**Canceled**

---

**Meta Materials Limit Buy**
Apr 16, 2023

**Canceled**

---

**Meta Materials Limit Buy**
Apr 16, 2023

**Canceled**

---

**MMAT Preferred Shares Limit Sell**
Dec 7, 2022

**Canceled**

---

**MMAT Preferred Shares Limit Sell**
Dec 7, 2022

**Canceled**

---

**MMAT Preferred Shares Limit Sell**
Dec 7, 2022

**Canceled**

---

**MMAT Preferred Shares Limit Sell**
Dec 7, 2022

**Canceled**

---

Refine Results

Account

Type

Search

**MMAT Preferred Shares Limit Sell**
Dec 1, 2022                                          Canceled

**MMAT Preferred Shares Limit Sell**
Dec 1, 2022                                          Canceled

**MMAT Preferred Shares Limit Sell**
Dec 1, 2022                                          Canceled

**MMAT Preferred Shares Limit Sell**
Nov 21, 2022                                         Canceled

**MMAT Preferred Shares Limit Sell**
Nov 15, 2022                                         Rejected

**MMAT Preferred Shares Limit Sell**
Nov 15, 2022                                         Rejected

**MMAT Preferred Shares Limit Sell**
Nov 15, 2022                                         Rejected

**MMAT Preferred Shares Limit Sell**
Nov 15, 2022                                         Rejected

**MMAT Preferred Shares Limit Sell**
Nov 15, 2022                                         Rejected

**MMAT Preferred Shares Limit Sell**
Nov 4, 2022                                          Canceled

**Meta Materials Market Buy**                        **$101.09**
Aug 9, 2021                          29.402181 shares at $3.44

**Meta Materials Market Buy**                        **$83.36**
Jul 6, 2021                          10.783958 shares at $7.73

**Meta Materials Market Buy**                        **$171.41**
Jul 2, 2021                                  25 shares at $6.86

**Meta Materials Market Buy**                        **$372.45**
Jul 1, 2021                                  50 shares at $7.45

**Meta Materials Market Buy**                        **$372.89**
Jul 1, 2021                                  50 shares at $7.46

| Refine Results |
| --- |
| Account |
| Type |
| Search |

**Meta Materials Market Buy**
Jun 28, 2021

**$401.00**
50 shares at $8.02

**Torchlight Energy Resources Market Sell**
Jun 23, 2021

**$478.07**
96.774991 shares at $4.94

**Torchlight Energy Resources Market Sell**
Jun 23, 2021

**$1,420.00**
250 shares at $5.68

**Torchlight Energy Resources Market Buy**
Jun 9, 2021

**$63.10**
19.36102 shares at $3.26

**Torchlight Energy Resources Market Buy**
Jun 9, 2021

**$33.29**
10 shares at $3.33

**Torchlight Energy Resources Market Buy**
May 11, 2021

**$32.33**
16.165513 shares at $2.00

**Torchlight Energy Resources Market Buy**
May 11, 2021

**$19.88**
10 shares at $1.99

**Torchlight Energy Resources Market Buy**
May 11, 2021

**$19.88**
10 shares at $1.99

**Torchlight Energy Resources Market Buy**
May 11, 2021

**$19.65**
10 shares at $1.97

**Torchlight Energy Resources Market Buy**
May 11, 2021

**$49.93**
26.073107 shares at $1.92

**Torchlight Energy Resources Market Buy**
May 11, 2021

**$51.61**
26.810389 shares at $1.93

**Torchlight Energy Resources Market Buy**
May 11, 2021

**$25.00**
13.091746 shares at $1.91

**Torchlight Energy Resources Market Buy**
May 11, 2021

**$25.00**
13.262599 shares at $1.89

**Torchlight Energy Resources Market Buy**
May 10, 2021

**$136.58**
67.115479 shares at $2.04

**Refine Results**

Account

Type

Search

**Torchlight Energy Resources Limit Buy**
May 10, 2021                                                    Canceled

---

**Torchlight Energy Resources Market Sell**                    $406.00
May 10, 2021                                        200 shares at $2.03

---

**Torchlight Energy Resources Limit Buy**                      $200.90
May 10, 2021                                         98 shares at $2.05

---

**Torchlight Energy Resources Market Buy**                       $1.60
May 10, 2021                                   0.778588 shares at $2.06

---

**Torchlight Energy Resources Limit Buy**
May 10, 2021                                                    Canceled

---

**Torchlight Energy Resources Market Buy**                     $118.84
May 10, 2021                                   57.68932 shares at $2.06

---

**Torchlight Energy Resources Limit Buy**
May 10, 2021                                                    Canceled

---

**Torchlight Energy Resources Limit Buy**
May 10, 2021                                                    Canceled

---

**Torchlight Energy Resources Market Buy**                      $50.74
May 10, 2021                                         25 shares at $2.03

---

**Torchlight Energy Resources Market Buy**                      $50.95
May 10, 2021                                         25 shares at $2.04

---

**Torchlight Energy Resources Market Buy**                     $202.81
May 10, 2021                                        100 shares at $2.03

---

**Torchlight Energy Resources Market Sell**                    $209.50
May 10, 2021                                        100 shares at $2.10

---

**Torchlight Energy Resources Market Sell**                    $416.00
May 10, 2021                                        200 shares at $2.08

---

**Torchlight Energy Resources Market Buy**                     $199.00
May 7, 2021                                    93.42723 shares at $2.13

---

Refine Results

---

Account

Type

Search

**Torchlight Energy Resources Market Buy**                                    **$0.63**
May 7, 2021                                                    0.300004 shares at $2.10

---

**Torchlight Energy Resources Market Buy**                                   **$49.84**
May 7, 2021                                                   23.733333 shares at $2.10

---

**Torchlight Energy Resources Market Buy**                                  **$212.00**
May 7, 2021                                                        100 shares at $2.12

---

**Torchlight Energy Resources Market Buy**                                   **$30.90**
May 7, 2021                                                         15 shares at $2.06

---

**Torchlight Energy Resources Market Buy**                                  **$102.25**
May 7, 2021                                                         50 shares at $2.05

---

**Torchlight Energy Resources Market Buy**                                  **$102.50**
May 7, 2021                                                         50 shares at $2.05

---

**Torchlight Energy Resources Market Buy**                                  **$100.75**
May 7, 2021                                                         50 shares at $2.02

---

**Torchlight Energy Resources Market Buy**                                  **$201.76**
May 7, 2021                                                        100 shares at $2.02

---

**Torchlight Energy Resources Market Buy**                                   **$71.30**
Apr 27, 2021                                                 34.444444 shares at $2.07

---

**Torchlight Energy Resources Market Buy**                                   **$11.86**
Apr 26, 2021                                                   6.02547 shares at $1.97

---

**Agenus Market Sell**                                                        **$3.17**
Apr 26, 2021                                                          1 share at $3.17

---

**Coinbase Market Sell**                                                      **$8.62**
Apr 26, 2021                                                 0.028665 shares at $300.72

---

**Coinbase Market Sell**                                                    **Canceled**
Apr 20, 2021

---

**Torchlight Energy Resources Market Buy**                                   **$12.00**
Apr 19, 2021                                                   7.36621 shares at $1.63

---

**Refine Results**

Account

Type

Search

**Torchlight Energy Resources Market Buy**      **$60.00**
Apr 19, 2021      36.923076 shares at $1.63

**Torchlight Energy Resources Market Buy**      **$30.00**
Apr 19, 2021      18.691588 shares at $1.61

**Torchlight Energy Resources Market Buy**      **$20.00**
Apr 19, 2021      12.423791 shares at $1.61

**Torchlight Energy Resources Market Buy**      **$9.18**
Apr 19, 2021      6.000064 shares at $1.53

**Torchlight Energy Resources Market Buy**      **$10.00**
Apr 19, 2021      7.04601 shares at $1.42

**Torchlight Energy Resources Market Buy**      **$10.00**
Apr 19, 2021      7.04601 shares at $1.42

~~**Coinbase Market Buy**~~      ~~**$10.00**~~
Apr 14, 2021      0.028665 shares at $348.86

**Refine Results**

Account

Type

Search