NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | | PROOF OF INTEREST |
|---|---|---|

**Name of Debtor:** META MATERIALS, INC

**Case Number:** 24-50792

1. **Name and address of holder of the Equity Interest** (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

   Joshua Williams
   878 Linden Ave
   Long Beach, CA 90813

   **Telephone Number:** 323) 545-7364

   ☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

   ☒ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

   ☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

   **RECEIVED AND FILED**
   **DEC 10 2024**
   **U.S. BANKRUPTCY COURT**
   **MARY A. SCHOTT, CLERK**

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

**COURT USE ONLY**

**Account or other number by which Interest holder identifies Debtor:**
Webull   Robin Hood
5MS-90557-17 & 153151006

**Check here if this claim:**
☐ replaces a previously filed Proof of Interest dated: _____
☐ amends a previously filed Proof of Interest dated: _____

2. **Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:**
   Webull 44 Wall Street, 2nd floor, New York, NY 10005
   Robin Hood 500 Colonial Center Parkway Suite 100,
   **Telephone Number:** Lake Mary, FL 32746
   Webull 888)828-0618   Robin Hood (650)761-7789

3. **Date Equity Interest was acquired:**
   Between 6-22-21 & 9-8-21
   See Attached Documentation

4. **Total amount of member interest:** 12,195 Shares for $245,851.20

5. **Certificate number(s):** See Attached Documentation

6. **Type of Equity Interest:**
   Please indicate the type of Equity Interest you hold:
   ☒ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
   ☐ Check this box if your Equity Interest is based on anything else and describe that interest:
   **Description:** Investor

7. **Supporting Documents:** Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
   DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. **Date-Stamped Copy:** To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

9. **Signature:**
   Check the appropriate box.
   ☒ I am the creditor.   ☐ I am the creditor's authorized agent.   ☐ I am the trustee, or the debtor,   ☐ I am a guarantor, surety, endorser, or other codebtor.
   (Attach copy of power of attorney, if any.)   or their authorized agent.   (See Bankruptcy Rule 3005.)
   (See Bankruptcy Rule 3004.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

**Print Name:** Joshua Williams
**Title:**
**Company:** Address and telephone number (if different from notice address above):

(Signature)   12-7-24   (Date)

**Telephone number:** 323)545-7364   **email:** joshua.willyams@gmail.com

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

PROOF OF INTEREST SUPPLEMENTAL INFORMATION:

CASE: 24-50792, META MATERIALS, INC.

FOR: Joshua Williams

BROKER: WEBULL  ACCT # 5MS-90557-17

TRANSACTIONS (PRE-REVERSE SPLIT)

6/22/21 PURCHASED 1,290 TRCH SHARES $7.75 PER SHARE  $9,997.50 INVESTED

6/22/21 PURCHASED 1,000 TRCH SHARES $9.3894 PER SHARE  $9,389.40 INVESTED

6/22/21 PURCHASED 6,000 TRCH SHARES $10.7571470 PER SHARE  $64,542.88 INVESTED

I TOOK THESE 8,290 SHARES WITH AN AVERAGE SHARE PRICE OF $10.12, I THEN DIVIDED 8,290 BY TWO TO GET 4,145 SHARES OF MMAT POST-SPLIT AT $10.12 X 2 = $20.24 PER SHARE

MY DOCUMENTATION REFLECTS I RECEIVED AN ADDITIONAL 105 MMAT SHARES DURING THE REVERSE SPLIT BUT I DIDN'T INCLUDE THOSE SINCE IM NOT SURE WHY I HAD THEM.

ALL 4,145 SHARES WERE SOLD ON 12/7/21 AT A PRICE OF $3.09 PER SHARE = $12,808.05

A LOSS OF $71,086.75

BROKER: ROBIN HOOD  ACCT # 153151006

PLEASE SEE THE INCLUDED DOCUMENTATION AS ROBIN HOOD GROUPED ALL PRE-REVERSE SPLIT TRANSACTIONS THAT WERE TRCH (4,550 SHARES) AND POST-REVERSE MERGER MMAT (3,500 SHARES) TRANSACTIONS TOGETHER

THE CALCULATIONS ARE ACCURATE TO THE BEST OF MY KNOWLEDGE BUT ALL THE DOCUMENTATION THAT I USED IS INCLUDED

I TOOK THE 8,050 SHARES REFLECTED ON THE ROBIN PAGE (42) AT A COST BASIS OF $162,006.73 = $20.12

I INCLUDED ROBIN HOOD PAGE (101) THAT SHOWS I RECEIVED 16,151 SERIES A SHARES WHICH MEANS THAT I HELD 16,151 SHARES OF TRCH PRE-REVERSE MERGER

I SUBTRACTED MY $136,245.45 LOSS FROM MY $162,006.73 COST BASIS TO GET $25,760.89

I THEN DIVIDED $25,760.89 BY 8,050 SHARES TO DETERMINE MY AVEREGE MMAT SALE PRICE OF $3.20

A LOSS OF $136,245.84

I CURRENTLY HOLD ZERO SHARES OF MMAT, I SOLD ALL 12,195 SHARES REFERENCED ABOVE IN DECEMBER 2021.



# Webull
Webull Financial LLC

Account cleared by Apex Clearing Corporation
350 N. St. Paul Street 1300
Dallas, Texas 75201

**Account Number: 5MS-90557**  **Account Name: JOSHUA WILLIAMS**

| Acct Type | B/S | Trade Date | Settle Date | QTY | SYM | PRICE | Principal | COMM | Tran Fee | Add'l Fees | Tag Number | Net Amount | Trade# | MKT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | B | 06/22/21 | 06/24/21 | 6,000 | TRCH | 10.7571470 | 64,542.88 | 0.00 | 0.00 | 0.00 | H5693 | 64,542.88 | WEA0624 | 6 |
| Desc: TORCHLIGHT ENERGY RESOURCES INC | | | | | | | | | | Interest/STTax: 0.00 | CUSIP: | 89102U103 | | |
| Currency: USD | | | ReportedPX: | | | | | | MarkUp/Down: | | | | | |
| Trailer: | | | | | | | | | | | | | | |
| 1 | B | 06/22/21 | 06/24/21 | 1,000 | TRCH | 9.3894000 | 9,389.40 | 0.00 | 0.00 | 0.00 | H6770 | 9,389.40 | WEA0624 | 6 |
| Desc: TORCHLIGHT ENERGY RESOURCES INC | | | | | | | | | | Interest/STTax: 0.00 | CUSIP: | 89102U103 | | |
| Currency: USD | | | ReportedPX: | | | | | | MarkUp/Down: | | | | | |
| Trailer: | | | | | | | | | | | | | | |
| 1 | B | 06/22/21 | 06/24/21 | 1,290 | TRCH | 7.7500000 | 9,997.50 | 0.00 | 0.00 | 0.00 | X5980 | 9,997.50 | WEA0624 | 6 |
| Desc: TORCHLIGHT ENERGY RESOURCES INC | | | | | | | | | | Interest/STTax: 0.00 | CUSIP: | 89102U103 | | |
| Currency: USD | | | ReportedPX: | | | | | | MarkUp/Down: | | | | | |
| Trailer: | | | | | | | | | | | | | | |
| 1 | S | 06/22/21 | 06/24/21 | 6,851 | TRCH | 11.3951290 | 78,068.03 | 0.00 | 1.22 | 0.00 | E5540 | 78,066.81 | WEA0624 | 6 |
| Desc: TORCHLIGHT ENERGY RESOURCES INC | | | | | | | | | | Interest/STTax: 0.00 | CUSIP: | 89102U103 | | |
| Currency: USD | | | ReportedPX: | | | | | | MarkUp/Down: | | | | | |
| Trailer: | | | | | | | | | | | | | | |
| 1 | S | 06/22/21 | 06/24/21 | 31 | TRCH | 11.4000000 | 353.40 | 0.00 | 0.02 | 0.00 | E7722 | 353.38 | WEA0624 | 6 |
| Desc: TORCHLIGHT ENERGY RESOURCES INC | | | | | | | | | | Interest/STTax: 0.00 | CUSIP: | 89102U103 | | |
| Currency: USD | | | ReportedPX: | | | | | | MarkUp/Down: | | | | | |
| Trailer: | | | | | | | | | | | | | | |

SUMMARY FOR CURRENT TRADE DATE: 06/22/21
TOTAL SHARES BOUGHT: 8,290.00    TOTAL DOLLARS BOUGHT: -83,929.78
TOTAL SHARES SOLD: -7,073.00    TOTAL DOLLARS SOLD: 88,799.05

# Webull Financial LLC

44 Wall Street, New York, NY 10005
customerservice@webull.us

June 1, 2021 - June 30, 2021

PAGE 9 OF 14

ACCOUNT NUMBER   5MS-90557-17  RR WEA

JOSHUA WILLIAMS

## ACCOUNT ACTIVITY (CONTINUED)

| TRANSACTION | DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|
| **SECURITIES RECEIVED AND DELIVERED** (continued) | | | | | | | |
| JOURNAL | 06/28/21 | O | META MATLS INC<br>COMMON STOCK<br>FROM TYPE 7 TO TYPE 1<br>FFS(107499679)<br>CUSIP: 59134N104 | -4,145 | | | |

**Total Securities Received And Delivered**

### MISCELLANEOUS TRANSACTIONS

| TRANSACTION | DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|
| REV SPLIT | 06/25/21 | C | META MATLS INC<br>COM<br>RESULT OF REVERSE SPLIT<br>CUSIP: 59134N104 | 105 | | | |
| REV SPLIT | 06/25/21 | O | META MATLS INC<br>COM<br>RESULT OF REVERSE SPLIT<br>CUSIP: 59134N104 | 4,145 | | | |
| REV SPLIT | 06/25/21 | C | TORCHLIGHT ENERGY RESOURCES INC<br>REVERSE SPLIT @ 1:2<br>INTO 59134N104<br>CUSIP: 89102U103 | -210 | | | |
| REV SPLIT | 06/25/21 | O | TORCHLIGHT ENERGY RESOURCES INC<br>REVERSE SPLIT @ 1:2<br>INTO 59134N104<br>CUSIP: 89102U103 | -8,290 | | | |

**Total Miscellaneous Transactions**

December 1, 2021 - December 31, 2021



# Webull Financial LLC

44 Wall Street, New York, NY 10
customerservice@webull.us

PAGE 2 OF 13

ACCOUNT NUMBER  5MS-90557-17  RR WEA

JOSHUA WILLIAMS

## ▶ PORTFOLIO SUMMARY

| DESCRIPTION | SYMBOL/ CUSIP | ACCOUNT TYPE | QUANTITY | PRICE | MARKET VALUE | LAST PERIOD'S MARKET VALUE | % CHANGE | EST. ANNUAL INCOME | % OF TOTAL PORTFOLIO |
|---|---|---|---|---|---|---|---|---|---|
| **EQUITIES / OPTIONS** | | | | | | | | | |
| | | | | | | | | | 6.334% |
| | | | | | | | | | 15.814 |
| META MATLS INC PFD SER A | MMTLP | C | 8,290 | 1.51 | 12,517.90 | 15,502.30 | -19 | | 62.019 |
| | | | | | | | | | 15.061 |
| **Total Equities** | | | | | **$20,028.30** | | | | **99.228%** |
| **Total Cash (Net Portfolio Balance)** | | | | | **$155.75** | | | | **0.772%** |
| **TOTAL PRICED PORTFOLIO** | | | | | **$20,184.05** | | | | |

## ▶ ACCOUNT ACTIVITY

| TRANSACTION | DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|
| **BUY / SELL TRANSACTIONS** | | | | | | | |
| SOLD | 12/07/21 | C | META MATLS INC COMMON STOCK CUSIP: 59134N104 | 4,250 | $3.09 | | $13,131.92 |

| Robinhood Securities LLC | | Account 153151006 |
|---|---|---|
| | **Proceeds from Broker and Barter Exchange Transactions** | |
| 2021   1099-B*   OMB No. 1545-0715 | (continued) | 02/11/2022 |

## SHORT TERM TRANSACTIONS FOR COVERED TAX LOTS [Ordinary gains or losses are identified in the Additional information column] (Lines 2 & 5)
Report on Form 8949, Part I with Box A checked. Basis is provided to the IRS. *(Line 12)*
"Gain or loss (-)" is NOT reported to the IRS.

**1a- Description of property/CUSIP/Symbol**

| 1c- Date sold or disposed | Quantity | 1d- Proceeds & 6- Reported (G)ross or (N)et | 1b- Date acquired | 1e- Cost or other basis | 1f- Accrued mkt disc (D) & 1g- Wash sale loss disallowed (W) | Gain or loss(-) & 7- Loss not allowed (X) also not reported (Z) | Additional information |
|---|---|---|---|---|---|---|---|

META MATERIALS INC. COMMON STOCK / CUSIP: 59134N104 / Symbol:
*20 transactions for 06/30/21. Total proceeds and cost reported to the IRS.*

| | 0.500 | 3.18 | 06/21/21 | 37.35 | 34.17 W | 0.00 | 1 of 20 - Sale [25] |
|---|---|---|---|---|---|---|---|
| | 7.500 | 47.64 | 06/21/21 | 560.53 | 512.89 W | 0.00 | 2 of 20 - Sale [25] |
| | 19.000 | 120.68 | 06/21/21 | 1,417.36 | 1,296.68 W | 0.00 | 3 of 20 - Sale [25] |
| | 7.500 | 47.64 | 06/21/21 | 464.55 | 416.91 W | 0.00 | 4 of 20 - Sale [25] |
| | 15.500 | 98.45 | 06/21/21 | 956.00 | 857.55 W | 0.00 | 5 of 20 - Sale [25] |
| | 20.000 | 127.03 | 06/21/21 | 1,236.61 | 1,109.58 W | 0.00 | 6 of 20 - Sale [25] |
| | 22.500 | 142.91 | 06/21/21 | 1,387.75 | 1,244.84 W | 0.00 | 7 of 20 - Sale [25] |
| | 23.000 | 146.08 | 06/21/21 | 1,424.64 | 1,278.56 W | 0.00 | 8 of 20 - Sale [25] |
| | 33.000 | 209.60 | 06/21/21 | 2,039.97 | 1,830.37 W | 0.00 | 9 of 20 - Sale [25] |
| | 37.000 | 235.00 | 06/21/21 | 2,291.81 | 2,056.81 W | 0.00 | 10 of 20 - Sale [25] |
| | 107.500 | 682.78 | 06/21/21 | 6,645.37 | 5,962.59 W | 0.00 | 11 of 20 - Sale [25] |
| | 150.000 | 952.72 | 06/21/21 | 9,291.14 | 8,338.42 W | 0.00 | 12 of 20 - Sale [25] |
| | 12.500 | 79.39 | 06/21/21 | 610.75 | 531.36 W | 0.00 | 13 of 20 - Sale [25] |
| | 12.500 | 79.39 | 06/21/21 | 610.75 | 531.36 W | 0.00 | 14 of 20 - Sale [25] |
| | 35.500 | 225.48 | 06/21/21 | 1,733.84 | 1,508.36 W | 0.00 | 15 of 20 - Sale [25] |

* This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. Remember, taxpayers are ultimately responsible for the accuracy of their tax return(s).

| Robinhood Securities LLC | Proceeds from Broker and Barter Exchange Transactions | Account 153151006 |
|---|---|---|
| 2021   1099-B*   OMB No. 1545-0715 | (continued) | 02/11/2022 |

**SHORT TERM TRANSACTIONS FOR COVERED TAX LOTS** [Ordinary gains or losses are identified in the Additional information column] *(Lines 2 & 5)*
Report on Form 8949, Part I with Box A checked. Basis is provided to the IRS. *(Line 12)*
"Gain or loss (-)" is NOT reported to the IRS.

**1a- Description of property/CUSIP/Symbol**

| 1c- Date sold or disposed | Quantity | 1d- Proceeds & 6- Reported (G)ross or (N)et | 1b- Date acquired | 1e- Cost or other basis | 1f- Accrued mkt disc (D) & 1g- Wash sale loss disallowed (W) | Gain or loss(-) & 7- Loss not allowed (X) also not reported (Z) | Additional information |
|---|---|---|---|---|---|---|---|
| META MATERIALS INC. COMMON STOCK / CUSIP: 59134N104 / Symbol: (cont'd) | | | | | | | |
| | 44.500 | 282.64 | 06/21/21 | 2,168.80 | 1,886.16 W | 0.00 | 16 of 20 - Sale [25] |
| | 9.500 | 60.34 | 06/21/21 | 341.43 | 281.09 W | 0.00 | 17 of 20 - Sale [25] |
| | 367.500 | 2,334.15 | 06/21/21 | 8,349.60 | 6,015.45 W | 0.00 | 18 of 20 - Sale [25] |
| | 25.000 | 158.79 | 06/21/21 | 563.50 | 404.71 W | 0.00 | 19 of 20 - Sale [25] |
| | 1,000.000 | 6,351.43 | 06/21/21 | 22,540.00 | 16,188.57 W | 0.00 | 20 of 20 - Sale [25] |
| 06/30/21 | 1,950.000 | 12,385.32 | Various | 64,671.75 | 52,286.43 W | 0.00 | Total of 20 transactions |
| *49 transactions for 12/03/21. Total proceeds and cost reported to the IRS.* | | | | | | | |
| | 550.000 | 1,759.92 | 06/21/21 | 21,234.71 | ... | -19,474.79 | 1 of 49 - Sale [25] |
| | 450.000 | 1,439.94 | 06/21/21 | 17,373.86 | ... | -15,933.92 | 2 of 49 - Sale [25] |
| | 696.000 | 2,227.10 | 06/21/21 | 15,353.76 | ... | -13,126.66 | 3 of 49 - Sale [25] |
| | 150.000 | 480.73 | 06/21/21 | 11,719.42 | ... | -11,238.69 | 4 of 49 - Sale [25] |
| | 242.500 | 776.20 | 06/21/21 | 9,435.33 | ... | -8,659.13 | 5 of 49 - Sale [25] |
| | 77.500 | 248.07 | 06/21/21 | 6,045.46 | ... | -5,797.39 | 6 of 49 - Sale [25] |
| | 304.000 | 972.76 | 06/21/21 | 6,706.24 | ... | -5,733.48 | 7 of 49 - Sale [25] |
| | 125.000 | 399.98 | 06/21/21 | 4,863.57 | ... | -4,463.59 | 8 of 49 - Sale [25] |
| | 37.000 | 118.58 | 06/21/21 | 2,890.79 | ... | -2,772.21 | 9 of 49 - Sale [25] |
| | 44.500 | 142.44 | 06/21/21 | 2,889.19 | ... | -2,746.75 | 10 of 49 - Sale [25] |
| | 33.000 | 105.76 | 06/21/21 | 2,574.19 | ... | -2,468.43 | 11 of 49 - Sale [25] |
| | 30.000 | 96.14 | 06/21/21 | 2,340.18 | ... | -2,244.04 | 12 of 49 - Sale [25] |
| | 35.500 | 113.63 | 06/21/21 | 2,308.53 | ... | -2,194.90 | 13 of 49 - Sale [25] |
| | 23.000 | 73.71 | 06/21/21 | 1,796.98 | ... | -1,723.27 | 14 of 49 - Sale [25] |
| | 22.500 | 72.02 | 06/21/21 | 1,751.99 | ... | -1,679.97 | 15 of 49 - Sale [25] |
| | 19.000 | 60.89 | 06/21/21 | 1,724.94 | ... | -1,664.05 | 16 of 49 - Sale [25] |
| | 20.000 | 64.02 | 06/21/21 | 1,560.38 | ... | -1,496.36 | 17 of 49 - Sale [25] |
| | 75.000 | 239.99 | 06/21/21 | 1,627.50 | ... | -1,387.51 | 18 of 49 - Sale [25] |
| | 15.500 | 49.61 | 06/21/21 | 1,206.92 | ... | -1,157.31 | 19 of 49 - Sale [25] |
| | 25.000 | 80.00 | 06/21/21 | 968.21 | ... | -888.21 | 20 of 49 - Sale [25] |
| | 12.500 | 40.01 | 06/21/21 | 813.11 | ... | -773.10 | 21 of 49 - Sale [25] |
| | 12.500 | 40.01 | 06/21/21 | 813.11 | ... | -773.10 | 22 of 49 - Sale [25] |
| | 7.500 | 24.04 | 06/21/21 | 681.94 | ... | -657.90 | 23 of 49 - Sale [25] |
| | 7.500 | 24.01 | 06/21/21 | 585.96 | ... | -561.95 | 24 of 49 - Sale [25] |
| | 25.000 | 80.00 | 06/21/21 | 563.50 | ... | -483.50 | 25 of 49 - Sale [25] |
| | 9.500 | 30.41 | 06/21/21 | 495.22 | ... | -464.81 | 26 of 49 - Sale [25] |
| | 0.500 | 1.60 | 06/21/21 | 45.44 | ... | -43.84 | 27 of 49 - Sale [25] |

* This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. Remember, taxpayers are ultimately responsible for the accuracy of their tax return(s).

| Robinhood Securities LLC | | | | | | Account 153151006 |
|---|---|---|---|---|---|---|
| | | **Proceeds from Broker and Barter Exchange Transactions** | | | | |
| 2021  1099-B*  OMB No. 1545-0715 | | (continued) | | | | 02/11/2022 |

**SHORT TERM TRANSACTIONS FOR COVERED TAX LOTS** [Ordinary gains or losses are identified in the Additional information column] (Lines 2 & 5)
Report on Form 8949, Part I with Box A checked. Basis is provided to the IRS. (Line 12)
"Gain or loss (-)" is NOT reported to the IRS.

| 1a- Description of property/CUSIP/Symbol | | | | | | |
|---|---|---|---|---|---|---|
| 1c- Date sold or disposed | Quantity | 1d- Proceeds & 6- Reported (G)ross or (N)et | 1b- Date acquired | 1e- Cost or other basis | 1f- Accrued mkt disc (D) & 1g- Wash sale loss disallowed (W) | Gain or loss(-) & 7- Loss not allowed (X) also not reported (Z)  Additional information |
| META MATERIALS INC. COMMON STOCK / CUSIP: 59134N104 / Symbol:  (cont'd) | | | | | | |
| | 500.000 | 1,599.93 | 06/22/21 | 9,840.00 | ... | -8,240.07  28 of 49 - Sale [25] |
| | 175.000 | 559.98 | 06/22/21 | 3,444.00 | ... | -2,884.02  29 of 49 - Sale [25] |
| | 140.000 | 447.98 | 06/22/21 | 2,752.40 | ... | -2,304.42  30 of 49 - Sale [25] |
| | 110.000 | 351.99 | 06/22/21 | 2,167.00 | ... | -1,815.01  31 of 49 - Sale [25] |
| | 100.000 | 319.99 | 06/22/21 | 1,968.00 | ... | -1,648.01  32 of 49 - Sale [25] |
| | 100.000 | 319.99 | 06/22/21 | 1,966.00 | ... | -1,646.01  33 of 49 - Sale [25] |
| | 81.000 | 259.19 | 06/22/21 | 1,594.08 | ... | -1,334.89  34 of 49 - Sale [25] |
| | 69.000 | 220.79 | 06/22/21 | 1,357.92 | ... | -1,137.13  35 of 49 - Sale [25] |
| | 55.000 | 175.99 | 06/22/21 | 1,081.30 | ... | -905.31  36 of 49 - Sale [25] |
| | 50.000 | 159.99 | 06/22/21 | 984.00 | ... | -824.01  37 of 49 - Sale [25] |
| | 50.000 | 159.99 | 06/22/21 | 984.00 | ... | -824.01  38 of 49 - Sale [25] |
| | 50.000 | 159.99 | 06/22/21 | 983.00 | ... | -823.01  39 of 49 - Sale [25] |
| | 20.000 | 64.00 | 06/22/21 | 393.60 | ... | -329.60  40 of 49 - Sale [25] |
| | 1,159.000 | 3,708.64 | 08/02/21 | 3,998.55 | ... | -289.91  41 of 49 - Sale [25] |
| | 41.000 | 131.19 | 08/09/21 | 141.45 | ... | -10.26  42 of 49 - Sale [25] |
| | 700.000 | 2,239.90 | 08/17/21 | 2,065.00 | ... | 174.90  43 of 49 - Sale [25] |
| | 1,000.000 | 3,199.87 | 08/17/21 | 2,970.00 | ... | 229.87  44 of 49 - Sale [25] |
| | 200.000 | 639.97 | 09/08/21 | 982.00 | ... | -342.03  45 of 49 - Sale [25] |
| | 162.000 | 518.38 | 09/08/21 | 795.42 | ... | -277.04  46 of 49 - Sale [25] |
| | 100.000 | 319.98 | 09/08/21 | 491.00 | ... | -171.02  47 of 49 - Sale [25] |
| | 100.000 | 319.99 | 09/08/21 | 491.00 | ... | -171.01  48 of 49 - Sale [25] |
| | 38.000 | 121.60 | 09/08/21 | 186.58 | ... | -64.98  49 of 49 - Sale [25] |
| 12/03/21 | 8,050.000 | 25,760.89 | Various | 162,006.73 | ... | -136,245.84  Total of 49 transactions |
| | Security total: | 38,146.21 | | 226,678.48 | 52,286.43 W | -136,245.84 |

* This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. Remember, taxpayers are ultimately responsible for the accuracy of their tax return(s).

| Robinhood Securities LLC | | | | | Account | 153151006 |
|---|---|---|---|---|---|---|
| 2021 | | **Non-Reportable Actions** | | | 02/11/2022 | |

| Security Description | CUSIP and/or symbol | Date | Quantity | Amount | Transaction type | Notes |
|---|---|---|---|---|---|---|
| META METALS INC PREFERRED (SERIES A) | 59134N203 | 07/07/21 | 16,151.00 | 0.00 | Stock spinoff | |