NVB 3001 (Effective 1/21)

# UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA

**PROOF OF INTEREST**

**Name of Debtor:** META MATERIALS INC

**Case Number:** 24-50792-hlb

1. **Name and address of holder of the Equity Interest** (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

   TREVOR BLACK
   12 CARDIGAN PLACE
   STONEY CREEK, ONTARIO
   CANADA, L8E 6C3

   **Telephone Number:** (905) 512-7606

   ☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

   ☐ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

   ☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

**RECEIVED AND FILED**
DEC 10 2024
U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

**COURT USE ONLY**

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

**Account or other number by which Interest holder identifies Debtor:** 669 181 28

**Check here if this claim:**
☐ replaces a previously filed Proof of Interest dated: _____
☐ amends a previously filed Proof of Interest dated: _____

2. **Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:**
   RBC DIRECT INVESTING INC. ROYAL BANK PLAZA, 200 BAY ST. TORONTO, ON
   **Telephone Number:** 1800-769-1255

3. **Date Equity Interest was acquired:**
   SEE ATTACHED. MMAT-2

4. **Total amount of member interest:** MMAT-2

5. **Certificate number(s):** _____

6. **Type of Equity Interest:**
   Please indicate the type of Equity Interest you hold:
   ☑ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
   ☐ Check this box if your Equity Interest is based on anything else and describe that interest:
   **Description:** INVESTOR

7. **Supporting Documents:** Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
   DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. **Date-Stamped Copy:** To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

9. **Signature:**
Check the appropriate box.
☑ I am the creditor.  ☐ I am the creditor's authorized agent. (Attach copy of power of attorney, if any.)  ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)  ☐ I am a guarantor, surety, endorser, or other codebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

**Print Name:** TREVOR BLACK
**Title:**
**Company:** Address and telephone number (if different from notice address above):

(Signature)   December 6, 2024 (Date)

Telephone number:    email:

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

# Holdings

December 5, 2024

Select an account, goal or group

**66918128 - Investment**

Previous Day | Intraday

| Trailing 12 Mo Return[2] | Unrealized Gain/Loss | | Combined Book Cost | | Combined Total | | Combined Margin[6] | |
|---|---|---|---|---|---|---|---|---|
| N/A | CAD | -0.14 | CAD | 0.14 | CAD | 0.00 | CAD | N/A |
| | | -99.86% | USD | 0.10 | USD | 0.00 | USD | N/A |

| CURRENCY | CASH | INVESTMENTS[5] | SHORT | TOTAL |
|---|---|---|---|---|
| CAD | 0.00 | 0.00 | N/A | 0.00 |
| USD | 0.00 | 0.00 | N/A | 0.00 |

Balances as of Dec 5, 2024 3:43:53 PM ET  |  View Exchange Rates [1]

View holdings by: Settlement Currency  [Go]    Values displayed in: Settlement Currency  [Go]

As of Dec. 5, 2024 at 3:43 PM ET. Some quotes may be delayed.

## CAD Holdings

Intraday Change in CAD (%): 0.00 (0.00%)
Total Book Cost in CAD: 0.07
Total Market Value in CAD: 0.00

### Common Shares

| SYMBOL/NAME | QUANTITY | AVERAGE COST | LAST PRICE | CHANGE $(%) | BOOK COST | MARKET VALUE | UNREALIZED GAIN/LOSS $(%) |
|---|---|---|---|---|---|---|---|
| MMATQ META MATERIALS INC COMMON STOCK | 1 | 0.07 | 0.0001 | 0.00 (0.00%) | 0.07 | 0.00 | -0.07 (-99.86%) |
| | | | | Sub Total in CAD: | 0.07 | 0.00 | -0.07 (-99.86%) |

As of Dec. 5, 2024 at 3:43 PM ET. Some quotes may be delayed.

## USD Holdings

Intraday Change in USD (%): 0.00 (0.00%)
Total Book Cost in USD: 0.05
Total Market Value in USD: 0.00

### Common Shares

| SYMBOL/NAME | QUANTITY | AVERAGE COST | LAST PRICE | CHANGE $(%) | BOOK COST | MARKET VALUE | UNREALIZED GAIN/LOSS $(%) |
|---|---|---|---|---|---|---|---|
| MMATQ META MATERIALS INC COMMON STOCK | 1 | 0.05 | 0.0001 | 0.00 (0.00%) | 0.05 | 0.00 | -0.05 (-99.80%) |
| | | | | Sub Total in USD: | 0.05 | 0.00 | -0.05 (-99.80%) |

## MOST RECENT FROM INSPIRED INVESTOR

  

| NOW & NOTEWORTHY | IDEAS & MOTIVATION | FEATURED |
|---|---|---|
| **Five Terms to Keep in Mind During Trump's Second Presidency** | **Boring but Beautiful? Can "Boring" Stocks Help Balance Your Portfolio?** | **Top 10 Traded Stocks and ETFs in October 2024** |
| Investors can now focus on what a second Donald Trump presidency might look like | Beyond big buzzy stocks is a much wider world of sectors to invest in, including "boring" stocks | Here's what RBC Direct Investing clients traded and added to watchlists in October. |

---

**Important Information**

Options data provided by Bourse De Montréal and OPRA are delayed 15 minutes. ICE Indices, NYMEX and COMEX data are delayed at least 10 minutes.

As your agreement for the receipt and use of market data provides, the securities markets (1) reserve all rights to the market data that they make available, (2) do not guarantee that data; and (3) shall not be liable for any loss due either to their negligence or to any cause beyond their reasonable control. Some quotes or market data may be delayed.

Quotes for NYSE, AMEX and NASDAQ listed securities are based on Cboe One Real-Time Quote, or consolidated market quote. OTC data provided by OTC Markets Group Inc.

---

**Disclaimer**

1 All exchange rates are based on the previous business day's average value of the foreign currency in Canadian dollars and Canadian dollars in the foreign currency. These rates will not be used when a currency conversion is required for same-day transactions. To obtain rates for same-day currency conversions, please contact an Investment Services Representative at 1-800-769-2560.

2 The performance of your portfolio over the past 12 months (up to the end of the previous month). 'N/A' will be displayed at the start of each new month, up to a period of 10 days, as the portfolio return is re-calculated. Practice Accounts are not included in this calculation.

5 Total Account Values do not include securities held in safekeeping.

6 Expressed in Canadian and U.S. dollar equivalents, this value represents the combined margin for the account, group or goal you have selected.

7 Value is not intraday.

8 Intraday change.

9 Part of or all of the Book Cost on this security position is unknown resulting in the use of market value. The market value applied was September 30, 2015 or later, depending on the transaction activity for this security position.

10 The Book Cost of this security cannot be determined.

11 Part or all of the Book Cost on this security position has been provided by a source other than RBC Direct Investing Inc.

14 The Book Cost of this security is temporarily unavailable due to a pending corporate action event.

Practice accounts are for educational purposes only and simulate the experience of buying or selling securities. Any orders placed through practice accounts do not represent actual instructions to buy or sell a security on an exchange. Please refer to your official account statement for information and details on your actual account holdings.

RBC Direct Investing does not provide investment advice or recommendations. RBC Direct Investing does not monitor or track your goals or their performance. Clients are responsible for the accuracy of their own goals and to monitor them regularly. RBC Direct Investing does not guarantee the accuracy or completeness of the information being presented.

Book Cost values shown are obtained from sources we believe are reliable but we do not guarantee their accuracy. Please refer to your account statement for additional details.

RBC Direct Investing uses the Time Weighted Rate of Return Method to provide an approximation of the performance of your portfolio over time. It adjusts for external cash flows (deposits, withdrawals, transfers in/out, withholding taxes, and federal/provincial taxes) to calculate performance. Returns are geometrically linked where required. Performance data represents past performance and is not necessarily indicative of future performance. Portfolio returns, if any, may vary depending on the nature of the security(ies) held within your account and/or market conditions.

**Sources**

© 2024 REFINITIV  Click Here for Limitations and Restrictions on Use.



© 2024 Morningstar, Inc. All Rights Reserved. The information contained herein: (1) is proprietary to Morningstar and/or its content providers; (2) may not be copied or distributed; and (3) is not warranted to be accurate, complete or timely. Neither Morningstar nor its content providers are responsible for any damages or losses arising from any use of this information. Past performance is no guarantee of future results.

Morningstar RatingTM The Morningstar RatingTM for funds, or "star rating", is calculated for managed products (including mutual funds, variable annuity and variable life subaccounts, exchange-traded funds, closed-end funds, and separate accounts) with at least a three-year history. Exchange-traded funds and open-ended mutual funds are considered a single population for comparative purposes. It is calculated based on a Morningstar RiskAdjusted Return measure that accounts for variation in a managed product's monthly excess performance, placing more emphasis on downward variations and rewarding consistent performance. The top 10% of products in each product category receive 5 stars, the next 22.5% receive 4 stars, the next 35% receive 3 stars, the next 22.5% receive 2 stars, and the bottom 10% receive 1 star. The Overall Morningstar Rating for a managed product is derived from a weighted average of the performance figures associated with its three-, five-, and 10-year (if applicable) Morningstar Rating metrics. The weights are: 100% three-year rating for 36- 59 months of total returns, 60% five-year rating/40% three-year rating for 60-119 months of total returns, and 50% 10-year rating/30% five-year rating/20% three-year rating for 120 or more months of total returns. While the 10-year overall star rating formula seems to give the most weight to the 10-year period, the most recent three-year period actually has the greatest impact because it is included in all three rating periods.

© 2024 Trading Central. All Rights Reserved. The information contained herein: (1) is proprietary to Trading Central and/or its content providers; (2) may not be copied or distributed; (3) is not warranted to be accurate, complete or timely; and, (4) does not constitute advice or a recommendation by RBC Direct Investing, Trading Central or its content providers in respect of the investment in financial instruments. Neither RBC Direct Investing nor Trading Central nor its content providers are responsible for any damages or losses arising from any use of this information. Past performance is no guarantee of future results.

Technical Event® is a registered trademark of Trading Central.

Trading Central products and services are protected under U.S. Patent Nos.: 6,801,201; 7,469,226; 7,469,238; 7,835,966; and 7,853,506; and corresponding foreign patents.



Canadian Fund Prices Supplied by CANNEX.