NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | PROOF OF INTEREST |
|---|---|

| Name of Debtor: META MATERIALS INC. | Case Number: 24-50792-hlb | |

**1. Name and address of holder of the Equity Interest** (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

STACEY CECATO
12 CARDIGAN PLACE
STONEY CREEK ONTARIO
CANADA  L8E 6C3

Telephone Number: (905) 978-9431

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

☐ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

**RECEIVED AND FILED**

**DEC 10 2024**

**U.S. BANKRUPTCY COURT**
**MARY A. SCHOTT, CLERK**

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b)herein.

COURT USE ONLY

| Account or other number by which Interest holder identifies Debtor: 66787115 | Check here if this claim: ☐ replaces a previously filed Proof of Interest dated: _____ ☐ amends a previously filed Proof of Interest dated: _____ |

**2.** Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:

RBC DIRECT INVESTING INC. ROYAL BANK PLAZA, 200 BAY STREET, TORONTO

Telephone Number: 1-800-769-1255

**3.** Date Equity Interest was acquired:

SEE ATTACHED.

**4.** Total amount of member interest: _____38_____

**5.** Certificate number(s): _____

**6. Type of Equity Interest:**
Please indicate the type of Equity Interest you hold:
☑ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
☐ Check this box if your Equity Interest is based on anything else and describe that interest:
Description: _____INVESTOR_____

**7. Supporting Documents:** Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**8. Date-Stamped Copy:** To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

**9. Signature:**
Check the appropriate box.
☑ I am the creditor.  ☐ I am the creditor's authorized agent. (Attach copy of power of attorney, if any.)  ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)  ☐ I am a guarantor, surety, endorser, or other codebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: STACEY CECATO
Title: _____
Company: _____ Address and telephone number (if different from notice address above): _____

(Signature) S Cecato    (Date) Nov 12, 2024

Telephone number: _____ email: _____

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

**Holdings**

Holdings - RBC Direct Investing



November 12, 2024

Select an account, goal or group

| 66787115 - Investment ▼ |
| --- |

[ Previous Day ] [ Intraday ]

| Trailing 12 Mo Return[2] | Unrealized Gain/Loss | | Combined Book Cost | | Combined Total | | Combined Margin[6] | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| **-96.45%** | CAD | **-21,905.73** | CAD | **21,917.00** | CAD | **22.24** | CAD | **N/A** |
| | | -99.95% | USD | 15,733.10 | USD | 15.96 | USD | N/A |

| CURRENCY | CASH | INVESTMENTS[5] | SHORT | TOTAL |
| --- | --- | --- | --- | --- |
| CAD | 9.98 | 2.30 | N/A | 12.28 |
| USD | 0.71 | 6.44 | N/A | 7.15 |

Balances as of Nov 12, 2024 8:45:44 AM ET | View Exchange Rates[1] 🖶

View holdings by [ Settlement Currency ▼ ] [ Go ]    Values displayed in [ Settlement Currency ▼ ] [ Go ]

As of Nov. 12, 2024 at 8:45 AM ET. Some quotes may be delayed.

### CAD Holdings

| | Intraday Change in CAD (%) | Total Book Cost in CAD | Total Market Value in CAD |
| --- | --- | --- | --- |
| | 0.00 (0.00%) | 14,389.46 | 2.30 |

**Common Shares**

| | SYMBOL/NAME ▼ | QUANTITY▼ | AVERAGE COST ▼ | LAST PRICE ▼ | CHANGE $(%) ▼ | BOOK▼ COST | MARKET▼ VALUE | UNREALIZED GAIN/LOSS $(%) |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| ⌄ | **MMATQ** META MATERIALS INC COMMON STOCK | 532.943 | 0.085 | 0.00 (0.00%) | 14,389.46 | 2.30 | -14,387.17 (-99.98%) |
| | | | | | **Sub Total in CAD:** | 14,389.46 | 2.30 | -14,387.17 (-99.98%) |

As of Nov. 12, 2024 at 8:45 AM ET. Some quotes may be delayed.

### USD Holdings

| | Intraday Change in USD (%) | Total Book Cost in USD | Total Market Value in USD |
| --- | --- | --- | --- |
| | 0.00 (0.00%) | 5,403.64 | 6.44 |

**Common Shares**

| | SYMBOL/NAME ▼ | QUANTITY▼ | AVERAGE COST ▼ | LAST PRICE ▼ | CHANGE $(%) ▼ | BOOK▼ COST | MARKET▼ VALUE | UNREALIZED GAIN/LOSS $(%) |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| ⌄ | **8AP8851** ASIA BROADBAND INC (NV) REST SEC ACT 1933 - 04518L100 | 222 | N/A | 0.026[7] | N/A | 0.00 | 5.77 | +5.77 (N/A) |
| ⌄ | **MMATQ** META MATERIALS INC COMMON STOCK | 491.24 | 0.061 | 0.00 (0.00%) | 5,403.64 | 0.67 | -5,402.97 (-99.99%) |
| | | | | | **Sub Total in USD:** | 5,403.64 | 6.44 | -5,397.20 (-99.88%) |

## MOST RECENT FROM INSPIRED INVESTOR



**NOW & NOTEWORTHY**

## Key Dates for Investors: November 2024

Dates, deadlines, announcements and more that self-directed investors need to know.



**NOW & NOTEWORTHY**

## What the Bank of Canada's Supersized Rate Cut Could Mean for Investments

For the first time since November 2022, the BoC's overnight rate is sitting at 3.75 per cent



**FEATURED**

## Five Things That Could Impact Your Portfolio More Than the U.S. Election

What to have on your radar before and after the U.S. election

---

**Important Information**

* Options data provided by Bourse De Montréal and OPRA are delayed 15 minutes. ICE Indices, NYMEX and COMEX data are delayed at least 10 minutes.

As your agreement for the receipt and use of market data provides, the securities markets (1) reserve all rights to the market data that they make available, (2) do not guarantee that data; and (3) shall not be liable for any loss due either to their negligence or to any cause beyond their reasonable control. Some quotes or market data may be delayed.

Quotes for NYSE, AMEX and NASDAQ listed securities are based on Cboe One Real-Time Quote, or consolidated market quote. OTC data provided by OTC Markets Group Inc.

---

**Disclaimer**

1 All exchange rates are based on the previous business day's average value of the foreign currency in Canadian dollars and Canadian dollars in the foreign currency. These rates will not be used when a currency conversion is required for same-day transactions. To obtain rates for same-day currency conversions, please contact an Investment Services Representative at 1-800-769-2560.

2 The performance of your portfolio over the past 12 months (up to the end of the previous month). 'N/A' will be displayed at the start of each new month, up to a period of 10 days, as the portfolio return is re-calculated. Practice Accounts are not included in this calculation.

5 Total Account Values do not include securities held in safekeeping 🗗 .

6 Expressed in Canadian and U.S. dollar equivalents, this value represents the combined margin for the account, group or goal you have selected.

7 Value is not intraday.

8 Intraday change.

9 Part of or all of the Book Cost on this security position is unknown resulting in the use of market value. The market value applied was September 30, 2015 or later, depending on the transaction activity for this security position.

10 The Book Cost of this security cannot be determined.

11 Part or all of the Book Cost on this security position has been provided by a source other than RBC Direct Investing Inc.

14 The Book Cost of this security is temporarily unavailable due to a pending corporate action event.

Practice accounts are for educational purposes only and simulate the experience of buying or selling securities. Any orders placed through practice accounts do not represent actual instructions to buy or sell a security on an exchange. Please refer to your official account statement for information and details on your actual account holdings.

RBC Direct Investing does not provide investment advice or recommendations. RBC Direct Investing does not monitor or track your goals or their performance. Clients are responsible for the accuracy of their own goals and to monitor them regularly. RBC Direct Investing does not guarantee the accuracy or completeness of the information being presented.

Book Cost values shown are obtained from sources we believe are reliable but we do not guarantee their accuracy. Please refer to your account statement for additional details.

RBC Direct Investing uses the Time Weighted Rate of Return Method to provide an approximation of the performance of your portfolio over time. It adjusts for external cash flows (deposits, withdrawals, transfers in/out, withholding taxes, and federal/provincial taxes) to calculate performance. Returns are geometrically linked where required. Performance data represents past performance and is not necessarily indicative of future performance. Portfolio returns, if any, may vary depending on the nature of the security(ies) held within your account and/or market conditions.

**Sources**

© 2024 REFINITIV⟍  Click Here for Limitations and Restrictions on Use.



© 2024 Morningstar, Inc. All Rights Reserved. The information contained herein: (1) is proprietary to Morningstar and/or its content providers; (2) may not be copied or distributed; and (3) is not warranted to be accurate, complete or timely. Neither Morningstar nor its content providers are responsible for any damages or losses arising from any use of this information. Past performance is no guarantee of future results.

Morningstar RatingTM The Morningstar RatingTM for funds, or "star rating", is calculated for managed products (including mutual funds, variable annuity and variable life subaccounts, exchange-traded funds, closed-end funds, and separate accounts) with at least a three-year history. Exchange-traded funds and open-ended mutual funds are considered a single population for comparative purposes. It is calculated based on a Morningstar RiskAdjusted Return measure that accounts for variation in a managed product's monthly excess performance, placing more emphasis on downward variations and rewarding consistent performance. The top 10% of products in each product category receive 5 stars, the next 22.5% receive 4 stars, the next 35% receive 3 stars, the next 22.5% receive 2 stars, and the bottom 10% receive 1 star. The Overall Morningstar Rating for a managed product is derived from a weighted average of the performance figures associated with its three-, five-, and 10-year (if applicable) Morningstar Rating metrics. The weights are: 100% three-year rating for 36-59 months of total returns, 60% five-year rating/40% three-year rating for 60-119 months of total returns, and 50% 10-year rating/30% five-year rating/20% three-year rating for 120 or more months of total returns. While the 10-year overall star rating formula seems to give the most weight to the 10-year period, the most recent three-year period actually has the greatest impact because it is included in all three rating periods.

© 2024 Trading Central. All Rights Reserved. The information contained herein: (1) is proprietary to Trading Central and/or its content providers; (2) may not be copied or distributed; (3) is not warranted to be accurate, complete or timely; and, (4) does not constitute advice or a recommendation by RBC Direct Investing, Trading Central or its content providers in respect of the investment in financial instruments. Neither RBC Direct Investing nor Trading Central nor its content providers are responsible for any damages or losses arising from any use of this information. Past performance is no guarantee of future results.

Technical Event® is a registered trademark of Trading Central.

Trading Central products and services are protected under U.S. Patent Nos.: 6,801,201; 7,469,226; 7,469,238; 7,835,966; and 7,853,506; and corresponding foreign patents.



Canadian Fund Prices Supplied by CANNEX.

**RBC**   **Direct Investing**

Home     Monitor     Trade & Transfer     Research     Explore

Help

★

# Direct Investing Documents

ⓘ **Your Direct Investing Documents**       <u>Collapse</u>

To begin searching for an electronic document, select an account and eDocument type. Document types set to "Paper" will not display in the eDocument Type dropdown. To display all of your document types in this dropdown, go to Manage Documents and click "All Electronic".

Manage document delivery preferences

Document Option FAQs

## What documents are you looking for?   ⓘ

| Confirmations & regulatory documents | ⌄ |
|---|---|

## Accounts

| 66787115 RBC Direct Investing | ⌄ |
|---|---|

## Date Range (up to 7 years)

**From**

| Nov 1, 2018 | 📅 |
|---|---|

**To**

| Nov 12, 2024 | 📅 |
|---|---|

Example: Sep 19, 2022

## Transaction type

○ All

○ Buy

○ Sell

## Symbol (optional)

```
mmat
```

## Security Description (optional)

```
Enter keywords
```

Show Documents

---

Current view: 7 results for this search

---

### 66787115

Dec. 6, 2021

- Buy
- MMAT

⤓ Confirmation Notice

---

### 66787115

Sept. 2, 2021

- Buy
- MMAT

⤓ Confirmation Notice

---

### 66787115

Sept. 2, 2021

- Buy
- MMAT

⤓ Confirmation Notice

---

**66787115**

Sept. 2, 2021

- Buy
- MMAT

⤓ Confirmation Notice

---

**66787115**

July 23, 2021

- Buy
- MMAT

⤓ Confirmation Notice

---

**66787115**

June 30, 2021

- Buy
- MMAT

⤓ Confirmation Notice

---

**66787115**

June 30, 2021

- Buy
- MMAT

⤓ Confirmation Notice

---

Top of page

Contact Us

Royal Bank of Canada Website, © 1995 - 2024

Privacy          Legal          Disclaimers          Security          Accessibility

Advertising & Cookies

 **Direct Investing**

  

Home      Monitor      Trade & Transfer      Research      Explore

Help

★

---

ⓘ Check out <u>What's New</u> under the **Explore** tab for the latest features, enhancements and articles.      Dismiss      Explore

---

# Direct Investing Documents

ⓘ Your Direct Investing Documents                <u>Collapse</u>

To begin searching for an electronic document, select an account and eDocument type. Document types set to "Paper" will not display in the eDocument Type dropdown. To display all of your document types in this dropdown, go to Manage Documents and click "All Electronic".

Manage document delivery preferences

Document Option FAQs

## What documents are you looking for?   ⓘ

| Confirmations & regulatory documents                  ⌄ |
|---|

## Accounts

| 66787115 RBC Direct Investing                  ⌄ |
|---|

## Date Range (up to 7 years)

From

| Nov 1, 2018                                🗓 |
|---|

To

| Dec 5, 2024 | 📅 |
|---|---|

Example: Sep 19, 2022

## Transaction type

○ All

○ Buy

○ Sell

## Symbol (optional)

| Enter symbol |
|---|

## Security Description (optional)

| Enter keywords |
|---|

Show Documents

**Current view: 19 results for this search**

### 66787115

Dec. 6, 2021

- Buy
- MMTLP

⤓ Confirmation Notice

### 66787115

Dec. 6, 2021

- Buy
- MMAT

⤓ Confirmation Notice

**66787115**

Sept. 2, 2021

- Buy
- MMAT

⬇ Confirmation Notice

---

**66787115**

Sept. 2, 2021

- Buy
- MMAT

⬇ Confirmation Notice

---

**66787115**

Sept. 2, 2021

- Sell
- FUBO

⬇ Confirmation Notice

---

**66787115**

Sept. 2, 2021

- Buy
- MMAT

⬇ Confirmation Notice

---

**66787115**

Sept. 2, 2021

- Sell
- AABB

⬇ Confirmation Notice

---

**66787115**

Sept. 2, 2021

- Sell
- IVR

⤓ Confirmation Notice

---

### 66787115

July 23, 2021
- Buy
- MMAT

⤓ Confirmation Notice

---

### 66787115

June 30, 2021
- Buy
- MMAT

⤓ Confirmation Notice

---

### 66787115

June 30, 2021
- Buy
- MMAT

⤓ Confirmation Notice

---

### 66787115

June 30, 2021
- Sell
- PLTR

⤓ Confirmation Notice

---

**66787115**

June 11, 2021

- Buy
- IVR

⤓ Confirmation Notice

---

**66787115**

March 15, 2021

- Sell
- AABB

⤓ Confirmation Notice

---

**66787115**

March 5, 2021

- Buy
- FUBO

⤓ Confirmation Notice

---

**66787115**

Feb. 19, 2021

- Buy
- PLTR

⤓ Confirmation Notice

---

**66787115**

Feb. 18, 2021

- Buy
- FUBO

⤓ Confirmation Notice

---

**66787115**

Feb. 17, 2021

- Buy
- FUBO

⤓ Confirmation Notice

---

**66787115**

Feb. 17, 2021

- Buy
- AABB

⤓ Confirmation Notice

---

Top of page

Contact Us

Royal Bank of Canada Website, © 1995 - 2024

Privacy　　　　Legal　　　　Disclaimers　　　　Security　　　　Accessibility

Advertising & Cookies

 **Direct Investing**

 

Home      Monitor      Trade & Transfer      Research      Explore

Help

---

ⓘ Check out **What's New** under the **Explore** tab for the latest features, enhancements and articles.      Dismiss      Explore

---

# Direct Investing Documents

ⓘ Your Direct Investing Documents      <u>Collapse</u>

To begin searching for an electronic document, select an account and eDocument type. Document types set to "Paper" will not display in the eDocument Type dropdown. To display all of your document types in this dropdown, go to Manage Documents and click "All Electronic".

Manage document delivery preferences

Document Option FAQs

## What documents are you looking for? ⓘ

| Confirmations & regulatory documents           ⌄ |
|---|

## Accounts

| 66787115 RBC Direct Investing           ⌄ |
|---|

## Date Range (up to 7 years)

From

| Nov 1, 2021           📅 |
|---|

To

| Dec 5, 2024 | 📅 |
|---|---|

Example: Sep 19, 2022

## Transaction type

◯ All

◯ Buy

◯ Sell

## Symbol (optional)

| MMAT |
|---|

## Security Description (optional)

| Enter keywords |
|---|

**Show Documents**

## Current view: 1 result for this search

___

### 66787115

Dec. 6, 2021

- Buy
- MMAT

⬇ Confirmation Notice

___

Top of page

Contact Us

Royal Bank of Canada Website, © 1995 - 2024

Privacy          Legal          Disclaimers          Security          Accessibility

Advertising & Cookies

 **Direct Investing**

**RBC Direct Investing Inc.**
**ORDER EXECUTION ONLY ACCOUNT**

*P.O. BOX 50 ROYAL BANK PLAZA*
*TORONTO, ON  M5J 2W7*

ADPRB10720_1187132_005–E:46100–06100
>STACEY CECATO
11 GURNETT DRIVE
HAMILTON ON  L9C 7K1

**Confirmation Notice**

**DATE**
DECEMBER 6, 2021

**ACCOUNT NO.**      **TYPE**
667–8711513         CSH

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769–2560

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT OVER THE COUNTER – U.S.A.

**SETTLEMENT DATE**           **DECEMBER 8, 2021**
AS PRINCIPAL, WE CONVERTED AT                1.2966
TRANSACTION TYPE                          **BOUGHT**

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 610 | META MATLS INC | @ | 2.9353U$ |
| | COMMON STOCK | | |
| | UNSOLICITED | | |
| | DA | | |
| | EXCHANGE RATE    1.29660000 | | |

| | |
|---|---|
| GROSS AMOUNT | 1,790.53 |
| COMMISSION | 9.95 |
| SUB TOTAL | 1,800.48 U$ |
| EXCHANGE | 534.02 |
| NET AMOUNT | 2,334.50 C$ |

**CLIENT NAME**                    >STACEY CECATO
**ACCOUNT NO.**                    667–8711513 – CSH
**INVESTMENT REPRESENTATIVE**      ONLINE INVESTNG
**I.R. NO. 4GA**

REFERENCE W6939  /  CUSIP US59134N1046  /  SECURITY NO. M067927  /  ORDER NO. 346939  /  INTERNAL CODES UN 65  /  684 A

Member–CanadianInvestor Protection Fund.®/™  Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.

ADPRB10720_1187132_005 – 00012199 – E:46100

RBC Direct Investing Inc. and Royal Bank of Canada are separate corporate entities which are affiliated. RBC Direct Investing Inc. is a wholly owned subsidiary of Royal Bank of Canada and is a Member of the Investment Industry Regulatory Organization of Canada and the Canadian Investor Protection Fund. Royal Bank of Canada and certain of its issuers are related to RBC Direct Investing Inc. RBC Direct Investing Inc. does not provide investment advice or recommendations regarding the purchase or sale of any securities. Investors are responsible for their own investment decisions. RBC Direct Investing is a business name used by RBC Direct Investing Inc.

The use of the term "We" in this confirmation refers to RBC Dominion Securities Inc.

If an order on this confirmation represents a stock exchange transaction, it is subject to the by−laws, rules and customs of that exchange. If not disclosed on this confirmation, the name of our representative will be provided upon request. The name of the other broker in this transaction is furnished upon written or verbal request.

All transactions are subject to the by−laws and regulations of the Investment Industry Regulatory Organization of Canada. If settlement or provision for settlement, of a transaction on this confirmation is not made by the settlement date shown hereon, or by the date to which accrued interest is calculated as shown hereon, whichever date is applicable, this transaction may be closed without notice to you by the sale or purchase of the related securities, whichever action is appropriate, and RBC Direct Investing Inc. will claim from you any balance owing to RBC Direct Investing Inc. from such action.

Customers accounts are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of the coverage is available upon request.

Please review this confirmation carefully. Failure to object to incorrect or unauthorized trades within 5 days of receipt of this confirmation, constitutes ratification by you of those trades.

RBC Direct Investing Inc. or its affiliate act as principal on foreign currency conversions and fixed income transactions and apply discretionary currency conversion rates. The foreign currency conversion rate shown on the confirmation includes RBC Direct Investing Inc.'s or its affiliate's spread−based revenues for performing this function. Spread means the difference between the rate RBC Direct Investing Inc. or its affiliate obtain and the rate you receive.

If the description on this confirmation reads "YIELD/RENDEMENT", please consult with your investment services representative for further information regarding the yield calculation applied to your trade.

Please note the following security description abbreviations may appear on your Trade Confirmation: NON VTG for non−voting shares; RES VTG for restricted voting shares; SUB VTG for subordinate voting shares.

RBC Direct Investing Inc. may facilitate trades in securities of related issuers and connected issuers of the firm in your account. For a list of such related issuers and connected issuers, refer to the following website: www.rbc.com/issuers−disclosures or contact your investment services representative.

NOTE: INTEREST PAYABLE ON OVERDUE ACCOUNTS          PLEASE RETAIN THIS CONFIRMATION FOR INCOME TAX PURPOSES.