NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | | PROOF OF INTEREST |
|---|---|---|
| Name of Debtor: **META MATERIALS, INC** | Case Number: **24-50792** | |

1. Name and address of holder of the Equity Interest (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

    RAMA KALYAN PUVVADA
    13242, 164th Ave, SE
    Monroe, WA - 98272

    Telephone Number: 206-605-6439

    ☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

    ☒ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

    ☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

    **RECEIVED AND FILED**
    **DEC 10 2024**
    **U.S. BANKRUPTCY COURT**
    **MARY A. SCHOTT, CLERK**

    COURT USE ONLY

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

| Account or other number by which Interest holder identifies Debtor: **674017652** | Check here if this claim: <br> ☐ replaces a previously filed Proof of Interest dated: _____ <br> ☐ amends a previously filed Proof of Interest dated: _____ |
|---|---|
| 2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest: <br> RAMA KALYAN PUVVADA <br> 85 WILLOW RD, MENLO PARK, CA, 94025 <br> Telephone Number: 6507617789 | 3. Date Equity Interest was acquired: <br> Between 06-15-2021 / 06-12-2023 <br> See attached Documentation |
| 4. Total amount of member interest: **28800 SHARES FOR $29771** | 5. Certificate number(s): **SEE ATTACHED DOCUMENTS** |

6. Type of Equity Interest:
   Please indicate the type of Equity Interest you hold:
   ☒ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
   ☐ Check this box if your Equity Interest is based on anything else and describe that interest:
   Description: **INVESTOR**

7. Supporting Documents: Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
   DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. Date-Stamped Copy: To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

9. Signature:
   Check the appropriate box.
   ☒ I am the creditor.    ☐ I am the creditor's authorized agent.    ☐ I am the trustee, or the debtor,    ☐ I am a guarantor, surety, endorser, or other codebtor.
   (Attach copy of power of attorney, if any.) or their authorized agent. (See Bankruptcy Rule 3005.)
   (See Bankruptcy Rule 3004.)

   I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

   Print Name: RAMA KALYAN PUVVADA
   Title:
   Company:___ Address and telephone number (if different from notice address above):

   (Signature) P. Rama Kalyan      (Date) 12/06/2024

   Telephone number: 2066056439    email: RAMAKALYAN.PUVVADA@GMAIL.COM

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

*Statement before Reverse Merger*

# Robinhood

85 Willow Rd, Menlo Park, CA 94025
help@robinhood.com

Page 1 of 5
12/01/2023 to 12/31/2023
RAMA KALYAN PUVVADA Account #:674017652
13242 164th Ave SE, Monroe, WA 98272

■ Options    ■ Equities    ▣ Cash and Cash Equivalents

**Portfolio Allocation**



● Cash and Cash Equivalents
  14.79%

● Equities
  85.21%

● Options
  0.00%

| Account Summary | Opening Balance | Closing Balance |
|---|---|---|
| Net Account Balance | ($1,629.45) | ($1,638.65) |
| Total Securities | $9,820.34 | $9,442.49 |
| **Portfolio Value** | **$8,190.89** | **$7,803.84** |

| Income and Expense Summary | This Period | Year to Date |
|---|---|---|
| Dividends | $0.00 | $0.00 |
| Capital Gains Distributions | $0.00 | $0.00 |
| Interest Earned | $0.00 | $0.00 |

This statement shall be conclusive if not objected to in writing within ten days (except with respect to debit card transactions). Errors and omissions exempted. Please address all communications to the firm and not to the individuals. Address changes or other material changes in your account should be directed to the office servicing your account. Kindly mention your account number. This statement should be retained for income tax purposes.

Robinhood Securities, LLC ("RHS") carries your account as the clearing broker by arrangement with your introducing broker-dealer, Robinhood Financial LLC ("RHF").

RHS is a Member of SIPC, which protects securities customers of its members up to $500,000 (including $250,000 for claims for cash). Explanatory brochure available upon request or at www.sipc.org.            3132498

Page 2 of 5

Portfolio Summary

| Securities Held in Account | Sym/Cusip | Acct Type | Qty | Price | Mkt Value | Est. Dividend Yield | % of Total Portfolio |
|---|---|---|---|---|---|---|---|
| AMC Entertainment<br>Estimated Yield: 0.00% | AMC | Margin | 15.36 | $6.12 | $94.00 | $0.00 | 0.85% |
| VINCO VENTURES INC<br>Estimated Yield: 0.00% | BBIG | Margin | 20 | $0.01 | $0.12 | $0.00 | 0.00% |
| FuelCell Energy<br>Estimated Yield: 0.00% | FCEL | Margin | 135 | $1.60 | $216.00 | $0.00 | 1.95% |
| Meta Materials<br>Estimated Yield: 0.00% | MMAT | Margin | 28,800 | $0.07 | $1,900.80 | $0.00 | 17.15% |
| Next Bridge Hydrocarbons Contra<br>Estimated Yield: 0.00% | MMTZZZ | Margin | 900 | $0.00 | $0.00 | $0.00 | 0.00% |
| Nxu<br>Estimated Yield: 0.00% | NXU | Margin | 2 | $2.30 | $4.60 | $0.00 | 0.04% |
| Ocugen, Inc<br>Estimated Yield: 0.00% | OCGN | Margin | 900 | $0.58 | $517.50 | $0.00 | 4.67% |
| Eightco<br>Estimated Yield: 0.00% | OCTO | Margin | 1 | $0.51 | $0.51 | $0.00 | 0.00% |
| Tesla<br>Estimated Yield: 0.00% | TSLA | Margin | 27 | $248.48 | $6,708.96 | $0.00 | 60.54% |
| **Total Securities** | | | | | $9,442.49 | $0.00 | 85.21% |
| **Brokerage Cash Balance** | | | | | ($1,638.65) | | 14.79% |
| **Total Priced Portfolio** | | | | | $7,803.84 | | |

*Reverse Merger*

Aug 15

## Meta Materials Reverse Split
Jan 28

**1:100 Split**

| Symbol | Date Received | Type |
|---|---|---|
| MMATQ (formerly MMAT) | Jan 28, 2024 | Reverse Split |

| Split Amount | Previous Shares | New Shares |
|---|---|---|
| 1 for 100 | 28,800 | 288 |

A stock split occurs when a company divides its existing shares to either increase (forward split) or decrease (reverse split) the number of shares it has on the market. As a result, the number of shares you own has changed, but the overall market value of your position remains the same. To learn more about splits and other corporate actions, visit our Help Center

*Statement after reverse merger*

# Robinhood

85 Willow Rd, Menlo Park, CA 94025
help@robinhood.com

Page 1 of 6
01/01/2024 to 01/31/2024
**RAMA KALYAN PUVVADA** Account #:674017652
13242 164th Ave SE, Monroe, WA 98272

| Account Summary | Opening Balance | Closing Balance |
|---|---|---|
| Net Account Balance | ($1,638.65) | ($1,647.91) |
| Total Securities | $9,442.49 | $6,873.23 |
| Portfolio Value | $7,803.84 | $5,225.32 |

**Portfolio Allocation**



- Options
- Equities
- Cash and Cash Equivalents

Cash and Cash Equivalents 19.34%
Equities 80.66%
Options 0.00%

| Income and Expense Summary | This Period | Year to Date |
|---|---|---|
| Dividends | $0.00 | $0.00 |
| Capital Gains Distributions | $0.00 | $0.00 |
| Interest Earned | $0.00 | $0.00 |

This statement shall be conclusive if not objected to in writing within ten days (except with respect to debit card transactions). Errors and omissions exempted. Please address all communications to the firm and not to the individuals. Address changes or other material changes in your account should be directed to the office servicing your account. Kindly mention your account number. This statement should be retained for income tax purposes.

Robinhood Securities, LLC ("RHS") carries your account as the clearing broker by arrangement with your introducing broker-dealer, Robinhood Financial LLC ("RHF").

RHS is a Member of SIPC, which protects securities customers of its members up to $500,000 (including $250,000 for claims for cash). Explanatory brochure available upon request or at www.sipc.org.

3357671

Page 2 of 6

## Portfolio Summary

| Securities Held in Account | Sym/Cusip | Acct Type | Qty | Price | Mkt Value | Est. Dividend Yield | % of Total Portfolio |
|---|---|---|---|---|---|---|---|
| AMC Entertainment<br>Estimated Yield: 0.00% | AMC | Margin | 15.36 | $4.05 | $62.21 | $0.00 | 0.73% |
| VINCO VENTURES INC<br>Estimated Yield: 0.00% | BBIG | Margin | 20 | $0.01 | $0.20 | $0.00 | 0.00% |
| FuelCell Energy<br>Estimated Yield: 0.00% | FCEL | Margin | 135 | $1.20 | $162.00 | $0.00 | 1.90% |
| Meta Materials<br>Estimated Yield: 0.00% | MMAT | Margin | 288 | $3.82 | $1,100.16 | $0.00 | 12.91% |
| Next Bridge Hydrocarbons Contra<br>Estimated Yield: 0.00% | MMTZZZ | Margin | 900 | $0.00 | $0.00 | $0.00 | 0.00% |
| Mullen Automotive<br>Estimated Yield: 0.00% | MULN | Margin | 1 | $7.02 | $7.02 | $0.00 | 0.08% |
| Nxu<br>Estimated Yield: 0.00% | NXU | Margin | 2 | $0.94 | $1.88 | $0.00 | 0.02% |
| Ocugen, Inc<br>Estimated Yield: 0.00% | OCGN | Margin | 900 | $0.54 | $482.31 | $0.00 | 5.66% |
| Eightco<br>Estimated Yield: 0.00% | OCTO | Margin | 1 | $0.62 | $0.62 | $0.00 | 0.01% |
| Tesla<br>Estimated Yield: 0.00% | TSLA | Margin | 27 | $187.29 | $5,056.83 | $0.00 | 59.34% |
| **Total Securities** | | | | | $6,873.23 | $0.00 | 80.66% |
| **Brokerage Cash Balance** | | | | | ($1,647.91) | | 19.34% |
| **Total Priced Portfolio** | | | | | $5,225.32 | | |

*Latest Statement*

# Robinhood
85 Willow Rd, Menlo Park, CA 94025
help@robinhood.com
Page 1 of 9
11/01/2024 to 11/30/2024
Rama Kalyan Puvvada Account #:674017652
13242 164th Ave SE, Monroe, WA 98272

| Account Summary | Opening Balance | Closing Balance |
|---|---|---|
| Net Account Balance | ($2,004.22) | ($2,014.38) |
| Total Securities * | $7,703.69 | $10,353.85 |
| Portfolio Value | $5,699.47 | $8,339.47 |

### Portfolio Allocation



- Cash and Cash Equivalents 16.29%
- Equities 83.71%
- Options 0.00%

| Income and Expense Summary | This Period | Year to Date |
|---|---|---|
| Dividends | $0.00 | $0.00 |
| Capital Gains Distributions | $0.00 | $0.00 |
| Interest Earned | $0.00 | $0.00 |
| Stock Lending | $0.00 | $0.00 |

\* "Total Securities" includes those securities held in your account as well as those on loan through Stock Lending (identified herein as "Loaned Securities" or "Loaned Stocks"). The provisions of the Securities Investor Protection Act of 1970 may not protect you with respect to Loaned Securities.

This statement shall be conclusive if not objected to in writing within ten days (except with respect to debit card transactions). Errors and omissions exempted. Please address all communications to the firm and not to the individuals. Address changes or other material changes in your account should be directed to the office servicing your account. Kindly mention your account number. This statement should be retained for income tax purposes.

Robinhood Securities, LLC ("RHS") carries your account as the clearing broker by arrangement with your introducing broker-dealer, Robinhood Financial LLC ("RHF").

RHS is a Member of SIPC, which protects securities customers of its members up to $500,000 (including $250,000 for claims for cash). Explanatory brochure available upon request or at www.sipc.org.

3340999

Portfolio Summary

| Securities Held in Account | Sym/Cusip | Acct Type | Qty | Price | Mkt Value | Est. Dividend Yield | % of Total Portfolio |
|---|---|---|---|---|---|---|---|
| AMC Entertainment<br>Estimated Yield: 0.00% | AMC | Margin | 15.36 | $4.9500 | $76.03 | $0.00 | 0.62% |
| VINCO VENTURES INC<br>Estimated Yield: 0.00% | BBIG | Margin | 20 | $0.0004 | $0.01 | $0.00 | 0.00% |
| FuelCell Energy<br>Estimated Yield: 0.00% | FCEL | Margin | 4.5 | $11.8700 | $53.42 | $0.00 | 0.43% |
| Meta Materials<br>Estimated Yield: 0.00% | MMATQ | Margin | 288 | $0.0610 | $17.57 | $0.00 | 0.14% |
| Mullen Automotive<br>Estimated Yield: 0.00% | MULN | Margin | 1 | $2.6900 | $2.69 | $0.00 | 0.02% |
| Nxu<br>Estimated Yield: 0.00% | NXU | Margin | 2 | $0.2713 | $0.54 | $0.00 | 0.00% |
| Ocugen, Inc<br>Estimated Yield: 0.00% | OCGN | Margin | 900 | $0.9821 | $883.89 | $0.00 | 7.15% |
| Eightco<br>Estimated Yield: 0.00% | OCTO | Margin | 0.2 | $1.8800 | $0.38 | $0.00 | 0.00% |
| Tesla<br>Estimated Yield: 0.00% | TSLA | Margin | 27 | $345.1600 | $9,319.32 | $0.00 | 75.35% |


*Transaction Details* (handwritten)

## Robinhood
85 Willow Rd. Menlo Park, CA 94025
help@robinhood.com

07/12/2021
RAMA KALYAN PUVVADA Account #:674017652
13242 164th Ave SE, Monroe, WA 98272

| Equities/Options | B/S | Trade Date | Settle Date | Acct Type | Price | QTY | Principal | Comm | Tran Fee | Net Amount | MKT | CAP | U/S |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Meta Materials MMAT CUSIP: 59134N104 | B | 07/12/2021 | 07/14/2021 | M | $4.0138 | 270 | $1,083.73 | $0.00 | $0.00 | $1,083.73 | OTC | 1 | U |

## Robinhood
85 Willow Rd. Menlo Park, CA 94025
help@robinhood.com

07/15/2021
RAMA KALYAN PUVVADA Account #:674017652
13242 164th Ave SE, Monroe, WA 98272

| Equities/Options | B/S | Trade Date | Settle Date | Acct Type | Price | QTY | Principal | Comm | Tran Fee | Net Amount | MKT | CAP | U/S |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Meta Materials MMAT CUSIP: 59134N104 | B | 07/15/2021 | 07/19/2021 | M | $3.8600 | 270 | $1,042.20 | $0.00 | $0.00 | $1,042.20 | OTC | 1 | U |

**Total Quantity Bought:** 270   **Total Dollars Bought:** $1,042.20
**Total Quantity Sold:** 0   **Total Dollars Sold:** $0.00

## Robinhood
85 Willow Rd. Menlo Park, CA 94025
help@robinhood.com

07/23/2021
RAMA KALYAN PUVVADA Account #:674017652
13242 164th Ave SE, Monroe, WA 98272

| Equities/Options | B/S | Trade Date | Settle Date | Acct Type | Price | QTY | Principal | Comm | Tran Fee | Net Amount | MKT | CAP | U/S |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Meta Materials MMAT CUSIP: 59134N104 | B | 07/23/2021 | 07/27/2021 | M | $3.4099 | 180 | $613.78 | $0.00 | $0.00 | $613.78 | OTC | 1 | U |

**Total Quantity Bought:** 180   **Total Dollars Bought:** $613.78
**Total Quantity Sold:** 0   **Total Dollars Sold:** $0.00

## Robinhood
85 Willow Rd. Menlo Park, CA 94025
help@robinhood.com

07/30/2021
RAMA KALYAN PUVVADA Account #:674017652
13242 164th Ave SE, Monroe, WA 98272

| Equities/Options | B/S | Trade Date | Settle Date | Acct Type | Price | QTY | Principal | Comm | Tran Fee | Net Amount | MKT | CAP | U/S |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Li Auto Inc LI CUSIP: 50202M102 | S | 07/30/2021 | 08/03/2021 | M | $33.9850 | 90 | $3,058.65 | $0.00 | $0.03 | $3,058.62 | OTC | 1 | U |
| Meta Materials MMAT CUSIP: 59134N104 | B | 07/30/2021 | 08/03/2021 | M | $3.4282 | 180 | $617.08 | $0.00 | $0.00 | $617.08 | OTC | 1 | U |

**Total Quantity Bought:** 180   **Total Dollars Bought:** $617.08
**Total Quantity Sold:** 90   **Total Dollars Sold:** $3,058.62

## Robinhood
85 Willow Rd. Menlo Park, CA 94025
help@robinhood.com

08/06/2021
RAMA KALYAN PUVVADA Account #:674017652
13242 164th Ave SE, Monroe, WA 98272

| Equities/Options | B/S | Trade Date | Settle Date | Acct Type | Price | QTY | Principal | Comm | Tran Fee | Net Amount | MKT | CAP | U/S |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Meta Materials MMAT CUSIP: 59134N104 | B | 08/06/2021 | 08/10/2021 | M | $3.2800 | 900 | $2,952.00 | $0.00 | $0.00 | $2,952.00 | OTC | 1 | U |

**Total Quantity Bought:** 900   **Total Dollars Bought:** $2,952.00
**Total Quantity Sold:** 0   **Total Dollars Sold:** $0.00

## Robinhood

85 Willow Rd, Menlo Park, CA 94025
help@robinhood.com

12/06/2021
RAMA KALYAN PUVVADA Account #:674017652
13242 164th Ave SE, Monroe, WA 98272

| Equities/Options | B/S | Trade Date | Settle Date | Acct Type | Price | QTY | Principal | Comm | Tran Fee | Net Amount | MKT | CAP | U/S |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Meta Materials MMAT CUSIP: 59134N104 | B | 12/06/2021 | 12/08/2021 | M | $3.0183 | 900 | $2,716.47 | $0.00 | $0.00 | $2,716.47 | OTC | 1 | U |
| **Total Quantity Bought:** | | | 900 | | | | **Total Dollars Bought:** | | | | | | $2,716.47 |
| **Total Quantity Sold:** | | | 0 | | | | **Total Dollars Sold:** | | | | | | $0.00 |

## Robinhood

85 Willow Rd, Menlo Park, CA 94025
help@robinhood.com

09/15/2022
RAMA KALYAN PUVVADA Account #:674017652
13242 164th Ave SE, Monroe, WA 98272

| Equities/Options | B/S | Trade Date | Settle Date | Acct Type | Price | QTY | Principal | Comm | Tran Fee | Net Amount | MKT | CAP | U/S |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Meta Materials MMAT CUSIP: 59134N104 | B | 09/15/2022 | 09/19/2022 | M | $0.8393 | 100 | $83.93 | $0.00 | $0.00 | $83.93 | OTC | 1 | U |
| Meta Materials MMAT CUSIP: 59134N104 | B | 09/15/2022 | 09/19/2022 | M | $0.8393 | 3,500 | $2,937.55 | $0.00 | $0.00 | $2,937.55 | OTC | 1 | U |
| **Total Quantity Bought:** | | | 3,600 | | | | **Total Dollars Bought:** | | | | | | $3,021.48 |
| **Total Quantity Sold:** | | | 0 | | | | **Total Dollars Sold:** | | | | | | $0.00 |

## Robinhood

85 Willow Rd, Menlo Park, CA 94025
help@robinhood.com

05/31/2023
RAMA KALYAN PUVVADA Account #:674017652
13242 164th Ave SE, Monroe, WA 98272

| Equities/Options | B/S | Trade Date | Settle Date | Acct Type | Price | QTY | Principal | Comm | Tran Fee | Net Amount | MKT | CAP | U/S |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Meta Materials MMAT CUSIP: 59134N104 | B | 05/31/2023 | 06/02/2023 | M | $0.2152 | 1,400 | $301.28 | $0.00 | $0.00 | $301.28 | OTC | 1 | U |
| Meta Materials MMAT CUSIP: 59134N104 | B | 05/31/2023 | 06/02/2023 | M | $0.2152 | 1,400 | $301.28 | $0.00 | $0.00 | $301.28 | OTC | 1 | U |
| Meta Materials MMAT CUSIP: 59134N104 | B | 05/31/2023 | 06/02/2023 | M | $0.2152 | 1,600 | $344.32 | $0.00 | $0.00 | $344.32 | OTC | 1 | U |
| Meta Materials MMAT CUSIP: 59134N104 | B | 05/31/2023 | 06/02/2023 | M | $0.2152 | 2,800 | $602.56 | $0.00 | $0.00 | $602.56 | OTC | 1 | U |
| **Total Quantity Bought:** | | | 7,200 | | | | **Total Dollars Bought:** | | | | | | $1,549.44 |
| **Total Quantity Sold:** | | | 0 | | | | **Total Dollars Sold:** | | | | | | $0.00 |

## Robinhood

85 Willow Rd, Menlo Park, CA 94025
help@robinhood.com

06/12/2023
RAMA KALYAN PUVVADA Account #:674017652
13242 164th Ave SE, Monroe, WA 98272

| Equities/Options | B/S | Trade Date | Settle Date | Acct Type | Price | QTY | Principal | Comm | Tran Fee | Net Amount | MKT | CAP | U/S |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Meta Materials MMAT CUSIP: 59134N104 | B | 06/12/2023 | 06/14/2023 | M | $0.2283 | 100 | $22.83 | $0.00 | $0.00 | $22.83 | OTC | 1 | U |
| Meta Materials MMAT CUSIP: 59134N104 | B | 06/12/2023 | 06/14/2023 | M | $0.2284 | 14,300 | $3,266.12 | $0.00 | $0.00 | $3,266.12 | OTC | 1 | U |
| **Total Quantity Bought:** | | | 14,400 | | | | **Total Dollars Bought:** | | | | | | $3,288.95 |
| **Total Quantity Sold:** | | | 0 | | | | **Total Dollars Sold:** | | | | | | $0.00 |