NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | | PROOF OF INTEREST |
|---|---|---|
| **Name of Debtor** META MATERIALS, INC | **Case Number** 24-50792 | |

**1 Name and address of holder of the Equity Interest** (the person or entity holding an Equity Interest in the Debtor Referred to hereinafter as the Interest holder )

HENRICH BARI
20405 ANZA AVE #52
TORRANCE, CA, 90503

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest Attach copy of statement giving particulars

☒ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors

**Telephone Number** 310-619-4434

RECEIVED AND FILED
DEC 10 2024
U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

**NOTE** This form SHOULD NOT be used to make a claim against the Debtor for money owed A separate Proof of Claim form should be used for that purpose This form should only be used to assert an Equity Interest in the Debtor An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein

**COURT USE ONLY**

**Account or other number by which Interest holder identifies Debtor**
IRRA - EDGE 51X-51W55
CMA - EDGE 56X-49635

Check here if this claim
☐ replaces a previously filed Proof of Interest dated _____
☐ amends a previously filed Proof of Interest dated _____

**2 Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest**
HENRICH BARI
200 PARK AVE, 13th FLOOR
NY, NY 10166
**Telephone Number** 877-653-4732

**3 Date Equity Interest was acquired**
BETWEEN - 07/06/2021 - 09/19/2023
BETWEEN - 07/06/2021 - 05/23/2024
SEE ATTACHMENT

**4 Total amount of member interest** 35 SHARES FOR $1,741.31
149 SHARES FOR $2,448.69

**5 Certificate number(s)** SEE ATTACHMENT

**6 Type of Equity Interest**
Please indicate the type of Equity Interest you hold
☒ Check this box if your Equity Interest is based on an actual member interest held in the Debtor
☐ Check this box if your Equity Interest is based on anything else and describe that interest
**Description** INVESTOR

**7 Supporting Documents** Attach copies of supporting documents such as stock certificates option agreements warrants etc
DO NOT SEND ORIGINAL DOCUMENTS If the documents are not available explain If the documents are voluminous attach a summary

**8 Date Stamped Copy** To receive an acknowledgement of the filing of your Proof of Interest enclose a stamped self addressed envelope and copy of this Proof of Interest

**9 Signature**
Check the appropriate box
☒ I am the creditor  ☐ I am the creditor's authorized agent  ☐ I am the trustee or the debtor  ☐ I am a guarantor surety endorser or other codebtor
(Attach copy of power of attorney if any)  or their authorized agent  (See Bankruptcy Rule 3005)
(See Bankruptcy Rule 3004)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge information and reasonable belief

**Print Name** HENRICH BARI
**Title**
**Company** Address and telephone number (if different from notice address above)

(Signature) /s/ Bari    12/5/2024 (Date)

Telephone number 310-619-4434    email HENRICHBARI@GMAIL.COM

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both 18 U S C §§ 152 AND 3571*



**MERRILL**
A BANK OF AMERICA COMPANY

FBO MR HENRICH BARI

Account Number: 51X-51W55

## YOUR RETIREMENT ACCOUNT EQUITY COST BASIS

March 29, 2024 - June 28, 2024

| EQUITIES Description | Symbol | Acquired | Quantity | Unit Cost Basis | Total Cost Basis | Estimated Market Price | Estimated Market Value | Unrealized Gain/(Loss) | Estimated Annual Income |
|---|---|---|---|---|---|---|---|---|---|
| META MATERIALS INC REGITERED SHS | MMAT | 07/06/21 | 1.0104 | 739.3111 | 747.00 | 3.0100 | 3.04 | (743.96) | |
| | | 01/31/22 | 0.1010 | 146.5346 | 14.80 | 3.0100 | .30 | (14.50) | |
| | | 05/25/22 | 0.5052 | 175.1781 | 88.50 | 3.0100 | 1.52 | (86.98) | |
| | | 06/24/22 | 0.5860 | 190.0341 | 111.36 | 3.0100 | 1.76 | (109.60) | |
| | | 09/26/22 | 1.4752 | 67.8145 | 100.04 | 3.0100 | 4.44 | (95.60) | |
| | | 04/17/23 | 10.6092 | 22.2391 | 235.94 | 3.0100 | 31.93 | (204.01) | |
| | | 09/15/23 | 10.6092 | 22.7632 | 241.50 | 3.0100 | 31.93 | (209.57) | |
| | | 09/19/23 | 10.1038 | 20.0093 | 202.17 | 3.0100 | 30.41 | (171.76) | |
| Subtotal | | | 35.0000 | | 1,741.31 | | **105.33** | (1,635.98) | |
| **TOTAL** | | | | | 1,741.31 | | **105.33** | (1,635.98) | |

MR HENRICH BARI

## YOUR CMA TRANSACTIONS

Account Number 56X-49635

24-Hour Assistance (877) 653-4732
Access Code 29-569-49635

June 29, 2024 - July 31, 2024

### REALIZED GAINS/ (LOSSES)

| Description | Quantity | Acquired Date | Liquidation Date | Sale Amount | Cost Basis | Gains/ (Losses) ✪ This Statement | Year to Date |
|---|---|---|---|---|---|---|---|
| META MATERIALS INC | 55 00 | 07/06/21 | 07/05/24 | 1 76 | 409 20 | (407 44) | |
| META MATERIALS INC | 30 00 | 01/31/22 | 07/05/24 | 96 | 44 40 | (43 44) | |
| META MATERIALS INC | 2 20 00 | 02/24/23 | 07/05/24 | 7 04 | 147 40 | (140 36) | |
| META MATERIALS INC | 3 20 00 | 03/03/23 | 07/05/24 | 10 24 | 201 57 | (191 33) | |
| META MATERIALS INC | 9 50 00 | 04/24/23 | 07/05/24 | 30 40 | 195 51 | (165 11) | |
| META MATERIALS INC | 4 25 00 | 05/08/23 | 07/05/24 | 13 60 | 91 33 | (77 73) | |
| *Subtotal (Long-Term)* | | | | | | (1,025 41) | (1,025 41) |
| META MATERIALS INC | 9 64 00 | 08/18/23 | 07/05/24 | 30 85 | 212 08 | (181 23) | |
| META MATERIALS INC | 16 00 | 09/19/23 | 07/05/24 | 51 | 3 28 | (2 77) | |
| META MATERIALS INC | 30 20 00 | 09/19/23 | 07/05/24 | 96 64 | 620 61 | (523 97) | |
| META MATERIALS INC | 10 00 00 | 10/02/23 | 07/05/24 | 32 00 | 213 00 | (181 00) | |
| META MATERIALS INC | 20 00 00 | 10/13/23 | 07/05/24 | 64 00 | 428 40 | (364 40) | |
| META MATERIALS INC | 10 00 00 | 10/16/23 | 07/05/24 | 32 00 | 219 90 | (187 90) | |
| META MATERIALS INC | 50 00 00 | 05/23/24 | 07/05/24 | 159 99 | 142 00 | 17 99 | |
| *Subtotal (Short-Term)* | | | | | | (1,423 28) | (1,423 28) |
| **TOTAL** | | | | 479 99 | 2,928 68 | (2,448 69) | (2,448 69) |

✪ - Excludes transactions for which we have insufficient data

### CASH/ OTHER TRANSACTIONS

| Date | Description | Transaction Type | Quantity | Debit | Credit |
|---|---|---|---|---|---|
| **Electronic Transfers** | | | | | |
| 07/08 | TO BAC#XXXXXXXXXXX HENRICH BARI and LINDA S TRECKOVA | Withdrawal | | 250 00 | |
| 07/16 | TO BAC#XXXXXXXXXXX HENRICH BARI and LINDA S TRECKOVA | Withdrawal | | 200 00 | |
| | *Subtotal (Electronic Transfers)* | | | *450 00* | |
| | **NET TOTAL** | | | **450 00** | |