NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | | **PROOF OF INTEREST** |
|---|---|---|
| Name of Debtor: META MATERIALS INC. | Case Number: 24-50792 | |

**1.** Name and address of holder of the Equity Interest (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

MARK BOWEN
1318 HIGHBURY AVE N. UNIT 33
LONDON ON.
CANADA
N5Y 5E5

Telephone Number: (519) 777-6943

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

☒ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

**RECEIVED AND FILED**
DEC 10 2024
U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

COURT USE ONLY

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

Account or other number by which Interest holder identifies Debtor:
HP18488K6CAD

Check here if this claim:
☐ replaces a previously filed Proof of Interest dated: _____
☐ amends a previously filed Proof of Interest dated: _____

**2.** Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:
MARK BOWEN
WEALTHSIMPLE INVESTMENTS INC.
201-80 SPADINA AVENUE TORONTO ON M5V 2J4
Telephone Number: (416) 595-7200

**3.** Date Equity Interest was acquired:
2023/4/1 — 2024/01/31
PLEASE SEE ATTACHED DOCUMENTS

**4.** Total amount of member interest: MMAX 10 SHARE = $1030
CURRENTLY HOLD 0 MMAT

**5.** Certificate number(s): SEE ATTACHED

**6.** Type of Equity Interest:
Please indicate the type of Equity Interest you hold:
☒ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
☐ Check this box if your Equity Interest is based on anything else and describe that interest:
Description: INVESTOR

**7.** Supporting Documents: Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**8.** Date-Stamped Copy: To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

**9. Signature:**
Check the appropriate box.
☒ I am the creditor.    ☐ I am the creditor's authorized agent.    ☐ I am the trustee, or the debtor,    ☐ I am a guarantor, surety, endorser, or other codebtor.
(Attach copy of power of attorney, if any.)    or their authorized agent.    (See Bankruptcy Rule 3005.)
(See Bankruptcy Rule 3004.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: MARK BOWEN
Title:
Company: ___ Address and telephone number (if different from notice address above): 

(Signature)    Dec 9 2024 (Date)

Telephone number: (519) 777 6943    email: markbowen6@gmail.com

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

## Wealthsimple Investments Inc.

201 - 80 Spadina Avenue
Toronto, ON, M5V 2J4
Phone: (416) 555-7200 Fax: (647) 245-1002

Mark Bowen
33-1318 highbury Ave North
London ON N5Y5E5
CA

**ORDER EXECUTION ONLY ACCOUNT**

All figures in $CAD unless otherwise specified

| Account No. | Owner | Statement Period |
|---|---|---|
| HP1B4B8K6CAD | Mark Bowen | 2023-04-01 - 2023-04-30 |

### Tax-Free Savings Account

|  | Market Value($) | % of Market Value | Book Value($) | % of Total Book Value |
|---|---|---|---|---|
| Cash | $100.25 | 12.62 | $100.25 | 3.56 |
| Canadian Equities and Alternatives | $693.68 | 87.37 | $2,711.27 | 96.43 |
| US Equities and Alternatives | $0.00 | 0.00 | $0.00 | 0.00 |
| Total Portfolio | $793.93 | 100.00 | $2,811.52 | 100.00 |

## Portfolio Cash

| Last Statement Cash Balance | $0.00 | Cash Paid In | Deposits | $200.00 | Contributions: | |
|---|---|---|---|---|---|---|
| Total Cash Paid In | $200.00 | | Proceeds from sales | $0.00 | Contributions (year to date): | $200.00 |
| Total Cash Paid Out | $99.75 | | Dividends | $0.00 | Contributions (year to date): | $0.00 |
| Closing Cash Balance | $100.25 | | Interest | $0.00 | First 60 Days | $0.00 |
| | | | Other | $0.00 | Rest of Year | $200.00 |
| | | Cash Paid Out | Fees | $0.00 | | |
| | | | Taxes | $0.00 | | |
| | | | Cost of Investments | $99.75 | | |
| | | | Withdrawals | $0.00 | | |
| | | | Other | $0.00 | | |

## Portfolio Equities

| | Symbol | Total Quantity | Segregated Quantity | Market Price ($) | Market Value ($) | Book Cost* ($) |
|---|---|---|---|---|---|---|
| **Canadian Equities and Alternatives** | | | | | | |
| Exchangeable Shares | MMAX | 2392.0000 | 2392.0000 | $0.29 CAD | $693.68 | $2,711.27 |
| **US Equities and Alternatives** | (The conversion rate used to convert your month-end Market Value to CAD is: $1USD = $1.357800 CAD) | | | | | |
| Next Bridge Hydrocarbons Inc. | N/A | 144.0000 | 0.0000 | $0.00 USD | $0.00 | $0.00 |
| | Total | | | | $693.68 | $2,711.27 |

*Book Cost - the total amount paid to purchase a security, including any transaction charges related to the purchase, adjusted for corporate reorganizations. The transaction charge schedule can be found here. The book cost has been calculated to the best of our ability based on the information available to us, unless provided by you or your agent. As such, this information should not be used for the purpose of tax reporting as certain events are dependent on individual circumstances and the book value may not reflect all required adjustments. Please contact us to update the statement records if necessary.

 

CIPF MEMBER    IIROC    Regulated by Investment Industry Regulatory Organisation of Canada

## Activity - Current period

| Date | Transaction | Description | Charged ($) | Credit ($) | Balance ($) |
|---|---|---|---|---|---|
| 2023-04-14 | CONT | Contribution (executed at 2023-04-14) | $0.00 | $100.00 | $100.00 |
| 2023-04-28 | BUY | MMAX - Exchangeable Shares Bought 235.0000 shares (executed at 2023-04-14) | $99.75 | $0.00 | $0.25 |
| 2023-04-28 | CONT | Contribution (executed at 2023-04-28) | $0.00 | $100.00 | $100.25 |



CIPF MEMBER    IIROC    Regulated by Investment Industry Regulatory Organization of Canada

**ORDER EXECUTION ONLY ACCOUNT**

All figures in $CAD unless otherwise specified

**Wealthsimple Investments Inc.**

| Account No. | Owner | Statement Period |
|---|---|---|
| HP18493K0CAD | Mark Bowen | 2022-11-01 - 2022-11-30 |

201 - 80 Spadina Avenue
Toronto, ON, M5V 2J4
Phone: (416) 596-7200 Fax: (647) 245-1002

Mark Bowen
893 Adelaide Street North
London ON N5Y2M4
CA

| | Tax-Free Savings Account | | | |
|---|---|---|---|---|
| | Market Value($) | % of Market Value | Book Value($) | % of Total Book Value |
| Cash | $4.24 | 0.06 | $4.24 | 0.14 |
| Canadian Equities and Alternatives | $0.00 | 0.00 | $0.00 | 0.00 |
| US Equities and Alternatives | $6,978.88 | 99.93 | $2,933.34 | 99.86 |
| Total Portfolio | $6,983.12 | 100.00 | $2,937.58 | 100.00 |

## Portfolio Cash

| | | | | | | |
|---|---|---|---|---|---|---|
| Last Statement Cash Balance | $0.00 | Cash Paid In | Deposits | $4.24 | Contributions: | |
| Total Cash Paid In | $4.24 | | Proceeds from sales | $0.00 | Contributions (year to date): | $6,729.40 |
| Total Cash Paid Out | $0.00 | | Dividends | $0.00 | First 60 Days | $2,656.09 |
| Closing Cash Balance | $4.24 | | Interest | $0.00 | Rest of Year | $4,073.31 |
| | | | Other | $0.00 | | |
| | | Cash Paid Out | Fees | $0.00 | | |
| | | | Taxes | $0.00 | | |
| | | | Cost of Investments | $0.00 | | |
| | | | Withdrawals | $0.00 | | |
| | | | Other | $0.00 | | |

## Portfolio Equities

| | Symbol | Total Quantity | Segregated Quantity | Market Price ($) | Market Value ($) | Book Cost* ($) |
|---|---|---|---|---|---|---|
| **Canadian Equities and Alternatives** | | | | | | |
| **US Equities and Alternatives** | (The conversion rate used to convert your month-end Market Value to CAD is: $1USD = $1.350809 CAD) | | | | | |
| Meta Materials Inc | MMAT | 2100.0000 | 2100.0000 | $1.90 USD | $5,389.69 | $2,933.34 |
| PRF PERPETUAL USD - Ser A | MMTLP | 144.0000 | 144.0000 | $8.17 USD | $1,589.18 | $0.00 |
| | | Total | | | $6,978.88 | $2,933.34 |

*Book Cost - the total amount paid to purchase a security, including any transaction charges related to the purchase, adjusted for corporate reorganizations. The transaction charge schedule can be found here. The book cost has been calculated to the best of our ability based on the information available to us, unless provided by you or your agent. As such, this information should not be used for the purpose of tax reporting as certain events are dependent on individual circumstances and the book value may not reflect all required adjustments. Please contact us to update the statement records if necessary.

 

CIPF MEMBER   IIROC   Regulated by Investment Industry Regulatory Organization of Canada

## Activity - Current period

| Date | Transaction | Description | Charged ($) | Credit ($) | Balance ($) |
|---|---|---|---|---|---|
| 2022-11-14 | TRFIN | MMAT - Meta Materials Inc: Transfer of 2100.0000 shares into the account (executed at 2022-11-14) | $0.00 | $0.00 | $0.00 |
| 2022-11-14 | TRFIN | MMTLP - PRF PERPETUAL USD - Ser A: Transfer of 144.0000 shares into the account (executed at 2022-11-14) | $0.00 | $0.00 | $0.00 |
| 2022-11-14 | TRFIN | Money transfer into the account (executed at 2022-11-14) | $0.00 | $4.24 | $4.24 |



CIPF MEMBER    IIROC    Regulated by Investment Industry Regulatory Organization of Canada

**ORDER EXECUTION ONLY ACCOUNT**

All figures in $CAD unless otherwise specified

**Wealthsimple Investments Inc.**

| Account No. | Owner | Statement Period |
|---|---|---|
| HP1B4BBKBCAD | Mark Bowen | 2023-01-01 - 2023-01-31 |

201 - 80 Spadina Avenue
Toronto, ON, M5V 2J4
Phone: (416) 595-7200 Fax: (647) 245-1002

Mark Bowen
893 Adelaide Street North
London ON N5Y2M4
CA

### Tax-Free Savings Account

| | Market Value($) | % of Market Value | Book Value($) | % of Total Book Value |
|---|---|---|---|---|
| Cash | $156.72 | 4.93 | $156.72 | 5.05 |
| Canadian Equities and Alternatives | $2,654.82 | 83.59 | $2,611.52 | 84.15 |
| US Equities and Alternatives | $364.45 | 11.47 | $334.86 | 10.79 |
| Total Portfolio | $3,175.99 | 100.00 | $3,103.10 | 100.00 |

## Portfolio Cash

| Last Statement Cash Balance | $5.20 | Cash Paid In | Deposits | $0.00 | Contributions: | |
|---|---|---|---|---|---|---|
| Total Cash Paid In | $4,873.33 | | Proceeds from sales | $4,873.33 | Contributions (year to date): | $0.00 |
| Total Cash Paid Out | $4,721.81 | | Dividends | $0.00 | First 60 Days | $0.00 |
| Closing Cash Balance | $156.72 | | Interest | $0.00 | Rest of Year | $0.00 |
| | | | Other | $0.00 | | |
| | | Cash Paid Out | Fees | $0.00 | | |
| | | | Taxes | $0.00 | | |
| | | | Cost of Investments | $4,721.81 | | |
| | | | Withdrawals | $0.00 | | |
| | | | Other | $0.00 | | |

## Portfolio Equities

| | Symbol | Total Quantity | Segregated Quantity | Market Price ($) | Market Value ($) | Book Cost* ($) |
|---|---|---|---|---|---|---|
| **Canadian Equities and Alternatives** | | | | | | |
| Exchangeable Shares | MMAX | 2107.0000 | 2107.0000 | $1.26 CAD | $2,654.82 | $2,611.52 |
| **US Equities and Alternatives** | *(The conversion rate used to convert your month-end Market Value to CAD is $1USD = $1.335000 CAD)* | | | | | |
| META MATERIALS PREFERRED CONTRA SHS | N/A | 144.0000 | 144.0000 | $0.00 USD | $0.00 | $0.00 |
| Trnika Media Group Inc | TRKA | 1300.0000 | 0.0000 | $0.21 USD | $364.45 | $334.86 |
| | | Total | | | $3,019.27 | $2,946.38 |

*Book Cost - the total amount paid to purchase a security, including any transaction charges related to the purchase, adjusted for corporate reorganizations. The transaction charge schedule can be found here. The book cost has been calculated to the best of our ability based on the information available to us, unless provided by you or your agent. As such, this information should not be used for the purpose of tax reporting as certain events are dependent on individual circumstances and the book value may not reflect all required adjustments. Please contact us to update the statement records if necessary.




CIPF MEMBER    IIROC    Regulated by Investment Industry Regulatory Organization of Canada

## Activity - Current period

| Date | Transaction | Description | Charged ($) | Credit ($) | Balance ($) |
|---|---|---|---|---|---|
| 2023-01-19 | SELL | MMAT - Meta Materials Inc: Sold 801.0000 shares (executed at 2023-01-17), FX Rate: 1.3127 | $0.00 | $1,104.08 | $1,109.28 |
| 2023-01-19 | SELL | MMAT - Meta Materials Inc: Sold 1000.0000 shares (executed at 2023-01-17), FX Rate: 1.3126 | $0.00 | $1,368.08 | $2,477.36 |
| 2023-01-20 | BUY | MMAX - Exchangeable Shares: Bought 1975.0000 shares (executed at 2023-01-18) | $2,468.75 | $0.00 | $8.61 |
| 2023-01-20 | SELL | MMAT - Meta Materials Inc: Sold 299.0000 shares (executed at 2023-02-18), FX Rate: 1.3126 | $0.00 | $409.33 | $417.94 |
| 2023-01-20 | BUY | MMAX - Exchangeable Shares: Bought 340.0000 shares (executed at 2023-01-18) | $413.98 | $0.00 | $3.96 |
| 2023-01-20 | SELL | MMAX - Exchangeable Shares: Sold 208.0000 shares (executed at 2023-01-18) | $0.00 | $260.00 | $263.96 |
| 2023-01-24 | BUY | HLBZ - Helbiz Inc. (Class A): Bought 795.0000 shares (executed at 2023-01-20), FX Rate: 1.3072 | $258.69 | $0.00 | $5.27 |
| 2023-01-26 | SELL | HLBZ - Helbiz Inc. (Class A): Sold 795.0000 shares (executed at 2023-01-24), FX Rate: 1.3142 | $0.00 | $922.43 | $927.70 |
| 2023-01-26 | BUY | HLBZ - Helbiz Inc. (Class A): Bought 400.0000 shares (executed at 2023-01-24), FX Rate: 1.3020 | $234.27 | $0.00 | $693.43 |
| 2023-01-26 | BUY | TRKA - Troika Media Group Inc: Bought 1000.0000 shares (executed at 2023-01-24), FX Rate: 1.3029 | $272.59 | $0.00 | $20.84 |
| 2023-01-26 | SELL | MMAX - Exchangeable Shares: Sold 800.0000 shares (executed at 2023-01-24) | $0.00 | $1,032.00 | $1,052.84 |
| 2023-01-27 | SELL | TRKA - Troika Media Group Inc: Sold 100.0000 shares (executed at 2023-01-25), FX Rate: 1.3132 | $0.00 | $25.61 | $1,078.45 |
| 2023-01-30 | BUY | TRKA - Troika Media Group Inc: Bought 400.0000 shares (executed at 2023-01-26), FX Rate: 1.3598 | $89.53 | $0.00 | $988.92 |
| 2023-01-31 | BUY | MMAX - Exchangeable Shares: Bought 800.0000 shares (executed at 2023-01-27) | $984.00 | $0.00 | $4.92 |
| 2023-01-31 | SELL | HLBZ - Helbiz Inc. (Class A): Sold 400.0000 shares (executed at 2023-01-27), FX Rate: 1.3063 | $0.00 | $151.80 | $156.72 |

## Transactions for Future Settlement

| Settlement Date | Transaction | Description | To be Charged ($) | To be Credited ($) |
|---|---|---|---|---|
| 2023-02-01 | SELL | TRKA - Troika Media Group Inc: Sold 1300.0000 shares (executed at 2023-01-30), FX Rate: 1.3089 | $0.00 | $289.28 |

 

1/4

## Wealthsimple Investments Inc.

201 - 80 Spadina Avenue
Toronto, ON, M5V 2J4
Phone: (416) 596-7200 Fax: (647) 245-1012

Mark Bowen
33-1318 Highbury Ave North
London ON N5Y5E5
CA

**ORDER EXECUTION ONLY ACCOUNT**

All figures in $CAD unless otherwise specified

| Account No. | Owner | Statement Period |
|---|---|---|
| HP1848SK0CAD | Mark Bowen | 2023-05-01 - 2023-05-31 |

### Tax-Free Savings Account

| | Market Value($) | % of Market Value | Book Value($) | % of Total Book Value |
|---|---|---|---|---|
| Cash | $3.39 | 0.41 | $3.39 | 0.12 |
| Canadian Equities and Alternatives | $817.80 | 99.58 | $2,808.13 | 99.87 |
| US Equities and Alternatives | $0.00 | 0.00 | $0.00 | 0.00 |
| Total Portfolio | $821.19 | 100.00 | $2,811.52 | 100.00 |

## Portfolio Cash

| | | | | | | |
|---|---|---|---|---|---|---|
| Last Statement Cash Balance | $100.25 | Cash Paid In | Deposits | $0.00 | **Contributions:** | |
| Total Cash Paid In | $0.00 | | Proceeds from sales | $0.00 | Contributions (year to date): | $200.00 |
| Total Cash Paid Out | $96.86 | | Dividends | $0.00 | Contributions (year to date): | $0.00 |
| Closing Cash Balance | $3.39 | | Interest | $0.00 | First 60 Days | $0.00 |
| | | | Other | $0.00 | Rest of Year | $200.00 |
| | | Cash Paid Out | Fees | $0.00 | | |
| | | | Taxes | $0.00 | | |
| | | | Cost of Investments | $96.86 | | |
| | | | Withdrawals | $0.00 | | |
| | | | Other | $0.00 | | |

## Portfolio Equities

| | Symbol | Total Quantity | Segregated Quantity | Market Price ($) | Market Value ($) | Book Cost* ($) |
|---|---|---|---|---|---|---|
| **Canadian Equities and Alternatives** | | | | | | |
| Exchangeable Shares | MMAX | 2726.0000 | 2726.0000 | $0.30 CAD | $817.80 | $2,808.13 |
| **US Equities and Alternatives** | (The conversion rate used to convert your month-end Market Value to CAD is: $1USD = $1.360300 CAD) | | | | | |
| Next Bridge Hydrocarbons Inc. | N/A | 144.0000 | 0.0000 | $0.00 USD | $0.00 | $0.00 |
| | | Total | | | $817.80 | $2,808.13 |

*Book Cost - the total amount paid to purchase a security, including any transaction charges related to the purchase, adjusted for corporate reorganizations. The transaction charge schedule can be found here. The book cost has been calculated to the best of our ability based on the information available to us, unless provided by you or your agent. As such, this information should not be used for the purpose of tax reporting as certain events are dependent on individual circumstances and the book value may not reflect all required adjustments. Please contact us to update the statement records if necessary.




CIPF MEMBER    IIROC    Regulated by Investment Industry Regulatory Organization of Canada

### Activity - Current period

| Date | Transaction | Description | Charged ($) | Credit ($) | Balance ($) |
|---|---|---|---|---|---|
| 2023-05-03 | BUY | MMAX - Exchangeable Shares: Bought 334.0000 shares (executed at 2023-05-01) | 556.65 | $0.00 | 53.39 |



CIPF MEMBER     IIROC     Regulated by Investment Industry Regulatory Organization of Canada

**ORDER EXECUTION ONLY ACCOUNT**

All figures in $CAD unless otherwise specified

| Account No. | Owner | Statement Period |
|---|---|---|
| HP1846SK8CAD | Mark Bowen | 2023-07-01 - 2023-07-31 |

**Wealthsimple Investments Inc.**

201 - 80 Spadina Avenue
Toronto, ON, M5V 2J4
Phone: (416) 596-7200 Fax: (647) 245-1002

Mark Bowen
33-1318 highbury Ave North
London ON N5Y5E5
CA

### Tax-Free Savings Account

| | Market Value($) | % of Market Value | Book Value($) | % of Total Book Value |
|---|---|---|---|---|
| Cash | $0.00 | 0.00 | $0.00 | 0.00 |
| Canadian Equities and Alternatives | $406.50 | 100.00 | $1,177.13 | 100.00 |
| US Equities and Alternatives | $0.00 | 0.00 | $0.00 | 0.00 |
| Total Portfolio | $406.50 | 100.00 | $1,177.13 | 100.00 |

## Portfolio Cash

| | | | | | | |
|---|---|---|---|---|---|---|
| Last Statement Cash Balance | $0.00 | Cash Paid In | Deposits | $877.65 | **Contributions:** | |
| Total Cash Paid In | $1,464.49 | | Proceeds from sales | $586.84 | Contributions (year to date) | $1,177.65 |
| Total Cash Paid Out | $1,464.49 | | Dividends | $0.00 | Contributions (year to date) | $0.00 |
| Closing Cash Balance | $0.00 | | Interest | $0.00 | First 60 Days | $0.00 |
| | | | Other | $0.00 | Rest of Year | $1,177.65 |
| | | Cash Paid Out | Fees | $0.00 | | |
| | | | Taxes | $0.00 | | |
| | | | Cost of Investments | $147.00 | | |
| | | | Withdrawals | $1,317.49 | | |
| | | | Other | $0.00 | | |

## Portfolio Equities

| | Symbol | Total Quantity | Segregated Quantity | Market Price ($) | Market Value ($) | Book Cost* ($) |
|---|---|---|---|---|---|---|
| **Canadian Equities and Alternatives** | | | | | | |
| Exchangeable Shares | MMAX | 1000.0000 | 1000.0000 | $0.27 CAD | $270.00 | $1,030.13 |
| Semora Corp. | SVA | 150.0000 | 150.0000 | $0.91 CAD | $136.50 | $147.00 |
| **US Equities and Alternatives** | (The conversion rate used to convert your month-end Market Value to CAD is: $1USD = $1.31770 CAD) | | | | | |
| Next Bridge Hydrocarbons Inc. | N/A | 144.0000 | 0.0000 | $0.00 USD | $0.00 | $0.00 |
| | | | | Total | $406.50 | $1,177.13 |

*Book Cost - the total amount paid to purchase a security, including any transaction charges related to the purchase, adjusted for corporate reorganizations. The transaction charge schedule can be found here. The book cost has been calculated to the best of our ability based on the information available to us, unless provided by you or your agent. As such, this information should not be used for the purpose of tax reporting as certain events are dependent on individual circumstances and the book value may not reflect all required adjustments. Please contact us to update the statement records if necessary.




CIPF MEMBER    IIROC    Regulated by Investment Industry Regulatory Organization of Canada

## Activity - Current period

| Date | Transaction | Description | Charged ($) | Credit ($) | Balance ($) |
|---|---|---|---|---|---|
| 2023-07-14 | TRFOUT | Money transfer out of the account (executed at 2023-07-14) | $440.00 | $0.00 | $-440.00 |
| 2023-07-17 | CONT | Contribution (executed at 2023-07-17) | $0.00 | $10.00 | $-430.00 |
| 2023-07-18 | SELL | MMAX - Exchangeable Shares: Sold 1726.0000 shares (executed at 2023-07-14) | $0.00 | $586.84 | $156.84 |
| 2023-07-19 | BUY | SVA - Semova Corp.: Bought 150.0000 shares (executed at 2023-07-17) | $147.00 | $0.00 | $9.84 |
| 2023-07-19 | TRFOUT | Money transfer out of the account (executed at 2023-07-19) | $809.84 | $0.00 | $-800.00 |
| 2023-07-19 | CONT | Contribution (executed at 2023-07-19) | $0.00 | $800.00 | $0.00 |
| 2023-07-31 | CONT | Contribution (executed at 2023-07-31) | $0.00 | $67.05 | $67.05 |
| 2023-07-31 | TRFOUT | Money transfer out of the account (executed at 2023-07-31) | $67.05 | $0.00 | $0.00 |




CIPF MEMBER · IIROC · Regulated by Investment Industry Regulatory Organization of Canada

**ORDER EXECUTION ONLY ACCOUNT**

All figures in $CAD unless otherwise specified

**Wealthsimple Investments Inc.**

| Account No. | Owner | Statement Period |
|---|---|---|
| HP1B488K8CAD | Mark Bowen | 2024-01-01 - 2024-01-31 |

201 - 80 Spadina Avenue
Toronto, ON, M5V 2J4
Phone: (416) 595-7200 Fax: (647) 245-1002

Mark Bowen
33-1318 highbury Ave North
London ON N5Y5E5
CA

### Tax-Free Savings Account

|  | Market Value($) | % of Market Value | Book Value($) | % of Total Book Value |
|---|---|---|---|---|
| Cash | $0.00 | 0.00 | $0.00 | 0.00 |
| Canadian Equities and Alternatives | $100.00 | 100.00 | $1,030.13 | 100.00 |
| US Equities and Alternatives | $0.00 | 0.00 | $0.00 | 0.00 |
| Total Portfolio | $100.00 | 100.00 | $1,030.13 | 100.00 |

## Portfolio Cash

| Last Statement Cash Balance | $0.00 |
| Total Cash Paid In | $2,208.56 |
| Total Cash Paid Out | $2,208.56 |
| Closing Cash Balance | $0.00 |

| Cash Paid In | Deposits | $2,208.56 |
|---|---|---|
|  | Proceeds from sales | $0.00 |
|  | Dividends | $0.00 |
|  | Interest | $0.00 |
|  | Other | $0.00 |

| Cash Paid Out | Fees | $0.00 |
|---|---|---|
|  | Taxes | $0.00 |
|  | Cost of Investments | $0.00 |
|  | Withdrawals | $2,208.56 |
|  | Other | $0.00 |

| Contributions: | |
|---|---|
| Contributions (year to date) | $1,000.00 |

## Portfolio Equities

|  | Symbol | Total Quantity | Segregated Quantity | Market Price ($) | Market Value ($) | Book Cost* ($) |
|---|---|---|---|---|---|---|
| **Canadian Equities and Alternatives** |  |  |  |  |  |  |
| METAMATL EXCH RG | MMAX | 10.0000 | 10.0000 | $10.00 CAD | $100.00 | $1,030.13 |
| **US Equities and Alternatives** | (The conversion rate used to convert your month-end Market Value to CAD is: $1USD = $1.339700 CAD) | | | | | |
| Next Bridge Hydrocarbons Inc. | N/A | 144.0000 | 0.0000 | $0.00 USD | $0.00 | $0.00 |
| Total |  |  |  |  | $100.00 | $1,030.13 |

*Book Cost - the total amount paid to purchase a security, including any transaction charges related to the purchase, adjusted for corporate reorganizations. The transaction charge schedule can be found here. The book cost has been calculated to the best of our ability based on the information available to us, unless provided by you or your agent. As such, this information should not be used for the purpose of tax reporting as certain events are dependent on individual circumstances and the book value may not reflect all required adjustments. Please contact us to update the statement records if necessary.

CIPF MEMBER — Regulated by Canadian Investment Regulatory Organization / Réglementée par Organisme canadien de réglementation des investissements

## Activity - Current period

| Date | Transaction | Description | Charged ($) | Credit ($) | Balance ($) |
|---|---|---|---|---|---|
| 2024-01-18 | TRFIN | Money transfer into the account (executed at 2024-01-18) | $0.00 | $1,208.56 | $1,208.56 |
| 2024-01-19 | WD | Non-contribution withdrawal (executed at 2024-01-19) | $1,208.56 | $0.00 | $0.00 |
| 2024-01-19 | CONT | Contribution (executed at 2024-01-19) | $0.00 | $1,000.00 | $1,000.00 |
| 2024-01-19 | TRFOUT | Money transfer out of the account (executed at 2024-01-19) | $1,000.00 | $0.00 | $0.00 |
| 2024-01-29 | STKREORG | MMAX - Metamaterial Exchangeco Inc.: stock reorganization (executed at 2024-01-29) | $0.00 | $0.00 | $0.00 |
| 2024-01-29 | STKREORG | MMAX - METAMATL EXCH RG: stock reorganization (executed at 2024-01-29) | $0.00 | $0.00 | $0.00 |

CIPF MEMBER — Regulated by Canadian Investment Regulatory Organization / Réglementée par Organisme canadien de réglementation des investissements