NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | **PROOF OF INTEREST** |
|---|---|

Name of Debtor

*Meta Materials Inc.*

Case Number

*24 - 50792-hlb*

**1**   **Name and address of holder of the Equity Interest** (the person or entity holding an Equity Interest in the Debtor Referred to hereinafter as the 'Interest holder')

Loi Yin Tang
8 Oakville Drive
Bournville
Birmingham
B31 2AE, United Kingdom

Telephone Number
+447403080714

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars

☑ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors

RECEIVED
AND FILED

DEC 10 2024

U.S BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

**NOTE** This form SHOULD NOT be used to make a claim against the Debtor for money owed A separate Proof of Claim form should be used for that purpose This form should only be used to assert an Equity Interest in the Debtor An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein

COURT USE ONLY

Account or other number by which Interest holder identifies Debtor

(Trading 212) 6820341 / (IBKR) U6390499

Check here if this claim
☐ replaces a previously filed Proof of Interest dated _____
☐ amends a previously filed Proof of Interest dated _____

**2**   **Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest**

Trading 212, Aldermary House, 10-15 Queen Street, London, EC4N 1TX, UK   ✱

Telephone Number   +44 207 066 1000

**3**   **Date Equity Interest was acquired**

22/07/2021 — 17/10/2023

**4**   Total amount of member interest   670 9934029 ~~at tot~~

**5**   Certificate number(s) _____

**6**   **Type of Equity Interest**
Please indicate the type of Equity Interest you hold
☑ Check this box if your Equity Interest is based on an actual member interest held in the Debtor
☐ Check this box if your Equity Interest is based on anything else and describe that interest
Description

**7**   **Supporting Documents** Attach copies of supporting documents such as stock certificates option agreements, warrants etc.
DO NOT SEND ORIGINAL DOCUMENTS If the documents are not available explain If the documents are voluminous attach a summary

**8**   **Date-Stamped Copy** To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped self-addressed envelope and copy of this Proof of Interest

**9**   **Signature**
Check the appropriate box.
☑ I am the creditor   ☐ I am the creditor's authorized agent   ☐ I am the trustee or the debtor   ☐ I am a guarantor surety endorser or other codebtor
(Attach copy of power of attorney if any)   or their authorized agent.   (See Bankruptcy Rule 3005)
(See Bankruptcy Rule 3004)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge information and reasonable belief

Print Name   LOI YIN TANG
Title
Company ___ Address and telephone number (if different from notice address above)
_____
_____

(Signature)   *LoyinTang*   26/11/2024
(Date)

Telephone number +447903080719 email Keith-tang @hotmail.co.uk

*Penalty for presenting fraudulent claim is a fine of up to $500 000 or imprisonment for up to 5 years, or both 18 U S C §§ 152 AND 3571*

✱ 2nd Record Holder
Interactive Brokers
20 Fenchurch Street
Floor 12
London
EC3M 3BY
Phone: +44 20 7744 7770

✱ 2
IBKR ~~unable to provide scanned documents~~
~~Please contact IBKR for further evidence~~

Open Lots

Matched
0360

| | | |
|---|---|---|
| 1 | Bought At 1,011.0<br>15/06/2021 | 0<br>of 4.178236 |
| 2 | Bought At 1,011.0<br>15/06/2021 | 0<br>of 12.3 |
| 3 | Bought At 701.33<br>24/06/2021 | 0<br>of 1.8355 |
| 4 | Bought At 701.77<br>24/06/2021 | 0<br>of 0.1845 |
| 5 | Bought At 390.50<br>12/07/2021 | 0<br>of 10 |
| 6 | Bought At 391.50<br>13/07/2021 | 0<br>of 5 |
| 7 | Bought At 381.50<br>13/07/2021 | 0<br>of 5 |
| 8 | Bought At 371.50<br>13/07/2021 | 0<br>of 5 |
| 9 | Bought At 340.50<br>05/08/2021 | 0<br>of 4.41 |
| 10 | Bought At 310.50<br>06/08/2021 | 0<br>of 4.83 |

Open Lots

Matched
0360

| | | |
|---|---|---|
| 1 | Bought At 1,011.0<br>15/06/2021 | 0<br>of 4.178236 |
| 2 | Bought At 1,011.0<br>15/06/2021 | 0<br>of 12.3 |
| 3 | Bought At 701.33<br>24/06/2021 | 0<br>of 1.8355 |
| 4 | Bought At 701.77<br>24/06/2021 | 0<br>of 0.1845 |
| 5 | Bought At 390.50<br>12/07/2021 | 0<br>of 10 |
| 6 | Bought At 391.50<br>13/07/2021 | 0<br>of 5 |
| 7 | Bought At 381.50<br>13/07/2021 | 0<br>of 5 |
| 8 | Bought At 371.50<br>13/07/2021 | 0<br>of 5 |
| 9 | Bought At 340.50<br>05/08/2021 | 0<br>of 4.41 |
| 10 | Bought At 310.50<br>06/08/2021 | 0<br>of 4.83 |

## Your Position    U6390499

| | | | |
|---|---|---|---|
| Market Value | | Daily P&L | |
| 22.47 | | 0.00 | |
| Shares | 360 | Total Return | -100.0% |
| Avg Price | 237.83 | Unrlzd P&L | -85,596 |
| Cost Basis | 85.6K | Rlzd P&L | 0.00 |



**18:35 — Meta Materials**
| | |
|---|---|
| TYPE | Limit Buy |
| STATUS | Filled |
| SUBMITTED ON | 27/04/2023, 20:32 |
| ORDER ID | EO2381760784 |
| LIMIT PRICE | $0.188 |
| ORDERED QUANTITY | 10,000 |
| FILLED ON | 27/04/2023, 21:44 |
| FILLED QUANTITY | 10,000 |
| FILL PRICE | $0.1873 |
| FILL ID | EOF2381782453 |
| EXCHANGE RATE (GBP/USD) | 1.24426 |
| TRADING TYPE | Over the Counter (OTC) |

**18:34 — Meta Materials**
| | |
|---|---|
| TYPE | Market Buy |
| STATUS | Filled |
| SUBMITTED ON | 01/06/2023, 02:54 |
| ORDER ID | EO3058400323 |
| ORDERED QUANTITY | 2,000 |
| FILLED ON | 01/06/2023, 02:54 |
| FILLED QUANTITY | 2,000 |
| FILL PRICE | $0.2159 |
| FILL ID | EOF3058400328 |
| EXCHANGE RATE (GBP/USD) | 1.24241 |
| TRADING TYPE | Over the Counter (OTC) |
| FX FEE | £0.52 |

**18:33 — Meta Materials**
| | |
|---|---|
| TYPE | Limit Buy |
| STATUS | Filled |
| SUBMITTED ON | 05/10/2023, 03:09 |
| ORDER ID | EO4300664496 |
| LIMIT PRICE | $0.2021 |
| ORDERED QUANTITY | 6,000 |
| FILLED ON | 17/10/2023, 22:27 |
| FILLED QUANTITY | 6,000 |
| FILL PRICE | $0.202 |
| FILL ID | EOF4850601785 |
| EXCHANGE RATE (GBP/USD) | 1.2193 |
| TRADING TYPE | Over the Counter (OTC) |

**18:35 — Meta Materials**
| | |
|---|---|
| TYPE | Market Buy |
| STATUS | Filled |
| SUBMITTED ON | 27/04/2023, 01:14 |
| ORDER ID | EO2380670333 |
| ORDERED QUANTITY | 700 |
| FILLED ON | 27/04/2023, 01:16 |
| FILLED QUANTITY | 700 |
| FILL PRICE | $0.1896 |
| FILL ID | EOF2380670426 |
| EXCHANGE RATE (GBP/USD) | 1.24701 |
| TRADING TYPE | Over the Counter (OTC) |
| FX FEE | £0.16 |

**18:36 — Meta Materials**
| | |
|---|---|
| TYPE | Limit Buy |
| STATUS | Filled |
| SUBMITTED ON | 28/07/2022, 03:22 |
| ORDER ID | EO1991839787 |
| LIMIT PRICE | $0.9 |
| ORDERED QUANTITY | 1,000 |
| FILLED ON | 28/07/2022, 03:35 |
| FILLED QUANTITY | 1,000 |
| FILL PRICE | $0.9 |
| FILL ID | EOF1991840784 |
| EXCHANGE RATE (GBP/USD) | 1.21804 |
| TRADING TYPE | Over the Counter (OTC) |

**18:35 — Meta Materials**
| | |
|---|---|
| TYPE | Limit Buy |
| STATUS | Filled |
| SUBMITTED ON | 14/04/2023, 20:44 |
| ORDER ID | EO2361731411 |
| LIMIT PRICE | $0.2105 |
| ORDERED QUANTITY | 2,000 |
| FILLED ON | 19/04/2023, 22:15 |
| FILLED QUANTITY | 2,000 |
| FILL PRICE | $0.2105 |
| FILL ID | EOF2368786456 |
| EXCHANGE RATE (GBP/USD) | 1.24589 |
| TRADING TYPE | Over the Counter (OTC) |





