NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | | **PROOF OF INTEREST** |
|---|---|---|
| Name of Debtor: Meta Materials Inc. (MMAT) | Case Number: 24-50792 | |

1. **Name and address of holder of the Equity Interest** (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

   Name: Mitchell Tallungan
   Address: 1597 Autumncrest Drive Crystal Lake, IL 60014
   Phone: 224-587-5855

   Telephone Number:

   ☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

   ☒ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

   ☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

   RECEIVED AND FILED
   DEC 10 2024
   U.S. BANKRUPTCY COURT
   MARY A. SCHOTT, CLERK

**NOTE:** This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

**COURT USE ONLY**

Account or other number by which Interest holder identifies Debtor:
726-226366

Check here if this claim:
☐ replaces a previously filed Proof of Interest dated: _____
☐ amends a previously filed Proof of Interest dated: _____

2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:
   Fidelity Investments
   Telephone Number: 800-343-3548

3. Date Equity Interest was acquired:
   9/20/2023

4. Total amount of member interest: 3 (Post Reverse Split)

5. Certificate number(s): _____

6. **Type of Equity Interest:**
   Please indicate the type of Equity Interest you hold:
   ☒ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
   ☐ Check this box if your Equity Interest is based on anything else and describe that interest:
   Description: Investor Current

7. **Supporting Documents:** Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
   DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. **Date-Stamped Copy:** To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

9. **Signature:**
   Check the appropriate box.
   ☒ I am the creditor.   ☐ I am the creditor's authorized agent.   ☐ I am the trustee, or the debtor,   ☐ I am a guarantor, surety, endorser, or other codebtor.
   (Attach copy of power of attorney, if any.)   or their authorized agent.   (See Bankruptcy Rule 3005.)
   (See Bankruptcy Rule 3004.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: Mitchell Tallungan
Title:
Company:___ Address and telephone number (if different from notice address above):

(Signature)   12/2/2024 (Date)

Telephone number:   email:

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*



INVESTMENT REPORT
September 1, 2023 - September 30, 2023

Envelope # BPKDMTBBDHGWX

MITCHELL TALLUNGAN
3823 SONOMA CIR
LK IN THE HLS IL 60156-6727

FIDELITY ACCOUNT MITCHELL TALLUNGAN - INDIVIDUAL
▶ **Account Number: Z26-226366**

**Your Account Value:** $169.75

Change from Last Period: ▲ $56.02

|  | This Period | Year-to-Date |
|---|---|---|
| **Beginning Account Value** | $113.73 | - |
| Additions | 50.00 | 550.00 |
| Change in Investment Value * | 6.02 | -380.25 |
| **Ending Account Value ** | $169.75 | $169.75 |
| Accrued Interest (AI) | 0.00 | |
| Ending Account Value Incl. AI | $169.75 | |

\*  *Reflects appreciation or depreciation of your holdings due to price changes, transactions from Other Activity In or Out and Multi-currency transactions, plus any distribution and income earned during the statement period.*
\*\* *Excludes unpriced securities.*

**Contact Information**

| Online | Fidelity.com |
|---|---|
| FAST®-Automated Telephone | (800) 544-5555 |
| Customer Service | (800) 544-6666 |

Brokerage services provided by Fidelity Brokerage Services LLC (FBS), Member NYSE, SIPC (800) 544-6666. Brokerage accounts carried by National Financial Services LLC (NFS), Member NYSE, SIPC.



INVESTMENT REPORT
September 1, 2023 - September 30, 2023

## Account Summary

Account # Z26-226366
**MITCHELL TALLUNGAN - INDIVIDUAL**

Account Value: **$169.75**

Change in Account Value ▲ $56.02

|  | This Period | Year-to-Date |
|---|---|---|
| **Beginning Account Value** | $113.73 | - |
| **Additions** | 50.00 | 550.00 |
| Deposits | 50.00 | 550.00 |
| **Change in Investment Value *** | 6.02 | -380.25 |
| **Ending Account Value** | $169.75 | $169.75 |
| Accrued Interest (AI) | 0.00 | |
| Ending Account Value Incl. AI | $169.75 | |

Total Account Trades Oct 2022 - Sep 2023: 0

\* *Reflects appreciation or depreciation of your holdings due to price changes, transactions from Other Activity In or Out and Multi-currency transactions, plus any distribution and income earned during the statement period.*

▶ In an effort to streamline and enhance statement viewability, we're removing the Core Account Cash Flow table from statements beginning in October 2023.   1106074.1.0

### Account Holdings



1% Core Account ($1)
99% Stocks ($168)

### Top Holdings

| Description | Value | Percent of Account |
|---|---|---|
| Global Tech Inds Group INC Com | $80 | 47% |
| Meta Materials INC Com Isin #Us59134N1046 Sedol #Bkscvx7 | 52 | 31 |
| Genius Group LTD Com Npv | 29 | 18 |
| **Total** | **$162** | **96%** |

*Please note that, due to rounding, percentages may not add to 100%.*

### Income Summary

|  | This Period | Year-to-Date |
|---|---|---|
| **Taxable** | $0.03 | $0.55 |
| Dividends | 0.03 | 0.55 |
| **Total** | **$0.03** | **$0.55** |

MR_CE_BPKDMTBBDHGWX_BBBBB 20230929



INVESTMENT REPORT
September 1, 2023 - September 30, 2023

Account # Z26-226366
**MITCHELL TALLUNGAN - INDIVIDUAL**

## Core Account and Credit Balance Cash Flow

|  | This Period | Year-to-Date |
|---|---|---|
| **Beginning Balance** | $1.39 | - |
| **Investment Activity** | | |
| Securities Bought | -$50.23 | -$549.36 |
| Dividends, Interest & Other Income D | 0.03 | 0.55 |
| **Total Investment Activity** | -$50.20 | -$548.81 |
| **Cash Management Activity** | | |
| Deposits | 50.00 | 550.00 |
| **Total Cash Management Activity** | $50.00 | $550.00 |
| **Ending Balance** | $1.19 | $1.19 |

D  Includes dividend reinvestments.

## Holdings

### Core Account

| Description | Beginning Market Value Sep 1, 2023 | Quantity Sep 30, 2023 | Price Per Unit Sep 30, 2023 | Ending Market Value Sep 30, 2023 | Total Cost Basis | Unrealized Gain/Loss Sep 30, 2023 | EAI ($) / EY (%) |
|---|---|---|---|---|---|---|---|
| **FIDELITY GOVERNMENT MONEY MARKET** (SPAXX) -- 7-day yield: 4.99% | $1.39 | 1.190 | $1.0000 | $1.19 | not applicable | not applicable | $0.05 4.200% |
| **Total Core Account (1% of account holdings)** | $1.39 | | | $1.19 | | | $0.05 |

### Stocks

| Description | Beginning Market Value Sep 1, 2023 | Quantity Sep 30, 2023 | Price Per Unit Sep 30, 2023 | Ending Market Value Sep 30, 2023 | Total Cost Basis | Unrealized Gain/Loss Sep 30, 2023 | EAI ($) / EY (%) |
|---|---|---|---|---|---|---|---|
| **Common Stock** | | | | | | | |
| **GENIUS GROUP LTD COM NPV**(GNS) | $41.40 | 36.000 | $0.8270 | $29.77 | $189.76 | -$159.99 | - - |



INVESTMENT REPORT
September 1, 2023 - September 30, 2023

## Holdings

Account # Z26-226366
**MITCHELL TALLUNGAN - INDIVIDUAL**

**Stocks** (continued)

| Description | Beginning Market Value Sep 1, 2023 | Quantity Sep 30, 2023 | Price Per Unit Sep 30, 2023 | Ending Market Value Sep 30, 2023 | Total Cost Basis | Unrealized Gain/Loss Sep 30, 2023 | EAI ($) / EY (%) |
|---|---|---|---|---|---|---|---|
| **Common Stock** (continued) | | | | | | | |
| ELSE NUTRITION HOLDINGS INC COM NPV ISIN #CA2902571041 SEDOL #BJYCSQ6 (BABYF) | 7.94 | 25.000 | 0.2330 | 5.82 | 19.37 | -13.55 | - - |
| GLOBAL TECH IND GROUP RESTRICTED | unavailable | 10.000 | - | unavailable | unknown | unknown | - - |
| GLOBAL TECH INDS GROUP INC COM (GTII) | 63.00 | 100.000 | 0.8000 | 80.00 | 290.00 | -210.00 | - - |
| META MATERIALS INC COM ISIN #US59134N1046 SEDOL #BKSCVX7 (MMAT) | unavailable | 250.000 | 0.2119 | 52.97 | 50.23 | 2.74 | - - |
| Total Common Stock (99% of account holdings) | $112.34 | | | $168.56 | $549.36 | -$380.80 | - |
| **Total Stocks (99% of account holdings)** | **$112.34** | | | **$168.56** | **$549.36** | **-$380.80** | - |
| **Total Holdings** | | | | **$169.75** | **$549.36** | **-$380.80** | **$0.05** |

*All positions held in cash account unless indicated otherwise.*

EAI   **Estimated Annual Income (EAI) & Estimated Yield (EY)** - *EAI is an estimate of annual income for a specific security position over the next rolling 12 months. EAI may be negative on short*
& EY  *positions. EY is calculated by dividing the current EAI for a security position by its statement closing date market value. EAI and EY are estimates only and may include return of principal and/or capital gains, which would render them overstated. Actual income and yield might be lower or higher than the estimated amounts.* **For calculation details, refer to the "Additional Information and Endnotes" section.**

*Total Cost Basis does not include the cost basis on core, money market or other positions where cost basis is unknown or not applicable.*



INVESTMENT REPORT
September 1, 2023 - September 30, 2023

# Activity

Account # Z26-226366
MITCHELL TALLUNGAN - INDIVIDUAL

## Securities Bought & Sold

| Settlement Date | Security Name | Symbol/CUSIP | Description | Quantity | Price | Transaction Cost | Amount |
|---|---|---|---|---|---|---|---|
| 09/22 | META MATERIALS INC COM ISIN #US59134N1046 SEDOL #BKSCVX7 | 59134N104 | You Bought | 250.000 | $0.20090 | - | -$50.23 |
| Total Securities Bought | | | | | | - | -$50.23 |
| **Net Securities Bought & Sold** | | | | | | - | **-$50.23** |

## Dividends, Interest & Other Income

*(Includes dividend reinvestment)*

| Settlement Date | Security Name | Symbol/CUSIP | Description | Quantity | Price | Amount |
|---|---|---|---|---|---|---|
| 09/29 | FIDELITY GOVERNMENT MONEY MARKET | 31617H102 | Dividend Received | - | - | $0.03 |
| **Total Dividends, Interest & Other Income** | | | | | | **$0.03** |

## Deposits

| Date | Reference | Description | Amount |
|---|---|---|---|
| 09/19 | | Eft Funds Received Er75484104 /web Jpmorgan Chase Bank, Na ******7295 | $50.00 |
| **Total Deposits** | | | **$50.00** |

## Core Fund Activity

*For more information about the operation of your core account, please refer to your Customer Agreement.*

**Settlement Account**

| Date | Type | Transaction | Description | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|
| 09/19 | CASH | You Bought | FIDELITY GOVERNMENT MONEY MARKET MORNING TRADE @ 1 | 50.000 | $1.0000 | $50.00 | $51.39 |
| 09/22 | CASH | You Sold | FIDELITY GOVERNMENT MONEY MARKET MORNING TRADE @ 1 | -50.230 | 1.0000 | -50.23 | 1.16 |



INVESTMENT REPORT
September 1, 2023 - September 30, 2023

## Activity

Account # Z26-226366
MITCHELL TALLUNGAN - INDIVIDUAL

### Core Fund Activity (continued)

*For more information about the operation of your core account, please refer to your Customer Agreement.*

**Settlement Account**

| Date | Type | Transaction | Description | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|
| 09/29 | CASH | You Bought | FIDELITY GOVERNMENT MONEY MARKET @ 1 | 0.030 | 1.0000 | 0.03 | 1.19 |

**Total Core Fund Activity** -$0.20



INVESTMENT REPORT
September 1, 2023 - September 30, 2023

Account # Z26-226366
MITCHELL TALLUNGAN - INDIVIDUAL

## Additional Information and Endnotes

▶ Order Flow Practices: As the introducing broker for your account, FBS routes your orders to our clearing firm affiliate, National Financial Services ("NFS"). In deciding where to send orders received for execution, NFS looks at a number of factors, such as size of the order, trading characteristics of the security, favorable execution prices (including the opportunity for price improvement), access to reliable market data, availability of efficient automated transaction processing, and execution cost. Some market centers or broker-dealers may execute orders at prices superior to the publicly quoted market. NFS's order routing policies are designed to result in transaction processing that is favorable to its customers. Where a customer directs the market center to which an order is routed, FBS or NFS will route the order to such market center in accordance with the customer's instructions without regard to its general order-routing practices.

FBS and/or NFS receives remuneration, compensation, or other consideration for directing customer orders to certain market centers. Such consideration may take the form of financial credits, monetary payments, rebates, volume discounts, or reciprocal business. The details of any credit, payment, rebate, or other form of compensation received in connection with the routing of a particular order will be provided on your request. Unless your account is managed on a discretionary basis by Strategic Advisers LLC, an affiliate of NFS, NFS may execute certain transactions as principal. In addition, from time to time, Fidelity may provide aggregated trade execution data to customers and prospective customers.

Order Routing Disclosure Quarterly reports: Quarterly information regarding the routing of orders by NFS in listed equity securities and listed options is available online at Fidelity.com. The reports are formatted in accordance with Securities and Exchange Commission requirements. Investor Inquiry: You can request your specific order routing and execution information for the preceding six months. This information will include the identity of the marketplace where your orders were routed for execution, whether the orders were directed or non-directed, and, if executed, the time of the execution. You may contact Fidelity for additional details on the information that is available.

BrokerCheck(R) by FINRA: As part of the Financial Industry Regulatory Authority (FINRA) BrokerCheck program, you have access to the BrokerCheck hotline at 800-289-9999 and FINRA website at www.finra.org. You can call or email your inquiries and request a brochure that includes information detailing the BrokerCheck program.

Municipal Securities Rulemaking Board Investor Brochure: Fidelity Brokerage Services LLC is registered with the U.S. Securities and Exchange Commission (SEC) and the Municipal Securities Rulemaking Board (MSRB). An investor brochure may be obtained at MSRB.org that describes the protections that may be provided by the MSRB and how to file a complaint with an appropriate regulatory authority.

▶ Fidelity is required by the Securities Exchange Act of 1934 to provide certain financial information from the Statement of Financial Condition of National Financial Services LLC (NFS). At July 31, 2023, NFS, an affiliate of Fidelity Brokerage Services LLC, had net capital of $9,274 million, which was 23.40% of aggregate debit items and exceeded its minimum requirement by $8,481 million. To acquire the Statement of Financial Condition of National Financial Services LLC (NFS), go to fidelity.com/customer-service/nfs-statement-financial-condition. If you wish to obtain a copy of this document at no cost, or have any questions regarding its contents, please call Fidelity at 800-343-3548.      457389.41.0

**Fidelity**
INVESTMENT REPORT
September 1, 2023 - September 30, 2023

## Additional Information and Endnotes

Account # Z26-226366
MITCHELL TALLUNGAN - INDIVIDUAL

▶ In compliance with U.S. Securities and Exchange Commission requirements, Fidelity regularly provides you with documents that describe the various accounts and services that Fidelity offers. When material updates occur, the Fidelity Brokerage Services (FBS) and Fidelity Personal and Workplace Advisors LLC (FPWA) Customer Relationship Summaries (Form CRS) are provided with printed statements mailed at quarter-end and as a link in email notices of statement delivery. These and other important disclosure documents, including the Products, Services, and Conflicts of Interest (PSCOI) document, may be updated periodically and are available to you for review online at https://communications.fidelity.com/information/crs/. In addition, you may contact Fidelity at any time to request a printed copy.

The PSCOI has recently been updated with information about Fidelity's Workplace Savings Plan Account distribution assistance process through which Fidelity provides information and/or recommendations for certain retirement plan distributions. The Workplace Savings Plan Account distribution process only provides information and/or recommendations for Fidelity IRAs. Please see the section entitled "Rollovers from an Employer-Sponsored Retirement Plan" and the Retirement Account Supplement for more information about how Fidelity makes recommendations and mitigates conflicts of interest. 919834.11.0

▶ The 2023 Fidelity Investments and Fidelity Funds Privacy Notice is available at Fidelity.com/privacy.

**Estimated Annual Income (EAI) & Estimated Yield (EY)** - EAI for fixed income is calculated using the coupon rate. For all other securities, EAI is calculated using an indicated annual dividend (IAD). The IAD is an estimate of a security's dividend payments for the next 12 months calculated based on prior and/or declared dividends for that security. EY reflects only the income generated by an investment and not changes in its price which may fluctuate. Interest and dividend rates are subject to change at any time and may be affected by current and future economic, political and business conditions. EAI and EY are provided for informational purposes only and should not be used or relied on for making investment, trading or tax decisions. EAI and EY are based on data obtained from information providers believed to be reliable, but no assurance can be made as to accuracy, timeliness or completeness. **Please refer to the Help/Glossary on Fidelity.com for additional information regarding these calculations.**

**Copyright 2022, S&P Global Market Intelligence.** Reproduction of any information, data or material, including ratings ("Content") in any form is prohibited except with the prior written permission of the relevant party. Such party, its affiliates and suppliers ("Content Providers") do not guarantee the accuracy, adequacy, completeness, timeliness or availability of any Content and are not responsible for any errors or omissions (negligent or otherwise), regardless of the cause, or for the results obtained from the use of such Content. In no event shall Content Providers be liable for any damages, costs, expenses, legal fees, or losses (including lost income or lost profit and opportunity costs) in connection with any use of the Content. A reference to a particular investment or security, a rating or any observation concerning an investment that is part of the Content is not a recommendation to buy, sell or hold such investment or security, does not address the suitability of an investment or security and should not be relied on as investment advice. Credit ratings are statements of opinions and are not statements of fact.

**Moody's© Copyright 2022, Moody's Investors Service, Inc.** ("Moody's"). Moody's ratings ("Ratings") are proprietary to Moody's or its affiliates and are protected by copyright and other intellectual property laws. Ratings are licensed to Licensee by Moody's. RATINGS MAY NOT BE COPIED OR OTHERWISE REPRODUCED, REPACKAGED, FURTHER TRANSMITTED, TRANSFERRED, DISSEMINATED, REDISTRIBUTED OR RESOLD, OR STORED FOR SUBSEQUENT USE FOR ANY SUCH PURPOSE, IN WHOLE OR IN PART, IN ANY FORM OR MANNER OR BY ANY MEANS WHATSOEVER, BY ANY PERSON WITHOUT MOODY'S PRIOR WRITTEN CONSENT. Moody's® is a registered trademark.

Please go to Fidelity.com/disclosures to review important legal and regulatory disclosures. Historical statements, confirms and other regulatory documents are available to access and download at Fidelity.com/statements.

For more information about your statement, please refer to our **Frequently Asked Questions** document at **Fidelity.com/statements**.



## Information About Your Fidelity Statement

**Lost or Stolen Cards** For 24-Hour worldwide customer service, call 800-529-2164 for American Express or 800-323-5353 for Fidelity® Debit Card.

**Additional Investments with Fidelity** Make checks payable to Fidelity Investments. Include your account number on the check. For retirement and health savings accounts (HSA), designate in the memo field whether your contribution is for the current or prior year. Mail checks or other inquiries to: Fidelity Investments, P.O. Box 770001, Cincinnati, OH 45277-0003.

**Income Summary** Shows income by tax status for the statement and year-to-date periods. Except for interest income earned on, or distributed by, tax-exempt securities, Fidelity reports dividends and capital gains held in taxable accounts as taxable income. A portion of income reported as tax-exempt income may be subject to alternative minimum taxes and/or state and local taxes. In Traditional IRAs, Rollover IRAs, SEP-IRAs, SIMPLE IRAs and Keoghs, earnings are reported as tax-deferred income. In Roth IRAs and HSAs, earnings are reported as tax-exempt income as they may be federally tax-exempt if certain conditions are met.

**Cost Basis, Gain/Loss, and Holding Period Information** NFS is required to report certain cost basis and holding period information to the IRS on Form 1099-B. Unless otherwise specified, NFS applies the average cost method for open-end mutual funds and the first-in, first-out (FIFO) method for all other securities. Cost basis is adjusted for wash sales on securities with the same CUSIP held in the same account (unless your account receives mark-to-market reporting). Your statement may not reflect all adjustments required for tax purposes. Customers should consult their tax advisors for further information.

**Cost** Fidelity provides purchase cost information for securities held in retirement and HSA accounts. Such information may be adjusted for certain transactions and does not reflect dividends or capital gains reinvestments. Fidelity reports transaction profit or loss information when securities are sold within a retirement or HSA account. Transaction profit or loss is calculated by subtracting purchase cost from sales proceeds using the FIFO method if shares were purchased at different times or prices. **Statement Mailing** We deliver statements at least four times during the calendar year for any account with a balance.

**Statement Discrepancies Please review your statement and report any inaccuracies or discrepancies. Inquiries, concerns or questions regarding your brokerage account or the activity therein should be directed to FBS by calling 800-544-6666, and NFS, who carries your brokerage accounts, by calling 866-408-1138.** Any oral communications regarding inaccuracies or discrepancies should be reconfirmed in writing to protect your rights, including those under the Securities Investor Protection Act (SIPA).

**Material Changes** Please advise us of material changes in your investment objectives or financial situation related to your brokerage account(s).

**Mutual Funds and Performance** Before investing, consider the funds' investment objectives, risks, charges and expenses. Contact Fidelity for a prospectus containing this information. Read it carefully. Performance data shown represents past performance and is no guarantee of future results. Investment return and principal value will fluctuate, so you may have a gain or loss when shares are sold. Current performance may be higher or lower than that quoted. Visit Fidelity.com/performance for most recent month-end performance.

**Sales Loads & Fees** Each fund reserves the right to terminate or modify its exchange privilege in the future. In connection with (i) access to, purchase, sale, exchange or redemption of, and/or maintenance of positions in mutual funds, ETFs and other investment products ("funds") or (ii) infrastructure needed to support such funds, some funds, or their investment affiliates, pay FBS and/or NFS sales loads and 12b-1 fees described in the prospectus as well as additional compensation for shareholder services, start-up fees, platform support and maintenance, and marketing, engagement and analytics programs. Additional information about the source(s) and amount(s) of compensation as well as other remuneration received by FBS or NFS will be furnished to you upon written request. At the time you purchase shares of funds those shares will be assigned either a load, transaction fee (TF) or no transaction fee (NTF) status. When you subsequently sell those shares, any fees applicable to your transaction will be assessed based on the status assigned to the shares at the time of purchase.

## Additional Information About Your Brokerage Account, If Applicable

**Free credit balances (FCB)** are funds payable to you on demand. FCB are subject to open commitments such as uncleared checks and exclude proceeds from sales of certificated securities without delivery of the certificate. If your FCB is swept to a core position, you can liquidate the core position and have the proceeds sent to you or held in your account subject to the terms of your account agreement. Required rule 10b-10(a) information not contained herein will be provided on written request. Fidelity may use this free credit balance in connection with its business, subject to applicable law. **Assets Separate from Your Brokerage Account** Only securities in the margin portion of your brokerage account contribute to margin and maintenance requirements. Other Assets, which may be reported on your statement, including insurance products that are distributed by FBS and Fidelity Insurance Agency, Inc. and mutual fund only accounts held directly with the fund (Fidelity Mutual Fund Accounts) are not carried by NFS, not covered by the Securities Investor Protection Corporation (SIPC) and do not count toward your margin and maintenance requirements. Assets held in brokerage accounts managed by Fidelity Personal and Workplace Advisors LLC (FPWA) are carried by NFS and covered by SIPC but do not contribute to your margin and maintenance requirements. **Short Account Balances** Securities sold short are held in a segregated short account. These securities are marked-to-market for margin purposes, and any increase or decrease from the previous week's value is transferred weekly to your margin account. Fidelity represents your short account balance as of the last weekly mark-to-market, not as of the statement end date. **Information About Your Option Transactions** Each transaction confirmation previously delivered to you contains full information about commissions and other charges, and such information is available promptly upon request. Assignments of American and European-style options are allocated among customer short positions pursuant to a random allocation procedure, a description is available upon request. Short positions in American-style options are liable for assignment anytime. The writer of a European-style option is subject to exercise assignment only during the exercise period. For more information, please call Fidelity at 800-544-6666. **Equity Dividend Reinvestment** Shares credited to your account resulted from transactions by FBS acting as agent for your account, or the Depository Trust Company (DTC). **Price Information/Total Market Value** The Total Market Value has been calculated out to 9 decimal places but the individual unit price is displayed in 5 decimal places. The Total Market Value represents prices obtained from various sources, may be impacted by the frequency with which such prices are reported and such prices are not guaranteed. Prices received from pricing vendors are generally based on current market quotes, but when such quotes are not available the pricing vendors use a variety of techniques to estimate value. These estimates, particularly for fixed income securities, may be based on certain minimum principal amounts (e.g. $1 million) and may not reflect all of the factors that affect the value of the security, including liquidity risk. In certain situations, a price may be derived from a single market participant, also known as a "single broker quote". The prices provided are not firm bids or offers. Certain securities may reflect as N/A or unavailable where the price for such security is generally not available from a pricing source. The Market Value of a security, including those priced at par value, may differ from its purchase price and may not closely reflect the value at which the security may be sold or purchased based on various market factors. The sale or redemption of any fixed income security prior to maturity may result in a loss. Prices for Certificates of Deposits (CDs) on your statement are generally estimates and are not based on actual market prices. The secondary market for CDs is generally illiquid. You should always request a current valuation for your securities prior to making a financial decision or placing an order.

**Executing Orders on the Floor of the NYSE** The Floor broker may permit the Designated Market Maker to trade on parity with the order for some or all of the executions associated with filling that order, where such permission would not be inconsistent with the broker's best execution obligations.

**SIPC** Securities in accounts carried by NFS, a Fidelity Investments company, are protected in accordance with the SIPC up to $500,000 (including cash claims limited to $250,000). For details, including the SIPC brochure, please see www.sipc.org or call 1-202-371-8300. NFS has arranged for additional protection for cash and covered securities to supplement its SIPC coverage. Neither coverage protects against a decline in the market value of securities.

**Fidelity Investments** Fidelity Distributors Company LLC (FDC) is the distributor for Fidelity Funds with marketing and shareholder services provided by FBS or NFS. **Brokerage services are provided by FBS, which clears all transactions through its affiliate, NFS. NFS carries all brokerage accounts. FBS and NFS are members of the NYSE and SIPC.** Upon written request, Fidelity will mail an NFS financial statement, which is also available for inspection at its office. Fidelity Investments (with pyramid logo) is a trademark of FMR LLC.

**FPWA Services** Fidelity Go®, Fidelity Managed FidFolios℠ and Fidelity® Strategic Disciplines are advisory services offered by FPWA, a registered investment adviser. Fidelity® Strategic Disciplines includes the Breckinridge Intermediate Municipal Strategy, the Fidelity® Equity-Income Strategy, the Fidelity® Tax-Managed U.S. Equity Index Strategy, the Fidelity® U.S. Large Cap Equity Strategy, the Fidelity® International Equity Strategy, the Fidelity® Tax-Managed International Equity Index Strategy, the Fidelity® Intermediate Municipal Strategy and the Fidelity® Core Bond Strategy. Fidelity® Wealth Services are advisory services offered by FPWA or Fidelity Personal Trust Company, FSB (FPTC), a federal savings bank. Nondeposit investment products and trust services offered by FPTC and its affiliates are not insured or guaranteed by the Federal Deposit Insurance Corporation or any other government agency, are not obligations of any bank, and are subject to risk, including possible loss of principal. **These advisory services are provided for a fee.** FBS, NFS, FDC, FPWA and FPTC are direct or indirect subsidiaries of FMR LLC.

**Miscellaneous** Mutual fund shares, other securities held in your account, and insurance products are neither deposits nor obligations of, nor endorsed or guaranteed by, any bank or other depositing institution, nor are they federally insured by the FDIC or any other agency. If you request a reprint of your statement, the disclosure information may not be the same as the information originally provided. To confirm that an authorized, direct deposit has been made to your Fidelity Account or Fidelity Mutual Fund Account, call Fidelity at 1-800-544-5555.

588130.55.0

MR_CE_BPKDMTBBDHGWX_BBBBB 20230929 S



This page intentionally left blank



INVESTMENT REPORT
September 1, 2024 - September 30, 2024

Envelope # BQTRFTBBBRZRP

MITCHELL TALLUNGAN
3823 SONOMA CIR
LK IN THE HLS IL 60156-6727

FIDELITY ACCOUNT MITCHELL TALLUNGAN - INDIVIDUAL
▶ **Account Number** Z26-226366

**Your Account Value** $9.15

**Change from Last Period** ▼ $1.33

|  | This Period | Year-to-Date |
|---|---|---|
| **Beginning Account Value** | $10.48 | $85.68 |
| Change in Investment Value * | -1.33 | -76.53 |
| **Ending Account Value** ** | $9.15 | $9.15 |
| Accrued Interest (AI) | 0.00 | |
| Ending Account Value Incl. AI | $9.15 | |

\*   *Reflects appreciation or depreciation of your holdings due to price changes, transactions from Other Activity In or Out and Multi-currency transactions, plus any distribution and income earned during the statement period*
\*\*  *Excludes unpriced securities*

### Contact Information

| Online | Fidelity.com |
|---|---|
| FAST®-Automated Telephone | (800) 544-5555 |
| Customer Service | (800) 544-6666 |

MR_CE_BQTRFTBBBRZRP_BBBBB 20240930

Brokerage services provided by Fidelity Brokerage Services LLC (FBS), Member NYSE, SIPC (800) 544-6666. Brokerage accounts carried by National Financial Services LLC (NFS), Member NYSE, SIPC



INVESTMENT REPORT
September 1, 2024 - September 30, 2024

## Account Summary

Account # Z26-226366
MITCHELL TALLUNGAN - INDIVIDUAL

| Account Value | | $9.15 |
|---|---|---|

| Change in Account Value | | ▼ $1 33 |
|---|---|---|
| | This Period | Year-to-Date |
| Beginning Account Value | $10 48 | $85 68 |
| Change in Investment Value * | -1 33 | -76 53 |
| Ending Account Value | $9 15 | $9 15 |
| Accrued Interest (AI) | 0 00 | |
| Ending Account Value Incl AI | $9 15 | |

\* *Reflects appreciation or depreciation of your holdings due to price changes transactions from Other Activity In or Out and Multi-currency transactions plus any distribution and income earned during the statement period*

### Account Holdings



3% Core Account ($0)

97% Stocks ($8)

### Top Holdings

| Description | Value | Percent of Account |
|---|---|---|
| Global Tech Inds Group INC Com | $2 | 30% |
| Genius Group LTD Com Npv(Post Rev Split) | 2 | 30 |
| Bitech Technologies Corp Com | 1 | 19 |
| **Total** | $7 | 79% |

*Please note that, due to rounding percentages may not add to 100%*

### Income Summary

| | This Period | Year-to-Date |
|---|---|---|
| **Taxable** | - | $0 07 |
| Dividends | - | 0 07 |
| **Total** | - | $0 07 |



INVESTMENT REPORT
September 1, 2024 - September 30, 2024

Account # Z26-226366
MITCHELL TALLUNGAN - INDIVIDUAL

### Realized Gains and Losses from Sales
*(May not reflect all gains and losses due to incomplete cost basis)*

|  | This Period | Year-to-Date |
|---|---|---|
| **Net Long-term Gain/Loss** | - | -30 87 |
| Long-term Loss | - | -30 87 |
| **Net Gain/Loss** | - | **-$30 87** |

# Holdings

## Core Account

| Description | Beginning Market Value Sep 1, 2024 | Quantity Sep 30, 2024 | Price Per Unit Sep 30, 2024 | Ending Market Value Sep 30, 2024 | Total Cost Basis | Unrealized Gain/Loss Sep 30, 2024 | EAI ($) / EY (%) |
|---|---|---|---|---|---|---|---|
| FIDELITY GOVERNMENT MONEY MARKET (SPAXX) -- 7-day yield 4 6% | $2 04 | 0 290 | $1 0000 | $0 29 | not applicable | not applicable | $0 01 3 450% |
| **Total Core Account (3% of account holdings)** | $2 04 | | | $0 29 | | | $0 01 |

## Stocks

| Description | Beginning Market Value Sep 1, 2024 | Quantity Sep 30, 2024 | Price Per Unit Sep 30, 2024 | Ending Market Value Sep 30, 2024 | Total Cost Basis | Unrealized Gain/Loss Sep 30, 2024 | EAI ($) / EY (%) |
|---|---|---|---|---|---|---|---|
| **Common Stock** | | | | | | | |
| GENIUS GROUP LTD COM NPV(POST REV SPLIT) (GNS) | $2 89 | 3 000 | $0 9080 | $2 72 | $158 13 | -$155 41 | - - |
| ELSE NUTRITION HOLDINGS INC COM NPV ISIN #CA2902571041 SEDOL #BJYCSQ6 (BABYF) | 1 20 | 25 000 | 0 0222 | 0 55 | 19 37 | -18 82 | - - |
| GLOBAL TECH IND GROUP RESTRICTED | unavailable | 10 000 | - | unavailable | unknown | unknown | - - |
| GLOBAL TECH INDS GROUP INC COM (GTII) | 3 00 | 100 000 | 0 0275 | 2 75 | 290 00 | -287 25 | - - |



INVESTMENT REPORT
September 1, 2024 - September 30, 2024

## Holdings

Account # Z26-226366
MITCHELL TALLUNGAN - INDIVIDUAL

### Stocks (continued)

| Description | Beginning Market Value Sep 1, 2024 | Quantity Sep 30, 2024 | Price Per Unit Sep 30, 2024 | Ending Market Value Sep 30, 2024 | Total Cost Basis | Unrealized Gain/Loss Sep 30, 2024 | EAI ($) / EY (%) |
|---|---|---|---|---|---|---|---|
| **Common Stock** (continued) | | | | | | | |
| **META MATERIALS INC COM NEW** ISIN #US59134N3026 SEDOL #BQ67J98 (MMATQ) | 1.35 | 3.000 | 0.3700 | 1.11 | 50.23 | -49.12 | - - |
| **BITECH TECHNOLOGIES CORP COM** (BTTC) | unavailable | 25.000 | 0.0692 | 1.73 | 1.75 | -0.02 | - - |
| Total Common Stock (97% of account holdings) | $8.44 | | | $8.86 | $519.48 | -$510.62 | - |
| Total Stocks (97% of account holdings) | $8.44 | | | $8.86 | $519.48 | -$510.62 | - |
| **Total Holdings** | | | | $9.15 | $519.48 | -$510.62 | $0.01 |

*All positions held in cash account unless indicated otherwise.*

EAI & EY  *Estimated Annual Income (EAI) & Estimated Yield (EY)* - *EAI is an estimate of annual income for a specific security position over the next rolling 12 months. EAI may be negative on short positions. EY is calculated by dividing the current EAI for a security position by its statement closing date market value. EAI and EY are estimates only and may include return of principal and/or capital gains, which would render them overstated. Actual income and yield might be lower or higher than the estimated amounts.* **For calculation details, refer to the "Additional Information and Endnotes" section.**

*Total Cost Basis does not include the cost basis on core, money market or other positions where cost basis is unknown or not applicable.*

## Activity

### Securities Bought & Sold

| Settlement Date | Security Name | Symbol/ CUSIP | Description | Quantity | Price | Transaction Cost | Amount |
|---|---|---|---|---|---|---|---|
| 09/10 | BITECH TECHNOLOGIES CORP COM | 84856X106 | You Bought | 25.000 | $0.07000 | - | -$1.75 |
| Total Securities Bought | | | | | | - | -$1.75 |
| Net Securities Bought & Sold | | | | | | - | -$1.75 |



INVESTMENT REPORT
September 1, 2024 - September 30, 2024

# Activity

Account # Z26-226366
MITCHELL TALLUNGAN - INDIVIDUAL

## Core Fund Activity

*For more information about the operation of your core account please refer to your Customer Agreement*

**Settlement Account**

| Date | Type | Transaction | Description | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|
| 09/10 | CASH | You Sold | FIDELITY GOVERNMENT MONEY MARKET MORNING TRADE @ 1 | -1 750 | $1 0000 | $1 75 | $0 29 |

**Total Core Fund Activity**  -$1 75

# Fidelity
INVESTMENTS

INVESTMENT REPORT
September 1, 2024 - September 30, 2024

## Additional Information and Endnotes

Account # Z26-226366
MITCHELL TALLUNGAN - INDIVIDUAL

▶ Order Flow Practices  As the introducing broker for your account, FBS routes your orders to our clearing firm affiliate, National Financial Services ("NFS")  In deciding where to send orders received for execution, NFS looks at a number of factors, such as size of the order, trading characteristics of the security, favorable execution prices (including the opportunity for price improvement), access to reliable market data, availability of efficient automated transaction processing, and execution cost  Some market centers or broker-dealers may execute orders at prices superior to the publicly quoted market  NFS's order routing policies are designed to result in transaction processing that is favorable to its customers  Where a customer directs the market center to which an order is routed, FBS or NFS will route the order to such market center in accordance with the customer's instructions without regard to its general order-routing practices

FBS and/or NFS receives remuneration, compensation, or other consideration for directing customer orders to certain market centers  Such consideration may take the form of financial credits, monetary payments, rebates, volume discounts, or reciprocal business  The details of any credit, payment, rebate, or other form of compensation received in connection with the routing of a particular order will be provided on your request  Unless your account is managed on a discretionary basis by Strategic Advisers LLC, an affiliate of NFS, NFS may execute certain transactions as principal  In addition, from time to time, Fidelity may provide aggregated trade execution data to customers and prospective customers

Order Routing Disclosure Quarterly reports  Quarterly information regarding the routing of orders by NFS in listed equity securities and listed options is available online at Fidelity com  The reports are formatted in accordance with Securities and Exchange Commission requirements  Investor Inquiry  You can request your specific order routing and execution information for the preceding six months  This information will include the identity of the marketplace where your orders were routed for execution, whether the orders were directed or non-directed, and, if executed, the time of the execution  You may contact Fidelity for additional details on the information that is available

BrokerCheck(R) by FINRA  As part of the Financial Industry Regulatory Authority (FINRA) BrokerCheck program, you have access to the BrokerCheck hotline at 800-289-9999 and FINRA website at www finra org  You can call or email your inquiries and request a brochure that includes information detailing the BrokerCheck program

Municipal Securities Rulemaking Board Investor Brochure  Fidelity Brokerage Services LLC is registered with the U S  Securities and Exchange Commission (SEC) and the Municipal Securities Rulemaking Board (MSRB)  An investor brochure may be obtained at MSRB org that describes the protections that may be provided by the MSRB and how to file a complaint with an appropriate regulatory authority

▶ Fidelity is required by the Securities Exchange Act of 1934 to provide certain financial information from the Statement of Financial Condition of National Financial Services LLC (NFS)  At July 31, 2024, NFS, an affiliate of Fidelity Brokerage Services LLC, had net capital of $10,649 million, which was 23 50% of aggregate debit items and exceeded its minimum requirement by $9,742 million  To acquire the Statement of Financial Condition of National Financial Services LLC (NFS), go to Fidelity com/customer-service/nfs-statement-financial-condition  If you wish to obtain a copy of this document at no cost, or have any questions regarding its contents, please call Fidelity at 800-343-3548        457389 43 0



INVESTMENT REPORT
September 1, 2024 - September 30, 2024

# Additional Information and Endnotes

**Account # Z26-226366**
**MITCHELL TALLUNGAN - INDIVIDUAL**

▶ In compliance with U S Securities and Exchange Commission requirements, Fidelity regularly provides you with documents that describe the various accounts and services that Fidelity offers  When material updates occur, the Fidelity Brokerage Services (FBS) and Fidelity Personal and Workplace Advisors LLC (FPWA) Customer Relationship Summaries (Form CRS) are provided with printed statements mailed at quarter-end and as a link in email notices of statement delivery  These and other important disclosure documents, including the Products, Services, and Conflicts of Interest (PSCOI) document, may be updated periodically and are available to you for review online at https //communications fidelity com/information/crs/  In addition, you may contact Fidelity at any time to request a printed copy  919834 12 0

▶ The 2024 Fidelity Investments and Fidelity Funds Privacy Notice is available at Fidelity com/privacy

**Estimated Annual Income (EAI) & Estimated Yield (EY)**  - EAI for fixed income is calculated using the coupon rate  For all other securities, EAI is calculated using an indicated annual dividend (IAD)  The IAD is an estimate of a security's dividend payments for the next 12 months calculated based on prior and/or declared dividends for that security  EY reflects only the income generated by an investment and not changes in its price which may fluctuate  Interest and dividend rates are subject to change at any time and may be affected by current and future economic, political and business conditions  EAI and EY are provided for informational purposes only and should not be used or relied on for making investment, trading or tax decisions  EAI and EY are based on data obtained from information providers believed to be reliable, but no assurance can be made as to accuracy, timeliness or completeness   **Please refer to the Help/Glossary on Fidelity com for additional information regarding these calculations**

**Copyright 2022, S&P Global Market Intelligence**   Reproduction of any information, data or material, including ratings ("Content") in any form is prohibited except with the prior written permission of the relevant party  Such party, its affiliates and suppliers ("Content Providers") do not guarantee the accuracy, adequacy, completeness, timeliness or availability of any Content and are not responsible for any errors or omissions (negligent or otherwise), regardless of the cause, or for the results obtained from the use of such Content  In no event shall Content Providers be liable for any damages, costs, expenses, legal fees, or losses (including lost income or lost profit and opportunity costs) in connection with any use of the Content  A reference to a particular investment or security, a rating or any observation concerning an investment that is part of the Content is not a recommendation to buy, sell or hold such investment or security, does not address the suitability of an investment or security and should not be relied on as investment advice  Credit ratings are statements of opinions and are not statements of fact

**Moody's© Copyright 2022, Moody's Investors Service, Inc**   ("Moody's") Moody's ratings ("Ratings") are proprietary to Moody's or its affiliates and are protected by copyright and other intellectual property laws  Ratings are licensed to Licensee by Moody's  RATINGS MAY NOT BE COPIED OR OTHERWISE REPRODUCED, REPACKAGED, FURTHER TRANSMITTED, TRANSFERRED, DISSEMINATED, REDISTRIBUTED OR RESOLD, OR STORED FOR SUBSEQUENT USE FOR ANY SUCH PURPOSE, IN WHOLE OR IN PART, IN ANY FORM OR MANNER OR BY ANY MEANS WHATSOEVER, BY ANY PERSON WITHOUT MOODY'S PRIOR WRITTEN CONSENT  Moody's® is a registered trademark

Please go to Fidelity com/disclosures to review important legal and regulatory disclosures  Historical statements, confirms and other regulatory documents are available to access and download at Fidelity com/statements

For more information about your statement, please refer to our  **Frequently Asked Questions**  document at  **Fidelity com/statements**



## Information About Your Fidelity Statement

**Lost or Stolen Cards** For 24 Hour worldwide customer service call 800 529 2164 for American Express or 800-323 5353 for Fidelity® Debit Card

**Additional Investments with Fidelity** Make checks payable to Fidelity Investments Include your account number on the check For retirement and health savings accounts (HSA) designate in the memo field whether your contribution is for the current or prior year Mail checks or other inquiries to Fidelity Investments P O Box 770001 Cincinnati OH 45277 0003

**Income Summary** Shows income by tax status for the statement and year to-date periods Except for interest income earned on or distributed by tax-exempt securities Fidelity reports dividends and capital gains held in taxable accounts as taxable income A portion of income reported as tax exempt income may be subject to alternative minimum taxes and/or state and local taxes In Traditional IRAs Rollover IRAs SEP IRAs SIMPLE IRAs and Keoghs earnings are reported as tax-deferred income In Roth IRAs and HSAs earnings are reported as tax-exempt income as they may be federally tax-exempt if certain conditions are met

**Cost Basis, Gain/Loss, and Holding Period Information** NFS is required to report certain cost basis and holding period information to the IRS on Form 1099 B Unless otherwise specified NFS applies the average cost method for open-end mutual funds and the first in first-out (FIFO) method for all other securities Cost basis is adjusted for wash sales on securities with the same CUSIP held in the same account (unless your account receives mark to market reporting) Your statement may not reflect all adjustments required for tax purposes Customers should consult their tax advisors for further information

**Cost** Fidelity provides purchase cost information for securities held in retirement and HSA accounts Such information may be adjusted for certain transactions and does not reflect dividends or capital gains reinvestments Fidelity reports transaction profit or loss information when securities are sold within a retirement or HSA account Transaction profit or loss is calculated by subtracting purchase cost from sales proceeds using the FIFO method if shares were purchased at different times or prices **Statement Mailing** We deliver statements at least four times during the calendar year for any account with a balance

**Statement Discrepancies** Please review your statement and report any inaccuracies or discrepancies Inquiries, concerns or questions regarding your brokerage account or the activity therein should be directed to FBS by calling 800-544-6666 and NFS, who carries your brokerage accounts, by calling 866-408-1138 Any oral communications regarding inaccuracies or discrepancies should be reconfirmed in writing to protect your rights including those under the Securities Investor Protection Act (SIPA)

**Material Changes** Please advise us of material changes in your investment objectives or financial situation related to your brokerage account(s)

**Mutual Funds and Performance** Before investing consider the funds investment objectives, risks, charges and expenses Contact Fidelity for a prospectus containing this information Read it carefully Performance data shown represents past performance and is no guarantee of future results Investment return and principal value will fluctuate so you may have a gain or loss when shares are sold Current performance may be higher or lower than that quoted Visit Fidelity com/performance for most recent month-end performance

**Sales Loads & Fees** Each fund reserves the right to terminate or modify its exchange privilege in the future In connection with (i) access to purchase sale exchange or redemption of and/or maintenance of positions in mutual funds ETFs and other investment products ( funds ) or (ii) infrastructure needed to support such funds some funds or their investment affiliates pay FBS and/or NFS sales loads and 12b 1 fees described in the prospectus as well as additional compensation for shareholder services start up fees platform support and maintenance and marketing engagement and analytics programs Additional information about the source(s) and amount(s) of compensation as well as other remuneration received by FBS or NFS will be furnished to you upon written request At the time you purchase shares of funds those shares will be assigned either a load transaction fee (TF) or no transaction fee (NTF) status When you subsequently sell those shares any fees applicable to your transaction will be assessed based on the status assigned to the shares at the time of purchase

## Additional Information About Your Brokerage Account, If Applicable

**Free credit balances (FCB)** are funds payable to you on demand FCB are subject to open commitments such as uncleared checks and exclude proceeds from sales of certificated securities without delivery of the certificate If your FCB is swept to a core position you can liquidate the core position and have the proceeds sent to you or held in your account subject to the terms of your account agreement Required rule 10b-10(a) information not contained herein will be provided on written request Fidelity may use this free credit balance in connection with its business subject to applicable law **Assets Separate from Your Brokerage Account** Only securities in the margin portion of your brokerage account contribute to margin and maintenance requirements Other Assets which may be reported on your statement including insurance products that are distributed by FBS and Fidelity Insurance Agency Inc and mutual fund only accounts held directly with the fund (Fidelity Mutual Fund Accounts) are not carried by NFS not covered by the Securities Investor Protection Corporation (SIPC) and do not count toward your margin and maintenance requirements Assets held in brokerage accounts managed by Fidelity Personal and Workplace Advisors LLC (FPWA) are carried by NFS and covered by SIPC but do not contribute to your margin and maintenance requirements **Short Account Balances** Securities sold short are held in a segregated short account These securities are marked to-market for margin purposes and any increase or decrease from the previous week s value is transferred weekly to your margin account Fidelity represents your short account balance as of the last weekly mark-to-market not as of the statement end date **Information About Your Option Transactions** Each transaction confirmation previously delivered to you contains full information about commissions and other charges and such information is available promptly upon request Assignments of American and European style options are allocated among customer short positions pursuant to a random allocation procedure a description is available upon request Short positions in American style options are liable for assignment anytime The writer of a European style option is subject to exercise assignment only during the exercise period For more information please call Fidelity at 800 544-6666 **Equity Dividend Reinvestment** Shares credited to your account resulted from transactions by FBS acting as agent for your account or the Depository Trust Company (DTC) **Price Information/Total Market Value** The Total Market Value has been calculated out to 9 decimal places but the individual unit price is displayed in 5 decimal places The Total Market Value represents prices obtained from various sources may be impacted by the frequency with which such prices are reported and such prices are not guaranteed Prices received from pricing vendors are generally based on current market quotes but when such quotes are not available the pricing vendors use a variety of techniques to estimate value These estimates particularly for fixed income securities may be based on certain minimum principal amounts (e g $1 million) and may not reflect all of the factors that affect the value of the security including liquidity risk In certain situations a price may be derived from a single market participant also known as a "single broker quote" The prices provided are not firm bids or offers Certain securities may reflect as N/A or unavailable where the price for such security is generally not available from a pricing source The Market Value of a security including those priced at par value may differ from its purchase price and may not closely reflect the value at which the security may be sold or purchased based on various market factors The sale or redemption of any fixed income security prior to maturity may result in a loss Prices for Certificates of Deposits (CDs) on your statement are generally estimates and are not based on actual market prices The secondary market for CDs is generally illiquid You should always request a current valuation for your securities prior to making a financial decision or placing an order

**Executing Orders on the Floor of the NYSE** The Floor broker may permit the Designated Market Maker to trade on parity with the order for some or all of the executions associated with filling that order where such permission would not be inconsistent with the broker's best execution obligations

**SIPC** Securities in accounts carried by NFS a Fidelity Investments company are protected in accordance with the SIPC up to $500 000 (including cash claims limited to $250 000) For details including the SIPC brochure please see www sipc org or call 1-202-371-8300 NFS has arranged for additional protection for cash and covered securities to supplement its SIPC coverage Neither coverage protects against a decline in the market value of securities

**Fidelity Investments** Fidelity Distributors Company LLC (FDC) is the distributor for Fidelity Funds with marketing and shareholder services provided by FBS or NFS **Brokerage services are provided by FBS, which clears all transactions through its affiliate, NFS** NFS carries all brokerage accounts FBS and NFS are members of the NYSE and SIPC Upon written request Fidelity will mail an NFS financial statement which is also available for inspection at its office Fidelity Investments (with pyramid logo) is a trademark of FMR LLC

**FPWA Services** Fidelity Go® Fidelity Managed FidFolios℠ and Fidelity® Strategic Disciplines are advisory services offered by FPWA a registered investment adviser Fidelity® Strategic Disciplines includes the Breckinridge Intermediate Municipal Strategy the Fidelity® Equity Income Strategy the Fidelity® Tax Managed U S Equity Index Strategy the Fidelity® U S Large Cap Equity Strategy the Fidelity® International Equity Strategy the Fidelity® Tax-Managed International Equity Index Strategy the Fidelity® Intermediate Municipal Strategy and the Fidelity® Core Bond Strategy Fidelity® Wealth Services are advisory services offered by FPWA or Fidelity Personal Trust Company FSB (FPTC) a federal savings bank Nondeposit investment products and trust services offered by FPTC and its affiliates are not insured or guaranteed by the Federal Deposit Insurance Corporation or any other government agency are not obligations of any bank and are subject to risk including possible loss of principal **These advisory services are provided for a fee** FBS NFS FDC FPWA and FPTC are direct or indirect subsidiaries of FMR LLC

**Miscellaneous** Mutual fund shares other securities held in your account and insurance products are neither deposits nor obligations of nor endorsed or guaranteed by any bank or other depositing institution nor are they federally insured by the FDIC or any other agency If you request a reprint of your statement the disclosure information may not be the same as the information originally provided To confirm that an authorized direct deposit has been made to your Fidelity Account or Fidelity Mutual Fund Account, call Fidelity at 1-800 544-5555

588130 55 0