NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | | **PROOF OF INTEREST** |
|---|---|---|
| Name of Debtor: Meta Materials Inc. (MMAT) | Case Number: 24-50792 | |

1. **Name and address of holder of the Equity Interest** (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

   Name: Mitchell Tallungan
   Address: 1597 Autumncrest Drive Crystal Lake, IL 60014
   Phone: 224-587-5855

   Telephone Number:

   ☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

   ☑ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

   ☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

   **RECEIVED AND FILED**
   **DEC 10 2024**
   **U.S. BANKRUPTCY COURT**
   **MARY A. SCHOTT, CLERK**

   **COURT USE ONLY**

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

| Account or other number by which Interest holder identifies Debtor: 413 896 598 | Check here if this claim: ☐ replaces a previously filed Proof of Interest dated: _____ ☐ amends a previously filed Proof of Interest dated: _____ |
|---|---|
| 2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest: Robinhood Telephone Number: 650-761-7789 | 3. Date Equity Interest was acquired: 3/11/2021 (Tech) 6/28/2021 (MMat Reverse merger) – Through 5/21/2024 |
| 4. Total amount of member interest: 369 (Post Reverse Split) | 5. Certificate number(s): _____ |

6. **Type of Equity Interest:**
   Please indicate the type of Equity Interest you hold:
   ■ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
   ☐ Check this box if your Equity Interest is based on anything else and describe that interest:
   Description: Investor sold on 8/9/2024 for a loss of $13,347.06

7. **Supporting Documents**: Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
   DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. **Date-Stamped Copy**: To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

9. **Signature:**
   Check the appropriate box.
   ■ I am the creditor.    ☐ I am the creditor's authorized agent. (Attach copy of power of attorney, if any.)    ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)    ☐ I am a guarantor, surety, endorser, or other codebtor. (See Bankruptcy Rule 3005.)

   I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

   Print Name: Mitchell Tallungan
   Title:
   Company:___ Address and telephone number (if different from notice address above):

   (Signature)    12/2/2024 (Date)

   Telephone number:    email:

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

# Robinhood

85 Willow Rd, Menlo Park, CA 94025
help@robinhood.com

Page 1 of 7
08/01/2024 to 08/31/2024
**Mitch Tallungan** Account #:413896598
1597 Autumncrest Drive, Crystal Lake, IL 60014

### Account Summary

| | Opening Balance | Closing Balance |
|---|---|---|
| Brokerage Cash Balance | $0.00 | $0.00 |
| Deposit Sweep Balance | $9.62 | $34.62 |
| Total Securities | $3,599.81 | $2,986.62 |
| **Portfolio Value** | **$3,609.43** | **$3,021.24** |



Portfolio Allocation

- Cash and Cash Equivalents 1.15%
- Equities 98.85%
- Options 0.00%

### Income and Expense Summary

| | This Period | Year to Date |
|---|---|---|
| Dividends | $0.00 | $12.38 |
| Capital Gains Distributions | $0.00 | $0.00 |
| Interest Earned | $0.08 | $2.09 |

As of the closing date of this statement, the annual percentage yield (APY) for customers enrolled in the brokerage cash sweep program is 0.01% for customers who are not subscribed to Robinhood Gold. For customers subscribed to Robinhood Gold or enrolled in a boosted rate promotion, the APY ranges from 5.00% - 5.50%. Program banks pay interest on your swept cash, minus any fees paid to Robinhood. Neither Robinhood Financial LLC nor any of its affiliates are banks. Investment products are not FDIC-insured, not bank guaranteed, and may lose value. Uninvested cash swept to the program banks is eligible for FDIC insurance up to applicable limits, subject to FDIC rules. The Securities Investor Protection Corporation has taken the position that uninvested cash swept to the program banks is not covered by the Securities Investor Protection Act.

This statement shall be conclusive if not objected to in writing within ten days (except with respect to debit card transactions). Errors and omissions exempted. Please address all communications to the firm and not to the individuals. Address changes or other material changes in your account should be directed to the office servicing your account. Kindly mention your account number. This statement should be retained for income tax purposes.

Robinhood Securities, LLC ("RHS") carries your account as the clearing broker by arrangement with your introducing broker-dealer, Robinhood Financial LLC ("RHF").

RHS is a Member of SIPC, which protects securities customers of its members up to $500,000 (including $250,000 for claims for cash). Explanatory brochure available upon request or at www.sipc.org.

3708689

| Securities Held in Account | Sym/Cusip | Acct Type | Qty | Price | Mkt Value | Est. Dividend Yield | % of Total Portfolio |
|---|---|---|---|---|---|---|---|
| AMC Entertainment<br>Estimated Yield: 0.00% | AMC | Margin | 20 | $4.8200 | $96.40 | $0.00 | 3.19% |
| Cleveland-Cliffs<br>Estimated Yield: 0.00% | CLF | Margin | 15 | $13.0600 | $195.90 | $0.00 | 6.48% |
| GameStop<br>Estimated Yield: 0.00% | GME | Margin | 13 | $23.4200 | $304.46 | $0.00 | 10.08% |
| Next Bridge Hydrocarbons Contra<br>Estimated Yield: 0.00% | MMTZZZ | Margin | 1,000 | $0.0000 | $0.00 | $0.00 | 0.00% |
| NVIDIA<br>Estimated Yield: 0.02% | NVDA | Margin | 20.02065 | $119.3700 | $2,389.86 | $0.45 | 79.10% |
| **Total Securities** | | | | | **$2,986.62** | **$0.45** | **98.85%** |
| **Brokerage Cash Balance** | | | | | $0.00 | | 0.00% |
| **Deposit Sweep Balance** | | | | | $34.62 | | 1.15% |
| **Total Priced Portfolio** | | | | | $3,021.24 | | |

| Description | Symbol | Acct Type | Transaction | Date | Qty | Price | Debit | Credit |
|---|---|---|---|---|---|---|---|---|
| Gold Subscription Fee | | Margin | GOLD | 08/12/2024 | | | $5.00 | |
| Meta Materials<br>CUSIP: 59134N302 | MMATQ | Margin | Sell | 08/09/2024 | 369 | $0.5604 | | $206.73 |
| NVIDIA<br>CUSIP: 67066G104 | NVDA | Margin | Buy | 08/09/2024 | 2 | $104.4200 | $208.84 | |
| Cleveland-Cliffs<br>CUSIP: 185899101 | CLF | Margin | Buy | 08/13/2024 | 15 | $12.9100 | $193.65 | |
| NVIDIA<br>CUSIP: 67066G104 | NVDA | Margin | Sell | 08/13/2024 | 2 | $112.8400 | | $225.68 |
| Interest Payment | | Sweep | INT | 08/30/2024 | | | | $0.08 |

**Total Funds Paid and Received**            $407.49        $432.49

These transactions may not be reflected in the other summaries

| Description | Acct Type | Transaction | Trade Date | Settle Date | Qty | Price | Debit | Credit |
|---|---|---|---|---|---|---|---|---|
| Total Executed Trades Pending Settlement | | | | | | | $0.00 | $0.00 |

These are the program banks where your uninvested cash is held as of 08/30/2024. Balances are insured by FDIC, not SIPC.

| Bank | Balance |
| --- | --- |
| M&T | $32.30 |
| Truist | $2.32 |

As of the closing date of this statement, the annual percentage yield (APY) for customers enrolled in the brokerage cash sweep program is 0.01% for customers who are not subscribed to Robinhood Gold. For customers subscribed to Robinhood Gold or enrolled in a boosted rate promotion, the APY ranges from 5.00% - 5.50%. Program banks pay interest on your swept cash, minus any fees paid to Robinhood. Neither Robinhood Financial LLC nor any of its affiliates are banks. Investment products are not FDIC-insured, not bank guaranteed, and may lose value. Uninvested cash swept to the program banks is eligible for FDIC insurance up to applicable limits, subject to FDIC rules. The Securities Investor Protection Corporation has taken the position that uninvested cash swept to the program banks is not covered by the Securities Investor Protection Act.

These transactions reflect movements of uninvested cash to and from program banks.

| Description | Date | Debit | Credit | Balance |
|---|---|---|---|---|
| Opening Sweep Balance | 08/01/2024 | | | $9.62 |
| FDIC Sweep | 08/12/2024 | $2.11 | | $7.51 |
| FDIC Sweep | 08/12/2024 | $5.00 | | $2.51 |
| FDIC Sweep | 08/14/2024 | | $32.03 | $34.54 |
| Interest Payment | 08/30/2024 | | $0.08 | $34.62 |
| Closing Sweep Balance | 08/31/2024 | | | $34.62 |
| **Total Swept Funds** | | **$7.11** | **$32.11** | |

## Important Information

If this is a margin account and we maintain a special miscellaneous account for you, this is a combined statement of your general account and special miscellaneous account maintained for you under Regulation T issued by the Board of Governors of the Federal Reserve System. The permanent record of the special miscellaneous account as required by Regulation T is available for your inspection at your request.

The per annum rate of interest charged on debit balances in your account may change from time to time in accordance with fluctuations in interest rates. Interest is computed from the 1st day of the month to the last day of the month. The interest is based on the average daily balance in your account with us, and for the actual number of days based on an interest year of 360 days. When calculating margin interest, free credit balances in all accounts will be offset against any debit in the margin account and the interest will be charged on the new debit balance.

We are required to report to the Internal Revenue Service all cash dividends and interest credited to your account on securities held for you in our name. All dividends and interest credits should be included in your income tax return.

Information relative to regulatory trading/transaction fees and any other charges incurred in connection with equity or listed option transactions occurring during the month has previously been furnished to you in confirmation of such transactions. A summary of the information will be made available to you promptly upon request. Exercise assignment notices for option contracts are allocated among customer short positions pursuant to a manual procedure which randomly selects from amongst all customer short option positions including those contracts which are subject to exercise. All short American style option positions are liable for assignment at any time whereas European style options are assigned at expiration. A more detailed description of our random allocation procedure is available upon request.

You are to promptly advise Robinhood of any material changes concerning your investment objectives or financial situation by updating your information using the Robinhood platform or by contacting help@robinhood.com.

Any free credit balances represent funds payable on demand of the customer.

RHS acts as clearing agent for your trades. Your account, which was introduced to us by RHF, is established under your name on a "fully disclosed" basis at RHS. You remain a customer of RHF.

### Notice to Customers

As required, under SEC rules, both the RHF and RHS Order Routing Reports as well as information regarding specific order routing information is available free of charge upon request.

As a clearing agent, RHS provides securities clearance and may provide order execution based on RHF instructions. RHS will not be involved with or have any responsibility for decisions regarding securities transactions in your account. RHF will be responsible for opening, approving and monitoring all activities in connection with your account. The entry of orders and any instructions regarding the deposit or withdrawal of securities or monies should be made through RHF.

In addition to the above mentioned services, RHS will provide cashiering services, safeguarding of funds and securities while in our possession, monitoring compliance with applicable credit Regulation T and RHS internal policies, preparing and making accessible your account records (including transaction confirmations and periodic statements of your account).

The dividend totals reflected in the Income and Expense Summary are inclusive of both taxable and non-taxable dividends.

Interest charges to your account may be based on the size and net debit balance during the interest period. These rates are subject to revision with appropriate notice. For more complete information regarding interest charges to customers, consult the RHF Fee Schedule, available at https://rbnhd.co/fees.

Robinhood Gold Card is offered by Robinhood Credit, Inc. ("RCT") and is issued by Coastal Community Bank, Member FDIC, pursuant to a license from Visa U.S.A. Inc. RCT is a financial technology company, not a bank.

In case of errors or questions about your electronic transfers, including your debit card transactions, or if you think your statement or receipt is wrong or if you need more information about a transaction listed on the statement or receipt, email RHF or RHS at help@robinhood.com. RHF must hear from you no later than sixty (60) days after you were sent the FIRST statement on which the problem or error appeared.

1. Tell RHF your name and account number.
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell RHF the dollar amount of the suspected error.

RHF will investigate your complaint and will correct any error promptly. If we take more than ten (10) business days to do this, RHF will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes RHF to complete our investigation.

Please see the Robinhood Securities, LLC & Robinhood Financial LLC Insured Network Deposit Sweep Program Disclosures, available at https://rbnhd.co/ind-disclosure, for the terms and conditions of the sweep program, including information regarding FDIC insurance coverage.

RHF and RHS are members of the Financial Industry Regulatory Authority, Inc. ("FINRA"), and we are required to inform you of the availability of the FINRA Investor Brochure, which contains information on FINRA BrokerCheck. You may contact FINRA at 800-289-9999 or via their website www.finra.org. RHS carries your account and acts as your custodian for funds and securities deposited with us directly by you, through RHF as a result of transactions we process to your account. Any suspected inaccuracy or discrepancy in your account statement must be promptly reported to RHF. In order to protect your rights, please confirm any oral communications in writing and include your brokerage account number. General inquiries or concerns regarding your account should be directed to: help@robinhood.com.

The SEC requires all broker-dealers that route orders in equity securities and options to make available quarterly reports that present a general overview of their routing practices. The reports must identify the significant venues to which customer orders were routed for execution during the applicable quarter and disclose the material aspects of the broker-dealers relationship with such venues. In addition, the Rule (SEC Rule 606) requires broker-dealers to disclose, upon customer request, the venues to which the individual customer's orders were routed for the six months prior to the request, and the execution time for the orders that were executed. For further information, please contact RHF.

All trade confirmations are transmitted on or about the transaction date.

Statement of Financial Condition
Robinhood Securities, LLC. Unaudited Statement of Financial Condition as of December 31, 2023 is available on the Company's website at www.robinhood.com/legal. A paper copy may be requested at no cost by calling 1-(800)-282-1327. On December 31, 2023, Robinhood Securities, LLC. had a net capital of $2,277,081,068, which was $2,202,427,865 in excess of its required net capital of $74,653,203.

Please retain this statement as it will be helpful in preparing your income tax returns and may be needed along with subsequent statements to verify interest charges in your account. This statement shall be deemed conclusive unless objected to in writing within ten (10) days.

3708689

| Activity Date | Process Date | Settle Date | Instrument | Description | Trans Code | Quantity | Price | Amount |
|---|---|---|---|---|---|---|---|---|
| 8/9/2024 | 8/9/2024 | 8/12/2024 | MMATQ | Meta Materials | Sell | 369 | $0.56 | $206.73 |
| 5/21/2024 | 5/21/2024 | 5/23/2024 | MMATQ | Meta Materials | Buy | 7 | $3.70 | ($25.89) |
| 1/31/2024 | 1/31/2024 | 1/31/2024 | MMATQ | Meta Materials | SPR | 1 | | |
| 1/29/2024 | 1/29/2024 | 1/29/2024 | MMATQ | Meta Materials | SPR | 361 | | |
| 1/29/2024 | 1/29/2024 | 1/29/2024 | MMAT | Meta Materials | SPR | 36128.0009S | | |
| 12/14/2023 | 12/14/2023 | 12/18/2023 | MMAT | Meta Materials | Buy | 3528 | $0.07 | ($250.14) |
| 12/5/2023 | 12/5/2023 | 12/7/2023 | MMAT | Meta Materials | Buy | 86 | $0.07 | ($6.08) |
| 12/5/2023 | 12/5/2023 | 12/7/2023 | MMAT | Meta Materials | Buy | 114 | $0.07 | ($8.06) |
| 12/5/2023 | 12/5/2023 | 12/7/2023 | MMAT | Meta Materials | Buy | 8500 | $0.07 | ($620.50) |
| 12/5/2023 | 12/5/2023 | 12/7/2023 | MMAT | Meta Materials | Buy | 2000 | $0.07 | ($146.00) |
| 11/2/2023 | 11/2/2023 | 11/6/2023 | MMAT | Meta Materials | Buy | 1300 | $0.11 | ($144.56) |
| 11/2/2023 | 11/2/2023 | 11/6/2023 | MMAT | Meta Materials | Buy | 600 | $0.11 | ($66.72) |
| 11/2/2023 | 11/2/2023 | 11/6/2023 | MMAT | Meta Materials | Buy | 1400 | $0.11 | ($155.68) |
| 11/2/2023 | 11/2/2023 | 11/6/2023 | MMAT | Meta Materials | Buy | 108 | $0.11 | ($12.01) |
| 11/2/2023 | 11/2/2023 | 11/6/2023 | MMAT | Meta Materials | Buy | 6 | $0.11 | ($0.67) |
| 11/2/2023 | 11/2/2023 | 11/6/2023 | MMAT | Meta Materials | Buy | 539 | $0.11 | ($59.94) |
| 11/2/2023 | 11/2/2023 | 11/6/2023 | MMAT | Meta Materials | Buy | 1047 | $0.11 | ($116.43) |
| 10/26/2023 | 10/26/2023 | 10/30/2023 | MMAT | Meta Materials | Buy | 2000 | $0.16 | ($310.40) |
| 10/20/2023 | 10/20/2023 | 10/24/2023 | MMAT | Meta Materials | Buy | 10 | $0.15 | ($1.46) |
| 10/20/2023 | 10/20/2023 | 10/24/2023 | MMAT | Meta Materials | Buy | 1200 | $0.15 | ($175.20) |
| 10/10/2023 | 10/10/2023 | 10/12/2023 | MMAT | Meta Materials | Buy | 100 | $0.21 | ($21.37) |
| 10/9/2023 | 10/9/2023 | 10/11/2023 | MMAT | Meta Materials | Buy | 900 | $0.21 | ($191.29) |
| 9/28/2023 | 9/28/2023 | 10/2/2023 | MMAT | Meta Materials | Buy | 145 | $0.20 | ($29.44) |
| 9/28/2023 | 9/28/2023 | 10/2/2023 | MMAT | Meta Materials | Buy | 2345 | $0.20 | ($476.27) |
| 9/19/2023 | 9/19/2023 | 9/21/2023 | MMAT | Meta Materials | Buy | 200 | $0.21 | ($42.86) |
| 6/28/2023 | 6/28/2023 | 6/30/2023 | MMAT | Meta Materials | Buy | 5 | $0.20 | ($1.01) |
| 6/27/2023 | 6/27/2023 | 6/29/2023 | MMAT | Meta Materials | Buy | 1000 | $0.20 | ($203.20) |
| 6/27/2023 | 6/27/2023 | 6/29/2023 | MMAT | Meta Materials | Buy | 1500 | $0.20 | ($303.15) |
| 5/1/2023 | 5/1/2023 | 5/3/2023 | MMAT | Meta Materials | Buy | 100 | $0.19 | ($18.86) |
| 4/28/2023 | 4/28/2023 | 5/2/2023 | MMAT | Meta Materials | Buy | 2600 | $0.19 | ($483.60) |
| 4/28/2023 | 4/28/2023 | 5/2/2023 | MMAT | Meta Materials | Buy | 400 | $0.19 | ($74.40) |
| 4/20/2023 | 4/20/2023 | 4/24/2023 | MMAT | Meta Materials | Buy | 300 | $0.19 | ($57.84) |
| 4/20/2023 | 4/20/2023 | 4/24/2023 | MMAT | Meta Materials | Buy | 200 | $0.19 | ($38.56) |

| Date | Date | Date | Ticker | Name | Action | Quantity | Price | Amount |
|---|---|---|---|---|---|---|---|---|
| 4/14/2023 | 4/14/2023 | 4/18/2023 | MMAT | Meta Materials | Buy | 1000 | $0.22 | ($220.00) |
| 4/3/2023 | 4/3/2023 | 4/5/2023 | MMAT | Meta Materials | Buy | 500 | $0.50 | ($250.00) |
| 3/3/2023 | 3/3/2023 | 3/7/2023 | MMAT | Meta Materials | Buy | 175 | $0.62 | ($108.91) |
| 2/6/2023 | 2/6/2023 | 2/8/2023 | MMAT | Meta Materials | Buy | 30 | $0.96 | ($28.87) |
| 10/27/2022 | 10/27/2022 | 10/31/2022 | MMAT | Meta Materials | Buy | 190 | $1.03 | ($195.70) |
| 7/26/2022 | 7/26/2022 | 7/28/2022 | MMAT | Meta Materials | Buy | 200 | $0.92 | ($183.60) |
| 7/12/2022 | 7/12/2022 | 7/14/2022 | MMAT | Meta Materials | Buy | 100 | $0.99 | ($98.86) |
| 6/28/2022 | 6/28/2022 | 6/30/2022 | MMAT | Meta Materials | Buy | 100 | $1.08 | ($108.00) |
| 6/24/2022 | 6/24/2022 | 6/28/2022 | MMAT | Meta Materials | Buy | 100 | $1.22 | ($121.53) |
| 6/13/2022 | 6/13/2022 | 6/15/2022 | MMAT | Meta Materials | Buy | 26.39 | $1.43 | ($37.71) |
| 6/3/2022 | 6/3/2022 | 6/7/2022 | MMAT | Meta Materials | Buy | 109 | $1.84 | ($200.56) |
| 5/24/2022 | 5/24/2022 | 5/26/2022 | MMAT | Meta Materials | Buy | 5 | $1.80 | ($8.99) |
| 5/11/2022 | 5/11/2022 | 5/13/2022 | MMAT | Meta Materials | Buy | 1 | $1.10 | ($1.10) |
| 5/10/2022 | 5/10/2022 | 5/12/2022 | MMAT | Meta Materials | Buy | 145 | $1.23 | ($177.74) |
| 1/27/2022 | 1/27/2022 | 1/31/2022 | MMAT | Meta Materials | Buy | 112.9601 | $1.58 | ($177.98) |
| 1/27/2022 | 1/27/2022 | 1/31/2022 | MMAT | Meta Materials | Buy | 0.650793 | $1.58 | ($1.02) |
| 7/27/2021 | 7/27/2021 | 7/29/2021 | MMAT | Meta Materials | Buy | 50 | $3.41 | ($170.50) |
| 7/6/2021 | 7/6/2021 | 7/6/2021 | MMAT | CIL on 0.500 @ $9.3 | CIL | | | $4.67 |
| 6/28/2021 | 6/28/2021 | 6/28/2021 | MMAT | Meta Materials | SPR | 1050 | | |
| 6/28/2021 | 6/28/2021 | 6/28/2021 | TRCH | Torchlight Energy | SPR | 2101S | | |
| 6/24/2021 | 6/24/2021 | 6/28/2021 | TRCH | Torchlight Energy | Buy | 1 | $5.29 | ($5.29) |
| 6/21/2021 | 6/21/2021 | 6/23/2021 | TRCH | Torchlight Energy | Buy | 69 | $9.10 | ($627.90) |
| 6/21/2021 | 6/21/2021 | 6/23/2021 | TRCH | Torchlight Energy | Buy | 41 | $9.10 | ($373.10) |
| 6/17/2021 | 6/17/2021 | 6/21/2021 | TRCH | Torchlight Energy | Buy | 90 | $5.40 | ($486.00) |
| 6/17/2021 | 6/17/2021 | 6/21/2021 | TRCH | Torchlight Energy | Buy | 500 | $5.23 | ($2,615.00) |
| 6/17/2021 | 6/17/2021 | 6/21/2021 | TRCH | Torchlight Energy | Buy | 568 | $5.23 | ($2,970.64) |
| 6/17/2021 | 6/17/2021 | 6/21/2021 | TRCH | Torchlight Energy | Buy | 500 | $5.23 | ($2,615.00) |
| 6/17/2021 | 6/17/2021 | 6/21/2021 | TRCH | Torchlight Energy | Buy | 200 | $5.23 | ($1,046.00) |
| 6/17/2021 | 6/17/2021 | 6/21/2021 | TRCH | Torchlight Energy | Buy | 132 | $5.23 | ($690.36) |
| 6/17/2021 | 6/17/2021 | 6/21/2021 | TRCH | Torchlight Energy | Sell | 100 | $5.00 | $499.99 |
| 6/17/2021 | 6/17/2021 | 6/21/2021 | TRCH | Torchlight Energy | Sell | 1178 | $5.00 | $5,889.82 |
| 6/17/2021 | 6/17/2021 | 6/21/2021 | TRCH | Torchlight Energy | Sell | 722 | $5.00 | $3,609.89 |
| 6/15/2021 | 6/15/2021 | 6/17/2021 | TRCH | Torchlight Energy | Buy | 52 | $4.46 | ($231.89) |
| 6/15/2021 | 6/15/2021 | 6/17/2021 | TRCH | Torchlight Energy | Buy | 200 | $4.46 | ($891.90) |

| Date | Date | Date | Ticker | Name | Action | Quantity | Price | Amount |
|---|---|---|---|---|---|---|---|---|
| 6/15/2021 | 6/15/2021 | 6/17/2021 | TRCH | Torchlight Energy | Buy | 100 | $4.46 | ($445.95) |
| 5/6/2021 | 5/6/2021 | 5/10/2021 | TRCH | Torchlight Energy | Buy | 248 | $1.94 | ($481.12) |
| 4/29/2021 | 4/29/2021 | 5/3/2021 | TRCH | Torchlight Energy | Buy | 155 | $2.32 | ($359.32) |
| 4/29/2021 | 4/29/2021 | 5/3/2021 | TRCH | Torchlight Energy | Buy | 70 | $2.32 | ($162.40) |
| 4/28/2021 | 4/28/2021 | 4/30/2021 | TRCH | Torchlight Energy | Buy | 75 | $2.20 | ($164.63) |
| 4/22/2021 | 4/22/2021 | 4/26/2021 | TRCH | Torchlight Energy | Buy | 100 | $1.72 | ($171.81) |
| 3/12/2021 | 3/12/2021 | 3/16/2021 | TRCH | Torchlight Energy | Buy | 900 | $3.15 | ($2,834.19) |
| 3/11/2021 | 3/11/2021 | 3/15/2021 | TRCH | Torchlight Energy | Buy | 100 | $2.53 | ($253.00) |