NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | PROOF OF INTEREST |

**Name of Debtor:** Meta Materials INC.
**Case Number:** 24-50792-hlb

**1. Name and address of holder of the Equity Interest** (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

~~[crossed out]~~
Joshua Ford
3224 Geraldine Court Union KY 41091

**Telephone Number:** 240-672-4457

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

☒ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

RECEIVED AND FILED
DEC 10 2024
U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

COURT USE ONLY

**Account or other number by which Interest holder identifies Debtor:**
Z09594115 - Fidelity

Check here if this claim:
☐ replaces a previously filed Proof of Interest dated: _____
☐ amends a previously filed Proof of Interest dated: _____

**2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:**

**Telephone Number:**

**3. Date Equity Interest was acquired:**
Attached documentation / statements of total interest & dates

**4. Total amount of member interest:** _____
**5. Certificate number(s):** _____

**6. Type of Equity Interest**
Please indicate the type of Equity Interest you hold:
☒ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
☐ Check this box if your Equity Interest is based on anything else and describe that interest:
**Description:** _____

**7. Supporting Documents:** Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**8. Date-Stamped Copy:** To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped self addressed envelope and copy of this Proof of Interest.

**9. Signature**
Check the appropriate box.
☒ I am the creditor.  ☐ I am the creditor's authorized agent. (Attach copy of power of attorney, if any.)  ☐ I am the trustee, or the debtor or their authorized agent. (See Bankruptcy Rule 3004.)  ☐ I am a guarantor, surety, endorser, or other codebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

**Print Name:** Joshua Ford
**Title:**
**Company:** Address and telephone number (if different from notice address above):

(Signature): [signed]
(Date): 11/15/24

**Telephone number:** 240 672 4457  **email:** Josh@fordhome.net

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*



INVESTMENT REPORT
July 1, 2024 - September 30, 2024

## Holdings

Account # Z09-594115
JOSHUA A FORD - INDIVIDUAL - TOD

### Stocks

| Description | Beginning Market Value Jul 1, 2024 | Quantity Sep 30, 2024 | Price Per Unit Sep 30, 2024 | Ending Market Value Sep 30, 2024 | Total Cost Basis | Unrealized Gain/Loss Sep 30, 2024 | EAI ($) / EY (%) |
|---|---|---|---|---|---|---|---|
| **Common Stock** | | | | | | | |
| **META MATERIALS INC COM NEW** ISIN #US59134N3026 SEDOL #BQ67J98 (MMATQ) | $156 52 | 52 000 | $0 3700 | $19 24 | $14 694 05[t] | -$14 674 81 | - |
| **NEXT BRIDGE HYDROCARBONS INC** $0 0001 NEVADA | unavailable | 2,886 000 | - | unavailable | 8,354 97 | unavailable | - |
| Total Common Stock (100% of account holdings) | $156 52 | | | $19 24 | $23,049 02 | $14,674 81 | - |
| **Total Stocks (100% of account holdings)** | $156 52 | | | $19 24 | $23,049 02 | $14,674 81 | - |
| **Total Holdings** | | | | $19 29 | $23,049 02 | -$14,674 81 | $0 00 |

*Total Cost Basis does not include the cost basis on core money market or other positions where cost basis is unknown or not applicable*

*All positions held in cash account unless indicated otherwise*

t    Third party provided



# Positions

# All accounts

**Overview** | Dividend View | Fund Performance | Closed Positions | As of Nov-15-2024 at 12 59 p m ET

| Symbol | Last Price | Today's Gain/Loss | Total Gain/Loss | Current Value | % of Account | Quantity | Cost Basis | 52-Week R |
|---|---|---|---|---|---|---|---|---|
| **Individual - TOD**  Z09594115 | | | | | | | | |
| **SPAXX** HELD IN MONEY MAR | | | | $0 05 | 0 50% | | | |
| **78699D491** NEXT BRIDGE HYDRO | n/a  n/a | n/a  n/a | n/a  n/a | n/a | 0 00% | 2,886 | $8,354 97  $2 90 / Share | |
| **MMATQ** META MATERIALS INC | $0 19  +$0 129 | +$6 70  +211 47% | $14,684 17  -99 94% | $9 88 | 99 50% | 52 | $14,694 05[t]  $282 58 / Share | $0 06 |

### META MATERIALS INC COM NEW ISIN #US59134N3026 SEDOL #BQ67J98

| Acquired | Term | $ Total Gain/Loss | % Total Gain/Loss | Current Value | Quantity | Average Cost Basis | Cost Basis Tota |
|---|---|---|---|---|---|---|---|
| Oct-27-2023 | Long | -$49 64 | -98 57% | $0 72 | 3 786 | $13 30 | $50 36 |
| Apr-18-2023 | Long | -$497 40 | -99 12% | $4 44 | 23 361 | $21 48 | $501 84 |
| Feb-13-2023 | Long | -$2 99 | -99 74% | $0 01 | 0 041 | $73 17 | $3 00 |
| Nov-23-2022 | Long | -$497 70 | -99 89% | $0 53 | 2 77 | $179 87 | $498 2: |
| Nov-14-2022 | Long | -$1 70 | -99 89% | $0 00 | 0 01 | $170 00 | $1 70 |
| Oct-13-2022 | Long | -$198 60 | -99 85% | $0 30 | 1 553 | $128 07 | $198 90 |
| Oct-10-2022 | Long | -$149 40 | -99 73% | $0 41 | 2 141 | $69 97 | $149 8' |
| Aug-10-2022 | Long | -$100 35 | -99 78% | $0 22 | 1 147 | $87 68 | $100 5; |
| Mar-01-2022 | Long | -$509 50 | -99 91% | $0 48 | 2 527 | $201 81 | $509 98 |
| Mar-01-2022 | Long | -$2 02 | -99 91% | $0 00 | 0 01 | $202 00 | $2 0: |
| Sep-28-2021 | Long | -$6 44 | -99 97% | $0 00 | 0 01 | $644 00 | $6 4 |
| Jun-21-2021 | Long | -$999 90 | -99 99% | $0 10 | 0 544 | $1,839 82 | $1,000 0( |
| Jun-18-2021 | Long | -$0 02 | -100 00% | $0 00 | — | $2,000 00 | $0 0: |

| Date | Type | | | | | | |
|---|---|---|---|---|---|---|---|
| Jun-18-2021 | Long | -$1 03 | -99 98% | $0 00 | 0 001 | $1,211 76 | $1 0: |
| Jun-18-2021 | Long | -$2 37 | -99 98% | $0 00 | 0 002 | $1,087 16 | $2 37 |
| Jun-18-2021 | Long | -$71 55 | -99 98% | $0 01 | 0 066 | $1,085 06 | $71 5€ |
| Jun-18-2021 | Long | -$498 89 | -99 98% | $0 08 | 0 416 | $1,199 45 | $498 97 |
| Jun-18-2021 | Long | -$499 92 | -99 98% | $0 08 | 0 424 | $1,179 25 | $500 00 |
| Jun-18-2021 | Long | -$599 91 | -99 98% | $0 09 | 0 49 | $1,223 87 | $600 00 |
| Jun-18-2021 | Long | -$1,071 82 | -99 98% | $0 17 | 0 882 | $1,215 56 | $1,071 99 |
| Jun-18-2021 | Long | -$1,499 76 | -99 98% | $0 24 | 1 269 | $1,182 05 | $1,500 00 |
| Jun-17-2021 | Long | -$0 75 | -99 97% | $0 00 | 0 001 | $986 84 | $0 75 |
| Jun-17-2021 | Long | -$99 98 | -99 98% | $0 02 | 0 103 | $969 65 | $100 00 |
| Jun-17-2021 | Long | -$140 24 | -99 98% | $0 03 | 0 132 | $1,062 65 | $140 27 |
| Jun-17-2021 | Long | -$199 96 | -99 98% | $0 04 | 0 186 | $1,075 10 | $200 00 |
| Jun-17-2021 | Long | -$249 20 | -99 98% | $0 05 | 0 254 | $981 30 | $249 2£ |
| Jun-17-2021 | Long | -$508 40 | -99 98% | $0 10 | 0 508 | $1,000 98 | $508 5C |
| Jun-15-2021 | Long | -$249 95 | -99 98% | $0 05 | 0 251 | $996 77 | $250 00 |
| Jun-09-2021 | Long | -$13 06 | -99 97% | $0 00 | 0 021 | $612 00 | $13 0€ |
| Jun-09-2021 | Long | -$86 91 | -99 97% | $0 03 | 0 142 | $612 56 | $86 94 |
| May-10-2021 | Long | -$0 32 | -99 94% | $0 00 | 0 001 | $415 58 | $0 32 |
| May-10-2021 | Long | -$0 63 | -99 94% | $0 00 | 0 002 | $417 22 | $0 6: |
| May-10-2021 | Long | -$99 04 | -99 95% | $0 05 | 0 239 | $414 60 | $99 0£ |
| Apr-22-2021 | Long | -$0 94 | -99 94% | $0 00 | 0 003 | $353 38 | $0 94 |
| Apr-22-2021 | Long | -$3 51 | -99 95% | $0 00 | 0 01 | $351 00 | $3 5' |
| Apr-22-2021 | Long | -$10 76 | -99 95% | $0 01 | 0 03 | $354 74 | $10 77 |
| Apr-05-2021 | Long | -$0 03 | -100 00% | $0 00 | -- | $300 00 | $0 0: |
| Apr-05-2021 | Long | -$5 49 | -99 95% | $0 00 | 0 015 | $361 66 | $5 4£ |
| Apr-05-2021 | Long | -$19 96 | -99 95% | $0 01 | 0 056 | $356 61 | $19 97 |
| Mar-29-2021 | Long | -$0 44 | -99 96% | $0 00 | 0 001 | $363 64 | $0 44 |
| Mar-29-2021 | Long | -$3 64 | -99 95% | $0 00 | 0 01 | $364 00 | $3 64 |
| Mar-29-2021 | Long | -$49 97 | -99 95% | $0 03 | 0 141 | $353 78 | $50 00 |
| Mar-29-2021 | Long | -$249 87 | -99 95% | $0 13 | 0 682 | $366 36 | $250 00 |
| Mar-29-2021 | Long | -$249 43 | -99 95% | $0 13 | 0 688 | $362 62 | $249 5€ |
| Mar-29-2021 | Long | -$249 87 | -99 95% | $0 13 | 0 699 | $357 78 | $250 00 |
| Feb-18-2021 | Long | -$2,771 18 | -99 97% | $0 70 | 3 674 | $754 55 | $2,771 8£ |
| Feb-17-2021 | Long | -$1 47 | -99 96% | $0 00 | 0 003 | $528 78 | $1 47 |
| Feb-17-2021 | Long | -$0 39 | -100 00% | $0 00 | -- | $829 79 | $0 3£ |
| Feb-17-2021 | Long | -$2 39 | -99 98% | $0 00 | 0 003 | $804 71 | $2 3£ |
| Feb-17-2021 | Long | -$98 11 | -99 98% | $0 02 | 0 121 | $810 99 | $98 1: |

| Date | | | | | | | |
|---|---|---|---|---|---|---|---|
| Feb-17-2021 | Long | -$194 55 | -99 98% | $0 05 | 0 244 | $796 20 | $194 6( |
| Feb-17-2021 | Long | -$347 36 | -99 98% | $0 08 | 0 436 | $796 88 | $347 4 |
| Feb-17-2021 | Long | -$714 71 | -99 98% | $0 17 | 0 887 | $805 83 | $714 8 |
| Feb-17-2021 | Long | -$797 54 | -99 98% | $0 19 | 1 003 | $795 34 | $797 7 |
| Feb-01-2021 | Long | -$3 19 | -99 98% | $0 00 | 0 004 | $898 59 | $3 1 |

Show Less   ‹ 1 ›

| Account Total | +$6 70 | $14,684 17 | $9 93 | | |
|---|---|---|---|---|---|
| | +207 43% | -99 93% | | | |

Securities Priced Today    $0 00
Securities Not Priced    +$6 70
Today

Some securities, such as mutual funds, are not priced until after the market closes

### CINCINNATI BELL INC SAVINGS AND SECURITY PLAN  74473

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **DFSTX** DFA US SMALL CAP I | $51 27 -$0 54 | -$235 62 -1 04% | +$3,816 70 +20 57% | $22,370 95 | 81 18% | 436 336 | $18,554 25 $42 52 / Share | $40 07  | $ |
| **VDIGX** VANG DIV GROWTH INV | $40 91 -$0 32 | -$40 58 -0 78% | +$527 57 +11 32% | $5,187 10 | 18 82% | 126 793 | $4,659 53 $36 75 / Share | $35 58 | $ |
| **Account Total** | | -$276 20 -0 99% | +$4,344 27 +18 71% | $27,558 05 | | | | |

Securities Priced Today    $0.00
Securities Not Priced    -
Today    $276.20

Some securities, such as mutual funds, are not priced until after the market closes

| **Grand Total** | | -$269 50 -0 97% | $10,339 90 -27 28% | $27,567 98 | | | |
|---|---|---|---|---|---|---|---|

Securities Priced Today    $0 00
Securities Not Priced    -
Today    $269 50

Some securities, such as mutual funds, are not priced until after the market closes