NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | | **PROOF OF INTEREST** |
|---|---|---|
| Name of Debtor: Meta Materials Inc | Case Number: 24-50792 | |

1. Name and address of holder of the Equity Interest (the person or entity holding an Equity Interest in the Debtor Referred to hereinafter as the 'Interest holder'):

Matthew Callahan
137 Grove Ave
Leominster, MA 01453

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest Attach copy of statement giving particulars

☑ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors

**RECEIVED AND FILED**
DEC 10 2024
U S BANKRUPTCY COURT
MARY A SCHOTT, CLERK

Telephone Number: 617 909 8223

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

COURT USE ONLY

Account or other number by which Interest holder identifies Debtor: 71620963

Check here if this claim:
☐ replaces a previously filed Proof of Interest dated: _____
☑ amends a previously filed Proof of Interest dated: 12/2/24

2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:
Charles Schwab

Telephone Number: 800 435 4000

3. Date Equity Interest was acquired:
See attached
6/21/21 – 6/22/21

4. Total amount of member interest: $ -75,481.42

5. Certificate number(s): See attached

6. Type of Equity Interest
Please indicate the type of Equity Interest you hold
☑ Check this box if your Equity Interest is based on an actual member interest held in the Debtor
☐ Check this box if your Equity Interest is based on anything else and describe that interest
Description: Investor

7. Supporting Documents Attach copies of supporting documents such as stock certificates, option agreements, warrants, etc
DO NOT SEND ORIGINAL DOCUMENTS If the documents are not available, explain If the documents are voluminous attach a summary

8. Date Stamped Copy To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped self addressed envelope and copy of this Proof of Interest

9. Signature
Check the appropriate box
☑ I am the creditor    ☐ I am the creditor's authorized agent (Attach copy of power of attorney, if any)    ☐ I am the trustee, or the debtor, or their authorized agent (See Bankruptcy Rule 3004)    ☐ I am a guarantor, surety, endorser, or other codebtor (See Bankruptcy Rule 3005)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief

Print Name: Matthew Callahan
Title:
Company: Address and telephone number (if different from notice address above)

(Signature)    12/5/24 (Date)

Telephone number: 617 909 8223    email: msc_325@yahoo.com

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both 18 USC §§ 152 AND 3571*

I'm submitting my TRCH history in case it applies here

Thanks,



# Transaction History for Rollover IRA    963

Updated 09 04 07 AM ET 12/05/2024    



**Transaction History for Rollover IRA    963**

**Transactions found from 12/05/2020 to 12/05/2024**

| Date ▼ | Action | Symbol / Description | Quantity | Price | Fees & Comm | Amount |
|---|---|---|---|---|---|---|
| 06/22/2021 | Sell | TRCH TDA TRAN - Sold 29378 (TRCH) @7 0000 | | | | |
| 06/22/2021 | Sell | TRCH TDA TRAN - Sold 19900 (TRCH) @7 0100 | | | | |
| 06/22/2021 | Sell | TRCH TDA TRAN - Sold 1271 (TRCH) @7 0000 | 29,378 | $7 00 | $4 43 | $205,641 57 |
| 06/22/2021 | Sell Trade Details | TRCH TDA TRAN - Sold 19900 (TRCH) @7 0100 | 19,900 | $7 01 | $3 08 | $139,495 92 |
| 06/22/2021 | Sell Trade Details | TRCH TDA TRAN - Sold 1271 (TRCH) @7 0200 | 1,271 | $7 02 | $0 20 | $8,922 22 |

| Date | Action | Symbol / Description | Quantity | Price | Fees & Comm | Amount |
|---|---|---|---|---|---|---|
| 06/22/2021 | Sell<br>Trade Details | TRCH<br>TDA TRAN -<br>Sold   386<br>(TRCH)<br>@7 0300 | 386 | $7 03 | $0 06 | $2,713 52 |
| 06/21/2021 | Buy<br>Trade Details | TRCH<br>TDA TRAN -<br>Bought 50935<br>(TRCH)<br>@9 0900 | 50,935 | $9 09 | | -<br>$462,999 15 |
| 06/21/2021 | Sell<br>Trade Details | TRCH<br>TDA TRAN -<br>Sold   300<br>(TRCH)<br>@9 4110 | 300 | $9 411 | $0 04 | $2,823 26 |
| 06/21/2021 | Sell<br>Trade Details | TRCH<br>TDA TRAN -<br>Sold 15024<br>(TRCH)<br>@9 4201 | 15,024 | $9 4201 | $2 51 | $141,525 07 |
| 06/21/2021 | Sell<br>Trade Details | TRCH<br>TDA TRAN -<br>Sold 1100<br>(TRCH)<br>@9 4210 | 1,100 | $9 421 | $0 21 | $10,362 89 |
| 06/21/2021 | Sell<br>Trade Details | TRCH<br>TDA TRAN -<br>Sold   400<br>(TRCH)<br>@9 4220 | 400 | $9 422 | $0 06 | $3,768 74 |
| 06/21/2021 | Sell<br>Trade Details | TRCH<br>TDA TRAN -<br>Sold   400<br>(TRCH)<br>@9 4230 | 400 | $9 423 | $0 06 | $3,769 14 |
| 06/21/2021 | Sell<br>Trade Details | TRCH<br>TDA TRAN -<br>Sold 2229 | 2,229 | $9 43 | $0 36 | $21,019 11 |

| Date | Action | Symbol/Description | Quantity | Price | Fees & Comm | Amount |
|---|---|---|---|---|---|---|
| | | (TRCH) @9 4300 | | | | |
| 06/21/2021 | Sell Trade Details | TRCH TDA TRAN - Sold 21600 (TRCH) @9 4301 | 21,600 | $9 4301 | $3 61 | $203,686 55 |
| 06/21/2021 | Sell Trade Details | TRCH TDA TRAN - Sold 19 (TRCH) @9 4390 | 19 | $9 439 | $0 01 | $179 33 |
| 06/21/2021 | Sell Trade Details | TRCH TDA TRAN - Sold 300 (TRCH) @9 4400 | 300 | $9 44 | $0 06 | $2,831 94 |
| 06/21/2021 | Sell Trade Details | TRCH TDA TRAN - Sold 1604 (TRCH) @9 4500 | 1,604 | $9 45 | $0 26 | $15,157 54 |
| 06/21/2021 | Sell Trade Details | TRCH TDA TRAN - Sold 200 (TRCH) @9 4558 | 200 | $9 4558 | $0 03 | $1,891 13 |
| 06/21/2021 | Sell Trade Details | TRCH TDA TRAN - Sold 1313 (TRCH) @9 4600 | 1,313 | $9 46 | $0 22 | $12,420 76 |
| 06/21/2021 | Sell Trade Details | TRCH TDA TRAN - Sold 2 (TRCH) @9 4700 | 2 | $9 47 | | $18 94 |
| 06/21/2021 | Sell Trade Details | TRCH TDA TRAN - Sold  571 | 571 | $9 4701 | $0 10 | $5,407 33 |

| Date | Action | Symbol / Description | Quantity | Price | Fees & Comm | Amount |
|---|---|---|---|---|---|---|
| | | (TRCH) @9 4701 | | | | |
| 06/21/2021 | Sell Trade Details | TRCH TDA TRAN - Sold 200 (TRCH) @9 4710 | 200 | $9 471 | $0 03 | $1,894 17 |
| 06/21/2021 | Sell Trade Details | TRCH TDA TRAN - Sold 400 (TRCH) @9 4750 | 400 | $9 475 | $0 07 | $3,789 93 |
| 06/21/2021 | Buy Trade Details | TRCH TDA TRAN - Bought 1542 (TRCH) @8 7200 | 1,542 | $8 72 | | -$13,446 24 |
| 06/21/2021 | Buy Trade Details | TRCH TDA TRAN - Bought 2312 (TRCH) @8 7300 | 2,312 | $8 73 | | -$20,183 76 |
| 06/21/2021 | Buy Trade Details | TRCH TDA TRAN - Bought 2100 (TRCH) @8 7400 | 2,100 | $8 74 | | -$18,354 00 |
| 06/21/2021 | Buy Trade Details | TRCH TDA TRAN - Bought 2404 (TRCH) @8 7500 | 2,404 | $8 75 | | -$21,035 00 |
| 06/21/2021 | Buy Trade Details | TRCH TDA TRAN - Bought 142 (TRCH) @8 7550 | 142 | $8 755 | | -$1,243 21 |

| 06/21/2021 | Buy Trade Details | TRCH TDA TRAN - Bought 37162 (TRCH) @8 7600 | 37,162 | $8 76 | - $325,539 12 |

|  | Page Total -$75,481 42 |

Sell 06/22/2021

Trade Details

TRCH

TDA TRAN - Sold 29378 (TRCH) @7 0000

29,378 quantity

$7 00 price

$4 43 fees & commissions

$205,641 57 amount

Sell 06/22/2021

Trade Details

TRCH

TDA TRAN - Sold 19900 (TRCH) @7 0100

19,900 quantity

$7 01 price

$3 08 fees & commissions

$139,495 92 amount

Sell 06/22/2021

Trade Details

TRCH

TDA TRAN - Sold 1271 (TRCH) @7 0200

1,271 quantity

$7 02 price

$0 20 fees & commissions

$8,922 22 amount

---

Sell                                                                                                06/22/2021

Trade Details

TRCH

TDA TRAN - Sold    386 (TRCH) @7 0300

386 quantity

$7 03 price

$0 06 fees & commissions

$2,713 52 amount

---

Buy                                                                                                 06/21/2021

Trade Details

TRCH

TDA TRAN - Bought 50935 (TRCH) @9 0900

50,935 quantity

$9 09 price

-$462,999 15 amount

---

Sell                                                                                                06/21/2021

Trade Details

TRCH

TDA TRAN - Sold    300 (TRCH) @9 4110

300 quantity

$9 411 price

$0 04 fees & commissions

$2,823 26 amount

---

Sell                                                                                                06/21/2021

Trade Details

TRCH

- TDA TRAN - Sold 15024 (TRCH) @9 4201
- 15,024 quantity
- $9 4201 price
- $2 51 fees & commissions
- $141,525 07 amount

---

Sell                                                                                       06/21/2021

Trade Details

TRCH

TDA TRAN - Sold 1100 (TRCH) @9 4210

- 1,100 quantity
- $9 421 price
- $0 21 fees & commissions
- $10,362 89 amount

---

Sell                                                                                       06/21/2021

Trade Details

TRCH

TDA TRAN - Sold    400 (TRCH) @9 4220

400 quantity

$9 422 price

$0 06 fees & commissions

$3,768 74 amount

---

Sell                                                                                       06/21/2021

Trade Details

TRCH

TDA TRAN - Sold    400 (TRCH) @9 4230

400 quantity

$9 423 price

$0 06 fees & commissions

$3,769 14 amount

Sell 06/21/2021

Trade Details

TRCH

TDA TRAN - Sold 2229 (TRCH) @9 4300

2,229 quantity

$9 43 price

$0 36 fees & commissions

$21,019 11 amount

Sell 06/21/2021

Trade Details

TRCH

TDA TRAN - Sold 21600 (TRCH) @9 4301

21,600 quantity

$9 4301 price

$3 61 fees & commissions

$203,686 55 amount

Sell 06/21/2021

Trade Details

TRCH

TDA TRAN - Sold 19 (TRCH) @9 4390

19 quantity

$9 439 price

$0 01 fees & commissions

$179 33 amount

Sell 06/21/2021

Trade Details

TRCH

TDA TRAN - Sold   300 (TRCH) @9 4400

300 quantity

$9 44 price

$0 06 fees & commissions

$2,831 94 amount

---

| Sell | 06/21/2021 |

Trade Details

TRCH

TDA TRAN - Sold 1604 (TRCH) @9 4500

1,604 quantity

$9 45 price

$0 26 fees & commissions

$15,157 54 amount

---

| Sell | 06/21/2021 |

Trade Details

TRCH

TDA TRAN - Sold   200 (TRCH) @9 4558

200 quantity

$9 4558 price

$0 03 fees & commissions

$1,891 13 amount

---

| Sell | 06/21/2021 |

Trade Details

TRCH

TDA TRAN - Sold 1313 (TRCH) @9 4600

1,313 quantity

$9 46 price

$0 22 fees & commissions

$12,420 76 amount

https //client schwab com/app/accounts/history/#/    12/5/24  9 05 AM
Page 9 of 13

Sell 06/21/2021

Trade Details

TRCH

TDA TRAN - Sold 2 (TRCH) @9 4700

2 quantity

$9 47 price

$18 94 amount

---

Sell 06/21/2021

Trade Details

TRCH

TDA TRAN - Sold   571 (TRCH) @9 4701

571 quantity

$9 4701 price

$0 10 fees & commissions

$5,407 33 amount

---

Sell 06/21/2021

Trade Details

TRCH

TDA TRAN - Sold   200 (TRCH) @9 4710

200 quantity

$9 471 price

$0 03 fees & commissions

$1,894 17 amount

---

Sell 06/21/2021

Trade Details

TRCH

TDA TRAN - Sold   400 (TRCH) @9 4750

400 quantity

$9 475 price

$0 07 fees & commissions

$3,789 93 amount

---

| Buy | 06/21/2021 |
|---|---|

Trade Details

TRCH

TDA TRAN - Bought 1542 (TRCH) @8 7200

1,542 quantity

$8 72 price

-$13,446 24 amount

---

| Buy | 06/21/2021 |
|---|---|

Trade Details

TRCH

TDA TRAN - Bought 2312 (TRCH) @8 7300

2,312 quantity

$8 73 price

-$20,183 76 amount

---

| Buy | 06/21/2021 |
|---|---|

Trade Details

TRCH

TDA TRAN - Bought 2100 (TRCH) @8 7400

2,100 quantity

$8 74 price

-$18,354 00 amount

---

| Buy | 06/21/2021 |
|---|---|

Trade Details

TRCH

TDA TRAN - Bought 2404 (TRCH) @8 7500

2,404 quantity

$8 75 price

-$21,035 00 amount

---

Buy                                                                                       06/21/2021

Trade Details

TRCH

TDA TRAN - Bought    142 (TRCH) @8 7550

142 quantity

$8 755 price

-$1,243 21 amount

---

Buy                                                                                       06/21/2021

Trade Details

TRCH

TDA TRAN - Bought 37162 (TRCH) @8 7600

37,162 quantity

$8 76 price

-$325,539 12 amount

---

Page Total -$75,481 42

Intra-day transactions are subject to change

Brokerage Account Balances are from the previous market close, but also may include new activity that will be posted to your account at after market close  Balances are subject to change

Bank sweep information can be found on your Statements  Current Balance bank sweep information can be found on the Balances page

(1123-3U5Y 0924 CLCV)