NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | PROOF OF INTEREST |
|---|---|

| Name of Debtor:<br>**META MATERIALS, INC** | Case Number:<br>**24-50792** | |
|---|---|---|

| 1. Name and address of holder of the Equity Interest (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):<br><br>ROBERT E. TURNER<br>7 HOMESTEAD LANE<br>COLUMBIA, CT 06237<br><br>Telephone Number:<br>860-377-8628 | ☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.<br><br>■ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.<br><br>☐ Check box if this address differs from the address on the envelope sent to you by the Debtors. | RECEIVED AND FILED DLS<br><br>DEC 10 2024<br><br>U.S. BANKRUPTCY COURT<br>MARY A. SCHOTT, CLERK |

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b)herein.

**COURT USE ONLY**

| Account or other number by which Interest holder identifies Debtor:<br>**Fidelity X94731453, 301630829, 119374890** | Check here if this claim:<br>☐ replaces a previously filed Proof of Interest dated: _____<br>☐ amends a previously filed Proof of Interest dated: _____ |
|---|---|

| 2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:<br>Robert E Turner<br>C/O Fidelity Investments PO Box 770001, Cincinatti, OH 45277<br><br>**Telephone Number:** 800-343-3548 | 3. Date Equity Interest was acquired:<br>BETWEEN 06/21/21 and 02/02/24<br>SEE ATTACHED |
|---|---|

| 4. Total amount of member interest: _951 shares for $250,623.78_ | 5. Certificate number(s): See Attached Documentation |
|---|---|

6. Type of Equity Interest:
Please indicate the type of Equity Interest you hold:
■ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
☐ Check this box if your Equity Interest is based on anything else and describe that interest:
Description: INVESTOR

7. Supporting Documents: Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. Date-Stamped Copy: To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

9. Signature:
Check the appropriate box.
■ I am the creditor.   ☐ I am the creditor's authorized agent.   ☐ I am the trustee, or the debtor,   ☐ I am a guarantor, surety, endorser, or other codebtor.
(Attach copy of power of attorney, if any.)   or their authorized agent.   (See Bankruptcy Rule 3005.)
(See Bankruptcy Rule 3004.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: Robert E. Turner
Title:
Company: Address and telephone number (if different from notice address above):

(Signature)     12/4/24 (Date)

Telephone number: 860 377-8628   email: bturner2371@yahoo.com

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

Proof of Interest Supplemental Information:

Case 24-50792, Meta Materials Inc.

For: Robert E. Turner

Summary Page 1


Brokerage: Fidelity Investments

Three Accounts – Individual Brokerage, Roth IRA and Rollover IRA


Total Shares Purchased (post R/S splits) = 951 shares

Total Investment = $250,623.78

Total Loss = $250,565.78

Cost Basis = $58.00

Page 2

Broker: Fidelity Individual TOD

Account: # X94731453

Total shares owned = 355 shares post 1/100 reverse split

Total Investment: $8092.23

Total loss = $8070.58 (Cost Basis = $21.65)



| Symbol | Last Price | Today's Gain/Loss | Total Gain/Loss | Current Value | % of Account | Quantity | Cost Basis | 52-Week Range |
|---|---|---|---|---|---|---|---|---|
| **MMATQ** META MATERIALS INC COM... | $0.061 $0.00 | $0.00 0.00% | -$8,070.58 -99.74% | $21.65 | 0.03% | 355 | $8,092.23 $22.80 / Share | -- |

**META MATERIALS INC COM NEW ISIN #US59134N3026 SEDOL #BQ67J98**                                     ✕

[ Buy ] [ Sell ]     [ Set Exit Plan ]    [ Option Chain ]

**Purchase History**     Research

| Acquired | Term | $ Total Gain/Loss | % Total Gain/Loss | Current Value | Quantity | Average Cost Basis | Cost Basis Total |
|---|---|---|---|---|---|---|---|
| Jan-26-2024 | Short | -$558.88 | -98.92% | $6.12 | 100.284 | $5.63 | $565.00 |
| Jan-17-2024 | Short | -$0.23 | -99.20% | $0.00 | 0.03 | $7.67 | $0.23 |
| Nov-30-2023 | Long | -$35.76 | -99.32% | $0.24 | 4.011 | $8.98 | $36.00 |
| May-05-2023 | Long | -$996.94 | -99.69% | $3.06 | 50.135 | $19.95 | $1,000.00 |
| Apr-17-2023 | Long | -$2,294.88 | -99.73% | $6.12 | 100.27 | $22.95 | $2,301.00 |
| Apr-03-2023 | Long | -$4,183.88 | -99.85% | $6.12 | 100.27 | $41.79 | $4,190.00 |

| Account Total | | -$1,347.57 -1.93% | -$521,464.15 -88.39% | $68,514.75 | | | |

ROLLOVER IRA   119374890

Page 3

Proof of Interest Supplemental Information:

Case 24-50792, Meta Materials Inc.

For: Robert E. Turner

Broker: Fidelity ROTH IRA

Account: # 301630829

Total shares = 95 shares post 1/100 reverse split

Total Investment = $11524.04

Total loss = $11518.25 (Cost Basis = $5.79)



| Symbol | Last Price | Today's Gain/Loss | Total Gain/Loss | Current Value | % of Account | Quantity | Cost Basis | 52-Week Range |
|---|---|---|---|---|---|---|---|---|
| **MMATQ** | $0.061 | $0.00 | -$11,518.25 | $5.79 | 0.08% | 95 | $11,524.04 | |
| META MATERIALS INC COM... | $0.00 | 0.00% | -99.95% | | | | $121.31 / Share | |

### META MATERIALS INC COM NEW ISIN #US59134N3026 SEDOL #BQ67J98 ✕

**Buy** **Sell** **Set Exit Plan**

**Purchase History**    Research

| Acquired | Term | $ Total Gain/Loss | % Total Gain/Loss | Current Value | Quantity | Average Cost Basis | Cost Basis Total |
|---|---|---|---|---|---|---|---|
| Feb-02-2024 | Short | -$3.40 | -98.24% | $0.06 | 1 | $3.46 | $3.46 |
| Jan-17-2024 | Short | -$1.81 | -99.20% | $0.01 | 0.239 | $7.62 | $1.82 |
| Jan-03-2024 | Short | -$341.95 | -99.11% | $3.05 | 50.059 | $6.89 | $345.00 |
| Feb-27-2023 | Long | -$0.66 | -99.91% | $0.00 | 0.01 | $66.00 | $0.66 |
| Jan-25-2023 | Long | -$3,054.27 | -99.94% | $1.83 | 30.036 | $101.75 | $3,056.10 |
| Aug-10-2022 | Long | -$7.12 | -99.93% | $0.00 | 0.08 | $89.00 | $7.12 |
| Jul-19-2021 | Long | -$48.43 | -99.98% | $0.01 | 0.14 | $346.00 | $48.44 |
| Jul-12-2021 | Long | -$1,552.30 | -99.99% | $0.21 | 3.404 | $456.08 | $1,552.51 |
| Jul-01-2021 | Long | -$14.43 | -99.99% | $0.00 | 0.02 | $721.50 | $14.43 |
| Jun-30-2021 | Long | -$6,493.89 | -99.99% | $0.61 | 10.012 | $648.67 | $6,494.50 |
| **Account Total** | | **-$218.71** | **-$47,736.66** | **$7,502.46** | | | |
| | | **-2.83%** | **-86.42%** | | | | |

1:27 PM
12/3/2024

Page 4

Proof of Interest Supplemental Information:

Case 24-50792, Meta Materials Inc.

For: Robert E. Turner

Broker: Fidelity ROLLOVER IRA

Account: # 119374890

Total shares = 501 shares post 1/100 reverse split

Total Investment = $231007.51

Total loss = $230976.95 (Cost Basis = $30.56)



Page 5

Proof of Interest Supplemental Information:

Case 24-50792, Meta Materials Inc.

For: Robert E. Turner

Broker: Fidelity ROLLOVER IRA (continued)

Account: # 119374890

Total shares = Page 4

Total Investment = Page 4

Total loss and Cost Basis) = Page 4

| Symbol | | Last Price | Today's Gain/Loss | Total Gain/Loss | Current Value | % of Account | Quantity | Cost Basis | 52-Week Range |
|---|---|---|---|---|---|---|---|---|---|
| Jul-22-2021 | Long | | | | $1.22 | 29.04 | | $938.22 | $7,020.00 |
| Jul-19-2021 | Long | | -$67.59 | -99.98% | $0.01 | 0.2 | | $338.00 | $67.60 |
| Jul-16-2021 | Long | | -$565.41 | -99.98% | $0.09 | 1.503 | | $376.25 | $565.50 |
| Jul-14-2021 | Long | | -$7,768.58 | -99.98% | $1.22 | 20.04 | | $387.71 | $7,769.80 |
| Jul-12-2021 | Long | | -$1,279.02 | -99.99% | $0.17 | 2.756 | | $464.15 | $1,279.19 |
| Jul-08-2021 | Long | | -$3,203.18 | -99.99% | $0.34 | 5.651 | | $566.89 | $3,203.52 |
| Jul-08-2021 | Long | | -$2,467.49 | -99.99% | $0.27 | 4.369 | | $564.83 | $2,467.76 |
| Jul-07-2021 | Long | | -$6,449.39 | -99.99% | $0.61 | 10.02 | | $643.71 | $6,450.00 |
| Jul-06-2021 | Long | | -$7,239.39 | -99.99% | $0.61 | 10.02 | | $722.55 | $7,240.00 |
| Jul-02-2021 | Long | | -$21,047.77 | -99.99% | $1.83 | 29.959 | | $702.61 | $21,049.60 |
| Jul-01-2021 | Long | | -$72.18 | -99.99% | $0.01 | 0.1 | | $721.90 | $72.19 |
| Jun-28-2021 | Long | | -$7,709.39 | -99.99% | $0.61 | 10.02 | | $769.46 | $7,710.00 |
| Jun-28-2021 | Long | | -$8,016.49 | -99.99% | $0.61 | 10.02 | | $800.11 | $8,017.10 |
| Jun-24-2021 | Long | | -$5,264.69 | -99.99% | $0.31 | 5.01 | | $1,050.90 | $5,265.00 |
| Jun-23-2021 | Long | | -$4,883.89 | -99.99% | $0.31 | 5.01 | | $974.89 | $4,884.20 |
| Jun-23-2021 | Long | | -$5,049.69 | -99.99% | $0.31 | 5.01 | | $1,007.98 | $5,050.00 |
| Jun-23-2021 | Long | | -$5,439.69 | -99.99% | $0.31 | 5.01 | | $1,085.83 | $5,440.00 |
| Jun-23-2021 | Long | | -$5,709.69 | -99.99% | $0.31 | 5.01 | | $1,139.72 | $5,710.00 |
| Jun-21-2021 | Long | | -$42,982.81 | -100.00% | $1.53 | 25.05 | | $1,715.94 | $42,984.34 |

Show Less   ‹ 1 ›