NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | PROOF OF INTEREST |
|---|---|

| Name of Debtor:<br>**META MATERIALS INC.** | Case Number:<br>**24-50792-hlb** | |
|---|---|---|

**1.** **Name and address of holder of the Equity Interest** (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

*Michael Gary Casey*
*101-75 Queen St. N*
*Hamilton, ON Canada*
*L8R 3J3*

Telephone Number:
*226-647-3400*

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

☑ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

RECEIVED AND FILED
DEC 10 2024
U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

**NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b)herein.**

COURT USE ONLY

| Account or other number by which Interest holder identifies Debtor:<br>*572-6737116* | Check here if this claim:<br>☐ replaces a previously filed Proof of Interestdated: _____<br>☐ amends a previously filed Proof of Interestdated: _____ |
|---|---|

| **2.** **Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:**<br>*Scotia iTrade*<br>*44 King st. W Toronto, ON M5H 1H1*<br>Telephone Number: *1-888-769-3723* | **3.** **Date Equity Interest was acquired:**<br>*Jan/26/2024* |
|---|---|

| **4.** **Total amount of member interest:** *100* | **5.** **Certificate number(s):** _____ |
|---|---|

**6.** **Type of Equity Interest:**
Please indicate the type of Equity Interest you hold:
☑ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
☐ Check this box if your Equity Interest is based on anything else and describe thatinterest:
Description: *INvestor*

**7.** **Supporting Documents:** Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**8.** **Date-Stamped Copy:** To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

**9. Signature:**
Check the appropriate box.
☑ I am the creditor.  ☐ I am the creditor's authorized agent.  ☐ I am the trustee, or the debtor,  ☐ I am a guarantor, surety, endorser, or othercodebtor.
(Attach copy of power of attorney, ifany.)  or their authorized agent.  (See Bankruptcy Rule 3005.)
(See Bankruptcy Rule 3004.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: *Michael G. Casey*
Title:
Company: _____ Address and telephone number (if different from notice addressabove):
_____
_____

(Signature) *Michael G. Casey*    (Date) *Dec/03/24*

Telephone number: *226-647-3400*   email: *caseyg56@gmail.com*

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

# Scotia iTRADE®

**Confirmation Notic**

**ACCOUNT NO.   TYPE**
572–6737116     CASH

**FOR SETTLEMENT IN THIS (**

*44 KING STREET WEST, CONCOURSE LEVEL*
*TORONTO, ONTARIO M5H 1H1*

MICHAEL G CASEY         61**
101–75 QUEEN ST NORTH APT 101
HAMILTON ON  L8R 3J3

JANUARY 26, 202

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT
OVER THE COUNTER – U.S.A.

SETTLEMENT DATE   JANU/
ACCOUNT NO.        572–6

AS PRINCIPAL, WE CONVERTED AT                        1.364
TRANSACTION TYPE                                    BOUGHT

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 10,000 | META MATLS INC | @ | .05506U$ |
| | COMMON STOCK | | |
| | AVG PRICE SHOWN–DETAILS ON REQ | | |
| | WITH DUE–BILL SPLIT | | |
| | STP PET | | |
| | UNSOLICITED VIA INTERNET | | |
| | EXCHANGE RATE    1.36400000 | | |

GROSS AMOUNT
COMMISSION

SUB TOTAL
EXCHANGE
NET AMOUNT

**INVESTMENT REPRESENTATIVE**          **SCOTIA I–TRADE**
IR No.                                 SL1
TEL.                                   (888) 872–3388

REFERENCE F5227  /  CUSIP US59134N10
SECURITY NO. M067927  /  ORDER NO. 55

# Scotiabank.

**Scotia iTRADE - 572-67371 Cash**

Filter By: [Purchases & Sales Report ▼]    45d   3m   1y   YTD   2023

1 Year Purchases & Sales Report

| Description | Symbol | Transaction Date | Settlement Date | Account Currency | Type | Quantity | Price | Settlement Amount | Quick Menu |
|---|---|---|---|---|---|---|---|---|---|
| META MATLS INC COMMON STOCK | MMAT | Jan. 26, 2024 | Jan. 30, 2024 | CAD | BUY | 10,000 | 0.055 | -764.67 | |

*Now 100 - R/S.* (handwritten)

---

## Additional details you may need:

📄Indicates a PDF trade confirmation or mutual fund prospectus. Click on an icon to view the document

\* Trade Confirmation and Mutual Fund Prospectus documents are available after January 24, 2009

This information can be affected by delayed or erroneous postings and by pending corrective entries. It is provided as a reference only and must not be relied on for any purpose, including tax performance measurement. Refer to the full disclaimer for more information.

Currency conversion done on this page uses indicative F/X rates that may not match the rates used for statement valuations or the final F/X rate applied to any transactions.

⁺Search for Options transactions is based on the underlying symbol entered in the "Symbol" field.

Account Details:Transaction History:Scotia iTRADE:G-P27F6D6C6

Page created on Dec 2, 2024 - 2:33 p.m. ET

# Scotiabank®

**Scotia iTRADE – 572-67371 Cash**

Filter By: | Transaction History | ▼ | 45d  3m  1y  YTD  **2023**

## Year To Date History

| Description | Symbol | Transaction Date | Settlement Date | Account Currency | Type | Quantity | Price | Settlement Amount | Quick Menu |
|---|---|---|---|---|---|---|---|---|---|
| conf#/null Low Activity Account/Unclai | | Sep. 17, 2024 | Sep. 17, 2024 | CAD | LAF | 0 | 0.000 | -25.00 | |
| conf#76440009 Scotia Online SAVING 128720142182 | | Jul. 16, 2024 | Jul. 16, 2024 | CAD | TRANSFER | 0 | 0.000 | -1,200.00 | |
| conf#22775723 Scotia Online SAVING 128720142182 | | Jun. 28, 2024 | Jun. 28, 2024 | CAD | TRANSFER | 0 | 0.000 | 1,200.00 | |
| META MATERIALS INC COMMON STOCK RESULT OF REVERSE SPLIT | MMAT | Jan. 29, 2024 | Jan. 29, 2024 | CAD | REVERSE | 100 | 0.000 | 0.00 | |
| META MATLS INC COMMON STOCK REVERSE STOCK SPLIT; 1:100 C. 59134N302 | | Jan. 29, 2024 | Jan. 29, 2024 | CAD | REVERSE | -10,000 | 0.000 | 0.00 | |
| conf#76087476 Scotia Online SAVING 128720142182 | | Jan. 26, 2024 | Jan. 26, 2024 | CAD | TRANSFER | 0 | 0.000 | 1,100.00 | |
| META MATLS INC COMMON STOCK | MMAT | Jan. 26, 2024 | Jan. 30, 2024 | CAD | BUY | 10,000 | 0.055 | -764.67 | |

## Additional details you may need:

⬜ Indicates a PDF trade confirmation or mutual fund prospectus. Click on an icon to view the document

\* Trade Confirmation and Mutual Fund Prospectus documents are available after January 24, 2009

This information can be affected by delayed or erroneous postings and by pending corrective entries. It is provided as a reference only and must not be relied on for any purpose, including tax performance measurement. Refer to the full disclaimer for more information.

Currency conversion done on this page uses indicative F/X rates that may not match the rates used for statement valuations or the final F/X rate applied to any transactions.

⁺Search for Options transactions is based on the underlying symbol entered in the "Symbol" field.

Account Details:Transaction History:Scotia iTRADE:G-P27EEFA83



**TD Direct Investing**
*3500 STEELES AVE E*
*TOWER 2, 2ND FLOOR*
*MARKHAM ON L3R 0X1*

TD

**Transaction Conf**

**Account number and**
27R4W6A - Cash Accou

MR. MICHAEL GARY CASEY
81 CHURCH ST UNIT 101
KITCHENER ON  N2G 4M1

**Questions?**
**Contact an Investment**
Toll Free 1 (800) 465-5463

## Transaction on February 28, 2020

▸ **For settlement on:** March 03, 2020
▸ **Processed on:** February 28, 2020

| Transaction | Security Description | Quantity | Price ($) |
|---|---|---|---|
| **You bought** | TORCHLIGHT ENERGY RES INC KO-218431 | 3,500 | 0.6602 |

**Ticker symbol: TRCH**
Security number: 671417
CUSIP ID: 89102U103
Trade number: 001078
Trade processed by: CHCP

| | |
|---|---|
| | Gross transaction amount |
| *Plus* | Commission |
| *Plus* | Premium on USD Funds converted at 36.14% |
| *Equals* | **Net transaction amount** |

*As agent, TD Direct Investing confirms the above purchase on a U settlement in your account.*

## Important information

Please review the information in this Transaction Confirmation carefully and let us know within 10 calendar days if there are any discrepancies.

Clients' accounts are protected by the Canadian Investor Protection Fund within specified limits.

**Disclosure of sources of revenue**
TD Direct Investing and/or parties related to us may earn revenue in addition to commission from the following sources: currency conversion charges on certain trades and mutual fund transactions, fees paid by issuers and others in connection with

The name of the salespe this transaction will be pr

TD Direct Investing is a Canada Inc., a subsidiar

**TD Direct Investing**
*3500 STEELES AVE E*
*TOWER 2, 2ND FLOOR*
*MARKHAM ON L3R 0X1*

TD

**Transaction Conf**

**Account number and**
27R4W6A - Cash Accou

MR. MICHAEL GARY CASEY
81 CHURCH ST UNIT 101
KITCHENER ON  N2G 4M1

**Questions?**
**Contact an Investment**
Toll Free 1 (800) 465-5463

## Transaction on February 19, 2020

▸ **For settlement on:** February 21, 2020
▸ **Processed on:** February 19, 2020

| Transaction | Security Description | Quantity | Price ($) |
|---|---|---|---|
| **You bought** | TORCHLIGHT ENERGY RES INC | 1,000 | 0.6099 |
| | BF-215959 | | |

**Ticker symbol: TRCH**
Security number: 671417
CUSIP ID: 89102U103
Trade number: 003623
Trade processed by: GEAA

|  | Gross transaction amount | |
|---|---|---|
| *Plus* | Commission | |
| *Plus* | Premium on USD Funds converted at 34.49% | |
| *Equals* | Net transaction amount | |

*As agent, TD Direct Investing confirms the above purchase on a L*
*settlement in your account.*

## Important Information

Please review the information in this Transaction
Confirmation carefully and let us know within
10 calendar days if there are any discrepancies.

**Disclosure of sources of revenue**
TD Direct Investing and/or parties related to us may
earn revenue in addition to commission from the
following sources: currency conversion charges on
certain trades and mutual fund transactions, fees

The name of the salespe
this transaction will be pr
TD Direct Investing is a
Canada Inc., a subsidiar

**TD Direct Investing**
*3500 STEELES AVE E*
*TOWER 2, 2ND FLOOR*
*MARKHAM ON L3R 0X1*

TD

**Transaction Conf**

**Account number and**
27R4W6A - Cash Accou

**Questions?**
**Contact an Investment**
Toll Free 1 (800) 465-5463

MR. MICHAEL GARY CASEY
81 CHURCH ST UNIT 101
KITCHENER ON  N2G 4M1

## Transaction on February 14, 2020

▸ **For settlement on:** February 19, 2020
▸ **Processed on:** February 14, 2020

| Transaction | Security Description | Quantity | Price ($) |
|---|---|---|---|
| **You bought** | TORCHLIGHT ENERGY RES INC | 2,000 | 0.5683 |
| | IM-215384 | | |

**Ticker symbol: TRCH**
Security number: 671417
CUSIP ID: 89102U103
Trade number: 006327
Trade processed by: CHTR

Gross transaction amount

*Plus*   Commission

*Plus*   Premium on USD Funds converted at
34.69%

*Equals*  **Net transaction amount**

*As agent, TD Direct Investing confirms the above purchase on a U
settlement in your account.*

## Important information

Please review the information in this Transaction
Confirmation carefully and let us know within
10 calendar days if there are any discrepancies.

Clients' accounts are protected by the Canadian
Investor Protection Fund within specified limits

**Disclosure of sources of revenue**
TD Direct Investing and/or parties related to us may
earn revenue in addition to commission from the
following sources: currency conversion charges on
certain trades and mutual fund transactions, fees

The name of the salespe
this transaction will be pr

TD Direct Investing is a
Canada Inc., a subsidiar

**TD Direct Investing**
*3500 STEELES AVE E*
*TOWER 2, 2ND FLOOR*
*MARKHAM ON L3R 0X1*

**Transaction Conf**

**Account number and**
27R4W6A - Cash Accou

**Questions?**
**Contact an Investment**
Toll Free 1 (800) 465-5463

MR. MICHAEL GARY CASEY
81 CHURCH ST UNIT 101
KITCHENER ON  N2G 4M1

## Transaction on February 05, 2020

▶ **For settlement on:** February 07, 2020
▶ **Processed on:** February 05, 2020

| Transaction | Security Description | Quantity | Price ($) |
|---|---|---|---|
| You bought | TORCHLIGHT ENERGY RES INC HT-216751 | 2,000 | 0.62999 |

**Ticker symbol: TRCH**
Security number: 671417
CUSIP ID: 89102U103
Trade number: 002264
Trade processed by: GEWH

Gross transaction amount

*Plus*  Commission

*Plus*  Premium on USD Funds converted at 35.09%

*Equals* **Net transaction amount**

*As agent, TD Direct Investing confirms the above purchase on a U settlement in your account.*

## Important information

Please review the information in this Transaction Confirmation carefully and let us know within 10 calendar days if there are any discrepancies.

Clients' accounts are protected by the Canadian Investor Protection Fund within specified limits

**Disclosure of sources of revenue**
TD Direct Investing and/or parties related to us may earn revenue in addition to commission from the following sources: currency conversion charges on certain trades and mutual fund transactions, fees paid by issuers and others in connection with

The name of the salespe this transaction will be pr

TD Direct Investing is a Canada Inc., a subsidiar

**TD Direct Investing**
*3500 STEELES AVE E*
*TOWER 2, 2ND FLOOR*
*MARKHAM ON L3R 0X1*

**Transaction Conf**

**Account number and**
27R4W6A - Cash Accou

**Questions?**
**Contact an Investment**
Toll Free 1 (800) 465-5463

MR. MICHAEL GARY CASEY
81 CHURCH ST UNIT 101
KITCHENER ON  N2G 4M1

## Transaction on January 30, 2020

▸ **For settlement on:** February 03, 2020
▸ **Processed on:** January 30, 2020

| Transaction | Security Description | Quantity | Price ($) |
|---|---|---|---|
| **You bought** | TORCHLIGHT ENERGY RES INC | 68 | 0.6499 |
| | WT-212739 | 1,932 | 0.64906 |
| | | **2,000** | |

**Ticker symbol: TRCH**
Security number: 671417
CUSIP ID: 89102U103
Trade number: 005198
Trade processed by: CHLC

Gross transaction amount

*Plus*   Commission

*Plus*   Premium on USD Funds converted at
        34.29%

*Equals* **Net transaction amount**

*As agent, TD Direct Investing confirms the above purchase on a U*
*settlement in your account.*

## Important information

Please review the information in this Transaction
Confirmation carefully and let us know within
10 calendar days if there are any discrepancies.

Clients' accounts are protected by the Canadian
Investor Protection Fund within specified limits

**Disclosure of sources of revenue**
TD Direct Investing and/or parties related to us may
earn revenue in addition to commission from the
following sources: currency conversion charges on
certain trades and mutual fund transactions, fees

The name of the salesp
this transaction will be p

TD Direct Investing is a
Canada Inc., a subsidia



**TD Direct Investing**
*3500 STEELES AVE E*
*TOWER 2, 2ND FLOOR*
*MARKHAM ON L3R 0X1*

**TD**

## Transaction Conf

**Account number and**
27R4W6A - Cash Accou

**Questions?**
**Contact an Investment**
Toll Free 1 (800) 465-5463

MR. MICHAEL GARY CASEY
81 CHURCH ST UNIT 101
KITCHENER ON  N2G 4M1

## Transaction on January 29, 2020

▸ **For settlement on:** January 31, 2020
▸ **Processed on:** January 29, 2020

| Transaction | Security Description | Quantity | Price ($) |
|---|---|---|---|
| **You bought** | TORCHLIGHT ENERGY RES INC CB-215211 | 1,000 | 0.62851 |

**Ticker symbol: TRCH**
Security number: 671417
CUSIP ID: 89102U103
Trade number: 006727
Trade processed by: GEWD

|  |  |  |
|---|---|---|
| | Gross transaction amount | |
| *Plus* | Commission | |
| *Plus* | Premium on USD Funds converted at 33.99% | |
| *Equals* | **Net transaction amount** | |

*As agent, TD Direct Investing confirms the above purchase on a U*
*settlement in your account.*

## Important information

Please review the information in this Transaction
Confirmation carefully and let us know within
10 calendar days if there are any discrepancies.

Clients' accounts are protected by the Canadian
Investor Protection Fund within specified limits

**Disclosure of sources of revenue**
TD Direct Investing and/or parties related to us may
earn revenue in addition to commission from the
following sources: currency conversion charges on
certain trades and **mutual fund transactions, fees**
paid by issuers and other b

The name of the salespe
This name of the salespe
this transaction will be pr

TD Direct Investing is a
TD Direct Investing is a

Canada Inc., a subsidiar

**TD Direct Investing**
*3500 STEELES AVE E*
*TOWER 2, 2ND FLOOR*
*MARKHAM ON L3R 0X1*

Tl

## Transaction Conf

**Account number and**
27R4W6A - Cash Accou

**Questions?**
**Contact an Investment**
Toll Free 1 (800) 465-5463

MR. MICHAEL GARY CASEY
81 CHURCH ST UNIT 101
KITCHENER ON  N2G 4M1

## Transaction on January 27, 2020

▸ **For settlement on:** January 29, 2020
▸ **Processed on:** January 27, 2020

| Transaction | Security Description | Quantity | Price ($) |
|---|---|---|---|
| **You bought** | TORCHLIGHT ENERGY RES INC OL-212072 | 2,000 | 0.6285 |

**Ticker symbol: TRCH**
Security number: 671417
CUSIP ID: 89102U103
Trade number: 003806
Trade processed by: CHTR

|  | | |
|---|---|---|
| | Gross transaction amount | |
| *Plus* | Commission | |
| *Plus* | Premium on USD Funds converted at 33.89% | |
| *Equals* | **Net transaction amount** | |

*As agent, TD Direct Investing confirms the above purchase on a U*
*settlement in your account.*

## Important information

Please review the information in this Transaction
Confirmation carefully and let us know within
10 calendar days if there are any discrepancies.

Clients' accounts are protected by the Canadian
Investor Protection Fund within specified limits

**Disclosure of sources of revenue**
TD Direct Investing and/or parties related to us may
earn revenue in addition to commission from the
following sources: currency conversion charges on
certain trades and mutual fund transactions, fees
paid by issuers and others in connection with

The name of the salespe
this transaction will be p

TD Direct Investing is a
Canada Inc., a subsidiar
B

**TD Direct Investing**
*3500 STEELES AVE E*
*TOWER 2, 2ND FLOOR*
*MARKHAM ON L3R 0X1*

TI

## Transaction Conf

### Account number and
27R4W6A - Cash Accou

**Questions?**
**Contact an Investment**
Toll Free 1 (800) 465-546:

MR. MICHAEL GARY CASEY
81 CHURCH ST UNIT 101
KITCHENER ON  N2G 4M1

## Transaction on January 13, 2020

▸ **For settlement on:** January 15, 2020
▸ **Processed on:** January 13, 2020

| Transaction | Security Description | Quantity | Price ($) |
|---|---|---|---|
| **You bought** | TORCHLIGHT ENERGY RES INC IZ-208820 | 1,000 | 0.92 |

**Ticker symbol: TRCH**
Security number: 671417
CUSIP ID: 89102U103
Trade number: 005607
Trade processed by: GEDM

| | | |
|---|---|---|
| | Gross transaction amount | |
| *Plus* | Commission | |
| *Plus* | Premium on USD Funds converted at 32.49% | |
| *Equals* | **Net transaction amount** | |

*As agent, TD Direct Investing confirms the above purchase on a U*
*settlement in your account.*

## Important information

Please review the information in this Transaction
Confirmation carefully and let us know within
10 calendar days if there are any discrepancies.

Clients' accounts are protected by the Canadian
Investor Protection Fund within specified limits.

### Disclosure of sources of revenue
TD Direct Investing and/or parties related to us may
earn revenue in addition to commission from the
following sources: currency conversion charges on
certain trades and mutual fund transactions, fees

The name of the salesp
this transaction will be p

TD Direct Investing is a

Canada Inc., a subsidiar
Canada Inc., a subsidiar



**TD Direct Investing**
*3500 STEELES AVE E*
*TOWER 2, 2ND FLOOR*
*MARKHAM ON L3R 0X1*

TD

**Transaction Conf**

**Account number and**
27R4W6A - Cash Accou

**Questions?**
**Contact an Investment** |
Toll Free 1 (800) 465-5463

MR. MICHAEL GARY CASEY
81 CHURCH ST UNIT 101
KITCHENER ON  N2G 4M1

## Transaction on January 09, 2020

▸ **For settlement on:** January 13, 2020
▸ **Processed on:** January 09, 2020

| Transaction | Security Description | Quantity | Price ($) |
|---|---|---|---|
| You bought | TORCHLIGHT ENERGY RES INC FE-207921 | 700 | 0.998 |

**Ticker symbol: TRCH**
Security number: 671417
CUSIP ID: 89102U103
Trade number: 001218
Trade processed by: GEGR

|  | Gross transaction amount | |
|---|---|---|
| *Plus* | Commission | |
| *Plus* | Premium on USD Funds converted at 32.69% | |
| *Equals* | **Net transaction amount** | |

*As agent, TD Direct Investing confirms the above purchase on a U*
*settlement in your account.*

## Important information

Please review the information in this Transaction
Confirmation carefully and let us know within
10 calendar days if there are any discrepancies.

Clients' accounts are protected by the Canadian
Investor Protection Fund within specified limits

**Disclosure of sources of revenue**
TD Direct Investing and/or parties related to us may
earn revenue in addition to commission from the
following sources: currency conversion charges on
certain trades and mutual fund transactions, fees

The name of the salespe
this transaction will be pr

TD Direct Investing is a d
Canada Inc.; a subsidiar

**TD Direct Investing**
*3500 STEELES AVE E*
*TOWER 2, 2ND FLOOR*
*MARKHAM ON L3R 0X1*

TD

## Transaction Conf

**Account number and**
27R4W6A - Cash Accou

**Questions?**
**Contact an Investment**
Toll Free 1 (800) 465-5463

MR. MICHAEL GARY CASEY
81 CHURCH ST UNIT 101
KITCHENER ON  N2G 4M1

## Transaction on January 09, 2020

▸ **For settlement on:** January 13, 2020
▸ **Processed on:** January 09, 2020

| Transaction | Security Description | Quantity | Price ($) |
|---|---|---|---|
| You bought | TORCHLIGHT ENERGY RES INC<br>DD-210796 | 1,300 | 0.998 |

**Ticker symbol: TRCH**
Security number: 671417
CUSIP ID: 89102U103
Trade number: 001969
Trade processed by: GEGR

|  |  |  |
|---|---|---|
|  | Gross transaction amount |  |
| *Plus* | Commission |  |
| *Plus* | Premium on USD Funds converted at<br>32.69% |  |
| *Equals* | **Net transaction amount** |  |

*As agent, TD Direct Investing confirms the above purchase on a U*
*settlement in your account.*

## Important information

Please review the information in this Transaction
Confirmation carefully and let us know within
10 calendar days if there are any discrepancies.

Clients' accounts are protected by the Canadian
Investor Protection Fund within specified limits.

### Disclosure of sources of revenue

TD Direct Investing and/or parties related to us may
earn revenue in addition to commission from the
following sources: currency conversion charges on
certain trades and mutual fund transactions, fees

The name of the salespe
this transaction will be p

TD Direct Investing is a
Canada Inc., a subsidiar
B.

**TD Direct Investing**
*3500 STEELES AVE E*
*TOWER 2, 2ND FLOOR*
*MARKHAM ON L3R 0X1*

TD

**Transaction Conf**

**Account number and**
27R4W6A - Cash Accou

MR. MICHAEL GARY CASEY
81 CHURCH ST UNIT 101
KITCHENER ON  N2G 4M1

**Questions?**
**Contact an Investment  I**
Toll Free 1 (800) 465-5463

## Transaction on December 31, 2019

▸ **For settlement on:** January 03, 2020
▸ **Processed on:** December 31, 2019

| Transaction | Security Description | Quantity | Price ($) |
|---|---|---|---|
| You bought | TORCHLIGHT ENERGY RES INC QQ-206392 | 1,000 | 0.81042 |

| | | |
|---|---|---|
| | Gross transaction amount | |
| *Plus* | Commission | |
| *Plus* | Premium on USD Funds converted at 32.14% | |
| *Equals* | **Net transaction amount** | |

**Ticker symbol: TRCH**
Security number: 671417
CUSIP ID: 89102U103
Trade number: 002647
Trade processed by: CHCP

*As agent, TD Direct Investing confirms the above purchase on a L settlement in your account.*

## Important information

Please review the information in this Transaction Confirmation carefully and let us know within 10 calendar days if there are any discrepancies.

Clients' accounts are protected by the Canadian Investor Protection Fund within specified limits

**Disclosure of sources of revenue**
TD Direct Investing and/or parties related to us may earn revenue in addition to commission from the following sources: currency conversion charges on certain trades and mutual fund transactions, fees certain trades and mutual fund transactions with

The name of the salespe this transaction will be pr

TD Direct Investing is a  Canada Inc., a subsidiar

**TD Direct Investing**
*3500 STEELES AVE E*
*TOWER 2, 2ND FLOOR*
*MARKHAM ON L3R 0X1*

TD

**Transaction Conf**

**Account number and**
27R4W6A - Cash Accou

MR. MICHAEL GARY CASEY
81 CHURCH ST UNIT 101
KITCHENER ON  N2G 4M1

**Questions?**
**Contact an Investment |**
Toll Free 1 (800) 465-5463

## Transaction on December 26, 2019

▸ **For settlement on:** December 30, 2019
▸ **Processed on:** December 26, 2019

| Transaction | Security Description | Quantity | Price ($) |
|---|---|---|---|
| **You bought** | TORCHLIGHT ENERGY RES INC QQ-205835 | 1,000 | 0.8732 |

**Ticker symbol: TRCH**
Security number: 671417
CUSIP ID: 89102U103
Trade number: 000905
Trade processed by: CHLC

| | | |
|---|---|---|
| | Gross transaction amount | |
| *Plus* | Commission | |
| *Plus* | Premium on USD Funds converted at 33.39% | |
| *Equals* | **Net transaction amount** | |

*As agent, TD Direct Investing confirms the above purchase on a U*
*settlement in your account.*

## Important information

Please review the information in this Transaction
Confirmation carefully and let us know within
10 calendar days if there are any discrepancies.

Clients' accounts are protected by the Canadian
Investor Protection Fund within specified limits

**Disclosure of sources of revenue**
TD Direct Investing and/or parties related to us may
earn revenue in addition to commission from the
following sources: currency conversion charges on
certain trades and mutual fund transactions, fees

The name of the salespe
this transaction will be p

TD Direct Investing is a
Canada Inc., a subsidiar

**TD Direct Investing**
*3500 STEELES AVE E*
*TOWER 2, 2ND FLOOR*
*MARKHAM ON L3R 0X1*

TD

**Transaction Conf**

**Account number and**
27R4W6A - Cash Accou

MR. MICHAEL GARY CASEY
81 CHURCH ST UNIT 101
KITCHENER ON  N2G 4M1

**Questions?**
**Contact an Investment**
Toll Free 1 (800) 465-5463

## Transaction on December 19, 2019

▸ **For settlement on:** December 23, 2019
▸ **Processed on:** December 19, 2019

| Transaction | Security Description | Quantity | Price ($) |
|---|---|---|---|
| You bought | TORCHLIGHT ENERGY RES INC AX-205170 | 2,000 | 0.8399 |

**Ticker symbol: TRCH**
Security number: 671417
CUSIP ID: 89102U103
Trade number: 001060
Trade processed by: CHMV

|  |  |
|---|---|
| | Gross transaction amount |
| *Plus* | Commission |
| *Plus* | Premium on USD Funds converted at 33.29% |
| *Equals* | **Net transaction amount** |

*As agent, TD Direct Investing confirms the above purchase on a U*
*settlement in your account.*

## Important information

Please review the information in this Transaction Confirmation carefully and let us know within 10 calendar days if there are any discrepancies.

Clients' accounts are protected by the Canadian Investor Protection Fund within specified limits

**Disclosure of sources of revenue**
TD Direct Investing and/or parties related to us may earn revenue in addition to commission from the following sources: currency conversion charges on certain trades and mutual fund transactions, fees on certain trades and mutual fund transactions, fees

The name of the salespe
this transaction will be p

TD Direct Investing is a
Canada Inc., a subsidiar
Canada Inc., a subsidiar

**TD Direct Investing**
*3500 STEELES AVE E*
*TOWER 2, 2ND FLOOR*
*MARKHAM ON L3R 0X1*

TD

**Transaction Conf**

**Account number and**
27R4W6A - Cash Accou

MR. MICHAEL GARY CASEY
81 CHURCH ST UNIT 101
KITCHENER ON  N2G 4M1

**Questions?**
**Contact an Investment**
Toll Free 1 (800) 465-5463

## Transaction on December 12, 2019

▸ **For settlement on:** December 16, 2019
▸ **Processed on:** December 12, 2019

| Transaction | Security Description | Quantity | Price ($) |
|---|---|---|---|
| **You bought** | TORCHLIGHT ENERGY RES INC<br>AF-206715 | 1,000 | 0.78832 |

**Ticker symbol: TRCH**
Security number: 671417
CUSIP ID: 89102U103
Trade number: 003931
Trade processed by: GEDM

| | | |
|---|---|---|
| | Gross transaction amount | |
| *Plus* | Commission | |
| *Plus* | Premium on USD Funds converted at 33.79% | |
| *Equals* | **Net transaction amount** | |

*As agent, TD Direct Investing confirms the above purchase on a U*
*settlement in your account.*

## Important information

Please review the information in this Transaction
Confirmation carefully and let us know within
10 calendar days if there are any discrepancies.

Clients' accounts are protected by the Canadian
Investor Protection Fund within specified limits

**Disclosure of sources of revenue**
TD Direct Investing and/or parties related to us may
earn revenue in addition to commission from the
following sources: currency conversion charges on
certain trades and mutual fund transactions, fees
and interest and others in connection with

The name of the salespe
this transaction will be p

TD Direct Investing is a
Canada Inc., a subsidiar

**TD Direct Investing**
*3500 STEELES AVE E*
*TOWER 2, 2ND FLOOR*
*MARKHAM ON L3R 0X1*

TI

## Transaction Conf

### Account number and
27R4W6A - Cash Accou

MR. MICHAEL GARY CASEY
81 CHURCH ST UNIT 101
KITCHENER ON  N2G 4M1

### Questions?
**Contact an Investment** I
Toll Free 1 (800) 465-5463

## Transaction on December 05, 2019

▸ **For settlement on:** December 09, 2019
▸ **Processed on:** December 05, 2019

| Transaction | Security Description | Quantity | Price ($) |
|---|---|---|---|
| You bought | TORCHLIGHT ENERGY RES INC RB-201935 | 1,000 | 0.6919 |

**Ticker symbol: TRCH**
Security number: 671417
CUSIP ID: 89102U103
Trade number: 001727
Trade processed by: GEMS

Gross transaction amount

*Plus*    Commission

*Plus*    Premium on USD Funds converted at 33.84%

*Equals* **Net transaction amount**

*As agent, TD Direct Investing confirms the above purchase on a U settlement in your account.*

## Important information

Please review the information in this Transaction Confirmation carefully and let us know within 10 calendar days if there are any discrepancies.

Clients' accounts are protected by the Canadian
Investor Protection Fund within specified limits

### Disclosure of sources of revenue
TD Direct Investing and/or parties related to us may earn revenue in addition to commission from the following sources: currency conversion charges on certain trades and mutual fund transactions, fees certain trades and mutual fund transactions, fees

The name of the salespe this transaction will be p

TD Direct Investing is a Canada Inc., a subsidiar

**TD Direct Investing**
*3500 STEELES AVE E*
*TOWER 2, 2ND FLOOR*
*MARKHAM ON L3R 0X1*

TD

**Transaction Conf**

**Account number and**
27R4W6A - Cash Accou

**Questions?**
**Contact an Investment**
Toll Free 1 (800) 465-5463

MR. MICHAEL GARY CASEY
81 CHURCH ST UNIT 101
KITCHENER ON  N2G 4M1

## Transaction on December 02, 2019

▸ **For settlement on:** December 04, 2019
▸ **Processed on:** December 02, 2019

| Transaction | Security Description | Quantity | Price ($) |
|---|---|---|---|
| **You bought** | TORCHLIGHT ENERGY RES INC | 1,000 | 0.77 |
| | SP-201909 | | |

**Ticker symbol: TRCH**
Security number: 671417
CUSIP ID: 89102U103
Trade number: 006745
Trade processed by: GEAE

Gross transaction amount

*Plus*    Commission

*Plus*    Premium on USD Funds converted at
35.04%

*Equals* **Net transaction amount**

*As agent, TD Direct Investing confirms the above purchase on a U*
*settlement in your account.*

## Important information

Please review the information in this Transaction
Confirmation carefully and let us know within
10 calendar days if there are any discrepancies.

Clients' accounts are protected by the Canadian

**Disclosure of sources of revenue**
TD Direct Investing and/or parties related to us may
earn revenue in addition to commission from the
following sources: currency conversion charges on
certain trades and mutual fund transactions, fees

The name of the salespe
this transaction will be p

**TD Direct Investing is a**
Canada Inc., a subsidiar

**TD Direct Investing**
*3500 STEELES AVE E*
*TOWER 2, 2ND FLOOR*
*MARKHAM ON L3R 0X1*

TD

**Transaction Conf**

**Account number and**
27R4W6A - Cash Accou

MR. MICHAEL GARY CASEY
81 CHURCH ST UNIT 101
KITCHENER ON  N2G 4M1

**Questions?**
**Contact an Investment I**
Toll Free 1 (800) 465-5463

## Transaction on November 29, 2019

▸ **For settlement on:** December 03, 2019
▸ **Processed on:** November 29, 2019

| Transaction | Security Description | Quantity | Price ($) |
|---|---|---|---|
| **You bought** | TORCHLIGHT ENERGY RES INC<br>LI-201464 | 2,000 | 0.7268 |

**Ticker symbol: TRCH**
Security number: 671417
CUSIP ID: 89102U103
Trade number: 004193
Trade processed by: GEAK

| | | |
|---|---|---|
| | Gross transaction amount | |
| *Plus* | Commission | |
| *Plus* | Premium on USD Funds converted at 34.84% | |
| *Equals* | **Net transaction amount** | |

*As agent, TD Direct Investing confirms the above purchase on a L*
*settlement in your account.*

## Important information

Please review the information in this Transaction
Confirmation carefully and let us know within
10 calendar days if there are any discrepancies.

Clients' accounts are protected by the Canadian
Investor Protection Fund within specified limits.

**Disclosure of sources of revenue**
TD Direct Investing and/or parties related to us may
earn revenue in addition to commission from the
following sources: currency conversion charges on
certain trades and mutual fund transactions, fees
paid by issuers and others in connection with

The name of the salespe
this transaction will be p

TD Direct Investing is a
Canada Inc., a subsidiar
Canada Inc., a subsidiar

**TD Direct Investing**
*3500 STEELES AVE E*
*TOWER 2, 2ND FLOOR*
*MARKHAM ON L3R 0X1*

TD

## Transaction Conf

MR. MICHAEL GARY CASEY
81 CHURCH ST UNIT 101
KITCHENER ON  N2G 4M1

**Account number and**
27R4W6A - Cash Accou

**Questions?**
**Contact an Investment**
Toll Free 1 (800) 465-5463

## Transaction on November 25, 2019

▸ **For settlement on:** November 27, 2019
▸ **Processed on:** November 25, 2019

| Transaction | Security Description | Quantity | Price ($) |
|---|---|---|---|
| You bought | TORCHLIGHT ENERGY RES INC DQ-201776 | 300 | 0.8034 |

**Ticker symbol: TRCH**
Security number: 671417
CUSIP ID: 89102U103
Trade number: 000944
Trade processed by: GEAE

Gross transaction amount

*Plus*   Commission

*Plus*   Premium on USD Funds converted at 35.19%

*Equals* **Net transaction amount**

*As agent, TD Direct Investing confirms the above purchase on a U settlement in your account.*

## Important information

Please review the information in this Transaction Confirmation carefully and let us know within 10 calendar days if there are any discrepancies.

Clients' accounts are protected by the Canadian

**Disclosure of sources of revenue**
TD Direct Investing and/or parties related to us may earn revenue in addition to commission from the following sources: currency conversion charges on certain trades, and mutual fund transactions, fees

The name of the salespe this transaction will be p

TD Direct Investing is a

**TD Direct Investing**
*3500 STEELES AVE E*
*TOWER 2, 2ND FLOOR*
*MARKHAM ON L3R 0X1*

TD

**Transaction Conf**

**Account number and**
27R4W6A - Cash Accou

**Questions?**
**Contact an Investment** I
Toll Free 1 (800) 465-5463

MR. MICHAEL GARY CASEY
81 CHURCH ST UNIT 101
KITCHENER ON  N2G 4M1

## Transaction on November 21, 2019

▸ **For settlement on:** November 25, 2019
▸ **Processed on:** November 21, 2019

| Transaction | Security Description | Quantity | Price ($) |
|---|---|---|---|
| **You bought** | TORCHLIGHT ENERGY RES INC | 700 | 0.8383 |
| | XV-200378 | | |

**Ticker symbol: TRCH**
Security number: 671417
CUSIP ID: 89102U103
Trade number: 005181
Trade processed by: CHLC

Gross transaction amount

*Plus* Commission

*Plus* Premium on USD Funds converted at 34.79%

*Equals* **Net transaction amount**

*As agent, TD Direct Investing confirms the above purchase on a L settlement in your account.*

## Important information

Please review the information in this Transaction Confirmation carefully and let us know within 10 calendar days if there are any discrepancies.

Clients' accounts are protected by the Canadian Investor Protection Fund within specified limits.

**Disclosure of sources of revenue**

TD Direct Investing and/or parties related to us may earn revenue in addition to commission from the following sources: currency conversion charges on certain trades and mutual fund transactions, fees paid by issuers and others in connection with

The name of the salespe this transaction will be pr

TD Direct Investing is a Canada Inc., a subsidiar

**TD Direct Investing**
*3500 STEELES AVE E*
*TOWER 2, 2ND FLOOR*
*MARKHAM ON L3R 0X1*

TD

## Transaction Conf

**Account number and**
27R4W6A - Cash Accou

**Questions?**
**Contact an Investment I**
Toll Free 1 (800) 465-5463

MR. MICHAEL GARY CASEY
81 CHURCH ST UNIT 101
KITCHENER ON  N2G 4M1

## Transaction on November 18, 2019

▸ **For settlement on:** November 20, 2019
▸ **Processed on:** November 18, 2019

| Transaction | Security Description | Quantity | Price ($) |
|---|---|---|---|
| **You bought** | TORCHLIGHT ENERGY RES INC UD-200063 | 500 | 0.83266 |

**Ticker symbol: TRCH**
Security number: 671417
CUSIP ID: 89102U103
Trade number: 004825
Trade processed by: GEWD

Gross transaction amount

*Plus*    Commission

*Plus*    Premium on USD Funds converted at
34.09%

*Equals* **Net transaction amount**

*As agent, TD Direct Investing confirms the above purchase on a U*
*settlement in your account.*

## Important information

Please review the information in this Transaction
Confirmation carefully and let us know within
10 calendar days if there are any discrepancies.

Clients' accounts are protected by the Canadian

### Disclosure of sources of revenue

TD Direct Investing and/or parties related to us may
earn revenue in addition to commissions set out on the
following sources: currency conversion charges on

The name of the salespe
this transaction will be p
TD Direct Investing is a



**TD Direct Investing**
3500 STEELES AVE E
TOWER 2, 2ND FLOOR
MARKHAM ON L3R 0X1

**Transaction Conf**

**Account number and**
27R4W6A - Cash Accou

MR. MICHAEL GARY CASEY
81 CHURCH ST UNIT 101
KITCHENER ON  N2G 4M1

**Questions?**
**Contact an Investment**
Toll Free 1 (800) 465-546₃

## Transaction on November 04, 2019

▸ **For settlement on:** November 06, 2019
▸ **Processed on:** November 04, 2019

| Transaction | Security Description | Quantity | Price ($) |
|---|---|---|---|
| | | 1,500 | 0.86 |
| You bought | TORCHLIGHT ENERGY RES INC | | |
| | RN-197115 | | |

**Ticker symbol: TRCH**
Security number: 671417
CUSIP ID: 89102U103
Trade number: 005318
Trade processed by: CHTR

Gross transaction amount ............................

Plus    Commission

Plus    Premium on USD Funds converted at
        33.54%

*Equals* **Net transaction amount**

*As agent, TD Direct Investing confirms the above purchase on*
*settlement in your account.*

## Important information

Please review the information in this Transaction
Confirmation carefully and let us know within
Client accounts are protected by the Canadian
Investor Protection Fund within specified limits

### Disclosure of sources of revenue

TD Direct Investing and/or parties related to us may
earn revenue in addition to commission from the
certain trades and mutual fund transactions, fees
sources; currency conversion charges on

The name of the s
this transaction w

**TD Direct Investi**

Canada Inc., a subsi



**TD Direct Investing**
*3500 STEELES AVE E*
*TOWER 2, 2ND FLOOR*
*MARKHAM ON L3R 0X1*

**Transaction Conf**

**Account number and**
27R4W6A - Cash Accou

**Questions?**
**Contact an Investment F**
Toll Free 1 (800) 465-5463

MR. MICHAEL GARY CASEY
81 CHURCH ST UNIT 101
KITCHENER ON  N2G 4M1

## Transaction on July 23, 2020

▸ **For settlement on:** July 27, 2020
▸ **Processed on:** July 23, 2020

| Transaction | Security Description | Quantity | Price ($) |
|---|---|---|---|
| **You bought** | TORCHLIGHT ENERGY RES INC | 33 | 0.3798 |
| | SU-274735 | | |

**Ticker symbol: TRCH**
Security number: 671417
CUSIP ID: 89102U103
Trade number: 004800
Trade processed by: 9EON

| | | |
|---|---|---|
| | Gross transaction amount | |
| *Plus* | Commission | |
| *Plus* | Premium on USD Funds converted at 36.19% | |
| *Equals* | **Net transaction amount** | |

*As agent, TD Direct Investing confirms the above purchase on a L*
*settlement in your account.*

## Important information

Please review the information in this Transaction
Confirmation carefully and let us know within
10 calendar days if there are any discrepancies.

Clients' accounts are protected by the Canadian
Investor Protection Fund within specified limits

**Disclosure of sources of revenue**
TD Direct Investing and/or parties related to us may
earn revenue in addition to commission from the
following sources: currency conversion charges on
certain trades and mutual fund transactions, fees
paid by issuers and others in connection with

The name of the salespe
this transaction will be pr

TD Direct Investing is a
Canada Inc., a subsidiar
Bank



**TD Direct Investing**
*3500 STEELES AVE E*
*TOWER 2, 2ND FLOOR*
*MARKHAM ON L3R 0X1*

**Transaction Conf**

**Account number and**
27R4W6A - Cash Accou

**Questions?**
**Contact an Investment F**
Toll Free 1 (800) 465-5463

MR. MICHAEL GARY CASEY
81 CHURCH ST UNIT 101
KITCHENER ON  N2G 4M1

## Transaction on March 02, 2020

▸ **For settlement on:** March 04, 2020
▸ **Processed on:** March 02, 2020

| Transaction | Security Description | Quantity | Price ($) |
|---|---|---|---|
| **You bought** | TORCHLIGHT ENERGY RES INC UT-220241 | 1,500 | 0.70 |

|  |  |
|---|---|
|  | Gross transaction amount |
| *Plus* | Commission |
| *Plus* | Premium on USD Funds converted at 35.89% |
| *Equals* | **Net transaction amount** |

**Ticker symbol: TRCH**
Security number: 671417
CUSIP ID: 89102U103
Trade number: 000600
Trade processed by: GAJQ

*As agent, TD Direct Investing confirms the above purchase on a U settlement in your account.*

## Important information

Please review the information in this Transaction Confirmation carefully and let us know within 10 calendar days if there are any discrepancies.

Clients' accounts are protected by the Canadian Clients' accounts are protected by the Canadian Investor Protection Fund within specified limits.

**Disclosure of sources of revenue**
TD Direct Investing and/or parties related to us may earn revenue in addition to commission from the following sources: currency conversion charges on certain trades and mutual fund transactions, fees paid by issuers and others in connection with

The name of the salespe this transaction will be pr

TD Direct Investing is a Canada Inc., a subsidiar Bank