NVB 3001 (Effective 1/21)

# UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA

**PROOF OF INTEREST**

Name of Debtor: **META MATERIALS INC.**
Case Number: **24-50792-hlb**

1. Name and address of holder of the Equity Interest (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

   Michael Gary Casey
   101-75 Queen St. N
   Hamilton, ON Canada
   L8R 3J3

   Telephone Number: 226-647-3400

   ☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

   ☒ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

   ☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

   RECEIVED AND FILED DLS
   DEC 10 2024
   U.S. BANKRUPTCY COURT
   MARY A. SCHOTT, CLERK

**NOTE:** This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

**COURT USE ONLY**

Account or other number by which Interest holder identifies Debtor:
**27R4W6B**

Check here if this claim:
☐ replaces a previously filed Proof of Interest dated: _____
☐ amends a previously filed Proof of Interest dated: _____

2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:
   TD Direct Investing
   3500 Steeles Ave E
   Tower 2, 2nd Floor Markam, ON L3R 0X1
   Telephone Number: 1-800-465-5463

3. Date Equity Interest was acquired:
   Acquired after Reverse split from TRCH — Nov/18-2019

4. Total amount of member interest: **251**

5. Certificate number(s): _____

6. Type of Equity Interest:
   Please indicate the type of Equity Interest you hold:
   ☒ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
   ☐ Check this box if your Equity Interest is based on anything else and describe that interest:
   Description: **Investor**

7. **Supporting Documents**: Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
   DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. **Date-Stamped Copy**: To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

9. **Signature:**
   Check the appropriate box.
   ☒ I am the creditor.
   ☐ I am the creditor's authorized agent. (Attach copy of power of attorney, if any.)
   ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)
   ☐ I am a guarantor, surety, endorser, or other codebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: Michael Gary Casey
Title: MR.
Company:___Address and telephone number (if different from notice address above):

(Signature) Michael Gary Casey    (Date) Dec/03/24

Telephone number: 226-647-3400    email: caseyg56@gmail.com

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

## Account Details  As of 04 Nov 2024, 12:37:28 p.m. ET

TD Direct Investing — 27R4W6B — USD Cash

Documents (eS

| Total Value | Cash Balance | Investments |
|---|---|---|
| $749.68 USD | $308.76 | $440.92 |

⊖ **Asset Allocation**  This is the current breakdown of the asset mix of your account. Learn More.



| | | | | | |
|---|---|---|---|---|---|
| Canadian Equities | 2.0% | Canadian Fixed Income | 0.0% | Cash & Cash Equivalents | |
| U.S. Equities | 5.0% | Global Fixed Income | 0.0% | Other | |
| International Equities | 51.8% | | | | |

**Holdings**   Allocation   Activity   Performance   Gain & Loss   Projected Income

| Market Value of Investments | Book Cost of Investments | | Gain/Loss on Investments Unrealized |
|---|---|---|---|
| $440.92 | $49,131.62[1] | | ↘ -$4{ |

**Summary**   Quote

| Name | | | Quantity | Price | Avg Cost | Mkt Value | Book Cost | Gain/Loss Unrealized |
|---|---|---|---|---|---|---|---|---|
| ▸ FNGR FINGERMOTION INC | Buy | Sell | 210 | $1.8488 | $6.7576 | $388.25 | $1,419.09 | -$1,030.84 -72.64% |
| ▸ GTII GLOBAL TECH INDUSTRIES GR | Buy | Sell | 934 | $0.04 | $1.8326 | $37.36 | $1,711.63 | -$1,674.27 -97.82% |
| ▸ GLOBAL TECH INDUST-CONTRA | | | 305 | $0.00[4] | $0.00[3] | $0.00[3] | $0.01 | -$0.01 -100.00% |
| ▸ MMATQ META MATERIALS INC-NEW | Buy | Sell | 251 | $0.061 | $183.2705 | $15.31 | $46,000.89 | -$45,985.58 -99.97% |
| ▸ NEXT BRIDGE HYDROCARB INC | | | 61 | $0.00[4] | N/A[3] | $0.00[3] | N/A[1] | N/A[2] |

View Statements ›

  Learn how to read the Account Details Holdings page.
Watch the video



# TD Direct Investing

# Your investment account statement

November 1, 2022 to November 30, 2022

Account number: 27R4W6
Account type: Direct Trading - US
Account currency: US dollars

### Do you have a question?

For questions about your statement or further information, we provide support 24 hours a day, 7 days a week in 4 languages:

| | |
|---|---|
| **English:** | 1-800-668-1972 |
| **French:** | 1-866-211-3847 |
| **Cantonese:** | 1-800-838-3223 option 1 |
| **Mandarin:** | 1-800-838-3223 option 2 |

MR. MICHAEL GARY CASEY
75 QUEEN ST N APT 101
HAMILTON ON
L8R 3J3

## Your account at a glance

**You need to know**
Please see **page 3** for important information about your account.

| | This period (Nov 1 - Nov 30, 2022) | Last period (Oct 1 - Oct 31, 2022) | Year to date (Jan 1 - Nov 30, 2022) |
|---|---|---|---|
| Beginning balance | $285,799.96 | $63,236.13 | $1.11 |
| Change in your account balance | $96,513.94 | $222,563.83 | $382,312.79 |
| **Ending balance** | **$382,313.90** | **$285,799.96** | **$382,313.90** |

## Holdings in your account
on November 30, 2022

| Description | Quantity or par value ($) | Price ($) | Book cost ($) | Market value ($) | Unrealized gain or loss ($) | % of your holdings |
|---|---|---|---|---|---|---|
| **Cash** | | | | | | |
| Cash | | | 61.83 | 61.83 | 0.00 | 0.02% |
| **Fixed income** | | | | | | |
| Canadian preferred shares | | | | | | |
| META MATERIALS INC-A PFD (**MMTLP**) | 40,961 SEG | 8.170 | 1,460.40 | 334,651.37 | 333,190.97 | 87.53% |
| Total Canadian preferred shares | | | $1,460.40 | $334,651.37 | | 87.53% |
| **Total fixed income** | | | **$1,460.40** | **$334,651.37** | | **87.53%** |

(continued on next page)

---

**Order-Execution-Only Account.**

TD Waterhouse Canada Inc.
Member - Canadian Investor Protection Fund



Regulated by
Investment Industry Regulatory
Organization of Canada

Page 1 of 4