NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | | **PROOF OF INTEREST** |
|---|---|---|

| Name of Debtor: Meta Materials | Case Number: 24-50792-hlb |
|---|---|

**1** Name and address of holder of the Equity Interest (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

Grant Tully
601 Parkdale Ave
Rochester, MI 48307

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

☑ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

RECEIVED AND FILED
DEC 11 2024
U.S BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

Telephone Number: (850) 803-0316

COURT USE ONLY

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

Account or other number by which Interest holder identifies Debtor: 5792-6924

Check here if this claim:
☐ replaces a previously filed Proof of Interest dated: _____
☐ amends a previously filed Proof of Interest dated: _____

**2** Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:

Charles Schwab

Telephone Number: 800-435-4000

**3** Date Equity Interest was acquired:

included in lot details of additional paperwork

**4** Total amount of member interest: 166

**5** Certificate number(s): _____

**6** Type of Equity Interest
Please indicate the type of Equity Interest you hold:
☑ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
☐ Check this box if your Equity Interest is based on anything else and describe that interest:
Description: Investor

**7** Supporting Documents: Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**8** Date-Stamped Copy: To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

**9** Signature:
Check the appropriate box.
☑ I am the creditor     ☐ I am the creditor's authorized agent (Attach copy of power of attorney, if any)     ☐ I am the trustee, or the debtor or their authorized agent. (See Bankruptcy Rule 3004)     ☐ I am a guarantor, surety, endorser, or other codebtor (See Bankruptcy Rule 3005)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: Grant Tully
Title: _____
Company: Address and telephone number (if different from notice address above): _____

(Signature) [signed]     (Date) 12/01/24

Telephone number: (850) 803-0316     email: granttully@gmail.com

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*



Schwab One® Account of

GRANT TULLY
DESIGNATED BENE PLAN/TOD

Account Number
5792-6924

Statement Period
October 1-31, 2024

## Account Summary

Ending Account Value as of 10/31
**$4,976 35**

Beginning Account Value as of 10/01
**$4,328 11**



|  | This Statement | YTD |
|---|---|---|
| **Beginning Value** | $4,328 11 | $7,256 10 |
| Deposits | 400 00 | 1,100 00 |
| Withdrawals | 0 00 | 0 00 |
| Dividends and Interest | 0 02 | 0 33 |
| Transfer of Securities | 0 00 | 0 00 |
| Market Appreciation/(Depreciation) | 248 22 | (3,300 08) |
| Expenses | 0 00 | (80 00) |
| **Ending Value** ʷ | **$4,976 35** | **$4,976 35** |

Account Ending Value reflects the market value of your cash and investments It does not include pending transactions, unpriced securities or assets held outside Schwab's custody

### Manage Your Account

**Customer Service and Trading**
Call your Schwab Representative
1 800 435 4000
24/7 Customer Service

For the most current records on your account visit schwab com/login Statements are archived up to 10 years online

### Commitment to Transparency

Client Relationship Summaries and Best Interest disclosures are at schwab com/transparency
Charles Schwab & Co Inc Member SIPC

### Online Assistance

  Visit us online at schwab com

Visit schwab com/stmt to explore the features and benefits of this statement

GRANT TULLY
DESIGNATED BENE PLAN/TOD
601 PARKDALE AVE
ROCHESTER MI 48307-1619

10/31 00000 ID2201609 104237

1 of 6



Schwab One® Account of

GRANT TULLY
DESIGNATED BENE PLAN/TOD

Statement Period
October 1-31, 2024

## Positions - Summary

| Beginning Value as of 10/01 | + | Transfer of Securities(In/Out) | + | Dividends Reinvested | + | Cash Activity | + | Change in Market Value | = | Ending Value as of 10/31 | Cost Basis | Unrealized Gain/(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| $4,328.11 | | $0.00 | | $0.00 | | $400.02 | | $248.22 | | $4,976.35 | $51,123.88 | ($40,083.16) |

Values may not reflect all of your gains/losses. Schwab has provided accurate gain and loss information wherever possible for most investments. Cost basis may be incomplete or unavailable for some of your holdings and may change or be adjusted in certain cases. Statement information should not be used for tax preparation, instead refer to official tax documents. For additional information refer to Terms and Conditions.

## Cash and Cash Investments

| Type | Symbol | Description | Quantity | Price($) | Beginning Balance($) | Ending Balance($) | Change in Period Balance($) | Pending/Unsettled Cash($) | Interest/ Yield Rate | % of Acct |
|---|---|---|---|---|---|---|---|---|---|---|
| Bank Sweep | | TD BANK NA ˣ ᶻ | | | 90.19 | 44.56 | (45.63) | | 0.20% | <1% |
| **Total Cash and Cash Investments** | | | | | **$90.19** | **$44.56** | **($45.63)** | | | **<1%** |

## Positions - Equities

| Symbol | Description | Quantity | Price($) | Market Value($) | Cost Basis($) | Unrealized Gain/(Loss)($) | Est. Yield | Est Annual Income($) | % of Acct |
|---|---|---|---|---|---|---|---|---|---|
| HNRC | CUNNINGHAM NAT RES CORP | 22,000.0000 | 0.02050 | 451.00 | | | | | 9% |
| HNRC | CUNNINGHAM NAT RES CORP | 71,000.0000 | 0.02050 | 1,455.50 | 7,617.82 | (5,711.32) | N/A | 0.00 | 29% |
| MMATQ | META MATLS INC | 166.0000 | 0.07100 | 11.79 | 26,586.95 | (26,575.16) | N/A | 0.00 | <1% |
| | N M C HEALTH P L C   F UNSPONSORED ADR 1 ADR REPS   1 ORD SHS | 650.0000 | 0.00000 | 0.00 | 353.15 | (353.15) | N/A | 0.00 | |
| NLST | NETLIST INC | 2,870.0000 | 1.05000 | 3,013.50 | 10,457.03 | (7,443.53) | N/A | 0.00 | 61% |
| | WORLDWIDE DIVERSIFIED HL | 10,000.0000 | 0.00000 | 0.00 | N/A | N/A | N/A | 0.00 | |
| **Total Equities** | | | | **$4,931.79** | **$45,014.95** | **($40,083.16)** | | **$0.00** | **99%** |

## Lot Details  MMATQ - META MATLS INC CLASS EQUITY

Cost Basis Calculator  Help  Export  Print

| Open Date | Quantity | Price | Cost/Share | Market Value | Cost Basis | Gain/Loss $ | Gain/L |
|---|---|---|---|---|---|---|---|
| 11/16/2023 | 3 006883 | $0 061 | $9 24 | $0 18 | $27 78 | -$27 60 | -99 |
| 11/10/2023 | 3 006883 | $0 061 | $9 19 | $0 18 | $27 64 | -$27 46 | -99 |
| 11/02/2023 | 3 006883 | $0 061 | $11 22 | $0 18 | $33 75 | -$33 57 | -99 |
| 10/27/2023 | 2 004589 | $0 061 | $13 53 | $0 12 | $27 12 | -$27 00 | -99 |
| 10/23/2023 | 1 002294 | $0 061 | $14 81 | $0 06 | $14 84 | -$14 78 | -9 |
| 10/16/2023 | 1 002294 | $0 061 | $21 91 | $0 06 | $21 96 | -$21 90 | -99 |
| 10/11/2023 | 1 002294 | $0 061 | $21 30 | $0 06 | $21 35 | -$21 29 | -99 |
| 10/06/2023 | 2 004589 | $0 061 | $21 75 | $0 12 | $43 60 | -$43 48 | -99 |
| 10/02/2023 | 1 002294 | $0 061 | $21 63 | $0 06 | $21 68 | -$21 62 | -99 |
| 09/28/2023 | 1 002294 | $0 061 | $20 17 | $0 06 | $20 22 | -$20 16 | -9 |
| 09/22/2023 | 1 002316 | $0 061 | $20 35 | $0 06 | $20 40 | -$20 34 | -99 |
| 09/14/2023 | 1 002294 | $0 061 | $22 25 | $0 06 | $22 30 | -$22 24 | -99 |
| 09/07/2023 | 1 002294 | $0 061 | $21 74 | $0 06 | $21 79 | -$21 73 | -99 |
| 09/01/2023 | 1 002294 | $0 061 | $23 81 | $0 06 | $23 86 | -$23 80 | -99 |
| 08/25/2023 | 1 002294 | $0 061 | $23 59 | $0 06 | $23 64 | -$23 58 | -99 |
| 08/16/2023 | 1 002294 | $0 061 | $22 51 | $0 06 | $22 56 | -$22 50 | -99 |
| 08/09/2023 | 1 002294 | $0 061 | $24 91 | $0 06 | $24 97 | -$24 91 | -99 |
| 07/31/2023 | 1 002294 | $0 061 | $25 62 | $0 06 | $25 68 | -$25 62 | -99 |
| 07/27/2023 | 1 002294 | $0 061 | $20 25 | $0 06 | $20 30 | -$20 24 | -9 |
| 07/20/2023 | 1 002294 | $0 061 | $21 44 | $0 06 | $21 49 | -$21 43 | -99 |
| 07/05/2023 | 1 002294 | $0 061 | $20 75 | $0 06 | $20 80 | -$20 74 | -99 |
| 06/29/2023 | 1 002294 | $0 061 | $20 77 | $0 06 | $20 82 | -$20 76 | -99 |
| 06/22/2023 | 1 002294 | $0 061 | $19 21 | $0 06 | $19 25 | -$19 19 | -99 |

| Date | Qty | Price | Value | Fee | Total | Net | Code |
|---|---|---|---|---|---|---|---|
| 06/14/2023 | 1 002294 | $0 061 | $22 64 | $0 06 | $22 69 | -$22 63 | -99 |
| 05/23/2023 | 1 002294 | $0 061 | $27 58 | $0 06 | $27 64 | -$27 58 | -99 |
| 05/22/2023 | 2 004589 | $0 061 | $26 04 | $0 12 | $52 20 | -$52 08 | -99 |
| 05/19/2023 | 4 009178 | $0 061 | $23 99 | $0 24 | $96 20 | -$95 96 | -99 |
| 05/08/2023 | 5 011472 | $0 061 | $22 29 | $0 31 | $111 70 | -$111 39 | -99 |
| 04/28/2023 | 5 011472 | $0 061 | $18 68 | $0 31 | $93 60 | -$93 29 | -99 |
| 03/21/2023 | 1 002294 | $0 061 | $56 05 | $0 06 | $56 18 | -$56 12 | -99 |
| 03/13/2023 | 1 002294 | $0 061 | $51 46 | $0 06 | $51 58 | -$51 52 | -99 |
| 02/24/2023 | 1 002294 | $0 061 | $63 64 | $0 06 | $63 79 | -$63 73 | -99 |
| 02/21/2023 | 1 002294 | $0 061 | $67 68 | $0 06 | $67 84 | -$67 78 | -99 |
| 02/17/2023 | 1 002294 | $0 061 | $71 66 | $0 06 | $71 82 | -$71 76 | -99 |
| 02/13/2023 | 1 002294 | $0 061 | $79 62 | $0 06 | $79 80 | -$79 74 | -99 |
| 01/20/2023 | 1 002294 | $0 061 | $106 75 | $0 06 | $106 99 | -$106 93 | -99 |
| 01/19/2023 | 1 002294 | $0 061 | $96 78 | $0 06 | $97 00 | -$96 94 | -99 |
| 01/05/2023 | 1 002294 | $0 061 | $117 72 | $0 06 | $117 99 | -$117 93 | -99 |
| 12/28/2022 | 1 002294 | $0 061 | $108 74 | $0 06 | $108 99 | -$108 93 | -99 |
| 12/27/2022 | 1 002294 | $0 061 | $97 79 | $0 06 | $98 01 | -$97 95 | -99 |
| 12/06/2022 | 2 004589 | $0 061 | $179 59 | $0 12 | $360 00 | -$359 88 | -99 |
| 12/06/2022 | 1 002294 | $0 061 | $162 63 | $0 06 | $163 00 | -$162 94 | -99 |
| 12/05/2022 | 2 004589 | $0 061 | $171 61 | $0 12 | $344 00 | -$343 88 | -99 |
| 12/02/2022 | 2 004589 | $0 061 | $185 56 | $0 12 | $371 98 | -$371 86 | -99 |
| 11/28/2022 | 2 004589 | $0 061 | $185 57 | $0 12 | $372 00 | -$371 88 | -99 |
| 11/28/2022 | 1 002294 | $0 061 | $178 59 | $0 06 | $179 00 | -$178 94 | -99 |
| 11/02/2022 | 5 011472 | $0 061 | $131 69 | $0 31 | $659 95 | -$659 64 | -99 |
| 11/01/2022 | 5 011472 | $0 061 | $115 59 | $0 31 | $579 30 | -$578 99 | -99 |
| 10/31/2022 | 5 011472 | $0 061 | $109 74 | $0 31 | $549 95 | -$549 64 | -99 |
| 10/11/2022 | 10 022944 | $0 061 | $78 79 | $0 61 | $789 70 | -$789 09 | -99 |
| 09/01/2022 | 3 006883 | $0 061 | $78 64 | $0 18 | $236 46 | -$236 28 | -99 |

| Date | Qty | Price | Value1 | Fee | Value2 | Change | Pct |
|---|---|---|---|---|---|---|---|
| 08/03/2022 | 1 002294 | $0 061 | $89 04 | $0 06 | $89 24 | -$89 18 | -99 |
| 07/28/2022 | 1 002294 | $0 061 | $88 76 | $0 06 | $88 96 | -$88 90 | -99 |
| 07/25/2022 | 1 002294 | $0 061 | $91 60 | $0 06 | $91 81 | -$91 75 | -99 |
| 06/28/2022 | 1 002294 | $0 061 | $107 71 | $0 06 | $107 96 | -$107 90 | -99 |
| 06/27/2022 | 1 002294 | $0 061 | $115 72 | $0 06 | $115 99 | -$115 93 | -99 |
| 06/24/2022 | 2 004589 | $0 061 | $130 28 | $0 12 | $261 16 | -$261 04 | -99 |
| 06/23/2022 | 1 002294 | $0 061 | $179 59 | $0 06 | $180 00 | -$179 94 | -99 |
| 06/21/2022 | 1 002294 | $0 061 | $173 25 | $0 06 | $173 65 | -$173 59 | -99 |
| 06/17/2022 | 1 503442 | $0 061 | $159 53 | $0 09 | $239 85 | -$239 76 | -99 |
| 06/13/2022 | 1 002294 | $0 061 | $147 65 | $0 06 | $147 99 | -$147 93 | -99 |
| 06/07/2022 | 1 002294 | $0 061 | $170 61 | $0 06 | $171 00 | -$170 94 | -99 |
| 05/19/2022 | 2 505736 | $0 061 | $178 58 | $0 15 | $447 48 | -$447 33 | -99 |
| 05/13/2022 | 2 505736 | $0 061 | $129 67 | $0 15 | $324 93 | -$324 78 | -99 |
| 04/27/2022 | 2 004589 | $0 061 | $125 52 | $0 12 | $251 62 | -$251 50 | -99 |
| 04/26/2022 | 1 503442 | $0 061 | $124 71 | $0 09 | $187 49 | -$187 40 | -99 |
| 04/25/2022 | 3 006883 | $0 061 | $135 68 | $0 18 | $407 97 | -$407 79 | -99 |
| 04/21/2022 | 2 505736 | $0 061 | $138 67 | $0 15 | $347 48 | -$347 33 | -99 |
| 01/21/2022 | 1 002294 | $0 061 | $173 52 | $0 06 | $173 92 | -$173 86 | -99 |
| 01/20/2022 | 1 002294 | $0 061 | $199 54 | $0 06 | $200 00 | -$199 94 | -99 |
| 01/18/2022 | 1 002294 | $0 061 | $214 51 | $0 06 | $215 00 | -$214 94 | -99 |
| 01/10/2022 | 1 002294 | $0 061 | $223 30 | $0 06 | $223 81 | -$223 75 | -99 |
| 01/05/2022 | 2 505736 | $0 061 | $281 27 | $0 15 | $704 80 | -$704 65 | -99 |
| 12/01/2021 | 1 252868 | $0 061 | $334 23 | $0 08 | $418 75 | -$418 67 | -99 |
| 11/30/2021 | 1 002294 | $0 061 | $349 20 | $0 06 | $350 00 | -$349 94 | -99 |
| 11/26/2021 | 1 503442 | $0 061 | $394 99 | $0 09 | $593 85 | -$593 76 | -99 |
| 11/23/2021 | 1 503442 | $0 061 | $369 15 | $0 09 | $555 00 | -$554 91 | -99 |
| 11/22/2021 | 1 503442 | $0 061 | $402 07 | $0 09 | $604 49 | -$604 40 | -99 |
| 11/17/2021 | 1 002294 | $0 061 | $439 98 | $0 06 | $440 99 | -$440 93 | -99 |

| Date | Col2 | Col3 | Col4 | Col5 | Col6 | Col7 | Col8 |
|---|---|---|---|---|---|---|---|
| 11/16/2021 | 1 002294 | $0 061 | $448 96 | $0 06 | $449 99 | -$449 93 | -99 |
| 11/08/2021 | 1 002294 | $0 061 | $508 71 | $0 06 | $509 88 | -$509 82 | -99 |
| 08/23/2021 | 1 49843 | $0 061 | $326 25 | $0 09 | $488 86 | -$488 77 | -99 |
| 08/02/2021 | 1 002294 | $0 061 | $339 03 | $0 06 | $339 81 | -$339 75 | -99 |
| 07/30/2021 | 1 503442 | $0 061 | $341 97 | $0 09 | $514 13 | -$514 04 | -99 |
| 06/17/2021 | 0 37586 | $0 061 | $987 73 | $0 02 | $371 25 | -$371 23 | -99 |
| 06/14/2021 | 0 751721 | $0 061 | $712 31 | $0 05 | $535 46 | -$535 41 | -99 |
| 06/10/2021 | 0 501147 | $0 061 | $588 65 | $0 03 | $295 00 | -$294 97 | -99 |
| 06/07/2021 | 2 004589 | $0 061 | $598 61 | $0 12 | $1,199 96 | -$1,199 84 | -99 |
| 06/07/2021 | 0 501147 | $0 061 | $588 63 | $0 03 | $294 99 | -$294 96 | -99 |
| 06/04/2021 | 0 501147 | $0 061 | $556 30 | $0 03 | $278 79 | -$278 76 | -99 |
| 06/03/2021 | 0 501147 | $0 061 | $550 72 | $0 03 | $275 99 | -$275 96 | -99 |
| 06/02/2021 | 0 501147 | $0 061 | $532 76 | $0 03 | $266 99 | -$266 96 | -99 |
| 06/01/2021 | 0 751721 | $0 061 | $520 79 | $0 05 | $391 49 | -$391 44 | -99 |
| 05/24/2021 | 0 501147 | $0 061 | $458 95 | $0 03 | $230 00 | -$229 97 | -99 |
| 05/20/2021 | 1 002294 | $0 061 | $419 04 | $0 06 | $420 00 | -$419 94 | -99 |
| 05/17/2021 | 1 002294 | $0 061 | $399 08 | $0 06 | $400 00 | -$399 94 | -99 |
| 05/06/2021 | 0 751721 | $0 061 | $369 15 | $0 05 | $277 50 | -$277 45 | -99 |
| 05/04/2021 | 0 751721 | $0 061 | $339 22 | $0 05 | $255 00 | -$254 95 | -99 |
| 04/27/2021 | 1 503442 | $0 061 | $425 96 | $0 09 | $640 41 | -$640 32 | -99 |
| 04/16/2021 | 0 501147 | $0 061 | $265 39 | $0 03 | $133 00 | -$132 97 | -99 |
| 04/15/2021 | 0 656503 | $0 061 | $307 29 | $0 04 | $201 74 | -$201 70 | -99 |
| 04/15/2021 | 0 095218 | $0 061 | $305 30 | $0 01 | $29 07 | -$29 06 | -99 |
| 04/13/2021 | 0 501147 | $0 061 | $325 23 | $0 03 | $162 99 | -$162 96 | -99 |
| 04/12/2021 | 0 501147 | $0 061 | $343 21 | $0 03 | $172 00 | -$171 97 | -99 |
| 04/06/2021 | 0 501147 | $0 061 | $378 81 | $0 03 | $189 84 | -$189 81 | -99 |
| 04/01/2021 | 1 002294 | $0 061 | $369 15 | $0 06 | $370 00 | -$369 94 | -99 |
| 03/30/2021 | 0 501147 | $0 061 | $339 22 | $0 03 | $170 00 | -$169 97 | -99 |

| Date | | | | | | | |
|---|---|---|---|---|---|---|---|
| 03/25/2021 | 0 501147 | $0 061 | $358 18 | $0 03 | $179 50 | -$179 47 | -99 |
| 03/05/2021 | 0 501147 | $0 061 | $367 16 | $0 03 | $184 00 | -$183 97 | -99 |
| 03/04/2021 | 0 501147 | $0 061 | $438 99 | $0 03 | $220 00 | -$219 97 | -99 |
| 03/04/2021 | 0 501147 | $0 061 | $478 90 | $0 03 | $240 00 | -$239 97 | -99 |
| 03/03/2021 | 0 245562 | $0 061 | $518 81 | $0 01 | $127 40 | -$127 39 | -99 |
| 02/17/2021 | 0 506159 | $0 061 | $485 89 | $0 03 | $245 94 | -$245 91 | -99 |
| 02/11/2021 | 0 255585 | $0 061 | $463 72 | $0 02 | $118 52 | -$118 50 | -99 |
| 02/10/2021 | 0 997283 | $0 061 | $475 72 | $0 06 | $474 43 | -$474 37 | -99 |
| 01/29/2021 | 0 746709 | $0 061 | $453 97 | $0 05 | $338 98 | -$338 93 | -99 |
| 01/19/2021 | 0 005011 | $0 061 | $337 26 | $0 00 | $1 69 | -$1 69 | -1 |
| **Total** | **166** | | | **$10 13** | **$26,586 95** | **-$26,576 82** | **-99** |