NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | | PROOF OF INTEREST |
|---|---|---|
| **Name of Debtor:** Meta Materials | **Case Number:** 24-50792-hlb | |

**1. Name and address of holder of the Equity Interest** (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the Interest holder.)

Michael J McCarthy
10405 S 51 CT Oak Lawn IL, 60453

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

☒ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

**RECEIVED AND FILED**
DEC 11 2024
U.S BANKRUPTCY COURT
MARY A SCHOTT, CLERK

**Telephone Number:** 708 312 6661

COURT USE ONLY

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

**Account or other number by which Interest holder identifies Debtor:** 5NF63710

Check here if this claim:
☐ replaces a previously filed Proof of Interest dated _____
☐ amends a previously filed Proof of Interest dated _____

**2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:**
Webull
**Telephone Number:** 1888 828-0618

**3. Date Equity Interest was acquired:**
1-14-21  3-18-21  4-21-21  1-7-22  5-9-22  6-24-22
1-15-21  3-25-21  7-12-21  3-21-22  5-10-22  6-30-22
1-25-21  3-25-21  7-26-21  3-24-22  6-9-22  7-8-22
2-5-21   3-29-21  12-3-21  4-5-22   6-27-22  7-11-22
3-5-21   3-31-21  12-28-21 4-18-22  6-29-22  4-16-22

**4. Total amount of member interest:** 24
**5. Certificate number(s):** Documents attached

**6. Type of Equity Interest**
Please indicate the type of Equity Interest you hold
☒ Check this box if your Equity Interest is based on an actual member interest held in the Debtor
☐ Check this box if your Equity Interest is based on anything else and describe that interest
**Description:** I am a investor

**7. Supporting Documents:** Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**8. Date-Stamped Copy:** To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped self-addressed envelope and copy of this Proof of Interest.

**9. Signature**
Check the appropriate box
☒ I am the creditor   ☐ I am the creditor's authorized agent   ☐ I am the trustee or the debtor,   ☐ I am a guarantor, surety, endorser, or other codebtor
(Attach copy of power of attorney, if any)   or their authorized agent   (See Bankruptcy Rule 3005)
(See Bankruptcy Rule 3004)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

**Print Name:** Michael McCarthy
**Title:**
**Company:** Address and telephone number (if different from notice address above)

(Signature) M J McC
(Date) 12-3-24

**Telephone number:** 708 312 6661   **email:** Domarie44@gmail.com

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U S C §§ 152 AND 3571*

| Name | Symbol | Side | Status | Filled | Total Qty | Price | Avg Price | Time-in-For |
|---|---|---|---|---|---|---|---|---|
| Meta Mater | MMATQ | Buy | Filled | 322 | 322 | @0 3001 | 0 3001 | DAY |
| Meta Mater | MMATQ | Buy | Filled | 235 | 235 | @0 5433 | 0 5433 | DAY |
| Meta Mater | MMATQ | Buy | Filled | 126 | 126 | @0 7998 | 0 7998 | DAY |
| Meta Mater | MMATQ | Buy | Filled | 107 | 107 | @1 16 | 1 16 | DAY |
| Meta Mater | MMATQ | Buy | Filled | 2 | 2 | @1 03 | 1 03 | DAY |
| Meta Mater | MMATQ | Buy | Filled | 91 | 91 | @1 08 | 1 08 | DAY |
| Meta Matls | MMTLP | Sell | Cancelled | 0 | 800 | @92 00 | | DAY |
| Meta Matls | MMTLP | Sell | Cancelled | 0 | 800 | @87 00 | | DAY |
| Meta Matls | MMTLP | Sell | Cancelled | 0 | 800 | @87 00 | | DAY |
| Meta Matls | MMTLP | Sell | Cancelled | 0 | 800 | @87 00 | | DAY |
| Meta Matls | MMTLP | Sell | Cancelled | 0 | 800 | @85 00 | | DAY |
| Meta Matls | MMTLP | Sell | Cancelled | 0 | 800 | @80 00 | | DAY |

Placed Tim Filled Time

04/14/202: 04/14/2023 07 19 14 EDT

03/21/202: 03/21/2023 11 48 29 EDT
02/13/202: 02/13/2023 09 34 54 EST
01/09/202: 01/09/2023 08 15 22 EST
12/27/202: 12/27/2022 09 53 10 EST
12/27/202: 12/27/2022 08 35 50 EST
12/12/2022 09 31 44 EST
12/09/2022 09 30 24 EST
12/08/2022 11 19 51 EST
12/07/2022 09 31 06 EST
12/06/2022 09 31 46 EST
12/02/2022 09 36 27 EST

| Name | Symbol | Side | Status | Filled | Total Qty | Price | Avg Price | Time-in-For |
|---|---|---|---|---|---|---|---|---|
| | | | Filled | | | | | DAY |
| | | | Filled | | | | | DAY |
| | | | Filled | | | | | DAY |
| Meta Mater | MMATQ | Buy | Filled | 322 | | 322 @0 3001 | 0 3001 | DAY |
| | | | Filled | | | | | DAY |
| Meta Mater | MMATQ | Buy | Filled | 235 | | 235 @0 5433 | 0 5433 | DAY |
| Meta Mater | MMATQ | Buy | Filled | 126 | | 126 @0 7998 | 0 7998 | DAY |
| Meta Mater | MMATQ | Buy | Filled | 107 | | 107 @1 16 | 1 16 | DAY |

| Placed Time | Filled Time |
|---|---|
| 05/23/2023 | 05/23/2023 13 11 55 EDT |
| 05/19/2023 | 05/19/2023 15 56 46 EDT |
| 05/04/2023 | 05/04/2023 13 03 06 EDT |
| 04/14/2023 | 04/14/2023 07 19 14 EDT |
| 03/22/2023 | 03/22/2023 11 53 15 EDT |
| 03/21/2023 | 03/21/2023 11 48 29 EDT |
| 02/13/2023 | 02/13/2023 09 34 54 EST |
| 01/09/2023 | 01/09/2023 08 15 22 EST |

| | | | | | |
|---|---|---|---|---|---|
| Meta Mater MMATQ | Buy | Filled | 50 | 50 @2 10 | 2 1 DAY |
| | | | | | 1 54 DAY |
| Meta Mater MMATQ | Buy | Filled | 120 | 120 @1 61 | 1 61 DAY |
| Meta Mater MMATQ | Buy | Filled | 9 | 9 @1 82 | 1 82 DAY |
| | | | | | 8 DAY |
| Meta Mater MMATQ | Buy | Filled | 1 | 1 @1 43 | 1 43 DAY |
| Meta Mater MMATQ | Buy | Filled | 10 | 10 @1 24 | 1 24 DAY |
| Meta Mater MMATQ | Buy | Cancelled | 0 | 12 @1 20 | DAY |

| Name | Symbol | Side | Status | Filled | Total Qty | Price | Avg Price | Time-in-For |
|---|---|---|---|---|---|---|---|---|
| | | | Filled | | | | 3 45E-05 | |
| | | | | 0 | 0 | | 0 | |
| Meta Mater | MMATQ | Buy | Filled | 38 | 38 | @2 60 | 2 6 | DAY |
| | | | Filled | 391 9212 | 391 9212 | @0 2883 | 0 2883 | DAY |
| | | | Cancelled | 0 | 0 | @0 301 | | DAY |
| | | | Cancelled | 0 | 0 | @0 2996 | | DAY |
| | | | Cancelled | 0 | 0 | @1 46 | | DAY |
| Meta Mater | MMATQ | Buy | Cancelled | 0 | 43 | @2 60 | | DAY |
| Meta Mater | MMATQ | Buy | Filled | 30 | 30 | @3 22 | 3 22 | DAY |
| Meta Mater | MMATQ | Buy | Cancelled | 0 | 30 | @3 32 | | DAY |
| Meta Mater | MMATQ | Buy | Filled | 27 | 27 | @3 67 | 3 67 | DAY |
| | | Buy | Filled | 27 54924 | 27 54924 | @0 1982 | 0 1982 | DAY |
| Meta Mater | MMATQ | Buy | Filled | 43 | 43 | @4 00 | 4 | DAY |
| | | Buy | Cancelled | 0 | 0 | @0 1982 | | DAY |
| | | Buy | Cancelled | 0 | 0 | @0 2179 | | DAY |
| Meta Mater | MMATQ | Buy | Cancelled | 0 | 33 | @5 10 | | DAY |
| Meta Mater | MMATQ | Buy | Filled | 48 | 48 | @1 45 | 1 45 | DAY |
| Meta Mater | MMATQ | Buy | Cancelled | 0 | 48 | @1 44 | | DAY |
| Meta Mater | MMATQ | Buy | Filled | 55 | 55 | @1 79 | 1 79 | DAY |
| Meta Mater | MMATQ | Buy | Filled | 1 | 1 | @1 82 | 1 82 | DAY |
| | | | | 0 | | | | |
| Meta Mater | MMATQ | Buy | Filled | 69 | 69 | @1 93 | 1 93 | DAY |
| Meta Mater | MMATQ | Buy | Filled | 4 | 4 | @1 89 | 1 89 | DAY |
| | | | | | | | 35 53 | DAY |
| Meta Mater | MMATQ | Buy | Filled | 11 | 11 | @2 18 | 2 18 | DAY |
| | | | | | | | 1 39 | DAY |
| | | | | | | | 1 24 | DAY |

| Name | Symbol | Side | Status | Filled | Total Qty | Price | Avg Price | Time-in-For |
|---|---|---|---|---|---|---|---|---|
| Meta Mater | MMATQ | Buy | Filled | 2 | 2 | @1 03 | 1 03 | DAY |
| Meta Mater | MMATQ | Buy | Filled | 91 | 91 | @1 08 | 1 08 | DAY |
| Meta Matls | MMTLP | Sell | Cancelled | 0 | 800 | @92 00 | | DAY |
| Meta Matls | MMTLP | Sell | Cancelled | 0 | 800 | @87 00 | | DAY |
| Meta Matls | MMTLP | Sell | Cancelled | 0 | 800 | @87 00 | | DAY |
| Meta Matls | MMTLP | Sell | Cancelled | 0 | 800 | @87 00 | | DAY |
| Meta Matls | MMTLP | Sell | Cancelled | 0 | 800 | @85 00 | | DAY |
| Meta Matls | MMTLP | Sell | Cancelled | 0 | 800 | @80 00 | | DAY |
| Meta Matls | MMTLP | Sell | Cancelled | 0 | 800 | @85 00 | | DAY |
| Meta Matls | MMTLP | Sell | Cancelled | 0 | 400 | @70 00 | | DAY |
| Meta Mater | MMATQ | Buy | Filled | 125 | 125 | @0 7984 | 0 7984 | DAY |
| Meta Mater | MMATQ | Buy | Filled | 1 | 1 | @1 01 | 1 01 | DAY |
| Meta Mater | MMATQ | Buy | Filled | 96 | 96 | @1 04 | 1 04 | DAY |
| Meta Mater | MMATQ | Buy | Filled | 100 | 100 | @0 9946 | 0 9946 | DAY |
| Meta Mater | MMATQ | Buy | Filled | 2 | 2 | @1 05 | 1 05 | DAY |
| Meta Mater | MMATQ | Buy | Filled | 91 | 91 | @1 08 | 1 08 | DAY |
| Meta Mater | MMATQ | Buy | Filled | 84 | 84 | @1 19 | 1 19 | DAY |
| Meta Mater | MMATQ | Buy | Filled | 80 | 80 | @1 60 | 1 6 | DAY |
| | | | | | | | 0 | |
| Meta Mater | MMATQ | Buy | Filled | 1 | 1 | @1 19 | 1 19 | DAY |
| Meta Mater | MMATQ | Buy | Filled | 59 | 59 | @1 22 | 1 22 | DAY |
| | | | Filled | 518 06 | 518 06 | 0 1408 | 0 1408 | IOC |
| | | | | 0 | | | | |
| | | | Filled | 126 1404 | 126 1404 | @0 1982 | 0 1982 | DAY |
| Meta Mater | MMATQ | Buy | Filled | 17 | 17 | @1 49 | 1 49 | DAY |
| Meta Mater | MMATQ | Buy | Filled | 97 | 97 | @1 75 | 1 75 | DAY |
| | | | Filled | 18 73666 | 18 73666 | @0 1676 | 0 1676 | DAY |
| Meta Mater | MMATQ | Buy | Filled | 103 | 103 | @2 03 | 2 03 | DAY |
| Meta Mater | MMATQ | Buy | Cancelled | 0 | 117 | @1 80 | | DAY |
| Meta Mater | MMATQ | Buy | Filled | 45 | 45 | @2 39 | 2 39 | DAY |

| Placed Time | Filled Time |
|---|---|
| 12/27/2022 | 12/27/2022 09 53 10 EST |
| 12/27/2022 | 12/27/2022 08 35 50 EST |
| | 12/12/2022 09 31 44 EST |
| | 12/09/2022 09 30 24 EST |
| | 12/08/2022 11 19 51 EST |
| | 12/07/2022 09 31 06 EST |
| | 12/06/2022 09 31 46 EST |
| | 12/02/2022 09 36 27 EST |
| | 11/25/2022 09 36 07 EST |
| | 10/27/2022 11 08 21 EDT |
| 09/16/2022 | 09/16/2022 10 03 35 EDT |
| | 07/21/2022 22 06 03 EDT |
| 07/11/2022 | 07/11/2022 10 56 13 EDT |
| 07/08/2022 | 07/08/2022 09 45 12 EDT |
| 06/30/2022 | 06/30/2022 10 15 49 EDT |
| 06/29/2022 | 06/29/2022 10 35 20 EDT |
| 06/28/2022 | 06/28/2022 10 34 25 EDT |
| 06/27/2022 | 06/27/2022 08 41 14 EDT |
| 06/09/2022 | 06/09/2022 11 18 45 EDT |
| | 06/09/2022 11 01 04 EDT |
| 05/10/2022 | 05/10/2022 10 46 31 EDT |
| 05/09/2022 | 05/09/2022 15 39 28 EDT |
| 05/09/2022 | 05/09/2022 15 37 41 EDT |
| 04/18/2022 | 04/18/2022 10 31 40 EDT |
| 04/18/2022 | 04/18/2022 09 17 58 EDT |
| 04/05/2022 | 04/05/2022 08 34 18 EDT |
| 03/29/2022 | 03/29/2022 10 43 07 EDT |
| 03/21/2022 | 03/21/2022 11 30 55 EDT |
| | 03/21/2022 09 32 31 EDT |
| 01/07/2022 | 01/07/2022 14 22 41 EST |