NVB 3001 (Effective 1/21)

# UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA

**PROOF OF INTEREST**

| Name of Debtor | Case Number |
|---|---|
| Meta Materials | 24-50792-hlb |

**1. Name and address of holder of the Equity Interest** (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

JON MAHNKE
1408 JOSEPHINE ST.
WAUKESHA, WI, 53186

Telephone Number:

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

☒ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

**RECEIVED AND FILED**
**DEC 11 2024**
**U.S. BANKRUPTCY COURT**
**MARY A. SCHOTT, CLERK**

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

COURT USE ONLY

Account or other number by which Interest holder identifies Debtor:
**787937226**

Check here if this claim:
☐ replaces a previously filed Proof of Interest dated: _____
☐ amends a previously filed Proof of Interest dated: _____

**2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:**

Robinhood, Menlo Park, CA (650) 761-7789

Telephone Number:

**3. Date Equity Interest was acquired:**
06/28/2021
THRU
1/17/2024

**4. Total amount of member interest:** 9,269

**5. Certificate number(s):** _____

**6. Type of Equity Interest:**
Please indicate the type of Equity Interest you hold:
☐ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
☒ Check this box if your Equity Interest is based on anything else and describe that interest:
**Description:** Investor

**7. Supporting Documents:** Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**8. Date-Stamped Copy:** To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

**9. Signature:**
Check the appropriate box.
☒ I am the creditor.   ☐ I am the creditor's authorized agent (Attach copy of power of attorney, if any.)   ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)   ☐ I am a guarantor, surety, endorser, or other codebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: JON MAHNKE
Title: SALES ENGINEER
Company:___ Address and telephone number (if different from notice address above):
_____
_____

(Signature) MAHNKE   12/5/24 (Date)

Telephone number: 920-202-4815   email: JONMAHNKE@GMAIL.COM

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*



Our powerful, new trading platform is here—at no extra cost. **Try Robinhood Legend**

# Jon Mahnke

Investing  Crypto  Transfers  Recurring  Robinhood Gold  Reports and statements  Tax center  History  Settings  Help

**Refine Results**

Account
Type: Orders

Search

## Recent

**Microsoft Limit Sell** — $1,037.88
Nov 26 — 2.469497 shares at $420.28

**SPDR S&P 500 ETF Limit Sell** — $1,071.95
Nov 26 — 1.780 shares at $603.19

**FedEx Market Sell** — $726.60
Nov 26 — 2.397245 shares at $303.10

**Chevron Market Sell** — $1,193.53
Nov 26 — 7.34975 shares at $162.39

**Xencor Market Sell** — $639.44
Nov 26 — 24.903321 shares at $25.68

**NVIDIA Limit Sell** — $1,163.18
Nov 26 — 8.42459 shares at $138.07

## Older

**Xencor Market Sell** — $4.75
Oct 28 — 0.221807 shares at $21.42

**FedEx Market Buy** — $640.88
Sep 26 — 2.397245 shares at $267.34

**Hecla Mining Market Sell** — $628.93
Sep 24 — 89.847259 shares at $7.00

**Xencor Market Buy** — $500.00
Sep 17 — 25.126629 shares at $19.90

| | |
|---|---|
| Hecla Mining Market Buy<br>Sep 9 | $500.00<br>56.5470 shares at $8.85 |
| General Dynamics Market Buy<br>Sep 9 | $1,000.00<br>3.386002 shares at $294.48 |
| NVIDIA Market Buy<br>Aug 30 | $1,000.00<br>8.42489 shares at $119.50 |
| SPDR S&P 500 ETF Market Buy<br>Aug 30 | $1,000.00<br>1.789 shares at $552.97 |
| Chevron Market Buy<br>Aug 15 | $1,000.00<br>6.78748 shares at $147.33 |
| Chevron Market Buy<br>Aug 13 | $80.65<br>0.56227 shares at $143.44 |
| Meta Materials Market Sell<br>Aug 9 | $79.97<br>91 shares at $0.8788 |
| SPDR S&P 500 ETF Market Sell<br>Jul 26 | $655.59<br>1.199524 shares at $546.54 |
| SPDR S&P 500 ETF Market Buy<br>Jun 24 | $435.70<br>0.800568 shares at $544.25 |
| Ardmore Shipping Market Sell<br>Jun 20 | $429.49<br>20.022778 shares at $21.45 |
| Ardmore Shipping Market Sell<br>Jun 19 | Canceled |
| SPDR S&P 500 ETF Market Buy<br>Apr 17 | $200.00<br>0.398966 shares at $501.29 |
| Ardmore Shipping Market Buy<br>Apr 15 | $316.54<br>20.022778 shares at $15.81 |



| Symbol | Type | Time in Force |
|---|---|---|
| **MMAT** | Limit Buy | Good for day |

| Submitted | Status | Limit Price |
|---|---|---|
| Jan 17, 2024 | Filled | $0.0838 |

| Entered Quantity | Filled | Filled Quantity |
|---|---|---|
| 90 | Jan 17, 2024 at 8:25 AM CST | 90 shares at $0.08 |

Filled Notional
$7.20

**Download Trade Confirmation**

Meta Materials Limit Buy                                    $23.97
                                                 300 shares at $0.0799

| Symbol | Type | Time in Force |
|---|---|---|
| **MMAT** | Limit Buy | Good for day |

| Submitted | Status | Limit Price |
|---|---|---|
| Jan 17, 2024 | Filled | $0.0839 |

| Entered Quantity | Filled | Filled Quantity |
|---|---|---|
| 300 | Jan 17, 2024 at 8:24 AM CST | 300 shares at $0.0799 |

Filled Notional
$23.97

**Download Trade Confirmation**

Meta Materials Limit Buy                                    $468.29
Jan 16                                           6,800 shares at $0.0689

| Symbol | Type | Time in Force |
|---|---|---|
| **MMAT** | Limit Buy | Good for day |

| Submitted | Status | Limit Price |
|---|---|---|
| Jan 16, 2024 | Filled | $0.0724 |

| Entered Quantity | Filled | Filled Quantity |
|---|---|---|
| 6800 | Jan 16, 2024 at 1:51 PM CST | 6,800 shares at $0.0689 |

Filled Notional
$468.29

**Download Trade Confirmation**

Rolls-Royce Limit Sell                                      $41.86
Nov 26, 2023                                     13 shares at $3.22


Refine Results

Symbol

Type

Search

| | |
|---|---|
| SPDR S&P 500 ETF Limit Sell<br>Nov 2, 2023 | $254.38<br>78.205 shares at $3.15 |
| Tesla Market Sell<br>Oct 6, 2023 | $1,906.76<br>7.347538 shares at $259.51 |
| SPDR S&P 500 ETF Market Buy<br>Aug 21, 2023 | $1,000.52<br>2.286637 shares at $437.55 |
| SPDR S&P 500 ETF Market Buy<br>Jun 1, 2023 | $200.36<br>0.474668 shares at $422.11 |
| Tesla Market Buy<br>Dec 22, 2022 | $1,000.00<br>7.347538 shares at $136.10 |
| Meta Materials Limit Buy<br>Nov 16, 2022 | $1.90<br>1 share at $1.90 |
| Meta Materials Market Sell<br>Jun 16, 2022 | $1.00<br>0.689941 shares at $1.45 |
| Meta Materials Market Buy<br>May 13, 2022 | $500.00<br>368.78227 shares at $1.36 |
| Meta Materials Market Buy<br>May 10, 2022 | $314.65<br>273.978908 shares at $1.15 |
| Schlumberger Market Sell<br>May 3, 2022 | $104.84<br>2.623475 shares at $39.96 |
| Halliburton Market Sell<br>May 3, 2022 | $108.85<br>2.979737 shares at $36.53 |
| Baker Hughes Company Market Sell<br>May 3, 2022 | $100.96<br>3.225286 shares at $31.30 |
| Schlumberger Market Buy<br>Mar 4, 2022 | $100.02<br>2.623475 shares at $38.13 |
| Halliburton Market Buy<br>Mar 4, 2022 | $100.00<br>2.979737 shares at $33.56 |

**Refine Results**

Account

Type

Search

Meta Materials Market Buy                                                    $332.73

SilverBox Engaged Merger 1 Market Sell                                       $378.86

SilverBox Engaged Merger 1 Market Sell                                         $3.74

SilverBox Engaged Merger 1 Limit Sell                                       Canceled
Jan 25, 2022

Refine Results

Type

Search

Meta Materials Market Buy                                                  $5,126.03
Nov 8, 2021                                                    1,009.259739 shares at $5.08

Meta Materials Market Sell                                                 $5,125.40
Nov 8, 2021                                                         1,000 shares at $5.13

SilverBox Engaged Merger 1 Market Buy                                        $400.00
Nov 5, 2021                                                    38.376156 shares at $10.42

Rolls-Royce Limit Buy                                                         $22.10
Sep 23, 2021                                                          13 shares at $1.70

Meta Materials Limit Buy                                                   $1,053.98
Sep 23, 2021                                                         200 shares at $5.27

Meta Materials Limit Buy                                                    Canceled
Sep 23, 2021

Meta Materials Market Sell                                                 $1,076.14
Sep 23, 2021                                                         200 shares at $5.38

| Symbol | Type | Time in Force |
|---|---|---|
| **MMAT** | Market Sell | Good for day |
| Submitted | Status | Entered Quantity |
| Sep 23, 2021 | Filled | 200 |
| Filled | Filled Quantity | Filled Notional |
| Sep 23, 2021 at 8:40 AM EST | 200 shares at $5.38 | $1,076.14 |

Regulatory Fee ⓘ
$0.03

Download Trade Confirmation

| | |
|---|---|
| Meta Materials Limit Buy | $129.20 |
| Torchlight Energy Resources Market Buy | $1,561.22 |
| Torchlight Energy Resources Market Buy  Jun 22, 2021 | $2,000.00  222.77... shares at $8.98 |
| Torchlight Energy Resources Market Buy  Jun 22, 2021 | $4,000.00  435.729847 shares at $9.18 |
| Torchlight Energy Resources Market Sell | $7,551.36 |
| Torchlight Energy Resources Market Sell  Jun 18, 2021 | $6,134.17  1,000 shares at $6.13 |
| Torchlight Energy Resources Market Buy  Jun 3, 2021 | $98.88  36.917562 shares at $2.68 |
| Torchlight Energy Resources Market Buy  Jun 1, 2021 | $7,060.54  2,791.435349 shares at $2.53 |
| Torchlight Energy Resources Market Sell  Jun 1, 2021 | $7,060.97  2,894.614435 shares at $2.44 |
| Torchlight Energy Resources Limit Sell  Jun 1, 2021 | Canceled |
| Torchlight Energy Resources Limit Sell  Jun 1, 2021 | Canceled |
| Torchlight Energy Resources Market Buy  May 25, 2021 | $6,802.34  2,894.614435 shares at $2.35 |
| Torchlight Energy Resources Market Sell  May 25, 2021 | $6,802.73  2,870.349704 shares at $2.37 |
| Torchlight Energy Resources Market Buy  May 21, 2021 | $6,601.77  2,870.349704 shares at $2.30 |

Refine Results

Type

Search

| Torchlight Energy Resources Market Sell | $6,802.16 |
| Mar 21, 2021 | 2,820.62... shares at $2.19 |

| Torchlight Energy Resources Market Buy | $8,396.25 |
| May 21, 2021 | 2,920.6621 shares at $2.19 |

| Torchlight Energy Resources Market Sell | $6,396.43 |
| May 21, 2021 | 2,926.626244 shares at $2.19 |

| Torchlight Energy Resources Market Buy | $150.42 |
| May 11, 2021 | 82.196795 shares at $1.83 |

| Torchlight Energy Resources Limit Buy | $298.35 |
| May 3, 2021 | 150 shares at $1.99 |

**Refine Results**

Account

Type

Search

| Exelon Market Buy | Canceled |
| May 2, 2021 | |

| Torchlight Energy Resources Market Buy | $200.00 |
| Apr 28, 2021 | 99.00782 shares at $2.02 |

| Torchlight Energy Resources Market Buy | $2.84 |
| Apr 27, 2021 | 1.360404 shares at $2.09 |

| Torchlight Energy Resources Market Buy | $400.00 |
| Apr 23, 2021 | 210.73982 shares at $1.90 |

| Torchlight Energy Resources Market Buy | $4.24 |
| Apr 19, 2021 | 2.887394 shares at $1.47 |

| Torchlight Energy Resources Market Sell | Canceled |
| Apr 16, 2021 | |

| Torchlight Energy Resources Limit Sell | Canceled |
| Apr 16, 2021 | |

| Torchlight Energy Resources Market Sell | Canceled |
| Apr 16, 2021 | |

| Torchlight Energy Resources Market Buy | $400.00 |
| Apr 15, 2021 | 250.267525 shares at $1.60 |

Torchlight Energy Resources Market Buy							$215.50
...

| | |
|---|---|
| **Coinbase Market Sell** <br> Apr 4, 2021 | $215.39 <br> 0.586583 shares at $367.20 |
| **Coinbase Market Buy** <br> Apr 14, 2021 | $250.87 <br> 0.586583 shares at $427.68 |
| **Coinbase Limit Buy** <br> Apr 14, 2021 | Canceled |
| **AMC Entertainment Market Sell** <br> Apr 14, 2021 | $245.44 <br> 26 shares at $9.44 |
| **AMC Entertainment Market Sell** <br> Apr 14, 2021 | $4.42 <br> 0.475762 shares at $9.28 |
| **Torchlight Energy Resources Market Buy** <br> Mar 31, 2021 | $208.87 <br> 107.116379 shares at $1.95 |
| **Virgin Galactic Holdings Market Sell** <br> Mar 31, 2021 | $208.87 <br> 6.669112 shares at $31.32 |
| **Torchlight Energy Resources Market Buy** <br> Mar 31, 2021 | $300.00 <br> 155.520995 shares at $1.93 |
| **Torchlight Energy Resources Market Buy** <br> Mar 30, 2021 | $218.07 <br> 120.480662 shares at $1.81 |
| **Blackberry Market Sell** <br> Mar 30, 2021 | $211.39 <br> 23 shares at $9.19 |
| **Blackberry Market Sell** <br> Mar 30, 2021 | $6.68 <br> 0.746015 shares at $8.96 |
| **Virgin Galactic Holdings Market Buy** <br> Mar 26, 2021 | $200.00 <br> 6.669112 shares at $29.99 |
| **Torchlight Energy Resources Market Buy** <br> Mar 22, 2021 | $150.00 <br> 67.873303 shares at $2.21 |

**Refine Results**

Account

Type

Search

| | |
|---|---|
| Torchlight Energy Resources Market Buy<br>Mar 19 2021 | $250 00<br>152 (68 ~~~~ |
| Torchlight Energy Resources Market Buy<br>Mar 18 2021 | $100 00<br>44 345898 shares at $2 26 |
| Torchlight Energy Resources Market Buy<br>Mar 17 2021 | $350 00<br>158 363874 shares at $2 21 |
| Torchlight Energy Resources Market Buy<br>Mar 16 2021 | $300 00<br>131 642459 shares at $2 28 |

**Refine Results**

Account

Type

Search