NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | | PROOF OF INTEREST |
|---|---|---|

**Name of Debtor:** Meta Materials Inc.
**Case Number:** 24-50792

**1. Name and address of holder of the Equity Interest** (the person or entity holding an Equity Interest in the Debtor Referred to hereinafter as the "Interest holder"):

Nicole Huebener
2527 Coral Way E
Daytona Beach, FL 32118

**Telephone Number:**

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

☐ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors

**RECEIVED AND FILED**

**DEC 11 2024**

**U S BANKRUPTCY COURT**
**MARY A SCHOTT, CLERK**

COURT USE ONLY

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein

**Account or other number by which Interest holder identifies Debtor:** 253-419123

Check here if this claim:
☐ replaces a previously filed Proof of Interest dated: _____
☐ amends a previously filed Proof of Interest dated: _____

**2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:**
Nicole Huebener
3000 Schwab Way
Westlake, OH 44145
**Telephone Number:** 440-617-2301

**3. Date Equity Interest was acquired:**
Between 1/1/23 - present
See attached

**4. Total amount of member interest:** 22,600 (before split)

**5. Certificate number(s):** See attached

**6. Type of Equity Interest**
Please indicate the type of Equity Interest you hold
☒ Check this box if your Equity Interest is based on an actual member interest held in the Debtor
☐ Check this box if your Equity Interest is based on anything else and describe that interest
**Description:** Investor

**7. Supporting Documents:** Attach copies of supporting documents such as stock certificates, option agreements, warrants etc
DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available explain. If the documents are voluminous attach a summary

**8. Date-Stamped Copy:** To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest

**9. Signature**
Check the appropriate box.
☒ I am the creditor
☐ I am the creditor's authorized agent. (Attach copy of power of attorney if any)
☐ I am the trustee or the debtor or their authorized agent. (See Bankruptcy Rule 3004)
☐ I am a guarantor surety endorser or other codebtor (See Bankruptcy Rule 3005)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief

**Print Name:** Nicole Huebener
**Title:**
**Company:** Address and telephone number (if different from notice address above)

(Signature) _[signed]_  (Date) 12/4/24

**Telephone number:** 727-492-0599  **email:** nhuebener@hotmail.com

*Penalty for presenting fraudulent claim is a fine of up to $500 000 or imprisonment for up to 5 years, or both. 18 U.S.C §§ 152 AND 3571*

## Volusia County Beach Rentals, LLC PADDLEBOARDS
## RENTAL AGREEMENT-WAIVER, RELEASE OF LIABILITY AND ASSUMPTION OF RISK

Renter's Name _____ Renter's Phone Number _____

Renter's Hotel/Address _____

READ THE FOLLOWING SECTIONS FULLY AND CAREFULLY PRIOR TO SIGNING THIS IS A LEGALLY VALID AND BINDING OBLIGATION TO RELEASE COMPANY FROM ALL KNOWN AND UNKNOWN OBLIGATIONS, AND TO INDEMNIFY COMPANY AGAINST CLAIMS BROUGHT AGAINST IT BASED UPON YOUR USE OF THE CRAFT THIS INSTRUMENT AFFECTS IMPORTANT LEGAL RIGHTS

In consideration of the services of **Volusia County Beach Rentals LLC**, their owners, officers, volunteers, participants, employees, and all other persons or entities acting in any capacity on their behalf (hereinafter collectively referred to as ("VCBR"), I, _____ hereby agree to release, indemnify, and discharge VCBR of liability, on behalf of myself, my children, my parents, my heirs, assigns, personal representative and estate as described below with respect to VCBR activities, including but not limited to VCBR lessons, rentals, tour, excursions, events community outreach events, practice and preparation for those races and events, at any location including but not limited to any location where such race or event occurs or where equipment for those races and/or events is placed or is in use

_____ 1 I acknowledge that my participation in open water swim beach running and paddling a paddle board or stand up paddleboard entails risks that are known, unknown anticipated, and/or unanticipated that could result in physical or emotional injury paralysis, death or damage to myself to property, or to third parties I understand that such risks cannot be eliminated without jeopardizing the essential and/or fundamental qualities of the activity I assume those risks and release VCBR of liability resulting from those risks I understanding that I am hereby relinquishing certain legal rights The risks include among other things vessel capsize tidal conditions and currents travel in remote areas collision with objects or other watercraft prolonged exposure to cold water, hypothermia, accidental drowning, illness in remote areas, exposure to sun, strong wind, cold, storms, large waves, eddies and whirlpools lightening aggressive and/or poisonous marine life, wrist, arm, shoulder and/or back injuries, slips and falls, including those occurring while getting on and off the vessel, and rapidly changing adverse weather and water conditions Furthermore, I understand that VCBR seeks safety, but it is not infallible, it might be unaware of a participant's fitness or abilities it might misjudge the weather, the elements, or the terrain, and that it may give inadequate warnings or instructions I also understand that the equipment being used might malfunction I expressly acknowledge and promise to accept and assume all of these risks

_____ 2 I acknowledge agree, and represent that I understand the nature of open water swimming, running, paddle board and stand-up paddleboard paddling and that I am qualified, in good health, and in proper physical condition to participate in such activity I further agree and warrant that if at any time I believe conditions to be unsafe, I will immediately discontinue further participation in the activity I also acknowledge that I have been offered a life jacket

_____ 3 I expressly agree and promise to accept and assume all of the risks existing in this activity My participation in this activity is purely voluntary, and I elect to participate in spite of the risks

_____ 4 This agreement applies to any negligence alleged against VCBR I hereby voluntarily release, forever discharge, and agree to indemnify and hold harmless VCBR from any and all claims demands, or causes of action, which are in any way connected with my participation in this activity or my use of VCBR's equipment or facilities, including any claims which allege negligent acts or omissions by VCBR

_____ 5 Should VCBR or anyone acting on its behalf, be required to incur attorney's fees and costs to enforce this agreement I agree to indemnify and hold them harmless for all such fees and costs

_____ 6 I certify that I have adequate insurance to cover any injury or damage I may cause or suffer while participating, or else I agree to bear the costs of such injury or damage myself I further certify that I am willing to assume the risk of any medical or physical condition I may have

_____ 7 In the event that I file a lawsuit against VCBR, I agree to do so solely in the state of Florida and I further agree that the substantive law of that state shall apply in that action without regard to the conflict of law rules of that state I agree that if any portion of this agreement is found to be void or unenforceable, the remaining portions shall remain in full force and effect

By signing this document, I acknowledge that if anyone is hurt or property is damaged during my participation in this activity, I may be found by a court of law to have waived my right to maintain a lawsuit against VCBR on the basis of any claim from which I have released him or her herein I have had sufficient opportunity to read this entire document I have read and understand it, and I agree to be bound by its terms

_____ 8 In the event of loss or damage of a paddle I agree to pay 50% of cost which is 30 dollars at end of rental time
In the event of broken or damaged board, the board will be assessed by board manufacturer and based on the estimate I agree to pay 50% of repair cost

_____ 9 In the event of inclement weather, I will return equipment to rental location and will receive credit of time

**PARENT'S OR GUARDIAN S ADDITIONAL INDEMNIFICATION**
(Must be completed for participants under the age of 18)
In consideration of (print minor's name) ('Minor') being permitted by VCBR to participate in its activities and to use its equipment and facilities I further agree to indemnify and hold harmless VCBR from any and all Claims which are brought by or on behalf of Minor and which are in any way connected with such use or participation by Minor I agree to all of the terms above on behalf of Minor

| Name | Signature of Parent/Guardian |
|---|---|
| Signature | Additional Riders |
| Date | |



Statement Reporting Period:
01/01/23 - 01/31/23

)-669-3900
AMERITRADE
/ISION OF TD AMERITRADE INC
BOX 2209
IAHA, NE 68103-2209
*Ameritrade Clearing, Inc., Member SIPC*

**Statement for Account # 253-419123**
NICOLE HUEBENER
2527 CORAL WAY E
DAYTONA BEACH, FL 32118-5516

## Portfolio Summary

| vestment | Current Value | Prior Value | Period Change | % Change | Estimated Income | Estimated Yield | Portfolio Allocation |
|---|---|---|---|---|---|---|---|
| ash | $4,182.27 | $3,099.44 | $1,082.83 | - | $ - | - | |
| srd Dep Acct (IDA) | - | - | - | - | - | - | |
| oney Market | - | - | - | - | - | - | |
| ort Balance | - | - | - | - | - | - | |
| ocks | 27,166.44 | 27,946.13 | (779.69) | (2.8)% | 21.28 | 0.1% | |
| ort Stocks | - | - | - | - | - | - | |
| xed Income | - | - | - | - | - | - | |
| ptions | - | - | - | - | - | - | |
| ort Options | - | - | - | - | - | - | |
| utual Funds | - | - | - | - | - | - | |
| ther | - | - | - | - | - | - | |
| tal | $31,348.71 | $31,045.57 | $303.14 | 1.0% | $21.28 | 0.1% | |

Cash 13.3%
Stocks 86.7%

## Cash Activity Summary

| | Current | YTD |
|---|---|---|
| pening Balance | $3,099.44 | $3,099.44 |
| ecurities Purchased | (2,918.21) | (2,918.21) |
| ecurities Sold | - | - |
| inds Deposited | 4,000.00 | 4,000.00 |
| inds Disbursed | - | - |
| come | 1.04 | 1.04 |
| xpense | - | - |
| ther | - | - |
| losing Balance | $4,182.27 | $4,182.27 |

## Income & Expense Summary

| | Reportable | Non Reportable | YTD |
|---|---|---|---|
| **Income** | | | |
| Dividends | $ - | $ - | $ - |
| Interest | 1.04 | - | 1.04 |
| Other | - | - | - |
| **Expense** | | | |
| Interest | - | - | - |
| Fees | - | - | - |
| Other | - | - | - |
| **Net** | $1.04 | $0.00 | $1.04 |

## Performance Summary

| | |
|---|---|
| Cost Basis As Of - 01/31/23 ** | $202,267.48 |
| Unrealized Gains | 374.73 |
| Unrealized Losses | (175,475.77) |
| Funds Deposited/(Disbursed) YTD | 4,000.00 |
| Income/(Expense) YTD | 1.04 |
| Securities Received/(Delivered) YTD | 0.00 |

**To view realized gains and losses for your account, login at www.tdameritrade.com and visit My Account > Cost Basis.

**Statement for Account # 253-419123**
01/01/23 - 01/31/23

### Online Cash Services Summary

| escription | Current | Year To Date |
|---|---|---|
| REDITS | | |
| ectronic Transfer | $ 4,000.00 | $ 4,000.00 |
| *Subtotal* | 4,000.00 | 4,000.00 |
| ƆTAL | **4,000.00** | **4,000.00** |

### Income Summary Detail*

| escription | Current | Year to Date |
|---|---|---|
| terest Income Credit Balance | $ 1.04 | $ 1.04 |

*This section displays current and year to date totals for this account. The year to date totals will accurately reflect your cumulative amount for the year. Year-end tax reporting income amounts may differ from what is reflected on monthly statements versus your tax documents. Please reference your official tax document(s) for tax reporting.

### Account Positions

| vestment Description | Symbol/ CUSIP | Quantity | Current Price | Market Value | Purchase Date | Cost Basis | Average Cost | Unrealized Gain(Loss) | Estimated Income | Yield |
|---|---|---|---|---|---|---|---|---|---|---|
| :ocks - Cash | | | | | | | | | | |
| ƆCA-COLA CO ƆM | KO | 9 | $ 61.32 | $ 551.88 | 04/19/22 | $ 583.20 | $ 64.80 | $ (31.32) | $ 15.84 | 2.9% |
| ENIUS GROUP LTD ƆM | GNS | 602 | 5.47 | 3,292.94 | 01/20/23 | 2,918.21 | 4.85 | 374.73 | - | - |
| ETA MATERIALS INC ƆM | MMAT | 22,600 | 1.01 | 22,826.00 | 11/21/22 | 49,499.03 | 2.19 | (26,673.03) | - | - |
| ICROSOFT CORP ƆM | MSFT | 2 | 247.81 | 495.62 | 04/22/22 | 558.82 | 279.41 | (63.20) | 5.44 | 1.1% |
| EXT BRIDGE YDROCARBONS ƆM | 6DA993019 | 16,907 | NA | NA | 11/04/22 | 148,708.22 | 8.80 | (148,708.22) | - | - |
| ɔtal Stocks | | | | $27,166.44 | | $202,267.48 | | $(175,101.04) | $21.28 | 0.1% |
| ɔtal Cash Account | | | | $27,166.44 | | $202,267.48 | | $(175,101.04) | $21.28 | 0.1% |