NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | | PROOF OF INTEREST |
|---|---|---|
| Name of Debtor<br>Meta Materials, Inc | Case Number<br>24-50792 | |
| 1  Name and address of holder of the Equity Interest (the person or entity holding an Equity Interest in the Debtor Referred to hereinafter as the Interest holder")<br><br>ROBERT WADE, JR<br>22220 PEAR ORCHARD ROAD<br>MOSELEY, VA 23120<br><br>Telephone Number<br>804-475-8868 | ☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars<br><br>☒ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case<br><br>☐ Check box if this address differs from the address on the envelope sent to you by the Debtors | RECEIVED AND FILED<br><br>DEC 11 2024<br><br>U S BANKRUPTCY COURT<br>MARY A. SCHOTT, CLERK |

NOTE This form SHOULD NOT be used to make a claim against the Debtor for money owed  A separate Proof of Claim form should be used for that purpose  This form should only be used to assert an Equity Interest in the Debtor  An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor  An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein

COURT USE ONLY

| Account or other number by which Interest holder identifies Debtor<br>427-941898 (TDA) 6908-3797 (Schwab) | Check here if this claim<br>☐ replaces a previously filed Proof of Interest dated _____<br>☐ amends a previously filed Proof of Interest dated _____ |
|---|---|
| 2  Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest<br>Robert Wade<br>Charles Schwab & Co PO Box 2339 Omaha, NE 68103<br>Telephone Number  800-435-4000 | 3  Date Equity Interest was acquired<br>BETWEEN 11/25/2022 - 01/29/2024<br>SEE ATTACHED DOCUMENTATION |
| 4  Total amount of member interest  currently 0 | 5  Certificate number(s)  See attached documentation |

6  Type of Equity Interest
Please indicate the type of Equity Interest you hold
☒ Check this box if your Equity Interest is based on an actual member interest held in the Debtor
☐ Check this box if your Equity Interest is based on anything else and describe that interest
Description  Investor

7  Supporting Documents  Attach copies of supporting documents  such as stock certificates  option agreements, warrants etc
DO NOT SEND ORIGINAL DOCUMENTS  If the documents are not available  explain  If the documents are voluminous, attach a summary

8  Date-Stamped Copy  To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest

9  Signature
Check the appropriate box
☒ I am the creditor   ☐ I am the creditor's authorized agent   ☐ I am the trustee, or the debtor,   ☐ I am a guarantor  surety, endorser  or other codebtor
                     (Attach copy of power of attorney, if any)   or their authorized agent           (See Bankruptcy Rule 3005 )
                                                                  (See Bankruptcy Rule 3004 )

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief

Print Name  Robert Wade Jr
Title
Company __ Address and telephone number (if different from notice address above)

(Signature) Robert A Wade Jr    (Date) 12/3/24

Telephone number  804-475-8868    email  vender2@hotmail com

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both  18 U S C §§ 152 AND 3571*



**Statement Reporting Period**
06/01/23 - 06/30/23

800-669-3900
TD AMERITRADE
DIVISION OF TD AMERITRADE INC
PO BOX 2209
OMAHA, NE 68103-2209
*TD Ameritrade Clearing, Inc , Member SIPC*

**Statement for Account # 427-941898**
ROBERT WADE
22220 PEAR ORCHARD RD
MOSELEY, VA 23120

## Portfolio Summary

| Investment | Current Value | Prior Value | Period Change | % Change | Estimated Income | Estimated Yield | Portfolio Allocation |
|---|---|---|---|---|---|---|---|
| Cash | $21 74 | $481 50 | ($459 76) | - | $ - | - | |
| Insrd Dep Acct (IDA) | - | - | - | - | - | - | |
| Money Market | - | - | - | - | - | - | Cash 0 7% |
| Short Balance | - | - | - | - | - | - | |
| Stocks | 3,301 00 | 2,671 20 | 629 80 | 23 6% | - | - | |
| Short Stocks | - | - | - | - | - | - | |
| Fixed Income | - | - | - | - | - | - | |
| Options | - | - | - | - | - | - | |
| Short Options | - | - | - | - | - | - | |
| Mutual Funds | - | - | - | - | - | - | Stocks 99 3% |
| Other | - | - | - | - | - | - | |
| **Total** | **$3,322 74** | **$3,152 70** | **$170 04** | **5 4%** | **$ 0 00** | **0 0%** | |
| **Margin Equity** | 100 0% | | | | | | |

## Cash Activity Summary

| | Current | YTD |
|---|---|---|
| **Opening Balance** | $481 50 | $212 86 |
| Securities Purchased | (1,009 80) | (6,372 20) |
| Securities Sold | - | 3,630 88 |
| Funds Deposited | 550 00 | 2,550 00 |
| Funds Disbursed | - | - |
| Income | 0 04 | 0 20 |
| Expense | - | - |
| Other | - | - |
| **Closing Balance** | **$21 74** | **$21 74** |

## Income & Expense Summary

| | Reportable | Non Reportable | YTD |
|---|---|---|---|
| **Income** | | | |
| Dividends | $ - | $ - | $ - |
| Interest | 0 04 | - | 0 20 |
| Other | - | - | - |
| **Expense** | | | |
| Interest | - | - | - |
| Fees | - | - | - |
| Other | - | - | - |
| **Net** | **$0 04** | **$0 00** | **$0 20** |

## Performance Summary

| | |
|---|---|
| Cost Basis As Of - 06/30/23 ** | $34,618 82 |
| Unrealized Gains | - |
| Unrealized Losses | (33,023 42) |
| Funds Deposited/(Disbursed) YTD | 2,550 00 |
| Income/(Expense) YTD | 0 20 |
| Securities Received/(Delivered) YTD | 0 00 |

**To view realized gains and losses for your account, login at www tdameritrade com and visit My Account > Cost Basis


TDA Statement

**Statement for Account # 427-941898**
06/01/23 - 06/30/23

## Online Cash Services Summary

| Description | Current | Year To Date |
|---|---|---|
| **CREDITS** | | |
| Electronic Transfer | $ 550.00 | $ 2,550.00 |
| *Subtotal* | 550.00 | 2,550.00 |
| **TOTAL** | 550.00 | 2,550.00 |

## Income Summary Detail*

| Description | Current | Year to Date |
|---|---|---|
| Interest Income Credit Balance | $ 0.04 | $ 0.20 |

*This section displays current and year to date totals for this account. The year to date totals will accurately reflect your cumulative amount for the year. Year-end tax reporting income amounts may differ from what is reflected on monthly statements versus your tax documents. Please reference your official tax document(s) for tax reporting.

## Account Positions

| Investment Description | Symbol/ CUSIP | Quantity | Current Price | Market Value | Purchase Date | Cost Basis | Average Cost | Unrealized Gain(Loss) | Estimated Income | Yield |
|---|---|---|---|---|---|---|---|---|---|---|
| **Stocks - Cash** | | | | | | | | | | |
| GLOBAL TECH INDUSTRIES GRP INC COM | GTII | 80 | $ 0.82 | $65.60 | - | $ - | $ - | $ - | $ - | - |
| NEXT BRIDGE HYDROCARBONS COM | 6DA993019 | 4,300 | NA | NA | 03/29/22 | 18,429.69 | 4.29 | (18,429.69) | - | - |
| **Stocks - Margin** | | | | | | | | | | |
| CREATD INC COM | VOCL | 2,000 | $ 0.0445 | $89.00 | 01/12/23 | $ 864.40 | $ 0.43 | $ (775.40) | $ - | - |
| GLOBAL TECH INDUSTRIES GRP INC COM | GTII | 2,000 | 0.82 | 1,640.00 | - | - | - | - | - | - |
| ITALK INC COM | 465353100 | 1,000 | NA | NA | 05/22/13 | 1,207.00 | 1.21 | (1,207.00) | - | - |
| META MATERIALS INC COM | MMAT | 7,000 | 0.2152 | 1,506.40 | 11/25/22 | 14,117.73 | 2.02 | (12,611.33) | - | - |
| **Total Stocks** | | | | $3,301.00 | | $34,618.82 | | $(33,023.42) | $0.00 | 0.0% |
| **Total Cash Account** | | | | $65.60 | | $18,429.69 | | $(18,429.69) | $0.00 | 0.0% |



## Schwab One® Account of

ROBERT WADE
DESIGNATED BENE PLAN/TOD

Statement Period
**January 1-31, 2024**

## Transaction Details (continued)

| Date | Category | Action | Symbol/CUSIP | Description | Quantity | Price/Rate per Share($) | Charges/Interest($) | Amount($) | Realized Gain/(Loss)($) |
|---|---|---|---|---|---|---|---|---|---|
| 01/26 | Deposit | MoneyLink Txn | | Tfr ARGENT FEDERAL CRE, ROBERT WADE | | | | 200.00 | |
| | Purchase | | MMAT | META MATLS INC | 1,060.0000 | 0.0500 | | (53.00) | |
| | Other Activity | Reverse Split | MMAT | META MATLS INC | 81.0000 | | | | |
| | Other Activity | Reverse Split | | META MATLS INC XXX REVERSE SPLIT | (8,060.0000) | | | | |

**Total Transactions** $183.72 $0.00

Date column represents the Settlement/Process date for each transaction.

## Endnotes For Your Account

- **W** Excluding unpriced securities (see Investment Detail).
- **(M)** Denotes a security that is marginable. Some mutual fund or ETF investments may not be immediately marginable.
- **l** Value includes incomplete cost basis. If cost basis is not available for an investment, you may be able to provide updates. Please refer to the first page of this statement for instructions or contact information.

## Terms and Conditions

**GENERAL INFORMATION AND KEY TERMS:** This Account statement is furnished solely by Charles Schwab & Co., Inc. ("Schwab") for your Account at Schwab ("Account"). Unless otherwise defined herein, capitalized terms have the same meanings as in your Account Agreement. If you receive any other communication from any source other than Schwab which purports to represent your holdings at Schwab (including balances held at a Depository Institution) you should verify its content with this statement. **Accrued Income:** Accrued Income is the sum of the total accrued interest and/or accrued dividends on positions held in your Account, but the interest and/or dividends have not been received into your Account. Schwab makes no representation that the amounts shown (or any other amount) will be received. Accrued amounts are not covered by SIPC account protection until actually received and held in the Account. **AIP (Automatic Investment Plan) Customers:** Schwab receives remuneration in connection with certain transactions effected through Schwab. If you participate in a systematic investment program through Schwab, the additional information normally detailed on a trade confirmation will be provided upon request. **Average Daily Balance:** Average daily composite of all cash balances that earn interest and all loans from Schwab that are charged interest. **Bank Sweep and Bank Sweep for Benefit Plans Features:** Schwab acts as your agent and custodian in establishing and maintaining your Deposit Account(s) as a feature of your brokerage Account(s). Deposit accounts held through these bank sweep features constitute direct obligations of one or more FDIC insured banks ("Program Banks") that are not obligations of Schwab. Funds swept to Program Banks are eligible for deposit insurance from the FDIC up to the applicable limits for each bank for funds held in the same insurable capacity. The balance in the Deposit Accounts can be withdrawn on your order and the proceeds returned to your brokerage Account or remitted to you as provided in your Account Agreement. For information on FDIC insurance and its limits, as well as other important disclosures about the bank sweep feature(s) in your Account(s), please refer to the Cash Features Disclosure Statement available online or from a Schwab representative. **Cash:** Any Free Credit Balance owed by us to you payable upon demand which, although accounted for on our books of record, is not segregated and may be used in the conduct of this firm's business. **Dividend Reinvestment Customers:** Dividend reinvestment transactions were effected by Schwab acting as a principal for its own account, except for the reinvestment of Schwab dividends, for which an independent broker-dealer acted as the buying agent. Further information on these transactions will be furnished upon written request. **Gain (or Loss):** Unrealized Gain or (Loss) and Realized Gain or (Loss) sections ("Gain/Loss Section(s)") contain a gain or a loss summary of your Account. This information has been provided on this statement at the request of your Advisor, if applicable. This information is not a solicitation or a recommendation to buy or sell. **Schwab does not provide tax advice and encourages you to consult with your tax professional. Please view the Cost Basis Disclosure Statement for additional information on how gain (or loss) is calculated and how Schwab reports adjusted cost basis information to the IRS. Interest:** For the Schwab One Interest, Bank Sweep, and Bank Sweep for Benefit Plans features, interest is paid for a period that may differ from the Statement Period. Balances include interest paid as indicated on your statement by Schwab or one or more of its Program Banks. These balances do not include interest that may have accrued during the Statement Period after interest is paid. The interest paid may include interest that accrued in the prior Statement Period. For the Schwab One Interest feature, interest accrues daily from the second-to-last business day of the prior month and is posted on the second-to-last business day of the current month. For the Bank Sweep and Bank Sweep for Benefit Plans features, interest accrues daily from the 16th day of the prior month and is credited/posted on the first business day after the 15th of the current month. If, on any given day, the interest that Schwab calculates for the Free Credit Balances in the Schwab One Interest feature in your brokerage Account is less than $.005, you will not accrue any interest on that day. For balances held at banks affiliated with Schwab in the Bank Sweep and Bank Sweep for Benefit Plans features, interest will accrue even if the amount is less than $.005. **Margin Account Customers:**



**Schwab One® Account** of

ROBERT WADE
DESIGNATED BENE PLAN/TOD

Statement Period
May 1-31, 2024

## Positions - Unpriced Securities

| Symbol | Description | | Quantity | Price($) | Market Value($) | Cost Basis($) | Unrealized Gain/(Loss)($) | Est. Yield | Est. Annual Income($) |
|---|---|---|---|---|---|---|---|---|---|
| ITALK INC | XXX | | 1,000.0000 | | | 1,207.00 | N/A | | |
| **Total Unpriced Securities** | | | | | $0.00 | $1,207.00 | $0.00 | | $0.00 |

Estimated Annual Income ("EAI") and Estimated Yield ("EY") calculations are for informational purposes only. The actual income and yield might be lower or higher than the estimated amounts. EY is based upon EAI and the current price of the security and will fluctuate. For certain types of securities, the calculations could include a return of principal or capital gains in which case EAI and EY would be overstated. EY and EAI are not promptly updated to reflect when an issuer has missed a regular payment or announced changes to future payments, in which case EAI and EY will continue to display at a prior rate.

## Transactions - Summary

| Beginning Cash* as of 05/01 | + | Deposits | + | Withdrawals | + | Purchases | + | Sales/Redemptions | + | Dividends/Interest | + | Expenses | = | Ending Cash* as of 05/31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| $12.14 | | $0.00 | | $0.00 | | ($238.32) | | $235.50 | | $0.00 | | $0.00 | | $9.32 |

Other Activity  $0.00     Other activity includes transactions which don't affect the cash balance such as stock transfers, splits, etc.

*Cash (includes any cash debit balance) held in your account plus the value of any cash invested in a sweep money fund.

## Transaction Details

| Date | Category | Action | Symbol/CUSIP | Description | Quantity | Price/Rate per Share($) | Charges/Interest($) | Amount($) | Realized Gain/(Loss)($) |
|---|---|---|---|---|---|---|---|---|---|
| 05/13 | Sale | | MMAT | META MATLS INC | (81.0000) | 2.1300 | 0.01 | 172.52 | (358.53) (ST) |
| | | | | | | | | | (218.11) (LT) |
| | | | | Exchange Processing Fee $0.01 | | | | | |
| | Sale | | NVOS | NOVO INTEGRATED SCIENCES | (100.0000) | 0.6300 | 0.02 | 62.98 | (232.02) (ST) |
| | | | | Exchange Processing Fee $0.02 | | | | | |
| 05/20 | Purchase | | GME | GAMESTOP CORP CLASS A | 8.0000 | 29.7900 | | (238.32) | |
| **Total Transactions** | | | | | | | | **($2.82)** | **$(808.66)** |

Date column represents the Settlement/Process date for each transaction.

## Endnotes For Your Account

W    Excluding unpriced securities (see Investment Detail).

i    Value includes incomplete, missing or cost basis that is not tracked due to the security type. If cost basis is not available for an investment, you may be able to provide updates. For questions,