NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | | PROOF OF INTEREST |
|---|---|---|
| **Name of Debtor** <br> Meta Materials INC | **Case Number** <br> 24-50792-hlb | |

**1** Name and address of holder of the Equity Interest (the person or entity holding an Equity Interest in the Debtor Referred to hereinafter as the Interest holder )

Erik Burström
Hantverkargatan 32
803 23 Gävle, Sweden

Telephone Number +46 73 62 22 485

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest Attach copy of statement giving particulars

■ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors

RECEIVED AND FILED
DEC 11 2024
U S BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

NOTE This form SHOULD NOT be used to make a claim against the Debtor for money owed A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein

COURT USE ONLY

**Account or other number by which Interest holder identifies Debtor**
Clear 8103-4 Account 704 656 334-7

Check here if this claim
☐ replaces a previously filed Proof of Interest dated _____
☐ amends a previously filed Proof of Interest dated _____

**2** Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest

Swedbank Landsvägen 40 172 63 Sundbyberg 105 34 Stockholm Sweden
Telephone Number +46-8-585 900 00

**3** Date Equity Interest was acquired
2021 - 2024

**4** Total amount of member interest  10 000

**5** Certificate number(s) See attached document

**6** Type of Equity Interest
Please indicate the type of Equity Interest you hold
■ Check this box if your Equity Interest is based on an actual member interest held in the Debtor
☐ Check this box if your Equity Interest is based on anything else and describe that interest
Description _____

**7** Supporting Documents Attach copies of supporting documents such as stock certificates option agreements warrants etc
DO NOT SEND ORIGINAL DOCUMENTS If the documents are not available explain If the documents are voluminous attach a summary

**8** Date-Stamped Copy To receive an acknowledgement of the filing of your Proof of Interest enclose a stamped self addressed envelope and copy of this Proof of Interest

**9 Signature**
Check the appropriate box
■ I am the creditor        ☐ I am the creditor s authorized agent    ☐ I am the trustee or the debtor    ☐ I am a guarantor surety endorser or other codebtor
                         (Attach copy of power of attorney if any)     or their authorized agent               (See Bankruptcy Rule 3005 )
                                                                       (See Bankruptcy Rule 3004 )

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge information and reasonable belief

Print Name  Erik Burström
Title
Company __ Address and telephone number (if different from notice address above)

(Signature) Erik Burström     11/27 2024 (Date)

Telephone number +46 73 62 22 485    email erik burstrom@gavle se

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both 18 U S C §§ 152 AND 3571*

**META MATERIALS INC**

**0,06 USD**

**Number of shares**

**10 000**

Average price

**9,72 USD**

Money spent

**925 416,39 SEK = 85 000 dollar**

Current value

**6 715,79 SEK = 600 dollar**

**-918 700,60 SEK**

**-99,27 %**

My bank  Swedbank

Clearingnumber

**8103-4**

Account

**704 656 334-7**

Depot

**103104037033**

Fund account

**0117838318**

*Erik Burström*
*11/27 2024*