NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | | **PROOF OF INTEREST** |
|---|---|---|
| Name of Debtor: META MATERIALS INC | Case Number: 24-50792-HLB | |

**1. Name and address of holder of the Equity Interest** (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

MICHAEL OBROCK
12500 AUGUSTA DR
KANSAS CITY KS 66109

Telephone Number:

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

☒ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

RECEIVED AND FILED
DEC 11 2024
U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

**COURT USE ONLY**

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

Account or other number by which Interest holder identifies Debtor:
E-TRADE

Check here if this claim:
☐ replaces a previously filed Proof of Interest dated: _____
☐ amends a previously filed Proof of Interest dated: _____

**2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:**
E-TRADE  MORGAN STANLEY SMITH BARNEY LLC
PO BOX 484
Jersey City, NJ 07303-0484
Telephone Number: 1-800-387-2331

**3. Date Equity Interest was acquired:**
12-27-2021 to 6-25-2024

**4. Total amount of member interest:** 1200

**5. Certificate number(s):** _____

**6. Type of Equity Interest:**
Please indicate the type of Equity Interest you hold:
☒ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
☐ Check this box if your Equity Interest is based on anything else and describe that interest:
Description: _____

**7. Supporting Documents**: Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**8. Date-Stamped Copy**: To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

**9. Signature:**
Check the appropriate box.
☒ I am the creditor.   ☐ I am the creditor's authorized agent. (Attach copy of power of attorney, if any.)   ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)   ☐ I am a guarantor, surety, endorser, or other codebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: MICHAEL OBROCK
Title:
Company: 12500 AUGUSTA DR KC KS 66109
Address and telephone number (if different from notice address above):

(Signature) Michael Obrock   (Date) 12-8-24
Telephone number: 913-626-5580
email: MICHAELOBROCK@GMAIL.COM

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

DOW ▼-0.28%          NASDAQ ▲0.81%          S&P 500 ▲0.25%

**E✱TRADE** from Morgan Stanley                Log Off

↻ Dec 8, 2024 02:42 PM ET  ❓ 🖨 ⬇

# Portfolios

**Positions** | Allocation | Performance | Historical value | Margin | Gains & Losses | Risk Assessment

**Account**
Individual Brokerage -6606 ⌄

| Net Account Value | Total Unrealized Gain | Day's Gain Unrealized | |
|---|---|---|---|
| $479,102.10 | — | — | Transfer money |
| | $381,765.56 (−44.35%) | $3,719.64 (−0.77%) | |

Cash Purchasing Power ⓘ  $11.70
Available for Withdrawal  $11.70

⌄ Show less

Filters  |  View: All Pos ⌄  |  Filter by Symbol / CUSIP: [    ]  |  Security type: All securities ⌄  |  Wash sale adjustment ⬤

| Symbol ▲ | | Last Price $ | Change $ | Change % | Qty # | Price Paid $ | Day's Gain $ | Total Gain $ | Total Gain % | |
|---|---|---|---|---|---|---|---|---|---|---|
| BCV | Trade | 18.43 | 0.0299 | 0.16% | 1,162 | 18.8574 | 34.74 | -496.64 | -2.27% | 2 |
| BNS | Trade | 55.77 | -0.01 | -0.02% | 310 | 48.9903 | -3.10 | 2,101.71 | 13.84% | 1? |
| CLM | ⚑ Trade | 9.18 | -0.01 | -0.11% | 10,300 | 8.8361 | -103.00 | 3,542.14 | 3.89% | 94 |
| CVS | Trade | 55.29 | -1.57 | -2.76% | 200 | 61.5868 | -314.00 | -1,259.35 | -10.22% | 11 |
| EVRG | ⚑ Trade | 62.96 | -0.36 | -0.57% | 360 | 62.7049 | -129.60 | 91.83 | 0.41% | 22 |
| Cash | Transfer money | | | | | | | | | |
| Total | | | | | | | $860,855.96 | -$3,719.65 | -$381,765.56 | -44.35% $47? |

| Symbol ▲ | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| IEP | | Trade | 10 56 | -0 125 | -1 17% | 11 750 | 39 6538 | -1,468 75 | -341,851.70 | -73 37% | 124 |
| MMATQ | | Trade | 0 00 | -0 0001 | -99 00% | 1,200 | 32 49417 | -0 12 | -38,993 00 | -100 00% | |
| MSB | | Trade | 26 48 | 0 37 | -1 38% | 2,850 | 25 3383 | -1,054 50 | 3,253 73 | 4 51% | 75 |
| SBLK | ⚑ | Trade | 15 98 | -0 50 | -3 03% | 1,600 | 20 7993 | -800 00 | -7,710 96 | -23 17% | 25 |
| USA | | Trade | 7 33 | 0 01 | 0 14% | 11,868 | 7 3674 | 118 68 | -443 33 | -0 51% | 86 |

Viewing 10 of 10 positions

Cash    Transfer money

Total                                           $860,855 96   -$3 719 65   -$381,765 56   44 35%   $47

The total amount of the price paid column reflects the total costs of all open positions
⚑ Special event for position

Real-time quotes ⓘ

## > Portfolios News

### Please read all the important disclosures below.

### Investing:

Check the background of Morgan Stanley Smith Barney LLC on FINRA's BrokerCheck and see the Morgan Stanley Smith Barney LLC Relationship Summary

**Investment Products**    • **Not FDIC Insured**    • **No Bank Guarantee**    • **May Lose Value**


SIPC Securities in your account protected up to $500 000 For details please see www sipc org



E*TRADE from Morgan Stanley

Support | Alerts 99+ | Documents | Pro

Accounts | Pay & Transfer | Trading | Markets & Ideas | Planning | What We Offer | Search

## Portfolios

⟳ Refresh Dec 3 2024 06:38 PM ET    ⓘ Help

**Positions** | Allocation | Performance | Historical value | Margin | Gains & Losses | Risk Assessment | Estimated Income | Shareholder Actions

Account: Individual Brokerage 6606

| Net Account Value | Total Unrealized Gain | Day's Gain Unrealized | Show less | Transfer money |
|---|---|---|---|---|
| 489,006.82 | −$371,860.84 (−43.20%) | −$3,011.20 (−0.61%) | | |
| Cash Purchasing Power ⓘ | Available for Withdrawal | | | |
| 11.70 | $11.70 | | | |

| Filters | View | Filter by Symbol / CUSIP | Security type | | Wash sale adjustment |
|---|---|---|---|---|---|
| | All Positions ▾ | MMATQ | All securities ▾ | | |

| Symbol ▲ | | Last Price $ | Change $ | Change % | Qty # | Price Paid $ | Day's Gain $ | Total Gain $ | Total Gain % | Val |
|---|---|---|---|---|---|---|---|---|---|---|
| **MMATQ** | Trade | 0.061 | 0.00 | 0.00% | 1,200 | 32.49417 | 0.00 | −38,919.80 | −99.81% | 7 |
| 12/27/2021 | | 0.061 | 0.00 | 0.00% | 10 | 280.00 | 0.00 | −2,739.39 | −99.98% | |
| 06/09/2022 | | 0.061 | 0.00 | 0.00% | 10 | 169.00 | 0.00 | −1,689.39 | −99.96% | |
| 09/19/2022 | | 0.061 | 0.00 | 0.00% | 60 | 81.74 | 0.00 | −4,900.74 | −99.93% | |
| 09/23/2022 | | 0.061 | 0.00 | 0.00% | 5 | 68.00 | 0.00 | −339.70 | −99.91% | |
| 10/13/2022 | | 0.061 | 0.00 | 0.00% | 89 | 117.50 | 0.00 | −10,452.07 | −99.95% | |
| 11/10/2022 | | 0.061 | 0.00 | 0.00% | 12 | 132.87 | 0.00 | −1,593.71 | −99.95% | |
| 12/22/2022 | | 0.061 | 0.00 | 0.00% | 10 | 121.95 | 0.00 | −1,218.89 | −99.95% | |
| 12/28/2022 | | 0.061 | 0.00 | 0.00% | 24 | 98.00 | 0.00 | −2,350.54 | −99.94% | |
| 01/23/2023 | | 0.061 | 0.00 | 0.00% | 10 | 103.82 | 0.00 | −1,037.59 | −99.94% | |
| 02/02/2023 | | 0.061 | 0.00 | 0.00% | 20 | 101.00 | 0.00 | −2,018.78 | −99.94% | |
| 02/09/2023 | | 0.061 | 0.00 | 0.00% | 10 | 91.88 | 0.00 | −918.19 | −99.93% | |
| 03/16/2023 | | 0.061 | 0.00 | 0.00% | 10 | 51.90 | 0.00 | −518.39 | −99.88% | |
| 03/20/2023 | | 0.061 | 0.00 | 0.00% | 5 | 52.46 | 0.00 | −262.00 | −99.88% | |

| Cash | Transfer money | | | | | | | | | $ |

| Date | Symbol | Col3 | Col4 | Col5 | Col6 | Col7 | Col8 | Col9 |
|---|---|---|---|---|---|---|---|---|
| 03/27/2023 | | 0061 | 000 | 000% | 10 | 45 47 | 000 | 454 09 | 99 87% |
| 04/14/2023 | | 0061 | 000 | 000% | 142.24 | 22 24002 | 000 | -3,154 74 | 99 73% |
| 04/14/2023 | | 0061 | 000 | 000% | 2 | 22.235 | 000 | -44 35 | 99 73% |
| 04/14/2023 | | 0061 | 000 | 000% | 70 76 | 22 77007 | 000 | 1 606 89 | 99 73% |
| 07/03/2023 | | 0061 | 000 | 000% | 10 | 21 50 | 000 | 214 39 | 99 72% |
| 07/12/2023 | | 0061 | 000 | 000% | 20 | 18 70 | 000 | -372 78 | 99 67% |
| 08/01/2023 | | 0.061 | 0.00 | 0.00% | 3 | 24.59 | 000 | 73 59 | 99 75% |
| 08/31/2023 | | 0061 | 000 | 000% | 4 4 | 23 25909 | 000 | -102 07 | 99 74% |
| 09/08/2023 | | 0061 | 000 | 000% | 14 6 | 21.26027 | 000 | 309 51 | 99 71% |
| 10/26/2023 | | 0061 | 000 | 000% | 15 | 16 01333 | 000 | 23 93 | -99 62% |
| 11/13/2023 | | 0061 | 000 | 000% | 10 | 9 63 | 000 | 95 69 | 99 37% |
| 11/15/2023 | | 0061 | 000 | 000% | 2 5 | 9 10 | 000 | 22 60 | 99 33% |
| 12/21/2023 | | 0061 | 000 | 000% | 3 | 6 73 | 000 | -20 01 | 99 09% |
| 12/27/2023 | | 0061 | 000 | 000% | 31 | 6 88 | 000 | 211 39 | 99 11% |
| 01/02/2024 | | 0061 | 000 | 000% | 50 | 6 75 | 000 | -334 45 | 99 10% |
| 01/16/2024 | | 0061 | 000 | 000% | 44 09 | 6 56997 | 000 | 286 98 | 99 07% |
| 01/22/2024 | | 0061 | 000 | 000% | 15 91 | 6 6983 | 000 | -105 60 | 99 09% |
| 03/08/2024 | | 0061 | 000 | 000% | 28 | 2.61 | 000 | -71 37 | 97 66% |
| 03/22/2024 | | 0061 | 000 | 000% | 17 | 1 96529 | 000 | -32 37 | -96 90% |
| 05/23/2024 | | 0061 | 000 | 000% | 22 | 2 86909 | 000 | 61 78 | 97 87% |
| 06/03/2024 | | 0061 | 000 | 000% | 42 | 3 93 | 000 | 162 50 | 98 45% |
| 06/06/2024 | | 0061 | 000 | 000% | 41 | 3 71683 | 000 | 149 89 | 98 36% |
| 06/21/2024 | | 0061 | 000 | 000% | 45 | 3 03689 | 000 | 133 92 | 97 99% |
| 06/25/2024 | | 0061 | 000 | 000% | 295 | 2 69 | 000 | -775 56 | 97 73% |

1

Viewing 1 of 1 filtered results

Cash     Transfer money                                                                $