NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | PROOF OF INTEREST |
|---|---|

| Name of Debtor | Case Number |
|---|---|
| META MATERIALS, INC | 24-50792 |

**1**   Name and address of holder of the Equity Interest (the person or entity holding an Equity Interest in the Debtor Referred to hereinafter as the Interest holder )

CHER MOUA
1169 BLACKWOOD AVE
CLOVIS, CA 93619

Telephone Number   **559-412-8246**

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest Attach copy of statement giving particulars

■ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors

RECEIVED
AND FILED

DEC 11 2024

U S BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

NOTE This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose This form should only be used to assert an Equity Interest in the Debtor An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein

COURT USE ONLY

| Account or other number by which Interest holder identifies Debtor | Check here if this claim |
|---|---|
| 5NA05467 | ☐ replaces a previously filed Proof of Interest dated _____<br>☐ amends a previously filed Proof of Interest dated _____ |

| **2**   Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest<br>Webull Financial LLC Member FINRA (CRD 289063) SIPC<br>44 Wall Street 2nd Floor New York NY 10005<br>**Telephone Number** 1 (888) 828 0618 | **3**   Date Equity Interest was acquired<br>06/28/2021 |
|---|---|

| **4**   Total amount of member interest   306 SHARES FOR $53 916 24 | **5**   Certificate number(s) SEE ATTACHED DOCUMENTATION |
|---|---|

**6**   Type of Equity Interest
Please indicate the type of Equity Interest you hold
■ Check this box if your Equity Interest is based on an actual member interest held in the Debtor
☐ Check this box if your Equity Interest is based on anything else and describe that interest
Description INVESTOR

**7**   Supporting Documents Attach copies of supporting documents such as stock certificates option agreements warrants etc
DO NOT SEND ORIGINAL DOCUMENTS If the documents are not available explain If the documents are voluminous attach a summary

**8**   Date-Stamped Copy To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest

**9 Signature**
Check the appropriate box
■ I am the creditor   ☐ I am the creditor s authorized agent (Attach copy of power of attorney if any )   ☐ I am the trustee or the debtor or their authorized agent (See Bankruptcy Rule 3004 )   ☐ I am a guarantor surety endorser or other codebtor (See Bankruptcy Rule 3005 )

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge information and reasonable belief

| Print Name   CHER MOUA<br>Title<br>Company   Address and telephone number (if different from notice address above)<br>1169 BLACKWOOD AVE<br>CLOVIS CA 93619 | (Signature)           (Date) 12/6/24<br><br>Telephone number 559-412-8246   email CHERMOUA@GMAIL COM |
|---|---|

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both 18 U S C §§ 152 AND 3571*

**PROOF OF INTEREST SUPLEMENTAL INFORMATION:**

**CASE: 24-50792, META MATERIALS, INC.**

**FOR: CHER MOUA**

**BROKER**:  Webull Financial LLC

**ACCT#** 5NA05467

**TRANSACTIONS [Pre-Reverse Split]**

**TOTAL SHARES HELD PRE-SPLIT:** 30,512

| Symbol | Cusip | Quantity | Mult | Closing Price | Amount |
|---|---|---|---|---|---|
| MMAT | 59134N104 | 30512 | -1 | 0.0660 | 2,013.79 |

**TRANSACTIONS [ Post-Reverse Split] Meta Materials (MMAT) completed a 1-for-100 reverse stock split on January 29, 2024.**

**TOTAL SHARES HELD POST-REVERSE SPLIT:** 306



| Symbol & Name | Cusip | Trade Date | Settlement Date | Account Type | Buy/Sell | Quantity | Price | Gross Amount | Commission | Fee/Tax | Net Amount | MKT | Solicitation | CAP |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MMAT META MATERIALS INC | 59134N302 | 08/20/2024 | 08/21/2024 | C | S | -306.00 | 0.5300 | 162.18 | 0.00 | -0.06 | 162.12 | OTH | U | A |

| Symbol | Name | P&L | Stocks P&L | Symbol | Side | Quantity | Avg Price | Fees | Filled Time |
|---|---|---|---|---|---|---|---|---|---|
| MMATQ | Meta Materials Inc | $54,596.21 | $53,916.24 | MMAT | Sell | 306.00000 | 0.5330 | 0.06 | 08/20/2024 11:23:13 EDT |

**\*\* See Transaction documentation attached**

| Name | Symbol | Side | Status | Filled | Total Qty | Price | Avg Price | Time-in-Force | Placed Time | Filled Time |
|------|--------|------|--------|--------|-----------|-------|-----------|---------------|-------------|-------------|
| Meta Materials Inc | MMATQ | Buy | Filled | 13 | 13 | @1 24 | 1 24 | GTC | 04/29/2022 13 20 03 EDT | 04/29/2022 13 37 13 EDT |
| Meta Materials Inc | MMATQ | Buy | Filled | 168 | 168 | @1 55 | 1 55 | GTC | 03/08/2022 19 44 30 EST | 03/09/2022 04 05 13 EST |
| Meta Materials Inc | MMATQ | Buy | Filled | 1142 | 1142 | @1 75 | 1 75 | GTC | 02/14/2022 12 51 55 EST | 02/14/2022 13 53 31 EST |
| Meta Materials Inc | MMATQ | Buy | Filled | 625 | 625 | @1 65 | 1 65 | GTC | 02/04/2022 11 39 26 EST | 02/04/2022 11 57 58 EST |
| Meta Materials Inc | MMATQ | Buy | Filled | 6 | 6 | @1 73 | 1 73 | GTC | 01/21/2022 15 27 45 EST | 01/21/2022 15 28 24 EST |
| Meta Materials Inc | MMATQ | Buy | Filled | 1143 | 1143 | @1 75 | 1 75 | GTC | 01/21/2022 12 27 17 EST | 01/21/2022 14 36 14 EST |
| Meta Materials Inc | MMATQ | Buy | Filled | 34 | 34 | @4 40 | 4 4 | GTC | 07/15/2021 06 00 58 EDT | 07/15/2021 06 32 29 EDT |
| Meta Materials Inc | MMATQ | Buy | Filled | 998 | 998 | @5 01 | 5 01 | GTC | 07/09/2021 12 51 54 EDT | 07/09/2021 14 05 53 EDT |
| Meta Materials Inc | MMATQ | Buy | Filled | 40 | 40 | @8 60 | 8 6 | DAY | 06/22/2021 11 49 31 EDT | 06/22/2021 11 49 31 EDT |
| Meta Materials Inc | MMATQ | Buy | Filled | 3 | 3 | @8 69 | 8 69 | DAY | 06/22/2021 11 47 55 EDT | 06/22/2021 11 48 08 EDT |
| Meta Materials Inc | MMATQ | Buy | Filled | 2700 | 2700 | @8 90 | 8 9 | GTC | 06/21/2021 09 27 06 EDT | 06/21/2021 09 27 07 EDT |

| Name | Symbol | Side | Status | Filled | Total Qty | Price | Avg Price | Time-in-Force | Placed Time | Filled Time |
|------|--------|------|--------|--------|-----------|-------|-----------|---------------|-------------|-------------|
| Meta Materials Inc | MMATQ | Buy | Filled | 1282 | 1282 | @0 195 | 0 195 | GTC | 04/25/2023 01 08 12 EDT | 04/25/2023 12 36 39 EDT |
| Meta Materials Inc | MMATQ | Buy | Filled | 1302 | 1302 | @0 192 | 0 192 | GTC | 04/21/2023 11 57 00 EDT | 04/24/2023 04 09 57 EDT |
| Meta Materials Inc | MMATQ | Buy | Filled | 305 | 305 | @0 2249 | 0 2249 | GTC | 04/14/2023 09 26 32 EDT | 04/14/2023 09 26 32 EDT |
| Meta Materials Inc | MMATQ | Buy | Cancelled | 2000 | 2316 | @0 2158 | 0 2158 | GTC | 04/14/2023 09 16 53 EDT | 04/14/2023 09 17 23 EDT |
| Meta Materials Inc | MMATQ | Buy | Filled | 1612 | 1612 | @0 310 | 0 31 | GTC | 04/13/2023 19 10 08 EDT | 04/14/2023 04 05 42 EDT |
| Meta Materials Inc | MMATQ | Buy | Filled | 391 | 391 | @0 385 | 0 385 | GTC | 04/12/2023 12 38 48 EDT | 04/12/2023 12 59 02 EDT |
| Meta Materials Inc | MMATQ | Buy | Filled | 1 | 1 | @2 03 | 2 03 | GTC | 11/22/2022 11 06 36 EST | 11/22/2022 11 06 37 EST |
| Meta Materials Inc | MMATQ | Buy | Filled | 2 | 2 | @2 04 | 2 04 | GTC | 11/22/2022 10 56 19 EST | 11/22/2022 10 56 43 EST |
| Meta Materials Inc | MMATQ | Buy | Filled | 1004 | 1004 | @2 07 | 2 07 | GTC | 11/22/2022 10 54 04 EST | 11/22/2022 10 55 19 EST |
| Meta Materials Inc | MMATQ | Buy | Filled | 1336 | 1336 | @2 02 | 2 02 | GTC | 11/22/2022 10 23 07 EST | 11/22/2022 10 23 07 EST |
| Meta Materials Inc | MMATQ | Buy | Filled | 1372 | 1372 | @2 04 | 2 04 | GTC | 11/22/2022 10 15 49 EST | 11/22/2022 10 15 49 EST |
| Meta Materials Inc | MMATQ | Buy | Filled | 1304 | 1304 | @2 07 | 2 07 | GTC | 11/21/2022 04 52 55 EST | 11/21/2022 05 04 03 EST |
| Meta Materials Inc | MMATQ | Buy | Filled | 1250 | 1250 | @0 800 | 0 8 | GTC | 10/19/2022 11 05 13 EDT | 10/20/2022 09 32 44 EDT |
| Meta Materials Inc | MMATQ | Buy | Filled | 212 | 212 | @0 980 | 0 98 | DAY | 10/13/2022 13 25 17 EDT | 10/13/2022 13 32 02 EDT |
| Meta Materials Inc | MMATQ | Buy | Filled | 521 | 521 | @0 9587 | 0 9587 | GTC | 10/12/2022 13 44 22 EDT | 10/12/2022 13 44 23 EDT |
| Meta Materials Inc | MMATQ | Buy | Filled | 389 | 389 | @0 780 | 0 78 | GTC | 09/02/2022 11 35 15 EDT | 09/07/2022 04 05 08 EDT |
| Meta Materials Inc | MMATQ | Buy | Filled | 2247 | 2247 | @0 890 | 0 89 | GTC | 08/17/2022 19 22 41 EDT | 08/18/2022 12 04 35 EDT |
| Meta Materials Inc | MMATQ | Buy | Filled | 1111 | 1111 | @0 900 | 0 9 | GTC | 07/25/2022 14 50 25 EDT | 07/26/2022 09 55 16 EDT |
| Meta Materials Inc | MMATQ | Buy | Filled | 1020 | 1020 | @0 980 | 0 98 | GTC | 07/21/2022 15 43 53 EDT | 07/21/2022 16 30 41 EDT |

| Name | Symbol | Side | Status | Filled | Total Qty | Price | Avg Price | Time-in-Force | Placed Time | Filled Time |
|---|---|---|---|---|---|---|---|---|---|---|
| Meta Materials Inc | MMATQ | Buy | Filled | 5400 | 5400 | @0 200 | 0 2 | GTC | 10/17/2023 15 46 59 EDT | 10/18/2023 11 01 09 EDT |
| Meta Materials Inc | MMATQ | Buy | Filled | 492 | 492 | @0 2039 | 0 2039 | GTC | 10/17/2023 12 31 46 EDT | 10/17/2023 12 32 49 EDT |
| Meta Materials Inc | MMATQ | Buy | Filled | 459 | 459 | @0 2175 | 0 2175 | GTC | 09/29/2023 19 12 31 EDT | 09/29/2023 19 12 31 EDT |

| Name | Symbol | Side | Status | Filled | Total Qty | Price | Avg Price | Time-in-Force | Placed Time | Filled Time |
|------|--------|------|--------|--------|-----------|-------|-----------|---------------|-------------|-------------|
| Meta Mate | MMATQ | Sell | Filled | 306 | 306 | @0.530 | 0.53 | GTC | 08/20/2024 11:13:23 EDT | 08/20/2024 11:23:13 EDT |

 **Webull**

| | |
|---|---|
| **Statement Period** | 12/01/2023  12/31/2023 |
| **Account Name** | Cher Moua |
| **Account Number** | 5NA05467 |
| **Account Type** | CASH |
| **Account Address** | 1169 Blackwood Ave CLOVIS CA 93619 |

Welcome to your Webull Brokerage Account Statement!

This document provides a comprehensive overview of your investment activities and holdings within your Webull brokerage account. It serves as a record of your transactions, portfolio performance, and important account details. Details regarding participation in fully paid securities lending are also provided here. A glossary of key definitions and important terms are provided at the end of the document.

Please note that this statement is for informational purposes only and does not provide personalized investment advice. If you have any questions or need assistance, our customer support team is available to help.

Happy investing with Webull!

**OFFICE SERVING YOU**

44 Wall Street, 2nd Floor, New York, NY 10005

customerservices@webull.us

1 (888) 828 0618

## PORTFOLIO SUMMARY

This section provides an overview of cash and securities held in your Webull account as well as fully paid securities you have loaned through your participation in the Apex Clearing Fully Paid Securities Lending Program and the collateral held through the program's Trustee for your benefit at a bank

|  | Total Cash Balance | Market Value of Securities in Your Account | Market Value of Securities in Long Account | Market Value of Securities In Short Account | Market Value of Fully-Paid Securities Loaned | Collateral Value | Loan Value | Portfolio Market Value |
|---|---|---|---|---|---|---|---|---|
| Opening | 5 15 | 8 138 80 | 8 138 80 | 0 00 | 0 00 | 0 00 | 0 00 | 8 143 95 |
| Closing | 5 15 | 6 899 33 | 6 899 33 | 0 00 | 0 00 | 0 00 | 0 00 | 6 904 48 |

## CASH BALANCE DETAIL

|  | SIPC Cash Balance | FDIC Cash Balance | Total |
|---|---|---|---|
| Opening | 5 15 | 0 00 | 5 15 |
| Closing | 5 15 | 0 00 | 5 15 |

## CASH REPORT SUMMARY

This section provides a summary of all cash deposits withdrawals and other movements within your Webull brokerage account during the statement period Key definitions and terms can be found at the end of this document

|  | USD |
|---|---|
| Opening Cash | 5 15 |
| Deposits | 0 00 |
| Withdrawals | 0 00 |
| Trades (Sold) | 0 00 |
| Trades (Bought) | 0 00 |
| Fee/Tax | 0 00 |
| Dividends | 0 00 |
| Interest | 0 00 |
| Others | 0 00 |
| Closing Cash | 5 15 |
| Closing Cash (Settled) | 5 15 |

## OPEN POSITIONS

| Symbol | Cusip | Quantity | Multi | Closing Price | Amount |
|--------|-------|----------|-------|---------------|--------|
| AMC | 001865C302 | 566 | 1 | 6 12 | 3 463 92 |
| MMAT | 59134N104 | 30512 | 1 | 0 0660 | 2 013 79 |
| BBIG | 927330209 | 509 | 1 | 0 0060 | 3 05 |
| MMAT 240119C00002000 | | 100 | 100 | 0 0100 | 100 00 |
| FNGR | 31788K108 | 328 | 1 | 4 02 | 1 318 56 |

## NOTES

### KEY DEFINITIONS AND TERMS

1  Pending Dividends  The pending dividend section includes unpaid cash dividends that the shareholder is entitled to receive but have not been distributed in the statement period  Most often due to the declared payment date being in the future outside of the statement period

2  Accrued Interest  Interest is charged monthly  so this section will be the total interest incurred by the user in the statement period  rather than the portion of the interest charged  Additional detail provided in the important information section below

3  Trades (Sold)  Cash from selling securities

4  Trades (Bought)  Cash spent on buying securities

5  Multiplier(Mult)  In an individual stock option  the market value of the contract is expressed as the product of a certain monetary amount and the underlying index  The certain monetary amount is fixed by the contract  which is referred to as the contract multiplier  At present  the stock is 1 by default and the individual stock option is 100

6  Closing Price  Last traded price on the last trading date of the month  Note  closing prices are indicative and may be from third party sources  Webull does not warrant the accuracy of the prices provided by third party sources

7  The sum of Exchange related fees  transaction related fees  stamp duty  withholding tax  contract fees  commissions  or other fees or taxes

8  Webull does not charge any fees for currency exchanges  Exchange rate is prone to be impacted by the market exchange rates  Please take exchange rates on market as reference

9  All transactions are based on a First in  First out ( FIFO ) method

10  Trade Records  Displays all GTC (Good Till Cancelled) orders in your account  Also included in the section are GTX orders (GTC orders eligible for extended trading hours)

11  Account Types  C = Cash  M = Margin  S = Short  X = RVP/DVP  and O = Other

12  FPSL  The Apex Clearing Corporation Fully Paid Securities Lending Program

13  Market Value of Securities Held Long includes the market value of securities held in non short account types (i e  Cash account  Margin account)

14  Market Value of Securities Held Short includes the market value of securities held in the short account type  Bona fide short positions will mark to market on a daily basis where the margin and short account types based on prevailing closing prices of the security which was shorted

15  Market Value of Fully Paid Securities Loaned  The market value of the fully paid securities you have loaned through participating in the Apex Clearing Corporation Fully Paid Securities Lending Program

16  Collateral Value and Loan Value  Collateral Value and Loan Value are related to the fully paid securities lent by you under the FPSL program  Collateral Value is the amount of collateral (e g  cash) held on your behalf through the program s Trustee for your benefit at a bank  Loan Value is the market value of the fully paid securities you have loaned  subject to rounding convention  through participating in the FPSL Program  See the Master Securities Lending Agreement for Apex Clearing Corporation Fully Paid Securities Lending Program for complete program details

17  Portfolio Market Value  The sum of the cash in your account (i e  Total Cash Value)  the securities in your account (i e  Market Value of Securities in Your Account)  and the market value of the fully paid securities on loan (i e  Market Value of Fully Paid Securities Loaned)

18  Payment in Lieu  Cash distributions paid on fully paid securities on loan in the Securities Lending Income Program will be credited to your Webull account in the form of a  cash in lieu  payment  Receipt of cash in lieu payments may have different taxable consequences than receipt of the actual dividends from the issuer

### IMPORTANT INFORMATION

1  Webull carries your account on an omnibus basis with Apex Clearing Corporation  which acts as the clearing broker

2  If there are any material changes regarding your contact information  investment objectives  or financial situation  advise Webull promptly by updating your information using the Webull platform or by contacting customerservices@webull us

3  If this is a margin account and we maintain a special memorandum account for you  this is a combined statement of your general account and special memorandum account maintained for you under Regulation T issued by the Board of Governors of the Federal Reserve System  The permanent record of the special memorandum account as required by Regulation T is available for your inspection at your request

4  The interest charged on the debit balance in your account is shown on this statement  Interest on debit balances is calculated for each calendar day and charged monthly  The interest settlement cycle begins from the prior month's settlement date to the latest settlement date before the 15th of each month  The margin rate is variable and is determined by the size of the margin loan  The margin rate is set at Webull's discretion and is subject to change without notice  The daily interest charge is calculated by multiplying the debit balance by the margin interest rate divided by a 360 calendar year  When calculating margin interest  the free credit balance in the account will offset any debit in the margin account and the interest will be charged on the net debit balance

5  We are required to report to the Internal Revenue Service all cash dividends and registered bond interest credited to your account on securities held for you in our name  All dividends and interest credits should be included in your income tax return  Webull's policy is to pay all dividends and interest in US Dollars  Webull will allow the following countries to be paid in their foreign currency (Canadian Dollars  Euros  Argentine Peso  Chinese Renminbi  Korean Won  Philippine Peso and Brazilian Real)

6  Information related to fees and other charges incurred in connection with listed options transactions occurring during the month has previously been furnished to you in confirmation of such transactions  A summary of this information will be made available to you promptly upon request  Exercise assignment notices for option contracts are randomly allocated among customer short positions  A more detailed description of our random allocation procedure is available upon request

7  Crypto  For your convenience  Webull includes information for your cryptocurrency account with Apex Crypto  Webull is not party to any transactions in cryptocurrency and does not custody cryptocurrency on your behalf  Apex Crypto is your counterparty for any transactions in cryptocurrency and any position in cryptocurrency is custodied solely with Apex Crypto  Cryptocurrency held with Apex Crypto is not protected by SIPC

8  SIPC Coverage  Webull is a Member of SIPC  which protects securities customers of its members up to $500 000 (including $250 000 for claims for cash)  Explanatory brochure available upon request or at www sipc org  Deposits held away from Webull may not qualify under SIPC protection

9  Any free credit balance represents funds payable upon demand which  although properly accounted for on our books of records  is not segregated  and may be used in the conduct of this firm's business as permissible under the SEC Rule 15c3 2

10  Rate on Customer Collateral represents the interest paid on the collateral posted to the customer's account and received from lending stock  A positive rate indicates a benefit to the lender

## NOTICE TO CUSTOMERS

1  Webull utilizes the service of Apex Clearing Corporation ( Apex ) as a custodian to hold clients' assets in omnibus accounts  Apex  a full service broker dealer  is a member of FINRA and SIPC  As custodian  Apex is responsible for holding  maintaining and handling assets in the manner instructed by Webull as per the clients' direction  As a clearing agent  Apex provides securities clearance and may order execution based on Webull instructions  By opening an account at Webull  you have agreed to Webull's use of an omnibus account with Apex as custodian

2  You are a customer of Webull  Apex is not involved with or has any responsibility for decisions regarding securities transactions in your account  Webull is responsible for opening  approving  and monitoring all activities in connection with your account  The entry of orders and any instructions regarding the deposit or withdrawal of securities or monies should be made through Webull

3  Interest charges to your account may be based on the size and net debit balance during the interest period  These rates are subject to revision  For more complete information regarding interest charges to customers  consult the Webull Fee Schedule available at webull com/pricing

4  Fully Paid Lending Program  Customers participating in the Fully Paid Securities Lending Program should be aware that shares on loan are not covered by SIPC  Cash or securities collateralizing fully paid securities loaned are held at JP Morgan Chase & Co  and are not subject to SIPC protections  Please consult the Master Securities Lending Agreement for additional information  available at webull com/policy

5  In case of errors or questions about your electronic transfers  if you think your statement or receipt is wrong  or if you need more information about a transaction listed  email customerservices@webull us  Webull must hear from you no later than 60 days after you were sent the first statement on which the problem or error appeared  When reaching out  please include your name  account number  a description of the item you are unsure about  a clear explanation as to why you believe it is an error and the dollar amount of the suspected error

6  Webull will investigate your complaint and will correct any error promptly  If we take more than 10 business days to do this  Webull will credit your account for the amount you think is in error  so that you will have the use of the funds during the time it takes Webull to complete our investigation

7  FINRA Investor Brochure  Webull is a member of FINRA and we are required to inform you of the availability of the FINRA Investor Brochure which contains information on FINRA BrokerCheck  You may contact FINRA at 800 289  9999 or at their website www finra org  Webull carries your account and acts as your custodian for funds and Apex acts as your custodian for securities  Any suspected inaccuracy or discrepancy in your account statement must be promptly reported to Webull  In order to protect your rights  Including your right to SIPC coverage  please confirm any oral communication in writing and include your brokerage account number  General inquiries or concerns regarding your account should be directed to Webull  Account positions and balance inquires  or concerns should be directed to Webull via the Help Center

8  The SEC requires all broker-dealers that route orders in equity securities and options to make available quarterly reports that present a general overview of their routing practices  The reports must identify the significant venues to which customer orders were routed for execution during the applicable quarter and disclose the material aspect of the broker-dealer's relationship with such venues  In addition  the Rule (SEC 606) requires broker dealers to disclose  on customer request  the venues to which the six months prior to the request  and the execution time for the orders that were executed  For further information  please contact Webull

9  All trade confirmations are transmitted on or about the transaction date  For certain Index Options Webull charges a per-contract fee  referred to as the Webull Index Option Contract Fee  The Tax/Fee column is an aggregate of the following fees  the Webull Index Option Contract Fee  the Proprietary Index Option Fee  the OCC fee  the Regulatory Transaction (SEC) Fee  Trading Activity Fee (TAF)  and Options Regulatory Fee (ORF)  whenever applicable  For more details please visit www webull com/pricing

10  Cost Basis for Foreign Account Statements  Cost basis is required to be reported in U S  dollars for tax purposes  It is the responsibility of the account holder to convert sales proceeds paid in foreign currency to U S  dollars to avoid inaccurate cost basis calculations  When reporting the purchase or sale  you must determine the U S  dollar amounts to be reported as of the settlement date  at the spot rate or by following a reasonable spot rate convention  See Regulations section 1 6045 1(d)(8)

11  Please retain this statement as it will be helpful in preparing your income tax returns and may be needed along with subsequent statements to verify interest charges in your account  This statement shall be deemed conclusive unless objected to in writing within 10 days of the statement closing date  Mutual funds and other securities are not insured by FDIC  are not deposits  obligations of Webull

12  A financial statement of Webull Financial LLC is available for your personal inspection at www webull com or a copy of it can be mailed to you upon your written request

13  Please contact Webull Financial LLC ('Webull ) customer service to report any inaccuracy or discrepancy in this statement via in App ticket  email at customerservices@webull us  or by phone at 1 (888) 828 0618

## STATEMENT OF FINANCIAL CONDITION

1  Pursuant to the Securities Exchange Act of 1934  Webull Financial LLC ("Webull ) is required to provide clients with certain financial information  The Unaudited Statement of Financial Condition of Webull Financial LLC as of June 30  2023 is available on the Webull website at www webull com/policy  A copy of this document may also be obtained at no cost by calling Webull at 1 (888) 828 0618

2  On June 30  2023  Webull Financial LLC had net capital of $120 513 227 which exceeded its required net capital of $250 000 by $120 263 227



| | |
|---|---|
| **Statement Period** | 08/20/2024 |
| **Account Name** | Cher Moua |
| **Account Number** | 5NA05467 |
| **Account Type** | CASH |
| **Account Address** | 1169 Blackwood Ave CLOVIS CA 93619 |

Welcome to your Webull Summary Statement!

This document provides a comprehensive overview of your investment activities and holdings within your Webull brokerage account  It serves as a record of your transactions  portfolio performance  and important account details  Details regarding participation in fully paid securities lending are also provided here  A glossary of key definitions and important terms are provided at the end of the document

Please note that this statement is for informational purposes only and does not provide personalized investment advice  If you have any questions or need assistance  our customer support team is available to help

Please note that externally held assets are included on the statement solely as a courtesy  information (including valuation) for such externally held assets is derived from external sources for which the member is not responsible  and externally held assets may not be covered by SIPC  Funds deposited with Program Banks of Webull s Cash Management Program are insured  in aggregate  up to $250 000 per Program Bank  per depositor  for each account ownership category  by the FDIC

Happy investing with Webull!

**OFFICE SERVING YOU**

Webull Financial LLC

Member FINRA (CRD  289063)  SIPC

44 Wall Street  2nd Floor

New York  NY 10005

customerservices@webull us

1 (888) 828-0618

**WEBULL S CLEARING BROKER**

Apex Clearing Corporation

Member FINRA (CRD  13071)  SIPC

350 N  St  Paul Suite 1300

Dallas  TX 75201

cs@apexclearing com

3

## TRADE CONFIRMATION

Thank you for letting Webull Financial LLC ('Webull ) serve you (the  Customer"  you  or  your' )

1  Amounts due for securities must be received on or before the settlement date shown

2  All orders are received and executed subject to the rules  regulations  and customs of the SEC  FINRA  MSRB  FRB and the exchange or market where the order is entered  the provisions of the Securities Exchange Act of 1934

3  Securities purchased and securities pledged as margin are or may be hypothecated for the sum due thereon or for a greater sum  under circumstances which permit the commingling thereof with securities of other customers  all without further notice to the Customer

4  If shares loaned for a short sale are no longer available  Webull reserves the right to decide  by random selection  which positions will be subject to a buy in

5  Upon written request and where available  further details of items herein may be provided including  the execution date and time  the counterparty when acting as agent  the detailed breakdown of fees and the remuneration details  if any  to Webull for directing orders to select market participants and details of provisions that may cause a call or prepayment

6  To the extent any preferred stocks  or other securities mentioned herein have provisions that may cause a call or prepayment  the details and the effect on the yield shown here are available on written request

7  Please update your Webull account with any changes to your contact information  investment objectives  or financial status

8  Any ratings data (which is subject to change) that may be provided  has been obtained from ratings services which Webull believes to be reliable  however  there is no guarantee of accuracy or completeness

9  Good Till Cancel ( GTC ) orders are  live  during regular trading hours  GTC orders are canceled by Webull each business day (canceled at the exchange or market center) at 4 00pm EDT  with the exception of certain broad based ETF options that trade until 4  15pm EDT  GTC orders are resubmitted by Webull at the start of each trading day (prior to 9 30am EDT)  Time Priority will be reset each day as the order arrives at the exchange or market center  If a GTC order receives a partial execution and is not fully executed  the order quantity will adjust to the remaining quantity for the next business day  Please contact Webull for more specific details  Until cancellation of the GTC order  all open orders will be considered good  When entering a substitute order or changing an existing order  the responsibility for cancelling the original GTC order rests upon the Customer  Therefore  if a Customer fails to cancel an existing order  transactions resulting from the execution of both the original and new order(s) may be entered into Customer's account

10  Deposits held away from Webull may not qualify under SIPC protection

11  Please promptly report any inaccuracy or discrepancy in this document or in your account  Failure of Customer to notify Webull in writing within three (3) days of the receipt of this document of any concerns constitutes an acceptance of the transaction

12  The default Cost Basis Election or tax relief method used by Webull for tax reporting is First In First Out ( FIFO ) for Equities  Please contact Webull if you wish to change the default tax relief method for your account or specify different tax lots for liquidation

13  Underwriting  The securities described herein are being sold pursuant to a registration statement or where prospectus is required  To access the prospectus  please visit the Securities and Exchange Commission s EDGAR database and enter the company's name or ticker symbol  Webull receives payment from a third party for services rendered in distributing new securities offerings

14  Webull receives remuneration for directing orders to particular broker/dealers or market centers for execution  Such remuneration is considered compensation to the firm  The source and nature in connection with your transaction may be disclosed upon written request  Webull will share in such payments or may directly receive payment for order flow for certain transactions  Detailed Order Routing Disclosure available at www webull com/policy

15  Backup Withholding  If you have not provided us with your correct social security number / tax ID number  under federal law  you may be subject to a $50 penalty as well as backup withholding on certain payments

16  Broker-dealers are assessed fees by various market centers on certain securities transactions and Webull charges transaction fees or passes the fees on to you to cover these assessments

17  Additional Disclosures  For more information regarding your Webull account  including agreements and disclosures  visit www webull com/policy

18  A financial statement of Webull Financial LLC is available for your personal inspection at www webull com or a copy of it can be mailed to you upon your written request

19  For certain Index Options Webull charges a per contract fee  referred to as the Webull Index Option Contract Fee  The Tax/Fee column is an aggregate of the following fees  the Webull Index Option Contract Fee  the Proprietary Index Option Fee  the OCC fee  the Regulatory Transaction (SEC) Fee  Trading Activity Fee (TAF)  and Options Regulatory Fee (ORF)  whenever applicable  For more details please visit www webull com/pricing

20  Fixed Income  Bond transactions are executed by our clearing broker  Apex  who charges a mark up or mark down on the trade  Apex shares a negotiated portion of this markup with its vendor  Moment  and with Webull  A mark up and mark-down will impact the price you pay for a bond transaction and may impact your effective yield on the bond  Call features for bonds  preferred stocks  and other convertible securities may affect the yield on your investment  For zero coupon  compound interest and multiplier securities  there are no periodic payments and securities may be callable below maturity value without notice to a holder unless registered  Redeeming or selling your position prior to maturity may reduce the yield or result in a loss  For additional information regarding bond yield  please contact customerservices@webull us

21  Fixed income securities carry various risks including interest rate risk  inflation risk  callable risk  liquidity  and default risk  If the debt security is unrated by a nationally recognized statistical rating organization  it may pose a high risk of default  You should consult a financial advisor to determine whether unrated bonds are appropriate for your portfolio considering your goals and your financial circumstances  Additional information regarding the risk of bond trading is available at www webull com /policy

22  Investors should be aware that money market mutual funds are not guaranteed  their share value may fluctuate  and there is a risk of loss  including the possible loss of principal  See additional details in the Mutual Fund Risk Disclosure on www webull com/policy

Accounts carried by Webull Financial LLC  Member of FINRA and SIPC
customerservices@webull us | 1 (888) 828 0618 | Tax ID  82 1664890

| MKT = Market In which transaction was Executed/Cleared | Buy/Sell Codes | Account Types | U/S  Solicitation | CAP = Capacity In which the firm acted |
|---|---|---|---|---|
| NYSE   New York Stock Exchange | B = Buy or Buy To Open | C = Cash | U = Unsolicited | A   As Agency |
| NYSEA  NYSE Alternext | S = Sell or Sell To Close | M = Margin | S = Solicited | P   As Principal |
| USE   Other US Exchange | BCXL = Cancel Buy | S = Short | | R   As Riskless Principal |
| MUTF - Mutual Funds | SCXL = Cancel Sell | | | |
| OP   Options | BTC = Buy To Close | | | |
| OTC   Over the-Counter/NASDAQ | STO = Sell To Open | | | |
| UND   Underwriting | BTCX = Buy To Close Cancel | | | |
| FOREX  Foreign Exchange | STOX = Sell To Open Cancel | | | |
| OTH   Other | | | | |

## SECURITIES TRADING ACTIVITY

### Equities & Options

Currency  USD

| Symbol & Name | Cusip | Trade Date | Settlement Date | Account Type | Buy/Sell | Quantity | Price | Gross Amount | Commission | Fee/Tax | Net Amount | MKT | Solicitation | CAP |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MMAT<br>META MATERIALS INC | 59134N302 | 08/20/2024 | 08/21/2024 | C | S | -308 00 | 0 5300 | 162 18 | 0 00 | 0 06 | 162 12 | OTH | U | A |

## TRADING SUMMARY

### Equities & Options

| Symbol & Name | Cusip | Quantity (Bought) | Quantity (Sold) | Net Amount (Bought) | Net Amount (Sold) |
|---|---|---|---|---|---|
| MMAT<br>META MATERIALS INC | 59134N302 | 0 00 | 306 00 | 0 00 | 162 12 |

3