NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | | PROOF OF INTEREST |
|---|---|---|
| Name of Debtor<br>META MATERIALS, INC | Case Number<br>24-50792 | |

1. Name and address of holder of the Equity Interest (the person or entity holding an Equity Interest in the Debtor Referred to hereinafter as the Interest holder)

   CHER MOUA
   1169 BLACKWOOD AVE
   CLOVIS, CA 93619

   Telephone Number 559-412-8246

   ☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars

   ☒ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case

   ☐ Check box if this address differs from the address on the envelope sent to you by the Debtors

   **RECEIVED AND FILED**
   DEC 11 2024
   U S BANKRUPTCY COURT
   MARY A SCHOTT, CLERK

NOTE This form SHOULD NOT be used to make a claim against the Debtor for money owed A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security; (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein

COURT USE ONLY

Account or other number by which Interest holder identifies Debtor
3761-5206

Check here if this claim
☐ replaces a previously filed Proof of Interest dated _____
☐ amends a previously filed Proof of Interest dated _____

2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest
   Charles Schwab & Co Inc
   P O Box 982603 El Paso TX 79998 2603
   Telephone Number 800-435-4000

3. Date Equity Interest was acquired
   02/22/2023

4. Total amount of member interest  20 SHARES FOR $589 81

5. Certificate number(s) SEE ATTACHED DOCUMENTATION

6. Type of Equity Interest
   Please indicate the type of Equity Interest you hold
   ☒ Check this box if your Equity Interest is based on an actual member interest held in the Debtor
   ☐ Check this box if your Equity Interest is based on anything else and describe that interest
   Description  INVESTOR

7. Supporting Documents Attach copies of supporting documents such as stock certificates option agreements warrants etc
   DO NOT SEND ORIGINAL DOCUMENTS If the documents are not available explain If the documents are voluminous attach a summary

8. Date-Stamped Copy To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self addressed envelope and copy of this Proof of Interest

9. Signature
   Check the appropriate box
   ☒ I am the creditor   ☐ I am the creditor s authorized agent   ☐ I am the trustee or the debtor   ☐ I am a guarantor surety endorser or other codebtor
                         (Attach copy of power of attorney if any)    or their authorized agent            (See Bankruptcy Rule 3005)
                                                                      (See Bankruptcy Rule 3004)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge information and reasonable belief

Print Name  CHER MOUA
Title
Company __ Address and telephone number (if different from notice address above)
1169 BLACKWOOD AVE
CLOVIS CA 93619

(Signature)  *Cher Moua*      (Date) 12/6/24

Telephone number 559-412-8246    email CHERMOUA@GMAIL COM

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U S C §§ 152 AND 3571*

PROOF OF INTEREST SUPLEMENTAL INFORMATION

CASE  24-50792, META MATERIALS, INC

FOR  CHER MOUA

**BROKER**  Charles Schwab & Co , Inc  ("Schwab")

**ACCT#** 3761-5206

**TRANSACTIONS [Pre-Reverse Split]**

    **TOTAL SHARES HELD PRE-SPLIT**  1,921

Positions - Equities

| Symbol | Description | Quantity | Price($) | Market Value($) | Cost Basis($) | Unrealized Gain/(Loss)($) | Est. Yield | Est. Annual Income($) | % of Acct |
|---|---|---|---|---|---|---|---|---|---|
| MMAT | META MATLS INC | 1 921 0000 | 0 06600 | 126 79 | 600 01 | (473.22) | N/A | 0 00 | 100% |
| **Total Equities** | | | | **$126.79** | **$600 01** | **($473 22)** | | **$0 00** | **100%** |

**TRANSACTIONS [ Post-Reverse Split] Meta Materials (MMAT) completed a 1-for-100 reverse stock split on January 29, 2024**

    **TOTAL SHARES HELD POST-REVERSE SPLIT**  20

Transaction Details

| Date | Category | Action | Symbol/CUSIP | Description | Quantity | Price/Rate per Share($) | Charges/Interest($) | Amount($) | Realized Gain/(Loss)($) |
|---|---|---|---|---|---|---|---|---|---|
| 08/21 | Sale | | MMAT | META MATLS INC | (20 0000) | 0 5101 | | 10.20 | (589 81) ** |
| **Total Transactions** | | | | | | | | **$10.20** | **$(589 81)** |

Date column represents the Settlement/Process date for each transaction

**\*\* See Transaction documentation attached**

![charles SCHWAB]

Schwab One® Account of

CHER MOUA

| | Account Number | Statement Period |
|---|---|---|
| | 3761-5206 | December 1-31, 2023 |

## Account Summary

| Ending Account Value as of 12/31 | Beginning Account Value as of 12/01 | Total Value Change ($) |
|---|---|---|
| $126 80 | $181 16 | ($54 36) |

| | This Statement | Previous Statement | Change |
|---|---|---|---|
| Beginning Value | $181 16 | $0 00 | $181 16 |
| Deposits | 0 00 | 0 01 | (0 01) |
| Withdrawals | 0 00 | 0 00 | 0 00 |
| Dividends and Interest | 0 00 | 0 00 | 0 00 |
| Transfer of Securities(In/Out) | 0 00 | 192 29 | (192 29) |
| Market Value Change | (54 36) | (11 14) | (43 22) |
| Fees | 0 00 | 0 00 | 0 00 |
| **Ending Value** | **$126 80** | **$181 16** | **($54 36)** |

## Gain or (Loss) Summary

| | Short-Term (ST) | | | Long-Term (LT) | | |
|---|---|---|---|---|---|---|
| | Gain | (Loss) | Net | Gain | (Loss) | Net |
| This Period | 0 00 | 0 00 | 0 00 | 0 00 | 0 00 | 0 00 |
| YTD | 0 00 | 0 00 | 0 00 | 0 00 | 0 00 | 0 00 |
| **Unrealized** | | | | | | **($473 22)** |

Values may not reflect all of your gains/losses, Schwab has provided accurate gain and loss information wherever possible for most investments Cost basis may be incomplete or unavailable for some of your holdings and may change or be adjusted in certain cases Please login to your account at Schwab com for real-time gain/loss information Statement information should not be used for tax preparation instead refer to official tax documents For additional information refer to Terms and Conditions

### Manage Your Account

**Customer Service and Trading**
Call your Schwab Representative
1-800-435-4000
24/7 Customer Service

For the most current records on your account visit schwab com/login Statements are archived up to 10 years online

**Commitment to Transparency**

Client Relationship Summaries and Best Interest disclosures are at schwab com/transparency Charles Schwab & Co Inc Member SIPC

**Online Assistance**

 Visit us online at schwab com

Visit schwab com/stmt to explore the features and benefits of this statement

CHER MOUA
1169 BLACKWOOD AVE
CLOVIS CA 93619-8927



Schwab One® Account of

CHER MOUA

Statement Period
December 1-31, 2023

## Asset Allocation

|  | This Period | Current Allocation |
|---|---|---|
| Cash and Cash Investments | 0 01 | <1% |
| Equities | 126 79 | 100% |
| **Total** | **$126 80** | 100% |

## Top Account Holdings This Period

| SYMBOL CUSIP | Description | Market Value | % of Accounts |
|---|---|---|---|
| MMAT | META MATLS INC | 126 79 | 100% |
|  | TD BANK USA NA | 0 01 | <1% |

## A Message About Your Account

### CALIFORNIA RESIDENTS

If your total payments of interest and interest dividends on federally tax-exempt non-California municipal bonds were $10 or greater **and** you or your Partnership had a California address as of 12/31, Schwab will report this information to the California Franchise Tax Board each tax year, per state statute 1223-3LZ0

## Positions - Summary

| Beginning Value as of | + | Transfer of Securities(In/Out) | + | Dividends Reinvested | + | Cash Activity | + | Change in Market Value | = | Ending Value as of 12/31 | Cost Basis | Unrealized Gain/(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| $181 16 | | $0 00 | | $0 00 | | $0 00 | | ($54 36) | | $126 80 | $600 01 | ($473 22) |

Values may not reflect all of your gains/losses Schwab has provided accurate gain and loss information wherever possible for most investments Cost basis may be incomplete or unavailable for some of your holdings and may change or be adjusted in certain cases Statement information should not be used for tax preparation instead refer to official tax documents For additional information refer to Terms and Conditions

## Cash and Cash Investments

| Type | Symbol | Description | Quantity | Price($) | Beginning Balance($) | Ending Balance($) | Change in Period Balance($) | Pending/Unsettled Cash($) | Interest/ Yield Rate | % of Acct |
|---|---|---|---|---|---|---|---|---|---|---|
| Bank Sweep | | TD BANK USA NA ˣᶻ | | | 0 01 | 0 01 | 0 00 | | 0 45% | <1% |
| **Total Cash and Cash Investments** | | | | | **$0 01** | **$0 01** | **$0 00** | | | **<1%** |



Schwab One® Account of

CHER MOUA

Statement Period
December 1-31, 2023

## Positions - Equities

| Symbol | Description | Quantity | Price($) | Market Value($) | Cost Basis($) | Unrealized Gain/(Loss)($) | Est Yield | Est Annual Income($) | % of Acct |
|---|---|---|---|---|---|---|---|---|---|
| MMAT | META MATLS INC | 1 921 0000 | 0 06600 | 126 79 | 600 01 | (473 22) | N/A | 0 00 | 100% |
| **Total Equities** | | | | **$126 79** | **$600 01** | **($473 22)** | | **$0 00** | **100%** |

Estimated Annual Income ("EAI") and Estimated Yield ('EY') calculations are for informational purposes only The actual income and yield might be lower or higher than the estimated amounts EY is based upon EAI and the current price of the security and will fluctuate For certain types of securities the calculations could include a return of principal or capital gains in which case EAI and EY would be overstated EY and EAI are not promptly updated to reflect when an issuer has missed a regular payment or announced changes to future payments, in which case EAI and EY will continue to display at a prior rate

## Transactions - Summary

| Beginning Cash* as of 12/01 | + | Deposits | + | Withdrawals | + | Purchases | + | Sales/Redemptions | + | Dividends/Interest | + | Fees | = | Ending Cash* as of 12/31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| $0 01 | | $0 00 | | $0 00 | | $0 00 | | $0 00 | | $0 00 | | $0 00 | | $0 01 |

Other Activity **$0 00**    Other activity includes transactions which don't affect the cash balance such as stock transfers splits, etc

*Cash (includes any cash debit balance) held in your account plus the value of any cash invested in a sweep money fund

## Bank Sweep Activity

| Date | Description | Amount | Date | Description | Amount | Date | Description | Amount |
|---|---|---|---|---|---|---|---|---|
| 12/01 | Beginning Balance ˣᶻ | $0 01 | 12/31 | Ending Balance ˣᶻ | $0 01 | 12/29 | Interest Rate ᶻ | 0 45% |

* Your interest period was 11/16/23 12/15/23 ᶻ

## Endnotes For Your Account

X    Bank Sweep deposits are held at FDIC insured Program Banks, which are listed in the Cash Features Disclosure Statement

Z    For the Bank Sweep and Bank Sweep for Benefit Plans features interest is paid for a period that differs from the Statement Period Balances include interest paid as indicated on your statement by Schwab or one or more of its Program Banks These balances do not include interest that may have accrued during the Statement Period after interest is paid The interest paid may include interest that accrued in the prior Statement Period

## Terms and Conditions

**GENERAL INFORMATION AND KEY TERMS** This Account statement is furnished solely by Charles Schwab & Co, Inc ("Schwab") for your Account at Schwab ('Account) Unless otherwise defined herein capitalized terms have the same meanings as in your Account Agreement If you receive any other communication from any source other than Schwab which purports to represent your holdings at Schwab (including balances held at a Depository Institution) you should verify its content with this statement **Accrued Income** Accrued Income is the sum of the total accrued interest and/or accrued dividends on positions held in your Account but the interest and/or dividends have not been received into your Account Schwab makes no representation that the amounts shown (or any other amount) will be received Accrued



Schwab One® Account of

CHER MOUA

Statement Period
December 1-31, 2023

## Terms and Conditions (continued)

amounts are not covered by SIPC account protection until actually received and held in the Account **AIP (Automatic Investment Plan) Customers** Schwab receives remuneration in connection with certain transactions effected through Schwab If you participate in a systematic investment program through Schwab, the additional information normally detailed on a trade confirmation will be provided upon request **Average Daily Balance** Average daily composite of all cash balances that earn interest and all loans from Schwab that are charged interest **Bank Sweep and Bank Sweep for Benefit Plans Features** Schwab acts as your agent and custodian in establishing and maintaining your Deposit Account(s) as a feature of your brokerage Account(s) Deposit accounts held through these bank sweep features constitute direct obligations of one or more FDIC insured banks ( Program Banks") that are not obligations of Schwab Funds swept to Program Banks are eligible for deposit insurance from the FDIC up to the applicable limits for each bank for funds held in the same insurable capacity The balance in the Deposit Accounts can be withdrawn on your order and the proceeds returned to your brokerage Account or remitted to you as provided in your Account Agreement For information on FDIC insurance and its limits as well as other important disclosures about the bank sweep feature(s) in your Account(s) please refer to the Cash Features Disclosure Statement available online or from a Schwab representative **Cash** Any Free Credit Balance owed by us to you payable upon demand which although accounted for on our books of record is not segregated and may be used in the conduct of this firm's business **Dividend Reinvestment Customers** Dividend reinvestment transactions were effected by Schwab acting as a principal for its own account except for the reinvestment of Schwab dividends, for which an independent broker-dealer acted as the buying agent Further information on these transactions will be furnished upon written request **Gain (or Loss)** Unrealized Gain or (Loss) and Realized Gain or (Loss) sections ('Gain/Loss Section(s) ) contain a gain or a loss summary of your Account This information has been provided on this statement at the request of your Advisor if applicable This information is not a solicitation or a recommendation to buy or sell **Schwab does not provide tax advice and encourages you to consult with your tax professional Please view the Cost Basis Disclosure Statement for additional information on how gain (or loss) is calculated and how Schwab reports adjusted cost basis information to the IRS Interest** For the Schwab One Interest, Bank Sweep and Bank Sweep for Benefit Plans features interest is paid for a period that may differ from the Statement Period Balances include interest paid as indicated on your statement by Schwab or one or more of its Program Banks These balances do not include interest that may have accrued during the Statement Period after interest is paid The interest paid may include interest that accrued in the prior Statement Period For the Schwab One Interest feature interest accrues daily from the second-to-last business day of the prior month and is posted on the second-to last business day of the current month For the Bank Sweep and Bank Sweep for Benefit Plans features interest accrues daily from the 16th day of the prior month and is credited/posted on the first business day after the 15th of the current month If, on any given day the interest that Schwab calculates for the Free Credit Balances in the Schwab One Interest feature in your brokerage Account is less than $ 005 you will not accrue any interest on that day For balances held at banks affiliated with Schwab in the Bank Sweep and Bank Sweep for Benefit Plans features interest will accrue even if the amount is less than $ 005 **Margin Account Customers** This is a combined statement of your margin account and special memorandum account maintained for you under Section 220 5 of Regulation T issued by the Board of Governors of the Federal Reserve System The permanent record of the separate account as required by Regulation T is available for your inspection Securities purchased on margin are Schwab's collateral for the loan to you It is important that you fully understand the risks involved in trading securities on margin These risks include 1) You can lose more funds than you deposit in the margin account 2) Schwab can force the sale of securities or other assets in any of your account(s) to maintain the required account equity without contacting you 3) You are not entitled to choose which assets are liquidated nor are you entitled to an extension of time on a margin call 4) Schwab can increase its house maintenance margin requirements at any time without advance written notice to you **Market Price** The most recent price evaluation available to Schwab on the last business day

of the report period normally the last trade price or bid as of market close Unpriced securities denote that no market evaluation update is currently available Price evaluations are obtained from outside parties Schwab shall have no responsibility for the accuracy or timeliness of any such valuations Assets Not Held at Schwab are not held in your Account or covered by the Account s SIPC account protection and are not otherwise in Schwab's custody and are being provided as a courtesy to you Information on Assets Not Held at Schwab including but not limited to valuations is reported solely based on information you provide to Schwab Schwab can neither validate nor certify the existence of Assets Not Held at Schwab or the accuracy completeness or timeliness of the information about Assets Not Held at Schwab whether provided by you or otherwise Descriptions of Assets Not Held at Schwab may be abbreviated or truncated Some securities, especially thinly traded equities in the OTC market or foreign markets may not report the most current price and are indicated as Stale Priced Certain Limited Partnerships (direct participation programs) and unlisted Real Estate Investment Trust (REIT) securities for which you may see a value on your monthly Account statement that reflects the issuer's appraised estimated value are not listed on a national securities exchange and are generally illiquid Even if you are able to sell such securities the price received may be less than the per share appraised estimated value provided in the account statement **Market Value** The Market Value is computed by multiplying the Market Price by the Quantity of Shares This is the dollar value of your present holdings in your specified Schwab Account or a summary of the Market Value summed over multiple accounts **Non Publicly Traded Securities** All assets shown on this statement other than certain direct investments which may be held by a third party, are held in your Account Values of certain Non-Publicly Traded Securities may be furnished by a third party as provided by Schwab's Account Agreement Schwab shall have no responsibility for the accuracy or timeliness of such valuations The Securities Investor Protection Corporation (SIPC) does not cover many limited partnership interests **Schwab Sweep Money Funds** Includes the primary money market funds into which Free Credit Balances may be automatically invested pursuant to your Account Agreement Schwab or an affiliate acts and receives compensation as the Investment Advisor Shareholder Service Agent and Distributor for the Schwab Sweep Money Funds The amount of such compensation is disclosed in the prospectus The yield information for Schwab Sweep Money Funds is the current 7 day yield as of the statement period Yields vary If on any given day, the accrued daily dividend for your selected sweep money fund as calculated for your account is less than ½ of 1 cent ($0 005) your account will not earn a dividend for that day In addition if you do not accrue at least 1 daily dividend of $0 01 during a pay period you will not receive a money market dividend for that period Schwab and the Schwab Sweep Money Funds investment advisor may be voluntarily reducing a portion of a Schwab Sweep Money Fund's expenses Without these reductions, yields would have been lower **Securities Products and Services** Securities products and services are offered by Charles Schwab & Co , Inc , **Member SIPC Securities products and services, including unswept intraday funds and net credit balances held in brokerage accounts are not deposits or other obligations of, or guaranteed by, any bank, are not FDIC insured, and are subject to investment risk and may lose value** SIPC does not cover balances held at Program Banks in the Bank Sweep and Bank Sweep for Benefit Plans features Please see your Cash Feature Disclosure Statement for more information on insurance coverage **Yield to Maturity** This is the actual average annual return on a note if held to maturity **IN CASE OF ERRORS OR DISCREPANCIES If you find an error or discrepancy relating to your brokerage activity (other than an electronic fund transfer) you must notify us promptly, but no later than 10 days after this statement is sent or made available to you If this statement shows that we have mailed or delivered security certificate(s) that you have not received, notify Schwab immediately You may call us at 800-435-4000 (Outside the U S , call +1-415-667-8400 ) If you're a client of an independent investment advisor, call us at 800 515-2157 Any oral communications should be re-confirmed in writing to further protect your rights, including rights under the Securities Investor Protection Act (SIPA) If you do not so notify us, you agree that the statement activity and Account balance are correct for all purposes with respect to those brokerage



Schwab One® Account of

CHER MOUA

Statement Period
December 1-31, 2023

## Terms and Conditions (continued)

**transactions IN CASE OF COMPLAINTS** If you have a complaint regarding your Schwab statement, products or services please write to Client Service & Support at Charles Schwab & Co, Inc P O Box 982603 El Paso TX 79998-2603 or call customer service at **800-435-4000** (Outside the U S call **+1-415-667-8400**) If you're a client of an independent investment advisor call us at 800-515-2157 **Address Changes** If you fail to notify Schwab in writing of any change of address or phone number you may not receive important notifications about your Account and trading or other restrictions might be placed on your Account **Additional Information** We are required by law to report to the Internal Revenue Service adjusted cost basis information (if applicable) certain payments to you and credits to your Account during the calendar year Retain this statement for income tax purposes A financial statement for your inspection is available at Schwab s offices or a copy will be mailed to you upon written request Any third party trademarks appearing herein are the property of their respective owners Charles Schwab & Co Inc , Charles Schwab Bank Charles Schwab Premier Bank and Charles Schwab Trust Bank are separate but affiliated companies and subsidiaries of the Charles Schwab Corporation © 2023 Charles Schwab & Co Inc ('Schwab ) All rights reserved **Member SIPC** (O1CUSTNC) (0822-20UL)

*This page intentionally left blank*



Schwab One® Account of

CHER MOUA

Account Number: 3761-5206
Statement Period: August 1-31, 2024

## Account Summary

Ending Account Value as of 08/31: **$10 21**

Beginning Account Value as of 08/01: **$46 41**



|  | This Statement | Previous Statement |
|---|---|---|
| Beginning Value | $46 41 | $60 21 |
| Deposits | 0 00 | 0 00 |
| Withdrawals | 0 00 | 0 00 |
| Dividends and Interest | 0 00 | 0 00 |
| Transfer of Securities | 0 00 | 0 00 |
| Market Appreciation/(Depreciation) | (36 20) | (13 80) |
| Expenses | 0 00 | 0 00 |
| **Ending Value** | **$10 21** | **$46 41** |

Account Ending Value reflects the market value of your cash and investments It does not include pending transactions, unpriced securities or assets held outside Schwab s custody

### Manage Your Account

**Customer Service and Trading**
Call your Schwab Representative
1-800-435-4000
24/7 Customer Service

For the most current records on your account visit schwab com/login Statements are archived up to 10 years online

### Commitment to Transparency

Client Relationship Summaries and Best Interest disclosures are at schwab com/transparency Charles Schwab & Co Inc Member SIPC

### Online Assistance

  Visit us online at schwab com

Visit schwab com/stmt to explore the features and benefits of this statement

CHER MOUA
1169 BLACKWOOD AVE
CLOVIS CA 93619-8927

08/30-00000-ID2141617 103953

1 of 6



Schwab One® Account of

CHER MOUA

Statement Period
August 1-31, 2024

## Asset Allocation

|  | This Period | Current Allocation |
|---|---|---|
| Cash and Cash Investments | 10 21 | 100% |
| **Total** | **$10 21** | 100% |

## Gain or (Loss) Summary

|  | Short-Term (ST) | | | Long-Term (LT) | | |
|---|---|---|---|---|---|---|
|  | Gain | (Loss) | Net | Gain | (Loss) | Net |
| This Period | 0 00 | 0 00 | 0 00 | 0 00 | (589 81) | (589 81) |
| YTD | 0 00 | 0 00 | 0 00 | 0 00 | (589 81) | (589 81) |
| **Unrealized** | | | | | | **$0 00** |

Values may not reflect all of your gains/losses and may be rounded up to the nearest dollar Schwab has provided accurate gain and loss information wherever possible for most investments Cost basis may be incomplete or unavailable for some of your holdings and may change or be adjusted in certain cases Please login to your account at Schwab com for real-time gain/loss information Statement information should not be used for tax preparation, instead refer to official tax documents For additional information refer to Terms and Conditions

## Positions - Summary

| Beginning Value as of 08/01 | + | Transfer of Securities(In/Out) | + | Dividends Reinvested | + | Cash Activity | + | Change in Market Value | = | **Ending Value as of 08/31** | Cost Basis | Unrealized Gain/(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| $46 41 | + | $0 00 | + | $0 00 | + | $0 00 | + | ($36 20) | = | **$10 21** | $0 00 | $0 00 |

Values may not reflect all of your gains/losses, Schwab has provided accurate gain and loss information wherever possible for most investments Cost basis may be incomplete or unavailable for some of your holdings and may change or be adjusted in certain cases Statement information should not be used for tax preparation, instead refer to official tax documents For additional information refer to Terms and Conditions



Schwab One® Account of

CHER MOUA

Statement Period
August 1-31, 2024

## Cash and Cash Investments

| Type | Symbol | Description | Quantity | Price($) | Beginning Balance($) | Ending Balance($) | Change in Period Balance($) | Pending/Unsettled Cash($) | Interest/ Yield Rate | % of Acct |
|---|---|---|---|---|---|---|---|---|---|---|
| Bank Sweep | | TD BANK USA NA ˣᶻ | | | 0 01 | 10 21 | 10 20 | | 0 45% | 100% |
| **Total Cash and Cash Investments** | | | | | **$0 01** | **$10 21** | **$10 20** | | | **100%** |

## Transactions - Summary

| Beginning Cash* as of 08/01 | + | Deposits | + | Withdrawals | + | Purchases | + | Sales/Redemptions | + | Dividends/Interest | + | Expenses | = | Ending Cash* as of 08/31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| $0 01 | | $0 00 | | $0 00 | | $0 00 | | $10 20 | | $0 00 | | $0 00 | | $10 21 |

Other Activity  $0 00    Other activity includes transactions which don't affect the cash balance such as stock transfers, splits etc

*Cash (includes any cash debit balance) held in your account plus the value of any cash invested in a sweep money fund

## Transaction Details

| Date | Category | Action | Symbol/ CUSIP | Description | Quantity | Price/Rate per Share($) | Charges/ Interest($) | Amount($) | Realized Gain/(Loss)($) |
|---|---|---|---|---|---|---|---|---|---|
| 08/21 | Sale | | MMAT | META MATLS INC | (20 0000) | 0 5101 | | 10 20 | (589 81) ⁽ᴸᵀ⁾ |
| **Total Transactions** | | | | | | | | **$10 20** | **$(589 81)** |

Date column represents the Settlement/Process date for each transaction

## Bank Sweep Activity

| Date | Description | Amount | Date | Description | Amount | Date | Description | Amount |
|---|---|---|---|---|---|---|---|---|
| 08/01 | Beginning Balance ˣᶻ | $0 01 | 08/31 | Ending Balance ˣᶻ | $10 21 | 08/30 | Interest Rate ᶻ | 0 45% |
| 08/21 | BANK CREDIT FROM BROKERAGE ˣ | 10 20 | | | | | | |

* Your interest period was 07/16/24 - 08/15/24  ᶻ



**Schwab One® Account** of

CHER MOUA

Statement Period
August 1-31, 2024

## Endnotes For Your Account

| | | | |
|---|---|---|---|
| X | Bank Sweep deposits are held at FDIC-insured Program Banks which are listed in the Cash Features Disclosure Statement | Z | For the Bank Sweep and Bank Sweep for Benefit Plans features interest is paid for a period that differs from the Statement Period Balances include interest paid as indicated on your statement by Schwab or one or more of its Program Banks These balances do not include interest that may have accrued during the Statement Period after interest is paid The interest paid may include interest that accrued in the prior Statement Period |

## Terms and Conditions

**GENERAL INFORMATION AND KEY TERMS** This Account statement is furnished solely by Charles Schwab & Co Inc ("Schwab") for your Account at Schwab ('Account') Unless otherwise defined herein capitalized terms have the same meanings as in your Account Agreement If you receive any other communication from any source other than Schwab which purports to represent your holdings at Schwab (including balances held at a Depository Institution) you should verify its content with this statement **Accrued Income** Accrued Income is the sum of the total accrued interest and/or accrued dividends on positions held in your Account but the interest and/or dividends have not been received into your Account Schwab makes no representation that the amounts shown (or any other amount) will be received Accrued amounts are not covered by SIPC account protection until actually received and held in the Account **AIP (Automatic Investment Plan) Customers** Schwab receives remuneration in connection with certain transactions effected through Schwab If you participate in a systematic investment program through Schwab the additional information normally detailed on a trade confirmation will be provided upon request **Average Daily Balance** Average daily composite of all cash balances that earn interest and all loans from Schwab that are charged interest **Bank Sweep and Bank Sweep for Benefit Plans Features** Schwab acts as your agent and custodian in establishing and maintaining your Deposit Account(s) as a feature of your brokerage Account(s) Deposit accounts held through these bank sweep features constitute direct obligations of one or more FDIC insured banks ("Program Banks") that are not obligations of Schwab Funds swept to Program Banks are eligible for deposit insurance from the FDIC up to the applicable limits for each bank for funds held in the same insurable capacity The balance in the Deposit Accounts can be withdrawn on your order and the proceeds returned to your brokerage Account or remitted to you as provided in your Account Agreement For information on FDIC insurance and its limits as well as other important disclosures about the bank sweep feature(s) in your Account(s) please refer to the Cash Features Disclosure Statement available online or from a Schwab representative **Cash** Any Free Credit Balance owed by us to you payable upon demand which, although accounted for on our books of record, is not segregated and may be used in the conduct of this firm's business **Dividend Reinvestment Customers** Dividend reinvestment transactions were effected by Schwab acting as a principal for its own account except for the reinvestment of Schwab dividends for which an independent broker-dealer acted as the buying agent Further information on these transactions will be furnished upon written request **Gain (or Loss)** Unrealized Gain or (Loss) and Realized Gain or (Loss) sections ( Gain/Loss Section(s)") contain a gain or a loss summary of your Account This information has been provided on this statement at the request of your Advisor, if applicable This information is not a solicitation or a recommendation to buy or sell **Schwab does not provide tax advice and encourages you to consult with your tax professional Please view the Cost Basis Disclosure Statement for additional information on how gain (or loss) is calculated and how Schwab reports adjusted cost basis information to the IRS Interest** For the Schwab One Interest Bank Sweep and Bank Sweep for Benefit Plans features interest is paid for a period that may differ from the Statement Period Balances include interest paid as indicated on your statement by Schwab or one or more of its Program Banks These balances do not include interest that may have accrued during the Statement Period after interest is paid The interest paid may include interest that accrued in the prior Statement Period For the Schwab One Interest feature interest accrues daily from the second-to-last business day of the prior month and is posted on the second to-last business day of the current month For the Bank Sweep and Bank Sweep for Benefit Plans features interest accrues daily from the 16th day of the prior month and is credited/posted on the first business day after the 15th of the current month If on any given day the interest that Schwab calculates for the Free Credit Balances in the Schwab One Interest feature in your brokerage Account is less than $ 005 you will not accrue any interest on that day For balances held at banks affiliated with Schwab in the Bank Sweep and Bank Sweep for Benefit Plans features interest will accrue even if the amount is less than $ 005 **Margin Account Customers** This is a combined statement of your margin account and special memorandum account maintained for you under Section 220 5 of Regulation T Issued by the Board of Governors of the Federal Reserve System The permanent record of the separate account as required by Regulation T is available for your inspection Securities purchased on margin are Schwab's collateral for the loan to you It is important that you fully understand the risks involved in trading securities on margin These risks include 1) You can lose more funds than you deposit in the margin account 2) Schwab can force the sale of securities or other assets in any of your account(s) to maintain the required account equity without contacting you 3) You are not entitled to choose which assets are liquidated nor are you entitled to an extension of time on a margin call 4) Schwab can increase its "house' maintenance margin requirements at any time without advance written notice to you **Market Price** The most recent price evaluation available to Schwab on the last business day of the report period, normally the last trade price or bid as of market close Unpriced securities denote that no market evaluation update is currently available Price evaluations are obtained from outside parties Schwab shall have no responsibility for the accuracy or timeliness of any such valuations Assets Not Held at Schwab are not held in your Account or covered by the Account's SIPC account protection and are not otherwise in Schwab's custody and are being provided as a courtesy to you Information on Assets Not Held at Schwab, including but not limited to valuations, is reported solely based on information you provide to Schwab Schwab can neither validate nor certify the existence of Assets Not Held at Schwab or the accuracy completeness or timeliness of the information about Assets Not Held at Schwab, whether provided by you or otherwise Descriptions of Assets Not Held at Schwab may be abbreviated or truncated Some securities, especially thinly traded equities in the OTC market or foreign markets may not report the most current price and are indicated as Stale Priced Certain Limited Partnerships (direct participation programs) and unlisted Real Estate Investment Trust (REIT) securities, for which you may see a value on your monthly Account statement that reflects the issuer's appraised estimated value are not listed on a national securities exchange and are generally illiquid Even if you are able to sell such securities the price received may be less than the per share appraised estimated value provided in the account statement **Market Value** The Market Value is computed by multiplying the Market Price by the Quantity of Shares This is the dollar value of your present holdings in your specified Schwab Account or a summary of the Market Value summed over multiple accounts **Non-Publicly Traded Securities** All assets shown on this statement other than certain direct investments which may be held by a third party, are held in your Account Values of certain Non-Publicly Traded Securities may be furnished by a third party as provided by Schwab's Account Agreement Schwab shall have no responsibility for the accuracy or timeliness of such valuations The Securities Investor Protection Corporation (SIPC) does not cover many limited partnership interests



Schwab One® Account of

CHER MOUA

Statement Period
August 1-31, 2024

## Terms and Conditions (continued)

**Schwab Sweep Money Funds** Includes the primary money market funds into which Free Credit Balances may be automatically invested pursuant to your Account Agreement Schwab or an affiliate acts and receives compensation as the Investment Advisor Shareholder Service Agent and Distributor for the Schwab Sweep Money Funds The amount of such compensation is disclosed in the prospectus The yield information for Schwab Sweep Money Funds is the current 7-day yield as of the statement period Yields vary If on any given day the accrued daily dividend for your selected sweep money fund as calculated for your account is less than ½ of 1 cent ($0 005) your account will not earn a dividend for that day In addition, if you do not accrue at least 1 daily dividend of $0 01 during a pay period you will not receive a money market dividend for that period Schwab and the Schwab Sweep Money Funds investment advisor may be voluntarily reducing a portion of a Schwab Sweep Money Fund's expenses Without these reductions yields would have been lower **Securities Products and Services** Securities products and services are offered by Charles Schwab & Co Inc **Member SIPC Securities products and services, including unswept intraday funds and net credit balances held in brokerage accounts are not deposits or other obligations of, or guaranteed by, any bank, are not FDIC insured, and are subject to investment risk and may lose value SIPC does not cover balances held at Program Banks in the Bank Sweep and Bank Sweep for Benefit Plans features** Please see your Cash Feature Disclosure Statement for more information on insurance coverage **Yield to Maturity** This is the actual average annual return on a note if held to maturity **IN CASE OF ERRORS OR DISCREPANCIES If you find an error or discrepancy relating to your brokerage activity (other than an electronic fund transfer) you must notify us promptly, but no later than 10 days after this statement is sent or made available to you If this statement shows that we have mailed or delivered security certificate(s) that you have not received, notify Schwab** immediately You may call us at **800-435-4000 (Outside the U S , call +1-415-667-8400 )** If you re a client of an independent investment advisor, call us at **800-515-2157** Any oral communications should be re confirmed in writing to further protect your rights, including rights under the Securities Investor Protection Act (SIPA) **If you do not so notify us, you agree that the statement activity and Account balance are correct for all purposes with respect to those brokerage transactions IN CASE OF COMPLAINTS** If you have a complaint regarding your Schwab statement products or services please write to Client Service & Support at Charles Schwab & Co Inc P O Box 982603 El Paso TX 79998-2603 or call customer service at **800-435-4000** (Outside the U S call **+1-415-667-8400** ) If you re a client of an independent investment advisor, call us at 800 515-2157 **Address Changes** If you fail to notify Schwab in writing of any change of address or phone number you may not receive important notifications about your Account and trading or other restrictions might be placed on your Account **Additional Information** We are required by law to report to the Internal Revenue Service adjusted cost basis information (if applicable) certain payments to you and credits to your Account during the calendar year Retain this statement for income tax purposes A financial statement for your inspection is available at Schwab's offices or a copy will be mailed to you upon written request Any third party trademarks appearing herein are the property of their respective owners Charles Schwab & Co Inc Charles Schwab Bank, Charles Schwab Premier Bank and Charles Schwab Trust Bank are separate but affiliated companies and subsidiaries of the Charles Schwab Corporation © 2024 Charles Schwab & Co , Inc ("Schwab") All rights reserved **Member SIPC** (O1CUSTNC) (0822-20UL)

*This page intentionally left blank*