NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | | **PROOF OF INTEREST** |
|---|---|---|
| Name of Debtor<br>META MATERIALS, INC | Case Number<br>24-50792 | |

**1** Name and address of holder of the Equity Interest (the person or entity holding an Equity Interest in the Debtor Referred to hereinafter as the Interest holder)

CHER MOUA
1169 BLACKWOOD AVE
CLOVIS, CA 93619

Telephone Number 559-412-8246

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars

☒ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors

**RECEIVED AND FILED**
**DEC 11 2024**
**U.S BANKRUPTCY COURT**
**MARY A. SCHOTT, CLERK**

NOTE This form SHOULD NOT be used to make a claim against the Debtor for money owed A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein

COURT USE ONLY

Account or other number by which Interest holder identifies Debtor
**239-641800**

Check here if this claim
☐ replaces a previously filed Proof of Interest dated _____
☐ amends a previously filed Proof of Interest dated _____

**2** Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest

Fidelity Investments
P O Box 770001 Cincinnati OH 45277 0003
Telephone Number 800-529 2164

**3** Date Equity Interest was acquired
10/09/2023

**4** Total amount of member interest  55 SHARES FOR $1 532 61

**5** Certificate number(s)  SEE ATTACHED DOCUMENTATION

**6** Type of Equity Interest
Please indicate the type of Equity Interest you hold
☒ Check this box if your Equity Interest is based on an actual member interest held in the Debtor
☐ Check this box if your Equity Interest is based on anything else and describe that interest
Description  INVESTOR

**7** Supporting Documents Attach copies of supporting documents such as stock certificates option agreements warrants etc
DO NOT SEND ORIGINAL DOCUMENTS If the documents are not available explain If the documents are voluminous attach a summary

**8** Date-Stamped Copy To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest

**9 Signature**
Check the appropriate box
☒ I am the creditor   ☐ I am the creditor's authorized agent   ☐ I am the trustee or the debtor   ☐ I am a guarantor surety endorser or other codebtor
(Attach copy of power of attorney if any) or their authorized agent (See Bankruptcy Rule 3005)
(See Bankruptcy Rule 3004)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge information and reasonable belief

Print Name  CHER MOUA
Title
Company __ Address and telephone number (if different from notice address above)
1169 BLACKWOOD AVE
CLOVIS CA 93619

(Signature)   12/6/24  (Date)

Telephone number  559-412-8246    email  CHERMOUA@GMAIL COM

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both 18 U S C §§ 152 AND 3571*

PROOF OF INTEREST SUPLEMENTAL INFORMATION

CASE  24-50792, META MATERIALS, INC

FOR  CHER MOUA

**BROKER**  Fidelity Investments

**ACCT#** 239-641800

**TRANSACTIONS [Pre-Reverse Split]**

    **TOTAL SHARES HELD PRE-SPLIT**  5,489

Stocks

| Description | Quantity | Price Per Unit | Total Market Value | Cost | Unrealized Gain/Loss | Income Earned |
|---|---|---|---|---|---|---|
| **Common Stock** | | | | | | |
| META MATERIALS INC COM ISIN #US59134N1046 SEDOL #BKSCVX7 (MMAT) | 5,489.000 | $0.0660 | $362.27 | $1,700.36 | -$1,338.09 | |

**TRANSACTIONS [ Post-Reverse Split] Meta Materials (MMAT) completed a 1-for-100 reverse stock split on January 29, 2024**

    **TOTAL SHARES HELD POST-REVERSE SPLIT**  55

Securities Bought & Sold

| Settlement Date | Security Name | Symbol/ CUSIP | Description | Quantity | Price | Cost | Transaction Cost | Amount |
|---|---|---|---|---|---|---|---|---|
| 07/17 | META MATERIALS INC COM NEW ISIN #US59134N3026 SEDOL #BQ67J98 | 59134N302 | You Sold Transaction Loss. $1,532.61 | -55.000 | $3.05000 | $1,700.36 | | $167.75 |
| Total Securities Sold | | | | | | $1,700.36 | | $167.75 |

\* See Transaction documentation attached



2023 YEAR-END INVESTMENT REPORT
January 1, 2023 - December 31, 2023

Account # 239-641800
NOAH MOUA - ROTH IRA FOR MINOR

## Account Summary

| | |
|---|---:|
| **Account Value** | **$362.29** |
| Change Since January 1 | ▲ $362 29 |
| **Beginning Account Value as of Jan 1, 2023** | - |
| **Additions** | 1,700 00 |
| Contributions | 1,700 00 |
| **Change in Investment Value *** | -1,337 71 |
| **Ending Account Value as of Dec 31, 2023** | $362 29 |

Total Account Trades Jan 2023 - Dec 2023  0

\* *Reflects appreciation or depreciation of your holdings due to price changes transactions from Other Activity In or Out and Multi currency transactions, plus any distribution and income earned during the statement period*

Account Holdings



100% Stocks ($362)

### Income Summary

| | Dec 31, 2023 |
|---|---:|
| **Tax-free** | **$0 38** |
| **Total** | **$0 38** |

*California requires that we report to the California Franchise Tax Board any municipal bond interest and exempt interest dividends paid to California residents*

### Contributions Made in 2023

| | |
|---|---:|
| 2023 Contributions | $300 00 |
| 2022 Contributions | 1,400 00 |

YR_CE_BPTGLCBBBHHKP_BBBBB 20240109



2023 YEAR-END INVESTMENT REPORT
January 1, 2023 - December 31, 2023

## Holdings

Account # 239-641800
NOAH MOUA - ROTH IRA FOR MINOR

### Core Account

| Description | Quantity | Price Per Unit | Total Market Value | Cost | Unrealized Gain/Loss | Income Earned |
|---|---|---|---|---|---|---|
| FIDELITY GOVERNMENT MONEY MARKET (SPAXX) — 7-day yield 5 0% | 0 020 | $1 0000 | $0 02 | not applicable | not applicable | $0 38 |
| Total Core Account (0% of account holdings) | | | $0 02 | | | $0 38 |

### Stocks

| Description | Quantity | Price Per Unit | Total Market Value | Cost | Unrealized Gain/Loss | Income Earned |
|---|---|---|---|---|---|---|
| **Common Stock** | | | | | | |
| META MATERIALS INC COM ISIN #US59134N1046 SEDOL #BKSCVX7 (MMAT) | 5 489 000 | $0 0660 | $362 27 | $1 700 36 | -$1 338 09 | - |
| Total Common Stock (100% of account holdings) | | | $362 27 | $1 700 36 | -$1 338 09 | - |
| **Total Stocks (100% of account holdings)** | | | **$362 27** | **$1,700 36** | **-$1,338 09** | - |
| **Total Holdings** | | | **$362 29** | **$1,700 36** | **-$1,338 09** | **$0 38** |

*Total Cost does not include the cost basis on core money market or other positions where cost basis is unknown or not applicable*

*All positions held in cash account unless indicated otherwise*



INVESTMENT REPORT
July 1, 2024 - July 31, 2024

Account # 239-641800
NOAH MOUA - ROTH IRA FOR MINOR

## Account Summary

Account Value	$168.11

Change in Account Value	▲ $2 54

|  | This Period | Year-to-Date |
|---|---|---|
| **Beginning Account Value** | $165 57 | $362 29 |
| **Change in Investment Value *** | 2 54 | -194 18 |
| **Ending Account Value** | $168 11 | $168 11 |
| Accrued Interest (AI) | 0 00 |  |
| Ending Account Value Incl AI | $168 11 |  |

\* *Reflects appreciation or depreciation of your holdings due to price changes, transactions from Other Activity In or Out and Multi-currency transactions plus any distribution and income earned during the statement period*

### Account Holdings



100% Core Account ($168)

### Top Holdings

| Description | Value | Percent of Account |
|---|---|---|
| Fidelity Government Money Market | $168 | 100% |
| **Total** | **$168** | **100%** |

*Please note that due to rounding percentages may not add to 100%*

### Income Summary

|  | This Period | Year-to-Date |
|---|---|---|
| **Tax-free** | $0 34 | $0 34 |
| **Total** | $0 34 | $0 34 |



INVESTMENT REPORT
July 1, 2024 - July 31, 2024

## Holdings

Account # 239-641800
NOAH MOUA - ROTH IRA FOR MINOR

### Core Account

| Description | Beginning Market Value Jul 1, 2024 | Quantity Jul 31, 2024 | Price Per Unit Jul 31, 2024 | Ending Market Value Jul 31, 2024 | EAI ($) / EY (%) |
|---|---|---|---|---|---|
| FIDELITY GOVERNMENT MONEY MARKET (SPAXX) — 7-day yield 4.98% | $0.02 | 168.110 | $1.0000 | $168.11 | $8.36 4.970% |
| Total Core Account (100% of account holdings) | $0.02 | | | $168.11 | $8.36 |
| Total Holdings | | | | $168.11 | $8.36 |

EAI & EY   *Estimated Annual Income (EAI) & Estimated Yield (EY)- EAI is an estimate of annual income for a specific security position over the next rolling 12 months. EAI may be negative on short positions. EY is calculated by dividing the current EAI for a security position by its statement closing date market value. EAI and EY are estimates only and may include return of principal and/or capital gains, which would render them overstated. Actual income and yield might be lower or higher than the estimated amounts. For calculation details, refer to the "Additional Information and Endnotes" section*

## Activity

### Securities Bought & Sold

| Settlement Date | Security Name | Symbol/ CUSIP | Description | Quantity | Price | Cost | Transaction Cost | Amount |
|---|---|---|---|---|---|---|---|---|
| 07/17 | META MATERIALS INC COM NEW ISIN #US59134N3026 SEDOL #BQ67J98 | 59134N302 | You Sold Transaction Loss $1,532.61 | -55.000 | $3.05000 | $1,700.36 | - | $167.75 |
| Total Securities Sold | | | | | | $1,700.36 | - | $167.75 |
| Net Securities Bought & Sold | | | | | | | - | $167.75 |



INVESTMENT REPORT
July 1, 2024 - July 31, 2024

Account # 239-641800
NOAH MOUA - ROTH IRA FOR MINOR

## Activity

### Dividends, Interest & Other Income
(Includes dividend reinvestment)

| Settlement Date | Security Name | Symbol/CUSIP | Description | Quantity | Price | Amount |
|---|---|---|---|---|---|---|
| 07/31 | FIDELITY GOVERNMENT MONEY MARKET | 31617H102 | Dividend Received | - | - | $0.34 |
| **Total Dividends, Interest & Other Income** | | | | | | **$0.34** |

### Core Fund Activity
*For more information about the operation of your core account, please refer to your Customer Agreement*

| Settlement Date | Account Type | Transaction | Description | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|
| 07/17 | CASH | You Bought | FIDELITY GOVERNMENT MONEY MARKET MORNING TRADE @ 1 | 167.750 | $1.0000 | $167.75 | $167.77 |
| 07/31 | CASH | You Bought | FIDELITY GOVERNMENT MONEY MARKET @ 1 | 0.340 | 1.0000 | 0.34 | 168.11 |
| **Total Core Fund Activity** | | | | | | **$168.09** | |

*Cost basis and gain/loss information is provided as a service to our customers and is based on standards for filing US Federal Tax Returns as determined by Fidelity. This information is not intended to address tax law or reporting requirements applicable in your country of tax residence*