NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | | PROOF OF INTEREST |
|---|---|---|
| Name of Debtor<br>META MATERIALS, INC | Case Number<br>24-50792 | |

**1** Name and address of holder of the Equity Interest (the person or entity holding an Equity Interest in the Debtor Referred to hereinafter as the Interest holder)

Belle Moua
1169 Blackwood Ave
Clovis, CA 93619

Telephone Number (559) 412-8246

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest Attach copy of statement giving particulars

■ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors

RECEIVED AND FILED
DEC 11 2024
U S BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

COURT USE ONLY

*NOTE This form SHOULD NOT be used to make a claim against the Debtor for money owed A separate Proof of Claim form should be used for that purpose This form should only be used to assert an Equity Interest in the Debtor An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein*

Account or other number by which Interest holder identifies Debtor
239-848009

Check here if this claim
☐ replaces a previously filed Proof of Interest dated _____
☐ amends a previously filed Proof of Interest dated _____

**2** Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest

Fidelity Investments
P O Box 770001 Cincinnati OH 45277 0003
Telephone Number 800-529-2164

**3** Date Equity Interest was acquired
10/09/2023

**4** Total amount of member interest  55 SHARES FOR $1 532 56

**5** Certificate number(s)  SEE ATTACHED DOCUMENTATION

**6** Type of Equity Interest
Please indicate the type of Equity Interest you hold
■ Check this box if your Equity Interest is based on an actual member interest held in the Debtor
☐ Check this box if your Equity Interest is based on anything else and describe that interest
Description  INVESTOR

**7** Supporting Documents Attach copies of supporting documents such as stock certificates option agreements warrants etc
DO NOT SEND ORIGINAL DOCUMENTS If the documents are not available explain If the documents are voluminous attach a summary

**8** Date-Stamped Copy To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped self-addressed envelope and copy of this Proof of Interest

**9 Signature**
Check the appropriate box
■ I am the creditor   ☐ I am the creditor's authorized agent   ☐ I am the trustee or the debtor   ☐ I am a guarantor surety endorser or other codebtor
(Attach copy of power of attorney if any)   or their authorized agent.   (See Bankruptcy Rule 3005)
(See Bankruptcy Rule 3004)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge information and reasonable belief

Print Name  BELLE MOUA
Title
Company __ Address and telephone number (if different from notice address above)
1169 BLACKWOOD AVE
CLOVIS CA 93619

(Signature)   12/6/24 (Date)

Telephone number 559 412-8246   email BELLEMOUA321@GMAIL COM

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U S C §§ 152 AND 3571*

**PROOF OF INTEREST SUPLEMENTAL INFORMATION:**

**CASE: 24-50792, META MATERIALS, INC.**

**FOR: BELLE MOUA**

**BROKER:** Fidelity Investments

**ACCT#** 239-848009

**TRANSACTIONS [Pre-Reverse Split]**

    **TOTAL SHARES HELD PRE-SPLIT:** 5,472

Stocks

| Description | Quantity | Price Per Unit | Total Market Value | Cost | Unrealized Gain/Loss |
|---|---|---|---|---|---|
| **Common Stock** | | | | | |
| META MATERIALS INC COM ISIN #US59134N1046 SEDOL #BKSCVX7 (MMAT) | 5,472.000 | $0.0660 | $361.15 | $1,700.31 | -$1,339.16 |

**TRANSACTIONS [ Post-Reverse Split] Meta Materials (MMAT) completed a 1-for-100 reverse stock split on January 29, 2024.**

    **TOTAL SHARES HELD POST-REVERSE SPLIT:** 55

Securities Bought & Sold

| Settlement Date | Security Name | Symbol/CUSIP | Description | Quantity | Price | Cost | Transaction Cost | Amount |
|---|---|---|---|---|---|---|---|---|
| 07/17 | META MATERIALS INC COM NEW ISIN #US59134N3026 SEDOL #BQ67J98 | 59134N302 | You Sold Transaction Loss $1,532.56 | -55.000 | $3.05000 | $1,700.31 | - | $167.75 |
| Total Securities Sold | | | | | | $1,700.31 | - | $167.75 |
| Net Securities Bought & Sold | | | | | | | - | $167.75 |

| Account/Symbol | Cost | Proceeds | Short-Term Gain/Loss | Long-Term Gain/Loss | Total Gain/Loss |
|---|---|---|---|---|---|
| ROTH IRA 239848009 | | | | -$1,532.56 | -$1,532.56 |
| MMATQ META MATERIALS INC COM NEW ISIN #US59134N302 | $1,700.31 | $167.75 | - | -$1,532.56 | -$1,532.56 |

META MATERIALS INC COM NEW ISIN #US59134N3026 SEDOL #BQ67J98

| Acquired | Date Sold | Quantity | Cost Basis | Cost Basis Per Share | Proceeds | Proceeds Per Share | Short-Term Gain/Loss | Long-Term Gain/Loss |
|---|---|---|---|---|---|---|---|---|
| Oct-09-2023 | Jul-16-2024 | 4.684 | $100.10 | $21.37 | $14.30 | $3.05 | - | -$85.80 |
| May-01-2023 | Jul-16-2024 | 10.936 | $200.19 | $18.31 | $33.35 | $3.05 | - | -$166.84 |
| Apr-14-2023 | Jul-16-2024 | 22.846 | $492.56 | $21.56 | $69.68 | $3.05 | - | -$422.88 |
| Apr-14-2023 | Jul-16-2024 | 0.322 | $7.36 | $22.86 | $0.98 | $3.04 | - | -$6.38 |
| Apr-05-2023 | Jul-16-2024 | 4.915 | $200.49 | $40.79 | $14.99 | $3.05 | - | -$185.50 |
| Mar-22-2023 | Jul-16-2024 | 1.87 | $100.44 | $53.71 | $5.70 | $3.05 | - | -$94.74 |
| Mar-09-2023 | Jul-16-2024 | 1.819 | $99.55 | $54.73 | $5.55 | $3.05 | - | -$94.00 |
| Feb-22-2023 | Jul-16-2024 | 7.608 | $499.62 | $65.67 | $23.20 | $3.05 | - | -$476.42 |
| **Account Total** | | | $1,700.31 | | $167.75 | | - | -$1,532.56 | $1,532.56 |

**\* See Transaction documentation attached**



2023 YEAR-END INVESTMENT REPORT
January 1, 2023 - December 31, 2023

FIDELITY ROTH IRA BELLE MOUA - ROTH INDIVIDUAL RETIREMENT ACCOUNT - FMTC CUSTODIAN
▶ **Account Number** 239-848009

Envelope # BPVNZFBBDDZVG

BELLE MOUA
1169 BLACKWOOD AVE
CLOVIS CA 93619-8927

| | |
|---|---:|
| **Your Account Value** | **$361.25** |
| Change Since January 1 | ▲ $361 25 |
| Beginning Account Value as of Jan 1, 2023 | - |
| Additions | 0 10 |
| Transfers Between Fidelity Accounts | 493 57 |
| Change in Investment Value * | -132 42 |
| Ending Account Value as of Dec 31, 2023 ** | $361 25 |

**FOR YOUR INFORMATION**
This statement is not a replacement for your tax forms and may not reflect all adjustments necessary for your tax reporting purposes Refer to your IRS tax forms including your Form(s) 1099 and Form(s) 5498, which will be mailed to you under separate cover

\*   *Reflects appreciation or depreciation of your holdings due to price changes transactions from Other Activity In or Out and Multi currency transactions plus any distribution and income earned during the statement period*
\*\*  *Excludes unpriced securities*

**Contact Information**

| | |
|---|---:|
| Online | Fidelity com |
| FAST®-Automated Telephone | (800) 544-5555 |
| Customer Service | (800) 544-6666 |

Brokerage services provided by Fidelity Brokerage Services LLC (FBS) Member NYSE SIPC (800) 544 6666 Brokerage accounts carried by National Financial Services LLC (NFS) Member NYSE SIPC



2023 YEAR-END INVESTMENT REPORT
January 1, 2023 - December 31, 2023

## Account Summary

Account # 239-848009
BELLE MOUA - ROTH IRA

| | |
|---|---|
| Account Value | $361.25 |
| Change Since January 1 | ▲ $361 25 |
| Beginning Account Value as of Jan 1, 2023 | - |
| Additions | 0 10 |
| Exchanges In | 0 10 |
| Transfers Between Fidelity Accounts | 493 57 |
| Change in Investment Value * | -132 42 |
| Ending Account Value as of Dec 31, 2023 | $361 25 |

Account Holdings

100% Stocks ($361)

Total Account Trades Jan 2023 - Dec 2023  0

\* Reflects appreciation or depreciation of your holdings due to price changes transactions from Other Activity In or Out and Multi currency transactions plus any distribution and income earned during the statement period

## Holdings

### Core Account

| Description | Quantity | Price Per Unit | Total Market Value | Cost | Unrealized Gain/Loss |
|---|---|---|---|---|---|
| FIDELITY GOVERNMENT MONEY MARKET  (SPAXX) — 7-day yield  5 0% | 0 100 | $1 0000 | $0 10 | not applicable | not applicable |
| **Total Core Account (0% of account holdings)** | | | **$0 10** | | |

YR_CE_BPVNZFBBDDZVG_BBBBB 20240122



2023 YEAR-END INVESTMENT REPORT
January 1, 2023 - December 31, 2023

## Holdings

Account # 239-848009
BELLE MOUA - ROTH IRA

### Stocks

| Description | Quantity | Price Per Unit | Total Market Value | Cost | Unrealized Gain/Loss |
|---|---|---|---|---|---|
| **Common Stock** | | | | | |
| **META MATERIALS INC COM** ISIN #US59134N1046 SEDOL #BKSCVX7 (MMAT) | 5,472 000 | $0 0660 | $361 15 | $1,700 31 | -$1,339 16 |
| Total Common Stock (100% of account holdings) | | | $361 15 | $1,700 31 | -$1,339 16 |
| **Total Stocks (100% of account holdings)** | | | $361 15 | $1,700 31 | -$1,339 16 |
| **Total Holdings** | | | $361 25 | $1,700 31 | -$1,339 16 |

*Total Cost does not include the cost basis on core money market or other positions where cost basis is unknown or not applicable*

*All positions held in cash account unless indicated otherwise*

YR_CE_BPVNZFBBDDZVG_BBBBB 20240122



## Information About Your Fidelity Statement

**Lost or Stolen Cards** For 24 Hour worldwide customer service call 800-529 2164 for American Express or 800 323 5353 for Fidelity® Debit Card
**Additional Investments with Fidelity** Make checks payable to Fidelity Investments Include your account number on the check For retirement and health savings accounts (HSA) designate in the memo field whether your contribution is for the current or prior year Mail checks or other inquiries to Fidelity Investments P O Box 770001 Cincinnati OH 45277 0003
**Income Summary** Shows Income by tax status for the statement and year-to-date periods Except for interest income earned on or distributed by tax-exempt securities Fidelity reports dividends and capital gains held in taxable accounts as taxable income A portion of income reported as tax exempt income may be subject to alternative minimum taxes and/or state and local taxes In Traditional IRAs Rollover IRAs SEP IRAs SIMPLE IRAs and Keoghs earnings are reported as tax-deferred income In Roth IRAs and HSAs earnings are reported as tax exempt income as they may be federally tax-exempt if certain conditions are met
**Cost Basis Gain/Loss, and Holding Period Information** NFS is required to report certain cost basis and holding period information to the IRS on Form 1099 B Unless otherwise specified NFS applies the average cost method for open-end mutual funds and the first in first out (FIFO) method for all other securities Cost basis is adjusted for wash sales on securities with the same CUSIP held in the same account (unless your account receives mark to market reporting) Your statement may not reflect all adjustments required for tax purposes Customers should consult their tax advisors for further information
**Cost** Fidelity provides purchase cost information for securities held in retirement and HSA accounts Such information may be adjusted for certain transactions and does not reflect dividends or capital gains reinvestments Fidelity reports transaction profit or loss information when securities are sold within a retirement or HSA account Transaction profit or loss is calculated by subtracting purchase cost from sales proceeds using the FIFO method if shares were purchased at different times or prices **Statement Mailing** We deliver statements at least four times during the calendar year for any account with a balance
**Statement Discrepancies** Please review your statement and report any inaccuracies or discrepancies Inquiries, concerns or questions regarding your brokerage account or the activity therein should be directed to FBS by calling 800-544-6666 and NFS who carries your brokerage accounts by calling 866-408 1138 Any oral communications regarding inaccuracies or discrepancies should be reconfirmed in writing to protect your rights including those under the Securities Investor Protection Act (SIPA)
**Material Changes** Please advise us of material changes in your investment objectives or financial situation related to your brokerage account(s)
**Mutual Funds and Performance** Before investing consider the funds Investment objectives risks, charges and expenses Contact Fidelity for a prospectus containing this information Read it carefully Performance data shown represents past performance and is no guarantee of future results Investment return and principal value will fluctuate, so you may have a gain or loss when shares are sold Current performance may be higher or lower than that quoted Visit Fidelity com/performance for most recent month-end performance
**Sales Loads & Fees** Each fund reserves the right to terminate or modify its exchange privilege in the future In connection with (i) access to purchase sale exchange or redemption of and/or maintenance of positions in mutual funds ETFs and other investment products ( funds ) or (ii) infrastructure needed to support such funds some funds or their investment affiliates pay FBS and/or NFS sales loads and 12b 1 fees described in the prospectus as well as additional compensation for shareholder services start up fees platform support and maintenance and marketing engagement and analytics programs Additional information about the source(s) and amount(s) of compensation as well as other remuneration received by FBS or NFS will be furnished to you upon written request At the time you purchase shares of funds those shares will be assigned either a load transaction fee (TF) or no transaction fee (NTF) status When you subsequently sell those shares any fees applicable to your transaction will be assessed based on the status assigned to the shares at the time of purchase

## Additional Information About Your Brokerage Account, If Applicable

**Free credit balances (FCB)** are funds payable to you on demand FCB are subject to open commitments such as uncleared checks and exclude proceeds from sales of certificated securities without delivery of the certificate If your FCB is swept to a core position you can liquidate the core position and have the proceeds sent to you or held in your account subject to the terms of your account agreement Required rule 10b 10(a) information not contained herein will be provided on written request Fidelity may use this free credit balance in connection with its business subject to applicable law **Assets Separate from Your Brokerage Account** Only securities in the margin portion of your brokerage account contribute to margin and maintenance requirements Other Assets which may be reported on your statement including insurance products that are distributed by FBS and Fidelity Insurance Agency Inc and mutual fund only accounts held directly with the fund (Fidelity Mutual Fund Accounts) are not carried by NFS not covered by the Securities Investor Protection Corporation (SIPC) and do not count toward your margin and maintenance requirements Assets held in brokerage accounts managed by Fidelity Personal and Workplace Advisors LLC (FPWA) are carried by NFS and covered by SIPC but do not contribute to your margin and maintenance requirements **Short Account Balances** Securities sold short are held in a segregated short account These securities are marked to market for margin purposes and any increase or decrease from the previous week s value is transferred weekly to your margin account Fidelity represents your short account balance as of the last weekly mark to market not as of the statement end date **Information About Your Option Transactions** Each transaction confirmation previously delivered to you contains full information about commissions and other charges and such information is available promptly upon request Assignments of American and European-style options are allocated among customer short positions pursuant to a random allocation procedure a description is available upon request Short positions in American style options are liable for assignment anytime The writer of a European style option is subject to exercise assignment only during the exercise period For more information please call Fidelity at 800 544 6666 **Equity Dividend Reinvestment** Shares credited to your account resulted from transactions by FBS acting as agent for your account or the Depository Trust Company (DTC) **Price Information/Total Market Value** The Total Market Value has been calculated out to 9 decimal places but the individual unit price is displayed in 5 decimal places The Total Market Value represents prices obtained from various sources may be impacted by the frequency with which such prices are reported and such prices are not guaranteed Prices received from pricing vendors are generally based on current market quotes but when such quotes are not available the pricing vendors use a variety of techniques to estimate value These estimates particularly for fixed income securities may be based on certain minimum principal amounts (e g $1 million) and may not reflect all of the factors that affect the value of the security including liquidity risk In certain situations a price may be derived from a single market participant also known as a single broker quote The prices provided are not firm bids or offers Certain securities may reflect as N/A or unavailable where the price for such security is generally not available from a pricing source The Market Value of a security including those priced at par value may differ from its purchase price and may not closely reflect the value at which the security may be sold or purchased based on various market factors The sale or redemption of any fixed income security prior to maturity may result in a loss Prices for Certificates of Deposits (CDs) on your statement are generally estimates and are not based on actual market prices The secondary market for CDs is generally illiquid You should always request a current valuation for your securities prior to making a financial decision or placing an order
**Executing Orders on the Floor of the NYSE** The Floor broker may permit the Designated Market Maker to trade on parity with the order for some or all of the executions associated with filling that order where such permission would not be inconsistent with the broker's best execution obligations
**SIPC** Securities in accounts carried by NFS a Fidelity Investments company are protected in accordance with the SIPC up to $500 000 (Including cash claims limited to $250 000) For details including the SIPC brochure please see www sipc org or call 1-202 371-8300 NFS has arranged for additional protection for cash and covered securities to supplement its SIPC coverage Neither coverage protects against a decline in the market value of securities
**Fidelity Investments** Fidelity Distributors Company LLC (FDC) is the distributor for Fidelity Funds with marketing and shareholder services provided by FBS or NFS **Brokerage services are provided by FBS which clears all transactions through its affiliate NFS NFS carries all brokerage accounts FBS and NFS are members of the NYSE and SIPC** Upon written request Fidelity will mail an NFS financial statement which is also available for inspection at its office Fidelity Investments (with pyramid logo) is a trademark of FMR LLC
**FPWA Services** Fidelity Go® Fidelity Managed FidFolios℠ and Fidelity® Strategic Disciplines are advisory services offered by FPWA a registered investment adviser Fidelity® Strategic Disciplines includes the Breckinridge Intermediate Municipal Strategy the Fidelity® Equity Income Strategy the Fidelity® Tax Managed U S Equity Index Strategy the Fidelity® U S Large Cap Equity Strategy the Fidelity® International Equity Strategy the Fidelity® Tax Managed International Equity Index Strategy the Fidelity® Intermediate Municipal Strategy and the Fidelity® Core Bond Strategy Fidelity® Wealth Services are advisory services offered by FPWA or Fidelity Personal Trust Company FSB (FPTC) a federal savings bank Nondeposit investment products and trust services offered by FPTC and its affiliates are not insured or guaranteed by the Federal Deposit Insurance Corporation or any other government agency are not obligations of any bank and are subject to risk including possible loss of principal **These advisory services are provided for a fee** FBS NFS FDC FPWA and FPTC are direct or indirect subsidiaries of FMR LLC
**Miscellaneous** Mutual fund shares other securities held in your account and insurance products are neither deposits nor obligations of nor endorsed or guaranteed by any bank or other depositing institution nor are they federally insured by the FDIC or any other agency If you request a reprint of your statement the disclosure information may not be the same as the information originally provided To confirm that an authorized direct deposit has been made to your Fidelity Account or Fidelity Mutual Fund Account call Fidelity at 1 800 544-5555

588130 55 0



INVESTMENT REPORT
July 1, 2024 - July 31, 2024

Envelope # BQNXGFBBBMWTQ

BELLE MOUA
1169 BLACKWOOD AVE
CLOVIS CA 93619-8927

FIDELITY ROTH IRA BELLE MOUA - ROTH INDIVIDUAL RETIREMENT ACCOUNT - FMTC CUSTODIAN
▶ **Account Number** 239-848009

**Your Account Value** $168.19

**Change from Last Period** ▲ $2.54

|  | This Period | Year-to-Date |
|---|---|---|
| **Beginning Account Value** | $165.65 | $361.25 |
| Change in Investment Value * | 2.54 | -193.06 |
| **Ending Account Value** ** | $168.19 | $168.19 |
| Accrued Interest (AI) | 0.00 | |
| Ending Account Value Incl. AI | $168.19 | |

\*  *Reflects appreciation or depreciation of your holdings due to price changes, transactions from Other Activity In or Out and Multi currency transactions, plus any distribution and income earned during the statement period*

\*\* *Excludes unpriced securities*

## Contact Information

| Online | Fidelity.com |
|---|---|
| FAST®-Automated Telephone | (800) 544-5555 |
| Customer Service | (800) 544-6666 |

Brokerage services provided by Fidelity Brokerage Services LLC (FBS), Member NYSE, SIPC (800) 544-6666. Brokerage accounts carried by National Financial Services LLC (NFS), Member NYSE, SIPC

1 of 6

H03875619920240731



INVESTMENT REPORT
July 1, 2024 - July 31, 2024

## Account Summary

Account # 239-848009
BELLE MOUA - ROTH IRA

| Account Value | $168.19 |
|---|---|

### Change in Account Value ▲ $2 54

|  | This Period | Year-to-Date |
|---|---|---|
| **Beginning Account Value** | $165 65 | $361 25 |
| **Change in Investment Value *** | 2 54 | -193 06 |
| **Ending Account Value** | $168 19 | $168 19 |
| Accrued Interest (AI) | 0 00 |  |
| Ending Account Value Incl AI | $168 19 |  |

\* *Reflects appreciation or depreciation of your holdings due to price changes transactions from Other Activity In or Out and Multi currency transactions plus any distribution and income earned during the statement period*

### Account Holdings



100% Core Account ($168)

### Top Holdings

| Description | Value | Percent of Account |
|---|---|---|
| Fidelity Government Money Market | $168 | 100% |
| **Total** | **$168** | **100%** |

*Please note that due to rounding percentages may not add to 100%*

### Income Summary

|  | This Period | Year to-Date |
|---|---|---|
| **Tax-free** | $0 34 | $0 34 |
| **Total** | $0 34 | $0 34 |

MR_CE_BQNXGFBBBMWTQ_BBBBB 20240731



INVESTMENT REPORT
July 1, 2024 - July 31, 2024

## Holdings

Account # 239-848009
BELLE MOUA - ROTH IRA

### Core Account

| Description | Beginning Market Value Jul 1, 2024 | Quantity Jul 31, 2024 | Price Per Unit Jul 31, 2024 | Ending Market Value Jul 31, 2024 | EAI ($) / EY (%) |
|---|---|---|---|---|---|
| FIDELITY GOVERNMENT MONEY MARKET (SPAXX) – 7-day yield 4 98% | $0 10 | 168 190 | $1 0000 | $168 19 | $8 36 4 970% |
| Total Core Account (100% of account holdings) | $0 10 | | | $168 19 | $8 36 |

| Total Holdings | | | | $168 19 | $8 36 |
|---|---|---|---|---|---|

EAI  *Estimated Annual Income (EAI) & Estimated Yield (EY)*  EAI is an estimate of annual income for a specific security position over the next rolling 12 months  EAI may be negative on short
& EY   positions  EY is calculated by dividing the current EAI for a security position by its statement closing date market value  EAI and EY are estimates only and may include return of principal
and/or capital gains, which would render them overstated  Actual income and yield might be lower or higher than the estimated amounts  **For calculation details, refer to the
"Additional Information and Endnotes  section**

## Activity

### Securities Bought & Sold

| Settlement Date | Security Name | Symbol/ CUSIP | Description | Quantity | Price | Cost | Transaction Cost | Amount |
|---|---|---|---|---|---|---|---|---|
| 07/17 | META MATERIALS INC COM NEW ISIN #US59134N3026 SEDOL #BQ67J98 | 59134N302 | You Sold *Transaction Loss  $1 532 56* | -55 000 | $3 05000 | $1 700 31 | - | $167 75 |
| Total Securities Sold | | | | | | $1,700 31 | - | $167 75 |
| Net Securities Bought & Sold | | | | | | | - | $167 75 |

# Fidelity

INVESTMENT REPORT
July 1, 2024 - July 31, 2024

## Activity

Account # 239-848009
BELLE MOUA - ROTH IRA

### Dividends, Interest & Other Income

*(Includes dividend reinvestment)*

| Settlement Date | Security Name | Symbol/CUSIP | Description | Quantity | Price | Amount |
|---|---|---|---|---|---|---|
| 07/31 | FIDELITY GOVERNMENT MONEY MARKET | 31617H102 | Dividend Received | - | - | $0.34 |
| **Total Dividends, Interest & Other Income** | | | | | | **$0.34** |

### Core Fund Activity

*For more information about the operation of your core account, please refer to your Customer Agreement*

**Settlement Account**

| Date | Type | Transaction | Description | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|
| 07/17 | CASH | You Bought | FIDELITY GOVERNMENT MONEY MARKET MORNING TRADE @ 1 | 167.750 | $1.0000 | $167.75 | $167.85 |
| 07/31 | CASH | Reinvestment | FIDELITY GOVERNMENT MONEY MARKET REINVEST @ $1.000 | 0.340 | 1.0000 | 0.34 | 168.19 |
| **Total Core Fund Activity** | | | | | | **$168.09** | |

*Cost basis and gain/loss information is provided as a service to our customers and is based on standards for filing US Federal Tax Returns as determined by Fidelity. This information is not intended to address tax law or reporting requirements applicable in your country of tax residence*

## Additional Information and Endnotes

**Estimated Annual Income (EAI) & Estimated Yield (EY)** - EAI for fixed income is calculated using the coupon rate. For all other securities, EAI is calculated using an indicated annual dividend (IAD). The IAD is an estimate of a security's dividend payments for the next 12 months calculated based on prior and/or declared dividends for that security. EY reflects only the income generated by an investment and not changes in its price which may fluctuate. Interest and dividend rates are subject to change at any time and may be affected by current and future economic, political and business conditions. EAI and EY are provided for informational purposes only and should not be used or relied on for making investment trading or tax decisions. EAI and EY are based on data obtained from information providers believed to be reliable, but no assurance can be made as to accuracy timeliness or completeness. **Please refer to the Help/Glossary on Fidelity com for additional information regarding these calculations**



INVESTMENT REPORT
July 1, 2024 - July 31, 2024

Account # 239-848009
BELLE MOUA - ROTH IRA

## Additional Information and Endnotes

**Copyright 2022, S&P Global Market Intelligence** Reproduction of any information data or material including ratings ("Content") in any form is prohibited except with the prior written permission of the relevant party Such party, its affiliates and suppliers ("Content Providers") do not guarantee the accuracy, adequacy, completeness, timeliness or availability of any Content and are not responsible for any errors or omissions (negligent or otherwise), regardless of the cause, or for the results obtained from the use of such Content In no event shall Content Providers be liable for any damages, costs expenses, legal fees, or losses (including lost income or lost profit and opportunity costs) in connection with any use of the Content A reference to a particular investment or security, a rating or any observation concerning an investment that is part of the Content is not a recommendation to buy, sell or hold such investment or security, does not address the suitability of an investment or security and should not be relied on as investment advice Credit ratings are statements of opinions and are not statements of fact

**Moody's© Copyright 2022, Moody's Investors Service, Inc** ("Moody's") Moody's ratings ("Ratings") are proprietary to Moody's or its affiliates and are protected by copyright and other intellectual property laws Ratings are licensed to Licensee by Moody's RATINGS MAY NOT BE COPIED OR OTHERWISE REPRODUCED REPACKAGED, FURTHER TRANSMITTED, TRANSFERRED, DISSEMINATED, REDISTRIBUTED OR RESOLD, OR STORED FOR SUBSEQUENT USE FOR ANY SUCH PURPOSE IN WHOLE OR IN PART, IN ANY FORM OR MANNER OR BY ANY MEANS WHATSOEVER BY ANY PERSON WITHOUT MOODY'S PRIOR WRITTEN CONSENT Moody's® is a registered trademark

Please go to Fidelity com/disclosures to review important legal and regulatory disclosures Historical statements, confirms and other regulatory documents are available to access and download at Fidelity com/statements

For more information about your statement please refer to our **Frequently Asked Questions** document at **Fidelity com/statements**



## Information About Your Fidelity Statement

**Lost or Stolen Cards** For 24 Hour worldwide customer service call 800 529-2164 for American Express or 800 323 5353 for Fidelity® Debit Card

**Additional Investments with Fidelity** Make checks payable to Fidelity Investments Include your account number on the check For retirement and health savings accounts (HSA) designate in the memo field whether your contribution is for the current or prior year Mail checks or other inquiries to Fidelity Investments P O Box 770001 Cincinnati OH 45277-0003

**Income Summary** Shows income by tax status for the statement and year-to-date periods Except for interest income earned on or distributed by tax-exempt securities Fidelity reports dividends and capital gains held in taxable accounts as taxable income A portion of income reported as tax-exempt income may be subject to alternative minimum taxes and/or state and local taxes In Traditional IRAs Rollover IRAs SEP-IRAs SIMPLE IRAs and Keoghs earnings are reported as tax deferred income In Roth IRAs and HSAs earnings are reported as tax-exempt income as they may be federally tax-exempt if certain conditions are met

**Cost Basis Gain/Loss, and Holding Period Information** NFS is required to report certain cost basis and holding period information to the IRS on Form 1099-B Unless otherwise specified NFS applies the average cost method for open end mutual funds and the first in first-out (FIFO) method for all other securities Cost basis is adjusted for wash sales on securities with the same CUSIP held in the same account (unless your account receives mark to-market reporting) Your statement may not reflect all adjustments required for tax purposes Customers should consult their tax advisors for further information

**Cost** Fidelity provides purchase cost information for securities held in retirement and HSA accounts Such information may be adjusted for certain transactions and does not reflect dividends or capital gains reinvestments Fidelity reports transaction profit or loss information when securities are sold within a retirement or HSA account Transaction profit or loss is calculated by subtracting purchase cost from sales proceeds using the FIFO method if shares were purchased at different times or prices **Statement Mailing** We deliver statements at least four times during the calendar year for any account with a balance

**Statement Discrepancies** Please review your statement and report any inaccuracies or discrepancies Inquiries, concerns or questions regarding your brokerage account or the activity therein should be directed to FBS by calling 800-544-6666 and NFS, who carries your brokerage accounts by calling 866-408 1138 Any oral communications regarding inaccuracies or discrepancies should be reconfirmed in writing to protect your rights including those under the Securities Investor Protection Act (SIPA)

**Material Changes** Please advise us of material changes in your investment objectives or financial situation related to your brokerage account(s)

**Mutual Funds and Performance** Before investing consider the funds investment objectives risks charges and expenses Contact Fidelity for a prospectus containing this information Read it carefully Performance data shown represents past performance and is no guarantee of future results Investment return and principal value will fluctuate so you may have a gain or loss when shares are sold Current performance may be higher or lower than that quoted Visit Fidelity com/performance for most recent month-end performance

**Sales Loads & Fees** Each fund reserves the right to terminate or modify its exchange privilege in the future In connection with (i) access to purchase sale exchange or redemption of and/or maintenance of positions in mutual funds ETFs and other investment products ( funds ) or (ii) infrastructure needed to support such funds some funds or their investment affiliates pay FBS and/or NFS sales loads and 12b 1 fees described in the prospectus as well as additional compensation for shareholder services start up fees platform support and maintenance and marketing engagement and analytics programs Additional information about the source(s) and amount(s) of compensation as well as other remuneration received by FBS or NFS will be furnished to you upon written request At the time you purchase shares of funds those shares will be assigned either a load transaction fee (TF) or no transaction fee (NTF) status When you subsequently sell those shares any fees applicable to your transaction will be assessed based on the status assigned to the shares at the time of purchase

## Additional Information About Your Brokerage Account, If Applicable

**Free credit balances (FCB)** are funds payable to you on demand FCB are subject to open commitments such as uncleared checks and exclude proceeds from sales of certificated securities without delivery of the certificate If your FCB is swept to a core position you can liquidate the core position and have the proceeds sent to you or held in your account subject to the terms of your account agreement Required rule 10b 10(a) Information not contained herein will be provided on written request Fidelity may use this free credit balance in connection with its business subject to applicable law **Assets Separate from Your Brokerage Account** Only securities in the margin portion of your brokerage account contribute to margin and maintenance requirements Other Assets which may be reported on your statement including insurance products that are distributed by FBS and Fidelity Insurance Agency Inc and mutual fund only accounts held directly with the fund (Fidelity Mutual Fund Accounts) are not carried by NFS not covered by the Securities Investor Protection Corporation (SIPC) and do not count toward your margin and maintenance requirements Assets held in brokerage accounts managed by Fidelity Personal and Workplace Advisors LLC (FPWA) are carried by NFS and covered by SIPC but do not contribute to your margin and maintenance requirements **Short Account Balances** Securities sold short are held in a segregated short account These securities are marked to market for margin purposes and any increase or decrease from the previous week s value is transferred weekly to your margin account Fidelity represents your short account balance as of the last weekly mark to-market not as of the statement end date **Information About Your Option Transactions** Each transaction confirmation previously delivered to you contains full information about commissions and other charges and such information is available promptly upon request Assignments of American and European style options are allocated among customer short positions pursuant to a random allocation procedure a description is available upon request Short positions in American style options are liable for assignment anytime The writer of a European style option is subject to exercise assignment only during the exercise period For more information please call Fidelity at 800 544-6666 **Equity Dividend Reinvestment** Shares credited to your account resulted from transactions by FBS acting as agent for your account or the Depository Trust Company (DTC) **Price Information/Total Market Value** The Total Market Value has been calculated out to 9 decimal places but the individual unit price is displayed in 5 decimal places The Total Market Value represents prices obtained from various sources may be impacted by the frequency with which such prices are reported and such prices are not guaranteed Prices received from pricing vendors are generally based on current market quotes but when such quotes are not available the pricing vendors use a variety of techniques to estimate value These estimates particularly for fixed income securities may be based on certain minimum principal amounts (e g $1 million) and may not reflect all of the factors that affect the value of the security including liquidity risk In certain situations a price may be derived from a single market participant also known as a single broker quote The prices provided are not firm bids or offers Certain securities may reflect as N/A or unavailable where the price for such security is generally not available from a pricing source The Market Value of a security including those priced at par value may differ from its purchase price and may not closely reflect the value at which the security may be sold or purchased based on various market factors The sale or redemption of any fixed income security prior to maturity may result in a loss Prices for Certificates of Deposits (CDs) on your statement are generally estimates and are not based on actual market prices The secondary market for CDs is generally illiquid You should always request a current valuation for your securities prior to making a financial decision or placing an order

**Executing Orders on the Floor of the NYSE** The Floor broker may permit the Designated Market Maker to trade on parity with the order for some or all of the executions associated with filling that order where such permission would not be inconsistent with the broker's best execution obligations

**SIPC** Securities in accounts carried by NFS a Fidelity Investments company are protected in accordance with the SIPC up to $500 000 (including cash claims limited to $250 000) For details including the SIPC brochure please see www sipc org or call 1-202 371-8300 NFS has arranged for additional protection for cash and covered securities to supplement its SIPC coverage Neither coverage protects against a decline in the market value of securities

**Fidelity Investments** Fidelity Distributors Company LLC (FDC) is the distributor for Fidelity Funds with marketing and shareholder services provided by FBS or NFS **Brokerage services are provided by FBS which clears all transactions through its affiliate NFS NFS carries all brokerage accounts FBS and NFS are members of the NYSE and SIPC** Upon written request Fidelity will mail an NFS financial statement which is also available for inspection at its office Fidelity Investments (with pyramid logo) is a trademark of FMR LLC

**FPWA Services** Fidelity Go® Fidelity Managed FidFolios℠ and Fidelity® Strategic Disciplines are advisory services offered by FPWA a registered investment adviser Fidelity® Strategic Disciplines includes the Breckinridge Intermediate Municipal Strategy the Fidelity® Equity Income Strategy the Fidelity® Tax Managed U S Equity Index Strategy the Fidelity® U S Large Cap Equity Strategy the Fidelity® International Equity Strategy the Fidelity® Tax Managed International Equity Index Strategy the Fidelity® Intermediate Municipal Strategy and the Fidelity® Core Bond Strategy Fidelity® Wealth Services are advisory services offered by FPWA or Fidelity Personal Trust Company FSB (FPTC) a federal savings bank Nondeposit investment products and trust services offered by FPTC and its affiliates are not insured or guaranteed by the Federal Deposit Insurance Corporation or any other government agency are not obligations of any bank and are subject to risk including possible loss of principal **These advisory services are provided for a fee** FBS NFS FDC FPWA and FPTC are direct or indirect subsidiaries of FMR LLC

**Miscellaneous** Mutual fund shares other securities held in your account and insurance products are neither deposits nor obligations of nor endorsed or guaranteed by any bank or other depositing institution nor are they federally insured by the FDIC or any other agency If you request a reprint of your statement the disclosure information may not be the same as the information originally provided To confirm that an authorized direct deposit has been made to your Fidelity Account or Fidelity Mutual Fund Account call Fidelity at 1 800 544 5555

588130 55 0