NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | | PROOF OF INTEREST |
|---|---|---|
| **Name of Debtor** <br> META MATERIALS, INC | **Case Number** <br> 24-50792 | |

**1. Name and address of holder of the Equity Interest** (the person or entity holding an Equity Interest in the Debtor Referred to hereinafter as the Interest holder)

May Xiong
1169 Blackwood Ave
Clovis, CA 93619

Telephone Number (559) 375-2802

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest Attach copy of statement giving particulars

☒ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors

RECEIVED AND FILED
DEC 11 2024
U S BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

NOTE This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose This form should only be used to assert an Equity Interest in the Debtor An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein

COURT USE ONLY

**Account or other number by which Interest holder identifies Debtor**
5JB58632

Check here if this claim
☐ replaces a previously filed Proof of Interest dated _____
☐ amends a previously filed Proof of Interest dated _____

**2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest**

Webull Financial LLC Member FINRA (CRD 289063) SIPC
44 Wall Street 2nd Floor New York NY 10005
Telephone Number 1 (888) 828-0618

**3. Date Equity Interest was acquired**
10/13/2022

**4. Total amount of member interest** 233 SHARES FOR $18 344 69

**5. Certificate number(s)** SEE ATTACHED DOCUMENTATION

**6. Type of Equity Interest**
Please indicate the type of Equity Interest you hold
☒ Check this box if your Equity Interest is based on an actual member interest held in the Debtor
☐ Check this box if your Equity Interest is based on anything else and describe that interest
Description INVESTOR

**7. Supporting Documents** Attach copies of supporting documents such as stock certificates option agreements warrants etc
DO NOT SEND ORIGINAL DOCUMENTS If the documents are not available explain If the documents are voluminous attach a summary

**8. Date-Stamped Copy** To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest

**9 Signature**
Check the appropriate box
☒ I am the creditor    ☐ I am the creditor's authorized agent    ☐ I am the trustee or the debtor    ☐ I am a guarantor, surety endorser or other codebtor
(Attach copy of power of attorney if any)    or their authorized agent    (See Bankruptcy Rule 3005)
(See Bankruptcy Rule 3004)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information and reasonable belief

Print Name   MAY XIONG
Title
Company __ Address and telephone number (if different from notice address above)
1169 BLACKWOOD AVE
CLOVIS CA 93619

(Signature)  May Xiong   12/6/24 (Date)

Telephone number 559-412-8246   email MXIONG003@YAHOO COM

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both 18 U S C §§ 152 AND 3571*

**PROOF OF INTEREST SUPLEMENTAL INFORMATION:**

**CASE: 24-50792, META MATERIALS, INC.**

**FOR: MAY XIONG**

**BROKER:** Webull Financial LLC

**ACCT#** 5JB58632

**TRANSACTIONS [Pre-Reverse Split]**

    **TOTAL SHARES HELD PRE-SPLIT:** 23,202

| Symbol | Cusip | Quantity | Mult | Closing Price | Amount |
|---|---|---|---|---|---|
| MMAT | 59134N104 | 23202 | 1 | 0.0660 | 1,531.33 |

**TRANSACTIONS [ Post-Reverse Split] Meta Materials (MMAT) completed a 1-for-100 reverse stock split on January 29, 2024.**

    **TOTAL SHARES HELD POST-REVERSE SPLIT:** 233

**Equities & Options**
Currency: USD

| Symbol & Name | Trade Date | Settlement Date | Buy/Sell | Quantity | Price | Gross Amount | Commission | Fee/Tax | Net Amount | Remarks |
|---|---|---|---|---|---|---|---|---|---|---|
| MMATQ - 59134N302 META MATERIALS INC | 08/20/2024 | 08/21/2024 | S | -233.00 | 0.5300 | 123.49 | 0.00 | -0.05 | 123.44 | |

**Stock P&L — MMAT**

Trading Records

| Symbol | Name | P&L | Stocks P&L | Symbol | Side | Quantity | Avg Price | Fees | Filled Time |
|---|---|---|---|---|---|---|---|---|---|
| MMATQ | Meta Materials Inc | -$18,344.69 | -$18,344.69 | MMAT | Sell | 233.00000 | 0.5300 | 0.05 | 08/20/2024 11:24:21 EDT |

**\*\* See Transaction documentation attached**

| Name | Symbol | Side | Status | Filled | Total Qty | Price | Avg Price | Time-in-Force | Placed Time | Filled Time |
|---|---|---|---|---|---|---|---|---|---|---|
| Meta Materials Inc | MMATQ | Buy | Filled | 1480 | 1480 | @0 215 | 0 215 | GTC | 10/03/2023 07 32 43 EDT | 10/04/2023 11 20 52 EDT |
| Meta Materials Inc | MMATQ | Buy | Filled | 2564 | 2564 | @0 1947 | 0 1947 | GTC | 06/28/2023 08 48 44 EDT | 06/28/2023 08 48 44 EDT |
| Meta Materials Inc | MMATQ | Buy | Filled | 2304 | 2304 | @0 217 | 0 217 | GTC | 04/14/2023 09 19 36 EDT | 04/14/2023 09 19 36 EDT |
| Meta Materials Inc | MMATQ | Buy | Filled | 1854 | 1854 | @0 310 | 0 31 | GTC | 04/13/2023 19 12 39 EDT | 04/14/2023 04 05 42 EDT |
| Meta Materials Inc | MMATQ | Buy | Filled | 159 | 159 | @0 410 | 0 41 | GTC | 04/10/2023 12 35 21 EDT | 04/11/2023 10 52 00 EDT |
| Meta Materials Inc | MMATQ | Buy | Filled | 1515 | 1515 | @0 660 | 0 66 | GTC | 02/23/2023 15 45 48 EST | 02/23/2023 18 10 01 EST |
| Meta Materials Inc | MMATQ | Buy | Filled | 1515 | 1515 | @0 660 | 0 66 | GTC | 02/22/2023 11 20 58 EST | 02/22/2023 12 05 28 EST |
| Meta Materials Inc | MMATQ | Buy | Filled | 606 | 606 | @0 8258 | 0 8258 | GTC | 02/10/2023 12 13 00 EST | 02/10/2023 12 13 31 EST |
| Meta Materials Inc | MMATQ | Buy | Filled | 962 | 962 | @1 04 | 1 04 | GTC | 01/12/2023 13 28 51 EST | 01/12/2023 13 29 18 EST |
| Meta Materials Inc | MMATQ | Buy | Filled | 5517 | 5517 | @1 45 | 1 45 | GTC | 11/04/2022 10 34 32 EDT | 11/07/2022 13 44 04 EST |
| Meta Materials Inc | MMATQ | Buy | Filled | 1187 | 1187 | @1 25 | 1 25 | GTC | 11/02/2022 17 00 39 EDT | 11/03/2022 08 53 26 EDT |
| Meta Materials Inc | MMATQ | Buy | Filled | 805 | 805 | @1 30 | 1 3 | GTC | 11/02/2022 13 15 09 EDT | 11/02/2022 15 15 23 EDT |
| Meta Materials Inc | MMATQ | Buy | Filled | 1265 | 1265 | @0 800 | 0 8 | GTC | 10/19/2022 11 13 42 EDT | 10/20/2022 09 32 44 EDT |
| Meta Materials Inc | MMATQ | Buy | Filled | 1009 | 1009 | @0 9901 | 0 9901 | GTC | 10/13/2022 12 54 29 EDT | 10/13/2022 12 57 14 EDT |



| | |
|---|---|
| **Statement Period:** | 12/01/2023 - 12/31/2023 |
| **Account Name:** | MAY YING XIONG |
| **Account Number:** | 5JB58632 |
| **Account Type:** | CASH |
| **Account Address:** | 1169 BLACKWOOD AVE CLOVIS,CA,93619 |

Welcome to your Webull Brokerage Account Statement!

This document provides a comprehensive overview of your investment activities and holdings within your Webull brokerage account. It serves as a record of your transactions, portfolio performance, and important account details. Details regarding participation in fully-paid securities lending are also provided here. A glossary of key definitions and important terms are provided at the end of the document.

Please note that this statement is for informational purposes only and does not provide personalized investment advice. If you have any questions or need assistance, our customer support team is available to help.

Happy investing with Webull!

**OFFICE SERVING YOU**

44 Wall Street, 2nd Floor, New York, NY 10005

customerservices@webull.us

1 (888) 828-0618

## PORTFOLIO SUMMARY

This section provides an overview of cash and securities held in your Webull account as well as fully paid securities you have loaned through your participation in the Apex Clearing Fully Paid Securities Lending Program and the collateral held through the program's Trustee for your benefit at a bank

|  | Total Cash Balance | Market Value of Securities In Your Account | Market Value of Securities In Long Account | Market Value of Securities In Short Account | Market Value of Fully-Paid Securities Loaned | Collateral Value | Loan Value | Portfolio Market Value |
|---|---|---|---|---|---|---|---|---|
| Opening | 0 15 | 2 493 85 | 2 493 85 | 0 00 | 0 00 | 0 00 | 0 00 | 2 494 00 |
| Closing | 0 15 | 1 812 85 | 1 812 85 | 0 00 | 0 00 | 0 00 | 0 00 | 1 813 00 |

## CASH BALANCE DETAIL

|  | SIPC Cash Balance | FDIC Cash Balance | Total |
|---|---|---|---|
| Opening | 0 15 | 0 00 | 0 15 |
| Closing | 0 15 | 0 00 | 0 15 |

## CASH REPORT SUMMARY

This section provides a summary of all cash deposits withdrawals and other movements within your Webull brokerage account during the statement period Key definitions and terms can be found at the end of this document

|  | USD |
|---|---|
| Opening Cash | 0 15 |
| Deposits | 0 00 |
| Withdrawals | 0 00 |
| Trades (Sold) | 0 00 |
| Trades (Bought) | 0 00 |
| Fee/Tax | 0 00 |
| Dividends | 0 00 |
| Interest | 0 00 |
| Others | 0 00 |
| Closing Cash | 0 15 |
| Closing Cash (Settled) | 0 15 |

## OPEN POSITIONS

| Symbol | Cusip | Quantity | Multi | Closing Price | Amount |
|---|---|---|---|---|---|
| AMC | 00165C302 | 46 | 1 | 6 12 | 281 52 |
| MMAT | 59134N104 | 23202 | 1 | 0 0660 | 1 531 33 |

## NOTES

### KEY DEFINITIONS AND TERMS

1. Pending Dividends  The pending dividend section includes unpaid cash dividends that the shareholder is entitled to receive but have not been distributed in the statement period  Most often due to the declared payment date being in the future outside of the statement period
2. Accrued Interest  Interest is charged monthly  so this section will be the total interest incurred by the user in the statement period  rather than the portion of the interest charged  Additional detail provided in the important information section below
3. Trades (Sold)  Cash from selling securities
4. Trades (Bought)  Cash spent on buying securities
5. Multiplier(Mult)  In an individual stock option  the value of the contract is expressed as the product of a certain monetary amount and the underlying index  The certain monetary amount is fixed by the contract  which is referred to as the contract multiplier  At present  the stock is 1 by default and the individual stock option is 100
6. Closing Price  Last traded price on the last trading date of the month  Note  closing prices are indicative and may be from third-party sources  Webull does not warrant the accuracy of the prices provided by third party sources
7. The sum of Exchange related fees  transaction related fees  stamp duty  withholding tax  contract fees  commissions  or other fees or taxes
8. Webull does not charge any fees for currency exchanges  Exchange rate is prone to be impacted by the market exchange rates  Please take exchange rates on market as reference
9. All transactions are based on a First In  First-out ( FIFO ) method
10. Trade Records  Displays all GTC (Good Till Cancelled) orders in your account  Also included in the section are GTX orders (GTC orders eligible for extended trading hours)
11. Account Types  C = Cash  M = Margin  S = Short  X = RVP/DVP  and O = Other
12. FPSL  The Apex Clearing Corporation Fully Paid Securities Lending Program
13. Market Value of Securities Held Long  Includes the market value of securities held in non-short account types (i e  Cash account  Margin account)
14. Market Value of Securities Held Short  Includes the market value of securities held in the short account type  Bona fide short positions will mark to market on a daily basis between the margin and short account types based on prevailing closing prices of the security which was shorted
15. Market Value of Fully Paid Securities Loaned  The market value of the fully paid securities you have loaned through participating in the Apex Clearing Corporation Fully Paid Securities Lending Program
16. Collateral Value and Loan Value  Collateral Value and Loan Value are related to the fully paid securities lent by you under the FPSL program  Collateral Value is the amount of collateral (e g  cash) held on your behalf through the program s Trustee for your benefit at a bank  Loan Value is the market value of the fully paid securities you have loaned  subject to rounding convention  through participating in the FPSL Program  See the Master Securities Lending Agreement for Apex Clearing Corporation Fully Paid Securities Lending Program for complete program details
17. Portfolio Market Value  The sum of the cash in your account (i e  Total Cash Value)  the securities in your account (i e  Market Value of Securities in Your Account)  and the market value of the fully paid securities on loan (i e  Market Value of Fully Paid Securities Loaned)
18. Payment in Lieu  Cash distributions paid on fully paid securities on loan in the Securities Lending Income Program will be credited to your Webull account in the form of a  cash in lieu  payment  Receipt of cash in-lieu payments may have different taxable consequences than receipt of the actual dividends from the issuer

### IMPORTANT INFORMATION

1. Webull carries your account on an omnibus basis with Apex Clearing Corporation  which acts as the clearing broker
2. If there are any material changes regarding your contact information  investment objectives  or financial situation  advise Webull promptly by updating your information using the Webull platform or by contacting customerservices@webull us
3. If this is a margin account and we maintain a special memorandum account for you  this is a combined statement of your general account and special memorandum account maintained for you under Regulation T issued by the Board of Governors of the Federal Reserve System  The permanent record of the special memorandum account as required by Regulation T is available for your inspection at your request
4. The interest charged on the debit balance in your account is shown on this statement  Interest on debit balances is calculated for each calendar day and charged monthly  The interest settlement cycle begins from the prior month s settlement date to the latest settlement date before the 15th of each month  The margin rate is variable and is determined by the size of the margin loan  The margin rate is set at Webull s discretion and is subject to change without notice  The daily interest charge is calculated by multiplying the debit balance by the margin interest rate divided by a 360 calendar year  When calculating margin interest  the free credit balance in the account will offset any debit in the margin account and the interest will be charged on the net debit balance

5. We are required to report to the Internal Revenue Service all cash dividends and registered bond interest credited to your account on securities held for you in our name All dividends and interest credits should be included in your income tax return Webull s policy is to pay all dividends and interest in US Dollars Webull will allow the following countries to be paid in their foreign currency (Canadian Dollars British Pounds Euros Argentine Peso Chinese Renminbi Korean Won Philippine Peso and Brazilian Real)
6. Information related to fees and other charges incurred in connection with listed options transactions occurring during the month has previously been furnished to you in confirmation of such transactions A summary of this information will be made available to you promptly upon request Exercise assignment notices for option contracts are randomly allocated among customer short positions A more detailed description of our random allocation procedure is available upon request
7. Crypto For your convenience Webull includes information for your cryptocurrency account with Apex Crypto Webull is not party to any transactions in cryptocurrency and does not custody cryptocurrency on your behalf Apex Crypto is your counterparty for any transactions in cryptocurrency and any position in cryptocurrency us custodied solely with Apex Crypto Cryptocurrency held with Apex Crypto is not protected by SIPC
8. SIPC Coverage Webull is a Member of SIPC which protects securities customers of its members up to $500 000 (including $250 000 for claims for cash) Explanatory brochure available upon request or at www sipc org Deposits held away from Webull may not qualify under SIPC protection
9. Any free credit balance represents funds payable upon demand which although properly accounted for on our books of records is not segregated and may be used in the conduct of this firm s business as permissible under the SEC Rule 15c3 2
10. Rate on Customer Collateral represents the interest paid on the collateral posted to the customer's account and received from lending stock A positive rate indicates a benefit to the lender

## NOTICE TO CUSTOMERS

1. Webull utilizes the service of Apex Clearing Corporation ( Apex ) as a custodian to hold clients assets in omnibus accounts Apex a full-service broker-dealer is a member of FINRA and SIPC As custodian Apex is responsible for holding maintaining and handling assets in the manner instructed by Webull as per the clients direction As a clearing agent Apex provides securities clearance and may order execution based on Webull instructions By opening an account at Webull you have agreed to Webull s use of an omnibus account with Apex as custodian
2. You are a customer of Webull Apex is not involved with or has any responsibility for decisions regarding securities transactions in your account Webull is responsible for opening approving and monitoring all activities in connection with your account The entry of orders and any instructions regarding the deposit or withdrawal of securities or monies should be made through Webull
3. Interest charges to your account may be based on the size and net debit balance during the interest period These rates are subject to revision For more complete information regarding interest charges to customers consult the Webull Fee Schedule available at webull com/pricing
4. Fully Paid Lending Program Customers participating in the Fully Paid Securities Lending Program should be aware that shares on loan are not covered by SIPC Cash or securities collateralizing fully paid securities loaned are held at JP Morgan Chase & Co and are not subject to SIPC protections Please consult the Master Securities Lending Agreement for additional information available at webull com/policy
5. In case of errors or questions about your electronic transfers if you think your statement or receipt is wrong or if you need more information about a transaction listed email customerservices@webull us Webull must hear from you no later than 60 days after you were sent the first statement on which the problem or error appeared When reaching out please include your name account number a description of the item you are unsure about a clear explanation as to why you believe it is an error and the dollar amount of the suspected error
6. Webull will investigate your complaint and will correct any error promptly If we take more than 10 business days to do this Webull will credit your account for the amount you think is in error so that you will have the use of the funds during the time it takes Webull to complete our investigation
7. FINRA Investor Brochure Webull is a member of FINRA and we are required to inform you of the availability of the FINRA Investor Brochure which contains information on FINRA BrokerCheck You may contact FINRA at 800 289 9999 or at their website www finra org Webull carries your account and acts as your custodian for funds and Apex acts as your custodian for securities Any suspected inaccuracy or discrepancy in your account statement must be promptly reported to Webull In order to protect your rights including your right to SIPC coverage please confirm any oral communication in writing and include your brokerage account number General inquiries or concerns regarding your account should be directed to Webull Account positions and balance inquires or concerns should be directed to Webull via the Help Center
8. The SEC requires all broker-dealers that route orders in equity securities and options to make available quarterly reports that present a general overview of their routing practices The reports must identify the significant venues to which customer orders were routed for execution during the applicable quarter and disclose the material aspect of the broker dealer s relationship with such venues In addition the Rule (SEC 606) requires broker-dealers to disclose on customer request the venues to which the six months prior to the request and the execution time for the orders that were executed For further information please contact Webull
9. All trade confirmations are transmitted on or about the transaction date For certain Index Options Webull charges a per contract fee referred to as the Webull Index Option Contract Fee The Tax/Fee column is an aggregate of the following fees the Webull Index Option Contract Fee the Proprietary Index Option Fee the OCC fee the Regulatory Transaction (SEC) Fee Trading Activity Fee (TAF) and Options Regulatory Fee (ORF) whenever applicable For more details please visit www webull com/pricing
10. Cost Basis for Foreign Account Statements Cost basis is required to be reported in U S dollars for tax purposes It is the responsibility of the account holder to convert sales proceeds paid in foreign currency to U S dollars to avoid inaccurate cost basis calculations When reporting the purchase or sale you must determine the U S dollar amounts to be reported as of the settlement date at the spot rate or by following a reasonable spot rate convention See Regulations section 1 6045 1(d)(8)
11. Please retain this statement as it will be helpful in preparing your income tax returns and may be needed along with subsequent statements to verify interest charges in your account This statement shall be deemed conclusive unless objected to in writing within 10 days of the statement closing date Mutual funds and other securities are not insured by FDIC are not deposits obligations of Webull
12. A financial statement of Webull Financial LLC is available for your personal inspection at www webull com or a copy of it can be mailed to you upon your written request
13. Please contact Webull Financial LLC ( Webull ) customer service to report any inaccuracy or discrepancy in this statement via In-App ticket email at customerservices@webull us or by phone at 1 (888) 828-0618

## STATEMENT OF FINANCIAL CONDITION

1. Pursuant to the Securities Exchange Act of 1934 Webull Financial LLC ( Webull ) is required to provide clients with certain financial information The Unaudited Statement of Financial Condition of Webull Financial LLC as of June 30 2023 is available on the Webull website at www webull com/policy A copy of this document may also be obtained at no cost by calling Webull at 1 (888) 828 0618
2. On June 30 2023 Webull Financial LLC had net capital of $120 513 227 which exceeded its required net capital of $250 000 by $120 263 227



| | |
|---|---|
| **Statement Period:** | 08/01/2024 - 08/31/2024 |
| **Account Name:** | MAY YING XIONG |
| **Account Number:** | 5JB58632 |
| **Account Type:** | CASH |
| **Account Address:** | 1169 BLACKWOOD AVE CLOVIS,CA,93619 |

Welcome to your Webull Summary Statement!

This document provides a comprehensive overview of your investment activities and holdings within your Webull brokerage account. It serves as a record of your transactions, portfolio performance, and important account details. Details regarding participation in fully-paid securities lending are also provided here. A glossary of key definitions and important terms are provided at the end of the document.

Please note that this statement is for informational purposes only and does not provide personalized investment advice. If you have any questions or need assistance, our customer support team is available to help.

Please note that externally held assets are included on the statement solely as a courtesy; information (including valuation) for such externally held assets is derived from external sources for which the member is not responsible; and externally held assets may not be covered by SIPC. Funds deposited with Program Banks of Webull's Cash Management Program are insured, in aggregate, up to $250,000 per Program Bank, per depositor, for each account ownership category, by the FDIC.

Happy investing with Webull!

**OFFICE SERVING YOU**
Webull Financial LLC
Member FINRA (CRD: 289063), SIPC
44 Wall Street, 2nd Floor
New York, NY 10005
support@webull.us
1 (888) 828-0618

**WEBULL'S CLEARING BROKER**
Apex Clearing Corporation
Member FINRA (CRD: 13071), SIPC
350 N. St. Paul Suite 1300
Dallas, TX 75201
cs@apexclearing.com

## SUMMARY STATEMENT

This section provides a consolidated view of assets held in your brokerage account at Webull including cash and securities and assets related to the activity in your brokerage account but held outside of Webull including fully paid securities lent to Apex through your participation in the Apex Clearing Fully Paid Securities Lending Program the collateral you held through the FPSL Program's Trustee and cash you hold in Webull's FDIC insured bank sweep program

| Assets Held in Webull Account | Prior Month Jul 31,2024 Total | Current Month Aug 31,2024 Long | Short | Total | Change |
|---|---|---|---|---|---|
| SIPC Cash Balance | 3 46 | | | 126 90 | +123 44 |
| Stock | 1 326 44 | 713 36 | 0 00 | 713 36 | 613 08 |
| Bonds | 0 00 | 0 00 | 0 00 | 0 00 | +0 00 |
| Options | 0 00 | 0 00 | 0 00 | 0 00 | +0 00 |
| Mutual Funds | 0 00 | 0 00 | 0 00 | 0 00 | +0 00 |
| Securities Lent | 0 00 | 0 00 | 0 00 | 0 00 | +0 00 |
| Assets Held Away From Webull Account | | | | | |
| FDIC Cash Balance | 0 00 | | | 0 00 | +0 00 |
| Collateral Value | 0 00 | 0 00 | 0 00 | 0 00 | +0 00 |
| Total(Combined Assets) | 1 329 90 | 713 36 | 0 00 | 840 26 | -489 64 |

## CASH BALANCE DETAIL

| | SIPC Cash Balance | FDIC Cash Balance | Total |
|---|---|---|---|
| Opening | 3 46 | 0 00 | 3 46 |
| Closing | 126 90 | 0 00 | 126 90 |

Important Notice  Webull is a Member of SIPC  which protects securities customers of its members up to $500 000 (including $250 000 for claims for cash)  Funds deposited at Program Banks in the Webull Cash Management Program are insured  in aggregate  up to $250 000 per Program Bank  per depositor  for each account ownership category  by the FDIC

## CASH REPORT SUMMARY

This section provides a summary of all cash deposits  withdrawals  and other movements within your Webull brokerage account during the statement period  Key definitions and terms can be found at the end of this document

| | USD |
|---|---|
| Opening Cash | 3 46 |
| Deposits | 0 00 |
| Withdrawals | 0 00 |
| Trades (Sold) | 123 49 |
| Trades (Bought) | 0 00 |
| Fee | -0 05 |
| Tax | 0 00 |
| Commission | 0 00 |
| Dividends | 0 00 |
| Interest | 0 00 |
| Others | 0 00 |
| Closing Cash | 126 90 |
| Closing Cash (Settled) | 126 90 |

## SECURITIES TRADING ACTIVITY

### Equities & Options

Currency USD

| Symbol & Name | Trade Date | Settlement Date | Buy/Sell | Quantity | Price | Gross Amount | Commission | Fee/Tax | Net Amount | Remarks |
|---|---|---|---|---|---|---|---|---|---|---|
| MMATQ  59134N302<br>META MATERIALS INC | 08/20/2024 | 08/21/2024 | S | 233 00 | 0 5300 | 123 49 | 0 00 | 0 05 | 123 44 | |

## OPEN POSITIONS

### Equities & Options

| Symbol | Cusip | Quantity | Mult | Closing Price | Amount |
|---|---|---|---|---|---|
| AMC | 00165C302 | 148 | 1 | 4 82 | 713 36 |

## NOTES

### KEY DEFINITIONS AND TERMS

1. Accrued Dividends  The pending dividend section includes unpaid cash dividends that the shareholder is entitled to receive but have not been distributed in the statement period  Most often due to the declared payment date being in the future outside of the statement period
2. Accrued Balance  Interest is charged monthly  so this section will be the total interest incurred by the user in the statement period  rather than the portion of the interest charged  Additional detail provided in the important information section below
3. Trades (Sold)  Cash from selling securities
4. Trades (Bought)  Cash spent on buying securities
5. Multiplier(Mult)  In an individual stock option  the value of the contract is expressed as the product of a certain monetary amount and the underlying index  The certain monetary amount is fixed by the contract  which is referred to as the contract multiplier  At present  the stock is 1 by default and the individual stock option is 100
6. Closing Price  Last traded price on the last trading date of the month  Note  closing prices are indicative and may be from third party sources  Webull does not warrant the accuracy of the prices provided by third-party sources
7. The sum of Exchange related fees  transaction related fees  stamp duty  withholding tax  contract fees  commissions  or other fees or taxes
8. Webull does not charge any fees for currency exchanges  Exchange rate is prone to be impacted by the market exchange rates  Please take exchange rates on market as reference
9. All transactions are based on a First In  First-out ( FIFO ) method
10. Trade Records  Displays all GTC (Good Till Cancelled) orders in your account  Also included in the section are GTX orders (GTC orders eligible for extended trading hours)
11. Account Types  C = Cash  M = Margin  S = Short  X = RVP/DVP  and O = Other
12. FPSL  The Apex Clearing Corporation Fully Paid Securities Lending Program
13. Market Value of Securities Held Long  includes the market value of securities held in non-short account types (i e  Cash account  Margin account)
14. Market Value of Securities Held Short  includes the market value of securities held in the short account type  Bona fide short positions will mark to market on a daily basis between the margin and short account types based on prevailing closing prices of the security which was shorted
15. Market Value of Fully Paid Securities Loaned  The market value of the fully paid securities you have loaned through participating in the Apex Clearing Corporation Fully Paid Securities Lending Program
16. Collateral Value and Loan Value  Collateral Value and Loan Value are related to the fully paid securities lent by you under the FPSL program  Collateral Value is the amount of collateral (e g  cash) held on your behalf through the program s Trustee for your benefit at a bank  Loan Value is the market value of the fully paid securities you have loaned  subject to rounding convention  through participating in the FPSL Program  See the Master Securities Lending Agreement for Apex Clearing Corporation Fully Paid Securities Lending Program for complete program details
17. Portfolio Market Value  The sum of the cash in your account (i e  Total Cash Value)  the securities in your account (i e  Market Value of Securities in Your Account)  and the market value of the fully paid securities on loan (i e  Market Value of Fully Paid Securities Loaned)
18. Payment In Lieu  Cash distributions paid on fully paid securities on loan in the Securities Lending Income Program will be credited to your Webull account in the form of a  cash in-lieu  payment  Receipt of cash in-lieu payments may have different taxable consequences than receipt of the actual dividends from the issuer
19. SIPC Cash Balance  Cash held in the brokerage account
20. FDIC Cash Balance  Cash swept into Program Banks through the bank sweep program

**IMPORTANT INFORMATION**

1. Webull carries your account on an omnibus basis with Apex Clearing Corporation which acts as the clearing broker
2. If there are any material changes regarding your contact information investment objectives or financial situation advise Webull promptly by updating your information using the Webull platform or by contacting support@webull us
3. If this is a margin account and we maintain a special memorandum account for you this is a combined statement of your general account and special memorandum account maintained for you under Regulation T issued by the Board of Governors of the Federal Reserve System The permanent record of the special memorandum account as required by Regulation T is available for your inspection at your request
4. The interest charged on the debit balance in your account is shown on this statement Interest on debit balances is calculated for each calendar day and charged monthly The interest settlement cycle begins from the prior month s settlement date to the latest settlement date before the 15th of each month The margin rate is variable and is determined by the size of the margin loan The margin rate is set at Webull s discretion and is subject to change without notice The daily interest charge is calculated by multiplying the debit balance by the margin interest rate divided by a 360 calendar year When calculating margin interest the free credit balance in the account will offset any debit in the margin account and the interest will be charged on the net debit balance
5. We are required to report to the Internal Revenue Service all cash dividends and registered bond interest credited to your account on securities held for you in our name All dividends and interest credits should be included in your income tax return Webull s policy is to pay all dividends and interest in US Dollars Webull will allow the following countries to be paid in their foreign currency (Canadian Dollars British Pounds Euros Argentine Peso Chinese Renminbi Korean Won Philippine Peso and Brazilian Real)
6. Information related to fees and other charges incurred in connection with listed options transactions occurring during the month has previously been furnished to you in confirmation of such transactions A summary of this information will be made available to you promptly upon request Exercise assignment notices for option contracts are randomly allocated among customer short positions A more detailed description of our random allocation procedure is available upon request
7. SIPC Coverage Webull is a Member of SIPC which protects securities customers of its members up to $500 000 (including $250 000 for claims for cash) Explanatory brochure available upon request or at www sipc org Deposits held away from Webull may not qualify under SIPC protection
8. Any free credit balance represents funds payable upon demand which although properly accounted for on our books of records is not segregated and may be used in the conduct of this firm s business as permissible under the SEC Rule 15c3 2
9. Rate on Customer Collateral represents the interest paid on the collateral posted to the customer's account and received from lending stock A positive rate indicates a benefit to the lender
10. Fixed Income Bond transactions are executed by our clearing broker Apex who charges a mark up or mark-down on the trade Apex shares a negotiated portion of this markup with its vendor Moment and with Webull A mark up and mark-down will impact the price you pay for a bond transaction and may impact your effective yield on the bond Call features for bonds preferred stocks and other convertible securities may affect the yield on your investment For zero coupon compound interest and multiplier securities there are no periodic payments and securities may be callable below maturity value without notice to a holder unless registered Redeeming or selling your position prior to maturity may reduce the yield or result in a loss For additional information regarding bond yield please contact support@webull us
11. Fixed income securities carry various risks including interest rate risk inflation risk callable risk liquidity and default risk If the debt security is unrated by a nationally recognized statistical rating organization it may pose a high risk of default You should consult a financial advisor to determine whether unrated bonds are appropriate for your portfolio considering your goals and your financial circumstances Additional information regarding the risk of bond trading is available at www webull com /policy
12. Investors should be aware that money market mutual funds are not guaranteed their share value may fluctuate and there is a risk of loss including the possible loss of principal See additional details in the Mutual Fund Risk Disclosure on www webull com/policy

**NOTICE TO CUSTOMERS**

1. Webull utilizes the service of Apex Clearing Corporation ( Apex") as a custodian to hold clients assets in omnibus accounts Apex a full service broker-dealer is a member of FINRA and SIPC As custodian Apex is responsible for holding maintaining and handling assets in the manner instructed by Webull as per the clients direction As a clearing agent Apex provides securities clearance and may order execution based on Webull instructions By opening an account at Webull you have agreed to Webull s use of an omnibus account with Apex as custodian
2. You are a customer of Webull Apex is not involved with or has any responsibility for decisions regarding securities transactions in your account Webull is responsible for opening approving and monitoring all activities in connection with your account The entry of orders and any instructions regarding the deposit or withdrawal of securities or monies should be made through Webull
3. Interest charges to your account may be based on the size and net debit balance during the interest period These rates are subject to revision For more complete information regarding interest charges to customers consult the Webull Fee Schedule available at webull com/pricing
4. Fully Paid Lending Program Customers participating in the Fully Paid Securities Lending Program should be aware that shares on loan are not covered by SIPC Cash collateralizing fully paid securities loaned are held at Wilmington Trust and are not subject to SIPC protections Please consult the Master Securities Lending Agreement for additional information available at webull com/policy
5. In case of errors or questions about your electronic transfers if you think your statement or receipt is wrong or if you need more information about a transaction listed email support@webull us Webull must hear from you no later than 60 days after you were sent the first statement on which the problem or error appeared When reaching out please include your name account number a description of the item you are unsure about a clear explanation as to why you believe it is an error and the dollar amount of the suspected error
6. Webull will investigate your complaint and will correct any error promptly If we take more than 10 business days to do this Webull will credit your account for the amount you think is in error so that you will have the use of the funds during the time it takes Webull to complete our investigation
7. FINRA Investor Brochure Webull is a member of FINRA and we are required to inform you of the availability of the FINRA Investor Brochure which contains information on FINRA BrokerCheck You may contact FINRA at 800-289 9999 or at their website www finra org Webull carries your account and acts as your custodian for funds and Apex acts as your custodian for securities Any suspected inaccuracy or discrepancy in your account statement must be promptly reported to Webull In order to protect your rights including your right to SIPC coverage please confirm any oral communication in writing and include your brokerage account number General inquiries or concerns regarding your account should be directed to Webull Account positions and balance inquires or concerns should be directed to Webull via the Help Center
8. The SEC requires all broker-dealers that route orders in equity securities and options to make available quarterly reports that present a general overview of their routing practices The reports must identify the significant venues to which customer orders were routed for execution during the applicable quarter and disclose the material aspect of the broker-dealer's relationship with such venues In addition the Rule (SEC 606) requires broker-dealers to disclose on customer request the venues to which the six months prior to the request and the execution time for the orders that were executed For further information please contact Webull
9. All trade confirmations are transmitted on or about the transaction date For certain Index Options Webull charges a per contract fee referred to as the Webull Index Option Contract Fee The Tax/Fee column is an aggregate of the following fees the Webull Index Option Contract Fee the Proprietary Index Option Fee the OCC fee the Regulatory Transaction (SEC) Fee Trading Activity Fee (TAF) and Options Regulatory Fee (ORF) whenever applicable For more details please visit www webull com/pricing
10. Cost Basis for Foreign Account Statements Cost basis is required to be reported in U S dollars for tax purposes It is the responsibility of the account holder to convert sales proceeds paid in foreign currency to U S dollars to avoid inaccurate cost basis calculations When reporting the purchase or sale you must determine the U S dollar amounts to be reported as of the settlement date at the spot rate or by following a reasonable spot rate convention See Regulations section 1 6045 1(d)(8)

11. Please retain this statement as it will be helpful in preparing your income tax returns and may be needed along with subsequent statements to verify interest charges in your account. This statement shall be deemed conclusive unless objected to in writing within 10 days of the statement closing date. Mutual funds and other securities are not insured by FDIC, are not deposits, obligations of Webull
12. A financial statement of Webull Financial LLC is available for your personal inspection at www.webull.com or a copy of it can be mailed to you upon your written request
13. Please contact Webull Financial LLC ("Webull") customer service to report any inaccuracy or discrepancy in this statement via in App ticket, email at support@webull.us or by phone at 1 (888) 828-0618

**STATEMENT OF FINANCIAL CONDITION**

1. Pursuant to the Securities Exchange Act of 1934, Webull Financial LLC ("Webull") is required to provide clients with certain financial information. The unaudited Statement of Financial Condition of Webull Financial LLC as of June 30, 2024 is available on the Webull website at www.webull.com/policy. A copy of this document may also be obtained at no cost by calling Webull at 1 (888) 828 0618
2. On June 30, 2024, Webull Financial LLC had net capital of $142,347,631 which exceeded its required net capital of $4,079,266 by $138,268,365