NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | PROOF OF INTEREST |
|---|---|

| Name of Debtor: Meta Materials Inc | Case Number: 24-50792 |
|---|---|

**1   Name and address of holder of the Equity Interest** (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder")

David Alonzo Cardenas
27401 Padilla
Mission Viejo CA, 92691

Telephone Number: (949) 306-1677

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars

☒ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors

RECEIVED
AND FILED

DEC 11 2024

U S BANKRUPTCY COURT
MARY A SCHOTT, CLERK

**NOTE. This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.**

COURT USE ONLY

| Account or other number by which Interest holder identifies Debtor: # 6678-0208 | Check here if this claim: ☐ replaces a previously filed Proof of Interest dated: _____ ☐ amends a previously filed Proof of Interest dated: _____ |
|---|---|

**2   Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest**

Charles Schwab Inc
El Paso Operations Center
P O Box 982600 TX, 79998-2600
Telephone Number: 1-800-435-4000

**3   Date Equity Interest was acquired**
See attached form (copies)

**4   Total amount of member interest** Qty 109  $64,483.79

**5   Certificate number(s)** _____

**6   Type of Equity Interest:**
Please indicate the type of Equity Interest you hold.
☒ Check this box if your Equity Interest is based on an actual member interest held in the Debtor
☐ Check this box if your Equity Interest is based on anything else and describe that interest:
Description: INVESTOR

**7   Supporting Documents**  Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
DO NOT SEND ORIGINAL DOCUMENTS If the documents are not available, explain If the documents are voluminous, attach a summary

**8   Date-Stamped Copy**  To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest

**9   Signature**
Check the appropriate box
☒ I am the creditor   ☐ I am the creditor's authorized agent. (Attach copy of power of attorney, if any)   ☐ I am the trustee, or the debtor or their authorized agent. (See Bankruptcy Rule 3004)   ☐ I am a guarantor, surety, endorser, or other codebtor (See Bankruptcy Rule 3005)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief

Print Name: David Alonzo Cardenas
Title:
Company: ___ Address and telephone number (if different from notice address above): See attached forms #7 & #8

(Signature) David Alonzo Cardenas
(Date) 12/08/2024
Telephone number: (949) 306-1677
email: dalibra26@gmail.com

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

Positions / Charles Schwab

## Lot Details: MMATQ – META MATLS INC CLASS EQUITY

#1a

📄 Cost Basis Calculator   ❓ Help   ⬇ Export   🖶 Print

| Open Date | Quantity | Price | Cost/Share | Market Value | Cost Basis | Gain/Loss $ | Gain/Loss % | Holding Period |
|---|---|---|---|---|---|---|---|---|
| 04/14/2023 | 30.962609 | $0 00 | $21 96 | $0 00 | $679.93 | -$679 93 | -100% | Long Term |
| 07/06/2022 | 1.431971 | $0 00 | $105 85 | $0 00 | $151.57 | -$151.57 | -100% | Long Term |
| 07/02/2021 | 13.728893 | $0 00 | $677 06 | $0.00 | $9,295.24 | -$9,295.24 | -100% | Long Term |
| 06/21/2021 | 4 491181 | $0 00 | $1,691 67 | $0.00 | $7,597.59 | -$7,597.59 | -100% | Long Term |
| 06/21/2021 | 1 847542 | $0 00 | $479 23 | $0 00 | $885.39 | -$885.39 | -100% | Long Term |
| 06/21/2021 | 1 071575 | $0 00 | $485 75 | $0.00 | $520 52 | -$520.52 | -100% | Long Term |
| 06/18/2021 | 6 068351 | $0 00 | $1,108 23 | $0 00 | $6,725 15 | -$6,725.15 | -100% | Long Term |
| 06/17/2021 | 22 756316 | $0 00 | $1,076 50 | $0.00 | $24,497.10 | -$24,497 10 | -100% | Long Term |
| 06/17/2021 | 4 18576 | $0 00 | $998 62 | $0.00 | $4,180.00 | -$4,180.00 | -100% | Long Term |
| 06/17/2021 | 3.224437 | $0 00 | $998 62 | $0 00 | $3,220 00 | -$3,220 00 | -100% | Long Term |
| 06/15/2021 | 4 138495 | $0 00 | $315 48 | $0.00 | $1,305 63 | -$1,305.63 | -100% | Long Term |
| 05/13/2021 | 15.09287 | $0 00 | $355 51 | $0 00 | $5,365 67 | -$5,365 67 | -100% | Long Term |
| **Total** | **109** | | | | **$64,423.79** | **-$64,423.79** | **-100%** | |

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | PROOF OF INTEREST |
|---|---|

**Name of Debtor**

Meta Materials Inc

**Case Number** 24-50792-hlb

1. Name and address of holder of the Equity Interest (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder")

David Alonzo Cardenas
27401 Padilla
Mission Viejo CA, 92691

Telephone Number (949) 306-1677

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest Attach copy of statement giving particulars

☒ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security or interest of a kind specified in subsection (a) or (b) herein.

COURT USE ONLY

Account or other number by which Interest holder identifies Debtor

Acc# 6678-0108

Check here if this claim
☐ replaces a previously filed Proof of Interest dated _____
☐ amends a previously filed Proof of Interest dated _____

2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest.

Charles Schwab :Co, Inc
El Paso Operations Center
P.O Box 982600 El Paso TX 79998-2600
Telephone Number 1-800-435-4000

3. Date Equity Interest was acquired

See attached forms (copies) for Charles & Schwab #1a

4. Total amount of member interest (209 Qty) total $64,437    5. Certificate number(s)._____

6. Type of Equity Interest
Please indicate the type of Equity Interest you hold
☒ Check this box if your Equity Interest is based on an actual member interest held in the Debtor
☐ Check this box if your Equity Interest is based on anything else and describe that interest
Description __INVESTOR__

7. Supporting Documents: Attach copies of supporting documents such as stock certificates, option agreements, warrants etc
DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous attach a summary

8. Date-Stamped Copy: To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest

9. Signature
Check the appropriate box
☒ I am the creditor    ☐ I am the creditor's authorized agent.    ☐ I am the trustee or the debtor    ☐ I am a guarantor surety endorser or other codebtor
     (Attach copy of power of attorney if any)    or their authorized agent    (See Bankruptcy Rule 3005)
          (See Bankruptcy Rule 3004)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief

Print Name David Alonzo Cardenas
Title INVESTOR
Company __ Address and telephone number (if different from notice address above) See Attached forms #7, 8

 David Alonzo Cardenas    Dec 8, 2024
(Signature)    (Date)
Telephone number (949)306-1677    email dalibrad6@gmail.com

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both 18 U.S.C §§ 152 AND 3571*

[ Print Form ]    [ Save Form ]    [ Clear Form ]