NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | | PROOF OF INTEREST |
|---|---|---|
| Name of Debtor: Meta Materials Inc | Case Number: 24-50792 | |

**1** Name and address of holder of the Equity Interest (the person or entity holding an Equity Interest in the Debtor Referred to hereinafter as the "Interest holder"):

David Alonzo Cardenas
27401 Padilla
Mission Viejo CA, 92691

Telephone Number (949) 306-1677

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars

☒ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors

**RECEIVED AND FILED**
**DEC 11 2024**
**U S BANKRUPTCY COURT**
**MARY A. SCHOTT, CLERK**

COURT USE ONLY

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

Account or other number by which Interest holder identifies Debtor:
# 5MZ 27256

Check here if this claim:
☐ replaces a previously filed Proof of Interest dated _____
☐ amends a previously filed Proof of Interest dated _____

**2** Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:
Webull
44 Wall Street, 2nd Floor
New York, NY 10005
Telephone Number: 1-888-828-0618

**3** Date Equity Interest was acquired:
See attached documents #3a #3b #3c #3d

**4** Total amount of member interest: $11,166.11 (Qty 293)   **5** Certificate number(s): _____

**6** Type of Equity Interest:
Please indicate the type of Equity Interest you hold:
☒ Check this box if your Equity Interest is based on an actual member interest held in the Debtor
☐ Check this box if your Equity Interest is based on anything else and describe that interest
Description: INVESTOR

**7** Supporting Documents: Attach copies of supporting documents such as stock certificates, option agreements, warrants, etc.
DO NOT SEND ORIGINAL DOCUMENTS If the documents are not available, explain. If the documents are voluminous, attach a summary

**8** Date-Stamped Copy: To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest

**9** Signature:
Check the appropriate box
☒ I am the creditor   ☐ I am the creditor's authorized agent (Attach copy of power of attorney if any)   ☐ I am the trustee or the debtor or their authorized agent (See Bankruptcy Rule 3004)   ☐ I am a guarantor, surety, endorser or other codebtor (See Bankruptcy Rule 3005)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief

Print Name: David Alonzo Cárdenas
Title: _____
Company: ___ Address and telephone number (if different from notice address above): See attached forms #7 & #8

(Signature) David Alonzo Cárdenas    (Date) 12/08/2024
Telephone number: (949) 306 1677   email: dalibra26@gmail.com

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

#3a



#3b

### Meta Materials Inc

| | | |
|---|---|---|
| Buy 237 | 0.20 48.37 | 06/21/2023 10:56:53 EDT |
| Buy 5,143 | 0.20 1,051.74 | 06/20/2023 11:14:14 EDT |
| Buy 1,357 | 0.18 250.10 | 04/27/2023 10:51:27 EDT |
| Buy 1,363 | 0.60 810.99 | 03/06/2023 11:25:28 EST |
| Buy 436 | 0.60 261.73 | 03/06/2023 10:26:46 EST |
| Buy 307 | 0.73 225.31 | 02/14/2023 15:47:34 EST |
| Buy 645 | 0.93 599.85 | 02/06/2023 10:21:17 EST |
| Buy 196 | 1.02 199.84 | 01/25/2023 13:21:19 EST |
| Buy 245 | 1.03 252.35 | 01/24/2023 14:05:36 EST |
| Buy 726 | 0.99 718.38 | 01/19/2023 11:10:13 EST |

Sell to Close | Buy | Quotes

#3c

## Meta Materials Inc

| | | |
|---|---|---|
| Buy 243 | 1.03 250.29 | 01/18/2023 14:47:35 EST |
| Buy 180 | 1.04 187.20 | 01/18/2023 11:12:09 EST |
| Buy 12 | 1.03 12.36 | 01/17/2023 11:03:56 EST |
| Buy 243 | 1.03 250.29 | 01/13/2023 14:36:40 EST |
| Buy 240 | 1.04 249.60 | 01/12/2023 13:27:26 EST |
| Buy 245 | 1.02 249.90 | 12/27/2022 12:34:38 EST |
| Buy 507 | 1.00 507.00 | 10/27/2022 15:41:57 EDT |
| Buy 670 | 0.89 593.02 | 08/18/2022 14:25:55 EDT |
| Buy 495 | 1.01 499.95 | 07/11/2022 11:26:45 EDT |
| Buy 48 | 1.05 50.40 | 07/06/2022 15:44:35 EDT |

Sell to Close | Buy | Quotes

#3d

# Meta Materials Inc

| Side/Qty | Filled Price/Amount | Filled Time |
|---|---|---|
| Buy 450 | 1.55 697.50 | 03/07/2022 15:59:21 EST |
| Sell 3,168 | 5.00 15,840.00 | 10/06/2021 11:36:16 EDT |
| Buy 560 | 1.78 996.80 | 04/23/2021 12:05:51 EDT |
| Buy 4,270 | 1.90 8,113.00 | 01/26/2021 15:59:48 EST |
| Buy 1,048 | 1.90 1,991.20 | 01/26/2021 15:59:29 EST |
| Buy 458 | 2.00 916.00 | 01/26/2021 12:09:11 EST |

Sell to Close | Buy | Quotes

**UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA**

**PROOF OF INTEREST**

Name of Debtor: Meta Materials Inc

Case Number: 24-50792-hlb

1. Name and address of holder of the Equity Interest (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the Interest holder.)

David Alonzo Cardenas
27401 Padilla
Mission Viejo CA, 92691

Telephone Number: (949) 306-1677

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars

☒ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

COURT USE ONLY

Account or other number by which Interest holder identifies Debtor:
Acct#5MZ27256

Check here if this claim:
☐ replaces a previously filed Proof of Interest dated _____
☐ amends a previously filed Proof of Interest dated _____

2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:

Webull
Telephone Number: 1-888-828-0618

3. Date Equity Interest was acquired:
See attached copies #3a #3b #3c #3d

4. Total amount of member interest: 293  Average Price
Total $11,166.11 ($38.11)

5. Certificate number(s): _____

6. Type of Equity Interest
Please indicate the type of Equity Interest you hold:
☒ Check this box if your Equity Interest is based on an actual member interest held in the Debtor
☐ Check this box if your Equity Interest is based on anything else and describe that interest
Description: INVESTOR

7. Supporting Documents: Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. Date-Stamped Copy: To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self addressed envelope and copy of this Proof of Interest.

9. Signature
Check the appropriate box.
☒ I am the creditor  ☐ I am the creditor's authorized agent.  ☐ I am the trustee, or the debtor  ☐ I am a guarantor, surety, endorser or other codebtor
(Attach copy of power of attorney if any)  or their authorized agent.  (See Bankruptcy Rule 3005)
(See Bankruptcy Rule 3004)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: David Alonzo Cardenas
Title: INVESTOR
Company: Address and telephone number (if different from notice address above): See attached forms #7, #8

(Signature) David Alonzo Cardenas    (Date) Dec 08, 2024
Telephone number: (949) 306-1677  email: dalibra26@gmail.com

Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C §§ 152 AND 3571

