NVB 3001 (Effective 1/21)

# UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA

**PROOF OF INTEREST**

**Name of Debtor:** Meta Materials Inc

**Case Number:** 24-50792

**1. Name and address of holder of the Equity Interest** (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

Randall Davis
7460 Royal Meadows Circle
Port Arthur, TX 77642

**Telephone Number:** 409 5438148

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

☐ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

**RECEIVED AND FILED**
DEC 11 2024
U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b)herein.

**COURT USE ONLY**

**Account or other number by which Interest holder identifies Debtor:**
5JD84134    498-205472
1460-4871

Check here if this claim:
☐ replaces a previously filed Proof of Interest dated: _____
☐ amends a previously filed Proof of Interest dated: _____

**2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:**
Webull
Schwab / TD Ameritrade

**Telephone Number:**

**3. Date Equity Interest was acquired:**
6/8/2021    8/11/2022
1/24 2024

**4. Total amount of member interest:** 1107

**5. Certificate number(s):** Documents

**6. Type of Equity Interest:**
Please indicate the type of Equity Interest you hold:
☑ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
☐ Check this box if your Equity Interest is based on anything else and describe that interest:
**Description:** _____

**7. Supporting Documents:** Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**8. Date-Stamped Copy:** To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

**9. Signature:**
Check the appropriate box.
☑ I am the creditor.   ☐ I am the creditor's authorized agent. (Attach copy of power of attorney, if any.)   ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)   ☐ I am a guarantor, surety, endorser, or other codebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: Randall Davis
Title: _____
Company: Address and telephone number (if different from notice address above): _____

(Signature) Randall Davis    (Date) 12/04/2024

Telephone number: 409-5438148    email: Randyd58@yahoo.com

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

Receipt please

**Apex Clearing**
One Dallas Center
350 North St Paul, Ste 1300
Dallas, TX 75201

IN ACCOUNT WITH
**WEBULL FINANCIAL LLC**
**(888) 828-0618**

RANDALL HUGH DAVIS
7460 ROYAL MEADOWS CIRCLE
PORT ARTHUR, TX 77642-6862

**IMPORTANT YEAR END MESSAGES**

This document includes your Consolidated Form 1099 that we are required to provide to you and contains information that we are providing to the Internal Revenue Service and additional information that may be helpful to you for filing your tax return You may wish to seek the advice of a tax professional when preparing your return

Please verify your personal information for accuracy and contact us to correct any discrepancies If you own Mutual Funds Real Estate Trusts (REITs) REMIC Securities or certain fixed investment trusts (WHFITs) income distributions may be reclassified by the issuer after the original 1099 is sent If you hold these securities or another security that is subject to a reclassification event, you may receive a corrected Form 1099

| Apex Clearing | **Proceeds from Broker and Barter Exchange Transactions** | 2022 Form 1099-B* |
|---|---|---|
| 5JD84134 | (continued) | 02/09/2023  OMB No 1545 0715 |

## LONG-TERM TRANSACTIONS FOR COVERED TAX LOTS

Report on Form 8949 Part II with Box D checked
**Box 2** Type of Gain or Loss - Long-term (unless indicated as Ordinary in Additional Notes Column)
**Box 5** Box Not Checked (Covered Security)   **Box 6** Gross (unless indicated as Net in Additional Notes Column)   **Box 12** Basis Reported to the IRS
The 1099-B data referenced by a Box Number is reported to the IRS  The additional information not referenced by a Box Number is not reported to the IRS but may be helpful to complete your return

| 1a - Description of property \| CUSIP \| Symbol | | | | | | | |
|---|---|---|---|---|---|---|---|
| 1c - DateSold or Disposed | Quantity | 1d - Proceeds | Date Acquired | Cost or Other Basis | 1f - Accrued Market Discount (M) & 1g - Wash Sale Loss Disallowed (D) | Gain or Loss (-) | Additional Notes |
| META MATLS INC COMMON STOCK \| CUSIP 59134N104 \| Symbol MMAT | | | | | | | |
| 2022-08 11 | 107 000000 | 101 63 | 2021 06-17 | 1 234 83 | 0 00 | -1 133 20 | |
| **Totals** | | **101 63** | | **1,234 83** | | **-1,133 20** | |

* This is important tax information and is being furnished to the Internal Revenue Service  If you are required to file a return  a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported  Taxpayers are reminded that they are ultimately responsible for the accuracy of their tax returns