NVB 3001 (Effective 1/21)

## UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA

### PROOF OF INTEREST

**Name of Debtor:** meta materials, Inc

**Case Number:** 24-50792

**1. Name and address of holder of the Equity Interest** (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

Randall H Davis
7460 Royal Meadows Circle
77642
Port Arthur TX 77642

**Telephone Number:** 409 543 8148

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

☑ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

**RECEIVED AND FILED**
**DEC 11 2024**
**U.S. BANKRUPTCY COURT**
**MARY A. SCHOTT, CLERK**

**COURT USE ONLY**

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

**Account or other number by which Interest holder identifies Debtor:**
TD Ameritrade - 498-205472
Schwab - 1460-4871

**Check here if this claim:**
☐ replaces a previously filed Proof of Interest dated: _____
☐ amends a previously filed Proof of Interest dated: _____

**2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:**
Randall Davis
Charles Schwab

**Telephone Number:** 855-694-5208

**3. Date Equity Interest was acquired:**
6-8-2021 - 1-24-2024

**4. Total amount of member interest:** 1000

**5. Certificate number(s):** See Attach Documents

**6. Type of Equity Interest:**
Please indicate the type of Equity Interest you hold:
☑ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
☐ Check this box if your Equity Interest is based on anything else and describe that interest:
**Description:** Investor

**7. Supporting Documents:** Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**8. Date-Stamped Copy:** To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

**9. Signature:**
Check the appropriate box.
☑ I am the creditor.  ☐ I am the creditor's authorized agent. (Attach copy of power of attorney, if any.)  ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)  ☐ I am a guarantor, surety, endorser, or other codebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

**Print Name:** Randall Davis
**Title:**
**Company:** Address and telephone number (if different from notice address above):

(Signature) Randall Davis    (Date) 12/04/2024

**Telephone number:** 409 543 8148    **email:** Randyd58@yahoo.com

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*



Schwab One® Account of

RANDALL H DAVIS
DESIGNATED BENE PLAN/TOD

Account Nickname
Randall DAVIS

Statement Period
November 1-30, 2024

## Positions - Equities (continued)

| Symbol | Description | Quantity | Price($) | Market Value($) | Cost Basis($) | Unrealized Gain/(Loss)($) | Est Yield | Est Annual Income($) | % of Acct |
|---|---|---|---|---|---|---|---|---|---|
| ~~CTH~~ | ~~CAMBIAN TECHNOLOGIES LTD~~ | 3,327.0000 | 0.00020 | 0.67 | 8.34 | (7.67) | N/A | 0.00 | <1% |
| ~~GVSI~~ | ~~GOOD VIBRATIONS SHOES IN~~ | 199.0000 | 0.00230 | 0.46 | 5.01 | (4.55) | N/A | 0.00 | <1% |
| ~~GGII~~ | ~~GREEN GLOBE INTL INC~~ | 1,561.0000 | 0.00040 | 0.62 | 24.00 | (23.38) | N/A | 0.00 | <1% |
| ~~HCMC~~ | ~~HEALTHIER CHOICES MGMT C~~ | 1,085,329.0000 | 0.00000 | 0.00 | 1,676.28 | (1,676.28) | N/A | 0.00 | |
| ~~HCWC~~ | ~~HEALTHY CHOICE WELLNESS~~ | 5.0000 | 1.64000 | 8.20 | 0.00 | 8.20 | N/A | 0.00 | 2% |
| ~~HEMP~~ | ~~HEMP INC~~ | 110,614.0000 | 0.00000 | 0.00 | 391.29 | (391.29) | N/A | 0.00 | |
| ~~HCMU~~ | ~~HYGMO HERCO LTD~~ | 1.0000 | 0.00060 | 0.00 | 0.38 | (0.38) | N/A | 0.00 | <1% |
| ~~IFAN~~ | ~~IFAN FINE INC~~ | 9,947.0000 | 0.00030 | 2.98 | 224.33 | (221.35) | N/A | 0.00 | <1% |
| ~~ILUS~~ | ~~ILUSTRATO PICTURES INTL~~ | 10,256.0000 | 0.00309 | 31.69 | 206.94 | (175.25) | N/A | 0.00 | 8% |
| ~~INNO~~ | ~~INNEROOPE HEARING TECHN~~ | 2.0000 | 0.05310 | 0.11 | 17.72 | (17.61) | N/A | 0.00 | <1% |
| ~~ITEC~~ | ~~INTEGRITY HEALTH CORP~~ | 200,000.0000 | 0.00000 | 0.00 | 223.90 | (223.90) | N/A | 0.00 | |
| ~~LTNC~~ | ~~LABOR SMART INC~~ | 10,036.0000 | 0.00200 | 20.07 | 571.12 | (551.05) | N/A | 0.00 | 5% |
| ~~LBGS~~ | ~~LEGENDS BUSINESS GROUP I~~ | 50,464.0000 | 0.00000 | 0.00 | 549.93 | (549.93) | N/A | 0.00 | |
| ~~MJNA~~ | ~~MEDICAL MARIJUANA INC~~ | 2,888.0000 | 0.00050 | 1.44 | 53.37 | (51.93) | N/A | 0.00 | <1% |
| ~~MRGN~~ | ~~MERIGAN ENTERPRISES INC~~ | 105,555.0000 | 0.00000 | 0.00 | 103.90 | (103.90) | N/A | 0.00 | |
| MMATQ | META MATLS INC | 11.0000 | 0.06100 | 0.67 | 4,017.61 | (4,016.94) | N/A | 0.00 | <1% |
| | NEUROPATHIX INC    XXX | 100.0000 | 0.01250 | 1.25 | 11.45 | (10.20) | N/A | 0.00 | <1% |
| ~~NCMU~~ | ~~NORTH AMERICAN CANNABIS HLD~~ | 506,899.0000 | 0.00000 | 0.00 | 356.77 | (356.77) | N/A | 0.00 | |
| ~~PRPM~~ | ~~PROPER GROUP INC~~ | 102,063.0000 | 0.00000 | 0.00 | 162.90 | (162.90) | N/A | 0.00 | |
| ~~PURA~~ | ~~PURA TION INC~~ | 22,471.0000 | 0.00000 | 0.00 | 206.94 | (206.94) | N/A | 0.00 | |
| ~~QLGN~~ | ~~QUOIN LINDL CORP~~ | 1,904.0000 | 0.07500 | 142.80 | 402.22 | (259.42) | N/A | 0.00 | 37% |
| ~~SAMG~~ | ~~SAMGANA ASSOCIATE INC~~ | 1,200.0000 | 0.00950 | 11.40 | 41.99 | (30.59) | N/A | 0.00 | 3% |
| ~~SHRG~~ | ~~SHARING SVCS GLOBAL CORP~~ | 1.0000 | 0.35000 | 0.35 | 4.00 | (3.65) | N/A | 0.00 | <1% |
| ~~SUGR~~ | ~~SUGARMADE INC~~ | 125.0000 | 0.00000 | 0.00 | 136.95 | (136.95) | N/A | 0.00 | |
| ~~TONR~~ | ~~TONNER ONE WORLD HLDGS I~~ | 20,000.0000 | 0.00030 | 6.00 | 156.95 | (150.95) | N/A | 0.00 | 2% |



# Transaction History

Updated 01 22 43 PM ET, 12/04/2024   

Randall DAVIS              871



Date range: All

Symbol (Optional): mmat

☑ Include Options    [Search]

Filter by Transaction Types

**Transactions found from 12/04/2020 to 12/04/2024**

Don't see it here? Go to Statements

| Date | Action | Symbol / Description | Quantity | Price | Fees & Comm | Amount |
|---|---|---|---|---|---|---|
| 01/29/2024 | Reverse Split | MMAT<br>META MATLS INC | 11 | | | |
| 01/24/2024 | Buy<br>Trade Details | MMAT<br>META MATLS INC | 25 | $0 0613 | | -$1 53 |
| 01/24/2024 | Buy<br>Trade Details | MMAT<br>META MATLS INC | 75 | $0 0608 | | -$4 56 |

| Date | Action | Symbol / Description | Quantity | Price | Fee | Amount |
|---|---|---|---|---|---|---|
| 02/02/2023 | Sell<br>Trade Details | MMAT<br>TDA TRAN - Sold 400 (MMAT) @1 0501 | 400 | $1 0501 | $0 07 | $419 97 |
| 12/06/2022 | Sell<br>Trade Details | MMAT<br>TDA TRAN - Sold 55 (MMAT) @1 6750 | 55 | $1 675 | $0 01 | $92.12 |
| 11/23/2021 | Buy<br>Trade Details | MMAT<br>TDA TRAN - Bought 4 (MMAT) @3 8784 | 4 | $3 8784 | | -$15 51 |
| 07/09/2021 | Journaled Shares | MMAT<br>TDA TRAN - MANDATORY - EXCHANGE (MMAT) | 276 | | | |
| 06/28/2021 | Journaled Shares | MMAT<br>TDA TRAN - MANDATORY REVERSE SPLIT (MMAT) | 275 | | | |

Page Total **$74.57**

- Reverse Split 01/29/2024

  MMAT

  META MATLS INC

  11 quantity

- Buy 01/24/2024

  Trade Details

  MMAT

  META MATLS INC

  25 quantity

  $0 0613 price

  -$1 53 amount

- Buy01/24/2024

  Trade Details

  MMAT

  META MATLS INC

  75 quantity

  $0 0608 price

  -$4 56 amount

- Journaled Shares11/06/2023

  MMAT

  TDA TRAN - TRANSFER OF SECURITY OR OPTION OUT (MMAT)

  -1,000 quantity

- Internal Transfer11/06/2023

  MMAT

  META MATLS INC

  1,000 quantity

- Buy08/29/2023

  Trade Details

| Date | Type | Description | Quantity | Price | Amount |
|---|---|---|---|---|---|
| 11/06/2023 | Journaled Shares | MMAT<br>TDA TRAN - TRANSFER OF SECURITY OR OPTION OUT (MMAT) | -1,000 | | |
| 11/06/2023 | Internal Transfer | MMAT<br>META MATLS INC | 1,000 | | |
| 08/29/2023 | Buy<br>Trade Details | MMAT<br>TDA TRAN - Bought ...200 (MMAT) @0.2252 | 200 | $0.2252 | -$45.04 |
| 07/07/2023 | Buy<br>Trade Details | MMAT<br>TDA TRAN - Bought ...225 (MMAT) @0.1926 | 225 | $0.1926 | -$43.34 |
| 04/17/2023 | Buy<br>Trade Details | MMAT<br>TDA TRAN - Bought 25 (MMAT) @0.2214 | 25 | $0.2214 | -$5.54 |
| 03/10/2023 | Buy<br>Trade Details | MMAT<br>TDA TRAN - Bought 50 (MMAT) @0.5399 | 50 | $0.5399 | -$27.00 |
| 02/16/2023 | Buy<br>Trade Details | MMAT<br>TDA TRAN - Bought ...400 (MMAT) @0.7375 | 400 | $0.7375 | -$295.00 |

Handwritten annotations: "1000" near 08/29/2023 row; "800" near 07/07/2023 row.

TDA TRAN - Sold 55 (MMAT) @1 6750

55 quantity

$1 675 price

$0 01 fees & commissions

$92 12 amount

- Buy 11/23/2021

  Trade Details

  MMAT

  TDA TRAN - Bought 4 (MMAT) @3 8784

  4 quantity

  $3 8784 price

  -$15 51 amount

- Journaled Shares 07/09/2021

  MMAT

  TDA TRAN - MANDATORY - EXCHANGE (MMAT)

  276 quantity

- Journaled Shares 06/28/2021

  MMAT

  TDA TRAN - MANDATORY REVERSE SPLIT (MMAT)

  275 quantity

Page Total **$74 57**

TDA TRAN - Bought 50 (MMAT) @0 5399

50 quantity

$0 5399 price

-$27 00 amount

- Buy 02/16/2023

  Trade Details

  MMAT

  TDA TRAN - Bought   400 (MMAT) @0 7375

  400 quantity

  $0 7375 price

  -$295 00 amount

- Sell 02/02/2023

  Trade Details

  MMAT

  TDA TRAN - Sold   400 (MMAT) @1 0501

  400 quantity

  $1 0501 price

  $0 07 fees & commissions

  $419 97 amount

- Sell 12/06/2022

  Trade Details

  MMAT

MMAT

TDA TRAN - Bought   200 (MMAT) @0 2252

200 quantity

$0 2252 price

-$45 04 amount

- Buy07/07/2023

  Trade Details

  MMAT

  TDA TRAN - Bought   225 (MMAT) @0 1926

  225 quantity

  $0 1926 price

  -$43 34 amount

- Buy04/17/2023

  Trade Details

  MMAT

  TDA TRAN - Bought 25 (MMAT) @0 2214

  25 quantity

  $0 2214 price

  -$5 54 amount

- Buy03/10/2023

  Trade Details

  MMAT



Schwab One® Account of

RANDALL H DAVIS

Account Nickname
Randall H Davis

Statement Period
January 1 - March 31, 2024

## Transaction Details

| Date | Category | Action | Symbol/CUSIP | Description | Quantity | Price/Rate per Share($) | Charges/Interest($) | Amount($) |
|---|---|---|---|---|---|---|---|---|
| 01/16 | Interest | Bank Interest ˣᶻ | | BANK INT 121623-011524 | | | | 0 01 |
| 01/29 | Other Activity | Reverse Split | MMAT | META MATLS INC | 1 0000 | | | |
| | Other Activity | Reverse Split | | META MATLS INC    XXX REVERSE SPLIT | (100 0000) | | | |
| 02/16 | Interest | Bank Interest ˣᶻ | | BANK INT 011624-021524 | | | | 0 01 |
| 03/18 | Interest | Bank Interest ˣᶻ | | BANK INT 021624-031524 | | | | 0 01 |
| **Total Transactions** | | | | | | | | **$0 03** |

Date column represents the Settlement/Process date for each transaction

## Bank Sweep Activity

| Date | Description | Amount | Date | Description | Amount |
|---|---|---|---|---|---|
| 01/01 | **Beginning Balance** ˣ,ᶻ | $14 94 | 03/15 | BANK INTEREST - SCHWAB PREMIER BANK ˣᶻ | 0 01 |
| 01/15 | BANK INTEREST - SCHWAB PREMIER BANK ˣᶻ | 0 01 | 03/31 | **Ending Balance** ˣ,ᶻ | $14 97 |
| 02/15 | BANK INTEREST - SCHWAB PREMIER BANK ˣᶻ | 0 01 | 03/28 | **Interest Rate** ᶻ | 0 45% |

* Your interest period was 12/16/23  03/15/24  ᶻ

## Endnotes For Your Account

X    Bank Sweep deposits are held at FDIC insured Program Banks  which are listed in the Cash Features Disclosure Statement

Z    For the Bank Sweep and Bank Sweep for Benefit Plans features  interest is paid for a period that differs from the Statement Period  Balances include interest paid as indicated on your statement by Schwab or one or more of its Program Banks  These balances do not Include interest that may have accrued during the Statement Period after interest is paid  The interest paid may include interest that accrued in the prior Statement Period

## Terms and Conditions

**GENERAL INFORMATION AND KEY TERMS**  This Account statement is furnished solely by Charles Schwab & Co  Inc  ( Schwab ) for your Account at Schwab ( Account )  Unless otherwise defined herein  capitalized terms have the same meanings as in your Account Agreement  If you receive any other communication from any source other than Schwab which purports to represent your holdings at Schwab (including  balances held at a Depository Institution) you should verify its content with this statement  **Accrued Income**  Accrued Income is the sum of the total accrued interest and/or accrued dividends on positions held in your Account  but the interest and/or dividends have not been received into your Account  Schwab makes no representation that the amounts shown (or any other amount) will be received  Accrued amounts are not covered by SIPC account protection until actually received and held in the Account  **AIP (Automatic Investment Plan) Customers**  Schwab receives remuneration in connection with certain transactions effected through Schwab  If you participate in a systematic investment program through Schwab  the additional information normally detailed on a trade confirmation will be provided upon request  **Average Daily Balance**  Average daily composite of all cash balances that earn interest and all loans from Schwab that are charged interest  **Bank Sweep and Bank Sweep for Benefit Plans Features**  Schwab acts as your agent and custodian in establishing and maintaining your Deposit Account(s) as a feature of your brokerage Account(s)  Deposit accounts held through these bank sweep features constitute direct