NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | | PROOF OF INTEREST |
|---|---|---|
| Name of Debtor: **META MATERIALS INC** | Case Number: **24-50792-hlb** | |

**1** Name and address of holder of the Equity Interest (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

Ricky L. Markham
695 S. Ramona Ave.
Lake Alfred, FL 33850

Telephone Number (863) 604-5495

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

☒ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

RECEIVED AND FILED
DEC 11 2024
U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

**NOTE:** This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

COURT USE ONLY

Account or other number by which Interest holder identifies Debtor:
**5MT54188**

Check here if this claim:
☐ replaces a previously filed Proof of Interest dated: _____
☐ amends a previously filed Proof of Interest dated: _____

**2** Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:

WEBULL FINANCIAL LLC
44 WALL STREET, 2ND FLOOR, NEW YORK, NY 10005
Telephone Number: (917) 725-2448

**3** Date Equity Interest was acquired: 03/02/2021 - 03/08/2024

**4** Total amount of member interest: 100 SHARES (500 SHARES SOLD)

**5** Certificate number(s): N/A

**6** Type of Equity Interest:
Please indicate the type of Equity Interest you hold:
☒ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
☐ Check this box if your Equity Interest is based on anything else and describe that interest:
Description: INVESTOR - HOLD 100 SHARES, 500 SHARES SOLD UPON LIQUIDATION NOTICE

**7** Supporting Documents: Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**8** Date-Stamped Copy: To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

**9** Signature:
Check the appropriate box.
☒ I am the creditor   ☐ I am the creditor's authorized agent (Attach copy of power of attorney, if any)   ☐ I am the trustee, or the debtor, or their authorized agent (See Bankruptcy Rule 3004)   ☐ I am a guarantor, surety, endorser, or other codebtor (See Bankruptcy Rule 3005)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: RICKY L MARKHAM
Title: MR.
Company: ___ Address and telephone number (if different from notice address above):

(Signature) Ricky L. Markham     (Date) 12/07/2024

Telephone number (863) 604-5495     email RICKYMARKHAM@HOTMAIL.COM

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*



9:47



# MMATQ
Meta Materials Inc

Open P&L(USD) ⓘ  
**-1,755.01 -99.43%**

Day's P&L(USD) ⓘ  
0.00 0.00%

Market Value  
10.00

Total Cost  
1,765.01

Average Price  
17.65

Quantity  
100

Position Ratio ⓘ  
0.03%

Last Price  
0.1000

## Corporation Action Reminder ⌄

## Filled Records

| Side/Qty | Filled Price/Amount | Filled Time |
|---|---|---|
| Sell<br>260 | 0.51<br>131.82 | 08/20/2024<br>15:51:26 EDT |
| Sell<br>120 | 0.93<br>111.67 | 08/09/2024<br>18:07:47 EDT |
| Sell<br>120 | 0.93<br>111.67 | 08/09/2024<br>18:05:13 EDT |

Sell to Close | Buy | Quotes



# Meta Materials Inc

| Side/Qty | Filled Price/Amount | Filled Time |
|---|---|---|
| Buy 100 | 1.68 168.00 | 04/12/2021 14:02:16 EDT |
| Buy 100 | 2.13 213.00 | 03/19/2021 09:23:58 EDT |
| Buy 100 | 2.22 222.00 | 03/17/2021 13:11:28 EDT |
| Buy 9 | 3.18 28.62 | 03/12/2021 07:19:14 EST |
| Buy 1 | 2.29 2.29 | 03/10/2021 06:27:38 EST |
| Buy 1 | 2.17 2.17 | 03/05/2021 07:55:06 EST |
| Buy 9 | 2.51 22.59 | 03/04/2021 08:07:18 EST |
| Buy 33 | 2.55 84.15 | 03/03/2021 19:46:34 EST |
| Buy 47 | 2.68 125.96 | 03/02/2021 07:54:22 EST |

Sell to Close    Buy    Quotes

9:48  📷                                   89%

← **Meta Materials Inc**                                ↻

| Side/Qty | Filled Price/Amount | Filled Time |
|---|---|---|
| Buy 5 | 3.90 19.50 | 07/15/2021 19:23:35 EDT |
| Buy 3 | 3.88 11.64 | 07/15/2021 19:20:44 EDT |
| Buy 87 | 3.84 334.08 | 07/15/2021 19:19:43 EDT |
| Buy 5 | 3.88 19.40 | 07/15/2021 19:17:06 EDT |
| Buy 1 | 3.82 3.82 | 07/15/2021 19:10:44 EDT |
| Buy 43 | 3.82 164.26 | 07/15/2021 19:10:04 EDT |
| Buy 5 | 3.82 19.10 | 07/15/2021 19.05.56 EDT |
| Buy 100 | 3.82 382.00 | 07/15/2021 19:04:56 EDT |
| Buy 100 | 1.42 142.00 | 04/16/2021 13:32:11 EDT |

| Sell to Close | Buy | Quotes |

# Meta Materials Inc

| Side/Qty | Filled Price/Amount | Filled Time |
|---|---|---|
| Buy 1 | 3.04 / 3.04 | 12/15/2021 15:54:47 EST |
| Buy 32 | 3.05 / 97.44 | 12/15/2021 15:54:27 EST |
| Buy 17 | 4.92 / 83.64 | 11/02/2021 12:57:48 EDT |
| Buy 6 | 3.20 / 19.20 | 08/13/2021 19:44:46 EDT |
| Buy 13 | 3.21 / 41.73 | 08/13/2021 19:34:28 EDT |
| Buy 2 | 3.31 / 6.62 | 08/13/2021 06:21:45 EDT |
| Buy 8 | 3.36 / 26.88 | 08/12/2021 13:27:18 EDT |
| Buy 30 | 3.62 / 108.60 | 08/11/2021 19:59:27 EDT |
| Buy 53 | 3.62 / 191.86 | 08/11/2021 19:55:55 EDT |

Sell to Close | Buy | Quotes

# Meta Materials Inc

| Side/Qty | Filled Price/Amount | Filled Time |
|---|---|---|
| Buy 76 | 1.31 / 99.41 | 04/21/2022 13:26:57 EDT |
| Buy 1 | 1.34 / 1.34 | 04/21/2022 11:39:28 EDT |
| Buy 57 | 1.34 / 76.10 | 04/21/2022 11:38:56 EDT |
| Buy 1 | 1.42 / 1.42 | 04/21/2022 06:56:09 EDT |
| Buy 1 | 1.59 / 1.59 | 01/26/2022 15:58:04 EST |
| Buy 99 | 1.59 / 157.24 | 01/26/2022 15:57:44 EST |
| Buy 100 | 1.91 / 191.00 | 01/21/2022 08:02:37 EST |
| Buy 100 | 2.45 / 244.50 | 12/31/2021 15:54:50 EST |
| Buy 17 | 3.03 / 51.51 | 12/16/2021 07:55:50 EST |

Sell to Close | Buy | Quotes

# Meta Materials Inc

| Side/Qty | Filled Price/Amount | Filled Time |
|---|---|---|
| Buy 7 | 1.58 / 11.06 | 06/09/2022 13:21:24 EDT |
| Buy 3 | 1.71 / 5.13 | 06/08/2022 17:55:07 EDT |
| Buy 14 | 1.71 / 23.94 | 06/08/2022 17:42:56 EDT |
| Buy 2 | 1.12 / 2.24 | 05/12/2022 07:59:19 EDT |
| Buy 34 | 1.12 / 38.08 | 05/12/2022 07:58:44 EDT |
| Buy 2 | 1.18 / 2.36 | 05/11/2022 15:08:04 EDT |
| Buy 1 | 1.24 / 1.24 | 05/03/2022 11:22:37 EDT |
| Buy 1 | 1.28 / 1.28 | 05/02/2022 06:48:13 EDT |
| Buy 1 | 1.31 / 1.31 | 04/21/2022 13:27:52 EDT |

Sell to Close | Buy | Quotes

9:51

# Meta Materials Inc

| Side/Qty | Filled Price/Amount | Filled Time |
|---|---|---|
| 1,000 | 229.50 | 14:56:07 EDT |
| Buy 400 | 0.24 96.00 | 05/19/2023 15:15:06 EDT |
| Buy 600 | 0.24 143.94 | 05/19/2023 15:08:38 EDT |
| Buy 3,000 | 0.32 956.10 | 04/13/2023 19:46:04 EDT |
| Buy 400 | 0.93 373.92 | 10/18/2022 10:18:55 EDT |
| Buy 200 | 0.65 129.62 | 09/29/2022 15:01:55 EDT |
| Buy 200 | 0.81 162.48 | 08/26/2022 11:49:36 EDT |
| Buy 100 | 0.95 95.00 | 08/11/2022 07:53:03 EDT |
| Buy 100 | 0.94 93.75 | 07/14/2022 08:03:55 EDT |
| Buy 100 | 1.48 147.95 | 06/13/2022 15:39:53 EDT |

Sell to Close   Buy   Quotes

9:51   90%

< **Meta Materials Inc**   ⟳

| Side/Qty | Filled Price/Amount | Filled Time |
|---|---|---|
| Buy 1,000 | 0.06 / 55.10 | 01/25/2024 09:55:33 EST |
| Buy 1,000 | 0.08 / 79.00 | 11/22/2023 16:55:18 EST |
| Buy 1,000 | 0.08 / 79.00 | 11/22/2023 16:50:26 EST |
| Buy 1,000 | 0.09 / 91.00 | 11/13/2023 16:39:06 EST |
| Buy 1,000 | 0.13 / 129.90 | 10/25/2023 19:09:26 EDT |
| Buy 1,000 | 0.24 / 235.00 | 06/09/2023 16:32:18 EDT |
| Buy 900 | 0.22 / 202.47 | 06/09/2023 15:25:47 EDT |
| Buy 100 | 0.22 / 22.44 | 06/09/2023 15:24:11 EDT |
| Buy 1,000 | 0.23 / 229.50 | 06/09/2023 14:56:07 EDT |

Sell to Close    Buy    Quotes

# Meta Materials Inc

| Side/Qty | Filled Price/Amount | Filled Time |
|---|---|---|
| | 259.24 | 19:55:52 EST |
| Buy 100 | 2.60 260.00 | 03/06/2024 19:47:58 EST |
| Buy 100 | 3.41 341.00 | 02/22/2024 19:27:45 EST |
| Buy 50 | 2.83 141.50 | 02/06/2024 12:38:32 EST |
| Buy 20 | 3.04 60.80 | 02/05/2024 11:53:17 EST |
| Buy 30 | 3.06 91.80 | 02/05/2024 11:37:46 EST |
| Buy 20 | 3.58 71.55 | 02/02/2024 06:53:28 EST |
| Buy 10 | 3.79 37.90 | 02/02/2024 06:14:31 EST |
| Buy 10 | 3.74 37.40 | 02/01/2024 15:13:05 EST |
| Buy 10 | 3.87 38.70 | 01/31/2024 13:27:30 EST |

Sell to Close | Buy | Quotes

<mark>Case 24-50792-hlb    Doc 591    Entered 12/11/24 15:48:51    Page 12 of 17</mark>





Case 24-50792-hlb    Doc 591    Entered 12/11/24 15:48:51    Page 14 of 17



2021-2024 Webull Orders Records

| Name | Symbol | Side | Status | Filled | Total Qty | Price | Avg Price | Time-in-Force | Placed Time | Filled Time |
|---|---|---|---|---|---|---|---|---|---|---|
| Meta Materials Inc | MMATQ | Sell | Filled | 260 | 260 | @0.507 | 0.507 | DAY | 08/20/2024 15:51:26 EDT | 08/20/2024 15:51:26 EDT |
| Meta Materials Inc | MMATQ | Sell | Filled | 120 | 120 | @0.9306 | 0.9306 | DAY | 08/09/2024 18:07:46 EDT | 08/09/2024 18:07:47 EDT |
| Meta Materials Inc | MMATQ | Sell | Filled | 120 | 120 | @0.9306 | 0.9306 | DAY | 08/09/2024 18:05:13 EDT | 08/09/2024 18:05:13 EDT |
| Meta Materials Inc | MMATQ | Buy | Filled | 100 | 100 | @2.59 | 2.59 | DAY | 03/08/2024 19:55:32 EST | 03/08/2024 19:55:32 EST |
| Meta Materials Inc | MMATQ | Buy | Filled | 100 | 100 | @2.60 | 2.6 | DAY | 03/06/2024 19:47:58 EST | 03/06/2024 19:47:58 EST |
| Meta Materials Inc | MMATQ | Buy | Filled | 100 | 100 | @3.41 | 3.41 | DAY | 02/22/2024 19:27:45 EST | 02/22/2024 19:27:45 EST |
| Meta Materials Inc | MMATQ | Buy | Filled | 50 | 50 | @2.83 | 2.83 | DAY | 02/06/2024 12:38:32 EST | 02/06/2024 12:38:32 EST |
| Meta Materials Inc | MMATQ | Buy | Filled | 20 | 20 | @3.04 | 3.04 | DAY | 02/05/2024 11:53:17 EST | 02/05/2024 11:53:17 EST |
| Meta Materials Inc | MMATQ | Buy | Filled | 30 | 30 | @3.06 | 3.06 | DAY | 02/05/2024 11:37:46 EST | 02/05/2024 11:37:46 EST |
| Meta Materials Inc | MMATQ | Buy | Filled | 20 | 20 | @3.58 | 3.58 | DAY | 02/02/2024 06:53:28 EST | 02/02/2024 06:53:28 EST |
| Meta Materials Inc | MMATQ | Buy | Filled | 10 | 10 | @3.79 | 3.79 | DAY | 02/02/2024 06:14:31 EST | 02/02/2024 06:14:31 EST |
| Meta Materials Inc | MMATQ | Buy | Filled | 10 | 10 | @3.74 | 3.74 | DAY | 02/01/2024 15:13:05 EST | 02/01/2024 15:13:05 EST |
| Meta Materials Inc | MMATQ | Buy | Filled | 10 | 10 | @3.87 | 3.87 | DAY | 01/31/2024 13:27:30 EST | 01/31/2024 13:27:30 EST |
| Meta Materials Inc | MMATQ | Buy | Filled | 1000 | 1000 | @0.0551 | 0.0551 | DAY | 01/25/2024 09:55:33 EST | 01/25/2024 09:55:33 EST |
| Meta Materials Inc | MMATQ | Buy | Filled | 1000 | 1000 | @0.079 | 0.079 | DAY | 11/22/2023 16:55:18 EST | 11/22/2023 16:55:18 EST |
| Meta Materials Inc | MMATQ | Buy | Filled | 1000 | 1000 | @0.079 | 0.079 | DAY | 11/22/2023 16:50:26 EST | 11/22/2023 16:50:26 EST |
| Meta Materials Inc | MMATQ | Buy | Filled | 1000 | 1000 | @0.091 | 0.091 | DAY | 11/13/2023 16:39:06 EST | 11/13/2023 16:39:06 EST |
| Meta Materials Inc | MMATQ | Buy | Filled | 1000 | 1000 | @0.1299 | 0.1299 | DAY | 10/25/2023 19:09:26 EDT | 10/25/2023 19:09:26 EDT |
| Meta Materials Inc | MMATQ | Buy | Filled | 1000 | 1000 | @0.235 | 0.235 | DAY | 06/09/2023 16:32:18 EDT | 06/09/2023 16:32:18 EDT |
| Meta Materials Inc | MMATQ | Buy | Filled | 900 | 900 | @0.225 | 0.225 | DAY | 06/09/2023 15:25:46 EDT | 06/09/2023 15:25:47 EDT |
| Meta Materials Inc | MMATQ | Buy | Filled | 1000 | 1000 | 0.2295 | 0.2295 | DAY | 06/09/2023 14:56:06 EDT | 06/09/2023 14:56:07 EDT |
| Meta Materials Inc | MMATQ | Buy | Filled | 400 | 400 | @0.240 | 0.24 | DAY | 05/19/2023 15:15:05 EDT | 05/19/2023 15:15:06 EDT |
| Meta Materials Inc | MMATQ | Buy | Filled | 3000 | 3000 | @0.3187 | 0.3187 | DAY | 04/13/2023 19:46:04 EDT | 04/13/2023 19:46:04 EDT |
| Meta Materials Inc | MMATQ | Buy | Filled | 400 | 400 | @0.9348 | 0.9348 | DAY | 10/18/2022 10:18:55 EDT | 10/18/2022 10:18:55 EDT |
| Meta Materials Inc | MMATQ | Buy | Filled | 200 | 200 | 0.6481 | 0.6481 | DAY | 09/29/2022 15:01:55 EDT | 09/29/2022 15:01:55 EDT |
| Meta Materials Inc | MMATQ | Buy | Filled | 200 | 200 | 0.8124 | 0.8124 | DAY | 08/26/2022 11:49:36 EDT | 08/26/2022 11:49:36 EDT |
| Meta Materials Inc | MMATQ | Buy | Filled | 100 | 100 | @0.950 | 0.95 | DAY | 08/11/2022 07:53:03 EDT | 08/11/2022 07:53:03 EDT |
| Meta Materials Inc | MMATQ | Buy | Filled | 100 | 100 | @0.9375 | 0.9375 | DAY | 07/14/2022 08:03:54 EDT | 07/14/2022 08:03:55 EDT |
| Meta Materials Inc | MMATQ | Buy | Filled | 100 | 100 | 1.48 | 1.48 | DAY | 06/13/2022 15:39:53 EDT | 06/13/2022 15:39:53 EDT |
| Meta Materials Inc | MMATQ | Buy | Filled | 7 | 7 | 1.58 | 1.58 | DAY | 06/09/2022 13:21:24 EDT | 06/09/2022 13:21:24 EDT |
| Meta Materials Inc | MMATQ | Buy | Filled | 3 | 3 | @1.71 | 1.71 | DAY | 06/08/2022 17:55:07 EDT | 06/08/2022 17:55:07 EDT |
| Meta Materials Inc | MMATQ | Buy | Filled | 14 | 14 | @1.71 | 1.71 | DAY | 06/08/2022 17:42:56 EDT | 06/08/2022 17:42:56 EDT |
| Meta Materials Inc | MMATQ | Buy | Filled | 2 | 2 | @1.12 | 1.12 | DAY | 05/12/2022 07:59:19 EDT | 05/12/2022 07:59:19 EDT |
| Meta Materials Inc | MMATQ | Buy | Filled | 34 | 34 | @1.12 | 1.12 | DAY | 05/12/2022 07:58:44 EDT | 05/12/2022 07:58:44 EDT |
| Meta Materials Inc | MMATQ | Buy | Filled | 2 | 2 | 1.18 | 1.18 | DAY | 05/11/2022 15:08:04 EDT | 05/11/2022 15:08:04 EDT |
| Meta Materials Inc | MMATQ | Buy | Filled | 1 | 1 | 1.24 | 1.24 | DAY | 05/03/2022 11:22:36 EDT | 05/03/2022 11:22:37 EDT |

2021 2024 Webull Orders Records

| Security | Symbol | Side | Status | Qty | Filled | Price | TIF | Placed | Filled |
|---|---|---|---|---|---|---|---|---|---|
| Meta Materials Inc | MMATQ | Buy | Filled | 1 | 1 @1 28 | 1 28 | DAY | 05/02/2022 06 48 13 EDT | 05/02/2022 06 48 13 EDT |
| Meta Materials Inc | MMATQ | Buy | Filled | 1 | 1  1 31 | 1 31 | DAY | 04/21/2022 13 27 52 EDT | 04/21/2022 13 27 52 EDT |
| Meta Materials Inc | MMATQ | Buy | Filled | 76 | 76  1 31 | 1 31 | DAY | 04/21/2022 13 26 57 EDT | 04/21/2022 13 26 57 EDT |
| Meta Materials Inc | MMATQ | Buy | Filled | 1 | 1  1 34 | 1 34 | DAY | 04/21/2022 11 39 28 EDT | 04/21/2022 11 39 28 EDT |
| Meta Materials Inc | MMATQ | Buy | Filled | 57 | 57  1 34 | 1 34 | DAY | 04/21/2022 11 38 56 EDT | 04/21/2022 11 38 56 EDT |
| Meta Materials Inc | MMATQ | Buy | Filled | 1 | 1 @1 42 | 1 42 | DAY | 04/21/2022 06 56 09 EDT | 04/21/2022 06 56 09 EDT |
| Meta Materials Inc | MMATQ | Buy | Filled | 1 | 1  1 59 | 1 59 | DAY | 01/26/2022 15 58 04 EST | 01/26/2022 15 58 04 EST |
| Meta Materials Inc | MMATQ | Buy | Filled | 99 | 99  1 59 | 1 59 | DAY | 01/26/2022 15 57 44 EST | 01/26/2022 15 57 44 EST |
| Meta Materials Inc | MMATQ | Buy | Filled | 100 | 100 @1 91 | 1 91 | DAY | 01/21/2022 08 02 36 EST | 01/21/2022 08 02 37 EST |
| Meta Materials Inc | MMATQ | Buy | Filled | 100 | 100  2 45 | 2 45 | DAY | 12/31/2021 15 54 50 EST | 12/31/2021 15 54 50 EST |
| Meta Materials Inc | MMATQ | Buy | Filled | 17 | 17 @3 03 | 3 03 | DAY | 12/16/2021 07 55 50 EST | 12/16/2021 07 55 50 EST |
| Meta Materials Inc | MMATQ | Buy | Filled | 1 | 1  3 04 | 3 04 | DAY | 12/15/2021 15 54 47 EST | 12/15/2021 15 54 47 EST |
| Meta Materials Inc | MMATQ | Buy | Filled | 32 | 32  3 05 | 3 05 | DAY | 12/15/2021 15 54 27 EST | 12/15/2021 15 54 27 EST |
| Meta Materials Inc | MMATQ | Buy | Filled | 17 | 17  4 92 | 4 92 | DAY | 11/02/2021 12 57 48 EDT | 11/02/2021 12 57 48 EDT |
| Meta Materials Inc | MMATQ | Buy | Filled | 6 | 6 @3 20 | 3 2 | DAY | 08/13/2021 19 44 46 EDT | 08/13/2021 19 44 46 EDT |
| Meta Materials Inc | MMATQ | Buy | Filled | 13 | 13 @3 21 | 3 21 | DAY | 08/13/2021 19 34 28 EDT | 08/13/2021 19 34 28 EDT |
| Meta Materials Inc | MMATQ | Buy | Filled | 2 | 2 @3 31 | 3 31 | DAY | 08/13/2021 06 21 45 EDT | 08/13/2021 06 21 45 EDT |
| Meta Materials Inc | MMATQ | Buy | Filled | 8 | 8  3 36 | 3 36 | DAY | 08/12/2021 13 27 18 EDT | 08/12/2021 13 27 18 EDT |
| Meta Materials Inc | MMATQ | Buy | Filled | 30 | 30 @3 62 | 3 62 | DAY | 08/11/2021 19 59 27 EDT | 08/11/2021 19 59 27 EDT |
| Meta Materials Inc | MMATQ | Buy | Filled | 53 | 53 @3 62 | 3 62 | DAY | 08/11/2021 19 55 55 EDT | 08/11/2021 19 55 55 EDT |
| Meta Materials Inc | MMATQ | Buy | Filled | 62 | 62 @3 29 | 3 29 | DAY | 08/03/2021 19 56 35 EDT | 08/03/2021 19 56 35 EDT |
| Meta Materials Inc | MMATQ | Buy | Filled | 4 | 4  3 25 | 3 25 | DAY | 08/03/2021 13 23 12 EDT | 08/03/2021 13 23 12 EDT |
| Meta Materials Inc | MMATQ | Buy | Filled | 155 | 155  3 25 | 3 25 | DAY | 08/03/2021 13 22 49 EDT | 08/03/2021 13 22 49 EDT |
| Meta Materials Inc | MMATQ | Buy | Filled | 148 | 148  3 36 | 3 36 | DAY | 07/23/2021 13 21 16 EDT | 07/23/2021 13 21 17 EDT |
| Meta Materials Inc | MMATQ | Buy | Filled | 3 | 3 @3 50 | 3 5 | DAY | 07/23/2021 07 57 56 EDT | 07/23/2021 07 57 56 EDT |
| Meta Materials Inc | MMATQ | Buy | Filled | 2 | 2 @3 51 | 3 51 | DAY | 07/23/2021 07 10 07 EDT | 07/23/2021 07 10 07 EDT |
| Meta Materials Inc | MMATQ | Buy | Filled | 1 | 1 @3 46 | 3 46 | DAY | 07/23/2021 06 59 51 EDT | 07/23/2021 06 59 51 EDT |
| Meta Materials Inc | MMATQ | Buy | Filled | 42 | 42 @3 45 | 3 45 | DAY | 07/23/2021 06 59 31 EDT | 07/23/2021 06 59 31 EDT |
| Meta Materials Inc | MMATQ | Buy | Filled | 1 | 1 @3 50 | 3 5 | DAY | 07/22/2021 19 59 16 EDT | 07/22/2021 19 59 16 EDT |
| Meta Materials Inc | MMATQ | Buy | Filled | 1 | 1  3 56 | 3 56 | DAY | 07/22/2021 11 23 12 EDT | 07/22/2021 11 23 12 EDT |
| Meta Materials Inc | MMATQ | Buy | Filled | 25 | 25  3 56 | 3 56 | DAY | 07/22/2021 11 22 52 EDT | 07/22/2021 11 22 52 EDT |
| Meta Materials Inc | MMATQ | Buy | Filled | 2 | 2 @3 92 | 3 92 | DAY | 07/22/2021 07 04 49 EDT | 07/22/2021 07 04 49 EDT |
| Meta Materials Inc | MMATQ | Buy | Filled | 18 | 18 @3 91 | 3 91 | DAY | 07/22/2021 07 01 16 EDT | 07/22/2021 07 01 16 EDT |
| Meta Materials Inc | MMATQ | Buy | Filled | 32 | 32 @3 87 | 3 87 | DAY | 07/22/2021 06 59 16 EDT | 07/22/2021 06 59 16 EDT |
| Meta Materials Inc | MMATQ | Buy | Filled | 9 | 9 @3 20 | 3 2 | DAY | 07/21/2021 06 58 40 EDT | 07/21/2021 06 58 40 EDT |
| Meta Materials Inc | MMATQ | Buy | Filled | 16 | 16 @3 24 | 3 24 | DAY | 07/20/2021 19 59 07 EDT | 07/20/2021 19 59 07 EDT |
| Meta Materials Inc | MMATQ | Buy | Filled | 1 | 1 @3 24 | 3 24 | DAY | 07/20/2021 19 28 47 EDT | 07/20/2021 19 28 47 EDT |

2021-2024 Webull Orders Records

| Security | Symbol | Side | Status | Qty | Filled | Price | TIF | Placed | Filled Time |
|---|---|---|---|---|---|---|---|---|---|
| Meta Materials Inc | MMATQ | Buy | Filled | 24 | 24 @3 24 | 3 24 | DAY | 07/20/2021 19 21 23 EDT | 07/20/2021 19 21 23 EDT |
| Meta Materials Inc | MMATQ | Buy | Filled | 2 | 2    3 17 | 3 17 | DAY | 07/20/2021 13 30 49 EDT | 07/20/2021 13 30 49 EDT |
| Meta Materials Inc | MMATQ | Buy | Filled | 1 | 1    3 18 | 3 18 | DAY | 07/20/2021 13 27 16 EDT | 07/20/2021 13 27 16 EDT |
| Meta Materials Inc | MMATQ | Buy | Filled | 40 | 40   3 18 | 3 18 | DAY | 07/20/2021 13 26 59 EDT | 07/20/2021 13 26 59 EDT |
| Meta Materials Inc | MMATQ | Buy | Filled | 32 | 32   3 18 | 3 18 | DAY | 07/20/2021 13 25 22 EDT | 07/20/2021 13 25 22 EDT |
| Meta Materials Inc | MMATQ | Buy | Filled | 1 | 1 @3 85 | 3 85 | DAY | 07/15/2021 19 49 37 EDT | 07/15/2021 19 49 37 EDT |
| Meta Materials Inc | MMATQ | Buy | Filled | 12 | 12 @3 85 | 3 85 | DAY | 07/15/2021 19 49 07 EDT | 07/15/2021 19 49 07 EDT |
| Meta Materials Inc | MMATQ | Buy | Filled | 57 | 57 @3 89 | 3 89 | DAY | 07/15/2021 19 43 25 EDT | 07/15/2021 19 43 25 EDT |
| Meta Materials Inc | MMATQ | Buy | Filled | 30 | 30 @3 87 | 3 87 | DAY | 07/15/2021 19 32 44 EDT | 07/15/2021 19 32 44 EDT |
| Meta Materials Inc | MMATQ | Buy | Filled | 1 | 1 @3 89 | 3 89 | DAY | 07/15/2021 19 25 02 EDT | 07/15/2021 19 25 02 EDT |
| Meta Materials Inc | MMATQ | Buy | Filled | 5 | 5 @3 90 | 3 9 | DAY | 07/15/2021 19 23 34 EDT | 07/15/2021 19 23 35 EDT |
| Meta Materials Inc | MMATQ | Buy | Filled | 3 | 3 @3 88 | 3 88 | DAY | 07/15/2021 19 20 18 EDT | 07/15/2021 19 20 44 EDT |
| Meta Materials Inc | MMATQ | Buy | Filled | 87 | 87 @3 84 | 3 84 | DAY | 07/15/2021 19 19 43 EDT | 07/15/2021 19 19 43 EDT |
| Meta Materials Inc | MMATQ | Buy | Filled | 5 | 5 @3 88 | 3 88 | DAY | 07/15/2021 19 17 06 EDT | 07/15/2021 19 17 06 EDT |
| Meta Materials Inc | MMATQ | Buy | Filled | 1 | 1 @3 82 | 3 82 | DAY | 07/15/2021 19 10 44 EDT | 07/15/2021 19 10 44 EDT |
| Meta Materials Inc | MMATQ | Buy | Filled | 43 | 43 @3 82 | 3 82 | DAY | 07/15/2021 19 10 04 EDT | 07/15/2021 19 10 04 EDT |
| Meta Materials Inc | MMATQ | Buy | Filled | 5 | 5 @3 82 | 3 82 | DAY | 07/15/2021 19 05 56 EDT | 07/15/2021 19 05 56 EDT |
| Meta Materials Inc | MMATQ | Buy | Filled | 100 | 100 @3 82 | 3 82 | DAY | 07/15/2021 19 04 56 EDT | 07/15/2021 19 04 56 EDT |
| Meta Materials Inc | MMATQ | Buy | Filled | 100 | 100    1 42 | 1 42 | DAY | 04/16/2021 13 32 11 EDT | 04/16/2021 13 32 11 EDT |
| Meta Materials Inc | MMATQ | Buy | Filled | 100 | 100 @1 68 | 1 68 | DAY | 04/12/2021 13 33 18 EDT | 04/12/2021 14 02 16 EDT |
| Meta Materials Inc | MMATQ | Buy | Filled | 100 | 100 @2 13 | 2 13 | DAY | 03/19/2021 09 21 15 EDT | 03/19/2021 09 23 58 EDT |
| Meta Materials Inc | MMATQ | Buy | Filled | 100 | 100    2 22 | 2 22 | DAY | 03/17/2021 13 11 28 EDT | 03/17/2021 13 11 28 EDT |
| Meta Materials Inc | MMATQ | Buy | Filled | 9 | 9 @3 18 | 3 18 | DAY | 03/12/2021 07 19 14 EST | 03/12/2021 07 19 14 EST |
| Meta Materials Inc | MMATQ | Buy | Filled | 1 | 1 @2 29 | 2 29 | DAY | 03/10/2021 06 27 38 EST | 03/10/2021 06 27 38 EST |
| Meta Materials Inc | MMATQ | Buy | Filled | 1 | 1 @2 17 | 2 17 | DAY | 03/05/2021 07 55 06 EST | 03/05/2021 07 55 06 EST |
| Meta Materials Inc | MMATQ | Buy | Filled | 9 | 9 @2 51 | 2 51 | DAY | 03/04/2021 08 07 18 EST | 03/04/2021 08 07 18 EST |
| Meta Materials Inc | MMATQ | Buy | Filled | 33 | 33 @2 55 | 2 55 | DAY | 03/03/2021 19 46 34 EST | 03/03/2021 19 46 34 EST |
| Meta Materials Inc | MMATQ | Buy | Filled | 47 | 47 @2 68 | 2 68 | DAY | 03/02/2021 07 54 22 EST | 03/02/2021 07 54 22 EST |