NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | PROOF OF INTEREST |

Name of Debtor: Meta Materials

Case Number: 24-50792-hlb

1. Name and address of holder of the Equity Interest (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

William Joseph FREEMAN
1120 Island Rd.
Riviera Beach, FL
33404

Telephone Number: (561) 667-9199

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

☑ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

**RECEIVED AND FILED**
DEC 11 2024
U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

COURT USE ONLY

Account or other number by which Interest holder identifies Debtor:
Chase: 593853800076652052

Check here if this claim:
☐ replaces a previously filed Proof of Interest dated: _____
☐ amends a previously filed Proof of Interest dated: _____

2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:

JP Morgan Chase/Account of Charles Schwab

Telephone Number: 800-435-4000

3. Date Equity Interest was acquired:
First Perchased in TD Ameritrade prior to June 28, 2021 merger
Continued to buy shares via Charles Schwab

4. Total amount of member interest: 254

5. Certificate number(s):

6. Type of Equity Interest:
Please indicate the type of Equity Interest you hold:
☑ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
☐ Check this box if your Equity Interest is based on anything else and describe that interest:
Description: INVESTOR

7. Supporting Documents: Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. Date-Stamped Copy: To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

9. Signature:
Check the appropriate box.
☑ I am the creditor.   ☐ I am the creditor's authorized agent. (Attach copy of power of attorney, if any.)   ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)   ☐ I am a guarantor, surety, endorser, or other codebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: William Joseph FREEMAN
Title:
Company: ___ Address and telephone number (if different from notice address above):
_____

(Signature) William Freeman    (Date) Nov/21/2024

Telephone number: 561-667-9199   email: djfreeman@hotmail.com

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

Accounts     Dashboard

Day Change       Cash & Cash Investments
$0.00 (0%)       $7.12

## Positions

Pull down to refresh

**ERBB**
AMERICAN GREEN INC
4    $0.00       N/A
     +$0.00   $0.00 (0.00%)

**MMATQ** 
META MATLS INC
GLASS EQU
254   $0.06    $15.49
      $0.00   $0.00 (0.00%)

**603171109**
MINERCO INC
10,000   $0.00   N/A(3,4)
         $0.00   N/A

**629999590**
NEXT BRIDGE HYDROCARBONS
2,610   $0.00   N/A(3,4)
        $0.00   N/A

Showing 4 of 4 positions

All Positions

View Statements & Reports

Filter: All Transactions
Up to 24 Months

January 29, 2024

MMAT    META MATLS INC
Reverse Split
Qty: 254

59134N104    META MATLS INC XXXREVERS...
Reverse Split
Qty: -25,392

June 29, 2023

SCHWAB1 INT 05/30-06/28                $0.07
Credit Interest

**MMAT   META MATLS INC**                         -$732.01
Buy
Qty: 3,173    Price: $0.23

**CWSFF   CIELO WASTE SOLUTION F**     $739.45
Sell
Qty: 20,385    Price: $0.04

**CBDW   1606 CORP**
Journal
Qty: -134

**CBDW   1606 CORP**
Journal
Qty: 134

**629999590   NEXT BRIDGE HYDROCARBONS**
Journal
Qty: -2,610

June 9, 2023

**MMAT** META MATLS INC — -$1,001.42
Buy
Qty: **4,373**   Price: **$0.23**

June 6, 2023

Tfr BANK OF AMERICA NA, ...   $1,000.00
MoneyLink Transfer

May 30, 2023

TDA TRAN - CASH MOVEMENT...   -$1.03
Journaled Shares

**ERBB**   TDA TRAN - TRANSFER OF S...
Journaled Shares
Qty: **-4**

Journaled Shares
Qty: -134

**MMAT   META MATLS INC**
Internal Transfer
Qty: 17,846

**CWSFF   CIELO WASTE SOLUTION F**
Internal Transfer
Qty: 20,385

**CBDW   1606 CORP**
Internal Transfer
Qty: 134

**MINE   MINERCO INC**
Internal Transfer
Qty: 10,000

**ERBB   AMERICAN GREEN INC**

MMAT    TDA TRAN - Bought ...501...    -$108.82
Buy
Qty: 501    Price: $0.22

GDNPF    TDA TRAN - Sold ...633 (...    $106.25
Sell
Qty: 633    Price: $0.18

MMAT    TDA TRAN - Bought 4500 (...    -$997.19
Buy
Qty: 4,500    Price: $0.22

TDA TRAN - CLIENT REQUES...    $450.00
MoneyLink Transfer

TDA TRAN - CLIENT REQUES...    $550.00
MoneyLink Transfer

March 15, 2023