NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | | PROOF OF INTEREST |
|---|---|---|

| Name of Debtor: Meta Materials Inc | Case Number: 24-50792 |
|---|---|

**1** Name and address of holder of the Equity Interest (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

Robert Hallex
811 Airport rd Martinsburg WV 25405

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

☑ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

**RECEIVED AND FILED**
**DEC 11 2024**
**U.S. BANKRUPTCY COURT**
**MARY A. SCHOTT, CLERK**

Telephone Number: 304-350-7248

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b)herein

COURT USE ONLY

| Account or other number by which Interest holder identifies Debtor: Z20-672218  258 shares       23123293  51 shares | Check here if this claim: ☐ replaces a previously filed Proof of Interest dated _____ ☐ amends a previously filed Proof of Interest dated _____ |
|---|---|

**2** Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:
Fidelity Investments  PO box 28014 Albuquerque NM 87125

Telephone Number:  800-343-3548

**3** Date Equity Interest was acquired:
Multiple purchases at Fidelity starting 11/15/22 and ending on 2/1/24 (see attached)

**4** Total amount of member interest: __309 shares__

**5** Certificate number(s): _____

**6** Type of Equity Interest
Please indicate the type of Equity Interest you hold:
☑ Check this box if your Equity Interest is based on an actual member interest held in the Debtor
☐ Check this box if your Equity Interest is based on anything else and describe that interest
Description: __Investor__

**7** Supporting Documents: Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**8** Date-Stamped Copy: To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped self-addressed envelope and copy of this Proof of Interest.

**9 Signature**
Check the appropriate box.
☑ I am the creditor   ☐ I am the creditor's authorized agent. (Attach copy of power of attorney, if any.)   ☐ I am the trustee, or the debtor or their authorized agent. (See Bankruptcy Rule 3004.)   ☐ I am a guarantor, surety, endorser or othercodebtor (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name:  Robert Hallex
Title:
Company:__ Address and telephone number (if different from notice address above):

(Signature) *Robert Hallex*   (Date) 12-9-24

Telephone number  304-350-7248   email  rdhallex1@msn.com

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

Acct # Z20-672218                    Acct # 231-232993

| Purchase date | Shares | Purchase date | Shares |
|---|---|---|---|
| 11/21/22 | 4200 | 11/15/22 | 2100 |
| 11/23/22 | 2100 | 02/21/23 | 1000 |
| 11/28/22 | 2600 | 07/20/23 | 2000 |
| 12/05/22 | 100 | | |
| 01/18/23 | 1100 | | |
| 02/21/23 | 1000 | | |
| 04/14/23 | 2100 | | |
| 04/24/23 | 500 | | |
| 06/27/23 | 2100 | | |
| 01/30/24 | 100 | | |

I never sold a share.



INVESTMENT REPORT
November 1, 2024 - November 30, 2024

## Holdings

Account # 231-232993
ROBERT A HALLEX - IRA - BDA

### Mutual Funds (continued)

| Description | Beginning Market Value Nov 1, 2024 | Quantity Nov 30, 2024 | Price Per Unit Nov 30, 2024 | Ending Market Value Nov 30, 2024 | Cost | Unrealized Gain/Loss Nov 30, 2024 | EAI ($) / EY (%) |
|---|---|---|---|---|---|---|---|
| **Short-Term Funds** (continued) | | | | | | | |
| Total Short Term Funds (0% of account holdings) | $171.07 | | | $171.68 | | | $8.51 |
| **Total Mutual Funds (94% of account holdings)** | $235,115.74 | | | $247,532.37 | $13,656.13 | $233,704.56 | $820.86 |

### Stocks

| Description | Beginning Market Value Nov 1, 2024 | Quantity Nov 30, 2024 | Price Per Unit Nov 30, 2024 | Ending Market Value Nov 30, 2024 | Cost | Unrealized Gain/Loss Nov 30, 2024 | EAI ($) / EY (%) |
|---|---|---|---|---|---|---|---|
| **Common Stock** | | | | | | | |
| AMC ENTMT HLDGS INC CL A NEW (AMC) | $1,470.65 | 335.000 | $4.9500 | $1,658.25 | $11,868.32 | -$10,210.07 | - |
| GAMESTOP CORPORATION COM USD0.001 CLASS A(GME) | 2,461.98 | 111.000 | 29.0500 | 3,224.55 | 3,053.61 | 170.94 | - |
| HYCROFT MINING HOLDING CORP CL A NEW (HYMC) | 501.90 | 210.000 | 2.3400 | 491.40 | 1,729.14 | -1,237.74 | - |
| META MATERIALS INC COM NEW ISIN #US59134N3026 SEDOL #BQ67J98 (MMATQ) | 3.62 | 51.000 | 0.0610 | 3.11 | 5,044.30 | -5,041.19 | - |
| Total Common Stock (2% of account holdings) | $4,438.15 | | | $5,377.31 | $21,695.37 | -$16,318.06 | - |
| **Total Stocks (2% of account holdings)** | $4,438.15 | | | $5,377.31 | $21,695.37 | -$16,318.06 | |
| **Total Holdings** | | | | $264,231.32 | $35,351.50 | $217,386.50 | $1,379.30 |

*All positions held in cash account unless indicated otherwise*



PO Box 28019
Albuquerque NM 87125-8019

Transaction Confirmation                Page 1 of 1
Confirm Date November 15, 2022

Brokerage Account Number
*****2993 IRA - BDA

**ROBERT A HALLEX**

FMTC CUSTODIAN - IRA BDA
NSPS ROBERT A HALLEX
811 AIRPORT RD
MARTINSBURG WV 25405-6824

9900325257

Online                      Fidelity.com
FAST®-Automated Telephone   800-544-5555
Customer Service            800-544-6666

| REFERENCE NO | TYPE | REG REP | TRADE DATE | SETTLEMENT DATE | CUSIP NO | ORDER NO | | |
|---|---|---|---|---|---|---|---|---|
| 22319-LK6RH9 | 1* | WO# | 11-15-22 | 11-17-22 | 36467W109 | 22319-AAEK6 | | |
| You Bought at Symbol GME | | 111 27.5100 | DESCRIPTION and DISCLOSURES GAMESTOP CORPORATION COM USD0.001 CLASS A WE HAVE ACTED AS AGENT | | | Principal Amount Settlement Amount | 3,053.61 3,053.61 | |

| REFERENCE NO | TYPE | REG REP | TRADE DATE | SETTLEMENT DATE | CUSIP NO | ORDER NO | | |
|---|---|---|---|---|---|---|---|---|
| 22319-1CJDCT | 1* | WO# | 11-15-22 | 11-17-22 | 59134N104 | 22319-AB8S2 | | |
| You Bought at Symbol MMAT | | 2,100 1.8600 | DESCRIPTION and DISCLOSURES META MATERIALS INC COM ISIN #US59134N1046 SEDOL #BKSCVX7 WE HAVE ACTED AS AGENT | | | Principal Amount Settlement Amount | 3,906.00 3,906.00 | |

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE        9900325257

FMTC CUSTODIAN - IRA BDA
NSPS ROBERT A HALLEX
811 AIRPORT RD
MARTINSBURG WV 25405-6824

If you are eligible to make a deposit, please use this form for investments in your brokerage account *****2993 only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

If there are sufficient funds in your brokerage core account (or margin account) Fidelity will use those funds to cover the trade(s) on this confirm. If you wish to deposit additional money, use this deposit slip and make checks payable to NATIONAL FINANCIAL SERVICES LLC. Deposits will be made to the account listed above. Please mail checks to the Fidelity address on this form. Refer to the last page for instructions on depositing certificates.

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH 45277-0003

FIDELITY BROKERAGE SERVICES LLC MEMBER NYSE SIPC

099 0231232993 00 000



PO Box 28019
Albuquerque NM 87125-8019

**Transaction Confirmation**
Confirm Date  February 21, 2023

Page 1 of 1

Brokerage Account Number
*****2993 IRA - BDA

**ROBERT A HALLEX**

9900402989

FMTC CUSTODIAN - IRA BDA
NSPS ROBERT A HALLEX
811 AIRPORT RD
MARTINSBURG WV 25405-6824

| Online | Fidelity.com |
| FAST®-Automated Telephone | 800-544-5555 |
| Customer Service | 800-544-6666 |

| REFERENCE NO | TYPE | REG REP | TRADE DATE | SETTLEMENT DATE | CUSIP NO | ORDER NO | | |
|---|---|---|---|---|---|---|---|---|
| 23052-1CTVGG | 1* | WO# | 02-21-23 | 02-23-23 | 59134N104 | 23052-HIGAC | | |

You Bought

at

Symbol
MMAT

1,000

6695

DESCRIPTION and DISCLOSURES
META MATERIALS INC COM
ISIN #US59134N1046 SEDOL #BKSCVX7
WE HAVE ACTED AS AGENT

Principal Amount         669.50
Settlement Amount        669.50

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE

9900402989

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

FMTC CUSTODIAN - IRA BDA
NSPS ROBERT A HALLEX
811 AIRPORT RD
MARTINSBURG WV 25405-6824

If you are eligible to make a deposit please use this form for investments in your brokerage account *****2993    only

| AMOUNT OF INVESTMENT | $ |

If there are sufficient funds in your brokerage core account (or margin account) Fidelity will use those funds to cover the trade(s) on this confirm. If you wish to deposit additional money, use this deposit slip and make checks payable to NATIONAL FINANCIAL SERVICES LLC Deposits will be made to the account listed above. Please mail checks to the Fidelity address on this form. Refer to the last page for instructions on depositing certificates

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH  45277-0003

FIDELITY BROKERAGE SERVICES LLC  MEMBER NYSE SIPC

099 0231232993   00   000



PO Box 28019
Albuquerque NM 87125-8019

**Transaction Confirmation**
Confirm Date July 20, 2023

Page 1 of 1

Brokerage Account Number
*****2993 IRA - BDA

**ROBERT A HALLEX**

FMTC CUSTODIAN - IRA BDA
NSPS ROBERT A HALLEX
811 AIRPORT RD
MARTINSBURG WV 25405-6824

9900363343

| Online | Fidelity.com |
| FAST®-Automated Telephone | 800-544-5555 |
| Customer Service | 800-544-6666 |

| REFERENCE NO | TYPE | REG REP | TRADE DATE | SETTLEMENT DATE | CUSIP NO | ORDER NO | | |
|---|---|---|---|---|---|---|---|---|
| 23201-1CLTHB | 1* | WO# | 07-20-23 | 07-24-23 | 59134N104 | 23201-HGGW4 | | |
| You Bought | | | DESCRIPTION and DISCLOSURES<br>META MATERIALS INC COM | | Principal Amount | | 468.80 | |
| at | | 2,000<br>234399 | ISIN #US59134N1046 SEDOL #BKSCVX7<br>WE HAVE ACTED AS AGENT | | Settlement Amount | | 468.80 | |
| Symbol<br>MMAT | | | | | | | | |

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE

9900363343

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

FMTC CUSTODIAN - IRA BDA
NSPS ROBERT A HALLEX
811 AIRPORT RD
MARTINSBURG WV 25405-6824

If you are eligible to make a deposit, please use this form for investments in your brokerage account  *****2993    only

| AMOUNT OF INVESTMENT | $ |

If there are sufficient funds in your brokerage core account (or margin account) Fidelity will use those funds to cover the trade(s) on this confirm. If you wish to deposit additional money, use this deposit slip and make checks payable to NATIONAL FINANCIAL SERVICES LLC. Deposits will be made to the account listed above. Please mail checks to the Fidelity address on this form. Refer to the last page for instructions on depositing certificates.

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH  45277-0003

FIDELITY BROKERAGE SERVICES LLC  MEMBER NYSE  SIPC

099  0231232993   00   000



INVESTMENT REPORT
November 1, 2024 - November 30, 2024

Account # Z20-672218
ROBERT A HALLEX - INDIVIDUAL

## Holdings

Stocks (continued)

| Description | Beginning Market Value Nov 1, 2024 | Quantity Nov 30, 2024 | Price Per Unit Nov 30, 2024 | Ending Market Value Nov 30, 2024 | Total Cost Basis | Unrealized Gain/Loss Nov 30, 2024 | EAI ($) / EY (%) |
|---|---|---|---|---|---|---|---|
| **Common Stock** (continued) | | | | | | | |
| **CUNNINGHAM NATURAL RESOURCES CORP** COMMON STOCK (CNRC) | 385 81 | 18,820.000 | 0 0180 | 338 76 | 7,392 15 | -7,053 39 | - - |
| **HYCROFT MINING HOLDING CORP CL A NEW** (HYMC) | 262 90 | 110 000 | 2 3400 | 257 40 | 808 12 | -550 72 | - - |
| **META MATERIALS INC COM NEW** ISIN #US59134N3026 SEDOL #BQ67J98 (MMATQ) | 18 31 | 258 000 | 0 0610 | 15 73 | 20,821 84 | -20,806 11 | - - |
| **MULLEN AUTOMOTIVE INC COM NEW** (MULN) | 2 05 | 1 000 | 2 6900 | 2 69 | 3,053 13 | -3,050 44 | - - |
| **NOKIA OYJ ADR EACH REPR 1 ORD NPV** (NOK) | 1,040 00 | 221 754 | 4 2000 | 931 36 | 1,073 22 | -141 86 | 31 14 3 340 |
| **NEXT BRIDGE HYDROCARBONS INC** $0 0001 NEVADA | unavailable | 2,510 000 | - | unavailable | 7,266 45 | unavailable | - - |



PO Box 28019
Albuquerque NM 87125-8019

**Transaction Confirmation**  Page 1 of 2
Confirm Date November 21, 2022

Brokerage Account Number
*****2218 INDIVIDUAL

**ROBERT A HALLEX**

ROBERT A HALLEX
811 AIRPORT RD
MARTINSBURG WV 25405-6824

9900166763

Online                           Fidelity.com
FAST®-Automated Telephone        800-544-5555
Customer Service                 800-544-6666

| REFERENCE NO | TYPE | REG REP | TRADE DATE | SETTLEMENT DATE | CUSIP NO | ORDER NO | | |
|---|---|---|---|---|---|---|---|---|
| 22325-OB1J5M | 1* | WO# | 11-21-22 | 11-23-22 | 00165C203 | 22325-G3PQO | | |
| You Bought | | | DESCRIPTION and DISCLOSURES | | | | | |
| | 1,100 | | AMC ENTMT HLDGS INC PFD EQT UNIT | | | Principal Amount | | 1,470.92 |
| at | | | WE HAVE ACTED AS AGENT | | | Settlement Amount | | 1,470.92 |
| | 1.3372 | | | | | | | |
| Symbol | | | | | | | | |
| APE | | | | | | | | |

| REFERENCE NO | TYPE | REG REP | TRADE DATE | SETTLEMENT DATE | CUSIP NO | ORDER NO | | |
|---|---|---|---|---|---|---|---|---|
| 22325-OBOT3P | 1* | WO# | 11-21-22 | 11-23-22 | 59134N104 | 22325-G237C | | |
| You Bought | | | DESCRIPTION and DISCLOSURES | | | | | |
| | 4,200 | | META MATERIALS INC COM | | | Principal Amount | | 8,399.58 |
| at | | | ISIN #US59134N1046 SEDOL #BKSCVX7 | | | Settlement Amount | | 8,399.58 |
| | 1.9999 | | WE HAVE ACTED AS AGENT | | | | | |
| Symbol | | | | | | | | |
| MMAT | | | | | | | | |

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE          9900166763

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

ROBERT A HALLEX
811 AIRPORT RD
MARTINSBURG WV 25405-6824

If you are eligible to make a deposit, please use this form for investments in your brokerage account *****2218 only

| AMOUNT OF INVESTMENT | $ |
|---|---|

If there are sufficient funds in your brokerage core account (or margin account) Fidelity will use those funds to cover the trade(s) on this confirm. If you wish to deposit additional money, use this deposit slip and make checks payable to NATIONAL FINANCIAL SERVICES LLC. Deposits will be made to the account listed above. Please mail checks to the Fidelity address on this form. Refer to the last page for instructions on depositing certificates

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH 45277-0003

FIDELITY BROKERAGE SERVICES LLC MEMBER NYSE SIPC

099  0220672218  00  000

Transaction Confirmation  Page 3 of 3
Confirm Date November 23, 2022

Brokerage Account Number
*****2218 INDIVIDUAL

**ROBERT A HALLEX**

| REFERENCE NO | TYPE | REG REP | TRADE DATE | SETTLEMENT DATE | CUSIP NO | ORDER NO | | |
|---|---|---|---|---|---|---|---|---|
| 22327-OB162X | 1* | WO# | 11-23-22 | 11-28-22 | 59134N104 | 22327-AD2CN | | |
| You Bought | | 2,100 | DESCRIPTION and DISCLOSURES META MATERIALS INC COM ISIN #US59134N1046 SEDOL #BKSCVX7 | | | Principal Amount Settlement Amount | 4,083 24 4,083 24 | |
| at | | 1 9444 | WE HAVE ACTED AS AGENT | | | | | |
| Symbol MMAT | | | | | | | | |

| REFERENCE NO | TYPE | REG REP | TRADE DATE | SETTLEMENT DATE | CUSIP NO | ORDER NO | | |
|---|---|---|---|---|---|---|---|---|
| 22327-H43B4Z | 1* | WO# | 11-23-22 | 11-28-22 | 62526P109 | 22327-G8390 | | |
| You Bought | | 6 200 | DESCRIPTION and DISCLOSURES MULLEN AUTOMOTIVE INC COM WE HAVE ACTED AS AGENT | | | Principal Amount Settlement Amount | 1 308 82 1 308 82 | |
| at | | 2111 | PARTIAL EXECUTION | | | | | |
| Symbol MULN | | | | | | | | |

| REFERENCE NO | TYPE | REG REP | TRADE DATE | SETTLEMENT DATE | CUSIP NO | ORDER NO | | |
|---|---|---|---|---|---|---|---|---|
| 22327-LWT9B9 | 1* | WO# | 11-23-22 | 11-28-22 | 62526P109 | 22327-G8390 | | |
| You Bought | | 600 | DESCRIPTION and DISCLOSURES MULLEN AUTOMOTIVE INC COM WE HAVE ACTED AS AGENT | | | Principal Amount Settlement Amount | 126 36 126 36 | |
| at | | 2106 | PARTIAL EXECUTION | | | | | |
| Symbol MULN | | | | | | | | |

| REFERENCE NO | TYPE | REG REP | TRADE DATE | SETTLEMENT DATE | CUSIP NO | ORDER NO | | |
|---|---|---|---|---|---|---|---|---|
| 22327-M1C85Q | 1* | WO# | 11-23-22 | 11-28-22 | 62526P109 | 22327-G8390 | | |
| You Bought | | 200 | DESCRIPTION and DISCLOSURES MULLEN AUTOMOTIVE INC COM WE HAVE ACTED AS AGENT | | | Principal Amount Settlement Amount | 42 06 42 06 | |
| at | | 2103 | PARTIAL EXECUTION | | | | | |
| Symbol MULN | | | | | | | | |

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE        9900128597

Transaction Confirmation  Page 3 of 3
Confirm Date November 28, 2022

Brokerage Account Number
*****2218 INDIVIDUAL

**ROBERT A HALLEX**

| REFERENCE NO | TYPE | REG REP | TRADE DATE | SETTLEMENT DATE | CUSIP NO | ORDER NO | | |
|---|---|---|---|---|---|---|---|---|
| 22332-M9V76H | 1* | WO# | 11-28-22 | 11-30-22 | 42309B204 | 22332-G4ES0 | | |

You Bought  
        95  
  at  
       2805  
Symbol  
HLBZ

DESCRIPTION and DISCLOSURES  
HELBIZ INC CLASS A COM  
WE HAVE ACTED AS AGENT  
PARTIAL EXECUTION

Principal Amount    26 65  
Settlement Amount  26 65

| REFERENCE NO | TYPE | REG REP | TRADE DATE | SETTLEMENT DATE | CUSIP NO | ORDER NO | | |
|---|---|---|---|---|---|---|---|---|
| 22332-JPYPV7 | 1* | WO# | 11-28-22 | 11-30-22 | 44228P108 | 22332-G6YH9 | | |

You Bought  
     5 900  
  at  
     3990  
Symbol  
HNRC

DESCRIPTION and DISCLOSURES  
HOUSTON NAT RES CORP COM  
WE HAVE ACTED AS AGENT  
PARTIAL EXECUTION

Principal Amount  2,354 10  
Settlement Amount  2 354 10

| REFERENCE NO | TYPE | REG REP | TRADE DATE | SETTLEMENT DATE | CUSIP NO | ORDER NO | | |
|---|---|---|---|---|---|---|---|---|
| 22332-K4NLXW | 1* | WO# | 11-28-22 | 11-30-22 | 44228P108 | 22332-G6YH9 | | |

You Bought  
     100  
  at  
     3925  
Symbol  
HNRC

DESCRIPTION and DISCLOSURES  
HOUSTON NAT RES CORP COM  
WE HAVE ACTED AS AGENT  
PARTIAL EXECUTION

Principal Amount  39 25  
Settlement Amount  39 25

| REFERENCE NO | TYPE | REG REP | TRADE DATE | SETTLEMENT DATE | CUSIP NO | ORDER NO | | |
|---|---|---|---|---|---|---|---|---|
| 22332-0BR2ZH | 1* | WO# | 11-28-22 | 11-30-22 | 59134N104 | 22332-G34WT | | |

You Bought  
   2,600  
  at  
   1 8695  
Symbol  
MMAT

DESCRIPTION and DISCLOSURES  
META MATERIALS INC COM  
ISIN #US59134N1046 SEDOL #BKSCVX7  
WE HAVE ACTED AS AGENT

Principal Amount  4,860 70  
Settlement Amount  4,860 70

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE    9900155105



PO Box 28019
Albuquerque NM 87125-8019

Transaction Confirmation
Confirm Date December 5, 2022    Page 1 of 2

Brokerage Account Number
*****2218 INDIVIDUAL

**ROBERT A HALLEX**

9900177878

ROBERT A HALLEX
811 AIRPORT RD
MARTINSBURG WV 25405-6824

| | Online | Fidelity.com |
|---|---|---|
| | FAST®-Automated Telephone | 800-544-5555 |
| | Customer Service | 800-544-6666 |

| REFERENCE NO | TYPE | REG REP | TRADE DATE | SETTLEMENT DATE | CUSIP NO | ORDER NO | | |
|---|---|---|---|---|---|---|---|---|
| 22339-0GCZBW | 1* | WO# | 12-05-22 | 12-07-22 | 59134N104 | 22339-H8A45 | | |

You Bought  100  at  1.7100
DESCRIPTION and DISCLOSURES
META MATERIALS INC COM
ISIN #US59134N1046 SEDOL #BKSCVX7
WE HAVE ACTED AS AGENT

Principal Amount    171.00
Settlement Amount   171.00

Symbol MMAT

| REFERENCE NO | TYPE | REG.REP | TRADE DATE | SETTLEMENT DATE | CUSIP NO | ORDER NO | | |
|---|---|---|---|---|---|---|---|---|
| 22339-0GB6KZ | 1* | WO# | 12-05-22 | 12-07-22 | 59134N203 | 22339-H7V73 | | |

You Bought  100  at  7.6300
DESCRIPTION and DISCLOSURES
META MATERIALS INC PFD SER A 0.00000%
WE HAVE ACTED AS AGENT

Principal Amount    763.00
Settlement Amount   763.00

Symbol MMTLP

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE    9900177878

---

ROBERT A HALLEX
811 AIRPORT RD
MARTINSBURG WV 25405-6824

If you are eligible to make a deposit, please use this form for investments in your brokerage account *****2218 only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH 45277-0003

If there are sufficient funds in your brokerage core account (or margin account), Fidelity will use those funds to cover the trade(s) on this confirm. If you wish to deposit additional money, use this deposit slip and make checks payable to NATIONAL FINANCIAL SERVICES LLC. Deposits will be made to the account listed above. Please mail checks to the Fidelity address on this form. Refer to the last page for instructions on depositing certificates.

FIDELITY BROKERAGE SERVICES LLC  MEMBER NYSE SIPC

099  0Z20672218   00   000



**Fidelity INVESTMENTS**
PO Box 28019
Albuquerque NM 87125-8019

Transaction Confirmation  
Confirm Date January 18, 2023  
Page 1 of 2

Brokerage Account Number  
*****2218 INDIVIDUAL

ROBERT A HALLEX

9900162999

ROBERT A HALLEX  
811 AIRPORT RD  
MARTINSBURG WV 25405-6824

| | |
|---|---|
| Online | Fidelity com |
| FAST®-Automated Telephone | 800-544-5555 |
| Customer Service | 800-544-6666 |

| REFERENCE NO | TYPE | REG REP | TRADE DATE | SETTLEMENT DATE | CUSIP NO | ORDER NO | | |
|---|---|---|---|---|---|---|---|---|
| 23018-0DFP7H | 1* | WO# | 01-18-23 | 01-20-23 | Y3005A109 | 23018-HMS8Y | | |

You Bought 2,100 at 5200  
DESCRIPTION and DISCLOSURES  
GENIUS GROUP LTD COM NPV  
WE HAVE ACTED AS AGENT  
Symbol GNS

Principal Amount  1 092 00  
Settlement Amount  1,092 00

| REFERENCE NO | TYPE | REG REP | TRADE DATE | SETTLEMENT DATE | CUSIP NO | ORDER NO | | |
|---|---|---|---|---|---|---|---|---|
| 23018-0DF14D | 1* | WO# | 01-18-23 | 01-20-23 | 59134N104 | 23018-HM5X7 | | |

You Bought 1,100 at 1 0428  
DESCRIPTION and DISCLOSURES  
META MATERIALS INC COM  
ISIN #US59134N1046 SEDOL #BKSCVX7  
WE HAVE ACTED AS AGENT  
Symbol MMAT

Principal Amount  1 147 08  
Settlement Amount  1,147 08

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE

9900162999

ROBERT A HALLEX  
811 AIRPORT RD  
MARTINSBURG WV 25405-6824

If you are eligible to make a deposit please use this form for investments in your brokerage account *****2218 only

| AMOUNT OF INVESTMENT | $ |
|---|---|

If there are sufficient funds in your brokerage core account (or margin account) Fidelity will use those funds to cover the trade(s) on this confirm  If you wish to deposit additional money, use this deposit slip and make checks payable to NATIONAL FINANCIAL SERVICES LLC  Deposits will be made to the account listed above  Please mail checks to the Fidelity address on this form  Refer to the last page for instructions on depositing certificates

FIDELITY INVESTMENTS  
PO BOX 770001  
CINCINNATI OH  45277-0003

FIDELITY BROKERAGE SERVICES LLC  MEMBER NYSE  SIPC

099  0Z20672218  00  000

Case 24-50792-hlb    Doc 594    Entered 12/11/24 15:53:00    Page 13 of 17



PO Box 28019
Albuquerque NM 87125-8019

**Transaction Confirmation**
Confirm Date February 21, 2023                          Page 1 of 1

Brokerage Account Number
**\*\*\*\*\*2218 INDIVIDUAL**

**ROBERT A HALLEX**

9900205593

ROBERT A HALLEX
811 AIRPORT RD
MARTINSBURG WV 25405-6824

| Online | Fidelity.com |
| FAST®-Automated Telephone | 800-544-5555 |
| Customer Service | 800-544-6666 |

| REFERENCE NO | TYPE | REG REP | TRADE DATE | SETTLEMENT DATE | CUSIP NO | ORDER NO | | |
|---|---|---|---|---|---|---|---|---|
| 23052-0DJXPW | 1* | WO# | 02-21-23 | 02-23-23 | 59134N104 | 23052-HHNPW | | |
| You Bought | | | DESCRIPTION and DISCLOSURES  META MATERIALS INC COM | | | Principal Amount | | 670.00 |
| | | 1,000 | ISIN #US59134N1046 SEDOL #BKSCVX7 | | | Settlement Amount | | 670.00 |
| at | | 6700 | WE HAVE ACTED AS AGENT | | | | | |
| Symbol | | | | | | | | |
| MMAT | | | | | | | | |

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE                                 9900205593

---

ROBERT A HALLEX
811 AIRPORT RD
MARTINSBURG WV 25405-6824

If you are eligible to make a deposit please use this form for investments in your brokerage account *****2218   only

| AMOUNT OF INVESTMENT | $ |

If there are sufficient funds in your brokerage core account (or margin account) Fidelity will use those funds to cover the trade(s) on this confirm. If you wish to deposit additional money, use this deposit slip and make checks payable to NATIONAL FINANCIAL SERVICES LLC. Deposits will be made to the account listed above. Please mail checks to the Fidelity address on this form. Refer to the last page for instructions on depositing certificates.

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH 45277-0003

FIDELITY BROKERAGE SERVICES LLC  MEMBER NYSE SIPC

099 0Z20672218 00 000



PO Box 28019
Albuquerque NM 87125-8019

**Transaction Confirmation**
**Confirm Date April 14, 2023**

Page 1 of 1

Brokerage Account Number
*****2218 INDIVIDUAL

**ROBERT A HALLEX**

ROBERT A HALLEX
811 AIRPORT RD
MARTINSBURG WV 25405-6824

9900145884

| Online | Fidelity com |
| FAST®-Automated Telephone | 800-544-5555 |
| Customer Service | 800-544-6666 |

| REFERENCE NO | TYPE | REG REP | TRADE DATE | SETTLEMENT DATE | CUSIP NO | ORDER NO | | |
|---|---|---|---|---|---|---|---|---|
| 23104-0FRQ6D | 1* | WO# | 04-14-23 | 04-18-23 | 59134N104 | 23104-HWNRW | | |
| You Bought | | | DESCRIPTION and DISCLOSURES | | | Principal Amount | | 480 90 |
| at | | 2,100 | META MATERIALS INC COM ISIN #US59134N1046 SEDOL #BKSCVX7 | | | Settlement Amount | | 480 90 |
| Symbol MMAT | | 2290 | WE HAVE ACTED AS AGENT | | | | | |

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE

9900145884

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

ROBERT A HALLEX
811 AIRPORT RD
MARTINSBURG WV 25405-6824

If you are eligible to make a deposit please use this form for investments in your brokerage account *****2218  only

| AMOUNT OF INVESTMENT | $ |

If there are sufficient funds in your brokerage core account (or margin account) Fidelity will use those funds to cover the trade(s) on this confirm  If you wish to deposit additional money, use this deposit slip and make checks payable to NATIONAL FINANCIAL SERVICES LLC  Deposits will be made to the account listed above  Please mail checks to the Fidelity address on this form  Refer to the last page for instructions on depositing certificates

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH  45277-0003

FIDELITY BROKERAGE SERVICES LLC  MEMBER NYSE SIPC

099  0Z20672218   00   000



PO Box 28019
Albuquerque NM 87125-8019

**Transaction Confirmation**
Confirm Date  April 24, 2023

Page 1 of 1

Brokerage Account Number
*****2218 INDIVIDUAL

**ROBERT A HALLEX**

9900156117

ROBERT A HALLEX
811 AIRPORT RD
MARTINSBURG WV 25405-6824

Online                              Fidelity.com
FAST®-Automated Telephone           800-544-5555
Customer Service                    800-544-6666

| REFERENCE NO | TYPE | REG REP | TRADE DATE | SETTLEMENT DATE | CUSIP NO | ORDER NO | | |
|---|---|---|---|---|---|---|---|---|
| 23114-OD6DCL | 1* | WO# | 04-24-23 | 04-26-23 | 59134N104 | 23114-HZGQC | | |
| You Bought | | | DESCRIPTION and DISCLOSURES | | | | | |
| | | 500 | META MATERIALS INC COM | | | Principal Amount | | 102.65 |
| at | | 2053 | ISIN #US59134N1046 SEDOL #BKSCVX7 | | | Settlement Amount | | 102.65 |
| Symbol | | | WE HAVE ACTED AS AGENT | | | | | |
| MMAT | | | | | | | | |

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE           9900156117

ROBERT A HALLEX
811 AIRPORT RD
MARTINSBURG WV 25405-6824

If you are eligible to make a deposit please use this form for investments in your brokerage account *****2218   only

| AMOUNT OF INVESTMENT | $ |
|---|---|

If there are sufficient funds in your brokerage core account (or margin account) Fidelity will use those funds to cover the trade(s) on this confirm. If you wish to deposit additional money, use this deposit slip and make checks payable to NATIONAL FINANCIAL SERVICES LLC Deposits will be made to the account listed above. Please mail checks to the Fidelity address on this form. Refer to the last page for instructions on depositing certificates

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH 45277-0003

FIDELITY BROKERAGE SERVICES LLC  MEMBER NYSE SIPC

099 0Z20672218  00   000



PO Box 28019
Albuquerque NM 87125-8019

**Transaction Confirmation**
Confirm Date June 27, 2023

Page 1 of 1

Brokerage Account Number
*****2218 INDIVIDUAL

**ROBERT A HALLEX**

9900142567

ROBERT A HALLEX
811 AIRPORT RD
MARTINSBURG WV 25405-6824

| Online | Fidelity.com |
| FAST®-Automated Telephone | 800-544-5555 |
| Customer Service | 800-544-6666 |

| REFERENCE NO | TYPE | REG REP | TRADE DATE | SETTLEMENT DATE | CUSIP NO | ORDER NO | | |
|---|---|---|---|---|---|---|---|---|
| 23178-OHNKPC | 1* | WO# | 06-27-23 | 06-29-23 | 59134N104 | 23178-IOROA | | |

You Bought 2,100 at 1989

DESCRIPTION and DISCLOSURES
META MATERIALS INC COM
ISIN #US59134N1046 SEDOL #BKSCVX7
WE HAVE ACTED AS AGENT

Symbol
MMAT

Principal Amount     417.69
Settlement Amount    417.69

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE

9900142567

ROBERT A HALLEX
811 AIRPORT RD
MARTINSBURG WV 25405-6824

If you are eligible to make a deposit please use this form for investments in your brokerage account *****2218 only

| AMOUNT OF INVESTMENT | $ |

If there are sufficient funds in your brokerage core account (or margin account) Fidelity will use those funds to cover the trade(s) on this confirm. If you wish to deposit additional money, use this deposit slip and make checks payable to NATIONAL FINANCIAL SERVICES LLC Deposits will be made to the account listed above. Please mail checks to the Fidelity address on this form. Refer to the last page for instructions on depositing certificates

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH 45277-0003

FIDELITY BROKERAGE SERVICES LLC MEMBER NYSE SIPC

099 0Z20672218   00   000



PO Box 28019
Albuquerque NM 87125-8019

**Transaction Confirmation**
Confirm Date January 30, 2024

Page 1 of 1

Brokerage Account Number
**\*\*\*\*\*2218 INDIVIDUAL**

**ROBERT A HALLEX**

9900176408

ROBERT A HALLEX
811 AIRPORT RD
MARTINSBURG WV 25405-6824

Online                                  Fidelity com
FAST®-Automated Telephone   800-544-5555
Customer Service                   800-544-6666

| REFERENCE NO | TYPE | REG REP | TRADE DATE | SETTLEMENT DATE | CUSIP NO | ORDER NO | | |
|---|---|---|---|---|---|---|---|---|
| 24030-0D9VPM | 1* | WO# | 01-30-24 | 02-01-24 | 59134N302 | 24030-AJLYK | | |

You Bought             DESCRIPTION and DISCLOSURES
                100    META MATERIALS INC COM NEW           Principal Amount      489 00
      at     4 8900    ISIN #US59134N3026 SEDOL #BQ67J98    Settlement Amount   489 00
Symbol                 WE HAVE ACTED AS AGENT
MMAT

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE                    9900176408

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

ROBERT A HALLEX
811 AIRPORT RD
MARTINSBURG WV 25405-6824

If you are eligible to make a deposit please use this form for investments in your brokerage account *****2218   only

| AMOUNT OF INVESTMENT | $ |
|---|---|

If there are sufficient funds in your brokerage core account (or margin account) Fidelity will use those funds to cover the trade(s) on this confirm  If you wish to deposit additional money, use this deposit slip and make checks payable to NATIONAL FINANCIAL SERVICES LLC  Deposits will be made to the account listed above  Please mail checks to the Fidelity address on this form  Refer to the last page for instructions on depositing certificates

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH 45277-0003

FIDELITY BROKERAGE SERVICES LLC  MEMBER NYSE SIPC

099 0220672218   00   000