NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | | **PROOF OF INTEREST** |
|---|---|---|
| Name of Debtor: **META MATERIALS** | Case Number: **24-50792-hlb** | |

**1. Name and address of holder of the Equity Interest** (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

**DIPTESH PATEL**
**19 HAMPSHIRE DRIVE**
**PLAINSBORO, NEW JERSEY 08536**

Tel  **609 240 4366**
Telephone Number

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

☒ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

**RECEIVED AND FILED**
**DEC 11 2024**
**U S BANKRUPTCY COURT**
**MARY A SCHOTT, CLERK**

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

COURT USE ONLY

Account or other number by which Interest holder identifies Debtor:
**7613-3774**

Check here if this claim:
☐ replaces a previously filed Proof of Interest dated _____
☐ amends a previously filed Proof of Interest dated _____

**2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:**

**CHARLES SCHWAB**
**3000 Schwab Way**
**Westlake, TX 76262**
Tel  **1-800 435-4000**
Telephone Number

**3. Date Equity Interest was acquired**

**Various Dates Range From 6/24/2021 to 10/17/2023**
**Please See Attachment**

**4. Total amount of member interest   2000**

**5. Certificate number(s) _____**

**6. Type of Equity Interest:**
Please indicate the type of Equity Interest you hold:
☒ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
☐ Check this box if your Equity Interest is based on anything else and describe that interest:
Description: **INVESTOR / SHAREHOLDER**

✓ **7. Supporting Documents:** Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

✓ **8. Date-Stamped Copy:** To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

**9. Signature:**
Check the appropriate box.
☒ I am the creditor    ☐ I am the creditor's authorized agent (Attach copy of power of attorney, if any)    ☐ I am the trustee, or the debtor or their authorized agent (See Bankruptcy Rule 3004)    ☐ I am a guarantor, surety, endorser, or othercodebtor (See Bankruptcy Rule 3005)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: **DIPTESH PATEL**
Title: **INVESTOR / SHAREHOLDER**
Company:__ Address and telephone number (if different from notice address above):

(Signature)    (Date) **12/02/2024**

Telephone number **609 240 4366**   email **davep_nj@yahoo.com**

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U S C. §§ 152 AND 3571*



***Please Note**: Prior split of 1 100 on January 2024 I held 200,000 stocks with cost basis of $ $202,409 20 that converted to 2,000 stocks with a cost basis of $202,409 20 and I am still holding them.
Thank you, Diptesh Patel 12/02/2024*

## Lot Details: MMATQ - META MATLS INC CLASS EQUITY



*Handwritten:* A/c # 7613-3774    A/c Name: Diptesh Patel    (1/4)

 Cost Basis Calculator   @ Help   ⤓ Export   🖨 Print

| Open Date | Quantity | Price | Cost/Share | Market Value | Cost Basis | Gain/Loss $ | Gain/Loss % | Holding Period |
|---|---|---|---|---|---|---|---|---|
| 10/17/2023 | 200 | $0.061 | $20.65 | $12.20 | $4,130.00 | -$4,117.80 | -99.7% | Long Term |
| 10/12/2023 | 315 | $0.061 | $21.85 | $19.22 | $6,882.75 | -$6,863.53 | -99.72% | Long Term |
| 10/12/2023 | 34.42 | $0.061 | $21.84 | $2.10 | $751.73 | -$749.63 | -99.72% | Long Term |
| 10/12/2023 | 0.58 | $0.061 | $21.83 | $0.04 | $12.66 | -$12.62 | -99.68% | Long Term |
| 10/11/2023 | 410.86 | $0.061 | $21.49 | $25.06 | $8,829.38 | -$8,804.32 | -99.72% | Long Term |
| 10/11/2023 | 26 | $0.061 | $21.47 | $1.59 | $558.22 | -$556.63 | -99.72% | Long Term |
| 10/11/2023 | 5.81 | $0.061 | $21.48 | $0.35 | $124.77 | -$124.42 | -99.72% | Long Term |
| 10/11/2023 | 3 | $0.061 | $21.48 | $0.18 | $64.44 | -$64.26 | -99.72% | Long Term |
| 10/11/2023 | 2 | $0.061 | $21.45 | $0.12 | $42.90 | -$42.78 | -99.72% | Long Term |
| 02/09/2023 | 2.33 | $0.061 | $85.51 | $0.14 | $199.24 | -$199.10 | -99.93% | Long Term |
| 10/14/2022 | 20 | $0.061 | $91.67 | $1.22 | $1,833.40 | -$1,832.18 | -99.93% | Long Term |
| 10/12/2022 | 10 | $0.061 | $91.61 | $0.61 | $916.10 | -$915.49 | -99.93% | Long Term |
| 10/07/2022 | 138.19 | $0.061 | $65.61 | $8.43 | $9,066.65 | -$9,058.22 | -99.91% | Long Term |
| 10/07/2022 | 118.65 | $0.061 | $65.46 | $7.24 | $7,766.83 | -$7,759.59 | -99.91% | Long Term |
| 10/07/2022 | 76 | $0.061 | $65.47 | $4.64 | $4,975.72 | -$4,971.08 | -99.91% | Long Term |
| 10/07/2022 | 68.94 | $0.061 | $66.00 | $4.21 | $4,550.04 | -$4,545.83 | -99.91% | Long Term |
| 10/07/2022 | 22 | $0.061 | $65.48 | $1.34 | $1,440.56 | -$1,439.22 | -99.91% | Long Term |

| Date | Quantity | | Price | | Value | Change | % | Term |
|---|---|---|---|---|---|---|---|---|
| 10/07/2022 | 16.1 | $0.061 | $65.56 | $0.98 | $1,055.52 | -$1,054.54 | -99.91% | Long Term |
| 10/07/2022 | 13 | $0.061 | $65.13 | $0.79 | $846.63 | -$845.84 | -99.91% | Long Term |
| 10/07/2022 | 11.68 | $0.061 | $65.13 | $0.71 | $760.72 | -$760.01 | -99.91% | Long Term |
| 10/07/2022 | 6 | $0.061 | $65.45 | $0.37 | $392.70 | -$392.33 | -99.91% | Long Term |
| 10/07/2022 | 2.06 | $0.061 | $65.62 | $0.13 | $135.18 | -$135.05 | -99.9% | Long Term |
| 10/07/2022 | 1 | $0.061 | $65.44 | $0.06 | $65.44 | -$65.38 | -99.91% | Long Term |
| 10/07/2022 | 1 | $0.061 | $65.33 | $0.06 | $65.33 | -$65.27 | -99.91% | Long Term |
| 10/07/2022 | 0.06 | $0.061 | $65.67 | $0.00 | $3.94 | -$3.94 | -100% | Long Term |
| 08/25/2022 | 11.93 | $0.061 | $83.71 | $0.73 | $998.66 | -$997.93 | -99.93% | Long Term |
| 08/24/2022 | 12.39 | $0.061 | $80.68 | $0.76 | $999.63 | -$998.87 | -99.92% | Long Term |
| 06/15/2022 | 13.08 | $0.061 | $148.76 | $0.80 | $1,945.78 | -$1,944.98 | -99.96% | Long Term |
| 06/15/2022 | 1.14 | $0.061 | $148.99 | $0.07 | $169.85 | -$169.78 | -99.96% | Long Term |
| 06/15/2022 | 0.28 | $0.061 | $149.00 | $0.02 | $41.72 | -$41.70 | -99.95% | Long Term |
| 05/27/2022 | 11.5 | $0.061 | $168.50 | $0.70 | $1,937.75 | -$1,937.05 | -99.96% | Long Term |
| 05/27/2022 | 0.4 | $0.061 | $168.88 | $0.02 | $67.55 | -$67.53 | -99.97% | Long Term |
| 05/09/2022 | 52 | $0.061 | $121.99 | $3.17 | $6,343.48 | -$6,340.31 | -99.95% | Long Term |
| 05/09/2022 | 21 | $0.061 | $117.00 | $1.28 | $2,457.00 | -$2,455.72 | -99.95% | Long Term |
| 04/28/2022 | 81 | $0.061 | $116.97 | $4.94 | $9,474.57 | -$9,469.63 | -99.95% | Long Term |
| 04/27/2022 | 8.5 | $0.061 | $117.99 | $0.52 | $1,002.92 | -$1,002.40 | -99.95% | Long Term |
| 04/12/2022 | 13.5 | $0.061 | $149.96 | $0.82 | $2,024.46 | -$2,023.64 | -99.96% | Long Term |
| 01/19/2022 | 19.1 | $0.061 | $208.99 | $1.17 | $3,991.71 | -$3,990.54 | -99.97% | Long Term |

A/C # 7613-3774   A/C Name: Dipteshe Patel.   314)

| Date | Qty | Price | Cost | Mkt Val | Total Cost | Gain/Loss | % | Term |
|---|---|---|---|---|---|---|---|---|
| 01/04/2022 | 11 | $0.061 | $274.99 | $0.67 | $3,024.89 | -$3,024.22 | -99.98% | Long Term |
| 12/30/2021 | 0.5 | $0.061 | $264.94 | $0.03 | $132.47 | -$132.44 | -99.98% | Long Term |
| 12/23/2021 | 8 | $0.061 | $269.50 | $0.49 | $2,156.00 | -$2,155.51 | -99.98% | Long Term |
| 10/06/2021 | 36 | $0.061 | $499.92 | $2.20 | $17,997.12 | -$17,994.92 | -99.99% | Long Term |
| 09/24/2021 | 5 | $0.061 | $521.00 | $0.30 | $2,605.00 | -$2,604.70 | -99.99% | Long Term |
| 09/24/2021 | 2.75 | $0.061 | $517.89 | $0.17 | $1,424.20 | -$1,424.03 | -99.99% | Long Term |
| 09/20/2021 | 4.5 | $0.061 | $503.34 | $0.27 | $2,265.03 | -$2,264.76 | -99.99% | Long Term |
| 09/20/2021 | 0.05 | $0.061 | $497.00 | $0.00 | $24.85 | -$24.85 | -100% | Long Term |
| 09/08/2021 | 10.5 | $0.061 | $517.00 | $0.64 | $5,428.50 | -$5,427.86 | -99.99% | Long Term |
| 09/08/2021 | 0.2 | $0.061 | $495.00 | $0.01 | $99.00 | -$98.99 | -99.99% | Long Term |
| 08/30/2021 | 100 | $0.061 | $449.00 | $6.10 | $44,900.00 | -$44,893.90 | -99.99% | Long Term |
| 08/30/2021 | 36.94 | $0.061 | $446.99 | $2.25 | $16,511.81 | -$16,509.56 | -99.99% | Long Term |
| 08/30/2021 | 10 | $0.061 | $443.00 | $0.61 | $4,430.00 | -$4,429.39 | -99.99% | Long Term |
| 07/16/2021 | 3.05 | $0.061 | $614.03 | $0.19 | $1,872.79 | -$1,872.60 | -99.99% | Long Term |
| 07/16/2021 | 2.75 | $0.061 | $611.02 | $0.17 | $1,680.30 | -$1,680.13 | -99.99% | Long Term |
| 07/14/2021 | 3.16 | $0.061 | $593.03 | $0.19 | $1,873.98 | -$1,873.79 | -99.99% | Long Term |
| 07/14/2021 | 0.58 | $0.061 | $596.02 | $0.04 | $345.69 | -$345.65 | -99.99% | Long Term |
| 07/14/2021 | 0.42 | $0.061 | $594.05 | $0.03 | $249.50 | -$249.47 | -99.99% | Long Term |
| 07/09/2021 | 3.495 | $0.061 | $491.01 | $0.21 | $1,716.07 | -$1,715.86 | -99.99% | Long Term |
| 07/02/2021 | 1.38 | $0.061 | $644.00 | $0.08 | $888.72 | -$888.64 | -99.99% | Long Term |
| 06/24/2021 | 9.225 | $0.061 | $634.94 | $0.56 | $5,857.35 | -$5,856.79 | -99.99% | Long Term |

| Total | 2,000 | | $122.00 | $202,409.20 | -$202,287.20 | -99.94% |

Diptesh Patel
19 Hampshire Drive
Plainsboro, New Jersey, 08536

Tel:- 609 240 4366.

A/c # 7613-3774

Charles Schwab.

Please Note :-

Prior split of 1:100 on January 2024, 200,000 stocks were held that with cost basis of $202,409.20 converted to 2000 stocks post split with cost basis of $202,409.20. As of today, I am still holding 2000 stocks in Meta Materials.

Thankyou Diptesh Patel.