NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | PROOF OF INTEREST |
|---|---|

**Name of Debtor**
**META MATERIALS**

**Case Number**
**24-50792-hlb**

**1   Name and address of holder of the Equity Interest** (the person or entity holding an Equity Interest in the Debtor  Referred to hereinafter as the Interest holder )

**DIPTESH PATEL**
**19 HAMPSHIRE DRIVE**
**PLAINSBORO, NEW JERSEY 08536**

Tel   **609 240 4366**

Telephone Number

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest  Attach copy of statement giving particulars

☒ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors

RECEIVED
AND FILED

DEC 11 2024

U S  BANKRUPTCY COURT
MARY A  SCHOTT, CLERK

**NOTE** This form SHOULD NOT be used to make a claim against the Debtor for money owed  A separate Proof of Claim form should be used for that purpose  This form should only be used to assert an Equity Interest in the Debtor  An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor  An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein

COURT USE ONLY

**Account or other number by which interest holder identifies Debtor**
**837508761**

Check here if this claim
☐ replaces a previously filed Proof of Interest dated _____
☐ amends a previously filed Proof of Interest dated _____

**2   Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest**

**Robinhood**
**85 Willow Road**
**Menlo Park, CA 94025**

Tel  **(650) 294-4858**

Telephone Number

**3   Date Equity Interest was acquired**

**Various Dates Range From: 6/21/2021 to 11/01/2023**

**✱ See Attachment ✱**

**4   Total amount of member interest     286**

**5   Certificate number(s)** _____

**6   Type of Equity Interest**
Please indicate the type of Equity Interest you hold
☒ Check this box if your Equity Interest is based on an actual member interest held in the Debtor
☐ Check this box if your Equity Interest is based on anything else and describe that interest
Description     **INVESTOR / SHAREHOLDER**_____

**7   Supporting Documents**  Attach copies of supporting documents  such as stock certificates  option agreements  warrants  etc
DO NOT SEND ORIGINAL DOCUMENTS  If the documents are not available, explain  If the documents are voluminous  attach a summary

**8   Date-Stamped Copy**  To receive an acknowledgement of the filing of your Proof of Interest  enclose a stamped  self-addressed envelope and copy of this Proof of Interest

**9  Signature**
Check the appropriate box.
☒ I am the creditor
☐ I am the creditor's authorized agent
(Attach copy of power of attorney  if any )
☐ I am the trustee, or the debtor, or their authorized agent
(See Bankruptcy Rule 3004 )
☐ I am a guarantor  surety  endorser  or other codebtor
(See Bankruptcy Rule 3005 )

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information  and reasonable belief

Print Name  **DIPTESH PATEL**
Title            **INVESTOR / SHAREHOLDER**_____
Company __  Address and telephone number (if different from notice address above)
_____

(Signature)

(Date) **12/02/2024**

Telephone number **609 240 4366**   email **davep_nj@yahoo com**

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both  18 U S C  §§ 152 AND 3571*



**Please Note  Prior split of 1 100 on January 2024 I held 28,560 stocks with cost basis of $17,439 11 that converted to 286 stock with cost basis of $17,439 11 and I am still holding the 286 stock post split.
Thank you, Diptesh Patel 12/02/2024*



Diptesh Patel
19 Hampshire Drive
Plainsboro, NJ 08536
Tel   609 240 4366
Robinhood   Account #  837508761

**\*\*\***   28,560  Stocks Held Prior 1 100 Split in Jaunary 2024   With Cost Basis $17,439 11

**\*\*\***   286 Stocks Held Post 1 100 Split in Jaunary 2024    With Cost Basis $28,560 and I am
Currently Holding

| Line# | Cost Basis With Purchase Dates  This is Prior 1 100 Split in January 2024 | |
|---|---|---|
| 1 | Meta Materials Limit Buy | |
| | | 1-Nov-23 |
| | | **$227 00** |
| | 2,000 shares at $0 1135 | |
| 2 | Meta Materials Limit Buy | |
| | | 20-Oct-23 |
| | | **$122 36** |
| | 700 shares at $0 1748 | |
| 3 | Meta Materials Limit Buy | |
| | | 20-Oct-23 |
| | | **$87 43** |
| | 500 shares at $0 1749 | |
| 4 | Meta Materials Limit Buy | |
| | | 17-Oct-23 |
| | | **$162 24** |
| | 800 shares at $0 2028 | |
| 5 | Meta Materials Limit Buy | |
| | | 17-Oct-23 |
| | | **$142 66** |
| | 700 shares at $0 2038 | |
| 6 | Meta Materials Limit Buy | |
| | | 10-Oct-23 |
| | | **$329 85** |
| | 1,500 shares at $0 2199 | |
| 7 | Meta Materials Limit Buy | |
| | | 4-Oct-23 |
| | | **$458 00** |
| | 2,000 shares at $0 229 | |
| 8 | Meta Materials Limit Buy | |
| | | 13-Sep-23 |
| | | **$252 78** |
| | 1,120 shares at $0 2257 | |
| 9 | Meta Materials Limit Buy | |
| | | 13-Sep-23 |
| | | **$502 41** |
| | 2,225 shares at $0 2258 | |
| 9 | Meta Materials Limit Buy | |
| | | 2-Aug-23 |
| | | **$201 72** |
| | 820 shares at $0 246 | |
| 10 | Meta Materials Limit Buy | |

2/4

| | | 1-Aug-23 |
|---|---|---|
| | | **$300 18** |
| | 1,155 shares at $0 2599 | |
| 11 | **Meta Materials Limit Buy** | |
| | | 17-Jul-23 |
| | | **$9 62** |
| | 50 shares at $0 1924 | |
| 12 | **Meta Materials Limit Buy** | |
| | | 17-Jul-23 |
| | | **$240 38** |
| | 1,250 shares at $0 1923 | |
| 13 | **Meta Materials Limit Buy** | |
| | | 14-Apr-23 |
| | | **$988 65** |
| | 4,500 shares at $0 2197 | |
| 14 | **Meta Materials Market Buy** | |
| | | 9-Feb-23 |
| | | **$214 93** |
| | 250 shares at $0 8597 | |
| 15 | **Meta Materials Market Buy** | |
| | | 31-Jan-23 |
| | | **$396 00** |
| | 400 shares at $0 99 | |
| 16 | **Meta Materials Market Buy** | |
| | | 8-Dec-22 |
| | | **$284 25** |
| | 150 shares at $1 90 | |
| 17 | **Meta Materials Market Buy** | |
| | | 17-Nov-22 |
| | | **$235 90** |
| | 140 shares at $1 69 | |
| 18 | **Meta Materials Market Buy** | |
| | | 15-Nov-22 |
| | | **$291 00** |
| | 150 shares at $1 94 | |
| 19 | **Meta Materials Market Buy** | |
| | | 15-Nov-22 |
| | | **$289 50** |
| | 150 shares at $1 93 | |
| 20 | **Meta Materials Market Buy** | |
| | | 11-Nov-22 |
| | | **$248 81** |
| | 190 shares at $1 31 | |
| 21 | **Meta Materials Market Buy** | |
| | | 11-Nov-22 |
| | | **$169 68** |
| | 130 shares at $1 31 | |
| 22 | **Meta Materials Market Buy** | |
| | | 7-Nov-22 |
| | | **$156 75** |
| | 110 shares at $1 43 | |
| 23 | **Meta Materials Market Buy** | |
| | | 7-Nov-22 |
| | | **$297 00** |
| | 200 shares at $1 49 | |
| 24 | **Meta Materials Market Buy** | |
| | | 3-Nov-22 |



| | | | $208 48 |
|---|---|---|---|
| | 155 shares at $1 35 | | |
| 25 | Meta Materials Market Buy | | |
| | | | 2-Nov-22 |
| | | | $146 05 |
| | 115 shares at $1 27 | | |
| 26 | Meta Materials Market Buy | | |
| | | | 2-Nov-22 |
| | | | $479 50 |
| | 350 shares at $1 37 | | |
| 27 | Meta Materials Market Buy | | |
| | | | 2-Nov-22 |
| | | | $1 21 |
| | 1 share at $1 21 | | |
| 28 | Meta Materials Market Buy | | |
| | | | 2-Nov-22 |
| | | | $30 13 |
| | 25 shares at $1 21 | | |
| 29 | Meta Materials Market Buy | | |
| | | | 2-Nov-22 |
| | | | $830 20 |
| | 700 shares at $1 19 | | |
| 30 | Meta Materials Market Buy | | |
| | | | 12-Oct-22 |
| | | | $191 25 |
| | 192 shares at $0 9961 | | |
| 31 | Meta Materials Market Buy | | |
| | | | 7-Oct-22 |
| | | | $196 70 |
| | 301 shares at $0 6535 | | |
| 32 | Meta Materials Market Buy | | |
| | | | 28-Sep-22 |
| | | | $190 16 |
| | 265 shares at $0 7176 | | |
| 33 | Meta Materials Market Buy | | |
| | | | 26-Aug-22 |
| | | | $200 00 |
| | 245 009191 shares at $0 8163 | | |
| 34 | Meta Materials Market Buy | | |
| | | | 17-Aug-22 |
| | | | $10 00 |
| | 10 965513 shares at $0 912 | | |
| 35 | Meta Materials Market Buy | | |
| | | | 15-Jul-22 |
| | | | $100 00 |
| | 104 059948 shares at $0 961 | | |
| 36 | Meta Materials Market Buy | | |
| | | | 15-Jul-22 |
| | | | $370 00 |
| | 384 755368 shares at $0 9616 | | |
| 37 | Meta Materials Market Buy | | |
| | | | 15-Jul-22 |
| | | | $500 00 |
| | 514 768106 shares at $0 9713 | | |
| 38 | Meta Materials Market Buy | | |
| | | | 24-Jun-22 |
| | | | $340 00 |
| | 183 986387 shares at $1 85 | | |

4/4

|  |  |  |  |
|---|---|---|---|
|  | **Meta Materials Market Buy** |  |  |
|  |  | 24-Jun-22 |  |
|  |  | **$400 00** |  |
|  | 216 6267 shares at $1 85 |  |  |
| 39 | **Meta Materials Market Buy** |  |  |
|  |  | 28-Apr-22 |  |
|  |  | **$10 00** |  |
|  | 7 899138 shares at $1 27 |  |  |
| 40 | **Meta Materials Market Buy** |  |  |
|  |  | 28-Apr-22 |  |
|  |  | **$325 00** |  |
|  | 256 044999 shares at $1 27 |  |  |
| 41 | **Meta Materials Market Buy** |  |  |
|  |  | 27-Apr-22 |  |
|  |  | **$1,000 00** |  |
|  | 836 050497 shares at $1 20 |  |  |
| 42 | **Meta Materials Market Buy** |  |  |
|  |  | 22-Apr-22 |  |
|  |  | **$20 00** |  |
|  | 15 686274 shares at $1 28 |  |  |
| 43 | **Meta Materials Market Buy** |  |  |
|  |  | 22-Apr-22 |  |
|  |  | **$1,100 00** |  |
|  | 859 37791 shares at $1 28 |  |  |
| 44 | **Meta Materials Market Buy** |  |  |
|  |  | 12-Apr-22 |  |
|  |  | **$1,000 00** |  |
|  | 680 270087 shares at $1 47 |  |  |
| 45 | **Meta Materials Market Buy** |  |  |
|  |  | 9-Mar-22 |  |
|  |  | **$800 00** |  |
|  | 503 144654 shares at $1 59 |  |  |
| 46 | **Meta Materials Market Buy** |  |  |
|  |  | 28-Dec-21 |  |
|  |  | **$500 00** |  |
|  | 192 470552 shares at $2 60 |  |  |
| 47 | **Meta Materials Market Buy** |  |  |
|  |  | 27-Dec-21 |  |
|  |  | **$500 00** |  |
|  | 186 839056 shares at $2 68 |  |  |
| 48 | **Torchlight Energy Resources Market Buy** |  | 21-Jun-21 |
|  |  | **$1,400 01** |  |
|  | 139 861663  shares at $10 01 |  |  |
|  |  |  |  |

**Diptesh Patel**
**19 Hampshire Drive**
**Plainsboro, NJ 08536**
**Tel   609 240 4366**
**Robinhood   Account #  837508761**

\***   28,560  Stocks Held Prior 1 100 Split in Jaunary 2024    With Cost Basis $17,439 11

\***   286 Stocks Held Post 1 100 Split in Jaunary 2024    With Cost Basis $28,560 and I am
Currently Holding