NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | | **PROOF OF INTEREST** |
|---|---|---|
| Name of Debtor: **META MATERIALS** | Case Number: **24-50792-hlb** | |

**1. Name and address of holder of the Equity Interest** (the person or entity holding an Equity Interest in the Debtor Referred to hereinafter as the 'Interest holder)

DIPTESH PATEL
19 HAMPSHIRE DRIVE
PLAINSBORO, NEW JERSEY 08536

Tel: 609 240 4366
Telephone Number

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars

☒ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors

**RECEIVED AND FILED**
DEC 11 2024
U.S. BANKRUPTCY COURT
MARY A SCHOTT, CLERK

COURT USE ONLY

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein

| Account or other number by which Interest holder identifies Debtor: **6489-0714** | Check here if this claim: <br>☐ replaces a previously filed Proof of Interest dated: _____ <br>☐ amends a previously filed Proof of Interest dated: _____ |
|---|---|

**2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest**

CHARLES SCHWAB
3000 Schwab Way
Westlake, TX 76262
Tel: 1-800 435-4000
Telephone Number

**3. Date Equity Interest was acquired**

11/24/2021

See Attachment

**4. Total amount of member interest:** 1

**5. Certificate number(s):** _____

**6. Type of Equity Interest**
Please indicate the type of Equity Interest you hold
☒ Check this box if your Equity Interest is based on an actual member interest held in the Debtor
☐ Check this box if your Equity Interest is based on anything else and describe that interest
Description: **INVESTOR / SHAREHOLDER**

**7. Supporting Documents** Attach copies of supporting documents, such as stock certificates option agreements warrants etc
DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous attach a summary

**8. Date-Stamped Copy** To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped self-addressed envelope and copy of this Proof of Interest

**9. Signature**
Check the appropriate box.
☒ I am the creditor    ☐ I am the creditor's authorized agent (Attach copy of power of attorney if any)    ☐ I am the trustee or the debtor, or their authorized agent (See Bankruptcy Rule 3004)    ☐ I am a guarantor, surety endorser or other codebtor (See Bankruptcy Rule 3005)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge information, and reasonable belief

Print Name: **DIPTESH PATEL**
Title: **INVESTOR / SHAREHOLDER**
Company: __ Address and telephone number (if different from notice address above)

(Signature) _[signed]_    (Date) **12/02/2024**
Telephone number: **609 240 4366**    email: **davep_nj@yahoo com**



*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both 18 U S C §§ 152 AND 3571*

***Please Note** Prior split of 1 100 on January 2024 I held 15 stocks with cost basis of $ 62 98 that converted to 1 stock with a cost basis of $ 62 98 and I am still holding
Thank you, Diptesh Patel 12/02/2024

*Diptesh Patel   A/c # 6489-0714*

## Lot Details: MMATQ - META MATLS INC CLASS EQUITY

*Post Split*

 Cost Basis Calculator   Help   Export   Print

| Open Date | Quantity | Price | Cost/Share | Market Value | Cost Basis | Gain/Loss $ | Gain/Loss % | Holding Period |
|---|---|---|---|---|---|---|---|---|
| 11/24/2021 | 1 | $0.061 | $62.98 | $0.06 | $62.98 | -$62.92 | -99.9% | Long Term |
| **Total** | **1** | | | **$0.06** | **$62.98** | **-$62.92** | **-99.9%** | |

Diptesh Patel
19 Hampshire Drive
Plainsboro, NJ 08536.
E: 609.240.4366.

A/c # 6489-0714.

United States Bankruptcy Court

District of Nevada

Attn Clerk of The Court

First Floor

300Booth Street

Reno, Nevada 89509

Date 12/02/2024

RE Proof Of Interest Form, Case 24-50792-hlb

**1 stock held with Broker Charles Schwab. a/c # 6489-0714**

My name is Diptesh Patel, and I hereby submit PROOF OF INTREST FORM in the matter of Meta Materials Inc case number 24-50792-hlb along with supporting documents and pre-paid self-addressed envelope to receive acknowledgement of the filing of this Proof of Interest

Thank you

Diptesh Patel

19 Hampshire Drive

Plainsboro, NJ 08536