NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | | PROOF OF INTEREST |
|---|---|---|
| **Name of Debtor** Meta Materials Inc | **Case Number** 24-50792-hlb | |

| 1 Name and address of holder of the Equity Interest (the person or entity holding an Equity Interest in the Debtor Referred to hereinafter as the Interest holder ) | ☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest Attach copy of statement giving particulars | RECEIVED AND FILED DEC 11 2024 U S BANKRUPTCY COURT MARY A SCHOTT, CLERK |
|---|---|---|
| Jatinder Malhi 18315 67 Avenue Surrey BC V3S 1E5 CANADA | ■ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case | |
| Telephone Number 1 604 787 3555 | ☐ Check box if this address differs from the address on the envelope sent to you by the Debtors | |

NOTE. This form SHOULD NOT be used to make a claim against the Debtor for money owed A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

COURT USE ONLY

| Account or other number by which Interest holder identifies Debtor 421FR2 | Check here if this claim ☐ replaces a previously filed Proof of Interest dated _____ ☐ amends a previously filed Proof of Interest dated _____ |
|---|---|
| 2 Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest TD Direct Investing 3500 Steeles Ave East Tower 5 Level 3 Markham, ON L3R 0X1 Telephone Number 1 800 465 5463 | 3 Date Equity Interest was acquired Nov 25, 2022 - 540 shares Dec 12, 2022 - 500 shares |
| 4 Total amount of member interest __1040 shares__ (SOLD) | 5 Certificate number(s) _____ |

6 **Type of Equity Interest**
Please indicate the type of Equity Interest you hold
■ Check this box if your Equity Interest is based on an actual member interest held in the Debtor
☐ Check this box if your Equity Interest is based on anything else and describe that interest
Description ___INVESTOR___

7 **Supporting Documents** Attach copies of supporting documents such as stock certificates option agreements warrants etc
DO NOT SEND ORIGINAL DOCUMENTS If the documents are not available explain If the documents are voluminous attach a summary

8 **Date-Stamped Copy** To receive an acknowledgement of the filing of your Proof of Interest enclose a stamped self addressed envelope and copy of this Proof of Interest

9 **Signature**
Check the appropriate box
■ I am the creditor /shareholder  ☐ I am the creditor s authorized agent (Attach copy of power of attorney if any)  ☐ I am the trustee or the debtor or their authorized agent (See Bankruptcy Rule 3004)  ☐ I am a guarantor surety endorser or other codebtor (See Bankruptcy Rule 3005)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information and reasonable belief

Print Name    Jatinder Malhi
Title         Individual
Company ___ Address and telephone number (if different from notice address above)

(Signature)    Nov 11 2024
               (Date)

Telephone number 16047873555    email jatmalhi@gmail com

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both 18 U S C §§ 152 AND 3571*

Print Form        Save Form        Clear Form

Monday, December 2, 2024

# Proof of Interest Supplemental Instructions

Case  24-50792, Meta Materials, Inc

For  Jatinder Malhi

Broker   TD Direct Investing

Account #   421FR2

## Transactions

November 25, 2022  -  Purchased 540 Shares at $2 00/share  -  $1080 00 total invested
December 8, 2022    -  Sold 540 Shares at $1 75/share         -  $945 00 total recovered
December 12, 2022  -  Purchased 500 Shares at $1 75/share  -  $875 00 total invested
December 13, 2022  -  Sold 500 Shares at $1 40/share          -  $700 00 total recovered

**Total Loss   $310 00**

1



**TD Direct Investing**

# Your investment account statement

November 1, 2022 to November 30, 2022

Account number  421FR2
Account type  Direct Trading - US
Account currency  US dollars

MR JATINDER MALHI
18315 67 AVE
SURREY BC
V3S 1E5

### Do you have a question?

For questions about your statement or further information, we provide support 24 hours a day, 7 days a week in 4 languages

| | |
|---|---|
| **English** | 1-800-465-5463 |
| **French.** | 1-800-361-2684 |
| **Cantonese.** | 1-800-838-3223 option 1 |
| **Mandarin** | 1-800-838-3223 option 2 |

## Your account at a glance





|  | This period (Nov 1 - Nov 30, 2022) | Last period (Oct 1 - Oct 31, 2022) | Year to date (Jan 1 - Nov 30, 2022) |
|---|---|---|---|

## Holdings in your account
on November 30, 2022

| Description | Quantity or par value ($) | Price ($) | Book cost ($) | Market value ($) | Unrealized gain or loss ($) | % of your holdings |
|---|---|---|---|---|---|---|
| Cash | | | -0 91 | -0 91 | 0 00 | 0 00% |
| **PREFERRED SHARES** | | | | | | |
| **COMMON SHARES** | | | | | | |
| META MATERIALS INC (MMAT) | 540 | 1 900 | 1,094 00 | 1,026 00 | -68 00 | 2 99% |

rder-Execution-Only Account.
Waterhouse Canada Inc
mber  Canadian Investor Protection Fund

**IIROC**  Regulated by Investment Industry Regulatory Organization of Canada

Page 1 of 4



Account number 421FR2
Account type Direct Trading - US
Your investment account statement Nov 30, 2022

## Activity in your account this period (continued)

| Date | Activity | Description | Quantity | Price ($) | Amount ($) | Cash balance ($) |
|---|---|---|---|---|---|---|
| Nov 25 | Buy | META MATERIALS INC QA-564335 | 500 | 2 000 | -1,007 00 | 86 09 |
| Nov 25 | Buy | META MATERIALS INC MV-569229 | 40 | 2 000 | -87 00 | -0 91 |
| Nov 30 | Ending cash balance | | | | | -$0 91 |

### ⓘ Important information about your account

Important dates to note  **Wednesday, December 28, 2022**  last day of trading if you want your trade settled for the 2022 tax year  **Saturday, December 31, 2022**  last day for 2022 RESP contributions  Plus our contact centre is closed Monday, December 26, 2022 and Monday, January 2, 2023

*Order-Execution-Only Account.*



**TD Direct Investing**

# Your investment account statement

December 1, 2022 to December 31, 2022

Account number 421FR2
Account type Direct Trading - US
Account currency US dollars

MR JATINDER MALHI
18315 67 AVE
SURREY BC
V3S 1E5

### Do you have a question?

For questions about your statement or further information, we provide support 24 hours a day, 7 days a week in 4 languages

| | |
|---|---|
| **English** | 1-800-465-5463 |
| **French** | 1-800-361-2684 |
| **Cantonese** | 1-800-838-3223 option 1 |
| **Mandarin** | 1-800-838-3223 option 2 |

## Your account at a glance



You need to know
Please see page 3 for important information about your account

| | This period (Dec 1 - Dec 31 2022) | Last period (Nov 1 - Nov 30 2022) | Year to date (Jan 1 - Dec 31, 2022) |
|---|---|---|---|
| Beginning balance | | | |
| Change in your account balance | | | |
| Ending balance | | | |



## Holdings in your account
on December 31, 2022

| Description | Quantity or par value ($) | Price ($) | Book cost ($) | Market value ($) | Unrealized gain or loss ($) | % of your holdings |
|---|---|---|---|---|---|---|



rder-Execution-Only Account.
Waterhouse Canada Inc.
mber Canadian Investor Protection Fund

**IIROC** Regulated by Investment Industry Regulatory Organization of Canada

Page 1 of 4



Account number 421FR2
Account type Direct Trading - US
Your investment account statement Dec 31, 2022

## Definitions

### An explanation of terms shown in the tables above

**Book cost for long positions** is the total amount paid to purchase a security including any transaction charges related to the purchase, adjusted for reinvested distributions, return of capital and corporate actions

**Book cost for short positions** is the total amount received for the security, net of any transaction charges related to the sale, adjusted for any distribution (other than dividends), returns of capital and corporate actions

**Market value** is the price of the security or fund multiplied by the quantity held

**Unrealized Gain or Loss** is the gain or loss that would be incurred, if your holdings were liquidated as at the end of the statement period It is calculated by subtracting book cost from market value

## Activity in your account this period

| Date | Activity | Description | Quantity | Price ($) | Amount ($) | Cash balance ($) |
|---|---|---|---|---|---|---|
| | | Beginning cash balance | | | | -0 91 |
| Dec 8 | Sell | META MATERIALS INC UH-566487 | -540 | 1 750 | 937 97 | 7 02 |
| Dec 12 | Buy | META MATERIALS INC HH-571320 | 500 | 1 750 | -882 00 | -687 66 |
| Dec 13 | Sell | META MATERIALS INC BK-569574 | -500 | 1 400 | 692 98 | 5 32 |
| Dec 31 | | Ending cash balance | | | | $5.32 |

*Order-Execution-Only Account*