NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | | **PROOF OF INTEREST** |
|---|---|---|
| Name of Debtor<br>Meta Materials Inc | Case Number<br>24-50792-hlb | |
| 1   Name and address of holder of the Equity Interest (the person or entity holding an Equity Interest in the Debtor Referred to hereinafter as the Interest holder )<br><br>Joshua Drummond<br>4601 NE 85th Terr<br>Kansas City Mo 64156<br><br>Telephone Number    816-612-7705 | ☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest Attach copy of statement giving particulars<br><br>☒ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case<br><br>☐ Check box if this address differs from the address on the envelope sent to you by the Debtors | **RECEIVED AND FILED**<br><br>DEC 11 2024<br><br>U S BANKRUPTCY COURT<br>MARY A SCHOTT, CLERK |

NOTE This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose This form should only be used to assert an Equity Interest in the Debtor An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein

COURT USE ONLY

| Account or other number by which Interest holder identifies Debtor<br>886968049 | Check here if this claim<br>☐ replaces a previously filed Proof of Interest dated _____<br>☐ amends a previously filed Proof of Interest dated _____ |
|---|---|
| 2   Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest<br>Robinhood Securities LLC<br>500 Colonial Center Parkway Suite 100 Lake Mary Fl 32746<br>Telephone Number  650-761-7789 | 3   Date Equity Interest was acquired<br>Please see attached for all dates equities were purchased |
| 4   Total amount of member interest  100 ($108.59 or cost) | 5   Certificate number(s) _____ |

6   Type of Equity Interest
Please indicate the type of Equity Interest you hold
☒ Check this box if your Equity Interest is based on an actual member interest held in the Debtor
☐ Check this box if your Equity Interest is based on anything else and describe that interest
Description _____

7   Supporting Documents Attach copies of supporting documents such as stock certificates option agreements warrants etc
DO NOT SEND ORIGINAL DOCUMENTS If the documents are not available explain If the documents are voluminous attach a summary

8   Date-Stamped Copy To receive an acknowledgement of the filing of your Proof of Interest enclose a stamped self-addressed envelope and copy of this Proof of Interest

9   Signature
Check the appropriate box
☒ I am the creditor    ☐ I am the creditor s authorized agent    ☐ I am the trustee or the debtor    ☐ I am a guarantor surety endorser or other codebtor
                         (Attach copy of power of attorney if any)    or their authorized agent                (See Bankruptcy Rule 3005 )
                                                                       (See Bankruptcy Rule 3004 )

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge information and reasonable belief

Print Name   Joshua Drummond
Title _____
Company ___ Address and telephone number (if different from notice address above) _____
_____
_____

(Signature)    12/6/24 (Date)

Telephone number  816-612-7705    email joshdrummond50@gmail com

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both 18 U S C §§ 152 AND 3571*

# Robinhood

85 Willow Rd, Menlo Park, CA 94025
help@robinhood.com

Page 1 of 5
11/01/2024 to 11/30/2024
**Joshua Drummond** Account #:886968049
4601 NE 85th Terrace, Kansas City, MO 64156

| Account Summary | Opening Balance | Closing Balance |
|---|---|---|
| Net Account Balance | $1.73 | $1.73 |
| Total Securities | $7.51 | $6.43 |
| **Portfolio Value** | **$9.24** | **$8.16** |



**Portfolio Allocation**

- Cash and Cash Equivalents: 21.20%
- Equities: 78.80%
- Options: 0.00%

| Income and Expense Summary | This Period | Year to Date |
|---|---|---|
| Dividends | $0.00 | $0.00 |
| Capital Gains Distributions | $0.00 | $0.00 |
| Interest Earned | $0.00 | $0.00 |

This statement shall be conclusive if not objected to in writing within ten days (except with respect to debit card transactions). Errors and omissions exempted. Please address all communications to the firm and not to the individuals. Address changes or other material changes in your account should be directed to the office servicing your account. Kindly mention your account number. This statement should be retained for income tax purposes.

Robinhood Securities, LLC ("RHS") carries your account as the clearing broker by arrangement with your introducing broker-dealer, Robinhood Financial LLC ("RHF").

RHS is a Member of SIPC, which protects securities customers of its members up to $500,000 (including $250,000 for claims for cash). Explanatory brochure available upon request or at www.sipc.org.

3840999

## Portfolio Summary

| Securities Held in Account | Sym/Cusip | Acct Type | Qty | Price | Mkt Value | Est. Dividend Yield | % of Total Portfolio |
|---|---|---|---|---|---|---|---|
| CAMBER ENERGY INC<br>Estimated Yield: 0.00% | CEIN | Margin | 20 | $0.0162 | $0.32 | $0.00 | 3.92% |
| ETAO International<br>Estimated Yield: 0.00% | ETAOF | Margin | 17 | $0.0003 | $0.01 | $0.00 | 0.12% |
| Meta Materials<br>Estimated Yield: 0.00% | MMATQ | Margin | 100 | $0.0610 | $6.10 | $0.00 | 74.76% |
| Next Bridge Hydrocarbons Contra<br>Estimated Yield: 0.00% | MMTZZZ | Margin | 69 | $0.0000 | $0.00 | $0.00 | 0.00% |
| **Total Securities** | | | | | **$6.43** | **$0.00** | **78.80%** |
| **Brokerage Cash Balance** | | | | | **$1.73** | | **21.20%** |
| **Total Priced Portfolio** | | | | | **$8.16** | | |

## Account Activity

| Description | Symbol | Acct Type | Transaction | Date | Qty | Price | Debit | Credit |
|---|---|---|---|---|---|---|---|---|
| Total Funds Paid and Received | | | | | | | $0.00 | $0.00 |

## Executed Trades Pending Settlement

These transactions may not be reflected in the other summaries

| Description | Acct Type | Transaction | Trade Date | Settle Date | Qty | Price | Debit | Credit |
|---|---|---|---|---|---|---|---|---|
| Total Executed Trades Pending Settlement | | | | | | | $0.00 | $0.00 |

## Important Information

If this is a margin account and we maintain a special miscellaneous account for you, this is a combined statement of your general account and special miscellaneous account maintained for you under Regulation T issued by the Board of Governors of the Federal Reserve System. The permanent record of the special miscellaneous account as required by Regulation T is available for your inspection at your request.

The per annum rate of interest charged on debit balances in your account may change from time to time in accordance with fluctuations in interest rates. Interest is computed from the 1st day of the month to the last day of the month. The interest is based on the average daily balance in your account with us, and for the actual number of days based on an interest year of 360 days. When calculating margin interest, free credit balances in all accounts will be offset against any debit in the margin account and the interest will be charged on the new debit balance.

We are required to report to the Internal Revenue Service all cash dividends and interest credited to your account on securities held for you in our name. All dividends and interest credits should be included in your income tax return.

Information relative to regulatory trading/transaction fees and any other charges incurred in connection with equity or listed option transactions occurring during the month has previously been furnished to you in confirmation of such transactions. A summary of the information will be made available to you promptly upon request. Exercise assignment notices for option contracts are allocated among customer short positions pursuant to a manual procedure which randomly selects from amongst all customer short option positions including those contracts which are subject to exercise. All short American style option positions are liable for assignment at any time whereas European style options are assigned at expiration. A more detailed description of our random allocation procedure is available upon request.

You are to promptly advise Robinhood of any material changes concerning your investment objectives or financial situation by updating your information using the Robinhood platform or by contacting help@robinhood.com.

Any free credit balances represent funds payable on demand of the customer.

RHS acts as clearing agent for your trades. Your account, which was introduced to us by RHF, is established under your name on a "fully disclosed" basis at RHS. You remain a customer of RHF.

Notice to Customers

As required, under SEC rules, both the RHF and RHS Order Routing Reports as well as information regarding specific order routing information is available free of charge upon request.

As a clearing agent, RHS provides securities clearance and may provide order execution based on RHF instructions. RHS will not be involved with or have any responsibility for decisions regarding securities transactions in your account. RHF will be responsible for opening, approving and monitoring all activities in connection with your account. The entry of orders and any instructions regarding the deposit or withdrawal of securities or monies should be made through RHF.

In addition to the above mentioned services, RHS will provide cashiering services, safeguarding of funds and securities while in our possession, monitoring compliance with applicable credit Regulation T and RHS internal policies, preparing and making accessible your account records (including transaction confirmations and periodic statements of your account).

The dividend totals reflected in the Income and Expense Summary are inclusive of both taxable and non-taxable dividends.

Interest charges to your account may be based on the size and net debit balance during the interest period. These rates are subject to revision with appropriate notice. For more complete information regarding interest charges to customers, consult the RHF Fee Schedule, available at https://rbnhd.co/fees.

Robinhood Gold Card is offered by Robinhood Credit, Inc. ("RCT") and is issued by Coastal Community Bank, Member FDIC, pursuant to a license from Visa U.S.A. Inc. RCT is a financial technology company, not a bank.

In case of errors or questions about your electronic transfers, including your debit card transactions, or if you think your statement or receipt is wrong or if you need more information about a transaction listed on the statement or receipt, email RHF or RHS at help@robinhood.com. RHF must hear from you no later than sixty (60) days after you were sent the FIRST statement on which the problem or error appeared.

1. Tell RHF your name and account number.
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell RHF the dollar amount of the suspected error.

RHF will investigate your complaint and will correct any error promptly. If we take more than ten (10) business days to do this, RHF will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes RHF to complete our investigation.

Please see the Robinhood Securities, LLC & Robinhood Financial LLC Insured Network Deposit Sweep Program Disclosures, available at https://rbnhd.co/ind-disclosure, for the terms and conditions of the sweep program, including information regarding FDIC insurance coverage.

RHF and RHS are members of the Financial Industry Regulatory Authority, Inc. ("FINRA"), and we are required to inform you of the availability of the FINRA Investor Brochure, which contains information on FINRA BrokerCheck. You may contact FINRA at 800-289-9999 or via their website www.finra.org. RHS carries your account and acts as your custodian for funds and securities deposited with us directly by you, through RHF as a result of transactions we process to your account. Any suspected inaccuracy or discrepancy in your account statement must be promptly reported to RHF. In order to protect your rights, please confirm any oral communications in writing and include your brokerage account number. General inquiries or concerns regarding your account should be directed to: help@robinhood.com.

The SEC requires all broker-dealers that route orders in equity securities and options to make available quarterly reports that present a general overview of their routing practices. The reports must identify the significant venues to which customer orders were routed for execution during the applicable quarter and disclose the material aspects of the broker-dealers relationship with such venues. In addition, the Rule (SEC Rule 606) requires broker-dealers to disclose, upon customer request, the venues to which the individual customer's orders were routed for the six months prior to the request, and the execution time for the orders that were executed. For further information, please contact RHF.

All trade confirmations are transmitted on or about the transaction date.

Statement of Financial Condition
Robinhood Securities, LLC. Unaudited Statement of Financial Condition as of June 30, 2024 is available on the Company's website at www.robinhood.com/legal. A paper copy may be requested at no cost by calling 1-(800)-282-1327. On June 30, 2024, Robinhood Securities, LLC. had a net capital of $2,457,014,912, which was $2,349,014,248 in excess of its required net capital of $108,000,664.

Please retain this statement as it will be helpful in preparing your income tax returns and may be needed along with subsequent statements to verify interest charges in your account. This statement shall be deemed conclusive unless objected to in writing within ten (10) days.

3840999

# History

**Individual** ˅   **Orders** ˅

## Older

| | |
|---|---|
| **MMAT buy** | **−$3.49** |
| Jul 23, 2021 | 0.99999 shares at $3.50 |
| **MMAT buy** | **−$10.86** |
| Jul 23, 2021 | 3.103015 shares at $3.50 |
| **MMAT buy** | **−$83.52** |
| Jul 23, 2021 | 23.896995 shares at $3.50 |
| **MMAT buy** | **−$234.44** |
| Jul 15, 2021 | 58 shares at $4.04 |
| **MMAT limit buy** | **−$168.42** |
| Jul 13, 2021 | 42 shares at $4.01 |
| **MMAT buy** | **−$82.21** |
| Jul 7, 2021 | 14.948016 shares at $5.50 |
| **MMAT buy** | **−$124.00** |
| Jun 30, 2021 | 16.780567 shares at $7.39 |
| **MMAT buy** | **−$1.79** |
| Jun 30, 2021 | 0.271417 shares at $6.60 |





History

Individual ⌄    Orders ⌄

## Older

| | | |
|---|---|---|
| MMAT buy | Sep 8, 2021 | -$182.16  36 shares at $5.06 |
| MMAT buy | Sep 7, 2021 | -$534.18  101 shares at $5.29 |
| MMAT buy | Sep 7, 2021 | -$70.27  13 shares at $5.41 |
| MMAT buy | Sep 7, 2021 | -$358.35  66 shares at $5.43 |
| MMAT buy | Sep 7, 2021 | -$472.92  84 shares at $5.63 |
| MMAT buy | Sep 3, 2021 | -$245.12  39 shares at $6.29 |
| MMAT buy | Sep 1, 2021 | -$1,370.26  298 shares at $4.60 |
| MMAT limit buy | Sep 1, 2021 · Canceled | |



# History

Individual ⌄   Orders ⌄

## Older

| | | |
|---|---|---|
| **MMAT buy** Oct 20, 2021 | **-$77.60** 16 shares at $4.85 | > |
| **MMAT buy** Oct 20, 2021 | **-$48.45** 10 shares at $4.85 | > |
| **MMAT buy** Oct 5, 2021 | **-$15.30** 3 shares at $5.10 | > |
| **MMAT buy** Oct 4, 2021 | **-$101.50** 20 shares at $5.08 | > |
| **MMAT buy** Sep 29, 2021 | **-$104.64** 16 shares at $6.54 | > |
| **MMAT buy** Sep 28, 2021 | **-$229.50** 36 shares at $6.38 | > |
| **MMAT buy** Sep 28, 2021 | **-$95.70** 15 shares at $6.38 | > |
| **MMAT buy** Sep 23, 2021 | **-$256.00** 50 shares at $5.12 | > |





# History

**Individual** ⌄   **Orders** ⌄

## Older

| | |
|---|---|
| **MMAT limit buy** | **-$173.60** |
| Nov 21, 2022 | 80 shares at $2.17 |
| **MMAT limit buy** | **-$809.12** |
| Nov 21, 2022 | 416 shares at $1.95 |
| **MMAT buy** | **-$0.29** |
| Oct 13, 2022 | 0.294918 shares at $0.973 |
| **MMAT buy** | **-$1,000.00** |
| Oct 13, 2022 | 769.705082 shares at $1.30 |
| **MMAT buy** | **-$2.44** |
| Sep 6, 2022 | 3 shares at $0.8134 |
| **MMAT buy** | **-$8.54** |
| Aug 30, 2022 | 11 shares at $0.7762 |
| **MMAT buy** | **-$31.61** |
| Aug 30, 2022 | 40 shares at $0.7902 |
| **MMAT buy** | **-$400.00** |
| Aug 30, 2022 | 500 shares at $0.80 |

