NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | | **PROOF OF INTEREST** |
|---|---|---|
| Name of Debtor: **META MATERIALS, INC** | Case Number: **24-50792** | |

**1. Name and address of holder of the Equity Interest** (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

WAY KUTU
929 AUDREY PLACE,
KITCHENER, ONTARIO
~~N2E~~ N2E 0B9
CANADA

Telephone Number: +1 (519) 781-3970

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

☒ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

**RECEIVED AND FILED**
**DEC 11 2024**
**U S BANKRUPTCY COURT**
**MARY A. SCHOTT, CLERK**

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

**COURT USE ONLY**

| Account or other number by which Interest holder identifies Debtor: **51852035 and 27126444** | Check here if this claim:<br>☐ replaces a previously filed Proof of Interest dated _____<br>☐ amends a previously filed Proof of Interest dated _____ |
|---|---|

**2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:**
QUESTRADE
5700 Yonge st, Toronto Ontario, M2M 4K2, CANADA
Telephone Number: 1(888)783-7866

**3. Date Equity Interest was acquired** 06/21/2021 - 12/07/2022
See attached Documentation

**4. Total amount of member interest** ___17 SHARES___

**5. Certificate number(s)** ___SEE ATTACHED___

**6. Type of Equity Interest**
Please indicate the type of Equity Interest you hold:
☒ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
☐ Check this box if your Equity Interest is based on anything else and describe that interest:
Description: INVESTOR

**7. Supporting Documents:** Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**8. Date-Stamped Copy:** To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

**9. Signature**
Check the appropriate box.
☒ I am the creditor   ☐ I am the creditor's authorized agent.   ☐ I am the trustee, or the debtor,   ☐ I am a guarantor, surety, endorser, or other codebtor.
(Attach copy of power of attorney if any)   or their authorized agent.   (See Bankruptcy Rule 3005)
(See Bankruptcy Rule 3004)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: WAY KUTU
Title:
Company: ___ Address and telephone number (if different from notice address above):

(Signature) [signed]   (Date) 12/07/2024

Telephone number: +15197813970   email: Kutuway@hotmail.com

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U S C §§ 152 AND 3571*

← Back to Reports

# Transaction history

**Date range (dd/mm/yyyy)**
01/01/2020
04/12/2024
Export to Excel

## Account summary

16 total activities
Self-directed    424 activities
51852035 TFSA    335 activities
27126444 Margin  89 activities

## Activity types
Select all  Deselect all

**Top activities**
Trades FX conversion Corporate actions
Trades Deposits Withdrawals Other Corporate actions Fees and rebates    7394326196
FX conversion Dividends Interest MMAT                                    342392
MMAT                                                    ✕

- MMATF
- MMAT

| Acct # | Trans date | Settlement date | Action | Symbol | Description | Quantity | Price | Gross | Commission | Net | Cur |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 51852035 | 07/12/2022 | 09/12/2022 | Buy | MMAT | META MATLS INC COMMON STOCK WE ACTED AS AGENT AVG PRICE - ASK US FOR DETAILS | 500.00 | 2.11 | (1,054.00) | (5.00) | (1,059.00) | USD |
| 51852035 | 09/11/2022 | 14/11/2022 | Sell | MMAT | META MATLS INC COMMON STOCK WE ACTED AS AGENT | (100.00) | 1.39 | 139.21 | (4.96) | 134.25 | USD |
| 51852035 | 09/11/2022 | 14/11/2022 | Buy | MMAT | META MATLS INC COMMON STOCK WE ACTED AS AGENT | 200.00 | 1.39 | (278.00) | (4.95) | (282.95) | USD |
| 51852035 | 02/11/2022 | 04/11/2022 | Buy | MMAT | META MATLS INC COMMON STOCK WE ACTED AS AGENT | 130.00 | 1.31 | (170.12) | (4.95) | (175.07) | USD |

EXPLAIN THIS PAGE


QUESTRADE

**ACCOUNT STATEMENT**

## 03. INVESTMENT DETAILS

### Stocks owned

| | Securities held in CAD | Securities held in USD | CURRENT MONTH Combined in CAD | Securities held in CAD | Securities held in USD | PREVIOUS MONTH Combined in CAD |
|---|---|---|---|---|---|---|
| Market Value ($) | 75.31 | 1,863.16 | 2,671.62 | 78.53 | 1,882.05 | 2,624.00 |

| Symbol | Description | Cost basis | Qty | Segr | Cost/share | Pos. cost | Mkt. price | Mkt. value | P&L | % return | % port |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Securities held in CAD | | | | | | | | | | |
| ▇ | ▇ | BK | 1.00 | 1.00 | 627.64 | 627.64 | 6.39 | 6.39 | ▇ | ▇ | ▇ |
| ▇ | ▇ | BK | 20.00 | 20.00 | 22.60 | 451.95 | 0.14 | 2.80 | ▇ | ▇ | ▇ |
| ▇ | ▇ | BK | 29.00 | 29.00 | 20.33 | 589.73 | 2.28 | 66.12 | ▇ | ▇ | ▇ |

| Symbol | Description | Cost basis | Qty | Segr | Cost/share | Pos. cost | Mkt. price | Mkt. value | P&L | % return | % port |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Securities held in USD | | | | | | | | | | |
| ▇ | ▇ | BK | 20.00 | 20.00 | 29.20 | 583.96 | 1.20 | 24.00 | ▇ | ▇ | ▇ |
| ▇ | ▇ | BK | 9.00 | 9.00 | 191.74 | 1,725.62 | 179.17 | 1,612.53 | ▇ | ▇ | ▇ |
| ▇ | ▇ | BK | 1.00 | 1.00 | 190.74 | 190.74 | 3.86 | 3.86 | ▇ | ▇ | ▇ |
| ▇ | ▇ | BK | 7.00 | 7.00 | 33.21 | 232.45 | 22.18 | 155.26 | ▇ | ▇ | ▇ |
| ▇ | ▇ | BK | 5.00 | 5.00 | 59.79 | 298.95 | 0.62 | 3.10 | ▇ | ▇ | ▇ |
| ▇ | ▇ | BK | 8.00 | 8.00 | 41.51 | 332.09 | 2.20 | 17.60 | ▇ | ▇ | ▇ |
| MMATQ | META MATERIALS INC COMMON STOCK | BK | 16.00 | 16.00 | 216.58 | 3,465.23 | 0.07 | 1.14 | -3,464.09 | 99.97 | 0.06 |
| ▇ | ▇ | BK | 25.00 | 25.00 | 16.40 | 409.90 | 1.70 | 42.50 | ▇ | ▇ | ▇ |
| ▇ | ▇ | BK | 1.00 | 1.00 | 2.47 | 2.47 | 3.17 | 3.17 | ▇ | ▇ | ▇ |

**Cost basis.**
Book cost (BK): The cost of a security adjusted by any corporate actions related dividends, and return of capital.
Historical Market value (HMV): The factor used in a Net value of the security is used to generate some of all of its book cost
Historical Market value date (HMVD): The market value of the security on October 30, 2015 is used. It is the time as some or all of its book cost.
Non-determinable (ND): The security is not included in your portfolio calculation because the cost basis cannot be determined.

**Quantity (Qty):** The quantity for each security may include fractional shares which are shown in decimals.
**Segregated (Segr):** fully paid securities that require no reimbursement to Questrade.
**Position cost (Pos. cost):** the cost of the position.
**Market price (Mkt. price)/Market value (Mkt. value):** the price at which a security is trading and could presumably be purchased or sold.
Market value may include accrued interest. An asterisk to the right of the market value means that we have estimated the market value of the security.
* the market value of the security cannot be determined.
For an explanation of more complex including third and non-exchange traded securities please refer to the disclosure document at the end of this statement.
†RESP accounts. The market value of any securities you own in US dollars are converted and displayed in Canadian dollars.
P&L: the market value minus the position cost.
% portfolio (% port): the value of the security divided by the total of all owned positions in your account. Short positions are not included in this calculation.
Note: Continue reading on glossary page.

Current month FX rate  $1.00 USD = $1.3935 CAD    Previous month FX rate  $1.00 USD = $1.3525 CAD    Account # 51852035    Current month  October 31, 2024

©Questrade, Inc. All rights reserved. Member of CIPF and the Canadian Investor Protection Fund. QUESTRADE is a registered trademark of Questrade Inc.

Page 1 of 14



**ACCOUNT STATEMENT**

## 03. INVESTMENT DETAILS

### Stocks owned

|  | | CURRENT MONTH | | | PREVIOUS MONTH | |
|---|---|---|---|---|---|---|
|  | Securities held in CAD | Securities held in USD | Combined in CAD | Securities held in CAD | Securities held in USD | Combined in CAD |
| Market Value ($) |  | 10.68 | 14.89 |  | 11.53 | 15.59 |

| Symbol | Description | Cost basis | Qty | Segr | Cost/share | Pos. cost | Mkt. price | Mkt. value | P&L | % return | % port |
|---|---|---|---|---|---|---|---|---|---|---|---|
|  | Securities held in CAD |  |  |  |  |  |  |  |  |  |  |
|  |  | BK | 300.00 | 300.00 | 1.01 | 302.59 |  |  |  |  |  |

| Symbol | Description | Cost basis | Qty | Segr | Cost/share | Pos. cost | Mkt. price | Mkt. value | P&L | % return | % port |
|---|---|---|---|---|---|---|---|---|---|---|---|
|  | Securities held in USD |  |  |  |  |  |  |  |  |  |  |
|  |  | HMV | 88.00 | 88.00 | 2.24 | 196.68 | 0.02 | 1.76 |  |  |  |
| MMATQ | META MATERIALS INC COMMON STOCK | BK | 1.00 | 1.00 | 132.55 | 132.55 | 0.07 | 0.07 | -132.48 | -99.95 | 0.67 |
|  |  | BY | 8,800.00 | 8,800.00 | 0.03 | 224.60 |  | 8.80 |  |  |  |

Current month FX rate $1.00 USD = $1.3935 CAD    Previous month FX rate $1.00 USD = $1.3525 CAD    Account #: 27126444    Current month: October 31, 2024

| Account | Trade Date | Settle Date | Action | Symbol | Description | Quantity | Price | Amount | Fee | Net | Currency |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 51852035 | 12/10/2022 | 14/10/2022 | Buy | MMAT | META MATLS INC COMMON STOCK WE ACTED AS AGENT | 100 00 | 1 01 | (100 88) | (4 95) | (105 83) | USD |
| 51852035 | 02/09/2022 | 07/09/2022 | Buy | MMAT | META MATLS INC COMMON STOCK WE ACTED AS AGENT | 150 00 | 0 78 | (116 43) | (4 95) | (121 38) | USD |
| 51852035 | 24/06/2022 | 28/06/2022 | Buy | MMAT | META MATLS INC COMMON STOCK WE ACTED AS AGENT | 150 00 | 1 21 | (181 50) | (4 95) | (186 45) | USD |
| 51852035 | 26/11/2021 | 30/11/2021 | Buy | MMAT | META MATLS INC COMMON STOCK WE ACTED AS AGENT | 50 00 | 3 92 | (195 96) | (4 95) | (200 91) | USD |
| 51852035 | 16/11/2021 | 18/11/2021 | Buy | MMAT | META MATLS INC COMMON STOCK WE ACTED AS AGENT | 50 00 | 4 43 | (221 50) | (4 95) | (226 45) | USD |
| 51852035 | 30/08/2021 | 01/09/2021 | Buy | MMAT | META MATLS INC COMMON STOCK WE ACTED AS AGENT | 140 00 | 5 35 | (749 00) | (4 95) | (753 95) | USD |
| 51852035 | 11/08/2021 | 13/08/2021 | Buy | MMAT | META MATLS INC COMMON STOCK WE ACTED AS AGENT | 50 00 | 3 40 | (170 00) | (4 95) | (174 95) | USD |
| 51852035 | 02/08/2021 | 04/08/2021 | Buy | MMAT | META MATLS INC COMMON STOCK WE ACTED AS AGENT | 60 00 | 3 40 | (204 00) | (4 95) | (208 95) | USD |
| 51852035 | 13/07/2021 | 15/07/2021 | Buy | MMAT | META MATLS INC COMMON STOCK WE ACTED AS AGENT | 50 00 | 3 96 | (198 00) | (4 95) | (202 95) | USD |
| 51852035 | 12/07/2021 | 14/07/2021 | Sell | MMAT | META MATLS INC COMMON STOCK WE ACTED AS AGENT | (72 00) | 3 99 | 287 42 | (4 96) | 282 46 | USD |
| 51852035 | 30/06/2021 | 02/07/2021 | Buy | MMAT | META MATLS INC COMMON STOCK WE ACTED AS AGENT | 35 00 | 7 86 | (275 10) | (4 95) | (280 05) | USD |
| 27126444 | 22/06/2021 | 24/06/2021 | Buy | MMATF | METAMATERIAL INC COM WE | 12 00 | 10 70 | (128 43) | (4 95) | (133 38) | USD |