NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | | **PROOF OF INTEREST** |
|---|---|---|
| Name of Debtor<br>META MATERIALS, INC | Case Number<br>24-50792 | |

**1** Name and address of holder of the Equity Interest (the person or entity holding an Equity Interest in the Debtor Referred to hereinafter as the Interest holder )

MATTHEW BERESFORD
222 W QUEENSBURY LN
FLORENCE, AL 35630

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest Attach copy of statement giving particulars

■ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors

**RECEIVED AND FILED**
**DEC 11 2024**
**U S BANKRUPTCY COURT**
**MARY A SCHOTT, CLERK**

Telephone Number 256 366 9459

NOTE This form SHOULD NOT be used to make a claim against the Debtor for money owed A separate Proof of Claim form should be used for that purpose This form should only be used to assert an Equity Interest in the Debtor An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein

COURT USE ONLY

Account or other number by which Interest holder identifies Debtor
**6591-4427**

Check here if this claim
☐ replaces a previously filed Proof of Interest dated _____
☐ amends a previously filed Proof of Interest dated _____

**2** Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest
MATTHEW BERESFORD CHARLES SCHWAB & CO INC
211 MAIN STREET SAN FRANCISCO CA 94105
Telephone Number 1-800 435-4000

**3** Date Equity Interest was acquired
BETWEEN 08/25/2022 - 11/20/2023

**4** Total amount of member interest  SEE ATTACHED DOCUMENTATION

**5** Certificate number(s) SEE ATTACHED DOCUMENTATION

**6** Type of Equity Interest
Please indicate the type of Equity Interest you hold
■ Check this box if your Equity Interest is based on an actual member interest held in the Debtor
☐ Check this box if your Equity Interest is based on anything else and describe that interest
Description INVESTOR

**7** Supporting Documents Attach copies of supporting documents such as stock certificates option agreements warrants etc
DO NOT SEND ORIGINAL DOCUMENTS If the documents are not available explain If the documents are voluminous attach a summary

**8** Date Stamped Copy To receive an acknowledgement of the filing of your Proof of Interest enclose a stamped self addressed envelope and copy of this Proof of Interest

**9** Signature
Check the appropriate box
■ I am the creditor    ☐ I am the creditor s authorized agent (Attach copy of power of attorney if any)    ☐ I am the trustee or the debtor or their authorized agent (See Bankruptcy Rule 3004)    ☐ I am a guarantor surety endorser or other codebtor (See Bankruptcy Rule 3005)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge information and reasonable belief

Print Name MATTHEW BERESFORD
Title
Company __ Address and telephone number (if different from notice address above)

*Matt Beresford*
(Signature)

12/06/2024
(Date)

Telephone number 256-366-9459 email matthew_beresford@hotmail.com

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both 18 U S C §§ 152 AND 3571*

## Matthew Beresford Purchase Summary

| Date | Qty Purchased | Cost per share | Total Cost Purchased |
|---|---|---|---|
| 8/25/22 | 828 | $ 0.8746 | $ 724.17 |
| 9/2/22 | 2,563 | $ 0.7802 | $ 1,999.65 |
| 2/3/23 | 100 | $ 1.0099 | $ 100.99 |
| 3/3/23 | 1,792 | $ 0.6248 | $ 1,119.64 |
| 11/20/23 | 160 | $ 0.0958 | $ 15.33 |
| Total | 5,443 | | $ 3,959.78 |

*Matt Beresford*



# Schwab One® Account of

MATTHEW BERESFORD

| Account Number | Statement Period |
|---|---|
| 6591-4427 | November 1-30 2024 |

## Account Summary

Ending Account Value as of 11/30  **$10 01**

Beginning Account Value as of 11/01  **$9 77**



|  | This Statement | YTD |
|---|---|---|
| Beginning Value | $9 77 | $366 43 |
| Deposits | 0 00 | 0 00 |
| Withdrawals | 0 00 | 0 00 |
| Dividends and Interest | 0 00 | 0 00 |
| Transfer of Securities | 0 00 | 0 00 |
| Market Appreciation/(Depreciation) | 0 24 | (356 42) |
| Expenses | 0 00 | 0 00 |
| **Ending Value** | **$10 01** | **$10 01** |

Account Ending Value reflects the market value of your cash and investments It does not include pending transactions unpriced securities or assets held outside Schwab s custody

---

## Manage Your Account

**Customer Service and Trading**
Call your Schwab Representative
1-800-435-4000
24/7 Customer Service

For the most current records on your account visit schwab com/login Statements are archived up to 10 years online

**Commitment to Transparency**

Client Relationship Summaries and Best Interest disclosures are at schwab com/transparency
Charles Schwab & Co Inc Member SIPC

**Online Assistance**

 Visit us online at schwab com

Visit schwab com/stmt to explore the features and benefits of this statement

MATTHEW BERESFORD
222 W QUEENSBURY LN
FLORENCE AL 35630-6663



## Schwab One® Account of

MATTHEW BERESFORD

Statement Period
November 1-30, 2024

## Asset Allocation

|  | This Period | Current Allocation |
|---|---|---|
| ■ Cash and Cash Investments | 4 17 | 42% |
| ■ Equities | 5 84 | 58% |
| **Total** | **$10 01** | **100%** |

$10 01

Investment Objective
Speculation

## Margin Loan Information

| Opening Margin Loan Balance | Closing Margin Loan Balance | Funds Available to Withdraw * | Securities Buying Power * |
|---|---|---|---|
| $0 00 | $0 00 | $4 17 | $4 17 |

Margin Loan Rates
Vary by Balance

**11 00% - 12 82%**

* Values include any cash plus the amount available using margin borrowing
  For more information about the margin feature please visit schwab com/margin

## Top Account Holdings This Period

| SYMBOL CUSIP | Description | Market Value | % of Accounts |
|---|---|---|---|
|  | Cash | 4 17 | 42% |
| MMATQ | META MATLS INC | 3 36 | 34% |
| STAF | STAFFING 360 SOLUTIONS I | 2 48 | 25% |

## Gain or (Loss) Summary

|  | Short-Term (ST) | | | Long Term (LT) | | |
|---|---|---|---|---|---|---|
|  | Gain | (Loss) | Net | Gain | (Loss) | Net |
| This Period | 0 00 | 0 00 | 0 00 | 0 00 | 0 00 | 0 00 |
| YTD | 0 00 | 0 00 | 0 00 | 0 00 | (47 55) | (47 55) |
| **Unrealized** | | | | | | **($4,219 55)** |

Values may not reflect all of your gains/losses and may be rounded up to the nearest dollar Schwab has provided accurate gain and loss information wherever possible for most investments Cost basis may be incomplete or unavailable for some of your holdings and may change or be adjusted in certain cases Please login to your account at Schwab com for real-time gain/loss information Statement information should not be used for tax preparation instead refer to official tax documents For additional information refer to Terms and Conditions



Schwab One® Account of

MATTHEW BERESFORD

Statement Period
November 1-30, 2024

## Positions - Summary

| Beginning Value as of 11/01 | + | Transfer of Securities(In/Out) | + | Dividends Reinvested | + | Cash Activity | + | Change in Market Value | = | Ending Value as of 11/30 | Cost Basis | Unrealized Gain/(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| $9.77 | | $0.00 | | $0.00 | | $0.00 | | $0.24 | | $10.01 | $4,225.39 | ($4,219.55) |

Values may not reflect all of your gains/losses. Schwab has provided accurate gain and loss information wherever possible for most investments. Cost basis may be incomplete or unavailable for some of your holdings and may change or be adjusted in certain cases. Statement information should not be used for tax preparation, instead refer to official tax documents. For additional information refer to Terms and Conditions.

## Cash and Cash Investments

| Type | Symbol | Description | Quantity | Price($) | Beginning Balance($) | Ending Balance($) | Change in Period Balance($) | Pending/Unsettled Cash($) | Interest/ Yield Rate | % of Acct |
|---|---|---|---|---|---|---|---|---|---|---|
| Cash | | | | | 4.17 | 4.17 | 0.00 | 0.00 | | 42% |
| **Total Cash and Cash Investments** | | | | | **$4.17** | **$4.17** | **$0.00** | | | **42%** |

## Positions - Equities

| Symbol | Description | Quantity | Price($) | Market Value($) | Cost Basis($) | Unrealized Gain/(Loss)($) | Est Yield | Est Annual Income($) | % of Acct |
|---|---|---|---|---|---|---|---|---|---|
| MMATQ | META MATLS INC | 55.0000 | 0.06100 | 3.36 | 3,959.78 | (3,956.42) | N/A | 0.00 | 34% |
| STAF | STAFFING 360 SOLUTIONS I (M) | 1.0000 | 2.48000 | 2.48 | 265.61 | (263.13) | N/A | 0.00 | 25% |
| **Total Equities** | | | | **$5.84** | **$4,225.39** | **($4,219.55)** | | **$0.00** | **58%** |

Estimated Annual Income ( EAI ) and Estimated Yield ( EY ) calculations are for informational purposes only. The actual income and yield might be lower or higher than the estimated amounts. EY is based upon EAI and the current price of the security and will fluctuate. For certain types of securities, the calculations could include a return of principal or capital gains in which case EAI and EY would be overstated. EY and EAI are not promptly updated to reflect when an issue has missed a regular payment or announced changes to future payments in which case EAI and EY will continue to display at a prior rate.

## Transactions - Summary

| Beginning Cash* as of 11/01 | + | Deposits | + | Withdrawals | + | Purchases | + | Sales/Redemptions | + | Dividends/Interest | + | Expenses | = | Ending Cash* as of 11/30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| $4.17 | | $0.00 | | $0.00 | | $0.00 | | $0.00 | | $0.00 | | $0.00 | | $4.17 |

Other Activity $0.00    Other activity includes transactions which don't affect the cash balance such as stock transfers, splits etc.

*Cash (includes any cash debit balance) held in your account plus the value of any cash invested in a sweep money fund



Schwab One® Account of

MATTHEW BERESFORD

Statement Period
November 1-30, 2024

# Endnotes For Your Account

(M)  Denotes a security that is marginable Some mutual fund or ETF investments may not be immediately marginable

# Terms and Conditions

**GENERAL INFORMATION AND KEY TERMS** This Account statement is furnished solely by Charles Schwab & Co Inc ('Schwab') for your Account at Schwab ("Account") Unless otherwise defined herein capitalized terms have the same meanings as in your Account Agreement If you receive any other communication from any source other than Schwab which purports to represent your holdings at Schwab (including balances held at a Depository Institution) you should verify its content with this statement **Accrued Income** Accrued Income is the sum of the total accrued interest and/or accrued dividends on positions held in your Account but the interest and/or dividends have not been received into your Account Schwab makes no representation that the amounts shown (or any other amount) will be received Accrued amounts are not covered by SIPC account protection until actually received and held in the Account **AIP (Automatic Investment Plan) Customers** Schwab receives remuneration in connection with certain transactions effected through Schwab If you participate in a systematic investment program through Schwab the additional information normally detailed on a trade confirmation will be provided upon request **Average Daily Balance** Average daily composite of all cash balances that earn interest and all loans from Schwab that are charged interest **Bank Sweep and Bank Sweep for Benefit Plans Features** Schwab acts as your agent and custodian in establishing and maintaining your Deposit Account(s) as a feature of your brokerage Account(s) Deposit accounts held through these bank sweep features constitute direct obligations of one or more FDIC insured banks ("Program Banks") that are not obligations of Schwab Funds swept to Program Banks are eligible for deposit insurance from the FDIC up to the applicable limits for each bank for funds held in the same insurable capacity The balance in the Deposit Accounts can be withdrawn on your order and the proceeds returned to your brokerage Account or remitted to you as provided in your Account Agreement For information on FDIC insurance and its limits as well as other important disclosures about the bank sweep feature(s) in your Account(s) please refer to the Cash Features Disclosure Statement available online or from a Schwab representative **Cash** Any Free Credit Balance owed by us to you payable upon demand which although accounted for on our books of record is not segregated and may be used in the conduct of this firm's business **Dividend Reinvestment Customers** Dividend reinvestment transactions were effected by Schwab acting as a principal for its own account except for the reinvestment of Schwab dividends for which an independent broker dealer acted as the buying agent Further information on these transactions will be furnished upon written request **Gain (or Loss)** Unrealized Gain or (Loss) and Realized Gain or (Loss) sections ("Gain Loss Section(s)") contain a gain or a loss summary of your Account This information has been provided on this statement at the request of your Advisor if applicable This information is not a solicitation or a recommendation to buy or sell Schwab does not provide tax advice and encourages you to consult with your tax professional Please view the Cost Basis Disclosure Statement for additional information on how gain (or loss) is calculated and how Schwab reports adjusted cost basis information to the IRS **Interest** For the Schwab One Interest Bank Sweep and Bank Sweep for Benefit Plans features interest is paid for a period that may differ from the Statement Period Balances include interest paid as indicated on your statement by Schwab or one or more of its Program Banks These balances do not include interest that may have accrued during the Statement Period after interest is paid The interest paid may include interest that accrued in the prior Statement Period For the Schwab One Interest feature interest accrues daily from the second-to-last business day of the prior month and is posted on the second-to-last business day of the current month For the Bank Sweep and Bank Sweep for Benefit Plans features interest accrues daily from the 16th day of the prior month and is credited/posted on the first business day after the 15th of the current

month If on any given day the interest that Schwab calculates for the Free Credit Balances in the Schwab One Interest feature in your brokerage Account is less than $ 005 you will not accrue any interest on that day For balances held at banks affiliated with Schwab in the Bank Sweep and Bank Sweep for Benefit Plans features interest will accrue even if the amount is less than $ 005 **Margin Account Customers** This is a combined statement of your margin account and special memorandum account maintained for you under Section 220 5 of Regulation T issued by the Board of Governors of the Federal Reserve System The permanent record of the separate account as required by Regulation T is available for your inspection Securities purchased on margin are Schwab's collateral for the loan to you It is important that you fully understand the risks involved in trading securities on margin These risks include 1) You can lose more funds than you deposit in the margin account 2) Schwab can force the sale of securities or other assets in any of your account(s) to maintain the required account equity without contacting you 3) You are not entitled to choose which assets are liquidated nor are you entitled to an extension of time on a margin call 4) Schwab can increase its 'house' maintenance margin requirements at any time without advance written notice to you **Market Price** The most recent price evaluation available to Schwab on the last business day of the report period normally the last trade price or bid as of market close Unpriced securities denote that no market evaluation update is currently available Price evaluations are obtained from outside parties Schwab shall have no responsibility for the accuracy or timeliness of any such valuations Assets Not Held at Schwab are not held in your Account or covered by the Account's SIPC account protection and are not otherwise in Schwab's custody and are being provided as a courtesy to you Information on Assets Not Held at Schwab including but not limited to valuations is reported solely based on information you provide to Schwab Schwab can neither validate nor certify the existence of Assets Not Held at Schwab or the accuracy completeness or timeliness of the information about Assets Not Held at Schwab whether provided by you or otherwise Descriptions of Assets Not Held at Schwab may be abbreviated or truncated Some securities especially thinly traded equities in the OTC market or foreign markets may not report the most current price and are indicated as Stale Priced Certain Limited Partnerships (direct participation programs) and unlisted Real Estate Investment Trust (REIT) securities for which you may see a value on your monthly Account statement that reflects the issuer's appraised estimated value are not listed on a national securities exchange and are generally illiquid Even if you are able to sell such securities the price received may be less than the per share appraised estimated value provided in the account statement **Market Value** The Market Value is computed by multiplying the Market Price by the Quantity of Shares This is the dollar value of your present holdings in your specified Schwab Account or a summary of the Market Value summed over multiple accounts **Non Publicly Traded Securities** All assets shown on this statement other than certain direct investments which may be held by a third party are held in your Account Values of certain Non Publicly Traded Securities may be furnished by a third party as provided by Schwab's Account Agreement Schwab shall have no responsibility for the accuracy or timeliness of such valuations The Securities Investor Protection Corporation (SIPC) does not cover many limited partnership interests **Schwab Sweep Money Funds** Includes the primary money market funds into which Free Credit Balances may be automatically invested pursuant to your Account Agreement Schwab or an affiliate acts and receives compensation as the Investment Advisor Shareholder Service Agent and Distributor for the Schwab Sweep Money Funds The amount of such compensation is disclosed in the prospectus The yield information for Schwab Sweep Money Funds is the current 7 day yield as of the statement period Yields vary If on any given day the accrued daily dividend for your selected sweep money fund as calculated for your account is



Schwab One® Account of

MATTHEW BERESFORD

Statement Period
November 1-30 2024

# Terms and Conditions (continued)

less than ½ of 1 cent ($0 005) your account will not earn a dividend for that day In addition if you do not accrue at least 1 daily dividend of $0 01 during a pay period you will not receive a money market dividend for that period Schwab and the Schwab Sweep Money Funds investment advisor may be voluntarily reducing a portion of a Schwab Sweep Money Fund's expenses Without these reductions yields would have been lower **Securities Products and Services** Securities products and services are offered by Charles Schwab & Co Inc **Member SIPC** Securities products and services, including unswept intraday funds and net credit balances held in brokerage accounts are not deposits or other obligations of, or guaranteed by, any bank, are not FDIC insured, and are subject to investment risk and may lose value SIPC does not cover balances held at Program Banks in the Bank Sweep and Bank Sweep for Benefit Plans features Please see your Cash Feature Disclosure Statement for more information on insurance coverage **Yield to Maturity** This is the actual average annual return on a note if held to maturity **IN CASE OF ERRORS OR DISCREPANCIES** If you find an error or discrepancy relating to your brokerage activity (other than an electronic fund transfer) you must notify us promptly, but no later than 10 days after this statement is sent or made available to you If this statement shows that we have mailed or delivered security certificate(s) that you have not received, notify Schwab immediately You may call us at 800-435-4000 (Outside the U S , call +1-415 667-8400 ) If you re a client of an independent investment advisor, call us at 800-515 2157 Any oral communications should be re confirmed in writing to further protect your rights, including rights under the Securities Investor Protection Act (SIPA) If you do not so notify us, you agree that the statement activity and Account balance are correct for all purposes with respect to those brokerage transactions **IN CASE OF COMPLAINTS** If you have a complaint regarding your Schwab statement products or services please write to Client Service & Support at Charles Schwab & Co Inc P O Box 982603 El Paso TX 79998-2603 or call customer service at **800-435-4000** (Outside the U S call **+1-415 667-8400** ) If you re a client of an independent investment advisor call us at 800-515-2157 **Address Changes** If you fail to notify Schwab in writing of any change of address or phone number you may not receive important notifications about your Account and trading or other restrictions might be placed on your Account **Additional Information** We are required by law to report to the Internal Revenue Service adjusted cost basis information (if applicable) certain payments to you and credits to your Account during the calendar year Retain this statement for income tax purposes A financial statement for your inspection is available at Schwab s offices or a copy will be mailed to you upon written request Any third-party trademarks appearing herein are the property of their respective owners Charles Schwab & Co Inc Charles Schwab Bank Charles Schwab Premier Bank and Charles Schwab Trust Bank are separate but affiliated companies and subsidiaries of the Charles Schwab Corporation © 2024 Charles Schwab & Co Inc ('Schwab ) All rights reserved **Member SIPC** (O1CUSTNC) (0822-20UL)

*This page intentionally left blank*



PO BOX 2577 - OMAHA NE 68103-2577
Please do not send deposits or correspondence to this address

TD AMERITRADE, INC
PO BOX 2209
OMAHA NE 68103-2209

MATTHEW BERESFORD
222 W Queensbury Ln
Florence AL 35630-6663

## Confirmation Notice

| ACCOUNT NO. | OTHER INFO | TRANSACTION NUMBER | CAP CODES | YOUR REPRESENTATIVE | |
|---|---|---|---|---|---|
| 492-138636-2 | | 44692205251 | A | TD AMERITRADE | |

| ACTIVITY | QUANTITY | CUSIP NUMBER | PRICE | PRINCIPAL AMOUNT | MISC FEES | REG FEES |
|---|---|---|---|---|---|---|
| YOU BOUGHT | 828 | 59134N104 | 8746 | 724 17 | | 0 00 |

| AS OF TRADE DATE | TRADE DATE | SETTLEMENT DATE | INTEREST | COMMISSION/FEE | NET AMOUNT |
|---|---|---|---|---|---|
| | 08/25/2022 | 08/29/2022 | | 0 00 | 724 17 |

| TRADE DESCRIPTION | SYMBOL |
|---|---|
| META MATERIALS INC<br>COM | MMAT |

THIS IS AN UNSOLICITED TRADE
FOR FURTHER INFORMATION REGARDING YOUR TRADE CONFIRMATION
PLEASE REFER TO THE TERMS AND CONDITIONS
*CLBL - If the above security description includes a CLBL' notation this transaction involves a debt security that is subject to call or redemption before maturity The debt security may be called or redeemed in whole or in part before maturity which could affect its yield Additional information is available upon request



**Confirmation Notice**
Account 492 138636
Page 2 of 2

| ACCOUNT CODE | Type of Account | | CAPACITY CODE | | |
|---|---|---|---|---|---|
| 1 Cash | 2 Margin Long | A= Agent    C= Cross Trade    P= Principal    R= Riskless Principal | | | |
| 3 Margin Short | 4 Income | Prime Broker if provided (contact the executing broker for further details) | | | |
| 5 Withholding | 6 Special | 3= Agent for person other than customer | 4= Agent for both customer and another person | 5= Principal for some executions and agent for other | |
| | | 6= Acts as both principal and agent | 7= Acts as principal, agent and agent for another person | 8= Crossing agent | |
| | | 9= Crossing as principal | | | |

IT IS AGREED BETWEEN THE EXECUTING BROKER AND THE CUSTOMER NAMED HEREIN THAT

1. TD Ameritrade Clearing, Inc., member of FINRA/SIPC acts as the clearing agent
2. This confirmation is a transaction advice, not an invoice. Remittance of funds or securities is due on or before settlement date. Certain security information is collected at the time the confirmation is generated and may vary from the information at the time the trade was placed
3. You will report any errors immediately and/or notify us if not entirely in accordance with your understanding.
4. All transactions are subject to the rules, regulations, requirements (including margin requirements) and customs of the Federal Reserve Board, the Securities and Exchange Commission, the Exchange or market (and its clearing house if any) where executed and of any association whose rules and regulations govern transactions in said market and to all the terms of our general customer's agreements between you and us. Wisconsin customers agency trades are unsolicited
5. The securities described are, or may be hypothecated under circumstances which will permit the commingling thereof with securities carried for the account of the other customers. Such commingling, if any, cease upon payment by you for these securities in the net amount due
6. The name of the other party or broker in the transaction, the date, the time of execution, source and amount of remuneration will be furnished upon request, if not already displayed
7. If this transaction is a sale and the securities are not already in our possession and do not represent a short sale, please forward them immediately to avoid possible payment of premium on securities borrowed
8. If payment is not made on or prior to the date required by Regulation T of the Federal Reserve Board, we reserve the right without further notice to cancel this transaction or at our option to sell the securities covered hereby and hold you liable for resulting loss
9. Commission/Fee represents base commission and any options contract exercise and assignment fees. For Alternative Investments (AI), also called Non Standard Assets (NSA), commissions/fees represents transaction fees applicable to purchases, capital call processing, and redemptions. TD Ameritrade will charge a Reg Fee on certain transactions. These charges are typically based on fees assessed under various regulations applicable to transactions. It may include any of the following: a sales fee on certain sell transactions (assessed at a rate consistent with Section 31 of the Securities Exchange Act of 1934), the Options Regulatory Fee (applicable to option transactions) and the Trading Activity Fee (assessed at a rate consistent with Section 1 of Schedule A of FINRA's By Laws) among other charges. Transactions in foreign securities (including foreign company ADRs that trade in the U.S.) may include taxes and fees charged by the foreign markets or governments which may be reflected in the price of the security or charged as an independent line item on your monthly statement
10. Misc. Fees will be explained upon request. For transactions involving certain Index Options, TD Ameritrade may charge an Index Option Fee in accordance with the Chicago Board Options Exchange (CBOE) Global Markets Inc. fee schedule. This fee will be reflected in the Misc. Fee field. A copy of the CBOE Options Exchange Fee Schedule can also be found on www.cboe.com. Other Misc. Fees may include Prime Broker fees or Special Settlement fees where applicable
11. If this transaction involves a debt security that is subject to call or redemption before maturity, the debt security may be called or redeemed in whole or in part before maturity which could affect its yield. Additional information is available upon request. On zero coupons, interest and multiplier securities, no periodic payment of interest or principal are generally made. These securities may be callable below maturity value, without notice by mail to holder unless the securities are held in registered form. On asset backed debt securities, yields are subject to fluctuation depending on prepayment, specific information is available upon request. For inflation indexed securities, yield to maturity may vary due to inflation adjustments
12. The firm receives compensation for directing listed and over-the-counter securities, and options order flow to selected market centers for execution. The source and nature of payment received in connection with a particular transaction will be furnished upon request
13. Leveraged and inverse ETFs entail unique risks, including but not limited to: use of leverage, aggressive and complex investment techniques, and use of derivatives. Leveraged ETFs seek to deliver multiples of the performance of a benchmark. Inverse ETFs seek to deliver the opposite of the performance of a benchmark. Both seek results over periods as short as a single day. Results of both strategies can be affected substantially by compounding. Returns over longer periods will likely differ in amount and even direction. These products require active monitoring and management, as frequently as daily. They are not suitable for all investors
14. Bonds and/or fixed-income securities trade differently than equity securities and do not trade on a listed exchange. Rather, they trade in the OTC (over the counter) marketplace and liquidity may not always exist for you to sell your position prior to maturity
15. If you request the sale of a nonmarketable or worthless security, TD Ameritrade will be the buyer in the transaction. In the event a market cannot be located. In such a sale, you are deeming the security worthless and TD Ameritrade thereby makes no representation regarding the present or future value of these securities. The transaction is irreversible and you will have no further claim to the securities and no claim against TD Ameritrade for any losses related to the sale
16. To access the Official Statement (e.g. prospectus, program disclosure document, information statement, etc.) related to Municipal Bonds, Government Sponsored Enterprise Debt, or Federal Agency Securities, please visit the applicable website and enter the CUSIP: Federal Farm Credit Bank (FFCB) www.farmcredit-ffcb.com, Federal Home Loan Bank (FHLB) www.fhlb-of.com, Federal Home Loan Mortgage Corporation (Freddie Mac) www.freddiemac.com, Federal National Mortgage Association (Fannie Mae) www.fanniemae.com, Government National Mortgage Association www.ginniemae.gov, Municipal Bonds www.emma.msrb.org. A copy of the Official Statement can be requested by calling 800 669-3900
17. The security that you purchased may have a minimum denomination set by the issuer, which may reduce the number of investors willing to purchase the security and therefore adversely impact the price that you receive for the security. The quantity of securities you purchased is below the minimum denomination and may adversely affect the liquidity of the position unless you have other securities from the issue that can be combined to reach the minimum denomination

# TD Ameritrade

PO BOX 2577 - OMAHA NE 68103-2577
Please do not send deposits or correspondence to this address

**TD AMERITRADE, INC**
**PO BOX 2209**
**OMAHA NE 68103-2209**

MATTHEW BERESFORD
222 W Queensbury Ln
Florence AL 35630-6663

## Confirmation Notice

| ACCOUNT NO. | OTHER INFO | TRANSACTION NUMBER | CAP CODES | YOUR REPRESENTATIVE | | |
|---|---|---|---|---|---|---|
| 492-138636-2 | | 44892858478 | A | TD AMERITRADE | | |
| **ACTIVITY** | **QUANTITY** | **CUSIP NUMBER** | **PRICE** | **PRINCIPAL AMOUNT** | **MISC FEES** | **REG FEES** |
| YOU BOUGHT | 2 563 | 59134N104 | 780198 | 1 999 65 | 0 | 0 00 |
| **AS OF TRADE DATE** | **TRADE DATE** | **SETTLEMENT DATE** | **INTEREST** | **COMMISSION/FEE** | **NET AMOUNT** | |
| | 09/02/2022 | 09/07/2022 | | 0 00 | 1,999 65 | |
| **TRADE DESCRIPTION** | | | **SYMBOL** | | | |

META MATERIALS INC
COM                                              MMAT

THIS IS AN UNSOLICITED TRADE
FOR FURTHER INFORMATION REGARDING YOUR TRADE CONFIRMATION
PLEASE REFER TO THE TERMS AND CONDITIONS
*CLBL - If the above security description includes a 'CLBL notation this transaction involves a debt security that is subject to call or redemption before maturity The debt security may be called or redeemed in whole or in part before maturity which could affect its yield Additional information is available upon request



**Confirmation Notice**
Account 492-138636
Page 2 of 2

| ACCOUNT CODE | Type of Account | | CAPACITY CODE | | |
|---|---|---|---|---|---|
| 1 Cash | 2 Margin Long | A= Agent    C= Cross Trade    P= Principal    R= Riskless Principal | | | |
| 3 Margin Short | 4 Income | Prime Broker if provided (contact the executing broker for further details) | | | |
| 5 Withholding | 6 Special | 3= Agent for person other than customer | 4= Agent for both customer and another person | | 1= Principal for some executions and agent for other |
| | | 6= Acts as both principal and agent | 7= Acts as principal, agent and agent for another person | | 8= Crossing as agent |
| | | 9= Crossing as principal | | | |

IT IS AGREED BETWEEN THE EXECUTING BROKER AND THE CUSTOMER NAMED HEREIN THAT

1. TD Ameritrade Clearing, Inc. member of FINRA/SIPC acts as the clearing agent.
2. This confirmation is a transaction advice, not an invoice. Remittance of funds or securities is due on or before settlement date. Certain security information is collected at the time the confirmation is generated and may vary from the information at the time the trade was placed.
3. You will report any errors immediately and/or notify us if not entirely in accordance with your understanding.
4. All transactions are subject to the rules, regulations, requirements (including margin requirements) and customs of the Federal Reserve Board, the Securities and Exchange Commission, the Exchange or market (and its clearing house if any) where executed, and of any association whose rules and regulations govern transactions in said market, and to all the terms of our general customer's agreements between you and us. Wisconsin customers: agency trades are unsolicited.
5. The securities described are, or may be hypothecated under circumstances which will permit the commingling thereof with securities carried for the account of the other customers. Such commingling, if any, ceases upon payment by you for these securities in the net amount due.
6. The name of the other party or broker in the transaction, the date, the time of execution, source and amount of remuneration will be furnished upon request if not already displayed.
7. If this transaction is a sale and the securities are not already in our possession and do not represent a short sale, please forward them immediately to avoid possible payment of premium on securities borrowed.
8. If payment is not made on or prior to the date required by Regulation T of the Federal Reserve Board, we reserve the right without further notice to cancel this transaction, or at our option, to sell the securities covered hereby and hold you liable for resulting loss.
9. Commission/Fee represents base commission and any options contract exercise and assignment fees. For Alternative Investments (AI) also called Non Standard Assets (NSA) Commission/Fee represents transaction fees applicable to purchases, capital call processing, and redemptions. TD Ameritrade will charge a Reg Fee on certain transactions. These charges are typically based on fees assessed under various regulations applicable to transactions. It may include any of the following: a sales fee on certain sell transactions (assessed at a rate consistent with Section 31 of the Securities Exchange Act of 1934), the Options Regulatory Fee (applicable to options transactions) and the Trading Activity Fee (assessed at a rate consistent with Section 1 of Schedule A of FINRA's By-Laws), among other charges. Transactions in foreign securities (including foreign company ADRs that trade in the U.S.) may include taxes and fees charged by the foreign markets or governments which may be reflected in the price of the security or charged as an independent line item on your monthly statement.
10. Misc. Fees will be explained upon request. For transactions involving certain Index Options, TD Ameritrade may charge an Index Option Fee in accordance with the Chicago Board Option Exchange (CBOE) Global Markets Inc. fee schedule. This fee will be reflected in the Misc. Fee field. A copy of the CBOE Options Exchange Fee Schedule can also be found on www.cboe.com. Other Misc. Fees may include Prime Broker fees or Special Settlement fees where applicable.
11. If this transaction involves a debt security that is subject to call or redemption before maturity, the debt security may be called or redeemed in whole or in part before maturity which could affect its yield. Additional information is available upon request. On zero coupons, interest and multiplier securities, no periodic payment of interest or principal are generally made. These securities may be callable below maturity value without notice by mail to holder unless the securities are held in registered form. On asset backed debt securities, yields are subject to fluctuation depending on prepayment, specific information is available upon request. For inflation indexed securities yield to maturity may vary due to inflation adjustments.
12. The firm receives compensation for directing listed and over-the-counter securities, and options order flow to selected market centers for execution. The source and nature of payment received in connection with a particular transaction will be furnished upon request.
13. Leveraged and inverse ETFs entail unique risks including but not limited to use of leverage, aggressive and complex investment techniques, and use of derivatives. Leveraged ETFs seek to deliver multiples of the performance of a benchmark. Inverse ETFs seek to deliver the opposite of the performance of a benchmark. Both seek results over periods as short as a single day. Results of both strategies can be affected substantially by compounding. Returns over longer periods will likely differ in amount and even direction. These products require active monitoring and management, as frequently as daily. They are not suitable for all investors.
14. Bonds and/or fixed-income securities trade differently than equity securities and do not trade on a listed exchange. Rather, they trade in the OTC (over the counter) marketplace and liquidity may not always exist for you to sell your position prior to maturity.
15. If you request the sale of a nonmarketable or worthless security, TD Ameritrade will be the buyer in the transaction. In the event a market cannot be located, in such a sale, you are deeming the security worthless and TD Ameritrade thereby makes no representation regarding the present or future value of these securities. The transaction is irrevocable and you will have no further claim to the securities and no claim against TD Ameritrade for any losses related to the sale.
16. To access the Official Statement (e.g. prospectus, program disclosure document, information statement, etc.) related to Municipal Bonds, Government Sponsored Enterprise Debt, or Federal Agency Securities, please visit the applicable website and enter the CUSIP: Federal Farm Credit Bank (FFCB) www.farmcredit-ffcb.com, Federal Home Loan Bank (FHLB) www.fhlb-of.com, Federal Home Loan Mortgage Corporation (Freddie Mac) www.freddiemac.com, Federal National Mortgage Association (Fannie Mae) www.fanniemae.com, Government National Mortgage Association www.ginniemae.gov, Municipal Bonds www.emma.msrb.org. A copy of the Official Statement can be requested by calling 800-669-3900.
17. The security that you purchased may have a minimum denomination set by the issuer, which may reduce the number of investors willing to purchase the security and therefore adversely impact the price that you receive for the security. The quantity of securities you purchased is below the minimum denomination and may adversely affect the liquidity of the position unless you have other securities from the issue that can be combined to reach the minimum denomination.

# TD Ameritrade

PO BOX 2577 - OMAHA NE 68103-2577
Please do not send deposits or correspondence to this address

TD AMERITRADE, INC
PO BOX 2209
OMAHA NE 68103-2209

MATTHEW BERESFORD
222 W Queensbury Ln
Florence AL 35630 6663

## Confirmation Notice

SIPC

| ACCOUNT NO | OTHER INFO | TRANSACTION NUMBER | CAP CODES | YOUR REPRESENTATIVE |
|---|---|---|---|---|
| 492-138636-2 | | 47972432058 | A | TD AMERITRADE |

| ACTIVITY | QUANTITY | CUSIP NUMBER | PRICE | PRINCIPAL AMOUNT | MISC FEES | REG FEES |
|---|---|---|---|---|---|---|
| YOU BOUGHT | 100 | 59134N104 | 1 0099 | 100 99 | | 0 00 |

| AS OF TRADE DATE | TRADE DATE | SETTLEMENT DATE | INTEREST | COMMISSION/FEE | NET AMOUNT |
|---|---|---|---|---|---|
| | 02/03/2023 | 02/07/2023 | | 0 00 | 100 99 |

**TRADE DESCRIPTION**     **SYMBOL**

META MATERIALS INC     MMAT
COM

THIS IS AN UNSOLICITED TRADE
FOR FURTHER INFORMATION REGARDING YOUR TRADE CONFIRMATION
PLEASE REFER TO THE TERMS AND CONDITIONS
*CLBL - If the above security description includes a 'CLBL' notation this transaction involves a debt security that is subject to call or redemption before maturity The debt security may be called or redeemed in whole or in part before maturity which could affect its yield Additional information is available upon request

| ACCOUNT NO | OTHER INFO | TRANSACTION NUMBER | CAP CODES | YOUR REPRESENTATIVE |
|---|---|---|---|---|
| 492-138636-2 | | 47972435459 | A | TD AMERITRADE |

| ACTIVITY | QUANTITY | CUSIP NUMBER | PRICE | PRINCIPAL AMOUNT | MISC FEES | REG FEES |
|---|---|---|---|---|---|---|
| YOU SOLD | 1 | 369604301 | 83 0001 | 83 00 | | 0 00 |

| AS OF TRADE DATE | TRADE DATE | SETTLEMENT DATE | INTEREST | COMMISSION/FEE | NET AMOUNT |
|---|---|---|---|---|---|
| | 02/03/2023 | 02/07/2023 | | 0 00 | 83 00 |

**TRADE DESCRIPTION**     **SYMBOL**

GENERAL ELECTRIC CO     GE
COM

CONFIRMATION OF TAX LOT METHOD AVAILABLE VIA GAIN/LOSS PAGE
THIS IS AN UNSOLICITED TRADE
FOR FURTHER INFORMATION REGARDING YOUR TRADE CONFIRMATION
PLEASE REFER TO THE TERMS AND CONDITIONS
*CLBL - If the above security description includes a 'CLBL' notation this transaction involves a debt security that is subject to call or redemption before maturity The debt security may be called or redeemed in whole or in part before maturity which could affect its yield Additional information is available upon request



**Confirmation Notice**
Account 492 138636
Page 2 of 2

| ACCOUNT CODE | Type of Account | CAPACITY CODE | | |
|---|---|---|---|---|
| 1 Cash | 2 Margin Long | A Agent    C= Cross Trade    P= Principal    R= Riskless Principal | | |
| 3 Margin Short | 4 Income | Prime Broker if provided (contact the executing broker for further detail ) | | |
| 5 W thholding | 6 Special | 3= Agent for person other than customer | 4  Agent for both customer and another person | 5= Principal for some executions and agent for other |
| | | 6= Acts as both principal and agent | 7= Acts as principal  agent and agent for another person | 8= Cro sing as agent |
| | | 9= Crossing as princ pal | | |

IT IS AGREED BETWEEN THE EXECUTING BROKER AND THE CUSTOMER NAMED HEREIN THAT

1. TD Ameritrade Clearing Inc  member of FINRA/SIPC acts as the clearing agent.
2. This confirmation is a transaction advice  not an invoice  Remittance of funds or securities is due on or before settlement date  Certain security information is collected at the time the confirmation is generated and may vary from the information at the time the trade was placed
3. You will report any errors immediately and/or notify us if not entirely in accordance with your understanding
4. All transactions are subject to the rules  regulations  requirements (including margin requirements) and customs of the Federal Reserve Board  the Securities and Exchange Commis ion  the Exchange or m rket  (and its clearing house if any) where executed  and of any association whose rules and regulations govern transactions in said market  and to all the terms of our general customer s agreements between you and us  Wisconsin  customers  agency trades are unsolicited
5. The securities described are  or may be hypothecated under circumstances which will permit the commingling thereof with securities carried for the account of the other customers  Such co mingling  if  ny  ceases upon payment by you for those securities in the net amount due
6. The name of the other party or broker in the transaction  the date  the time of execution  source and amount of remuner tion wi l be furnished upon request  if not a ready displayed
7. If this transaction is a sale and the securities are not already  in our possession and do no  rep esent a short sale  please forward them immediately to avoid possible payment of prem um on securitie  borrowed
8. If payment is not made on or prior to the date required by Regulation T of the Federal Reserve Board  we reserve the right without further notice  to cancel this transaction o   at our option  to sell the securitie  covered hereby and hold you liable for resulting loss
9. Commission/Fee represents base commission and any options contract, exercise  and assignment fees  For Alternative Investments (AI)  also called Non Standard Assets (NSA)  Commiss on/Fee represents transaction fees applicable to purchases  capital call processing  and redemptions  TD Ameritrade will charge a Reg Fee on certain transactions  These charges are typically based on fees assessed under various regulations  applicable to transactions  It may include any of the following  a sales fee on certain sell transactions (assessed at a rate consistent with Section 31 of the Securities Exchange Act of 1934)  the Options Regulatory Fee (applicable to options transactions)  and the Trading Activity Fee (assessed at a rate consistent with Section 1 of Schedule A of FINRA s By Laws)  among other charges  Transactions in foreign securities (including foreign company ADRs that trade in the U S ) may include taxes and fees charged by the foreign markets or governments  which may be reflected in the price of the security or charged as an independent line item on your monthly  tatement
10. Misc. Fees will be explained upon request  For transactions involving certain Index Options  TD Ameritrade may cha ge an Index Option Fee in accordance with th e Chicago Board Option  Exch n ge (CBOE) Global Markets  Inc  fee schedule  This fee will be reflected in the Misc. Fee f eld  A copy of the CBOE Options Exchange Fee Schedule can also be found on www cboe com  Other Misc. Fees may include Prime Broker fee  or Special S ttlement fees  where applicable
11. If this transaction involves a debt security that is subject to call or redemption before maturity  the debt security may be called or redeemed in whole or in part before maturity which could affect its yield  Additional information is available upon request  On zero coupons  interest and multiplier securities  no periodic payment of interest or principal are generally made  These securitie  may be callable  below maturity value  without  otice  by m il to holder unless the securities are held in registered form  On asset backed debt securities  yields are subject to fluctuation depend ng on prepayment  specific information is available upon request  For inflation indexed  ecuritie  yield to m  turity  may vary due to inflation adjustments
12. The firm receives compensation for directing listed and over the-counter securities  and options order flow to selected market centers for execution  The source and natu e of payme t received in connection with a particular transaction will be furnished upon request
13. Leveraged and inverse ETFs entail unique risks  including but not limited to  use of leverage  aggressive and complex investment techniques  and use of derivatives  Leveraged ETF s seek to deliver multiples of the performance of a benchmark  Inverse ETF s seek to deliver the opposite of the performance of a benchmark  Both seek results over periods as short as a single day  Results of both strategies can be affected substantially by compounding  Returns over longer periods will likely differ in amount and even direction  These products require active monitoring and management  as frequently as daily  They are not suitable for all in estors
14. Bonds and/or fixed income securities trade differently than equity securities and do not trade on a listed exchange  Rather  they trade in the OTC (over the counter) marketplace and liquidity may not always exist for you to sell your position prior to maturity
15. If you request the sale of a nonmarketable or worthless security  TD Ameritrade will be the buyer in the transaction in the event a market cannot be located  In such a sale  you are deeming the security  worthless and TD Ameritrade thereby makes no representation regarding the present or future value of these securities  The transaction is irrevers ble and you will have no further claim to the securities and no claim against TD Ameritrade for a y losses related to the sale
16. To access the Official Statement (e g  prospectus  program disclosure document  information statement, etc ) related to Municipal Bonds  Government Sponsored Enterprise Debt  or Federal Agency Securities  please visit the applicable website and enter the CUSIP  Federal Farm Credit Bank (FFCB)  www farmcredit ffcb com  Federal Home Loan Bank (FHLB)  www fhlb-of com  Federal Home Loan Mortgage Corporation (Freddie Mac )  www freddiemac com  Federal National Mortgage Association (Fannie Mae)  www fanniemae com  Government National Mortgage Association  www ginniemae gov  Municipal Bonds  www emma msrb org  A  copy of the Official  tatement can be requested by calling 800-669-3900
17. The security that you purchased may have a minimum denomination set by the issuer  which may reduce the number of investors willing to purchase the security and  therefore  adversely impact the price that you receive for the security  The quantity of securities you purchased is below the minimum denomination and may adversely affect the liquidity of the position unless you have other securities from the issue that can be combined to reach the minimum denomination

# TD Ameritrade

PO BOX 2577 - OMAHA NE 68103-2577
Please do not send deposits or correspondence to this address

**TD AMERITRADE, INC**
**PO BOX 2209**
**OMAHA NE 68103-2209**

MATTHEW BERESFORD
222 W Queensbury Ln
Florence  AL  35630-6663



## Confirmation Notice

| ACCOUNT NO | OTHER INFO | TRANSACTION NUMBER | CAP CODES | YOUR REPRESENTATIVE | |
|---|---|---|---|---|---|
| 492-138636-2 | | 48528708231 | A | TD AMERITRADE | |

| ACTIVITY | QUANTITY | CUSIP NUMBER | PRICE | PRINCIPAL AMOUNT | MISC FEES | REG FEES |
|---|---|---|---|---|---|---|
| YOU BOUGHT | 1,792 | 59134N104 | 6248 | 1,119 64 | 0 | 0 00 |

| AS OF TRADE DATE | TRADE DATE | SETTLEMENT DATE | INTEREST | COMMISSION/FEE | NET AMOUNT |
|---|---|---|---|---|---|
| | 03/03/2023 | 03/07/2023 | | 0 00 | 1,119 64 |

| TRADE DESCRIPTION | SYMBOL |
|---|---|
| META MATERIALS INC<br>COM | MMAT |

THIS IS AN UNSOLICITED TRADE
FOR FURTHER INFORMATION REGARDING YOUR TRADE CONFIRMATION
PLEASE REFER TO THE TERMS AND CONDITIONS
*CLBL - If the above security description includes a 'CLBL' notation  this transaction involves a debt security
that is subject to call or redemption before maturity  The debt security may be called or redeemed in whole
or in part before maturity which could affect its yield  Additional information is available upon request



**Confirmation Notice**
Account 492 138636
Page 2 of 2

| ACCOUNT CODE | Type of Account | | CAPACITY CODE |
|---|---|---|---|
| 1 Cash | 2 Margin Long | A= Agent   C= Cross Trade   P= Principal   R= Riskless Principal | |
| 3 Margin Short | 4 Income | Prime Broker if provided (contact the executing broker for further details) | |
| 5 Withholding | 6 Special | 3= Agent for person other than customer    4= Agent for both customer and another person | 5= Principal for some executions and agent for other |
| | | 6= Acts as both principal and agent    7= Acts as principal agent and agent for another person | 8= Crossing as agent |
| | | 9= Crossing as principal | |

IT IS AGREED BETWEEN THE EXECUTING BROKER AND THE CUSTOMER NAMED HEREIN THAT

1. TD Ameritrade Clearing Inc member of FINRA/SIPC acts as the clearing agent.
2. This confirmation is a transaction advice not an invoice Remittance of funds or securities is due on or before settlement date Certain security information is collected at the time the confirmation is generated and may vary from the information at the time the trade was placed
3. You will report any errors immediately and/or notify us if not entirely in accordance with your understanding
4. All transactions are subject to the rules regulations requirements (including margin requirements) and customs of the Federal Reserve Board the Securities and Exchange Commission the Exchange or market (and its clearing house if any) where executed and of any association whose rules and regulations govern transactions in said market and to all the terms of our general customer's agreements between you and us Wisconsin customers agency trades are unsolicited
5. The securities described are or may be hypothecated under circumstances which will permit the commingling thereof with securities carried for the account of the other customers. Such commingling if any ceases upon payment by you for these securities in the net amount due
6. The name of the other party or broker in the transaction, the date the time of execution source and amount of remuneration will be furnished upon request If not already displayed
7. If this transaction is a sale and the securities are not already in our possession and do not represent a short sale please forward them immediately to avoid possible payment of premium on securities borrowed
8. If payment is not made on or prior to the date required by Regulation T of the Federal Reserve Board we reserve the right without further notice to cancel this transaction or at our option to sell the securities covered hereby and hold you liable for resulting loss
9. Commission/Fee represents base commission and any options contract exercise and assignment fees For Alternative Investments (AI) also called Non Standard Assets (NSA) Commission/Fee represents transaction fees applicable to purchases capital call processing and redemptions TD Ameritrade will charge a Reg Fee on certain transactions. These charges are typically based on fees assessed under various regulations applicable to transactions It may include any of the following  a sales fee on certain sell transactions (assessed at a rate consistent with Section 31 of the Securities Exchange Act of 1934) the Options Regulatory Fee (applicable to options transactions) and the Trading Activity Fee (assessed at a rate consistent with Section 1 of Schedule A of FINRA s By Laws) among other charges Transactions in foreign securities (including foreign company ADRs that trade in the U S) may include taxes and fees charged by the foreign markets or governments which may be reflected in the price of the security or charged as an independent line item on your monthly statement
10. Misc. Fees will be explained upon request For transactions involving certain Index Options TD Ameritrade may charge an Index Option Fee in accordance with the Chicago Board Options Exchange (CBOE) Global Markets Inc fee schedule This fee will be reflected in the Misc. Fee field A copy of the CBOE Options Exchange Fee Schedule can also be found on www cboe com Other Misc Fees may include Prime Broker fees or Special Settlement fees where applicable
11. If this transaction involves a debt security that is subject to call or redemption before maturity the debt security may be called or redeemed in whole or in part before maturity which could affect its yield Additional information is available upon request On zero coupons interest and multiplier securities no periodic payment of interest or principal are generally made These securities may be callable below maturity value without notice by mail to holder unless the securities are held in registered form. On asset backed debt securities yields are subject to fluctuation depending on prepayment specific information is available upon request For inflation indexed securities yield to maturity may vary due to inflation adjustments
12. The firm receives compensation for directing listed and over-the-counter securities and options order flow to selected market centers for execution The source and nature of payment received in connection with a particular transaction will be furnished upon request
13. Leveraged and inverse ETFs entail unique risks including but not limited to use of leverage aggressive and complex investment techniques and use of derivatives Leveraged ETFs seek to deliver multiples of the performance of a benchmark Inverse ETFs seek to deliver the opposite of the performance of a benchmark Both seek results over periods as short as a single day Results of both strategies can be affected substantially by compounding Returns over longer periods will likely differ in amount and even direction These products require active monitoring and management as frequently as daily They are not suitable for all investors
14. Bonds and/or fixed-income securities trade differently than equity securities and do not trade on a listed exchange Rather they trade in the OTC (over the counter) marketplace and liquidity may not always exist for you to sell your position prior to maturity
15. If you request the sale of a nonmarketable or worthless security TD Ameritrade will be the buyer in the transaction in the event a market cannot be located In such a sale you are deeming the security worthless and TD Ameritrade thereby makes no representation regarding the present or future value of these securities The transaction is irreversible and you will have no further claim to the securities and no claim against TD Ameritrade for any losses related to the sale
16. To access the Official Statement (e g prospectus program disclosure document, information statement etc ) related to Municipal Bonds Government Sponsored Enterprise Debt or Federal Agency Securities please visit the applicable website and enter the CUSIP Federal Farm Credit Bank (FFCB) www farmcredit ffcb com Federal Home Loan Bank (FHLB) www fhlb-of com Federal Home Loan Mortgage Corporation (Freddie Mac) www freddiemac com Federal National Mortgage Association (Fannie Mae) www fanniemae com Government National Mortgage Association www ginniemae gov Municipal Bonds www emma msrb org A copy of the Official Statement can be requested by calling 800-669-3900
17. The security that you purchased may have a minimum denomination set by the issuer which may reduce the number of investors willing to purchase the security and therefore adversely impact the price that you receive for the security The quantity of securities you purchased is below the minimum denomination and may adversely affect the liquidity of the position unless you have other securities from the issue that can be combined to reach the minimum denomination



Schwab One® Account of

MATTHEW BERESFORD

| Account Number | Trade Confirmation |
|---|---|
| 6591-4427 | November 20, 2023 |

## Terms & Conditions

It is agreed between Charles Schwab & Co Inc ("Schwab") and the customer (1) If you find any errors or omissions on this trade confirmation please call Schwab immediately using any of the appropriate phone numbers listed above To protect your rights you must also notify us in writing You should notify us immediately upon discovery of the error but in any event no later than 10 days after you receive the confirmation This confirmation will be deemed conclusive after 10 days Schwab will not be liable for any losses that occur because of your failure to promptly notify us of an error (2) All transactions are subject to the rules regulations requirements and customs of the Federal Reserve Board the exchange or market (and its clearing agency if any) where executed any association whose rules and regulations govern transactions in said market and your account agreement(s) with Schwab We will furnish upon written request the date and time when this transaction took place and the name of the other party to the transaction Federal regulations require that all brokerage firms report sales transactions to the IRS unless the order was placed through an IRA corporate or trustee account (3) Securities purchased by you or held by us may be hypothecated and/or commingled with securities carried for other customers (4) Payment for all purchases or delivery of securities sold is due promptly and in any event no later than the settlement date We reserve the right to liquidate securities or otherwise cover a position without notice at any time including prior to settlement date when in our judgment the value of the collateral is in jeopardy or the account poses a risk to the firm You will be held responsible for any resulting loss (5) Mutual Fund Transaction Fees shown on this confirmation if applicable are charged by Schwab You can choose to buy the shares directly from the fund itself or its principal underwriter or distributor without paying Schwabs transaction fee Please consult the prospectus for information about any other fees which a fund might charge (6) Call features in addition to any identified on the face hereof may exist for certain common stocks preferred stocks and bonds that could affect yield For additional information or questions contact Schwab using any of the appropriate numbers listed above Securities held for you at Schwab or at a central clearing facility but not registered in your name are commingled with identical securities held for other customers In the event securities so held are called by the issuer the securities to be called will be determined by an impartial and random selection system Should your security be so selected it will be presented for redemption and your account credited with the proceeds Clients have the right to withdraw uncalled fully paid securities at any time prior to a partial call and also to withdraw excess margin securities not subject to restrictions (7) Schwab received remuneration from the broker dealer or market center through which the transaction was executed The nature and source of which such remuneration may vary and will be disclosed to you upon written request (8) If the security described on the front of this confirmation was issued by The Charles Schwab Corporation ("CSC") or an entity controlled by CSC we are required to disclose that (a) Schwab is controlled by CSC or (b) Schwab and the issuer are under the common control of CSC (9) Additional Load Fund Breakpoint Information You may be eligible for breakpoint discounts based on the size of your purchase current holdings or future purchases The sales charge you paid may differ slightly from the prospectus disclosed rate due to rounding calculations Please refer to the prospectus or Statement of Additional Information If you need additional assistance please contact your Schwab investment professional or financial advisor (10) Transaction Fee includes fees charged for purchases and sales of certain mutual fund shares and/or fees charged for certain fixed Income securities transactions. (11) To obtain electronic copies of notices offering documents and documents incorporated by reference pertaining to Government Sponsored Enterprises ("GSE") and Federal Agency securities visit the following web sites Federal Farm Credit Bank (FFCB) http //www farmcredit ffcb com Federal Home Loan Bank (FHLB) http //www fhlb-of com Federal Home Loan Mortgage Corporation (FHLMC) For debt securities http //www freddiemac com/debt for mortgage securities http //www freddiemac com/mbs Federal National Mortgage Association (FNMA) http //www fanniemae com Government National Mortgage Association (GNMA) http //www ginniemae gov (12) To request a paper copy of an offering document official statement or final prospectus call 888-835-8846 (13) For asset backed securities which represent an interest in or are secured by a pool of receivables or other financial assets subject continuously to prepayment the actual yield may vary according to the rate at which the underlying receivables or other financial assets are prepaid Information concerning the factors that affect yield (including at a minimum estimated yield weighted average life and the prepayment assumptions underlying yield) will be furnished upon request (14) If this transaction involves a zero coupon security no periodic interest payments will be made and if the security is callable it may be called below maturity value and if callable and available in bearer form it may be called without notice by mail to the holder unless registered (0122 11MT)

**Manage Your Account**

If you have questions about this report please contact Schwab at 1-800 435-4000

MATTHEW BERESFORD
222 W QUEENSBURY LN
FLORENCE AL 35630-6663



Schwab One® Account of

MATTHEW BERESFORD

Account Number: 6591-4427

Trade Confirmation: November 20, 2023

| Total Trades | Total Purchases | Total Sales | Net Charges and/or Interest | Net Amount |
|---|---|---|---|---|
| 1 | ($15 33) | $0 00 | $0 00 | ($15 33) |

| Settle Date | Action | Symbol/ CUSIP | Description | Quantity | Price($) | Principal($) | Charges/ Interest($) | Amount($) | Disclosure |
|---|---|---|---|---|---|---|---|---|---|
| 11/22 | Purchase | MMAT 59134N104 | META MATLS INC | 160 | 0 0958 | 15 33 | | 15 33 | F3 A1 |

## Disclosures

A1   Schwab acted as your agent

F3   Payment Type Margin