NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | | PROOF OF INTEREST |
|---|---|---|

Name of Debtor: Meta Materials, Inc

Case Number: 24-50792

1. Name and address of holder of the Equity Interest (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

   Patrick Stubbers
   240 Pound St.
   Athens, GA 30601

   ☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

   ☐ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

   ☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

   Telephone Number: 706-372-6101

   **RECEIVED AND FILED**
   DEC 11 2024
   U.S. BANKRUPTCY COURT
   MARY A. SCHOTT, CLERK
   DLS

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

COURT USE ONLY

Account or other number by which Interest holder identifies Debtor:
8241-5264, 2540-5414

Check here if this claim:
☐ replaces a previously filed Proof of Interest dated: _____
☐ amends a previously filed Proof of Interest dated: _____

2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:
   Patrick Stubbers
   Charles Schwab + Co Inc
   Center PO Box 2339, Omaha NB, 68103
   Telephone Number: 1-877-519-1403

3. Date Equity Interest was acquired:
   Between 04/26/2022 - 08/09/2023
   See Attached Sheet for Documentation

4. Total amount of member interest: $69,322.89

5. Certificate number(s): See Attached

6. Type of Equity Interest:
   Please indicate the type of Equity Interest you hold:
   ☒ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
   ☐ Check this box if your Equity Interest is based on anything else and describe that interest:
   Description: Investor

7. Supporting Documents: Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
   DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. Date-Stamped Copy: To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

9. Signature:
   Check the appropriate box.
   ☒ I am the creditor.   ☐ I am the creditor's authorized agent.   ☐ I am the trustee, or the debtor,   ☐ I am a guarantor, surety, endorser, or other codebtor.
                          (Attach copy of power of attorney, if any.)   or their authorized agent.           (See Bankruptcy Rule 3005.)
                                                                        (See Bankruptcy Rule 3004.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: Patrick Stubbers
Title:
Company:___ Address and telephone number (if different from notice address above):

(Signature)   12/5/24 (Date)

Telephone number: 706-372-6101   email: pstubbers@gmail.com

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

PROOF OF INTEREST SUPPLEMENTAL INFORMATION:
CASE: 24-50792, META MATERIALS, INC.
FOR: Patrick Stubbers

BROKER: Charles Schwab
ACCT #: 2540-5414
TRANSACTIONS [Pre-Reverse Split]:
04/26/2022 Purchased 1,000 shares $1.269 /share [$ 1,269.90 total invested]
05/06/2022 Purchased 2,500 shares $1.21 /share [3,035.00 total invested]
06/28/2022 Purchased 3,500 shares $1.079 /share [3,778.95 total invested]
07/18/2022 Purchased 338 shares $.969 /share [3327.79 total invested]
07/26/2022 Purchased 2,662 shares $.908 /share [2419.23 total invested]
07/29/2022 Purchased 2,022 shares $.907 /share [1,833.95 total invested]
07/29/2022 Purchased 1,000 shares $.905 /share [905.00 total invested]
07/29/2022 Purchased 200 shares $.904 /share [180.80 total invested]
07/29/2022 Purchased 482 shares $.903 /share [435.68 total invested]
07/29/2022 Purchased 118 shares $.903 /share [106.59 total invested]
07/29/2022 Purchased 2,400 shares $.901 /share [2,163.36 total invested]
08/4/2022 Purchased 21,195 shares $1.079 /share [19,281.09 total invested]
Total Shares: 37,417    Total Invested: $38,737.34

BROKER: Charles Schwab
ACCT #: 8241-5264
TRANSACTIONS [Pre-Reverse Split]:
08/9/2022 Purchased 26,500 shares $.909 /share [24,112.35 total invested]
08/9/2022 Purchased 500 shares $.909 /share [454.90 total invested]
02/22/2023 Purchased 9,000 shares $.668 /share [6,018.30 total invested]
Total Shares: 36,000   Total Invested: $30,585.55

TOTAL SHARES HELD PRE-REVERSE SPLIT:  73,417 shares [735 SHARES POST REVERSE SPLIT]
TOTAL MONIES INVESTED PRE-REVERSE SPLIT: $69,322.89
TRANSACTIONS [Post-Reverse Split 0/100]:
TOTAL SHARES HELD POST-REVERSE SPLIT: 735
TOTAL MONIES INVESTED PRE-REVERSE SPLIT: $69,585.55
**See Transaction documentation attached.

December 5, 2024

U.S. Bankruptcy Court
Foley Federal Building and
U.S. Courthouse
Attn: Clerk of Court
300 Las Vegas Blvd. South
Las Vegas, Nevada 89101

To Clerk of the Court,

My name is Patrick Stubbers, and I hereby submit PROOF OF INTEREST FORM in the matter of Meta Materials, Inc., case number 24-50792. Per instructions by The Honorable Hillary L. Barnes, United States Bankruptcy Judge.

Thank you for your consideration in this matter.

Patrick Stubbers
240 Pound St.
Athens, GA 30601
706-372-6101