NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | | **PROOF OF INTEREST** |
|---|---|---|
| Name of Debtor: <br> META MATERIALS, INC | Case Number: <br> 24-50792 | |

**1. Name and address of holder of the Equity Interest** (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

Shawn O'Leary
3206 Heinish Ave.
Halifax, Nova Scotia
CANADA
B3L 3Y6

Telephone Number: 902 455 8710

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

☑ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

**RECEIVED AND FILED**
DEC 11 2024
U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

**COURT USE ONLY**

Account or other number by which Interest holder identifies Debtor:
230-78444

Check here if this claim:
☐ replaces a previously filed Proof of Interest dated: _____
☐ amends a previously filed Proof of Interest dated: _____

**2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:** Shawn O'Leary
BMO InvestorLine Transit # 3973
First Canadian Place, 100 King ST. W, Floor B1
Toronto, ON M5X 1H3
Telephone Number: 1888 776 6886 x1400

**3. Date Equity Interest was acquired:**
Feb 16/2021 - Dec 17/2021
SEE ATTACHED DOCUMENTATION
* July 6/2021 (The merger) 4400 shares Became 8118 shares (MMAT)

**4. Total amount of member interest:** ~~$22~~ MMAT = $13891. (CAN)
200 MMAX = $1608.98 (CAN) 682 shares MMAT = $2759.21 (CAN)

**5. Certificate number(s):** SEE Attached Documentation

**6. Type of Equity Interest:**
Please indicate the type of Equity Interest you hold:
☑ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
☐ Check this box if your Equity Interest is based on anything else and describe that interest:
**Description:** INVESTOR

**7. Supporting Documents:** Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**8. Date-Stamped Copy:** To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

**9. Signature:**
Check the appropriate box.
☑ I am the creditor.   ☐ I am the creditor's authorized agent. (Attach copy of power of attorney, if any.)   ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)   ☐ I am a guarantor, surety, endorser, or other codebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: Shawn O'Leary
Title:
Company: Address and telephone number (if different from notice address above): _____

(Signature) / Dec 6/2024 (Date)

Telephone number: 902 455-8710   email: shawooly13@hotmail.com

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

 **Self-Directed**                                                                                     SHAWN

Portfolio  **Accounts**  News & Markets   Mo\   ON   Active Insights    Education Hub

# Transaction History

**SHAWN O'LEARY**                    **SHAWN O'LEARY**
INDIVIDUAL  230-78444               TFSA  232-87638

Account balance        Investments          Trade Cash (Combined)
0 53 C                 0 53 C               0 00 C

Sort by

[ Custom range ]

Display transactions for up to 24 months, within the last 6 years

Start date                End date
[ January 1, 2021 ]       [ December 31, 2021 ]       ( SEARCH )

## Transactions

Trades                          Dividends and interest         Contributions and withdrawals
14 buys, 5 sells                0 transactions                 5 contributions, 2 withdrawals

Miscellaneous
14 cash, 2 security transactions

Filters   0 applied

Show   All   of 42 results

| Date | Description | Symbol | Type | Qty |
|---|---|---|---|---|
| Dec 29, 2021 | ~~META MATLS PFD SER A~~ | - | ~~Buy~~ | ~~100~~ |
| Dec 22, 2021 | BUY USD @ 1.3096 (AUTO FX) | - | Foreign Exchange | - |
| Dec 22, 2021 | BUY USD @ 1.3096 (AUTO FX) | - | Foreign Exchange | - |
| ~~Dec 17, 2021~~ | ~~META MATLS PFD SER A~~ | - | ~~Buy~~ | ~~150~~ |
| Dec 15, 2021 | TF 2189#3142-964 | - | Online banking | - |
| Nov 16, 2021 | BUY USD @ 1.2680 (AUTO FX) | - | Foreign Exchange | - |
| Nov 16, 2021 | BUY USD @ 1.2680 (AUTO FX) | - | Foreign Exchange | - |
| Nov 11, 2021 | META MATLS COM STOCK | - | Buy | 50  4.738 / $ 246.85(USD) |
| Oct 29, 2021 | BUY USD @ 1.2523 (AUTO FX) | - | Foreign Exchange | - |
| Oct 29, 2021 | BUY USD @ 1.2523 (AUTO FX) | - | Foreign Exchange | - |
| Oct 26, 2021 | BUY USD @ 1.2560 (AUTO FX) | - | Foreign Exchange | - |
| Oct 26, 2021 | META MATLS COM STOCK | - | Buy | 25  4.51 / $ 122.20(USD) |
| Oct 26, 2021 | BUY USD @ 1.2560 (AUTO FX) | - | Foreign Exchange | - |
| Oct 22, 2021 | TF 2189#3142-964 | - | Online banking | - |
| Oct 21, 2021 | META MATLS COM STOCK | - | Buy | 25  4.76 / $ 128.95 USD |
| Oct 07, 2021 | BUY USD @ 1.2766 (AUTO FX) | - | Foreign Exchange | - |
| Oct 07, 2021 | BUY USD @ 1.2766 (AUTO FX) | - | Foreign Exchange | - |
| Oct 04, 2021 | META MATLS COM STOCK | - | Buy | 100  5.15(USD) / $ 524.95(USD) |
| Oct 04, 2021 | ~~TF 2189#3142-964~~ | - | ~~Online banking~~ | - |
| Sep 28, 2021 | ~~(redacted security)~~ | - | ~~Sell~~ | ~~50~~ |
| Sep 28, 2021 | ~~(redacted security)~~ | - | ~~Sell~~ | ~~100~~ |

| Date | Description | | Symbol | Type | |
|---|---|---|---|---|---|
| Sep 03, 2021 | ~~NANOTECH SECURITY~~ | - | ~~Buy~~ | | ~~150~~ |
| ~~Aug 17, 2021~~ | ~~BUY USD @ 1.2741 (AUTO FX)~~ | - | ~~Foreign Exchange~~ | | - |
| ~~Aug 17, 2021~~ | ~~BUY USD @ 1.2741 (AUTO FX)~~ | - | ~~Foreign Exchange~~ | | - |
| ~~Aug 13, 2021~~ | ~~BUY USD @ 1.2700 (AUTO FX)~~ | - | ~~Foreign Exchange~~ | | - |
| ~~Aug 13, 2021~~ | ~~BUY USD @ 1.2700 (AUTO FX)~~ | - | ~~Foreign Exchange~~ | | - |
| Aug 12, 2021 | META MATLS COM STOCK | - | Buy | | 100  3.45<br>$354.77(usd) |
| ~~Aug 11, 2021~~ | ~~LEAF MOBILE COM~~ | - | ~~Sell~~ | | ~~100~~ |
| ~~Aug 11, 2021~~ | ~~LEAF MOBILE COM~~ | - | ~~Sell~~ | | ~~100~~ ( |
| ~~Aug 11, 2021~~ | ~~LEAF MOBILE COM~~ | - | ~~Sell~~ | | ~~2000~~ ( |
| Aug 10, 2021 | META MATLS COM STOCK | - | Buy | | 382  3.59 usd<br>$1380.99(usd) |
| Jul 06, 2021 | METAMATERIAL EXCHANGECO COM | - | Buy | | 200  7.95 can<br>$1608.95(ca) |
| Jul 06, 2021 | METAMATERIAL COM | - | Exchange | -4400 | merger<br>4400 sha |
| Jul 06, 2021 | META MATLS COM STOCK | - | Exchange | 8118 | to<br>8118 sha |
| ~~Jun 25, 2021~~ | ~~TF 2189#3142 964~~ | - | ~~Online banking~~ | | - |
| ~~Mar 25, 2021~~ | ~~LEAF MOBILE COM~~ | - | ~~Buy~~ | | ~~2600~~ |
| Mar 04, 2021 | METAMATERIAL COM | - | Buy | | 2800  3.24 can<br>$9081.85 (can) |
| ~~Mar 03, 2021~~ | ~~TF 2189#3142 964~~ | - | ~~Online banking~~ | | - |
| Feb 16, 2021 | METAMATERIAL COM | - | Buy | | 600  3.00 (can)<br>$1809.95 (can) |
| Feb 16, 2021 | METAMATERIAL COM | - | Buy | | 1000  2.99 can<br>$2999.95 (can) |
| ~~Feb 11, 2021~~ | ~~FBPS BMO DEPOSIT~~ | - | ~~Deposit~~ | | - |

Legal disclaimer

| Date | Description | Symbol | Type |

Conflicts of Interest - Relationship Disclosure

