NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | PROOF OF INTEREST |
|---|---|

Name of Debtor:
*META MATERIALS, INC*

Case Number:
*24-50792*

**1. Name and address of holder of the Equity Interest** (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

*Shawn O'Leary*
*3206 Heinish Ave.*
*Halifax, Nova Scotia*
*Canada*
*B3L-3A6*

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

☑ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

Telephone Number:
*902 455 8710*

**NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.**

COURT USE ONLY

Account or other number by which Interest holder identifies Debtor:
*232 - 87638*

Check here if this claim:
☐ replaces a previously filed Proof of Interest dated: _____
☐ amends a previously filed Proof of Interest dated: _____

**2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:** *Shawn O'Leary*
*Bmo Investor-Live Transit # 3973*
*First Canadian Place 100 King St. W, Floor B1*
*Toronto, ON M5X 1H3*
Telephone Number: *1 888 776 6886*

**3. Date Equity Interest was acquired:**
*March 01/2022 — Dec 29/2023*
*See attached Documentation*

**4. Total amount of member interest:** *9200 Shares MMAT*
*$6621.05 (USD)*

**5. Certificate number(s):** *SEE Attached Documentation*

**6. Type of Equity Interest:**
Please indicate the type of Equity Interest you hold:
☑ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
☐ Check this box if your Equity Interest is based on anything else and describe that interest:
Description: *Investor*

**7. Supporting Documents:** Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**8. Date-Stamped Copy:** To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

**9. Signature:**
Check the appropriate box.
☑ I am the creditor.  ☐ I am the creditor's authorized agent. (Attach copy of power of attorney, if any.)  ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)  ☐ I am a guarantor, surety, endorser, or other codebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: *Shawn O'Leary*
Title:
Company:___ Address and telephone number (if different from notice address above):
_____
_____

(Signature)  *Dec 6/2024* (Date)

Telephone number *902 455 8710*  email: *shawolyi3@hotmail.com*

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*



**Self-Directed**                                                    SHAWN

| Portfolio | **Accounts** | News & Markets | Mo\ | ON | Active Insights | Education Hub |

# Transaction History

**SHAWN O'LEARY**            **SHAWN O'LEARY**
INDIVIDUAL  230-78444        TFSA  232-87638

Account balance        Investments        Trade Cash (Combined)
0 01 C                 0 00 C             0 01 C

Sort by

Custom range

Display transactions for up to 24 months, within the last 6 years

Start date                End date
January 1, 2022           December 31, 2022          ( SEARCH )

## Transactions

Trades                  Dividends and           Contributions and
7 buys, 1 sells         interest                withdrawals
                        1 dividends             14 contributions, 3 withdrawals

Miscellaneous
14 cash, 2 security
transactions

Filters    1 applied

Clear All

Show  7  of 7 results

| Filter by symbol | | | DOWNLOAD | | | |

| Date | Description | Symbol | Type | Qty. | Price | |
|------|-------------|--------|------|------|-------|---|
| Nov 11, 2022 | META MATLS COM STOCK | - | Buy | 2800 | 1.30 U | $3649.95 |
| Aug 30, 2022 | META MATLS COM STOCK | - | Buy | 250 | 0.7718 U | $202.90 USD |
| ~~May 20, 2022~~ | ~~███████████~~ | - | ~~███~~ | ~~████~~ | ~~███~~ | |
| May 10, 2022 | META MATLS COM STOCK | - | Buy | 250 | 1.13 U | $292.45 USD |
| ~~████ 2022~~ | ~~META VENTURES COM STOCK~~ | | ~~Buy~~ | ~~100~~ | ~~0.00 U~~ | |
| Apr 26, 2022 | META MATLS COM STOCK | - | Buy | 300 | 1.26 U | $387.95 USD |
| Mar 01, 2022 | META MATLS COM STOCK | - | Buy | 700 | 2.05 U | $1444.95 USD |

Legal disclaimer

Contact us    Privacy    Legal    Security

Conflicts of Interest    Relationship Disclosure





**Self-Directed**                                                      SHAWN

| Portfolio | **Accounts** | News & Markets | Mov | ON | Active Insights | 🎓 Education Hub |

# Transaction History

**SHAWN O'LEARY**
INDIVIDUAL   230-78444

**SHAWN O'LEARY**
TFSA   232-87638

Account balance        Investments        Trade Cash (Combined)
0 01 C                 0 00 C             0 01 C

Sort by

Custom range

Display transactions for up to 24 months, within the last 6 years

Start date                      End date

January 1, 2023                 December 31, 2023          ( SEARCH )

## Transactions

Trades                   Dividends and              Contributions and
3 buys, 1 sells          interest                   withdrawals
                         0 transactions             5 contributions, 1 withdrawals

Miscellaneous
4 cash, 2 security transactions

**Filters**   1 applied

Clear All

Show  3  of 3 results

| Filter by symbol |   | DOWNLOAD |

| Date | Description | Symbol | Type | Qty | Price | T |
| --- | --- | --- | --- | --- | --- | --- |
| Dec 29, 2023 | META MATLS COM STOCK | - | Buy | 3000 | 0 07 U | -219 95 USD |
| Apr 21, 2023 | META MATLS COM STOCK | - | Buy | 1000 | 0 1978 U | -207 75 USD |
| Apr 14, 2023 | META MATLS COM STOCK | - | Buy | 900 | 0 228 U | -215 15 USD |

Legal disclaimer

**Contact us    Privacy    Legal    Security**

**Conflicts of Interest    Relationship Disclosure**





Proof of interest supplemental information
CASE 24-50792, Meta Materials, INC
FOR  Shawn O'Leary

Broker  BMO InvestorLine
ACCT # 230-78444
ACCT # 232-87638

Transactions (pre-merger split)
Feb 16,2021 1000 shares mmat @2 99can = $2999 95 cad
Feb 16,2021 600 shares mmat @3 00can = $1809.95 cad
Mar 4,2021 2800 shares mmat @3 24can = $9081 85 cad

Transactions (post merger split)
Jul 26,2021 200 shares mmax @7 95can = $1608.95 cad

aug 10,2021 382 shares mmat @3 59usd = $1380 99 usd
aug 12, 2021 100 shares mmat @3 45usd = $354 77 usd
oct 4,2021 100 shares mmat @5.15usd = $524 95 usd
oct 21,2021 25 shares mmat @4 76usd = $128 95 usd
oct 26 2021 25 shares mmat @4.51usd = $122 70 usd
nov 11, 2021  50 shares mmat @4 378usd = $246 85 usd

mar 01,2022 700 shares mmat @2 05usd = $1444 95 usd
apr 26,2022 300 shares mmat @1 26usd = $387 95 usd
may 10,2022 250 shares mmat @1.13usd = $292 45 usd
aug 30,2022 250 shares mmat @ 7718usd = $202 90 usd
nov 11,2022 2800 shares mmat @1 30usd = $3649 95 usd

apr 14,2023 900 shares mmat @.228usd = $215 15 usd
apr 21,2023 1000 shares mmat @1978usd =$207 75 usd
dec 29,2023 3000 shares mmat @.07usd = $219 95 usd