NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | | PROOF OF INTEREST |
|---|---|---|

| Name of Debtor: METAMATERIALS, INC | Case Number: 24-50792 | |
|---|---|---|

1. Name and address of holder of the Equity Interest (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

   Saneer Chopra
   718 Paris Blvd
   Waterloo, ON, Canada
   N2T 2X9

   Telephone Number: 306-450-5029

   ☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

   ☐ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

   ☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

   RECEIVED AND FILED
   DEC 11 2024
   U.S. BANKRUPTCY COURT
   MARY A. SCHOTT, CLERK

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

COURT USE ONLY

Account or other number by which Interest holder identifies Debtor:
HQ0TDKKK8CAD, HQ4865X01CAD

Check here if this claim:
☐ replaces a previously filed Proof of Interest dated: _____
☐ amends a previously filed Proof of Interest dated: _____

2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:
   SANEER CHOPRA, , Wealthsimple Investments Inc., 201-80 Spadina Ave, Toronto, ON, M5V 2J4

   Telephone Number: 647-535-3404

3. Date Equity Interest was acquired: before 01/25/2024

4. Total amount of member interest: 24.95 shares for $4,732.58

5. Certificate number(s): ATTACHED

6. Type of Equity Interest:
   Please indicate the type of Equity Interest you hold:
   ■ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
   ☐ Check this box if your Equity Interest is based on anything else and describe that interest.
   Description: INVESTOR

7. Supporting Documents: Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
   DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. Date-Stamped Copy: To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

9. Signature:
   Check the appropriate box.
   ■ I am the creditor.    ☐ I am the creditor's authorized agent.    ☐ I am the trustee, or the debtor,    ☐ I am a guarantor, surety, endorser, or other codebtor.
   (Attach copy of power of attorney, if any.)    or their authorized agent.    (See Bankruptcy Rule 3005.)
   (See Bankruptcy Rule 3004.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: SANEER CHOPRA
Title: _____
Company:___ Address and telephone number (if different from notice address above):
718 PARIS BLVD., WATERLOO ONTARIO N2T2X9 (CANADA)

(Signature) Saneer Chopra    (Date) December 10, 2024

Telephone number: 306-450-5029    email: SANEERU@GMAIL.COM

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

## MMATQ shares owned by **Saneer Chopra** as of Dec 09, 2024

All costs are is **USD**

| Wealthsimple (Broker) Accounts | | Shares | Avg. cost | Total cost | |
|---|---|---|---|---|---|
| Non Registered | HQ4865X01CAD | 0.75 | $87.60 | $65.70 | Pg.-4 attached |
| TFSA | HQ0TDKK8CAD | 24.2 | $192.85 | $4,666.88 | |
| **Total** | | 24.95 | | $4,732.58 | |
| Total Average cost | | | | $189.68 per share | |

*** They were all purchased pre Rev-Splits and number of shares shown above are post Rev-Split ***

Home   Move   Activity   Tax   Mortgage           ☀ Markets are open   Q Search name or symbol

⋯ MMATQ Meta Materials Inc. ☆                              Stocks   Options   ↗ Advanced chart

$0.00 USD

−$0.00 (−100.00%) 10:23:22 AM

We can't display a graph right now because there isn't enough data for the selected time range.



1D  1W  1M  3M  1Y  5Y

## Holdings

| Investment ⬍ | Average price ⬍ | Total value ⬍ | Performance ⬍ |
|---|---|---|---|
| 24.2 shares<br>TFSA | $192.85 USD | $0.00 USD | −$4,666.85 USD<br>−100.00% all time |
| 0.75 shares<br>Non-registered | $87.60 USD | $0.00 USD | −$65.70 USD<br>−100.00% all time |

December 10, 2024

U.S. Bankruptcy Court

Foley Federal Building and

U.S. Courthouse

Attn. Clerk of court

300 Las Vegas Blvd. South

Las Vegas, Nevada 89101

Re: PROOF OF INTEREST FORM, CASE No. 24-50792

To Clerk of court

My Name is Saneer Chopra, and I hereby submit this PROOF OF INTEREST FORM in the matter of META MATERIALS, INC., case number 24-50792. Per instruction by Honorably Hillary L. Barnes, United State Bankruptcy judge. Per instructions I have included with this an unredacted version of my Proof of Interest.

Thank you for your kind consideration in this matter.

*Saneer Chopra*

Saneer Chopra

718 Paris Blvd.,

Waterloo, Ontario – N2T 2X9

Canada