NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | **PROOF OF INTEREST** |

| Name of Debtor:<br>META MATERIALS,INC | Case Number:<br>24-50792 |

**1. Name and address of holder of the Equity Interest** (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

Jose A Rodriguez
2450 Midvale Rd
Mabton WA 98935

Telephone Number: (509) 643-6169

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

■ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

RECEIVED AND FILED
DEC 11 2024
U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

**NOTE:** This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

COURT USE ONLY

| Account or other number by which Interest holder identifies Debtor:<br>5NE52857,4002-9011,11489813 | Check here if this claim:<br>☐ replaces a previously filed Proof of Interest dated: _____<br>☐ amends a previously filed Proof of Interest dated: _____ |

**2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:**
JOSE A RODRIGUEZ
WEBULL,CHARLES SCHWAB,TRADE STATION

Telephone Number:

**3. Date Equity Interest was acquired:**

**4. Total amount of member interest:** SEE ATTACED

**5. Certificate number(s):** SEE ATTACED COCUMENTATION

**6. Type of Equity Interest:**
Please indicate the type of Equity Interest you hold:
■ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
☐ Check this box if your Equity Interest is based on anything else and describe that interest:
Description: INVESTOR

**7. Supporting Documents:** Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**8. Date-Stamped Copy:** To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

**9. Signature:**
Check the appropriate box.
■ I am the creditor.   ☐ I am the creditor's authorized agent.   ☐ I am the trustee, or the debtor,   ☐ I am a guarantor, surety, endorser, or other codebtor.
(Attach copy of power of attorney, if any.)   or their authorized agent.   (See Bankruptcy Rule 3005.)
(See Bankruptcy Rule 3004.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: JOSE A RODRIGUEZ
Title:
Company: __ Address and telephone number (if different from notice address above):

(Signature)   12-04-24. (Date)

Telephone number: 509-643-6169   email: derfrodlili@yahoo.com

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

MMAT

From: Webull Support (support@webull.com)

To:      derfrodlili@yahoo.com

Date:  Wednesday, December 4, 2024 at 07:31 AM PST

 Webull

Hi Jose,

As requested, I have attached a spread sheet that includes all of your buy orders for MMAT.

If you have any questions, please let us know.

Sincerely,
Myles
Webull LLC

| Webull Financial | Webull Technologies | Webull Story |
|---|---|---|
| Privacy Notice | Terms of Service | Pricing |
| Disclosures | Privacy Policy | Contact Us |
| | Data Disclaimer | |

Webull Financial LLC ("Webull") is registered as a broker-dealer with the U.S. SEC and an FCM registered with the CFTC. Webull is a member of the FINRA, NFA, and SIPC. Advisory accounts and services are provided by Webull Advisors LLC, an investment advisor registered with the SEC. For more information and important risk disclosures, including the Characteristics and Risks of Standardized Options, visit www.webull.com/disclosures.

openLots-(5NE52857).pdf
121.7kB

⌣ **Webull**    WEBTRADE    TRADING & INVESTING    PLATFORMS    MARKET    PRICING    PROMOTION    HUB    SUPPORT

Help Center    About Us    All    Who We Are

## Category

**About Us**

| All

Account & Login

Bank Transfer

Account Transfer

Investing & Trading

Retirement

Documents & Taxes

Promotions

Market Data & Analysis

Features & Navigation

# Who We Are

Webull Financial LLC is a U.S.-based broker-dealer that emphasizes technology and accessibil everyone. Located at 44 Wall Street, New York City, our mission is to transform the financial i offering access to cutting-edge technology and innovative trading platforms.

Webull offers:

- Zero Commission*
- Free Real-Time Quotes**
- Multi-platform Accessibility
- Full Extended Hours Trading
- Online Help

*For more information on pricing, please visit https://www.webull.com/pricing

**Free real-time quotes provided are Nasdaq Last Sale.

You can learn more about our advanced trading platforms here. Our knowledgeable team is you at +1 (888) 828-0618, Monday through Friday, from 9 AM to 4:15 PM EST to provide you support and guidance.

Webull Financial LLC is registered with and regulated by the Securities and Exchange Commiss the Financial Industry Regulatory Authority (FINRA). Webull Financial is a member of SIPC, securities customers of its members up to $500,000 (up to $250,000 for cash claims). In additi carries an excess SIPC policy with certain underwriters at Lloyd's of London, subject to an agg $100,000,000, with a cash sublimit per account of $1,900,000. Securities positions are not sub account sublimit. Futures and options on futures are not covered. For additional information SIPC, including obtaining a copy of a SIPC brochure, please contact SIPC at (202) 371-8300 or website at www.sipc.org. SIPC coverage does not cover fluctuations in the market value of yo investments.

Was this helpful?                                                                                    Yes

## Related Issues

Why Webull?

SIPC and FDIC Insurance

| AcctID | SecNo | Symbol | CUSIP | Trade Date | Open Date | Qty | PPS | Net Cost |
|---|---|---|---|---|---|---|---|---|
| 5NE52857 | M067927 | MMAT | 59134N104 | 10/16/2023 | 3/23/2023 | 2,340 | $0.47 | $1,095.82 |
| 5NE52857 | M067927 | MMAT | 59134N104 | 12/28/2023 | 12/28/2023 | 1,408 | $0.07 | $99.83 |
| 5NE52857 | M067927 | MMAT | 59134N104 | 10/16/2023 | 4/12/2023 | 3,329 | $0.39 | $1,284.62 |
| 5NE52857 | M067927 | MMAT | 59134N104 | 1/8/2024 | 1/8/2024 | 2,179 | $0.06 | $140.11 |
| 5NE52857 | M067927 | MMAT | 59134N104 | 10/16/2023 | 4/14/2023 | 3,171 | $0.21 | $675.42 |
| 5NE52857 | M067927 | MMAT | 59134N104 | 1/8/2024 | 1/8/2024 | 2,690 | $0.06 | $170.28 |
| 5NE52857 | M067927 | MMAT | 59134N104 | 10/16/2023 | 4/28/2023 | 151 | $0.19 | $28.48 |
| 5NE52857 | M067927 | MMAT | 59134N104 | 10/16/2023 | 5/10/2023 | 400 | $0.22 | $88.28 |
| 5NE52857 | M067927 | MMAT | 59134N104 | 10/16/2023 | 5/10/2023 | 186 | $0.22 | $41.68 |
| 5NE52857 | M067927 | MMAT | 59134N104 | 11/9/2023 | 11/9/2023 | 188 | $0.11 | $19.87 |
| 5NE52857 | M067927 | MMAT | 59134N104 | 10/16/2023 | 5/5/2023 | 3,924 | $0.20 | $800.48 |
| 5NE52857 | M067927 | MMAT | 59134N104 | 10/16/2023 | 5/8/2023 | 8,729 | $0.22 | $1,939.58 |
| 5NE52857 | M067927 | MMAT | 59134N104 | 10/16/2023 | 5/10/2023 | 4,216 | $0.22 | $920.35 |
| 5NE52857 | M067927 | MMAT | 59134N104 | 10/16/2023 | 5/10/2023 | 865 | $0.22 | $190.13 |
| 5NE52857 | M067927 | MMAT | 59134N104 | 11/3/2023 | 11/3/2023 | 1,007 | $0.11 | $111.88 |
| 5NE52857 | M067927 | MMAT | 59134N104 | 10/16/2023 | 9/12/2023 | 5,137 | $0.22 | $1,119.87 |
| 5NE52857 | M067927 | MMAT | 59134N104 | 10/16/2023 | 5/15/2023 | 1,719 | $0.20 | $348.61 |
| 5NE52857 | M067927 | MMAT | 59134N104 | 10/16/2023 | 5/16/2023 | 1,943 | $0.21 | $399.87 |
| 5NE52857 | M067927 | MMAT | 59134N104 | 10/16/2023 | 6/1/2023 | 710 | $0.21 | $149.88 |
| 5NE52857 | M067927 | MMAT | 59134N104 | 10/16/2023 | 6/16/2023 | 4,434 | $0.22 | $982.57 |
| 5NE52857 | M067927 | MMAT | 59134N104 | 12/26/2023 | 12/26/2023 | 737 | $0.07 | $50.85 |
| 5NE52857 | M067927 | MMAT | 59134N104 | 10/16/2023 | 8/17/2023 | 18 | $0.22 | $3.98 |
| 5NE52857 | M067927 | MMAT | 59134N104 | 10/16/2023 | 5/12/2023 | 5,760 | $0.21 | $1,183.67 |
| 5NE52857 | M067927 | MMAT | 59134N104 | 10/16/2023 | 6/23/2023 | 1,734 | $0.19 | $336.40 |
| 5NE52857 | M067927 | MMAT | 59134N104 | 10/16/2023 | 6/20/2023 | 3,000 | $0.21 | $626.88 |
| 5NE52857 | M067927 | MMAT | 59134N104 | 11/6/2023 | 11/6/2023 | 3,781 | $0.11 | $400.79 |
| 5NE52857 | M067927 | MMAT | 59134N104 | 11/8/2023 | 11/8/2023 | 989 | $0.11 | $105.80 |
| 5NE52857 | M067927 | MMAT | 59134N104 | 10/16/2023 | 6/20/2023 | 7,359 | $0.21 | $1,546.13 |
| 5NE52857 | M067927 | MMAT | 59134N104 | 6/21/2023 | 6/21/2023 | 179 | $0.20 | $36.53 |
| 5NE52857 | M067927 | MMAT | 59134N104 | 6/21/2023 | 6/21/2023 | 2,393 | $0.21 | $490.80 |
| 5NE52857 | M067927 | MMAT | 59134N104 | 11/3/2023 | 11/3/2023 | 1,030 | $0.11 | $115.46 |
| 5NE52857 | M067927 | MMAT | 59134N104 | 10/16/2023 | 9/19/2023 | 5,759 | $0.22 | $1,264.10 |
| 5NE52857 | M067927 | MMAT | 59134N104 | 10/16/2023 | 9/21/2023 | 3,800 | $0.21 | $786.60 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 5NE52857 | M067927 | MMAT | 59134N104 | 1/3/2024 | 1/3/2024 | 3,511 | $0.07 $239.81 |
| 5NE52857 | M067927 | MMAT | 59134N104 | 9/22/2023 | 10/16/2023 | 651 | $0.21 $134.37 |
| 5NE52857 | M067927 | MMAT | 59134N104 | 12/1/2023 | 12/1/2023 | 1,028 | $0.10 $98.59 |
| 5NE52857 | M067927 | MMAT | 59134N104 | 8/17/2023 | 8/17/2023 | 1 | $0.22 $0.22 |
| 5NE52857 | M067927 | MMAT | 59134N104 | 9/26/2023 | 9/26/2023 | 1,500 | $0.21 $315.00 |
| 5NE52857 | M067927 | MMAT | 59134N104 | 9/19/2023 | 9/19/2023 | 3,082 | $0.21 $646.91 |
| 5NE52857 | M067927 | MMAT | 59134N104 | 9/19/2023 | 9/19/2023 | 1,484 | $0.22 $323.36 |
| 5NE52857 | M067927 | MMAT | 59134N104 | 9/19/2023 | 9/19/2023 | 808 | $0.22 $176.79 |
| 5NE52857 | M067927 | MMAT | 59134N104 | 10/19/2023 | 10/19/2023 | 767 | $0.22 $168.74 |
| 5NE52857 | M067927 | MMAT | 59134N104 | 10/16/2023 | 10/19/2023 | 153 | $0.20 $30.00 |
| 5NE52857 | M067927 | MMAT | 59134N104 | 10/16/2023 | 2/24/2023 | 372 | $0.66 $245.07 |
| 5NE52857 | M067927 | MMAT | 59134N104 | 10/16/2023 | 2/24/2023 | 333 | $0.64 $212.09 |
| 5NE52857 | M067927 | MMAT | 59134N104 | 10/16/2023 | 2/24/2023 | 200 | $0.64 $127.76 |
| 5NE52857 | M067927 | MMAT | 59134N104 | 10/16/2023 | 2/24/2023 | 1,328 | $0.60 $798.53 |
| 5NE52857 | M067927 | MMAT | 59134N104 | 10/16/2023 | 2/24/2023 | 1,300 | $0.67 $867.10 |
| 5NE52857 | M067927 | MMAT | 59134N104 | 10/16/2023 | 2/24/2023 | 121 | $0.67 $80.59 |
| 5NE52857 | M067927 | MMAT | 59134N104 | 10/16/2023 | 2/24/2023 | 821 | $0.66 $541.78 |
| 5NE52857 | M067927 | MMAT | 59134N104 | 10/16/2023 | 2/24/2023 | 399 | $0.65 $260.43 |
| 5NE52857 | M067927 | MMAT | 59134N104 | 10/18/2023 | 10/18/2023 | 5,119 | $0.20 $1,039.67 |
| 5NE52857 | M067927 | MMAT | 59134N104 | 10/16/2023 | 9/27/2023 | 492 | $0.20 $99.58 |
| 5NE52857 | M067927 | MMAT | 59134N104 | 10/16/2023 | 9/27/2023 | 500 | $0.22 $110.00 |
| 5NE52857 | M067927 | MMAT | 59134N104 | 10/16/2023 | 9/28/2023 | 480 | $0.21 $100.75 |
| 5NE52857 | M067927 | MMAT | 59134N104 | 10/16/2023 | 9/28/2023 | 547 | $0.20 $110.11 |
| 5NE52857 | M067927 | MMAT | 59134N104 | 10/16/2023 | 3/3/2023 | 2,450 | $0.61 $1,493.28 |
| 5NE52857 | M067927 | MMAT | 59134N104 | 10/16/2023 | 3/7/2023 | 845 | $0.60 $505.65 |
| 5NE52857 | M067927 | MMAT | 59134N104 | 10/16/2023 | 3/6/2023 | 505 | $0.60 $303.51 |
| 5NE52857 | M067927 | MMAT | 59134N104 | 10/16/2023 | 3/3/2023 | 693 | $0.22 $149.06 |
| 5NE52857 | M067927 | MMAT | 59134N104 | 10/16/2023 | 9/29/2023 | 305 | $0.22 $66.00 |
| 5NE52857 | M067927 | MMAT | 59134N104 | 12/1/2023 | 9/29/2023 | 3,450 | $0.22 $745.89 |
| 5NE52857 | M067927 | MMAT | 59134N104 | 10/16/2023 | 10/6/2023 | 909 | $0.22 $196.34 |
| 5NE52857 | M067927 | MMAT | 59134N104 | 10/16/2023 | 10/10/2023 | 1,468 | $0.49 $722.26 |
| 5NE52857 | M067927 | MMAT | 59134N104 | 10/16/2023 | 3/17/2023 | 1,085 | $0.54 $582.21 |
| 5NE52857 | M067927 | MMAT | 59134N104 | 10/16/2023 | 3/22/2023 | 595 | $0.50 $300.00 |
| 5NE52857 | M067927 | MMAT | 59134N104 | 10/16/2023 | 3/7/2023 | 2,162 | $0.61 $1,318.60 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 5NE52857 | M067927 | MMAT | 59134N104 | 10/16/2023 | 3/7/2023 | 315 | $0.60 | $187.90 |
| 5NE52857 | M067927 | MMAT | 59134N104 | 10/16/2023 | 3/7/2023 | 885 | $0.57 | $508.79 |
| 5NE52857 | M067927 | MMAT | 59134N104 | 10/16/2023 | 3/13/2023 | 1,642 | $0.50 | $816.90 |
| 5NE52857 | M067927 | MMAT | 59134N104 | 1/17/2024 | 1/17/2024 | 2,795 | $0.07 | $199.84 |
| 5NE52857 | M067927 | MMAT | 59134N104 | 1/17/2024 | 1/17/2024 | 638 | $0.25 | $156.31 |
| 5NE52857 | M067927 | MMAT | 59134N104 | 10/16/2023 | 8/1/2023 | 1,864 | $0.06 | $109.04 |
| 5NE52857 | M067927 | MMAT | 59134N104 | 1/23/2024 | 1/23/2024 | 403 | $0.25 | $99.54 |
| 5NE52857 | M067927 | MMAT | 59134N104 | 1/23/2024 | 1/23/2024 | 1,225 | $0.06 | $73.01 |
| 5NE52857 | M067927 | MMAT | 59134N104 | 8/1/2023 | 8/1/2023 | 834 | $0.25 | $208.50 |
| 5NE52857 | M067927 | MMAT | 59134N104 | 1/23/2024 | 1/23/2024 | 504 | $0.25 | $125.04 |
| 5NE52857 | M067927 | MMAT | 59134N104 | 8/1/2023 | 8/1/2023 | 436 | $0.23 | $98.88 |
| 5NE52857 | M067927 | MMAT | 59134N104 | 12/28/2023 | 12/28/2023 | 2,127 | $0.07 | $149.95 |
| 5NE52857 | M067927 | MMAT | 59134N104 | 7/20/2023 | 7/20/2023 | 431 | $0.23 | $99.99 |
| 5NE52857 | M067927 | MMAT | 59134N104 | 7/20/2023 | 7/20/2023 | 155 | $0.23 | $35.96 |
| 5NE52857 | M067927 | MMAT | 59134N104 | 8/1/2023 | 8/1/2023 | 150 | $0.24 | $36.62 |
| 5NE52857 | M067927 | MMAT | 59134N104 | 12/19/2023 | 12/19/2023 | 2,060 | $0.07 | $149.97 |
| 5NE52857 | M067927 | MMAT | 59134N104 | 8/1/2023 | 8/1/2023 | 544 | $0.24 | $130.02 |
| 5NE52857 | M067927 | MMAT | 59134N104 | 8/2/2023 | 8/2/2023 | 500 | $0.25 | $125.00 |
| 5NE52857 | M067927 | MMAT | 59134N104 | 8/2/2023 | 8/2/2023 | 500 | $0.25 | $125.00 |
| 5NE52857 | M067927 | MMAT | 59134N104 | 12/22/2023 | 12/22/2023 | 1,536 | $0.07 | $101.38 |
| 5NE52857 | M067927 | MMAT | 59134N104 | 12/22/2023 | 12/22/2023 | 1,300 | $0.07 | $88.52 |
| 5NE52857 | M067927 | MMAT | 59134N104 | 12/18/2023 | 12/18/2023 | 1,396 | $0.07 | $99.95 |
| 5NE52857 | M067927 | MMAT | 59134N104 | 12/18/2023 | 12/18/2023 | 5,119 | $0.07 | $374.71 |
| 5NE52857 | M067927 | MMAT | 59134N104 | 12/18/2023 | 12/18/2023 | 3,648 | $0.07 | $269.95 |
| 5NE52857 | M067927 | MMAT | 59134N104 | 10/16/2023 | 8/2/2023 | 500 | $0.25 | $125.00 |
| 5NE52857 | M067927 | MMAT | 59134N104 | 10/16/2023 | 8/17/2023 | 315 | $0.22 | $69.87 |
| 5NE52857 | M067927 | MMAT | 59134N104 | 10/16/2023 | 8/18/2023 | 2,093 | $0.22 | $450.00 |
| 5NE52857 | M067927 | MMAT | 59134N104 | 1/19/2024 | 1/19/2024 | 1,694 | $0.07 | $119.94 |
| 5NE52857 | M067927 | MMAT | 59134N104 | 8/18/2023 | 8/18/2023 | 233 | $0.22 | $50.10 |
| 5NE52857 | M067927 | MMAT | 59134N104 | 10/16/2023 | 8/18/2023 | 713 | $0.20 | $139.82 |
| 5NE52857 | M067927 | MMAT | 59134N104 | 10/19/2023 | 10/19/2023 | 837 | $0.22 | $179.96 |
| 5NE52857 | M067927 | MMAT | 59134N104 | 10/16/2023 | 8/18/2023 | 520 | $0.24 | $124.75 |
| 5NE52857 | M067927 | MMAT | 59134N104 | 8/3/2023 | 8/3/2023 | 423 | $0.24 | $101.44 |
| 5NE52857 | M067927 | MMAT | 59134N104 | 10/20/2023 | 10/20/2023 | 661 | $0.18 | $119.97 |
| 5NE52857 | M067927 | MMAT | 59134N104 | 10/16/2023 | 8/3/2023 | 528 | $0.24 | $126.42 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 5NES2857 | M067927 | MMAT | 59134N104 | 10/16/2023 | 8/3/2023 | 444 | $0.24 | $105.63 |
| 5NES2857 | M067927 | MMAT | 59134N104 | 10/16/2023 | 9/12/2023 | 101 | $0.22 | $22.08 |
| 5NES2857 | M067927 | MMAT | 59134N104 | 10/18/2023 | 10/18/2023 | 100 | $0.20 | $20.24 |
| 5NES2857 | M067927 | MMAT | 59134N104 | 12/27/2023 | 10/18/2023 | 914 | $0.07 | $63.70 |
| 5NES2857 | M067927 | MMAT | 59134N104 | 1/17/2024 | 12/27/2023 | 3,283 | $0.07 | $240.32 |
| 5NES2857 | M067927 | MMAT | 59134N104 | 12/8/2023 | 1/17/2024 | 297 | $0.06 | $18.12 |
| 5NES2857 | M067927 | MMAT | 59134N104 | 12/8/2023 | 12/8/2023 | 1,256 | $0.07 | $82.14 |
| 5NES2857 | M067927 | MMAT | 59134N104 | 1/22/2024 | 12/8/2023 | 1,718 | $0.07 | $120.08 |
| 5NES2857 | M067927 | MMAT | 59134N104 | 9/19/2023 | 1/22/2024 | 4,900 | $0.21 | $1,039.78 |
| 5NES2857 | M067927 | MMAT | 59134N104 | 9/18/2023 | 9/19/2023 | 2,004 | $0.21 | $428.46 |
| 5NES2857 | M067927 | MMAT | 59134N104 | 6/29/2023 | 9/18/2023 | 561 | $0.21 | $117.25 |
| 5NES2857 | M067927 | MMAT | 59134N104 | 7/3/2023 | 6/29/2023 | 117 | $0.21 | $24.56 |
| 5NES2857 | M067927 | MMAT | 59134N104 | 11/17/2023 | 7/3/2023 | 4,613 | $0.22 | $1,000.56 |
| 5NES2857 | M067927 | MMAT | 59134N104 | 10/16/2023 | 11/17/2023 | 1,845 | $0.09 | $172.51 |
| 5NES2857 | M067927 | MMAT | 59134N104 | 10/16/2023 | 10/16/2023 | 402 | $0.22 | $87.80 |
| 5NES2857 | M067927 | MMAT | 59134N104 | 10/16/2023 | 7/3/2023 | 737 | $0.19 | $138.19 |
| 5NES2857 | M067927 | MMAT | 59134N104 | 10/16/2023 | 6/26/2023 | 10,777 | $0.19 | $1,998.06 |
| 5NES2857 | M067927 | MMAT | 59134N104 | 11/8/2023 | 6/27/2023 | 1,767 | $0.11 | $199.49 |
| 5NES2857 | M067927 | MMAT | 59134N104 | 10/16/2023 | 11/8/2023 | 1,473 | $0.20 | $294.31 |
| 5NES2857 | M067927 | MMAT | 59134N104 | 12/20/2023 | 7/6/2023 | 2,145 | $0.07 | $150.36 |
| 5NES2857 | M067927 | MMAT | 59134N104 | 10/16/2023 | 12/20/2023 | 106 | $0.20 | $20.88 |
| 5NES2857 | M067927 | MMAT | 59134N104 | 10/16/2023 | 7/6/2023 | 6,072 | $0.19 | $1,145.79 |
| 5NES2857 | M067927 | MMAT | 59134N104 | 10/16/2023 | 7/11/2023 | 873 | $0.19 | $165.70 |
| 5NES2857 | M067927 | MMAT | 59134N104 | 1/3/2024 | 7/17/2023 | 1,512 | $0.07 | $100.09 |
| 5NES2857 | M067927 | MMAT | 59134N104 | 11/13/2023 | 1/3/2024 | 3,180 | $0.10 | $319.89 |
| 5NES2857 | M067927 | MMAT | 59134N104 | 11/2/2023 | 11/13/2023 | 572 | $0.12 | $66.41 |
| 5NES2857 | M067927 | MMAT | 59134N104 | 7/17/2023 | 11/2/2023 | 1,030 | $0.19 | $199.00 |
| 5NES2857 | M067927 | MMAT | 59134N104 | 7/17/2023 | 7/17/2023 | 520 | $0.19 | $101.28 |
| 5NES2857 | M067927 | MMAT | 59134N104 | 7/24/2024 | 7/17/2023 | 5,872 | $0.06 | $352.32 |
| 5NES2857 | M067927 | MMAT | 59134N104 | 1/25/2024 | 7/24/2024 | 1,039 | $0.06 | $57.25 |
| 5NES2857 | M067927 | MMAT | 59134N104 | 7/19/2023 | 1/25/2024 | 1,771 | $0.20 | $350.30 |
| 5NES2857 | M067927 | MMAT | 59134N104 | 10/16/2023 | 7/19/2023 | 585 | $0.20 | $118.05 |
| 5NES2857 | M067927 | MMAT | 59134N104 | 1/4/2024 | 7/19/2023 | 1,518 | $0.07 | $102.62 |
| 5NES2857 | M067927 | MMAT | 59134N104 | 10/16/2023 | 1/4/2024 | 3,480 | $0.19 | $660.16 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 5NE52857 | M067927 | MMAT | 59134N104 | 1/4/2024 | 1/4/2024 | 2,032 | $0.07 | $139.80 |
| 5NE52857 | M067927 | MMAT | 59134N104 | 10/16/2023 | 7/17/2023 | 675 | $0.19 | $128.18 |
| 5NE52857 | M067927 | MMAT | 59134N104 | 10/16/2023 | 7/17/2023 | 1,055 | $0.19 | $200.34 |
| 5NE52857 | M067927 | MMAT | 59134N104 | 10/16/2023 | 7/20/2023 | 967 | $0.20 | $198.04 |
| 5NE52857 | M067927 | MMAT | 59134N104 | 10/16/2023 | 7/20/2023 | 499 | $0.20 | $102.25 |
| 5NE52857 | M067927 | MMAT | 59134N104 | 12/4/2023 | 12/4/2023 | 817 | $0.07 | $61.27 |
| 5NE52857 | M067927 | MMAT | 59134N104 | 10/16/2023 | 7/20/2023 | 474 | $0.21 | $100.96 |
| 5NE52857 | M067927 | MMAT | 59134N104 | 10/16/2023 | 7/20/2023 | 2,495 | $0.09 | $231.04 |
| 5NE52857 | M067927 | MMAT | 59134N104 | 11/13/2023 | 11/13/2023 | 2,211 | $0.06 | $140.84 |
| 5NE52857 | M067927 | MMAT | 59134N104 | 1/5/2024 | 1/5/2024 | 2,438 | $0.07 | $173.10 |
| 5NE52857 | M067927 | MMAT | 59134N104 | 1/19/2024 | 1/19/2024 | | | |

STATEMENT PERIOD January 31 2023
THROUGH February 28 2023
ACCOUNT NUMBER 11489813

**TradeStation**®
8050 SW 10th Street, Suite 2000
Plantation, FL 33324

Page 2 of 5

## Your Portfolio Holdings

### Cash and Cash Equivalents

| Description | Market Value |
|---|---|
| Cash Balance | -7.39 |
| **Total Cash and Cash Equivalents** | **-$7.39** |

### Equities

| Description | Symbol/Cusip | Account | | Market | Value |
|---|---|---|---|---|---|
| GLOBAL TECH INDS GROUP INC | GTII | Margin | 400.000 | 1.359900 | 543.96 |
| HELBIZ INC | HLBZ | Margin | 1,825.000 | 0.138900 | 253.49 |
| CONTRA PFD META MATLS | 59199& | Margin | 3,656.000 | 0.001000 | 3.66 |
| MULLEN AUTOMOTIVE INC | MULN | Margin | 1,075.000 | 0.232000 | 249.40 |
| GENIUS GROUP LTD | GNS | Margin | 243.000 | 3.570000 | 867.51 |

| **Total Equities and Options** | **$1,918.02** |
|---|---|

| **TOTAL MARKET VALUE OF PRICED SECURITIES** | **$1,918.02** |
|---|---|

### Fully Paid Lending Position Detail

| Description | Symbol/Cusip | Accrued Interest |
|---|---|---|
| HELBIZ INC | HLBZ | 1.14 |
| CONTRA PFD META MATLS | 59199& | 0.00 |
| MULLEN AUTOMOTIVE INC | MULN | 1.54 |
| GENIUS GROUP LTD | GNS | 34.19 |

| **Total Accrued Interest** | **36.87** |
|---|---|

As a participant in TradeStation's Fully Paid Lending Program (the "Program"), the activity reflected above shows the Accrued Interest earned this month for your Fully Paid Lending positions as of the date of this statement. You may sell shares being loaned at any time. Accrued Interest reflects interest that is accrued daily and posted to your account monthly. Any and all activity referenced in this section of the statement is conducted pursuant to the Master Securities Lending Agreement and Risk Disclosures to which you agreed and acknowledged at the time you entered the Program.

# TradeStation®

8050 SW 10th Street, Suite 2000
Plantation, FL 33324

STATEMENT PERIOD    November 30 2023
THROUGH             December 29 2023
ACCOUNT NUMBER      11489813

Page 3 of 5

# Transaction Detail

## Investment Activity

| Settlement Date | Trade Date | Trans- action | Acct Type | Description | Symbol/Cusip | Quantity | Price | Debit Amount | Credit Amount |
|---|---|---|---|---|---|---|---|---|---|
| 12/06/2023 | 12/06/2023 | Receipt | Margin | CONTRA GLOBAL TECH IND REV A/C TRANSFER #0164 | 379CN[ | 119.000 | | | |
| 12/06/2023 | 12/06/2023 | Delivery | Margin | CONTRA GLOBAL TECH IND A/C TRANSFER #0164 | 379CN[ | 119.000 | | | |
| 12/06/2023 | 12/06/2023 | Receipt | Margin | META MATLS INC A/C TRANSFER #0164 | MMAT | 2,005.000 | | | |
| 12/06/2023 | 12/06/2023 | Delivery | Margin | META MATLS INC A/C TRANSFER #0164 | MMAT | 14,040.000 | | | |

**Total Investment Activity**     $0.00     $0.00

## Miscellaneous Activity

| Date | Transaction | Account Type | Description | Symbol/Cusip | Debit Amount | Credit Amount |
|---|---|---|---|---|---|---|
| 12/01/2023 | Journal | Margin | ACCOUNT TRANSFER FEE | | -125.00 | |
| 12/04/2023 | Journal | Margin | FPL REVENUE | | | 16.71 |
| 12/06/2023 | Journal | Margin | ACATS JOURNAL ENTRY | | | 109.83 |
| 12/15/2023 | Journal | Margin | Monthly Inactivity Fee Decembe | | -10.00 | |

**Total Miscellaneous**     -$135.00     $126.54

**TradeStation** Securities

8050 SW 10th Street, Suite 2000
Plantation, FL 33324

STATEMENT PERIOD  November 30 2022
THROUGH  December 30 2022
ACCOUNT NUMBER  11489813

Page  2  of  5

## Your Portfolio Holdings

| | | | Market Value |
|---|---|---|---|
| **Cash and Cash Equivalents** | | | |
| Description | | | |
| Cash Balance | | | $1.37 |
| **Total Cash and Cash Equivalents** | | | **1.37** |
| | | | |
| **Equities** | | | Market |
| CONTRA PFD META MATLS | 591998 | | 0.00 |
| | | | |
| **Total Equities and Options** | | | **$0.00** |
| | | | |
| **TOTAL MARKET VALUE OF PRICED SECURITIES** | | | **$0.00** |

Account  Margin  3,656.000  0.000000

## Fully Paid Lending Position Detail

| Description | Symbol/Cusip | Accrued Interest |
|---|---|---|
| META MATLS INC | 591998 | 28.56 |
| CONTRA PFD META MATLS | 591998 | 1.50 |
| **Total Accrued Interest** | | 30.06 |

As a participant in TradeStation's Fully Paid Lending Program (the "Program"), the activity reflected above shows the Accrued Interest earned this month for your Fully Paid Lending positions as of the date of this statement. You may sell shares being loaned at any time. Accrued Interest reflects interest that is accrued daily and posted to your account monthly. Any and all activity referenced in this section of the statement is conducted pursuant to the Master Securities Lending Agreement and Risk Disclosures to which you agreed and acknowledged at the time you entered the Program.

STATEMENT PERIOD    November 30 2022
THROUGH    December 30 2022
ACCOUNT NUMBER    11489813

**TradeStation** Securities
8050 SW 10th Street, Suite 2000
Plantation, FL 33324

Page 3 of 5

## Transaction Detail

### Investment Activity

| Settlement Date | Trade Date | Trans-action | Acct Type | Description | Symbol/Cusip | Quantity | Price | Debit Amount | Credit Amount |
|---|---|---|---|---|---|---|---|---|---|
| 12/05/2022 | 12/01/2022 | Bought | Margin | META MATLS INC PFD SER A DO NOT USE | 0001010 | 70.000 | $8.080 | -565.60 | |
| 12/05/2022 | 12/01/2022 | Bought | Margin | META MATLS INC PFD SER A DO NOT USE | 0001010 | 2.000 | $8.040 | -16.08 | |
| 12/08/2022 | 12/06/2022 | Bought | Margin | META MATLS INC PFD SER A DO NOT USE | 0001010 | 50.000 | $8.150 | -407.50 | |
| 12/08/2022 | 12/06/2022 | Bought | Margin | META MATLS INC PFD SER A DO NOT USE | 0001010 | 30.000 | $8.120 | -243.60 | |
| 12/08/2022 | 12/06/2022 | Bought | Margin | META MATLS INC PFD SER A DO NOT USE | 0001010 | 30.000 | $8.220 | -246.60 | |
| 12/08/2022 | 12/06/2022 | Bought | Margin | META MATLS INC PFD SER A DO NOT USE | 0001010 | 20.000 | $8.250 | -165.00 | |
| 12/09/2022 | 12/07/2022 | Bought | Margin | META MATLS INC PFD SER A DO NOT USE | 0001010 | 17.000 | $7.900 | -134.30 | |
| 12/12/2022 | 12/08/2022 | Bought | Margin | META MATLS INC PFD SER A DO NOT USE | 0001010 | 100.000 | $4.680 | -468.00 | |
| 12/12/2022 | 12/08/2022 | Bought | Margin | META MATLS INC PFD SER A DO NOT USE | 0001010 | 200.000 | $4.660 | -932.00 | |
| 12/13/2022 | 12/08/2022 | Journal | Margin | META MATLS INC CORPORATE ACTION | 0001010 | 300.000 | | | |
| 12/13/2022 | 12/13/2022 | Journal | Margin | META MATLS INC CORPORATE ACTION | 0001010 | 3,356.000 | | | |
| 12/13/2022 | 12/13/2022 | Journal | Margin | CONTRA PFD META MATLS CORPORATE ACTION | 591998 | 300.000 | | | |
| 12/13/2022 | 12/13/2022 | Journal | Margin | CONTRA PFD META MATLS CORPORATE ACTION | 591998 | 3,356.000 | | | |



# TradeStation
## Securities

8050 SW 10th Street, Suite 2000
Plantation, FL 33324

(954) 652-7920 • (800) 871-3577
www.tradestation.com



#  00080979

I=0000

JOSE A RODRIGUEZ
2450 MIDVALE RD
MABTON WA 98935-9598

| | STATEMENT PERIOD | October 31 2022 |
|---|---|---|
| | THROUGH | November 30 2022 |
| | ACCOUNT NUMBER | 11489813 |
| | LAST STATEMENT | October 31 2022 |

## Your Portfolio at a Glance

| | This Period |
|---|---|
| Long Market Value | 25,629.29 |
| Short Market Value | 0.00 |
| Total Value of Securities | $25,629.29 |
| | |
| Cash Balance | -17.59 |
| Short Cash Balance | 0.00 |
| Net Cash Balance | -$17.59 |
| | |
| Net Equity | $25,611.70 |
| Net Equity Last Statement | $19,596.92 |
| Change Since Last Statement | $6,014.78 |

## Transaction Summary

| Amount Credited | |
|---|---|
| Opening Balance | -7.78 |
| Securities Sold | 2,247.58 |
| Funds Deposited | 2,400.00 |
| Money Fund Purchase | 0.00 |
| Dividends/Interest | 0.00 |
| Miscellaneous | 53.54 |
| **Amount Credited** | **$4,701.12** |

| Amount Debited | |
|---|---|
| Securities Bought | -4,660.93 |
| Funds Withdrawn | 0.00 |
| Money Fund Redemption | 0.00 |
| Dividends/Interest Charged | 0.00 |
| Miscellaneous | -50.00 |
| **Amount Debited** | **-$4,710.93** |
| **Net Cash Activity** | **-$9.81** |
| **Closing Balance** | **-$17.59** |

## Cash & Cash Equivalent Balance Summary

| | Opening | Closing |
|---|---|---|
| Margin | -7.78 | -17.59 |
| **Net Cash Balance** | **-$7.78** | **-$17.59** |
| **Net Cash**<br>**& Cash Equivalent Balance** | **-$7.78** | **-$17.59** |

Same day transfers of cash between account types are not included in this section; such transfers, as well as details for all transactions this period appear in the Transaction Detail.

The period ending market value of any investments shown on this statement will be reported as the Fair Market Value to the Internal Revenue Service in the format required by IRS rules, and at the appropriate reporting time.

# TradeStation

8050 SW 10th Street, Suite 2000
Plantation, FL 33324

(954) 652-7920 * (800) 871-3577
www.tradestation.com



JOSE A RODRIGUEZ
2450 MIDVALE RD
MABTON WA 98935-9598

#  000090216                I=0000

| | |
|---|---|
| STATEMENT PERIOD | November 30 2023 |
| THROUGH | December 29 2023 |
| ACCOUNT NUMBER | 11489813 |
| LAST STATEMENT | November 30 2023 |

## Your Portfolio at a Glance

| | This Period |
|---|---|
| Long Market Value | 0.00 |
| Short Market Value | 0.00 |
| **Total Value of Securities** | **$0.00** |
| Cash Balance | 6.71 |
| Short Cash Balance | 0.00 |
| **Net Cash Balance** | **$6.71** |
| **Net Equity** | **$6.71** |
| Net Equity Last Statement | $1,528.21 |
| Change Since Last Statement | -$1,521.50 |

## Transaction Summary

| | |
|---|---|
| Opening Balance | 15.17 |
| Securities Sold | 0.00 |
| Funds Deposited | 0.00 |
| Money Fund Purchase | 0.00 |
| Dividends/Interest | 0.00 |
| Miscellaneous | 126.54 |
| **Amount Credited** | **$126.54** |
| Securities Bought | 0.00 |
| Funds Withdrawn | 0.00 |
| Money Fund Redemption | 0.00 |
| Dividends/Interest Charged | -135.00 |
| Miscellaneous | 0.00 |
| **Amount Debited** | **-$135.00** |
| **Net Cash Activity** | **-$8.46** |
| **Closing Balance** | **$6.71** |

## Cash & Cash Equivalent Balance Summary

| | Opening | Closing |
|---|---|---|
| Margin | 15.17 | 6.71 |
| **Net Cash Balance** | **$15.17** | **$6.71** |
| **Net Cash & Cash Equivalent Balance** | **$15.17** | **$6.71** |

Same day transfers of cash between account types are not included in this section, such transfers, as well as details for all transactions this period appear in the Transaction Detail.

The period ending market value of any investments shown on this statement will be reported as the Fair Market Value to the Internal Revenue Service in the format required by IRS rules, and at the appropriate reporting time.



**TradeStation**®

8050 SW 10th Street, Suite 2000
Plantation, FL 33324

Page 2 of 5

| STATEMENT PERIOD | November 30 2023 |
| THROUGH | December 29 2023 |
| ACCOUNT NUMBER | 11489813 |

## Your Portfolio Holdings

### Cash and Cash Equivalents

| Description | Market Value |
|---|---|
| Cash Balance | 6.71 |
| **Total Cash and Cash Equivalents** | **$6.71** |

### Equities

| | | Account | | Market |
|---|---|---|---|---|
| CONTRA GLOBAL TECH IND | 379CN[ | Margin | 119.000 | 0.000000 | 0.00 |

| | Market |
|---|---|
| **Total Equities and Options** | **$0.00** |
| **TOTAL MARKET VALUE OF PRICED SECURITIES** | **$0.00** |

### Fully Paid Lending Position Detail

| Description | Symbol/Cusip | Accrued Interest |
|---|---|---|
| META MATLS INC | MMAT | 3.09 |
| **Total Accrued Interest** | | **3.09** |

As a participant in TradeStation's Fully Paid Lending Program (the "Program"), the activity reflected above shows the Accrued Interest earned this month for your Fully Paid Lending positions as of the date of this statement. You may sell shares being loaned at any time. Accrued Interest reflects interest that is accrued daily and posted to your account monthly. Any and all activity referenced in this section of the statement is conducted pursuant to the Master Securities Lending Agreement and Risk Disclosures to which you agreed and acknowledged at the time you entered the Program.

# TradeStation®

### Securities

8050 SW 10th Street, Suite 2000
Plantation, FL 33324

(954) 652-7920 • (800) 871-3577
www.tradestation.com

| | | |
|---|---|---|
| STATEMENT PERIOD | | November 30 2022 |
| THROUGH | | December 30 2022 |
| ACCOUNT NUMBER | | 11489813 |
| LAST STATEMENT | | November 30 2022 |

#    000107356         I=0000



JOSE A RODRIGUEZ
2450 MIDVALE RD
MABTON WA 98935-9598

## Your Portfolio at a Glance

| | This Period |
|---|---|
| Long Market Value | 0.00 |
| Short Market Value | 0.00 |
| **Total Value of Securities** | **$0.00** |
| Cash Balance | 1.37 |
| Short Cash Balance | 0.00 |
| **Net Cash Balance** | **$1.37** |
| **Net Equity** | **$1.37** |
| Net Equity Last Statement | $25,611.70 |
| Change Since Last Statement | -$25,610.33 |

## Transaction Summary

| | |
|---|---|
| Opening Balance | -17.59 |
| Securities Sold | 0.00 |
| Funds Deposited | 3,150.00 |
| Money Fund Purchase | 0.00 |
| Dividends/Interest | 0.00 |
| Miscellaneous | 99.92 |
| **Amount Credited** | **$3,249.92** |
| Securities Bought | -3,178.68 |
| Funds Withdrawn | 0.00 |
| Money Fund Redemption | 0.00 |
| Dividends/Interest Charged | -2.28 |
| Miscellaneous | -50.00 |
| **Amount Debited** | **-$3,230.96** |
| **Net Cash Activity** | **$18.96** |
| **Closing Balance** | **$1.37** |

## Cash & Cash Equivalent Balance Summary

| | Opening | Closing |
|---|---|---|
| Margin | -17.59 | 1.37 |
| **Net Cash Balance** | **-$17.59** | **$1.37** |
| **Net Cash & Cash Equivalent Balance** | **-$17.59** | **$1.37** |

Same day transfers of cash between account types are not
included in this section, such transfers, as well as details for all
transactions this period appear in the Transaction Detail.

The period ending market value of any investments shown on
this statement will be reported as the Fair Market Value to the
Internal Revenue Service in the format required by IRS rules,
and at the appropriate reporting time.

## TradeStation
### Securities

8050 SW10th Street, Suite 2000
Plantation, FL 33324

Page 4 of 5

STATEMENT PERIOD    November 30 2022
THROUGH             December 30 2022
ACCOUNT NUMBER      11489813

## Investment Activity

| Settlement Date | Trade Date | Transaction Type | Acct Type | Description | Symbol/Cusip | Quantity | Price | Debit Amount | Credit Amount |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | -$3,178.68 | $0.00 |

**Total Investment Activity**

## Deposits and Withdrawals

| Date | Transaction | Account Type | Description | Symbol/Cusip | Debit Amount | Credit Amount |
|---|---|---|---|---|---|---|
| 12/01/2022 | Funds Deposited | Margin | CASH RECEIVED ACH | | | 600.00 |
| 12/07/2022 | Funds Deposited | Margin | CASH RECEIVED ACH | | | 1,150.00 |
| 12/08/2022 | Funds Deposited | Margin | CASH RECEIVED ACH | | | 1,000.00 |
| 12/29/2022 | Funds Deposited | Margin | CASH RECEIVED ACH | | | 400.00 |

**Total Deposits and Withdrawals**  $0.00  $3,150.00

## Dividends and Interest

| Date | Transaction | Account Type | Description | Symbol/Cusip | Debit Amount | Credit Amount |
|---|---|---|---|---|---|---|
| 12/30/2022 | Debit Int | Margin | 12.50000%12/01-12/30 | $224 | -2.28 | |

**Total Dividends and Interest**  -$2.28  $0.00

## Miscellaneous Activity

| Date | Transaction | Account Type | Description | Symbol/Cusip | Debit Amount | Credit Amount |
|---|---|---|---|---|---|---|
| 12/02/2022 | Journal | Margin | FPL REVENUE | | | 49.92 |
| 12/13/2022 | Journal | Margin | TradeStation Charges 12/22 | | -50.00 | 50.00 |
| 12/13/2022 | Journal | Margin | TradeStation Charges 12/22 | | -50.00 | |

**Total Miscellaneous**  -$50.00  $99.92

**charles SCHWAB**

# Schwab One® Account of

JOSE A RODRIGUEZ

| Account Number | Trade Confirmation | Net Charges and/or Interest | Net Amount |
|---|---|---|---|
| 4002-9011 | March 19, 2024 | $12.79 | $2.41 |

| Total Trades | Total Purchases | Total Sales |
|---|---|---|
| 2 | ($393.12) | $408.32 |

| Settle Date | Action | Symbol/ CUSIP | Description | Quantity | Price($) | Principal($) | Charges/ Interest($) | Amount($) | Disclosure |
|---|---|---|---|---|---|---|---|---|---|
| 03/21 | Sale | ILUS 452372105 | **Ilustrato Pictrs Int** Commission 6.95 / Exchange Processing Fee 5.84 | 35,200 | 0.0116 | 408.32 | 12.79 | **395.53** | A5, F2, A1, C2 |
| | Purchase | MMAT 59134N302 | **META MATLS INC** | 200 | 1.9656 | 393.12 | | **393.12** | F3, A1 |

## Disclosures

A1   Schwab acted as your agent.

A2   Payment Type: Cash.

A5   Each Process Fee: This fee offsets costs incurred by Schwab for the exchange of securities - including those relating to assessments on broker-dealers by an exchange or other SRO - for equity, option, or other covered security sell transactions and option security buy transactions.

C2   The cost basis method requested was FIFO. Please view the cost Basis Disclosure Statement for additional information on cost basis method choices and how Schwab reports adjusted cost basis information to the IRS.

F3   Payment Type: Margin.

See "Disclosures" section for an explanation of the disclosure codes and symbols on this document.

2 of 2

**Schwab One® Account** of

JOSE A RODRIGUEZ

| | | Account Number | Trade Confirmation |
| | | 4002-9011 | March 25, 2024 |

| Total Trades | Total Purchases | | Total Sales | Net Charges and/or Interest | | Net Amount |
| 1 | ($79.24) | | $0.00 | $0.00 | | ($79.24) |

| Settle Date | Action | Symbol/ CUSIP | Description | Quantity | Price($) | Principal($) | Charges/ Interest($) | Amount($) | Disclosure |
|---|---|---|---|---|---|---|---|---|---|
| 03/27 | Purchase | MMAT 59134N302 | **META MATLS INC** | 28 | 2.8299 | 79.24 | | **79.24** | F3, A1 |

## Disclosures

A1   Schwab acted as your agent.

F3   Payment Type: Margin.

See "Disclosures" section for an explanation of the disclosure codes and symbols on this document.

**Schwab One® Account** of

JOSE A RODRIGUEZ

**Account Number**
4002-9011

**Trade Confirmation**
March 27, 2024

| Total Trades | Total Purchases | | Net Charges and/or Interest | | Net Amount |
|---|---|---|---|---|---|
| 2 | ($141.11) | Total Sales $0.00 | $0.00 | | ($141.11) |

| Settle Date | Action | Symbol/ CUSIP | Description | Quantity | Price($) | Principal($) | Charges/ Interest($) | Amount($) | Disclosure |
|---|---|---|---|---|---|---|---|---|---|
| 04/01 | Purchase | MMAT 59134N302 | **META MATLS INC** | 62 | 2.2399 | 138.87 | | 138.87 | F3, A1 |
| | | | | 1 | 2.2399 | 2.24 | | 2.24 | F3, A1 |
| | | | | 63 | | 141.11 | | 141.11 | |

## Disclosures

A1   Schwab acted as your agent.

F3   Payment Type: Margin.

# Schwab One® Account of

**JOSE A RODRIGUEZ**

| | |
|---|---|
| **Account Number** | 4002-9011 |
| **Trade Confirmation** | November 22, 2023 |

| Total Trades | Total Purchases | Total Sales | Net Charges and/or Interest | Net Amount |
|---|---|---|---|---|
| 1 | ($100.36) | $0.00 | $0.00 | ($100.36) |

| Settle Date | Action | Symbol/ CUSIP | Description | Quantity | Price($) | Principal($) | Charges/ Interest($) | Amount($) | Disclosures |
|---|---|---|---|---|---|---|---|---|---|
| 11/27 | Purchase | MMAT 59134N104 | **META MATLS INC** | 1,285 | 0.0781 | 100.36 | | **100.36** | F2, A1 |

## Disclosures

A1   Schwab acted as your agent.

F2   Payment Type: Cash.

See "Disclosures" section for an explanation of the disclosure codes and symbols on this document.

 **Ameritrade**

PO BOX 2577 - OMAHA NE 68103-2577
Please do not send deposits or correspondence to this address.

**TD AMERITRADE, INC.**
**PO BOX 2209**
**OMAHA NE 68103-2209**

JOSE A RODRIGUEZ
2450 MIDVALE RD
MABTON  WA  98935-9598

 **SIPC**

## Confirmation Notice

| ACCOUNT NO. | OTHER INFO | TRANSACTION NUMBER | CAP CODES | YOUR REPRESENTATIVE | |
|---|---|---|---|---|---|
| 238-579929-2 | | 46911038299 | A | TD AMERITRADE | |

| ACTIVITY | QUANTITY | CUSIP NUMBER | PRICE | PRINCIPAL AMOUNT | MISC. FEES | REG FEES |
|---|---|---|---|---|---|---|
| YOU SOLD | 273 | 59134N104 | 1.35 | 368.55 | 0 | 0.05 |

| AS OF TRADE DATE | TRADE DATE | SETTLEMENT DATE | INTEREST | COMMISSION/FEE | NET AMOUNT |
|---|---|---|---|---|---|
| | 12/14/2022 | 12/16/2022 | | 0.00 | 368.50 |

| TRADE DESCRIPTION | SYMBOL |
|---|---|
| META MATERIALS INC
COM | MMAT |

CONFIRMATION OF TAX LOT METHOD AVAILABLE VIA GAIN/LOSS PAGE.
THIS IS AN UNSOLICITED TRADE
FOR FURTHER INFORMATION REGARDING YOUR TRADE CONFIRMATION
PLEASE REFER TO THE TERMS AND CONDITIONS.
*CLBL - If the above security description includes a 'CLBL' notation, this transaction involves a debt security
that is subject to call or redemption before maturity. The debt security may be called or redeemed in whole
or in part before maturity which could affect its yield. Additional information is available upon request.

| ACCOUNT NO. | OTHER INFO | TRANSACTION NUMBER | CAP CODES | YOUR REPRESENTATIVE | |
|---|---|---|---|---|---|
| 238-579929-2 | | 46911082293 | A | TD AMERITRADE | |

| ACTIVITY | QUANTITY | CUSIP NUMBER | PRICE | PRINCIPAL AMOUNT | MISC. FEES | REG FEES |
|---|---|---|---|---|---|---|
| YOU BOUGHT | 99 | 62526P109 | .2484 | 24.59 | | 0.00 |

| AS OF TRADE DATE | TRADE DATE | SETTLEMENT DATE | INTEREST | COMMISSION/FEE | NET AMOUNT |
|---|---|---|---|---|---|
| | 12/14/2022 | 12/16/2022 | | 0.00 | 24.59 |

| TRADE DESCRIPTION | SYMBOL |
|---|---|
| MULLEN AUTOMOTIVE INC
COM | MULN |

THIS IS AN UNSOLICITED TRADE
FOR FURTHER INFORMATION REGARDING YOUR TRADE CONFIRMATION
PLEASE REFER TO THE TERMS AND CONDITIONS.
*CLBL - If the above security description includes a 'CLBL' notation, this transaction involves a debt security
that is subject to call or redemption before maturity. The debt security may be called or redeemed in whole
or in part before maturity which could affect its yield. Additional information is available upon request.