NVB 3001 (Effective 1/21)

**UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA**

**PROOF OF INTEREST**

Name of Debtor: Meta Materials, Inc.
Case Number: 24-50792

1. Name and address of holder of the Equity Interest (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

   Gary ▮▮▮▮▮ ▮▮▮▮▮ 33558

   Telephone Number: ▮▮▮▮▮

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

☑ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

**RECEIVED AND FILED**
DEC 11 2024
U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

COURT USE ONLY

Account or other number by which Interest holder identifies Debtor: ▮▮▮▮▮ 9522

Check here if this claim:
☐ replaces a previously filed Proof of Interest dated: _____
☐ amends a previously filed Proof of Interest dated: _____

2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:
   Gary ▮▮▮▮▮
   PO Box 770001
   Cincinatti, OH 45277-0003
   Telephone Number: (800) 343-3548

3. Date Equity Interest was acquired:
   Between 6/21/21 - 12/07/22
   See attached documentation

4. Total amount of member interest: 961 shares for $232K

5. Certificate number(s): Street name stock

6. Type of Equity Interest:
   Please indicate the type of Equity Interest you hold:
   ☑ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
   ☐ Check this box if your Equity Interest is based on anything else and describe that interest:
   Description: Investor

7. Supporting Documents: Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
   DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. Date-Stamped Copy: To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

9. Signature:
   Check the appropriate box.
   ☑ I am the creditor.   ☐ I am the creditor's authorized agent.   ☐ I am the trustee, or the debtor,   ☐ I am a guarantor, surety, endorser, or other codebtor.
   (Attach copy of power of attorney, if any.) or their authorized agent. (See Bankruptcy Rule 3005.)
   (See Bankruptcy Rule 3004.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: ▮▮▮▮▮
Title:
Company:___ Address and telephone number (if different from notice address above):
_____

(Signature) /s/ Gary ▮▮▮
(Date) 12/04/24

Telephone number: ▮▮▮   email: ▮▮▮

Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND ▮▮▮

[Print Form]  [Save Form]  [Clear Form]

Gary ████████
Account # ████9522
MMAT Activity Summary

| Symbol | Date | Activity | Shares | $ per share | Cost | Reference |
|---|---|---|---|---|---|---|
| TRCH | 6/21/2021 | Purchase | 2,000 | $ 5.4200 | $ 10,840.00 | A |
| TRCH | 6/23/2021 | Purchase | 3,600 | $ 8.6665 | $ 31,199.46 | B |
| TRCH | 6/24/2021 | Sold | (5,600) | $ 7.5070 | $ (42,039.46) | C |
| TRCH | 6/24/2021 | Purchase | 5,420 | $ 9.2248 | $ 50,000.00 | D |
| TRCH | 6/28/2021 | Reverse Split | (5,420) | | | E |
| MMAT | 6/28/2021 | Reverse Split | 2,710 | | $ 49,998.43 | F |
| MMAT | 7/8/2021 | Purchase | 2,710 | $ 6.9895 | $ 18,941.46 | G |
| MMAT | 7/14/2021 | Purchase | 5,420 | $ 4.8500 | $ 26,287.00 | H |
| MMAT | 7/19/2021 | Purchase | 5,000 | $ 3.7700 | $ 18,850.00 | I |
| MMAT | 11/28/2022 | Purchase | 38,084 | $ 1.9693 | $ 75,000.01 | J |
| MMAT | 12/7/2022 | Purchase | 44,208 | $ 1.8500 | $ 81,784.80 | K |
| MMAT | 1/23/2023 | Sold | (2,000) | | $ (32,304.23) | L |
| MMAT | 1/29/2024 | Reverse Split | (96,132) | | | M |
| MMAT | 1/29/2024 | Reverse Split | 961 | | $ 232,329.29 | N |



# Fidelity Investments

**INVESTMENT REPORT**
June 1, 2021 - June 30, 2021



Account # ###9522
GARY ### - ROLLOVER IRA

## Holdings

q  Customers are responsible for monitoring their total assets at the Program Bank to determine the extent of available FDIC insurance. Subject to the terms of the customer agreement, customers are reminded that funds are swept to a Program Bank the business day following the date that funds are credited to your account and until swept to a Program Bank, funds are covered by SIPC. For additional information, please see the FDIC-Insured Deposit Sweep Disclosures on Fidelity.com.

## Activity

### Securities Bought & Sold

| Settlement Date | Security Name | Symbol/CUSIP | Description | Quantity | Price | Cost | Transaction Cost | Amount |
|---|---|---|---|---|---|---|---|---|
| 06/21 | TORCHLIGHT ENERGY RESOURCES INC | 89102U103 | You Bought | 2,000.000 | $5.42000 | | | -$10,840.00 |
| 06/23 | TORCHLIGHT ENERGY RESOURCES INC | 89102U103 | You Bought | 20.000 | 8.53500 | | | -170.70 |
| 06/23 | TORCHLIGHT ENERGY RESOURCES INC | 89102U103 | You Bought | 756.000 | 8.55000 | | | -6,463.80 |
| 06/23 | TORCHLIGHT ENERGY RESOURCES INC | 89102U103 | You Bought | 800.000 | 9.10000 | | | -7,280.00 |
| 06/23 | TORCHLIGHT ENERGY RESOURCES INC | 89102U103 | You Bought | 2,024.000 | 8.54000 | | | -17,284.96 |
| 06/23 | VERIZON COMMUNICATIONS INC | 92343V104 | You Sold | -129.000 | 56.05000 | 7,621.32 | -0.04 | 7,230.41 |
| | | | Transaction Loss: $390.91 | | | | | |
| 06/24 | RENT-A-CENTER INC | 76009N100 | You Sold | -1,000.000 | 52.00000 | 20,894.95 | -0.27 | 51,999.73 |
| | | | Transaction Profit: $31,104.78 | | | | | |
| 06/24 | TORCHLIGHT ENERGY RESOURCES INC | 89102U103 | You Bought | 3.170 | 9.22940 | | | -29.26 |
| 06/24 | TORCHLIGHT ENERGY RESOURCES INC | 89102U103 | You Bought | 5,417.000 | 9.22480 | | | -49,970.74 |
| 06/24 | TORCHLIGHT ENERGY RESOURCES INC | 89102U103 | You Sold | -5,600.000 | 9.00000 | 42,039.46 | -0.26 | 50,399.74 |
| | | | Transaction Profit: $8,440.33 | | | | | |
| | | | Transaction Loss: $80.05 | | | | | |
| **Total Securities Bought** | | | | | | | | **-$92,039.46** |
| **Total Securities Sold** | | | | | | $70,555.73 | -$0.57 | $109,629.88 |
| **Net Securities Bought & Sold** | | | | | | | -$0.57 | **$17,590.42** |

### Dividends, Interest & Other Income

*(Includes dividend reinvestment)*

| Settlement Date | Security Name | Symbol/CUSIP | Description | Quantity | Price | Amount |
|---|---|---|---|---|---|---|
| 06/30 | FDIC INSURED DEPOSIT | FDIC99490 | Interest Earned | - | - | $0.31 |
| **Total Dividends, Interest & Other Income** | | | | | | **$0.31** |

MR_CE_BLCBHBBBPXZN_BBBBB 20210630

# Fidelity

INVESTMENT REPORT
June 1, 2021 - June 30, 2021

Account # ███9522
GARY ████ ROLLOVER IRA

## Activity

### Other Activity In

| Settlement Date | Security Name | Symbol/ CUSIP | Description | Quantity | Price | Transaction Cost | Amount |
|---|---|---|---|---|---|---|---|
| 06/28 | META MATERIALS INC COM LEU PAYOUT 89102U103 #REORLM0051336480001 | 59134N104 | In Lieu Of Frx Share | - | - | - | $0.70 |
| 06/28 | TORCHLIGHT ENERGY RESOURCES INC 1 FOR 2 R/S INTO META MATLS INC COM USD0.001 CUSIP #59134N104 R/S TO 59134N104 #REOR M0051336480000 | 89102U103 | Reverse Split | -5,420.170 | - | $1.57 | - |
| **Total Other Activity In** | | | | | | | **$0.70** |

### Other Activity Out

| Settlement Date | Security Name | Symbol/ CUSIP | Description | Quantity | Price | Transaction Cost | Amount |
|---|---|---|---|---|---|---|---|
| 06/28 | META MATERIALS INC COM R/S FROM 89102U103 #REOR M0051336480001 | 59134N104 | Reverse Split | 2,710.000 | - | - | - |
| **Total Other Activity Out** | | | | | | | - |

### Distributions

| Date | Reference | Description | Amount |
|---|---|---|---|
| 06/01 | | | |
| **Total Distributions** | | | |

### Taxes Withheld

| Date | Security | Description | Amount |
|---|---|---|---|
| 06/01 | | | |
| **Total Federal Taxes Withheld** | | | |
| **Total Taxes Withheld** | | | |



INVESTMENT REPORT
July 1, 2021 - July 31, 2021

**Fidelity**
INVESTMENTS

Account # ###9522
GARY ### — ROLLOVER IRA

## Holdings

| | | | |
|---|---|---|---|
| Total Holdings | $458,634.51 | $295,302.25 | $162,856.10 | $0.00 |

All positions held in cash account unless indicated otherwise.

Total Cost does not include the cost basis on core, money market or other positions where cost basis is unknown or not applicable.

h   The stated Interest Rate is the interest rate effective for Cash Balances in your FDIC-Insured Deposit Sweep on the last day of the statement period.

q   Customers are responsible for monitoring their total assets at the Program Bank to determine the extent of available FDIC insurance. Subject to the terms of the customer agreement, customers are reminded that funds are swept to a Program Bank the business day following the date that funds are credited to your account and until swept to a Program Bank, funds are covered by SIPC. For additional information, please see the FDIC-Insured Deposit Sweep Disclosures on Fidelity.com.

## Activity

### Securities Bought & Sold

| Settlement Date | Security Name | Symbol/ CUSIP | Description | Quantity | Price | Transaction Cost | Cost | Amount |
|---|---|---|---|---|---|---|---|---|
| 07/08 | META MATERIALS INC COM | 59134N104 | You Bought | 1.000 | $6.98980 | | | -$6.99 |
| 07/08 | META MATERIALS INC COM | 59134N104 | You Bought | 431.000 | 7.00000 | | | -3,017.00 |
| 07/08 | META MATERIALS INC COM | 59134N104 | You Bought | 775.000 | 6.98000 | | | -5,409.50 |
| 07/08 | META MATERIALS INC COM | 59134N104 | You Bought | 1,503.000 | 6.99000 | | | -10,505.97 |
| 07/14 | BEST INC SPON ADS EACH REP 1 ORD SHS CLASS A | 08653C106 | You Bought | 1,000.000 | 1.44000 | | | -1,440.00 |
| 07/14 | META MATERIALS INC COM ISIN #US59134N1046 SEDOL #BKSCVX7 | 59134N104 | You Bought | 5,420.000 | 4.85000 | | | -26,287.00 |
| 07/19 | META MATERIALS INC COM ISIN #US59134N1046 SEDOL #BKSCVX7 | 59134N104 | You Bought | 5,000.000 | 3.77000 | | | -18,850.00 |
| Total Securities Bought | | | | | | | | -$65,516.46 |
| Net Securities Bought & Sold | | | | | | | | -$65,516.46 |

MR_CE_BLFSVCBBBLLXT_BBBBB 20210730



# Fidelity Investments

INVESTMENT REPORT
November 1, 2022 - November 30, 2022

Account # ###522
GARY ### - ROLLOVER IRA

## Holdings

q   Customers are responsible for monitoring their total assets at the Program Bank to determine the extent of available FDIC insurance. Subject to the terms of the customer agreement, customers are reminded that funds are swept to a Program Bank the business day following the date that funds are credited to your account and until swept to a Program Bank, funds are covered by SIPC. For additional information, please see the FDIC-Insured Deposit Sweep Disclosures on Fidelity.com.

## Activity

### Securities Bought & Sold

| Settlement Date | Security Name | Symbol/ CUSIP | Description | Quantity | Price | Cost | Transaction Cost | Amount |
|---|---|---|---|---|---|---|---|---|
| 11/09 | FIDELITY OTC PORT | 316389105 | You Sold Transaction Profit: $381.32 | -389.105 | $12.85000 | $4,618.68 | - | $5,000.00 |
| 11/23 | MORGAN STANLEY GROWTH PORTFOLIO A CONF:000169397 | 61744J564 | You Sold Transaction Profit: $7,802.53 | -2,613.240 | 28.70000 | 111,941.13 | - | 75,000.00 |
| 11/28 | META MATERIALS INC COM ISIN #US59134N1046 SEDOL #BKSCVX7 | 59134N104 | Transaction Loss: $44,743.66 You Bought | 0.269 | 1.97000 | | - | -0.53 |
| 11/28 | META MATERIALS INC COM ISIN #US59134N1046 SEDOL #BKSCVX7 | 59134N104 | You Bought | 2,600.000 | 1.96000 | | - | -5,096.00 |
| 11/28 | META MATERIALS INC COM ISIN #US59134N1046 SEDOL #BKSCVX7 | 59134N104 | You Bought | 35,484.000 | 1.97000 | | - | -69,903.48 |
| Total Securities Bought | | | | | | | | -$75,000.01 |
| Total Securities Sold | | | | | | $116,559.81 | | $80,000.00 |
| Net Securities Bought & Sold | | | | | | | | $4,999.99 |

### Dividends, Interest & Other Income

*(Includes dividend reinvestment)*

| Settlement Date | Security Name | Symbol/ CUSIP | Description | Quantity | Price | Amount |
|---|---|---|---|---|---|---|
| 11/30 | FDIC INSURED DEPOSIT | FDIC93931 | Interest Earned | - | - | $16.35 |
| 11/30 | FDIC INSURED DEPOSIT | FDIC99532 | Interest Earned | - | - | 0.02 |
| Total Dividends, Interest & Other Income | | | | | | $16.37 |

# Fidelity

INVESTMENT REPORT
December 1, 2022 - December 31, 2022

Account # ###9522
GARY ### - ROLLOVER IRA

## Activity

### Securities Bought & Sold

| Settlement Date | Security Name | Symbol/ CUSIP | Description | Quantity | Price | Transaction Cost | Amount |
|---|---|---|---|---|---|---|---|
| 12/05 | FIDELITY OTC PORT | 316389105 | You Sold<br>Transaction Profit: $18,966.30 | -3,329.958 | $13.97000 | $27,553.21 | $46,519.51 |
| 12/05 | MORGAN STANLEY GROWTH PORTFOLIO A<br>CONF-000170136 | 61744J564 | You Sold<br>Transaction Profit: $35,237.68 | -1,151.182 | 30.61000 | - | 35,237.68 |
| 12/07 | META MATERIALS INC COM<br>ISIN #US59134N1046 SEDOL #BKSCVX7 | 59134N104 | You Bought | 44,208.000 | 1.85000 | - | -81,784.80 |
| Total Securities Bought | | | | | | - | -$81,784.80 |
| Total Securities Sold | | | | | | $27,553.21 | $81,757.19 |
| Net Securities Bought & Sold | | | | | | - | -$27.61 |

### Dividends, Interest & Other Income
*(Includes dividend reinvestment)*

| Settlement Date | Security Name | Symbol/ CUSIP | Description | Quantity | Price | Transaction Cost | Amount |
|---|---|---|---|---|---|---|---|
| 12/30 | FDIC INSURED DEPOSIT | FDIC93931 | Interest Earned | - | - | | $8.70 |
| 12/30 | FDIC INSURED DEPOSIT | FDIC99532 | Interest Earned | - | - | | 0.01 |
| Total Dividends, Interest & Other Income | | | | | | | $8.71 |

### Other Activity In

| Settlement Date | Security Name | Symbol/ CUSIP | Description | Quantity | Price | Transaction Cost | Amount |
|---|---|---|---|---|---|---|---|
| 12/13 | PFD META MATLS CONTRA<br>MER FROM 59134N203 #REOR<br>M0051466940001 | 591994371 | Merger | 5,420.000 | - | - | - |
| 12/29 | NEXT BRIDGE HYDROCARBONS INC<br>$0.001 NEVADA MER FROM 591994371<br>#REOR M0051471690001 | 78699D491 | Merger | 5,420.000 | | | - |
| Total Other Activity In | | | | | | | - |

# Fidelity

**INVESTMENT REPORT**
January 1, 2023 - January 31, 2023

Account # ****9522
GARY ****  - ROLLOVER IRA

## Holdings

### Stocks (continued)

| Description | Beginning Market Value Jan 1, 2023 | Quantity Jan 31, 2023 | Price Per Unit Jan 31, 2023 | Ending Market Value Jan 31, 2023 | Cost | Unrealized Gain/Loss Jan 31, 2023 | EAI ($) / EY (%) |
|---|---|---|---|---|---|---|---|
| **Common Stock** (continued) | | | | | | | |
| NEXT BRIDGE HYDROCARBONS INC $0.0001 NEVADA | unavailable | 5,420.000 | - | unavailable | 6,227.75 | unavailable | - |
| Total Common Stock (100% of account holdings) | $116,887.40 | | | $97,251.59 | $239,997.04 | -$136,517.70 | - |
| **Total Stocks** (100% of account holdings) | $116,887.40 | | | $97,251.59 | $239,997.04 | -$136,517.70 | - |
| **Total Holdings** | | | | $97,302.88 | $239,997.04 | -$136,517.70 | $0.00 |

*All positions held in cash account unless indicated otherwise.*

*Total Cost does not include the cost basis on core, money market or other positions where cost basis is unknown or not applicable.*

h   *The stated Interest Rate is the interest rate effective for Cash Balances in your FDIC-Insured Deposit Sweep on the last day of the statement period.*

q   *Customers are responsible for monitoring their total assets at the Program Bank to determine the extent of available FDIC insurance. Subject to the terms of the customer agreement, customers are reminded that funds are swept to a Program Bank the business day following the date that funds are credited to your account and until swept to a Program Bank, funds are covered by SIPC. For additional information, please see the FDIC-Insured Deposit Sweep Disclosures on Fidelity.com.*

## Activity

### Securities Bought & Sold

| Settlement Date | Security Name | Symbol/ CUSIP | Description | Quantity | Price | Cost | Transaction Cost | Amount |
|---|---|---|---|---|---|---|---|---|
| 01/23 | META MATERIALS INC COM ISIN #US59134N1046 SEDOL #BKSCVX7 | 59134N104 | You Sold Transaction Loss: $30,264.28 | -2,000.000 | $1.02000 | $32,304.23 | -$0.05 | $2,039.95 |
| **Total Securities Sold** | | | | | | $32,304.23 | -$0.05 | $2,039.95 |
| **Net Securities Bought & Sold** | | | | | | | -$0.05 | $2,039.95 |

**Fidelity**
*INVESTMENTS*

INVESTMENT REPORT
January 1, 2024 - January 31, 2024

Account # ▉▉▉▉9522
GARY ▉▉▉▉▉ - ROLLOVER IRA

## Holdings

| | | | |
|---|---|---|---|
| Total Holdings | $3,838.68 | $233,769.29 | -$229,982.27 | $0.00 |

*All positions held in cash account unless indicated otherwise.*

*Total Cost does not include the cost basis on core, money market or other positions where cost basis is unknown or not applicable.*

h   *The stated Interest Rate is the interest rate effective for Cash Balances in your FDIC-Insured Deposit Sweep on the last day of the statement period.*

q   *Customers are responsible for monitoring their total assets at the Program Bank to determine the extent of available FDIC insurance. Subject to the terms of the customer agreement, customers are reminded that funds are swept to a Program Bank the business day following the date that funds are credited to your account and until swept to a Program Bank, funds are covered by SIPC. For additional information, please see the FDIC-Insured Deposit Sweep Disclosures on Fidelity.com.*

## Activity

### Dividends, Interest & Other Income
*(Includes dividend reinvestment)*

| Settlement Date | Security Name | Symbol/ CUSIP | Description | Quantity | Price | Amount |
|---|---|---|---|---|---|---|
| 01/31 | FDIC INSURED DEPOSIT | FDIC93931 | Interest Earned | | | $0.11 |
| 01/31 | FDIC INSURED DEPOSIT | FDIC99532 | Interest Earned | | | 0.01 |
| **Total Dividends, Interest & Other Income** | | | | | | **$0.12** |

### Other Activity In

| Settlement Date | Security Name | Symbol/ CUSIP | Description | Quantity | Price | Transaction Cost | Amount |
|---|---|---|---|---|---|---|---|
| 01/29 | META MATERIALS INC COM ISIN US59134N1046 SEDOL BKSCVX7 1 FOR 100 R/S INTO META MATERIALS INC R/S TO   59134N302 #REOR M00515591300000 | 59134N104 | Reverse Split | -96,132.269 | - | - | - |
| **Total Other Activity In** | | | | | | | - |



**Fidelity Investments**

INVESTMENT REPORT
January 1, 2024 - January 31, 2024

Account # ███9522
GARY ███ - ROLLOVER IRA

## Activity

### Other Activity Out

| Settlement Date | Security Name | Symbol/ CUSIP | Description | Quantity | Price | Transaction Cost | Amount |
|---|---|---|---|---|---|---|---|
| 01/29 | META MATERIALS INC COM NEW ISIN #US59134N3026 SEDOL #BQ67J98 R/S FROM 59134N104 #REOR M0051559130001 | 59134N302 | Reverse Split | 961.000 | - | - | - |

**Total Other Activity Out** — 

### Core Fund Activity

*For more information about the operation of your core account, please refer to your Customer Agreement.*

| Settlement Date | Account Type | Transaction | Description | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|
| 01/31 | CASH | You Bought | FDIC INSURED DEPOSIT AT TRUIST BANK IRA NOT COVERED BY SIPC @ 1 | 0.120 | $1.0000 | $0.12 | $51.66 |

**Total Core Fund Activity** $0.12

MR_CE_BPWSTTBBBFFGP_BBBBB 20240131  S

# Fidelity Investments

**INVESTMENT REPORT**
November 1, 2024 - November 30, 2024

Account #: ###-###9522
GARY ### - ROLLOVER IRA

## Holdings

### Core Account

| Description | Beginning Market Value Nov 1, 2024 | Quantity Nov 30, 2024 | Price Per Unit Nov 30, 2024 | Ending Market Value Nov 30, 2024 | Cost | Unrealized Gain/Loss Nov 30, 2024 | EAI ($) / EY (%) |
|---|---|---|---|---|---|---|---|
| FDIC INSURED DEPOSIT AT TRUIST BANK IRA q NOT COVERED BY SIPC (QPIGQ) -- Interest rate: 2.32% h | $49.25 | 49.350 | $1.0000 | $49.35 | not applicable | not applicable | - - |
| FDIC INSURED DEPOSIT CITIZENS BK NA IRA q NOT COVERED BY SIPC (QZONQ) -- Interest rate: 2.32% h | 2.47 | 2.470 | 1.0000 | 2.47 | not applicable | not applicable | - - |
| **Total Core Account (21% of account holdings)** | **$51.72** | | | **$51.82** | | | |

### Stocks

| Description | Beginning Market Value Nov 1, 2024 | Quantity Nov 30, 2024 | Price Per Unit Nov 30, 2024 | Ending Market Value Nov 30, 2024 | Cost | Unrealized Gain/Loss Nov 30, 2024 | EAI ($) / EY (%) |
|---|---|---|---|---|---|---|---|
| **Common Stock** | | | | | | | |
| BEST INC SPON ADS EACH REP 20 CL A ORD SHS (R/S) (BEST) | $135.50 | 50.000 | $2.6500 | $132.50 | $1,440.00 | -$1,307.50 | - - |
| META MATERIALS INC COM NEW ISIN #US59134N3026 SEDOL #BQ67J98 (MMATQ) | 68.30 | 962.000 | 0.0610 | 58.68 | 232,329.29 | -232,270.61 | - - |
| Total Common Stock (79% of account holdings) | $203.80 | | | $191.18 | $233,769.29 | -$233,578.11 | - |
| **Total Stocks (79% of account holdings)** | **$203.80** | | | **$191.18** | **$233,769.29** | **-$233,578.11** | **-** |
| **Total Holdings** | | | | **$243.00** | **$233,769.29** | **-$233,578.11** | **$0.00** |

All positions held in cash account unless indicated otherwise.

Total Cost does not include the cost basis on core, money market or other positions where cost basis is unknown or not applicable.

h   The stated Interest Rate is the interest rate effective for Cash Balances in your FDIC-Insured Deposit Sweep on the last day of the statement period.

U.S Bankruptcy Court
Foley Federal Building and
U.S. Courthouse
Attn: Clerk of Court
300 Las Vegas Blvd. South
Las Vegas, NV 89101

RE: NOTICE OF REDACTION, Proof of Interest Form, Case # 24-50792

To Clerk of the Court,

My name is Gary Montemurro, and I hereby submit this NOTICE OF REDACTION for PROOF OF INTEREST FORM in the matter of Meta Materials, Inc., case number 24-50792. Per instructions by the Honorable Hillary L. Barnes, United States Bankruptcy Judge, and out of abundance of concern for the potential misuse of my personal information, I request all but the last 4 digits of my account number be redacted from my Proof on Interest form.

Per instructions, I have included with this filing and unredacted version of the POI, a redacted version of the POI, a detailed explanation of my MMAT trading records and their documentation, and a check for the $28 processing fee.

Thank you for your consideration in this matter.

*(signature)*
Gary Montemurro
5337 Lake Le Clare Rd.
Lutz, FL 33558