NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | | PROOF OF INTEREST |
|---|---|---|

**Name of Debtor:** META MATERIALS, INC

**Case Number:** 24-50792

**1. Name and address of holder of the Equity Interest** (the person or entity holding an Equity Interest in the Debtor Referred to hereinafter as the Interest holder)

JODY M MCDANIEL
3206 N Santa Anna
Chandler, AZ 85224

**Telephone Number:** 602 321 5721

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest Attach copy of statement giving particulars

☑ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors

**RECEIVED AND FILED**
DEC 11 2024
U.S. BANKRUPTCY COURT
MARY A SCHOTT, CLERK

NOTE This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein

**COURT USE ONLY**

**Account or other number by which Interest holder identifies Debtor**
Capl (-7631) 273 787111

Check here if this claim
☐ replaces a previously filed Proof of Interest dated _____
☐ amends a previously filed Proof of Interest dated _____

**2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest**
JODY M MCDANIEL
MORGAN STANLEY
PO BOX 484
JERSEY CITY 07303-0484

**Telephone Number:**

**3. Date Equity Interest was acquired**
Records can't be found but I think;
4/2020 - 7/2023

**4. Total amount of member interest** $5000-$7000

**5. Certificate number(s)** _____

**6. Type of Equity Interest**
Please indicate the type of Equity Interest you hold
☑ Check this box if your Equity Interest is based on an actual member interest held in the Debtor
☐ Check this box if your Equity Interest is based on anything else and describe that interest
**Description:**

**7. Supporting Documents** Attach copies of supporting documents such as stock certificates option agreements warrants etc
DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available explain. If the documents are voluminous attach a summary

**8. Date-Stamped Copy** To receive an acknowledgement of the filing of your Proof of Interest enclose a stamped self-addressed envelope and copy of this Proof of Interest

**9. Signature**
Check the appropriate box
☑ I am the creditor
☐ I am the creditor's authorized agent (Attach copy of power of attorney if any)
☐ I am the trustee, or the debtor, or their authorized agent (See Bankruptcy Rule 3004)
☐ I am a guarantor surety endorser or other codebtor (See Bankruptcy Rule 3005)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge information and reasonable belief

**Print Name:** JODY M MCDANIEL
**Title:**
**Company:** Address and telephone number (if different from notice address above)

(Signature) _[signed]_
(Date) jodigee@gmail.com

**Telephone number:** 602 321 5721  **email:** jodigee@gmail.com

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years or both 18 U S C §§ 152 AND 3571*

DOW ▼-0.28%     NASDAQ ▲0.81%     S&P 500 ▲0.25%

☰     **E✱TRADE** from Morgan Stanley     Log Off

↻ Refresh December 08, 2024 8:21 PM ET ⓘ

# Orders

| Open | **Executed** | Cancelled | Saved | Individual fills | Expired | Rejected | All | Bond quotes |

Account

Roth IRA -5348 ⌄

| From date | To date | Symbols | Order number | Order type | Order status | Security type | Results per page | |
|---|---|---|---|---|---|---|---|---|
| 📅 06/11/2( | 📅 12/08/2 | | | A ⌄ | Execute ⌄ | All ⌄ | 2 ⌄ | Apply filters |

Brokerage Update Disclosure ⓘ

| Date | Order | Type | Order type | Quantity | Symbol | Price type | Term | Price | Price executed | Status | Links |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 06/29/23 | 89 | Stock/ETF | Buy | 6 | LCID | Limit | Day | 6.50 | 6.47 | Executed | Portfolios |
| 06/29/23 | 88 | Stock/ETF | Buy | 500 | MMAT | Limit | Day | 0.202 | 0.20 | Executed | Portfolios |
| 06/26/23 | 87 | Stock/ETF | Buy | 20 | LCID | Limit | Day | 6.17 | 6.17† | Executed | Portfolios |
| 06/26/23 | 86 | Stock/ETF | Buy | 510 | MMAT | Limit | Day | 0.1933 | 0.1933 | Executed | Portfolios |
| 05/19/23 | 84 | Stock/ETF | Buy | 6,666 | DPLS | Limit | Day | 0.0097 | 0.0097 | Executed | Portfolios |
| 05/19/23 | 83 | Stock/ETF | Buy | 219 | MMAT | Limit | Day | 0.2284 | 0.2271 | Executed | Portfolios |
| 04/14/23 | 82 | Stock/ETF | Buy | 390 | MMAT | Limit | Day | 0.236 | 0.2357 | Executed | Portfolios |
| 04/06/23 | 78 | Stock/ETF | Buy | 250 | MMAT | Limit | Day | 0.41 | 0.4047 | Executed | Portfolios |
| 04/03/23 | 77 | Stock/ETF | Buy | 850 | MMAT | Limit | Day | 0.4123 | 0.4121 | Executed | Portfolios |
| 03/30/23 | 76 | Stock/ETF | Sell | 185 | GTII | Mkt | Day | Mkt | 1.95 | Executed | Gains/Loss |
| 03/24/23 | 75 | Stock/ETF | Buy | 130 | GTII | Limit | Day | 2.45 | 2.43 | Executed | Portfolios |
| 03/22/23 | 73 | Stock/ETF | Sell | 650 | MMAT | Mkt | Day | Mkt | 0.5271 | Executed | Gains/Loss |
| 03/21/23 | 72 | Stock/ETF | Buy | 55 | GTII | Limit | Day | 1.97 | 1.965 | Executed | Portfolios |
| 03/21/23 | 71 | Stock/ETF | Buy | 400 | MMAT | Limit | Day | 0.561 | 0.561† | Executed | Portfolios |
| 03/17/23 | 69 | Stock/ETF | Sell | 190 | GTII | Mkt | Day | Mkt | 1.7247† | Executed | Gains/Loss |
| 03/09/23 | 67 | Stock/ETF | Buy | 120 | GTII | Limit | Day | 1.65 | 1.645 | Executed | Portfolios |
| 03/03/23 | 64 | Stock/ETF | Buy | 250 | MMAT | Limit | Day | 0.62 | 0.6198 | Executed | Portfolios |
| 01/30/23 | 63 | Stock/ETF | Buy | 70 | GTII | Limit | Day | 1.57 | 1.57 | Executed | Portfolios |

◀ ▶

‹ Back

| DOW ▼ -0.28% | NASDAQ ▲ 0.81% | S&P 500 ▲ 0.25% |

≡  E*TRADE from Morgan Stanley  Log Off

↻ Refresh December 08, 2024 8:21 PM ET

# Orders

Open | **Executed** | Cancelled | Saved | Individual fills | Expired | Rejected | All | Bond quotes

Account: Roth IRA -5348

From date: 06/11/2 | To date: 12/08/2 | Symbols: | Order number: | Order type: | Order status: Execute | Security type: All | Results per page: 2 | Apply filters

Brokerage Update Disclosure ⓘ

| Date | Order | Type | Order type | Quantity | Symbol | Price type | Term | Price | Price executed | Status | Links |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2/13/23 | 123 | Stock/ETF | Buy | 110 | MGRX | Limit | Day | 0.66 | 0.595 | Executed | Portfolios |
| 2/07/23 | 121 | Stock/ETF | Buy | 600 | PCSA | Limit | Day | 0.799 | 0.799† | Executed | Portfolios |
| 2/03/23 | 117 | Stock/ETF | Sell | 4 | GOOG | Mkt | Day | Mkt | 131.26 | Executed | Gains/Loss |
| 1/20/23 | 116 | Stock/ETF | Buy | 4 | GOOG | Limit | Day | 138.06 | 138.03 | Executed | Portfolios |
| 1/16/23 | 115 | Stock/ETF | Sell | 5,109 | MMAT | Mkt | Day | Mkt | 0.0926 | Executed | Gains/Loss |
| 1/16/23 | 114 | Stock/ETF | Sell | 343 | HUBC | Mkt | Day | Mkt | 0.2876 | Executed | Gains/Loss |
| 0/26/23 | 113 | Stock/ETF | Buy | 200 | HUBC | Limit | Day | 0.69 | 0.6858 | Executed | Portfolios |
| 0/20/23 | 111 | Stock/ETF | Buy | 143 | HUBC | Limit | Day | 0.59 | 0.59 | Executed | Portfolios |
| 0/20/23 | 109 | Stock/ETF | Buy | 600 | MMAT | Limit | Day | 0.185 | 0.185 | Executed | Portfolios |
| 09/22/23 | 107 | Stock/ETF | Buy | 100 | GTII | Limit | Day | 0.72 | 0.7105 | Executed | Portfolios |
| 09/21/23 | 105 | Stock/ETF | Buy | 361 | MMAT | Limit | Day | 0.2078 | 0.2078 | Executed | Portfolios |
| 09/12/23 | 103 | Stock/ETF | Buy | 40 | FNGR | Limit | Day | 7.90 | 7.88 | Executed | Portfolios |
| 09/08/23 | 98 | Stock/ETF | Buy | 30 | FNGR | Limit | Day | 5.90 | 5.90 | Executed | Portfolios |
| 08/10/23 | 97 | Stock/ETF | Buy | 429 | MMAT | Limit | Day | 0.22 | 0.22 | Executed | Portfolios |
| 07/11/23 | 96 | Stock/ETF | Buy | 31 | FNGR | Limit | Day | 5.98 | 5.80 | Executed | Portfolios |
| 07/07/23 | 95 | Stock/ETF | Sell | 26 | LCID | Mkt | Day | Mkt | 7.46 | Executed | Gains/Loss |
| 07/07/23 | 94 | Stock/ETF | Buy | 75 | GTII | Limit | Day | 1.04 | 1.036 | Executed | Portfolios |
| 07/07/23 | 92 | Stock/ETF | Buy | 26 | FNGR | Mkt | Day | Mkt | 4.7976 | Executed | Portfolios |
| 07/06/23 | 91 | Stock/ETF | Buy | 14 | FNGR | Limit | Day | 3.89 | 3.89 | Executed | Portfolios |
| 07/03/23 | 90 | Stock/ETF | Buy | 1,000 | MMAT | Limit | Day | 0.20 | 0.20† | Executed | Portfolios |