NVB 3001 (Effective 1/21) Ammended Pleading Docket number #188    MMTLP See Attached letter

# UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA

**PROOF OF INTEREST**

| Name of Debtor: Meta Materials Inc. | Case Number: 24-50792 |

1. **Name and address of holder of the Equity Interest** (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

   Telephone Number:

   ☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

   ☒ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

   ☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

   **RECEIVED AND FILED**
   **DEC 11 2024**
   **U.S. BANKRUPTCY COURT**
   **MARY A. SCHOTT, CLERK**

   COURT USE ONLY

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

Account or other number by which Interest holder identifies Debtor:
ETrade-5365-1784 To Morgan Stanley 889-294179

Check here if this claim:
☐ replaces a previously filed Proof of Interest dated: _____
☒ amends a previously filed Proof of Interest dated: 11/15/2024

2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:
   ETrade Morgan Stanley P.O. Box 484 Jersey City, NJ 07303-0484

   Telephone Number: 800-387-2331

3. Date Equity Interest was acquired:
   10/12/2022 thru 12/08/2022

4. Total amount of member interest: $4395.68 - sold at a loss

5. Certificate number(s): _____

6. **Type of Equity Interest:**
   Please indicate the type of Equity Interest you hold:
   ☒ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
   ☐ Check this box if your Equity Interest is based on anything else and describe that interest:
   Description: Investor in Stock

7. **Supporting Documents**: Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
   DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. **Date-Stamped Copy**: To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

9. **Signature:**
   Check the appropriate box.
   ☒ I am the creditor.   ☐ I am the creditor's authorized agent.   ☐ I am the trustee, or the debtor,   ☐ I am a guarantor, surety, endorser, or other codebtor.
   (Attach copy of power of attorney, if any.)   or their authorized agent.   (See Bankruptcy Rule 3005.)
   (See Bankruptcy Rule 3004.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: Jeffrey M Christensen
Title: Shareholder
Company:__ Address and telephone number (if different from notice address above):

(Signature) Jeffry M. Christensen    (Date) 12/09/24

Telephone number: 208-681-5295    email: powerstrokeford2002@yahoo.com

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

| Print Form | Save Form | Clear Form |

NVB 5075 (Rev. 10/24)



# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

IN RE:

META MATERIALS INC.

                      Debtor(s)

BK–24–50792–hlb
CHAPTER 7

NOTICE OF DOCKETING ERROR

---

**NOTICE IS ORDERED** that the following docket entry requires correction:

| | |
|---|---|
| Docket Number/Entry: | *188* – Proof of Interest Filed by JEFFREY CHRISTENSEN (mms) |
| Filed On: | 11/15/24 |
| With A Hearing Date Of: | N/A |
| And A Hearing Time Of: | N/A |

The reason(s) for the required correction(s) is as follows:

* PDF has an incorrect case caption. Please refer to the Local Rules and file an amended pleading or file it in the correct case immediately. The following caption item(s) are incorrect/missing:
    * Case Number(s)
    * The case caption must reflect Debtor(s) name exactly as they appear on the docket sheet including terminated parties.

Dated: 11/15/24

*Mary A Schott*
Mary A. Schott
Clerk of Court

**For additional information, please visit the court's web site at https://www.nvb.uscourts.gov**

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

LAS VEGAS: 300 LAS VEGAS BLVD. SOUTH, LAS VEGAS, NV 89101

RENO: 300 BOOTH ST., RENO, NV 89509

(866) 232-1266

Mail Deficiency Form

The enclosed document was found deficient and/or cannot be filed. To avoid returned documents in the future, please comply with these items and all local rules.

**X** — The document **X** is not signed ___ is not originally signed. Digital, electronic, photocopied, faxed or /s/ signatures are not acceptable.

___ The case name does not correspond to any case on file in this court, therefore, your Proof of Claim or document cannot be filed and is being returned to you. Check any notices you may have received to determine whether the case is pending in this court or in another court, or under another name.

___ Your letter does not establish a proper Proof of Claim. Please complete and return the enclosed (blank) Proof of Claim form to this court.

___ The court charges a fee of $34.00 per search and .50 cents per copy.

___ Your correspondence was sent to our office by mistake. We are returning it to you.

___ This returned document requires a fee. Fee requirements can be found at www.nvb.uscourts.gov.

**X** Other: Please complete section 1, sign and return for filing.

*I Signed the Attached document per deficient notice request. —thanks.*
*See Attached form.*

If you have any questions regarding these items, please consult the local rules of practice for the District of Nevada @ www.nvb.uscourts.gov

Initials _AH_    Date _12-2-2024_