NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | | PROOF OF INTEREST |
|---|---|---|
| Name of Debtor: METAMATERIAL, INC | Case Number: 24-50792 | |

1. Name and address of holder of the Equity Interest (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

Angela St. Clair Lloyd
801 Timberline Drive
Lenoir City, TN 37772

Telephone Number: 865.250.2345

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

☒ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

RECEIVED AND FILED
DEC 11 2024
U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

COURT USE ONLY

**NOTE:** This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

Schwab →

Account or other number by which Interest holder identifies Debtor:
9569-0616 \ 7149-0442 \ 5391-3297
9985-8825 \ 7099-6621

Check here if this claim:
☐ replaces a previously filed Proof of Interest dated: _____
☐ amends a previously filed Proof of Interest dated: _____

2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:

Angela St Clair Lloyd
Charles Schwab & Co, Inc *
Telephone Number: 800.435-4000   (→ $459,961.88 +

Plus! →

3. Date Equity Interest was acquired:
March of 2021 – Feb of 2024
approximate dates
See Attached Documentation

4. Total amount of member interest: $ ~~459,961.88~~
LPL Financial 62 shares $9721.91 see
                                    attached acct ending...9130

5. Certificate number(s): See Attached Docs

6. Type of Equity Interest:
Please indicate the type of Equity Interest you hold:
☒ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
☐ Check this box if your Equity Interest is based on anything else and describe that interest:
Description: INVESTOR

7. Supporting Documents: Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. Date-Stamped Copy: To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

9. Signature:
Check the appropriate box.
☒ I am the creditor.   ☐ I am the creditor's authorized agent.   ☐ I am the trustee, or the debtor,   ☐ I am a guarantor, surety, endorser, or other codebtor.
(Attach copy of power of attorney, if any.)   or their authorized agent.   (See Bankruptcy Rule 3005.)
(See Bankruptcy Rule 3004.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: ANGELA ST CLAIR LLOYD
Title:
Company: ___ Address and telephone number (if different from notice address above):
_____
_____

(Signature) Angela St Clair Lloyd   (Date) 12.02.2024
Telephone number: 865.250.2345   email: ttctoday@gmail.com

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

*Charles Schwab & Co, Inc
Omaha Operations Center
P.O. Box 2339
Omaha, NE 68103

LPL Financial
4707 Executive Drive
San Diego, CA 92121

## PROOF OF INTEREST SUPPLEMENTAL INFORMATION:

## CASE: 24-50792, META MATERIALS, INC.

## FOR: ANGELA ST. CLAIR LLOYD

This includes purchases of both MMATF and MMAT

**BROKER: Charles Schwab**

| ACCT #s: | # OF SHARES Pre-Reverse Split | | | COST BASIS |
|---|---|---|---|---|
| 7149-0442 | 285,000 | | | $334,034.63 |
| 9569-0616 | 11,000 | | | $ 2,230.03 |
| 9985-8825 | 2,100 | | | $ 2,912.74 |
| 7099-6621 | 105,400 | | | $110,792.57 |
| | 403,500 | reverse split /100 = | 4,035 | |

**BROKER: LPL Financial**

Pre-Reverse Split

| 5391-3297 | **6,200** | reverse split /100 = | **62** | $ 9,721.91 |
|---|---|---|---|---|
| | 409,700 | | 4097 | |

My current holdings show an investment of $459,961.88

However I sold around 70,000 MMAT shares at a significant loss. I am unable to get that information in time for this POI and would like the opportunity to amend this document if the court allows us to include those shares in my loss.

Enclosed: TRANSACTION DOCUMENTATION for purchases in each account

I am a retired 68 year old woman, most of my savings, IRA and Roth IRA were invested in MMAT

*Angela St. Clair Lloyd* (signature)

Angela St Clair Lloyd



Schwab One® Account of

ANGELA S LLOYD  
DESIGNATED BENE PLAN/TOD

Statement Period  
September 1-30, 2024

## A Message About Your Account

### Statement of Financial Condition

The most recent statement of financial condition for Charles Schwab & Co., Inc. (CS&Co) may be obtained at no cost at http://www.schwab.com/legal/financials or by calling 1-800-435-4000. For clients of independent investment advisors, contact Schwab Alliance at 1-800-647-5465. International clients, call +1-415-667-7870 and Charles Schwab Hong Kong clients, call +852-2101-0500. At June 30, and July 31, 2024, CS&Co had net capital of $8.8 billion and $9.0 billion, respectively, and a net capital requirement of $1.7 billion and $1.8 billion, respectively. A copy of the report may be requested via: Investor Relations, 211 Main Street, San Francisco, CA 94105. Independent investment advisors are not owned by, affiliated with, or supervised by CS&Co.

## Positions - Summary



| Beginning Value as of 09/01 | + | Transfer of Securities(In/Out) | + | Dividends Reinvested | + | Cash Activity | + | Change in Market Value | = | Ending Value as of 09/30 | | Cost Basis | | Unrealized Gain/(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ███ | | $0.00 | | $0.00 | | $0.03 | | ███ | | ███1 | | ███4 | | ███ |

Values may not reflect all of your gains/losses; Schwab has provided accurate gain and loss information wherever possible for most investments. Cost basis may be incomplete or unavailable for some of your holdings and may change or be adjusted in certain cases. Statement information should not be used for tax preparation, instead refer to official tax documents. For additional information refer to Terms and Conditions.

## Cash and Cash Investments

| Type | Symbol | Description | Quantity | Price($) | Beginning Balance($) | Ending Balance($) | Change in Period Balance($) | Pending/Unsettled Cash($) | Interest/ Yield Rate | % of Acct |
|---|---|---|---|---|---|---|---|---|---|---|
| Bank Sweep | | CHARLES SCHWAB BANK X,Z | | | 84.54 | 84.57 | 0.03 | | 0.20% | 4% |
| **Total Cash and Cash Investments** | | | | | **$84.54** | **$84.57** | **$0.03** | | | **4%** |

## Positions - Equities

| Symbol | Description | Quantity | Price($) | Market Value($) | Cost Basis($) | Unrealized Gain/(Loss)($) | Est. Yield | Est. Annual Income($) | % of Acct |
|---|---|---|---|---|---|---|---|---|---|
| ███ | ███ | ███ | ███ | ███ | ███ | ███ | N/A | 0.00 | ███ |
| ███ | ███ | ███ | ███ | ███ | ███ | ███ | N/A | 0.00 | ███ |
| ███ | ███ | ███ | ███ | ███ | ███ | ███ | N/A | 0.00 | ███ |
| ███ | ███ | ███ | ███ | ███ | ███ | ███ | N/A | 0.00 | ███ |
| ███ | ███ | ███ | ███ | ███ | ███ | ███ | N/A | 0.00 | ███ |
| MMATQ | META MATLS INC | 2,850.0000 | 0.37000 | 1,054.50 | 334,034.63 | (332,980.13) | N/A | 0.00 | 53% |





Contributory IRA of

ANGELA S LLOYD
CHARLES SCHWAB & CO INC CUST
IRA CONTRIBUTORY

Statement Period

November 1-30, 2024

## Positions - Summary



Values may not reflect all of your gains/losses; Schwab has provided accurate gain and loss information wherever possible for most investments. Cost basis may be incomplete or unavailable for some of your holdings and may change or be adjusted in certain cases. Statement information should not be used for tax preparation, instead refer to official tax documents. For additional information refer to Terms and Conditions.

## Cash and Cash Investments

| Type | Symbol | Description | Quantity | Price($) | Beginning Balance($) | Ending Balance($) | Change in Period Balance($) | Pending/Unsettled Cash($) | Interest/ Yield Rate | % of Acct |
|---|---|---|---|---|---|---|---|---|---|---|
| Bank Sweep | | CHARLES SCHWAB BANK X,Z | | | 30.82 | 30.82 | 0.00 | | 0.10% | 10% |
| **Total Cash and Cash Investments** | | | | | **$30.82** | **$30.82** | **$0.00** | | | **10%** |

## Positions - Equities

| Symbol | Description | Quantity | Price($) | Market Value($) | Cost Basis($) | | st. Yield | Est. Annual Income($) | % of Acct |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | .50 | | N/A | 0.00 | 12% |
| MMATQ | META MATLS INC | 110.0000 | 0.06100 | 6.71 | 2,230.03 | | N/A | 0.00 | 2% |
| | | | | | | | N/A | 0.00 | <1% |
| | | | | | | | N/A | 0.00 | 74% |
| **Total Equities** | | | | | | | | **$0.00** | **90%** |

Estimated Annual Income ("EAI") and Estimated Yield ("EY") calculations are for informational purposes only. The actual income and yield might be lower or higher than the estimated amounts. EY is based upon EAI and the current price of the security and will fluctuate. For certain types of securities, the calculations could include a return of principal or capital gains in which case EAI and EY would be overstated. EY and EAI are not promptly updated to reflect when an issuer has missed a regular payment or announced changes to future payments, in which case EAI and EY will continue to display at a prior rate.




Schwab One® Account of

ANGELA S LLOYD &
TIANA T TYRRELL
DESIGNATED BENE PLAN/TOD

Statement Period
July 1 - September 30, 2024

# A Message About Your Account (continued)

clients, call +852-2101-0500. At June 30, and July 31, 2024, CS&Co had net capital of $8.8 billion and $9.0 billion, respectively, and a net capital requirement of $1.7 billion and $1.8 billion, respectively. A copy of the report may be requested via: Investor Relations, 211 Main Street, San Francisco, CA 94105. Independent investment advisors are not owned by, affiliated with, or supervised by CS&Co.

## Positions - Summary

| Beginning Value as of 07/01 | + | Transfer of Securities(In/Out) | + | Dividends Reinvested | + | Cash Activity | + | Change in Market Value | = | Ending Value as of 09/30 | Cost Basis | Unrealized Gain/(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| $63.97 | | $0.00 | | $0.00 | | $0.00 | | ($55.44) | | $8.53 | $2,912.74 | ($2,904.97) |

Values may not reflect all of your gains/losses; Schwab has provided accurate gain and loss information wherever possible for most investments. Cost basis may be incomplete or unavailable for some of your holdings and may change or be adjusted in certain cases. Statement information should not be used for tax preparation, instead refer to official tax documents. For additional information refer to Terms and Conditions.

## Cash and Cash Investments

| Type | Symbol | Description | Quantity | Price($) | Beginning Balance($) | Ending Balance($) | Change in Period Balance($) | Pending/Unsettled Cash($) | Interest/ Yield Rate | % of Acct |
|---|---|---|---|---|---|---|---|---|---|---|
| Bank Sweep | | CHARLES SCHWAB BANK x,z | | | 0.76 | 0.76 | 0.00 | | 0.20% | 9% |
| **Total Cash and Cash Investments** | | | | | **$0.76** | **$0.76** | **$0.00** | | | **9%** |

## Positions - Equities

| Symbol | Description | Quantity | Price($) | Market Value($) | Cost Basis($) | Unrealized Gain/(Loss)($) | Est. Yield | Est. Annual Income($) | % of Acct |
|---|---|---|---|---|---|---|---|---|---|
| MMATQ | META MATLS INC | 21.0000 | 0.37000 | 7.77 | 2,912.74 | (2,904.97) | N/A | 0.00 | 91% |
| **Total Equities** | | | | **$7.77** | **$2,912.74** | **($2,904.97)** | | **$0.00** | **91%** |

Estimated Annual Income ("EAI") and Estimated Yield ("EY") calculations are for informational purposes only. The actual income and yield might be lower or higher than the estimated amounts. EY is based upon EAI and the current price of the security and will fluctuate. For certain types of securities, the calculations could include a return of principal or capital gains in which case EAI and EY would be overstated. EY and EAI are not promptly updated to reflect when an issuer has missed a regular payment or announced changes to future payments, in which case EAI and EY will continue to display at a prior rate.



Roth Contributory IRA of

ANGELA S LLOYD
CHARLES SCHWAB & CO INC CUST
ROTH CONTRIBUTORY IRA

Statement Period
July 1 - September 30, 2024

## A Message About Your Account (continued)
affiliated with, or supervised by CS&Co.

## Positions - Summary

| Beginning Value as of 07/01 | + | Transfer of Securities(In/Out) | + | Dividends Reinvested | + | Cash Activity | + | Change in Market Value | = | Ending Value as of 09/30 | Cost Basis | Unrealized Gain/(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| $3,173.27 | | $0.00 | | $0.00 | | $0.00 | | ($2,782.56) | | $390.71 | $110,792.57 i | ($110,484.19) i |

Values may not reflect all of your gains/losses; Schwab has provided accurate gain and loss information wherever possible for most investments. Cost basis may be incomplete or unavailable for some of your holdings and may change or be adjusted in certain cases. Statement information should not be used for tax preparation, instead refer to official tax documents. For additional information refer to Terms and Conditions.

## Cash and Cash Investments

| Type | Symbol | Description | Quantity | Price($) | Beginning Balance($) | Ending Balance($) | Change in Period Balance($) | Pending/Unsettled Cash($) | Interest/ Yield Rate | % of Acct |
|---|---|---|---|---|---|---|---|---|---|---|
| Bank Sweep | | CHARLES SCHWAB BANK x,z | | | 0.73 | 0.73 | 0.00 | | 0.20% | <1% |
| **Total Cash and Cash Investments** | | | | | **$0.73** | **$0.73** | **$0.00** | | | **<1%** |

## Positions - Equities

| Symbol | Description | Quantity | Price($) | Market Value($) | Cost Basis($) | Unrealized Gain/(Loss)($) | Est. Yield | Est. Annual Income($) | % of Acct |
|---|---|---|---|---|---|---|---|---|---|
| MMATQ | META MATLS INC | 1,054.0000 | 0.37000 | 389.98 | 110,792.57 i,t | (110,484.19) i | N/A | 0.00 | 100% |
| **Total Equities** | | | | **$389.98** | **$110,792.57** | **($110,484.19)** | | **$0.00** | **100%** |

Estimated Annual Income ("EAI") and Estimated Yield ("EY") calculations are for informational purposes only. The actual income and yield might be lower or higher than the estimated amounts. EY is based upon EAI and the current price of the security and will fluctuate. For certain types of securities, the calculations could include a return of principal or capital gains in which case EAI and EY would be overstated. EY and EAI are not promptly updated to reflect when an issuer has missed a regular payment or announced changes to future payments, in which case EAI and EY will continue to display at a prior rate.

# Account Holdings

## Cash and Cash Equivalents

| Description | Interest/Dividend Paid 09/01 - 09/30 | Interest/Dividend Rate[3] | Current Balance |
|---|---|---|---|
| **INSURED CASH ACCOUNT**[4] | | | |
| US Bank National Association | | | $1,905.05 |
| **TOTAL INSURED CASH ACCOUNT** | $0.51 | 0.31% | $1,905.05 |
| **Total Cash and Cash Equivalents** | | | **$1,905.05** |

## Equities and Options

Visit our digital client experience to see lot level details, average cost per share, current market values and more.

| Security ID / Description | Quantity Price | Market Value | Cost Basis Unrealized G/L | Purchase Cost Investment G/L | Est Annual Income[a] Est 30-Day Yield[a] |
|---|---|---|---|---|---|
| MMATQ META MATERIALS INC NEW [c] | 62.000 $0.3700 | $22.94 | $9,721.91 ($9,698.97) | $9,721.91 ($9,698.97) | |
| **Total** | | **$22.94** | **$9,721.91 ($9,698.97)** | **$9,721.91 ($9,698.97)** | |

[c] Dividends and/or capital gains distributed by this security will be distributed as cash.

## Total Account Holdings

| | Market Value | Cost Basis Unrealized G/L | Est Annual Income |
|---|---|---|---|
| | $1,927.99 | $11,626.96 ($9,698.97) | $0.00 |

---

[3] Bank Deposit Sweep interest is the current rate. Money Market Sweep dividend is a 30-day yield.
[4] Bank Deposit Sweep Accounts are FDIC insured, are not obligations of LPL Financial or SIPC, and are not available for margin purposes. See message section for further information.
[a] Refer to the statement message titled ESTIMATED ANNUAL INCOME (EAI) AND ESTIMATED YIELD (EY) for information on how this figure is calculated.

LPL Financial
Securities Offered Through LPL Financial
Member FINRA/SIPC
4707 Executive Drive, San Diego, CA 92121-3091

Advisory Services Offered Through
TENNESSEE VALLEY ASSET MANAGEMENT PARTNERS
6025 BROOKVALE LANE STE 160, KNOXVILLE, TN 37919