NVB 3001 (Effective 1/21)

UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA

**PROOF OF INTEREST**

Name of Debtor:

META MATERIALS, INC.

Case Number:
24-50792

COURT USE ONLY

RECEIVED AND FILED
DEC 11 2024
U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

**1. Name and address of holder of the Equity Interest** (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

Wilma Connie Jean Stone & Michael Stone JT TEN
21475 Rolling Oaks Dr.
Red Bluff, Ca. 96080

Telephone Number: 530-200-1306

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

X Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

**NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.**

Account or other number by which Interest holder identifies Debtor:
TD Ameritrade: 686-161713
Charles Schwab: 6211-9994

Check here if this claim:
☐ replaces a previously filed Proof of Interest dated:
☐ amends a previously filed Proof of Interest dated:

**2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:**

**Wilma Connie Jean Stone & Michael Stone JT TEN**

**Charles Schwab & Co., Inc.**
**El Paso Operations Center**
**P.O. Box 982600**
**El Paso, TX 79998-2600**

**Telephone Number: 877-519-1403**

**3. Date Equity Interest was acquired:**

**Between Sept. 2022 and Sept. 2023**

**4. Total amount of member interest:**
**Total shares held Pre-Reverse Split was 4544 totaling $2192.78**

**Number of shares still holding Post- Reverse Splist is 46 shares**

**5. Certificate number(s):** **See attached documents**

**6. Type of Equity Interest:**
Please indicate the type of Equity Interest you hold:
XCheck this box if your Equity Interest is based on an actual member interest held in the Debtor.
☐ Check this box if your Equity Interest is based on anything else and describe that interest:
**Description:**

**7. Supporting Documents**: Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**8. Date-Stamped Copy:** To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

**9. Signature:**

Check the appropriate box.

X I am the creditor. ❒ I am the creditor's authorized agent. (Attach copy of power of attorney, if any.)

❒ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)

❒ I am a guarantor, surety, endorser, or other codebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: Wilma C J Stone & Michael Stone JT TEN
Title:
Company: Address and telephone number (if different from notice address above):

(Signature) Wilma Connie Jean Stone & Michael Stone

(Date) 12/7/2024

Telephone number: email: wcjstone@gmail.com

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

**Transaction History for Joint Tenant ...994**

## Transactions found from 10/23/2020 to 10/23/2024

| Date ▼ | Action | Symbol / Description | Quantity | Price | Fees & Comm | Amount |
|---|---|---|---|---|---|---|
| 01/29/2024 | Reverse Split | MMAT META MATLS INC | 46 | | | |
| 11/06/2023 | Journaled Shares | MMAT TDA TRAN - TRANSFER OF SECURITY OR OPTION OUT (MMAT) | -4,544 | | | |
| 11/06/2023 | Internal Transfer | MMAT META MATLS INC | 4,544 | | | |
| 05/17/2023 | Buy | MMAT TDA TRAN - Bought 3063 (MMAT) @0.2284 | 3,063 | $0.2284 | | -$699.59 |
| 03/30/2023 | Journaled Shares | MMAT TDA TRAN - INTERNAL TRANSFER BETWEEN ACCOUNTS OR ACCOUNT TYPES (MMAT) | 1,481 | | | |
| 03/30/2023 | Journaled Shares | MMAT TDA TRAN - INTERNAL TRANSFER BETWEEN ACCOUNTS OR | -1,481 | | | |

| Date ▾ | Action | Symbol / Description | Quantity | Price | Fees & Comm | Amount |
|---|---|---|---|---|---|---|
| | | ACCOUNT TYPES (MMAT) | | | | |
| 10/31/2022 | Buy | MMAT TDA TRAN - Bought ...535 (MMAT) @1.1197 | 535 | $1.1197 | | -$599.04 |
| 10/31/2022 | Buy | MMAT TDA TRAN - Bought ...446 (MMAT) @1.1194 | 446 | $1.1194 | | -$499.25 |
| 09/02/2022 | Buy | MMAT TDA TRAN - Bought ...500 (MMAT) @0.7898 | 500 | $0.7898 | | -$394.90 |

Page Total: **-$2,192.78**

Intra-day transactions are subject to change.

Brokerage Account Balances are from the previous market close, but also may include new activity that will be posted to your account at after market close. Balances are subject to change.

Bank sweep information can be found on your Statements. Current Balance bank sweep information can be found on the Balances page.

(1123-3U5Y, 0924-CLCV)

**Brokerage Products: Not FDIC Insured • No Bank Guarantee • May Lose Value**

Account: ...994
Today's Date: 01:20 PM ET, 10/23/2024

The Charles Schwab Corporation provides a full range of brokerage, banking and financial advisory services through its operating subsidiaries. Its broker-dealer subsidiary, Charles Schwab & Co. Inc. (Member SIPC), and its affiliates offer investment services and products. Its banking subsidiary, Charles Schwab Bank, SSB (member FDIC and an Equal Housing Lender), provides deposit and lending services and products. This site is designed for U.S. residents. Non-U.S. residents are subject to country-specific restrictions. Learn more about our services for non-US Residents , Charles Schwab Hong Kong clients , Charles Schwab UK clients. © 2024 Charles Schwab & Co., Inc. All rights reserved. Member SIPC. Unauthorized access is prohibited. Usage will be monitored.

**PROOF OF INTEREST SUPPLEMENTAL INFORMATION:**

**CASE: 24-50792, META MATERIALS, INC.**

**FOR: WILMA CONNIE JEAN STONE & MICHAEL STONE JT TEN**

*Broker TD AMERITADE / CHARLES SCHWAB*

ACCT # 686-161713

TRANSACTIONS (Pre-Reverse Split)

| | | | |
|---|---|---|---|
| 44896665947 | 09/02/2022 | Purchased 500 shares | .7898 [$394.90 total invested] |
| 46035367572 | 10/31/2022 | Purchased 446 shares | 1.1194 [$499.25 total invested] |
| 46035403097 | 10/31/2022 | Purchased 535 shares | 1.1197 [$599.04 total invested] |
| 50100010180 | 05/17/2023 | Purchased 3,063 shares | .228399 [$699.59 total invested] |

**TOTAL SHARES HELD PRE-REVERSE SPLIT 4544 shares** [46 POST REVERSE SPLIT]

**TOTAL MONIES INVESTED PRE-REVERSE SPLIT $2192.78**

**TRANSACTIONS [Post-Reverse NONE]**

**SALES - None**

*See Transaction documentation attached.



PO BOX 2577 - OMAHA NE 68103-2577
Please do not send deposits or correspondence to this address.

**TD AMERITRADE, INC.**
**PO BOX 2209**
**OMAHA NE 68103-2209**

WILMA CONNIE JEAN STONE & MICHAEL
STONE JT TEN
21475 ROLLING OAKS DR
RED BLUFF CA 96080-7974



## Confirmation Notice

| ACCOUNT NO. | OTHER INFO | TRANSACTION NUMBER | CAP CODES | YOUR REPRESENTATIVE |
|---|---|---|---|---|
| 686-161713-2 | | 44896665947 | A | TD AMERITRADE |

| ACTIVITY | QUANTITY | CUSIP NUMBER | PRICE | PRINCIPAL AMOUNT | MISC. FEES | REG FEES |
|---|---|---|---|---|---|---|
| YOU BOUGHT | 500 | 59134N104 | .7898 | 394.90 | | 0.00 |

| AS OF TRADE DATE | TRADE DATE | SETTLEMENT DATE | INTEREST | COMMISSION/FEE | NET AMOUNT |
|---|---|---|---|---|---|
| | 09/02/2022 | 09/07/2022 | | 0.00 | **394.90** |

| TRADE DESCRIPTION | SYMBOL |
|---|---|
| META MATERIALS INC COM | MMAT |

THIS IS AN UNSOLICITED TRADE
FOR FURTHER INFORMATION REGARDING YOUR TRADE CONFIRMATION
PLEASE REFER TO THE TERMS AND CONDITIONS.
*CLBL - If the above security description includes a 'CLBL' notation, this transaction involves a debt security that is subject to call or redemption before maturity. The debt security may be called or redeemed in whole or in part before maturity which could affect its yield. Additional information is available upon request.



PO BOX 2577 - OMAHA NE 68103-2577
Please do not send deposits or correspondence to this address.

TD AMERITRADE, INC.
PO BOX 2209
OMAHA NE 68103-2209

WILMA CONNIE JEAN STONE & MICHAEL
STONE JT TEN
21475 ROLLING OAKS DR
RED BLUFF CA 96080-7974



**Confirmation Notice**

| ACCOUNT NO. | OTHER INFO | TRANSACTION NUMBER | CAP CODES | YOUR REPRESENTATIVE |
|---|---|---|---|---|
| 686-161713-2 | | 46035367572 | A | TD AMERITRADE |

| ACTIVITY | QUANTITY | CUSIP NUMBER | PRICE | PRINCIPAL AMOUNT | MISC. FEES | REG FEES |
|---|---|---|---|---|---|---|
| YOU BOUGHT | 446 | 59134N104 | 1.1194 | 499.25 | | 0.00 |

| AS OF TRADE DATE | TRADE DATE | SETTLEMENT DATE | INTEREST | COMMISSION/FEE | NET AMOUNT |
|---|---|---|---|---|---|
| | 10/31/2022 | 11/02/2022 | | 0.00 | **499.25** |

| TRADE DESCRIPTION | SYMBOL |
|---|---|
| META MATERIALS INC<br>COM | MMAT |

THIS IS AN UNSOLICITED TRADE
FOR FURTHER INFORMATION REGARDING YOUR TRADE CONFIRMATION
PLEASE REFER TO THE TERMS AND CONDITIONS.
*CLBL - If the above security description includes a 'CLBL' notation, this transaction involves a debt security that is subject to call or redemption before maturity. The debt security may be called or redeemed in whole or in part before maturity which could affect its yield. Additional information is available upon request.

| ACCOUNT NO. | OTHER INFO | TRANSACTION NUMBER | CAP CODES | YOUR REPRESENTATIVE |
|---|---|---|---|---|
| 686-161713-2 | | 46035403097 | A | TD AMERITRADE |

| ACTIVITY | QUANTITY | CUSIP NUMBER | PRICE | PRINCIPAL AMOUNT | MISC. FEES | REG FEES |
|---|---|---|---|---|---|---|
| YOU BOUGHT | 535 | 59134N104 | 1.1197 | 599.04 | | 0.00 |

| AS OF TRADE DATE | TRADE DATE | SETTLEMENT DATE | INTEREST | COMMISSION/FEE | NET AMOUNT |
|---|---|---|---|---|---|
| | 10/31/2022 | 11/02/2022 | | 0.00 | **599.04** |

| TRADE DESCRIPTION | SYMBOL |
|---|---|
| META MATERIALS INC<br>COM | MMAT |

THIS IS AN UNSOLICITED TRADE
FOR FURTHER INFORMATION REGARDING YOUR TRADE CONFIRMATION
PLEASE REFER TO THE TERMS AND CONDITIONS.
*CLBL - If the above security description includes a 'CLBL' notation, this transaction involves a debt security that is subject to call or redemption before maturity. The debt security may be called or redeemed in whole or in part before maturity which could affect its yield. Additional information is available upon request.



PO BOX 2577 - OMAHA NE 68103-2577
Please do not send deposits or correspondence to this address.

**TD AMERITRADE, INC.**
**PO BOX 2209**
**OMAHA NE 68103-2209**

WILMA CONNIE JEAN STONE & MICHAEL
STONE JT TEN
21475 ROLLING OAKS DR
RED BLUFF CA 96080-7974



## Confirmation Notice

| ACCOUNT NO. | OTHER INFO | TRANSACTION NUMBER | CAP CODES | YOUR REPRESENTATIVE |
|---|---|---|---|---|
| 686-161713-1 | | 50100010180 | A | TD AMERITRADE |

| ACTIVITY | QUANTITY | CUSIP NUMBER | PRICE | PRINCIPAL AMOUNT | MISC. FEES | REG FEES |
|---|---|---|---|---|---|---|
| YOU BOUGHT | 3,063 | 59134N104 | .228399 | 699.59 | | 0.00 |

| AS OF TRADE DATE | TRADE DATE | SETTLEMENT DATE | INTEREST | COMMISSION/FEE | NET AMOUNT |
|---|---|---|---|---|---|
| | 05/17/2023 | 05/19/2023 | | 0.00 | **699.59** |

| TRADE DESCRIPTION | SYMBOL |
|---|---|
| META MATERIALS INC COM | MMAT |

THIS IS AN UNSOLICITED TRADE
FOR FURTHER INFORMATION REGARDING YOUR TRADE CONFIRMATION
PLEASE REFER TO THE TERMS AND CONDITIONS.
*CLBL - If the above security description includes a 'CLBL' notation, this transaction involves a debt security that is subject to call or redemption before maturity. The debt security may be called or redeemed in whole or in part before maturity which could affect its yield. Additional information is available upon request.