NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | | **PROOF OF INTEREST** |
|---|---|---|
| Name of Debtor: META MATERIAL, INC. | Case Number: 24-50792 | |
| 1. Name and address of holder of the Equity Interest (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"): <br><br>Wilma C J Stone <br>21475 Rolling Oaks Dr. <br>Red Bluff, Ca. 9608 <br><br>Telephone Number: 530-200-1306 | ☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars. <br><br>xCheck box if you have never received any notices from the bankruptcy court or the Debtors in this case. <br><br>☐ Check box if this address differs from the address on the envelope sent to you by the Debtors. | COURT USE ONLY <br><br>**RECEIVED AND FILED** <br><br>DEC 11 2024 <br><br>U.S. BANKRUPTCY COURT <br>MARY A. SCHOTT, CLERK |

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

| Account or other number by which Interest holder identifies Debtor: <br>TD AMERITRADE 255-781945-1 <br>CHARLES SCHWAB 4206-3040 | Check here if this claim: <br>☐ replaces a previously filed Proof of Interest dated: <br>☐ amends a previously filed Proof of Interest dated: |
|---|---|
| 2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest: <br><br>Wilma C J Stone <br><br>Charles Schwab & Co., Inc. <br>El Paso Operations Center <br>P.O. Box 982600 <br>El Paso, TX 79998-2600 <br><br><br>Telephone Number: 530-200-1306 | 3. Date Equity Interest was acquired: <br><br>BETWEEN July 2023 and July of 2024 |
| 4. Total amount of member interest: =$864.16 <br>Shares held Pre Reverse Split 5,560 for $1169.74 <br><br>Shares Post Reverse Split 122 at $2.505 totaling $305.58 | 5. Certificate number(s): SEE ATTACHED DOCUMENTS |

6. Type of Equity Interest:
   Please indicate the type of Equity Interest you hold:
   xCheck this box if your Equity Interest is based on an actual member interest held in the Debtor.
   ☐ Check this box if your Equity Interest is based on anything else and describe that interest:
   **Description: INVESTOR**

7. Supporting Documents: Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. Date-Stamped Copy: To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof

| of Interest. |
|---|

**9. Signature:**
Check the appropriate box.
x I am the creditor.   ☐ I am the creditor's authorized agent.         ☐ I am the trustee, or the debtor,         ☐ I am a guarantor, surety, endorser, or other codebtor.
            (Attach copy of power of attorney, if any.)          or their authorized agent.
                                                                                                                          (See Bankruptcy Rule 3005.)
                                                                (See Bankruptcy Rule 3004.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name:  Wilma C J Stone
Title:
Company: Address and telephone number (if different from notice address above):

(Signature) *[signature]*

(Date) 12/7/2024

Telephone number: 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

email: wcjstone@gmail.com

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

## Realized Gain / Loss

Updated: 05:06:36 AM ET, 12/06/2024

**Individual ...040**

ew Positions

For today's transactions, real time realized gain/loss information may be delayed.

View Historical GainsKeeper Transactions    Cost Basis Calculator

> Historical gains and losses for your transitioned TD Ameritrade account are not shown on this page. Please visit GainsKeeper® to view historical transactions for your account.

**Date range**

Custom Date Range

**From** mm/dd/yyyy

01/01/2022

**To** mm/dd/yyyy

12/06/2024

**Symbol** (Optional)

MMAT

Search

Gain/Loss Summary    Transaction Analyzer

**Reporting Period**
01/01/2022 to 12/06/2024

Total Proceeds        $305.58
Total Cost Basis    $28,604.86

**Transaction Averages**
Average Gain      0%
Average Loss    -98.93%

**Transaction Count**
Gain Count    0
Loss Count    1

Gain Rate
**0.00%**

### Realized Gain/Loss Details

Chart based on 1 record

Show Chart

-98%
-98.25%
-98.5%
-98.75%
-99%
-99.25%
-99.5%

Jul 24        Jul 25        Jul 26

*Handwritten note: "I am confused about these numbers. I CAN NOT get them to add up."* [signed]

| Symbol Description | Closed Date | Quantity | Closing Price | Proceeds | Cost Basis (CB) | Total | Long Term | Short Term |
|---|---|---|---|---|---|---|---|---|
| MMAT META MATLS INC | 07/25/2024 | 122 | $2.50 | $305.58 | $28,604.86 | -$28,299.28 | -$27,369.35 | -$929.93 |
| **Account Total** | | | | $305.58 | $28,604.86 | -$28,299.28 | -$27,369.35 | -$929.93 |

## Disclosures & Footnotes

The Realized Gain-Loss Analysis should not be considered a substitute for your trade confirmations, account statements or tax forms. Supplemental data is shown for informational purposes only, and should not be considered individualized recommendations or personalized investment advice.

Values for fixed income securities have been adjusted for amortization/accretion; with the exception of variable rate and mortgage-backed securities or for accounts with this preference turned off.

Total Cash represents income and expenses as they occur; it may be inconsistent with values shown elsewhere on Schwab.com and on your monthly account statement.

The Realized Gain/Loss page provides summary information of closed transactions. Not all closed transactions appear on this page.

Please view the Cost Basis Disclosure Statement for additional information on cost basis methods choices and how Schwab reports adjusted cost basis information to the IRS.

Please note that gains and losses realized in retirement accounts are not recognized for tax purposes. Rather, income may be recognized when you receive a cash distribution from these accounts. Please contact your tax advisor for further information.

The total Realized Gain/Loss for this account includes values for Short Positions held in the account. For more information on summary totals when there are Short Positions please see the Help Section.

-23-3BXK, 0623-37YU, 1123-3XUW)

Today's Date: 05:09 AM ET, 12/06/2024

*Own your tomorrow*

Check the background of Charles Schwab or one of its investment professionals on FINRA'S BrokerCheck.

Investment and Insurance Products Are: Not FDIC Insured • Not Insured by Any Federal Government Agency • Not a Deposit or Other Obligation of, or Guaranteed by, the Bank or any of its Affiliates • Subject to Investment Risks, Including Possible Loss of Principal Amount Invested

The Charles Schwab Corporation provides a full range of brokerage, banking and financial advisory services through its operating subsidiaries. Its broker-dealer subsidiary, Charles Schwab & Co. Inc. (Member SIPC), and its affiliates offer investment services and products. Its banking subsidiary, Charles Schwab Bank, SSB (member FDIC and an Equal Housing Lender), provides deposit and lending services and products.

This site is designed for U.S. residents. Non-U.S. residents are subject to country-specific restrictions. Learn more about our services for non-US Residents, Charles Schwab Hong Kong clients, Charles Schwab UK clients.

2024 Charles Schwab & Co., Inc. All rights reserved. Member SIPC. Unauthorized access is prohibited. Usage will be monitored.

## Transaction History for Individual ...040

## Transactions found from 10/23/2020 to 10/23/2024

| Date ▼ | Action | Symbol / Description | Quantity | Price | Fees & Comm | Amount |
|---|---|---|---|---|---|---|
| 07/25/2024 | Sell | MMAT META MATLS INC | 122 | $2.505 | $0.03 | $305.58 |
| 01/29/2024 | Reverse Split | MMAT META MATLS INC | 122 | | | |
| 12/29/2023 | Buy | MMAT META MATLS INC | 1,060 | $0.066 | | -$69.96 |
| 12/11/2023 | Buy | MMAT META MATLS INC | 42 | $0.0699 | | -$2.94 |
| 11/06/2023 | Journaled Shares | MMAT TDA TRAN - TRANSFER OF SECURITY OR OPTION OUT (MMAT) | -11,089 | | | |
| 11/06/2023 | Internal Transfer | MMAT META MATLS INC | 11,089 | | | |
| 09/27/2023 | Buy | MMAT TDA TRAN - Bought ...930 (MMAT) @0.2150 | 930 | $0.215 | | -$199.95 |
| 08/07/2023 | Buy | MMAT TDA TRAN - Bought ...850 (MMAT) @0.2300 | 850 | $0.23 | | -$195.50 |

| Date ▼ | Action | Symbol / Description | Quantity | Price | Fees & Comm. | Amount |
|---|---|---|---|---|---|---|
| 08/04/2023 | Buy | MMAT TDA TRAN - Bought ...116 (MMAT) @0.2400 | 116 | $0.24 | | -$27.84 |
| 08/04/2023 | Buy | MMAT TDA TRAN - Bought ...288 (MMAT) @0.2428 | 288 | $0.2428 | | -$69.93 |
| 08/01/2023 | Buy | MMAT TDA TRAN - Bought 1900 (MMAT) @0.2599 | 1,900 | $0.2599 | | -$493.81 |
| 07/24/2023 | Buy | MMAT TDA TRAN - Bought ...270 (MMAT) @0.2218 | 270 | $0.2218 | | -$59.89 |
| 07/20/2023 | Journaled Shares | MMAT TDA TRAN - INTERNAL STOCK TRANSFER BETWEEN LIKE ACCOUNTS (MMAT) | 217 | | | |
| 07/20/2023 | Buy | MMAT TDA TRAN - Bought ...220 (MMAT) @0.2269 | 220 | $0.2269 | | -$49.92 |
| 07/18/2023 | Journaled Shares | MMAT TDA TRAN - INTERNAL | 5,141 | | | |

| Date ▼ | Action | Symbol / Description | Quantity | Price | Fees & Comm | Amount |
|---|---|---|---|---|---|---|
| | | STOCK TRANSFER BETWEEN LIKE ACCOUNTS (MMAT) | | | | |
| 07/17/2023 | Journaled Shares | MMAT TDA TRAN - INTERNAL STOCK TRANSFER BETWEEN LIKE ACCOUNTS (MMAT) | 1,157 | | | |

Page Total: **-$864.16**

Intra-day transactions are subject to change.

Brokerage Account Balances are from the previous market close, but also may include new activity that will be posted to your account at after market close. Balances are subject to change.

Bank sweep information can be found on your Statements. Current Balance bank sweep information can be found on the Balances page.

(1123-3U5Y, 0924-CLCV)

**Brokerage Products: Not FDIC Insured • No Bank Guarantee • May Lose Value**

Account: ...040
Today's Date: 01:20 PM ET, 10/23/2024

The Charles Schwab Corporation provides a full range of brokerage, banking and financial advisory services through its operating subsidiaries. Its broker-dealer subsidiary, Charles Schwab & Co. Inc. (Member SIPC), and its affiliates offer investment services and products. Its banking subsidiary, Charles Schwab Bank, SSB (member FDIC and an Equal Housing Lender), provides deposit and lending services and products. This site is designed for U.S. residents. Non-U.S. residents are subject to country-specific restrictions. Learn more about our services for non-US Residents , Charles Schwab Hong Kong clients , Charles Schwab UK clients. © 2024 Charles Schwab & Co., Inc. All rights reserved. Member SIPC. Unauthorized access is prohibited. Usage will be monitored.

**PROOF OF INTEREST SUPPLEMENTAL INFORMATION:**

**CASE: 24-50792, META MATERIALS, INC.**

**FOR: Wilma C J Stone**

*Broker TD AMERITADE*

**ACCT # 255-781945-1**

**TRANSACTIONS (Pre-Reverse Split)**

| | | | |
|---|---|---|---|
| 51422236787 | 07/20/2023 Purchased 220 shares | .2269 | [$49.92 total invested] |
| 52290948544 | 07/24/2023 Purchased 270 shares | .2218 | [$59.89 total invested] |
| 55102967025 | 08/01/2023 Purchased 1,900 shares | .2599 | [$493.81 total invested] |
| 55181994535 | 08/04/2023 Purchased 116 shares | .24 | [$27.84 total invested] |
| 55181236620 | 08/04/2023 Purchased 288 shares | .2428 | [$69.93 total invested] |
| 55210535101 | 08/07/2023 Purchased 850 shares | .23 | [$195.50 total invested] |
| 56226121955 | 09/27/2023 Purchased 930 shares | .215 | [$199.95 total invested] |

TD AMERITRADE MERGED WITH CHARLES SCHWAB------------continued

*Broker CHARLES SCHWAB*

**ACCT # 4206-3040**

**FOR: Wilma C J Stone**

**TRANSACTIONS (Pre-Reverse Split)**

| | | | |
|---|---|---|---|
| December 11, 2023 | Purchase 42 shares | .0699 | [$2.94 total invested] |
| December 29, 2023 | Purchased 1,060 | .066 | [$69.96 total invested] |

**[Total $1169.74]**

**TRANSACTIONS (Post Reverse Split) January 29, 2024**

July 25, 2024            Sold   122 shares            2.505            **[-$305.58]**


TOTAL SHARES HELD PRE-REVERSE SPLIT     5,560 shares


TOTAL MONIES INVESTED PRE-REVERSE SPLIT    $1169.74


*See Transaction documentation attached.



**Schwab One® Account** of

WILMA C J STONE

Account Number
4206-3040

Trade Confirmation
December 11, 2023

| Total Trades | Total Purchases | Total Sales | Net Charges and/or Interest | Net Amount |
|---|---|---|---|---|
| 1 | ($2.94) | $0.00 | $0.00 | ($2.94) |

| Settle Date | Action | Symbol/CUSIP | Description | Quantity | Price($) | Principal($) | Charges/Interest($) | Amount($) | Disclosure |
|---|---|---|---|---|---|---|---|---|---|
| 12/13 | Purchase | MMAT 59134N104 | **META MATLS INC** | 42 | 0.0699 | 2.94 | | 2.94 | F2, A1 |

## Disclosures

A1  Schwab acted as your agent.

F2  Payment Type: Cash.



Schwab One® Account of

WILMA C J STONE

Account Number
4206-3040

Trade Confirmation
December 29, 2023

| Total Trades | Total Purchases | Total Sales | Net Charges and/or Interest | Net Amount |
|---|---|---|---|---|
| 1 | ($69.96) | $0.00 | $0.00 | ($69.96) |

| Settle Date | Action | Symbol/ CUSIP | Description | Quantity | Price($) | Principal($) | Charges/ Interest($) | Amount($) | Disclosure |
|---|---|---|---|---|---|---|---|---|---|
| 01/03 | Purchase | MMAT 59134N104 | **META MATLS INC** | 1,060 | 0.066 | 69.96 | | **69.96** | F2, G1 |

## Disclosures

G1  The unit price shown is an average price. Details regarding actual prices on the individual transactions are available upon request. Schwab acted as your agent.

F2  Payment Type: Cash.



## Schwab One® Account of

**WILMA C J STONE**

Account Number
4206-3040

Trade Confirmation
July 25, 2024

| Total Trades | Total Purchases | Total Sales | Net Charges and/or Interest | Net Amount |
|---|---|---|---|---|
| 1 | $0.00 | $305.61 | $0.03 | $305.58 |

| Settle Date | Action | Symbol/CUSIP | Description | Quantity | Price($) | Principal($) | Exchange Processing Fee | Amount($) | Disclosure |
|---|---|---|---|---|---|---|---|---|---|
| 07/26 | Sale | MMAT 59134N302 | **META MATLS INC** | 122 | 2.505 | 305.61 | 0.03 | 305.58 | A5, F2, A1, C2 |

## Disclosures

A5  Exch Process Fee: This fee offsets costs incurred by Schwab for the exchange of securities - including those relating to assessments on broker-dealers by an exchange or other SRO - for equity, option, or other covered security sell transactions and option security buy transactions.

A1  Schwab acted as your agent.

C2  The cost basis method requested was FIFO. Please view the cost Basis Disclosure Statement for additional information on cost basis method choices and how Schwab reports adjusted cost basis information to the IRS.

F2  Payment Type: Cash.

 **Ameritrade**

PO BOX 2577 - OMAHA NE 68103-2577
Please do not send deposits or correspondence to this address.

**TD AMERITRADE, INC.**
**PO BOX 2209**
**OMAHA NE 68103-2209**

WILMA C J STONE
21475 ROLLING OAKS DR
RED BLUFF CA 96080-7974



## Confirmation Notice

| ACCOUNT NO. | OTHER INFO | TRANSACTION NUMBER | CAP CODES | YOUR REPRESENTATIVE | |
|---|---|---|---|---|---|
| 255-781945-1 | | 51422236787 | A | TD AMERITRADE | |
| **ACTIVITY** | **QUANTITY** | **CUSIP NUMBER** | **PRICE** | **PRINCIPAL AMOUNT** | **MISC. FEES** | **REG FEES** |
| YOU BOUGHT | 220 | 59134N104 | .2269 | 49.92 | | 0.00 |
| **AS OF TRADE DATE** | **TRADE DATE** | **SETTLEMENT DATE** | **INTEREST** | **COMMISSION/FEE** | **NET AMOUNT** | |
| | 07/20/2023 | 07/24/2023 | | 0.00 | 49.92 | |
| **TRADE DESCRIPTION** | | | **SYMBOL** | | | |

META MATERIALS INC
COM

SYMBOL: MMAT

THIS IS AN UNSOLICITED TRADE
FOR FURTHER INFORMATION REGARDING YOUR TRADE CONFIRMATION
PLEASE REFER TO THE TERMS AND CONDITIONS.
*CLBL - If the above security description includes a 'CLBL' notation, this transaction involves a debt security
that is subject to call or redemption before maturity. The debt security may be called or redeemed in whole
or in part before maturity which could affect its yield. Additional information is available upon request.

Note: Reg fees column shows 0.00; misc fees blank.

| ACTIVITY | QUANTITY | CUSIP NUMBER | PRICE | PRINCIPAL AMOUNT | MISC. FEES | REG FEES |
|---|---|---|---|---|---|---|
| YOU BOUGHT | 220 | 59134N104 | .2269 | 49.92 | | 0.00 |

 **Ameritrade**

PO BOX 2577 - OMAHA NE 68103-2577
Please do not send deposits or correspondence to this address.

**TD AMERITRADE, INC.**
**PO BOX 2209**
**OMAHA NE 68103-2209**

WILMA C J STONE
21475 ROLLING OAKS DR
RED BLUFF CA 96080-7974



## Confirmation Notice

| ACCOUNT NO. | OTHER INFO | TRANSACTION NUMBER | CAP CODES | YOUR REPRESENTATIVE | |
|---|---|---|---|---|---|
| 255-781945-1 | | 52290948544 | A | TD AMERITRADE | |
| **ACTIVITY** | **QUANTITY** | **CUSIP NUMBER** | **PRICE** | **PRINCIPAL AMOUNT** | **MISC. FEES** | **REG FEES** |
| YOU BOUGHT | 270 | 59134N104 | .2218 | 59.89 | | 0.00 |
| **AS OF TRADE DATE** | **TRADE DATE** | **SETTLEMENT DATE** | **INTEREST** | **COMMISSION/FEE** | **NET AMOUNT** |
| | 07/24/2023 | 07/26/2023 | | 0.00 | 59.89 |
| **TRADE DESCRIPTION** | | | **SYMBOL** | | |

META MATERIALS INC              MMAT
COM

THIS IS AN UNSOLICITED TRADE
FOR FURTHER INFORMATION REGARDING YOUR TRADE CONFIRMATION
PLEASE REFER TO THE TERMS AND CONDITIONS.
*CLBL - If the above security description includes a 'CLBL' notation, this transaction involves a debt security that is subject to call or redemption before maturity. The debt security may be called or redeemed in whole or in part before maturity which could affect its yield. Additional information is available upon request.



PO BOX 2577 - OMAHA NE 68103-2577
Please do not send deposits or correspondence to this address.

**TD AMERITRADE, INC.**
**PO BOX 2209**
**OMAHA NE 68103-2209**

WILMA C J STONE
21475 ROLLING OAKS DR
RED BLUFF CA 96080-7974



## Confirmation Notice

| ACCOUNT NO. | OTHER INFO | TRANSACTION NUMBER | CAP CODES | YOUR REPRESENTATIVE | |
|---|---|---|---|---|---|
| 255-781945-1 | | 55102967025 | A | TD AMERITRADE | |
| **ACTIVITY** | **QUANTITY** | **CUSIP NUMBER** | **PRICE** | **PRINCIPAL AMOUNT** | **MISC. FEES** | **REG FEES** |
| YOU BOUGHT | 1,900 | 59134N104 | .2599 | 493.81 | | 0.00 |
| **AS OF TRADE DATE** | **TRADE DATE** | **SETTLEMENT DATE** | **INTEREST** | **COMMISSION/FEE** | **NET AMOUNT** | |
| | 08/01/2023 | 08/03/2023 | | 0.00 | 493.81 | |
| **TRADE DESCRIPTION** | | | **SYMBOL** | | | |

META MATERIALS INC         MMAT
COM

THIS IS AN UNSOLICITED TRADE
FOR FURTHER INFORMATION REGARDING YOUR TRADE CONFIRMATION
PLEASE REFER TO THE TERMS AND CONDITIONS.
*CLBL - If the above security description includes a 'CLBL' notation, this transaction involves a debt security
that is subject to call or redemption before maturity. The debt security may be called or redeemed in whole
or in part before maturity which could affect its yield. Additional information is available upon request.



PO BOX 2577 - OMAHA NE 68103-2577
Please do not send deposits or correspondence to this address.

**TD AMERITRADE, INC.**
**PO BOX 2209**
**OMAHA NE 68103-2209**

WILMA C J STONE
21475 ROLLING OAKS DR
RED BLUFF CA 96080-7974



## Confirmation Notice

| ACCOUNT NO. | OTHER INFO | TRANSACTION NUMBER | CAP CODES | YOUR REPRESENTATIVE | |
|---|---|---|---|---|---|
| 255-781945-1 | | 55181236620 | A | TD AMERITRADE | |
| ACTIVITY | QUANTITY | CUSIP NUMBER | PRICE | PRINCIPAL AMOUNT | MISC. FEES | REG FEES |
| YOU BOUGHT | 288 | 59134N104 | .2428 | 69.93 | | 0.00 |
| AS OF TRADE DATE | TRADE DATE | SETTLEMENT DATE | INTEREST | COMMISSION/FEE | NET AMOUNT |
| | 08/04/2023 | 08/08/2023 | | 0.00 | 69.93 |
| TRADE DESCRIPTION | | | SYMBOL | | |

META MATERIALS INC                                              MMAT
COM

THIS IS AN UNSOLICITED TRADE
FOR FURTHER INFORMATION REGARDING YOUR TRADE CONFIRMATION
PLEASE REFER TO THE TERMS AND CONDITIONS.
*CLBL - If the above security description includes a 'CLBL' notation, this transaction involves a debt security
that is subject to call or redemption before maturity. The debt security may be called or redeemed in whole
or in part before maturity which could affect its yield. Additional information is available upon request.

| ACCOUNT NO. | OTHER INFO | TRANSACTION NUMBER | CAP CODES | YOUR REPRESENTATIVE | |
|---|---|---|---|---|---|
| 255-781945-1 | | 55181994535 | A | TD AMERITRADE | |
| ACTIVITY | QUANTITY | CUSIP NUMBER | PRICE | PRINCIPAL AMOUNT | MISC. FEES | REG FEES |
| YOU BOUGHT | 116 | 59134N104 | .24 | 27.84 | 0 | 0.00 |
| AS OF TRADE DATE | TRADE DATE | SETTLEMENT DATE | INTEREST | COMMISSION/FEE | NET AMOUNT |
| | 08/04/2023 | 08/08/2023 | | 0.00 | 27.84 |
| TRADE DESCRIPTION | | | SYMBOL | | |

META MATERIALS INC                                              MMAT
COM

THIS IS AN UNSOLICITED TRADE
FOR FURTHER INFORMATION REGARDING YOUR TRADE CONFIRMATION
PLEASE REFER TO THE TERMS AND CONDITIONS.
*CLBL - If the above security description includes a 'CLBL' notation, this transaction involves a debt security
that is subject to call or redemption before maturity. The debt security may be called or redeemed in whole
or in part before maturity which could affect its yield. Additional information is available upon request.

 **Ameritrade**

PO BOX 2577 - OMAHA NE 68103-2577
Please do not send deposits or correspondence to this address.

TD AMERITRADE, INC.
PO BOX 2209
OMAHA NE 68103-2209

WILMA C J STONE
21475 ROLLING OAKS DR
RED BLUFF  CA  96080-7974



## Confirmation Notice

| ACCOUNT NO. | OTHER INFO | TRANSACTION NUMBER | CAP CODES | YOUR REPRESENTATIVE |
|---|---|---|---|---|
| 255-781945-1 | | 55210535101 | A | TD AMERITRADE |

| ACTIVITY | QUANTITY | CUSIP NUMBER | PRICE | PRINCIPAL AMOUNT | MISC. FEES | REG FEES |
|---|---|---|---|---|---|---|
| YOU BOUGHT | 850 | 59134N104 | .23 | 195.50 | | 0.00 |

| AS OF TRADE DATE | TRADE DATE | SETTLEMENT DATE | INTEREST | COMMISSION/FEE | NET AMOUNT |
|---|---|---|---|---|---|
| | 08/07/2023 | 08/09/2023 | | 0.00 | 195.50 |

| TRADE DESCRIPTION | SYMBOL |
|---|---|
| META MATERIALS INC<br>COM | MMAT |

THIS IS AN UNSOLICITED TRADE
FOR FURTHER INFORMATION REGARDING YOUR TRADE CONFIRMATION
PLEASE REFER TO THE TERMS AND CONDITIONS.
*CLBL - If the above security description includes a 'CLBL' notation, this transaction involves a debt security
that is subject to call or redemption before maturity. The debt security may be called or redeemed in whole
or in part before maturity which could affect its yield. Additional information is available upon request.

 **Ameritrade**

PO BOX 2577 - OMAHA NE 68103-2577
Please do not send deposits or correspondence to this address.

**TD AMERITRADE, INC.**
**PO BOX 2209**
**OMAHA NE 68103-2209**

WILMA C J STONE
21475 ROLLING OAKS DR
RED BLUFF  CA  96080-7974



## Confirmation Notice

| ACCOUNT NO. | OTHER INFO | TRANSACTION NUMBER | CAP CODES | YOUR REPRESENTATIVE | |
|---|---|---|---|---|---|
| 255-781945-1 | | 56226121955 | A | TD AMERITRADE | |
| **ACTIVITY** | **QUANTITY** | **CUSIP NUMBER** | **PRICE** | **PRINCIPAL AMOUNT** | **MISC. FEES** | **REG FEES** |
| YOU BOUGHT | 930 | 59134N104 | .215 | 199.95 | | 0.00 |
| **AS OF TRADE DATE** | **TRADE DATE** | **SETTLEMENT DATE** | **INTEREST** | **COMMISSION/FEE** | **NET AMOUNT** | |
| | 09/27/2023 | 09/29/2023 | | 0.00 | 199.95 | |
| **TRADE DESCRIPTION** | | | **SYMBOL** | | | |
| META MATERIALS INC COM | | | MMAT | | | |
| THIS IS AN UNSOLICITED TRADE FOR FURTHER INFORMATION REGARDING YOUR TRADE CONFIRMATION PLEASE REFER TO THE TERMS AND CONDITIONS. *CLBL - If the above security description includes a 'CLBL' notation, this transaction involves a debt security that is subject to call or redemption before maturity. The debt security may be called or redeemed in whole or in part before maturity which could affect its yield. Additional information is available upon request. | | | | | | |



Schwab One® Account of

WILMA C J STONE

Account Number
2334-8513

Trade Confirmation
April 3, 2024

| Total Trades | Total Purchases | Total Sales | Net Charges and/or Interest | Net Amount |
|---|---|---|---|---|
| 1 | $0.00 | $802.73 | $0.05 | $802.68 |

| Settle Date | Action | Symbol/ CUSIP | Description | Quantity | Price($) | Principal($) | Exchange Processing Fee | Amount($) | Disclosure |
|---|---|---|---|---|---|---|---|---|---|
| 04/05 | Sale | MMAT 59134N302 | **META MATLS INC** | 238 | 3.3728 | 802.73 | 0.05 | 802.68 | A5, F2, G1, C2 |

## Disclosures

A5  Exch Process Fee: This fee offsets costs incurred by Schwab for the exchange of securities - including those relating to assessments on broker-dealers by an exchange or other SRO - for equity, option, or other covered security sell transactions and option security buy transactions.

G1  The unit price shown is an average price. Details regarding actual prices on the individual transactions are available upon request. Schwab acted as your agent.

C2  The cost basis method requested was FIFO. Please view the cost Basis Disclosure Statement for additional information on cost basis method choices and how Schwab reports adjusted cost basis information to the IRS.

F2  Payment Type: Cash.

See "Disclosures" section for an explanation of the disclosure codes and symbols on this document.

2 of 2