NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | | **PROOF OF INTEREST** |
|---|---|---|
| Name of Debtor:<br>**META MATERIALS INC.** | Case Number:<br>**24-50792-hlb** | |

1. **Name and address of holder of the Equity Interest** (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

    Timothy Donoghue
    Shannon Donoghue
    7 Lake St.
    Millbury, MA 01527

    Telephone Number: 508-579-4545

    ☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

    ☑ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

    ☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

    RECEIVED AND FILED
    DEC 12 2024
    U.S BANKRUPTCY COURT
    MARY A. SCHOTT, CLERK

**NOTE:** This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

COURT USE ONLY

Account or other number by which Interest holder identifies Debtor:
Joint Brokerage Act # 85859541

Check here if this claim:
☐ replaces a previously filed Proof of Interest dated: _____
☐ amends a previously filed Proof of Interest dated: _____

2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:
    Vanguard
    P.O. Box 982901
    El Paso, TX 79998
    Telephone Number: 1-877-662-7447

3. Date Equity Interest was acquired:
    See attached document + brokerage statements

4. Total amount of member interest: Sold prior - 11,654
    held through bankruptcy - 14,217

5. Certificate number(s): see attached document + brokerage statements

6. **Type of Equity Interest:**
    Please indicate the type of Equity Interest you hold:
    ☑ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
    ☐ Check this box if your Equity Interest is based on anything else and describe that interest:
    Description: Investor

7. **Supporting Documents:** Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
    DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. **Date-Stamped Copy:** To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

9. **Signature:**
    Check the appropriate box.
    ☑ I am the creditor.    ☐ I am the creditor's authorized agent. (Attach copy of power of attorney, if any.)    ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)    ☐ I am a guarantor, surety, endorser, or other codebtor. (See Bankruptcy Rule 3005.)

    I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

    Print Name: Timothy Donoghue  Shannon Donoghue
    Title:
    Company:___ Address and telephone number (if different from notice address above):
    _____
    _____

    Signature: Timothy Donoghue  12/10/2024
    Shannon Donoghue  12/10/2024
    (Signature)    (Date)

    Telephone number: 508-579-4545    email: Tdonoghue1234@gmail.com

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

[Print Form]    [Save Form]    [Clear Form]

**PROOF OF INTEREST SUPPLEMENTAL INFORMATION:**
**Case: 24-50792, Meta Materials, Inc**
**For: Timothy and Shannon Donoghue**
Broker: Vanguard
Account: 85859541

Our 23,309 TRCH shares were purchased through Vanguard under our joint account, Timothy and Shannon Donoghue please note my maiden name is on some of our earlier statements which is Lucas. Because we held our TRCH shares through the reverse merger with MMAT we received 11,654 shares of MMAT on 6/30/2021.

We purchased TRCH shares on four separate occasions.
1,764 shares @ $9.14/share on June 21,2021
100 shares @ $9.30/share on June 21,2021
21,100 shares @ $9.19/share on June 21,2021
345 shares @ $9.04/share on June 22,2021

For a total of 23,309 shares of TRCH at a cost of $214,073.07 at the merger with MMAT, this equates to 11,654 shares of MMAT which we then sold, see below.
9/22/2021 sold 11,654 shares of MMAT $4.92/share (total $57,337.07)

ADDITIONAL
TRANSACTIONS (Pre reverse split) MMAT

10/24/2022. Purchased 4395 shares @ $.912/share. Total=$4,008.24

11/10/2022 Purchased 1285 shares @ $1.295/share. Total=$1,664.08

11/16/2022 Purchased 7574 shares @ $1.8875/share. Total=$14,321.12

11/17/2022 Purchased 865 shares @ $1.7047/share. Total=$1,474.57

12/20/2022 Purchased 98 shares @ $1.23/share. Total=$120.00

**TOTAL SHARES HELD PRE REVERSE SPLIT** (NOT including our original 11,654 shares as mentioned above): 14,217 shares

**TOTAL MONIES INVESTED PRE REVERSE SPLIT**(NOT including our original $214,073.07 monies as mentioned above)=$21,588.95

**TOTAL SHARES HELD POST REVERSE SPLIT**: 143 shares

*See Transactions in Brokerage Statements Provided

# Joint brokerage account—85859541

Shannon Lucas & Timothy Donoghue
JT TEN WROS

Client Services: 800-662-2739

## Balances and holdings for Vanguard Brokerage Account—85859541 continued

### Mutual funds continued

| Symbol | Name | Average price per share | Total cost | Quantity | Price on 06/30/2021 | Balance on 03/31/2021 | Balance on 06/30/2021 |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

Est. annual income: ▓▓▓; Est. yield: ▓▓▓

**Total Est. annual income: ▓▓▓; Est. yield: ▓▓▓**

### Stocks

| Symbol | Name | Average price per share | Total cost | Quantity | Price on 06/30/2021 | Balance on 03/31/2021 | Balance on 06/30/2021 |
|---|---|---|---|---|---|---|---|
| MMAT | META MATERIALS INC | | $214,073.07 | 11,654.0000 | $7.4900 | - | $87,288.46 |

**Total Est. annual income: $0.00; Est. yield: 0.00%** — **$0.00** — **$87,288.46**

## Account activity for Vanguard Brokerage Account—85859541

This section shows trades that have settled by June 30, 2021.

### Income summary

| | Dividends | Interest | Tax-exempt interest | Short-term capital gains | Long-term capital gains | Other income |
|---|---|---|---|---|---|---|
| June | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Year-to-date | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

### Completed transactions

| Settlement date | Trade date | Symbol | Name | Transaction type | Account type | Quantity | Price | Commissions & fees | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 06/07 | 06/03 | ▓▓ | ▓▓▓ | Buy | Cash | ▓▓ | ▓▓ | ▓▓ | ▓▓ |

# Joint brokerage account—85859541

Shannon Lucas & Timothy Donoghue
JT TEN WROS

Client Services: 800-662-2739

## Account activity for Vanguard Brokerage Account—85859541 continued

### Completed transactions continued

| Settlement date | Trade date | Symbol | Name | Transaction type | Account type | Quantity | Price | Commissions & fees | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 06/07 | 06/03 | | NEW | Sell | Cash | | | | |
| 06/07 | 06/07 | | | Funds Received | | | | | |
| 06/07 | 06/07 | | | Sweep in | | | | | |
| 06/23 | 06/21 | | ~~~~~~ | | Cash | | | | |
| 06/23 | 06/21 | TRCH | TORCHLIGHT ENERGY RESOURCE INC | Buy | Cash | 21,100.0000 | 9.1896 | 0.00 | -193,902.62 |
| 06/23 | 06/21 | TRCH | TORCHLIGHT ENERGY RESOURCE INC | Buy | Cash | 1,764.0000 | 9.1444 | 0.00 | -16,130.72 |
| 06/23 | 06/21 | TRCH | TORCHLIGHT ENERGY RESOURCE INC | Buy | Cash | 100.0000 | 9.3012 | 0.00 | -930.12 |
| 06/23 | 06/23 | | | Funds Received | | | | | |
| 06/23 | 06/23 | | | Sweep in | | | | | |
| 06/24 | 06/22 | TRCH | TORCHLIGHT ENERGY RESOURCE INC | Buy | Cash | 345.0000 | 9.0400 | 0.00 | -3,118.80 |
| 06/24 | 06/24 | | | Sweep out | | | | | |

Client Services: 800-662-2739

## Joint brokerage account—85859541

Shannon Lucas & Timothy Donoghue
JT TEN WROS

### Account activity for Vanguard Brokerage Account—85859541 continued

**Completed transactions** continued

| Settlement date | Trade date | Symbol | Name | Transaction type | Account type | Quantity | Price | Commissions & fees | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 06/28 | 06/28 | MMAT | META MATERIALS INC REVERSE SPLIT | Reverse stock split | Cash | 11,654.0000 | - | - | 0.00 |
| 06/28 | 06/28 | - | TORCHLIGHT ENERGY RESOURCE INC CHG | Reverse stock split | Cash | -23,309.0000 | - | - | 0.00 |
| 06/28 | 06/28 | | | | | - | - | - | 46.37 |
| 06/28 | 06/28 | | | Reinvestment | Cash | | | - | |
| 06/28 | 06/28 | | | Dividend | - | - | - | - | 123.11 |
| 06/28 | 06/28 | | | Reinvestment | Cash | | | - | |
| 06/29 | 06/29 | MMAT | META MATERIALS INC CIL FR TORCHLIGHT ENERGY 062921 @ 7.16000000 | Cash in Lieu (adj) | - | - | - | - | 3.58 |
| 06/29 | 06/29 | - | VANGUARD | | | - | - | - | |

If you had an adjustment to a dividend or interest payment from a previous month, the monthly amount shown under the Income Summary section of your brokerage statement may be overstated.

Vanguard®

# Joint brokerage account—85859541

Shannon Lucas & Timothy Donoghue
JT TEN WROS

Client Services: 800-662-2739

## Account activity for Vanguard Brokerage Account—85859541

### Income summary

This section shows trades that have settled by September 30, 2021.

| | Dividends | Interest | Tax-exempt interest | Short-term capital gains | Long-term capital gains | Other income |
|---|---|---|---|---|---|---|
| September | — | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Year-to-date | — | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

### Completed transactions

| Settlement date | Trade date | Symbol | Name | Transaction type | Account type | Quantity | Price | Commissions & fees | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 09/09 | 09/09 | — | [redacted] | Funds Received | — | — | — | — | [redacted] |
| 09/09 | 09/09 | — | [redacted] FEDERAL MONEY | Sweep in | — | — | — | — | [redacted] |
| 09/10 | 09/08 | — | [redacted] | [redacted] | Cash | [redacted] | [redacted] | [redacted] | [redacted] |
| 09/10 | 09/08 | — | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| 09/10 | — | — | [redacted] MONEY | Sweep out | — | — | — | — | [redacted] |
| 09/24 | 09/22 | — | [redacted] | Buy | Cash | [redacted] | [redacted] | 0.00 | [redacted] |
| 09/24 | 09/22 | — | [redacted] INC | Buy | Cash | [redacted] | [redacted] | 0.00 | -127.35 |
| 09/24 | 09/22 | MMAT | META MATERIALS INC | Sell | Cash | -11,654.0000 | 4.9200 | 0.29 | 57,337.39 |
| 09/24 | 09/24 | — | [redacted] MONEY | Sweep in | — | — | — | — | [redacted] |
| 09/28 | 09/28 | — | [redacted] | Dividend | — | — | — | — | [redacted] |

# Joint brokerage account—85859541

SHANNON DONOGHUE & TIMOTHY DONOGHUE
JT TEN WROS

Client Services: 800-662-2739

## Balances and holdings for Vanguard Brokerage Account—85859541 continued

### Mutual funds

| Symbol | Name | Average price per share | Total cost | Quantity | Price on 10/31/2022 | Balance on 09/30/2022 | Balance on 10/31/2022 |
|---|---|---|---|---|---|---|---|

**Total Est. annual income:** $14,270.68

### Stocks

| Symbol | Name | Total cost | Quantity | Price on 10/31/2022 | Balance on 09/30/2022 | Balance on 10/31/2022 |
|---|---|---|---|---|---|---|
| MMAT | META MATERIALS INC | 4,008.24 | 4,395.0000 | 1.0600 | — | 4,658.70 |

**Total Est. annual income:** $0.00; **Est. yield:** 0.000%

## Account activity for Vanguard Brokerage Account—85859541

This section shows transactions that have settled by October 31, 2022.

### Income summary

| | Dividends | Interest | Tax-exempt interest | Short-term capital gains | Long-term capital gains | Other income |
|---|---|---|---|---|---|---|
| October | $0.25 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Year-to-date | 177.47 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

Vanguard

# Vanguard

Client Services: 800-662-2739

## Joint brokerage account—85859541

SHANNON DONOGHUE & TIMOTHY DONOGHUE
JT TEN WROS

### Account activity for Vanguard Brokerage Account—85859541 continued

#### Completed transactions

| Settlement date | Trade date | Symbol | Name | Transaction type | Account type | Quantity | Price | Commissions & fees | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 10/26 | 10/24 | ~~ATER~~ | ~~████~~ | Sell | Cash | | | | |
| 10/26 | 10/24 | MMAT | META MATERIALS INC | Buy | Cash | | | | -4,008.24 |
| 10/26 | 10/26 | - | - | Sweep out | - | 4,395.0000 | 0.9120 | 0.00 | |
| 10/31 | 10/31 | - | ~~████~~ | Dividend | - | - | - | - | |
| 10/31 | 10/31 | - | ~~████~~ | Reinvestment | - | - | - | - | |

If you had an adjustment to a dividend or interest payment from a previous month, the monthly amount shown under the Income Summary section of your brokerage statement may be overstated.

Vanguard®

# Joint brokerage account—85859541
SHANNON DONOGHUE & TIMOTHY DONOGHUE
JT TEN WROS

Client Services: 800-662-2739

## Account overview

Total account value as of November 30, 2022

### Year-to-date income
Taxable income
Nontaxable income

**Total**

## Balances and holdings for Vanguard Brokerage Account—85859541

Your securities are held in your cash account, unless otherwise noted. This section only shows securities that were held in the account at the end of the time period indicated.

### Sweep program

| Name | Balance on 10/31/2022 | Balance on 11/30/2022 |
|---|---|---|

**Total Sweep Balance**

### Stocks

| Symbol | Name | Total cost | Quantity | Price on 11/30/2022 | Balance on 10/31/2022 | Balance on 11/30/2022 |
|---|---|---|---|---|---|---|
| MMAT | META MATERIALS INC | 21,468.01 | 14,119.0000 | 1.9000 | 4,658.70 | 26,826.10 |

# Joint brokerage account—85859541

SHANNON DONOGHUE & TIMOTHY DONOGHUE
JT TEN WROS

Client Services: 800-662-2739

## Balances and holdings for Vanguard Brokerage Account—85859541 continued

### Stocks continued

| Symbol | Name | Total cost | Quantity | Price on 11/30/2022 | Balance on 10/31/2022 | Balance on 11/30/2022 |
|---|---|---|---|---|---|---|
| | | - | | | | |

**Total Est. annual income:**

## Account activity for Vanguard Brokerage Account—85859541

This section shows transactions that have settled by November 30, 2022.

### Income summary

| | Dividends | Interest | Tax-exempt interest | Short-term capital gains | Long-term capital gains | Other income |
|---|---|---|---|---|---|---|
| November | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Year-to-date | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

### Completed transactions

| Settlement date | Trade date | Symbol | Name | Transaction type | Account type | Quantity | Price | Commissions & fees | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 11/15 | 11/10 | MMAT | META MATERIALS INC | Buy | Cash | 1,285.0000 | $1.2950 | $0.00 | -$1,664.08 |
| | 11/10 | | | Sell | Cash | | | | |
| 11/15 | 11/15 | | | Sweep out | | - | - | - | |
| 11/17 | 11/16 | | | Sell | Cash | | | | |
| 11/17 | 11/17 | - | | Sweep in | - | - | - | - | |

# Vanguard®

**Joint brokerage account—85859541**

Client Services: 800-662-2739

SHANNON DONOGHUE & TIMOTHY DONOGHUE
JT TEN WROS

## Account activity for Vanguard Brokerage Account—85859541 continued

### Completed transactions continued

| Settlement date | Trade date | Symbol | Name | Transaction type | Account type | Quantity | Price | Commissions & fees | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 11/18 | 11/16 | MMAT | META MATERIALS INC | Buy | Cash | 7,574.0000 | 1.8875 | 25.00 | -14,321.12 |
| 11/18 | 11/18 | | | Sweep out | | | | | |
| 11/21 | 11/17 | MMAT | META MATERIALS INC | Buy | Cash | 865.0000 | 1.7047 | 0.00 | -1,474.57 |
| 11/21 | 11/21 | | | Sweep out | | | | | |
| 11/30 | 11/30 | | | Dividend | | | | | |
| 11/30 | 11/30 | | | Reinvestment | | | | | |

If you had an adjustment to a dividend or interest payment from a previous month, the monthly amount shown under the Income Summary section of your brokerage statement may be overstated.

Vanguard®

Client Services: 800-662-2739

# Joint brokerage account—85859541
SHANNON DONOGHUE & TIMOTHY DONOGHUE
JT TEN WROS

## Account overview

Total account value as of December 31, 2022

### Year-to-date income
Taxable income
Nontaxable income

### Total

## Balances and holdings for Vanguard Brokerage Account—85859541

Your securities are held in your cash account, unless otherwise noted. This section only shows securities that were held in the account at the end of the time period indicated.

### Sweep program

| Name | Quantity | Price on 12/31/2022 | Balance on 12/31/2021 | Balance on 12/31/2022 |
|---|---|---|---|---|



**Total Sweep Balance**

### Stocks

| Symbol | Name | Total cost | Quantity | Price on 12/31/2022 | Balance on 12/31/2021 | Balance on 12/31/2022 |
|---|---|---|---|---|---|---|
| MMAT | META MATERIALS INC | $21,588.95 | 14,217.0000 | $1.1900 | — | $16,918.23 |

# Vanguard

Client Services: 800-662-2739

## Joint brokerage account—85859541

SHANNON DONOGHUE & TIMOTHY DONOGHUE
JT TEN WROS

### Account activity for Vanguard Brokerage Account—85859541 continued

**Completed transactions** continued

| Settlement date | Trade date | Symbol | Name | Transaction type | Account type | Quantity | Price | Commissions & fees | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 12/13 | 12/13 | - | ███████ | Exchange | Cash | ███████ | - | - | 0.00 |
| 12/22 | 12/20 | - | S███████ | Sell | Cash | ███████ | ███████ | ███████ | ███████ |
| 12/22 | 12/20 | MMAT | META MATERIALS INC | Buy | Cash | 98.0000 | 1.2341 | 0.00 | -120.94 |
| 12/22 | 12/22 | - | V███████ | Sweep out | Cash | - | - | - | ███████ |
| 12/30 | 12/30 | - | ███████ | Dividend | - | - | - | - | ███████ |
| 12/30 | 12/30 | - | ███████ | Reinvestment | - | - | - | - | ███████ |

If you had an adjustment to a dividend or interest payment from a previous month, the monthly amount shown under the Income Summary section of your brokerage statement may be overstated.

# Vanguard®

Client Services: 800-662-2739

# Joint brokerage account—85859541

SHANNON DONOGHUE & TIMOTHY DONOGHUE
JT TEN WROS

## Account overview

Total account value as of January 31, 2024

### Year-to-date income

| | |
|---|---|
| Taxable income | $0.01 |
| Nontaxable income | 0.00 |

**Total**

## Balances and holdings for Vanguard Brokerage Account—85859541

Your securities are held in your cash account, unless otherwise noted. This section only shows securities that were held in the account at the end of the time period indicated.

### Sweep program

| Name | | | | |
|---|---|---|---|---|



**Total Sweep Balance**

### Stocks

| Symbol | Name | Total cost | Quantity | Price on 01/31/2024 | Balance on 12/31/2023 | Balance on 01/31/2024 |
|---|---|---|---|---|---|---|
| MMAT | META MATERIALS INC NEW | $21,573.45 | 142.0000 | $3.8200 | - | $542.44 |

# Joint brokerage account—85859541

SHANNON DONOGHUE & TIMOTHY DONOGHUE
JT TEN WROS

Client Services: 800-662-2739

## Balances and holdings for Vanguard Brokerage Account—85859541 continued

### Stocks continued

| Symbol | Name | Total cost | Quantity | Price on 01/31/2024 | Balance on 12/31/2023 | Balance on 01/31/2024 |
|---|---|---|---|---|---|---|
| — | ~~DONOGHUE~~ | — | ~~~~ | — | — | — |

**Total Est. annual income: $0.00; Est. yield: 0.00%**

Note: Securities that display "-" in the price column are unpriced and do not reflect in your portfolio value.

## Account activity for Vanguard Brokerage Account—85859541

This section shows transactions that have settled by January 31, 2024.

### Income summary

| | Dividends | Interest | Tax-exempt interest | Short-term capital gains | Long-term capital gains | Other income |
|---|---|---|---|---|---|---|
| January | 0.0~~~~ | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Year-to-date | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

### Completed transactions

| Settlement date | Trade date | Symbol | Name | Transaction type | Account type | Quantity | Price | Commissions & fees | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 01/29 | 01/29 | — | META MATERIALS INC OLDCHG | REVERSE SPLT | Cash | -14,217.0000 | — | — | $0.00 |

**Vanguard**®

Client Services: 800-662-2739

## Joint brokerage account—85859541

SHANNON DONOGHUE & TIMOTHY DONOGHUE
JT TEN WROS

### Account activity for Vanguard Brokerage Account—85859541 continued

**Completed transactions** continued

| Settlement date | Trade date | Symbol | Name | Transaction type | Account type | Quantity | Price | Commissions & fees | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 01/29 | 01/29 | MMAT | META MATERIALS INC NEW REVERSE SPLIT | Reverse stock split | Cash | 142.0000 | - | - | 0.00 |
| 01/31 | 01/31 | | | | | - | - | - | |
| 01/31 | 01/31 | - | | Reinvestment | - | - | - | - | |

If you had an adjustment to a dividend or interest payment from a previous month, the monthly amount shown under the Income Summary section of your brokerage statement may be overstated.

**Vanguard**®

Client Services: 800-662-2739

# Joint brokerage account—XXXX9541

SHANNON DONOGHUE & TIMOTHY DONOGHUE
JT TEN WROS

## Account overview

Total account value as of February 29, 2024

### Year-to-date income

| | |
|---|---:|
| Taxable income | $0.02 |
| Nontaxable income | 0.00 |
| **Total** | **$0.02** |

## Balances and holdings for Vanguard Brokerage Account—XXXX9541

Your securities are held in your cash account, unless otherwise noted. This section only shows securities that were held in the account at the end of the time period indicated.

### Sweep program

| Name | Balance on 01/31/2024 | Balance on 02/29/2024 |
|---|---|---|
| | | |
| **Total Sweep Balance** | | |

### Stocks

| Symbol | Name | Total cost | Quantity | Price on 02/29/2024 | Balance on 01/31/2024 | Balance on 02/29/2024 |
|---|---|---:|---:|---:|---:|---:|
| MMAT | META MATERIALS INC NEW | $21,588.95 | 143.0000 | $2.9700 | $542.44 | $424.71 |

# Joint brokerage account—XXXX9541

SHANNON DONOGHUE & TIMOTHY DONOGHUE
JT TEN WROS

Client Services: 800-662-2739

## Balances and holdings for Vanguard Brokerage Account—XXXX9541 continued

### Stocks continued

| Symbol | Name | Total cost | Quantity | Price on 02/29/2024 | Balance on 01/31/2024 | Balance on 02/29/2024 |
|---|---|---|---|---|---|---|
| — | ~~MMATQ~~ | — | ~~~~ | — | ~~~~ | — |

**Total Est. annual income: $0.00; Est. yield: 0.00%**

Note: Securities that display "-" in the price column are unpriced and do not reflect in your portfolio value.

## Account activity for Vanguard Brokerage Account—XXXX9541

This section shows transactions that have settled by February 29, 2024.

### Income summary

|  | Dividends | Interest | Tax-exempt interest | Short-term capital gains | Long-term capital gains | Other income |
|---|---|---|---|---|---|---|
| February | ~~$0.0~~ 0.02 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Year-to-date | 0.02 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

### Completed transactions

| Settlement date | Trade date | Symbol | Name | Transaction type | Account type | Quantity | Price | Commissions & fees | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 02/08 | 01/29 | — | META MATERIALS OLDCHG INC | REVERSE SPLT | Cash | 14,217.0000 | — | — | $0.00 |

# Joint brokerage account—XXXX9541

SHANNON DONOGHUE & TIMOTHY DONOGHUE
JT TEN WROS

Client Services: 800-662-2739

## Account activity for Vanguard Brokerage Account—XXXX9541 continued

### Completed transactions continued

| Settlement date | Trade date | Symbol | Name | Transaction type | Account type | Quantity | Price | Commissions & fees | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 02/08 | 01/29 | MMAT | META MATERIALS INC NEW REVERSE SPLIT | Reverse stock split | Cash | -142.0000 | - | - | 0.00 |
| 02/08 | 02/08 | MMAT | META MATERIALS INC NEW REVERSE SPLIT | Reverse stock split | Cash | 143.0000 | - | - | 0.00 |
| 02/08 | 02/08 | - | META MATERIALS OLDCHG INC | REVERSE SPLT | Cash | -14,217.0000 | - | - | 0.00 |
| 02/29 | 02/29 | - | ~~VANGUARD FEDERAL MONEY~~ | Dividend | - | - | - | - | ~~~~ |
| 02/29 | 02/29 | - | ~~~~ | Reinvestment | - | - | - | - | ~~~~ |

If you had an adjustment to a dividend or interest payment from a previous month, the monthly amount shown under the Income Summary section of your brokerage statement may be overstated.

Vanguard®

# Vanguard Personal Investor

877-662-7447

## Joint brokerage account—XXXX9541

SHANNON DONOGHUE & TIMOTHY DONOGHUE
JT TEN WROS

## Account overview

**Total account value as of November 30, 2024**  $10.66

### Year-to-date income

Taxable income
Nontaxable income

**Total**

## Balances and holdings for Vanguard Brokerage Account—XXXX9541

Your securities are held in your cash account, unless otherwise noted. This section only shows securities that were held in the account at the end of the time period indicated.

### Sweep program

| Name | | | Balance on 11/30/2024 |
|---|---|---|---|
|  VANGUARD ___ ___ MONEY ___ | | | |
| **Total Sweep Balance** | | | |

### Stocks

| Symbol | Name | Quantity | Price on 11/30/2024 | Balance on 10/31/2024 | Balance on 11/30/2024 |
|---|---|---|---|---|---|
| MMATQ | META MATERIALS INC NEW | 143.0000 | $0.0610 | $10.15 | $8.72 |