NVB 3001 (Effective 1/21)

# UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA

**PROOF OF INTEREST**

**Name of Debtor:** META MATERIALS, INC.

**Case Number:** 24-50792

1. **Name and address of holder of the Equity Interest** (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

   DONNA I. INDAR
   180 E. 163 STREET, APT 4E
   BRONX, NY 10451

   **Telephone Number:** 917-504-9106

   ☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

   ☒ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

   ☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

   RECEIVED AND FILED
   DEC 12 2024
   U.S. BANKRUPTCY COURT
   MARY A. SCHOTT, CLERK

   COURT USE ONLY

**NOTE:** This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

**Account or other number by which Interest holder identifies Debtor:**
(a) (RHS) 418696001
(b) 5JD53032

Check here if this claim:
☐ replaces a previously filed Proof of Interest dated: _____
☐ amends a previously filed Proof of Interest dated: _____

2. **Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:**

   DONNA I. INDAR
   C/O ROBINHOOD &
   **Telephone Number:** WEBULL FINANCIAL LLC
   (SEE ATTACHED SUPPLEMENTAL SHEETS)

3. **Date Equity Interest was acquired:**

   BETWEEN: 6/23/21 - 2/5/24
   (SEE ATTACHED)

4. **Total amount of member interest:** 75 SHARES FOR $5047.28

5. **Certificate number(s):** SEE ATTACHED

6. **Type of Equity Interest:**
   Please indicate the type of Equity Interest you hold:
   ☒ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
   ☐ Check this box if your Equity Interest is based on anything else and describe that interest:
   **Description:** INVESTOR

7. **Supporting Documents:** Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
   DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. **Date-Stamped Copy:** To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

9. **Signature:**
   Check the appropriate box.
   ☒ I am the creditor.   ☐ I am the creditor's authorized agent.   ☐ I am the trustee, or the debtor,   ☐ I am a guarantor, surety, endorser, or other codebtor.
   (Attach copy of power of attorney, if any.) or their authorized agent. (See Bankruptcy Rule 3005.)
   (See Bankruptcy Rule 3004.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

**Print Name:** DONNA I. INDAR
**Title:**
**Company:** ___ Address and telephone number (if different from notice address above):

(Signature) Donna I. Indar   (Date) 12/9/24

Telephone number: 917-504-9106   email: dinsarj@yahoo.com

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

PROOF OF INTEREST SUPPLEMENTAL INFORMATION
CASE: 24-50792, META MATERIALS, INC.
FOR: DONNA I. INDAR
ACCT.# (RHS) 418696001
　　-with-
BROKER: ROBINHOOD
　85 Willow Rd
　Menlo Park, CA 94025
　Tel: 800-282-1327

SUMMARY OF TRANSACTIONS FROM JUNE 23, 2021 - JANUARY 29, 2024

| | | Cumulative Shares | Cumulative Investment |
|---|---|---|---|
| **Pre-Merger**: | 150 TRCH shares bought at a cost of $779.05 | | |
| **Merger**: (June 28, 2021): | 150 TRCH shares = 75 MMAT shares | 75 | $ 779.05 |
| **Post-Merger**: | 225 MMAT shares for cost of $1037.47 | 300 | $1,816.52 |
| **2202** Mar.01 - Jun.30 | 485 MMAT shares for cost of $786.91 | 785 | $2,603.43 |
| Mar.01 - Oct.11 | **Sold** 685 MMAT shares for a value of $872.00 | 100 | $1,731.43 |
| **2023**: Feb.24 - Nov.29 | 1900 MMAT shares at a cost of $415.13 | 2,000 | $2,146.56 |
| **2024**: Feb.05 | 1000 MMAT shares at cost of $60.60 | 3,000 | $2,207.16 |
| Jan.29 Reverse Split: 1:100  3,000 shares becomes | | 30 shares | |

TOTAL MMAT SHARES BEING HELD:　　30
INVESTMENT (cumulative) IN MMAT　　$2,207.16
Current Total Market Value:　　$1.83

Attached: Year-end Statements for years 2021, 2022, 2023 and Nov.24

# Robinhood

85 Willow Rd, Menlo Park, CA 94025
help@robinhood.com

11/01/2024 to 11/30/2024
**Donna Indar** Account #:418696001
180 E 163 Street Apt 4E, Bronx, NY 10451

Page 1 of 5

## Account Summary

|  | Opening Balance | Closing Balance |
|---|---|---|
| Net Account Balance | $0.56 | $0.07 |
| Total Securities | $684.13 | $658.75 |
| **Portfolio Value** | **$684.69** | **$658.82** |

### Portfolio Allocation

- Cash and Cash Equivalents 0.01%
- Equities 99.99%
- Options 0.00%

## Income and Expense Summary

|  | This Period | Year to Date |
|---|---|---|
| Dividends | $0.00 | $0.00 |
| Capital Gains Distributions | $0.00 | $0.00 |
| Interest Earned | $0.00 | $0.00 |

This statement shall be conclusive if not objected to in writing within ten days (except with respect to debit card transactions). Errors and omissions exempted. Please address all communications to the firm and not to the individuals. Address changes or other material changes in your account should be directed to the office servicing your account. Kindly mention your account number. This statement should be retained for income tax purposes.

Robinhood Securities, LLC ("RHS") carries your account as the clearing broker by arrangement with your introducing broker-dealer, Robinhood Financial LLC ("RHF").

RHS is a Member of SIPC, which protects securities customers of its members up to $500,000 (including $250,000 for claims for cash). Explanatory brochure available upon request or at www.sipc.org.

3840999

Portfolio Summary

### Securities Held in Account

| Securities Held in Account | Sym/Cusip | Acct Type | Qty | Price | Mkt Value | Est. Dividend Yield | % of Total Portfolio |
|---|---|---|---|---|---|---|---|
| AMC Entertainment<br>Estimated Yield: 0.00% | AMC | Margin | 48 | $4.9500 | $237.60 | $0.00 | 36.07% |
| GameStop<br>Estimated Yield: 0.00% | GME | Margin | 11 | $29.0500 | $319.55 | $0.00 | 48.50% |
| Remark Holdings Inc<br>Estimated Yield: 0.00% | MARK | Margin | 100.5 | $0.1370 | $13.77 | $0.00 | 2.09% |
| Meta Materials<br>Estimated Yield: 0.00% | MMATQ | Margin | 30 | $0.0610 | $1.83 | $0.00 | 0.28% |
| Signing Day Sports<br>Estimated Yield: 0.00% | SGN | Margin | 10 | $8.6000 | $86.00 | $0.00 | 13.05% |
| **Total Securities** | | | | | **$658.75** | **$0.00** | **99.99%** |
| **Brokerage Cash Balance** | | | | | **$0.07** | | **0.01%** |
| **Total Priced Portfolio** | | | | | **$658.82** | | |

# Robinhood

85 Willow Rd, Menlo Park, CA 94025
help@robinhood.com

12/01/2023 to 12/31/2023
**DONNA INDAR** Account #:418696001
180 E 163 Street Apt 4E, Bronx, NY 10451

## Account Summary

| | Opening Balance | Closing Balance |
|---|---|---|
| Net Account Balance | $4.35 | $0.98 |
| Total Securities | $1,399.85 | $937.59 |
| **Portfolio Value** | **$1,404.20** | **$938.57** |

## Portfolio Allocation



- Cash and Cash Equivalents 0.10%
- Equities 99.90%
- Options 0.00%

■ Options  ■ Equities  ■ Cash and Cash Equivalents

## Income and Expense Summary

| | This Period | Year to Date |
|---|---|---|
| Dividends | $0.00 | $0.00 |
| Capital Gains Distributions | $0.00 | $0.00 |
| Interest Earned | $0.00 | $0.00 |

This statement shall be conclusive if not objected to in writing within ten days (except with respect to debit card transactions). Errors and omissions exempted. Please address all communications to the firm and not to the individuals. Address changes or other material changes in your account should be directed to the office servicing your account. Kindly mention your account number. This statement should be retained for income tax purposes.

Robinhood Securities, LLC ("RHS") carries your account as the clearing broker by arrangement with your introducing broker-dealer, Robinhood Financial LLC ("RHF").

RHS is a Member of SIPC, which protects securities customers of its members up to $500,000 (including $250,000 for claims for cash). Explanatory brochure available upon request or at www.sipc.org.

Portfolio Summary

| Securities Held in Account | Sym/Cusip | Acct Type | Qty | Price | Mkt Value | Est. Dividend Yield | % of Total Portfolio |
|---|---|---|---|---|---|---|---|
| Camber Energy<br>Estimated Yield: 0.00% | CEI | Margin | 250 | $0.23 | $57.10 | $0.00 | 6.08% |
| Castor Maritime<br>Estimated Yield: 0.00% | CTRM | Margin | 400 | $0.42 | $170.00 | $0.00 | 18.11% |
| Flora Growth<br>Estimated Yield: 0.00% | FLGC | Margin | 20 | $1.35 | $27.00 | $0.00 | 2.88% |
| FingerMotion<br>Estimated Yield: 0.00% | FNGR | Margin | 15 | $4.02 | $60.30 | $0.00 | 6.42% |
| Esports Entertainment<br>Estimated Yield: 0.00% | GMBL | Margin | 1 | $3.95 | $3.95 | $0.00 | 0.42% |
| GameStop<br>Estimated Yield: 0.00% | GME | Margin | 17 | $17.53 | $298.01 | $0.00 | 31.75% |
| Remark Holdings<br>Estimated Yield: 0.00% | MARK | Margin | 100.5 | $0.50 | $49.77 | $0.00 | 5.30% |
| MICROMOBILITY.COM<br>Estimated Yield: 0.00% | MCOM | Margin | 20 | $0.07 | $1.46 | $0.00 | 0.16% |
| Meta Materials<br>Estimated Yield: 0.00% | MMAT | Margin | 2,000 | $0.07 | $132.00 | $0.00 | 14.06% |
| NanoVibronix<br>Estimated Yield: 0.00% | NAOV | Margin | 20 | $1.15 | $23.00 | $0.00 | 2.45% |
| Tilray Brands<br>Estimated Yield: 0.00% | TLRY | Margin | 50 | $2.30 | $115.00 | $0.00 | 12.25% |
| Total Securities | | | | | $937.59 | $0.00 | 99.90% |
| Brokerage Cash Balance | | | | | $0.98 | | 0.10% |
| Total Priced Portfolio | | | | | $938.57 | | |

# Robinhood

85 Willow Rd, Menlo Park, CA 94025
help@robinhood.com

12/01/2022 to 12/31/2022
**DONNA INDAR** Account #:418696001
180 E 163 Street Apt 4E, Bronx, NY 10451

## Account Summary

|  | Opening Balance | Closing Balance |
|---|---|---|
| Net Account Balance | $51.29 | $100.23 |
| Total Securities | $3,075.21 | $1,804.92 |
| **Portfolio Value** | **$3,126.50** | **$1,905.15** |

## Income and Expense Summary

|  | This Period | Year to Date |
|---|---|---|
| Dividends | $0.00 | $0.00 |
| Capital Gains Distributions | $0.00 | $0.00 |
| Interest Earned | $0.00 | $0.00 |

## Portfolio Allocation



- ■ Options
- ■ Equities
- ▩ Cash and Cash Equivalents

Cash and Cash Equivalents 5.26%
Equities 94.74%
Options 0.00%

This statement shall be conclusive if not objected to in writing within ten days (except with respect to debit card transactions). Errors and omissions exempted. Please address all communications to the firm and not to the individuals. Address changes or other material changes in your account should be directed to the office servicing your account number. Kindly mention your account number. This statement should be retained for income tax purposes.

Portfolio Summary

## Securities Held in Account

| | Sym/Cusip | Acct Type | Qty | Price | Mkt Value | Est. Dividend Yield | % of Total Portfolio |
|---|---|---|---|---|---|---|---|
| AMC Entertainment<br>Estimated Yield: 0.00% | AMC | Margin | 50 | $4.07 | $203.50 | $0.00 | 10.68% |
| AMC Entertainment, Preferred Equity Units<br>Estimated Yield: 0.00% | APE | Margin | 100 | $1.41 | $141.00 | $0.00 | 7.40% |
| Camber Energy<br>Estimated Yield: 0.00% | CEI | Margin | 32 | $2.02 | $64.64 | $0.00 | 3.39% |
| Castor Maritime<br>Estimated Yield: 0.00% | CTRM | Margin | 320 | $1.12 | $358.40 | $0.00 | 18.81% |
| Flora Growth<br>Estimated Yield: 0.00% | FLGC | Margin | 100 | $0.23 | $22.76 | $0.00 | 1.19% |
| GameStop<br>Estimated Yield: 0.00% | GME | Margin | 12 | $18.46 | $221.52 | $0.00 | 11.63% |
| Helbiz<br>Estimated Yield: 0.00% | HLBZ | Margin | 1,500 | $0.13 | $195.75 | $0.00 | 10.27% |
| Comstock<br>Estimated Yield: 0.00% | LODE | Margin | 70 | $0.28 | $19.25 | $0.00 | 1.01% |
| Remark Holdings<br>Estimated Yield: 0.00% | MARK | Margin | 31.5 | $1.10 | $34.65 | $0.00 | 1.82% |
| Meta Materials<br>Estimated Yield: 0.00% | MMAT | Margin | 100 | $1.19 | $119.00 | $0.00 | 6.25% |
| MicroVision<br>Estimated Yield: 0.00% | MVIS | Margin | 55 | $2.35 | $129.25 | $0.00 | 6.78% |
| NanoVibronix<br>Estimated Yield: 0.00% | NAOV | Margin | 75 | $0.25 | $18.90 | $0.00 | 0.99% |
| SNDL<br>Estimated Yield: 0.00% | SNDL | Margin | 60 | $2.09 | $125.40 | $0.00 | 6.58% |
| Tilray Brands<br>Estimated Yield: 0.00% | TLRY | Margin | 50 | $2.69 | $134.50 | $0.00 | 7.06% |
| Exela Technologies<br>Estimated Yield: 0.00% | XELA | Margin | 200 | $0.08 | $16.40 | $0.00 | 0.86% |
| **Total Securities** | | | | | **$1,804.92** | **$0.00** | **94.74%** |

# Robinhood

85 Willow Rd, Menlo Park, CA 94025
help@robinhood.com

12/01/2021 to 12/31/2021

**DONNA INDAR** Account #:418696001
180 E 163 Street Apt 4E, Bronx, NY 10451

## Account Summary

|  | Opening Balance | Closing Balance |
|---|---|---|
| Net Account Balance | $0.61 | $127.29 |
| Total Securities | $8,072.59 | $6,342.76 |
| **Portfolio Value** | **$8,073.20** | **$6,470.05** |

## Income and Expense Summary

|  | This Period | Year to Date |
|---|---|---|
| Dividends | $0.00 | $5.58 |
| Capital Gains Distributions | $0.00 | $0.00 |
| Interest Earned | $0.00 | $0.00 |

### Portfolio Allocation



- **Cash and Cash Equivalents** 1.97%
- **Equities** 98.03%
- **Options** 0.00%

■ Options ■ Equities ■ Cash and Cash Equivalents

This statement shall be conclusive if not objected to in writing within ten days (except with respect to debit card transactions). Errors and omissions exempted. Please address all communications to the firm and not to the individuals. Address changes or other material changes in your account should be directed to the office servicing your account. Kindly mention your account number. This statement should be retained for income tax purposes.

Portfolio Summary

## Securities Held in Account

| | Sym/Cusip | Acct Type | Qty | Price | Mkt Value | Est Dividend Yield | % of Total Portfolio |
|---|---|---|---|---|---|---|---|
| AMC Entertainment<br>Estimated Yield: 0.00% | AMC | Margin | 130 | $27.20 | $3,536.00 | $0.00 | 54.65% |
| Castor Maritime<br>Estimated Yield: 0.00% | CTRM | Margin | 320 | $1.42 | $454.40 | $0.00 | 7.02% |
| Flora Growth<br>Estimated Yield: 0.00% | FLGC | Margin | 50 | $1.78 | $89.00 | $0.00 | 1.38% |
| GameStop<br>Estimated Yield: 0.00% | GME | Margin | 2 | $148.39 | $296.78 | $0.00 | 4.59% |
| Comstock Mining<br>Estimated Yield: 0.00% | LODE | Margin | 70 | $1.29 | $90.30 | $0.00 | 1.40% |
| Remark Holdings<br>Estimated Yield: 0.00% | MARK | Margin | 315 | $0.99 | $312.32 | $0.00 | 4.83% |
| Meta Materials<br>Estimated Yield: 0.00% | MMAT | Margin | 300 | $2.46 | $738.00 | $0.00 | 11.41% |
| MicroVision<br>Estimated Yield: 0.00% | MVIS | Margin | 55 | $5.01 | $275.55 | $0.00 | 4.26% |
| NanoVibronix<br>Estimated Yield: 0.00% | NAOV | Margin | 75 | $1.04 | $78.00 | $0.00 | 1.21% |
| Sundial Growers<br>Estimated Yield: 0.00% | SNDL | Margin | 650 | $0.58 | $375.90 | $0.00 | 5.81% |
| Exela Technologies<br>Estimated Yield: 0.00% | XELA | Margin | 110 | $0.88 | $96.51 | $0.00 | 1.49% |
| **Total Securities** | | | | | **$6,342.76** | **$0.00** | **98.03%** |
| **Brokerage Cash Balance** | | | | | **$127.29** | | **1.97%** |
| **Total Priced Portfolio** | | | | | **$6,470.05** | | |

PROOF OF INTEREST SUPPLEMENTAL INFORMATION
CASE: 24-50792, META MATERIALS, INC.
FOR: DONNA I. INDAR
ACCT.# (RHS) 418696001
    -with-
BROKER: WEBULL FINANCIAL LLC
  Member FINRA (CRD:289063) SIPC
  44 Wall St., 2nd Fl., New York, NY 10005
  Tel: 888-828-0618

SUMMARY OF TRANSACTIONS FROM JUNE 25, 2021 - FEBRUARY 05, 2024

|  |  | Cumulative Shares | Cumulative Investment |
|---|---|---|---|
| **Pre-Merger**: | 65 TRCH shares bought at a cost of $327.60 |  |  |
| **Merger**: |  |  |  |
| (June 28, 2021): 65 TRCH shares = 32 MMAT shares |  | 32 | $ 327.60 |
| **Post-Merger**: | 288 MMAT shares for cost of $1542.75 | 320 | $1,870.35 |
| **2202** Jan.21 - Nov.14: | 630 MMAT shares for cost of $717.55 | 950 | $2,587.90 |
| Feb.01-15 | **Sold** 120 MMAT shares for a value of $221.85 | 830 | $2,366.05 |
| **2023**: Feb.24 - Nov.29 | 2670 MMAT shares at a cost of $407.87 | 3,500 | $2,773.92 |
| **2024**: Jan.29 | Reverse Split: 1:100  3,500 shares becomes | **35 shares** |  |
| Feb.05 | 10 MMAT shares at cost of $30.20 | 45 shares | $2,840.12 |

TOTAL MMAT SHARES BEING HELD:   45
INVESTMENT (cumulative) IN MMAT  $2,840.12
Current Total Market Value:      $2.74

Attached: Year-end Statements for years 2021, 2022, 2023 and Nov.24

# webull

**Statement Period:** 11/01/2024 - 11/30/2024
**Account Name:** DONNA INDIRA INDAR
**Account Number:** 5JD53032
**Account Type:** CASH
**Account Address:** 180 E 163RD ST APT 4E BRONX,NY,10451

Welcome to your Webull Summary Statement!

This document provides a comprehensive overview of your investment activities and holdings within your Webull brokerage account. It serves as a record of your transactions, portfolio performance, and important account details. Details regarding participation in fully-paid securities lending are also provided here. A glossary of key definitions and important terms are provided at the end of the document.

Please note that this statement is for informational purposes only and does not provide personalized investment advice. If you have any questions or need assistance, our customer support team is available to help.

Please note that externally held assets are included on the statement solely as a courtesy: information (including valuation) for such externally held assets is derived from external sources for which the member is not responsible; and externally held assets may not be covered by SIPC. Funds deposited with Program Banks of Webull's Cash Management Program are insured, in aggregate, up to $250,000 per Program Bank, per depositor, for each account ownership category, by the FDIC. For joint accounts, FDIC coverage is available up to $500,000 per Program Bank.

Happy investing with Webull!

**OFFICE SERVING YOU**
Webull Financial LLC
Member FINRA (CRD: 289063), SIPC
44 Wall Street, 2nd Floor
New York, NY 10005
support@webull.us
1 (888) 828-0618

**WEBULL'S CLEARING BROKER**
Apex Clearing Corporation
Member FINRA (CRD: 13071), SIPC
350 N. St. Paul Suite 1300
Dallas, TX 75201
cs@apexclearing.com

# OPEN POSITIONS

## Equities & Options

| Symbol | Cusip | Quantity | Multi | Closing Price | Amount |
|---|---|---|---|---|---|
| MMATQ | 59134N302 | 45 | 1 | 0.0610 | 2.74 |
| ZJYL | G5140V112 | 18 | 1 | 0.9104 | 16.39 |

## ACCOUNT ACTIVITY

| Date | Transaction | Currency | Account Type | Symbol | Cusip | Quantity | Amount | Description |
|---|---|---|---|---|---|---|---|---|
| 11/08/2024 | FPSL | | CASH | ZJYL | G5140V112 | -18 | | FPSL Allocation: 18 shares ZJYL, Loaned to Apex |
| 11/12/2024 | FPSL | | CASH | ZJYL | G5140V112 | 1 | | FPSL Allocation: 1 shares ZJYL, Returned by Apex |
| 11/12/2024 | FPSL | | CASH | ZJYL | G5140V112 | -1 | | FPSL Allocation: 1 shares ZJYL, Loaned to Apex |
| 11/13/2024 | FPSL | | CASH | ZJYL | G5140V112 | 1 | | FPSL Allocation: 1 shares ZJYL, Returned by Apex |
| 11/14/2024 | FPSL | | CASH | ZJYL | G5140V112 | 18 | | FPSL Allocation: 18 shares ZJYL, Returned by Apex |

## ACCRUED BALANCES

CURRENCY: USD

| Interest Type | Description | Amount |
|---|---|---|
| ACCRUED BALANCES | | 0.00 |

## FULLY-PAID SECURITIES LENDING ACTIVITY

FULLY PAID SECURITIES LENDING FEE INCOME 0.00

| Date | Symbol | Cusip | Quantity | Description |
|---|---|---|---|---|
| 11/08/2024 | ZJYL | G5140V112 | 18.00 | FPSL Allocation: 18 shares ZJYL, Loaned to Apex |
| 11/12/2024 | ZJYL | G5140V112 | -1.00 | FPSL Allocation: 1 shares ZJYL, Returned by Apex |
| 11/12/2024 | ZJYL | G5140V112 | 1.00 | FPSL Allocation: 1 shares ZJYL, Loaned to Apex |
| 11/13/2024 | ZJYL | G5140V112 | -1.00 | FPSL Allocation: 1 shares ZJYL, Returned by Apex |
| 11/14/2024 | ZJYL | G5140V112 | -18.00 | FPSL Allocation: 18 shares ZJYL, Returned by Apex |

## FULLY-PAID SECURITIES LENDING FEE INCOME ACCRUAL DETAIL

| Loan Start Date | Loan End Date | Symbol | Cusip | Fee Income Accrual |
|---|---|---|---|---|
| 11/08/2024 | 11/13/2024 | ZJYL | G5140V112 | 0.002683 |
| Total | | | | 0.002683 |

## NOTES

### KEY DEFINITIONS AND TERMS

1. Accrued Dividends: The pending dividend section includes unpaid cash dividends that the shareholder is entitled to receive but have not been distributed in the statement period. Most often due to the declared payment date being in the future outside of the statement period.

# webull

| | |
|---|---|
| **Statement Period:** | 12/01/2023 - 12/31/2023 |
| **Account Name:** | DONNA INDIRA INDAR |
| **Account Number:** | 5JD53032 |
| **Account Type:** | CASH |
| **Account Address:** | 180 E 163RD ST APT 4E BRONX,NY,10451 |

Welcome to your Webull Brokerage Account Statement!

This document provides a comprehensive overview of your investment activities and holdings within your Webull brokerage account. It serves as a record of your transactions, portfolio performance, and important account details. Details regarding participation in fully-paid securities lending are also provided here. A glossary of key definitions and important terms are provided at the end of the document.

Please note that this statement is for informational purposes only and does not provide personalized investment advice. If you have any questions or need assistance, our customer support team is available to help.

Happy investing with Webull!

**OFFICE SERVING YOU**

44 Wall Street, 2nd Floor, New York, NY 10005

customerservices@webull.us

1 (888) 828-0618

## OPEN POSITIONS

| Symbol | Cusip | Quantity | Multi | Closing Price | Amount |
|---|---|---|---|---|---|
| AMC | 00165C302 | 53 | 1 | 6.12 | 324.36 |
| MMAT | 59134N104 | 3500 | 1 | 0.0660 | 231.00 |
| BKKT | 05759B107 | 17 | 1 | 2.23 | 37.91 |
| BNGO | 09075F305 | 6 | 1 | 1.89 | 11.34 |

## NOTES

### KEY DEFINITIONS AND TERMS

1. Pending Dividends: The pending dividend section includes unpaid cash dividends that the shareholder is entitled to receive but have not been distributed in the statement period. Most often due to the declared payment date being in the future outside of the statement period.
2. Accrued Interest: Interest is charged monthly, so this section will be the total interest incurred by the user in the statement period, rather than the portion of the interest charged. Additional detail provided in the important information section below.
3. Trades (Sold): Cash from selling securities.
4. Trades (Bought): Cash spent on buying securities.
5. Multiplier(Multi): In an individual stock option, the value of the contract is expressed as the product of a certain monetary amount and the underlying index. The certain monetary amount is fixed by the contract, which is referred to as the contract multiplier. At present, the stock is 1 by default and the individual stock option is 100.
6. Closing Price: Last traded price on the last trading date of the month. Note, closing prices are indicative and may be from third-party sources. Webull does not warrant the accuracy of the prices provided by third-party sources.
7. The sum of Exchange-related fees, transaction-related fees, stamp duty, withholding tax, contract fees, commissions, or other fees or taxes.
8. Webull does not charge any fees for currency exchanges. Exchange rate is prone to be impacted by the market exchange rates. Please take exchange rates on market as reference.
9. All transactions are based on a First-in, First-out ("FIFO") method.
10. Trade Records: Displays all GTC (Good-Till-Cancelled) orders in your account. Also included in the section are GTX orders (GTC orders eligible for extended trading hours).
11. Account Types: C = Cash, M = Margin, S = Short, X = RVP/DVP, and O = Other
12. FPSL: The Apex Clearing Corporation Fully-Paid Securities Lending Program.
13. Market Value of Securities Held Long includes the market value of securities held in non-short account types (i.e. Cash account, Margin account).
14. Market Value of Securities Held Short includes the market value of securities held in the short account type. Bona fide short positions will mark-to-market on a daily basis between the margin and short account types based on prevailing closing prices of the security which was shorted.
15. Market Value of Fully-Paid Securities Loaned. The market value of the fully-paid securities you have loaned through participating in the Apex Clearing Corporation Fully-Paid Securities Lending Program.
16. Collateral Value and Loan Value. Collateral Value and Loan Value are related to the fully-paid securities lent by you under the FPSL program. Collateral Value is the amount of collateral (e.g. cash) held on your behalf through the program's Trustee for your benefit at a bank. Loan Value is the market value of the fully-paid securities you have loaned, subject to rounding convention, through participating in the FPSL Program. See the Master Securities Lending Agreement for Apex Clearing Corporation Fully-Paid Securities Lending Program for complete program details.
17. Portfolio Market Value. The sum of the cash in your account (i.e. Total Cash Value), the securities in your account (i.e. Market Value of Securities in Your Account), and the market value of the fully-paid securities on loan (i.e. Market Value of Fully-Paid Securities Loaned)
18. Payment in Lieu. Cash distributions paid on fully-paid securities on loan in the Securities Lending Income Program will be credited to your Webull account in the form of a "cash-in-lieu" payment. Receipt of cash-in-lieu payments may have different taxable consequences than receipt of the actual dividends from the issuer.

### IMPORTANT INFORMATION

1. Webull carries your account on an omnibus basis with Apex Clearing Corporation, which acts as the clearing broker.
2. If there are any material changes regarding your contract information, investment objectives, or financial situation, advise Webull promptly by updating your information using the Webull platform or by contacting customerservices@webull.us.
3. If this is a margin account and we maintain a special memorandum account for you, this is a combined statement of your general account and special memorandum account maintained for you under Regulation T issued by the Board of Governors of the Federal Reserve System. The permanent record of the special memorandum account as required by Regulation T is available for your inspection at your request.
4. The interest charged on the debit balance in your account is shown on this statement. Interest on debit balances is calculated for each calendar day and charged monthly. The interest settlement cycle begins from the prior month's settlement date to the latest settlement date before the 15th of each month. The margin rate is variable and is determined by the size of the margin loan. The margin rate is set at Webull's discretion and is subject to change without notice. The daily interest charge is

APEX CLEARING CORPORATION
350 NORTH ST. PAUL SUITE 1300
DALLAS, TX 75201

# Webull Financial LLC
44 Wall Street, New York, NY 10005
customerservice@webull.us

*December 1, 2022 - December 31, 2022*

PAGE 1 OF 8

# INDIVIDUAL ACCOUNT

ACCOUNT NUMBER   **5JD-53032-19  RR WEA**

**DONNA INDIRA INDAR**

**Your Registered Representative**
WEBULL FINANCIAL LLC - HOUSE
(917) 725-2448

DONNA INDIRA INDAR
180 E 163RD ST APT 4E
BRONX NY 10451-3244

## ▼ ACCOUNT SUMMARY

|  | OPENING BALANCE | CLOSING BALANCE |
|---|---|---|
| Cash account | $0.61 | $0.61 |
| NET ACCOUNT BALANCE | 0.61 | 0.61 |
| Securities | 3,882.05 | 2,466.01 |
| TOTAL PRICED PORTFOLIO | 3,882.05 | 2,466.01 |
| **Total Equity Holdings** | **$3,882.66** | **$2,466.62** |

## ▼ PORTFOLIO EQUITY ALLOCATION

Cash 0.025%
Equities 99.975%

ACCOUNT CARRIED BY:
**APEX CLEARING CORPORATION**
MEMBER FINRA, NYSE and SIPC

**See Reverse Side for Important Tax Information.** This statement shall be conclusive if not objected to in writing within ten days. Errors and omissions excepted. Please address all communications to the firm and not to individuals. Address changes or other material changes on your account should be directed to the office servicing your account. Kindly mention your account number. **This statement should be retained for income tax purposes.**

*December 1, 2022 - December 31, 2022*

PAGE **2** OF 8



**Webull Financial LLC**
44 Wall Street, New York, NY 10005
customerservice@webull.us

**INDIVIDUAL ACCOUNT**

ACCOUNT NUMBER  **5JD-53032-19  RR WEA**

**DONNA INDIRA INDAR**

### ▼ PORTFOLIO SUMMARY

| DESCRIPTION | SYMBOL/ CUSIP | ACCOUNT TYPE | QUANTITY | PRICE | MARKET VALUE | LAST PERIOD'S MARKET VALUE | % CHANGE | EST. ANNUAL INCOME | % OF TOTAL PORTFOLIO |
|---|---|---|---|---|---|---|---|---|---|
| **EQUITIES / OPTIONS** | | | | | | | | | |
| AMC ENTERTAINMENT HOLDINGS INC CL A COM | AMC | C | 250 | $4.07 | $1,017.50 | $1,807.50 | -44% | | 41.251% |
| AMC ENTERTAINMENT HOLDINGS INC AMC PRFRD EQTY UNTS ECH CNSTNG OF DPSTRY SHR RPRSNTNG 1/100 | APE | C | 155 | 1.41 | 218.55 | 150.63 | 45 | | 8.860 |
| AMERICAN VIRTUAL CLOUD TECHNOLOGIES INC COM NEW | AVCT | C | 10 | 1.15 | 11.50 | 11.20 | 3 | | .466 |
| BIONANO GENOMICS INC COMMON STOCK | BNGO | C | 60 | 1.46 | 87.60 | 120.60 | -27 | | 3.551 |
| BAKKT HOLDINGS INC CLASS A COMMON STOCK | BKKT | C | 17 | 1.19 | 20.23 | 30.09 | -33 | | .820 |
| BIORA THERAPEUTICS INC COM NEW | 74319F305 | C | 1 | 3.293 | 3.29 | | N/A | | .133 |
| IMPERIAL PETROLEUM INC COMMON SHARES | IMPP | C | 400 | 0.241 | 96.44 | 142.52 | -32 | | 3.910 |
| META MATLS INC COMMON STOCK | MMAT | C | 830 | 1.19 | 987.70 | 1,577.00 | -37 | | 40.043 |
| OPENDOOR TECHNOLOGIES INC COMMON STOCK | OPEN | C | 8 | 1.16 | 9.28 | 14.80 | -37 | | .376 |

# Webull Financial LLC

44 Wall Street, New York, NY 10005
customerservice@webull.us

APEX CLEARING CORPORATION
350 NORTH ST. PAUL SUITE 1300
DALLAS, TX 75201

*December 1, 2021 - December 31, 2021*

PAGE 1 OF 9

**I N D I V I D U A L   A C C O U N T**

ACCOUNT NUMBER    **5JD-53032-19  RR WEA**

DONNA INDIRA INDAR

**Your Registered Representative**
WEBULL FINANCIAL LLC - HOUSE
(917) 725-2448

DONNA INDIRA INDAR
180 E 163RD ST APT 4E
BRONX NY 10451-3244

## ▼ ACCOUNT SUMMARY

|  | OPENING BALANCE | CLOSING BALANCE |
|---|---|---|
| Cash account | $282.79 | $10.39 |
| **NET ACCOUNT BALANCE** | 282.79 | 10.39 |
| Securities | 7,463.43 | 5,659.77 |
| **TOTAL PRICED PORTFOLIO** | 7,463.43 | 5,659.77 |
| **Total Equity Holdings** | **$7,746.22** | **$5,670.16** |

## ▼ PORTFOLIO EQUITY ALLOCATION



Equities 99.817%
Cash 0.183%

ACCOUNT CARRIED BY:
**APEX CLEARING CORPORATION**
MEMBER FINRA, NYSE and SIPC

**See Reverse Side for Important Tax Information.** This statement shall be conclusive if not objected to in writing within ten days. Errors and omissions excepted. Please address all communications to the firm and not to individuals. Address changes or other material changes on your account should be directed to the office servicing your account. Kindly mention your account number. **This statement should be retained for income tax purposes.**

*December 1, 2021 - December 31, 2021*

PAGE **2** OF 9

# Webull Financial LLC
44 Wall Street, New York, NY 10005
customerservice@webull.us

**I N D I V I D U A L   A C C O U N T**

**DONNA INDIRA INDAR**

ACCOUNT NUMBER  **5JD-53032-19  RR WEA**

## ▼ PORTFOLIO SUMMARY

| DESCRIPTION | SYMBOL/CUSIP | ACCOUNT TYPE | QUANTITY | PRICE | MARKET VALUE | LAST PERIOD'S MARKET VALUE | % CHANGE | EST. ANNUAL INCOME | % OF TOTAL PORTFOLIO |
|---|---|---|---|---|---|---|---|---|---|
| **EQUITIES / OPTIONS** | | | | | | | | | |
| AMC ENTERTAINMENT HOLDINGS INC CL A COM | AMC | C | 145 | $27.20 | $3,944.00 | $4,751.60 | -17% | | 69.557% |
| BIONANO GENOMICS INC COMMON STOCK | BNGO | C | 50 | 2.99 | 149.50 | 195.50 | -24 | | 2.637 |
| BAKKT HOLDINGS INC CLASS A COMMON STOCK | BKKT | C | 17 | 8.51 | 144.67 | 265.37 | -45 | | 2.551 |
| CASSAVA SCIENCES INC COMMON STOCK | SAVA | C | 2 | 43.70 | 87.40 | 106.98 | -18 | | 1.541 |
| DIDI GLOBAL INC ADS ECH FOUR REPRSNTNG ONE CL A ORDINARY SHARE | DIDI | C | 20 | 4.98 | 99.60 | | N/A | | 1.757 |
| GORES GUGGENHEIM INC CLASS A COMMON STOCK | GGPI | C | 8 | 11.70 | 93.60 | 107.68 | -13 | | 1.651 |
| LONGEVERON INC CLASS A COMMON STOCK | LGVN | C | 10 | 12.07 | 120.70 | 78.78 | 53 | | 2.129 |
| META MATLS INC COMMON STOCK | MMAT | C | 320 | 2.46 | 787.20 | 1,174.40 | -33 | | 13.883 |
| PROGENITY INC COMMON STOCK | PROG | C | 30 | 2.09 | 62.70 | 62.60 | <1 | | 1.106 |
| OPENDOOR TECHNOLOGIES INC COMMON STOCK | OPEN | C | 8 | 14.61 | 116.88 | 126.72 | -8 | | 2.061 |

