NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | PROOF OF INTEREST |
|---|---|

Name of Debtor: _META MATERIALS INC_

Case Number: _24-50792_

**1. Name and address of holder of the Equity Interest** (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

_ANDREW JAROS_
_132 N. SYCAMORE ST_
_GENOA IL 60135_

Telephone Number: _(815) 826-1224_

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

☒ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

RECEIVED AND FILED   AM

DEC 12 2024

U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

**COURT USE ONLY**

**NOTE:** This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

Account or other number by which Interest holder identifies Debtor:

_5KZ-92209-12 RR WEA_

Check here if this claim:
☐ replaces a previously filed Proof of Interest dated: _____
☐ amends a previously filed Proof of Interest dated: _____

**2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:**

_WEBULL FINANCIAL LLC_
_44 WALL STREET_
_NEW YORK NY 10005_
Telephone Number: _(888) 828-0618_

**3. Date Equity Interest was acquired:** _MULTIPLE ACQUIRED DATES SEE DOCUMENT C_

**4. Total amount of member interest:** _30 SHARES_

**5. Certificate number(s):** _SEE ATTACHED DOCUMENT C_

**6. Type of Equity Interest:**
Please indicate the type of Equity Interest you hold:
☒ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
☐ Check this box if your Equity Interest is based on anything else and describe that interest:
Description: _INVESTOR_

**7. Supporting Documents:** Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**8. Date-Stamped Copy:** To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

**9. Signature:**
Check the appropriate box.
☒ I am the creditor.　☐ I am the creditor's authorized agent. (Attach copy of power of attorney, if any.)　☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)　☐ I am a guarantor, surety, endorser, or other codebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: _ANDREW JAROS_
Title:
Company: ___ Address and telephone number (if different from notice address above):
_132 N. SYCAMORE ST_
_GENOA IL 60135_

(Signature) _[signed]_    (Date) _12-8-24_

Telephone number: _(815) 826-1224_   email: _ANDREW JAROS @ HOTMAIL.COM_

_Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571_

Document C

Webull Transactions:              Meta material transaction spreadsheet

| Date | Ticker | Stock Name | Transaction | Quantity | Price Per Share | Invested | Total Quantity | Note | Note |
|---|---|---|---|---|---|---|---|---|---|
| 3/24/2021 | TRCH | Torchlight Energy resources | Bought | 9 | $2.16 | $19.43 | 9 | | |
| 3/24/2021 | TRCH | Torchlight Energy resources | Bought | 31 | $2.18 | $97.55 | 40 | | |
| 3/24/2021 | TRCH | Torchlight Energy resources | Bought | 255 | $2.18 | $554.63 | 295 | | |
| 3/24/2021 | TRCH | Torchlight Energy resources | Bought | 800 | $2.18 | $1,743.20 | 1095 | | |
| 6/22/2021 | TRCH | Torchlight Energy resources | Bought | 143 | $5.14 | $735.02 | 1238 | | |
| 6/22/2021 | TRCH | Torchlight Energy resources | Bought | 1 | $6.14 | $6.14 | 1239 | | |
| 6/22/2021 | TRCH | Torchlight Energy resources | Bought | 1 | $6.16 | $6.16 | 1240 | | |
| 6/22/2021 | TRCH | Torchlight Energy resources | Bought | 131 | $5.63 | $737.53 | 1371 | | |
| 6/22/2021 | TRCH | Torchlight Energy resources | Bought | 159 | $5.55 | $882.26 | 1530 | | |
| 6/22/2021 | TRCH | Torchlight Energy resources | Bought | 160 | $5.53 | $884.80 | 1690 | | |
| 6/22/2021 | TRCH | Torchlight Energy resources | Bought | 208 | $5.56 | $1,156.48 | 1898 | | |
| 6/22/2021 | TRCH | Torchlight Energy resources | Bought | 217 | $5.47 | $1,186.60 | 2115 | | |
| 6/22/2021 | TRCH | Torchlight Energy resources | Bought | 236 | $5.52 | $1,302.72 | 2351 | | |
| 6/22/2021 | TRCH | Torchlight Energy resources | Bought | 261 | $5.53 | $1,442.89 | 2612 | | |
| 6/22/2021 | TRCH | Torchlight Energy resources | Bought | 320 | $5.38 | $1,720.00 | 2932 | | |
| 6/22/2021 | TRCH | Torchlight Energy resources | Bought | 560 | $5.51 | $3,085.60 | 3492 | | |
| 6/25/21 | TRCH | Torchlight Energy resources | Reverse Split | | | | 1746 | Ticker Name Change | $15,561.01 Total Monies Invested Pre-Reverse Split |
| | | | | | | | 3492 | | Total Shares Held Pre-Reverse Split |
| 08/08/2021 | MMAT | Meta Materials Inc | Reverse Split | | | | 1746 | | 2:1 reverse split when ticker changed |
| 11/04/2022 | MMAT | Meta Materials Inc | Bought | 148 | $0.94 | $138.57 | 1894 | | |
| 11/04/2022 | MMAT | Meta Materials Inc | Bought | 457 | $1.21 | $552.97 | 2351 | | |
| 11/04/2022 | MMAT | Meta Materials Inc | Bought | 4 | $1.59 | $6.35 | 2355 | | |
| 14/04/2023 | MMAT | Meta Materials Inc | Bought | 1100 | $0.22 | $245.19 | 3455 | | |
| 29/11/2023 | MMAT | Meta Materials Inc | Bought | 1008 | $0.10 | $102.31 | 4463 | $1,045.39 | Total Monies Invested After-Reverse Split |
| 29/01/2024 | MMAT | Meta Materials Inc | Reverse Split | | | | 45 | Corporate Action | Reverse Split @ 100:1 |
| 20/08/2024 | MMATQ | Meta Materials Inc | Sold | 15 | $0.54 | $8.14 | 30 | CA: Delisted | Sold for lose when news of delisting |

TOTAL SHARES HELD POST SECOND REVERSE SPLIT:       45 Shares

TOTAL MONIES INVESTED:       $16,606.40

Sold shares on delisting news for a loss: 30%       15x$0.54=$8.14 Sold For a Loss :

TOTAL SHARES STILL HOLDING:       30 shares       $4,981.92

** See Transaction documentation attached

# Webull Financial LLC
44 Wall Street, New York, NY 10005
customerservice@webull.us

*March 1, 2021 – March 31, 2021*

PAGE 2 OF 13

**I N D I V I D U A L   A C C O U N T**

ACCOUNT NUMBER    **5KZ-92209-12  RR WEA**

**ANDREW C JAROG**

▼ **PORTFOLIO SUMMARY**

| DESCRIPTION | SYMBOL/ CUSIP | ACCOUNT TYPE | QUANTITY | PRICE | MARKET VALUE | LAST PERIOD'S MARKET VALUE | % CHANGE | EST. ANNUAL INCOME | % OF TOTAL PORTFOLIO |
|---|---|---|---|---|---|---|---|---|---|
| **EQUITIES / OPTIONS** | | | | | | | | | |
| AMERICAN RESOURCES CORPORATION CLASS A COMMON SHARES | AREC | C | 306 | $3.80 | $1,162.80 | $1,773.20 | -34% | | 6.013% |
| AGEAGLE AERIAL SYSTEMS INC COMMON STOCK | UAVS | C | 176 | 6.26 | 1,101.76 | 1,425.60 | -23 | | 5.697 |
| ANTELOPE ENTERPRISE HOLDINGS LIMITED COMMON STOCK | AEHL | C | 280 | 3.11 | 870.80 | | N/A | | 4.503 |
| CHURCHILL CAPITAL CORP IV CLASS A COMMON STOCK | CCIV | C | 46 | 23.18 | 1,066.28 | | N/A | | 5.514 |
| ELECTRAMECCANICA VEHICLES CORP LTD | SOLO | C | 304 | 4.70 | 1,428.80 | 1,875.68 | -24 | | 7.389 |
| FISKER INC CLASS A COMMON STOCK | FSR | C | 25 | 17.22 | 430.50 | 3,762.00 | -89 | | 2.226 |
| IDEANOMICS INC COMMON STOCK | IDEX | C | 1,029 | 2.92 | 3,004.68 | 791.12 | 280 | | 15.538 |
| LORDSTOWN MOTORS CORP CLASS A COMMON STOCK | RIDE | C | 60 | 11.77 | 706.20 | 1,160.40 | -39 | | 3.652 |
| NIO INC AMERICAN DEPOSITARY SHARES ECH RPRSNTNG ONE CL A SHARE | NIO | C | 37 | 38.98 | 1,442.26 | 1,693.86 | -15 | | 7.458 |
| PIONEER POWER SOLUTIONS INC COMMON STOCK | PPSI | C | 151 | 4.85 | 732.35 | 910.53 | -20 | | 3.787 |
| ROMEO POWER INC COMMON STOCK | RMO | C | 168 | 8.33 | 1,399.44 | 1,454.94 | -4 | | 7.237 |
| TORCHLIGHT ENERGY RESOURCES INC | TRCH | C | 1,095 | 1.83 | 2,003.85 | | N/A | | 10.362 |

# Webull Financial LLC

44 Wall Street, New York, NY 10005
customerservice@webull.us



March 1, 2021 - March 31, 2021

ACCOUNT NUMBER    **5KZ-92209-12  RR WEA**

PAGE 6 OF 13

**ANDREW C JAROG**

**I N D I V I D U A L    A C C O U N T**

▼ ACCOUNT ACTIVITY (CONTINUED)

**BUY / SELL TRANSACTIONS** (continued)

| TRANSACTION | DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|
| BOUGHT | 03/11/21 | C | ROMEO POWER INC<br>COMMON STOCK<br>CUSIP: 776153108 | 48 | 11.40 | 547.20 | |
| SOLD | 03/11/21 | C | FISKER INC<br>CLASS A COMMON STOCK<br>CUSIP: 338131106 | 25 | 22.42 | | 560.48 |
| BOUGHT | 03/19/21 | C | AMERICAN RESOURCES CORPORATION<br>CLASS A COMMON SHARES<br>CUSIP: 029271U208 | 3 | 5.1595 | 15.48 | |
| BOUGHT | 03/19/21 | C | AMERICAN RESOURCES CORPORATION<br>CLASS A COMMON SHARES<br>CUSIP: 029271U208 | 173 | 5.1972 | 899.12 | |
| SOLD | 03/19/21 | C | MICROVISION INC DEL<br>CUSIP: 594960304 | 57 | 15.90 | | 906.28 |
| SOLD | 03/23/21 | C | UNITED STATES ANTIMONY CORP<br>CUSIP: 911549103 | 300 | 1.255 | | 376.45 |
| BOUGHT | 03/24/21 | C | ACER THERAPEUTICS INC<br>COMMON STOCK<br>CUSIP: 004447108 | 90 | 4.20 | 378.00 | |
| BOUGHT | 03/24/21 | C | TORCHLIGHT ENERGY RESOURCES<br>INC<br>CUSIP: 89102U103 | 9 | 2.1593 | 19.43 | |
| BOUGHT | 03/24/21 | C | TORCHLIGHT ENERGY RESOURCES<br>INC<br>CUSIP: 89102U103 | 31 | 2.1789 | 67.55 | |
| BOUGHT | 03/24/21 | C | TORCHLIGHT ENERGY RESOURCES<br>INC<br>CUSIP: 89102U103 | 255 | 2.175 | 554.63 | |

# Webull Financial LLC

44 Wall Street, New York, NY 10005
customerservice@webull.us



**March 1, 2021 – March 31, 2021**

PAGE 7 OF 13

ACCOUNT NUMBER   **5KZ-92209-12   RR WEA**

**ANDREW C JAROG**

**I N D I V I D U A L   A C C O U N T**

▼ ACCOUNT ACTIVITY (CONTINUED)

**BUY / SELL TRANSACTIONS** (continued)

| TRANSACTION | DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|
| BOUGHT | 03/24/21 | C | TORCHLIGHT ENERGY RESOURCES INC<br>CUSIP: 891021103 | 800 | 2.179 | 1,743.20 | |
| SOLD | 03/24/21 | C | BLINK CHARGING CO<br>COMMON STOCK<br>CUSIP: 09354A100 | 15 | 38.30 | | 574.48 |
| SOLD | 03/24/21 | C | POLAR POWER INC<br>COMMON STOCK<br>CUSIP: 73102Y105 | 146 | 12.4086 | | 1,811.63 |
| SOLD | 03/26/21 | C | ACER THERAPEUTICS INC<br>COMMON STOCK<br>CUSIP: 00444P108 | 90 | 3.45 | | 310.48 |
| SOLD | 03/26/21 | C | MICROVISION INC DEL<br>COMMON STOCK<br>CUSIP: 594960304 | 60 | 13.42 | | 805.18 |
| BOUGHT | 03/29/21 | C | ANTELOPE ENTERPRISE<br>HOLDINGS LIMITED COMMON STOCK<br>CUSIP: G04JJN106 | 140 | 3.55 | 497.00 | |
| BOUGHT | 03/30/21 | C | AMERICAN RESOURCES CORPORATION<br>CLASS A COMMON SHARES<br>CUSIP: 02927U208 | 30 | 3.929333 | 117.88 | |
| BOUGHT | 03/30/21 | C | ANTELOPE ENTERPRISE<br>HOLDINGS LIMITED COMMON STOCK<br>CUSIP: G04JJN106 | 140 | 3.58 | 501.20 | |
| **Total Buy / Sell Transactions** | | | | | | **$14,321.93** | **$14,169.09** |

# Webull Financial LLC
44 Wall Street, New York, NY 10005
customerservice@webull.us

*June 1, 2021 – June 30, 2021*

ACCOUNT NUMBER    **5KZ-92209-12  RR WEA**

PAGE 2 OF 11

ANDREW C JAROG

**I N D I V I D U A L   A C C O U N T**

## ▸ PORTFOLIO SUMMARY

| DESCRIPTION | SYMBOL/ CUSIP | ACCOUNT TYPE | QUANTITY | PRICE | MARKET VALUE | LAST PERIOD'S MARKET VALUE | % CHANGE | EST. ANNUAL INCOME | % OF TOTAL PORTFOLIO |
|---|---|---|---|---|---|---|---|---|---|
| **EQUITIES / OPTIONS** | | | | | | | | | |
| AMERICAN RESOURCES CORPORATION CLASS A COMMON SHARES | AREC | C | 306 | $2.55 | $780.30 | $875.16 | -11% | | 4.556% |
| FISKER INC CLASS A COMMON STOCK | FSR | C | 25 | 19.28 | 482.00 | 331.50 | 45 | | 2.814 |
| LORDSTOWN MOTORS CORP CLASS A COMMON STOCK | RIDE | C | 67 | 11.06 | 741.02 | 990.00 | -25 | | 4.327 |
| META MATLS INC COMMON STOCK | MMAT | C | 1,746 | 7.49 | 13,077.54 | | N/A | | 76.359 |
| PIONEER POWER SOLUTIONS INC COMMON STOCK | PPSI | C | 151 | 4.67 | 705.17 | 600.98 | 17 | | 4.117 |
| TARONIS TECHNOLOGIES INC COMMON STOCK | TRNX | C | 333 | 0.031 | 10.39 | 8.04 | 29 | | .061 |
| WORKHORSE GROUP INC COM | WKHS | C | 80 | 16.59 | 1,327.20 | 468.50 | 183 | | 7.749 |
| **Total Equities** | | | | | **$17,123.62** | | | | **99.984%** |
| **Total Cash (Net Portfolio Balance)** | | | | | **$2.71** | | | | **0.016%** |
| **TOTAL PRICED PORTFOLIO** | | | | | **$17,126.33** | | | | |

# I N D I V I D U A L   A C C O U N T



# Webull Financial LLC
44 Wall Street, New York, NY 10005
customerservice@webull.us

**June 1, 2021 - June 30, 2021**

PAGE 3 OF 11

ACCOUNT NUMBER    **5KZ-92209-12  RR WEA**

**ANDREW C JAROG**

## ▼ ACCOUNT ACTIVITY

### BUY / SELL TRANSACTIONS

| TRANSACTION | DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|
| BOUGHT | 06/10/21 | C | WORKHORSE GROUP INC COM CUSIP: 98138J206 | 30 | $16.135 | $484.05 | |
| SOLD | 06/10/21 | C | LORDSTOWN MOTORS CORP CLASS A COMMON STOCK CUSIP: 54405Q100 | 33 | 15.05 | | 496.63 |
| BOUGHT | 06/21/21 | C | TORCHLIGHT ENERGY RESOURCES INC CUSIP: 89102U103 | 143 | 5.14 | 735.02 | |
| SOLD | 06/21/21 | C | XPENG INC ADS EACH REPRESENTING TWO CLASS A ORDINARY SHARES CUSIP: 98422D105 | 17 | 44.19 | | 751.21 |
| BOUGHT | 06/22/21 | C | TORCHLIGHT ENERGY RESOURCES INC CUSIP: 89102U103 | 1 | 6.14 | 6.14 | |
| BOUGHT | 06/22/21 | C | TORCHLIGHT ENERGY RESOURCES INC CUSIP: 89102U103 | 1 | 6.16 | 6.16 | |
| BOUGHT | 06/22/21 | C | TORCHLIGHT ENERGY RESOURCES INC CUSIP: 89102U103 | 131 | 5.63 | 737.53 | |
| BOUGHT | 06/22/21 | C | TORCHLIGHT ENERGY RESOURCES INC CUSIP: 89102U103 | 159 | 5.5488 | 882.26 | |
| BOUGHT | 06/22/21 | C | TORCHLIGHT ENERGY RESOURCES INC CUSIP: 89102U103 | 160 | 5.53 | 884.80 | |

# Webull Financial LLC
44 Wall Street, New York, NY 10005
customerservice@webull.us

June 1, 2021 – June 30, 2021

PAGE 4 OF 11

ACCOUNT NUMBER    5KZ-9Z209-12  RR WEA

ANDREW C JAROG

**I N D I V I D U A L   A C C O U N T**

▶ ACCOUNT ACTIVITY (CONTINUED)

**BUY / SELL TRANSACTIONS** (continued)

| TRANSACTION | DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|
| BOUGHT | 06/22/21 | C | TORCHLIGHT ENERGY RESOURCES INC<br>CUSIP: 89102U103 | 208 | 5.56 | 1,156.48 | |
| BOUGHT | 06/22/21 | C | TORCHLIGHT ENERGY RESOURCES INC<br>CUSIP: 89102U103 | 217 | 5.4682 | 1,186.60 | |
| BOUGHT | 06/22/21 | C | TORCHLIGHT ENERGY RESOURCES INC<br>CUSIP: 89102U103 | 236 | 5.52 | 1,302.72 | |
| BOUGHT | 06/22/21 | C | TORCHLIGHT ENERGY RESOURCES INC<br>CUSIP: 89102U103 | 261 | 5.5283 | 1,442.89 | |
| BOUGHT | 06/22/21 | C | TORCHLIGHT ENERGY RESOURCES INC<br>CUSIP: 89102U103 | 320 | 5.375 | 1,720.00 | |
| BOUGHT | 06/22/21 | C | TORCHLIGHT ENERGY RESOURCES INC<br>CUSIP: 89102U103 | 560 | 5.51 | 3,085.60 | |
| SOLD | 06/22/21 | C | AGEAGLE AERIAL SYSTEMS INC<br>COMMON STOCK<br>CUSIP: 00848K101 | 176 | 5.031545 | | 885.52 |
| SOLD | 06/22/21 | C | CHURCHILL CAPITAL CORP IV<br>CLASS A COMMON STOCK<br>CUSIP: 17143N102 | 46 | 23.541 | | 1,082.87 |
| SOLD | 06/22/21 | C | ELECTRAMECCANICA VEHICLES<br>CORP LTD<br>CUSIP: 28449205 | 304 | 4.3026 | | 1,307.94 |
| SOLD | 06/22/21 | C | IDEANOMICS INC<br>COMMON STOCK<br>CUSIP: 451669106 | 1,029 | 3.05 | | 3,138.31 |

# Webull Financial LLC
44 Wall Street, New York, NY 10005
customerservice@webull.us

*June 1, 2021 – June 30, 2021*

ACCOUNT NUMBER **5KZ-92209-12  RR WEA**

PAGE 6 OF 11

**ANDREW C JAROG**

# INDIVIDUAL ACCOUNT

▼ ACCOUNT ACTIVITY (CONTINUED)

**MISCELLANEOUS TRANSACTIONS**

| TRANSACTION | DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|
| JOURNAL | 06/10/21 | C | NIO INC<br>AMERICAN DEPOSITARY SHARES ECH<br>RPRSNTNG ONE CL A ORD SHARE<br>ADR Fee 2021-04-30<br>09/27 2655~ DEUTSCHE BANK<br>CUSIP- 629J-AV106 | | | $0.74 | |
| REV SPLIT | 06/25/21 | C | META MATLS INC<br>COM<br>RESULT OF REVERSE SPLIT<br>CUSIP- 59134N104 | 1,746 | | | |
| REV SPLIT | 06/25/21 | C | TORCHLIGHT ENERGY RESOURCES<br>INC<br>REVERSE SPLIT @ 1:2<br>INTO 59134N104<br>CUSIP- 89102J103 | -3,492 | | | |
| **Total Miscellaneous Transactions** | | | | | | **$0.74** | |

# Webull Financial LLC

44 Wall Street, New York, NY 10005

customerservice@webull.us

**August 1, 2022 – August 31, 2022**

PAGE 2 OF 13

ACCOUNT NUMBER    **5KZ-92209-12  RR WEA**

**ANDREW C JAROG**

**INDIVIDUAL ACCOUNT**

▼ **PORTFOLIO SUMMARY**

| DESCRIPTION | SYMBOL/ CUSIP | ACCOUNT TYPE | QUANTITY | PRICE | MARKET VALUE | LAST PERIOD'S MARKET VALUE | % CHANGE | EST. ANNUAL INCOME | % OF TOTAL PORTFOLIO |
|---|---|---|---|---|---|---|---|---|---|
| **EQUITIES / OPTIONS** | | | | | | | | | |
| AMERICAN VIRTUAL CLOUD TECHNOLOGIES INC COMMON STOCK | AVCT | C | 4,880 | $0.46 | $2,244.80 | | N/A | | 20.513% |
| COOPER STANDARD HOLDINGS INC COMMON STOCK | CPS | C | 13 | 7.83 | 101.79 | | N/A | | .930 |
| HALL OF FAME RESORT & ENTERTAINMENT COMPANY COMMON STOCK | HOFV | C | 500 | 0.797 | 398.35 | 431.90 | -8 | | 3,640 |
| LORDSTOWN MOTORS CORP CLASS A COMMON STOCK | RIDE | C | 307 | 2.14 | 656.98 | | N/A | | 6,003 |
| SURO CAPITAL CORP COMMON STOCK Estimated Yield = 6.88% | SSSS | C | 57 | 6.37 | 363.09 | 379.05 | -4 | 25 | 3,318 |
| TARONIS TECHNOLOGIES INC COMMON STOCK | TRNX | C | 333 | 0.001 | 0.33 | 0.37 | -11 | | .003 |
| WESTPORT FUEL SYSTEMS INC COMMON STOCK | WPRT | C | 205 | 1.09 | 223.45 | 248.05 | -10 | | 2,042 |
| META MATLS INC COMMON STOCK | MMAT | C | 1,894 | 0.865 | 1,638.31 | 1,571.40 | 4 | | 14,971 |
| META MATLS INC PFD SER A | MMTLP | C | 3,492 | 1.45 | 5,063.40 | 4,818.96 | 5 | | 46,269 |
| WORKHORSE GROUP INC COM | WKHS | C | 80 | 3.13 | 250.40 | 369.51 | -32 | | 2,288 |
| **Total Equities** | | | | | **$10,940.90** | | | | **99.978%** |

| Total Cash (Net Portfolio Balance) | | | | | $2.43 | | | $25 | 0.022% |
|---|---|---|---|---|---|---|---|---|---|
| **TOTAL PRICED PORTFOLIO** | | | | | **$10,943.33** | | | **$25** | |

# INDIVIDUAL ACCOUNT



## Webull Financial LLC
44 Wall Street, New York, NY 10005
customerservice@webull.us

**August 1, 2022 - August 31, 2022**

PAGE 3 OF 13

ACCOUNT NUMBER    **5KZ-922209-12  RR WEA**

**ANDREW C JAROG**

## ▼ ACCOUNT ACTIVITY

### BUY / SELL TRANSACTIONS

| TRANSACTION | DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|
| BOUGHT | 08/05/22 | C | HALL OF FAME RESORT & ENTERTAINMENT COMPANY COMMON STOCK CUSIP-40619L102 | 125 | $0.9849 | $123.11 | |
| SOLD | 08/05/22 | C | AMERICAN RESOURCES CORPORATION CLASS A COMMON SHARES CUSIP-02927U208 | 54 | 2.2707 | | 122.60 |
| BOUGHT | 08/08/22 | C | META MATLS INC COMMON STOCK CUSIP-59134N104 | 148 | 0.9363 | 138.57 | |
| SOLD | 08/08/22 | C | LORDSTOWN MOTORS CORP CLASS A COMMON STOCK CUSIP-54405Q100 | 45 | 3.1101 | | 139.93 |
| SOLD | 08/09/22 | C | WORKHORSE GROUP INC COM CUSIP-98138J206 | 33 | 4.3201 | | 142.54 |
| BOUGHT | 08/10/22 | C | NXARTA INC COMMON STOCK CUSIP-65487U108 | 9 | 15 | 135.00 | |
| BOUGHT | 08/15/22 | C | COOPER STANDARD HOLDINGS INC CUSIP-21676P103 | 13 | 11.38 | 147.94 | |
| SOLD | 08/15/22 | C | NXARTA INC COMMON STOCK CUSIP-65487U108 | 9 | 15.75 | | 141.73 |
| BOUGHT | 08/16/22 | C | LORDSTOWN MOTORS CORP CLASS A COMMON STOCK CUSIP-54405Q100 | 46 | 2.8495 | 131.08 | |

**Webull Financial LLC**
44 Wall Street, New York, NY 10005
customerservice@webull.us

August 1, 2022 - August 31, 2022

PAGE 6 OF 13

ACCOUNT NUMBER **5KZ-92209-12 RR WEA**

**ANDREW C JAROG**

# I N D I V I D U A L   A C C O U N T

▼ ACCOUNT ACTIVITY (CONTINUED)

**SECURITIES RECEIVED AND DELIVERED** (continued)

| TRANSACTION | DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|
| JOURNAL | 08/08/22 | C | WORKHORSE GROUP INC<br>COM<br>TO TYPE 1 FROM TYPE 7<br>FFS(179252376)<br>CUSIP:98138J206 | 33 | | | |
| JOURNAL | 08/09/22 | O | META MATLS INC<br>COMMON STOCK<br>TO TYPE 7 FROM TYPE 1<br>FFS(179422492)<br>CUSIP:59134N104 | 148 | | | |
| JOURNAL | 08/04/22 | O | AMERICAN RESOURCES CORPORATION<br>CLASS A COMMON SHARES<br>FROM TYPE 7 TO TYPE 1<br>FFS(178826328)<br>CUSIP:02927U208 | -54 | | | |
| JOURNAL | 08/04/22 | O | AMERICAN RESOURCES CORPORATION<br>CLASS A COMMON SHARES<br>FROM TYPE 7 TO TYPE 1<br>FFS(178881035)<br>CUSIP:02927U208 | -306 | | | |
| JOURNAL | 08/05/22 | O | LORDSTOWN MOTORS CORP<br>CLASS A COMMON STOCK<br>FROM TYPE 7 TO TYPE 1<br>FFS(179056041)<br>CUSIP:54405Q100 | -45 | | | |
| JOURNAL | 08/05/22 | O | LORDSTOWN MOTORS CORP<br>CLASS A COMMON STOCK<br>FROM TYPE 7 TO TYPE 1<br>FFS(179093728)<br>CUSIP:54405Q100 | -261 | | | |

# Webull Financial LLC

44 Wall Street, New York, NY 10005
customerservice@webull.us

*August 1, 2022 - August 31, 2022*

ACCOUNT NUMBER **5KZ-92209-12  RR WEA**

**ANDREW C JAROG**

# INDIVIDUAL ACCOUNT

## ▼ ACCOUNT ACTIVITY (CONTINUED)

### SECURITIES RECEIVED AND DELIVERED (continued)

| TRANSACTION | DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|
| JOURNAL | 08/08/22 | O | WORKHORSE GROUP INC COM FR&(1792S2376) CUSIP: 98138J206 | -33 | | | |
| JOURNAL | 08/09/22 | C | META MATLS INC COMMON STOCK FROM TYPE 7 TO TYPE 1 FR&(1792S2376) CUSIP: 59134N104 | -148 | | | |
| | | | META MATLS INC COMMON STOCK FROM TYPE 1 TO TYPE 7 FR&(1794224921) CUSIP: 59134N104 | | | | |

### Total Securities Received And Delivered

## ▼ EXECUTED TRADES PENDING SETTLEMENT - THESE TRANSACTIONS MAY NOT BE REFLECTED IN OTHER SUMMARIES

| TRANSACTION | TRADE DATE | SETTLEMENT DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|---|
| SOLD | 08/31/22 | 09/02/22 | C | COOPER STANDARD HOLDINGS INC CUSIP: 21676P103 | -13 | $8.18 | | $106.32 |
| BOUGHT | 08/31/22 | 09/02/22 | C | CATALYST BIOSCIENCES INC COMMON STOCK CUSIP: 14888D208 | 200 | 1.97 | 394.00 | |
| BOUGHT | 08/31/22 | 09/02/22 | C | CATALYST BIOSCIENCES INC COMMON STOCK CUSIP: 14888D208 | 235 | 1.9896 | 467.56 | |
| SOLD | 08/31/22 | 09/02/22 | C | HALL OF FAME RESORT & ENTERTAINMENT COMPANY COMMON STOCK CUSIP: 40619L102 | -500 | 0.80 | | 399.92 |

*November 1, 2022 – November 30, 2022*

**I N D I V I D U A L    A C C O U N T**

# Webull Financial LLC
44 Wall Street, New York, NY 10005
customerservice@webull.us

ACCOUNT NUMBER    **5KZ-922O9-12  RR WEA**

**ANDREW C JAROG**

## ▼ PORTFOLIO SUMMARY

| DESCRIPTION | SYMBOL/ CUSIP | ACCOUNT TYPE | QUANTITY | PRICE | MARKET VALUE | LAST PERIOD'S MARKET VALUE | % CHANGE | EST. ANNUAL INCOME | % OF TOTAL PORTFOLIO |
|---|---|---|---|---|---|---|---|---|---|
| **EQUITIES / OPTIONS** | | | | | | | | | |
| TARONIS TECHNOLOGIES INC COMMON STOCK | TRNX | C | 333 | $0.00 | $0.17 | $0.17 | 0% | | .000% |
| AMERICAN VIRTUAL CLOUD TECHNOLOGIES INC COM NEW | AVCT | O | 803 | 1.12 | 899.36 | 947.54 | -5 | | 2.644 |
| META MATLS INC COMMON STOCK | MMAT | O | 2,355 | 1.90 | 4,474.50 | 2,007.64 | 123 | | 13.156 |
| META MATLS INC PFD SER A | MMTLP | O | 3,492 | 8.17 | 28,529.64 | 23,920.20 | 19 | | 83.881 |
| MULLEN AUTOMOTIVE INC COMMON STOCK | MULN | O | 564 | 0.192 | 108.34 | N/A | | | .319 |
| **Total Equities** | | | | | **$34,012.01** | | | | **100.000%** |
| **Total Cash (Net Portfolio Balance)** | | | | | **$0.17** | | | | |
| **TOTAL PRICED PORTFOLIO** | | | | | **$34,012.18** | | | | |

## ▼ ACCOUNT ACTIVITY

| TRANSACTION | DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|
| **BUY / SELL TRANSACTIONS** | | | | | | | |
| BOUGHT | 11/04/22 | C | META MATLS INC COMMON STOCK CUSIP 59134N104 | 457 | $1.21 | $552.97 | |



# Webull Financial LLC
44 Wall Street, New York, NY 10005
customerservice@webull.us

**November 1, 2022 - November 30, 2022**

PAGE 3 OF 13

ACCOUNT NUMBER  **5KZ-92209-12  RR WEA**

**ANDREW C JAROG**

## I N D I V I D U A L   A C C O U N T

▼ ACCOUNT ACTIVITY (CONTINUED)

| TRANSACTION | DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|
| **BUY / SELL TRANSACTIONS** (continued) | | | | | | | |
| SOLD | 11/04/22 | C | ZIM INTEGRATED SHIPPING SERVICES LTD ORDINARY SHARES CUSIP: M9T951109 | 23 | 24.0704 | | 553.59 |
| BOUGHT | 11/10/22 | C | META MATLS INC COMMON STOCK CUSIP: 59134N104 | 4 | 1.5872 | 6.35 | |
| **Total Buy / Sell Transactions** | | | | | | $559.32 | $553.59 |
| **DIVIDENDS AND INTEREST** | | | | | | | |
| INTEREST | 11/11/22 | C | FULLYPAID LENDING REBATE DUE 12/31/35 Oct2022 REBATE Security Number: 85S7337 | | | | $20.18 |
| **Total Dividends And Interest** | | | | | | | $20.18 |
| **FUNDS PAID AND RECEIVED** | | | | | | | |
| JOURNAL | 11/02/22 | O | XFER CASH FROM FFS | | | $3.06 | |
| TOU | 11/14/22 | O | Journal to APEX CRYPTO / DIRECT...(APXO) TPJ/b23B20B4-7906-4e50-969b-07d6b7fecae7) | | | 21.00 | |
| JOURNAL | 11/02/22 | C | XFER FFS TO CASH | | | | 3.06 |
| **Total Funds Paid And Received** | | | | | | $24.06 | 3.06 |

# TRADE RECORDS

Currency: USD

| Symbol & Name | Trade Date | Settlement Date | Buy/Sell | Quantity | Price | Gross Amount | Fee/Tax | Net Amount | Remarks |
|---|---|---|---|---|---|---|---|---|---|
| MMAT -59134N104 META MATERIALS INC | 04/14/2023 | 04/18/2023 | B | 1100.00 | 0.22 | -245.19 | 0.00 | -245.19 | |

# PORTFOLIO SUMMARY

| Symbol | Cusip | Quantity | FPL Quantity | Multi | Closing Price | Amount |
|---|---|---|---|---|---|---|
| MMTLP-WB | US8AG9903 | 3492 | | | 0.00 | 0.00 |
| TRNX | 87621420G | 333 | | 1 | 0.00 | 0.10 |
| MMAT | 59134N104 | 3455 | | 1 | 0.18 | 636.41 |
| BOIL | 74347Y870 | 36 | | 1 | 3.38 | 121.68 |

# ACCOUNT ACTIVITY

| Date | Transaction | Currency | Symbol | Cusip | Quantity | Amount | Description | Status |
|---|---|---|---|---|---|---|---|---|
| 04/17/2023 | Deposit | USD | | | | 250.00 | | POST |

# NOTES

## KEY DEFINITIONS AND TERMS

1. Accrued Dividends: When the company declares the dividends of shares, this part will calculate the dividends to be paid to the user, and the dividends paid to the user during form checking period will be included into cash.
2. Accrued Interest: Interest is charged monthly, so this section will be the total interest incurred by the user in the statement period, rather than the portion of the interest charged. Additional detail provided in the important information section below.
3. Trades (Sold): Cash from selling securities.
4. Trades (Bought): Cash spent on buying securities.
5. Multiplier(Multi): In an individual stock option, the value of the contract is expressed as the product of a certain monetary amount and the underlying index. The certain monetary amount is fixed by the contract, which is referred to as the contract multiplier. At present, the stock is 1 by default, and the individual stock option is 100.
6. Closing Price: Last traded price on the last trading date of the month. Note, closing prices are indicative and may be from third-party sources. Webull does not warrant the accuracy of the prices provided by third-party sources.
7. Fee/Tax: Exchange-related Fees / Transaction-related Fees / Stamp Duty / Settlement Fees / Withholding Tax.
8. Webull does not charge any fees for currency exchanges. Exchange rate is prone to be impacted by the market exchange rate. Please take exchange rates on market as reference.
9. All transactions are based on a First-In, First-Out ("FIFO") method.
10. Trade Records: Displays all GTC (Good-Till-Cancelled) orders in your account. Also included in the section are GTX orders (GTC orders eligible for extended trading hours).

# Webull

| | |
|---|---|
| **Statement Period:** | 11/01/2023 - 11/30/2023 |
| **Account Name:** | Andrew C Jiang |
| **Account Number:** | 5KZ92209 |
| **Account Type:** | CASH |
| **Account Address:** | 111 South Sycamore Street GENOA,IL,60135 |

Welcome to your Webull Brokerage Account Statement!

This document provides a comprehensive overview of your investment activities and holdings within your Webull brokerage account. It serves as a record of your transactions, portfolio performance, and important account details. Details regarding participation in fully-paid securities lending are also provided here. A glossary of key definitions and important terms are provided at the end of the document.

Please note that this statement is for informational purposes only and does not provide personalized investment advice. If you have any questions or need assistance, our customer support team is available to help.

Happy investing with Webull!

**OFFICE SERVING YOU**

44 Wall Street, 2nd Floor, New York, NY 10005

customerservices@webull.us

1 (888) 828-0618

1 of 5

# SECURITIES TRADING ACTIVITY

Currency: USD

## OPEN POSITIONS

| Symbol & Name | Trade Date | Settlement Date | Cusip | Buy/Sell | Quantity | Price | Gross Amount | Fee/Tax | Net Amount | Remarks |
|---|---|---|---|---|---|---|---|---|---|---|
| MMAT -59134N104<br>META MATERIALS INC | 11/29/2023 | 12/01/2023 | | B | 1008.00 | 0.1015 | -102.31 | 0.00 | -102.31 | |

| Symbol | Cusip | Quantity | Multi | Closing Price | Amount |
|---|---|---|---|---|---|
| NMTLPWB | US8AO9903 | 3492 | 1 | 0.0000 | 0.00 |
| TRNX | 87621420G | 333 | 1 | 0.0003 | 0.10 |
| MMAT | 59134N104 | 4463 | 1 | 0.0943 | 420.86 |
| FNGR | 3178BK108 | 110 | 1 | 4.23 | 465.30 |

## ACCOUNT ACTIVITY

| Date | Transaction | Currency | Symbol | Cusip | Quantity | Amount | Description | Status |
|---|---|---|---|---|---|---|---|---|
| 11/17/2023 | Other | | FNGR<br>23111TC00007000 | | 1 | | FNGR 23111TC00007000 - Expired Option | |
| 11/29/2023 | Deposit | USD | | | | 100.00 | ACH Deposit - 5KZB2209 100 | POST |

# NOTES

## KEY DEFINITIONS AND TERMS

1. Pending Dividends: The pending dividend section includes unpaid cash dividends that the shareholder is entitled to receive but have not been distributed in the statement period. Most often due to the declared payment date being in the future outside of the statement period.

2. Accrued Interest: Interest is charged monthly, so this section will be the total interest incurred by the user in the statement period, rather than the portion of the interest charged. Additional detail provided in the important information section below.

3. Trades (Sold): Cash from selling securities.

4. Trades (Bought): Cash spent on buying securities.

5. Multiplier(Multi): In an individual stock option, the value of the contract is expressed as the product of a certain monetary amount and the underlying index. The certain monetary amount is fixed by the contract, which is referred to as the contract multiplier. At present, the stock is 1 by default and the individual stock option is 100.

6. Closing Price: Last traded price on the last trading date of the month. Note, closing prices are indicative and may be from third-party sources. Webull does not warrant the accuracy of the prices provided by third-party sources.

7. The sum of Exchange-related fees, transaction-related fees, stamp duty, withholding tax, contract fees, commissions, or other fees or taxes.

8. Webull does not charge any fees for currency exchanges. Exchange rate is prone to be impacted by the market exchange rates. Please take exchange rates on market as reference.

9. All transactions are based on a First-in, First-out ("FIFO") method.

10. Trade Records: Displays all GTC (Good-Till-Cancelled) orders in your account. Also included in the section are GTX orders (GTC orders eligible for extended trading hours).

11. Account Types: C = Cash, M = Margin, S = Short, X = RVP/DVP, and O = Other.

12. FPSL: The Apex Clearing Corporation Fully-Paid Securities Lending Program.

13. Market Value of Securities Held Long includes the market value of securities held in non-short account types (i.e. Cash account, Margin account).



# Webull

**Statement Period:** 01/01/2024 - 01/31/2024

**Account Name:** Andrew C Jarog

**Account Number:** 5KZ9Z209

**Account Type:** CASH

**Account Address:** 111 South Sycamore Street GENOA,IL,60135

## PORTFOLIO SUMMARY

This section provides an overview of cash and securities held in your Webull account as well as fully-paid securities you have loaned through your participation in the Apex Clearing Fully-Paid Securities Lending Program and the collateral held through the program's Trustee for your benefit at a bank.

| | Total Cash Balance | Market Value of Securities in Your Account | Market Value of Securities in Long Account | Market Value of Securities in Short Account | Market Value of Fully-Paid Securities Loaned | Collateral Value | Loan Value | Portfolio Market Value |
|---|---|---|---|---|---|---|---|---|
| Opening | 3.44 | 829.32 | 829.32 | 0.00 | 0.00 | 0.00 | 0.00 | 832.76 |
| Closing | 6.70 | 685.60 | 685.60 | 0.00 | 0.00 | 0.00 | 0.00 | 692.30 |

Welcome to your Webull Brokerage Account Statement!

This document provides a comprehensive overview of your investment activities and holdings within your Webull brokerage account. It serves as a record of your transactions, portfolio performance, and important account details. Details regarding participation in fully-paid securities lending are also provided here. A glossary of key definitions and important terms are provided at the end of the document.

Please note that this statement is for informational purposes only and does not provide personalized investment advice. If you have any questions or need assistance, our customer support team is available to help.

Please note that externally held assets are included on the statement solely as a courtesy; information (including valuation) for such externally held assets is derived from external sources for which the member is not responsible; and externally held assets may not be covered by SIPC.

Happy investing with Webull!

**OFFICE SERVING YOU**

Webull Financial LLC
Member FINRA (CRD: 289063), SIPC
44 Wall Street, 2nd Floor
New York, NY 10005
customerservices@webull.us
1 (888) 828-0618

**YOUR CLEARING BROKER**

Apex Clearing Corporation
Member FINRA (CRD: 13071), SIPC
350 N. St. Paul Suite 1300
Dallas, TX 75201
cs@apexclearing.com

Reversed SP215
100-7 I

1 of 5

| Symbol | Cusip | Quantity | Multi | Closing Price | Amount |
|---|---|---|---|---|---|
| FNGR | 31788K108 | 133 | 1 | 2.37 | 315.21 |
| MMTLPWB | US8AQ8903 | 3492 | 1 | 0.0000 | 0.00 |
| MMAT | 59134N302 | 45 | 1 | 3.82 | 171.90 |
| PTEN | 70348T101 | 9 | 1 | 11.09 | 99.81 |
| BTE | 07317Q105 | 31 | 1 | 3.18 | 98.58 |
| TRNX | 87821420... | 333 | 1 | 0.0003 | 0.10 |

## ACCOUNT ACTIVITY

| Date | Transaction | Currency | Symbol | Cusip | Quantity | Amount | Description | Status |
|---|---|---|---|---|---|---|---|---|
| 01/17/2024 | Deposit | USD | | | | 100.00 | ACH Deposit - SKZ92209 100 | POST |
| 01/25/2024 | Deposit | USD | | | | 100.00 | ACH Deposit - SKZ92209 100 | POST |
| 01/26/2024 | Other | | CCI 2401Z6C00051000 | | -8 | | CCI.2401Z6C00051000 - Expired Option | |
| 01/28/2024 | Corporate Action | | MMAT | 59134N104 | -4463 | | META MATERIALS INC — Reverse Split @100:1 — into 59134N302 | |
| 01/29/2024 | Corporate Action | | MMAT | 59134N302 | 45 | | META MATERIALS INC — Reverse Split @100:1 — Result of Reverse Split | |
| 01/29/2024 | Deposit | USD | | | | 100.00 | ACH Deposit - SKZ92209 100 | POST |

## NOTES

### KEY DEFINITIONS AND TERMS

1. Pending Dividends: The pending dividends section includes unpaid cash dividends that the shareholder is entitled to receive but have not been distributed in the statement period. Most often due to the declared payment date being in the future outside of the statement period.

2. Accrued Interest: Interest is charged monthly, so this section will be the total interest incurred by the user in the statement period, rather than the portion of the interest charged, provided in the important information section below.

3. Trades (Sold): Cash from selling securities.

4. Trades (Bought): Cash spent on buying securities.

5. Multiplier(Mult): In an individual stock option, the value of the contract is expressed as the product of a certain monetary amount and the underlying index. The certain monetary amount is fixed by the contract, which is referred to as the contract multiplier. At present, the stock is 1 by default, and the individual stock option is 100.

6. Closing Price: Last traded price on the last trading date of the month. Note, closing prices are indicative and may be from third-party sources. Webull does not warrant the accuracy of the prices provided by third-party sources.

7. The sum of Exchange-related fees, transaction-related fees, stamp duty, withholding tax, contract fees, commissions, or other fees or taxes.

8. Webull does not charge any fees for currency exchanges. Exchange rate is prone to be impacted by the market exchange rates. Please take exchange rates on market as reference.

9. All transactions are based on a First-in, First-out ("FIFO") method.

10. Trade Records: Displays all GTC (Good-Till-Cancelled) orders in your account. Also included in the section are GTX orders (GTC orders eligible for extended trading hours).

11. Account Types: C = Cash, M = Margin, S = Short, X = RVP/DVP, and O = Other.

12. FPSL: The Apex Clearing Corporation Fully-Paid Securities Lending Program.

13. Market Value of Securities Held Long includes the market value of securities held in non-short account types (i.e. Cash account, Margin account).

14. Market Value of Securities Held Short includes the market value of securities held in the short account type. Bona fide short positions will have mark-to-market on a daily basis between the margin and short account types based on prevailing closing prices of the security which was shorted.

15. Market Value of Fully-Paid Securities Loaned. The market value of the fully-paid securities you have loaned through participating in the Apex Clearing Corporation Fully-Paid Securities Lending Program.

16. Collateral Value and Loan Value. Collateral Value and Loan Value are related to the fully-paid securities lent by you under the FPSL program. Collateral Value is the amount of collateral (e.g. cash) held on your behalf through the program's Trustee for your benefit at a bank. Loan Value is the market value of the fully-paid securities you have loaned, subject to rounding convention, through participating in the FPSL Program. See the Master Securities Lending Agreement for Apex Clearing Corporation Fully-Paid Securities Lending Program for complete program details.

17. Portfolio Market Value. The sum of the cash in your account (i.e. Total Cash Value), the securities in your account (i.e. Market Value of Securities in Your Account), and the market value of the fully-paid securities on loan (i.e. Market Value of Fully-Paid Securities Loaned).

18. Payment in Lieu. Cash distributions paid on fully-paid securities on loan in the Securities Lending Income Program will be credited to your Webull account in the form of a "cash-in-lieu" payment. Receipt of cash-in-lieu payments may have different taxable consequences than receipt of the actual dividends from the issuer.



# webull

| | |
|---|---|
| Statement Period: | 08/01/2024 - 08/31/2024 |
| Account Name: | Andrew C Ja426 |
| Account Number: | 5KZ92209 |
| Account Type: | CASH |
| Account Address: | 111 South Sycamore Street GENOA,IL,60135 |

Welcome to your Webull Summary Statement!

This document provides a comprehensive overview of your investment activities and holdings within your Webull brokerage account. It serves as a record of your transactions, portfolio performance, and important account details. Details regarding participation in fully-paid securities lending are also provided here. A glossary of key definitions and important terms are provided at the end of the document.

Please note that this statement is for informational purposes only and does not provide personalized investment advice. If you have any questions or need assistance, our customer support team is available to help.

Please note that externally held assets are included on the statement solely as a courtesy; information (including valuation) for such externally held assets is derived from external sources for which the member is not responsible, and externally held assets may not be covered by SIPC. Funds deposited with Program Banks of Webull's Cash Management Program are insured, in aggregate, up to $250,000 per Program Bank, per depositor, for each account ownership category, by the FDIC.

Happy investing with Webull!

**OFFICE SERVING YOU**

Webull Financial LLC
Member FINRA (CRD: 289063), SIPC
44 Wall Street, 2nd Floor
New York, NY 10005
support@webull.us
1 (888) 828-0618

**WEBULL'S CLEARING BROKER**

Apex Clearing Corporation
Member FINRA (CRD: 13071), SIPC
350 N. St. Paul Suite 1300
Dallas, TX 75201
cs@apexclearing.com

# SECURITIES TRADING ACTIVITY

## Equities & Options

Currency: USD

| Symbol & Name | Trade Date | Settlement Date | Buy/Sell | Quantity | Price | Gross Amount | Commission | Fee/Tax | Net Amount | Remarks |
|---|---|---|---|---|---|---|---|---|---|---|
| UAL 240830C00043500 - | 08/30/2024 | 09/03/2024 | S | -3.00 | 0.4200 | 126.00 | 0.00 | -0.16 | 125.84 | |
| UAL 240830C00043500 - | 08/30/2024 | 09/03/2024 | B | 3.00 | 0.3500 | -105.00 | 0.00 | -0.14 | -105.14 | |
| GME - 38467W109 GAMESTOP CORP NEW | 08/30/2024 | 09/03/2024 | S | -12.00 | 21.16 | 253.92 | 0.00 | -0.02 | 253.90 | |
| PDD 240830C00105000 - | 08/27/2024 | 08/28/2024 | B | 4.00 | 0.3000 | -120.00 | 0.00 | -0.19 | -120.19 | |
| PDD 240830C00105000 - | 08/27/2024 | 08/28/2024 | B | 1.00 | 0.8400 | -84.00 | 0.00 | -0.05 | -84.05 | |
| PDD 240830C00105000 - | 08/28/2024 | 08/28/2024 | B | 1.00 | 1.77 | -177.00 | 0.00 | -0.05 | -177.05 | |
| TOST 240830C00025000 - | 08/26/2024 | 08/27/2024 | S | -18.00 | 0.2200 | 396.00 | 0.00 | -0.91 | 395.09 | |
| TOST 240830C00025000 - | 08/27/2024 | 08/27/2024 | B | 1.00 | 0.2200 | -22.00 | 0.00 | -0.05 | -22.05 | |
| TOST 240830C00025000 - | 08/26/2024 | 08/27/2024 | B | 7.00 | 0.2200 | -154.00 | 0.00 | -0.33 | -154.33 | |
| TOST 240830C00025000 - | 08/27/2024 | 08/27/2024 | S | 10.00 | 0.3700 | -370.00 | 0.00 | -0.47 | -370.47 | |
| ROKU 240830C00067000 - | 08/23/2024 | 08/26/2024 | S | -5.00 | 0.7000 | 350.00 | 0.00 | -0.25 | 349.75 | |
| ROKU 240823C00067000 - | 08/23/2024 | 08/26/2024 | B | -5.00 | 0.3600 | -180.00 | 0.00 | -0.23 | -180.23 | |
| FNGR - 317B8K108 FINGERMOTION INC | 08/22/2024 | 08/23/2024 | S | -133.00 | 2.06 | 274.00 | 0.00 | -0.03 | 273.98 | |
| MMATQ - 59134N302 META MATERIALS INC | 08/20/2024 | 08/21/2024 | S | -15.00 | 0.5424 | 8.14 | 0.00 | -0.02 | 8.12 | |

# OPEN POSITIONS

## Equities & Options

| Symbol | Cusip | Quantity | Multi | Closing Price | Amount |
|---|---|---|---|---|---|
| MMTLP/VB | US6AC09903 | 192 | 1 | 0.0000 | 0.00 |
| MMATQ | 59134N302 | 30 | 1 | 0.4505 | 13.52 |
| TRNX | 87621420 6 | 333 | 1 | 0.0003 | 0.10 |

# ACCOUNT ACTIVITY

| Date | Transaction | Currency | Account Type | Symbol | Cusip | Quantity | Amount | Description |
|---|---|---|---|---|---|---|---|---|
| 08/21/2024 | Deposit | USD | CASH | PDD 240830C00105000 | | | 100.00 | ACH Deposit - SK292209 100 |
| 08/30/2024 | Other | | CASH | | 240830C00105000 | -6 | | PDD 240830C00105000 - Expired Option |

# NOTES
KEY DEFINITIONS AND TERMS