NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | PROOF OF INTEREST |
|---|---|

**Name of Debtor:** META MATERIALS INC

**Case Number:** 24-50792

**1. Name and address of holder of the Equity Interest** (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

ANDREW JAROG
132 N. SYCAMORE ST
GENOA IL, 60135

Telephone Number: (815) 826-1224

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

☒ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

RECEIVED AM
AND FILED

DEC 12 2024

U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

**NOTE:** This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

**COURT USE ONLY**

**Account or other number by which Interest holder identifies Debtor:** 489877100

Check here if this claim:
☐ replaces a previously filed Proof of Interest dated: _____
☐ amends a previously filed Proof of Interest dated: _____

**2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:**
ROBINHOOD
85 WILLOW RD.
MENLO PARK CA. 94025
Telephone Number: (650) 761-7789

**3. Date Equity Interest was acquired:** MULTIPLE ACQUIRED DATES SEE DOCUMENT B

**4. Total amount of member interest:** 71 SHARES

**5. Certificate number(s):** SEE ATTACHED DOCUMENT B

**6. Type of Equity Interest:**
Please indicate the type of Equity Interest you hold:
☒ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
☐ Check this box if your Equity Interest is based on anything else and describe that interest:
Description: INVESTOR

**7. Supporting Documents:** Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**8. Date-Stamped Copy:** To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

**9. Signature:**
Check the appropriate box.
☒ I am the creditor.  ☐ I am the creditor's authorized agent. (Attach copy of power of attorney, if any.)  ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)  ☐ I am a guarantor, surety, endorser, or other codebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: ANDREW JAROG
Title:
Company: ____ Address and telephone number (if different from notice address above):
132 N. SYCAMORE ST
GENOA IL 60135

(Signature) _____ (Date) 12-8-24
Telephone number: (865) 826-1224   email: ANDREW JAROG @ HOTMAIL.COM

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

Document: B

Robinhood Transactions:                Meta Materials transaction spreadsheet

| Date | Ticker | Stock Name | Transactions | Quantity | Price Per Share | Invested | Total Quantity | Note | Note |
|---|---|---|---|---|---|---|---|---|---|
| 3/3/2021 | TRCH | Torchlight Energy Resources | Bought | 1 | $2.70 | $2.70 | 1 | | |
| 3/3/2021 | TRCH | Torchlight Energy Resources | Bought | 11 | $2.70 | $29.70 | 12 | | |
| 3/3/2021 | TRCH | Torchlight Energy Resources | Bought | 210 | $2.70 | $568.05 | 222 | | |
| 3/3/2021 | TRCH | Torchlight Energy Resources | Bought | 25 | $2.09 | $52.21 | 247 | | |
| 3/5/2021 | TRCH | Torchlight Energy Resources | Bought | 550 | $2.10 | $1,152.25 | 797 | | |
| 3/5/2021 | TRCH | Torchlight Energy Resources | Bought | 31 | $2.08 | $64.33 | 828 | | |
| 3/5/2021 | TRCH | Torchlight Energy Resources | Bought | 248 | $2.09 | $518.32 | 1076 | | |
| 3/5/2021 | TRCH | Torchlight Energy Resources | Bought | 2 | $2.09 | $4.18 | 1078 | | |
| 3/5/2021 | TRCH | Torchlight Energy Resources | Bought | 132 | $2.09 | $275.88 | 1210 | | |
| 3/5/2021 | TRCH | Torchlight Energy Resources | Bought | 198 | $2.09 | $413.82 | 1408 | | |
| 3/5/2021 | TRCH | Torchlight Energy Resources | Bought | 0.561819 | $5.06 | $2.84 | 1408.561819 | | |
| 6/17/2021 | TRCH | Torchlight Energy Resources | Bought | 112 | $5.06 | $566.16 | 1520.561819 | | |
| 6/17/2021 | TRCH | Torchlight Energy Resources | Bought | 28.191624 | $5.11 | $144.00 | 1549.136881 | | |
| 6/17/2021 | TRCH | Torchlight Energy Resources | Bought | 0.383438 | $5.56 | $2.13 | 1549.136881 | | |
| 6/18/2021 | TRCH | Torchlight Energy Resources | Bought | 433.617511 | $5.56 | $2,410.87 | 1982.754392 | | |
| 6/18/2021 | TRCH | Torchlight Energy Resources | Bought | 0.155535 | $5.46 | $0.85 | 1982.909927 | | |
| 6/18/2021 | TRCH | Torchlight Energy Resources | Bought | 309.722298 | $5.47 | $1,694.15 | 2292.632225 | | |
| 6/18/2021 | TRCH | Torchlight Energy Resources | Bought | 0.12467 | $5.70 | $0.71 | 2292.756898 | | |
| 6/18/2021 | TRCH | Torchlight Energy Resources | Bought | 0.198597 | $5.69 | $1.13 | 2292.955492 | | |
| 6/18/2021 | TRCH | Torchlight Energy Resources | Bought | 222 | $5.69 | $994.50 | 2514.955492 | | |
| 6/18/2021 | TRCH | Torchlight Energy Resources | Bought | 180 | $5.52 | $994.50 | 2694.955492 | | |
| 6/18/2021 | TRCH | Torchlight Energy Resources | Bought | 38.642533 | $5.52 | $213.50 | 2733.598025 | | |
| 6/18/2021 | TRCH | Torchlight Energy Resources | Bought | 231.468923 | $5.53 | $1,280.00 | 2965.066948 | | |
| 6/18/2021 | TRCH | Torchlight Energy Resources | Bought | 5.714156 | $5.54 | $31.68 | 2970.781104 | | |
| 6/18/2021 | TRCH | Torchlight Energy Resources | Bought | 106.90643 | $5.55 | $593.32 | 3077.687534 | | |
| 6/18/2021 | TRCH | Torchlight Energy Resources | Bought | 0.595048 | $5.66 | $3.36 | 3078.282582 | | |
| 6/28/2021 | TRCH | Torchlight Energy Resources | Bought | 116.920249 | $5.66 | $661.64 | 3195.202832 | $12,945.43 Total Monies Invested Pre-Reverse Split |
| 6/28/2021 | TRCH | Torchlight Energy Resources | Reverse Split | | | | 3195.202832 | 2:1 reverse split when ticker changed |
| 11/15/2022 | MMAT | Meta Materials Inc | Bought | 46 | $1.86 | $85.59 | 1597 | Ticker Name Change |
| 4/14/2023 | MMAT | Meta Materials Inc | Bought | 1100 | $0.22 | $242.00 | 2743 | |
| 11/29/2023 | MMAT | Meta Materials Inc | Bought | 950 | $0.10 | $94.71 | 3693 | |
| 11/29/2023 | MMAT | Meta Materials Inc | Bought | 1400 | $0.07 | $98.28 | 5093 | |
| 5/12/2023 | MMAT | Meta Materials Inc | Bought | 100 | $0.07 | $7.01 | 5193 | |
| 1/17/2024 | MMAT | Meta Materials Inc | Bought | 3125 | $0.08 | $249.00 | 8318 | |
| 1/17/2024 | MMAT | Meta Materials Inc | Bought | 1700 | $0.08 | $144.16 | 10,018 | |
| 1/17/2023 | MMAT | Meta Materials Inc | Reverse Split | | | | 100 Corprate Action | $920.75 Total Monies Invested After-reverse Split |
| 1/29/2023 | MMAT | Meta Materials Inc | Reverse Split | 1 | | | 100 | Reverse Split @ 100:1 |
| 1/31/2023 | MMAT | Meta Materials Inc | owed by Broker | 1 | | | 101 | owed 1 share by brokorage |
| 8/20/2023 | MMATQ | Meta Materials Inc | Sell | 30 | $0.55 | $16.50 | 71 CA- delisted | Sold for a lose when news of delisting of MMAT |

TOTAL SHARES HELD POST SECOND REVERSE SPLIT:     101 shares

TOTAL MONIES INVESTED:     $13,866.18

Sold shares on delisting news for a loss: ~30%     30x$.55=$16.50 SOLD FOR A LOSS.

TOTAL SHARES STILL HOLDING:     71     $4,159.85

**See Transaction documentation attached

# Robinhood 🖋

85 Willow Rd, Menlo Park, CA 94025
help@robinhood.com

03/01/2021 to 03/31/2021
**Andrew Jarog** Account #:498877100
111 South Sycamore Street, Genoa, IL 60135

## Account Summary

| | Opening Balance | Closing Balance |
|---|---|---|
| Net Account Balance | $12.48 | $0.16 |
| Total Securities | $17,980.72 | $14,518.02 |
| **Portfolio Value** | **$17,993.20** | **$14,518.18** |

## Income and Expense Summary

| | This Period | Year to Date |
|---|---|---|
| Dividends | $0.00 | $0.00 |
| Capital Gains Distributions | $0.00 | $0.00 |
| Interest Earned | $0.00 | $0.00 |

## Portfolio Allocation

☰ Options          ■ Equities          ☰ Cash and Cash Equivalents



- Cash and Cash Equivalents 0.00%
- ● Equities 99.94%
- ⊚ Options 0.06%

This statement shall be conclusive if not objected to in writing within ten days (except with respect to debit card transactions). Errors and omissions exempted. Please address all communications to the firm and not to the individuals. Address changes or other material changes in your account should be directed to the office servicing your account. Kindly mention your account number. This statement should be retained for income tax purposes.

## Portfolio Summary

| Securities Held in Account | Sym/Cusip | Acct Type | Qty | Price | Mkt Value | Est. Dividend Yield | % of Total Portfolio |
|---|---|---|---|---|---|---|---|
| CBAK Energy Technology Estimated Yield: 0.00% | CBAT | Margin | 260 | $5.10 | $1,326.00 | $0.00 | 9.13% |
| ChargePoint Estimated Yield: 0.00% | CHPT | Margin | 34,630.105 | $26.70 | $924.62 | $0.00 | 6.37% |
| FuelCell Energy Estimated Yield: 0.00% | FCEL | Margin | 70 | $14.41 | $1,008.70 | $0.00 | 6.95% |
| Foresight Autonomous Estimated Yield: 0.00% | FRSX | Margin | 53 | $6.25 | $331.25 | $0.00 | 2.28% |
| Hyliion Estimated Yield: 0.00% | HYLN | Margin | 99 | $10.67 | $1,056.33 | $0.00 | 7.28% |
| Li Auto Inc Estimated Yield: 0.00% | LI | Margin | 80 | $25.00 | $2,000.00 | $0.00 | 13.78% |
| Northern Dynasty Minerals Estimated Yield: 0.00% | NAK | Margin | 3,260 | $0.63 | $2,066.84 | $0.00 | 14.24% |
| Northern Genesis Estimated Yield: 0.00% | NGA | Margin | 25 | $16.31 | $407.75 | $0.00 | 2.81% |
| PolyMet Mining Estimated Yield: 0.00% | PLM | Margin | 180 | $3.16 | $568.80 | $0.00 | 3.92% |
| Torchlight Energy Resources Estimated Yield: 0.00% | TRCH | Margin | 1,408 | $1.83 | $2,576.64 | $0.00 | 17.75% |
| Westwater Resources Estimated Yield: 0.00% | WWR | Margin | 277 | $5.37 | $1,487.49 | $0.00 | 10.25% |
| XL Fleet Estimated Yield: 0.00% | XL | Margin | 26 | $8.98 | $233.48 | $0.00 | 1.61% |
| Solitario Zinc Estimated Yield: 0.00% | XPL | Margin | 628 | $0.83 | $521.12 | $0.00 | 3.60% |
| KNDI 06/18/2021 Call $20.00 Estimated Yield: 0.00% | KNDI | Margin | 1 | $0.08 | $8.00 | $0.00 | 0.06% |
| **Total Securities** | | | | | **$14,518.02** | **$0.00** | **100.00%** |
| **Brokerage Cash Balance** | | | | | $0.16 | | 0.00% |
| **Total Priced Portfolio** | | | | | **$14,518.18** | | |

Account Activity

| Description | Symbol | Acct Type | Transaction | Date | Qty | Price | Debit | Credit |
|---|---|---|---|---|---|---|---|---|
| Torchlight Energy Resources Unsolicited, CUSIP: 89102U103 | TRCH | Margin | Buy | 03/03/2021 | 1 | $2.70 | $2.70 | |
| Torchlight Energy Resources Unsolicited, CUSIP: 89102U103 | TRCH | Margin | Buy | 03/03/2021 | 11 | $2.70 | $29.70 | |
| Torchlight Energy Resources Unsolicited, CUSIP: 89102U103 | TRCH | Margin | Buy | 03/03/2021 | 210 | $2.70 | $568.05 | |
| Aemetis Unsolicited, CUSIP: 00770K202 | AMTX | Margin | Buy | 03/04/2021 | 1 | $18.25 | $18.25 | |
| Aemetis Unsolicited, CUSIP: 00770K202 | AMTX | Margin | Buy | 03/04/2021 | 30 | $18.30 | $549.00 | |
| Sunworks Unsolicited, CUSIP: 86803X204 | SUNW | Margin | Sell | 03/04/2021 | 28 | $13.28 | | $371.84 |
| Sunworks Unsolicited, CUSIP: 86803X204 | SUNW | Margin | Sell | 03/05/2021 | 15 | $13.28 | | $199.20 |
| Kandi Technologies Unsolicited, CUSIP: 483709101 | KNDI | Margin | Sell | 03/05/2021 | 200 | $6.03 | | $1,206.13 |
| Kandi Technologies Unsolicited, CUSIP: 483709101 | KNDI | Margin | Sell | 03/05/2021 | 212 | $6.02 | | $1,276.43 |
| Kandi Technologies Unsolicited, CUSIP: 483709101 | KNDI | Margin | Sell | 03/05/2021 | 150 | $6.05 | | $907.47 |
| Northern Dynasty Minerals Unsolicited, CUSIP: 66510M204 | NAK | Margin | Buy | 03/05/2021 | 80 | $0.63 | $50.60 | |
| Northern Dynasty Minerals Unsolicited, CUSIP: 66510M204 | NAK | Margin | Buy | 03/05/2021 | 1,350 | $0.63 | $856.44 | |
| Torchlight Energy Resources Unsolicited, CUSIP: 89102U103 | TRCH | Margin | Buy | 03/05/2021 | 25 | $2.09 | $52.21 | |
| Torchlight Energy Resources Unsolicited, CUSIP: 89102U103 | TRCH | Margin | Buy | 03/05/2021 | 550 | $2.10 | $1,152.25 | |
| Torchlight Energy Resources Unsolicited, CUSIP: 89102U103 | TRCH | Margin | Buy | 03/05/2021 | 31 | $2.08 | $64.33 | |

Account Activity

| Description | Symbol | Acct Type | Transaction | Date | Qty | Price | Debit | Credit |
|---|---|---|---|---|---|---|---|---|
| Torchlight Energy Resources Unsolicited, CUSIP: 89102U103 | TRCH | Margin | Buy | 03/05/2021 | 248 | $2.09 | $518.32 | |
| Torchlight Energy Resources Unsolicited, CUSIP: 89102U103 | TRCH | Margin | Buy | 03/05/2021 | 2 | $2.09 | $4.18 | |
| Torchlight Energy Resources Unsolicited, CUSIP: 89102U103 | TRCH | Margin | Buy | 03/05/2021 | 132 | $2.09 | $275.88 | |
| Torchlight Energy Resources Unsolicited, CUSIP: 89102U103 | TRCH | Margin | Buy | 03/05/2021 | 198 | $2.09 | $413.82 | |
| KNDI 03/19/2021 Call $21.00 | | Margin | OEXP | 03/19/2021 | 35 | | | |
| KNDI 03/19/2021 Call $16.00 | | Margin | OEXP | 03/19/2021 | 15 | | | |
| KNDI 03/19/2021 Call $11.00 | | Margin | OEXP | 03/19/2021 | 15 | | | |
| Northern Genesis Unsolicited, CUSIP: 66516T104 | NGA | Margin | Buy | 03/15/2021 | 15 | $20.99 | $314.85 | |
| Aemetis Unsolicited, CUSIP: 00770X202 | AMTX | Margin | Sell | 03/15/2021 | 16 | $20.46 | | $327.36 |
| Clovis Oncology Unsolicited, CUSIP: 189464100 | CLVS | Margin | Buy | 03/19/2021 | 27.769571 | $6.77 | $188.00 | |
| Clovis Oncology Unsolicited, CUSIP: 189464100 | CLVS | Margin | Sell | 03/19/2021 | 27 | $8.34 | | $225.32 |
| Clovis Oncology Unsolicited, CUSIP: 189464100 | CLVS | Margin | Sell | 03/19/2021 | 0.769571 | $8.34 | | $6.42 |
| Ocean Power Technologies Unsolicited, CUSIP: 67487X506 | OPTT | Margin | Sell | 03/19/2021 | 50 | $3.39 | | $169.50 |
| Hall of Fame Resort & Entertainment Unsolicited, CUSIP: 40619L102 | HOFV | Margin | Buy | 03/23/2021 | 90 | $6.77 | $609.30 | |
| Westport Fuel Systems Unsolicited, CUSIP: 960908309 | WPRT | Margin | Sell | 03/23/2021 | 47 | $8.34 | | $392.22 |

## Portfolio Summary

| Securities Held in Account | Sym/Cusip | Acct Type | Qty | Price | Mkt Value | Est. Dividend Yield | % of Total Portfolio |
|---|---|---|---|---|---|---|---|
| Foresight Autonomous<br>Estimated Yield: 0.00% | FRSX | Margin | 53 | $4.25 | $225.25 | $0.00 | 1.59% |
| The Lion Electric Company<br>Estimated Yield: 0.00% | LEV | Margin | 25 | $19.44 | $486.00 | $0.00 | 3.43% |
| Meta Materials<br>Estimated Yield: 0.00% | MMAT | Margin | 1,597 | $7.49 | $11,961.53 | $0.00 | 84.36% |
| Tortoise Acquisition<br>Estimated Yield: 0.00% | SNPR | Margin | 44.805602 | $10.03 | $449.40 | $0.00 | 3.17% |
| XL Fleet<br>Estimated Yield: 0.00% | XL | Margin | 76.30891 | $8.33 | $635.65 | $0.00 | 4.48% |
| Solitario Zinc<br>Estimated Yield: 0.00% | XPL | Margin | 628 | $0.67 | $420.76 | $0.00 | 2.97% |
| **Total Securities** | | | | | **$14,178.59** | **$0.00** | **99.99%** |
| **Brokerage Cash Balance** | | | | | $1.32 | | 0.01% |
| **Total Priced Portfolio** | | | | | **$14,179.91** | | |

## Account Activity

| Description | Symbol | Acct Type | Transaction | Date | Qty | Price | Debit | Credit |
|---|---|---|---|---|---|---|---|---|
| Meren EdrecthX Educator Group Unsolicited, CUSIP: G6055H114 | METX | Margin | Sell | 06/03/2021 | 0.622716 | $0.97 | | $0.60 |
| Meren EdrecthX Education Group Unsolicited, CUSIP: G6055H114 | METX | Margin | Sell | 06/03/2021 | 136 | $0.97 | | $131.90 |
| Workhorse Unsolicited, CUSIP: 98138J206 | WKHS | Margin | Buy | 06/03/2021 | 0.000741 | $13.48 | $0.01 | |
| Workhorse Unsolicited, CUSIP: 98138J206 | WKHS | Margin | Buy | 06/03/2021 | 9.793284 | $13.48 | $131.99 | |
| ChargePoint Unsolicited, CUSIP: 15961R105 | CHPT | Margin | Sell | 06/17/2021 | 17.628497 | $32.28 | | $569.07 |
| KNDI 06/18/2021 Call $20.00 | | Margin | OEXP | 06/18/2021 | 1S | | | |
| Torchlight Energy Resources Unsolicited, CUSIP: 89102U103 | TRCH | Margin | Buy | 06/17/2021 | 0.561819 | $5.06 | $2.84 | |
| Torchlight Energy Resources Unsolicited, CUSIP: 89102U103 | TRCH | Margin | Buy | 06/17/2021 | 112 | $5.06 | $566.16 | |
| Torchlight Energy Resources Unsolicited, CUSIP: 89102U103 | TRCH | Margin | Buy | 06/17/2021 | 28.191624 | $5.11 | $144.00 | |
| Torchlight Energy Unsolicited, CUSIP: 89102U103 | TRCH | Margin | Buy | 06/17/2021 | 9.793025 | $14.62 | $143.17 | |
| Workhorse Unsolicited, CUSIP: 98138J206 | WKHS | Margin | Sell | 06/18/2021 | 8 | $14.62 | | $143.17 |
| CBAK Energy Technology Unsolicited, CUSIP: 14986C102 | CBAT | Margin | Sell | 06/18/2021 | 100 | $4.92 | | $39.36 |
| CBAK Energy Technology Unsolicited, CUSIP: 14986C102 | CBAT | Margin | Sell | 06/18/2021 | 92 | $4.92 | | $491.99 |
| CBAK Energy Technology Unsolicited, CUSIP: 14986C102 | CBAT | Margin | Sell | 06/18/2021 | 60.282063 | $4.92 | | $452.63 |
| CBAK Energy Technology Unsolicited, CUSIP: 14986C102 | CBAT | Margin | Sell | 06/18/2021 | | $8.92 | | $296.58 |
| FuelCell Energy Unsolicited, CUSIP: 35952H601 | FCEL | Margin | Sell | 06/18/2021 | 70 | $8.92 | | $624.73 |

Account Activity

| Description | Symbol | Acct Type | Transaction | Date | Qty | Price | Debit | Credit |
|---|---|---|---|---|---|---|---|---|
| Hyliion<br>Unsolicited, CUSIP: 449109107 | HYLN | Margin | Sell | 06/18/2021 | 99 | $12.20 | | $1,207.88 |
| Li Auto Inc<br>Unsolicited, CUSIP: 50202M102 | LI | Margin | Sell | 06/18/2021 | 80 | $30.17 | | $2,413.88 |
| Northern Dynasty Minerals<br>Unsolicited, CUSIP: 66510M204 | NAK | Margin | Sell | 06/18/2021 | 100 | $0.52 | | $51.99 |
| Northern Dynasty Minerals<br>Unsolicited, CUSIP: 66510M204 | NAK | Margin | Sell | 06/18/2021 | 200 | $0.52 | | $103.98 |
| Northern Dynasty Minerals<br>Unsolicited, CUSIP: 66510M204 | NAK | Margin | Sell | 06/18/2021 | 400 | $0.52 | | $207.95 |
| Northern Dynasty Minerals<br>Unsolicited, CUSIP: 66510M204 | NAK | Margin | Sell | 06/18/2021 | 300 | $0.52 | | $155.96 |
| Northern Dynasty Minerals<br>Unsolicited, CUSIP: 66510M204 | NAK | Margin | Sell | 06/18/2021 | 2,260 | $0.52 | | $1,174.92 |
| Northern Dynasty Minerals<br>Unsolicited, CUSIP: 66510M204 | NAK | Margin | Sell | 06/18/2021 | 180 | $3.70 | | $665.97 |
| PolyMet Mining<br>Unsolicited, CUSIP: 73916409 | PLM | Margin | Sell | 06/18/2021 | 0.383438 | $5.56 | $2.13 | |
| Torchlight Energy Resources<br>Unsolicited, CUSIP: 89102U103 | TRCH | Margin | Buy | 06/18/2021 | 433.617511 | $5.56 | $2,410.87 | |
| Torchlight Energy Resources<br>Unsolicited, CUSIP: 89102U103 | TRCH | Margin | Buy | 06/18/2021 | 0.155635 | $5.46 | $0.85 | |
| Torchlight Energy Resources<br>Unsolicited, CUSIP: 89102U103 | TRCH | Margin | Buy | 06/18/2021 | 309.722298 | $5.47 | $1,694.15 | |
| Torchlight Energy Resources<br>Unsolicited, CUSIP: 89102U103 | TRCH | Margin | Buy | 06/18/2021 | 0.12467 | $5.70 | $0.71 | |
| Torchlight Energy Resources<br>Unsolicited, CUSIP: 89102U103 | TRCH | Margin | Buy | 06/18/2021 | 0.198597 | $5.69 | $1.13 | |
| Torchlight Energy Resources<br>Unsolicited, CUSIP: 89102U103 | TRCH | Margin | Buy | 06/18/2021 | 222 | $5.69 | $1,263.16 | |

Account Activity

| Description | Symbol | Acct Type | Transaction | Date | Qty | Price | Debit | Credit |
|---|---|---|---|---|---|---|---|---|
| Torchlight Energy Resources Unsolicited, CUSIP: 89102U103 | TRCH | Margin | Buy | 06/18/2021 | 180 | $5.52 | $994.50 | |
| Torchlight Energy Resources Unsolicited, CUSIP: 89102U103 | TRCH | Margin | Buy | 06/18/2021 | 38.642533 | $5.52 | $213.50 | |
| Torchlight Energy Resources Unsolicited, CUSIP: 89102U103 | TRCH | Margin | Buy | 06/18/2021 | 231.469923 | $5.53 | $1,280.00 | |
| Torchlight Energy Resources Unsolicited, CUSIP: 89102U103 | TRCH | Margin | Buy | 06/18/2021 | 5.741156 | $5.54 | $31.68 | |
| Torchlight Energy Resources Unsolicited, CUSIP: 89102U103 | TRCH | Margin | Buy | 06/18/2021 | 106.90643 | $5.55 | $593.32 | |
| Torchlight Energy Resources Unsolicited, CUSIP: 89102U103 | TRCH | Margin | Buy | 06/18/2021 | 0.595048 | $5.66 | $3.36 | |
| Torchlight Energy Resources Unsolicited, CUSIP: 89102U103 | TRCH | Margin | Buy | 06/18/2021 | 116.920249 | $5.66 | $661.64 | |
| Westwater Resources Unsolicited, CUSIP: 961694206 | WWR | Margin | Sell | 06/18/2021 | 277 | $4.56 | | $1,264.47 |
| Mesa Materials Unsolicited, CUSIP: 59134N104 | | Margin | SPR | 06/28/2021 | 1,597 | | | |
| Torchlight Energy Resources Unsolicited, CUSIP: 89102U103 | | Margin | SPR | 06/28/2021 | 3,193.203831S | | | |

| | Debit | Credit |
|---|---|---|
| Total Funds Paid and Received | $9,996.00 | $9,997.03 |

Executed Trades Pending Settlement
These transactions may not be effected in the other summaries

| Description | Acct Type | Transaction | Trade Date | Settle Date | Qty | Price | Debit | Credit |
|---|---|---|---|---|---|---|---|---|
| Total Executed Trades Pending Settlement | | | | | | | $0.00 | $0.00 |

## Portfolio Summary

| | Sym/Cusip | Acct Type | Qty | Price | Mkt Value | Est. Dividend Yield | % of Total Portfolio |
|---|---|---|---|---|---|---|---|
| **Loaned Securities** | | | | | | | |
| American Virtual Cloud Technologies<br>Estimated Yield: 0.00% | AVCT | Margin | 1,118 | $1.12 | $1,252.16 | $0.00 | 4.11% |
| Meta Materials<br>Estimated Yield: 0.00% | MMAT | Margin | 1,643 | $1.90 | $3,121.70 | $0.00 | 10.24% |
| **Total Securities** | | | | | | | |
| **Total Securities *** | | | | | $30,477.08 | $0.00 | 100.00% |
| **Brokerage Cash Balance** | | | | | $1.44 | | 0.00% |
| **Total Priced Portfolio** | | | | | $30,478.52 | | |

* "Total Securities" includes those securities held in your account as well as those on loan through Stock Lending (identified herein as "Loaned Securities" or "Loaned Stocks"). The provisions of the Securities Investor Protection Act of 1970 may not protect you with respect to Loaned Securities.

## Account Activity

| Description | Symbol | Acct Type | Transaction | Date | Qty | Price | Debit | Credit |
|---|---|---|---|---|---|---|---|---|
| Stock Lending October Payment | AVCT | Margin | SLIP | 11/04/2022 | | | | $2.09 |
| Stock Lending October Payment | MMAT | Margin | SLIP | 11/04/2022 | | | | $0.95 |
| Crypto Money Movement | | Margin | COIN | 11/07/2022 | | | $3.20 | |
| MMAT 01/20 2023 Call $7.00 | MMAT | Margin | STC | 11/15/2022 | 3 | $0.08 | | $23.98 |
| MMAT 01/20 2023 Call $7.00 | MMAT | Margin | STC | 11/15/2022 | 7 | $0.09 | | $62.97 |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 11/15/2022 | 46 | $1.86 | $85.56 | |
| **Total Funds Paid and Received** | | | | | | | **$88.76** | **$89.99** |

## Executed Trades Pending Settlement
These transactions may not be reflected in the other summaries

| Description | Acct Type | Transaction | Trade Date | Settle Date | Qty | Price | Debit | Credit |
|---|---|---|---|---|---|---|---|---|
| **Total Executed Trades Pending Settlement** | | | | | | | **$0.00** | **$0.00** |

## Portfolio Summary

| Securities Held in Account | Sym/Cusip | Acct Type | Qty | Price | Mkt Value | Est. Dividend Yield | % of Total Portfolio |
|---|---|---|---|---|---|---|---|
| ProShares Ultra Bloomberg Natural Gas ETF Estimated Yield: 0.00% | BOIL | Margin | 44 | $3.38 | $148.72 | $0.00 | 22.30% |
| Meta Materials Estimated Yield: 0.00% | MMAT | Margin | 2,743 | $0.18 | $505.26 | $0.00 | 75.75% |
| Next Bridge Hydrocarbons Contra Estimated Yield: 0.00% | MMTZZZ | Margin | 3,195 | $0.00 | $0.32 | $0.00 | 0.05% |
| **Total Securities** | | | | | **$654.30** | **$0.00** | **98.09%** |
| **Brokerage Cash Balance** | | | | | $12.73 | | 1.91% |
| **Total Priced Portfolio** | | | | | **$667.03** | | |

Account Activity

| Description | Symbol | Acct Type | Transaction | Date | Qty | Price | Debit | Credit |
|---|---|---|---|---|---|---|---|---|
| Option Expiration for BOIL 2023-03-31 call $4.50 | | Margin | OEXP | 03/31/2023 | 45 | | | |
| ACH Deposit | | Margin | ACH | 04/14/2023 | | | | $250.00 |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 04/14/2023 | 1,100 | $0.22 | $242.00 | |

**Total Funds Paid and Received** | | | | | | | $242.00 | $250.00

**Executed Trades Pending Settlement**
These transactions may not be reflected in the other summaries

| Description | | Acct Type | Transaction | Trade Date | Settle Date | Qty | Price | Debit | Credit |
|---|---|---|---|---|---|---|---|---|---|

**Total Executed Trades Pending Settlement** | | | | | | | | | $0.00 | $0.00

## Portfolio Summary

| Securities Held in Account | Sym/Cusip | Acct Type | Qty | Price | Mkt Value | Est. Dividend Yield | % of Total Portfolio |
|---|---|---|---|---|---|---|---|
| Meta Materials | MMAT | Margin | 5,193 | $0.07 | $342.74 | $0.00 | 99.95% |
| Estimated Yield: 0.00% | | | | | | | |
| Next Bridge Hydrocarbons Contra | MMTZZZ | Margin | 3,195 | $0.00 | $0.00 | $0.00 | 0.00% |
| Estimated Yield: 0.00% | | | | | | | |
| **Total Securities** | | | | | **$342.74** | **$0.00** | **99.95%** |
| **Brokerage Cash Balance** | | | | | $0.18 | | 0.05% |
| **Total Priced Portfolio** | | | | | **$342.92** | | |

Account Activity

| Description | Symbol | Acct Type | Transaction | Date | Qty | Price | Debit | Credit |
|---|---|---|---|---|---|---|---|---|
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 11/29/2023 | 950 | $0.10 | $94.71 | |
| ACH Deposit | | Margin | ACH | 12/05/2023 | | | | $100.00 |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 12/05/2023 | 1,400 | $0.07 | $98.28 | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 12/05/2023 | 100 | $0.07 | $7.01 | |
| **Total Funds Paid and Received** | | | | | | | **$200.00** | **$100.00** |

## Portfolio Summary

| Securities Held in Account | Sym/Cusip | Acct Type | Qty | Price | Mkt Value | Est. Dividend Yield | % of Total Portfolio |
|---|---|---|---|---|---|---|---|
| Brush Oral Care<br>Estimated Yield: 0.00% | BRSH | Margin | 810 | $0.11 | $90.72 | $0.00 | 18.80% |
| Meta Materials<br>Estimated Yield: 0.00% | MMAT | Margin | 101 | $3.82 | $385.82 | $0.00 | 79.95% |
| Next Bridge Hydrocarbons Contra<br>Estimated Yield: 0.00% | MMTZZZ | Margin | 3,195 | $0.00 | $0.00 | $0.00 | 0.00% |
| **Total Securities** | | | | | **$476.54** | **$0.00** | **98.75%** |
| **Brokerage Cash Balance** | | | | | $6.03 | | 1.25% |
| **Total Priced Portfolio** | | | | | **$482.57** | | |

## Account Activity

| Description | Symbol | Acct Type | Transaction | Date | Qty | Price | Debit | Credit |
|---|---|---|---|---|---|---|---|---|
| ACH Deposit | | Margin | ACH | 01/17/2024 | | | | $150.00 |
| ACH Deposit | | Margin | ACH | 01/17/2024 | | | | $250.00 |
| Meta Materials CUSIP- 59134N104 | MMAT | Margin | Buy | 01/17/2024 | 3,125 | $0.08 | $249.06 | |
| Meta Materials CUSIP- 59134N104 | MMAT | Margin | Buy | 01/17/2024 | 1,700 | $0.08 | $144.16 | |
| Meta Materials CUSIP- 59134N104 | | Margin | ACH | 01/25/2024 | | | | $120.00 |
| ACH Deposit | | Margin | ACH | 01/25/2024 | | | | |
| TSLA 01/26/2024 Call $192.50 | TSLA | Margin | BTO | 01/25/2024 | 3 | $0.39 | $117.09 | |
| ACH Deposit | | Margin | | | | | | |
| Meta Materials CUSIP- 59134N302 | | Margin | SPR | 01/29/2024 | 100 | | | |
| Option Expiration for TSLA 2024-01-26 call $192.50 | | Margin | OEXP | 01/26/2024 | 3S | | | |
| Meta Materials CUSIP- 59134N104 | | Margin | SPR | 01/29/2024 | 10,018S | | | |
| ACH Deposit | | Margin | ACH | 01/29/2024 | | | | $100.00 |
| Bruush Oral Care CUSIP- 11750K401 | BRSH | Margin | Buy | 01/29/2024 | 810 | $0.13 | $103.84 | |
| Meta Materials CUSIP- 59134N302 | | Margin | SPR | 01/31/2024 | 1 | | | |
| **Total Funds Paid and Received** | | | | | | | **$614.15** | **$620.00** |

## Portfolio Summary

| Securities Held in Account | Sym/Cusip | Acct Type | Qty | Price | Mkt Value | Est. Dividend Yield | % of Total Portfolio |
|---|---|---|---|---|---|---|---|
| Meta Materials<br>Estimated Yield: 0.00% | MMATQ | Cash | 71 | $0.4500 | $31.95 | $0.00 | 3.28% |
| Next Bridge Hydrocarbons Contra<br>Estimated Yield: 0.00% | MMTZZZ | Cash | 3,195 | $0.0000 | $0.00 | $0.00 | 0.00% |
| Charles Schwab<br>Estimated Yield: 1.54% | SCHW | Cash | 13 | $65.1000 | $846.30 | $13.03 | 86.95% |
| **Total Securities** | | | | | **$878.25** | **$13.03** | **90.23%** |
| **Brokerage Cash Balance** | | | | | $95.06 | | 9.77% |
| **Total Priced Portfolio** | | | | | **$973.31** | | |

## Account Activity

| Description | Symbol | Acct Type | Transaction | Date | Qty | Price | Debit | Credit |
|---|---|---|---|---|---|---|---|---|
| HOOD 08/02/2024 Call $21.00 | HOOD | Margin | BTO | 08/01/2024 | 1 | $0.2000 | $20.03 | |
| HOOD 08/02/2024 Call $21.00 | HOOD | Margin | BTO | 08/01/2024 | 1 | $0.2000 | $20.03 | |
| HOOD 08/02/2024 Call $21.00 | HOOD | Margin | BTO | 08/01/2024 | 1 | $0.2000 | $20.03 | |
| Option Expiration for HOOD 08/02/2024 Call $21.00 | | Margin | OEXP | 08/02/2024 | 3S | | | |
| Option Expiration for NKE 08/02/2024 Call $85.00 | | Margin | OEXP | 08/02/2024 | 10S | | | |
| Big Tree Cloud Holdings CUSIP: G12638108 | DSY | Margin | Sell | 08/14/2024 | 288 | $1.4600 | | $420.43 |
| Charles Schwab CUSIP: 808513105 | SCHW | Margin | Buy | 08/15/2024 | 6 | $65.2000 | $391.20 | |
| Option Expiration for HELE 08/16/2024 Call $80.00 | | Margin | OEXP | 08/16/2024 | 4S | | | |
| ACH Deposit | | Margin | ACH | 08/20/2024 | | | | $100.00 |
| Meta Materials CUSIP: 59134W302 | MMATQ | Margin | Sell | 08/20/2024 | 30 | $0.5500 | | $16.50 |
| SCHW 08/23/2024 Call $66.00 | SCHW | Margin | BTO | 08/20/2024 | 4 | $0.2600 | $104.12 | |
| SCHW 08/23/2024 Call $66.00 | SCHW | Margin | STC | 08/20/2024 | 4 | $0.1900 | | $75.86 |
| SCHW 08/23/2024 Call $66.00 | SCHW | Margin | BTO | 08/21/2024 | 3 | $0.3400 | $102.09 | |
| FUTU 08/23/2024 Call $65.00 | FUTU | Margin | BTO | 08/21/2024 | 3 | $0.3400 | $102.09 | |
| FUTU 08/23/2024 Call $65.00 | FUTU | Margin | STC | 08/21/2024 | 3 | $0.4500 | | $134.89 |
| Cash Div: R/D 2024-08-09 P/D 2024-08-23 - 7 shares at 0.25 | SCHW | Margin | CDIV | 08/23/2024 | | | | $1.75 |
| ZM 08/23/2024 Call $66.00 | ZM | Margin | BTO | 08/22/2024 | 3 | $0.3600 | $108.09 | |
| ZM 08/23/2024 Call $66.00 | ZM | Margin | BTO | 08/22/2024 | 1 | $0.3600 | $36.03 | |

Account Activity

| Description | Symbol | Acct Type | Transaction | Date | Qty | Price | Debit | Credit |
|---|---|---|---|---|---|---|---|---|
| ZM 08/23/2024 Call $66.00 | ZM | Margin | STC | 08/22/2024 | 4 | $0.7200 | | $287.86 |
| Charles Schwab CUSIP: 808513105 | | Margin | JNL | 08/27/2024 | 13S | | | |
| Charles Schwab CUSIP: 808513105 | | Cash | JNL | 08/27/2024 | 13 | | | |
| GameStop CUSIP: 36467V109 | | Margin | JNL | 08/27/2024 | 4S | | | |
| GameStop CUSIP: 36467V109 | | Cash | JNL | 08/27/2024 | 4 | | | |
| Next Bridge Hydrocarbons Contra CUSIP: 62999590 | | Margin | JNL | 08/27/2024 | 3,195S | | | |
| Next Bridge Hydrocarbons Contra CUSIP: 62999590 | | Cash | JNL | 08/27/2024 | 3,195 | | | |
| Meta Materials CUSIP: 59134N302 | | Margin | JNL | 08/27/2024 | 71S | | | |
| Meta Materials CUSIP: 59134N302 | | Cash | JNL | 08/27/2024 | 71 | | | |
| flatten cash balance for margin upgrade/downgrade | | Margin | JNL | 08/27/2024 | | | $298.97 | |
| flatten cash balance for margin upgrade/downgrade | | Cash | JNL | 08/27/2024 | | | | $298.97 |
| ENPH 08/30/2024 Call $135.00 | ENPH | Cash | BTO | 08/28/2024 | 5 | $0.3200 | $160.15 | |
| ENPH 08/30/2024 Call $135.00 | ENPH | Cash | BTO | 08/28/2024 | 4 | $0.3200 | $128.12 | |
| GameStop CUSIP: 36467V109 | GME | Cash | Sell | 08/29/2024 | 4 | $21.0908 | | $84.36 |