NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | PROOF OF INTEREST |
|---|---|

| Name of Debtor:<br>**META MATERIALS INC.** | Case Number:<br>**24-50792** |
|---|---|

| 1. Name and address of holder of the Equity Interest (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):<br><br>GREGORY BALNOSCHAN<br>4715 MESQUITE MEADOW LN<br>KATY, TX 77494-3235<br><br>Telephone Number: **(614) 562-9574** | ☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.<br><br>■ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.<br><br>☐ Check box if this address differs from the address on the envelope sent to you by the Debtors. |
|---|---|

RECEIVED AND FILED
DEC 1 2 2024
U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

COURT USE ONLY

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

| Account or other number by which Interest holder identifies Debtor:<br>FIDELITY ROLLOVER ACCOUNT: XXX-XX7220<br>FIDELITY ROTH IRA ACCOUNT: XXX-XX7272 | Check here if this claim:<br>☐ replaces a previously filed Proof of Interest dated: _____<br>☐ amends a previously filed Proof of Interest dated: _____ |
|---|---|

| 2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:<br>FIDELITY INVESTMENTS<br>900 SALEM STREET<br>SMITHFIELD, RI 02917<br>Telephone Number: (800) 343-3548 | 3. Date Equity Interest was acquired:<br><br>MULTIPLE DATES<br>SEE ATTACHED DOCUMENTATION |
|---|---|

| 4. Total amount of member interest: 4081 SHARES ($438,593.95)<br>SHARECOUNT IS POST REVERSE SPLIT | 5. Certificate number(s): SEE ATTACHED DOCUMENTATION |
|---|---|

6. Type of Equity Interest:
Please indicate the type of Equity Interest you hold:
■ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
☐ Check this box if your Equity Interest is based on anything else and describe that interest:
Description: INVESTOR

7. Supporting Documents: Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. Date-Stamped Copy: To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

9. Signature:
Check the appropriate box.
■ I am the creditor.   ☐ I am the creditor's authorized agent.   ☐ I am the trustee, or the debtor,   ☐ I am a guarantor, surety, endorser, or other co debtor.
(Attach copy of power of attorney, if any.)   or their authorized agent.   (See Bankruptcy Rule 3005.)
(See Bankruptcy Rule 3004.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: GREGORY BALNOSCHAN
Title:
Company:___ Address and telephone number (if different from notice address above):
_____
_____

(Signature)    12/4/2024 (Date)

Telephone number: 614-562-9574    email: gbalno00@gmail.com

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

December 4, 2024

US Bankruptcy Court
Foley Federal Building & U.S. Courthouse
ATTN: Clerk of the Court
300 Las Vegas Blvd, South
Las Vegas, Nevada 89101

RE: NOTICE OF REDACTION, Proof of Interest Form & Supporting Documents

CASE NO: 24-50792

To: Clerk of the Court,

My name is Gregory Balnoschan and I hereby submit this NOTICE OF REDACTION for PROOF OF INTEREST FORM and SUPPORTING DOCUMENTATION in the matter of Meta Materials Inc., Case Number 24-50792. Per instructions by The Honorable Hillary L. Barnes, United States Bankruptcy Judge, and out of an abundance of concern for misuse of my personal information, I request all but the last four (4) digits of my account numbers be redacted from my Proof of Interest form and supporting documentation.

Per instructions, I have included with this filing an unredacted and redacted version of the POI form and all supporting documentation and a personal check for the $28 processing fee.

Thank you for your consideration in this matter.

Gregory Balnoschan
4715 Mesquite Meadow LN
Katy, TX 77494-3235

Gbalno00@gmail.com

December 4, 2024

Dear Christina W. Lavato, Trustee
AND Clerk of the Court

Gregory Balnoschan
4715 Mesquite Meadow Ln
Katy, TX  77494

Subject: Meta Materials Inc. Bankruptcy – Proof of Interest
CASE NUMBER:  24-50792

Please find in package enclosed the following documentation in support of my Proof of Interest as an Investor in Meta Materials and Please note that there is both a UNREDACTED COPY and a REDACTED COPY of each package and a copy for acknowledgement/return receipt.

- Signed NVB 3001 Form – Case # 24-50792
- Exhibit 1A: Detailed purchase data For **Fidelity IRA Rollover Account** (represents share count after 100:1 reverse split 1/29/2024) including amount of loss as brokerage no longer shows details prior to split.
- Exhibit 1B: Detailed purchase data For **Fidelity Roth IRA Account** (represents share count after 100:1 reverse split 1/29/2024) including amount of loss as brokerage no longer shows details prior to split.
- Exhibit 2A: **Fidelity IRA Rollover** account Dated 12/31/2023 statement showing details of 205,312 shares owned at a cost of $430,524.65
- Exhibit 2B: **Fidelity IRA Rollover** account Dated 1/31/2024 statement showing details of 2,053 shares owned at a cost of $430,524.65 post the 100:1 Reverse Split on 1/29/2024
- Exhibit 2C: **Fidelity Rollover account**  Dated 10/31/2024 showing details of 4,054 shares owned at a cost of $437,284.65 post the 100:1 Reverse Split on 1/29/2024
- Exhibit 3A: **Fidelity Roth IRA** account Dated 12/31/2023 statement showing details of 2,657 shares owned at a cost of $1,309.70
- Exhibit 3B: **Fidelity Roth IRA** account Dated 1/31/2024 statement showing details of 26 shares owned at a cost of $1,309.70 post the 100:1 Reverse Split on 1/29/2024
- Exhibit 3C: **Fidelity Roth IRA** account Dated 10/31/2024 showing details of 27 shares owned at a cost of $1,309.30 post the Reverse Split on 1/29/2024.
- Notice of Redaction
- Personal Check in the amount of $28.00 for processing the Notice of Redaction.
- Self-Addressed, stamped envelope for acknowledgment / return receipt

Please advise if you have any questions or need any further information.  My contact details are shown below and on the NVB 3001 form.

Regards,

Gregory Balnoschan
Gbalno00@gmail.com
614-562-9574

# FIDELITY ROLLOVER IRA ACCOUNT # XXX-XX7220 PURCHASE HISTORY

REDACTED COPY

| BROKERAGE | ACCOUNT | STOCK | DATE ACQUIRED | TERM | $ TOTAL GAIN/ LOSS | % TOTAL GAIN / LOSS | CURRENT VALUE | QUANTITY | AVERAGE COST BASIS | COST BASIS TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| FIDELITY | ROLLOVER IRA | MMATQ (MMAT) | Jun-07-2024 | Short | ($6,638.00) | -98.20% | $122.00 | 2,000 | $3.38 | $6,760.00 |
| FIDELITY | ROLLOVER IRA | MMATQ (MMAT) | Oct-02-2023 | Long | ($3,415.19) | -99.72% | $9.59 | 157.174 | $21.79 | $3,424.78 |
| FIDELITY | ROLLOVER IRA | MMATQ (MMAT) | Jun-15-2023 | Long | ($1,100.33) | -99.72% | $3.06 | 50.221 | $21.97 | $1,103.39 |
| FIDELITY | ROLLOVER IRA | MMATQ (MMAT) | May-30-2023 | Long | ($1,140.84) | -99.76% | $2.79 | 45.819 | $24.96 | $1,143.63 |
| FIDELITY | ROLLOVER IRA | MMATQ (MMAT) | May-23-2023 | Long | ($100.12) | -99.78% | $0.22 | 3.652 | $27.48 | $100.34 |
| FIDELITY | ROLLOVER IRA | MMATQ (MMAT) | May-08-2023 | Long | ($1,195.50) | -99.73% | $3.30 | 54.023 | $22.19 | $1,198.80 |
| FIDELITY | ROLLOVER IRA | MMATQ (MMAT) | Apr-28-2023 | Long | ($1,856.54) | -99.69% | $5.86 | 96.041 | $19.39 | $1,862.40 |
| FIDELITY | ROLLOVER IRA | MMATQ (MMAT) | Nov-28-2022 | Long | ($51,588.79) | -99.97% | $17.21 | 282.121 | $182.92 | $51,606.00 |
| FIDELITY | ROLLOVER IRA | MMATQ (MMAT) | Nov-23-2022 | Long | ($8,896.45) | -99.97% | $3.05 | 50.021 | $177.92 | $8,899.50 |
| FIDELITY | ROLLOVER IRA | MMATQ (MMAT) | Oct-26-2022 | Long | ($6,928.45) | -99.94% | $4.15 | 68.029 | $101.91 | $6,932.60 |
| FIDELITY | ROLLOVER IRA | MMATQ (MMAT) | Oct-26-2022 | Long | ($20,581.48) | -99.94% | $12.32 | 201.986 | $101.96 | $20,593.80 |
| FIDELITY | ROLLOVER IRA | MMATQ (MMAT) | Oct-11-2022 | Long | ($93.53) | -99.92% | $0.07 | 1.201 | $77.94 | $93.60 |
| FIDELITY | ROLLOVER IRA | MMATQ (MMAT) | Sep-16-2022 | Long | ($2,129.19) | -99.92% | $1.65 | 27.011 | $78.89 | $2,130.84 |
| FIDELITY | ROLLOVER IRA | MMATQ (MMAT) | Sep-01-2022 | Long | ($7,993.90) | -99.92% | $6.10 | 100.043 | $79.97 | $8,000.00 |
| FIDELITY | ROLLOVER IRA | MMATQ (MMAT) | Aug-22-2022 | Long | ($4,615.54) | -99.93% | $3.36 | 55.024 | $83.94 | $4,618.90 |
| FIDELITY | ROLLOVER IRA | MMATQ (MMAT) | Aug-09-2022 | Long | ($4,479.95) | -99.93% | $3.05 | 50.021 | $89.62 | $4,483.00 |
| FIDELITY | ROLLOVER IRA | MMATQ (MMAT) | Jul-13-2022 | Long | ($12,212.07) | -99.94% | $7.93 | 130.055 | $93.96 | $12,220.00 |
| FIDELITY | ROLLOVER IRA | MMATQ (MMAT) | Jun-28-2022 | Long | ($10,613.69) | -99.94% | $6.06 | 99.292 | $106.95 | $10,619.75 |
| FIDELITY | ROLLOVER IRA | MMATQ (MMAT) | Jun-27-2022 | Long | ($1,607.24) | -99.95% | $0.85 | 13.906 | $115.64 | $1,608.09 |
| FIDELITY | ROLLOVER IRA | MMATQ (MMAT) | Jun-22-2022 | Long | ($21,887.26) | -99.97% | $7.34 | 120.352 | $181.92 | $21,894.60 |
| FIDELITY | ROLLOVER IRA | MMATQ (MMAT) | May-25-2022 | Long | ($7,588.09) | -99.96% | $2.72 | 44.519 | $170.51 | $7,590.81 |
| FIDELITY | ROLLOVER IRA | MMATQ (MMAT) | Mar-17-2022 | Long | ($127.45) | -99.96% | $0.05 | 0.75 | $170.00 | $127.50 |
| FIDELITY | ROLLOVER IRA | MMATQ (MMAT) | Feb-02-2022 | Long | ($5,483.09) | -99.97% | $1.91 | 31.263 | $175.45 | $5,485.00 |
| FIDELITY | ROLLOVER IRA | MMATQ (MMAT) | Jan-10-2022 | Long | ($673.32) | -99.97% | $0.18 | 3.001 | $224.43 | $673.50 |
| FIDELITY | ROLLOVER IRA | MMATQ (MMAT) | Jan-10-2022 | Long | ($11,221.95) | -99.97% | $3.05 | 50.021 | $224.41 | $11,225.00 |

REDACTED COPY

## FIDELITY ROLLOVER IRA ACCOUNT # XXX-XX7220 PURCHASE HISTORY

| | | | Date | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| FIDELITY | ROLLOVER IRA | MMATQ (MMAT) | Oct-22-2021 | Long | ($6,806.79) | -99.99% | $0.94 | 15.356 | $443.33 | $6,807.73 |
| FIDELITY | ROLLOVER IRA | MMATQ (MMAT) | Oct-05-2021 | Long | ($10,025.61) | -99.99% | $1.17 | 19.198 | $522.28 | $10,026.78 |
| FIDELITY | ROLLOVER IRA | MMATQ (MMAT) | Oct-05-2021 | Long | ($57.52) | -99.99% | $0.01 | 0.11 | $523.00 | $57.53 |
| FIDELITY | ROLLOVER IRA | MMATQ (MMAT) | Aug-30-2021 | Long | ($15,088.17) | -99.99% | $1.83 | 30.013 | $502.78 | $15,090.00 |
| FIDELITY | ROLLOVER IRA | MMATQ (MMAT) | Aug-12-2021 | Long | ($6,236.98) | -99.98% | $1.10 | 18.008 | $346.41 | $6,238.08 |
| FIDELITY | ROLLOVER IRA | MMATQ (MMAT) | Jul-30-2021 | Long | ($7,425.58) | -99.98% | $1.30 | 21.259 | $349.35 | $7,426.88 |
| FIDELITY | ROLLOVER IRA | MMATQ (MMAT) | Jul-12-2021 | Long | ($5,109.38) | -99.99% | $0.67 | 11.004 | $464.38 | $5,110.05 |
| FIDELITY | ROLLOVER IRA | MMATQ (MMAT) | Jul-09-2021 | Long | ($2,657.34) | -99.99% | $0.31 | 5.002 | $531.32 | $2,657.65 |
| FIDELITY | ROLLOVER IRA | MMATQ (MMAT) | Jun-29-2021 | Long | ($21,494.67) | -99.99% | $1.83 | 30.013 | $716.24 | $21,496.50 |
| FIDELITY | ROLLOVER IRA | MMATQ (MMAT) | Jun-28-2021 | Long | ($7,339.02) | -99.99% | $0.54 | 8.903 | $824.39 | $7,339.56 |
| FIDELITY | ROLLOVER IRA | MMATQ (MMAT) | Jun-25-2021 | Long | ($24.49) | -100.00% | $0.00 | 0.02 | $1,224.50 | $24.49 |
| FIDELITY | ROLLOVER IRA | MMATQ (MMAT) | Jun-22-2021 | Long | ($15,710.16) | -100.00% | $0.63 | 10.354 | $1,517.36 | $15,710.79 |
| FIDELITY | ROLLOVER IRA | MMATQ (MMAT) | Jun-21-2021 | Long | ($12,396.51) | -100.00% | $0.52 | 8.504 | $1,457.79 | $12,397.03 |
| FIDELITY | ROLLOVER IRA | MMATQ (MMAT) | Jun-21-2021 | Long | ($78,786.99) | -100.00% | $3.05 | 50.021 | $1,575.14 | $78,790.04 |
| FIDELITY | ROLLOVER IRA | MMATQ (MMAT) | Jun-18-2021 | Long | ($8,174.01) | -99.99% | $0.46 | 7.504 | $1,089.35 | $8,174.47 |
| FIDELITY | ROLLOVER IRA | MMATQ (MMAT) | Jun-17-2021 | Long | ($8,299.76) | -99.99% | $0.56 | 9.254 | $896.94 | $8,300.32 |
| FIDELITY | ROLLOVER IRA | MMATQ (MMAT) | Jun-10-2021 | Long | ($9,436.23) | -99.99% | $1.07 | 17.508 | $539.03 | $9,437.30 |
| FIDELITY | ROLLOVER IRA | MMATQ (MMAT) | Jun-04-2021 | Long | ($7,373.30) | -99.99% | $0.92 | 15.006 | $491.42 | $7,374.22 |
| FIDELITY | ROLLOVER IRA | MMATQ (MMAT) | Mar-10-2021 | Long | ($6,170.97) | -99.99% | $0.92 | 15.006 | $411.29 | $6,171.89 |
| FIDELITY | ROLLOVER IRA | MMATQ (MMAT) | Mar-10-2021 | Long | ($621.04) | -99.99% | $0.09 | 1.501 | $413.81 | $621.13 |
| FIDELITY | ROLLOVER IRA | MMATQ (MMAT) | Mar-10-2021 | Long | ($2,032.06) | -99.99% | $0.30 | 4.902 | $414.60 | $2,032.36 |
| FIDELITY | ROLLOVER IRA | MMATQ (MMAT) | Mar-04-2021 | Long | ($1,860.01) | -99.98% | $0.31 | 5.002 | $371.92 | $1,860.32 |
| FIDELITY | ROLLOVER IRA | MMATQ (MMAT) | Feb-22-2021 | Long | ($9,742.78) | -99.99% | $0.92 | 15.006 | $649.32 | $9,743.70 |
| | | | | | ($437,037.33) | | | 4,054 | | $437,284.65 |

REDACTED COPY

# FIDELITY ROTH IRA ACCOUNT # XXX-XX7272 PURCHASE HISTORY

| BROKERAGE | ACCOUNT | STOCK | DATE ACQUIRED | TERM | $ TOTAL GAIN / LOSS | % TOTAL GAIN / LOSS | CURRENT VALUE | QUANTITY | AVERAGE COST BASIS | COST BASIS TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| FIDELITY | ROTH IRA | MMATQ (MMAT) | Dec-08-2023 | Short | ($85.33) | -98.98% | $0.88 | 14.48 | $5.95 | $86.21 |
| FIDELITY | ROTH IRA | MMATQ (MMAT) | Oct-02-2023 | Long | ($40.68) | -99.71% | $0.12 | 1.911 | $21.35 | $40.80 |
| FIDELITY | ROTH IRA | MMATQ (MMAT) | Jun-07-2023 | Long | ($33.51) | -99.74% | $0.09 | 1.423 | $23.61 | $33.60 |
| FIDELITY | ROTH IRA | MMATQ (MMAT) | Apr-24-2023 | Long | ($27.65) | -99.69% | $0.09 | 1.412 | $19.65 | $27.74 |
| FIDELITY | ROTH IRA | MMATQ (MMAT) | Aug-18-2022 | Long | ($17.49) | -99.93% | $0.01 | 0.204 | $85.78 | $17.50 |
| FIDELITY | ROTH IRA | MMATQ (MMAT) | Jul-22-2022 | Long | ($263.59) | -99.93% | $0.18 | 2.896 | $91.08 | $263.77 |
| FIDELITY | ROTH IRA | MMATQ (MMAT) | Feb-01-2022 | Long | ($839.39) | -99.97% | $0.29 | 4.674 | $179.65 | $839.68 |
| | | | | | ($1,307.64) | | $1.66 | 27 | | $1,309.30 |

EXHIBIT 2A - REDACTED

# Fidelity
### INVESTMENTS

**2023 YEAR-END INVESTMENT REPORT**
**January 1, 2023 - December 31, 2023**

Envelope # ▮▮▮▮ BSXP

GREGORY A BALNOSCHAN
4715 MESQUITE MEADOW LN
KATY TX 77494-3235

## Your Portfolio Value: $697,307.75

| Change Since January 1: | ▲ $55,271.37 |
|---|---|
| **Beginning Portfolio Value as of Jan 1, 2023 Z** | $642,036.38 |
| Subtractions | -3.62 |
| *Transaction Costs, Fees & Charges* | -3.62 |
| Change in Investment Value * | 55,274.99 |
| **Ending Portfolio Value as of Dec 31, 2023 \*\*** | **$697,307.75** |

### FOR YOUR INFORMATION

This statement is not a replacement for your tax forms and may not reflect all adjustments necessary for your tax reporting purposes. Refer to your IRS tax forms including your Form(s) 1099 and Form(s) 5498, which will be mailed to you under separate cover.

\* Reflects appreciation or depreciation of your holdings due to price changes, transactions from Other Activity In or Out and Multi-currency transactions, plus any distribution and income earned during the statement period.

\*\* Excludes unpriced securities.

Z If you added or removed an account to your statement-reporting household during this period, the Beginning Portfolio Value and Change from Last Period are based off the accounts that were in the statement household as of the end of the last period and thus may not accurately reflect the updated statement household.

### Contact Information

| | |
|---|---|
| Online | Fidelity.com |
| FAST®-Automated Telephone | (800) 544-5555 |
| Customer Service | (800) 544-6666 |
| UNIQUE College Investing Plan | (800) 544-1722 |

Brokerage services provided by Fidelity Brokerage Services LLC (FBS), Member NYSE, SIPC. Member NYSE, SIPC (800) 544-6666  Brokerage accounts carried by National Financial Services LLC (NFS), Member NYSE, SIPC.

1231

1 of 10

## EXHIBIT 2A - REDACTED



**2023 YEAR-END INVESTMENT REPORT**
**January 1, 2023 - December 31, 2023**

## Portfolio Summary

### Accounts Included in This Report



| Page | Account Type/Name | Account Number | Beginning Value$^Z$ | Ending Value |
|---|---|---|---|---|
| | **PERSONAL RETIREMENT** | | | |
| 5 | FIDELITY ROLLOVER IRA GREGORY A BALNOSCHAN - ROLLOVER IRA - FIDELITY MANAGEMENT TRUST CO - CUSTODIAN | 7220 | 639,606.10 | 694,701.14 |
| | **Ending Portfolio Value** | | **$642,036.38** | **$697,307.75** |

Total Portfolio Trades Jan 2023 - Dec 2023:  0

Z   If you added or removed an account to your statement-reporting household during this period, the Beginning Portfolio Value and Change from Last Period are based off the accounts that were in the statement household as of the end of the last period and thus may not accurately reflect the updated statement household.

# EXHIBIT 2A - REDACTED

**Fidelity** INVESTMENTS®

2023 YEAR-END INVESTMENT REPORT
January 1, 2023 - December 31, 2023

Account # ███220
GREGORY A BALNOSCHAN - ROLLOVER IRA

## Account Summary

Account Value: **$694,701.14**

Change Since January 1    ▲ $55,095.04

| | |
|---|---|
| Beginning Account Value as of Jan 1, 2023 | $639,606.10 |
| Subtractions | -3.62 |
| Transaction Costs, Fees & Charges | -3.62 |
| Change in Investment Value * | 55,098.66 |
| Ending Account Value as of Dec 31, 2023 | $694,701.14 |

Total Account Trades Jan 2023 - Dec 2023: 0

* Reflects appreciation or depreciation of your holdings due to price changes, transactions from Other Activity In or Out and Multi-currency transactions, plus any distribution and income earned during the statement period.

## Account Holdings



Jan 1, 2023
6% Mutual Funds
94% Stocks



Dec 31, 2023
8% Mutual Funds
92% Stocks

| Holding Type | Value Jan 1 | % of Portfolio Jan 1 | Value Dec 31 | % of Portfolio Dec 31 |
|---|---|---|---|---|
| Stocks | $599,436 | 94% | $637,461 | 92% |
| Mutual Funds | 40,049 | 6 | 57,044 | 8 |
| Core Account | 120 | - | 195 | - |
| Other | - | - | - | - |
| **Total** | **$639,606** | **100%** | **$694,701** | **100%** |

## Income Summary

| | Dec 31, 2023 |
|---|---|
| Tax-deferred | $3,963.06 |
| Total | $3,963.06 |

$    6010

5 of 10





EXHIBIT 2A - REDACTED

2023 YEAR-END INVESTMENT REPORT
January 1, 2023 - December 31, 2023

Account # ████7220
GREGORY A BALNOSCHAN - ROLLOVER IRA

# Holdings

## Stocks (continued)

### Common Stock (continued)

| Description | Quantity | Price Per Unit | Total Market Value | Cost | Unrealized Gain/Loss | Income Earned |
|---|---|---|---|---|---|---|
| META MATERIALS INC COM ISIN #US59134N1046 SEDOL #BKSCVX7 (MMAT) | 205,312.000 | 0.0660 | 13,550.59 | 430,524.65 | -416,974.06 | - |
| Total Common Stock (92% of account holdings) | | | $637,461.64 | $1,064,289.39 | -$309,863.42 | $736.64 |
| Total Stocks (92% of account holdings) | | | $637,461.64 | $1,064,289.39 | -$309,863.42 | $736.64 |

## Other

| Description | Quantity | Price Per Unit | Total Market Value Accrued Interest (AI) | Cost | Unrealized Gain/Loss | Income Earned |
|---|---|---|---|---|---|---|
| Total Holdings | | | $694,701.14 | $1,096,789.39 | -$285,319.34 | $3,963.06 |



7 of 10

EXHIBIT 2A - REDACTED

**Fidelity** Investments®

## Holdings

*All positions held in cash account unless indicated otherwise.*

*Total Cost does not include the cost basis on core, money market or other positions where cost basis is unknown or not applicable.*

2023 YEAR-END INVESTMENT REPORT
**January 1, 2023 - December 31, 2023**

**Account #** ████ **7220**
GREGORY A BALNOSCHAN - ROLLOVER IRA

S      6010 ████████████

**EXHIBIT 2A - REDACTED**

# Information About Your Fidelity Statement

**Lost or Stolen Cards:** For 24-Hour worldwide customer service, call 800-529-2164 for American Express or 800-323-5353 for Fidelity® Debit Card.

**Additional Investments with Fidelity** Make checks payable to Fidelity Investments. Include your account number on the check. For retirement and health savings accounts (HSA), designate in the memo field whether your contribution is for the current or prior year. Mail checks or other inquiries to: Fidelity Investments, P.O. Box 770001, Cincinnati, OH 45277-0003.

**Income Summary** Shows income by tax status for the statement and year-to-date periods. Except for interest income earned on, or distributed by, tax-exempt securities, Fidelity reports dividends and capital gains held in income accounts as taxable income. A portion of income reported as tax-exempt income may be subject to the alternative minimum taxes and/or state and local taxes. In Traditional IRAs, Rollover IRAs, SEP-IRAs, SIMPLE IRAs and Keoghs, earnings are reported as tax-deferred income. In Roth IRAs and HSAs, earnings are reported as tax-exempt income as long as certain conditions are met.

**Cost Basis, Gain/Loss, and Holding Period Information** NFS is required to report certain cost basis and holding period information to the IRS on Form 1099-B. Unless otherwise specified, NFS applies the average cost method for open-end mutual funds and the first-out, (FIFO) method for all other securities. Cost basis and holding period information, in tax lots, may not reflect all adjustments required for tax basis. Your statement may not reflect all adjustments required for tax purposes. Customers should consult their tax advisors for further information.

**Cost** Fidelity provides purchase cost information for securities held in retirement and HSA accounts. Such information shall not be used for tax purposes, including capital gains or capital losses. Such gains reinvestments. Fidelity reports transaction profit or loss information when securities are sold within a retirement or HSA account. Transaction profit or loss is calculated by subtracting purchase cost from sales proceeds

## Additional Information About Your Brokerage Account, If Applicable

**Free credit balances (FCB)** are funds payable to you on demand, FCB are subject to open commitments such as uncleared checks and exclude proceeds from sales of certificated securities without delivery of the certificate. If your FCB is swept to a core position, you can liquidate the core position and have the proceeds sent to you. Subject to applicable regulations and the terms of your account agreement. Required rule 10b-10(a) information not contained herein will be provided on written request. Fidelity may use this free credit balance in connection with its business, subject to applicable law. **Assets Separate from Your Brokerage Account** Only those securities in the margin portion of your brokerage account and maintenance margin are held in the margin account. Otherwise your assets are distributed by FBS and Fidelity Insurance Agency, Inc. and mutual fund only accounts held directly with the fund (Fidelity Mutual Fund Accounts) are not carried by NFS, not covered by the Securities Investor Protection Corporation (SIPC) and do not count toward your margin and maintenance requirements. Assets held in brokerage accounts carried by Fidelity Personal and Workplace Advisors LLC (FPWA) are carried by NFS and covered by SIPC but do not contribute to your margin and maintenance requirements. **Short Account Balances** Securities sold short are held in a segregated short account. These securities are marked-to-market for margin purposes, and any increase or decrease from the previous week's value is transferred weekly to your margin account. Fidelity represents your short account balance as of the last weekly mark-to-market, not as of the statement end date. **Information About Your Option Transactions** Each transaction confirmation previously delivered to you contains full information about commissions and other charges, and such information is available promptly upon request. Information on assignment of American-style options is available upon request. Short positions in American-style options are liable for assignment anytime. The writer of a European-style option is subject to exercise assignment only during the exercise period. For more information, please call Fidelity at 800-544-6666, or write to Fidelity at the address above. **Equity Dividend Reinvestment** For Fidelity Brokerage accounts that feature dividend reinvestment, you may have elected to reinvest dividends on eligible securities. Fidelity acts as your agent for your account, instructing National Financial Services LLC (NFS) to reinvest the dividend as described below. **Price Information** The Total Market Value The Total Market Value has been calculated out to 9 decimal places but the individual unit price is displayed in 5 decimal places. The Total Market Value represents prices obtained from various sources, may be impacted by the fee/currency with which such prices are reported and such prices are not guaranteed. Prices received from pricing vendors are generally based on current market quotes, but when such quotes are not available the pricing vendors use a variety of techniques to estimate value. These estimates, particularly for fixed income securities, may be based on certain minimum principal amounts (e.g. $1 million) and may not reflect all of the factors that affect the value of the security, including liquidity risk. In certain situations, a price may be derived in a single market participant, also known as a "single broker quote". The prices provided are not firm bids or offers. Certain securities may reflect as N/A or unavailable where the price for such security is generally not available from a pricing source. The Market Value of a security, including those priced at par value, may differ from its purchase price and may not closely reflect the

---

S    6010

using the FIFO method (if shares were purchased at different times or prices. **Statement Mailing** We deliver statements at least but at times during the calendar year for any account with a balance. **Statement Discrepancies** Please review your statement and report any inaccuracies or discrepancies. **Inquiries, concerns or questions regarding your brokerage account or the activity therein should be directed to FBS by calling 800-544-6666, and NFS, who carries your brokerage accounts, by calling 866-664-6158.** Any oral communications regarding inaccuracies or discrepancies should be reconfirmed in writing to protect your rights, including those under the Securities Investor Protection Act (SIPA). **Material Changes** Please advise us of material changes in your investment objectives or financial situation related to your brokerage account(s). **Mutual Funds and Unit Investment Trusts:** Before investing, consider the funds' investment objectives, risks, charges and expenses. Contact Fidelity for a prospectus containing this information. Read it carefully. **Performance data shown represents past performance and is no guarantee of future results. Investment return and principal value will fluctuate, so you may have a gain or loss when shares are sold. Current performance may be higher or lower than that quoted. Visit Fidelity.com/performance for most recent month-end performance.** **Sales Loads & Fees** Each fund reserves the right to terminate or modify its exchange privilege in the future. In some instances, sales charges on purchases you may pay a front-end or deferred sales charge. The prospectus of the mutual funds (ETFs and other investment products ("funds") or (ii) infrastructure needed to support such funds, some funds, or their investment affiliates, pay FBS and/or NFS sales loads and 12b-1 fees described in the prospectus as well as additional compensation for shareholder services and other administrative services. This compensation may take the form of (i) start-up fees, platform support and maintenance, and promotional support, engagement and analytics programs. Additional information about the source(s) and amount(s) of compensation as well as other remuneration received by FBS or NFS will be furnished to you upon written request. At the time you purchase shares of funds those shares will be assigned either a Load, transaction fee (TF) or no transaction fee (NTF) status. When you subsequently sell those shares, any fees applicable to your transaction will be assessed based on the status assigned to the shares at the time of purchase.

value at which the security may be sold or purchased based on various market factors. The sale or redemption of any fixed income security prior to maturity may result in a loss. Prices for Certificates of Deposits (CDs) on your statement are generally estimates and are not based on actual market prices. The secondary market for CDs is generally illiquid. You should always request a current valuation for your securities prior to making a sale or redemption. **Executing Orders on the Floor of the NYSE** The Floor broker may permit the Designated Market Maker to trade on parity with the order for some or all of the executions associated with filling that order, where such permission would not be inconsistent with the broker's best execution obligations. **Securities Investor Protection Corporation (SIPC)** Fidelity Investments company are protected in accordance with the SIPC up to $500,000 (including $250,000 for claims limited to $250,000). For details, including the SIPC brochure, please see www.sipc.org or call 1-202-371-8300. NFS has arranged for additional protection for cash and covered securities to supplement its SIPC coverage. Neither coverage protects against a decline in the market value of securities. **Fidelity Investments** Fidelity Distributors Company LLC (FDC) is the distributor for Fidelity Funds with marketing and shareholder services provided by FBS or NFS. **Brokerage services are provided by FBS, which clears all transactions through National Financial Services LLC (NFS). Both are members of the NYSE, SIPC.** Upon written request, Fidelity will mail an NFS financial statement, which is also available for inspection at its office. Fidelity Investments (with pyramid logo) is a trademark of FMR LLC. **FPWA Services** Fidelity Go®, Fidelity Managed FidFolios℠ and Fidelity® Strategic Disciplines are advisory services offered by FPWA, a registered investment adviser. Fidelity® Strategic Disciplines includes the Breckinridge Intermediate Municipal Strategy, the Fidelity® Equity-Income Strategy, the Fidelity® Tax-Managed U.S. Equity Index Strategy, the Fidelity® U.S. Large Cap Equity Strategy, the Fidelity® International Equity Strategy, the Fidelity® Core Bond Strategy, and the Fidelity® Intermediate Municipal Strategy. Fidelity Go® and Fidelity® Wealth Services are advisory services offered by FPWA or Fidelity Personal Trust Company, FSB (FPTC), a federal savings bank. Nondeposit investment products and trust services offered by FPTC and its affiliates are not insured or guaranteed by the Federal Deposit Insurance Corporation or any other agency, are not obligations of any bank, and are subject to risk, including possible loss of principal. **These advisory services are provided for a fee. FBS, NFS, FDC, FPWA and FPTC are direct or indirect subsidiaries of FMR LLC.** **Miscellaneous** Mutual fund shares, other securities held in your account, and insurance products are neither deposits nor obligations of, nor guaranteed by, any bank or other depository institution, nor are they federally insured by the FDIC or any other agency. If you request a reprint of your statement, the disclosure information may not be the same as the information originally provided. To confirm that an authorized, direct deposit has been made to your Fidelity Mutual Fund Account, call Fidelity at 1-800-544-5555.

588130.55.0

9 of 10

EXHIBIT 2A - REDACTED

This page intentionally left blank



# EXHIBIT 2B - REDACTED

**Fidelity** INVESTMENTS®

INVESTMENT REPORT
January 1, 2024 - January 31, 2024

Envelope # ▇▇▇▇ BQBT

GREGORY A BALNOSCHAN
4715 MESQUITE MEADOW LN
KATY TX 77494-3235

## Your Portfolio Value: $654,434.24

Portfolio Change from Last Period: ▼ $42,873.51

| | This Period | Year-to-Date |
|---|---|---|
| **Beginning Portfolio Value** | $697,307.75 | $697,307.75 |
| Change in Investment Value * | -42,873.51 | -42,873.51 |
| **Ending Portfolio Value ** ** | $654,434.24 | $654,434.24 |
| Accrued Interest (AI) | - | |
| Ending Portfolio Value incl. AI | $654,434.24 | |

\* Reflects appreciation or depreciation of your holdings due to price changes, transactions from Other Activity In or Out and Multi-currency transactions, plus any distribution and income earned during the statement period.

\*\* Excludes unpriced securities.

## Contact Information

| | |
|---|---|
| Online | Fidelity.com |
| FAST®-Automated Telephone | (800) 544-5555 |
| Customer Service | (800) 544-6666 |
| UNIQUE College Investing Plan | (800) 544-1722 |

Brokerage services provided by Fidelity Brokerage Services LLC (FBS), Member NYSE, SIPC. SIPC (800) 544-6666. Brokerage accounts carried by National Financial Services LLC (NFS), Member NYSE, SIPC.

0131

0131

s



EXHIBIT 2B - REDACTED

**Fidelity** INVESTMENTS®

INVESTMENT REPORT
January 1, 2024 - January 31, 2024

## Portfolio Summary

### Accounts Included in This Report

| Page | Account Type/Name | Account Number | Beginning Value | Ending Value |
|------|-------------------|----------------|-----------------|--------------|
| | **PERSONAL RETIREMENT** | | | |
| 6 | FIDELITY ROLLOVER IRA GREGORY A BALNOSCHAN - ROLLOVER IRA - FIDELITY MANAGEMENT TRUST CO - CUSTODIAN | 7220 | 694,701.14 | 651,828.67 |
| | **Ending Portfolio Value** | | **$697,307.75** | **$654,434.24** |

Total Portfolio Trades Feb 2023 - Jan 2024: 0

# EXHIBIT 2B - REDACTED

**Fidelity** INVESTMENTS

INVESTMENT REPORT
January 1, 2024 - January 31, 2024

## Portfolio Summary (continued)

### Income Summary

| | This Period | Year-to-Date |
|---|---|---|
| Tax-deferred | $0.83 | $0.83 |
| **Total** | **$0.83** | **$0.83** |

### Top Holdings




| Description | Value | Percent of Portfolio |
|---|---|---|
| **Total** | **$402,805** | **61%** |

## Asset Allocation



97% Domestic Stock

3% Foreign Stock

| Asset Class | Percent of Portfolio |
|---|---|
| Domestic Stock | 97% |
| Foreign Stock | 3 |
| Bonds | - |
| Short Term | - |
| Other | - |

*IMPORTANT: If you have any unsettled trades pending, the asset allocation presented above may be materially impacted and, depending on the size and scope of such unsettled trades, rendered unreliable. Asset allocation includes Other Holdings and Assets Held Away when applicable. Please note that, due to rounding, percentages may not add to 100%. For further details, please see "Frequently Asked Questions" at Fidelity.com/Statements.*



EXHIBIT 2B - REDACTED



EXHIBIT 2B - REDACTED

INVESTMENT REPORT
January 1, 2024 - January 31, 2024

(529)

# EXHIBIT 2B - REDACTED

**Fidelity** INVESTMENTS

INVESTMENT REPORT
January 1, 2024 - January 31, 2024

Account # ███7220
GREGORY A BALNOSCHAN - ROLLOVER IRA

## Account Summary

Account Value: **$651,828.67**

### Change in Account Value

▼ $42,872.47

| | This Period | Year-to-Date |
|---|---|---|
| **Beginning Account Value** | $694,701.14 | $694,701.14 |
| **Change in Investment Value \*** | -42,872.47 | -42,872.47 |
| **Ending Account Value** | $651,828.67 | $651,828.67 |
| Accrued Interest (AI) | 0.00 | |
| Ending Account Value Incl. AI | $651,828.67 | |

Total Account Trades Feb 2023 - Jan 2024: 0

\* Reflects appreciation or depreciation of your holdings due to price changes, transactions from *Other Activity In or Out* and Multi-currency transactions, plus any distribution and income earned during the statement period.

## Account Holdings



9% Mutual Funds ($58,382)

91% Stocks ($593,249)

## Top Holdings

| Description | Value | Percent of Account |
|---|---|---|
| | | |
| | | |
| | | |
| **Total** | **$287,937** | **44%** |

Please note that, due to rounding, percentages may not add to 100%.

## Income Summary

| | This Period | Year-to-Date |
|---|---|---|
| **Tax-deferred** | $0.83 | $0.83 |
| **Total** | $0.83 | $0.83 |

# EXHIBIT 2B - REDACTED





# EXHIBIT 2B - REDACTED



**Fidelity** INVESTMENTS®

## Holdings

INVESTMENT REPORT
January 1, 2024 - January 31, 2024

Account # ███7220
GREGORY A BALNOSCHAN - ROLLOVER IRA

Stocks (continued)

| Description | Beginning Market Value Jan 1, 2024 | Quantity Jan 31, 2024 | Price Per Unit Jan 31, 2024 | Ending Market Value Jan 31, 2024 | Cost | Unrealized Gain/Loss Jan 31, 2024 | EAI ($) / EY (%) |
|---|---|---|---|---|---|---|---|
| **Common Stock** (continued) | | | | | | | |
| META MATERIALS INC COM NEW ISIN #US59134N3026 SEDOL #BQ67J98 (MMAT) | unavailable | 2,053.000 | 3.8200 | 7,842.46 | 430,524.65 | -422,682.19 | |
| Total Common Stock (91% of account holdings) | $623,911.05 | | | $593,249.56 | $1,064,289.39 | -$354,075.50 | $852.30 |
| **Total Stocks (91% of account holdings)** | $623,911.05 | | | $593,249.56 | $1,064,289.39 | -$354,075.50 | $852.30 |

# EXHIBIT 2B - REDACTED





**Fidelity** INVESTMENTS®

INVESTMENT REPORT
January 1, 2024 - January 31, 2024

Account # ████7220
GREGORY A BALNOSCHAN - ROLLOVER IRA

## Holdings

### Other

| Description | Beginning Market Value Jan 1, 2024 | Quantity Jan 31, 2024 | Price Per Unit Jan 31, 2024 | Ending Market Value Accrued Interest (AI) Jan 31, 2024 | Cost | Unrealized Gain/Loss Jan 31, 2024 | EAI ($) / EY (%) |
|---|---|---|---|---|---|---|---|

All positions held in cash account unless indicated otherwise.

EAI  **Estimated Annual Income (EAI) & Estimated Yield (EY)**– EAI is an estimate of annual income for a specific security position over the next rolling 12 months. EAI may be negative on short
& EY positions. EY is calculated by dividing the current EAI for a security position by its statement closing date market value. EAI and EY are estimates only and may include return of principal
and/or capital gains, which would render them overstated. Actual income and yield might be lower or higher than the estimated amounts. **For calculation details, refer to the**
**"Additional Information and Endnotes" section.**

Total Cost  does not include the cost basis on core, money market or other positions where cost basis is unknown or not applicable.

## Activity

### Dividends, Interest & Other Income
(Includes dividend reinvestment)

| Settlement Date | Security Name | Symbol/ CUSIP | Description | Quantity | Price | Amount |
|---|---|---|---|---|---|---|

9 of 14

## EXHIBIT 2B - REDACTED

**Fidelity** INVESTMENTS®

INVESTMENT REPORT
January 1, 2024 - January 31, 2024

Account # ███7220
GREGORY A BALNOSCHAN - ROLLOVER IRA

10 of 14

## Activity

### Other Activity In

| Settlement Date | Security Name | Symbol/ CUSIP | Description | Quantity | Price | Transaction Cost | Amount |
|---|---|---|---|---|---|---|---|
| 01/29 | META MATERIALS INC COM ISIN US59134N1046 SEDOL BKSCVX7 1 FOR 100 R/S INTO META MATERIALS INC R/S TO  59134N302 #REOR M005155913000 | 59134N104 | Reverse Split | -205,312.000 | - | - | - |

**Total Other Activity In** - 

### Other Activity Out

| Settlement Date | Security Name | Symbol/ CUSIP | Description | Quantity | Price | Transaction Cost | Amount |
|---|---|---|---|---|---|---|---|
| 01/29 | META MATERIALS INC COM NEW ISIN #US59134N3026 SEDOL #BQ67J98 R/S FROM  59134N104 #REOR M005155913000 1 | 59134N302 | Reverse Split | 2,053.000 | - | - | - |

**Total Other Activity Out** - 

### Core Fund Activity

*For more information about the operation of your core account, please refer to your Customer Agreement.*

| Settlement Date | Account Type | Transaction | Description | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

# EXHIBIT 2B - REDACTED

**Fidelity** INVESTMENTS®

## Estimated Cash Flow *(Rolling as of January 31, 2024)*

INVESTMENT REPORT
January 1, 2024 - January 31, 2024

Account # 7220
GREGORY A BALNOSCHAN - ROLLOVER IRA

| Month | Bond & CD Income | Bond & CD Principal | Stock Income | ETP Income | Mutual Fund Income | Other Income | Total Est. Cash Flow |
|---|---|---|---|---|---|---|---|
| February 2024 | -- | -- | $96 | -- | $1 | -- | $97 |
| March | -- | -- | 117 | -- | 1 | -- | 118 |
| April | -- | -- | -- | -- | 1 | -- | 1 |
| May | -- | -- | 96 | -- | 1 | -- | 97 |
| June | -- | -- | 117 | -- | 55 | -- | 172 |
| July | -- | -- | -- | -- | 1 | -- | 1 |
| August | -- | -- | 96 | -- | 1 | -- | 97 |
| September | -- | -- | 117 | -- | 1 | -- | 118 |
| October | -- | -- | -- | -- | 1 | -- | 1 |
| November | -- | -- | 96 | -- | 1 | -- | 97 |
| December | -- | -- | 117 | -- | 55 | -- | 172 |
| January 2025 | -- | -- | -- | -- | 1 | -- | 1 |
| **Total** | **--** | **--** | **$852** | **--** | **$120** | **--** | **$972** |

This table presents the estimated monthly interest and dividend income and return of principal that your current holdings may generate over the next rolling 12 months.
The cash flows displayed are estimates provided for informational purposes only and there is no guarantee that you will actually receive any of the amounts displayed.
These estimates should not be relied upon for making investment, trading or tax decisions. The estimates for fixed income are calculated using the security's coupon
rate. The estimates for all other securities are calculated using an indicated annual dividend (IAD). The IAD is an estimate of a security's dividend payments for the next
12 months calculated based on prior and/or declared dividends for that security. IADs are sourced from third party vendors believed to be reliable, but no assurance can
be made as to accuracy. There are circumstances in which these estimates will not be presented for a specific security you hold. **Please refer to Help/Glossary on
Fidelity.com for additional information on these calculations.**

**Bond & CD Income** includes interest payments for fixed and variable rate bonds, international bonds that pay in USD, and Certificates of Deposit (CDs).

**Bond & CD Principal** includes maturing principal payments for fixed and variable rate bonds, international bonds that pay in USD, and Certificates of Deposit (CDs).

**Stock Income** includes estimated dividend payments for common stocks, preferred stocks, ADRs, closed-end mutual funds, and MLPs.

**ETP Income** includes estimated dividend payments for Exchange Traded Funds (ETFs) and Exchange Traded Notes (ETNs).

**Mutual Fund Income** includes estimated dividend payments for Fidelity and non-Fidelity mutual funds.

**Other Income** includes, but is not limited to estimated dividend payments for Unit Investment Trusts (UITs), REITs, and LPs.

This table does not include cash flow from foreign denominated fixed income.

-- not available

## EXHIBIT 2B - REDACTED

**Fidelity** ®
INVESTMENTS

INVESTMENT REPORT
January 1, 2024 - January 31, 2024

Account # ████7220
GREGORY A BALNOSCHAN - ROLLOVER IRA

## Additional Information and Endnotes

▶ Electronic Funds Transfer Notice: The following notice is required by the Bureau of Consumer Financial Protection's Regulation E and applies to electronic funds transfers (EFTs) made by consumers. However, it doesn't apply to all EFTs. Generally, EFTs in nonretirement accounts, aside from those made for the purchase or sale of securities, are subject to Regulation E (each a "Covered Transfer").

Error Resolution: In the case of errors or questions about a Covered Transfer, promptly call or write Fidelity using the contact information listed below. You must call or write Fidelity if you think that your statement is wrong or if you need more information about a Covered Transfer on the statement. Fidelity must hear from you no later than 60 days after Fidelity sent the FIRST statement on which the problem or error appeared. You will need to tell Fidelity your name and account number, describe the error or Covered Transfer that you are unsure about, explain as clearly as you can why you believe that it is an error or why you need more information, and tell Fidelity the dollar amount of the suspected error.

If you notify Fidelity orally, Fidelity may require that you send your complaint or question in writing within 10 business days. Fidelity will tell you the results of its investigation within 10 business days of hearing from you and will correct any error promptly. If Fidelity needs more time, however, it may take up to 45 days to investigate your complaint or question. If Fidelity decides to do this, it will credit your account within 10 business days for the amount you think is in error, so that you will have the use of the money during the time it takes Fidelity to complete its investigation. If Fidelity asks you to put your request or question in writing and doesn't receive it within 10 business days, or if your account is a brokerage account subject to Regulation T of the Board of Governors of the Federal Reserve System (Credit by Brokers and Dealers, 12 CFR 220), Fidelity may not credit your account.

For questions involving new accounts, or point-of-sale or foreign-initiated transactions, Fidelity may take up to 90 days to investigate your complaint or question. For new accounts, Fidelity may take up to 20 days to credit your account for the amount you think is in error. Fidelity will inform you of the results of its investigation within three business days of its completion. If Fidelity decides that there was no error, Fidelity will send you a written explanation. You may ask for copies of the documents that Fidelity used in the investigation.

Contact Information: You can contact Fidelity by mail at Fidelity Investments, PO Box 770001, Cincinnati, OH, 45277-0002, or by phone at 800-544-6666.
707063.2.0

**Estimated Annual Income (EAI) & Estimated Yield (EY)** - EAI for fixed income is calculated using the coupon rate. For all other securities, EAI is calculated using an indicated annual dividend (IAD). The IAD is an estimate of a security's dividend payments for the next 12 months calculated based on prior and/or declared dividends for that security. EY reflects only the income generated by an investment and not changes in its price which may fluctuate. Interest and dividend rates are subject to change at any time and may be affected by current and future economic, political and business conditions. EAI and EY are provided for informational purposes only and should not be used or relied on for making investment, trading or tax decisions. EAI and EY are based on data obtained from information providers believed to be reliable, but no assurance can be made as to accuracy, timeliness or completeness.  **Please refer to the Help/Glossary on Fidelity.com for additional information regarding these calculations.**

# EXHIBIT 2B - REDACTED

**Fidelity** INVESTMENTS®

Account # 7220
GREGORY A BALNOSCHAN - ROLLOVER IRA

## Additional Information and Endnotes

**Copyright 2022, S&P Global Market Intelligence.** Reproduction of any information, data or material, including ratings ("Content") in any form is prohibited except with the prior written permission of the relevant party. Such party, its affiliates and suppliers ("Content Providers") do not guarantee the accuracy, adequacy, completeness, timeliness or availability of any Content and are not responsible for any errors or omissions (negligent or otherwise), regardless of the cause, or for the results obtained from the use of such Content. In no event shall Content Providers be liable for any damages, costs, expenses, legal fees, or losses (including lost income or lost profit and opportunity costs) in connection with any use of the Content. A reference to a particular investment or security, a rating or any observation concerning an investment that is part of the Content is not a recommendation to buy, sell or hold such investment or security, does not address the suitability of an investment or security and should not be relied on as investment advice. Credit ratings are statements of opinions and are not statements of fact.

**Moody's® Copyright 2022, Moody's Investors Service, Inc.** ("Moody's"). Moody's ratings ("Ratings") are proprietary to Moody's or its affiliates and are protected by copyright and other intellectual property laws. Ratings are licensed to Licensee by Moody's. RATINGS MAY NOT BE COPIED OR OTHERWISE REPRODUCED, REPACKAGED, FURTHER TRANSMITTED, TRANSFERRED, DISSEMINATED, REDISTRIBUTED OR RESOLD, OR STORED FOR SUBSEQUENT USE FOR ANY SUCH PURPOSE, IN WHOLE OR IN PART, IN ANY FORM OR MANNER OR BY ANY MEANS WHATSOEVER, BY ANY PERSON WITHOUT MOODY'S PRIOR WRITTEN CONSENT. Moody's® is a registered trademark.

Please go to Fidelity.com/disclosures to review important legal and regulatory disclosures. Historical statements, confirms and other regulatory documents are available to access and download at Fidelity.com/statements.

For more information about your statement, please refer to our **Frequently Asked Questions** document at **Fidelity.com/statements**.

# EXHIBIT 2B - REDACTED

**Fidelity** INVESTMENTS

## Information About Your Fidelity Statement

**Lost or Stolen Cards:** For 24-Hour worldwide customer service, call 800-529-2164 for American Express or 800-323-5353 for Fidelity® Debit Card.

**Additional Investments with Fidelity** Make checks payable to Fidelity Investments. Include your account number on the check. For retirement and health savings accounts (HSA), designate in the memo field whether your contribution is for the current or prior year. Mail checks or other inquiries to: Fidelity Investments, P.O. Box 770001, Cincinnati, OH 45277-0003.

**Income Summary** Shows income by tax status for the statement and year-to-date periods. Except for interest income earned on, or distributed by, tax-exempt securities, Fidelity reports dividends and capital gains held in taxable accounts as taxable income. A portion of income, reported as tax-exempt income may be subject to alternative minimum taxes and/or state and local taxes. In Traditional IRAs, Rollover IRAs, SEP-IRAs, SIMPLE IRAs and Keoghs, earnings are reported as tax-deferred income. In Roth IRAs and HSAs, earnings are reported as tax-exempt income as they may be free from federal income tax if certain conditions are met.

**Cost Basis, Gain/Loss, and Holding Period Information** NFS is required to report certain cost basis and holding period information to the IRS on Form 1099-B. Unless otherwise specified, NFS applies the average cost method for open-end mutual funds and the first-in, first-out (FIFO) method for all other securities. Cost basis is adjusted for wash sales on securities with the same CUSIP held in the same account (unless you notify us to calculate it otherwise). Your statement may not reflect all adjustments required for tax purposes. Customers should consult their tax advisors for further information.

**Cost** Fidelity provides purchase cost information for securities held in retirement and HSA accounts. Such information is not used for tax reporting purposes. In certain cases, cost information may reflect transactions and does not reflect dividends or capital gains reinvestments. Fidelity reports transaction profit or loss information when securities are sold within a retirement or HSA account. Transaction profit or loss is calculated by subtracting purchase cost from sales proceeds

using the FIFO method if shares were purchased at different times or prices. Statement Mailing We deliver statements at least four times during the calendar year for any account with a balance.

**Statement Discrepancies** Please review your statement and report any inaccuracies or discrepancies. Inquiries, concerns or questions regarding your brokerage account or the activity therein should be directed to FBS by calling 800-544-6666, and NFS, who carries your brokerage accounts, by calling 866-408-1068. Any oral communications regarding inaccuracies or discrepancies should be reconfirmed in writing to protect your rights, including those under the Securities Investor Protection Act (SIPA).

**Material Changes** Please advise us of material changes in your investment objectives or financial situation related to your brokerage account(s).

**Mutual Funds and Investments:** Before investing, consider the funds' investment objectives, risks, charges and expenses. Contact Fidelity for a prospectus containing this information. Read it carefully.

**Investment return and principal value will fluctuate, so you may have a gain or loss when shares are sold. Current performance may be higher or lower than that quoted. Visit Fidelity.com/performance for most recent month-end performance.**

**Sales Loads & Fees** Each fund reserves the right to terminate or modify its exchange privilege in the future. In most cases, a redemption fee, if any, applies to the sale of mutual fund shares purchased through a reinvestment of dividends and/or income or redemption of, or exchange or maintenance of positions in mutual funds, ETFs and other investment products ("funds") or (i) infrastructure needed to support such funds. For some funds, or their investment affiliates, pay FBS and/or NFS sales loads and 12b-1 fees described in the prospectus as well as additional compensation for shareholder service, start-up, platform support, and/or maintenance and marketing, engagement and analytics programs. Additional information about the source(s) and amount(s) of compensation as well as other remuneration received by FBS or NFS will be furnished to you upon written request. At the time you purchase shares of funds those shares will be assigned either a load, transaction fee (TF) or no transaction fee (NTF) status. When you subsequently sell those shares, any fees applicable to your transaction will be assessed based on the status assigned to the shares at the time of purchase.

**Fidelity Investments** Fidelity Distributors Company LLC (FDC) is the distributor for Fidelity Funds with value, at which the security may be sold or purchased based on various market factors. The sale or redemption of any fixed income security prior to maturity may result in a loss. Prices for Certificates of Deposits (CDs) on your statement are generally estimates and are not based on actual market prices. The secondary market for CDs is generally illiquid. You should always request a current valuation for your securities prior to making a deposit or withdrawal decision.

**Executing Orders on the Floor of the NYSE** The Floor broker may permit the Designated Market Maker to trade on parity with the order for some or all of the executions associated with filling that order, when such permission would not be inconsistent with the broker's best execution obligations.

**FPWA Services** Fidelity Go®, Fidelity Managed FidFolios℠ and Fidelity® Strategic Disciplines are advisory services offered by FPWA, a registered investment adviser. Fidelity® Strategic Disciplines includes the Breckinridge Intermediate Municipal Strategy, the Fidelity® Intermediate Municipal Strategy, the Fidelity® Tax-Managed U.S. Equity Index Strategy, the Fidelity® U.S. Large Cap Equity Strategy, the Fidelity® International Disciplined Equity Strategy, the Fidelity® Core Bond Strategy, and the Fidelity® Equity-Income Strategy. Fidelity® Wealth Services are advisory services offered by FPWA or Fidelity Personal Trust Company, FSB (FPTC), a federal savings bank. Nondeposit investment products and trust services offered by FPTC and its affiliates are not insured or guaranteed by, and are not obligations of, the FDIC or any other agency, and are subject to risks, including possible loss of principal. These advisory services are provided for a fee. FBS, NFS, FDC, FPWA and FPTC are direct or indirect subsidiaries of FMR LLC.

**Miscellaneous** Mutual fund shares, other securities held in your account, and insurance products are neither deposits nor obligations of, nor endorsed or guaranteed by, any bank or other depositing institution, nor are they federally insured by the FDIC or any other agency. For the disclosure of your statement, the disclosure information may not be the same as the information originally provided. To confirm that an authorized, direct deposit has been made to your Fidelity Account or Fidelity Mutual Fund Account, call Fidelity at 1-800-544-5555.

588130.55.0

## Additional Information About Your Brokerage Account, If Applicable

**Free credit balances (FCB)** are funds payable to you on demand. FCB are subject to open commitments such as undeared checks and exclude proceeds from sales of certificated securities without delivery of the certificate. If your FCB is swept to a core position, you can liquidate the core position and have the proceeds sent to you or apply it toward the purchase of securities. Unless you notify us to the contrary, all securities are held in the cash account. If you have a margin agreement, Required rule 10b-10(a) information not contained herein will be provided on written request. Fidelity may use this free credit balance in connection with its business, subject to applicable law. **Assets Separate from Your Brokerage Account** Only securities in the margin portion of your brokerage account contribute to margin and maintenance requirements. FBS and Fidelity Insurance Agency, Inc. and mutual fund only accounts held directly with the fund (Fidelity Mutual Fund Accounts) are not carried by NFS, not covered by the Securities Investor Protection Corporation (SIPC), and do not count toward your margin and maintenance requirements. Assets held in brokerage accounts managed by Fidelity Personal and Workplace Advisors LLC (FPWA) are carried by NFS and covered by SIPC but do not count toward your margin and maintenance requirements. **Short Account Balances** Securities sold short are held in a segregated short account. These securities are marked-to-market for margin purposes, and any increase or decrease from the previous week's value is transferred weekly to your margin account. The amount of your short account balance is shown on your statement. **Information About Your Option Transactions** Each transaction confirmation previously delivered to you contains full information about commissions and other charges, and such information is available promptly upon request. Assignments of American-style options are allocated among customer short positions pursuant to a random allocation procedure, a description is available upon request. Short positions in American-style options are liable for assignment anytime. The writer of a European-style option is subject to exercise assignment only during the exercise period. For more information, please call Fidelity at 800-544-6666. **Equity** Dividend Reinvestment Plan for your securities held in equity positions. For purposes of reporting the information in this section, Total Market Value represents prices obtained from various sources, and may be affected by the frequency with which such prices are reported and such prices are not guaranteed. Prices received from pricing vendors are generally based on current market quotes, but when such quotes are not available the prices used a variety of techniques to estimate value. These estimates, particularly for fixed income securities, may be based on certain minimum principal amounts (e.g. $1 million) and may not reflect all of the factors that affect the value of the security, including liquidity risk. The prices provided are not firm bids or offers. Certain securities may reflect as N/A or unavailable quote. The prices provided are not firm bids or offers. Certain securities may reflect as N/A or unavailable quote. The prices provided for the security is generally not available from a pricing source. The Market Value of a security, including those priced at par value, may differ from its purchase price and may not closely reflect the

EXHIBIT 2C - REDACTED



**Fidelity** INVESTMENTS®

INVESTMENT REPORT
October 1, 2024 - October 31, 2024

Envelope # ■■■■ GSGD

GREGORY A BALNOSCHAN
4715 MESQUITE MEADOW LN
KATY TX 77494-3235

## Your Portfolio Value: $714,219.67

Portfolio Change from Last Period: ▼ $14,967.18

| | This Period | Year-to-Date |
|---|---|---|
| Beginning Portfolio Value | $729,186.85 | $697,307.75 |
| Subtractions | -3.50 | -5.13 |
| Transaction Costs, Fees & Charges | -3.50 | -5.13 |
| Change in Investment Value * | -14,963.68 | 16,917.05 |
| **Ending Portfolio Value ** | $714,219.67 | $714,219.67 |
| Accrued Interest (AI) | - | |
| Ending Portfolio Value incl. AI | $714,219.67 | |

\*    Reflects appreciation or depreciation of your holdings due to price changes, transactions
     from Other Activity In or Out and Multi-currency transactions, plus any distribution and
     income earned during the statement period.
\*\*   Excludes unpriced securities.

Contact Information

| | |
|---|---|
| Online | Fidelity.com |
| FAST®-Automated Telephone | (800) 544-5555 |
| Customer Service | (800) 544-6666 |
| UNIQUE College Investing Plan | (800) 544-1722 |

Brokerage services provided by Fidelity Brokerage Services LLC (FBS), Member NYSE, SIPC (800) 544-6666. Brokerage accounts carried by National Financial Services LLC (NFS), Member NYSE, SIPC.

1031



1 of 14

# EXHIBIT 2C - REDACTED

**Fidelity** INVESTMENTS ®

INVESTMENT REPORT
October 1, 2024 - October 31, 2024

## Portfolio Summary

### Accounts Included in This Report

| Page | Account Type/Name | Account Number | Beginning Value | Ending Value |
|---|---|---|---|---|
| | **PERSONAL RETIREMENT** | | | |
| 6 | FIDELITY ROLLOVER IRA GREGORY A BALNOSCHAN - ROLLOVER IRA - FIDELITY MANAGEMENT TRUST CO. - CUSTODIAN | 173-747220 | 726,417.39 | 711,495.85 |
| | **Ending Portfolio Value** | | **$729,186.85** | **$714,219.67** |

EXHIBIT 2C - REDACTED



**Fidelity** INVESTMENTS

## Portfolio Summary (continued)

### Income Summary

|  | This Period | Year-to-Date |
|---|---|---|
| **Tax-deferred** | $4.53 | $3,881.59 |
| **Total** | $4.53 | $3,881.59 |

### Top Holdings

| Description | Value | Percent of Portfolio |
|---|---|---|

### Asset Allocation



3% Foreign Stock

97% Domestic Stock



| Asset Class | Percent of Portfolio |
|---|---|
| Domestic Stock | 97% |
| Foreign Stock | 3 |
| Bonds | - |
| Short Term | - |
| Other | - |

*IMPORTANT: If you have any unsettled trades pending, the asset allocation presented above may be materially impacted and, depending on the size and scope of such unsettled trades, rendered unreliable. Asset allocation includes Other Holdings and Assets Held Away when applicable. Please note that, due to rounding, percentages may not add to 100%. For further details, please see "Frequently Asked Questions" at Fidelity.com/Statements.*

**Fidelity INVESTMENTS®**

## EXHIBIT 2C - REDACTED

INVESTMENT REPORT
October 1, 2024 - October 31, 2024

- BENEFICIARY (529)



### Account Value:

**Change in Account Value**

|  | This Period | Year-to-Date |
|---|---|---|
|  | ▼ $45.64 |  |

\* Reflects appreciation or depreciation of your holdings due to price changes, transactions from Other Activity In or Out and Multi-currency transactions, plus any distribution and income earned during the statement period.

### College Investment Details

| | Year-to-date |
|---|---|
| 2024 Plan Contribution Cap: | $596,925.00 |
| Total Contributions Over Life of Plan: | $1,250.00 |
| 2024 Remaining to Contribute: | $594,201.19 |

### College Contribution Elections

| Description | Percent of Contributions |
|---|---|
|  | 100% |
| **Total** | **100%** |

### Holdings

| Description | Percent of Total Value Oct 31, 2024 | Beginning Market Value Oct 1, 2024 | Quantity Oct 31, 2024 | Price per Unit Oct 31, 2024 | Ending Market Value Oct 31, 2024 |
|---|---|---|---|---|---|

Please note that due to rounding, percentages may not add to 100%

$

1031

4 of 14

INVESTMENT REPORT
October 1, 2024 - October 31, 2024

EXHIBIT 2C - REDACTED



# EXHIBIT 2C - REDACTED

**Fidelity** INVESTMENTS®

INVESTMENT REPORT
October 1, 2024 - October 31, 2024

Account # ████220
GREGORY A BALNOSCHAN - ROLLOVER IRA

## Account Summary

Account Value: **$711,495.85**

### Change in Account Value ▼$14,921.54

| | This Period | Year-to-Date |
|---|---|---|
| **Beginning Account Value** | $726,417.39 | $694,701.14 |
| **Subtractions** | -3.50 | -5.13 |
| Transaction Costs, Fees & Charges | -3.50 | -5.13 |
| **Change in Investment Value *** | -14,918.04 | 16,799.84 |
| **Ending Account Value** | $711,495.85 | $711,495.85 |
| Accrued Interest (AI) | 0.00 | |
| **Ending Account Value Incl. AI** | $711,495.85 | |

* Reflects appreciation or depreciation of your holdings due to price changes, transactions from Other Activity In or Out and Multi-currency transactions, plus any distribution and income earned during the statement period.

## Account Holdings



9% Mutual Funds ($62,311)

91% Stocks ($648,530)

## Top Holdings



| Description | Percent of Account Value |
|---|---|
| | $314,834 | 44% |

Please note that, due to rounding, percentages may not add up to 100%.

## Income Summary

| | This Period | Year-to-Date |
|---|---|---|
| **Tax-deferred** | $4.53 | $3,881.59 |
| **Total** | $4.53 | $3,881.59 |

1031 S

6 of 14





EXHIBIT 2C - REDACTED

Fidelity® INVESTMENTS

## Holdings

INVESTMENT REPORT
October 1, 2024 - October 31, 2024

Account # ▮▮▮7220
GREGORY A BALNOSCHAN - ROLLOVER IRA

7 of 14

### Core Account

| Description | Beginning Market Value Oct 1, 2024 | Quantity Oct 31, 2024 | Price Per Unit Oct 31, 2024 | Ending Market Value Oct 31, 2024 | Cost | Unrealized Gain/Loss Oct 31, 2024 | EAI ($) / EY (%) |
|---|---|---|---|---|---|---|---|

FIDELITY GOVERNMENT CASH

### Mutual Funds

| Description | Beginning Market Value Oct 1, 2024 | Quantity Oct 31, 2024 | Price Per Unit Oct 31, 2024 | Ending Market Value Oct 31, 2024 | Cost | Unrealized Gain/Loss Oct 31, 2024 | EAI ($) / EY (%) |
|---|---|---|---|---|---|---|---|

Stock Funds

### Stocks

| Description | Beginning Market Value Oct 1, 2024 | Quantity Oct 31, 2024 | Price Per Unit Oct 31, 2024 | Ending Market Value Oct 31, 2024 | Cost | Unrealized Gain/Loss Oct 31, 2024 | EAI ($) / EY (%) |
|---|---|---|---|---|---|---|---|

Common Stock

# EXHIBIT 2C - REDACTED



**Fidelity** Investments®

INVESTMENT REPORT
October 1, 2024 - October 31, 2024

Account # ■■■7220
GREGORY A BALNOSCHAN - ROLLOVER IRA

8 of 14

## Holdings

### Stocks (continued)

| Description | Beginning Market Value Oct 1, 2024 | Quantity Oct 31, 2024 | Price Per Unit Oct 31, 2024 | Ending Market Value Oct 31, 2024 | Cost | Unrealized Gain/Loss Oct 31, 2024 | EAI ($) / EY (%) |
|---|---|---|---|---|---|---|---|
| **Common Stock** (continued) | | | | | | | |
| IDEXX LABORATORIES INC COM | | | | | | | |
| META MATERIALS INC COM NEW ISIN #US59134N3026 SEDOL #BQ67J98 (MMATQ) | 1,499.98 | 4,054.000 | 0.0710 | 287.83 | 437,284.65 | -436,996.82 | |
| **Total Common Stock** (91% of account holdings) | $662,930.48 | | | $648,530.68 | $938,777.85 | -$286,839.22 | $1,448.30 |
| **Total Stocks** (91% of account holdings) | $662,930.48 | | | $648,530.68 | $938,777.85 | -$286,839.22 | $1,448.30 |

EXHIBIT 2C - REDACTED

![Fidelity Investments]

INVESTMENT REPORT
October 1, 2024 - October 31, 2024

Account # ▮▮7220
GREGORY A BALNOSCHAN - ROLLOVER IRA

# Holdings

## Other



| Description | Beginning Market Value Oct 1, 2024 | Quantity Oct 31, 2024 | Price Per Unit Oct 31, 2024 | Ending Market Value Accrued Interest (AI) Oct 31, 2024 | Cost | Unrealized Gain/Loss Oct 31, 2024 | EAI ($) / EY (%) |
|---|---|---|---|---|---|---|---|

All positions held in cash account unless indicated otherwise.

EAI    **Estimated Annual Income (EAI) & Estimated Yield (EY)**– EAI is an estimate of annual income for a specific security position over the next rolling 12 months. EAI may be negative on short
& EY   positions. EY is calculated by dividing the current EAI for a security position by its statement closing date market value. EAI and EY are estimates only and may include return of principal
       and/or capital gains, which would render them overstated. Actual income and yield might be lower or higher than the estimated amounts. For calculation details, refer to the
       **"Additional Information and Endnotes" section.**

Total Cost does not include the cost basis on core, money market or other positions where cost basis is unknown or not applicable.

# Activity

## Dividends, Interest & Other Income

*(Includes dividend reinvestment)*



| Settlement Date | Security Name | Symbol/CUSIP | Description | Quantity | Price | Amount |
|---|---|---|---|---|---|---|

# EXHIBIT 2C - REDACTED



**Fidelity** ®
INVESTMENTS

INVESTMENT REPORT
October 1, 2024 - October 31, 2024

Account # ▓▓▓▓7220
GREGORY A BALNOSCHAN - ROLLOVER IRA

## Activity

### Fees and Charges

| Date | Description | Amount |
|------|-------------|--------|

### Core Fund Activity

For more information about the operation of your core account, please refer to your Customer Agreement.



| Settlement Account Date | Type | Transaction | Description | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|

**Total Core Fund Activity**

$1.03

# EXHIBIT 2C - REDACTED

**Fidelity** INVESTMENTS

INVESTMENT REPORT
October 1, 2024 – October 31, 2024

Account # ▇▇▇7220
GREGORY A BALNOSCHAN - ROLLOVER IRA

## Estimated Cash Flow (Rolling as of October 31, 2024)

| Month | Bond & CD Income | Bond & CD Principal | Stock Income | ETP Income | Mutual Fund Income | Other Income | Total Est. Cash Flow |
|---|---|---|---|---|---|---|---|
| November 2024 | -- | -- | $100 | -- | $3 | -- | $103 |
| December | -- | -- | 260 | -- | 3 | -- | 263 |
| January 2025 | -- | -- | 2 | -- | 3 | -- | 5 |
| February | -- | -- | 100 | -- | 3 | -- | 103 |
| March | -- | -- | 260 | -- | 3 | -- | 263 |
| April | -- | -- | 2 | -- | 3 | -- | 5 |
| May | -- | -- | 100 | -- | 3 | -- | 103 |
| June | -- | -- | 260 | -- | 3 | -- | 263 |
| July | -- | -- | 2 | -- | 3 | -- | 5 |
| August | -- | -- | 100 | -- | 3 | -- | 103 |
| September | -- | -- | 260 | -- | 3 | -- | 263 |
| October | -- | -- | 2 | -- | 3 | -- | 5 |
| **Total** | **--** | **--** | **$1,448** | **--** | **$36** | **--** | **$1,484** |

This table presents the estimated monthly interest and dividend income and return of principal that your current holdings may generate over the next rolling 12 months. The cash flows displayed are estimates provided for informational purposes only and there is no guarantee that you will actually receive any of the amounts displayed. These estimates should not be relied upon for making investment, trading or tax decisions. The estimates for fixed income are calculated using the security's coupon rate. The estimates for all other securities are calculated using an indicated annual dividend (IAD). The IAD is an estimate of a security's dividend payments for the next 12 months calculated based on prior and/or declared dividends for that security. IADs are sourced from third party vendors believed to be reliable, but no assurance can be made as to accuracy. There are circumstances in which these estimates will not be presented for a specific security you hold. **Please refer to Help/Glossary on Fidelity.com for additional information on these calculations.**

**Bond & CD Income** includes interest payments for fixed and variable rate bonds, international bonds that pay in USD, and Certificates of Deposit (CDs).

**Bond & CD Principal** includes maturing principal payments for fixed and variable rate bonds, international bonds that pay in USD, and Certificates of Deposit (CDs).

**Stock Income** includes estimated dividend payments for common stocks, preferred stocks, ADRs, closed-end mutual funds, and MLPs.

**ETP Income** includes estimated dividend payments for Exchange Traded Funds (ETFs) and Exchange Traded Notes (ETNs).

**Mutual Fund Income** includes estimated dividend payments for Fidelity and non-Fidelity mutual funds.

**Other Income** includes, but is not limited to estimated dividend payments for Unit Investment Trusts (UITs), REITs, and LPs.

This table does not include cash flow from foreign denominated fixed income.

-- not available

EXHIBIT 2C - REDACTED

**Fidelity**
INVESTMENTS®

## Additional Information and Endnotes

**Estimated Annual Income (EAI) & Estimated Yield (EY)** - EAI for fixed income is calculated using the coupon rate. For all other securities, EAI is calculated using an indicated annual dividend (IAD). The IAD is an estimate of a security's dividend payments for the next 12 months calculated based on prior and/or declared dividends for that security. EY reflects only the income generated by an investment and not changes in its price which may fluctuate. Interest and dividend rates are subject to change at any time and may be affected by current and future economic, political and business conditions. EAI and EY are provided for informational purposes only and should not be used or relied on for making investment, trading or tax decisions. EAI and EY are based on data obtained from information providers believed to be reliable, but no assurance can be made as to accuracy, timeliness or completeness.  **Please refer to the Help/Glossary on Fidelity.com for additional information regarding these calculations.**

**Copyright 2022, S&P Global Market Intelligence.** Reproduction of any information, data or material, including ratings ("Content") in any form is prohibited except with the prior written permission of the relevant party. Such party, its affiliates and suppliers ("Content Providers") do not guarantee the accuracy, adequacy, completeness, timeliness or availability of any Content and are not responsible for any errors or omissions (negligent or otherwise), regardless of the cause, or for the results obtained from the use of such Content. In no event shall Content Providers be liable for any damages, costs, expenses, legal fees, or losses (including lost income or lost profit and opportunity costs) in connection with any use of the Content. A reference to a particular investment or security, a rating or any observation concerning an investment that is part of the Content is not a recommendation to buy, sell or hold such investment or security, does not address the suitability of an investment or security and should not be relied on as investment advice. Credit ratings are statements of opinions and are not statements of fact.

**Moody's® Copyright 2022, Moody's Investors Service, Inc.** ("Moody's"). Moody's ratings ("Ratings") are proprietary to Moody's or its affiliates and are protected by copyright and other intellectual property laws. Ratings are licensed to Licensee by Moody's. RATINGS MAY NOT BE COPIED OR OTHERWISE REPRODUCED, REPACKAGED, FURTHER TRANSMITTED, TRANSFERRED, DISSEMINATED, REDISTRIBUTED OR RESOLD, OR STORED FOR SUBSEQUENT USE FOR ANY SUCH PURPOSE, IN WHOLE OR IN PART, IN ANY FORM OR MANNER OR BY ANY MEANS WHATSOEVER, BY ANY PERSON WITHOUT MOODY'S PRIOR WRITTEN CONSENT. Moody's® is a registered trademark.

Please go to Fidelity.com/disclosures to review important legal and regulatory disclosures. Historical statements, confirms and other regulatory documents are available to access and download at Fidelity.com/statements.

For more information about your statement, please refer to our  **Frequently Asked Questions** document at **Fidelity.com/statements** .

## EXHIBIT 2C - REDACTED

**Fidelity INVESTMENTS**

## Information About Your Fidelity Statement

**Lost or Stolen Cards:** For 24-Hour customer service, call 800-529-2164 for American Express or 800-323-5353 for Fidelity® Debit Card.

**Additional Investments with Fidelity** Make checks payable to Fidelity Investments. Include your account number on the check. For retirement and health savings accounts (HSA), designate in the memo field whether your contribution is for the current or prior year. Mail checks or other inquiries to: Fidelity Investments, P.O. Box 770001, Cincinnati, OH 45277-0003.

**Income Summary** Shows income by tax status for the statement and year-to-date periods. Except for interest income earned on, or distributed by, tax-exempt securities, Fidelity reports dividends and capital gains held in taxable accounts as taxable income. A portion of income reported as taxable may be subject to alternative minimum taxes and/or state and local taxes. In Traditional IRAs, Rollover IRAs, SEP-IRAs, SIMPLE IRAs and Keoghs, earnings are reported as tax-deferred income. In Roth IRAs and HSAs, earnings are reported as tax-exempt income as they may not be federally taxed certain conditions are met.

**Cost Basis and Gain/Loss Information** Fidelity provides purchase cost information for certain securities held in your account and the gain or loss for those securities if sold, as a courtesy. Fidelity applies the average cost method for open-end mutual funds and the first-in, first-out (FIFO) method for all other securities. Cost basis is adjusted for wash sales on securities with the same CUSIP held in one account (unless otherwise specified, NFS applies the average cost method for open-end mutual funds and the first-in, first-out (FIFO) method for all other securities. Cost basis is adjusted for wash sales on securities with the same CUSIP held in one account). Cost information may not reflect all adjustments required for tax purposes. Customers should consult their tax advisors for further information. Cost Fidelity provides purchase cost information for securities held in retirement and HSA accounts, Such information may be adjusted for certain transactions and does not reflect dividends or capital gains reinvestments. Fidelity reports transaction profit of loss information on sales within a retirement or HSA account. Transaction profit or loss is calculated by subtracting purchase cost from sales proceeds

## Additional Information About Your Brokerage Account, If Applicable

**Free credit balances (FCB)** are funds payable to you on demand. FCB are subject to open commitments such as unsettled checks and exclude proceeds from sales of certificated securities without delivery of the certificate. If your FCB is swept to a core position, you can liquidate the core position and have the proceeds sent to you or held in your account subject to the terms of your agreement. Required rule FDC-10(b) of the terms of your agreement in your account subject to the terms of your agreement. Required rule FDC-10(b) of the terms of your agreement in connection with this business, subject to applicable law. **Assets Separate from Your Brokerage Account** Only securities in the margin portion of your brokerage account contribute to margin and maintenance requirements. Other Assets, which may be reported on your statement but are not carried in your brokerage account (e.g. Fidelity Mutual Fund Accounts) are not part of the Securities Investor Protection Corporation (SIPC) and do not count toward your margin and maintenance requirements. Assets held in brokerage accounts managed by Fidelity Personal and Workplace Advisors LLC (FPWA) are carried by NFS and covered by SIPC but do not contribute to your margin and maintenance requirements. **Short Account Balances** Securities sold short are held in a segregated short account. These securities are marked-to-market for margin purposes, and any increase or decrease from the previous week's value is transferred weekly to your margin account. Fidelity represents the short account balance as of the last weekly mark-to-market, not as of the date of your statement. **Information About Your Option Transactions** Each transaction confirmation previously delivered to you contains full information about commissions and other charges, and such information is available to you promptly upon request. Assignments of American and European-style options are allocated among customer short positions pursuant to a random allocation procedure, a description of which is available upon request. Short positions in American-style options are liable for assignment anytime. The writer of a European-style option is subject to exercise assignment only during the exercise period. For more information, please call Fidelity at 800-544-6666. **Equity Dividend Reinvestment** Shares credited to your account resulting from dividend reinvestment in equity securities may be either whole or fractional shares and various sources, may be impacted by the frequency with which individual positions are priced using the individual unit price is displayed in 5 decimal places. The Total Market Value represents prices obtained from various sources, may be impacted by the frequency with which individual positions are priced, and may be adjusted to reflect accrued interest based on current market quotes, but when such quotes are not available the pricing vendors use a variety of techniques to estimate market value. These estimates, particularly for fixed income securities, may be based on certain minimum principal amounts (e.g. $1 million) and may not reflect all of the factors that affect the value of the security, including liquidity risk. The prices provided are not firm bids or offers. Certain securities may reflect as N/A or unavailable. **Total Market Value** The Total Market Value is generally not available from a pricing source. The Market Value of a security, including those priced at par value, may differ from its purchase price and may not closely reflect the value at which the security is generally sold or purchased based on various market factors.

## Miscellaneous

Using the FIFO method if shares were purchased at different times or prices. Statement Mailing We deliver statements at least four times during the calendar year for any account with a balance. **Statement Discrepancies** Please review your statement and report any inaccuracies or discrepancies. Inquiries, concerns or questions regarding your brokerage account or the activity therein should be directed to FBS by calling 800-544-6666, and NFS, who carries your brokerage accounts, by calling or writing to protect your rights, including those under the Securities Investor Protection Act (SIPA). **Material Changes** Please advise us of material changes in your investment objectives or financial situation related to your brokerage account(s)

**Mutual Funds and Performance** Before investing, consider the funds' investment objectives, risks, charges and expenses. Contact Fidelity for a prospectus containing this information. Read it carefully. **Investment data shown represents past performance and is no guarantee of future results. Investment return and principal value will fluctuate, so you may have a gain or loss when shares are sold. Current performance may be higher or lower than that quoted. Visit Fidelity.com/performance for most recent month-end performance.**

**Sales Loads & Fees** Each fund reserves the right to terminate or modify its exchange privilege in the future. In connection with (i) purchases of securities sold without a sales load, and/or maintenance of positions in connection with (ii) purchases of securities sold without a sales load, and/or maintenance of positions in connection with (iii) the sale of other investment products ("funds") or (ii) infrastructure needed to support such funds, some funds, or their investment affiliates, pay FBS and/or NFS sales loads and 12b-1 fees described in the fund prospectus as well as additional compensation for shareholder services and maintenance and other services. The amounts of compensation are dependent upon the amount of the remuneration received by FBS or NFS will be furnished to you upon written request. At the time you purchase shares of funds those shares will be assigned either a load, transaction fee (TF) or no transaction fee (NTF) status. When you subsequently sell those shares, any fees applicable to your transaction will be assessed based on the status assigned to the shares at the time of purchase.

value at which the security may be sold or purchased based on various market factors. The sale or redemption of a security prior to maturity may result in a loss. Prices for Certificates of Deposits (CDs) on your statement are generally estimates and are not based on actual market prices. The secondary market for CDs is generally illiquid. You should always request a current valuation for your securities prior to making a financial decision on the sale of the NYSE The Floor broker may permit the Designated Market Maker to trade on partly with the order for some or all of the executions associated with filling that order, where such permission would not be inconsistent with the broker's best execution obligations.

**FDIC-Insured Deposits** are protected in accounts carried by NFS, a FINRA member, are protected in accordance with the SIPC up to $500,000 (including cash claims limited to $250,000). For details, including the SIPC brochure, please see www.sipc.org or call 1-202-371-8300. NFS has arranged for additional protection for cash and covered securities to supplement its SIPC coverage. Neither coverage protects against a decline in the market value of securities.

**Fidelity Investments** Fidelity Distributors Company LLC (FDC) is the distributor for Fidelity Funds with marketing and shareholder services provided by FBS or NFS. **Brokerage services are provided by FBS, which clears all transactions through its affiliate, NFS, and Fidelity will mail an NFS financial statement, which is also available for inspection at its office. Fidelity Investments (with pyramid logo) is a trademark of FMR LLC.**

**FPWA Services** Fidelity Go®, Fidelity Managed FidFolios℠ and Fidelity® Strategic Disciplines are advisory services offered by FPWA, a registered investment adviser. Fidelity® Strategic Disciplines includes the Breckinridge Intermediate Municipal Strategy, the Fidelity® Equity-Income Strategy, the Fidelity® Tax-Managed U.S. Equity Index Strategy, the Fidelity® U.S. Large Cap Equity Strategy, the Fidelity® Intermediate Municipal Strategy, the Fidelity® Intermediate Treasury Index Strategy, the Fidelity® International Index Strategy and the Fidelity® Core Bond Strategy. Fidelity® Wealth Services are advisory services offered by FPWA and/or Fidelity Personal Trust Company, FSB (FPTC), a federal savings bank. Nondeposit investment products and trust services offered by FPTC and its affiliates are not insured or guaranteed by, and are not obligations of, the FDIC or any other agency, and are not endorsed by any bank, and are subject to risk, including possible loss of principal. These advisory services are provided for a fee. FBS, NFS, FDC, FPWA and FPTC are direct or indirect subsidiaries of FMR LLC.

**Miscellaneous** Mutual fund shares, other securities held in your account, and insurance products are neither FDIC-insured nor guaranteed by, and are not obligations of, any bank or other depositing institution, nor are they deposits or obligations of, or guaranteed by, FDIC or any other government agency and the disclosure below should be read carefully before investing. FDIC-insured deposits held in your account are subject to FDIC insurance coverage limits. Investment products offered through the FDIC or any other agency. If you request a reprint of your statement, the disclosure information may not be the same as the information originally provided. To confirm that an authorized, direct deposit has been made to your Fidelity Account or Fidelity Mutual Fund Account, call Fidelity at 1-800-544-5555.

588130.55.0

EXHIBIT 2C - REDACTED

This page intentionally left blank



# EXHIBIT 3A - REDACTED

**Fidelity** INVESTMENTS

Envelope # FSKX

GREGORY A BALNOSCHAN
4715 MESQUITE MEADOW LN
KATY TX 77494-3235

**2023 YEAR-END INVESTMENT REPORT**
**January 1, 2023 - December 31, 2023**

FIDELITY ROTH IRA GREGORY A BALNOSCHAN - ROTH INDIVIDUAL
RETIREMENT ACCOUNT - FMTC CUSTODIAN
▶ Account Number: ████7272

## Your Account Value: $183.79

| | |
|---|---|
| Change Since January 1: | ▼$726.76 |
| **Beginning Account Value as of Jan 1, 2023** | **$910.55** |
| Additions | 256.28 |
| Change in Investment Value * | -983.04 |
| **Ending Account Value as of Dec 31, 2023 ** | **$183.79** |

**FOR YOUR INFORMATION**
This statement is not a replacement for your tax forms and may not reflect all
adjustments necessary for your tax reporting purposes. Refer to your IRS tax
forms including your Form(s) 1099 and Form(s) 5498, which will be mailed to you
under separate cover.

\* Reflects appreciation or depreciation of your holdings due to price changes, transactions
from Other Activity In or Out and Multi-currency transactions, plus any distribution and
income earned during the statement period.

\*\* Excludes unpriced securities.

Contact Information
Online                              Fidelity.com
FAST®-Automated Telephone           (800) 544-5555
Customer Service                    (800) 544-6666

S

0122

1 of 4

Brokerage services provided by Fidelity Brokerage Services LLC (FBS), Member NYSE, SIPC (800) 544-6666. Brokerage accounts carried by National Financial Services LLC (NFS), Member NYSE, SIPC.

1231



EXHIBIT 3A - REDACTED

**Fidelity** INVESTMENTS®

2023 YEAR-END INVESTMENT REPORT
January 1, 2023 - December 31, 2023

Account # ███7272
GREGORY A BALNOSCHAN - ROTH IRA

## Account Summary

Account Value: **$183.79**

Change Since January 1 ▼ $726.76

| | |
|---|---|
| Beginning Account Value as of Jan 1, 2023 | $910.55 |
| Additions | 256.28 |
| Contributions | 256.28 |
| Change in Investment Value * | -983.04 |
| Ending Account Value as of Dec 31, 2023 | $183.79 |

Total Account Trades Jan 2023 - Dec 2023: 0

* Reflects appreciation or depreciation of your holdings due to price changes, transactions from Other Activity In or Out and Multi-currency transactions, plus any distribution and income earned during the statement period.

## Account Holdings



Jan 1, 2023

100% Stocks



Dec 31, 2023

1% Core Account
99% Stocks

| Holding Type | Value Jan 1 | % of Portfolio Jan 1 | Value Dec 31 | % of Portfolio Dec 31 |
|---|---|---|---|---|
| Stocks | $910 | 100% | $182 | 99% |
| Core Account | 0 | - | 1 | 1 |
| **Total** | **$910** | **100%** | **$183** | **100%** |

## Income Summary

| | Dec 31, 2023 |
|---|---|
| Tax-free | $0.29 |
| **Total** | **$0.29** |

## Contributions Made in 2023

| | |
|---|---|
| 2023 Contributions | $256.28 |

2 of 4

## EXHIBIT 3A - REDACTED

**Fidelity** INVESTMENTS

2023 YEAR-END INVESTMENT REPORT
January 1, 2023 - December 31, 2023

Account # ███████272
GREGORY A BALNOSCHAN - ROTH IRA

# Holdings

## Core Account

| Description | Quantity | Price Per Unit | Total Market Value | Cost | Unrealized Gain/Loss |
|---|---|---|---|---|---|

## Stocks

| Description | Quantity | Price Per Unit | Total Market Value | Cost | Unrealized Gain/Loss |
|---|---|---|---|---|---|
| **Common Stock** | | | | | |
| META MATERIALS INC COM ISIN #US59134N1046 SEDOL #BKSCVX7 (MMAT) | 2,657.000 | 0.0660 | 175.36 | 1,309.30 | -1,133.94 |
| Total Common Stock (99% of account holdings) | | | $182.05 | $1,371.70 | -$1,189.65 |
| **Total Stocks (99% of account holdings)** | | | $182.05 | $1,371.70 | -$1,189.65 |
| **Total Holdings** | | | $183.79 | $1,371.70 | -$1,189.65 |

All positions held in cash account unless indicated otherwise.

Total Cost does not include the cost basis on core, money market or other positions where cost basis is unknown or not applicable.

h  The stated Interest Rate is the interest rate effective for Cash Balances in your FDIC-Insured Deposit Sweep on the last day of the statement period.

q  Customers are responsible for monitoring their total assets at the Program Bank to determine the extent of available FDIC insurance. Subject to the terms of the customer agreement, customers are reminded that funds are swept to a Program Bank the business day following the date that funds are credited to your account and until swept to a Program Bank, funds are covered by SIPC. For additional information, please see the FDIC-Insured Deposit Sweep Disclosures on Fidelity.com.

3 of 4

# EXHIBIT 3A – REDACTED

**Fidelity** INVESTMENTS®

## Information About Your Fidelity Statement

**Lost or Stolen Cards** For 24-Hour worldwide customer service, call 800-529-2164 for American Express or 800-323-5353 for Fidelity® Debit Card.

**Additional Investments with Fidelity** Make checks payable to Fidelity Investments. Include your account number on the check. For retirement and health savings accounts (HSA), designate in the memo field whether your contribution is for the current or prior year. Mail checks or other inquiries to: Fidelity Investments, P.O. Box 770001, Cincinnati, OH 45277-0003.

**Income Summary** Shows income by tax status for the statement and year-to-date periods. Except for interest income earned on, or distributed by, tax-exempt securities, Fidelity reports dividends and capital gains held in taxable accounts as taxable income. A portion of income, reported as tax-exempt income may be subject to alternative minimum taxes and/or state and local taxes. In Traditional IRAs, Rollover IRAs, SEP-IRAs, SIMPLE IRAs and Keoghs, earnings are reported as tax-deferred income. In Roth IRAs and HSAs, earnings are reported as tax-exempt income as they may be distributed tax free. In Roth IRAs and HSAs, earnings are reported as tax-exempt income as long as certain conditions are met.

**Cost Basis and Holding Period Information** NFS is required to report certain cost basis and holding period information to the IRS on Form 1099-B. Unless otherwise specified, NFS applies the average cost method for open-end mutual funds and the first-in, first-out (FIFO) method for all other securities. Cost basis is adjusted for wash sales on securities with the same CUSIP held in the same account. Your statement may not reflect all adjustments required for tax purposes. Customers should consult their tax advisors for further information.

**Cost** Fidelity provides purchase cost information for securities held in retirement and HSA accounts. Cost information is adjusted for return of capital transactions and does not reflect dividend or capital gains reinvestments. Fidelity reports purchase cost information on a cost or loss position when shares are sold within a retirement or HSA account. Transaction profit or loss is calculated by subtracting purchase cost from sales proceeds

## Additional Information About Your Brokerage Account, If Applicable

**Free credit balances (FCB)** are funds payable to you on demand. FCB are subject to open commitments such as undesired checks and exclude proceeds from sales of certificated securities without delivery of the certificate. If your FCB is swept to a core position, you can liquidate the core position and have the proceeds sent to you or held in your account as an intangible at any time. Required rate 10(b-10)(a) information is not contained herein will be provided on written request. Fidelity may use this free credit balance in connection with its business, subject to applicable law. **Assets Separate from Your Brokerage Account** Only those securities in the margin portion of your brokerage account contribute to margin and maintenance requirements. Other assets held in your brokerage account, such as securities in the cash account, and held by the Fidelity Mutual Fund Accounts) are not carried by NFS, not covered by the Securities Investor Protection Corporation (SIPC), and do not count toward your margin and maintenance requirements. Assets held in brokerage accounts managed by Fidelity Personal and Workplace Advisors LLC (FPWA) are carried by NFS and covered by SIPC but do not contribute to your margin and maintenance requirements. **Short Account Balances** Securities sold short are held in a segregated short account. These securities are marked-to-market for margin purposes, and any increase or decrease from the previous week's value is transferred weekly to your margin account. Fidelity represents your short account balance as of the last weekly mark-to-market, not as of the statement end date. **Information About Your Option Transactions** Each transaction confirmation previously delivered to you contains full information about commissions and other charges, and such information is available promptly upon request. Assignments of American-style options are allocated among customers on a random basis. Short positions in American-style options are liable for assignment anytime. The writer of a European-style option is subject to exercise assignment only during the exercise period. For more information, please call Fidelity at 800-544-6666 or visit Fidelity.com. **Information/Total Market Value** The Total Market Value has been calculated out to 9 decimal places but the individual unit price is displayed in 5 decimal places. The Total Market Value represents prices obtained from various sources, may be impacted by the frequency with which such prices are reported and such prices are not guaranteed. Prices received from pricing vendors are generally based on current market quotes, but when such quotes are not available the pricing vendors use a variety of techniques to estimate value. These estimates, particularly for fixed income securities, may be based on certain minimum principal amounts (e.g. $1 million) and may be different as of the last weekly mark-to-market, not as of the statement end date. Such prices may not be actual, and actual value of the security may be derived from a single broker quote or, in certain situations, a price may be derived from a pricing source. The market value of a "single broker quote". The prices provided are not firm bids or offers. Certain securities may reflect as N/A or unavailable where the price for such security is generally not available from a pricing source. The market value of a security, including those priced at par value, may differ from its purchase price and may not closely reflect the

---

using the FIFO method if shares were purchased at different times or prices. Statement Mailing We deliver statements at least four times during the calendar year for any account with a balance.

**Statement Discrepancies** Please review your statement and report any inaccuracies or discrepancies. **Inquiries, concerns or questions regarding your brokerage account or the activity therein should be directed to FBS by calling 800-544-6666, and NFS, who carries your brokerage accounts, by calling or writing to protect your rights, including those under the Securities Investor Protection Act (SIPA).** **Material Changes** Please advise us of material changes in your investment objectives or financial situation related to your brokerage account(s).

**Mutual Funds and Exchange-Traded Funds Before investing, consider the funds' investment objectives, risks, charges and expenses. Contact Fidelity for a prospectus containing this information. Read it carefully. Performance data shown represents past performance and is no guarantee of future results. Investment return and principal value will fluctuate, so you may have a gain or loss when shares are sold. Current performance may be higher or lower than that quoted. Visit Fidelity.com/performance for most recent month-end performance.**

**Sales Loads & Fees** Each fund reserves the right to terminate or modify its exchange privilege in the future. In mutual funds, ETFs and other investment products ("funds") or (i) infrastructure needed to support such funds, some funds, or their investment affiliates, pay FBS and/or NFS sales loads and 12b-1 fees described in the prospectus as well as additional compensation for shareholder services, systems support and processing and administrative, marketing, engagement and analytics programs. Additional information about the source(s) and amount(s) of compensation as well as other remuneration received by FBS or NFS will be furnished to you upon written request. At the time you purchase shares of funds those shares will be assigned either a load, transaction fee (TF) or no transaction fee (NTF) status. When you subsequently sell those shares, any fees value of securities. NFS has arranged for additional protection for cash and applicable to your transaction will be assessed based on the status assigned to the shares at the time of purchase.

value at which the security may be sold or purchased based on various market factors. The sale or redemption of any fixed income security prior to maturity may result in a loss. Prices for Certificates of Deposits (CDs) on your statement are generally estimates and are not based on actual market prices. The secondary market for CDs is generally illiquid. You should always request a current valuation for your securities prior to making a decision to sell or purchase. **Executing Orders on the Floor of the NYSE** The Floor broker may permit the Designated Market Maker to trade on parity with the order for some or all of the executions associated with filling that order, where such permission would not be inconsistent with the broker's best execution obligations.

**SIPC** Securities in accounts carried by NFS, a Fidelity Investments company, are protected in accordance with the SIPC up to $500,000 (including cash claims limited to $250,000). For details, including the SIPC brochure, please see www.sipc.org or call 1-202-371-8300. NFS has arranged for additional protection for cash and covered securities to supplement its SIPC coverage. Neither coverage protects against a decline in the market value of securities.

**Fidelity Investments** Fidelity Distributors Company LLC (FDC) is the distributor for Fidelity Funds with marketing and shareholder services provided by FBS or NFS. **Brokerage services are provided by FBS, which clears all transactions through its affiliate, NFS, as described above** (except FBS and NFS are not responsible for products not provided by them). Upon written request, Fidelity will mail an NFS financial statement, which is also available for inspection at its office. Fidelity Investments (with pyramid logo) is a trademark of FMR LLC.

**FPWA Services** Fidelity Go®, Fidelity Managed FidFoliosSM and Fidelity® Strategic Disciplines are advisory services offered by FPWA, a registered investment adviser. Fidelity® Strategic Disciplines includes the Breckinridge Intermediate Municipal Strategy, the Fidelity® Equity-Income Strategy, the Fidelity® Tax-Managed U.S. Equity Index Strategy, the Fidelity® U.S. Large Cap Equity Strategy, the Fidelity® Intermediate Municipal Strategy, and the Fidelity® International Equity Index Strategy. Fidelity® Wealth Services are advisory services offered by FPWA or Fidelity Personal Trust Company, FSB (FPTC), a federal savings bank. Nondeposit investment products and trust services offered by FPTC and its affiliates are not insured or guaranteed by FDIC or any other government agency, are not obligations of or guaranteed by any bank, and are subject to risk, including possible loss of principal. **These advisory services are provided for a fee.** FBS, NFS, FDC, FPWA and FPTC are direct or indirect subsidiaries of FMR LLC.

**Miscellaneous** Mutual fund shares, other securities held in your account and insurance products are neither deposits nor obligations of, nor endorsed or guaranteed by any bank or other depositing institution, nor are they federally insured by the FDIC or any other agency. If you request a reprint of your statement, the disclosure information may not be the same as the information originally provided. To confirm that an authorized, direct deposit has been made to your Fidelity Account or Fidelity Mutual Fund Account, call Fidelity at 1-800-544-5555.

588130.55.0

EXHIBIT 3B - REDACTED

**Fidelity** INVESTMENTS®

Envelope # BPWNHPBBBGWMQ

GREGORY A BALNOSCHAN
4715 MESQUITE MEADOW LN
KATY TX 77494-3235

## Contact Information

| | |
|---|---|
| Online | Fidelity.com |
| FAST®-Automated Telephone | (800) 544-5555 |
| Customer Service | (800) 544-6666 |

INVESTMENT REPORT
January 1, 2024 - January 31, 2024

FIDELITY ROTH IRA GREGORY A BALNOSCHAN - ROTH INDIVIDUAL
RETIREMENT ACCOUNT - FMTC CUSTODIAN
▶ Account Number: ███████7272

## Your Account Value: $108.47

Change from Last Period: ▼ $75.32

| | This Period | Year-to-Date |
|---|---|---|
| Beginning Account Value | $183.79 | $183.79 |
| Change in Investment Value * | -75.32 | -75.32 |
| **Ending Account Value ** | **$108.47** | **$108.47** |

\* Reflects appreciation or depreciation of your holdings due to price changes, transactions from Other Activity In or Out and Multi-currency transactions, plus any distribution and income earned during the statement period.
\*\* Excludes unpriced securities.

Brokerage services provided by Fidelity Brokerage Services LLC (FBS), Member NYSE, SIPC (800) 544-6666. Brokerage accounts carried by National Financial Services LLC (NFS), Member NYSE, SIPC.

# EXHIBIT 3B - REDACTED

**Fidelity** INVESTMENTS®

INVESTMENT REPORT
January 1, 2024 - January 31, 2024

Account # ▮▮7272
GREGORY A BALNOSCHAN - ROTH IRA

## Account Summary

Account Value: **$108.47**

Change in Account Value ▼ $75.32

| | This Period | Year-to-Date |
|---|---|---|
| | $183.79 | $183.79 |
| **Beginning Account Value** | $183.79 | $183.79 |
| **Change in Investment Value *** | -75.32 | -75.32 |
| **Ending Account Value** | $108.47 | $108.47 |

Total Account Trades Feb 2023 - Jan 2024: 0

* Reflects appreciation or depreciation of your holdings due to price changes, transactions from Other Activity In or Out and Multi-currency transactions, plus any distribution and income earned during the statement period.

## Account Holdings

2% Core Account ($1)

98% Stocks ($106)

## Top Holdings

| Description | | | Value | Percent of Account |
|---|---|---|---|---|
| Meta Materials INC Com New Isin #Us59134N3026 Sedol #Bq67J98 | | | $99 | 92% |
| FDIC Insured Deposit At Citibank IRA Not Covered By Sipc | | | | |
| **Total** | | | **$108** | **100%** |

*Please note that, due to rounding, percentages may not add to 100%.*

## Contributions and Distributions

| | This Period | Year-to-Date |
|---|---|---|
| 2023 Contributions | - | - |

2 of 8

## EXHIBIT 3B - REDACTED

**Fidelity INVESTMENTS®**

INVESTMENT REPORT
January 1, 2024 - January 31, 2024

Account # [REDACTED]7272
GREGORY A BALNOSCHAN - ROTH IRA

3 of 8

# Holdings

## Core Account



| Description | Beginning Market Value Jan 1, 2024 | Quantity Jan 31, 2024 | Price Per Unit Jan 31, 2024 | Ending Market Value Jan 31, 2024 | Cost | Unrealized Gain/Loss Jan 31, 2024 | EAI ($) / EY (%) |
|---|---|---|---|---|---|---|---|

## Stocks

| Description | Beginning Market Value Jan 1, 2024 | Quantity Jan 31, 2024 | Price Per Unit Jan 31, 2024 | Ending Market Value Jan 31, 2024 | Cost | Unrealized Gain/Loss Jan 31, 2024 | EAI ($) / EY (%) |
|---|---|---|---|---|---|---|---|
| **Common Stock** | | | | | | | |
| META MATERIALS INC COM NEW ISIN #US59134N3026 SEDOL #BQ67J98 (MMAT) | unavailable | 26.000 | 3.8200 | 99.32 | 1,309.30 | -1,209.98 | |
| Total Common Stock (98% of account holdings) | $6.69 | | | $106.73 | $1,371.70 | -$1,264.97 | |
| **Total Stocks (98% of account holdings)** | $6.69 | | | $106.73 | $1,371.70 | -$1,264.97 | |
| **Total Holdings** | | | | $108.47 | $1,371.70 | -$1,264.97 | $0.00 |

*All positions held in cash account unless indicated otherwise.*

*Total Cost  does not include the cost basis on core, money market or other positions where cost basis is unknown or not applicable.*

h  *The stated Interest Rate is the interest rate effective for Cash Balances in your FDIC-Insured Deposit Sweep on the last day of the statement period.*

q  *Customers are responsible for monitoring their total assets at the Program Bank to determine the extent of available FDIC insurance. Subject to the terms of the customer agreement, customers are reminded that funds are swept to a Program Bank the business day following the date that funds are credited to your account and until swept to a Program Bank, funds are covered by SIPC. For additional information, please see the FDIC-Insured Deposit Sweep Disclosures on Fidelity.com.*

# EXHIBIT 3B - REDACTED

**Fidelity** INVESTMENTS®

## Activity

INVESTMENT REPORT
January 1, 2024 - January 31, 2024

Account # ███████7272
GREGORY A BALNOSCHAN - ROTH IRA

### Other Activity In

| Settlement Date | Security Name | Symbol/ CUSIP | Description | Quantity | Price | Transaction Cost | Amount |
|---|---|---|---|---|---|---|---|
| 01/29 | META MATERIALS INC COM ISIN US59134N1046 SEDOL BKSCVX7 1 FOR 100 R/S INTO META MATERIALS INC R/S TO  59134N302 #REOR M005155913000 | 59134N104 | Reverse Split | -2,657.000 | - | - | - |

**Total Other Activity In** | | | | | | - | - |

### Other Activity Out

| Settlement Date | Security Name | Symbol/ CUSIP | Description | Quantity | Price | Transaction Cost | Amount |
|---|---|---|---|---|---|---|---|
| 01/29 | META MATERIALS INC COM NEW ISIN #US59134N3026 SEDOL #BQ67J98 R/S FROM  59134N104 #REOR M005155913000 1 | 59134N302 | Reverse Split | 26.000 | - | - | - |

**Total Other Activity Out** | | | | | | - | - |

**EXHIBIT 3B - REDACTED**

# Fidelity Investments

## Additional Information and Endnotes

▲ **Electronic Funds Transfer Notice:** The following notice is required by the Bureau of Consumer Financial Protection's Regulation E and applies to electronic funds transfers (EFTs) made by consumers. However, it doesn't apply to all EFTs. Generally, EFTs in nonretirement accounts, aside from those made for the purchase or sale of securities, are subject to Regulation E (each a "Covered Transfer").

**Error Resolution:** In the case of errors or questions about a Covered Transfer, promptly call or write Fidelity using the contact information listed below. You must call or write Fidelity if you think that your statement is wrong or if you need more information about a Covered Transfer on the statement. Fidelity must hear from you no later than 60 days after Fidelity sent the FIRST statement on which the problem or error appeared. You will need to tell Fidelity your name and account number, describe the error or Covered Transfer that you are unsure about, explain as clearly as you can why you believe that it is an error or why you need more information, and tell Fidelity the dollar amount of the suspected error.

If you notify Fidelity orally, Fidelity may require that you send your complaint or question in writing within 10 business days. Fidelity will tell you the results of its investigation within 10 business days of hearing from you and will correct any error promptly. If Fidelity needs more time, however, it may take up to 45 days to investigate your complaint or question. If Fidelity decides to do this, it will credit your account within 10 business days for the amount you think is in error, so that you will have the use of the money during the time it takes Fidelity to complete its investigation. If Fidelity asks you to put your request or question in writing and doesn't receive it within 10 business days, or if your account is a brokerage account subject to Regulation T of the Board of Governors of the Federal Reserve System (Credit by Brokers and Dealers, 12 CFR 220), Fidelity may not credit your account.

For questions involving new accounts, or point-of-sale or foreign-initiated transactions, Fidelity may take up to 90 days to investigate your complaint or question. For new accounts, Fidelity may take up to 20 days to credit your account for the amount you think is in error. Fidelity will inform you of the results of its investigation within three business days of its completion. If Fidelity decides that there was no error, Fidelity will send you a written explanation. You may ask for copies of the documents that Fidelity used in the investigation.

**Contact Information:** You can contact Fidelity by mail at Fidelity Investments, PO Box 770001, Cincinnati, OH, 45277-0002, or by phone at 800-544-6666.
707063.2.0

**Copyright 2022, S&P Global Market Intelligence.** Reproduction of any information, data or material, including ratings ("Content") in any form is prohibited except with the prior written permission of the relevant party. Such party, its affiliates and suppliers ("Content Providers") do not guarantee the accuracy, adequacy, completeness, timeliness or availability of any Content and are not responsible for any errors or omissions (negligent or otherwise), regardless of the cause, or for the results obtained from the use of such Content. In no event shall Content Providers be liable for any damages, costs, expenses, legal fees, or losses (including lost income or lost profit and opportunity costs) in connection with any use of the Content. A reference to a particular investment or security, a rating or any observation concerning an investment that is part of the Content is not a recommendation to buy, sell or hold such investment or security, does not address the suitability of an investment or security and should not be relied on as investment advice. Credit ratings are statements of opinions and are not statements of fact.

**Moody's© Copyright 2022, Moody's Investors Service, Inc.** ("Moody's"). Moody's ratings ("Ratings") are proprietary to Moody's or its affiliates and are protected by copyright and other intellectual property laws. Ratings are licensed to Licensee by Moody's. RATINGS MAY NOT BE COPIED OR OTHERWISE REPRODUCED, REPACKAGED, FURTHER TRANSMITTED, TRANSFERRED, DISSEMINATED, REDISTRIBUTED OR RESOLD, OR STORED FOR SUBSEQUENT USE FOR ANY SUCH PURPOSE, IN WHOLE OR IN PART, IN ANY FORM OR MANNER OR BY ANY MEANS WHATSOEVER, BY ANY PERSON WITHOUT MOODY'S PRIOR WRITTEN CONSENT. Moody's® is a registered trademark.

# EXHIBIT 3B - REDACTED

**Fidelity** INVESTMENTS®

INVESTMENT REPORT
January 1, 2024 - January 31, 2024

Account # 7272
GREGORY A BALNOSCHAN - ROTH IRA

## Additional Information and Endnotes

Please go to Fidelity.com/disclosures to review important legal and regulatory disclosures. Historical statements, confirms and other regulatory documents are available to access and download at Fidelity.com/statements.

For more information about your statement, please refer to our **Frequently Asked Questions** document at **Fidelity.com/statements** .

**EXHIBIT 3B - REDACTED**

# Fidelity
### INVESTMENTS®

## Information About Your Fidelity Statement

**Lost or Stolen Cards** For 24-Hour worldwide customer service, call 800-323-2164 for American Express or 800-323-5353 for Fidelity® Debit Card.

**Additional Investments with Fidelity** Make checks payable to Fidelity Investments. Include your account number on the check. For retirement and health savings accounts (HSAs), designate in the memo field whether your contribution is for the current or prior year. Mail checks or other inquiries to: Fidelity Investments, P.O. Box 770001, Cincinnati, OH 45277-0003.

**Income Summary** Shows income for the statement and year-to-date periods. Except for interest income earned on, or distributed by, tax-exempt securities, Fidelity reports dividends and capital gains held in taxable accounts as taxable income. A portion of income, reported as tax-exempt income may be subject to alternative minimum taxes and/or state and local taxes. In Traditional IRAs, Rollover IRAs, SEP-IRAs, SIMPLE IRAs and Keoghs, earnings are reported as tax-deferred income. In Roth IRAs and HSAs, earnings are reported as tax-exempt income as they accumulate.

**Cost Basis Information and Holding Period Information** NFS is required to report certain cost basis and holding period information to the IRS on Form 1099-B. Unless otherwise specified, NFS applies the average cost method for open-end mutual funds and the first-in, first-out (FIFO) method for all other securities. Cost basis is adjusted for wash sales on securities with the same CUSIP held in the same account (unless your account receives mark-to-market reporting). Your statement may not reflect all adjustments required for tax purposes. Customers should consult their tax advisors for further information.

**Cost** Fidelity provides purchase cost information for securities held in retirement and HSA accounts. Such information, as well as gross proceeds and (for some) realized gains and losses on sales of securities in taxable accounts, is reported to the IRS. As required, cost basis information for securities purchased on or after the relevant IRS reporting implementation date is referred to as "Covered". Cost basis information for securities purchased prior to the relevant IRS reporting implementation date is referred to as "Noncovered". Fidelity reports cost basis information for covered securities and, for most noncovered securities, as a service to you. For retirement and HSA accounts, the purchase cost or other reference information shown for securities held in retirement or HSA accounts is not required to be reported to the IRS. Such information may not reflect all adjustments necessary for tax reporting purposes. Fidelity reports purchase cost information for certain securities for your information only and does not report this information to the IRS. For more information about cost basis calculation methods, go to Fidelity.com. Transaction profit or loss is calculated by subtracting purchase cost from sales proceeds

## Additional Information About Your Brokerage Account, If Applicable

**Free credit balances (FCB)** are funds payable to you on demand. FCB are subject to open commitments such as unsettled checks and exclude proceeds from sales of certificated securities without delivery of the certificate. If your FCB is swept to a core position, you can liquidate the core position and have the proceeds sent to you or invested based on the terms of your account agreement. Requiring liquidity, Cash (Core) Eligible information is not contained herein will be provided on request. Fidelity may use this credit balance in connection with its business, subject to applicable law. **Assets Separate from Your Brokerage Account** Only securities in the margin portion of your brokerage account contribute to margin and maintenance requirements for FBS and Fidelity Insurance Agency, Inc. and mutual fund only accounts held directly with the fund (Fidelity Mutual Fund Accounts) are not covered by NFS, not covered by the Securities Investor Protection Corporation (SIPC) and do not count toward your margin and maintenance requirements. Assets held in brokerage accounts by SIPC but do not contribute to your margin and maintenance requirements. **Short Account Balances** Securities sold short are held in a segregated short account. These securities are marked-to-market for margin purposes, and any increase or decrease from the previous week's value is transferred weekly to your margin account. Fidelity represents your short account balance as of the last weekly mark-to-market, not as of the statement end date. **Information About Your Option Transactions** Each transaction confirmation previously delivered to you contains full information about commissions and other charges, and such information is available promptly upon request. Assignments of American-style options are allocated among customer short positions pursuant to a random allocation procedure, a description is available upon request. Short positions in American-style options are liable for assignment anytime. The writer of a European-style option is subject to exercise assignment only during the exercise period. For more information, please call Fidelity at 800-544-6666 or contact us in writing. **Information/Total Market Value** The Total Market Value has been calculated out to 9 decimal places but is displayed on the individual unit price is displayed in 5 decimal places. The Total Market Value represents prices obtained from various sources, may be impacted by the frequency with which such prices are reported and such prices are estimates, particularly for fixed income securities, may be based on certain minimum principal amounts (e.g. $1 million) and may not reflect all of the factors that affect the value of the security, including liquidity risk. In certain situations, a price may be derived from a single market participant, also known as a "single broker quote". The prices provided are not firm bids or offers. Certain securities may reflect as N/A or unavailable where the price for such security is generally not available from a pricing source. The prices provided reflect the security, including those priced at par value, may differ from its purchase price and may not closely reflect the

using the FIFO method if shares were purchased at different times or prices. Statement Mailing We deliver statements at least four times during the calendar year for any account with a balance.

**Statement Discrepancies** Please review your statement and report any inaccuracies or discrepancies. Inquiries, concerns or questions regarding your brokerage account or the activity therein should be directed to FBS by calling 800-544-6666, and NFS, who carries your brokerage accounts, by calling 866-408-1636. Any oral communications regarding inaccuracies or discrepancies should be reconfirmed in writing to protect your rights, including those under the Securities Investor Protection Act (SIPA). **Material Changes** Please advise us of material changes in your investment objectives or financial situation related to your brokerage account(s).

**Mutual Funds and Exchange Traded Funds** Before investing, consider the funds' investment objectives, risks, charges and expenses. Contact Fidelity for a prospectus containing this information. Read it carefully. **Performance data shown represents past performance and is no guarantee of future results. Investment return and principal value will fluctuate, so you may have shares, when sold or redeemed, may be worth more or less than their original cost. Current performance may be higher or lower than that quoted. Visit Fidelity.com/performance for most recent month-end performance.**

**Sales Loads & Fees** Each fund reserves the right to terminate or modify its exchange privilege in the future. In mutual funds, ETFs and other investment products ("funds") or (ii) infrastructure needed to support such funds, such as sales loads and 12b-1 fees described in the some funds, or their investment affiliates, pay FBS and/or NFS sales loads and 12b-1 fees described in the prospectus as well as additional compensation for shareholder servicing, record-keeping or sub-accounting, and amounting(s) of compensation as well as other remuneration received by FBS or NFS will be furnished to you upon written request. At the time you purchase shares of a fund those shares will be assigned either a load, as applicable to your transaction fee (TF) or no transaction fee (NTF) status. When you subsequently sell those shares, applicable to your transaction will be assessed based on the status assigned to the shares at the time of purchase.

value at which the security may be sold or purchased based on various market factors. The sale or redemption of any fixed income security prior to maturity may result in a loss. Prices for Certificates of Deposits (CDs) on your statement are generally estimates and are not based on actual market prices. The secondary market for CDs is generally illiquid. You should always request a current valuation for your securities prior to making a decision concerning them.

**Executing Orders on the Floor of the NYSE** The Floor broker may permit the Designated Market Maker to trade on parity with the order for some or all of the executions associated with filling that order, where such permission would not be inconsistent with the broker's best execution obligations. Fidelity Investments corporation is a brokerage firm. Each Fidelity Investments company are protected in accordance with the SIPC up to $500,000 (including cash claims limited to $250,000). For details, including the SIPC brochure, please see www.sipc.org or call 1-202-371-8300. NFS has arranged for additional protection for cash and covered securities to supplement its SIPC coverage. Neither coverage protects against a decline in the market value of securities.

**Fidelity Investments** Fidelity Distributors Company LLC (FDC), is the distributor for Fidelity Funds which marketing and shareholder services provided by FBS or NFS. **Brokerage services are provided by FBS, and custody and other brokerage services are provided by, and offered through, NFS, each a member of NYSE and SIPC.** FMR LLC, and FPTC which clears all transactions through its affiliate NFS, and FPTC which clears all transactions through its affiliate NFS, which is also available for inspection at its office. Fidelity Investments (with pyramid logo) is a trademark of FMR LLC.

**FPWA Services** Fidelity Go®, Fidelity Managed FidFolios℠ and Fidelity® Strategic Disciplines are advisory services provided by FPWA, a registered investment adviser. Fidelity® Strategic Disciplines includes the Breckinridge Intermediate Municipal Strategy, the Fidelity® Equity-Income Strategy, the Fidelity® Tax-Managed U.S. Equity Index Strategy, the Fidelity® U.S. Large Cap Equity Strategy, the Fidelity® International Equity Strategy and the Fidelity® Intermediate Municipal Strategy. Fidelity® Wealth Services are advisory services offered through FPWA or Fidelity Personal Trust Company, FSB (FPTC), a federal savings bank. Nondeposit investment products and trust services offered by FPTC and its affiliates are not insured or guaranteed by the Deposit Insurance Corporation or any other government agency, are not obligations of any bank, and are subject to risk, including possible loss of principal. These advisory services are provided for a fee. FBS, NFS, FDC, FPWA and FPTC are direct or indirect subsidiaries of FMR LLC.

**Miscellaneous** Mutual fund and other product sales, other securities held in your account, and insurance products are neither deposits nor obligations of, nor guaranteed by, an order issued or distributed by any bank or depositing institution, nor are they federally insured by the FDIC or any other agency. If you request a reprint of your statement, the disclosure information may not be the same as the information originally provided. To confirm that an authorized, direct deposit has been made to your Fidelity Account or Fidelity Mutual Fund Account, call Fidelity at 1-800-544-5555.

588130.55.0

EXHIBIT 3B - REDACTED

This page intentionally left blank



EXHIBIT 3C – REDACTED

# Fidelity® INVESTMENTS

Envelope # BQWTSFBBBDVMF

GREGORY A BALNOSCHAN
4715 MESQUITE MEADOW LN
KATY TX 77494-3235

INVESTMENT REPORT
October 1, 2024 - October 31, 2024

FIDELITY ROTH IRA GREGORY A BALNOSCHAN - ROTH INDIVIDUAL
RETIREMENT ACCOUNT - FMTC CUSTODIAN
▶ **Account Number:** ████ **7272**

## Your Account Value: **$122.53**

Change from Last Period:    ▲ $33.97

|  | This Period | Year-to-Date |
|---|---|---|
| **Beginning Account Value** | $88.56 | $183.79 |
| Additions | 41.78 | 112.85 |
| Change in Investment Value * | -7.81 | -174.11 |
| **Ending Account Value \*\*** | $122.53 | $122.53 |

\*  Reflects appreciation or depreciation of your holdings due to price changes, transactions
from Other Activity In or Out and Multi-currency transactions, plus any distribution and
income earned during the statement period.
\*\*  Excludes unpriced securities.

## Contact Information

| | |
|---|---|
| Online | Fidelity.com |
| FAST®-Automated Telephone | (800) 544-5555 |
| Customer Service | (800) 544-6666 |

Brokerage services provided by Fidelity Brokerage Services LLC (FBS), Member NYSE, SIPC (800) 544-6666. Brokerage accounts carried by National Financial Services LLC (NFS), Member NYSE, SIPC.

1031

s



1 of 6

1031

EXHIBIT 3C - REDACTED

**Fidelity** INVESTMENTS™

INVESTMENT REPORT
October 1, 2024 - October 31, 2024

Account # ███272
GREGORY A BALNOSCHAN - ROTH IRA

## Account Summary

Account Value: **$122.53**

Change in Account Value ▲ **$33.97**

| | This Period | Year-to-Date |
|---|---|---|
| Beginning Account Value | $88.56 | $183.79 |
| Additions | 41.78 | 112.85 |
| Contributions | 41.78 | 112.85 |
| Change in Investment Value * | -7.81 | -174.11 |
| Ending Account Value | $122.53 | $122.53 |

* Reflects appreciation or depreciation of your holdings due to price changes, transactions from Other Activity In or Out and Multi-currency transactions, plus any distribution and income earned during the statement period.

## Account Holdings



6% Stocks ($6)

94% Core Account ($115)

## Top Holdings

| Description | | Percent of Value Account |
|---|---|---|
| Meta Materials INC Com New Isin #Us59134N3026 Sedol #Bq67J98 | 1 | 2 |
| **Total** | **$122** | **100%** |

Please note that, due to rounding, percentages may not add to 100%.

## Income Summary

| | This Period | Year-to-Date |
|---|---|---|
| Tax-free | $0.23 | $1.19 |
| **Total** | **$0.23** | **$1.19** |

2 of 6

EXHIBIT 3C - REDACTED



**Fidelity** INVESTMENTS

INVESTMENT REPORT
October 1, 2024 - October 31, 2024

GREGORY A BALNOSCHAN - ROTH IRA
Account # ▮▮▮272

### Contributions and Distributions

| | This Period | Year-to-Date |
|---|---|---|
| 2024 Contributions | $41.78 | $112.85 |

## Holdings

### Core Account

| Description | Beginning Market Value Oct 1, 2024 | Quantity Oct 31, 2024 | Price Per Unit Oct 31, 2024 | Ending Market Value Oct 31, 2024 | Cost | Unrealized Gain/Loss Oct 31, 2024 | EAI ($) / EY (%) |
|---|---|---|---|---|---|---|---|

### Stocks

| Description | Beginning Market Value Oct 1, 2024 | Quantity Oct 31, 2024 | Price Per Unit Oct 31, 2024 | Ending Market Value Oct 31, 2024 | Cost | Unrealized Gain/Loss Oct 31, 2024 | EAI ($) / EY (%) |
|---|---|---|---|---|---|---|---|
| **Common Stock** | | | | | | | |
| META MATERIALS INC COM NEW ISIN #US59134N3026 SEDOL #BQ67J98 (MMATQ) | 9.99 | 27.000 | 0.0710 | 1.91 | 1,309.30 | -1,307.39 | - |
| Total Common Stock (6% of account holdings) | $14.79 | | | $6.75 | $1,371.70 | -$1,364.95 | - |
| Total Stocks (6% of account holdings) | $14.79 | | | $6.75 | $1,371.70 | -$1,364.95 | - |
| Total Holdings | | | | $122.53 | | | $0.00 |



3 of 6

**Fidelity** INVESTMENTS®

INVESTMENT REPORT
October 1, 2024 - October 31, 2024

Account # 7272
GREGORY A BALNOSCHAN - ROTH IRA

# EXHIBIT 3C - REDACTED

## Holdings

All positions held in cash account unless indicated otherwise.

Total Cost does not include the cost basis on core, money market or other positions where cost basis is unknown or not applicable.

h   The stated Interest Rate is the interest rate effective for Cash Balances in your FDIC-Insured Deposit Sweep on the last day of the statement period.

q   Customers are responsible for monitoring their total assets at the Program Bank to determine the extent of available FDIC insurance. Subject to the terms of the customer agreement, customers are reminded that funds are swept to a Program Bank the business day following the date that funds are credited to your account and until swept to a Program Bank, funds are covered by SIPC. For additional information, please see the FDIC-Insured Deposit Sweep Disclosures on Fidelity.com.

## Activity

### Dividends, Interest & Other Income

(Includes dividend reinvestment)

| Settlement Date | Security Name | Symbol/ CUSIP | Description | Quantity | Price | Amount |
|---|---|---|---|---|---|---|
| 10/31 | FDIC INSURED DEPOSIT | FDIC99367 | Interest Earned | - | - | $0.23 |
| **Total Dividends, Interest & Other Income** | | | | | | **$0.23** |

### Contributions

| Date | Reference | Description | Amount |
|---|---|---|---|
| 10/02 | | Deposit Elan Cardsvc Current Year Contrib | $41.78 |
| **Total Contributions** | | | **$41.78** |

1031    s

4 of 6

# EXHIBIT 3C - REDACTED

**Fidelity** ®
*INVESTMENTS*

## Activity

INVESTMENT REPORT
October 1, 2024 – October 31, 2024

Account # ████ 7272
GREGORY A BALNOSCHAN - ROTH IRA

### Core Fund Activity

*For more information about the operation of your core account, please refer to your Customer Agreement.*

**Settlement Account**

| Date | Type | Transaction | Description | Quantity | Price | Amount | Balance |
|------|------|-------------|-------------|----------|-------|--------|---------|
| 10/02 | CASH | You Bought | FDIC INSURED DEPOSIT AT CITIBANK IRA<br>NOT COVERED BY SIPC @ 1 | 41.780 | $1.0000 | $41.78 | $115.55 |
| 10/31 | CASH | You Bought | FDIC INSURED DEPOSIT AT CITIBANK IRA<br>NOT COVERED BY SIPC @ 1 | 0.230 | 1.0000 | 0.23 | 115.78 |
| **Total Core Fund Activity** | | | | | | **$42.01** | |

# EXHIBIT 3C - REDACTED

## Information About Your Fidelity Statement

**Lost or Stolen Cards** For 24-Hour worldwide customer service, call 800-529-2164 for American Express or 800-523-5353 for Fidelity® Debit Card.

**Additional Investments with Fidelity** Make checks payable to Fidelity Investments. Include your account number on the check. For retirement and health savings accounts (HSA), designate in the memo field whether your contribution is for the current or prior year. Mail checks or other inquiries to: Fidelity Investments, P.O. Box 770001, Cincinnati, OH 45277-0003.

**Income Summary** Shows income by tax status for the statement and year-to-date periods. Except for interest income earned on, or distributed by, tax-exempt securities, Fidelity reports dividends and capital gains held in taxable accounts as taxable income. A portion of income reported as tax-exempt income may be subject to alternative minimum taxes and/or state and local taxes. In Traditional IRAs, Rollover IRAs, SEP-IRAs, SIMPLE IRAs and Keoghs, earnings are reported as tax-deferred income. In Roth IRAs and HSAs, earnings are reported as tax-free income. The income reported may not reflect all adjustments required for tax purposes.

**Cost Basis, Gain/Loss, and Holding Period Information** NFS is required to report certain cost basis and holding period information to the IRS on Form 1099-B. Unless otherwise specified, NFS applies the average cost method for open-end mutual funds and the first-in, first-out (FIFO) method for all other securities. Cost basis, gain/loss, and holding period information is not adjusted for wash sales (unless your account receives mark-to-market reporting). Your statement may not reflect all adjustments required for tax purposes. Customers should consult their tax advisors for further information. Cost Basis provided is a total of fully and partially settled shares. Realized and HSA accounts. Such information may be adjusted for certain transactions and does not reflect dividends or capital gains reinvestments. Fidelity reports transaction profit or loss information when securities are sold within a retirement or HSA account. Transaction profit or loss is calculated by subtracting purchase cost from sales proceeds

using the FIFO method of shares were purchased at different times or prices. Statement Mailing We deliver statements at least four times during the calendar year for any account with a balance.

**Statement Discrepancies** Please review your statement and report any inaccuracies or discrepancies. Inquiries, concerns or questions regarding your brokerage account or the activity therein should be directed to FBS by calling 800-544-6666, and NFS, who carries your brokerage accounts, by calling 866-408-4126. Any oral communications regarding inaccuracies or discrepancies should be reconfirmed in writing to protect your rights, including those under the Securities Investor Protection Act (SIPA).

**Material Changes** Please advise us of material changes in your investment objectives or financial situation related to your brokerage account(s).

**Mutual Funds and Performance** Before investing, consider the funds' investment objectives, risks, charges and expenses. Contact Fidelity for a prospectus containing this information. Read it carefully. **Performance data shown represents past performance and is no guarantee of future results.** Investment return and principal value will fluctuate, so you may have a gain or loss when shares are sold. Current performance may be higher or lower than that quoted. Visit Fidelity.com/performance for most recent month-end performance.

**Sales Loads & Fees** Each fund reserves the right to terminate or modify its exchange privilege in the future. In some funds, you purchase shares at a price known as the offering price, which includes a sales load or 12b-1 fees described in the fund's prospectus, mutual funds, ETFs and other investment products ("funds") or (ii) infrastructure needed to support such funds, some funds, or their investment affiliates, pay FBS and/or NFS sales loads and 12b-1 fees described in the prospectus as well as additional compensation for shareholder services, start-up fees, platform support and prospectuses, and other remuneration. Additional information about the source(s) and amounts(s) of compensation as well as other remuneration received by FBS or NFS will be furnished to you upon written request. At the time you purchase shares of funds those shares will be assigned either a load, transaction fee (TF) or no transaction fee (NTF) status. When you subsequently sell those shares, any fees applicable to your transaction will be assessed based on the status assigned to the shares at the time of purchase.

value at which the security may be sold or purchased based on various market factors. The sale or redemption of any fixed income security prior to maturity may result in a loss. Prices for Certificates of Deposits (CDs) on CDS is generally illiquid. You should always request a current valuation for your securities prior to making a decision regarding maturity.

**Executing Orders on the Floor of the NYSE** The Floor broker may permit the Designated Market Maker to trade on parity with the order for some or all of the executions associated with filling that order, where such permission would not be inconsistent with the broker's best execution obligation.

**Securities Held in Retirement Accounts** Securities in accounts carried by NFS, a Fidelity Investments company, are protected in accordance with the SIPC up to $500,000 (including cash claims limited to $250,000). For details, including the SIPC brochure, please see www.sipc.org or call 1-202-371-8300. NFS has arranged for additional protection for cash and covered securities to supplement its SIPC coverage. Neither coverage protects against a decline in the market value of securities.

**Fidelity Investments Distributors Company LLC (FDC)** is the distributor for Fidelity Funds with marketing and shareholder services provided by FBS or NFS. Brokerage services are provided by FBS and NFS, members of the NYSE and SIPC. Upon written request, Fidelity will mail an NFS financial statement, which is also available for inspection at its office. Fidelity Investments (with pyramid logo) is a trademark of FMR LLC.

Fidelity, Fidelity Investments, Fidelity Go®, Fidelity Managed FidFolios℠ and Fidelity® Strategic Disciplines are advisory services offered by FPWA, a registered investment adviser, Fidelity® Strategic Disciplines includes the Breckinridge Intermediate Municipal Strategy, the Fidelity® Equity-Income Strategy, the Fidelity® Tax-Managed U.S. Equity Index Strategy, the Fidelity® U.S. Large Cap Equity Strategy, the Fidelity® International Municipal Strategy, and the Fidelity® Core Bond Strategy. Fidelity® Wealth Services are advisory services offered by FPWA or Fidelity Personal Trust Company, FSB (FPTC), a federal savings bank. Nondeposit investment products and trust services offered by FPTC and its affiliates are not insured or guaranteed by the FDIC, are not deposits or obligations of, or guaranteed by any bank, and are subject to risk, including possible loss of principal. These advisory services are provided for a fee. FBS, NFS, FDC, FPWA and FPTC are direct or indirect subsidiaries of FMR LLC.

**Miscellaneous** Mutual fund shares, other securities held in your account, and insurance products are neither financial decisions nor obligations of, or guaranteed by, any bank or other depositing institution, nor are they federally insured by the FDIC or any other agency. If you request a reprint of your statement, the disclosure information may not be the same as the information originally provided. To confirm that an authorized, direct deposit has been made to your Fidelity Mutual Fund Account, call Fidelity at 1-800-544-5555.

## Additional Information About Your Brokerage Account, If Applicable

**Free credit balances (FCB)** are funds payable to you on demand. FCB are subject to open commitments such as uncleared checks and exclude proceeds from sales of certificated securities without delivery of the certificate. If your FCB is swept to a core position, you can liquidate it. FCB that are held in the core position of your account agreement. Required rule 10b-10(a) sent directly or held in your account. Subject to the terms of your account agreement, Required rule 10b-10(a) information not contained herein will be provided on written request. Fidelity may use this free credit balance in connection with its business, subject to applicable law. **Assets Separate from Your Brokerage Account** Only securities in the margin portion of brokerage agreement, investment and maintenance obligations, are protected in accordance with the securities investor protection corporation (SIPC). Mutual funds and products that are distributed by FBS and Fidelity Insurance Agency, Inc. and mutual fund only accounts held directly with the fund (Fidelity Mutual Fund Accounts) are not carried by NFS, not covered by the Securities Investor Protection Corporation (SIPC) and do not contribute to your margin and maintenance requirements. Assets held in brokerage accounts managed by Fidelity Personal and Workplace Advisors LLC (FPWA) are carried by NFS and covered by SIPC but do not contribute to your margin and maintenance requirements. **Short Account Balances** Securities sold short are held in a segregated short account. These securities are marked-to-market for margin purposes, and any increase or decrease from the previous week's value is transferred weekly to your margin account. Fidelity represents your short account balance as of the last weekly mark-to-market, not as of the statement end date. **Information About Your Option Transactions** Each transaction confirmation previously delivered to you contains full information about commissions and other charges, and such information is available to you promptly at your request. For more information, please contact us. **Short positions in American-style options are liable for assignment anytime.** The writer of a European-style option is subject to exercise assignment only during the exercise period. For more information, please contact us. **Equity Dividend Reinvestment** If shares held in street name by the Depository Trust Company (DTC), Price transactions by FBS acting as agent for your account, or the Depository Trust Company (DTC). Price individual unit price is displayed in 5 decimal places. The Total Market Value has been calculated out to 9 decimal places but the individual positions are displayed in 2 decimal places. **Information/Total Market Value** The Total Market Value represents prices obtained from various sources, may be impaired by the frequency with which such prices are reported and such prices are not guaranteed. Prices received from pricing vendors are generally based on current market quotes, but when such quotes are not available the pricing vendors use a variety of techniques to estimate value. These estimates, particularly for fixed income securities, may reflect significant assumptions and may differ from actual values. In the absence of a current market quote for a security, the value displayed on your statement is a good faith estimate and may not be the actual value at which the security could be sold. For certain securities, we may be unable to obtain a current valuation and therefore no price will be shown or a price of N/A or unavailable may be displayed. Certain securities may reflect as N/A in the Total Market Value and "unavailable" in the price quote. The prices provided are not firm bids or offers. Certain securities may reflect as N/A or unavailable where the price for such security is generally not readily available from pricing source. The Total Market Value of a security, including those priced at par value, may differ from its purchase price and may not closely reflect the

S

588130.55.0