NVB 3001 (Effective 1/21)

## UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA

### PROOF OF INTEREST

| Name of Debtor: | Case Number: |
|---|---|
| Meta Materials Inc | 24-50792 |

**1. Name and address of holder of the Equity Interest** (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

Carolyn R. Hooper
6 Old Oak Lane
Mono Ontario, Canada
L9W 4B1

Telephone Number: 519-941-8108

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

☑ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

**AM**
**RECEIVED AND FILED**
**DEC 12 2024**
**U.S. BANKRUPTCY COURT**
**MARY A. SCHOTT, CLERK**

**COURT USE ONLY**

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b)herein.

| Account or other number by which Interest holder identifies Debtor: | Check here if this claim: |
|---|---|
| 18 RW 22 A    Td Waterhouse | ☐ replaces a previously filed Proof of Interest dated: _____ <br> ☐ amends a previously filed Proof of Interest dated: _____ |

**2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:**

Carolyn R Hooper
Td Waterhouse Canada Markham Ont Canada

Telephone Number: 1-866-280-0056

**3. Date Equity Interest was acquired:**

April 5 2023

Documentation provided

**4. Total amount of member interest:** 6    $384.67 (mmax)

**5. Certificate number(s):** _____

**6. Type of Equity Interest:**
Please indicate the type of Equity Interest you hold:
☑ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
☐ Check this box if your Equity Interest is based on anything else and describe that interest:
Description: Investor

**7. Supporting Documents:** Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**8. Date-Stamped Copy:** To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

**9. Signature:**
Check the appropriate box.
☑ I am the creditor.    ☐ I am the creditor's authorized agent. (Attach copy of power of attorney, if any.)    ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)    ☐ I am a guarantor, surety, endorser, or other codebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: Carolyn R. Hooper
Title:
Company: _____ Address and telephone number (if different from notice address above):
_____
_____

(Signature) Carolyn R Hooper    (Date) Dec 5 2024

Telephone number: 519-941-8108    email: Hoopers_6@hotmail.com

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

# Metamaterial Inc MMAT Canadian.

June 2021
MMAT 1222 shares (Book Cost) $4142.76 Canadian
After merger a forward split of 2254 shares transferred to MMAT American Account

MMAX
Shares bought after the merger
Jan 31 2022. 248 shares $443.99
May 12  2022 85 shares
May 12 2022 100 shares   $ 264.74 ( combined for 2 buys on May 12)
June 24 2022 75 shares $158.49
Oct 31 2022  300 shares  $393.99
Nov 2 2022   400 shares   $549.99

December 2022 1208 MMAX shares transferred to MMAT ( American) on a one for one exchange.
MMAX. 1208. Book value of $1811.20 Canadian

Shares bought after transfer
April 10 2023.   646 shares $ 384.67 (Book cost)

After 100-1 Reverse Split
MMAX 6 shares Book Cost $384.67

MMAX and MMAT  did not qualify for the TFSA ( Tax Free Savings Account) so they had to be
transferred into a Canadian Cash Account and an American Cash Account.

Canadian Cash Account 18RW22 for MMAX



**TD Direct Investing**

# Your investment account statement

October 1, 2024 to October 31, 2024

MRS CAROLYN R HOOPER
6 OLD OAK LANE
MONO ON
L9W 4B1

Account number: 18RW22
Account type: Direct Trading - CDN
Account currency: Canadian dollars

### Do you have a question?

If you have any questions or require assistance, please log into the TD app and choose Contact Us from the 'More' menu, or call the numbers below to speak to an Investment Representative:

| | |
|---|---|
| **English:** | **1-800-465-5463** |
| **French:** | **1-800-361-2684** |
| **Cantonese:** | **1-800-838-3223 option 1** |
| **Mandarin:** | **1-800-838-3223 option 2** |

## Your account at a glance

| ⓘ **You need to know** | | This period (Oct 1 - Oct 31, 2024) | Last period (Jan 1 - Sep 30, 2024) | Year to date (Jan 1 - Oct 31, 2024) |
|---|---|---|---|---|
| Please see **page 2** for important information about your account. | Beginning balance | $33.51 | $0.00 | $0.00 |
| | Change in your account balance | -$32.55 | $33.51 | $0.96 |
| | **Ending balance** | **$0.96** | **$33.51** | **$0.96** |

## Holdings in your account
on October 31, 2024

| Description | Quantity or par value ($) | Price ($) | Book cost ($) | Market value ($) | Unrealized gain or loss ($) | % of your holdings |
|---|---|---|---|---|---|---|
| **COMMON SHARES** | | | | | | |
| METAMATERIAL EXCHANGE-NEW (MMAX) | 6 SEG | 0.160 | 0.96 | 0.96 | 0.00 | 100.00% |
| **Total Portfolio** | | | **$0.96** | **$0.96** | | **100.00%** |

*Order-Execution-Only Account.*

TD Waterhouse Canada Inc.
Member - Canadian Investor Protection Fund

Regulated by CIRO
Canadian Investment
Regulatory Organization



**TD Direct Investing**

# Your TFSA statement

August 1, 2024 to August 31, 2024

Account number: 18RW22-J
Account type: Tax-Free Savings Account – CDN
Account currency: Canadian dollars

As you have requested, copies of this statement are
sent to: MRS CAROLYN R HOOPER

MRS CAROLYN R HOOPER
6 OLD OAK LANE
MONO ON
L9W 4B1

**Do you have a question?**

For questions about your statement or further
information, we provide support Monday through
Friday, in 4 languages:

| | |
|---|---|
| **English:** | **1-800-465-5463** |
| **French:** | **1-800-361-2684** |
| **Cantonese:** | **1-800-838-3223 option 1** |
| **Mandarin:** | **1-800-838-3223 option 2** |

## Your account at a glance

**You need to know**

Please see page 3 for
important information
about your account.

| | This period (Aug 1 - Aug 31, 2024) | Last period (Jul 1 - Jul 31, 2024) | Year to date (Jan 1 - Aug 31, 2024) |
|---|---|---|---|
| Beginning balance | $41,288.16 | $37,631.16 | $42,881.07 |
| Change in your account balance | -$7,181.03 | $3,657.00 | -$8,773.94 |
| **Ending balance** | **$34,107.13** | **$41,288.16** | **$34,107.13** |

## Holdings in your account
on August 31, 2024

| Description | Quantity or par value ($) | Price ($) | Book cost ($) | Market value ($) | Unrealized gain or loss ($) | % of your holdings |
|---|---|---|---|---|---|---|
| **DOMESTIC** | | | | | | |
| Cash | | | 1,806.17 | 1,806.17 | 0.00 | 5.30% |
| **COMMON SHARES** | | | | | | |
| METAMATERIAL EXCHANGE-NEW (MMAX) | 6 SEG | 0.160 | 383.52 | 0.96 | -382.56 | 0.00% |
| TORONTO ~~DOMINION BANK (TD)~~ | 400 ~~.050~~ | | ~~23,081.83~~ | ~~32,300.00~~ | ~~9,218.17~~ | ~~94.70%~~ |
| **TOTAL DOMESTIC** | | | **$25,271.52** | **$34,107.13** | | **100.00%** |
| **Total Portfolio** | | | **$25,271.52** | **$34,107.13** | | **100.00%** |

*Order-Execution-Only Account.*

TD Waterhouse Canada Inc.
Member - Canadian Investor Protection Fund

Regulated by CIRO
Canadian Investment
Regulatory Organization



**TD Direct Investing**

# Your TFSA statement
January 1, 2024 to January 31, 2024

Account number: 18RW22-J
Account type: Tax-Free Savings Account - CDN
Account currency: Canadian dollars

As you have requested, copies of this statement are
sent to: MRS CAROLYN R HOOPER

MRS CAROLYN R HOOPER
6 OLD OAK LANE
MONO ON
L9W 4B1

### Do you have a question?
For questions about your statement or further
information, we provide support Monday through
Friday, in 4 languages:

| | |
|---|---|
| **English:** | **1-800-465-5463** |
| **French:** | **1-800-361-2684** |
| **Cantonese:** | **1-800-838-3223 option 1** |
| **Mandarin:** | **1-800-838-3223 option 2** |

## Your account at a glance

| ⓘ You need to know | | This period (Jan 1 - Jan 31, 2024) | Last period (Dec 1 - Dec 31, 2023) | Year to date (Jan 1 - Jan 31, 2024) |
|---|---|---|---|---|
| Please see **page 3** for important information about your account. | Beginning balance | $42,881.07 | $41,421.69 | $42,881.07 |
| | Change in your account balance | -$1,523.70 | $1,459.38 | -$1,523.70 |
| | **Ending balance** | **$41,357.37** | **$42,881.07** | **$41,357.37** |

## Holdings in your account
on January 31, 2024

| Description | Quantity or par value ($) | Price ($) | Book cost ($) | Market value ($) | Unrealized gain or loss ($) | % of your holdings |
|---|---|---|---|---|---|---|
| **DOMESTIC** | | | | | | |
| Cash | | | 510.01 | 510.01 | 0.00 | 1.23% |
| **COMMON SHARES** | | | | | | |
| METAMATERIAL EXCHANGE-NEW (MMAX) | 6 SEG | 2.060 | 384.67 | 12.36 | -372.31 | 0.03% |
| TORONTO DOMINION BANK (TD) | 500 SEG | | | | | |
| **TOTAL DOMESTIC** | | | **$29,746.97** | **$41,357.37** | | **100.00%** |
| **Total Portfolio** | | | **$29,746.97** | **$41,357.37** | | **100.00%** |

*Order-Execution-Only Account.*

TD Waterhouse Canada Inc.
Member - Canadian Investor Protection Fund

IIROC

**Regulated by**
Investment Industry Regulatory
Organization of Canada



Account number: 18RW22-J
Account type: Tax-Free Savings Account - CDN
Your TFSA statement: Jan 31, 2024

## Definitions

### An explanation of terms shown in the tables above

**Book cost for long positions** is the total amount paid to purchase a security including any transaction charges related to the purchase, adjusted for reinvested distributions, return of capital and corporate actions.

**Book cost for short positions** is the total amount received for the security, net of any transaction charges related to the sale, adjusted for any distribution (other than dividends), returns of capital and corporate actions.

**Market value** is the price of the security or fund multiplied by the quantity held.

**Unrealized Gain or Loss** is the gain or loss that would be incurred, if your holdings were liquidated as at the end of the statement period. It is calculated by subtracting book cost from market value.

## Activity in your account this period

| Date | Activity | Description | Quantity | Price ($) | Amount ($) | Cash balance ($) |
|------|----------|-------------|----------|-----------|------------|------------------|
| | **Beginning cash balance** | | | | | 0.01 |
| Jan 29 | Reverse Split | METAMATERIAL EXCHANGECO * | -646 | | 384.67 | 384.68 |
| Jan 29 | Reverse Split | METAMATERIAL EXCHANGE-NEW | 6 | | -384.67 | 0.01 |
| Jan 31 | ~~Dividends~~ | ~~TDB~~ | ~~~~ | | ~~~~ | ~~~~ |
| **Jan 31** | **Ending cash balance** | | | | | **$510.01** |

## Details of investment income

| Earnings/Expenses | This period (Jan 1 - Jan 31, 2024) | Year to date (Jan 1 - Jan 31, 2024) |
|-------------------|-----------------------------------|-------------------------------------|
| Dividends | 510.00 | 510.00 |
| **Total** | **$510.00** | **$510.00** |

## Your TFSA contribution and withdrawal information

| **Contributions** | |
|-------------------|-----|
| Year to date | **$0.00** |
| **Withdrawals** | |
| Year to date | **$0.00** |

*Order-Execution-Only Account.*



**TD Direct Investing**

# Your TFSA statement

July 1, 2023 to July 31, 2023

Account number: 18RW22-J
Account type: Tax-Free Savings Account - CDN
Account currency: Canadian dollars

As you have requested, copies of this statement are
sent to: MRS CAROLYN R HOOPER

MRS CAROLYN R HOOPER
6 OLD OAK LANE
MONO ON
L9W 4B1

### Do you have a question?

For questions about your statement or further
information, we provide support Monday through
Friday, in 4 languages:

| | |
|---|---|
| English: | **1-800-465-5463** |
| French: | **1-800-361-2684** |
| Cantonese: | **1-800-838-3223 option 1** |
| Mandarin: | **1-800-838-3223 option 2** |

## Your account at a glance

**You need to know**

Please see page 2 for
important information
about your account.

| | This period (Jul 1 - Jul 31, 2023) | Last period (Jun 1 - Jun 30, 2023) | Year to date (Jan 1 - Jul 31, 2023) |
|---|---|---|---|
| Beginning balance | $41,710.43 | $39,094.81 | $43,886.32 |
| Change in your account balance | $2,859.78 | $2,615.62 | $683.89 |
| **Ending balance** | **$44,570.21** | **$41,710.43** | **$44,570.21** |

## Holdings in your account

on July 31, 2023

| Description | Quantity or par value ($) | Price ($) | Book cost ($) | Market value ($) | Unrealized gain or loss ($) | % of your holdings |
|---|---|---|---|---|---|---|
| **DOMESTIC** | | | | | | |
| Cash | | | 961.01 | 961.01 | 0.00 | 2.16% |
| **COMMON SHARES** | | | | | | |
| METAMATERIAL EXCHANGECO (MMAX) | 646 SEG | 0.200 | 384.67 | 129.20 | -255.47 | 0.29% |
| TORONTO DOMINION | | | | | | |
| **TOTAL DOMESTIC** | | | **$30,197.97** | **$44,570.21** | | **100.00%** |
| **Total Portfolio** | | | **$30,197.97** | **$44,570.21** | | **100.00%** |

*Order-Execution-Only Account.*

TD Waterhouse Canada Inc.
Member - Canadian Investor Protection Fund



Regulated by
Investment Industry Regulatory
Organization of Canada



**TD Direct Investing**

# Your TFSA statement

April 1, 2023 to April 30, 2023

Account number: 18RW22-J
Account type: Tax-Free Savings Account - CDN
Account currency: Canadian dollars

As you have requested, copies of this statement are
sent to: MRS CAROLYN R HOOPER

MRS CAROLYN R HOOPER
6 OLD OAK LANE
MONO ON
L9W 4B1

### Do you have a question?

For questions about your statement or further
information, we provide support Monday through
Friday, in 4 languages:

| | |
|---|---|
| **English:** | **1-800-465-5463** |
| **French:** | **1-800-361-2684** |
| **Cantonese:** | **1-800-838-3223 option 1** |
| **Mandarin:** | **1-800-838-3223 option 2** |

## Your account at a glance

| | This period (Apr 1 - Apr 30, 2023) | Last period (Mar 1 - Mar 31, 2023) | Year to date (Jan 1 - Apr 30, 2023) |
|---|---|---|---|
| Beginning balance | $40,860.68 | $45,810.68 | $43,886.32 |
| Change in your account balance | $362.67 | -$4,950.00 | -$2,662.97 |
| **Ending balance** | **$41,223.35** | **$40,860.68** | **$41,223.35** |

ℹ️ **You need to know**

Please see **page 2** for important information about your account.

## Holdings in your account
on April 30, 2023

| Description | Quantity or par value ($) | Price ($) | Book cost ($) | Market value ($) | Unrealized gain or loss ($) | % of your holdings |
|---|---|---|---|---|---|---|
| **DOMESTIC** | | | | | | |
| Cash | | | 1.01 | 1.01 | 0.00 | 0.00% |
| **COMMON SHARES** | | | | | | |
| METAMATERIAL EXCHANGECO (MMAX) | 646 SEG | 0.290 | 384.67 | 187.34 | -197.33 | 0.45% |
| TD ̶ ̶ ̶ ̶ ̶ ̶ ̶ ̶ ̶ ̶ BANK ̶(̶T̶D̶)̶ | ̶6̶4̶6̶ SEG | 6̶2̶.̶0̶7̶0̶ | 2̶8̶,̶̶̶̶̶̶.̶̶̶ | 4̶1̶,̶0̶3̶5̶.̶0̶0̶ | 1̶2̶,̶4̶9̶3̶.̶7̶4̶ | 9̶9̶.̶5̶4̶% |
| **TOTAL DOMESTIC** | | | **$29,237.97** | **$41,223.35** | | **100.00%** |
| **Total Portfolio** | | | **$29,237.97** | **$41,223.35** | | **100.00%** |

*Order-Execution-Only Account.*

TD Waterhouse Canada Inc.
Member - Canadian Investor Protection Fund

**IIROC**

**Regulated by**
Investment Industry Regulatory
Organization of Canada

Page 1 of 3



Account number: 18RW22-J
Account type: Tax-Free Savings Account - CDN
Your TFSA statement: Apr 30, 2023

---

### Definitions

**An explanation of terms shown in the tables above**

**Book cost for long positions** is the total amount paid to purchase a security including any transaction charges related to the purchase, adjusted for reinvested distributions, return of capital and corporate actions.

**Book cost for short positions** is the total amount received for the security, net of any transaction charges related to the sale, adjusted for any distribution (other than dividends), returns of capital and corporate actions.

**Market value** is the price of the security or fund multiplied by the quantity held.

**Unrealized Gain or Loss** is the gain or loss that would be incurred, if your holdings were liquidated as at the end of the statement period. It is calculated by subtracting book cost from market value.

---

## Activity in your account this period

| Date | Activity | Description | Quantity | Price ($) | Amount ($) | Cash balance ($) |
|------|----------|-------------|----------|-----------|------------|------------------|
| | **Beginning cash balance** | | | | | **385.68** |
| Apr 10 | Buy | METAMATERIAL EXCHANGECO XR-596527 | 646 | 0.580 | -384.67 | 1.01 |
| **Apr 30** | **Ending cash balance** | | | | | **$1.01** |

## Details of investment income

| Earnings/Expenses | This period (Apr 1 - Apr 30, 2023) | Year to date (Jan 1 - Apr 30, 2023) |
|-------------------|-----------------------------------|-------------------------------------|
| Dividends | 0.00 | 480.00 |
| **Total** | **$0.00** | **$480.00** |

## Your TFSA contribution and withdrawal information

**Contributions**

| | |
|---|---|
| Year to date | **$0.00** |

**Withdrawals**

| | |
|---|---|
| Year to date | **$0.00** |

## ⓘ Important information about your account

Discover our top digital tools for investing, managing your account, and other self-serve options. Visit the TD Direct Investing Help Centre at www.td.com/TDDirectInvestingHelp to get the answers you need quickly and easily.

---

*Order-Execution-Only Account.*



**TD Direct Investing**

# Your TFSA statement

December 1, 2022 to December 31, 2022

Account number: 18RW22-J
Account type: Tax-Free Savings Account - CDN
Account currency: Canadian dollars

As you have requested, copies of this statement are
sent to: MRS CAROLYN R HOOPER

MRS CAROLYN R HOOPER
6 OLD OAK LANE
MONO ON
L9W 4B1

### Do you have a question?

For questions about your statement or further
information, we provide support 24 hours a day,
7 days a week in 4 languages:

| | |
|---|---|
| **English:** | **1-800-465-5463** |
| **French:** | **1-800-361-2684** |
| **Cantonese:** | **1-800-838-3223 option 1** |
| **Mandarin:** | **1-800-838-3223 option 2** |

## Your account at a glance

> ⓘ **You need to know**
>
> Please see **page 3** for
> important information
> about your account.

| | This period (Dec 1 - Dec 31, 2022) | Last period (Nov 1 - Nov 30, 2022) | Year to date (Jan 1 - Dec 31, 2022) |
|---|---|---|---|
| Beginning balance | $47,775.92 | $44,654.98 | $48,490.15 |
| Change in your account balance | -$3,889.60 | $3,120.94 | -$4,603.83 |
| **Ending balance** | **$43,886.32** | **$47,775.92** | **$43,886.32** |

## Holdings in your account
on December 31, 2022

| Description | Quantity or par value ($) | Price ($) | Book cost ($) | Market value ($) | Unrealized gain or loss ($) | % of your holdings |
|---|---|---|---|---|---|---|
| **DOMESTIC** | | | | | | |
| Cash | | | 51.32 | 51.32 | 0.00 | 0.12% |
| **COMMON SHARES** | | | | | | |
| ~~TORONTO DOMINION BANK (TD)~~ | ~~~~ | ~~~~ | ~~28,852.29~~ | ~~43,835.00~~ | ~~14,982.71~~ | ~~99.88%~~ |
| **TOTAL DOMESTIC** | | | **$28,903.61** | **$43,886.32** | | **100.00%** |
| **Total Portfolio** | | | **$28,903.61** | **$43,886.32** | | **100.00%** |

*Order-Execution-Only Account.*

TD Waterhouse Canada Inc.
Member - Canadian Investor Protection Fund

**IIROC** | **Regulated by**
Investment Industry Regulatory
Organization of Canada

Page 1 of 4



Account number: 18RW22-J
Account type: Tax-Free Savings Account - CDN
Your TFSA statement: Dec 31, 2022

---

### Definitions

#### An explanation of terms shown in the tables above

**Book cost for long positions** is the total amount paid to purchase a security including any transaction charges related to the purchase, adjusted for reinvested distributions, return of capital and corporate actions.

**Book cost for short positions** is the total amount received for the security, net of any transaction charges related to the sale, adjusted for any distribution (other than dividends), returns of capital and corporate actions.

**Market value** is the price of the security or fund multiplied by the quantity held.

**Unrealized Gain or Loss** is the gain or loss that would be incurred, if your holdings were liquidated as at the end of the statement period. It is calculated by subtracting book cost from market value.

---

## Activity in your account this period

| Date | Activity | Description | Quantity | Price ($) | Amount ($) | Cash balance ($) |
|------|----------|-------------|----------|-----------|------------|------------------|
| | **Beginning cash balance** | | | | | **51.32** |
| Dec 1 | Transfer Out | METAMATERIAL EXCHANGECO | -1,208 | | 0.00 | 51.32 |
| Dec 1 | VALUE | -1811.20 CAD/USD 0.74320000 18RW22J/18RW22K | | | 0.00 | 51.32 |
| **Dec 31** | **Ending cash balance** | | | | | **$51.32** |

---

## Details of investment income

| Earnings/Expenses | This period (Dec 1 - Dec 31, 2022) | Year to date (Jan 1 - Dec 31, 2022) |
|-------------------|-----------------------------------|-------------------------------------|
| Dividends | 0.00 | 1,780.00 |
| **Total** | **$0.00** | **$1,780.00** |

---

## Your TFSA contribution and withdrawal information

**Contributions**

| | |
|---|---|
| Year to date | **$1,150.00** |

**Withdrawals**

| | |
|---|---|
| Year to date | **-$2,796.90** |

---

*Order-Execution-Only Account.*



**TD Direct Investing**

# Your TFSA statement

November 1, 2022 to November 30, 2022

---

Account number: 18RW22-J
Account type: Tax-Free Savings Account - CDN
Account currency: Canadian dollars

As you have requested, copies of this statement are
sent to: MRS CAROLYN R HOOPER

---

MRS CAROLYN R HOOPER
6 OLD OAK LANE
MONO ON
L9W 4B1

### Do you have a question?

For questions about your statement or further
information, we provide support 24 hours a day,
7 days a week in 4 languages:

| | |
|---|---|
| **English:** | **1-800-465-5463** |
| **French:** | **1-800-361-2684** |
| **Cantonese:** | **1-800-838-3223 option 1** |
| **Mandarin:** | **1-800-838-3223 option 2** |

---

## Your account at a glance

| | | This period (Nov 1 - Nov 30, 2022) | Last period (Oct 1 - Oct 31, 2022) | Year to date (Jan 1 - Nov 30, 2022) |
|---|---|---|---|---|
| (i) **You need to know** | Beginning balance | $44,654.98 | $42,756.54 | $48,490.15 |
| Please see **page 3** for important information about your account. | Change in your account balance | $3,120.94 | $1,898.44 | -$714.23 |
| | **Ending balance** | **$47,775.92** | **$44,654.98** | **$47,775.92** |

---

## Holdings in your account
on November 30, 2022

| Description | Quantity or par value ($) | Price ($) | Book cost ($) | Market value ($) | Unrealized gain or loss ($) | % of your holdings |
|---|---|---|---|---|---|---|
| **DOMESTIC** | | | | | | |
| Cash | | | 51.32 | 51.32 | 0.00 | 0.11% |
| **COMMON SHARES** | | | | | | |
| METAMATERIAL EXCHANGECO (MMAX) | 1,208 SEG | 2.450 | 1,811.20 | 2,959.60 | 1,148.40 | 6.19% |
| TORONTO DOMINION BANK (TD) | ~~500~~ | ~~89.530~~ | 2~~8,852.29~~ | 44,765.00 | ~~15~~,~~912.71~~ | ~~93.70%~~ |
| **TOTAL DOMESTIC** | | | **$30,714.81** | **$47,775.92** | | **100.00%** |
| **Total Portfolio** | | | **$30,714.81** | **$47,775.92** | | **100.00%** |

---

*Order-Execution-Only Account.*
TD Waterhouse Canada Inc.
Member - Canadian Investor Protection Fund

**IIROC**

**Regulated by**
Investment Industry Regulatory
Organization of Canada



Account number: 18RW22-J
Account type: Tax-Free Savings Account - CDN
Your TFSA statement: Nov 30, 2022

## Definitions

### An explanation of terms shown in the tables above

**Book cost for long positions** is the total amount paid to purchase a security including any transaction charges related to the purchase, adjusted for reinvested distributions, return of capital and corporate actions.

**Book cost for short positions** is the total amount received for the security, net of any transaction charges related to the sale, adjusted for any distribution (other than dividends), returns of capital and corporate actions.

**Market value** is the price of the security or fund multiplied by the quantity held.

**Unrealized Gain or Loss** is the gain or loss that would be incurred, if your holdings were liquidated as at the end of the statement period. It is calculated by subtracting book cost from market value.

## Activity in your account this period

| Date | Activity | Description | Quantity | Price ($) | Amount ($) | Cash balance ($) |
|---|---|---|---|---|---|---|
| | **Beginning cash balance** | | | | | **445.30** |
| Nov 1 | Contribution | WQ294 TSF FR 0504025 | | | 350.00 | 795.30 |
| Nov 2 | Contribution | HG250 TSF FR 0504025 | | | 200.00 | 995.30 |
| Nov 2 | Buy | METAMATERIAL EXCHANGECO | 300 | 1.280 | -393.99 | 601.31 |
| Nov 4 | Buy | METAMATERIAL EXCHANGECO ME-560808 | 400 | 1.350 | -549.99 | 51.32 |
| **Nov 30** | **Ending cash balance** | | | | | **$51.32** |

## Details of investment income

| Earnings/Expenses | This period (Nov 1 - Nov 30, 2022) | Year to date (Jan 1 - Nov 30, 2022) |
|---|---|---|
| Dividends | 0.00 | 1,780.00 |
| **Total** | **$0.00** | **$1,780.00** |

## Your TFSA contribution and withdrawal information

**Contributions**

| | |
|---|---|
| Year to date | **$1,150.00** |

**Withdrawals**

| | |
|---|---|
| Year to date | **-$2,796.90** |

*Order-Execution-Only Account.*



**TD Direct Investing**
*3500 STEELES AVE E*
*TOWER 2, 2ND FLOOR*
*MARKHAM ON L3R 0X1*

**TD Direct Investing**

## Transaction Confirmation

MRS CAROLYN R HOOPER
6 OLD OAK LANE
MONO ON  L9W 4B1

**Account number and type**
18RW22J - TD Waterhouse Tax-Free
Savings Account - CDN

**Questions?**
Contact an Investment Representative
Toll Free 1 (800) 465-5463

## Transaction on November 02, 2022

▸ **For settlement on:** November 04, 2022
▸ **Processed on:** November 02, 2022     ▸ **Copy Sent to:**     MRS CAROLYN R HOOPER

| Transaction | Security Description | Quantity | Price ($) | Amount ($) |
|---|---|---|---|---|
| **You bought** | METAMATERIAL EXCHANGECO ME-560808 | 400 | 1.35 | |

Security number: 43666B
CUSIP ID: 59134L108
Trade number: 005908
Trade processed by: 9EON

Gross transaction amount — CAD  540.00
*Plus*   Commission — 9.99
*Equals* **Net transaction amount** — **CAD $549.99**

*As agent, TD Direct Investing confirms the above purchase on the CNQ Pure Trading market for settlement in your account.*

## Important information

Please review the information in this Transaction Confirmation carefully and let us know within 10 calendar days if there are any discrepancies.

Clients' accounts are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of coverage is available upon request.

**Abbreviations used in the security descriptions**
RS  = Restricted shares
NVS = Non–voting shares
RVS = Restricted voting shares
SVS = Subordinate voting shares
MVS = Multiple voting shares
/D  = DSC (Deferred Sales Charge)
/NL = No Load

**Disclosure of sources of revenue**
TD Direct Investing and/or parties related to us may earn revenue in addition to commission from the following sources: currency conversion charges on certain trades and mutual fund transactions, fees paid by issuers and others in connection with corporate actions and new issues, the sale of fixed income products, trailer fees paid by mutual fund companies, and remuneration paid by U.S. market makers and exchanges in connection with U.S. trades. For more information, see the TD Waterhouse Canada Inc. Account and Service Agreements and Disclosure Documents booklet. It is also available online at www.td.com/ca/en/investing/direct-investing.

The name of the salesperson, dealer and/or market in this transaction will be provided upon request.

TD Direct Investing is a division of TD Waterhouse Canada Inc., a subsidiary of The Toronto-Dominion Bank.

**Thank you for choosing
TD Direct Investing.**

**TD Waterhouse Canada Inc. - Member of the Canadian Investor Protection Fund**
00027114 0000004135 20221102 59134L108 43666B

Order execution account
No advice or recommendations provided.



**TD Direct Investing**
*3500 STEELES AVE E*
*TOWER 2, 2ND FLOOR*
*MARKHAM ON L3R 0X1*

**TD Direct Investing**

## Transaction Confirmation

MRS CAROLYN R HOOPER
6 OLD OAK LANE
MONO ON  L9W 4B1

**Account number and type**
18RW22J - TD Waterhouse Tax-Free
Savings Account - CDN

**Questions?**
**Contact an Investment Representative**
Toll Free 1 (800) 465-5463

### Transaction on October 31, 2022

▸ **For settlement on:** November 02, 2022
▸ **Processed on:** October 31, 2022      ▸ **Copy Sent to:**      MRS CAROLYN R HOOPER

| Transaction | Security Description | Quantity | Price ($) | Amount ($) |
|---|---|---|---|---|
| **You bought** | METAMATERIAL EXCHANGECO AE-559996 | 300 | 1.28 | |
| | Gross transaction amount | | | CAD  384.00 |
| | *Plus*  Commission | | | 9.99 |
| | *Equals* **Net transaction amount** | | | **CAD $393.99** |

Security number: 43666B
CUSIP ID: 59134L108
Trade number: 003256
Trade processed by: 9EON

*As agent, TD Direct Investing confirms the above purchase on the CNQ Pure Trading market for settlement in your account.*

## Important information

Please review the information in this Transaction Confirmation carefully and let us know within 10 calendar days if there are any discrepancies.

Clients' accounts are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of coverage is available upon request.

**Abbreviations used in the security descriptions**
RS  = Restricted shares
NVS = Non–voting shares
RVS = Restricted voting shares
SVS = Subordinate voting shares
MVS = Multiple voting shares
/D  = DSC (Deferred Sales Charge)
/NL = No Load

**Disclosure of sources of revenue**
TD Direct Investing and/or parties related to us may earn revenue in addition to commission from the following sources: currency conversion charges on certain trades and mutual fund transactions, fees paid by issuers and others in connection with corporate actions and new issues, the sale of fixed income products, trailer fees paid by mutual fund companies, and remuneration paid by U.S. market makers and exchanges in connection with U.S. trades. For more information, see the TD Waterhouse Canada Inc. Account and Service Agreements and Disclosure Documents booklet. It is also available online at www.td.com/ca/en/investing/direct-investing.

The name of the salesperson, dealer and/or market in this transaction will be provided upon request.

TD Direct Investing is a division of TD Waterhouse Canada Inc., a subsidiary of The Toronto-Dominion Bank.

**Thank you for choosing TD Direct Investing.**

**TD Waterhouse Canada Inc. - Member of the Canadian Investor Protection Fund**
00022786 0000004133 20221031 59134L108 43666B

Order execution account
No advice or recommendations provided.



**TD Direct Investing**

# Your TFSA statement

June 1, 2022 to June 30, 2022

Account number: 18RW22-J
Account type: Tax-Free Savings Account - CDN
Account currency: Canadian dollars

As you have requested, copies of this statement are
sent to: MRS CAROLYN R HOOPER

MRS. CAROLYN R HOOPER
6 OLD OAK LANE
MONO ON
L9W 4B1

### Do you have a question?

For questions about your statement or further
information, we provide support 24 hours a day,
7 days a week in 4 languages:

| | |
|---|---|
| **English:** | **1-800-465-5463** |
| **French:** | **1-800-361-2684** |
| **Cantonese:** | **1-800-838-3223 option 1** |
| **Mandarin:** | **1-800-838-3223 option 2** |

## Your account at a glance

**You need to know**

Please see page 2 for
important information
about your account.

| | This period (Jun 1 - Jun 30, 2022) | Last period (Apr 1 - May 31, 2022) | Year to date (Jan 1 - Jun 30, 2022) |
|---|---|---|---|
| Beginning balance | $49,383.77 | $50,109.52 | $48,490.15 |
| Change in your account balance | -$6,545.55 | -$725.75 | -$5,651.93 |
| **Ending balance** | **$42,838.22** | **$49,383.77** | **$42,838.22** |

## Holdings in your account

on June 30, 2022

| Description | Quantity or par value ($) | Price ($) | Book cost ($) | Market value ($) | Unrealized gain or loss ($) | % of your holdings |
|---|---|---|---|---|---|---|
| **DOMESTIC** | | | | | | |
| Cash | | | 3.30 | 3.30 | 0.00 | 0.01% |
| **COMMON SHARES** | | | | | | |
| METAMATERIAL EXCHANGECO (MMAX) | 508 SEG | 1.240 | 867.22 | 629.92 | -237.30 | 1.47% |
| ~~TORONTO-DOMINION Bank (TD)~~ | ~~~~ | ~~~~ | ~~~~ | ~~~~ | ~~~~ | ~~~~ |
| **TOTAL DOMESTIC** | | | **$29,722.81** | **$42,838.22** | | **100.00%** |
| **Total Portfolio** | | | **$29,722.81** | **$42,838.22** | | **100.00%** |

*Order-Execution-Only Account.*

TD Waterhouse Canada Inc.
Member - Canadian Investor Protection Fund

IIROC

Regulated by
Investment Industry Regulatory
Organization of Canada



Account number: 18RW22-J
Account type: Tax-Free Savings Account - CDN
Your TFSA statement: Jun 30, 2022

## Definitions

### An explanation of terms shown in the tables above

**Book cost for long positions** is the total amount paid to purchase a security including any transaction charges related to the purchase, adjusted for reinvested distributions, return of capital and corporate actions.

**Book cost for short positions** is the total amount received for the security, net of any transaction charges related to the sale, adjusted for any distribution (other than dividends), returns of capital and corporate actions.

**Market value** is the price of the security or fund multiplied by the quantity held.

**Unrealized Gain or Loss** is the gain or loss that would be incurred, if your holdings were liquidated as at the end of the statement period. It is calculated by subtracting book cost from market value.

## Activity in your account this period

| Date | Activity | Description | Quantity | Price ($) | Amount ($) | Cash balance ($) |
|------|----------|-------------|----------|-----------|------------|------------------|
| | | Beginning cash balance | | | | **161.79** |
| Jun 24 | Buy | METAMATERIAL EXCHANGECO JN-530452 | 75 | 1.980 | -158.49 | 3.30 |
| **Jun 30** | **Ending cash balance** | | | | | **$3.30** |

## Details of investment income

| Earnings/Expenses | This period (Jun 1 - Jun 30, 2022) | Year to date (Jan 1 - Jun 30, 2022) |
|-------------------|-----------------------------------|-------------------------------------|
| Dividends | 0.00 | 890.00 |
| **Total** | **$0.00** | **$890.00** |

## Your TFSA contribution and withdrawal information

**Contributions**

| | |
|---|---|
| Year to date | $600.00 |

**Withdrawals**

| | |
|---|---|
| Year to date | -$140.00 |

## ⊙ Important information about your account

If you hold mutual funds with TD Direct Investing, there are regulatory changes being implemented that will impact funds you can buy, sell, and hold. For more information, go to  **td.com/mutualfundsdiy**

*Order-Execution-Only Account.*



**TD Direct Investing**

# Your TFSA statement
April 1, 2022 to May 31, 2022

Account number: 18RW22-J
Account type: Tax-Free Savings Account - CDN
Account currency: Canadian dollars

As you have requested, copies of this statement are
sent to: MRS CAROLYN R HOOPER

MRS. CAROLYN R HOOPER
6 OLD OAK LANE
MONO ON
L9W 4B1

### Do you have a question?

For questions about your statement or further
information, we provide support 24 hours a day,
7 days a week in 4 languages:

| | |
|---|---|
| **English:** | **1-800-465-5463** |
| **French:** | **1-800-361-2684** |
| **Cantonese:** | **1-800-838-3223 option 1** |
| **Mandarin:** | **1-800-838-3223 option 2** |

## Your account at a glance

| | This period (Apr 1 - May 31, 2022) | Last period (Mar 1 - Mar 31, 2022) | Year to date (Jan 1 - May 31, 2022) |
|---|---|---|---|
| **You need to know** Please see page 3 for important information about your account. | | | |
| Beginning balance | $50,109.52 | $51,795.88 | $48,490.15 |
| Change in your account balance | -$725.75 | -$1,686.36 | $893.62 |
| **Ending balance** | **$49,383.77** | **$50,109.52** | **$49,383.77** |

## Holdings in your account
on May 31, 2022

| Description | Quantity or par value ($) | Price ($) | Book cost ($) | Market value ($) | Unrealized gain or loss ($) | % of your holdings |
|---|---|---|---|---|---|---|
| **DOMESTIC** | | | | | | |
| Cash | | | 161.79 | 161.79 | 0.00 | 0.33% |
| **COMMON SHARES** | | | | | | |
| METAMATERIAL EXCHANGECO (MMAX) | 433 SEG | 2.060 | 708.73 | 891.98 | 183.25 | 1.81% |
| T̶O̶R̶O̶N̶T̶O̶ ̶D̶O̶M̶I̶N̶I̶O̶N̶ B̶A̶N̶K̶ (TD) | ̶ ̶ ̶ ̶ ̶ ̶ ̶ ̶ ̶ ̶ | | 2̶̶̶̶̶̶̶̶̶ | 4̶8̶,̶3̶̶̶̶ | 1̶8̶,̶4̶̶̶ ̶9̶7̶.̶8̶̶̶ | |
| **TOTAL DOMESTIC** | | | **$29,722.81** | **$49,383.77** | | **100.00%** |
| **Total Portfolio** | | | **$29,722.81** | **$49,383.77** | | **100.00%** |

*Order-Execution-Only Account.*

TD Waterhouse Canada Inc.
Member - Canadian Investor Protection Fund

IIROC

**Regulated by**
Investment Industry Regulatory
Organization of Canada

Page 1 of 4



Account number: 18RW22-J
Account type: Tax-Free Savings Account - CDN
Your TFSA statement: May 31, 2022

## Definitions

### An explanation of terms shown in the tables above

*Book cost for long positions* is the total amount paid to purchase a security including any transaction charges related to the purchase, adjusted for reinvested distributions, return of capital and corporate actions.

*Book cost for short positions* is the total amount received for the security, net of any transaction charges related to the sale, adjusted for any distribution (other than dividends), returns of capital and corporate actions.

*Market value* is the price of the security or fund multiplied by the quantity held.

*Unrealized Gain or Loss* is the gain or loss that would be incurred, if your holdings were liquidated as at the end of the statement period. It is calculated by subtracting book cost from market value.

## Activity in your account this period

| Date | Activity | Description | Quantity | Price ($) | Amount ($) | Cash balance ($) |
|------|----------|-------------|----------|-----------|------------|------------------|
| | | Beginning cash balance | | | | 1.16 |
| Apr 30 | ~~Di~~ ~~TORONTO DOMINION BA~~ | | ~~——~~ | | ~~——~~ | |
| May 12 | Transfer In | TRANSFER IN TO TFSA CONV @ 1.280500 | | | 120.37 | 566.53 |
| May 12 | Buy | METAMATERIAL EXCHANGECO | 85 | 1.350 | 0.00 | 566.53 |
| May 12 | Buy | METAMATERIAL EXCHANGECO OT-518975 | 100 | 1.400 | -264.74 | 301.79 |
| May 19 | Deregistration | WITHDRAWAL | | | -140.00 | 161.79 |
| May 31 | Ending cash balance | | | | | $161.79 |

## Details of investment income

| Earnings/Expenses | This period (Apr 1 - May 31, 2022) | Year to date (Jan 1 - May 31, 2022) |
|-------------------|-----------------------------------|-------------------------------------|
| Dividends | 445.00 | 890.00 |
| **Total** | **$445.00** | **$890.00** |

## Your TFSA contribution and withdrawal information

### Contributions
| | |
|---|---|
| Year to date | $600.00 |

### Withdrawals
| | |
|---|---|
| Year to date | -$140.00 |

*Order-Execution-Only Account.*



**TD Direct Investing**
*3500 STEELES AVE E*
*TOWER 2, 2ND FLOOR*
*MARKHAM ON L3R 0X1*

**TD Direct Investing**

MRS. CAROLYN R HOOPER
6 OLD OAK LANE
MONO ON  L9W 4B1

# Transaction Confirmation

**Account number and type**
18RW22J - TD Waterhouse Tax-Free
Savings Account - CDN

**Questions?**
Contact an Investment Representative
Toll Free 1 (800) 465-5463

## Transaction on January 31, 2022

▸ **For settlement on:** February 02, 2022
▸ **Processed on:** January 31, 2022          ▸ **Copy Sent to:**          MRS CAROLYN R HOOPER

| Transaction | Security Description | Quantity | Price ($) | Amount ($) |
|---|---|---|---|---|
| You bought | METAMATERIAL EXCHANGECO NT-491758 | 248 | 1.75 | |

Security number: 43666B

CUSIP ID: 59134L108

Trade number: 001396

Trade processed by: 9EON

| | | |
|---|---|---|
| Gross transaction amount | | CAD  434.00 |
| *Plus*    Commission | | 9.99 |
| *Equals* **Net transaction amount** | | **CAD $443.99** |

*As agent, TD Direct Investing confirms the above purchase on the CNQ Pure Trading market for settlement in your account.*

# Important information

Please review the information in this Transaction Confirmation carefully and let us know within 10 calendar days if there are any discrepancies.

Clients' accounts are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of coverage is available upon request.

**Abbreviations used in the security descriptions**
RS  = Restricted shares
NVS = Non–voting shares
RVS = Restricted voting shares
SVS = Subordinate voting shares
MVS = Multiple voting shares
/D  = DSC (Deferred Sales Charge)
/NL = No Load

**Disclosure of sources of revenue**
TD Direct Investing and/or parties related to us may earn revenue in addition to commission from the following sources: currency conversion charges on certain trades and mutual fund transactions, fees paid by issuers and others in connection with corporate actions and new issues, the sale of fixed income products, trailer fees paid by mutual fund companies, and remuneration paid by U.S. market makers and exchanges in connection with U.S. trades. For more information, see the TD Waterhouse Canada Inc. Account and Service Agreements and Disclosure Documents booklet. It is also available online at www.td.com/ca/en/investing/direct-investing.

The name of the salesperson, dealer and/or market in this transaction will be provided upon request.

TD Direct Investing is a division of TD Waterhouse Canada Inc., a subsidiary of The Toronto-Dominion Bank.

**Thank you for choosing TD Direct Investing.**

**TD Waterhouse Canada Inc. - Member of the Canadian Investor Protection Fund**
00037804 0000003940 20220131 59134L108 43666B

Order execution account
No advice or recommendations provided.



**TD Direct Investing**

# Your TFSA statement

July 1, 2021 to July 31, 2021

Account number: 18RW22-J
Account type: Tax-Free Savings Account – CDN
Account currency: Canadian dollars

As you have requested, copies of this statement are
sent to: MRS CAROLYN R HOOPER

MRS. CAROLYN R HOOPER
6 OLD OAK LANE
MONO ON
L9W 4B1

## Do you have a question?

For questions about your statement or further
information, we provide support 24 hours a day,
7 days a week in 4 languages:

| | |
|---|---|
| **English:** | **1-800-465-5463** |
| **French:** | **1-800-361-2684** |
| **Cantonese:** | **1-800-838-3223 option 1** |
| **Mandarin:** | **1-800-838-3223 option 2** |

## Your account at a glance

**You need to know**

Please see page 3 for
important information
about your account.

| | This period (Jul 1 - Jul 31, 2021) | Last period (Jun 1 - Jun 30, 2021) | Year to date (Jan 1 - Jul 31, 2021) |
|---|---|---|---|
| Beginning balance | $62,742.69 | $47,726.87 | $45,778.60 |
| Change in your account balance | -$21,263.54 | $15,015.82 | -$4,299.45 |
| **Ending balance** | **$41,479.15** | **$62,742.69** | **$41,479.15** |

## Holdings in your account

on July 31, 2021

| Description | Quantity or par value ($) | Price ($) | Book cost ($) | Market value ($) | Unrealized gain or loss ($) | % of your holdings |
|---|---|---|---|---|---|---|
| **DOMESTIC** | | | | | | |
| Cash | | 4.15 | 4.15 | 0.00 | 0.01% | |
| **COMMON SHARES** | | | | | | |
| ~~TORONTO DOMINION BANK (TD)~~ | ~~~~ | ~~~~ | ~~~~ | 4~~~~ | ~~12,622.71~~ | ~~99.99%~~ |
| **TOTAL DOMESTIC** | | | $28,856.44 | $41,479.15 | | 100.00% |
| **Total Portfolio** | | | $28,856.44 | $41,479.15 | | 100.00% |

**Order-Execution-Only Account.**

TD Waterhouse Canada Inc.
Member - Canadian Investor Protection Fund

IIROC

**Regulated by**
Investment Industry Regulatory
Organization of Canada



## Definitions

### An explanation of terms shown in the tables above

**Book cost for long positions** is the total amount paid to purchase a security including any transaction charges related to the purchase, adjusted for reinvested distributions, return of capital and corporate actions.

**Book cost for short positions** is the total amount received for the security, net of any transaction charges related to the sale, adjusted for any distribution (other than dividends), returns of capital and corporate actions.

**Market value** is the price of the security or fund multiplied by the quantity held.

**Unrealized Gain or Loss** is the gain or loss that would be incurred, if your holdings were liquidated as at the end of the statement period. It is calculated by subtracting book cost from market value.

## Activity in your account this period

| Date | Activity | Description | Quantity | Price ($) | Amount ($) | Cash balance ($) |
|------|----------|-------------|----------|-----------|------------|------------------|
| | | Beginning cash balance | | | | 0.09 |
| Jul 6 | Acquisition | META MATERIALS INC | 2,254 | | -18,660.55 | -18,660.46 |
| Jul 6 | Disposition | METAMATERIAL INC * | -1,222 | | 18,660.55 | 0.09 |
| Jul 8 | Transfer Out | META MATERIALS INC | -2,254 | | 0.00 | 0.09 |
| Jul 8 | VALUE | -18660.55 CAD/USD 0.80160000 18RW22J/18RW22K | | | 0.00 | 0.09 |
| Jul 9 | CIL | META MATERIALS INC | | | 4.06 | 4.15 |
| Jul 31 | Ending cash balance | | | | | $4.15 |

## Details of investment income

| Earnings/Expenses | This period (Jul 1 - Jul 31, 2021) | Year to date (Jan 1 - Jul 31, 2021) |
|-------------------|------------------------------------|-------------------------------------|
| Dividends | 0.00 | 833.45 |
| Total | $0.00 | $833.45 |

## Your TFSA contribution and withdrawal information

### Contributions

| | |
|---|---|
| Year to date | $9,650.00 |

### Withdrawals

| | |
|---|---|
| Year to date | $0.00 |

*Order-Execution-Only Account.*



**TD Direct Investing**

# Your TFSA statement

June 1, 2021 to June 30, 2021

Account number: 18RW22-J
Account type: Tax-Free Savings Account - CDN
Account currency: Canadian dollars

As you have requested, copies of this statement are
sent to: MRS CAROLYN R HOOPER

MRS. CAROLYN R HOOPER
6 OLD OAK LANE
MONO ON
L9W 4B1

### Do you have a question?

For questions about your statement or further
information, we provide support 24 hours a day,
7 days a week in 4 languages:

**English:** 1-800-465-5463
**French:** 1-800-361-2684
**Cantonese:** 1-800-838-3223 option 1
**Mandarin:** 1-800-838-3223 option 2

## Your account at a glance

**You need to know**

Please see page 3 for
important information
about your account.

| | This period (Jun 1 - Jun 30, 2021) | Last period (May 1 - May 31, 2021) | Year to date (Jan 1 - Jun 30, 2021) |
|---|---|---|---|
| Beginning balance | $47,726.87 | $46,126.32 | $45,778.60 |
| Change in your account balance | $15,015.82 | $1,600.55 | $16,964.09 |
| **Ending balance** | **$62,742.69** | **$47,726.87** | **$62,742.69** |

## Holdings in your account

on June 30, 2021

| Description | Quantity or par value ($) | Price ($) | Book cost ($) | Market value ($) | Unrealized gain or loss ($) | % of your holdings |
|---|---|---|---|---|---|---|
| **DOMESTIC** | | | | | | |
| Cash | | | 0.09 | 0.09 | 0.00 | 0.00% |
| **COMMON SHARES** | | | | | | |
| METAMATERIAL INC * (MMAT) | 1,222 SEG | 15.800 | 4,142.76 | 19,307.60 | 15,164.84 | 30.77% |
| TORONTO DOMINION ~~(TD)~~ | ~~SEG~~ | | | ~~43,435.00~~ | | ~~69.23%~~ |
| **TOTAL DOMESTIC** | | | **$32,995.14** | **$62,742.69** | | **100.00%** |
| **Total Portfolio** | | | **$32,995.14** | **$62,742.69** | | **100.00%** |

*Order-Execution-Only Account.*

TD Waterhouse Canada Inc.
Member - Canadian Investor Protection Fund

IIROC

**Regulated by**
Investment Industry Regulatory
Organization of Canada



Account number: 18RW22-J
Account type: Tax-Free Savings Account - CDN
Your TFSA statement: Jun 30, 2021

## Definitions

### An explanation of terms shown in the tables above

**Book cost for long positions** is the total amount paid to purchase a security including any transaction charges related to the purchase, adjusted for reinvested distributions, return of capital and corporate actions.

**Book cost for short positions** is the total amount received for the security, net of any transaction charges related to the sale, adjusted for any distribution (other than dividends), returns of capital and corporate actions.

**Market value** is the price of the security or fund multiplied by the quantity held.

**Unrealized Gain or Loss** is the gain or loss that would be incurred, if your holdings were liquidated as at the end of the statement period. It is calculated by subtracting book cost from market value.

## Activity in your account this period

| Date | Activity | Description | Quantity | Price ($) | Amount ($) | Cash balance ($) |
|------|----------|-------------|----------|-----------|------------|------------------|
| | | Beginning cash balance | | | | 12.09 |
| Jun 14 | Contribution | RG203 TSF FR 3237907 | | | 700.00 | 712.09 |
| Jun 14 | Transfer Out | TRANSFER OUT FROM TFSA | | | -712.00 | 0.09 |
| Jun 15 | Contribution | WQ101 TSF FR 3237907 | | | 450.00 | 450.09 |
| Jun 15 | Transfer Out | TRANSFER OUT FROM TFSA | | | -450.00 | 0.09 |
| Jun 22 | Contribution | WQ533 TSF FR 3237907 | | | 500.00 | 500.09 |
| Jun 22 | Transfer Out | TRANSFER OUT FROM TFSA | | | -500.00 | 0.09 |
| Jun 22 | Contribution | WH300 TSF FR 3237907 | | | 1,000.00 | 1,000.09 |
| Jun 22 | Transfer Out | TRANSFER OUT FROM TFSA | | | -1,000.00 | 0.09 |
| **Jun 30** | **Ending cash balance** | | | | | **$0.09** |

## Details of investment income

| Earnings/Expenses | This period (Jun 1 - Jun 30, 2021) | Year to date (Jan 1 - Jun 30, 2021) |
|-------------------|-----------------------------------|-------------------------------------|
| Dividends | 0.00 | 833.45 |
| **Total** | **$0.00** | **$833.45** |

## Your TFSA contribution and withdrawal information

**Contributions**

| | |
|--|--|
| Year to date | $9,650.00 |

**Withdrawals**

| | |
|--|--|
| Year to date | $0.00 |

*Order-Execution-Only Account.*



**TD Direct Investing**

## Your TFSA statement
May 1, 2021 to May 31, 2021

MRS. CAROLYN R HOOPER
6 OLD OAK LANE
MONO ON
L9W 4B1

Account number: 18RW22-J
Account type: Tax-Free Savings Account - CDN
Account currency: Canadian dollars

As you have requested, copies of this statement are
sent to: MRS CAROLYN R HOOPER

### Do you have a question?
For questions about your statement or further
information, we provide support 24 hours a day,
7 days a week in 4 languages:

| | |
|---|---|
| **English:** | **1-800-465-5463** |
| **French:** | **1-800-361-2684** |
| **Cantonese:** | **1-800-838-3223 option 1** |
| **Mandarin:** | **1-800-838-3223 option 2** |

## Your account at a glance

| | This period (May 1 - May 31, 2021) | Last period (Apr 1 - Apr 30, 2021) | Year to date (Jan 1 - May 31, 2021) |
|---|---|---|---|
| Beginning balance | $46,126.32 | $43,875.86 | $45,778.60 |
| Change in your account balance | $1,600.55 | $2,250.46 | $1,948.27 |
| **Ending balance** | **$47,726.87** | **$46,126.32** | **$47,726.87** |

> ⓘ **You need to know**
> Please see **page 3** for important information about your account.

## Holdings in your account
on May 31, 2021

| Description | Quantity or par value ($) | Price ($) | Book cost ($) | Market value ($) | Unrealized gain or loss ($) | % of your holdings |
|---|---|---|---|---|---|---|
| **DOMESTIC** | | | | | | |
| Cash | | | 12.09 | 12.09 | 0.00 | 0.03% |
| **COMMON SHARES** | | | | | | |
| METAMATERIAL INC (MMAT) | 1,222 SEG | 3.490 | 4,142.76 | 4,264.78 | 122.02 | 8.94% |
| ~~TORONTO~~ | ~~~~ | ~~~~ | 28,852.29 | ~~~~ | 14,597.71 | ~~~~ |
| **TOTAL DOMESTIC** | | | **$33,007.14** | **$47,726.87** | | **100.00%** |
| **Total Portfolio** | | | **$33,007.14** | **$47,726.87** | | **100.00%** |



Account number: 18RW22-J
Account type: Tax-Free Savings Account - CDN
Your TFSA statement: May 31, 2021

## Definitions

### An explanation of terms shown in the tables above

**Book cost for long positions** is the total amount paid to purchase a security including any transaction charges related to the purchase, adjusted for reinvested distributions, return of capital and corporate actions.

**Book cost for short positions** is the total amount received for the security, net of any transaction charges related to the sale, adjusted for any distribution (other than dividends), returns of capital and corporate actions.

**Market value** is the price of the security or fund multiplied by the quantity held.

**Unrealized Gain or Loss** is the gain or loss that would be incurred, if your holdings were liquidated as at the end of the statement period. It is calculated by subtracting book cost from market value.

## Activity in your account this period

| Date | Activity | Description | Quantity | Price ($) | Amount ($) | Cash balance ($) |
|------|----------|-------------|----------|-----------|------------|------------------|
| | | **Beginning cash balance** | | | | **395.27** |
| May 5 | Buy | METAMATERIAL INC HO-400585 | 113 | 3.400 | -394.19 | 1.08 |
| May 10 | Contribution | RR344 TSF FR 3237907 | | | 600.00 | 601.08 |
| May 10 | Transfer Out | TRANSFER OUT FROM TFSA | | | -600.00 | 1.08 |
| May 17 | Contribution | RQ493 TSF FR 0504025 | | | 330.00 | 331.08 |
| May 18 | Contribution | WL253 TSF FR 6324445 | | | 20.00 | 351.08 |
| May 20 | Buy | METAMATERIAL INC SQ-406491 | 100 | 3.290 | -338.99 | 12.09 |
| **May 31** | **Ending cash balance** | | | | | **$12.09** |

## Details of investment income

| Earnings/Expenses | This period (May 1 - May 31, 2021) | Year to date (Jan 1 - May 31, 2021) |
|-------------------|-----------------------------------|-------------------------------------|
| Dividends | 0.00 | 833.45 |
| **Total** | **$0.00** | **$833.45** |

## Your TFSA contribution and withdrawal information

### Contributions

| | |
|---|---|
| Year to date | **$7,000.00** |

### Withdrawals

| | |
|---|---|
| Year to date | **$0.00** |

*Order-Execution-Only Account.*