NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | PROOF OF INTEREST |
|---|---|

**Name of Debtor:** *Meta Materials Inc.*

**Case Number:** *24-50792*

**1. Name and address of holder of the Equity Interest** (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

*Carolyn R Hooper*
*601d Oak Lane*
*Mono, Ontario Canada*
*L9W 4B1*

**Telephone Number:** *519-941-8108*

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

☑ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

RECEIVED AND FILED

DEC 12 2024

U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

AM

**COURT USE ONLY**

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

**Account or other number by which Interest holder identifies Debtor:**

*18RW22B    Td Waterhouse*

Check here if this claim:
☐ replaces a previously filed Proof of Interest dated: _____
☐ amends a previously filed Proof of Interest dated: _____

**2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:**

*Carolyn Hooper*
*Td Waterhouse Canada*
*Markham Ont Canada L3R 0X1*
**Telephone Number:** *1-866-288-0056*

**3. Date Equity Interest was acquired:**

*Feb 24 2021 - Nov 18 2022*

*Documentation provided.*

**4. Total amount of member interest:** *65  $9799.05 A*
*+ $5953.96 Ca.*

**5. Certificate number(s):** _____

**6. Type of Equity Interest:**
Please indicate the type of Equity Interest you hold:
☑ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
☐ Check this box if your Equity Interest is based on anything else and describe that interest:
**Description:** _____

**7. Supporting Documents:** Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**8. Date-Stamped Copy:** To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

**9. Signature:**
Check the appropriate box.
☑ I am the creditor. ☐ I am the creditor's authorized agent. ☐ I am the trustee, or the debtor, ☐ I am a guarantor, surety, endorser, or othercodebtor.
(Attach copy of power of attorney, if any.) or their authorized agent. (See Bankruptcy Rule 3005.)
(See Bankruptcy Rule 3004.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

**Print Name:** *Carolyn R Hooper*
**Title:**
**Company:** ___ Address and telephone number (if different from notice address above):

*Carolyn R Hooper*
(Signature)

*Dec 5 2024*
(Date)

Telephone number: *519-941-8108*  email: *Hoopers_6 @ hotmail.com*

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

# MMAT shares

June 2021 merger of TRCH and MMAT
513 shares (after the 2-1 reverse split)
Book cost $3259.11 American
MMAX shares 2254 after forward split with Book cost $4142.76 Canadian

Total MMAT after merger 2767 at a book cost of $3259.11 American +$4142.76 Canadian

Buying after the merger
| Date | Shares | Cost |
|------|--------|------|
| Sept 10 2021 | 100 shares. | $503.99 |
| Oct 22 2021. | 133 shares. | $639.08 |
| Nov 30  2021. | 195 shares. | $770.49 |
| Nov30. 2021. | 200 shares. | $779.99 |
| Dec 1 2021. | 113 shares. | $439.99 |
| Dec 7 2001. | 107 shares. | $387.70 |
| Jan 24 2022. | 200 share. | $399.99 |
| Nov 17 2022. | 437 shares. | $831.51 |
| Nov 18 2022. | 464 shares. | $849.83 |
| Nov 18 2022. | 521 shares. | $937.37 |

Total shares bought after merger 2470 at a book cost of $6539.94 American
MMAX shares transferred into MMAT 1208 shares at a book cost of $1811.20 Canadian

Total MMAT shares 6445 at a Book cost of $9799.05 American + $5953.96 Canadian

January 2024
After a 100-1 reverse split total MMAT shares 65 at a Book cost of $9799.05 American and $5953.96 Canadian

Dec 2024
MMAT 65 shares

December 5 2024

Nevada Bankruptcy
Trustee Lavato


To Whom It May Concern:

My husband and I are  devastated by this bankruptcy of MMAT. We are seniors that are 73 and 75 years old.
We believed in the technology of MMAT and we believed in George Palikaras. I invested in MMAT because I am a diabetic and I believed that glycowise a non invasive device would be revolutionary. We had no knowledge of illegal naked shorting or market manipulation. We had no knowledge that the SEC and FINRA would not protect retail investors. FINRA and the SEC have allowed illegal naked shorting and market manipulation to bankrupt this wonderful company.
The MMAT board was infiltrated and they fired George Palikaras. Then they proceeded to bankrupt the company. This is corporate espionage. The board did a vote for a 35-1 reverse split that was voted no. Then they did a 100-1 reverse split regardless of what the shareholders wanted. The board gave themselves bonuses for bankrupting the company. They should be made to pay all the bonuses back.
All shareholders have suffered immensely.
We have faith that with your help that Justice will prevail.


Regards


Carolyn R Hooper
Hoopers_6 @hotmail.com



**TD Direct Investing**

# Your investment account statement
October 1, 2024 to October 31, 2024

Account number: 18RW22
Account type: Direct Trading - US
Account currency: US dollars

MRS CAROLYN R HOOPER
6 OLD OAK LANE
MONO ON
L9W 4B1

### Do you have a question?
If you have any questions or require assistance,
please log into the TD app and choose Contact Us
from the 'More' menu, or call the numbers below to
speak to an Investment Representative:

| | |
|---|---|
| **English:** | **1-800-465-5463** |
| **French:** | **1-800-361-2684** |
| **Cantonese:** | **1-800-838-3223 option 1** |
| **Mandarin:** | **1-800-838-3223 option 2** |

## Your account at a glance

> ⓘ **You need to know**
> Please see **page 2** for important information about your account.

| | This period (Oct 1 - Oct 31, 2024) | Last period (Sep 1 - Sep 30, 2024) | Year to date (Jan 1 - Oct 31, 2024) |
|---|---|---|---|
| Beginning balance | $0.00 | $0.00 | $0.00 |
| Change in your account balance | $4.61 | $0.00 | $4.61 |
| **Ending balance** | **$4.61** | **$0.00** | **$4.61** |

## Holdings in your account
on October 31, 2024

| Description | Quantity or par value ($) | Price ($) | Book cost ($) | Market value ($) | Unrealized gain or loss ($) | % of your holdings |
|---|---|---|---|---|---|---|
| **COMMON SHARES** | | | | | | |
| META MATERIALS INC-NEW (**MMATQ**) | 65 SEG | 0.071 | 22.99 | 4.61 | -18.38 | 100.00% |
| NEXT BRIDGE HYDROCARB INC | 1,026 SEG | N/D | N/D | N/D | N/D | 0.00% |
| **Total Portfolio** | | | **$22.99** | **$4.61** | | **100.00%** |

*Order-Execution-Only Account.*

TD Waterhouse Canada Inc.
Member - Canadian Investor Protection Fund



**Regulated by CIRO**
Canadian Investment
Regulatory Organization



**TD Direct Investing**

# Your TFSA statement
### August 1, 2024 to August 31, 2024

Account number: 18RW22-K
Account type: Tax-Free Savings Account - US
Account currency: US dollars

### Do you have a question?

For questions about your statement or further information, we provide support Monday through Friday, in 4 languages:

| | |
|---|---|
| **English:** | **1-800-465-5463** |
| **French:** | **1-800-361-2684** |
| **Cantonese:** | **1-800-838-3223 option 1** |
| **Mandarin:** | **1-800-838-3223 option 2** |

MRS CAROLYN R HOOPER
6 OLD OAK LANE
MONO ON
L9W 4B1

## Your account at a glance

ⓘ **You need to know**

Please see **page 2** for important information about your account.

| | This period (Aug 1 - Aug 31, 2024) | Last period (Jul 1 - Jul 31, 2024) | Year to date (Jan 1 - Aug 31, 2024) |
|---|---|---|---|
| Beginning balance | $162.55 | $208.13 | $450.61 |
| Change in your account balance | -$119.96 | -$45.58 | -$408.02 |
| **Ending balance** | **$42.59** | **$162.55** | **$42.59** |

## Holdings in your account
### on August 31, 2024

| Description | Quantity or par value ($) | Price ($) | Book cost ($) | Market value ($) | Unrealized gain or loss ($) | % of your holdings |
|---|---|---|---|---|---|---|
| **DOMESTIC** | | | | | | |
| Cash | | | 2.36 | 2.36 | 0.00 | 5.54% |
| **COMMON SHARES** | | | | | | |
| META MATERIALS INC-NEW (**MMATQ**) | 65 SEG | 0.450 | 25,759.38 | 29.25 | -25,730.13 | 68.68% |
| **TOTAL DOMESTIC** | | | **$25,761.74** | **$31.61** | | **74.22%** |
| **FOREIGN** | | | | | | |
| **COMMON SHARES** | | | | | | |
| ~~AYRO INC-NEW (AYRO)~~ | ~~13 SEG~~ | 0.845 | 445.99 | 10.98 | -435.01 | 25.78% |
| **TOTAL FOREIGN** | | | **$445.99** | **$10.98** | | **25.78%** |
| **Total Portfolio** | | | **$26,207.73** | **$42.59** | | **100.00%** |

*Order-Execution-Only Account.*

TD Waterhouse Canada Inc.
Member - Canadian Investor Protection Fund

**Regulated by CIRO**
Canadian Investment
Regulatory Organization

Page 1 of 3



**TD Direct Investing**

# Your TFSA statement

January 1, 2024 to January 31, 2024

Account number: 18RW22-K
Account type: Tax-Free Savings Account - US
Account currency: US dollars

MRS CAROLYN R HOOPER
6 OLD OAK LANE
MONO ON
L9W 4B1

### Do you have a question?

For questions about your statement or further information, we provide support Monday through Friday, in 4 languages:

| English: | **1-800-465-5463** |
| French: | **1-800-361-2684** |
| Cantonese: | **1-800-838-3223 option 1** |
| Mandarin: | **1-800-838-3223 option 2** |

## Your account at a glance

| | This period (Jan 1 - Jan 31, 2024) | Last period (Dec 1 - Dec 31, 2023) | Year to date (Jan 1 - Jan 31, 2024) |
|---|---|---|---|
| Beginning balance | $450.61 | $633.67 | $450.61 |
| Change in your account balance | -$177.59 | -$183.06 | -$177.59 |
| **Ending balance** | **$273.02** | **$450.61** | **$273.02** |

ⓘ **You need to know**
Please see **page 2** for important information about your account.

## Holdings in your account
on January 31, 2024

| Description | Quantity or par value ($) | Price ($) | Book cost ($) | Market value ($) | Unrealized gain or loss ($) | % of your holdings |
|---|---|---|---|---|---|---|
| **DOMESTIC** | | | | | | |
| Cash | | | 2.36 | 2.36 | 0.00 | 0.86% |
| **TOTAL DOMESTIC** | | | **$2.36** | **$2.36** | | **0.86%** |
| **FOREIGN** | | | | | | |
| **COMMON SHARES** | | | | | | |
| ▓▓▓▓▓▓ | ▓▓▓▓▓ | 1.720 | 445.99 | 22.36 | -423.63 | 8.19% |
| META MATERIALS INC-NEW **(MMAT)** | 65 SEG | 3.820 | 25,759.38 | 248.30 | -25,511.08 | 90.95% |
| **TOTAL FOREIGN** | | | **$26,205.37** | **$270.66** | | **99.14%** |
| **Total Portfolio** | | | **$26,207.73** | **$273.02** | | **100.00%** |

*Order-Execution-Only Account.*

TD Waterhouse Canada Inc.
Member - Canadian Investor Protection Fund

**Regulated by**
Investment Industry Regulatory
Organization of Canada

Page 1 of 3



Account number: 18RW22-K
Account type: Tax-Free Savings Account - US
Your TFSA statement: Jan 31, 2024

## Definitions

### An explanation of terms shown in the tables above

**Book cost for long positions** is the total amount paid to purchase a security including any transaction charges related to the purchase, adjusted for reinvested distributions, return of capital and corporate actions.

**Book cost for short positions** is the total amount received for the security, net of any transaction charges related to the sale, adjusted for any distribution (other than dividends), returns of capital and corporate actions.

**Market value** is the price of the security or fund multiplied by the quantity held.

**Unrealized Gain or Loss** is the gain or loss that would be incurred, if your holdings were liquidated as at the end of the statement period. It is calculated by subtracting book cost from market value.

## Activity in your account this period

| Date | Activity | Description | Quantity | Price ($) | Amount ($) | Cash balance ($) |
|------|----------|-------------|----------|-----------|------------|------------------|
| | | **Beginning cash balance** | | | | **2.36** |
| Jan 29 | Reverse Split | META MATERIALS INC * | -6,445 | | 25,759.38 | 25,761.74 |
| Jan 29 | Reverse Split | META MATERIALS INC-NEW | 65 | | -25,759.38 | 2.36 |
| **Jan 31** | **Ending cash balance** | | | | | **$2.36** |

## ⓘ Important information about your account

In May 2024, the standard trade settlement period for North American Capital Markets is expected to be reduced from the current two business days to one business day after the trade date. This will impact most trades in securities. The change is expected to take effect Monday, May 27 for Canadian capital markets and Tuesday, May 28 for U.S. capital markets. Once implemented, your trades in Canadian and U.S. markets will settle one business day sooner.

*Order-Execution-Only Account.*



**TD Direct Investing**

# Your TFSA statement
February 1, 2024 to February 29, 2024

Account number: 18RW22-K
Account type: Tax-Free Savings Account - US
Account currency: US dollars

### Do you have a question?

For questions about your statement or further information, we provide support Monday through Friday, in 4 languages:

| | |
|---|---|
| **English:** | **1-800-465-5463** |
| **French:** | **1-800-361-2684** |
| **Cantonese:** | 1-800-838-3223 option 1 |
| **Mandarin:** | 1-800-838-3223 option 2 |

MRS CAROLYN R HOOPER
6 OLD OAK LANE
MONO ON
L9W 4B1

## Your account at a glance

**ⓘ You need to know**

Please see page 2 for important information about your account.

| | This period (Feb 1 - Feb 29, 2024) | Last period (Jan 1 - Jan 31, 2024) | Year to date (Jan 1 - Feb 29, 2024) |
|---|---|---|---|
| Beginning balance | $273.02 | $450.61 | $450.61 |
| Change in your account balance | -$56.00 | -$177.59 | -$233.59 |
| **Ending balance** | **$217.02** | **$273.02** | **$217.02** |

## Holdings in your account
on February 29, 2024

| Description | Quantity or par value ($) | Price ($) | Book cost ($) | Market value ($) | Unrealized gain or loss ($) | % of your holdings |
|---|---|---|---|---|---|---|
| **DOMESTIC** | | | | | | |
| Cash | | | 2.36 | 2.36 | 0.00 | 1.09% |
| **TOTAL DOMESTIC** | | | **$2.36** | **$2.36** | | **1.09%** |
| **FOREIGN** | | | | | | |
| **COMMON SHARES** | | | | | | |
| ~~A\_\_\_\_\_ NEW~~ | ~~\_\_\_~~ | 1.663 | 445.99 | 21.61 | -424.38 | 9.96% |
| META MATERIALS INC-NEW (MMAT) | 65 SEG | 2.970 | 25,759.38 | 193.05 | -25,566.33 | 88.95% |
| **TOTAL FOREIGN** | | | **$26,205.37** | **$214.66** | | **98.91%** |
| **Total Portfolio** | | | **$26,207.73** | **$217.02** | | **100.00%** |

*Order-Execution-Only Account.*

TD Waterhouse Canada Inc.
Member - Canadian Investor Protection Fund

**IIROC** | **Regulated by** Investment Industry Regulatory Organization of Canada



**TD Direct Investing**

# Your TFSA statement

February 1, 2023 to February 28, 2023

Account number: 18RW22-K
Account type: Tax-Free Savings Account - US
Account currency: US dollars

MRS CAROLYN R HOOPER
6 OLD OAK LANE
MONO ON
L9W 4B1

### Do you have a question?

For questions about your statement or further
information, we provide support 24 hours a day,
7 days a week in 4 languages:

| | |
|---|---|
| **English:** | **1-800-465-5463** |
| **French:** | **1-800-361-2684** |
| **Cantonese:** | **1-800-838-3223 option 1** |
| **Mandarin:** | **1-800-838-3223 option 2** |

## Your account at a glance

ⓘ **You need to know**

Please see **page 2** for
important information
about your account.

| | This period (Feb 1 - Feb 28, 2023) | Last period (Jan 1 - Jan 31, 2023) | Year to date (Jan 1 - Feb 28, 2023) |
|---|---|---|---|
| Beginning balance | $6,509.76 | $7,468.60 | $7,468.60 |
| Change in your account balance | -$2,314.90 | -$958.84 | -$3,273.74 |
| **Ending balance** | **$4,194.86** | **$6,509.76** | **$4,194.86** |

## Holdings in your account
on February 28, 2023

| Description | Quantity or par value ($) | Price ($) | Book cost ($) | Market value ($) | Unrealized gain or loss ($) | % of your holdings |
|---|---|---|---|---|---|---|
| **DOMESTIC** | | | | | | |
| Cash | | | 2.36 | 2.36 | 0.00 | 0.06% |
| **TOTAL DOMESTIC** | | | **$2.36** | **$2.36** | | **0.06%** |
| **FOREIGN** | | | | | | |
| **COMMON SHARES** | | | | | | |
| ~~████████~~ | 100 SEG | 0.677 | 445.99 | 67.70 | -378.29 | 1.61% |
| META MATERIALS INC (MMAT) | 6,445 SEG | 0.640 | 25,759.38 | 4,124.80 | -21,634.58 | 98.33% |
| **TOTAL FOREIGN** | | | **$26,205.37** | **$4,192.50** | | **99.94%** |
| **Total Portfolio** | | | **$26,207.73** | **$4,194.86** | | **100.00%** |



<div align="right">

Account number: 18RW22-K
Account type: Tax-Free Savings Account - US
Your TFSA statement: Feb 28, 2023

</div>

---

| Definitions |
|---|

### An explanation of terms shown in the tables above

**Book cost for long positions** is the total amount paid to purchase a security including any transaction charges related to the purchase, adjusted for reinvested distributions, return of capital and corporate actions.

**Book cost for short positions** is the total amount received for the security, net of any transaction charges related to the sale, adjusted for any distribution (other than dividends), returns of capital and corporate actions.

**Market value** is the price of the security or fund multiplied by the quantity held.

**Unrealized Gain or Loss** is the gain or loss that would be incurred, if your holdings were liquidated as at the end of the statement period. It is calculated by subtracting book cost from market value.

## Activity in your account this period

| Date | Activity | Description | Quantity | Price ($) | Amount ($) | Cash balance ($) |
|---|---|---|---|---|---|---|
| | | | | | | 2.36 |
| | **Beginning cash balance** | | | | | |
| Feb 10 | Acquisition | META MATERIALS INC | 1,208 | | -1,002.64 | -1,000.28 |
| Feb 10 | Disposition | METAMATERIAL EXCHANGECO | -1,208 | | 1,002.64 | 2.36 |
| **Feb 28** | **Ending cash balance** | | | | | **$2.36** |

## ⓘ Important information about your account

Discover our top digital tools for investing, managing your account, and other self-serve options. Visit the TD Direct Investing Help Centre at www.td.com/TDDirectInvestingHelp to get the answers you need quickly and easily.

---

*Order-Execution-Only Account.*



**TD Direct Investing**

# Your TFSA statement
January 1, 2023 to January 31, 2023

Account number: 18RW22-K
Account type: Tax-Free Savings Account - US
Account currency: US dollars

MRS CAROLYN R HOOPER
6 OLD OAK LANE
MONO ON
L9W 4B1

### Do you have a question?
For questions about your statement or further information, we provide support 24 hours a day, 7 days a week in 4 languages:

| | |
|---|---|
| **English:** | **1-800-465-5463** |
| **French:** | **1-800-361-2684** |
| **Cantonese:** | **1-800-838-3223 option 1** |
| **Mandarin:** | **1-800-838-3223 option 2** |

## Your account at a glance

> (i) **You need to know**
> Please see **page 2** for important information about your account.

| | This period (Jan 1 - Jan 31, 2023) | Last period (Dec 1 - Dec 31, 2022) | Year to date (Jan 1 - Jan 31, 2023) |
|---|---|---|---|
| Beginning balance | $7,468.60 | $10,010.66 | $7,468.60 |
| Change in your account balance | -$958.84 | -$2,542.06 | -$958.84 |
| **Ending balance** | **$6,509.76** | **$7,468.60** | **$6,509.76** |

▸ Canadian dollars converted to US dollars at **0.7510** as of Jan 31, 2023

## Holdings in your account
on January 31, 2023

| Description | Quantity or par value ($) | Price ($) | Book cost ($) | Market value ($) | Unrealized gain or loss ($) | % of your holdings |
|---|---|---|---|---|---|---|
| **DOMESTIC** | | | | | | |
| Cash | | | 2.36 | 2.36 | 0.00 | 0.04% |
| **COMMON SHARES** | | | | | | |
| METAMATERIAL EXCHANGECO (MMAX) | 1,208 SEG | 1.260c | 1,346.08 | 1,143.53 | -202.55 | 17.57% |
| **TOTAL DOMESTIC** | | | **$1,348.44** | **$1,145.89** | | **17.60%** |
| **FOREIGN** | | | | | | |
| **COMMON SHARES** | | | | | | |
| ▓▓▓▓▓▓ (▓▓▓) | 100 SEG | 0.745 | 445.99 | 74.50 | -371.49 | 1.14% |

(continued on next page)

---

*Order-Execution-Only Account.*

TD Waterhouse Canada Inc.
Member - Canadian Investor Protection Fund

❖ **IIROC** | **Regulated by**
Investment Industry Regulatory
Organization of Canada



Account number: 18RW22-K
Account type: Tax-Free Savings Account - US
Your TFSA statement: Jan 31, 2023

# Holdings in your account (continued)
on January 31, 2023

| Description | Quantity or par value ($) | Price ($) | Book cost ($) | Market value ($) | Unrealized gain or loss ($) | % of your holdings |
|---|---|---|---|---|---|---|
| **FOREIGN (continued)** | | | | | | |
| **COMMON SHARES (continued)** | | | | | | |
| META MATERIALS INC (MMAT) | 5,237 SEG | 1.010 | 24,756.74 | 5,289.37 | -19,467.37 | 81.25% |
| | | | **$25,202.73** | **$5,363.87** | | **82.40%** |
| **TOTAL FOREIGN** | | | | | | |
| | | | **$26,551.17** | **$6,509.76** | | **100.00%** |

### Total Portfolio

▸ The Canadian dollar conversion rate we used to convert your month-end market values to US dollars is **0.7510**

▸ Book costs are converted to US dollars at the exchange rate used at the time of the transaction

▸ C=Canadian dollars

## Definitions

### An explanation of terms shown in the tables above

***Book cost for long positions*** is the total amount paid to purchase a security including any transaction charges related to the purchase, adjusted for reinvested distributions, return of capital and corporate actions.

***Book cost for short positions*** is the total amount received for the security, net of any transaction charges related to the sale, adjusted for any distribution (other than dividends), returns of capital and corporate actions.

***Market value*** is the price of the security or fund multiplied by the quantity held.

***Unrealized Gain or Loss*** is the gain or loss that would be incurred, if your holdings were liquidated as at the end of the statement period. It is calculated by subtracting book cost from market value.

## ⓘ Important information about your account

Discover our top digital tools for investing, managing your account, and other self-serve options. Visit the TD Direct Investing Help Centre at www.td.com/TDDirectInvestingHelp to get the answers you need quickly and easily.



**TD Direct Investing**

# Your TFSA statement

December 1, 2022 to December 31, 2022

Account number: 18RW22-K
Account type: Tax-Free Savings Account - US
Account currency: US dollars

MRS CAROLYN R HOOPER
6 OLD OAK LANE
MONO ON
L9W 4B1

## Do you have a question?

For questions about your statement or further
information, we provide support 24 hours a day,
7 days a week in 4 languages:

| | |
|---|---|
| English: | **1-800-465-5463** |
| French: | **1-800-361-2684** |
| Cantonese: | **1-800-838-3223 option 1** |
| Mandarin: | **1-800-838-3223 option 2** |

## Your account at a glance

| | This period (Dec 1 - Dec 31, 2022) | Last period (Nov 1 - Nov 30, 2022) | Year to date (Jan 1 - Dec 31, 2022) |
|---|---|---|---|
| ⓘ **You need to know** Please see page 2 for important information about your account. | | | |
| Beginning balance | $10,010.66 | $6,776.47 | $15,215.21 |
| Change in your account balance | -$2,542.06 | $3,234.19 | -$7,746.61 |
| Ending balance | **$7,468.60** | **$10,010.66** | **$7,468.60** |

▸ Canadian dollars converted to US dollars at **0.7380** as of Dec 31, 2022

## Holdings in your account
on December 31, 2022

| Description | Quantity or par value ($) | Price ($) | Book cost ($) | Market value ($) | Unrealized gain or loss ($) | % of your holdings |
|---|---|---|---|---|---|---|
| **DOMESTIC** | | | | | | |
| Cash | | | 2.36 | 2.36 | 0.00 | 0.03% |
| **COMMON SHARES** | | | | | | |
| METAMATERIAL EXCHANGECO (MMAX) | 1,208 SEG | 1.340c | 1,346.08 | 1,195.91 | -150.17 | 16.01% |
| **TOTAL DOMESTIC** | | | **$1,348.44** | **$1,198.27** | | **16.04%** |
| **FOREIGN** | | | | | | |
| **COMMON SHARES** | | | | | | |
| ████████████ | 100 SEG | 0.383 | 445.99 | 38.30 | -407.69 | 0.51% |

(continued on next page)

*Order-Execution-Only Account.*

TD Waterhouse Canada Inc.
Member - Canadian Investor Protection Fund



**Regulated by**
Investment Industry Regulatory
Organization of Canada

Page 1 of 3

Account number: 18RW22-K
Account type: Tax-Free Savings Account - US
Your TFSA statement: Dec 31, 2022

# Holdings in your account (continued)
on December 31, 2022

| Description | Quantity or par value ($) | Price ($) | Book cost ($) | Market value ($) | Unrealized gain or loss ($) | % of your holdings |
|---|---|---|---|---|---|---|
| **FOREIGN (continued)** | | | | | | |
| **COMMON SHARES (continued)** | | | | | | |
| META MATERIALS INC (MMAT) | 5,237 SEG | 1.190 | 24,756.74 | 6,232.03 | -18,524.71 | 83.44% |
| **TOTAL FOREIGN** | | | **$25,202.73** | **$6,270.33** | | **83.96%** |
| **Total Portfolio** | | | **$26,551.17** | **$7,468.60** | | **100.00%** |

▸ The Canadian dollar conversion rate we used to convert your month-end market values to US dollars is **0.7380**

▸ Book costs are converted to US dollars at the exchange rate used at the time of the transaction

▸ C=Canadian dollars

## Definitions

### An explanation of terms shown in the tables above

***Book cost for long positions*** is the total amount paid to purchase a security including any transaction charges related to the purchase, adjusted for reinvested distributions, return of capital and corporate actions.

***Book cost for short positions*** is the total amount received for the security, net of any transaction charges related to the sale, adjusted for any distribution (other than dividends), returns of capital and corporate actions.

***Market value*** is the price of the security or fund multiplied by the quantity held.

***Unrealized Gain or Loss*** is the gain or loss that would be incurred, if your holdings were liquidated as at the end of the statement period. It is calculated by subtracting book cost from market value.

## Activity in your account this period

| Date | Activity | Description | Quantity | Price ($) | Amount ($) | Cash balance ($) |
|---|---|---|---|---|---|---|
| | **Beginning cash balance** | | | | | **2.36** |
| Dec 1 | Transfer In | METAMATERIAL EXCHANGECO | 1,208 | | 0.00 | 2.36 |
| Dec 1 | VALUE | 1346.08 CAD/USD 0.74320000 18RW22J/18RW22K | | | 0.00 | 2.36 |
| **Dec 31** | **Ending cash balance** | | | | | **$2.36** |

## ⓘ Important information about your account

Discover our top digital tools for investing, managing your account, and other self-serve options. Visit the TD Direct Investing Help Centre at www.td.com/TDDirectInvestingHelp to get the answers you need quickly and easily.

*Order-Execution-Only Account.*



**TD Direct Investing**

# Your TFSA statement
November 1, 2022 to November 30, 2022

Account number: 18RW22-K
Account type: Tax-Free Savings Account - US
Account currency: US dollars

### Do you have a question?
For questions about your statement or further
information, we provide support 24 hours a day,
7 days a week in 4 languages:

| | |
|---|---|
| **English:** | **1-800-465-5463** |
| **French:** | **1-800-361-2684** |
| **Cantonese:** | **1-800-838-3223 option 1** |
| **Mandarin:** | **1-800-838-3223 option 2** |

MRS CAROLYN R HOOPER
6 OLD OAK LANE
MONO ON
L9W 4B1

## Your account at a glance

**⚠ You need to know**

Please see **page 2** for
important information
about your account.

| | This period (Nov 1 - Nov 30, 2022) | Last period (Oct 1 - Oct 31, 2022) | Year to date (Jan 1 - Nov 30, 2022) |
|---|---|---|---|
| Beginning balance | $6,776.47 | $5,129.20 | $15,215.21 |
| Change in your account balance | $3,234.19 | $1,647.27 | -$5,204.55 |
| **Ending balance** | **$10,010.66** | **$6,776.47** | **$10,010.66** |

## Holdings in your account
on November 30, 2022

| Description | Quantity or par value ($) | Price ($) | Book cost ($) | Market value ($) | Unrealized gain or loss ($) | % of your holdings |
|---|---|---|---|---|---|---|
| **DOMESTIC** | | | | | | |
| Cash | | | 2.36 | 2.36 | 0.00 | 0.02% |
| **TOTAL DOMESTIC** | | | **$2.36** | **$2.36** | | **0.02%** |
| **FOREIGN** | | | | | | |
| **COMMON SHARES** | | | | | | |
| HYRO INC (HYRO) | 100 SEG | 0.580 | 445.99 | 58.00 | -387.99 | 0.58% |
| META MATERIALS INC (MMAT) | 5,237 SEG | 1.900 | 24,756.74 | 9,950.30 | -14,806.44 | 99.40% |
| **TOTAL FOREIGN** | | | **$25,202.73** | **$10,008.30** | | **99.98%** |
| **Total Portfolio** | | | **$25,205.09** | **$10,010.66** | | **100.00%** |

*Order-Execution-Only Account.*

TD Waterhouse Canada Inc.
Member - Canadian Investor Protection Fund

**IIROC**

**Regulated by**
Investment Industry Regulatory
Organization of Canada

Page 1 of 3



Account number: 18RW22-K
Account type: Tax-Free Savings Account - US
Your TFSA statement: Nov 30, 2022

## Definitions

### An explanation of terms shown in the tables above

**Book cost for long positions** is the total amount paid to purchase a security including any transaction charges related to the purchase, adjusted for reinvested distributions, return of capital and corporate actions.

**Book cost for short positions** is the total amount received for the security, net of any transaction charges related to the sale, adjusted for any distribution (other than dividends), returns of capital and corporate actions.

**Market value** is the price of the security or fund multiplied by the quantity held.

**Unrealized Gain or Loss** is the gain or loss that would be incurred, if your holdings were liquidated as at the end of the statement period. It is calculated by subtracting book cost from market value.

## Activity in your account this period

| Date | Activity | Description | Quantity | Price ($) | Amount ($) | Cash balance ($) |
|------|----------|-------------|----------|-----------|------------|------------------|
| | **Beginning cash balance** | | | | | 0.47 |
| Nov 17 | Buy | META MATERIALS INC HG-563704 | 437 | 1.879 | -831.51 | -831.04 |
| Nov 17 | Sell | SOLITARIO ZINC CORP | -2 | 0.561 | 0.00 | -831.04 |
| Nov 17 | Sell | SOLITARIO ZINC ~~~~ | -5 | 0.561 | 0.00 | -831.04 |
| Nov 17 | Sell | SOLITARIO ZINC ~~~~ | -1,492 | 0.561 | 0.00 | -831.04 |
| Nov 17 | Sell | SO~~~~ HW-563923 | -1 | 0.564 | 832.24 | 1.20 |
| Nov 17 | Sell | ~~~~ | -81 | 0.360 | 0.00 | 1.20 |
| Nov 17 | Sell | US ANTIMONY ~~~~ | -95 | 0.361 | 53.48 | 54.68 |
| Nov 18 | Buy | META MATERIALS INC FN-563500 | 464 | 1.810 | -849.83 | -795.15 |
| Nov 18 | Buy | META MATERIALS INC CS-562892 | 521 | 1.780 | -937.37 | -1,732.52 |
| Nov 18 | Sell | ~~ANTIMONY~~ T~~562899~~ | -2,324 | 0.347 | 797.58 | -934.94 |
| Nov 18 | Sell | V~~~~ TECH~~~~ -NEW KS~~~~ | -2,200 | 0.430 | 937.30 | 2.36 |
| **Nov 30** | **Ending cash balance** | | | | | **$2.36** |

## ⓘ Important information about your account

Important dates to note: **Wednesday, December 28, 2022:** last day of trading if you want your trade settled for the 2022 tax year. **Saturday, December 31, 2022:** last day for 2022 RESP contributions. Plus our contact centre is closed Monday, December 26, 2022 and Monday, January 2, 2023.



**TD Direct Investing**

# Your TFSA statement

January 1, 2022 to January 31, 2022

Account number: 18RW22-K
Account type: Tax-Free Savings Account - US
Account currency: US dollars

MRS. CAROLYN R HOOPER
6 OLD OAK LANE
MONO ON
L9W 4B1

### Do you have a question?

For questions about your statement or further
information, we provide support 24 hours a day,
7 days a week in 4 languages:

| | |
|---|---|
| **English:** | **1-800-465-5463** |
| **French:** | **1-800-361-2684** |
| **Cantonese:** | **1-800-838-3223 option 1** |
| **Mandarin:** | **1-800-838-3223 option 2** |

## Your account at a glance

**ⓘ You need to know**

Please see **page 2** for
important information
about your account.

| | This period (Jan 1 - Jan 31, 2022) | Last period (Dec 1 - Dec 31, 2021) | Year to date (Jan 1 - Jan 31, 2022) |
|---|---|---|---|
| Beginning balance | $15,215.21 | $19,725.35 | $15,215.21 |
| Change in your account balance | -$3,440.39 | -$4,510.14 | -$3,440.39 |
| **Ending balance** | **$11,774.82** | **$15,215.21** | **$11,774.82** |

## Holdings in your account

on January 31, 2022

| Description | Quantity or par value ($) | Price ($) | Book cost ($) | Market value ($) | Unrealized gain or loss ($) | % of your holdings |
|---|---|---|---|---|---|---|
| **DOMESTIC** | | | | | | |
| Cash | | | 94.47 | 94.47 | 0.00 | 0.80% |
| **TOTAL DOMESTIC** | | | **$94.47** | **$94.47** | | **0.80%** |
| **FOREIGN** | | | | | | |
| **PREFERRED SHARES** | | | | | | |
| META MATERIALS INC-A PFD (**MMTLP**) | 1,026 SEG | 1.300 | 0.00 | 1,333.80 | 1,333.80 | 11.33% |
| **COMMON SHARES** | | | | | | |
| ▬▬▬▬▬ | 100 SEG | 1.190 | 445.99 | 119.00 | -326.99 | 1.01% |
| META MATERIALS INC (**MMAT**) | 3,815 SEG | 1.670 | 22,138.03 | 6,371.05 | -15,766.98 | 54.11% |
| ▬▬▬▬▬ | 1,500 SEG | 0.444 | 1,325.98 | 666.00 | -659.98 | 5.66% |

(continued on next page)

*Order-Execution-Only Account.*
TD Waterhouse Canada Inc.
Member - Canadian Investor Protection Fund



**Regulated by**
Investment Industry Regulatory
Organization of Canada



# Holdings in your account (continued)
on January 31, 2022

| Description | Quantity or par value ($) | Price ($) | Book cost ($) | Market value ($) | Unrealized gain or loss ($) | % of your holdings |
|---|---|---|---|---|---|---|
| **FOREIGN (continued)** | | | | | | |
| **COMMON SHARES (continued)** | | | | | | |
| U.S. ~~NETWORK~~ CORP ~~(GWPH)~~ | 2,500 SEG | 0.449 | 3,704.97 | 1,122.50 | -2,582.47 | 9.53% |
| ~~VISLINK~~ TECHNOLOGIES NEW (VISL) | 2,200 SEG | 0.940 | 6,116.87 | 2,068.00 | -4,048.87 | 17.56% |
| **TOTAL FOREIGN** | | | **$33,731.84** | **$11,680.35** | | **99.20%** |
| **Total Portfolio** | | | **$33,826.31** | **$11,774.82** | | **100.00%** |

## Definitions

### An explanation of terms shown in the tables above

***Book cost for long positions*** is the total amount paid to purchase a security including any transaction charges related to the purchase, adjusted for reinvested distributions, return of capital and corporate actions.

***Book cost for short positions*** is the total amount received for the security, net of any transaction charges related to the sale, adjusted for any distribution (other than dividends), returns of capital and corporate actions.

***Market value*** is the price of the security or fund multiplied by the quantity held.

***Unrealized Gain or Loss*** is the gain or loss that would be incurred, if your holdings were liquidated as at the end of the statement period. It is calculated by subtracting book cost from market value.

# Activity in your account this period

| Date | Activity | Description | Quantity | Price ($) | Amount ($) | Cash balance ($) |
|---|---|---|---|---|---|---|
| | **Beginning cash balance** | | | | | 21.05 |
| Jan 20 | Transfer In | TRANSFER IN TO TFSA CONV @ 1.267400 | | | 473.41 | 494.46 |
| Jan 24 | Buy | META MATERIALS INC JU-484899 | 200 | 1.950 | -399.99 | 94.47 |
| **Jan 31** | **Ending cash balance** | | | | | **$94.47** |

## ⓘ Important information about your account

Discover our top digital tools for investing, managing your account, and other self-serve options. Visit the TD Direct Investing Help Centre at www.td.com/TDDirectInvestingHelp to get the answers you need quickly and easily.

*Order-Execution-Only Account.*



**TD Direct Investing**

# Your TFSA statement
December 1, 2021 to December 31, 2021

Account number: 18RW22-K
Account type: Tax-Free Savings Account - US
Account currency: US dollars

MRS. CAROLYN R HOOPER
6 OLD OAK LANE
MONO ON
L9W 4B1

### Do you have a question?
For questions about your statement or further
information, we provide support 24 hours a day,
7 days a week in 4 languages:

| | |
|---|---|
| **English:** | **1-800-465-5463** |
| **French:** | **1-800-361-2684** |
| **Cantonese:** | **1-800-838-3223 option 1** |
| **Mandarin:** | **1-800-838-3223 option 2** |

## Your account at a glance

| | This period<br>(Dec 1 - Dec 31, 2021) | Last period<br>(Nov 1 - Nov 30, 2021) | Year to date<br>(Jan 21 - Dec 31, 2021) |
|---|---|---|---|
| Beginning balance | $19,725.35 | $22,683.34 | $0.00 |
| Change in your account balance | -$4,510.14 | -$2,957.99 | $15,215.21 |
| **Ending balance** | **$15,215.21** | **$19,725.35** | **$15,215.21** |

ⓘ **You need to know**
Please see **page 3** for
important information
about your account.

## Holdings in your account
on December 31, 2021

| Description | Quantity or<br>par value ($) | Price ($) | Book<br>cost ($) | Market<br>value ($) | Unrealized<br>gain<br>or loss ($) | %<br>of your<br>holdings |
|---|---|---|---|---|---|---|
| **DOMESTIC** | | | | | | |
| Cash | | | 21.05 | 21.05 | 0.00 | 0.14% |
| **TOTAL DOMESTIC** | | | **$21.05** | **$21.05** | | **0.14%** |
| **FOREIGN** | | | | | | |
| **PREFERRED SHARES** | | | | | | |
| META MATERIALS<br>INC-A PFD (**MMTLP**) | 1,026 SEG | 1.510 | 0.00 | 1,549.26 | 1,549.26 | 10.18% |
| **COMMON SHARES** | | | | | | |
| ▬▬▬▬▬ (▬▬▬) | 100 SEG | 1.610 | 445.99 | 161.00 | -284.99 | 1.06% |
| META MATERIALS INC<br>(**MMAT**) | 3,615 SEG | 2.460 | 21,738.04 | 8,892.00 | -12,845.14 | 58.45% |
| ▬▬▬▬▬▬▬▬<br>(**XPL**) | 1,500 SEG | 0.500 | 1,325.98 | 750.00 | -575.98 | 4.93% |

(continued on next page)

*Order-Execution-Only Account.*

TD Waterhouse Canada Inc.
Member - Canadian Investor Protection Fund



**Regulated by**
Investment Industry Regulatory
Organization of Canada

Page 1 of 4



<div align="right">
Account number: 18RW22-K<br>
Account type: Tax-Free Savings Account - US<br>
Your TFSA statement: Dec 31, 2021
</div>

## Holdings in your account (continued)
on December 31, 2021

| Description | Quantity or par value ($) | Price ($) | Book cost ($) | Market value ($) | Unrealized gain or loss ($) | % of your holdings |
|---|---|---|---|---|---|---|
| **FOREIGN (continued)** | | | | | | |
| **COMMON SHARES (continued)** | | | | | | |
| ~~CLEANSPARK CORP (NEW)~~ | 2,500 SEG | 0.498 | 3,704.97 | 1,245.00 | -2,459.97 | 8.18% |
| ~~META MATERIALS NEW~~ | 2,200 SEG | 1.180 | 6,116.87 | 2,596.00 | -3,520.87 | 17.06% |
| **TOTAL FOREIGN** | | | **$33,331.85** | **$15,194.16** | | **99.86%** |
| **Total Portfolio** | | | **$33,352.90** | **$15,215.21** | | **100.00%** |

<div style="border:1px solid #000; padding:8px;">

### Definitions

**An explanation of terms shown in the tables above**

***Book cost for long positions*** is the total amount paid to purchase a security including any transaction charges related to the purchase, adjusted for reinvested distributions, return of capital and corporate actions.

***Book cost for short positions*** is the total amount received for the security, net of any transaction charges related to the sale, adjusted for any distribution (other than dividends), returns of capital and corporate actions.

***Market value*** is the price of the security or fund multiplied by the quantity held.

***Unrealized Gain or Loss*** is the gain or loss that would be incurred, if your holdings were liquidated as at the end of the statement period. It is calculated by subtracting book cost from market value.

</div>

## Activity in your account this period

| Date | Activity | Description | Quantity | Price ($) | Amount ($) | Cash balance ($) |
|---|---|---|---|---|---|---|
| | | **Beginning cash balance** | | | | 125.58 |
| Dec 1 | Buy | META MATERIALS INC | 113 | 3.800 | -439.39 | -313.81 |
| Dec 1 | Sell | ~~XELERIS INC NEW~~ | -200 | 1.650 | 320.00 | 6.19 |
| Dec 3 | Transfer In | TRANSFER IN TO TFSA CONV @ 1.302200 | | | 383.97 | 390.16 |
| Dec 7 | Buy | META MATERIALS INC UP-470088 | 107 | 3.530 | -387.70 | 2.46 |
| Dec 14 | Transfer In | TRANSFER IN TO TFSA CONV @ 1.304500 | | | 766.58 | 769.04 |
| Dec 16 | Buy | ~~NEXTECH TECHNOLOGIES-NEW TY-470089~~ | 600 | 1.230 | -747.99 | 21.05 |
| **Dec 31** | **Ending cash balance** | | | | | **$21.05** |

*Order-Execution-Only Account.*



**TD Direct Investing**

# Your TFSA statement

November 1, 2021 to November 30, 2021

Account number: 18RW22-K
Account type: Tax-Free Savings Account - US
Account currency: US dollars

MRS. CAROLYN R HOOPER
6 OLD OAK LANE
MONO ON
L9W 4B1

### Do you have a question?

For questions about your statement or further information, we provide support 24 hours a day, 7 days a week in 4 languages:

| | |
|---|---|
| **English:** | **1-800-465-5463** |
| **French:** | **1-800-361-2684** |
| **Cantonese:** | **1-800-838-3223 option 1** |
| **Mandarin:** | **1-800-838-3223 option 2** |

## Your account at a glance

> ⓘ **You need to know**
>
> Please see **page 3** for important information about your account.

| | This period (Nov 1 - Nov 30, 2021) | Last period (Oct 1 - Oct 31, 2021) | Year to date (Jan 21 - Nov 30, 2021) |
|---|---|---|---|
| Beginning balance | $24,766.15 | $24,766.15 | $0.00 |
| Change in your account balance | -$2,957.99 | -$2,082.81 | $19,725.35 |
| **Ending balance** | **$19,725.35** | **$22,683.34** | **$19,725.35** |

## Holdings in your account

on November 30, 2021

| Description | Quantity or par value ($) | Price ($) | Book cost ($) | Market value ($) | Unrealized gain or loss ($) | % of your holdings |
|---|---|---|---|---|---|---|
| **DOMESTIC** | | | | | | |
| Cash | | | 125.58 | 125.58 | 0.00 | 0.64% |
| **TOTAL DOMESTIC** | | | **$125.58** | **$125.58** | | **0.64%** |
| **FOREIGN** | | | | | | |
| **PREFERRED SHARES** | | | | | | |
| META MATERIALS INC-A PFD (**MMTLP**) | 1,026 SEG | 1.870 | 0.00 | 1,918.62 | 1,918.62 | 9.73% |
| **COMMON SHARES** | | | | | | |
| ▓▓▓▓▓▓▓▓▓ | 100 SEG | 2.260 | 445.99 | 226.00 | -219.99 | 1.15% |
| META MATERIALS INC (**MMAT**) | 3,000 SEG | 3.670 | 18,478.01 | 11,010.00 | -7,468.01 | 55.82% |
| META MATERIALS INC (**MMAT**) | 395 | 3.670 | 2,432.94 | 1,449.65 | -983.29 | 7.35% |

(continued on next page)

*Order-Execution-Only Account.*
TD Waterhouse Canada Inc.
Member - Canadian Investor Protection Fund



**Regulated by**
Investment Industry Regulatory
Organization of Canada



Account number: 18RW22-K
Account type: Tax-Free Savings Account – US
Your TFSA statement: Nov 30, 2021

# Holdings in your account (continued)
on November 30, 2021

| Description | Quantity or par value ($) | Price ($) | Book cost ($) | Market value ($) | Unrealized gain or loss ($) | % of your holdings |
|---|---|---|---|---|---|---|
| **FOREIGN (continued)** | | | | | | |
| **COMMON SHARES (continued)** | | | | | | |
| ~~SOLITARIO ZINC CORP~~ (XPL) | 1,500 SEG | 0.468 | 1,325.98 | 702.00 | -623.98 | 3.56% |
| ~~US ANTIMONY CORP~~ (UAMY) | 2,500 SEG | 0.627 | 3,704.97 | 1,567.50 | -2,137.47 | 7.95% |
| ~~VISLINK TECHNOLOGIES-NEW~~ (VISL) | 1,600 SEG | 1.480 | 5,368.88 | 2,368.00 | -3,000.88 | 12.00% |
| ~~XSPA NO NEW (XSPA)~~ | 200 | 1.790 | 485.99 | 358.00 | -127.99 | 1.81% |
| **TOTAL FOREIGN** | | | **$32,242.76** | **$19,599.77** | | **99.36%** |
| **Total Portfolio** | | | **$32,368.34** | **$19,725.35** | | **100.00%** |

---

### Definitions

#### An explanation of terms shown in the tables above

**Book cost for long positions** is the total amount paid to purchase a security including any transaction charges related to the purchase, adjusted for reinvested distributions, return of capital and corporate actions.

**Book cost for short positions** is the total amount received for the security, net of any transaction charges related to the sale, adjusted for any distribution (other than dividends), returns of capital and corporate actions.

**Market value** is the price of the security or fund multiplied by the quantity held.

**Unrealized Gain or Loss** is the gain or loss that would be incurred, if your holdings were liquidated as at the end of the statement period. It is calculated by subtracting book cost from market value.

---

# Activity in your account this period

| Date | Activity | Description | Quantity | Price ($) | Amount ($) | Cash balance ($) |
|---|---|---|---|---|---|---|
| | | **Beginning cash balance** | | | | 1.56 |
| Nov 2 | Transfer In | TRANSFER IN TO TFSA CONV @ 1.262200 | | | 312.95 | 314.51 |
| Nov 10 | Buy | ~~TECHNOLOGIES-NEW~~ | 175 | 1.710 | -309.24 | 5.27 |
| Nov 22 | Transfer In | TRANSFER IN TO TFSA CONV @ 1.287700 | | | 776.58 | 781.85 |
| Nov 29 | Transfer In | TRANSFER IN TO TFSA CONV @ 1.295400 | | | 123.51 | 905.36 |

(continued on next page)

*Order-Execution-Only Account.*



<div align="right">
Account number: 18RW22-K
Account type: Tax-Free Savings Account - US
Your TFSA statement: Nov 30, 2021
</div>

## Activity in your account this period (continued)

| Date | Activity | Description | Quantity | Price ($) | Amount ($) | Cash balance ($) |
|------|----------|-------------|----------|-----------|------------|------------------|
| Nov 30 | Sell | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ QT-473▓▓▓ | -500 | 1.561 | 770.70 | 1,676.06 |
| Nov 30 | Buy | META MATERIALS INC HT-473125 | 195 | 3.900 | -770.49 | 905.57 |
| Nov 30 | Buy | META MATERIALS INC QT-467101 | 200 | 3.850 | -779.99 | 125.58 |
| **Nov 30** | **Ending cash balance** | | | | | **$125.58** |

## Pending activity in your account this period

| Date | Activity | Description | Quantity | Price ($) | Amount ($) |
|------|----------|-------------|----------|-----------|------------|
| Dec 1 | Buy | META MATERIALS INC YK-469513 | 113 | 3.800 | -439.39 |
| Dec 1 | Sell | ▓▓▓▓▓ GROUP INC-NEW W▓ 47▓▓▓▓ | -200 | 1.650 | 320.00 |

ⓘ **Important information about your account**

Discover our top digital tools for investing, managing your account, and other self-serve options. Visit the TD Direct Investing Help Centre at www.td.com/TDDirectInvestingHelp to get the answers you need quickly and easily.



**TD Direct Investing**

# Your TFSA statement

October 1, 2021 to October 31, 2021

Account number: 18RW22-K
Account type: Tax-Free Savings Account - US
Account currency: US dollars

MRS. CAROLYN R HOOPER
6 OLD OAK LANE
MONO ON
L9W 4B1

### Do you have a question?

For questions about your statement or further
information, we provide support 24 hours a day,
7 days a week in 4 languages:

| | |
|---|---|
| **English:** | **1-800-465-5463** |
| **French:** | **1-800-361-2684** |
| **Cantonese:** | **1-800-838-3223 option 1** |
| **Mandarin:** | **1-800-838-3223 option 2** |

## Your account at a glance

| (i) **You need to know** | This period (Oct 1 - Oct 31, 2021) | Last period (Sep 1 - Sep 30, 2021) | Year to date (Jan 21 - Oct 31, 2021) |
|---|---|---|---|
| Please see **page 3** for important information about your account. | | | |
| Beginning balance | $24,766.15 | $21,754.18 | $0.00 |
| Change in your account balance | -$2,082.81 | $3,011.97 | $22,683.34 |
| **Ending balance** | **$22,683.34** | **$24,766.15** | **$22,683.34** |

## Holdings in your account

on October 31, 2021

| Description | Quantity or par value ($) | Price ($) | Book cost ($) | Market value ($) | Unrealized gain or loss ($) | % of your holdings |
|---|---|---|---|---|---|---|
| **DOMESTIC** | | | | | | |
| Cash | | | 1.56 | 1.56 | 0.00 | 0.01% |
| **TOTAL DOMESTIC** | | | **$1.56** | **$1.56** | | **0.01%** |
| **FOREIGN** | | | | | | |
| **PREFERRED SHARES** | | | | | | |
| META MATERIALS INC-A PFD (**MMTLP**) | 1,026 SEG | 1.280 | 0.00 | 1,313.28 | 1,313.28 | 5.79% |
| **COMMON SHARES** | | | | | | |
| ▆▆▆▆▆ (▆▆▆▆) | 100 SEG | 2.950 | 445.99 | 295.00 | -150.99 | 1.30% |
| ▆▆▆▆▆▆▆▆-A ▆▆▆ (**CIDM**) | 500 SEG | 2.360 | 427.51 | 1,180.00 | 752.49 | 5.20% |
| META MATERIALS INC (**MMAT**) | 3,000 SEG | 4.700 | 19,360.47 | 14,100.00 | -5,260.47 | 62.16% |

(continued on next page)

*Order-Execution-Only Account.*



**Regulated by**
Investment Industry Regulatory
Organization of Canada

TD Waterhouse Canada Inc.
Member - Canadian Investor Protection Fund



Account number: 18RW22-K
Account type: Tax-Free Savings Account - US
Your TFSA statement: Oct 31, 2021

## Holdings in your account (continued)
on October 31, 2021

| Description | Quantity or par value ($) | Price ($) | Book cost ($) | Market value ($) | Unrealized gain or loss ($) | % of your holdings |
|---|---|---|---|---|---|---|
| **FOREIGN (continued)** | | | | | | |
| **COMMON SHARES (continued)** | | | | | | |
| SOLITARIO ZINC CORP (̶ ) | 1,500 SEG | 0.567 | 1,325.98 | 850.50 | -475.48 | 3.75% |
| ̶̶ ̶̶ CORP (̶ ) | 2,500 SEG | 0.879 | 3,704.97 | 2,197.50 | -1,507.47 | 9.69% |
| VISLINK TECHNOLOGIES NEW (VISL) | 1,425 SEG | 1.740 | 5,059.64 | 2,479.50 | -2,580.14 | 10.93% |
| X̶̶ RESOFA GROUP INC NEW (ASPA) | 200 SEG | 1.330 | 485.99 | 266.00 | -219.99 | 1.17% |
| **TOTAL FOREIGN** | | | **$30,810.55** | **$22,681.78** | | **99.99%** |
| **Total Portfolio** | | | **$30,812.11** | **$22,683.34** | | **100.00%** |

| Definitions |
|---|

### An explanation of terms shown in the tables above

**Book cost for long positions** is the total amount paid to purchase a security including any transaction charges related to the purchase, adjusted for reinvested distributions, return of capital and corporate actions.

**Book cost for short positions** is the total amount received for the security, net of any transaction charges related to the sale, adjusted for any distribution (other than dividends), returns of capital and corporate actions.

**Market value** is the price of the security or fund multiplied by the quantity held.

**Unrealized Gain or Loss** is the gain or loss that would be incurred, if your holdings were liquidated as at the end of the statement period. It is calculated by subtracting book cost from market value.

## Activity in your account this period

| Date | Activity | Description | Quantity | Price ($) | Amount ($) | Cash balance ($) |
|---|---|---|---|---|---|---|
| | | **Beginning cash balance** | | | | 0.64 |
| Oct 21 | Sell | ̶̶ ̶̶ CORP SE A NEW ̶̶ ̶̶ | -250 | 2.600 | 640.00 | 640.64 |
| Oct 22 | Buy | META MATERIALS INC QD-453943 | 133 | 4.730 | -639.08 | 1.56 |
| **Oct 31** | **Ending cash balance** | | | | | **$1.56** |

*Order-Execution-Only Account.*



**TD Direct Investing**

# Your TFSA statement

September 1, 2021 to September 30, 2021

Account number: 18RW22-K
Account type: Tax-Free Savings Account - US
Account currency: US dollars

### Do you have a question?

For questions about your statement or further information, we provide support 24 hours a day, 7 days a week in 4 languages:

| | |
|---|---|
| **English:** | **1-800-465-5463** |
| **French:** | **1-800-361-2684** |
| **Cantonese:** | **1-800-838-3223 option 1** |
| **Mandarin:** | **1-800-838-3223 option 2** |

MRS. CAROLYN R HOOPER
6 OLD OAK LANE
MONO ON
L9W 4B1

## Your account at a glance

> ⓘ **You need to know**
>
> Please see **page 2** for important information about your account.

| | This period (Sep 1 - Sep 30, 2021) | Last period (Aug 1 - Aug 31, 2021) | Year to date (Jan 21 - Sep 30, 2021) |
|---|---|---|---|
| Beginning balance | $21,754.18 | $18,313.90 | $0.00 |
| Change in your account balance | $3,011.97 | $3,440.28 | $24,766.15 |
| **Ending balance** | **$24,766.15** | **$21,754.18** | **$24,766.15** |

## Holdings in your account

on September 30, 2021

| Description | Quantity or par value ($) | Price ($) | Book cost ($) | Market value ($) | Unrealized gain or loss ($) | % of your holdings |
|---|---|---|---|---|---|---|
| **DOMESTIC** | | | | | | |
| Cash | | | 0.64 | 0.64 | 0.00 | 0.00% |
| **TOTAL DOMESTIC** | | | **$0.64** | **$0.64** | | **0.00%** |
| **FOREIGN** | | | | | | |
| **PREFERRED SHARES** | | | | | | |
| META MATERIALS INC-A PFD | 1,026 SEG | N/D | 0.00 | N/D | 0.00 | 0.00% |
| **COMMON SHARES** | | | | | | |
| AYRO INC (AYRO) | 100 SEG | 3.410 | 445.99 | 341.00 | -104.99 | 1.38% |
| CINEDIGM CORP CL A NEW (CIDM) | 750 SEG | 2.510 | 641.27 | 1,882.50 | 1,241.23 | 7.60% |
| META MATERIALS INC (MMAT) | 2,867 SEG | 5.780 | 18,721.39 | 16,571.26 | -2,150.13 | 66.91% |
| SOLITARIO ZINC CORP (XPL) | 1,500 SEG | 0.555 | 1,325.98 | 832.50 | -493.48 | 3.36% |

(continued on next page)

*Order-Execution-Only Account.*

TD Waterhouse Canada Inc.
Member - Canadian Investor Protection Fund

 **Regulated by**
Investment Industry Regulatory
Organization of Canada

Page 1 of 3



Account number: 18RW22-K
Account type: Tax-Free Savings Account - US
Your TFSA statement: Sep 30, 2021

# Holdings in your account (continued)
## on September 30, 2021

| Description | Quantity or par value ($) | Price ($) | Book cost ($) | Market value ($) | Unrealized gain or loss ($) | % of your holdings |
|---|---|---|---|---|---|---|
| **FOREIGN (continued)** | | | | | | |
| **COMMON SHARES (continued)** | | | | | | |
| U.S. ANTIMONY CORP ~~(USAC)~~ | 2,500 SEG | 0.906 | 3,704.97 | 2,265.00 | -1,439.97 | 9.15% |
| ~~VERB~~ T~~ECHNOLOGIES NEW~~ ~~(VERB)~~ | 1,425 SEG | 1.810 | 5,059.64 | 2,579.25 | -2,480.39 | 10.41% |
| ~~XPRESSPA GROUP~~ INC TECH (XSPA) | 200 SEG | 1.470 | 485.99 | 294.00 | -191.99 | 1.19% |
| **TOTAL FOREIGN** | | | **$30,385.23** | **$24,765.51** | | **100.00%** |
| **Total Portfolio** | | | **$30,385.87** | **$24,766.15** | | **100.00%** |

---

## Definitions

### An explanation of terms shown in the tables above

**Book cost for long positions** is the total amount paid to purchase a security including any transaction charges related to the purchase, adjusted for reinvested distributions, return of capital and corporate actions.

**Book cost for short positions** is the total amount received for the security, net of any transaction charges related to the sale, adjusted for any distribution (other than dividends), returns of capital and corporate actions.

**Market value** is the price of the security or fund multiplied by the quantity held.

**Unrealized Gain or Loss** is the gain or loss that would be incurred, if your holdings were liquidated as at the end of the statement period. It is calculated by subtracting book cost from market value.

---

# Activity in your account this period

| Date | Activity | Description | Quantity | Price ($) | Amount ($) | Cash balance ($) |
|---|---|---|---|---|---|---|
| | **Beginning cash balance** | | | | | 2.13 |
| Sep 3 | Sell | ~~BLUE JAY~~ ~~(BJ-WWW)~~ | -250 | 2.050 | 502.50 | 504.63 |
| Sep 10 | Buy | META MATERIALS INC YO-442104 | 100 | 4.940 | -503.99 | 0.64 |
| **Sep 30** | **Ending cash balance** | | | | | **$0.64** |

---

## ⓘ Important information about your account

Discover our top digital tools for investing, managing your account, and other self-serve options. Visit the TD Direct Investing Help Centre at www.td.com/TDDirectInvestingHelp to get the answers you need quickly and easily.

*Order-Execution-Only Account.*



**TD Direct Investing**

Your TFSA statement

July 1, 2021 to July 31, 2021

Account number: 18RW22-K
Account type: Tax-Free Savings Account - US
Account currency: US dollars

### Do you have a question?

For questions about your statement or further information, we provide support 24 hours a day, 7 days a week in 4 languages:

| | |
|---|---|
| **English:** | **1-800-465-5463** |
| **French:** | **1-800-361-2684** |
| **Cantonese:** | **1-800-838-3223 option 1** |
| **Mandarin:** | **1-800-838-3223 option 2** |

MRS. CAROLYN R HOOPER
6 OLD OAK LANE
MONO ON
L9W 4B1

## Your account at a glance

ⓘ **You need to know**

Please see **page 3** for important information about your account.

| | This period (Jul 1 - Jul 31, 2021) | Last period (Jun 1 - Jun 30, 2021) | Year to date (Jan 21 - Jul 31, 2021) |
|---|---|---|---|
| Beginning balance | $13,060.27 | $9,968.64 | $0.00 |
| Change in your account balance | $5,253.63 | $3,091.63 | $18,313.90 |
| **Ending balance** | **$18,313.90** | **$13,060.27** | **$18,313.90** |

## Holdings in your account
on July 31, 2021

| Description | Quantity or par value ($) | Price ($) | Book cost ($) | Market value ($) | Unrealized gain or loss ($) | % of your holdings |
|---|---|---|---|---|---|---|
| **DOMESTIC** | | | | | | |
| Cash | | | 8.90 | 8.90 | 0.00 | 0.05% |
| **TOTAL DOMESTIC** | | | **$8.90** | **$8.90** | | **0.05%** |
| **FOREIGN** | | | | | | |
| **PREFERRED SHARES** | | | | | | |
| META MATERIALS INC-A PFD | 1,026 SEG | N/D | 0.00 | N/D | 0.00 | 0.00% |
| **COMMON SHARES** | | | | | | |
| AYRO INC (AYRO) | 100 SEG | 4.400 | 445.99 | 440.00 | -5.99 | 2.40% |
| ~~INGLEMOOR~~ (IGM) | 1,000 SEG | 1.610 | 855.03 | 1,610.00 | 754.97 | 8.79% |
| META MATERIALS INC (MMAT) | 2,767 SEG | 3.500 | 18,217.40 | 9,684.50 | -8,532.90 | 52.88% |
| SOLITARIO ZINC ~~CORP~~ (XPL) | 1,500 SEG | 0.580 | 1,325.98 | 870.00 | -455.98 | 4.75% |

(continued on next page)

*Order-Execution-Only Account.*

TD Waterhouse Canada Inc.
Member - Canadian Investor Protection Fund



**Regulated by**
Investment Industry Regulatory
Organization of Canada



Account number: 18RW22-K
Account type: Tax-Free Savings Account - US
Your TFSA statement: Jul 31, 2021

## Holdings in your account (continued)
on July 31, 2021

| Description | Quantity or par value ($) | Price ($) | Book cost ($) | Market value ($) | Unrealized gain or loss ($) | % of your holdings |
|---|---|---|---|---|---|---|
| **FOREIGN (continued)** | | | | | | |
| **COMMON SHARES (continued)** | | | | | | |
| U S ANTIMONY CORP (UAMY) | 2,500 SEG | 0.973 | 3,704.97 | 2,432.50 | -1,272.47 | 13.28% |
| VISLTEK TECHNOLOGIES NEW (VISL) | 1,280 SEG | 2.300 | 4,737.90 | 2,944.00 | -1,793.90 | 16.08% |
| XPRESSPA GROUP INC NEW (XSPA) | 200 SEG | 1.620 | 485.99 | 324.00 | -161.99 | 1.77% |
| **TOTAL FOREIGN** | | | **$29,773.26** | **$18,305.00** | | **99.95%** |
| **Total Portfolio** | | | **$29,782.16** | **$18,313.90** | | **100.00%** |

### Definitions

**An explanation of terms shown in the tables above**

*Book cost for long positions* is the total amount paid to purchase a security including any transaction charges related to the purchase, adjusted for reinvested distributions, return of capital and corporate actions.

*Book cost for short positions* is the total amount received for the security, net of any transaction charges related to the sale, adjusted for any distribution (other than dividends), returns of capital and corporate actions.

*Market value* is the price of the security or fund multiplied by the quantity held.

*Unrealized Gain or Loss* is the gain or loss that would be incurred, if your holdings were liquidated as at the end of the statement period. It is calculated by subtracting book cost from market value.

## Activity in your account this period

| Date | Activity | Description | Quantity | Price ($) | Amount ($) | Cash balance ($) |
|---|---|---|---|---|---|---|
| | **Beginning cash balance** | | | | | 8.90 |
| Jul 8 | Stock Dividend | META MATERIALS INC-A PFD | 1,026 | | 0.00 | 8.90 |
| Jul 8 | Transfer In | META MATERIALS INC | 2,254 | | 0.00 | 8.90 |
| Jul 8 | VALUE | 14958.29 CAD/USD 0.80160000 18RW22J/18RW22K | | | 0.00 | 8.90 |
| **Jul 31** | **Ending cash balance** | | | | | **$8.90** |

*Order-Execution-Only Account.*



**TD Direct Investing**

# Your TFSA statement

June 1, 2021 to June 30, 2021

Account number: 18RW22-K
Account type: Tax-Free Savings Account - US
Account currency: US dollars

MRS. CAROLYN R HOOPER
6 OLD OAK LANE
MONO ON
L9W 4B1

### Do you have a question?

For questions about your statement or further information, we provide support 24 hours a day, 7 days a week in 4 languages:

| | |
|---|---|
| English: | **1-800-465-5463** |
| French: | **1-800-361-2684** |
| Cantonese: | **1-800-838-3223 option 1** |
| Mandarin: | **1-800-838-3223 option 2** |

## Your account at a glance

> ⓘ **You need to know**
>
> Please see **page 3** for important information about your account.

| | This period (Jun 1 - Jun 30, 2021) | Last period (May 1 - May 31, 2021) | Year to date (Jan 21 - Jun 30, 2021) |
|---|---|---|---|
| Beginning balance | $9,968.64 | $10,051.19 | $0.00 |
| Change in your account balance | $3,091.63 | -$82.55 | $13,060.27 |
| **Ending balance** | **$13,060.27** | **$9,968.64** | **$13,060.27** |

## Holdings in your account
on June 30, 2021

| Description | Quantity or par value ($) | Price ($) | Book cost ($) | Market value ($) | Unrealized gain or loss ($) | % of your holdings |
|---|---|---|---|---|---|---|
| **DOMESTIC** | | | | | | |
| Cash | | | 8.90 | 8.90 | 0.00 | 0.07% |
| **TOTAL DOMESTIC** | | | **$8.90** | **$8.90** | | **0.07%** |
| **FOREIGN** | | | | | | |
| **COMMON SHARES** | | | | | | |
| A⬛⬛G INC (A⬛⬛) | 100 ⬛⬛ | 4.⬛⬛ | 1⬛⬛.⬛⬛ | 4⬛⬛.⬛⬛ | ⬛⬛.⬛⬛ | ⬛⬛ |
| C⬛⬛⬛ISH CORP CL-A NEW⬛⬛⬛⬛ | 1,000 SEG | 1.290 | 855.03 | 1,290.00 | 434.97 | 9.88% |
| META MATERIALS INC (MMAT) | 513 SEG | 7.490 | 3,259.11 | 3,842.37 | 583.26 | 29.42% |
| S⬛⬛⬛⬛⬛⬛⬛⬛ (XPL) | ⬛⬛⬛⬛⬛ | | 1,3⬛⬛.⬛⬛ | 1⬛⬛.⬛⬛ | -32⬛.⬛⬛ | ⬛⬛⬛ |
| U⬛⬛⬛IMONY CORP (U⬛M⬛) | 2,500 SEG | ⬛.⬛⬛⬛ | 3⬛⬛.⬛⬛ | ⬛⬛⬛.⬛⬛ | ⬛⬛1.⬛⬛ | ⬛⬛.⬛⬛% |

(continued on next page)

*Order-Execution-Only Account.*

TD Waterhouse Canada Inc.
Member - Canadian Investor Protection Fund

**IIROC**

**Regulated by**
Investment Industry Regulatory
Organization of Canada



Account number: 18RW22-K
Account type: Tax-Free Savings Account - US
Your TFSA statement: Jun 30, 2021

# Holdings in your account (continued)
on June 30, 2021

| Description | Quantity or par value ($) | Price ($) | Book cost ($) | Market value ($) | Unrealized gain or loss ($) | % of your holdings |
|---|---|---|---|---|---|---|
| **FOREIGN (continued)** | | | | | | |
| **COMMON SHARES (continued)** | | | | | | |
| ~~VISLINK~~ TECHNOLOGIES-NEW (VISL) | ~~1,200~~ | ~~0.250~~ | ~~1,727.90~~ | ~~18.00~~ | -1,089.90 | 27.93% |
| ~~XPRESSPA GROUP INC NEW (XSPA)~~ | ~~200~~ | ~~1.540~~ | ~~485.00~~ | ~~308.00~~ | ~~-177.00~~ | 2.06% |
| **TOTAL FOREIGN** | | | **$14,814.97** | **$13,051.37** | | **99.93%** |
| **Total Portfolio** | | | **$14,823.87** | **$13,060.27** | | **100.00%** |

## Definitions

### An explanation of terms shown in the tables above

**Book cost for long positions** is the total amount paid to purchase a security including any transaction charges related to the purchase, adjusted for reinvested distributions, return of capital and corporate actions.

**Book cost for short positions** is the total amount received for the security, net of any transaction charges related to the sale, adjusted for any distribution (other than dividends), returns of capital and corporate actions.

**Market value** is the price of the security or fund multiplied by the quantity held.

**Unrealized Gain or Loss** is the gain or loss that would be incurred, if your holdings were liquidated as at the end of the statement period. It is calculated by subtracting book cost from market value.

# Activity in your account this period

| Date | Activity | Description | Quantity | Price ($) | Amount ($) | Cash balance ($) |
|---|---|---|---|---|---|---|
| | **Beginning cash balance** | | | | | **43.12** |
| Jun 14 | Transfer In | TRANSFER IN TO TFSA CONV @ 1.236100 | | | 576.01 | 619.13 |
| Jun 15 | Transfer In | TRANSFER IN TO TFSA CONV @ 1.238300 | | | 363.40 | 982.53 |
| Jun 16 | Buy | TORCHLIGHT ENERGY RES INC JX-419666 | 143 | 3.365 | -491.20 | 491.33 |
| Jun 17 | Buy | TORCHLIGHT ENERGY RES INC MK-416192 | 100 | 4.770 | -486.99 | 4.34 |
| Jun 22 | Transfer In | TRANSFER IN TO TFSA CONV @ 1.258400 | | | 397.33 | 401.67 |
| Jun 22 | Transfer In | TRANSFER IN TO TFSA CONV @ 1.257500 | | | 795.23 | 1,196.90 |

(continued on next page)

*Order-Execution-Only Account.*



Account number: 18RW22-K
Account type: Tax-Free Savings Account - US
Your TFSA statement: Jun 30, 2021

## Activity in your account this period (continued)

| Date | Activity | Description | Quantity | Price ($) | Amount ($) | Cash balance ($) |
|------|----------|-------------|----------|-----------|------------|------------------|
| Jun 24 | Buy | TORCHLIGHT ENERGY RES INC EO-418846 | 91 | 9.270 | -853.56 | 343.34 |
| Jun 24 | Buy | TORCHLIGHT ENERGY RES INC NA-419784 | 35 | 9.270 | -334.44 | 8.90 |
| Jun 29 | Exchange | META MATERIALS INC | 513 | | -3,259.11 | -3,250.21 |
| Jun 29 | Exchange | TORCHLIGHT ENERGY RES IN* | -1,026 | | 3,259.11 | 8.90 |
| **Jun 30** | **Ending cash balance** | | | | | **$8.90** |

ⓘ **Important information about your account**

This statement includes the **TD Waterhouse Canada Inc. Conflicts of Interest Statement** and a notification containing a summary of changes we have made to the TD Waterhouse Account and Services Agreements and Disclosure Documents, and other reminders for you.

If you use eServices, go to the **Documents (eServices)** page, at the bottom, under **Important Account Holder Information** to access the notification, which is also available at https://www.td.com/ca/products-services/investing/DBnotice.jsp.

*Order-Execution-Only Account.*