NVB 3001 (Effective 1/21)

# UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA

## PROOF OF INTEREST

**Name of Debtor:** Meta Materials Inc.

**Case Number:** 24-50792

**1. Name and address of holder of the Equity Interest** (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

Gary M Hooper
6 Old Oak Lane
Mono Ontario Canada
L9W 4B1

**Telephone Number:** 519-941-8108

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

☑ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

**RECEIVED AND FILED**
**DEC 12 2024**
**U.S. BANKRUPTCY COURT**
**MARY A. SCHOTT, CLERK**

**COURT USE ONLY**

**NOTE:** This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

**Account or other number by which Interest holder identifies Debtor:**
39WW68B   Td Waterhouse Canada

**Check here if this claim:**
☐ replaces a previously filed Proof of Interest dated: _____
☐ amends a previously filed Proof of Interest dated: _____

**2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:**
Gary M Hooper
Td Waterhouse
Markham, Ont Canada L3R 0X1
**Telephone Number:** 1-866-280-0056

**3. Date Equity Interest was acquired:**
Feb 24 2021 -
Nov 21 2022
Documentation provided.

**4. Total amount of member interest:** 18  $4643.78 A + $485.99 Ca.

**5. Certificate number(s):** _____

**6. Type of Equity Interest:**
Please indicate the type of Equity Interest you hold:
☑ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
☐ Check this box if your Equity Interest is based on anything else and describe that interest.
**Description:** _____

**7. Supporting Documents:** Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**8. Date-Stamped Copy:** To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

**9. Signature:**
Check the appropriate box.
☑ I am the creditor.   ☐ I am the creditor's authorized agent. (Attach copy of power of attorney, if any.)   ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)   ☐ I am a guarantor, surety, endorser, or other codebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

**Print Name:** Gary M. Hooper
**Title:**
**Company:** Address and telephone number (if different from notice address above):

(Signature) Gary M. Hooper   (Date) Dec 5/24

**Telephone number:** 519-941-8108   **email:** Hoopers_6@hotmail.com

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

# MMAT Shares

June 2021 merger of TRCH and MMAT
592 shares ( after 2-1 reverse split)
Book cost $2805.42 American
MMAX shares 553 Book cost $485.99 Canadian

Total MMAT after merger 1145 shares

Buying after the merger
Dec 2 2021  175 shares   $648.74
Dec 7 2021   180 shares. $612.99
May 17 2022 250 shares  $342.50. Sold
Nov 21 2022 142 shares $258.49
Nov 21 2022 385 shares $660.64

Total shares 1777 MMAT at a Book Cost of $4643.78 American + $485.99 Canadian

Jan 2024
After 100-1 reverse split total MMAT  18 shares at a Book Cost of $4643.78 American + $485.99 Canadian

Dec 2024 18 shares of MMAT



# TD Direct Investing

# Your investment account statement

November 1, 2024 to November 30, 2024

Account number: 39WW68
Account type: Direct Trading - CDN
Account currency: Canadian dollars

MR GARY M HOOPER
6 OLD OAK LANE
MONO ON
L9W 4B1

**Do you have a question?**

If you have any questions or require assistance, please log into the TD app and choose Contact Us from the 'More' menu, or call the numbers below to speak to an Investment Representative:

| | |
|---|---|
| **English:** | 1-800-465-5463 |
| **French:** | 1-800-361-2684 |
| **Cantonese:** | 1-800-838-3223 option 1 |
| **Mandarin:** | 1-800-838-3223 option 2 |

## Your account at a glance

| | This period (Nov 1 - Nov 30, 2024) | Last period (Jan 1 - Oct 31, 2024) | Year to date (Jan 1 - Nov 30, 2024) |
|---|---:|---:|---:|
| Beginning balance | $20.35 | $0.00 | $0.00 |
| Change in your account balance | $6.00 | $20.35 | $26.35 |
| **Ending balance** | **$26.35** | **$20.35** | **$26.35** |

▶ You need to know — Please see page 2 for important information about your account.

▶ US dollars converted to Canadian dollars at **1.4010** as of Nov 30, 2024

## Holdings in your account
on November 30, 2024

| Description | Quantity or par value ($) | Price ($) | Book cost ($) | Market value ($) | Unrealized gain or loss ($) | % of your holdings |
|---|---:|---:|---:|---:|---:|---:|
| Cash | | | 18.58 | 18.58 | 0.00 | 70.51% |
| **COMMON SHARES** | | | | | | |
| METAMATERIAL EXCHANGE-NEW (MMAX) | 39 SEG | 0.160 | 9.75 | 6.24 | -3.51 | 23.68% |
| META MATERIALS INC-NEW (MMATQ) | 18 SEG | 0.061u | 0.10 | 1.53 | 1.43 | 5.81% |
| **Total Portfolio** | | | **$28.43** | **$26.35** | | **100.00%** |

▶ The US dollar conversion rate we used to convert your month-end market values to Canadian dollars is **1.4010**
▶ Book costs are converted to Canadian dollars at the exchange rate used at the time of the transaction
▶ U=US dollars

*※ MMATQ is being transferred to American Cash Account 39WW68 B*

Order-Execution-Only Account.

TD Waterhouse Canada Inc.
Member - Canadian Investor Protection Fund


Regulated by CIRO
Canadian Investment Regulatory Organization

Page 1 of 3



# TD Direct Investing

# Your TFSA statement

August 1, 2024 to August 31, 2024

Account number: 39WW68-K
Account type: Tax-Free Savings Account - US
Account currency: US dollars

**Do you have a question?**
For questions about your statement or further information, we provide support Monday through Friday, in 4 languages:

| | |
|---|---|
| **English:** | 1-800-465-5463 |
| **French:** | 1-800-361-2684 |
| **Cantonese:** | 1-800-838-3223 option 1 |
| **Mandarin:** | 1-800-838-3223 option 2 |

MR GARY M HOOPER
6 OLD OAK LANE
MONO ON
L9W 4B1

## Your account at a glance

**You need to know**
Please see **page 2** for important information about your account.

| | This period<br>(Aug 1 - Aug 31, 2024) | Last period<br>(Jul 1 - Jul 31, 2024) | Year to date<br>(Jan 1 - Aug 31, 2024) |
|---|---|---|---|
| Beginning balance | $121.21 | $139.45 | $319.39 |
| Change in your account balance | -$20.97 | -$18.24 | -$219.15 |
| Ending balance | $100.24 | $121.21 | $100.24 |

## Holdings in your account
on August 31, 2024

| Description | Quantity or par value ($) | Price ($) | Book cost ($) | Market value ($) | Unrealized gain or loss ($) | % of your holdings |
|---|---|---|---|---|---|---|
| **DOMESTIC** | | | | | | |
| Cash | | | 4.26 | 4.26 | 0.00 | 4.25% |
| **COMMON SHARES** | | | | | | |
| META MATERIALS INC-NEW **(MMATQ)** | 18 SEG | 0.450 | 7,366.30 | 8.10 | -7,358.20 | 8.08% |
| **TOTAL DOMESTIC** | | | $7,370.56 | $12.36 | | 12.33% |
| **FOREIGN** | | | | | | |
| **COMMON SHARES** | | | | | | |
| ~~redacted~~ | ~~redacted~~ | | ~~redacted~~2 | ~~redacted~~ | ~~redacted~~.24 | |
| **TOTAL FOREIGN** | | | $1,715.12 | ~~redacted~~ | | 87.67% |
| **Total Portfolio** | | | $9,085.68 | ~~redacted~~ | | 100.00% |

Order-Execution-Only Account.

TD Waterhouse Canada Inc.
Member - Canadian Investor Protection Fund

Regulated by CIRO
Canadian Investment Regulatory Organization

Page 1 of 3



# TD Direct Investing

# Your TFSA statement

January 1, 2024 to January 31, 2024

Account number: 39WW68-K
Account type: Tax-Free Savings Account - US
Account currency: US dollars

MR GARY M HOOPER
6 OLD OAK LANE
MONO ON
L9W 4B1

**Do you have a question?**

For questions about your statement or further information, we provide support Monday through Friday, in 4 languages:

| | |
|---|---|
| English: | 1-800-465-5463 |
| French: | 1-800-361-2684 |
| Cantonese: | 1-800-838-3223 option 1 |
| Mandarin: | 1-800-838-3223 option 2 |

## Your account at a glance

> **You need to know**
> Please see **page 2** for important information about your account.

| | This period (Jan 1 - Jan 31, 2024) | Last period (Dec 1 - Dec 31, 2023) | Year to date (Jan 1 - Jan 31, 2024) |
|---|---:|---:|---:|
| Beginning balance | $319.39 | $394.50 | $319.39 |
| Change in your account balance | -$58.10 | -$75.11 | -$58.10 |
| Ending balance | $261.29 | $319.39 | $261.29 |

## Holdings in your account
on January 31, 2024

| Description | Quantity or par value ($) | Price ($) | Book cost ($) | Market value ($) | Unrealized gain or loss ($) | % of your holdings |
|---|---|---|---:|---:|---:|---:|
| **DOMESTIC** | | | | | | |
| Cash | | | 3.30 | 3.30 | 0.00 | 1.26% |
| **COMMON SHARES** | | | | | | |
| COMSOVEREIGN HLDG CRP-NEW (COMS) | 19 SEG | 0.545 | 4,390.47 | 10.35 | -4,380.12 | 3.96% |
| **TOTAL DOMESTIC** | | | **$4,393.77** | **$13.65** | | **5.22%** |
| **FOREIGN** | | | | | | |
| **COMMON SHARES** | | | | | | |
| ~~[redacted]~~ | ~~[redacted]~~ | | ~~[redacted]~~ | ~~[redacted]~~ | ~~[redacted]~~ | ~~[redacted]~~ |
| META MATERIALS INC-NEW (MMAT) | 18 SEG | 3.820 | 7,366.30 | 68.76 | -7,297.54 | 26.32% |
| **TOTAL FOREIGN** | | | **$9,081.42** | **$247.64** | | **94.78%** |
| **Total Portfolio** | | | **$13,475.19** | **$261.29** | | **100.00%** |

*Order-Execution-Only Account.*

IIROC | Regulated by Investment Industry Regulatory Organization of Canada

TD Waterhouse Canada Inc.
Member - Canadian Investor Protection Fund

Page 1 of 3



Account number: 39WW68-K
Account type: Tax-Free Savings Account - US
Your TFSA statement: Jan 31, 2024

## Definitions

### An explanation of terms shown in the tables above

**Book cost for long positions** is the total amount paid to purchase a security including any transaction charges related to the purchase, adjusted for reinvested distributions, return of capital and corporate actions.

**Book cost for short positions** is the total amount received for the security, net of any transaction charges related to the sale, adjusted for any distribution (other than dividends), returns of capital and corporate actions.

**Market value** is the price of the security or fund multiplied by the quantity held.

**Unrealized Gain or Loss** is the gain or loss that would be incurred, if your holdings were liquidated as at the end of the statement period. It is calculated by subtracting book cost from market value.

## Activity in your account this period

| Date | Activity | Description | Quantity | Price ($) | Amount ($) | Cash balance ($) |
|---|---|---|---|---|---|---|
| | **Beginning cash balance** | | | | | 3.30 |
| Jan 29 | Reverse Split | META MATERIALS INC * | -1,777 | | 7,366.30 | 7,369.60 |
| Jan 29 | Reverse Split | META MATERIALS INC-NEW | 18 | | -7,366.30 | 3.30 |
| **Jan 31** | **Ending cash balance** | | | | | **$3.30** |

## ⓘ Important information about your account

In May 2024, the standard trade settlement period for North American Capital Markets is expected to be reduced from the current two business days to one business day after the trade date. This will impact most trades in securities. The change is expected to take effect Monday, May 27 for Canadian capital markets and Tuesday, May 28 for U.S. capital markets. Once implemented, your trades in Canadian and U.S. markets will settle one business day sooner.

*Order-Execution-Only Account.*



# TD Direct Investing

# Your TFSA statement

January 1, 2023 to January 31, 2023

Account number: 39WW68-K
Account type: Tax-Free Savings Account - US
Account currency: US dollars

MR GARY M HOOPER
6 OLD OAK LANE
MONO ON
L9W 4B1

**Do you have a question?**

For questions about your statement or further information, we provide support 24 hours a day, 7 days a week in 4 languages:

| | |
|---|---|
| English: | 1-800-465-5463 |
| French: | 1-800-361-2684 |
| Cantonese: | 1-800-838-3223 option 1 |
| Mandarin: | 1-800-838-3223 option 2 |

## Your account at a glance

> ⓘ **You need to know**
> Please see **page 2** for important information about your account.

| | This period (Jan 1 - Jan 31, 2023) | Last period (Dec 1 - Dec 31, 2022) | Year to date (Jan 1 - Jan 31, 2023) |
|---|---|---|---|
| Beginning balance | $2,571.85 | $4,029.57 | $2,571.85 |
| Change in your account balance | -$4.92 | -$1,457.72 | -$4.92 |
| **Ending balance** | **$2,566.93** | **$2,571.85** | **$2,566.93** |

## Holdings in your account
on January 31, 2023

| Description | Quantity or par value ($) | Price ($) | Book cost ($) | Market value ($) | Unrealized gain or loss ($) | % of your holdings |
|---|---|---|---|---|---|---|
| **DOMESTIC** | | | | | | |
| Cash | | | 3.30 | 3.30 | 0.00 | 0.13% |
| **TOTAL DOMESTIC** | | | **$3.30** | **$3.30** | | **0.13%** |
| **FOREIGN** | | | | | | |
| **COMMON SHARES** | | | | | | |
| ~~redacted~~ | ~~redacted~~ | ~~redacted~~ | ~~redacted~~ | ~~redacted~~ | ~~redacted~~ 6 | ~~redacted~~ |
| COMSOVEREIGN HLDG CRP-NEW (COMS) | 1,900 SEG | 0.080 | 4,390.47 | 152.00 | -4,238.47 | 5.92% |
| META MATERIALS INC (MMAT) | 1,777 SEG | 1.010 | 7,366.30 | 1,794.77 | -5,571.53 | 69.92% |
| **TOTAL FOREIGN** | | | **$13,471.89** | **$2,563.63** | | **99.87%** |
| **Total Portfolio** | | | **$13,475.19** | **$2,566.93** | | **100.00%** |

---

**Order-Execution-Only Account.**

TD Waterhouse Canada Inc.
Member - Canadian Investor Protection Fund

**IIROC**

**Regulated by**
Investment Industry Regulatory
Organization of Canada

Page 1 of 3



**TD Direct Investing**

# Your TFSA statement
November 1, 2022 to November 30, 2022

Account number: 39WW68-K
Account type: Tax-Free Savings Account - US
Account currency: US dollars

**Do you have a question?**
For questions about your statement or further information, we provide support 24 hours a day, 7 days a week in 4 languages:

| | |
|---|---|
| **English:** | 1-800-465-5463 |
| **French:** | 1-800-361-2684 |
| **Cantonese:** | 1-800-838-3223 option 1 |
| **Mandarin:** | 1-800-838-3223 option 2 |

MR GARY M HOOPER
6 OLD OAK LANE
MONO ON
L9W 4B1

## Your account at a glance

> **You need to know**
> Please see **page 3** for important information about your account.

| | This period (Nov 1 - Nov 30, 2022) | Last period (Oct 1 - Oct 31, 2022) | Year to date (Jan 1 - Nov 30, 2022) |
|---|---:|---:|---:|
| Beginning balance | $3,782.56 | $3,359.76 | $11,786.16 |
| Change in your account balance | $247.01 | $422.80 | -$7,756.59 |
| **Ending balance** | **$4,029.57** | **$3,782.56** | **$4,029.57** |

## Holdings in your account
on November 30, 2022

| Description | Quantity or par value ($) | Price ($) | Book cost ($) | Market value ($) | Unrealized gain or loss ($) | % of your holdings |
|---|---|---|---:|---:|---:|---:|
| **DOMESTIC** | | | | | | |
| Cash | | | 0.13 | 0.13 | 0.00 | 0.00% |
| **TOTAL DOMESTIC** | | | **$0.13** | **$0.13** | | **0.00%** |
| **FOREIGN** | | | | | | |
| **COMMON SHARES** | | | | | | |
| ~~(redacted)~~ | ~~(redacted)~~ | ~~(redacted)~~ | ~~(redacted)~~ | ~~(redacted)~~ | ~~(redacted)~~ | ~~(redacted)~~ |
| COMSOVEREIGN HLDG CRP-NEW (COMS) | 1,900 SEG | 0.091 | 4,390.47 | 172.90 | -4,217.57 | 4.29% |
| META MATERIALS INC (MMAT) | 1,777 SEG | 1.900 | 7,366.30 | 3,376.30 | -3,990.00 | 83.79% |
| **TOTAL FOREIGN** | | | **$13,471.89** | **$4,029.44** | | **100.00%** |
| **Total Portfolio** | | | **$13,472.02** | **$4,029.57** | | **100.00%** |

*Order-Execution-Only Account.*

**IIROC** | **Regulated by** Investment Industry Regulatory Organization of Canada

TD Waterhouse Canada Inc.
Member - Canadian Investor Protection Fund

Page 1 of 4



Account number: 39WW68-K
Account type: Tax-Free Savings Account - US
Your TFSA statement: Nov 30, 2022

## Definitions

### An explanation of terms shown in the tables above

**Book cost for long positions** is the total amount paid to purchase a security including any transaction charges related to the purchase, adjusted for reinvested distributions, return of capital and corporate actions.

**Book cost for short positions** is the total amount received for the security, net of any transaction charges related to the sale, adjusted for any distribution (other than dividends), returns of capital and corporate actions.

**Market value** is the price of the security or fund multiplied by the quantity held.

**Unrealized Gain or Loss** is the gain or loss that would be incurred, if your holdings were liquidated as at the end of the statement period. It is calculated by subtracting book cost from market value.

## Activity in your account this period

| Date | Activity | Description | Quantity | Price ($) | Amount ($) | Cash balance ($) |
|---|---|---|---|---|---|---|
| | Beginning cash balance | | | | | 0.60 |
| Nov 14 | Reverse Split | MEDIGUS LTD SPON ADR-NEW* | -1,000 | | 3,023.50 | 3,024.10 |
| Nov 14 | Reverse Split | MEDIGUS LTD SPN/ADR-NEW | 66 | | -3,023.50 | 0.60 |
| Nov 18 | Sell | VISLINK TECHNOLOGIES-NEW XD-567861 | -640 | 0.419 | 258.74 | 259.34 |
| Nov 21 | Buy | META MATERIALS INC AK-564041 | 142 | 1.750 | -258.49 | 0.85 |
| Nov 21 | Buy | META MATERIALS INC UC-563179 | 385 | 1.690 | -660.64 | -659.79 |
| Nov 21 | Sell | U S ANTIMONY CORP | -100 | 0.335 | 0.00 | -659.79 |
| Nov 21 | Sell | U S ANTIMONY CORP | -895 | 0.335 | 0.00 | -659.79 |
| Nov 21 | Sell | U S ANTIMONY CORP QT-562485 | -1,005 | 0.336 | 661.01 | 1.22 |
| Nov 21 | Sell | VISLINK TECHNOLOGIES-NEW UK-563518 | -839 | 0.380 | 308.82 | 310.04 |
| Nov 25 | Transfer Out | TRANSFER OUT FROM TFSA CONV @ 1.316400 | | | -308.00 | 2.04 |
| Nov 28 | Sell | MEDIGUS LTD SPN/ADR-NEW FD-568293 | -66 | 7.350 | 475.09 | 477.13 |
| Nov 30 | Transfer Out | TRANSFER OUT FROM TFSA CONV @ 1.336600 | | | -477.00 | 0.13 |
| Nov 30 | Ending cash balance | | | | | $0.13 |

*Order-Execution-Only Account.*



# TD Direct Investing

# Your TFSA statement
May 1, 2022 to May 31, 2022

Account number: 39WW68-K
Account type: Tax-Free Savings Account - US
Account currency: US dollars

MR. GARY M HOOPER
6 OLD OAK LANE
MONO ON
L9W 4B1

**Do you have a question?**

For questions about your statement or further information, we provide support 24 hours a day, 7 days a week in 4 languages:

| | |
|---|---|
| **English:** | **1-800-465-5463** |
| **French:** | **1-800-361-2684** |
| **Cantonese:** | **1-800-838-3223 option 1** |
| **Mandarin:** | **1-800-838-3223 option 2** |

## Your account at a glance

> You need to know
> Please see **page 2** for important information about your account.

| | This period<br>(May 1 - May 31, 2022) | Last period<br>(Apr 1 - Apr 30, 2022) | Year to date<br>(Jan 1 - May 31, 2022) |
|---|---:|---:|---:|
| Beginning balance | $7,680.79 | $10,471.87 | $11,786.16 |
| Change in your account balance | $387.86 | -$2,791.08 | -$3,717.51 |
| **Ending balance** | **$8,068.65** | **$7,680.79** | **$8,068.65** |

## Holdings in your account
on May 31, 2022

| Description | Quantity or par value ($) | Price ($) | Book cost ($) | Market value ($) | Unrealized gain or loss ($) | % of your holdings |
|---|---:|---:|---:|---:|---:|---:|
| **DOMESTIC** | | | | | | |
| Cash | | | 344.63 | 344.63 | 0.00 | 4.27% |
| **PREFERRED SHARES** | | | | | | |
| META MATERIALS INC-A PFD (**MMTLP**) | 1,185 SEG | 1.280 | 0.00 | 1,516.80 | 1,516.80 | 18.80% |
| **TOTAL DOMESTIC** | | | **$344.63** | **$1,861.43** | | **23.07%** |
| **FOREIGN** | | | | | | |
| **COMMON SHARES** | | | | | | |
| ~~redacted~~ | | ~~redacted~~ | ~~redacted~~ | ~~redacted~~ | ~~redacted~~ | ~~redacted~~ |
| COMSOVEREIGN HLDG CRP-NEW (**COMS**) | 1,900 SEG | 0.171 | 4,390.47 | 324.90 | -4,065.57 | 4.03% |
| MEDIGUS LTD SPON ADR-NEW (**MDGS**) | 1,000 SEG | 0.830 | 3,023.50 | 830.00 | -2,193.50 | 10.29% |

(continued on next page)

Order-Execution-Only Account.

TD Waterhouse Canada Inc.
Member - Canadian Investor Protection Fund



Regulated by
Investment Industry Regulatory
Organization of Canada

Page 1 of 3



Account number: 39WW68-K
Account type: Tax-Free Savings Account - US
Your TFSA statement: May 31, 2022

## Holdings in your account (continued)
on May 31, 2022

| Description | Quantity or par value ($) | Price ($) | Book cost ($) | Market value ($) | Unrealized gain or loss ($) | % of your holdings |
|---|---|---|---|---|---|---|
| **FOREIGN (continued)** | | | | | | |
| **COMMON SHARES (continued)** | | | | | | |
| META MATERIALS INC (MMAT) | 1,250 SEG | 1.920 | 6,447.17 | 2,400.00 | -4,047.17 | 29.74% |
| U S ANTIMONY CORP (UAMY) | 2,500 SEG | 0.400 | 2,843.79 | 1,000.00 | -1,843.79 | 12.39% |
| VISLINK TECHNOLOGIES-NEW (VISL) | 1,095 SEG | 0.715 | 3,197.37 | 782.92 | -2,414.45 | 9.70% |
| **TOTAL FOREIGN** | | | $21,617.42 | $6,207.22 | | 76.93% |
| **Total Portfolio** | | | $21,962.05 | $8,068.65 | | 100.00% |

### Definitions
**An explanation of terms shown in the tables above**

**Book cost for long positions** is the total amount paid to purchase a security including any transaction charges related to the purchase, adjusted for reinvested distributions, return of capital and corporate actions.

**Book cost for short positions** is the total amount received for the security, net of any transaction charges related to the sale, adjusted for any distribution (other than dividends), returns of capital and corporate actions.

**Market value** is the price of the security or fund multiplied by the quantity held.

**Unrealized Gain or Loss** is the gain or loss that would be incurred, if your holdings were liquidated as at the end of the statement period. It is calculated by subtracting book cost from market value.

## Activity in your account this period

| Date | Activity | Description | Quantity | Price ($) | Amount ($) | Cash balance ($) |
|---|---|---|---|---|---|---|
| | Beginning cash balance | | | | | 2.13 |
| May 17 | Sell | META MATERIALS INC BD-525250 | -250 | 1.410 | 342.50 | 344.63 |
| May 31 | Ending cash balance | | | | | $344.63 |

## ⓘ Important information about your account

If you hold mutual funds with TD Direct Investing, there are regulatory changes being implemented that will impact funds you can buy, sell, and hold. For more information, go to **td.com/mutualfundsdiy**

*Order-Execution-Only Account.*

Page 2 of 3



TD Direct Investing

# Your TFSA statement
December 1, 2021 to December 31, 2021

Account number: 39WW68-K
Account type: Tax-Free Savings Account - US
Account currency: US dollars

MR. GARY M HOOPER
6 OLD OAK LANE
MONO ON
L9W 4B1

### Do you have a question?
For questions about your statement or further information, we provide support 24 hours a day, 7 days a week in 4 languages:

| | |
|---|---|
| English: | 1-800-465-5463 |
| French: | 1-800-361-2684 |
| Cantonese: | 1-800-838-3223 option 1 |
| Mandarin: | 1-800-838-3223 option 2 |

## Your account at a glance

**You need to know**
Please see page 3 for important information about your account.

| | This period (Dec 1 - Dec 31, 2021) | Last period (Nov 1 - Nov 30, 2021) | Year to date (Jan 27 - Dec 31, 2021) |
|---|---|---|---|
| Beginning balance | $13,786.91 | $14,821.69 | $0.00 |
| Change in your account balance | -$2,000.75 | -$1,034.78 | $11,786.16 |
| Ending balance | $11,786.16 | $13,786.91 | $11,786.16 |

## Holdings in your account
on December 31, 2021

| Description | Quantity or par value ($) | Price ($) | Book cost ($) | Market value ($) | Unrealized gain or loss ($) | % of your holdings |
|---|---|---|---|---|---|---|
| **DOMESTIC** | | | | | | |
| Cash | | | 2.13 | 2.13 | 0.00 | 0.02% |
| **TOTAL DOMESTIC** | | | **$2.13** | **$2.13** | | **0.02%** |
| **FOREIGN** | | | | | | |
| **PREFERRED SHARES** | | | | | | |
| META MATERIALS INC-A PFD (**MMTLP**) | 1,185 SEG | 1.510 | 0.00 | 1,789.35 | 1,789.35 | 15.18% |
| **COMMON SHARES** | | | | | | |
| ███████████ | ███ | ███ | ███ | ███ | ███ | ███ |
| COMSOVEREIGN HLDG CRP-NEW (**COMS**) | 1,900 SEG | 0.755 | 4,390.47 | 1,434.50 | -2,955.97 | 12.17% |
| MEDIGUS LTD SPON ADR-NEW (**MDGS**) | 1,000 SEG | 1.000 | 3,023.50 | 1,000.00 | -2,023.50 | 8.48% |

(continued on next page)

**Order-Execution-Only Account.**

TD Waterhouse Canada Inc.
Member - Canadian Investor Protection Fund

 

Regulated by
Investment Industry Regulatory
Organization of Canada

Page 1 of 4



Account number: 39WW68-K
Account type: Tax-Free Savings Account - US
Your TFSA statement: Dec 31, 2021

## Holdings in your account (continued)
on December 31, 2021

| Description | Quantity or par value ($) | Price ($) | Book cost ($) | Market value ($) | Unrealized gain or loss ($) | % of your holdings |
|---|---|---|---|---|---|---|
| **FOREIGN (continued)** | | | | | | |
| **COMMON SHARES (continued)** | | | | | | |
| META MATERIALS INC (MMAT) | 1,500 SEG | 2.460 | 7,736.60 | 3,690.00 | -4,046.60 | 31.31% |
| U S ANTIMONY CORP (UAMY) | 2,500 SEG | 0.498 | 2,843.79 | 1,245.00 | -1,598.79 | 10.56% |
| VISLINK TECHNOLOGIES-NEW (VISL) | 1,095 SEG | 1.180 | 3,197.37 | 1,292.10 | -1,905.27 | 10.96% |
| **TOTAL FOREIGN** | | | **$22,906.85** | **$11,784.03** | | **99.98%** |
| **Total Portfolio** | | | **$22,908.98** | **$11,786.16** | | **100.00%** |

### Definitions
#### An explanation of terms shown in the tables above

*Book cost for long positions* is the total amount paid to purchase a security including any transaction charges related to the purchase, adjusted for reinvested distributions, return of capital and corporate actions.

*Book cost for short positions* is the total amount received for the security, net of any transaction charges related to the sale, adjusted for any distribution (other than dividends), returns of capital and corporate actions.

*Market value* is the price of the security or fund multiplied by the quantity held.

*Unrealized Gain or Loss* is the gain or loss that would be incurred, if your holdings were liquidated as at the end of the statement period. It is calculated by subtracting book cost from market value.

## Activity in your account this period

| Date | Activity | Description | Quantity | Price ($) | Amount ($) | Cash balance ($) |
|---|---|---|---|---|---|---|
| | | Beginning cash balance | | | | 657.31 |
| Dec 1 | Transfer In | TRANSFER IN TO TFSA CONV @ 1.302800 | | | 774.49 | 1,431.80 |
| Dec 2 | Buy | META MATERIALS INC | 175 | 3.650 | -648.74 | 783.06 |
| Dec 3 | Transfer In | TRANSFER IN TO TFSA CONV @ 1.295800 | | | 385.86 | 1,168.92 |
| Dec 7 | Buy | META MATERIALS INC VX-474488 | 180 | 3.350 | -612.99 | 135.94 |
| Dec 14 | Transfer In | TRANSFER IN TO TFSA CONV @ 1.305600 | | | 536.15 | 672.09 |

(continued on next page)

*Order-Execution-Only Account.*



# TD Direct Investing

# Your TFSA statement
November 1, 2021 to November 30, 2021

Account number: 39WW68-K
Account type: Tax-Free Savings Account - US
Account currency: US dollars

## Do you have a question?

For questions about your statement or further information, we provide support 24 hours a day, 7 days a week in 4 languages:

English:     1-800-465-5463
French:      1-800-361-2684
Cantonese:   1-800-838-3223 option 1
Mandarin:    1-800-838-3223 option 2

MR. GARY M HOOPER
6 OLD OAK LANE
MONO ON
L9W 4B1

## Your account at a glance

**You need to know**
Please see page 3 for important information about your account.

|  | This period (Nov 1 - Nov 30, 2021) | Last period (Oct 1 - Oct 31, 2021) | Year to date (Jan 27 - Nov 30, 2021) |
|---|---|---|---|
| Beginning balance | $14,821.69 | $14,976.29 | $0.00 |
| Change in your account balance | -$1,034.78 | -$154.60 | $13,786.91 |
| Ending balance | $13,786.91 | $14,821.69 | $13,786.91 |

## Holdings in your account
on November 30, 2021

| Description | Quantity or par value ($) | Price ($) | Book cost ($) | Market value ($) | Unrealized gain or loss ($) | % of your holdings |
|---|---|---|---|---|---|---|
| **DOMESTIC** | | | | | | |
| Cash | | | 657.31 | 657.31 | 0.00 | 4.77% |
| **TOTAL DOMESTIC** | | | $657.31 | $657.31 | | 4.77% |
| **FOREIGN** | | | | | | |
| **PREFERRED SHARES** | | | | | | |
| META MATERIALS INC-A PFD (**MMTLP**) | 1,185 SEG | 1.870 | 0.00 | 2,215.95 | 2,215.95 | 16.07% |
| **COMMON SHARES** | | | | | | |
| ~~████~~ | ~~████~~ SEG | ~~████~~ | ~~████~~ | ~~████~~0 | ~~████~~ | ~~████~~ |
| COMSOVEREIGN HLDG CRP-NEW (**COMS**) | 1,900 SEG | 1.080 | 4,390.47 | 2,052.00 | -2,338.47 | 14.88% |
| MEDIGUS LTD SPON ADR-NEW (**MDGS**) | 1,000 SEG | 1.160 | 3,023.50 | 1,160.00 | -1,863.50 | 8.41% |

(continued on next page)

---

**Order-Execution-Only Account.**

TD Waterhouse Canada Inc.
Member - Canadian Investor Protection Fund



Regulated by
Investment Industry Regulatory
Organization of Canada

Page **1** of 4



# TD Direct Investing

## Your TFSA statement

July 1, 2021 to July 31, 2021

Account number: 39WW68-K
Account type: Tax-Free Savings Account - US
Account currency: US dollars

MR. GARY M HOOPER
6 OLD OAK LANE
MONO ON
L9W 4B1

### Do you have a question?

For questions about your statement or further information, we provide support 24 hours a day, 7 days a week in 4 languages:

English:    1-800-465-5463
French:     1-800-361-2684
Cantonese:  1-800-838-3223 option 1
Mandarin:   1-800-838-3223 option 2

## Your account at a glance

**You need to know**
Please see page 3 for important information about your account.

| | This period (Jul 1 - Jul 31, 2021) | Last period (Jun 1 - Jun 30, 2021) | Year to date (Jan 27 - Jul 31, 2021) |
|---|---:|---:|---:|
| Beginning balance | $13,677.08 | $11,028.34 | $0.00 |
| Change in your account balance | -$830.17 | $2,648.74 | $12,846.91 |
| Ending balance | $12,846.91 | $13,677.08 | $12,846.91 |

## Holdings in your account
on July 31, 2021

| Description | Quantity or par value ($) | Price ($) | Book cost ($) | Market value ($) | Unrealized gain or loss ($) | % of your holdings |
|---|---:|---:|---:|---:|---:|---:|
| **DOMESTIC** | | | | | | |
| Cash | | | 10.81 | 10.81 | 0.00 | 0.08% |
| **TOTAL DOMESTIC** | | | **$10.81** | **$10.81** | | **0.08%** |
| **FOREIGN** | | | | | | |
| **PREFERRED SHARES** | | | | | | |
| META MATERIALS INC-A PFD | 1,185 SEG | N/D | 0.00 | N/D | 0.00 | 0.00% |
| **COMMON SHARES** | | | | | | |
| CINEDIGM CORP CL-A NEW (**CIDM**) | 1,020 SEG | 1.610 | 1,522.06 | 1,642.20 | 120.14 | 12.78% |
| COMSOVEREIGN HLDG CRP-NEW (**COMS**) | 1,100 SEG | 2.070 | 3,262.49 | 2,277.00 | -985.49 | 17.72% |
| MEDIGUS LTD SPON ADR-NEW (**MDGS**) | 1,000 SEG | 1.690 | 3,023.50 | 1,690.00 | -1,333.50 | 13.15% |

(continued on next page)

---

*Order-Execution-Only Account.*

TD Waterhouse Canada Inc.
Member - Canadian Investor Protection Fund



Regulated by
Investment Industry Regulatory
Organization of Canada

Page 1 of 4



Account number: 39WW68-K
Account type: Tax-Free Savings Account - US
Your TFSA statement: Jul 31, 2021

## Holdings in your account (continued)
on July 31, 2021

| Description | Quantity or par value ($) | Price ($) | Book cost ($) | Market value ($) | Unrealized gain or loss ($) | % of your holdings |
|---|---|---|---|---|---|---|
| **FOREIGN (continued)** | | | | | | |
| **COMMON SHARES (continued)** | | | | | | |
| META MATERIALS INC (MMAT) | 1,145 SEG | 3.500 | 6,474.87 | 4,007.50 | -2,467.37 | 31.19% |
| U S ANTIMONY CORP (UAMY) | 1,985 SEG | 0.973 | 2,393.47 | 1,931.40 | -462.07 | 15.03% |
| VISLINK TECHNOLOGIES-NEW (VISL) | 560 SEG | 2.300 | 2,132.39 | 1,288.00 | -844.39 | 10.03% |
| TOTAL FOREIGN | | | $18,808.78 | $12,836.10 | | 99.92% |
| Total Portfolio | | | $18,819.59 | $12,846.91 | | 100.00% |

### An explanation of terms shown in the tables above

*Book cost for long positions* is the total amount paid to purchase a security including any transaction charges related to the purchase, adjusted for reinvested distributions, return of capital and corporate actions.

**Book cost for short positions** is the total amount received for the security, net of any transaction charges related to the sale, adjusted for any distribution (other than dividends), returns of capital and corporate actions.

*Market value* is the price of the security or fund multiplied by the quantity held.

*Unrealized Gain or Loss* is the gain or loss that would be incurred, if your holdings were liquidated as at the end of the statement period. It is calculated by subtracting book cost from market value.

## Activity in your account this period

| Date | Activity | Description | Quantity | Price ($) | Amount ($) | Cash balance ($) |
|---|---|---|---|---|---|---|
| | Beginning cash balance | | | | | 8.02 |
| Jul 8 | Stock Dividend | META MATERIALS INC-A PFD | 1,185 | | 0.00 | 8.02 |
| Jul 8 | Transfer In | META MATERIALS INC | 553 | | 0.00 | 8.02 |
| Jul 8 | VALUE | 3672.24 CAD/USD 0.80160000 39WW68J/39WW68K | | | 0.00 | 8.02 |
| Jul 9 | CIL | META MATERIALS INC | | | 2.79 | 10.81 |
| Jul 31 | Ending cash balance | | | | | $10.81 |

*Order-Execution-Only Account.*

Case 24-50792-hlb    Doc 638    Entered 12/13/24 08:52:18    Page 17 of 17



**TD Direct Investing**

# Your TFSA statement

June 1, 2021 to June 30, 2021

Account number: 39WW68-K
Account type: Tax-Free Savings Account - US
Account currency: US dollars

MR. GARY M HOOPER
6 OLD OAK LANE
MONO ON
L9W 4B1

### Do you have a question?

For questions about your statement or further information, we provide support 24 hours a day, 7 days a week in 4 languages:

| | |
|---|---|
| English: | 1-800-465-5463 |
| French: | 1-800-361-2684 |
| Cantonese: | 1-800-838-3223 option 1 |
| Mandarin: | 1-800-838-3223 option 2 |

## Your account at a glance

**You need to know**
Please see page 3 for important information about your account.

| | This period (Jun 1 - Jun 30, 2021) | Last period (May 1 - May 31, 2021) | Year to date (Jan 27 - Jun 30, 2021) |
|---|---:|---:|---:|
| Beginning balance | $11,028.34 | $10,890.23 | $0.00 |
| Change in your account balance | $2,648.74 | $138.11 | $13,677.08 |
| Ending balance | $13,677.08 | $11,028.34 | $13,677.08 |

## Holdings in your account
on June 30, 2021

| Description | Quantity or par value ($) | Price ($) | Book cost ($) | Market value ($) | Unrealized gain or loss ($) | % of your holdings |
|---|---|---|---:|---:|---:|---:|
| **DOMESTIC** | | | | | | |
| Cash | | | 8.02 | 8.02 | 0.00 | 0.06% |
| **TOTAL DOMESTIC** | | | **$8.02** | **$8.02** | | **0.06%** |
| **FOREIGN** | | | | | | |
| **COMMON SHARES** | | | | | | |
| CINEDIGM CORP CL-A NEW (**CIDM**) | 1,020 SEG | 1.290 | 1,522.06 | 1,315.80 | -206.26 | 9.62% |
| COMSOVEREIGN HLDG CRP-NEW (**COMS**) | 1,100 SEG | 2.320 | 3,262.49 | 2,552.00 | -710.49 | 18.66% |
| MEDIGUS LTD SPON ADR-NEW (**MDGS**) | 1,000 SEG | 1.810 | 3,023.50 | 1,810.00 | -1,213.50 | 13.23% |
| META MATERIALS INC (**MMAT**) | 592 SEG | 7.490 | 2,805.42 | 4,434.08 | 1,628.66 | 32.42% |
| U S ANTIMONY CORP (**UAMY**) | 1,985 SEG | 0.988 | 2,393.47 | 1,961.18 | -432.29 | 14.34% |

(continued on next page)

---

Order-Execution-Only Account.

TD Waterhouse Canada Inc.
Member - Canadian Investor Protection Fund



Regulated by
Investment Industry Regulatory Organization of Canada

Page 1 of 4