NVB 3001 (Effective 1/21)

# UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA

**PROOF OF INTEREST**

**Name of Debtor:** Meta Materials Inc.

**Case Number:** 24-50792

1. **Name and address of holder of the Equity Interest** (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

   Gary M Hooper
   6 Old Oak Lane
   Mono, Ontario, Canada
   L9W 4B1

   **Telephone Number:** 519-941-8108

   ☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

   ☑ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

   ☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

   RECEIVED AND FILED AM
   DEC 12 2024
   US BANKRUPTCY COURT
   MARY A. SCHOTT, CLERK

**NOTE:** This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

**COURT USE ONLY**

**Account or other number by which Interest holder identifies Debtor:**
39W W68A   TD Waterhouse Ca.

Check here if this claim:
☐ replaces a previously filed Proof of Interest dated: _____
☐ amends a previously filed Proof of Interest dated: _____

2. **Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:**
   Gary M Hooper
   TD Waterhouse Canada
   Markham, Ont Canada
   **Telephone Number:** 1-866-280-0056

3. **Date Equity Interest was acquired:**
   June 28 2022 —
   May 5 2023
   Documentation provided.

4. **Total amount of member interest:** 39   $5007.67 (MMAT) Canadian

5. **Certificate number(s):** _____

6. **Type of Equity Interest:**
   Please indicate the type of Equity Interest you hold:
   ☑ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
   ☐ Check this box if your Equity Interest is based on anything else and describe that interest:
   **Description:** _____

7. **Supporting Documents:** Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
   DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. **Date-Stamped Copy:** To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

9. **Signature:**
   Check the appropriate box.
   ☑ I am the creditor.   ☐ I am the creditor's authorized agent. (Attach copy of power of attorney, if any.)   ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)   ☐ I am a guarantor, surety, endorser, or other codebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: Gary M Hooper
Title: _____
Company: ___ Address and telephone number (if different from notice address above):
_____

(Signature) Gary Hooper   (Date) Dec 5/24

Telephone number: 519-941-8108   email: Hoopers_6@hotmail.com

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

# Metamaterial Inc MMAT Canadian

June 2021
MMAT 300 shares. (Book Cost) $485.99 Canadian
Forward split 553 MMAT Canadian shares

After merger 553 MMAT Canadian shares transferred to MMAT ( American Account)

Buying MMAX after merger
June 28 2022    265 shares    $439.29
July 5 2022.    493 shares.   $601.59
Nov 2 2022.     600 shares    $771.99
Nov 4 2022.     400 shares    $609.99
Nov 17 2022.    316 shares.   $768.39
Nov 18 2022.    613 shares.   $1468.93
May 5 2023.     1250 shares.  $347.49

Total MMAX shares 3937. Book cost $5007.67 Canadian

January 2024.
After 100-1 reverse split
MMAX 39 shares. (Book Cost) $5007.67 Canadian
Verification with all the TD statements

December 2024 39 shares of MMAX with a Book Cost of $5007.67

MMAX and MMAT did not qualify as a investment in the Canadian and US TFSA
They have both been transferred into a Canadian Cash Account and a US Cash Account.
Canadian Cash Account 39WW68A



# TD Direct Investing

# Your investment account statement
November 1, 2024 to November 30, 2024

Account number: 39WW68
Account type: Direct Trading - CDN
Account currency: Canadian dollars

MR GARY M HOOPER
6 OLD OAK LANE
MONO ON
L9W 4B1

**Do you have a question?**

If you have any questions or require assistance, please log into the TD app and choose Contact Us from the 'More' menu, or call the numbers below to speak to an Investment Representative:

| | |
|---|---|
| **English:** | 1-800-465-5463 |
| **French:** | 1-800-361-2684 |
| **Cantonese:** | 1-800-838-3223 option 1 |
| **Mandarin:** | 1-800-838-3223 option 2 |

## Your account at a glance

> **You need to know**
> Please see **page 2** for important information about your account.

| | This period (Nov 1 - Nov 30, 2024) | Last period (Jan 1 - Oct 31, 2024) | Year to date (Jan 1 - Nov 30, 2024) |
|---|---:|---:|---:|
| Beginning balance | $20.35 | $0.00 | $0.00 |
| Change in your account balance | $6.00 | $20.35 | $26.35 |
| **Ending balance** | **$26.35** | **$20.35** | **$26.35** |

▸ US dollars converted to Canadian dollars at **1.4010** as of Nov 30, 2024

## Holdings in your account
on November 30, 2024

| Description | Quantity or par value ($) | Price ($) | Book cost ($) | Market value ($) | Unrealized gain or loss ($) | % of your holdings |
|---|---|---|---:|---:|---:|---:|
| Cash | | | 18.58 | 18.58 | 0.00 | 70.51% |
| **COMMON SHARES** | | | | | | |
| METAMATERIAL EXCHANGE-NEW (MMAX) | 39 SEG | 0.160 | 9.75 | 6.24 | -3.51 | 23.68% |
| META MATERIALS INC-NEW (MMATQ) | 18 SEG | 0.061U | 0.10 | 1.53 | 1.43 | 5.81% |
| **Total Portfolio** | | | **$28.43** | **$26.35** | | **100.00%** |

▸ The US dollar conversion rate we used to convert your month-end market values to Canadian dollars is **1.4010**
▸ Book costs are converted to Canadian dollars at the exchange rate used at the time of the transaction
▸ U=US dollars

---

*Order-Execution-Only Account.*

TD Waterhouse Canada Inc.
Member - Canadian Investor Protection Fund



**Regulated by CIRO**
Canadian Investment
Regulatory Organization

Page 1 of 3



# TD Direct Investing

# Your TFSA statement
October 1, 2024 to October 31, 2024

Account number: 39WW68-J
Account type: Tax-Free Savings Account - CDN
Account currency: Canadian dollars

MR GARY M HOOPER
6 OLD OAK LANE
MONO ON
L9W 4B1

### Do you have a question?

If you have any questions or require assistance, please log into the TD app and choose Contact Us from the 'More' menu, or call the numbers below to speak to an Investment Representative:

| | |
|---|---|
| **English:** | 1-800-465-5463 |
| **French:** | 1-800-361-2684 |
| **Cantonese:** | 1-800-838-3223 option 1 |
| **Mandarin:** | 1-800-838-3223 option 2 |

## Your account at a glance

> **You need to know**
> Please see **page 3** for important information about your account.

| | This period (Oct 1 - Oct 31, 2024) | Last period (Sep 1 - Sep 30, 2024) | Year to date (Jan 1 - Oct 31, 2024) |
|---|---:|---:|---:|
| Beginning balance | $14,074.24 | $13,550.74 | $14,946.38 |
| Change in your account balance | -$1,197.39 | $523.50 | -$2,069.53 |
| **Ending balance** | **$12,876.85** | **$14,074.24** | **$12,876.85** |

## Holdings in your account
on October 31, 2024

| Description | Quantity or par value ($) | Price ($) | Book cost ($) | Market value ($) | Unrealized gain or loss ($) | % of your holdings |
|---|---:|---:|---:|---:|---:|---:|
| **DOMESTIC** | | | | | | |
| Cash | | | —— | —— | —— | —— |
| **COMMON SHARES** | | | | | | |
| ~~[redacted]~~ | ~~[redacted]~~ | ~~[redacted]~~ | ~~[redacted]~~ | ~~[redacted]~~ | ~~[redacted]~~ | ~~[redacted]~~ |
| METAMATERIAL EXCHANGE-NEW (MMAX) | 39 SEG | 0.160 | 5,006.74 | 6.24 | -5,000.50 | 0.05% |
| **TOTAL DOMESTIC** | | | $18,640.26 | $12,876.85 | | 100.00% |
| **Total Portfolio** | | | $18,640.26 | $12,876.85 | | 100.00% |

*Order-Execution-Only Account.*

TD Waterhouse Canada Inc.
Member - Canadian Investor Protection Fund

**Regulated by CIRO**
Canadian Investment
Regulatory Organization

Page 1 of 4



Account number: 39WW68-J
Account type: Tax-Free Savings Account - CDN
Your TFSA statement: Oct 31, 2024

## Definitions

### An explanation of terms shown in the tables above

**Book cost for long positions** is the total amount paid to purchase a security including any transaction charges related to the purchase, adjusted for reinvested distributions, return of capital and corporate actions.

**Book cost for short positions** is the total amount received for the security, net of any transaction charges related to the sale, adjusted for any distribution (other than dividends), returns of capital and corporate actions.

**Market value** is the price of the security or fund multiplied by the quantity held.

**Unrealized Gain or Loss** is the gain or loss that would be incurred, if your holdings were liquidated as at the end of the statement period. It is calculated by subtracting book cost from market value.

## Activity in your account this period

| Date | Activity | Description | Quantity | Price ($) | Amount ($) | Cash balance ($) |
|---|---|---|---|---|---|---|
| | Beginning cash balance | | | | | 1,172.25 |
| Oct 7 | Deregistration | WITHDRAWAL | | | -1,170.00 | 2.25 |
| ~~Oct 17~~ | ~~Sell~~ | ~~█████~~ | ~~█~~ | ~~█~~ | ~~5,616.76~~ | ~~█~~ |
| ~~█~~ | ~~█~~ | ~~█~~ | ~~█~~ | | ~~185.50~~ | ~~█~~ |
| Oct 29 | Transfer In | META MATERIALS INC-NEW | 18 | | 0.00 | 5,701.51 |
| Oct 29 | Value | 10239.15 USD/CAD 1.39000000 39WW68K/39WW68J | | | 0.00 | 5,701.51 |
| Oct 30 | Swap | META MATERIALS INC-NEW 39WW68J 39WW68A SWAP | -18 | | 0.10 | 5,701.61 |
| Oct 31 | **Ending cash balance** | | | | | **$5,701.61** |

## Details of investment income

| Earnings/Expenses | This period (Oct 1 - Oct 31, 2024) | Year to date (Jan 1 - Oct 31, 2024) |
|---|---|---|
| Dividends | 185.50 | 795.00 |
| **Total** | **$185.50** | **$795.00** |

## Your TFSA contribution and withdrawal information

**Contributions**
Year to date                         $0.00

**Withdrawals**
Year to date                        -$3,970.00

*Order-Execution-Only Account.*



**TD Direct Investing**

# Your TFSA statement

September 1, 2024 to September 30, 2024

Account number: 39WW68-J
Account type: Tax-Free Savings Account - CDN
Account currency: Canadian dollars

### Do you have a question?

For questions about your statement or further information, we provide support Monday through Friday, in 4 languages:

| | |
|---|---|
| **English:** | **1-800-465-5463** |
| **French:** | **1-800-361-2684** |
| **Cantonese:** | **1-800-838-3223 option 1** |
| **Mandarin:** | **1-800-838-3223 option 2** |

MR GARY M HOOPER
6 OLD OAK LANE
MONO ON
L9W 4B1

## Your account at a glance

> **You need to know**
> Please see **page 2** for important information about your account.

| | This period (Sep 1 - Sep 30, 2024) | Last period (Aug 1 - Aug 31, 2024) | Year to date (Jan 1 - Sep 30, 2024) |
|---|---:|---:|---:|
| Beginning balance | $13,550.74 | $14,832.50 | $14,946.38 |
| Change in your account balance | $523.50 | -$1,281.76 | -$872.14 |
| **Ending balance** | **$14,074.24** | **$13,550.74** | **$14,074.24** |

## Holdings in your account
on September 30, 2024

| Description | Quantity or par value ($) | Price ($) | Book cost ($) | Market value ($) | Unrealized gain or loss ($) | % of your holdings |
|---|---:|---:|---:|---:|---:|---:|
| **DOMESTIC** | | | | | | |
| Cash | | | 1,172.25 | 1,172.25 | 0.00 | 8.33% |
| **COMMON SHARES** | | | | | | |
| ~~[redacted]~~ | ~~[redacted]~~ | ~~[redacted]~~ | ~~[redacted]~~ | ~~[redacted]~~ | ~~[redacted]~~ | ~~[redacted]~~ |
| METAMATERIAL EXCHANGE-NEW (MMAX) | 39 SEG | 0.160 | 5,006.74 | 6.24 | -5,000.50 | 0.04% |
| **TOTAL DOMESTIC** | | | **$20,059.84** | **$14,074.24** | | **100.00%** |
| **Total Portfolio** | | | **$20,059.84** | **$14,074.24** | | **100.00%** |

Order-Execution-Only Account.

TD Waterhouse Canada Inc.
Member - Canadian Investor Protection Fund

Regulated by CIRO
Canadian Investment Regulatory Organization

Page 1 of 3



**TD Direct Investing**

# Your TFSA statement
January 1, 2024 to January 31, 2024

Account number: 39WW68-J
Account type: Tax-Free Savings Account - CDN
Account currency: Canadian dollars

MR GARY M HOOPER
6 OLD OAK LANE
MONO ON
L9W 4B1

**Do you have a question?**

For questions about your statement or further information, we provide support Monday through Friday, in 4 languages:

| | |
|---|---|
| **English:** | **1-800-465-5463** |
| **French:** | **1-800-361-2684** |
| **Cantonese:** | **1-800-838-3223 option 1** |
| **Mandarin:** | **1-800-838-3223 option 2** |

## Your account at a glance

> ⓘ **You need to know**
> Please see **page 3** for important information about your account.

| | This period (Jan 1 - Jan 31, 2024) | Last period (Dec 1 - Dec 31, 2023) | Year to date (Jan 1 - Jan 31, 2024) |
|---|---:|---:|---:|
| Beginning balance | $14,946.38 | $13,973.27 | $14,946.38 |
| Change in your account balance | -$480.98 | $973.11 | -$480.98 |
| Ending balance | $14,465.40 | $14,946.38 | $14,465.40 |

## Holdings in your account
on January 31, 2024

| Description | Quantity or par value ($) | Price ($) | Book cost ($) | Market value ($) | Unrealized gain or loss ($) | % of your holdings |
|---|---:|---:|---:|---:|---:|---:|
| **DOMESTIC** | | | | | | |
| Cash | | | 239.31 | 239.31 | 0.00 | 1.65% |
| **COMMON SHARES** | | | | | | |
| ▓▓▓▓▓▓▓▓ | ▓▓▓ | ▓▓▓ | ▓▓▓1 | ▓▓▓5 | ▓▓▓ | ▓▓% |
| METAMATERIAL EXCHANGE-NEW (MMAX) | 39 SEG | 2.060 | 5,007.67 | 80.34 | -4,927.33 | 0.56% |
| **TOTAL DOMESTIC** | | | $23,093.79 | $14,465.40 | | 100.00% |
| **Total Portfolio** | | | $23,093.79 | $14,465.40 | | 100.00% |

**Order-Execution-Only Account.**

TD Waterhouse Canada Inc.
Member - Canadian Investor Protection Fund

IIROC

**Regulated by** Investment Industry Regulatory Organization of Canada

Page 1 of 4



Account number: 39WW68-J
Account type: Tax-Free Savings Account - CDN
Your TFSA statement: Jan 31, 2024

## Definitions

**An explanation of terms shown in the tables above**

**Book cost for long positions** is the total amount paid to purchase a security including any transaction charges related to the purchase, adjusted for reinvested distributions, return of capital and corporate actions.

**Book cost for short positions** is the total amount received for the security, net of any transaction charges related to the sale, adjusted for any distribution (other than dividends), returns of capital and corporate actions.

**Market value** is the price of the security or fund multiplied by the quantity held.

**Unrealized Gain or Loss** is the gain or loss that would be incurred, if your holdings were liquidated as at the end of the statement period. It is calculated by subtracting book cost from market value.

## Activity in your account this period

| Date | Activity | Description | Quantity | Price ($) | Amount ($) | Cash balance ($) |
|---|---|---|---:|---:|---:|---:|
| | Beginning cash balance | | | | | 0.81 |
| Jan 29 | ▓▓▓▓ | ▓▓▓▓▓▓▓▓▓▓ | ▓▓ | | ▓▓▓▓ | ▓▓▓▓ |
| Jan 29 | Reverse Split | METAMATERIAL EXCHANGECO * | -3,937 | | 5,007.67 | 5,246.98 |
| Jan 29 | Reverse Split | METAMATERIAL EXCHANGE-NEW | 39 | | -5,007.67 | 239.31 |
| Jan 31 | Ending cash balance | | | | | $239.31 |

## Details of investment income

| Earnings/Expenses | This period (Jan 1 - Jan 31, 2024) | Year to date (Jan 1 - Jan 31, 2024) |
|---|---:|---:|
| Dividends | 238.50 | 238.50 |
| **Total** | **$238.50** | **$238.50** |

## Your TFSA contribution and withdrawal information

**Contributions**
Year to date                                                $0.00

**Withdrawals**
Year to date                                                $0.00

*Order-Execution-Only Account.*



**TD Direct Investing**

# Your TFSA statement
May 1, 2023 to May 31, 2023

Account number: 39WW68-J
Account type: Tax-Free Savings Account - CDN
Account currency: Canadian dollars

**Do you have a question?**
For questions about your statement or further information, we provide support Monday through Friday, in 4 languages:

| | |
|---|---|
| **English:** | **1-800-465-5463** |
| **French:** | **1-800-361-2684** |
| **Cantonese:** | **1-800-838-3223 option 1** |
| **Mandarin:** | **1-800-838-3223 option 2** |

MR GARY M HOOPER
6 OLD OAK LANE
MONO ON
L9W 4B1

## Your account at a glance

> **You need to know**
> Please see **page 2** for important information about your account.

| | This period (May 1 - May 31, 2023) | Last period (Apr 1 - Apr 30, 2023) | Year to date (Jan 1 - May 31, 2023) |
|---|---|---|---|
| Beginning balance | $16,345.28 | $16,938.02 | $18,543.02 |
| Change in your account balance | -$409.12 | -$592.74 | -$2,606.86 |
| Ending balance | $15,936.16 | $16,345.28 | $15,936.16 |

## Holdings in your account
on May 31, 2023

| Description | Quantity or par value ($) | Price ($) | Book cost ($) | Market value ($) | Unrealized gain or loss ($) | % of your holdings |
|---|---|---|---|---|---|---|
| **DOMESTIC** | | | | | | |
| Cash | | | 1.81 | 1.81 | 0.00 | 0.01% |
| **COMMON SHARES** | | | | | | |
| ▓▓▓▓▓▓▓▓ | ▓▓▓ | ▓▓▓ | ▓▓▓ | ▓▓▓ | ▓▓▓▓6 | ▓▓▓% |
| METAMATERIAL EXCHANGECO (MMAX) | 3,937 SEG | 0.300 | 5,007.67 | 1,181.10 | -3,826.57 | 7.41% |
| **TOTAL DOMESTIC** | | | $22,856.29 | $15,936.16 | | 100.00% |
| **Total Portfolio** | | | $22,856.29 | $15,936.16 | | 100.00% |

*Order-Execution-Only Account.*
TD Waterhouse Canada Inc.
Member - Canadian Investor Protection Fund

IIROC

**Regulated by**
Investment Industry Regulatory
Organization of Canada

Page 1 of 3



Account number: 39WW68-J
Account type: Tax-Free Savings Account - CDN
Your TFSA statement: May 31, 2023

## Definitions

### An explanation of terms shown in the tables above

**Book cost for long positions** is the total amount paid to purchase a security including any transaction charges related to the purchase, adjusted for reinvested distributions, return of capital and corporate actions.

**Book cost for short positions** is the total amount received for the security, net of any transaction charges related to the sale, adjusted for any distribution (other than dividends), returns of capital and corporate actions.

**Market value** is the price of the security or fund multiplied by the quantity held.

**Unrealized Gain or Loss** is the gain or loss that would be incurred, if your holdings were liquidated as at the end of the statement period. It is calculated by subtracting book cost from market value.

## Activity in your account this period

| Date | Activity | Description | Quantity | Price ($) | Amount ($) | Cash balance ($) |
|---|---|---|---|---|---|---|
| | Beginning cash balance | | | | | 349.30 |
| May 5 | Buy | METAMATERIAL EXCHANGECO MP-601383 | 1,250 | 0.270 | -347.49 | 1.81 |
| May 31 | Ending cash balance | | | | | $1.81 |

## Details of investment income

| Earnings/Expenses | This period (May 1 - May 31, 2023) | Year to date (Jan 1 - May 31, 2023) |
|---|---|---|
| Dividends | 0.00 | 463.50 |
| **Total** | **$0.00** | **$463.50** |

## Your TFSA contribution and withdrawal information

**Contributions**
Year to date                     $0.00

**Withdrawals**
Year to date                     $0.00

## ⓘ Important information about your account

Discover our top digital tools for investing, managing your account, and other self-serve options. Visit the TD Direct Investing Help Centre at www.td.com/TDDirectInvestingHelp to get the answers you need quickly and easily.

*Order-Execution-Only Account.*



**TD Direct Investing**

# Your TFSA statement
November 1, 2022 to November 30, 2022

Account number: 39WW68-J
Account type: Tax-Free Savings Account - CDN
Account currency: Canadian dollars

MR GARY M HOOPER
6 OLD OAK LANE
MONO ON
L9W 4B1

**Do you have a question?**

For questions about your statement or further information, we provide support 24 hours a day, 7 days a week in 4 languages:

| | |
|---|---|
| **English:** | **1-800-465-5463** |
| **French:** | **1-800-361-2684** |
| **Cantonese:** | **1-800-838-3223 option 1** |
| **Mandarin:** | **1-800-838-3223 option 2** |

## Your account at a glance

> **You need to know**
>
> Please see **page 3** for important information about your account.

| | This period (Nov 1 - Nov 30, 2022) | Last period (Oct 1 - Oct 31, 2022) | Year to date (Jan 1 - Nov 30, 2022) |
|---|---|---|---|
| Beginning balance | $16,182.42 | $15,026.66 | $18,487.66 |
| Change in your account balance | $5,004.36 | $1,155.76 | $2,699.12 |
| **Ending balance** | **$21,186.78** | **$16,182.42** | **$21,186.78** |

## Holdings in your account
on November 30, 2022

| Description | Quantity or par value ($) | Price ($) | Book cost ($) | Market value ($) | Unrealized gain or loss ($) | % of your holdings |
|---|---|---|---|---|---|---|
| **DOMESTIC** | | | | | | |
| Cash | | | 637.81 | 637.81 | 0.00 | 3.01% |
| **COMMON SHARES** | | | | | | |
| ~~[redacted]~~ | ~~[redacted]~~ | ~~[redacted]~~ | ~~[redacted]~~ | ~~[redacted]~~ | ~~[redacted]~~ | ~~[redacted]~~ |
| METAMATERIAL EXCHANGECO (MMAX) | 2,687 SEG | 2.450 | 4,660.18 | 6,583.15 | 1,922.97 | 31.07% |
| **TOTAL DOMESTIC** | | | **$21,407.93** | **$21,186.78** | | **100.00%** |
| **Total Portfolio** | | | **$21,407.93** | **$21,186.78** | | **100.00%** |

*Order-Execution-Only Account.*

TD Waterhouse Canada Inc.
Member - Canadian Investor Protection Fund

**IIROC** | **Regulated by** Investment Industry Regulatory Organization of Canada

Page 1 of 4



Account number: 39WW68-J
Account type: Tax-Free Savings Account - CDN
Your TFSA statement: Nov 30, 2022

## Definitions

### An explanation of terms shown in the tables above

**Book cost for long positions** is the total amount paid to purchase a security including any transaction charges related to the purchase, adjusted for reinvested distributions, return of capital and corporate actions.

**Book cost for short positions** is the total amount received for the security, net of any transaction charges related to the sale, adjusted for any distribution (other than dividends), returns of capital and corporate actions.

**Market value** is the price of the security or fund multiplied by the quantity held.

**Unrealized Gain or Loss** is the gain or loss that would be incurred, if your holdings were liquidated as at the end of the statement period. It is calculated by subtracting book cost from market value.

## Activity in your account this period

| Date | Activity | Description | Quantity | Price ($) | Amount ($) | Cash balance ($) |
|---|---|---|---|---|---|---|
| | Beginning cash balance | | | | | 781.09 |
| Nov 1 | Contribution | WQ540 TSF FR 0504025 | | | 550.00 | 1,331.09 |
| Nov 2 | Contribution | HO490 TSF FR 0504025 | | | 60.00 | 1,391.09 |
| Nov 2 | Buy | METAMATERIAL EXCHANGECO | 600 | 1.270 | -771.99 | 619.10 |
| Nov 4 | Buy | METAMATERIAL EXCHANGECO FX-564215 | 400 | 1.500 | -609.99 | 9.11 |
| Nov 10 | Contribution | II051 TSF FR 0504025 | | | 760.00 | 769.11 |
| Nov 17 | Buy | METAMATERIAL EXCHANGECO GE-564173 | 316 | 2.400 | -768.39 | 0.72 |
| Nov 17 | Sell | SOLITARIO ZINC CORP GD-562858 | -2,000 | 0.740 | 1,470.01 | 1,470.73 |
| Nov 18 | Buy | METAMATERIAL EXCHANGECO BJ-563171 | 613 | 2.380 | -1,468.93 | 1.80 |
| Nov 25 | Transfer In | TRANSFER IN TO TFSA CONV @ 1.316400 | | | 405.45 | 407.25 |
| Nov 25 | Deregistration | WITHDRAWAL | | | -407.00 | 0.25 |
| Nov 30 | Transfer In | TRANSFER IN TO TFSA CONV @ 1.336600 | | | 637.56 | 637.81 |
| Nov 30 | Ending cash balance | | | | | $637.81 |

## Details of investment income

| Earnings/Expenses | This period (Nov 1 - Nov 30, 2022) | Year to date (Jan 1 - Nov 30, 2022) |
|---|---|---|
| Dividends | 0.00 | 796.02 |
| **Total** | **$0.00** | **$796.02** |

*Order-Execution-Only Account.*



# TD Direct Investing

# Your TFSA statement
July 1, 2022 to July 31, 2022

Account number: 39WW68-J
Account type: Tax-Free Savings Account - CDN
Account currency: Canadian dollars

MR GARY M HOOPER
6 OLD OAK LANE
MONO ON
L9W 4B1

### Do you have a question?
For questions about your statement or further information, we provide support 24 hours a day, 7 days a week in 4 languages:

| | |
|---|---|
| **English:** | 1-800-465-5463 |
| **French:** | 1-800-361-2684 |
| **Cantonese:** | 1-800-838-3223 option 1 |
| **Mandarin:** | 1-800-838-3223 option 2 |

## Your account at a glance

**① You need to know**
Please see **page 3** for important information about your account.

| | This period (Jul 1 - Jul 31, 2022) | Last period (Jun 1 - Jun 30, 2022) | Year to date (Jan 1 - Jul 31, 2022) |
|---|---|---|---|
| Beginning balance | $17,693.86 | $18,990.85 | $18,487.66 |
| Change in your account balance | $493.71 | -$1,296.99 | -$300.09 |
| **Ending balance** | **$18,187.57** | **$17,693.86** | **$18,187.57** |

## Holdings in your account
on July 31, 2022

| Description | Quantity or par value ($) | Price ($) | Book cost ($) | Market value ($) | Unrealized gain or loss ($) | % of your holdings |
|---|---|---|---|---|---|---|
| **DOMESTIC** | | | | | | |
| Cash | | | 207.36 | 207.36 | 0.00 | 1.14% |
| **COMMON SHARES** | | | | | | |
| ~~redacted~~ | ~~redacted~~ | ~~redacted~~ | ~~redacted~~ | ~~redacted~~ | ~~redacted~~ | ~~redacted~~ |
| METAMATERIAL EXCHANGECO (MMAX) | 758 SEG | 1.090 | 1,040.88 | 826.22 | -214.66 | 4.54% |
| PINE CLIFF ENERGY LTD (PNE) | 125 SEG | 1.840 | 209.99 | 230.00 | 20.01 | 1.26% |
| **TOTAL DOMESTIC** | | | **$17,568.17** | **$16,787.57** | | **92.30%** |

(continued on next page)

**Order-Execution-Only Account.**
TD Waterhouse Canada Inc.
Member - Canadian Investor Protection Fund

IIROC

**Regulated by**
Investment Industry Regulatory Organization of Canada

Page 1 of 4



Account number: 39WW68-J
Account type: Tax-Free Savings Account - CDN
Your TFSA statement: Jul 31, 2022

## Holdings in your account (continued)
on July 31, 2022

| Description | Quantity or par value ($) | Price ($) | Book cost ($) | Market value ($) | Unrealized gain or loss ($) | % of your holdings |
|---|---|---|---|---|---|---|
| **FOREIGN** | | | | | | |
| **COMMON SHARES** | | | | | | |
| SOLITARIO ZINC CORP (XPL) | 2,000 SEG | 0.700 | 1,983.08 | 1,400.00 | -583.08 | 7.70% |
| **TOTAL FOREIGN** | | | $1,983.08 | $1,400.00 | | 7.70% |
| **Total Portfolio** | | | $19,551.25 | $18,187.57 | | 100.00% |

### Definitions
**An explanation of terms shown in the tables above**

*Book cost for long positions* is the total amount paid to purchase a security including any transaction charges related to the purchase, adjusted for reinvested distributions, return of capital and corporate actions.

*Book cost for short positions* is the total amount received for the security, net of any transaction charges related to the sale, adjusted for any distribution (other than dividends), returns of capital and corporate actions.

*Market value* is the price of the security or fund multiplied by the quantity held.

*Unrealized Gain or Loss* is the gain or loss that would be incurred, if your holdings were liquidated as at the end of the statement period. It is calculated by subtracting book cost from market value.

## Activity in your account this period

| Date | Activity | Description | Quantity | Price ($) | Amount ($) | Cash balance ($) |
|---|---|---|---|---|---|---|
| | Beginning cash balance | | | | | 602.94 |
| Jul 5 | Buy | METAMATERIAL EXCHANGECO | 493 | 1.200 | -601.59 | 1.35 |
| Jul 7 | Transfer In | META MATERIALS INC-A PFD | 1,185 | | 0.00 | 1.35 |
| Jul 7 | VALUE | 2517.05 USD/CAD 1.30350000 39WW68K/39WW68J | | | 0.00 | 1.35 |
| Jul 8 | Deregistration | META MATERIALS INC-A PFD | -1,185 | | 0.00 | 1.35 |
| Jul 8 | VALUE | -2480.11 39WW68J DEREG TO 39WW68A | | | 0.00 | 1.35 |
| Jul 27 | ~~Dividends~~ | ~~~~ | ~~400~~ | | ~~204.07~~ | ~~206.22~~ |
| Jul 29 | Dividends | PINE CLIFF ENERGY LTD | 125 | | 1.04 | 207.36 |
| **Jul 31** | **Ending cash balance** | | | | | **$207.36** |

*Order-Execution-Only Account.*



# TD Direct Investing

## Your TFSA statement
June 1, 2022 to June 30, 2022

Account number: 39WW68-J
Account type: Tax-Free Savings Account - CDN
Account currency: Canadian dollars

### Do you have a question?
For questions about your statement or further information, we provide support 24 hours a day, 7 days a week in 4 languages:

| | |
|---|---|
| **English:** | **1-800-465-5463** |
| **French:** | **1-800-361-2684** |
| **Cantonese:** | **1-800-838-3223 option 1** |
| **Mandarin:** | **1-800-838-3223 option 2** |

MR. GARY M HOOPER
6 OLD OAK LANE
MONO ON
L9W 4B1

## Your account at a glance

> You need to know
> Please see **page 3** for important information about your account.

| | This period (Jun 1 - Jun 30, 2022) | Last period (May 1 - May 31, 2022) | Year to date (Jan 1 - Jun 30, 2022) |
|---|---|---|---|
| Beginning balance | $18,990.85 | $18,379.27 | $18,487.66 |
| Change in your account balance | -$1,296.99 | $611.58 | -$793.80 |
| **Ending balance** | **$17,693.86** | **$18,990.85** | **$17,693.86** |

## Holdings in your account
on June 30, 2022

| Description | Quantity or par value ($) | Price ($) | Book cost ($) | Market value ($) | Unrealized gain or loss ($) | % of your holdings |
|---|---|---|---|---|---|---|
| **DOMESTIC** | | | | | | |
| Cash | | | 602.94 | 602.94 | 0.00 | 3.41% |
| **COMMON SHARES** | | | | | | |
| ▓▓▓▓▓▓▓▓ | ▓▓▓ SEG | ▓▓▓▓ | ▓▓,▓▓▓.▓▓ | ▓▓,▓▓▓.▓▓ | ▓▓▓.▓▓ | ▓▓.▓▓% |
| METAMATERIAL EXCHANGECO (**MMAX**) | 265 SEG | 1.240 | 439.29 | 328.60 | -110.69 | 1.86% |
| PINE CLIFF ENERGY LTD (**PNE**) | 125 SEG | 1.460 | 209.99 | 182.50 | -27.49 | 1.03% |
| **TOTAL DOMESTIC** | | | **$17,362.16** | **$16,273.86** | | **91.97%** |

(continued on next page)

---

**Order-Execution-Only Account.**

TD Waterhouse Canada Inc.
Member - Canadian Investor Protection Fund

**IIROC**

**Regulated by**
Investment Industry Regulatory Organization of Canada

Page **1** of 4



Account number: 39WW68-J
Account type: Tax-Free Savings Account - CDN
Your TFSA statement: Jun 30, 2022

## Holdings in your account (continued)
on June 30, 2022

| Description | Quantity or par value ($) | Price ($) | Book cost ($) | Market value ($) | Unrealized gain or loss ($) | % of your holdings |
|---|---|---|---|---|---|---|
| **FOREIGN** | | | | | | |
| **COMMON SHARES** | | | | | | |
| SOLITARIO ZINC CORP (XPL) | 2,000 SEG | 0.710 | 1,983.08 | 1,420.00 | -563.08 | 8.03% |
| **TOTAL FOREIGN** | | | $1,983.08 | $1,420.00 | | 8.03% |
| **Total Portfolio** | | | $19,345.24 | $17,693.86 | | 100.00% |

### Definitions
**An explanation of terms shown in the tables above**

*Book cost for long positions* is the total amount paid to purchase a security including any transaction charges related to the purchase, adjusted for reinvested distributions, return of capital and corporate actions.

*Book cost for short positions* is the total amount received for the security, net of any transaction charges related to the sale, adjusted for any distribution (other than dividends), returns of capital and corporate actions.

*Market value* is the price of the security or fund multiplied by the quantity held.

*Unrealized Gain or Loss* is the gain or loss that would be incurred, if your holdings were liquidated as at the end of the statement period. It is calculated by subtracting book cost from market value.

## Activity in your account this period

| Date | Activity | Description | Quantity | Price ($) | Amount ($) | Cash balance ($) |
|---|---|---|---|---|---|---|
| | Beginning cash balance | | | | | 0.63 |
| Jun 17 | Transfer In | TRANSFER IN TO TFSA CONV @ 1.280700 | | | 440.56 | 441.19 |
| Jun 28 | Buy | METAMATERIAL EXCHANGECO JR-531760 | 265 | 1.620 | -439.29 | 1.90 |
| Jun 29 | Contribution | WY354 TSF FR 0504025 | | | 300.00 | 301.90 |
| Jun 30 | Contribution | HP005 TSF FR 0504025 | | | 300.00 | 601.90 |
| Jun 30 | Dividends | PINE CLIFF ENERGY LTD | 125 | | 1.04 | 602.94 |
| **Jun 30** | **Ending cash balance** | | | | | **$602.94** |

## Pending activity in your account this period

| Date | Activity | Description | Quantity | Price ($) | Amount ($) |
|---|---|---|---|---|---|
| Jul 5 | Buy | METAMATERIAL EXCHANGECO SP-533137 | 493 | 1.200 | -601.59 |

*Order-Execution-Only Account.*

<a>
<p>Case 24-50792-hlb    Doc 639    Entered 12/13/24 08:54:04    Page 17 of 19</p>
</a>



# TD Direct Investing

# Your TFSA statement

July 1, 2021 to July 31, 2021

Account number: 39WW68-J
Account type: Tax-Free Savings Account - CDN
Account currency: Canadian dollars

MR. GARY M HOOPER
6 OLD OAK LANE
MONO ON
L9W 4B1

**Do you have a question?**

For questions about your statement or further information, we provide support 24 hours a day, 7 days a week in 4 languages:

| | |
|---|---|
| **English:** | 1-800-465-5463 |
| **French:** | 1-800-361-2684 |
| **Cantonese:** | 1-800-838-3223 option 1 |
| **Mandarin:** | 1-800-838-3223 option 2 |

## Your account at a glance

| | This period (Jul 1 - Jul 31, 2021) | Last period (Jun 1 - Jun 30, 2021) | Year to date (Jan 1 - Jul 31, 2021) |
|---|---|---|---|
| Beginning balance | $21,429.55 | $17,822.67 | $25,334.80 |
| Change in your account balance | -$5,844.86 | $3,606.88 | -$9,750.11 |
| **Ending balance** | **$15,584.69** | **$21,429.55** | **$15,584.69** |

ⓘ **You need to know**
Please see **page 3** for important information about your account.

## Holdings in your account
on July 31, 2021

| Description | Quantity or par value ($) | Price ($) | Book cost ($) | Market value ($) | Unrealized gain or loss ($) | % of your holdings |
|---|---|---|---|---|---|---|
| **DOMESTIC** | | | | | | |
| Cash | | | 14.83 | 14.83 | 0.00 | 0.10% |
| **COMMON SHARES** | | | | | | |
| SUNCOR ENERGY INC NEW (SU) | 50 SEG | 24.560 | 1,327.99 | 1,228.00 | -99.99 | 7.88% |
| ~~[redacted]~~ | ~~[redacted]~~ | ~~[redacted]~~ | ~~[redacted]~~ | ~~[redacted]~~ | ~~[redacted]~~ | ~~[redacted]~~ |
| **TOTAL DOMESTIC** | | | **$11,158.80** | **$13,685.33** | | **87.81%** |
| **FOREIGN** | | | | | | |
| **COMMON SHARES** | | | | | | |
| SOLITARIO ZINC CORP (XPL) | 2,638 SEG | 0.720 | 2,743.81 | 1,899.36 | -844.45 | 12.19% |
| **TOTAL FOREIGN** | | | **$2,743.81** | **$1,899.36** | | **12.19%** |
| **Total Portfolio** | | | **$13,902.61** | **$15,584.69** | | **100.00%** |

<s>
Order-Execution-Only Account.

TD Waterhouse Canada Inc.
Member - Canadian Investor Protection Fund

IIROC | **Regulated by** Investment Industry Regulatory Organization of Canada

Page 1 of 4
</s>



Account number: 39WW68-J
Account type: Tax-Free Savings Account - CDN
Your TFSA statement: Jul 31, 2021

## Definitions

### An explanation of terms shown in the tables above

**Book cost for long positions** is the total amount paid to purchase a security including any transaction charges related to the purchase, adjusted for reinvested distributions, return of capital and corporate actions.

**Book cost for short positions** is the total amount received for the security, net of any transaction charges related to the sale, adjusted for any distribution (other than dividends), returns of capital and corporate actions.

**Market value** is the price of the security or fund multiplied by the quantity held.

**Unrealized Gain or Loss** is the gain or loss that would be incurred, if your holdings were liquidated as at the end of the statement period. It is calculated by subtracting book cost from market value.

## Activity in your account this period

| Date | Activity | Description | Quantity | Price ($) | Amount ($) | Cash balance ($) |
|---|---|---|---:|---:|---:|---:|
|  | Beginning cash balance |  |  |  |  | 11.39 |
| Jul 6 | Acquisition | META MATERIALS INC | 553 |  | -4,581.15 | -4,569.76 |
| Jul 6 | Disposition | METAMATERIAL INC * | -300 |  | 4,581.15 | 11.39 |
| Jul 8 | Transfer Out | META MATERIALS INC | -553 |  | 0.00 | 11.39 |
| Jul 8 | VALUE | -4581.15 CAD/USD 0.80160000 39WW68J/39WW68K |  |  | 0.00 | 11.39 |
| Jul 9 | CIL | META MATERIALS INC |  |  | 3.44 | 14.83 |
| **Jul 31** | **Ending cash balance** |  |  |  |  | **$14.83** |

## Details of investment income

| Earnings/Expenses | This period (Jul 1 - Jul 31, 2021) | Year to date (Jan 1 - Jul 31, 2021) |
|---|---:|---:|
| Dividends | 0.00 | 347.50 |
| **Total** | **$0.00** | **$347.50** |

## Your TFSA contribution and withdrawal information

**Contributions**

| Year to date | $7,075.00 |
|---|---:|

**Withdrawals**

| Year to date | $0.00 |
|---|---:|

*Order-Execution-Only Account.*



# TD Direct Investing

## Your TFSA statement
June 1, 2021 to June 30, 2021

Account number: 39WW68-J
Account type: Tax-Free Savings Account - CDN
Account currency: Canadian dollars

MR. GARY M HOOPER
6 OLD OAK LANE
MONO ON
L9W 4B1

### Do you have a question?
For questions about your statement or further information, we provide support 24 hours a day, 7 days a week in 4 languages:

| | |
|---|---|
| English: | 1-800-465-5463 |
| French: | 1-800-361-2684 |
| Cantonese: | 1-800-838-3223 option 1 |
| Mandarin: | 1-800-838-3223 option 2 |

## Your account at a glance

> **You need to know**
> Please see **page 3** for important information about your account.

| | This period (Jun 1 - Jun 30, 2021) | Last period (May 1 - May 31, 2021) | Year to date (Jan 1 - Jun 30, 2021) |
|---|---:|---:|---:|
| Beginning balance | $17,822.67 | $17,343.02 | $25,334.80 |
| Change in your account balance | $3,606.88 | $479.65 | -$3,905.25 |
| **Ending balance** | **$21,429.55** | **$17,822.67** | **$21,429.55** |

## Holdings in your account
on June 30, 2021

| Description | Quantity or par value ($) | Price ($) | Book cost ($) | Market value ($) | Unrealized gain or loss ($) | % of your holdings |
|---|---|---|---:|---:|---:|---:|
| **DOMESTIC** | | | | | | |
| Cash | | | 11.39 | 11.39 | 0.00 | 0.05% |
| **COMMON SHARES** | | | | | | |
| METAMATERIAL INC * (**MMAT**) | 300 SEG | 15.800 | 485.99 | 4,740.00 | 4,254.01 | 22.12% |
| SUNCOR ENERGY INC NEW (**SU**) | 50 SEG | 29.690 | 1,327.99 | 1,484.50 | 156.51 | 6.93% |
| ~~redacted~~ | | | | | | |
| **TOTAL DOMESTIC** | | | $11,641.35 | $19,266.39 | | 89.91% |
| **FOREIGN** | | | | | | |
| **COMMON SHARES** | | | | | | |
| SOLITARIO ZINC CORP (**XPL**) | 2,638 SEG | 0.820 | 2,743.81 | 2,163.16 | -580.65 | 10.09% |
| **TOTAL FOREIGN** | | | $2,743.81 | $2,163.16 | | 10.09% |
| **Total Portfolio** | | | $14,385.16 | $21,429.55 | | 100.00% |

**Order-Execution-Only Account.**

TD Waterhouse Canada Inc.
Member - Canadian Investor Protection Fund

**IIROC** | Regulated by Investment Industry Regulatory Organization of Canada

Page 1 of 4