NVB 3001 (Effective 1/21)

**UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA**

## PROOF OF INTEREST

**Name of Debtor:** Meta Materials Inc

**Case Number:** 24-50792

**1. Name and address of holder of the Equity Interest** (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

Ryan Buder
167 Scheuneman Rd
Golden Lake, On
K0J 1X0

**Telephone Number:** 613 799 2395

- ☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.
- ☑ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.
- ☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

RECEIVED AM AND FILED
DEC 12 2024
U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

**COURT USE ONLY**

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

**Account or other number by which Interest holder identifies Debtor:** 286 212 4423

Check here if this claim:
- ☐ replaces a previously filed Proof of Interest dated: _____
- ☐ amends a previously filed Proof of Interest dated: _____

**2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:**

Ryan Buder
Questrade Canada
5700 Yonge St N. York Ont M2M 4K2

**Telephone Number:** 888 783 7866

**3. Date Equity Interest was acquired:** 02-11-2022

**4. Total amount of member interest:** 3 Post Split
300 @ 1.34 = $402

**5. Certificate number(s):** _____

**6. Type of Equity Interest:**
Please indicate the type of Equity Interest you hold:
☑ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
☐ Check this box if your Equity Interest is based on anything else and describe that interest:
**Description:** _____

**7. Supporting Documents:** Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**8. Date-Stamped Copy:** To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

**9. Signature:**
Check the appropriate box.
☑ I am the creditor.   ☐ I am the creditor's authorized agent. (Attach copy of power of attorney, if any.)   ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)   ☐ I am a guarantor, surety, endorser, or other codebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

**Print Name:** Ryan Buder
**Title:**
**Company:** Address and telephone number (if different from notice address above):
_____

(Signature) Ryan Buder
(Date) 12-06-2024

Telephone number: 613 799 2395   email: Ryanbrandon@hotmail.com  Ryanbrandonbuder@hotmail.com

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

RyanBrandonBuder@hotmail.com

NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | PROOF OF INTEREST |
|---|---|

**Name of Debtor:** Meta Materials Inc

**Case Number:** 24-50792

1. **Name and address of holder of the Equity Interest** (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

   Ryan Buder
   164 Scheuneman Rd
   Golden Lake, On
   K0J 1X0

   **Telephone Number:** 613 799 2395

   ☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

   ☑ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

   ☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

   RECEIVED AM AND FILED
   DEC 12 2024
   U.S. BANKRUPTCY COURT
   MARY A. SCHOTT, CLERK

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

COURT USE ONLY

**Account or other number by which Interest holder identifies Debtor:** 286 212 4423

Check here if this claim:
☐ replaces a previously filed Proof of Interest dated: _____
☐ amends a previously filed Proof of Interest dated: _____

2. **Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:**
   Ryan Buder
   Questrade Canada
   5700 Yonge St N, York Ont M2M 4K2
   **Telephone Number:** 888 783 7866

3. **Date Equity Interest was acquired:** 02-11-2022

4. **Total amount of member interest:** 3 Post Split
   300 @ 1.34 = $402

5. **Certificate number(s):** _____

6. **Type of Equity Interest:**
   Please indicate the type of Equity Interest you hold:
   ☑ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
   ☐ Check this box if your Equity Interest is based on anything else and describe that interest:
   **Description:** _____

7. **Supporting Documents:** Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
   DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. **Date-Stamped Copy:** To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

9. **Signature:**
   Check the appropriate box.
   ☑ I am the creditor.    ☐ I am the creditor's authorized agent. (Attach copy of power of attorney, if any.)    ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)    ☐ I am a guarantor, surety, endorser, or other codebtor. (See Bankruptcy Rule 3005.)

   I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

   **Print Name:** Ryan Buder
   **Title:**
   **Company:** Address and telephone number (if different from notice address above):
   _____

   (Signature) Ryan Buder     (Date) 12-06-2024

   Telephone number: 613 799 2395   email: Ryanbrandonbuder@hotmail.com

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

RyanBrandonBuder@hotmail.com

TRADE CONFIRMATION REPORT

# QUESTRADE®

5700 Yonge Street, Unit G1 - Ground Floor, Toronto, ON M2M 4K2
Phone: 416.227.9876   Web: questrade.com

Account #: 28621244   Dealer: Questrade, Inc.   Type: margin
Client: Ryan Buder
Order execution only account

## U.S. stocks and options - Account 2862124423

| Trade Date | Settlement date | Trade # | Action | Quantity | Symbol | T B | EX | Price (USD) | Gross amount (USD) | Comm (USD) | SEC fees (USD) | Interest amount (USD) | Net amount (USD) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 02-11-22 | 04-11-22 | 594880 | Buy | 300 | MMAT | A | NY | 1.34 | (402.00) | (4.95) | 0.00 | 0.00 | (406.95) |

Description  META MATLS INC, COMMON STOCK, AVG PRICE - ASK US FOR DETAILS

|  |  |  |  | Totals |  | (402.00) | (4.95) | 0.00 | 0.00 | (406.95) |

Report generated on 05:43:48 PM 12.05.2024

TRADE CONFIRMATION REPORT     2 of 5

✉   R

| Investment type | % | Market value |
|---|---|---|
| Cash | 100.0 | 58.20 |
| Stocks | 0.0 | 0.00 |
| Total | 100% | 58.20 |

## 2 positions

## Total market value $0.00

Combined in CAD

All asset types  All asset types ⌄   As of 04 Dec 2024

## Investments

Symbol    ✖

| Symbol | Curr | Cost basis | Asset type | Qty | Cost/share | Pos cost | Mkt price | Mkt val | P&L | % rtn | % port |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 8AG5588 NEXT BRIDGE ... | USD | ND | STK | 110.00 | ND | ND | 0.00 | 0.00 | ND | ND | 0.00 |
| MMATQ META MATERIA... | USD | BK | STK | 3.00 | 135.6500 | 406.95 | 0.00 | 0.00 | (406.95) | (100.00) | 0.00 |

Result 2 of 2

## Investment summary help

## Account summary

**Unrealized gains (losses):** U.S. dollar amounts are totalled in Canadian dollars.

**The total market value:** the current value of your investments using the best-available market price.

**The total investment (position) cost:** the total value of your investments and cash.

## Allocation and securities

**Available cash/securities owned:** all cash and securities owned (long positions).

R

← Back to Reports

# Investment summary

Learn more

Report date
04/12/2024
FX rate   As of 04 Dec 2024Export to Excel
$1.00 USD = $1.4074 CAD

## Self-directed Margin – 28621244 - Margin (As of 04 Dec 2024, 5pm EST)

Open P&L
$0.00 CAD -$406.95 USD

| Currency | Cash | Market value | Total equity |
|---|---|---|---|
| CAD only | 58.20 | 0.00 | 58.20 |
| USD only | 0.00 | 0.00 | 0.00 |
| Combined in CAD | 58.20 | 0.00 | 58.20 |

Combined in CAD

Owned $58.20  Borrowed $0.00  Allocations Allocations ⌄ Owned

As of 04 Dec 2024

Combined in CAD



100.0%