NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | | PROOF OF INTEREST |
|---|---|---|
| Name of Debtor: Meta Materials Inc | Case Number: 24-50792-hlb | |

1. Name and address of holder of the Equity Interest (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

Brett Keene
12 Harbour View Rd
Omokoroa
New Zealand 3114

Telephone Number: +64 0277676317

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

■ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

**RECEIVED AND FILED**
**DEC 12 2024**
**U.S. BANKRUPTCY COURT**
**MARY A. SCHOTT, CLERK**

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

COURT USE ONLY

Account or other number by which Interest holder identifies Debtor:
Craigs Investment Partners Limited #670486 -IAS a/c

Check here if this claim:
☐ replaces a previously filed Proof of Interest dated: _____
☐ amends a previously filed Proof of Interest dated: _____

2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:
Brett Keene
158 Cameron Road, PO Box 13155, Tauranga 3141, New Zealand
Telephone Number: +64 7 577 6049

3. Date Equity Interest was acquired: See Attached

4. Total amount of member interest: 70000 pre reverse split / 700 post reverse split

5. Certificate number(s): See attached

6. Type of Equity Interest:
Please indicate the type of Equity Interest you hold:
■ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
☐ Check this box if your Equity Interest is based on anything else and describe that interest:
Description: Investor

7. Supporting Documents: Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. Date-Stamped Copy: To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

9. Signature:
Check the appropriate box.
■ I am the creditor.   ☐ I am the creditor's authorized agent.   ☐ I am the trustee, or the debtor,   ☐ I am a guarantor, surety, endorser, or other codebtor.
(Attach copy of power of attorney, if any.)   or their authorized agent.   (See Bankruptcy Rule 3005.)
(See Bankruptcy Rule 3004.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: Brett Keene
Title:
Company: __Address and telephone number (if different from notice address above):

(Signature) B. A. Keene    5-12-2024 (Date)

Telephone number: +64 0277676317    email: bictrac@gmail.com

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

Meta Materials Inc shares bought between 29 March 2022 and 03 October 2023 (Pre reverse split)

| Date | Shares | USD |
|---|---|---|
| 29 Mar 2022 | 1000 | 1807.00 |
| 07 Jun 2022 | 1000 | 1706.50 |
| 05 Jul 2022 | 1500 | 1551.45 |
| 28 Jul 2022 | 1000 | 896.30 |
| 09 Aug 2022 | 1000 | 954.50 |
| 22 Aug 2022 | 1000 | 819.80 |
| 31 Aug 2022 | 1000 | 787.90 |
| 13 Sep 2022 | 1000 | 830.00 |
| 11 Oct 2022 | 2000 | 1605.60 |
| 27 Oct 2022 | 1000 | 1028.00 |
| 18 Apr 2023 | 6000 | 1320.00 |
| 13 Jun 2023 | 6000 | 1380.00 |
| 01 Aug 2023 | 6000 | 1439.40 |
| 29 Aug 2023 | 6000 | 1320.00 |
| 14 Sep 2023 | 6000 | 1363.80 |
| 03 Oct 2023 | 6000 | 1379.40 |
| Total | 47500 | 20189.65 |

Shares received at Torchlight Energy Resources and Meta Materials Inc merger was 22500 (45000 divided by 2).

Total shares held at pre reverse split is 70,000
Total shares held at post reverse split is 700



1 July 2021

158 Cameron Road
PO Box 13115, Tauranga 3141
New Zealand
P. +64 7 577 6049
   0800 272 442
F. +64 7 578 3463
custodial@craigsip.com
craigsip.com

Mr Brett Andrew Keene
38 Vivian Drive
Omokoroa    3114

Account:    633881
Branch/Advisor:    Tauranga Branch/Tauranga Retail Broking Team

Dear Mr Brett Andrew Keene

## CORPORATE ACTION ADVICE
### TORCHLIGHT ENERGY RESOURCES INC

Please be advised that Torchlight Energy Resources Inc has merged with Metamaterial Inc.

As a result, your holding of 45000 Torchlight Energy Resources Inc Common Stock has changed to 22500 Meta Materials Inc common stock.

Should you have any queries, please do not hesitate to contact your Investment Advisor.

Yours sincerely
**Custodial Services Limited**

Safe Keeping

# Buy Contract Note

**CRAIGS INVESTMENT PARTNERS**

Mr Brett Keene

Tauranga Branch
Craigs Investment Partners Limited
Craigs Investment Partners House
158 Cameron Road
PO Box 13155, Tauranga 3141
New Zealand
P. +64 7 577 6049
   0800 272 442
F. +64 7 578 8416
tauranga@craigsip.com
craigsip.com

| | |
|---|---|
| Adviser/s | Luke Thornhill |
| Adviser Code | TGARBT |

| | |
|---|---|
| Trade Date | 3 Oct 2023 |
| Contract No | 11165779-00 |
| Account No | 633881 |

## Trade Detail

| SECURITY | QUANTITY | PRICE | CURRENCY | AMOUNT |
|---|---|---|---|---|
| NASDCM - MMAT - Meta Materials Incorporated<br>Meta Materials Inc Common Stock | 6,000 | 0.2299 | USD | 1,379.40 |

Settlement Date   4 Oct 2023

ORDER COMPLETED

NZX Firm




Mr Brett Keene

Tauranga Branch
Craigs Investment Partners Limited
Craigs Investment Partners House
158 Cameron Road
PO Box 13155, Tauranga 3141
New Zealand
P. +64 7 577 6049
   0800 272 442
F. +64 7 578 8416
tauranga@craigsip.com
craigsip.com

| Adviser/s | Luke Thornhill |
| Adviser Code | TGARBT |

| Trade Date | 14 Sep 2023 |
| Contract No | 11121730-00 |
| Account No | 633881 |

## Trade Detail

| SECURITY | QUANTITY | PRICE | CURRENCY | AMOUNT |
| --- | --- | --- | --- | --- |
| NASDCM - MMAT - Meta Materials Incorporated<br>Meta Materials Inc Common Stock | 6,000 | 0.2273 | USD | 1,363.80 |

Settlement Date    15 Sep 2023

ORDER COMPLETED

NZX Firm

Buy Contract Note



Mr Brett Keene

Tauranga Branch
Craigs Investment Partners Limited
Craigs Investment Partners House
158 Cameron Road
PO Box 13155, Tauranga 3141
New Zealand
P. +64 7 577 6049
   0800 272 442
F. +64 7 578 8416
tauranga@craigsip.com
craigsip.com

| Adviser/s | Luke Thornhill |
| Adviser Code | TGARBT |

| Trade Date | 29 Aug 2023 |
| Contract No | 11079727-00 |
| Account No | 633881 |

## Trade Detail

| SECURITY | QUANTITY | PRICE | CURRENCY | AMOUNT |
|---|---|---|---|---|
| NASDCM - MMAT - Meta Materials Incorporated<br>Meta Materials Inc Common Stock | 6,000 | 0.2200 | USD | 1,320.00 |

Settlement Date    30 Aug 2023

ORDER COMPLETED

NZX Firm

# Buy Contract Note

**CRAIGS INVESTMENT PARTNERS**

Mr Brett Keene

Tauranga Branch
Craigs Investment Partners Limited
Craigs Investment Partners House
158 Cameron Road
PO Box 13155, Tauranga 3141
New Zealand
P. +64 7 577 6049
   0800 272 442
F. +64 7 578 8416
tauranga@craigsip.com
craigsip.com

| | |
|---|---|
| Adviser/s | Luke Thornhill |
| Adviser Code | TGARBT |

| | |
|---|---|
| Trade Date | 1 Aug 2023 |
| Contract No | 11011872-00 |
| Account No | 633881 |

## Trade Detail

| SECURITY | QUANTITY | PRICE | CURRENCY | AMOUNT |
|---|---|---|---|---|
| NASDCM - MMAT - Meta Materials Incorporated<br>Meta Materials Inc Common Stock | 6,000 | 0.2399 | USD | 1,439.40 |

Settlement Date    2 Aug 2023

ORDER COMPLETED

NZX Firm

# Buy Contract Note

**CRAIGS**
INVESTMENT PARTNERS

Mr Brett Keene

Tauranga Branch
Craigs Investment Partners Limited
Craigs Investment Partners House
158 Cameron Road
PO Box 13155, Tauranga 3141
New Zealand
P. +64 7 577 6049
   0800 272 442
F. +64 7 578 8416
tauranga@craigsip.com
craigsip.com

| | |
|---|---|
| Adviser/s | Luke Thornhill |
| Adviser Code | TGARBT |

| | |
|---|---|
| Trade Date | 13 Jun 2023 |
| Contract No | 10900072-00 |
| Account No | 633881 |

## Trade Detail

| SECURITY | QUANTITY | PRICE | CURRENCY | AMOUNT |
|---|---|---|---|---|
| NASDCM - MMAT - Meta Materials Incorporated<br>Meta Materials Inc Common Stock | 6,000 | 0.2300 | USD | 1,380.00 |

Settlement Date    14 Jun 2023

ORDER COMPLETED

NZX Firm

# Buy Contract Note

**CRAIGS INVESTMENT PARTNERS**

Mr Brett Keene

Tauranga Branch
Craigs Investment Partners Limited
Craigs Investment Partners House
158 Cameron Road
PO Box 13155, Tauranga 3141
New Zealand
P. +64 7 577 6049
   0800 272 442
F. +64 7 578 8416
tauranga@craigsip.com
craigsip.com

| | | | | |
|---|---|---|---|---|
| Adviser/s | Luke Thornhill | | Trade Date | 18 Apr 2023 |
| Adviser Code | TGARBT | | Contract No | 10771616-00 |
| | | | Account No | 633881 |

## Trade Detail

| SECURITY | QUANTITY | PRICE | CURRENCY | AMOUNT |
|---|---|---|---|---|
| NASDCM - MMAT - Meta Materials Incorporated<br>Meta Materials Inc Common Stock | 6,000 | 0.2200 | USD | 1,320.00 |

Settlement Date    19 Apr 2023

ORDER COMPLETED

NZX Firm

# Buy Contract Note

**CRAIGS INVESTMENT PARTNERS**

Mr Brett Keene

Tauranga Branch
Craigs Investment Partners Limited
Craigs Investment Partners House
158 Cameron Road
PO Box 13155, Tauranga 3141
New Zealand
P. +64 7 577 6049
   0800 272 442
F. +64 7 578 8416
tauranga@craigsip.com
craigsip.com

| | |
|---|---|
| Adviser/s | Luke Thornhill |
| Adviser Code | TGARBT |

| | |
|---|---|
| Trade Date | 27 Oct 2022 |
| Contract No | 10394015-00 |
| Account No | 633881 |

## Trade Detail

| SECURITY | QUANTITY | PRICE | CURRENCY | AMOUNT |
|---|---|---|---|---|
| NASDCM - MMAT - Meta Materials Incorporated<br>Meta Materials Inc Common Stock | 1,000 | 1.0280 | USD | 1,028.00 |

Settlement Date    28 Oct 2022

ORDER COMPLETED

NZX Firm

# Buy Contract Note

**CRAIGS**
INVESTMENT PARTNERS

Mr Brett Keene

Tauranga Branch
Craigs Investment Partners Limited
Craigs Investment Partners House
158 Cameron Road
PO Box 13155, Tauranga 3141
New Zealand
P. +64 7 577 6049
   0800 272 442
F. +64 7 578 8416
tauranga@craigsip.com
craigsip.com

| | |
|---|---|
| Adviser/s | Luke Thornhill |
| Adviser Code | TGARBT |

| | |
|---|---|
| Trade Date | 11 Oct 2022 |
| Contract No | 10357493-00 |
| Account No | 633881 |

## Trade Detail

| SECURITY | QUANTITY | PRICE | CURRENCY | AMOUNT |
|---|---|---|---|---|
| NASDCM - MMAT - Meta Materials Incorporated<br>Meta Materials Inc Common Stock | 2,000 | 0.8028 | USD | 1,605.60 |

Settlement Date             12 Oct 2022

ORDER COMPLETED

NZX Firm

# Buy Contract Note

**CRAIGS INVESTMENT PARTNERS**

Mr Brett Keene

Tauranga Branch
Craigs Investment Partners Limited
Craigs Investment Partners House
158 Cameron Road
PO Box 13155, Tauranga 3141
New Zealand
P. +64 7 577 6049
    0800 272 442
F. +64 7 578 8416
tauranga@craigsip.com
craigsip.com

| | | | | |
|---|---|---|---|---|
| **Adviser/s** | Luke Thornhill | | **Trade Date** | 13 Sep 2022 |
| **Adviser Code** | TGARBT | | **Contract No** | 10291641-00 |
| | | | **Account No** | 633881 |

## Trade Detail

| SECURITY | QUANTITY | PRICE | CURRENCY | AMOUNT |
|---|---|---|---|---|
| NASDCM - MMAT - Meta Materials Incorporated<br>Meta Materials Inc Common Stock | 1,000 | 0.8300 | USD | 830.00 |

Settlement Date    14 Sep 2022

ORDER COMPLETED

NZX Firm

# Buy Contract Note

**CRAIGS**
INVESTMENT PARTNERS

Mr Brett Keene

Tauranga Branch
Craigs Investment Partners Limited
Craigs Investment Partners House
158 Cameron Road
PO Box 13155, Tauranga 3141
New Zealand
P. +64 7 577 6049
   0800 272 442
F. +64 7 578 8416
tauranga@craigsip.com
craigsip.com

| | |
|---|---|
| Adviser/s | Luke Thornhill |
| Adviser Code | TGARBT |

| | |
|---|---|
| Trade Date | 31 Aug 2022 |
| Contract No | 10262523-00 |
| Account No | 633881 |

## Trade Detail

| SECURITY | QUANTITY | PRICE | CURRENCY | AMOUNT |
|---|---|---|---|---|
| NASDCM - MMAT - Meta Materials Incorporated<br>Meta Materials Inc Common Stock | 1,000 | 0.7879 | USD | 787.90 |

Settlement Date    1 Sep 2022

**ORDER COMPLETED**

NZX Firm

# Buy Contract Note

**CRAIGS**
INVESTMENT PARTNERS

Mr Brett Keene

Tauranga Branch
Craigs Investment Partners Limited
Craigs Investment Partners House
158 Cameron Road
PO Box 13155, Tauranga 3141
New Zealand
P. +64 7 577 6049
   0800 272 442
E. +64 7 578 8416
tauranga@craigsip.com
craigsip.com

| | |
|---|---|
| Adviser/s | Luke Thornhill |
| Adviser Code | TGARBT |

| | |
|---|---|
| Trade Date | 22 Aug 2022 |
| Contract No | 10241447-00 |
| Account No | 633881 |

## Trade Detail

| SECURITY | QUANTITY | PRICE | CURRENCY | AMOUNT |
|---|---|---|---|---|
| NASDCM - MMAT - Meta Materials Incorporated<br>Meta Materials Inc Common Stock | 1,000 | 0.8198 | USD | 819.80 |

Settlement Date    23 Aug 2022

ORDER COMPLETED

NZX Firm

# Buy Contract Note



Mr Brett Keene

Tauranga Branch
Craigs Investment Partners Limited
Craigs Investment Partners House
158 Cameron Road
PO Box 13155, Tauranga 3141
New Zealand
P: +64 7 577 6049
   0800 272 442
F: +64 7 578 8416
tauranga@craigsip.com
craigsip.com

| | |
|---|---|
| Adviser/s | Luke Thornhill |
| Adviser Code | TGARBT |

| | |
|---|---|
| Trade Date | 9 Aug 2022 |
| Contract No | 10208098-00 |
| Account No | 633881 |

## Trade Detail

| SECURITY | QUANTITY | PRICE | CURRENCY | AMOUNT |
|---|---|---|---|---|
| NASDCM - MMAT - Meta Materials Incorporated<br>Meta Materials Inc Common Stock | 1,000 | 0.9545 | USD | 954.50 |

Settlement Date    10 Aug 2022

ORDER COMPLETED

NZX Firm

# Buy Contract Note

**CRAIGS INVESTMENT PARTNERS**

Mr Brett Keene

Tauranga Branch
Craigs Investment Partners Limited
Craigs Investment Partners House
158 Cameron Road
PO Box 13155, Tauranga 3141
New Zealand
P. +64 7 577 6049
   0800 272 442
F. +64 7 578 8416
tauranga@craigsip.com
craigsip.com

| | |
|---|---|
| Adviser/s | Luke Thornhill |
| Adviser Code | TGARBT |

| | |
|---|---|
| Trade Date | 28 Jul 2022 |
| Contract No | 10181933-00 |
| Account No | 633881 |

## Trade Detail

| SECURITY | QUANTITY | PRICE | CURRENCY | AMOUNT |
|---|---|---|---|---|
| NASDCM - MMAT - Meta Materials Incorporated<br>Meta Materials Inc Common Stock | 1,000 | 0.8963 | USD | 896.30 |

Settlement Date    29 Jul 2022

**ORDER COMPLETED**

NZX Firm

# Buy Contract Note

**CRAIGS**
INVESTMENT PARTNERS

Mr Brett Keene

Tauranga Branch:
Craigs Investment Partners Limited
Craigs Investment Partners House
158 Cameron Road
PO Box 13155, Tauranga 3141
New Zealand
P. +64 7 577 6049
   0800 272 442
F. +64 7 578 8416
tauranga@craigsip.com
craigsip.com

| | |
|---|---|
| Adviser/s | Luke Thornhill |
| Adviser Code | TGARBT |

| | |
|---|---|
| Trade Date | 5 Jul 2022 |
| Contract No | 10131320-00 |
| Account No | 633881 |

## Trade Detail

| SECURITY | QUANTITY | PRICE | CURRENCY | AMOUNT |
|---|---|---|---|---|
| NASDCM - MMAT - Meta Materials Incorporated<br>Meta Materials Inc Common Stock | 1,500 | 1.0343 | USD | 1,551.45 |

Settlement Date    6 Jul 2022

**ORDER COMPLETED**

NZX Firm

# Buy Contract Note

**CRAIGS INVESTMENT PARTNERS**

Mr Brett Keene

Tauranga Branch
Craigs Investment Partners Limited
Craigs Investment Partners House
158 Cameron Road
PO Box 13155, Tauranga 3141
New Zealand
P. +64 7 577 6049
   0800 272 442
F. +64 7 578 8416
tauranga@craigsip.com
craigsip.com

| | | | |
|---|---|---|---|
| Adviser/s | Luke Thornhill | Trade Date | 7 Jun 2022 |
| Adviser Code | TGARBT | Contract No | 10064280-00 |
| | | Account No | 633881 |

## Trade Detail

| SECURITY | QUANTITY | PRICE | CURRENCY | AMOUNT |
|---|---|---|---|---|
| NASDCM - MMAT - Meta Materials Incorporated<br>Meta Materials Inc Common Stock | 1,000 | 1.7065 | USD | 1,706.50 |

Settlement Date         8 Jun 2022

ORDER COMPLETED

NZX Firm

# Buy Contract Note

**CRAIGS**
INVESTMENT PARTNERS

Mr Brett Keene

Tauranga Branch
Craigs Investment Partners Limited
Craigs Investment Partners House
158 Cameron Road
PO Box 13155, Tauranga 3141
New Zealand
P. +64 7 577 6049
   0800 272 442
F. +64 7 578 8416
tauranga@craigsip.com
craigsip.com

| | |
|---|---|
| Adviser/s | Todd Blythe |
| Adviser Code | TGARBT |

| | |
|---|---|
| Trade Date | 29 Mar 2022 |
| Contract No | 9898657-00 |
| Account No | 633881 |

## Trade Detail

| SECURITY | QUANTITY | PRICE | CURRENCY | AMOUNT |
|---|---|---|---|---|
| NASDCM - MMAT - Meta Materials Incorporated<br>Meta Materials Inc Common Stock | 1,000 | 1.8070 | USD | 1,807.00 |

Settlement Date   30 Mar 2022

ORDER COMPLETED

NZX Firm