NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | PROOF OF INTEREST |
|---|---|

**Name of Debtor:** META MATERIALS

**Case Number:** 24 – 50792

---

**1. Name and address of holder of the Equity Interest** (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

IAN MCCORMACK
142 VAN FLEET TERRACE
MILTON ON CANADA
L9T 0Y3

**Telephone Number:** 416 846 6890

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

☑ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

**RECEIVED AND FILED**

**DEC 12 2024**

**U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK**

**NOTE:** This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

**COURT USE ONLY**

---

**Account or other number by which Interest holder identifies Debtor:**

28RF J2J

Check here if this claim:
☐ replaces a previously filed Proof of Interest dated: _____
☐ amends a previously filed Proof of Interest dated: _____

**2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:**

TD DIRECT INVESTING

**Telephone Number:** 800 465 5463

**3. Date Equity Interest was acquired:**

VARIOS – SEE ATTACHED.

**4. Total amount of member interest:** 730 WAS 73000

**5. Certificate number(s):** SEE ATTACHED

**6. Type of Equity Interest:**
Please indicate the type of Equity Interest you hold:
☑ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
☐ Check this box if your Equity Interest is based on anything else and describe that interest:
Description: INVESTOR

**7. Supporting Documents:** Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**8. Date-Stamped Copy:** To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

**9. Signature:**
Check the appropriate box.
☑ I am the creditor.  ☐ I am the creditor's authorized agent. (Attach copy of power of attorney, if any.)  ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)  ☐ I am a guarantor, surety, endorser, or other codebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

**Print Name:** IAN McCORMACK
**Title:**
**Company:** ___ Address and telephone number (if different from notice address above):
_____

(Signature)        (Date) 12/10/2024

Telephone number: 416 846 6890    email: McCormack(@Bell).NET



*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

| Print Form | Save Form | Clear Form |

☰    Holdings                                              ⟳  10:16:57 AM  ⧉  ↑  ▭  ✕

Account                                    Symbol                    Group by Sector
TD Direct Investing - 28RFJ2A - CAD Cash    🔍 Enter Symb ✕        Yes

Cash **1,109.38**

Group by Underlying        Template
Yes                        Standard Edit 1

**—**  Profit & Loss

| | Total Book Cost | 7,898.82 CAD | Daily P/ |
| | Total Market Value | 108.3223 CAD | Unrealiz |
| | 1 CAD = 0.7109 USD | Total Account Value | 1,217.7023 CAD | |
| | Selected Book Cost | 0.00 CAD | Selected |
| | Selected Market Value | 0.00 CAD | Selected |

| | Ticker | C | Qty | Trade | | Bid | Ask | Price | High | Mkt Val ↓ | Book |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ⋮ | ☐ DBMM | . | 60000 | Buy | Sell | - | - | 0.0008 | 0.0008 | 67.5168 | |
| ⋮ | ☐ GTII | . | 400 | Buy | Sell | - | - | 0.0375 | 0.0375 | 21.07087 | |
| ⋮ | ☐ MMATQ | | 230 | Buy | Sell | - | - | 0.061 | 0.061 | 19.7346 | 6 |
| | ☐ GLOBAL T | | 20 | | | - | - | - | - | 0.00 | |
| | ☐ NEXT BRII | | 2000 | | | - | - | - | - | 0.00 | |

## Holdings

10:18:47 AM

Account
TD Direct Investing - 28RFJ2J - CAD TFSA

Symbol
🔍 Enter Symb ✕

Group by Sector
Yes

Cash **1,804.72**   Buying Power **1,804.72**

Group by Underlying   Template
Yes                   Standard Edit 1

**— Profit & Loss**

| | |
|---|---|
| Total Book Cost | 76,414.91 CAD |
| Total Market Value | 15,449.2378 CAD |
| Total Account Value | 17,253.9578 CAD |
| | |
| Selected Book Cost | 0.00 CAD |
| Selected Market Value | 0.00 CAD |

1 CAD = 0.7109 USD

Daily P
Unreal

Selecte
Selecte

| | Ticker | C | Qty | Trade | | Bid | Ask | Price | High | Mkt Val ↓ | Book |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ⋮ ☐ | GME | . | 325 | Buy | Sell | 27.69 | 27.71 | 27.691 | 27.83 | 12,658.80219 | 11 |
| ⋮ ☐ | AMC | . | 380 | Buy | Sell | 4.89 | 4.90 | 4.8982 | 4.915 | 2,618.12709 | 23 |
| ⋮ ☐ | | . | 40 | Buy | Sell | 2.30 | 2.32 | | 2.3499 | 129.4072 | |
| ⋮ ☐ | MMATQ | . | 500 | Buy | Sell | – | – | 0.061 | 0.061 | 42.9013 | 40 |

**TD Direct Investing**
*3500 STEELES AVE E*
*TOWER 2, 2ND FLOOR*
*MARKHAM ON L3R 0X1*

**TD Direct Investing**

## Transaction Confirmation

MR. IAN MCCORMACK
142 VAN FLEET TERR
MILTON ON  L9T 0Y3

**Account number and type**
28RFJ2J - TD Waterhouse Tax-Free Savings
Account - CDN

**Questions?**
**Contact an Investment Representative**
Toll Free 1 (800) 465-5463

### Transaction on November 29, 2023

▸ **For settlement on:** December 01, 2023
▸ **Processed on:** November 29, 2023

| Transaction | Security Description | Quantity | Price ($) | Amount ($) |
|---|---|---|---|---|
| **You bought** | META MATERIALS INC | 10,000 | 0.112 | |
| | FV-641057 | | | |

**Ticker symbol: MMAT**
Security number: 43665R
CUSIP ID: 59134N104
Trade number: 002877
Trade processed by: 9EON

| | | |
|---|---|---|
| | Gross transaction amount | USD  1,120.00 |
| *Plus* | Commission | 9.99 |
| *Plus* | Premium on USD Funds converted at 38.09% | 430.41 |
| *Equals* | **Net transaction amount** | **CAD $1,560.40** |

*As agent, TD Direct Investing confirms the above purchase on a U.S. OTC marketplace for settlement in your account.*

## Important information

Please review the information in this Transaction Confirmation carefully and let us know within 10 calendar days if there are any discrepancies.

Clients' accounts are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of coverage is available upon request.

**Abbreviations used in the security descriptions**
RS   = Restricted shares
NVS  = Non–voting shares
RVS  = Restricted voting shares
SVS  = Subordinate voting shares
MVS  = Multiple voting shares
/D   = DSC (Deferred Sales Charge)
/NL  = No Load

**Disclosure of sources of revenue**
TD Direct Investing and/or parties related to us may earn revenue in addition to commission from the following sources: currency conversion charges on certain trades and mutual fund transactions, fees paid by issuers and others in connection with corporate actions and new issues, the sale of fixed income products, trailer fees paid by mutual fund companies, and remuneration paid by U.S. market makers and exchanges in connection with U.S. trades. For more information, see the TD Waterhouse Canada Inc. Account and Service Agreements and Disclosure Documents booklet. It is also available online at www.td.com/ca/en/investing/direct-investing.

The name of the salesperson, dealer and/or market in this transaction will be provided upon request.

TD Direct Investing is a division of TD Waterhouse Canada Inc., a subsidiary of The Toronto-Dominion Bank.

®The TD logo and other TD trademarks are the property of The Toronto-Dominion Bank or its subsidiaries.

**Thank you for choosing
TD Direct Investing.**

TD Waterhouse Canada Inc. - Member of the Canadian Investor Protection Fund
00041841 0000004411 20231129 59134N104 43665R

Order execution account
No advice or recommendations provided.

Page 1 of 1

**TD Direct Investing**
*3500 STEELES AVE E*
*TOWER 2, 2ND FLOOR*
*MARKHAM ON L3R 0X1*

**TD Direct Investing**

## Transaction Confirmation

MR. IAN MCCORMACK
142 VAN FLEET TERR
MILTON ON  L9T 0Y3

**Account number and type**
28RFJ2J - TD Waterhouse Tax-Free Savings
Account - CDN

**Questions?**
**Contact an Investment Representative**
Toll Free 1 (800) 465-5463

### Transaction on October 18, 2023

▸ **For settlement on:** October 20, 2023
▸ **Processed on:** October 18, 2023

| Transaction | Security Description | Quantity | Price ($) | Amount ($) |
|---|---|---|---|---|
| **You bought** | META MATERIALS INC<br>GO-633997 | 2,000 | 0.1992 | |

**Ticker symbol:** MMAT
Security number: 43665R
CUSIP ID: 59134N104
Trade number: 003254
Trade processed by: 9EON

| | | |
|---|---|---|
| | Gross transaction amount | USD  398.40 |
| *Plus* | Commission | 9.99 |
| *Plus* | Premium on USD Funds converted at<br>39.09% | 159.64 |
| *Equals* | **Net transaction amount** | **CAD $568.03** |

*As agent, TD Direct Investing confirms the above purchase on a U.S. OTC marketplace for settlement in your account.*

## Important information

Please review the information in this Transaction Confirmation carefully and let us know within 10 calendar days if there are any discrepancies.

Clients' accounts are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of coverage is available upon request.

**Abbreviations used in the security descriptions**
RS   = Restricted shares
NVS = Non–voting shares
RVS = Restricted voting shares
SVS = Subordinate voting shares
MVS = Multiple voting shares
/D   = DSC (Deferred Sales Charge)
/NL = No Load

**Disclosure of sources of revenue**
TD Direct Investing and/or parties related to us may earn revenue in addition to commission from the following sources: currency conversion charges on certain trades and mutual fund transactions, fees paid by issuers and others in connection with corporate actions and new issues, the sale of fixed income products, trailer fees paid by mutual fund companies, and remuneration paid by U.S. market makers and exchanges in connection with U.S. trades. For more information, see the TD Waterhouse Canada Inc. Account and Service Agreements and Disclosure Documents booklet. It is also available online at www.td.com/ca/en/investing/direct-investing.

The name of the salesperson, dealer and/or market in this transaction will be provided upon request.

TD Direct Investing is a division of TD Waterhouse Canada Inc., a subsidiary of The Toronto-Dominion Bank.

®The TD logo and other TD trademarks are the property of The Toronto-Dominion Bank or its subsidiaries.

**Thank you for choosing TD Direct Investing.**

**TD Waterhouse Canada Inc. - Member of the Canadian Investor Protection Fund**
00042967 0000004381 20231018 59134N104 43665R

Order execution account
No advice or recommendations provided.

Page 1 of 1

**TD Direct Investing**
*3500 STEELES AVE E
TOWER 2, 2ND FLOOR
MARKHAM ON L3R 0X1*

**TD Direct Investing**

MR. IAN MCCORMACK
142 VAN FLEET TERR
MILTON ON  L9T 0Y3

## Transaction Confirmation

**Account number and type**
28RFJ2J - TD Waterhouse Tax-Free Savings
Account - CDN

**Questions?**
**Contact an Investment Representative**
Toll Free 1 (800) 465-5463

## Transaction on July 20, 2023

▸ **For settlement on:** July 24, 2023
▸ **Processed on:** July 20, 2023

| Transaction | Security Description | Quantity | Price ($) | Amount ($) |
|---|---|---|---|---|
| **You bought** | META MATERIALS INC RD-620564 | 2,840 | 0.214 | |

**Ticker symbol: MMAT**
Security number: 43665R
CUSIP ID: 59134N104
Trade number: 004103
Trade processed by: 9EON

| | | |
|---|---|---|
| | Gross transaction amount | USD  607.76 |
| *Plus* | Commission | 9.99 |
| *Plus* | Premium on USD Funds converted at 33.49% | 206.88 |
| *Equals* | **Net transaction amount** | CAD $824.63 |

*As agent, TD Direct Investing confirms the above purchase on a U.S. OTC marketplace for settlement in your account.*

## Important information

Please review the information in this Transaction Confirmation carefully and let us know within 10 calendar days if there are any discrepancies.

Clients' accounts are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of coverage is available upon request.

**Abbreviations used in the security descriptions**
RS   = Restricted shares
NVS = Non–voting shares
RVS = Restricted voting shares
SVS = Subordinate voting shares
MVS = Multiple voting shares
/D   = DSC (Deferred Sales Charge)
/NL  = No Load

**Disclosure of sources of revenue**
TD Direct Investing and/or parties related to us may earn revenue in addition to commission from the following sources: currency conversion charges on certain trades and mutual fund transactions, fees paid by issuers and others in connection with corporate actions and new issues, the sale of fixed income products, trailer fees paid by mutual fund companies, and remuneration paid by U.S. market makers and exchanges in connection with U.S. trades. For more information, see the TD Waterhouse Canada Inc. Account and Service Agreements and Disclosure Documents booklet. It is also available online at www.td.com/ca/en/investing/direct-investing.

The name of the salesperson, dealer and/or market in this transaction will be provided upon request.

TD Direct Investing is a division of TD Waterhouse Canada Inc., a subsidiary of The Toronto-Dominion Bank.

**Thank you for choosing
TD Direct Investing.**

**TD Waterhouse Canada Inc. - Member of the Canadian Investor Protection Fund**
00045549 0000004318 20230720 59134N104 43665R

Order execution account
No advice or recommendations provided.
Page 1 of 1

**TD Direct Investing**
*3500 STEELES AVE E*
*TOWER 2, 2ND FLOOR*
*MARKHAM ON L3R 0X1*

**TD Direct Investing**

## Transaction Confirmation

MR. IAN MCCORMACK
142 VAN FLEET TERR
MILTON ON  L9T 0Y3

**Account number and type**
28RFJ2J - TD Waterhouse Tax-Free Savings
Account - CDN

**Questions?**
**Contact an Investment Representative**
Toll Free 1 (800) 465-5463

## Transaction on June 29, 2023

▸ **For settlement on:** July 03, 2023
▸ **Processed on:** June 29, 2023

| Transaction | Security Description | Quantity | Price ($) | Amount ($) |
|---|---|---|---|---|
| You bought | META MATERIALS INC SE-613241 | 3,000 | 0.21 | |

**Ticker symbol: MMAT**
Security number: 43665R
CUSIP ID: 59134N104
Trade number: 002263
Trade processed by: 9EON

| | | |
|---|---|---|
| | Gross transaction amount | USD 630,00 |
| *Plus* | Commission | 9.99 |
| *Plus* | Premium on USD Funds converted at 34.59% | 221.37 |
| *Equals* | **Net transaction amount** | **CAD $861.36** |

*As agent, TD Direct Investing confirms the above purchase on a U.S. OTC marketplace for settlement in your account.*

## Important information

Please review the information in this Transaction Confirmation carefully and let us know within 10 calendar days if there are any discrepancies.

Clients' accounts are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of coverage is available upon request.

**Abbreviations used in the security descriptions**
RS   = Restricted shares
NVS = Non–voting shares
RVS = Restricted voting shares
SVS = Subordinate voting shares
MVS = Multiple voting shares
/D    = DSC (Deferred Sales Charge)
/NL  = No Load

**Disclosure of sources of revenue**
TD Direct Investing and/or parties related to us may earn revenue in addition to commission from the following sources: currency conversion charges on certain trades and mutual fund transactions, fees paid by issuers and others in connection with corporate actions and new issues, the sale of fixed income products, trailer fees paid by mutual fund companies, and remuneration paid by U.S. market makers and exchanges in connection with U.S. trades. For more information, see the TD Waterhouse Canada Inc. Account and Service Agreements and Disclosure Documents booklet. It is also available online at www.td.com/ca/en/investing/direct-investing.

The name of the salesperson, dealer and/or market in this transaction will be provided upon request.

TD Direct Investing is a division of TD Waterhouse Canada Inc., a subsidiary of The Toronto-Dominion Bank.

**Thank you for choosing
TD Direct Investing.**

**TD Waterhouse Canada Inc. - Member of the Canadian Investor Protection Fund**
00034923 0000004303 20230629 59134N104 43665R

Order execution account
No advice or recommendations provided.

Page 1 of 1

**TD Direct Investing**
*3500 STEELES AVE E*
*TOWER 2, 2ND FLOOR*
*MARKHAM ON L3R 0X1*

**TD Direct Investing**

MR. IAN MCCORMACK
142 VAN FLEET TERR
MILTON ON  L9T 0Y3

## Transaction Confirmation

**Account number and type**
28RFJ2J - TD Waterhouse Tax-Free Savings
Account - CDN

**Questions?**
**Contact an Investment Representative**
Toll Free 1 (800) 465-5463

## Transaction on June 15, 2023

▸ **For settlement on:** June 20, 2023
▸ **Processed on:** June 15, 2023

| Transaction | Security Description | Quantity | Price ($) | Amount ($) |
|---|---|---|---|---|
| **You bought** | META MATERIALS INC CO-608706 | 1,000 | 0.2249 | |

| | | |
|---|---|---|
| **Ticker symbol: MMAT** | Gross transaction amount | USD 224.90 |
| Security number: 43665R | *Plus* Commission | 9.99 |
| CUSIP ID: 59134N104 | *Plus* Premium on USD Funds converted at 35.39% | 83.13 |
| Trade number: 002037 | | |
| Trade processed by: 9EON | *Equals* **Net transaction amount** | **CAD $318.02** |

*As agent, TD Direct Investing confirms the above purchase on a U.S. OTC marketplace for settlement in your account.*

## Important information

Please review the information in this Transaction Confirmation carefully and let us know within 10 calendar days if there are any discrepancies.

Clients' accounts are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of coverage is available upon request.

**Abbreviations used in the security descriptions**
RS = Restricted shares
NVS = Non–voting shares
RVS = Restricted voting shares
SVS = Subordinate voting shares
MVS = Multiple voting shares
/D = DSC (Deferred Sales Charge)
/NL = No Load

**Disclosure of sources of revenue**
TD Direct Investing and/or parties related to us may earn revenue in addition to commission from the following sources: currency conversion charges on certain trades and mutual fund transactions, fees paid by issuers and others in connection with corporate actions and new issues, the sale of fixed income products, trailer fees paid by mutual fund companies, and remuneration paid by U.S. market makers and exchanges in connection with U.S. trades. For more information, see the TD Waterhouse Canada Inc. Account and Service Agreements and Disclosure Documents booklet. It is also available online at www.td.com/ca/en/investing/direct-investing.

The name of the salesperson, dealer and/or market in this transaction will be provided upon request.

TD Direct Investing is a division of TD Waterhouse Canada Inc., a subsidiary of The Toronto-Dominion Bank.

**Thank you for choosing TD Direct Investing.**

**TD Waterhouse Canada Inc. - Member of the Canadian Investor Protection Fund**
00044430 0000004293 20230615 59134N104 43665R

Order execution account
No advice or recommendations provided.
Page 1 of 1

**TD Direct Investing**
*3500 STEELES AVE E*
*TOWER 2, 2ND FLOOR*
*MARKHAM ON L3R 0X1*

**TD Direct Investing**

## Transaction Confirmation

MR. IAN MCCORMACK
142 VAN FLEET TERR
MILTON ON  L9T 0Y3

**Account number and type**
28RFJ2J - TD Waterhouse Tax-Free Savings
Account - CDN

**Questions?**
**Contact an Investment Representative**
Toll Free 1 (800) 465-5463

## Transaction on May 04, 2023

▸ **For settlement on:** May 08, 2023
▸ **Processed on:** May 04, 2023

| Transaction | Security Description | Quantity | Price ($) | Amount ($) |
|---|---|---|---|---|
| **You bought** | META MATERIALS INC | 100 | 0.1972 | |
| | HY-601233 | 2,400 | 0.1989 | |
| | | **2,500** | | |

Ticker symbol: MMAT
Security number: 43665R
CUSIP ID: 59134N104
Trade number: 000763
Trade processed by: 9EON

| | | | |
|---|---|---|---|
| | Gross transaction amount | USD | 497.08 |
| *Plus* | Commission | | 9.99 |
| *Plus* | Premium on USD Funds converted at 37.49% | | 190.10 |
| *Equals* | **Net transaction amount** | CAD | **$697.17** |

*As agent, TD Direct Investing confirms the above purchase on a U.S. OTC marketplace for settlement in your account.*

## Important information

Please review the information in this Transaction Confirmation carefully and let us know within 10 calendar days if there are any discrepancies.

Clients' accounts are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of coverage is available upon request.

**Abbreviations used in the security descriptions**
RS  = Restricted shares
NVS = Non–voting shares
RVS = Restricted voting shares
SVS = Subordinate voting shares
MVS = Multiple voting shares
/D  = DSC (Deferred Sales Charge)
/NL = No Load

**Disclosure of sources of revenue**
TD Direct Investing and/or parties related to us may earn revenue in addition to commission from the following sources: currency conversion charges on certain trades and mutual fund transactions, fees paid by issuers and others in connection with corporate actions and new issues, the sale of fixed income products, trailer fees paid by mutual fund companies, and remuneration paid by U.S. market makers and exchanges in connection with U.S. trades. For more information, see the TD Waterhouse Canada Inc. Account and Service Agreements and Disclosure Documents booklet. It is also available online at www.td.com/ca/en/investing/direct-investing.

The name of the salesperson, dealer and/or market in this transaction will be provided upon request.

TD Direct Investing is a division of TD Waterhouse Canada Inc., a subsidiary of The Toronto-Dominion Bank.

**Thank you for choosing TD Direct Investing.**

**TD Waterhouse Canada Inc. - Member of the Canadian Investor Protection Fund**
00056931 0000004263 20230504 59134N104 43665R

Order execution account
No advice or recommendations provided.
Page 1 of 1

**TD Direct Investing**
*3500 STEELES AVE E*
*TOWER 2, 2ND FLOOR*
*MARKHAM ON L3R 0X1*

**TD Direct Investing**

MR. IAN MCCORMACK
142 VAN FLEET TERR
MILTON ON  L9T 0Y3

## Transaction Confirmation

**Account number and type**
28RFJ2J - TD Waterhouse Tax-Free Savings
Account - CDN

**Questions?**
**Contact an Investment Representative**
Toll Free 1 (800) 465-5463

## Transaction on April 14, 2023

▸ **For settlement on:** April 18, 2023
▸ **Processed on:** April 14, 2023

| Transaction | Security Description | Quantity | Price ($) | Amount ($) |
|---|---|---|---|---|
| **You bought** | META MATERIALS INC XY-596684 | 10,000 | 0.2196 | |

**Ticker symbol: MMAT**
Security number: 43665R
CUSIP ID: 59134N104
Trade number: 005832
Trade processed by: 9EON

| | | |
|---|---|---|
| | Gross transaction amount | USD  2,196.00 |
| *Plus* | Commission | 9.99 |
| *Plus* | Premium on USD Funds converted at 35.49% | 782.91 |
| *Equals* | **Net transaction amount** | **CAD $2,988.90** |

*As agent, TD Direct Investing confirms the above purchase on a U.S. OTC marketplace for settlement in your account.*

## Important information

Please review the information in this Transaction Confirmation carefully and let us know within 10 calendar days if there are any discrepancies.

Clients' accounts are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of coverage is available upon request.

**Abbreviations used in the security descriptions**
RS   = Restricted shares
NVS = Non–voting shares
RVS = Restricted voting shares
SVS = Subordinate voting shares
MVS = Multiple voting shares
/D   = DSC (Deferred Sales Charge)
/NL  = No Load

**Disclosure of sources of revenue**
TD Direct Investing and/or parties related to us may earn revenue in addition to commission from the following sources: currency conversion charges on certain trades and mutual fund transactions, fees paid by issuers and others in connection with corporate actions and new issues, the sale of fixed income products, trailer fees paid by mutual fund companies, and remuneration paid by U.S. market makers and exchanges in connection with U.S. trades. For more information, see the TD Waterhouse Canada Inc. Account and Service Agreements and Disclosure Documents booklet. It is also available online at www.td.com/ca/en/investing/direct-investing.

The name of the salesperson, dealer and/or market in this transaction will be provided upon request.

TD Direct Investing is a division of TD Waterhouse Canada Inc., a subsidiary of The Toronto-Dominion Bank.

**Thank you for choosing
TD Direct Investing.**

**TD Waterhouse Canada Inc. - Member of the Canadian Investor Protection Fund**
00042314 0000004249 20230414 59134N104 43665R

Order execution account
No advice or recommendations provided.
Page 1 of 1

**TD Direct Investing**
*3500 STEELES AVE E*
*TOWER 2, 2ND FLOOR*
*MARKHAM ON L3R 0X1*

**TD Direct Investing**

MR. IAN MCCORMACK
142 VAN FLEET TERR
MILTON ON  L9T 0Y3

## Transaction Confirmation

**Account number and type**
28RFJ2J - TD Waterhouse Tax-Free Savings
Account - CDN

**Questions?**
**Contact an Investment Representative**
Toll Free 1 (800) 465-5463

## Transaction on April 03, 2023

▸ **For settlement on:** April 05, 2023
▸ **Processed on:** April 03, 2023

| Transaction | Security Description | Quantity | Price ($) | Amount ($) |
|---|---|---|---|---|
| **You bought** | META MATERIALS INC<br>TB-594023 | 2,500 | 0.418 | |

**Ticker symbol: MMAT**
Security number: 43665R
CUSIP ID: 59134N104
Trade number: 002280
Trade processed by: 9EON

| | | |
|---|---|---|
| | Gross transaction amount | USD  1,045.00 |
| *Plus* | Commission | 9.99 |
| *Plus* | Premium on USD Funds converted at 36.39% | 383.91 |
| *Equals* | **Net transaction amount** | **CAD $1,438.90** |

*As agent, TD Direct Investing confirms the above purchase on a U.S. OTC marketplace for settlement in your account.*

## Important information

Please review the information in this Transaction Confirmation carefully and let us know within 10 calendar days if there are any discrepancies.

Clients' accounts are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of coverage is available upon request.

**Abbreviations used in the security descriptions**
RS   = Restricted shares
NVS = Non–voting shares
RVS = Restricted voting shares
SVS = Subordinate voting shares
MVS = Multiple voting shares
/D   = DSC (Deferred Sales Charge)
/NL  = No Load

**Disclosure of sources of revenue**
TD Direct Investing and/or parties related to us may earn revenue in addition to commission from the following sources: currency conversion charges on certain trades and mutual fund transactions, fees paid by issuers and others in connection with corporate actions and new issues, the sale of fixed income products, trailer fees paid by mutual fund companies, and remuneration paid by U.S. market makers and exchanges in connection with U.S. trades. For more information, see the TD Waterhouse Canada Inc. Account and Service Agreements and Disclosure Documents booklet. It is also available online at www.td.com/ca/en/investing/direct-investing.

The name of the salesperson, dealer and/or market in this transaction will be provided upon request.

TD Direct Investing is a division of TD Waterhouse Canada Inc., a subsidiary of The Toronto-Dominion Bank.

**Thank you for choosing TD Direct Investing.**

**TD Waterhouse Canada Inc.- Member of the Canadian Investor Protection Fund**
00050444 0000004241 20230403 59134N104 43665R

Order execution account
No advice or recommendations provided.
Page 1 of 1

**TD Direct Investing**
*3500 STEELES AVE E*
*TOWER 2, 2ND FLOOR*
*MARKHAM ON L3R 0X1*

**TD Direct Investing**

## Transaction Confirmation

MR. IAN MCCORMACK
142 VAN FLEET TERR
MILTON ON  L9T 0Y3

### Account number and type
28RFJ2J - TD Waterhouse Tax-Free Savings
Account - CDN

### Questions?
**Contact an Investment Representative**
Toll Free 1 (800) 465-5463

### Transaction on February 24, 2023

▸ **For settlement on:** February 28, 2023
▸ **Processed on:** February 24, 2023

| Transaction | Security Description | Quantity | Price ($) | Amount ($) |
|---|---|---|---|---|
| **You bought** | META MATERIALS INC EW-588057 | 2,080 | 0.645 | |

**Ticker symbol: MMAT**
Security number: 43665R
CUSIP ID: 59134N104
Trade number: 006061
Trade processed by: 9EON

| | | |
|---|---|---|
| | Gross transaction amount | USD  1,341.60 |
| *Plus* | Commission | 9.99 |
| *Plus* | Premium on USD Funds converted at 38.59% | 521.58 |
| *Equals* | **Net transaction amount** | **CAD $1,873.17** |

*As agent, TD Direct Investing confirms the above purchase on a U.S. OTC marketplace for settlement in your account.*

## Important information

Please review the information in this Transaction Confirmation carefully and let us know within 10 calendar days if there are any discrepancies.

Clients' accounts are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of coverage is available upon request.

**Abbreviations used in the security descriptions**
RS   = Restricted shares
NVS = Non–voting shares
RVS = Restricted voting shares
SVS = Subordinate voting shares
MVS = Multiple voting shares
/D   = DSC (Deferred Sales Charge)
/NL = No Load

**Disclosure of sources of revenue**
TD Direct Investing and/or parties related to us may earn revenue in addition to commission from the following sources: currency conversion charges on certain trades and mutual fund transactions, fees paid by issuers and others in connection with corporate actions and new issues, the sale of fixed income products, trailer fees paid by mutual fund companies, and remuneration paid by U.S. market makers and exchanges in connection with U.S. trades. For more information, see the TD Waterhouse Canada Inc. Account and Service Agreements and Disclosure Documents booklet. It is also available online at www.td.com/ca/en/investing/direct-investing.

The name of the salesperson, dealer and/or market in this transaction will be provided upon request.

TD Direct Investing is a division of TD Waterhouse Canada Inc., a subsidiary of The Toronto-Dominion Bank.

**Thank you for choosing TD Direct Investing.**

Order execution account
No advice or recommendations provided.

**TD Direct Investing**
*3500 STEELES AVE E*
*TOWER 2, 2ND FLOOR*
*MARKHAM ON L3R 0X1*

**TD Direct Investing**

MR. IAN MCCORMACK
142 VAN FLEET TERR
MILTON ON  L9T 0Y3

# Transaction Confirmation

**Account number and type**
28RFJ2J - TD Waterhouse Tax-Free Savings
Account - CDN

**Questions?**
**Contact an Investment Representative**
Toll Free 1 (800) 465-5463

## Transaction on February 06, 2023

▸ **For settlement on:** February 08, 2023
▸ **Processed on:** February 06, 2023

| Transaction | Security Description | Quantity | Price ($) | Amount ($) |
|---|---|---|---|---|
| You bought | META MATERIALS INC DX-584756 | 1,080 | 0.92 | |

**Ticker symbol: MMAT**
Security number: 43665R
CUSIP ID: 59134N104
Trade number: 002497
Trade processed by: 9EON

| | | |
|---|---|---|
| | Gross transaction amount | USD  993.60 |
| *Plus* | Commission | 9.99 |
| *Plus* | Premium on USD Funds converted at 36.39% | 365.21 |
| *Equals* | **Net transaction amount** | **CAD $1,368.80** |

*As agent, TD Direct Investing confirms the above purchase on a U.S. OTC marketplace for settlement in your account.*

## Important information

Please review the information in this Transaction Confirmation carefully and let us know within 10 calendar days if there are any discrepancies.

Clients' accounts are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of coverage is available upon request.

**Abbreviations used in the security descriptions**
RS   = Restricted shares
NVS = Non–voting shares
RVS = Restricted voting shares
SVS = Subordinate voting shares
MVS = Multiple voting shares
/D   = DSC (Deferred Sales Charge)
/NL  = No Load

**Disclosure of sources of revenue**
TD Direct Investing and/or parties related to us may earn revenue in addition to commission from the following sources: currency conversion charges on certain trades and mutual fund transactions, fees paid by issuers and others in connection with corporate actions and new issues, the sale of fixed income products, trailer fees paid by mutual fund companies, and remuneration paid by U.S. market makers and exchanges in connection with U.S. trades. For more information, see the TD Waterhouse Canada Inc. Account and Service Agreements and Disclosure Documents booklet. It is also available online at www.td.com/ca/en/investing/direct-investing.

The name of the salesperson, dealer and/or market in this transaction will be provided upon request.

TD Direct Investing is a division of TD Waterhouse Canada Inc., a subsidiary of The Toronto-Dominion Bank.

**Thank you for choosing TD Direct Investing.**

**TD Waterhouse Canada Inc. - Member of the Canadian Investor Protection Fund**
00055470 0000004201 20230206 59134N104 43665R

Order execution account
No advice or recommendations provided.

Page 1 of 1

**TD Direct Investing**
*3500 STEELES AVE E*
*TOWER 2, 2ND FLOOR*
*MARKHAM ON L3R 0X1*

**TD Direct Investing**

## Transaction Confirmation

MR. IAN MCCORMACK
142 VAN FLEET TERR
MILTON ON  L9T 0Y3

**Account number and type**
28RFJ2J – TD Waterhouse Tax-Free Savings
Account - CDN

**Questions?**
**Contact an Investment Representative**
Toll Free 1 (800) 465-5463

## Transaction on February 03, 2023

▸ **For settlement on:** February 07, 2023
▸ **Processed on:** February 03, 2023

| Transaction | Security Description | Quantity | Price ($) | Amount ($) |
|---|---|---|---|---|
| **You bought** | META MATERIALS INC HI-582524 | 1,000 | 0.96 | |

**Ticker symbol: MMAT**
Security number: 43665R
CUSIP ID: 59134N104
Trade number: 002634
Trade processed by: 9EON

| | | |
|---|---|---|
| Gross transaction amount | USD | 960.00 |
| *Plus* Commission | | 9.99 |
| *Plus* Premium on USD Funds converted at 36.09% | | 350.07 |
| *Equals* **Net transaction amount** | **CAD** | **$1,320.06** |

*As agent, TD Direct Investing confirms the above purchase on a U.S. OTC marketplace for settlement in your account.*

## Important information

Please review the information in this Transaction Confirmation carefully and let us know within 10 calendar days if there are any discrepancies.

Clients' accounts are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of coverage is available upon request.

**Abbreviations used in the security descriptions**
RS   = Restricted shares
NVS = Non–voting shares
RVS = Restricted voting shares
SVS = Subordinate voting shares
MVS = Multiple voting shares
/D   = DSC (Deferred Sales Charge)
/NL  = No Load

**Disclosure of sources of revenue**
TD Direct Investing and/or parties related to us may earn revenue in addition to commission from the following sources: currency conversion charges on certain trades and mutual fund transactions, fees paid by issuers and others in connection with corporate actions and new issues, the sale of fixed income products, trailer fees paid by mutual fund companies, and remuneration paid by U.S. market makers and exchanges in connection with U.S. trades. For more information, see the TD Waterhouse Canada Inc. Account and Service Agreements and Disclosure Documents booklet. It is also available online at www.td.com/ca/en/investing/direct-investing.

The name of the salesperson, dealer and/or market in this transaction will be provided upon request.

TD Direct Investing is a division of TD Waterhouse Canada Inc., a subsidiary of The Toronto-Dominion Bank.

**Thank you for choosing**
**TD Direct Investing.**

**TD Waterhouse Canada Inc. - Member of the Canadian Investor Protection Fund**
00065774 0000004200 20230203 59134N104 43665R

Order execution account
No advice or recommendations provided.

Page 1 of 1

**TD Direct Investing**
*3500 STEELES AVE E*
*TOWER 2, 2ND FLOOR*
*MARKHAM ON L3R 0X1*

**TD Direct Investing**

## Transaction Confirmation

MR. IAN MCCORMACK
142 VAN FLEET TERR
MILTON ON  L9T 0Y3

**Account number and type**
28RFJ2J - TD Waterhouse Tax-Free Savings
Account - CDN

**Questions?**
Contact an Investment Representative
Toll Free 1 (800) 465-5463

## Transaction on January 17, 2023

▸ **For settlement on:** January 19, 2023
▸ **Processed on:** January 17, 2023

| Transaction | Security Description | Quantity | Price ($) | Amount ($) |
|---|---|---|---|---|
| **You bought** | META MATERIALS INC<br>PD-578544 | 800 | 1.03 | |

**Ticker symbol: MMAT**
Security number: 43665R
CUSIP ID: 59134N104
Trade number: 000683
Trade processed by: 9EON

| | | |
|---|---|---|
| | Gross transaction amount | USD 824.00 |
| *Plus* | Commission | 9.99 |
| *Plus* | Premium on USD Funds converted at 35.99% | 300.15 |
| *Equals* | **Net transaction amount** | **CAD $1,134.14** |

*As agent, TD Direct Investing confirms the above purchase on a U.S. OTC marketplace for settlement in your account.*

## Important information

Please review the information in this Transaction Confirmation carefully and let us know within 10 calendar days if there are any discrepancies.

Clients' accounts are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of coverage is available upon request.

**Abbreviations used in the security descriptions**
RS  = Restricted shares
NVS = Non–voting shares
RVS = Restricted voting shares
SVS = Subordinate voting shares
MVS = Multiple voting shares
/D  = DSC (Deferred Sales Charge)
/NL = No Load

**Disclosure of sources of revenue**
TD Direct Investing and/or parties related to us may earn revenue in addition to commission from the following sources: currency conversion charges on certain trades and mutual fund transactions, fees paid by issuers and others in connection with corporate actions and new issues, the sale of fixed income products, trailer fees paid by mutual fund companies, and remuneration paid by U.S. market makers and exchanges in connection with U.S. trades. For more information, see the TD Waterhouse Canada Inc. Account and Service Agreements and Disclosure Documents booklet. It is also available online at www.td.com/ca/en/investing/direct-investing.

The name of the salesperson, dealer and/or market in this transaction will be provided upon request.

TD Direct Investing is a division of TD Waterhouse Canada Inc., a subsidiary of The Toronto-Dominion Bank.

**Thank you for choosing
TD Direct Investing.**

**TD Waterhouse Canada Inc. - Member of the Canadian Investor Protection Fund**
00052095 0000004187 20230117 59134N104 43665R

Order execution account
No advice or recommendations provided.
Page 1 of 1

**TD Direct Investing**
*3500 STEELES AVE E*
*TOWER 2, 2ND FLOOR*
*MARKHAM ON L3R 0X1*

**TD Direct Investing**

## Transaction Confirmation

MR. IAN MCCORMACK
142 VAN FLEET TERR
MILTON ON  L9T 0Y3

**Account number and type**
28RFJ2J - TD Waterhouse Tax-Free Savings
Account - CDN

**Questions?**
**Contact an Investment Representative**
Toll Free 1 (800) 465-5463

## Transaction on December 15, 2022

▸ **For settlement on:** December 19, 2022
▸ **Processed on:** December 15, 2022

| Transaction | Security Description | Quantity | Price ($) | Amount ($) |
|---|---|---|---|---|
| You bought | META MATERIALS INC YB-574277 | 200 | 1.3599 | |

| | | | |
|---|---|---|---|
| | Gross transaction amount | | USD  271.98 |
| *Plus* | Commission | | 9.99 |
| *Plus* | Premium on USD Funds converted at 38.59% | | 108.81 |
| *Equals* | **Net transaction amount** | | **CAD $390.78** |

**Ticker symbol: MMAT**
Security number: 43665R
CUSIP ID: 59134N104
Trade number: 004543
Trade processed by: 9EON

*As agent, TD Direct Investing confirms the above purchase on a U.S. OTC marketplace for settlement in your account.*

## Important information

Please review the information in this Transaction Confirmation carefully and let us know within 10 calendar days if there are any discrepancies.

Clients' accounts are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of coverage is available upon request.

**Abbreviations used in the security descriptions**
RS   = Restricted shares
NVS = Non–voting shares
RVS = Restricted voting shares
SVS = Subordinate voting shares
MVS = Multiple voting shares
/D   = DSC (Deferred Sales Charge)
/NL  = No Load

**Disclosure of sources of revenue**
TD Direct Investing and/or parties related to us may earn revenue in addition to commission from the following sources: currency conversion charges on certain trades and mutual fund transactions, fees paid by issuers and others in connection with corporate actions and new issues, the sale of fixed income products, trailer fees paid by mutual fund companies, and remuneration paid by U.S. market makers and exchanges in connection with U.S. trades. For more information, see the TD Waterhouse Canada Inc. Account and Service Agreements and Disclosure Documents booklet. It is also available online at www.td.com/ca/en/investing/direct-investing.

The name of the salesperson, dealer and/or market in this transaction will be provided upon request.

TD Direct Investing is a division of TD Waterhouse Canada Inc., a subsidiary of The Toronto-Dominion Bank.

**Thank you for choosing**
**TD Direct Investing.**

**TD Waterhouse Canada Inc. - Member of the Canadian Investor Protection Fund**
00047642 0000004166 20221215 59134N104 43665R

Order execution account
No advice or recommendations provided.

Page 1 of 1

**TD Direct Investing**
*3500 STEELES AVE E*
*TOWER 2, 2ND FLOOR*
*MARKHAM ON L3R 0X1*

**TD Direct Investing**

## Transaction Confirmation

MR. IAN MCCORMACK
142 VAN FLEET TERR
MILTON ON  L9T 0Y3

**Account number and type**
28RFJ2J - TD Waterhouse Tax-Free Savings
Account - CDN

**Questions?**
**Contact an Investment Representative**
Toll Free 1 (800) 465-5463

## Transaction on December 07, 2022

▸ **For settlement on:** December 09, 2022
▸ **Processed on:** December 07, 2022

| Transaction | Security Description | Quantity | Price ($) | Amount ($) |
|---|---|---|---|---|
| **You bought** | META MATERIALS INC ZZ-570942 | 1,000 | 2.15 | |

| | | | |
|---|---|---|---|
| **Ticker symbol: MMAT** | | Gross transaction amount | USD  2,150.00 |
| Security number: 43665R | *Plus* | Commission | 9.99 |
| CUSIP ID: 59134N104 | *Plus* | Premium on USD Funds converted at 38.69% | 835.70 |
| Trade number: 003974 | *Equals* | **Net transaction amount** | **CAD $2,995.69** |
| Trade processed by: 9EON | | | |

*As agent, TD Direct Investing confirms the above purchase on a U.S. OTC marketplace for settlement in your account.*

## Important information

Please review the information in this Transaction Confirmation carefully and let us know within 10 calendar days if there are any discrepancies.

Clients' accounts are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of coverage is available upon request.

**Abbreviations used in the security descriptions**
RS   = Restricted shares
NVS = Non–voting shares
RVS = Restricted voting shares
SVS = Subordinate voting shares
MVS = Multiple voting shares
/D   = DSC (Deferred Sales Charge)
/NL  = No Load

**Disclosure of sources of revenue**
TD Direct Investing and/or parties related to us may earn revenue in addition to commission from the following sources: currency conversion charges on certain trades and mutual fund transactions, fees paid by issuers and others in connection with corporate actions and new issues, the sale of fixed income products, trailer fees paid by mutual fund companies, and remuneration paid by U.S. market makers and exchanges in connection with U.S. trades. For more information, see the TD Waterhouse Canada Inc. Account and Service Agreements and Disclosure Documents booklet. It is also available online at www.td.com/ca/en/investing/direct-investing.

The name of the salesperson, dealer and/or market in this transaction will be provided upon request.

TD Direct Investing is a division of TD Waterhouse Canada Inc., a subsidiary of The Toronto-Dominion Bank.

**Thank you for choosing**
**TD Direct Investing.**

**TD Waterhouse Canada Inc. - Member of the Canadian Investor Protection Fund**
00040976 0000004160 20221207 59134N104 43665R

Order execution account
No advice or recommendations provided.
Page **1** of 1

**TD Direct Investing**
*3500 STEELES AVE E*
*TOWER 2, 2ND FLOOR*
*MARKHAM ON L3R 0X1*

**TD Direct Investing**

## Transaction Confirmation

MR. IAN MCCORMACK
142 VAN FLEET TERR
MILTON ON  L9T 0Y3

**Account number and type**
28RFJ2J - TD Waterhouse Tax-Free Savings
Account - CDN

**Questions?**
**Contact an Investment Representative**
Toll Free 1 (800) 465-5463

### Transaction on November 28, 2022

▸ **For settlement on:** November 30, 2022
▸ **Processed on:** November 28, 2022

| Transaction | Security Description | Quantity | Price ($) | Amount ($) |
|---|---|---|---|---|
| **You bought** | META MATERIALS INC TB-564921 | 1,000 | 1.79 | |

|  |  |  |
|---|---|---|
| | Gross transaction amount | USD  1,790.00 |
| *Plus* | Commission | 9.99 |
| *Plus* | Premium on USD Funds converted at 36.59% | 658.62 |
| *Equals* | **Net transaction amount** | **CAD $2,458.61** |

**Ticker symbol: MMAT**
Security number: 43665R
CUSIP ID: 59134N104
Trade number: 002766
Trade processed by: 9EON

*As agent, TD Direct Investing confirms the above purchase on a U.S. OTC marketplace for settlement in your account.*

## Important information

Please review the information in this Transaction Confirmation carefully and let us know within 10 calendar days if there are any discrepancies.

Clients' accounts are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of coverage is available upon request.

**Abbreviations used in the security descriptions**
RS  = Restricted shares
NVS = Non–voting shares
RVS = Restricted voting shares
SVS = Subordinate voting shares
MVS = Multiple voting shares
/D   = DSC (Deferred Sales Charge)
/NL  = No Load

**Disclosure of sources of revenue**
TD Direct Investing and/or parties related to us may earn revenue in addition to commission from the following sources: currency conversion charges on certain trades and mutual fund transactions, fees paid by issuers and others in connection with corporate actions and new issues, the sale of fixed income products, trailer fees paid by mutual fund companies, and remuneration paid by U.S. market makers and exchanges in connection with U.S. trades. For more information, see the TD Waterhouse Canada Inc. Account and Service Agreements and Disclosure Documents booklet. It is also available online at www.td.com/ca/en/investing/direct-investing.

The name of the salesperson, dealer and/or market in this transaction will be provided upon request.

TD Direct Investing is a division of TD Waterhouse Canada Inc., a subsidiary of The Toronto-Dominion Bank.

**Thank you for choosing TD Direct Investing.**

**TD Waterhouse Canada Inc. - Member of the Canadian Investor Protection Fund**
00039722 000004153 20221128 59134N104 43665R

Order execution account
No advice or recommendations provided.
Page 1 of 1

**TD Direct Investing**
*3500 STEELES AVE E*
*TOWER 2, 2ND FLOOR*
*MARKHAM ON L3R 0X1*

**TD Direct Investing**

## Transaction Confirmation

MR. IAN MCCORMACK
142 VAN FLEET TERR
MILTON ON  L9T 0Y3

**Account number and type**
28RFJ2J - TD Waterhouse Tax-Free Savings
Account - CDN

**Questions?**
**Contact an Investment Representative**
Toll Free 1 (800) 465-5463

## Transaction on November 15, 2022

▸ **For settlement on:** November 17, 2022
▸ **Processed on:** November 15, 2022

| Transaction | Security Description | Quantity | Price ($) | Amount ($) |
|---|---|---|---|---|
| **You bought** | META MATERIALS INC AT-563077 | 1,000 | 1.78 | |

| | | | |
|---|---|---|---|
| **Ticker symbol: MMAT** | Gross transaction amount | | USD  1,780.00 |
| Security number: 43665R | *Plus*  Commission | | 9.99 |
| CUSIP ID: 59134N104 | *Plus*  Premium on USD Funds converted at 34.99% | | 626.32 |
| Trade number: 002829 | *Equals*  **Net transaction amount** | | CAD $2,416.31 |
| Trade processed by: 9EON | | | |

*As agent, TD Direct Investing confirms the above purchase on a U.S. OTC marketplace for settlement in your account.*

## Important information

Please review the information in this Transaction Confirmation carefully and let us know within 10 calendar days if there are any discrepancies.

Clients' accounts are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of coverage is available upon request.

**Abbreviations used in the security descriptions**
RS  = Restricted shares
NVS = Non–voting shares
RVS = Restricted voting shares
SVS = Subordinate voting shares
MVS = Multiple voting shares
/D  = DSC (Deferred Sales Charge)
/NL  = No Load

**Disclosure of sources of revenue**
TD Direct Investing and/or parties related to us may earn revenue in addition to commission from the following sources: currency conversion charges on certain trades and mutual fund transactions, fees paid by issuers and others in connection with corporate actions and new issues, the sale of fixed income products, trailer fees paid by mutual fund companies, and remuneration paid by U.S. market makers and exchanges in connection with U.S. trades. For more information, see the TD Waterhouse Canada Inc. Account and Service Agreements and Disclosure Documents booklet. It is also available online at www.td.com/ca/en/investing/direct-investing.

The name of the salesperson, dealer and/or market in this transaction will be provided upon request.

TD Direct Investing is a division of TD Waterhouse Canada Inc., a subsidiary of The Toronto-Dominion Bank.

**Thank you for choosing TD Direct Investing.**

**TD Waterhouse Canada Inc. - Member of the Canadian Investor Protection Fund**
00054168 0000004144 20221115 59134N104 43665R

Order execution account
No advice or recommendations provided.

Page 1 of 1

**TD Direct Investing**
*3500 STEELES AVE E*
*TOWER 2, 2ND FLOOR*
*MARKHAM ON L3R 0X1*

**TD Direct Investing**

MR. IAN MCCORMACK
142 VAN FLEET TERR
MILTON ON  L9T 0Y3

## Transaction Confirmation

**Account number and type**
28RFJ2J – TD Waterhouse Tax-Free Savings
Account - CDN

**Questions?**
Contact an Investment Representative
Toll Free 1 (800) 465-5463

## Transaction on October 31, 2022

▸ **For settlement on:** November 02, 2022
▸ **Processed on:** October 31, 2022

| Transaction | Security Description | Quantity | Price ($) | Amount ($) |
|---|---|---|---|---|
| **You bought** | META MATERIALS INC DT-562908 | 3,000 | 1.08 | |

**Ticker symbol: MMAT**
Security number: 43665R
CUSIP ID: 59134N104
Trade number: 002898
Trade processed by: 9EON

| | | |
|---|---|---|
| | Gross transaction amount | USD  3,240.00 |
| *Plus* | Commission | 9.99 |
| *Plus* | Premium on USD Funds converted at 38.39% | 1,247.67 |
| *Equals* | **Net transaction amount** | **CAD $4,497.66** |

*As agent, TD Direct Investing confirms the above purchase on a U.S. OTC marketplace for settlement in your account.*

## Important information

Please review the information in this Transaction Confirmation carefully and let us know within 10 calendar days if there are any discrepancies.

Clients' accounts are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of coverage is available upon request.

**Abbreviations used in the security descriptions**
RS   = Restricted shares
NVS = Non–voting shares
RVS = Restricted voting shares
SVS = Subordinate voting shares
MVS = Multiple voting shares
/D   = DSC (Deferred Sales Charge)
/NL  = No Load

**Disclosure of sources of revenue**
TD Direct Investing and/or parties related to us may earn revenue in addition to commission from the following sources: currency conversion charges on certain trades and mutual fund transactions, fees paid by issuers and others in connection with corporate actions and new issues, the sale of fixed income products, trailer fees paid by mutual fund companies, and remuneration paid by U.S. market makers and exchanges in connection with U.S. trades. For more information, see the TD Waterhouse Canada Inc. Account and Service Agreements and Disclosure Documents booklet. It is also available online at www.td.com/ca/en/investing/direct-investing.

The name of the salesperson, dealer and/or market in this transaction will be provided upon request.

TD Direct Investing is a division of TD Waterhouse Canada Inc., a subsidiary of The Toronto-Dominion Bank.

**Thank you for choosing
TD Direct Investing.**

**TD Waterhouse Canada Inc. - Member of the Canadian Investor Protection Fund**
00042806 0000004133 20221031 59134N104 43665R

Order execution account
No advice or recommendations provided.
Page 1 of 1

**TD Direct Investing**
*3500 STEELES AVE E*
*TOWER 2, 2ND FLOOR*
*MARKHAM ON L3R 0X1*

**TD Direct Investing**

## Transaction Confirmation

MR. IAN MCCORMACK
142 VAN FLEET TERR
MILTON ON  L9T 0Y3

**Account number and type**
28RFJ2J – TD Waterhouse Tax-Free Savings
Account - CDN

**Questions?**
Contact an Investment Representative
Toll Free 1 (800) 465-5463

## Transaction on October 27, 2022

▸ **For settlement on:** October 31, 2022
▸ **Processed on:** October 27, 2022

| Transaction | Security Description | Quantity | Price ($) | Amount ($) |
|---|---|---|---|---|
| **You bought** | META MATERIALS INC<br>KT-558006 | 1,000 | 1.02 | |

**Ticker symbol: MMAT**
Security number: 43665R
CUSIP ID: 59134N104
Trade number: 000365
Trade processed by: 9EON

| | | |
|---|---|---|
| | Gross transaction amount | USD 1,020.00 |
| *Plus* | Commission | 9.99 |
| *Plus* | Premium on USD Funds converted at 37.59% | 387.17 |
| *Equals* | **Net transaction amount** | **CAD $1,417.16** |

*As agent, TD Direct Investing confirms the above purchase on a U.S. OTC marketplace for settlement in your account.*

## Important information

Please review the information in this Transaction Confirmation carefully and let us know within 10 calendar days if there are any discrepancies.

Clients' accounts are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of coverage is available upon request.

**Abbreviations used in the security descriptions**
RS   = Restricted shares
NVS = Non–voting shares
RVS = Restricted voting shares
SVS = Subordinate voting shares
MVS = Multiple voting shares
/D    = DSC (Deferred Sales Charge)
/NL  = No Load

**Disclosure of sources of revenue**
TD Direct Investing and/or parties related to us may earn revenue in addition to commission from the following sources: currency conversion charges on certain trades and mutual fund transactions, fees paid by issuers and others in connection with corporate actions and new issues, the sale of fixed income products, trailer fees paid by mutual fund companies, and remuneration paid by U.S. market makers and exchanges in connection with U.S. trades. For more information, see the TD Waterhouse Canada Inc. Account and Service Agreements and Disclosure Documents booklet. It is also available online at www.td.com/ca/en/investing/direct-investing.

The name of the salesperson, dealer and/or market in this transaction will be provided upon request.

TD Direct Investing is a division of TD Waterhouse Canada Inc., a subsidiary of The Toronto-Dominion Bank.

**Thank you for choosing TD Direct Investing.**

**TD Waterhouse Canada Inc. - Member of the Canadian Investor Protection Fund**
00046981 0000004131 20221027 59134N104 43665R

Order execution account
No advice or recommendations provided.

Page **1** of 1

**TD Direct Investing**
*3500 STEELES AVE E*
*TOWER 2, 2ND FLOOR*
*MARKHAM ON L3R 0X1*

**TD Direct Investing**

## Transaction Confirmation

MR. IAN MCCORMACK
142 VAN FLEET TERR
MILTON ON  L9T 0Y3

**Account number and type**
28RFJ2J - TD Waterhouse Tax-Free Savings
Account - CDN

**Questions?**
**Contact an Investment Representative**
Toll Free 1 (800) 465-5463

## Transaction on October 27, 2022

▸ **For settlement on:** October 31, 2022
▸ **Processed on:** October 27, 2022

| Transaction | Security Description | Quantity | Price ($) | Amount ($) |
|---|---|---|---|---|
| **You bought** | META MATERIALS INC | 500 | 1.028 | |
| | QW-559930 | 500 | 1.0299 | |
| | | **1,000** | | |

**Ticker symbol: MMAT**
Security number: 43665R
CUSIP ID: 59134N104
Trade number: 002658
Trade processed by: 9EON

| | | |
|---|---|---|
| | Gross transaction amount | USD  1,028.95 |
| *Plus* | Commission | 9.99 |
| *Plus* | Premium on USD Funds converted at 37.49% | 389.50 |
| *Equals* | **Net transaction amount** | **CAD $1,428.44** |

*As agent, TD Direct Investing confirms the above purchase on a U.S. OTC marketplace for settlement in your account.*

## Important information

Please review the information in this Transaction Confirmation carefully and let us know within 10 calendar days if there are any discrepancies.

Clients' accounts are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of coverage is available upon request.

**Abbreviations used in the security descriptions**
RS   = Restricted shares
NVS = Non–voting shares
RVS = Restricted voting shares
SVS = Subordinate voting shares
MVS = Multiple voting shares
/D   = DSC (Deferred Sales Charge)
/NL = No Load

**Disclosure of sources of revenue**
TD Direct Investing and/or parties related to us may earn revenue in addition to commission from the following sources: currency conversion charges on certain trades and mutual fund transactions, fees paid by issuers and others in connection with corporate actions and new issues, the sale of fixed income products, trailer fees paid by mutual fund companies, and remuneration paid by U.S. market makers and exchanges in connection with U.S. trades. For more information, see the TD Waterhouse Canada Inc. Account and Service Agreements and Disclosure Documents booklet. It is also available online at www.td.com/ca/en/investing/direct-investing.

The name of the salesperson, dealer and/or market in this transaction will be provided upon request.

TD Direct Investing is a division of TD Waterhouse Canada Inc., a subsidiary of The Toronto-Dominion Bank.

**Thank you for choosing TD Direct Investing.**

**TD Waterhouse Canada Inc. - Member of the Canadian Investor Protection Fund**
00046983 0000004131 20221027 59134N104 43665R

Order execution account
No advice or recommendations provided.
Page 1 of 1

**TD Direct Investing**
*3500 STEELES AVE E*
*TOWER 2, 2ND FLOOR*
*MARKHAM ON L3R 0X1*

**TD Direct Investing**

**Transaction Confirmation**

**Account number and type**
28RFJ2J - TD Waterhouse Tax-Free Savings
Account - CDN

MR. IAN MCCORMACK
142 VAN FLEET TERR
MILTON ON  L9T 0Y3

**Questions?**
**Contact an Investment Representative**
Toll Free 1 (800) 465-5463

## Transaction on October 27, 2022

▸ **For settlement on:** October 31, 2022
▸ **Processed on:** October 27, 2022

| Transaction | Security Description | Quantity | Price ($) | Amount ($) |
|---|---|---|---|---|
| **You bought** | META MATERIALS INC | 1,000 | 1.0191 | |
| | ZQ-558989 | | | |

**Ticker symbol: MMAT**
Security number: 43665R
CUSIP ID: 59134N104
Trade number: 002050
Trade processed by: 9EON

| | | |
|---|---|---|
| | Gross transaction amount | USD  1,019.10 |
| *Plus* | Commission | 9.99 |
| *Plus* | Premium on USD Funds converted at 37.49% | 385.81 |
| *Equals* | **Net transaction amount** | CAD **$1,414.90** |

*As agent, TD Direct Investing confirms the above purchase on a U.S. OTC marketplace for settlement in your account.*

## Important information

Please review the information in this Transaction Confirmation carefully and let us know within 10 calendar days if there are any discrepancies.

Clients' accounts are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of coverage is available upon request.

**Abbreviations used in the security descriptions**
RS   = Restricted shares
NVS = Non–voting shares
RVS = Restricted voting shares
SVS = Subordinate voting shares
MVS = Multiple voting shares
/D   = DSC (Deferred Sales Charge)
/NL = No Load

**Disclosure of sources of revenue**
TD Direct Investing and/or parties related to us may earn revenue in addition to commission from the following sources: currency conversion charges on certain trades and mutual fund transactions, fees paid by issuers and others in connection with corporate actions and new issues, the sale of fixed income products, trailer fees paid by mutual fund companies, and remuneration paid by U.S. market makers and exchanges in connection with U.S. trades. For more information, see the TD Waterhouse Canada Inc. Account and Service Agreements and Disclosure Documents booklet. It is also available online at www.td.com/ca/en/investing/direct-investing.

The name of the salesperson, dealer and/or market in this transaction will be provided upon request.

TD Direct Investing is a division of TD Waterhouse Canada Inc., a subsidiary of The Toronto-Dominion Bank.

**Thank you for choosing TD Direct Investing.**

**TD Waterhouse Canada Inc. - Member of the Canadian Investor Protection Fund**
00046982 0000004131 20221027 59134N104 43665R

Order execution account
No advice or recommendations provided.
Page 1 of 1

**TD Direct Investing**
*3500 STEELES AVE E*
*TOWER 2, 2ND FLOOR*
*MARKHAM ON L3R 0X1*

**TD Direct Investing**

## Transaction Confirmation

MR. IAN MCCORMACK
142 VAN FLEET TERR
MILTON ON  L9T 0Y3

**Account number and type**
28RFJ2J - TD Waterhouse Tax-Free Savings
Account - CDN

**Questions?**
**Contact an Investment Representative**
Toll Free 1 (800) 465-5463

## Transaction on October 27, 2022

▸ **For settlement on:** October 31, 2022
▸ **Processed on:** October 27, 2022

| Transaction | Security Description | Quantity | Price ($) | Amount ($) |
|---|---|---|---|---|
| You bought | META MATERIALS INC RG-558859 | 1,000 | 1.03 | |

**Ticker symbol: MMAT**
Security number: 43665R
CUSIP ID: 59134N104
Trade number: 005360
Trade processed by: 9EON

|  |  |  |
|---|---|---|
| | Gross transaction amount | USD  1,030.00 |
| *Plus* | Commission | 9.99 |
| *Plus* | Premium on USD Funds converted at 37.49% | 389.89 |
| *Equals* | **Net transaction amount** | **CAD $1,429.88** |

*As agent, TD Direct Investing confirms the above purchase on a U.S. OTC marketplace for settlement in your account.*

## Important information

Please review the information in this Transaction Confirmation carefully and let us know within 10 calendar days if there are any discrepancies.

Clients' accounts are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of coverage is available upon request.

**Abbreviations used in the security descriptions**
RS   = Restricted shares
NVS = Non–voting shares
RVS = Restricted voting shares
SVS = Subordinate voting shares
MVS = Multiple voting shares
/D   = DSC (Deferred Sales Charge)
/NL = No Load

**Disclosure of sources of revenue**
TD Direct Investing and/or parties related to us may earn revenue in addition to commission from the following sources: currency conversion charges on certain trades and mutual fund transactions, fees paid by issuers and others in connection with corporate actions and new issues, the sale of fixed income products, trailer fees paid by mutual fund companies, and remuneration paid by U.S. market makers and exchanges in connection with U.S. trades. For more information, see the TD Waterhouse Canada Inc. Account and Service Agreements and Disclosure Documents booklet. It is also available online at www.td.com/ca/en/investing/direct-investing.

The name of the salesperson, dealer and/or market in this transaction will be provided upon request.

TD Direct Investing is a division of TD Waterhouse Canada Inc., a subsidiary of The Toronto-Dominion Bank.

**Thank you for choosing**
**TD Direct Investing.**

**TD Waterhouse Canada Inc. - Member of the Canadian Investor Protection Fund**
00046985 0000004131 20221027 59134N104 43665R

Order execution account
No advice or recommendations provided.

Page 1 of 1

**TD Direct Investing**
*3500 STEELES AVE E*
*TOWER 2, 2ND FLOOR*
*MARKHAM ON L3R 0X1*

**TD Direct Investing**

## Transaction Confirmation

MR. IAN MCCORMACK
142 VAN FLEET TERR
MILTON ON  L9T 0Y3

**Account number and type**
28RFJ2J – TD Waterhouse Tax-Free Savings
Account - CDN

**Questions?**
**Contact an Investment Representative**
Toll Free 1 (800) 465-5463

## Transaction on August 25, 2022

▸ **For settlement on:** August 29, 2022
▸ **Processed on:** August 25, 2022

| Transaction | Security Description | Quantity | Price ($) | Amount ($) |
|---|---|---|---|---|
| **You bought** | META MATERIALS INC NG-546758 | 40 | 0.87 | |

| | | Amount |
|---|---|---|
| | Gross transaction amount | USD 34.80 |
| *Plus* | Commission | 9.99 |
| *Plus* | Premium on USD Funds converted at 31.49% | 14.10 |
| *Equals* | **Net transaction amount** | **CAD $58.89** |

**Ticker symbol: MMAT**
Security number: 43665R
CUSIP ID: 59134N104
Trade number: 003781
Trade processed by: 9EON

*As agent, TD Direct Investing confirms the above purchase on a U.S. OTC marketplace for settlement in your account.*

## Important information

Please review the information in this Transaction Confirmation carefully and let us know within 10 calendar days if there are any discrepancies.

Clients' accounts are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of coverage is available upon request.

**Abbreviations used in the security descriptions**
RS   = Restricted shares
NVS = Non–voting shares
RVS = Restricted voting shares
SVS = Subordinate voting shares
MVS = Multiple voting shares
/D   = DSC (Deferred Sales Charge)
/NL  = No Load

**Disclosure of sources of revenue**
TD Direct Investing and/or parties related to us may earn revenue in addition to commission from the following sources: currency conversion charges on certain trades and mutual fund transactions, fees paid by issuers and others in connection with corporate actions and new issues, the sale of fixed income products, trailer fees paid by mutual fund companies, and remuneration paid by U.S. market makers and exchanges in connection with U.S. trades. For more information, see the TD Waterhouse Canada Inc. Account and Service Agreements and Disclosure Documents booklet. It is also available online at www.td.com/ca/en/investing/direct-investing.

The name of the salesperson, dealer and/or market in this transaction will be provided upon request.

TD Direct Investing is a division of TD Waterhouse Canada Inc., a subsidiary of The Toronto-Dominion Bank.

**Thank you for choosing TD Direct Investing.**

**TD Waterhouse Canada Inc. - Member of the Canadian Investor Protection Fund**
00042055 0000004087 20220825 59134N104 43665R

Order execution account
No advice or recommendations provided.

Page 1 of 1

**TD Direct Investing**
*3500 STEELES AVE E*
*TOWER 2, 2ND FLOOR*
*MARKHAM ON L3R 0X1*

**TD Direct Investing**

## Transaction Confirmation

MR. IAN MCCORMACK
142 VAN FLEET TERR
MILTON ON  L9T 0Y3

**Account number and type**
28RFJ2J - TD Waterhouse Tax-Free Savings
Account - CDN

**Questions?**
**Contact an Investment Representative**
Toll Free 1 (800) 465-5463

## Transaction on July 15, 2022

▸ **For settlement on:** July 19, 2022
▸ **Processed on:** July 15, 2022

| Transaction | Security Description | Quantity | Price ($) | Amount ($) |
|---|---|---|---|---|
| **You bought** | META MATERIALS INC | 50 | 0.97 | |
| | UQ-537612 | | | |

| | | | |
|---|---|---|---|
| **Ticker symbol: MMAT** | Gross transaction amount | | USD 48.50 |
| Security number: 43665R | *Plus* Commission | | 9.99 |
| CUSIP ID: 59134N104 | *Plus* Premium on USD Funds converted at | | |
| Trade number: 000219 | 32.49% | | 19.00 |
| Trade processed by: 9EON | *Equals* **Net transaction amount** | | **CAD $77.49** |

*As agent, TD Direct Investing confirms the above purchase on a U.S. OTC marketplace for settlement in your account.*

## Important information

Please review the information in this Transaction Confirmation carefully and let us know within 10 calendar days if there are any discrepancies.

Clients' accounts are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of coverage is available upon request.

**Abbreviations used in the security descriptions**
RS   = Restricted shares
NVS = Non–voting shares
RVS = Restricted voting shares
SVS = Subordinate voting shares
MVS = Multiple voting shares
/D   = DSC (Deferred Sales Charge)
/NL  = No Load

**Disclosure of sources of revenue**
TD Direct Investing and/or parties related to us may earn revenue in addition to commission from the following sources: currency conversion charges on certain trades and mutual fund transactions, fees paid by issuers and others in connection with corporate actions and new issues, the sale of fixed income products, trailer fees paid by mutual fund companies, and remuneration paid by U.S. market makers and exchanges in connection with U.S. trades. For more information, see the TD Waterhouse Canada Inc. Account and Service Agreements and Disclosure Documents booklet. It is also available online at www.td.com/ca/en/investing/direct-investing.

The name of the salesperson, dealer and/or market in this transaction will be provided upon request.

TD Direct Investing is a division of TD Waterhouse Canada Inc., a subsidiary of The Toronto-Dominion Bank.

**Thank you for choosing TD Direct Investing.**

**TD Waterhouse Canada Inc. - Member of the Canadian Investor Protection Fund**
00041635 0000004058 20220715 59134N104 43665R

Order execution account
No advice or recommendations provided.
Page 1 of 1

**TD Direct Investing**
*3500 STEELES AVE E*
*TOWER 2, 2ND FLOOR*
*MARKHAM ON L3R 0X1*

**TD Direct Investing**

## Transaction Confirmation

MR. IAN MCCORMACK
142 VAN FLEET TERR
MILTON ON  L9T 0Y3

**Account number and type**
28RFJ2J – TD Waterhouse Tax-Free Savings
Account - CDN

**Questions?**
**Contact an Investment Representative**
Toll Free 1 (800) 465-5463

## Transaction on June 28, 2022

▸ **For settlement on:** June 30, 2022
▸ **Processed on:** June 28, 2022

| Transaction | Security Description | Quantity | Price ($) | Amount ($) |
|---|---|---|---|---|
| You bought | META MATERIALS INC NS-534371 | 65 | 1.06 | |

**Ticker symbol: MMAT**
Security number: 43665R
CUSIP ID: 59134N104
Trade number: 000645
Trade processed by: 9EON

| | | |
|---|---|---|
| | Gross transaction amount | USD  68.90 |
| *Plus* | Commission | 9.99 |
| *Plus* | Premium on USD Funds converted at 30.89% | 24.37 |
| *Equals* | **Net transaction amount** | **CAD $103.26** |

*As agent, TD Direct Investing confirms the above purchase on a U.S. OTC marketplace for settlement in your account.*

## Important information

Please review the information in this Transaction Confirmation carefully and let us know within 10 calendar days if there are any discrepancies.

Clients' accounts are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of coverage is available upon request.

**Abbreviations used in the security descriptions**
RS  = Restricted shares
NVS = Non–voting shares
RVS = Restricted voting shares
SVS = Subordinate voting shares
MVS = Multiple voting shares
/D  = DSC (Deferred Sales Charge)
/NL = No Load

**Disclosure of sources of revenue**
TD Direct Investing and/or parties related to us may earn revenue in addition to commission from the following sources: currency conversion charges on certain trades and mutual fund transactions, fees paid by issuers and others in connection with corporate actions and new issues, the sale of fixed income products, trailer fees paid by mutual fund companies, and remuneration paid by U.S. market makers and exchanges in connection with U.S. trades. For more information, see the TD Waterhouse Canada Inc. Account and Service Agreements and Disclosure Documents booklet. It is also available online at www.td.com/ca/en/investing/direct-investing.

The name of the salesperson, dealer and/or market in this transaction will be provided upon request.

TD Direct Investing is a division of TD Waterhouse Canada Inc., a subsidiary of The Toronto-Dominion Bank.

**Thank you for choosing
TD Direct Investing.**

**TD Waterhouse Canada Inc. - Member of the Canadian Investor Protection Fund**
00043968 0000004045 20220628 59134N104 43665R

Order execution account
No advice or recommendations provided.
Page 1 of 1

**TD Direct Investing**
*3500 STEELES AVE E*
*TOWER 2, 2ND FLOOR*
*MARKHAM ON L3R 0X1*

**TD Direct Investing**

## Transaction Confirmation

MR. IAN MCCORMACK
142 VAN FLEET TERR
MILTON ON  L9T 0Y3

**Account number and type**
28RFJ2J - TD Waterhouse Tax-Free Savings
Account - CDN

**Questions?**
**Contact an Investment Representative**
Toll Free 1 (800) 465-5463

### Transaction on June 28, 2022

▸ **For settlement on:** June 30, 2022
▸ **Processed on:** June 28, 2022

| Transaction | Security Description | Quantity | Price ($) | Amount ($) |
|---|---|---|---|---|
| You bought | META MATERIALS INC KY-533069 | 100 | 1.08 | |

| | | | |
|---|---|---|---|
| | Gross transaction amount | | USD  108.00 |
| *Plus* | Commission | | 9.99 |
| *Plus* | Premium on USD Funds converted at 30.49% | | 35.98 |
| *Equals* | **Net transaction amount** | | **CAD $153.97** |

**Ticker symbol: MMAT**
Security number: 43665R
CUSIP ID: 59134N104
Trade number: 003440
Trade processed by: 9EON

*As agent, TD Direct Investing confirms the above purchase on a U.S. OTC marketplace for settlement in your account.*

## Important information

Please review the information in this Transaction Confirmation carefully and let us know within 10 calendar days if there are any discrepancies.

Clients' accounts are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of coverage is available upon request.

**Abbreviations used in the security descriptions**
RS   = Restricted shares
NVS = Non–voting shares
RVS = Restricted voting shares
SVS = Subordinate voting shares
MVS = Multiple voting shares
/D   = DSC (Deferred Sales Charge)
/NL  = No Load

**Disclosure of sources of revenue**
TD Direct Investing and/or parties related to us may earn revenue in addition to commission from the following sources: currency conversion charges on certain trades and mutual fund transactions, fees paid by issuers and others in connection with corporate actions and new issues, the sale of fixed income products, trailer fees paid by mutual fund companies, and remuneration paid by U.S. market makers and exchanges in connection with U.S. trades. For more information, see the TD Waterhouse Canada Inc. Account and Service Agreements and Disclosure Documents booklet. It is also available online at www.td.com/ca/en/investing/direct-investing.

The name of the salesperson, dealer and/or market in this transaction will be provided upon request.

TD Direct Investing is a division of TD Waterhouse Canada Inc., a subsidiary of The Toronto-Dominion Bank.

**Thank you for choosing TD Direct Investing.**

**TD Waterhouse Canada Inc. - Member of the Canadian Investor Protection Fund**
00043969 0000004045 20220628 59134N104 43665R

Order execution account
No advice or recommendations provided.

Page 1 of 1

**TD Direct Investing**
*3500 STEELES AVE E*
*TOWER 2, 2ND FLOOR*
*MARKHAM ON L3R 0X1*

**TD Direct Investing**

**Transaction Confirmation**

IAN S MCCORMACK
142 VAN FLEET TERR
MILTON ON  L9T 0Y3

**Account number and type**
28RFJ2J - TD Waterhouse Tax-Free Savings
Account - CDN

**Questions?**
**Contact an Investment Representative**
Toll Free 1 (800) 465-5463

## Transaction on February 01, 2022

▸ **For settlement on:** February 03, 2022
▸ **Processed on:** February 01, 2022

| Transaction | Security Description | Quantity | Price ($) | Amount ($) |
|---|---|---|---|---|
| You bought | META MATERIALS INC KC-489824 | 5 | 1.85 | |

**Ticker symbol: MMAT**
Security number: 43665R
CUSIP ID: 59134N104
Trade number: 003511
Trade processed by: 9EON

| | | |
|---|---|---|
| | Gross transaction amount | USD  9.25 |
| Plus | Commission | 9.99 |
| Plus | Premium on USD Funds converted at 28.99% | 5.58 |
| *Equals* | **Net transaction amount** | **CAD $24.82** |

*As agent, TD Direct Investing confirms the above purchase on a U.S. OTC marketplace for settlement in your account.*

## Important information

Please review the information in this Transaction Confirmation carefully and let us know within 10 calendar days if there are any discrepancies.

Clients' accounts are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of coverage is available upon request.

**Abbreviations used in the security descriptions**
RS    = Restricted shares
NVS  = Non–voting shares
RVS  = Restricted voting shares
SVS  = Subordinate voting shares
MVS = Multiple voting shares
/D   = DSC (Deferred Sales Charge)
/NL  = No Load

**Disclosure of sources of revenue**
TD Direct Investing and/or parties related to us may earn revenue in addition to commission from the following sources: currency conversion charges on certain trades and mutual fund transactions, fees paid by issuers and others in connection with corporate actions and new issues, the sale of fixed income products, trailer fees paid by mutual fund companies, and remuneration paid by U.S. market makers and exchanges in connection with U.S. trades. For more information, see the TD Waterhouse Canada Inc. Account and Service Agreements and Disclosure Documents booklet. It is also available online at www.td.com/ca/en/investing/direct-investing.

The name of the salesperson, dealer and/or market in this transaction will be provided upon request.

TD Direct Investing is a division of TD Waterhouse Canada Inc., a subsidiary of The Toronto-Dominion Bank.

**Thank you for choosing**
**TD Direct Investing.**

**TD Waterhouse Canada Inc. - Member of the Canadian Investor Protection Fund**
00068101 0000003941 20220201 59134N104 43665R

Order execution account
No advice or recommendations provided.
Page **1** of 1

**TD Direct Investing**
*3500 STEELES AVE E*
*TOWER 2, 2ND FLOOR*
*MARKHAM ON L3R 0X1*

**TD Direct Investing**

IAN S MCCORMACK
142 VAN FLEET TERR
MILTON ON  L9T 0Y3

## Transaction Confirmation

**Account number and type**
28RFJ2J - TD Waterhouse Tax-Free Savings
Account - CDN

**Questions?**
**Contact an Investment Representative**
Toll Free 1 (800) 465-5463

## Transaction on November 02, 2021

▸ **For settlement on:** November 04, 2021
▸ **Processed on:** November 02, 2021

| Transaction | Security Description | Quantity | Price ($) | Amount ($) |
|---|---|---|---|---|
| You bought | META MATERIALS INC<br>SD-458915 | 40 | 4.98 | |

**Ticker symbol: MMAT**
Security number: 43665R
CUSIP ID: 59134N104
Trade number: 004646
Trade processed by: 9EON

| | | |
|---|---|---|
| Gross transaction amount | USD | 199.20 |
| *Plus* Commission | | 9.99 |
| *Plus* Premium on USD Funds converted at 26.19% | | 54.79 |
| *Equals* **Net transaction amount** | **CAD** | **$263.98** |

*As agent, TD Direct Investing confirms the above purchase on a U.S. OTC marketplace for settlement in your account.*

## Important information

Please review the information in this Transaction Confirmation carefully and let us know within 10 calendar days if there are any discrepancies.

Clients' accounts are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of coverage is available upon request.

**Abbreviations used in the security descriptions**
RS   = Restricted shares
NVS = Non–voting shares
RVS = Restricted voting shares
SVS = Subordinate voting shares
MVS = Multiple voting shares
/D   = DSC (Deferred Sales Charge)
/NL  = No Load

**Disclosure of sources of revenue**
TD Direct Investing and/or parties related to us may earn revenue in addition to commission from the following sources: currency conversion charges on certain trades and mutual fund transactions, fees paid by issuers and others in connection with corporate actions and new issues, the sale of fixed income products, trailer fees paid by mutual fund companies, and remuneration paid by U.S. market makers and exchanges in connection with U.S. trades. For more information, see the TD Waterhouse Canada Inc. Account and Service Agreements and Disclosure Documents booklet. It is also available online at www.td.com/ca/en/investing/direct-investing.

The name of the salesperson, dealer and/or market in this transaction will be provided upon request.

TD Direct Investing is a division of TD Waterhouse Canada Inc., a subsidiary of The Toronto-Dominion Bank.

**Thank you for choosing TD Direct Investing.**

**TD Waterhouse Canada Inc. - Member of the Canadian Investor Protection Fund**
00077218 0000003876 20211102 59134N104 43665R

Order execution account
No advice or recommendations provided.
Page 1 of 1

**TD Direct Investing**
*3500 STEELES AVE E*
*TOWER 2, 2ND FLOOR*
*MARKHAM ON L3R 0X1*

**TD Direct Investing**

IAN S MCCORMACK
142 VAN FLEET TERR
MILTON ON  L9T 0Y3

## Transaction Confirmation

**Account number and type**
28RFJ2J - TD Waterhouse Tax-Free Savings
Account - CDN

**Questions?**
Contact an Investment Representative
Toll Free 1 (800) 465-5463

## Transaction on October 14, 2021

▸ **For settlement on:** October 18, 2021
▸ **Processed on:** October 14, 2021

| Transaction | Security Description | Quantity | Price ($) | Amount ($) |
|---|---|---|---|---|
| You bought | META MATERIALS INC IU-452866 | 50 | 5.25 | |

| | | | |
|---|---|---|---|
| | Gross transaction amount | | USD  262.50 |
| Plus | Commission | | 9.99 |
| Plus | Premium on USD Funds converted at 25.59% | | 69.73 |
| Equals | **Net transaction amount** | | **CAD $342.22** |

**Ticker symbol: MMAT**
Security number: 43665R
CUSIP ID: 59134N104
Trade number: 001706
Trade processed by: 9EON

*As agent, TD Direct Investing confirms the above purchase on a U.S. OTC marketplace for settlement in your account.*

## Important information

Please review the information in this Transaction Confirmation carefully and let us know within 10 calendar days if there are any discrepancies.

Clients' accounts are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of coverage is available upon request.

**Abbreviations used in the security descriptions**
RS   = Restricted shares
NVS = Non–voting shares
RVS = Restricted voting shares
SVS = Subordinate voting shares
MVS = Multiple voting shares
/D   = DSC (Deferred Sales Charge)
/NL = No Load

**Disclosure of sources of revenue**
TD Direct Investing and/or parties related to us may earn revenue in addition to commission from the following sources: currency conversion charges on certain trades and mutual fund transactions, fees paid by issuers and others in connection with corporate actions and new issues, the sale of fixed income products, trailer fees paid by mutual fund companies, and remuneration paid by U.S. market makers and exchanges in connection with U.S. trades. For more information, see the TD Waterhouse Canada Inc. Account and Service Agreements and Disclosure Documents booklet. It is also available online at www.td.com/ca/en/investing/direct-investing.

The name of the salesperson, dealer and/or market in this transaction will be provided upon request.

TD Direct Investing is a division of TD Waterhouse Canada Inc., a subsidiary of The Toronto-Dominion Bank.

**Thank you for choosing TD Direct Investing.**

**TD Waterhouse Canada Inc. - Member of the Canadian Investor Protection Fund**
00064855 0000003863 20211014 59134N104 43665R

Order execution account
No advice or recommendations provided.
Page 1 of 1

**TD Direct Investing**
*3500 STEELES AVE E*
*TOWER 2, 2ND FLOOR*
*MARKHAM ON L3R 0X1*

**TD Direct Investing**

IAN S MCCORMACK
142 VAN FLEET TERR
MILTON ON  L9T 0Y3

## Transaction Confirmation

**Account number and type**
28RFJ2J - TD Waterhouse Tax-Free Savings
Account - CDN

**Questions?**
**Contact an Investment Representative**
Toll Free 1 (800) 465-5463

## Transaction on August 25, 2021

▸ **For settlement on:** August 27, 2021
▸ **Processed on:** August 25, 2021

| Transaction | Security Description | Quantity | Price ($) | Amount ($) |
|---|---|---|---|---|
| You bought | META MATERIALS INC EU-438609 | 200 | 3.65 | |

**Ticker symbol: MMAT**
Security number: 43665R
CUSIP ID: 59134N104
Trade number: 001340
Trade processed by: 9EON

| | | Amount |
|---|---|---|
| | Gross transaction amount | USD 730.00 |
| Plus | Commission | 9.99 |
| Plus | Premium on USD Funds converted at 28.34% | 209.71 |
| Equals | **Net transaction amount** | **CAD $949.70** |

*As agent, TD Direct Investing confirms the above purchase on a U.S. OTC marketplace for settlement in your account.*

## Important information

Please review the information in this Transaction Confirmation carefully and let us know within 10 calendar days if there are any discrepancies.

Clients' accounts are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of coverage is available upon request.

**Abbreviations used in the security descriptions**
RS   = Restricted shares
NVS = Non–voting shares
RVS = Restricted voting shares
SVS = Subordinate voting shares
MVS = Multiple voting shares
/D    = DSC (Deferred Sales Charge)
/NL  = No Load

**Disclosure of sources of revenue**
TD Direct Investing and/or parties related to us may earn revenue in addition to commission from the following sources: currency conversion charges on certain trades and mutual fund transactions, fees paid by issuers and others in connection with corporate actions and new issues, the sale of fixed income products, trailer fees paid by mutual fund companies, and remuneration paid by U.S. market makers and exchanges in connection with U.S. trades. For more information, see the TD Waterhouse Canada Inc. Account and Service Agreements and Disclosure Documents booklet. It is also available online at www.td.com/ca/en/investing/direct-investing.

The name of the salesperson, dealer and/or market in this transaction will be provided upon request.

TD Direct Investing is a division of TD Waterhouse Canada Inc., a subsidiary of The Toronto-Dominion Bank.

**Thank you for choosing TD Direct Investing.**

**TD Waterhouse Canada Inc. - Member of the Canadian Investor Protection Fund**
00054961 0000003828 20210825 59134N104 43665R

Order execution account
No advice or recommendations provided.

Page 1 of 1

**TD Direct Investing**
*3500 STEELES AVE E*
*TOWER 2, 2ND FLOOR*
*MARKHAM ON L3R 0X1*

**TD Direct Investing**

IAN S MCCORMACK
142 VAN FLEET TERR
MILTON ON  L9T 0Y3

## Transaction Confirmation

**Account number and type**
28RFJ2J – TD Waterhouse Tax-Free Savings
Account - CDN

**Questions?**
**Contact an Investment Representative**
Toll Free 1 (800) 465-5463

## Transaction on August 12, 2021

▸ **For settlement on:** August 16, 2021
▸ **Processed on:** August 12, 2021

| Transaction | Security Description | Quantity | Price ($) | Amount ($) |
|---|---|---|---|---|
| You bought | META MATERIALS INC LW-435726 | 250 | 3.39 | |

**Ticker symbol: MMAT**
Security number: 43665R
CUSIP ID: 59134N104
Trade number: 004044
Trade processed by: 9EON

| | | |
|---|---|---|
| Gross transaction amount | | USD  847.50 |
| *Plus* Commission | | 9.99 |
| *Plus* Premium on USD Funds converted at 27.19% | | 233.15 |
| *Equals* **Net transaction amount** | | **CAD $1,090.64** |

*As agent, TD Direct Investing confirms the above purchase on a U.S. OTC marketplace for settlement in your account.*

## Important information

Please review the information in this Transaction Confirmation carefully and let us know within 10 calendar days if there are any discrepancies.

Clients' accounts are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of coverage is available upon request.

**Abbreviations used in the security descriptions**
RS  = Restricted shares
NVS = Non-voting shares
RVS = Restricted voting shares
SVS = Subordinate voting shares
MVS = Multiple voting shares
/D  = DSC (Deferred Sales Charge)
/NL = No Load

**Disclosure of sources of revenue**
TD Direct Investing and/or parties related to us may earn revenue in addition to commission from the following sources: currency conversion charges on certain trades and mutual fund transactions, fees paid by issuers and others in connection with corporate actions and new issues, the sale of fixed income products, trailer fees paid by mutual fund companies, and remuneration paid by U.S. market makers and exchanges in connection with U.S. trades. For more information, see the TD Waterhouse Canada Inc. Account and Service Agreements and Disclosure Documents booklet. It is also available online at www.td.com/ca/en/investing/direct-investing.

The name of the salesperson, dealer and/or market in this transaction will be provided upon request.

TD Direct Investing is a division of TD Waterhouse Canada Inc., a subsidiary of The Toronto-Dominion Bank.

**Thank you for choosing
TD Direct Investing.**

**TD Waterhouse Canada Inc. - Member of the Canadian Investor Protection Fund**
00058171 0000003819 20210812 59134N104 43665R

Order execution account
No advice or recommendations provided.
Page 1 of 1

**TD Direct Investing**
*3500 STEELES AVE E*
*TOWER 2, 2ND FLOOR*
*MARKHAM ON L3R 0X1*

**TD Direct Investing**

MR. IAN MCCORMACK
142 VAN FLEET TERR
MILTON ON  L9T 0Y3

## Transaction Confirmation

**Account number and type**
28RFJ2A - Cash Account - CDN

**Questions?**
**Contact an Investment Representative**
Toll Free 1 (800) 465-5463

## Transaction on January 18, 2024

▸ **For settlement on:** January 22, 2024
▸ **Processed on:** January 18, 2024

| Transaction | Security Description | Quantity | Price ($) | Amount ($) |
|---|---|---|---|---|
| **You bought** | META MATERIALS INC XW-654997 | 10,000 | 0.0663 | |

**Ticker symbol: MMAT**
Security number: 43665R
CUSIP ID: 59134N104
Trade number: 003080
Trade processed by: 9EON

| | | |
|---|---|---|
| | Gross transaction amount | USD  663.00 |
| *Plus* | Commission | 9.99 |
| *Plus* | Premium on USD Funds converted at 37.09% | 249.61 |
| *Equals* | **Net transaction amount** | **CAD $922.60** |

*As agent, TD Direct Investing confirms the above purchase on a U.S. OTC marketplace for settlement in your account.*

## Important information

Please review the information in this Transaction Confirmation carefully and let us know within 10 calendar days if there are any discrepancies.

Clients' accounts are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of coverage is available upon request.

**Abbreviations used in the security descriptions**
RS    = Restricted shares
NVS = Non–voting shares
RVS = Restricted voting shares
SVS = Subordinate voting shares
MVS = Multiple voting shares
/D    = DSC (Deferred Sales Charge)
/NL  = No Load

**Disclosure of sources of revenue**
TD Direct Investing and/or parties related to us may earn revenue in addition to commission from the following sources: currency conversion charges on certain trades and mutual fund transactions, fees paid by issuers and others in connection with corporate actions and new issues, the sale of fixed income products, trailer fees paid by mutual fund companies, and remuneration paid by U.S. market makers and exchanges in connection with U.S. trades. For more information, see the TD Waterhouse Canada Inc. Account and Service Agreements and Disclosure Documents booklet. It is also available online at www.td.com/ca/en/investing/direct-investing.

The name of the salesperson, dealer and/or market in this transaction will be provided upon request.

TD Direct Investing is a division of TD Waterhouse Canada Inc., a subsidiary of The Toronto-Dominion Bank.

®The TD logo and other TD trademarks are the property of The Toronto-Dominion Bank or its subsidiaries.

**Thank you for choosing
TD Direct Investing.**

**TD Waterhouse Canada Inc. - Member of the Canadian Investor Protection Fund**
00048412 0000004445 20240118 59134N104 43665R

Order execution account
No advice or recommendations provided.

Page 1 of 1

**TD Direct Investing**
*3500 STEELES AVE E*
*TOWER 2, 2ND FLOOR*
*MARKHAM ON L3R 0X1*

**TD Direct Investing**

MR. IAN MCCORMACK
142 VAN FLEET TERR
MILTON ON  L9T 0Y3

## Transaction Confirmation

**Account number and type**
28RFJ2A - Cash Account - CDN

**Questions?**
**Contact an Investment Representative**
Toll Free 1 (800) 465-5463

## Transaction on November 29, 2023

▸ **For settlement on:** December 01, 2023
▸ **Processed on:** November 29, 2023

| Transaction | Security Description | Quantity | Price ($) | Amount ($) |
|---|---|---|---|---|
| **You bought** | META MATERIALS INC FM-640532 | 10,000 | 0.115 | |

**Ticker symbol: MMAT**
Security number: 43665R
CUSIP ID: 59134N104
Trade number: 002464
Trade processed by: 9EON

| | | |
|---|---|---|
| | Gross transaction amount | USD  1,150.00 |
| *Plus* | Commission | 9.99 |
| *Plus* | Premium on USD Funds converted at 38.09% | 441.84 |
| *Equals* | **Net transaction amount** | **CAD $1,601.83** |

*As agent, TD Direct Investing confirms the above purchase on a U.S. OTC marketplace for settlement in your account.*

## Important information

Please review the information in this Transaction Confirmation carefully and let us know within 10 calendar days if there are any discrepancies.

Clients' accounts are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of coverage is available upon request.

**Abbreviations used in the security descriptions**
RS   = Restricted shares
NVS = Non–voting shares
RVS = Restricted voting shares
SVS = Subordinate voting shares
MVS = Multiple voting shares
/D   = DSC (Deferred Sales Charge)
/NL  = No Load

**Disclosure of sources of revenue**
TD Direct Investing and/or parties related to us may earn revenue in addition to commission from the following sources: currency conversion charges on certain trades and mutual fund transactions, fees paid by issuers and others in connection with corporate actions and new issues, the sale of fixed income products, trailer fees paid by mutual fund companies, and remuneration paid by U.S. market makers and exchanges in connection with U.S. trades. For more information, see the TD Waterhouse Canada Inc. Account and Service Agreements and Disclosure Documents booklet. It is also available online at www.td.com/ca/en/investing/direct-investing.

The name of the salesperson, dealer and/or market in this transaction will be provided upon request.

TD Direct Investing is a division of TD Waterhouse Canada Inc., a subsidiary of The Toronto-Dominion Bank.

®The TD logo and other TD trademarks are the property of The Toronto-Dominion Bank or its subsidiaries.

**Thank you for choosing
TD Direct Investing.**

**TD Waterhouse Canada Inc. - Member of the Canadian Investor Protection Fund**
00041840 0000004411 20231129 59134N104 43665R

**Order execution account**
No advice or recommendations provided.

Page 1 of 1

**TD Direct Investing**
*3500 STEELES AVE E*
*TOWER 2, 2ND FLOOR*
*MARKHAM ON L3R 0X1*

**TD Direct Investing**

## Transaction Confirmation

MR. IAN MCCORMACK
142 VAN FLEET TERR
MILTON ON  L9T 0Y3

**Account number and type**
28RFJ2A - Cash Account - CDN

**Questions?**
**Contact an Investment Representative**
Toll Free 1 (800) 465-5463

## Transaction on March 09, 2023

▸ **For settlement on:** March 13, 2023
▸ **Processed on:** March 09, 2023

| Transaction | Security Description | Quantity | Price ($) | Amount ($) |
|---|---|---|---|---|
| **You bought** | META MATERIALS INC OK-590680 | 1,100 | 0.5938 | |

| | | | |
|---|---|---|---|
| **Ticker symbol: MMAT** | | Gross transaction amount | USD  653.18 |
| Security number: 43665R | *Plus* | Commission | 9.99 |
| CUSIP ID: 59134N104 | *Plus* | Premium on USD Funds converted at 39.79% | 263.88 |
| Trade number: 004620 | *Equals* | **Net transaction amount** | **CAD $927.05** |
| Trade processed by: 9EON | | | |

*As agent, TD Direct Investing confirms the above purchase on a U.S. OTC marketplace for settlement in your account.*

## Important information

Please review the information in this Transaction Confirmation carefully and let us know within 10 calendar days if there are any discrepancies.

Clients' accounts are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of coverage is available upon request.

**Abbreviations used in the security descriptions**
RS   = Restricted shares
NVS = Non–voting shares
RVS = Restricted voting shares
SVS = Subordinate voting shares
MVS = Multiple voting shares
/D   = DSC (Deferred Sales Charge)
/NL = No Load

**Disclosure of sources of revenue**
TD Direct Investing and/or parties related to us may earn revenue in addition to commission from the following sources: currency conversion charges on certain trades and mutual fund transactions, fees paid by issuers and others in connection with corporate actions and new issues, the sale of fixed income products, trailer fees paid by mutual fund companies, and remuneration paid by U.S. market makers and exchanges in connection with U.S. trades. For more information, see the TD Waterhouse Canada Inc. Account and Service Agreements and Disclosure Documents booklet. It is also available online at www.td.com/ca/en/investing/direct-investing.

The name of the salesperson, dealer and/or market in this transaction will be provided upon request.

TD Direct Investing is a division of TD Waterhouse Canada Inc., a subsidiary of The Toronto-Dominion Bank.

**Thank you for choosing TD Direct Investing.**

**TD Waterhouse Canada Inc. – Member of the Canadian Investor Protection Fund**
00053911 0000004224 20230309 59134N104 43665R

Order execution account
No advice or recommendations provided.

Page 1 of 1



**TD Direct Investing**
*3500 STEELES AVE E*
*TOWER 2, 2ND FLOOR*
*MARKHAM ON L3R 0X1*

**TD Direct Investing**

## Transaction Confirmation

**Account number and type**
28RFJ2A - Cash Account - CDN

MR. IAN MCCORMACK
142 VAN FLEET TERR
MILTON ON  L9T 0Y3

**Questions?**
**Contact an Investment Representative**
Toll Free 1 (800) 465-5463

## Transaction on October 27, 2022

▸ **For settlement on:** October 31, 2022
▸ **Processed on:** October 27, 2022

| Transaction | Security Description | Quantity | Price ($) | Amount ($) |
|---|---|---|---|---|
| **You bought** | META MATERIALS INC PG-559881 | 1,000 | 1.02 | |
| | | Gross transaction amount | | USD  1,020.00 |
| **Ticker symbol: MMAT** | *Plus* | Commission | | 9.99 |
| Security number: 43665R | *Plus* | Premium on USD Funds converted at 37.49% | | 386.14 |
| CUSIP ID: 59134N104 | | | | |
| Trade number: 000394 | *Equals* | **Net transaction amount** | | **CAD $1,416.13** |
| Trade processed by: 9EON | | | | |

*As agent, TD Direct Investing confirms the above purchase on a U.S. OTC marketplace for settlement in your account.*

## Important information

Please review the information in this Transaction Confirmation carefully and let us know within 10 calendar days if there are any discrepancies.

Clients' accounts are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of coverage is available upon request.

**Abbreviations used in the security descriptions**
RS  = Restricted shares
NVS = Non–voting shares
RVS = Restricted voting shares
SVS = Subordinate voting shares
MVS = Multiple voting shares
/D  = DSC (Deferred Sales Charge)
/NL = No Load

**Disclosure of sources of revenue**
TD Direct Investing and/or parties related to us may earn revenue in addition to commission from the following sources: currency conversion charges on certain trades and mutual fund transactions, fees paid by issuers and others in connection with corporate actions and new issues, the sale of fixed income products, trailer fees paid by mutual fund companies, and remuneration paid by U.S. market makers and exchanges in connection with U.S. trades. For more information, see the TD Waterhouse Canada Inc. Account and Service Agreements and Disclosure Documents booklet. It is also available online at www.td.com/ca/en/investing/direct-investing.

The name of the salesperson, dealer and/or market in this transaction will be provided upon request.

TD Direct Investing is a division of TD Waterhouse Canada Inc., a subsidiary of The Toronto-Dominion Bank.

**Thank you for choosing TD Direct Investing.**

**TD Waterhouse Canada Inc. - Member of the Canadian Investor Protection Fund**
00046979 0000004131 20221027 59134N104 43665R

Order execution account
No advice or recommendations provided.
Page 1 of 1



**TD Direct Investing**
*3500 STEELES AVE E*
*TOWER 2, 2ND FLOOR*
*MARKHAM ON L3R 0X1*

**TD Direct Investing**

## Transaction Confirmation

MR. IAN MCCORMACK
142 VAN FLEET TERR
MILTON ON  L9T 0Y3

**Account number and type**
28RFJ2A - Cash Account - CDN

**Questions?**
**Contact an Investment Representative**
Toll Free 1 (800) 465-5463

## Transaction on October 27, 2022

‣ **For settlement on:** October 31, 2022
‣ **Processed on:** October 27, 2022

| Transaction | Security Description | Quantity | Price ($) | Amount ($) |
|---|---|---|---|---|
| **You bought** | META MATERIALS INC SK-559418 | 1,000 | 1.02 | |

| | | | |
|---|---|---|---|
| | Gross transaction amount | | USD  1,020.00 |
| *Plus* | Commission | | 9.99 |
| *Plus* | Premium on USD Funds converted at 37.49% | | 386.14 |
| *Equals* | **Net transaction amount** | | **CAD $1,416.13** |

**Ticker symbol: MMAT**
Security number: 43665R
CUSIP ID: 59134N104
Trade number: 000393
Trade processed by: 9EON

*As agent, TD Direct Investing confirms the above purchase on a U.S. OTC marketplace for settlement in your account.*

## Important information

Please review the information in this Transaction Confirmation carefully and let us know within 10 calendar days if there are any discrepancies.

Clients' accounts are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of coverage is available upon request.

**Abbreviations used in the security descriptions**
RS   = Restricted shares
NVS = Non–voting shares
RVS = Restricted voting shares
SVS = Subordinate voting shares
MVS = Multiple voting shares
/D   = DSC (Deferred Sales Charge)
/NL = No Load

**Disclosure of sources of revenue**
TD Direct Investing and/or parties related to us may earn revenue in addition to commission from the following sources: currency conversion charges on certain trades and mutual fund transactions, fees paid by issuers and others in connection with corporate actions and new issues, the sale of fixed income products, trailer fees paid by mutual fund companies, and remuneration paid by U.S. market makers and exchanges in connection with U.S. trades. For more information, see the TD Waterhouse Canada Inc. Account and Service Agreements and Disclosure Documents booklet. It is also available online at www.td.com/ca/en/investing/direct-investing.

The name of the salesperson, dealer and/or market in this transaction will be provided upon request.

TD Direct Investing is a division of TD Waterhouse Canada Inc., a subsidiary of The Toronto-Dominion Bank.

**Thank you for choosing**
**TD Direct Investing.**

**TD Waterhouse Canada Inc. – Member of the Canadian Investor Protection Fund**
00046978 0000004131 20221027 59134N104 43665R

Order execution account
No advice or recommendations provided.

Page 1 of 1

# Account Details As of 04 Dec 2024, 10:31:55 a.m. ET

🇨🇦 TD Direct Investing — 28RFJ2J — CAD TFSA

Documents (eServices)



Total Value

Cash Balance

Investments

## Asset Allocation This is the current breakdown of the asset mix of your account. Learn More.

Canadian Equities

U.S. Equities

International Equities

Canadian Fixed Income

Global Fixed Income

Cash & Cash Equivalents

Other

**Holdings** | Allocation | Activity | Performance | Gain & Loss | Projected Income

Market Value of Investments

Book Cost of Investments

Gain/Loss on Investments Unrealized

Summary   Quote

| ⇕ Name | | | ⇕ Quantity | ⇕ Price | ⇕ Avg Cost | ⇕ Mkt Value | ⇕ Book Cost | ⇕ Gain/Loss Unrealized | ⇕ % of Portfolio |
|---|---|---|---|---|---|---|---|---|---|
| | Buy | Sell | | | | | | | |
| | Buy | Sell | | | | | | | |
| 🇺🇸 MMATQ<br>META MATERIALS INC-NEW | Buy | Sell | 500 | $0.061 (USD) | $81.9459³ | $42.92³ | $40,972.95 | -$40,930.03 -99.90% | 0.25% |

View Statements ›

▶ Learn how to read the Account Details Holdings page.
Watch the video

## Important Information

Margin Requirements / Concentration Guidelines 🗗

**FOOTNOTES:**

1. The Book Value is not available for one or more transactions. Please note the totals may not reflect any missing information.

2. The Gain/Loss is not available for one or more transactions. Please note the totals may not reflect any missing information.

3. Amount converted to the currency of the account.

**TIPS:**



Click the symbol or + sign for more details on your positions.

**PAGE NOTES:**

- Cash may not include all filled transactions. Please see the Account Overview help section for more information.

- U.S. price data provided by NASDAQ. Bid/ask quotes, last price and volume for U.S. listed securities are provided by NASDAQ. NASDAQ sources pricing information from the FINRA/NASDAQ Trade Reporting Facility (TRF). The TRF includes reported pricing from all listed exchanges in the NASDAQ market centre. The TRF does not include pricing from other exchanges (e.g. NYSE, AMEX) whose pricing data may vary.

**DISCLAIMERS:**

Book cost is calculated based on the information available to us, unless it was modified by you, or an investment representative. This information should not be used for the purpose of tax reporting, as certain events are dependent on individual circumstances, and may not reflect all the required adjustments. For certain securities positions, market value has been reported as the book cost of some or all of the position and may not reflect the actual book cost. Please refer to your official account statements.

# Account Details  As of 04 Dec 2024, 10:35:42 a.m. ET

| 🍁 TD Direct Investing — 28RFJ2A — CAD Cash | ▾ | ⑦ |

Documents (eServices) ▾

## ⊖ Asset Allocation  This is the current breakdown of the asset mix of your account. Learn More.



| | | |
|---|---|---|
| Canadian Equities | Canadian Fixed Income | Cash & Cash Equivalents |
| U.S. Equities | Global Fixed Income | Other |
| International Equities | | |

| **Holdings** | Allocation | Activity | Performance | Gain & Loss | Projected Income |

| Market Value of Investments | Book Cost of Investments | Gain/Loss on Investments Unrealized | |

**Summary**    Quote

| ⇕ Name | | | ⇕ Quantity | ⇕ Price | ⇕ Avg Cost | ⇕ Mkt Value | ⇕ Book Cost | ⇕ Gain/Loss Unrealized | ⇕ % of Portfolio |
|---|---|---|---|---|---|---|---|---|---|
| ▶ 🇺🇸 MMATQ META MATERIALS INC-NEW | Buy | Sell | 230 | $0.061 (USD) | $26.7049[3] | $19.74[3] | $6,142.13 | -$6,122.39 -99.68% | 1.62% |
| ▶ NEXT BRIDGE HYDROCARB INC | | | 2,000 | $0.00[4] | N/A[3] | $0.00[3] | N/A[1] | N/A[2] | 0.00% |

View Statements ›

▶ Learn how to read the Account Details Holdings page.
**Watch the video**

## ⊖ Important Information

Margin Requirements / Concentration Guidelines ⧉

**FOOTNOTES:**

1. The Book Value is not available for one or more transactions. Please note the totals may not reflect any missing information.
2. The Gain/Loss is not available for one or more transactions. Please note the totals may not reflect any missing information.
3. Amount converted to the currency of the account.

4. Price shown is Bid (for long positions) and Ask (for short positions) at the close of the previous trading day. For mutual funds, price shown is the closing price at the close of the previous trading day.

**TIPS:**

Click the symbol or + sign for more details on your positions.

**PAGE NOTES:**

- Cash may not include all filled transactions. Please see the Account Overview help section for more information.

- U.S. price data provided by NASDAQ. Bid/ask quotes, last price and volume for U.S. listed securities are provided by NASDAQ. NASDAQ sources pricing information from the FINRA/NASDAQ Trade Reporting Facility (TRF). The TRF includes reported pricing from all listed exchanges in the NASDAQ market centre. The TRF does not include pricing from other exchanges (e.g. NYSE, AMEX) whose pricing data may vary.

**DISCLAIMERS:**

Book cost is calculated based on the information available to us, unless it was modified by you, or an investment representative. This information should not be used for the purpose of tax reporting, as certain events are dependent on individual circumstances, and may not reflect all the required adjustments. For certain securities positions, market value has been reported as the book cost of some or all of the position and may not reflect the actual book cost. Please refer to your official account statements.