NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | | **PROOF OF INTEREST** |
|---|---|---|

Name of Debtor: **META MATERIALS, INC**

Case Number: **24-50792**

1. Name and address of holder of the Equity Interest (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

   **KEVIN A. HORN**
   **7999 CANAL ST.**
   **FRISCO TX 75034**

   Telephone Number: **908-642-4015**

   ☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

   ☒ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

   ☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

   **RECEIVED AND FILED**
   **DEC 12 2024**
   **U.S. BANKRUPTCY COURT**
   **MARY A. SCHOTT, CLERK**

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

COURT USE ONLY

Account or other number by which Interest holder identifies Debtor:
**48058137**
**68362910**

Check here if this claim:
☐ replaces a previously filed Proof of Interest dated: _____
☐ amends a previously filed Proof of Interest dated: _____

2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:
   **KEVIN A. HORN**
   **VANGUARD BROKERAGE SERVICES**
   **P.O. BOX 982901**
   **EL PASO, TX 79998-2901**
   Telephone Number: **888-273-4205**

3. Date Equity Interest was acquired:

4. Total amount of member interest: **SOLD 150 SHARES 10/7/24**

5. Certificate number(s): _____

6. Type of Equity Interest: **INVESTOR**
   Please indicate the type of Equity Interest you hold:
   ☐ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
   ☒ Check this box if your Equity Interest is based on anything else and describe that interest:
   Description: **SOLD 150 TOTAL SHARES 10/7/24 / PRE-REVERSE SPLIT 15,000 SHARES WERE HELD (SEE ATTACHED DOCUMENTATION)**

7. Supporting Documents: Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
   DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary. *** DOCUMENTS ATTACHED**

8. Date-Stamped Copy: To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

9. Signature:
   Check the appropriate box.
   ☒ I am the creditor.   ☐ I am the creditor's authorized agent. (Attach copy of power of attorney, if any.)   ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)   ☐ I am a guarantor, surety, endorser, or other codebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: **KEVIN A. HORN**
Title: _____
Company: _____ Address and telephone number (if different from notice address above):

(Signature) **KAH**    (Date) **12-10-2024**

Telephone number: **908-642-4015**   email: **KEVIN_HORN@NA.HONDA.COM**

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

# Kevin A Horn — Brokerage Account — 48058137 (Self-managed)*

**Time range filter**

5 year

**Holdings filter**

1 Selected                                                                 Clear

**Transaction type filter**

All transaction types

More account information



Showing column 1-8 of 8

| Settlement date | Trade date | Symbol | Name | Transaction type | Quantity | Price | Commissions & fees | Amount |
|---|---|---|---|---|---|---|---|---|
| **10/07/2024** | 10/04/2024 | MMATQ META MATERIALS INC NEW | Sell | -100.0000 | $0.37 | Free | | $37.00 |
| **02/08/2024** | 01/29/2024 | MMATQ META MATERIALS INC NEW | Stock split | -100.0000 | — | — | | $0.00 |
| **02/08/2024** | 01/29/2024 | MMATQ META MATERIALS INC NEW | Stock split | 10,000.0000 | — | — | | $0.00 |
| **02/08/2024** | 02/08/2024 | MMATQ META MATERIALS INC NEW | Stock split | -10,000.0000 | — | — | | $0.00 |
| **02/08/2024** | 02/08/2024 | MMATQ META MATERIALS INC NEW | Stock split | 100.0000 | — | — | | $0.00 |
| **01/29/2024** | 01/29/2024 | MMATQ META MATERIALS INC NEW | Stock split | -10,000.0000 | — | — | | $0.00 |
| **01/29/2024** | 01/29/2024 | MMATQ META MATERIALS INC NEW | Stock split | 100.0000 | — | — | | $0.00 |

| Settlement date | Trade date | Symbol | Name | Transaction type | Quantity | Price | Commissions & fees | Amount |
|---|---|---|---|---|---|---|---|---|
| 01/19/2024 | 01/17/2024 | MMATQ META MATERIALS INC NEW | Buy | | 5,000.0000 | $0.08 | Free | -$409.00 |
| 12/15/2023 | 12/13/2023 | MMATQ META MATERIALS INC NEW | Buy | | 1,000.0000 | $0.07 | Free | -$65.60 |
| 07/03/2023 | 06/29/2023 | MMATQ META MATERIALS INC NEW | Buy | | 1,500.0000 | $0.20 | Free | -$300.00 |
| 11/28/2022 | 11/23/2022 | MMATQ META MATERIALS INC NEW | Buy | | 200.0000 | $1.90 | Free | -$380.00 |
| 11/28/2022 | 11/23/2022 | MMATQ META MATERIALS INC NEW | Buy | | 200.0000 | $1.85 | Free | -$370.00 |
| 11/28/2022 | 11/23/2022 | MMATQ META MATERIALS INC NEW | Buy | | 100.0000 | $1.94 | Free | -$194.45 |
| 11/25/2022 | 11/22/2022 | MMATQ META MATERIALS INC NEW | Buy | | 40.0000 | $2.05 | Free | -$82.00 |
| 11/25/2022 | 11/22/2022 | MMATQ META MATERIALS INC NEW | Buy | | 460.0000 | $2.06 | Free | -$947.60 |
| 11/18/2022 | 11/16/2022 | MMATQ META MATERIALS INC NEW | Buy | | 20.0000 | $1.72 | Free | -$34.40 |
| 11/18/2022 | 11/16/2022 | MMATQ META MATERIALS INC NEW | Buy | | 480.0000 | $1.84 | Free | -$880.80 |
| 11/14/2022 | 11/09/2022 | MMATQ META MATERIALS INC NEW | Buy | | 200.0000 | $1.50 | Free | -$300.00 |
| 11/14/2022 | 11/09/2022 | MMATQ META MATERIALS | Buy | | 100.0000 | $1.45 | Free | -$145.00 |

# Kevin A Horn — Inherited IRA Brokerage Account — 68362910 (Self-managed)*

**Time range filter**

| 5 year | ⌄ |
|---|---|

**Holdings filter**

| 1 Selected | Clear ⌄ |
|---|---|

**Transaction type filter**

| All transaction types | ⌄ |
|---|---|

More account information ⋮

Showing column 1-8 of 8

| Settlement date | Trade date | Symbol | Name | Transaction type | Quantity | Price | Commissions & fees | Amount |
|---|---|---|---|---|---|---|---|---|
| 10/07/2024 | 10/04/2024 | MMATQ META MATERIALS INC NEW | Sell | -50.0000 | $0.37 | Free | | $18.50 |
| 02/08/2024 | 01/29/2024 | MMATQ META MATERIALS INC NEW | Stock split | -50.0000 | — | — | | $0.00 |
| 02/08/2024 | 01/29/2024 | MMATQ META MATERIALS INC NEW | Stock split | 5,000.0000 | — | — | | $0.00 |
| 02/08/2024 | 02/08/2024 | MMATQ META MATERIALS INC NEW | Stock split | 50.0000 | — | — | | $0.00 |
| 02/08/2024 | 02/08/2024 | MMATQ META MATERIALS INC NEW | Stock split | -5,000.0000 | — | — | | $0.00 |
| 01/29/2024 | 01/29/2024 | MMATQ META MATERIALS INC NEW | Stock split | 50.0000 | — | — | | $0.00 |

https://transactions.web.vanguard.com/?ss-accountIds=961026826171432%2C671924730152908

PAGE 1

2/5




Case 24-50792-hlb    Doc 644    Entered 12/13/24 12:22:30    Page 6 of 12

| Settlement date ⇕ | Trade date ⇕ | Symbol ⇕ | Name ⇕ | Transaction type ⇕ | Quantity ⇕ | Price ⇕ | Commissions & fees ⇕ | Amount ⇕ |
|---|---|---|---|---|---|---|---|---|
| 01/29/2024 | 01/29/2024 | MMATQ | META MATERIALS INC NEW | Stock split | -5,000.0000 | — | — | $0.00 |
| 01/19/2024 | 01/17/2024 | MMATQ | META MATERIALS INC NEW | Buy | 3,600.0000 | $0.08 | Free | -$291.24 |
| 11/14/2022 | 11/09/2022 | MMATQ | META MATERIALS INC NEW | Buy | 200.0000 | $1.50 | Free | -$300.00 |
| 11/14/2022 | 11/09/2022 | MMATQ | META MATERIALS INC NEW | Buy | 200.0000 | $1.45 | Free | -$290.00 |
| 11/14/2022 | 11/09/2022 | MMATQ | META MATERIALS INC NEW | Buy | 300.0000 | $1.40 | Free | -$420.00 |
| 11/10/2022 | 11/08/2022 | MMATQ | META MATERIALS INC NEW | Buy | 250.0000 | $1.55 | Free | -$387.50 |
| 11/10/2022 | 11/08/2022 | MMATQ | META MATERIALS INC NEW | Buy | 200.0000 | $1.55 | Free | -$310.00 |
| 07/06/2021 | 07/01/2021 | MMATQ META MATERIALS INC NEW | | Buy | 50.0000 | $7.62 | Free | -$380.75 |
| 06/28/2021 | 06/28/2021 | MMATQ META MATERIALS INC NEW | | Stock split | 200.0000 | — | — | $0.00 |

Kevin A Horn — Roth IRA Brokerage Account —          *(Self-managed)*

**Time range filter**

| 1 month | ⌄ |
|---|---|

**Holdings filter**

| All holdings | ⌄ |
|---|---|

## Sell Meta Materials Inc New

Kevin A Horn — Inherited IRA Brokerage Account — 68362910 (Self-managed)*

**Transaction information**

| | |
|---|---|
| Settlement date | 10/07/2024 |
| Trade date | 10/04/2024 |
| Transaction type | Sell |
| Transaction description | Sell |
| Quantity | -50.0000 |
| Price | $0.37 |
| Principal amount | $18.50 |
| Total fees and commissions | $0.00 |
| Total amount | $18.50 |
| Account name/number | Kevin A Horn — Inherited IRA Brokerage Account — 68362910 (Self-managed)* |
| Holding name | META MATERIALS INC NEW |
| Ticker symbol | MMATQ |
| CUSIP | 59134N302 |
| Account type | CASH |
| Commission | Free |
| Additional description | META MATERIALS INC NEW |
| Accrued interest | $0.00 |

# Sell Meta Materials Inc New

Kevin A Horn — Brokerage Account — 48058137 (Self-managed)*

**Transaction information**

| | |
|---|---|
| Settlement date | 10/07/2024 |
| Trade date | 10/04/2024 |
| Transaction type | Sell |
| Transaction description | Sell |
| Quantity | -100.0000 |
| Price | $0.37 |
| Principal amount | $37.00 |
| Total fees and commissions | $0.00 |
| Total amount | $37.00 |
| Account name/number | Kevin A Horn — Brokerage Account — 48058137 (Self-managed)* |
| Holding name | META MATERIALS INC NEW |
| Ticker symbol | MMATQ |
| CUSIP | 59134N302 |
| Account type | CASH |
| Commission | Free |
| Additional description | META MATERIALS INC NEW |
| Accrued interest | $0.00 |

12/2/24, 6:19 PM    Case 24-50792-hlb    Doc 644    Entered 12/13/24 12:22:30    Page 11 of 12   Transaction history Vanguard    Account 1    48258 137

\* ORIGINAL

| Settlement date | Trade date | Symbol | Name | Transaction type | Quantity | Price | Commissions & fees | Amount |
|---|---|---|---|---|---|---|---|---|
| | | INC NEW | | | | | | |
| 11/10/2022 | 11/08/2022 | MMATQ META MATERIALS INC NEW | | Buy | 200.0000 | $1.55 | Free | -$310.00 |
| 11/09/2022 | 11/07/2022 | MMATQ META MATERIALS INC NEW | | Buy | 200.0000 | $1.55 | Free | -$310.00 |
| 11/09/2022 | 11/07/2022 | MMATQ META MATERIALS INC NEW | | Buy | 200.0000 | $1.58 | Free | -$316.00 |
| 11/08/2022 | 11/04/2022 | MMATQ META MATERIALS INC NEW | | Buy | 100.0000 | $1.57 | Free | -$156.54 |

PAGE 3

| Settlement date | Trade date | Symbol | Name | Transaction type | Quantity | Price | Commissions & fees | Amount |
|---|---|---|---|---|---|---|---|---|
| | | INC NEW | | | | | | |
| 11/10/2022 | 11/08/2022 | MMATQ META MATERIALS INC NEW | Buy | | 200.0000 | $1.55 | Free | -$310.00 |
| 11/09/2022 | 11/07/2022 | MMATQ META MATERIALS INC NEW | Buy | | 200.0000 | $1.55 | Free | -$310.00 |
| 11/09/2022 | 11/07/2022 | MMATQ META MATERIALS INC NEW | Buy | | 200.0000 | $1.58 | Free | -$316.00 |
| 11/08/2022 | 11/04/2022 | MMATQ META MATERIALS INC NEW | Buy | | 100.0000 | $1.57 | Free | -$156.54 |

PAGE 3