NVB 3001 (Effective 1/21)

# UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA

**PROOF OF INTEREST**

**Name of Debtor:** Meta Materials Inc.

**Case Number:** 24-50792-hlb

**1. Name and address of holder of the Equity Interest** (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

Cheryl A. Sterling
6237 Puget Rd NE
Olympia, WA 98516

**Telephone Number:** 360 456-1032

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

■ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

**RECEIVED AND FILED**
**DEC 12 2024**
**U.S. BANKRUPTCY COURT**
**MARY A. SCHOTT, CLERK**

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

**COURT USE ONLY**

**Account or other number by which Interest holder identifies Debtor:** Z08818781

Check here if this claim:
☐ replaces a previously filed Proof of Interest dated: _____
☐ amends a previously filed Proof of Interest dated: _____

**2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:**
Fidelity Investments
PO Box 770001, Cincinnati, OH 45277-0002
Telephone Number: 800-343-3548

**3. Date Equity Interest was acquired:**
8/23/21 and 12/6/21,
Please see attached

**4. Total amount of member interest:** 19 shares - post split

**5. Certificate number(s):** _____

**6. Type of Equity Interest:**
Please indicate the type of Equity Interest you hold:
■ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
☐ Check this box if your Equity Interest is based on anything else and describe that interest:
**Description:** Investor

**7. Supporting Documents:** Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**8. Date-Stamped Copy:** To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

**9. Signature:**
Check the appropriate box.
■ I am the creditor.   ☐ I am the creditor's authorized agent. (Attach copy of power of attorney, if any.)   ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)   ☐ I am a guarantor, surety, endorser, or other codebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: Cheryl Anne Sterling
Title:
Company: Address and telephone number (if different from notice address above):

(Signature) Cheryl A. Sterling    (Date) 12/10/24

Telephone number: 360-456-1032    email: trixid25@hotmail.com

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

| Meta Materials Inc (MMAT) shares list | | | | |
|---|---|---|---|---|
| Cheryl A. Sterling | | | | |
| 6237 Puget Rd NE Olympia WA 98516 | | | | |
| 360-456-1032 | | | | |
| Fidelity Account #: Z08818781 | | | | |
| | Bought shares | Total shares owned | Cost | Notes |
| 8/23/2021 | 300 | 300 | $917.82 | |
| 12/6/2021 | 1520 | 1820 | $5,152.80 | |
| 1/26/2024 | | 19 | | Post reverse split |
| Totals | | | $6,070.62 | |



INVESTMENT REPORT
July 1, 2024 - September 30, 2024

Envelope # BQTJQHBBDJQDH

CHERYL A STERLING
6237 PUGET RD NE
OLYMPIA WA 98516-9132

FIDELITY ACCOUNT CHERYL A STERLING - INDIVIDUAL TOD
▶ **Account Number: Z08-818781**

### Your Account Value:

**Change from Last Period:**

|  | This Period | Year-to-Date |
|---|---|---|
| **Beginning Account Value** | ▓▓▓ | ▓▓▓ |
| Additions | - | ▓▓▓ |
| Change in Investment Value * | ▓▓▓ | ▓▓▓ |
| **Ending Account Value ** | ▓▓▓ | ▓▓▓ |

\*   Reflects appreciation or depreciation of your holdings due to price changes, transactions from Other Activity In or Out and Multi-currency transactions, plus any distribution and income earned during the statement period.
\*\*   Excludes unpriced securities.

### Contact Information

| Online | Fidelity.com |
|---|---|
| FAST®-Automated Telephone | (800) 544-5555 |
| Customer Service | (800) 544-6666 |



Brokerage services provided by Fidelity Brokerage Services LLC (FBS), Member NYSE, SIPC (800) 544-6666. Brokerage accounts carried by National Financial Services LLC (NFS), Member NYSE, SIPC.

1 of 8



INVESTMENT REPORT
July 1, 2024 - September 30, 2024

## Holdings

Account # Z08-818781
CHERYL A STERLING - INDIVIDUAL - TOD

### Core Account

| Description | Beginning Market Value Jul 1, 2024 | Quantity Sep 30, 2024 | Price Per Unit Sep 30, 2024 | Ending Market Value Sep 30, 2024 | Total Cost Basis | Unrealized Gain/Loss Sep 30, 2024 | EAI ($) / EY (%) |
|---|---|---|---|---|---|---|---|
| CASH | | | | | | | - |

*For balances below $99,999,999,999.99, the current interest rate is 2.44%.*

| Total Core Account (1% of account holdings) | | | | | | | - |
|---|---|---|---|---|---|---|---|

### Stocks

| Description | Beginning Market Value Jul 1, 2024 | Quantity Sep 30, 2024 | Price Per Unit Sep 30, 2024 | Ending Market Value Sep 30, 2024 | Total Cost Basis | Unrealized Gain/Loss Sep 30, 2024 | EAI ($) / EY (%) |
|---|---|---|---|---|---|---|---|
| **Common Stock** | | | | | | | |
| META MATERIALS INC COM NEW ISIN #US59134N3026 SEDOL #BQ67J98 (MMATQ) | 57.19 | 19.000 | 0.3700 | 7.03 | 6,070.62 | -6,063.59 | - |
| Total Common Stock (99% of account holdings) | | | | | | | - |
| Total Stocks (99% of account holdings) | | | | | | | - |

| Total Holdings | | | | | | | |
|---|---|---|---|---|---|---|---|



INVESTMENT REPORT
August 16, 2021 - August 31, 2021

# Holdings

Account # Z08-818781
CHERYL A STERLING - INDIVIDUAL - TOD

## Stocks (continued)

| Description | Beginning Market Value Aug 16, 2021 | Quantity Aug 31, 2021 | Price Per Unit Aug 31, 2021 | Ending Market Value Aug 31, 2021 | Total Cost Basis | Unrealized Gain/Loss Aug 31, 2021 | EAI ($) / EY (%) |
|---|---|---|---|---|---|---|---|
| **Common Stock** (continued) | | | | | | | |
| **META MATERIALS INC COM** ISIN #US59134N1046 SEDOL #BKSCVX7 (MMAT) | unavailable | 300.000 | 4.6500 | 1,395.00 | 917.82 | 477.18 | - - |
| Total Common Stock (98% of account holdings) | unavailable | | | ▆▆▆▆ | ▆▆▆▆ | ▆▆▆▆ | - |
| **Total Stocks (98% of account holdings)** | unavailable | | | ▆▆▆.00 | ▆▆▆▆ | ▆▆▆▆ | - |
| **Total Holdings** | | | | ▆▆▆▆ | ▆▆▆▆ | $▆▆▆▆ | ▆▆▆ |

*Total Cost Basis does not include the cost basis on core, money market or other positions where cost basis is unknown or not applicable.*

*All positions held in cash account unless indicated otherwise.*

# Activity

## Securities Bought & Sold

| Settlement Date | Security Name | Symbol/ CUSIP | Description | Quantity | Price | Transaction Cost | Amount |
|---|---|---|---|---|---|---|---|
| ▆▆ | ▆▆▆▆ | ▆▆▆09 | ▆Bought | ▆▆▆ | $▆▆▆▆ | - | ▆▆▆▆ |
| ▆▆ | ▆▆▆▆ | ▆▆▆09 | ▆▆▆ht | ▆▆▆ | ▆▆▆ | - | ▆▆▆▆ |
| 08/23 | **META MATERIALS INC COM** ISIN #US59134N1046 SEDOL #BKSCVX7 | 59134N104 | You Bought | 300.000 | 3.05940 | - | -917.82 |
| **Total Securities Bought** | | | | | | - | ▆▆▆▆ |
| **Net Securities Bought & Sold** | | | | | | - | ▆▆▆▆ |



INVESTMENT REPORT
October 1, 2021 - December 31, 2021

# Holdings

Account # Z08-818781
CHERYL A STERLING - INDIVIDUAL - TOD

Stocks (continued)

| Description | Beginning Market Value Oct 1, 2021 | Quantity Dec 31, 2021 | Price Per Unit Dec 31, 2021 | Ending Market Value Dec 31, 2021 | Total Cost Basis | Unrealized Gain/Loss Dec 31, 2021 | EAI ($) / EY (%) |
|---|---|---|---|---|---|---|---|
| **Common Stock** (continued) | | | | | | | |
| **META MATERIALS INC COM** ISIN #US59134N1046 SEDOL #BKSCVX7 (MMAT) | 1,734.00 | 1,820.000 | 2.4600 | 4,477.20 | 6,070.62 | -1,593.42 | - - |
| Total Common Stock (100% of account holdings) | | | | | | | - |
| Total Stocks (100% of account holdings) | | | | | | | - |

**Total Holdings**

Total Cost Basis does not include the cost basis on core, money market or other positions where cost basis is unknown or not applicable.

All positions held in cash account unless indicated otherwise.

# Activity

## Securities Bought & Sold

| Settlement Date | Security Name | Symbol/ CUSIP | Description | Quantity | Price | Transaction Cost | Amount |
|---|---|---|---|---|---|---|---|
| 12/06 | META MATERIALS INC COM ISIN #US59134N1046 SEDOL #BKSCVX7 | 59134N104 | You Bought | 1,520.000 | $3.39000 | - | -$5,152.80 |
| Total Securities Bought | | | | | | - | |
| Net Securities Bought & Sold | | | | | | . | |