NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | PROOF OF INTEREST |
|---|---|

| Name of Debtor: Meta Materials Inc. | Case Number: 24-50792-hlb |
|---|---|

**1. Name and address of holder of the Equity Interest** (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

Richard Andrew McLellan
6237 Puget RD. NE
Olympia, WA 98516

Telephone Number: 360-456-1032

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

■ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

**RECEIVED AND FILED**

**DEC 12 2024**

**U.S. BANKRUPTCY COURT**
**MARY A. SCHOTT, CLERK**

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

**COURT USE ONLY**

| Account or other number by which Interest holder identifies Debtor: X51515051 | Check here if this claim: ☐ replaces a previously filed Proof of Interest dated: _____ ☐ amends a previously filed Proof of Interest dated: _____ |
|---|---|

**2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:**
Fidelity Investments
PO Box 770001, Cincinnati, OH 45277-0002
Telephone Number: 800-343-3548

**3.** Date Equity Interest was acquired: Between
8-24-21 — 12-7-23
Please see attached

**4.** Total amount of member interest: 2115 shares - post split

**5.** Certificate number(s): _____

**6. Type of Equity Interest:**
Please indicate the type of Equity Interest you hold:
■ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
☐ Check this box if your Equity Interest is based on anything else and describe that interest:
Description: Investor

**7. Supporting Documents:** Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**8. Date-Stamped Copy:** To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

**9. Signature:**
Check the appropriate box.
■ I am the creditor.   ☐ I am the creditor's authorized agent. (Attach copy of power of attorney, if any.)   ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)   ☐ I am a guarantor, surety, endorser, or other codebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: Richard Andrew McLellan
Title:
Company:___ Address and telephone number (if different from notice address above):

(Signature) Richard Andrew McLellan      (Date) 12-10-24

Telephone number: 360-456-1032      email: thedude712@hotmail.com

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

| Meta Materials Inc (MMAT) shares list | | | Fidelity Account #: X51515051 | | | | |
|---|---|---|---|---|---|---|---|
| Richard Andrew McLellan | | | Webull (closed) account # : 5MZ61397 | | | | |
| 6237 Puget Rd NE Olympia WA 98516 | | | Webull address: 44 Wall Street, 2nd Floor, New York, NY 10005 | | | | |
| 360-456-1032 | | | Webull phone # : 888-828-0618 | | | | |
| thedude712@hotmail.com | | | | | | | |
| | Bought shares | Sold shares | Total shares owned | Cost | Received /Recovered | Loss | Notes |
| 8/24/2021 | 7,000 | | 21,000 | $21,000 | | | Webull account |
| 8/24/2021 | 7,000 | | 28,000 | $28,000 | | | Webull account |
| 8/24/2021 | 18,000 | | 72,000 | $72,000 | | | Webull account |
| 8/24/2021 | 4,000 | | 4,000 | $12,000 | | | Fidelity account |
| unknown* | 15,300 | | 15,300 | unknown* | | | Webull account |
| 12/21/2021 | 900 | | 4,900 | $2,700 | | | Fidelity account |
| 12/21/2021 | 2,800 | | 7,700 | $11,200 | | | Fidelity account |
| 1/25/2022 | 10,800 | | 18,500 | $32,400 | | | Fidelity account |
| 4/22/2022 | 47,300 | | | | | | Transfered shares from closed Webull account |
| 8/23/2022 | 10,000 | | 75,800 | $10,000 | | | Fidelity account |
| 8/31/2022 | 1,400 | | 77,200 | $1,097 | | | Fidelity account |
| 8/31/2022 | 6,100 | | 83,300 | $4,781 | | | Fidelity account |
| 8/31/2022 | 22,000 | | 105,300 | $17,316 | | | Fidelity account |
| 9/1/2022 | 2,600 | | 107,900 | $2,080 | | | Fidelity account |
| 9/29/2022 | 2,100 | | 110,000 | $1,449 | | | Fidelity account |
| 1/19/2023 | | 6,000 | 104,000 | | 6,239.85 | 12,147.54 | Fidelity account |
| 1/19/2023 | | 2,800 | 101,200 | | 2,925.93 | 8,274.07 | Fidelity account |
| 1/19/2023 | | 1,200 | 100,000 | | 1,253.97 | 3,546.03 | Fidelity account |
| 4/5/2023 | 1,400 | | 101,400 | $699.30 | | | Fidelity account |
| 4/5/2023 | 2,289 | | 103,689 | $1,142.67 | | | Fidelity account |
| 4/5/2023 | 3,300 | | 106,989 | $1,647.03 | | | Fidelity account |
| 4/5/2023 | 3,900 | | 110,889 | $1,947.27 | | | Fidelity account |
| 4/5/2023 | 4,910 | | 115,799 | $2,453.04 | | | Fidelity account |
| 4/5/2023 | 9,900 | | 125,699 | $4,939.11 | | | Fidelity account |
| 4/5/2023 | 12,736 | | 138,435 | $6,355.26 | | | Fidelity account |
| 4/5/2023 | 14,800 | | 153,235 | $7,320.08 | | | Fidelity account |
| 4/5/2023 | 18,600 | | 171,835 | $9,298.14 | | | Fidelity account |
| 4/5/2023 | 28,165 | | 200,000 | $14,079.68 | | | Fidelity account |
| 4/17/2023 | 2 | | 200,002 | $0.63 | | | Fidelity account |
| 4/17/2023 | 3,986 | | 203,988 | $1,265.56 | | | Fidelity account |
| 4/17/2023 | 7,412 | | 211,400 | $2,368.13 | | | Fidelity account |
| 4/17/2023 | 17,586 | | 228,986 | $5,585.31 | | | Fidelity account |
| 4/17/2023 | 21,014 | | 250,000 | $6,674.05 | | | Fidelity account |
| 4/17/2023 | 25,000 | | 275,000 | $7,987.50 | | | Fidelity account |
| 4/18/2023 | 100 | | 275,100 | $29.06 | | | Fidelity account |

| Date | | | | | | | |
|---|---|---|---|---|---|---|---|
| 4/18/2023 | 100 | | 275,200 | $29.09 | | | Fidelity account |
| 4/18/2013 | 100 | | 275,300 | $29.13 | | | Fidelity account |
| 4/18/2023 | 200 | | 275,500 | $58.20 | | | Fidelity account |
| 4/18/2023 | 200 | | 275,700 | $58.36 | | | Fidelity account |
| 4/18/2013 | 4,916 | | 280,616 | $1,435.47 | | | Fidelity account |
| 4/18/2023 | 25,000 | | 305,616 | $5,350.00 | | | Fidelity account |
| 4/18/2023 | 25,000 | | 330,616 | $5,372.50 | | | Fidelity account |
| 4/18/2013 | 25,000 | | 355,616 | $5,372.50 | | | Fidelity account |
| 4/18/2023 | 25,000 | | 380,616 | $5,375.00 | | | Fidelity account |
| 4/18/2023 | 19,384 | | 400,000 | $5,815.20 | | | Fidelity account |
| 5/31/2023 | | 42,000 | 358,000 | | $9,958 | $23,526.51 | Fidelity account |
| 5/31/2023 | | 41,800 | 316,200 | | $9,919 | $89,313.15 | Fidelity account |
| 5/31/2023 | | 9,000 | 307,200 | | $2,135 | $22,620.53 | Fidelity account |
| 5/31/2023 | | 5,000 | 302,200 | | $1,187 | $18,812.51 | Fidelity account |
| 5/31/2023 | | 2,200 | 300,000 | | $522 | $8,277.73 | Fidelity account |
| 6/29/2023 | 25,000 | | 325,000 | $5,055 | | | Fidelity account |
| 6/29/2023 | 25,000 | | 350,000 | $5,055 | | | Fidelity account |
| 6/29/2023 | 25,000 | | 375,000 | $5,083 | | | Fidelity account |
| 6/29/2023 | 25,000 | | 400,000 | $5,083 | | | Fidelity account |
| 9/12/2023 | | 25,000 | 375,000 | | $5,500 | $6,978.63 | Fidelity account |
| 9/12/2023 | | 25,000 | 350,000 | | $5,420 | $7,069.68 | Fidelity account |
| 9/12/2023 | | 18,902 | 331,098 | | $4,158 | $5,287.52 | Fidelity account |
| 9/12/2023 | | 15,625 | 315,473 | | $3,438 | $4,373.42 | Fidelity account |
| 12/7/2023 | 9,527.00 | | 325,000 | $667 | | | Fidelity account |
| 12/7/2023 | 25,000 | | 350,000 | $1,750 | | | Fidelity account |
| 1/26/2024 | | 58,225 | 291,775 | | $3,319 | $8,481.41 | Fidelity account |
| 1/26/2024 | | 24,455 | 267,320 | | $1,391 | $320.38 | Fidelity account |
| 1/26/2024 | | 20,425 | 246,895 | | $1,166 | $3,014.13 | Fidelity account |
| 1/26/2024 | | 19,318 | 227,577 | | $1,095 | $1,702.17 | Fidelity account |
| 1/26/2024 | | 14,481 | 213,096 | | $823 | $2,121.46 | Fidelity account |
| 1/26/2024 | | 1,596 | 211,500 | | $91 | $20.43 | Fidelity account |
| 1/26/2024 | | | 2,115 | | | | Fidelity account - Post reverse split |
| Totals | | | | $341,402.78 | $60,542.98 | $225,887.30 | |

* I could note locate my statement for 15,300 shares that I had purchased in 2021 in my closed Webull account.

My Fidelity statement for 4/22/22 lists my transferred MMAT shares from Webull to Fidelity.

My transfer of shares from Webull to Fidelity apparently did not include my cost basis for my MMAT shares.

My total cost, money recovered and total losses do not match up due to the missing Webull cost data.

Richard Andrew McLellan
6237 Puget Rd NE Olympia WA 98516
360-456-1032
thedude712@hotmail.com



INVESTMENT REPORT
November 1, 2024 - November 30, 2024

Envelope # BQZZFZBBBBBJMH

RICHARD ANDREW MCLELLAN
6237 PUGET RD NE
OLYMPIA WA 98516-9132

## Your Net Portfolio Value:

Portfolio Change from Last Period:



| | This Period | Year-to-Date |
|---|---|---|
| Beginning Net Portfolio Value | | |
| Additions | | |
| Subtractions | | |
| *Transaction Costs, Fees & Charges* | | |
| Change in Investment Value * | | |
| Ending Net Portfolio Value ** | | |
| Accrued Interest (AI) | | |
| Ending Portfolio Value incl. AI | | |





\* Reflects appreciation or depreciation of your holdings due to price changes, transactions from Other Activity In or Out and Multi-currency transactions, plus any distribution and income earned during the statement period.

\*\* Excludes unpriced securities.

### Contact Information

| | |
|---|---|
| Online | Fidelity.com |
| FAST®-Automated Telephone | (800) 544-5555 |
| Customer Service | (800) 544-6666 |



MR_CE_BQZZFZBBBBJMH_BBBBB 20241129

*Brokerage services provided by Fidelity Brokerage Services LLC (FBS), Member NYSE, SIPC (800) 544-6666. Brokerage accounts carried by National Financial Services LLC (NFS), Member NYSE, SIPC.*



INVESTMENT REPORT
**November 1, 2024 - November 30, 2024**

# Holdings

**Account # X51-515051**
**RICHARD ANDREW MCLELLAN - INDIVIDUAL - TOD**

### Exchange Traded Products (continued)

| Description | Beginning Market Value Nov 1, 2024 | Quantity Nov 30, 2024 | Price Per Unit Nov 30, 2024 | Ending Market Value Nov 30, 2024 | Total Cost Basis | Unrealized Gain/Loss Nov 30, 2024 | EAI ($) / EY (%) |
|---|---|---|---|---|---|---|---|
| Total Exchange Traded Products (10% of account holdings) | ▓▓▓▓ | | | ▓▓▓▓ | ▓▓▓▓ | ▓▓▓▓ | - |

### Stocks

| Description | Beginning Market Value Nov 1, 2024 | Quantity Nov 30, 2024 | Price Per Unit Nov 30, 2024 | Ending Market Value Nov 30, 2024 | Total Cost Basis | Unrealized Gain/Loss Nov 30, 2024 | EAI ($) / EY (%) |
|---|---|---|---|---|---|---|---|
| **Common Stock** | | | | | | | |
| ▓▓▓▓ | ▓▓▓▓ | ▓▓▓▓ | ▓▓▓▓ | ▓▓▓▓ | ▓▓▓▓ | ▓▓▓▓ | - |
| ▓▓▓▓ | ▓▓▓▓ | 2▓▓ | - | un▓▓▓▓ | ▓▓▓▓ | ▓▓▓▓ | - |
| ▓▓▓▓ | ▓▓▓▓ | | | ▓▓▓▓ | ▓▓▓▓ | ▓▓▓▓ | - |
| ▓▓▓▓ C | ▓▓▓▓ | | - | ▓▓▓le | ▓▓▓▓ | ▓▓▓▓ | - |
| ▓▓▓▓ C | ▓▓▓▓ | | - | ▓▓▓▓ | ▓▓▓▓ | ▓▓▓▓ | - |
| ▓▓▓▓ M | 4▓▓▓ | ▓▓▓▓ | ▓▓▓ | ▓▓▓▓ | ▓▓▓▓ | ▓▓▓▓ | - |
| **M META MATERIALS INC COM NEW** ISIN #US59134N3026 SEDOL #BQ67J98 (MMATQ) | 150.16 | 2,115.000 | 0.0610 | 129.01 | 59,608.42 | -59,479.41 | |
| ▓▓▓▓ 01 | ▓▓▓▓ | ▓▓▓▓ | - | un▓▓▓▓ | ▓▓▓▓ | ▓▓▓▓ | - |
| ▓▓▓▓ | ▓▓▓▓ | ▓▓▓▓ | | ▓▓▓▓ | ▓▓▓▓ | u▓▓▓▓ | - |
| Total Common Stock (90% of account holdings) | ▓▓▓▓ | | | ▓▓▓▓ | ▓▓▓▓ | ▓▓▓▓ | |

MR_CE_BOZZFZBBBBJMH_BBBBB 20241129



# Activity

**Account # X51-515051**
**RICHARD ANDREW MCLELLAN - INDIVIDUAL - TOD**

## Securities Bought & Sold (continued)

| Settlement Date | Security Name | Symbol/ CUSIP | Description | Quantity | Price | Total Cost Basis | Transaction Cost | Amount |
|---|---|---|---|---|---|---|---|---|
| s 01/26 | **META MATERIALS INC COM** ISIN #US59134N1046 SEDOL #BKSCVX7 | 59134N104 | You Sold *Short-term loss: $8,481.41 refer to confirm for Lot detail* | -58,225.000 | 0.05700 | 11,800.24 | - | 3,318.83 |
| s 01/26 | **META MATERIALS INC COM** ISIN #US59134N1046 SEDOL #BKSCVX7 | 59134N104 | You Sold *Short-term loss: $320.38 refer to confirm for Lot detail* | -24,455.000 | 0.05690 | 1,711.85 | -0.02 | 1,391.47 |
| s 01/26 | **META MATERIALS INC COM** ISIN #US59134N1046 SEDOL #BKSCVX7 | 59134N104 | You Sold *Short-term loss: $3,014.13 refer to confirm for Lot detail* | -20,425.000 | 0.05710 | 4,180.39 | - | 1,166.26 |
| s 01/26 | **META MATERIALS INC COM** ISIN #US59134N1046 SEDOL #BKSCVX7 | 59134N104 | You Sold *Short-term loss: $1,702.17 refer to confirm for Lot detail* | -19,318.000 | 0.05670 | 2,797.50 | - | 1,095.33 |
| s 01/26 | **META MATERIALS INC COM** ISIN #US59134N1046 SEDOL #BKSCVX7 | 59134N104 | You Sold *Short-term loss: $2,121.46 refer to confirm for Lot detail* | -14,481.000 | 0.05680 | 2,943.99 | - | 822.53 |

MR_CE_BPWNRHBBBGKZD_BBBBB 20240131



## Activity

**Account # X51-515051**
**RICHARD ANDREW MCLELLAN - INDIVIDUAL - TOD**

### Securities Bought & Sold (continued)

| Settlement Date | Security Name | Symbol/ CUSIP | Description | Quantity | Price | Total Cost Basis | Transaction Cost | Amount |
|---|---|---|---|---|---|---|---|---|
| s 01/26 | **META MATERIALS INC COM** ISIN #US59134N1046 SEDOL #BKSCVX7 | 59134N104 | You Sold Short-term loss: $20.43 refer to confirm for Lot detail | -1,596.000 | 0.05720 | 111.72 | - | 91.29 |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

| Total Securities Bought | | |
|---|---|---|
| Total Securities Sold | | |
| **Net Securities Bought & Sold** | | |

MR_CE_BPWNRHBBBGKZD_BBBBB 20240131



**INVESTMENT REPORT**
**December 1, 2023 - December 31, 2023**

## Activity

Account # X51-515051
**RICHARD ANDREW MCLELLAN - INDIVIDUAL - TOD**

### Securities Bought & Sold (continued)

| Settlement Date | Security Name | Symbol/CUSIP | Description | Quantity | Price | Total Cost Basis | Transaction Cost | Amount |
|---|---|---|---|---|---|---|---|---|
| 12/07 | META MATERIALS INC COM ISIN #US59134N1046 SEDOL #BKSCVX7 | 59134N104 | You Bought | 9,527.000 | 0.07000 | | - | -666.89 |
| 12/07 | META MATERIALS INC COM ISIN #US59134N1046 SEDOL #BKSCVX7 | 59134N104 | You Bought | 25,000.000 | 0.07000 | | - | -1,750.00 |

9 of 22



INVESTMENT REPORT
September 1, 2023 - September 30, 2023

## Activity

Account # X51-515051
RICHARD ANDREW MCLELLAN - INDIVIDUAL - TOD

### Securities Bought & Sold (continued)



| Settlement Date | Security Name | Symbol/ CUSIP | Description | Quantity | Price | Total Cost Basis | Transaction Cost | Amount |
|---|---|---|---|---|---|---|---|---|
| 09/12 | META MATERIALS INC COM ISIN #US59134N1046 SEDOL #BKSCVX7 | 59134N104 | You Sold *Short-term loss: $6,978.63* | -25,000.000 | 0.22000 | 12,478.58f | -0.05 | 5,499.95 |
| 09/12 | META MATERIALS INC COM ISIN #US59134N1046 SEDOL #BKSCVX7 | 59134N104 | You Sold *Short-term loss: $7,069.68* | -25,000.000 | 0.21680 | 12,489.63f | -0.05 | 5,419.95 |



## Activity

Account # X51-515051
**RICHARD ANDREW MCLELLAN - INDIVIDUAL - TOD**

### Securities Bought & Sold (continued)

| Settlement Date | Security Name | Symbol/CUSIP | Description | Quantity | Price | Total Cost Basis | Transaction Cost | Amount |
|---|---|---|---|---|---|---|---|---|
| 09/12 | **META MATERIALS INC COM** ISIN #US59134N1046 SEDOL #BKSCVX7 | 59134N104 | You Sold *Short-term loss: $5,287.52* | -18,902.000 | 0.22000 | 9,445.92 f | -0.04 | 4,158.40 |
| 09/12 | **META MATERIALS INC COM** ISIN #US59134N1046 SEDOL #BKSCVX7 | 59134N104 | You Sold *Short-term loss: $4,373.42* | -15,625.000 | 0.22000 | 7,810.92 f | – | 3,437.50 |



**INVESTMENT REPORT**
June 1, 2023 - June 30, 2023

# Activity

Account # X51-515051
RICHARD ANDREW MCLELLAN - INDIVIDUAL - TOD

## Securities Bought & Sold (continued)

| Settlement Date | Security Name | Symbol/CUSIP | Description | Quantity | Price | Total Cost Basis | Transaction Cost | Amount |
|---|---|---|---|---|---|---|---|---|
| 06/27 | ████████ | ████ | ████ | ████ | ████ | | .01 | ████ |
| 06/27 | ████████ COM NPV | ████ | ████████ | ████ | ████ | ███ | 0.01 | ████ |
| 06/27 | ████████ NPV | ████ | ████████ | ████ | ████ | | .01 | ████ |
| 06/28 | ████████ ON ████ | ████M | ████ | ████ | ████ | - | | ████ |
| 06/28 | ████████ CORPORATION ████ | ████ | You Sold | | | | | |
| 06/28 | ████████M | ████ | ████████ | ████ | ████ | | - | ████ |
| 06/28 | ████████M | ████ | ████████ | ████ | ████ | | - | ████ |
| 06/28 | ████████M | ████ | You Bought | ████ | ████ | | - | ████ |
| 06/28 | ████████ COM | ████ | You Bought | ████ | ████ | | - | ████ |
| 06/28 | ████████ | ████ | | ████ | ████ | | | ████ |
| 06/29 | ████████ COM | ████ | ████████ | 1,000,000 | ████ | ████ | .01 | 24,000.00 |
| 06/29 | ████████M | ████ | You Bought | ████ | ████ | | - | ████ |
| 06/29 | ████████ | ████ | You Bought | ████ | ████ | | - | ████ |
| 06/29 | META MATERIALS INC COM ISIN #US59134N1046 SEDOL #BKSCVX7 | 59134N104 | You Bought | 25,000.000 | 0.20220 | | - | -5,055.00 |
| 06/29 | META MATERIALS INC COM ISIN #US59134N1046 SEDOL #BKSCVX7 | 59134N104 | You Bought | 25,000.000 | 0.20220 | | - | -5,055.00 |
| 06/29 | META MATERIALS INC COM ISIN #US59134N1046 SEDOL #BKSCVX7 | 59134N104 | You Bought | 25,000.000 | 0.20330 | | - | -5,082.50 |
| 06/29 | META MATERIALS INC COM ISIN #US59134N1046 SEDOL #BKSCVX7 | 59134N104 | You Bought | 25,000.000 | 0.20330 | | - | -5,082.50 |
| ████ | ████████ | ████ | ████████ | ████ | ████ | | | ████ |
| ████ | ████████ | ████ | ████████ | ████ | ████ | | | ████ |



**INVESTMENT REPORT**
**May 1, 2023 - May 31, 2023**

## Activity

Account # X51-515051
RICHARD ANDREW MCLELLAN - INDIVIDUAL - TOD

### Securities Bought & Sold (continued)

| Settlement Date | Security Name | Symbol/ CUSIP | Description | Quantity | Price | Total Cost Basis | Transaction Cost | Amount |
|---|---|---|---|---|---|---|---|---|
| 05/30 | | | | | | | | |
| 05/30 | | | | | | | | |
| 05/30 | | | | | | | | |
| 05/30 | | | | | | | | |
| 05/30 | | | | | | | | |
| 05/30 | | | | | | | | |
| 05/30 | | | | | | | | |
| 05/30 | | | | | | | | |
| 05/30 | | | | | | | | |
| 05/30 | | | | | | | | |
| 05/31 | META MATERIALS INC COM ISIN #US59134N1046 SEDOL #BKSCVX7 | 59134N104 | You Sold *Short-term loss: $23,526.51* | -42,000.000 | 0.23710 | 33,484.63 f | -0.08 | 9,958.12 |
| 05/31 | META MATERIALS INC COM ISIN #US59134N1046 SEDOL #BKSCVX7 | 59134N104 | You Sold *Short-term loss: $1,384.89* *Long-term loss: $87,928.26* | -41,800.000 | 0.23730 | 99,232.21 f | -0.08 | 9,919.06 |
| 05/31 | META MATERIALS INC COM ISIN #US59134N1046 SEDOL #BKSCVX7 | 59134N104 | You Sold *Long-term loss: $22,620.53* | -9,000.000 | 0.23720 | 24,755.31 f | -0.02 | 2,134.78 |
| 05/31 | META MATERIALS INC COM ISIN #US59134N1046 SEDOL #BKSCVX7 | 59134N104 | You Sold *Long-term loss: $18,812.51* | -5,000.000 | 0.23750 | 20,000.00 f | -0.01 | 1,187.49 |
| 05/31 | META MATERIALS INC COM ISIN #US59134N1046 SEDOL #BKSCVX7 | 59134N104 | You Sold *Long-term loss: $8,277.73* | -2,200.000 | 0.23740 | 8,800.00 f | -0.01 | 522.27 |



## Activity

**Account # X51-515051**
**RICHARD ANDREW MCLELLAN - INDIVIDUAL - TOD**

### Securities Bought & Sold (continued)

| Settlement Date | Security Name | Symbol/CUSIP | Description | Quantity | Price | Total Cost Basis | Transaction Cost | Amount |
|---|---|---|---|---|---|---|---|---|
| 04/05 | **META MATERIALS INC COM** ISIN #US59134N1046 SEDOL #BKSCVX7 | 59134N104 | You Bought | 14,800.000 | 0.49460 | | - | -7,320.08 |
| 04/05 | **META MATERIALS INC COM** ISIN #US59134N1046 SEDOL #BKSCVX7 | 59134N104 | You Bought | 18,600.000 | 0.49990 | | - | -9,298.14 |
| 04/05 | **META MATERIALS INC COM** ISIN #US59134N1046 SEDOL #BKSCVX7 | 59134N104 | You Bought | 28,165.000 | 0.49990 | | - | -14,079.68 |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| 04/17 | **META MATERIALS INC COM** ISIN #US59134N1046 SEDOL #BKSCVX7 | 59134N104 | You Bought | 2.000 | 0.31700 | | - | -0.63 |
| 04/17 | **META MATERIALS INC COM** ISIN #US59134N1046 SEDOL #BKSCVX7 | 59134N104 | You Bought | 3,986.000 | 0.31750 | | - | -1,265.56 |
| 04/17 | **META MATERIALS INC COM** ISIN #US59134N1046 SEDOL #BKSCVX7 | 59134N104 | You Bought | 7,412.000 | 0.31950 | | - | -2,368.13 |
| 04/17 | **META MATERIALS INC COM** ISIN #US59134N1046 SEDOL #BKSCVX7 | 59134N104 | You Bought | 17,586.000 | 0.31760 | | - | -5,585.31 |
| 04/17 | **META MATERIALS INC COM** ISIN #US59134N1046 SEDOL #BKSCVX7 | 59134N104 | You Bought | 21,014.000 | 0.31760 | | - | -6,674.05 |
| 04/17 | **META MATERIALS INC COM** ISIN #US59134N1046 SEDOL #BKSCVX7 | 59134N104 | You Bought | 25,000.000 | 0.31950 | | - | -7,987.50 |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| 04/18 | **META MATERIALS INC COM** ISIN #US59134N1046 SEDOL #BKSCVX7 | 59134N104 | You Bought | 100.000 | 0.29060 | | - | -29.06 |

MR_CE_BNTQHRBBBGGST_BBBBB 20230428



INVESTMENT REPORT
**April 1, 2023 - April 30, 2023**

# Activity

Account # X51-515051
**RICHARD ANDREW MCLELLAN - INDIVIDUAL - TOD**

## Securities Bought & Sold (continued)

| Settlement Date | Security Name | Symbol/ CUSIP | Description | Quantity | Price | Total Cost Basis | Transaction Cost | Amount |
|---|---|---|---|---|---|---|---|---|
| 04/18 | META MATERIALS INC COM ISIN #US59134N1046 SEDOL #BKSCVX7 | 59134N104 | You Bought | 100.000 | 0.29090 | | - | -29.09 |
| 04/18 | META MATERIALS INC COM ISIN #US59134N1046 SEDOL #BKSCVX7 | 59134N104 | You Bought | 100.000 | 0.29130 | | - | -29.13 |
| 04/18 | META MATERIALS INC COM ISIN #US59134N1046 SEDOL #BKSCVX7 | 59134N104 | You Bought | 200.000 | 0.29100 | | - | -58.20 |
| 04/18 | META MATERIALS INC COM ISIN #US59134N1046 SEDOL #BKSCVX7 | 59134N104 | You Bought | 200.000 | 0.29180 | | - | -58.36 |
| 04/18 | META MATERIALS INC COM ISIN #US59134N1046 SEDOL #BKSCVX7 | 59134N104 | You Bought | 4,916.000 | 0.29200 | | - | -1,435.47 |
| 04/18 | META MATERIALS INC COM ISIN #US59134N1046 SEDOL #BKSCVX7 | 59134N104 | You Bought | 25,000.000 | 0.21400 | | - | -5,350.00 |
| 04/18 | META MATERIALS INC COM ISIN #US59134N1046 SEDOL #BKSCVX7 | 59134N104 | You Bought | 25,000.000 | 0.21490 | | - | -5,372.50 |
| 04/18 | META MATERIALS INC COM ISIN #US59134N1046 SEDOL #BKSCVX7 | 59134N104 | You Bought | 25,000.000 | 0.21490 | | - | -5,372.50 |
| 04/18 | META MATERIALS INC COM ISIN #US59134N1046 SEDOL #BKSCVX7 | 59134N104 | You Bought | 25,000.000 | 0.21500 | | - | -5,375.00 |
| 04/18 | META MATERIALS INC COM ISIN #US59134N1046 SEDOL #BKSCVX7 | 59134N104 | You Bought | 19,384.000 | 0.30000 | | - | -5,815.20 |

| Total Securities Bought | | | | | | - | - | |
| Total Securities Sold | | | | | | | | |
| **Net Securities Bought & Sold** | | | | | | | | |

## Dividends, Interest & Other Income

*(Includes dividend reinvestment)*

| Settlement Date | Security Name | Symbol/ CUSIP | Description | Quantity | Price | | | Amount |
|---|---|---|---|---|---|---|---|---|
| | | | | - | - | | - | |
| **Total Dividends, Interest & Other Income** | | | | | | | | **$6.77** |

MR_CE_BNTGHRBBBGGST_BBBBB 20230428



## Holdings

Account # X51-515051
RICHARD ANDREW MCLELLAN - INDIVIDUAL - TOD

*All remaining positions held in cash account.*

*Total Cost Basis does not include the cost basis on core, money market or other positions where cost basis is unknown or not applicable.*

t   Third-party provided

M   Position held in margin account.

SHT   Short position.

## Activity

### Securities Bought & Sold

| Settlement Date | Security Name | Symbol/ CUSIP | Description | Quantity | Price | Total Cost Basis | Transaction Cost | Amount |
|---|---|---|---|---|---|---|---|---|
| 09/01 | META MATERIALS INC COM ISIN #US59134N1046 SEDOL #BKSCVX7 | 59134N104 | You Bought | 2,600.000 | 0.80000 | | - | -2,080.00 |



INVESTMENT REPORT
September 1, 2022 - September 30, 2022

## Activity

Account # X51-515051
RICHARD ANDREW MCLELLAN - INDIVIDUAL - TOD

### Securities Bought & Sold (continued)



| Settlement Date | Security Name | Symbol/CUSIP | Description | Quantity | Price | Total Cost Basis | Transaction Cost | Amount |
|---|---|---|---|---|---|---|---|---|
| 09/29 | **META MATERIALS INC COM** ISIN #US59134N1046 SEDOL #BKSCVX7 | 59134N104 | You Bought | 2,100.000 | 0.68990 | - | - | -1,448.79 |

| Total Securities Bought | | | | | | | | |
| Total Securities Sold | | | | | | | | |
| **Net Securities Bought & Sold** | | | | | | | | |



## Activity

Account # X51-515051
RICHARD ANDREW MCLELLAN - INDIVIDUAL - TOD

### Securities Bought & Sold (continued)



| Settlement Date | Security Name | Symbol/CUSIP | Description | Quantity | Price | Total Cost Basis | Transaction Cost | Amount |
|---|---|---|---|---|---|---|---|---|
| 08/23 | META MATERIALS INC COM<br>ISIN #US59134N1046 SEDOL #BKSCVX7<br>ASSIGNED PUTS | 59134N104 | You Bought | 10,000.000 | 1.00000 | - | | -10,000.00 |



INVESTMENT REPORT
**August 1, 2022 - August 31, 2022**

# Activity

Account # X51-515051
RICHARD ANDREW MCLELLAN - INDIVIDUAL - TOD

## Securities Bought & Sold (continued)



| Settlement Date | Security Name | Symbol/ CUSIP | Description | Quantity | Price | Total Cost Basis | Transaction Cost | Amount |
|---|---|---|---|---|---|---|---|---|
| 08/31 | META MATERIALS INC COM ISIN #US59134N1046 SEDOL #BKSCVX7 | 59134N104 | You Bought | 1,400.000 | 0.78390 | - | | -1,097.46 |



INVESTMENT REPORT
**August 1, 2022 - August 31, 2022**

## Activity

Account # X51-515051
**RICHARD ANDREW MCLELLAN - INDIVIDUAL - TOD**

### Securities Bought & Sold (continued)

| Settlement Date | Security Name | Symbol/ CUSIP | Description | Quantity | Price | Total Cost Basis | Transaction Cost | Amount |
|---|---|---|---|---|---|---|---|---|
| 08/31 | META MATERIALS INC COM ISIN #US59134N1046 SEDOL #BKSCVX7 | 59134N104 | You Bought | 6,100.000 | 0.78379 | | - | -4,781.17 |
| 08/31 | META MATERIALS INC COM ISIN #US59134N1046 SEDOL #BKSCVX7 | 59134N104 | You Bought | 22,000.000 | 0.78710 | | - | -17,316.20 |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | 65.90 f | | |
| **Total Securities Bought** | | | | | | | | |
| **Total Securities Sold** | | | | | | .97 | | 28 |
| **Net Securities Bought & Sold** | | | | | | | | 74 |

### Dividends, Interest & Other Income

*(Includes dividend reinvestment)*

| Settlement Date | Security Name | Symbol/ CUSIP | Description | Quantity | Price | Amount |
|---|---|---|---|---|---|---|
| | | | | - | | |
| **Total Dividends, Interest & Other Income** | | | | | | |

MR_CE_BMTXRTBBBGXBW_BBBBB 20220831



INVESTMENT REPORT
**April 1, 2022 - April 30, 2022**

# Activity

**Account # X51-515051**
**RICHARD ANDREW MCLELLAN - INDIVIDUAL - TOD**

## Securities Transferred In (continued)

| Settlement Date | Security Name | Symbol/ CUSIP | Description | Quantity | Price | Amount |
|---|---|---|---|---|---|---|
| ▓▓ | ▓▓▓▓▓▓▓▓▓ | ▓▓▓ | ▓▓▓sets | 1▓▓▓▓ | ▓▓▓ | - |
| ▓▓ | ▓▓▓▓▓▓▓ | ▓▓▓ | ▓▓▓▓▓ts | 76▓▓▓ | ▓▓▓ | - |
| 04/22 | **META MATERIALS INC COM** ISIN #US59134N1046 SEDOL #BKSCVX7 ACAT RECEIVE VALUE OF TRANSACTION $59,125.00 | 59134N104 | Transfer Of Assets | 47,300.000 | 1.2500 | - |
| ▓▓ | ▓▓▓▓▓▓▓▓ | ▓▓▓ | ▓▓▓ts | ▓▓▓ | ▓▓▓ | - |

**Total Securities Transferred In**     -

## Securities Transferred Out

| Settlement Date | Security Name | Symbol/ CUSIP | Description | Quantity | Price | Amount |
|---|---|---|---|---|---|---|
| ▓▓ | ▓▓▓▓ CORP NEW $370.00 | ▓▓▓ | ▓▓▓ts | ▓▓▓ | ▓▓▓ | |
| ▓▓ | ▓▓▓ENIUS BRANDS INTL ▓▓.00 | ▓▓▓ | ▓▓▓ | ▓▓▓ | ▓▓▓ | |
| ▓▓ | ▓▓▓▓ INC ▓.00 | ▓▓▓ | ▓▓▓ | ▓▓▓ | ▓▓▓ | |
| ▓▓ | ▓▓▓▓ ▓.00 | ▓▓▓ | ▓▓▓ | ▓▓▓ | ▓▓▓ | |
| ▓▓ | ▓▓▓▓ META MATERIALS INC ▓▓▓.0 | ▓▓▓ | ▓▓▓ts | ▓▓▓ | ▓▓▓ | |

**Total Securities Transferred Out**     -

MR_CE_BMJMFHBBBGMGX_BBBBB 20220429



INVESTMENT REPORT
January 1, 2022 - January 31, 2022

## Activity

Account # X51-515051
RICHARD ANDREW MCLELLAN - INDIVIDUAL - TOD

### Securities Bought & Sold (continued)



| Settlement Date | Security Name | Symbol/CUSIP | Description | Quantity | Price | Total Cost Basis | Transaction Cost | Amount |
|---|---|---|---|---|---|---|---|---|
| 01/25 | META MATERIALS INC COM ISIN #US59134N1046 SEDOL #BKSCVX7 ASSIGNED PUTS | 59134N104 | You Bought | 10,800.000 | 3.00000 | - | - | -32,400.00 |

| Total Securities Bought | | | | | | | | |
| Total Securities Sold | | | | | | | | |
| Net Securities Bought & Sold | | | | | | | | $17.31 |



INVESTMENT REPORT
December 1, 2021 - December 31, 2021

## Activity

Account # X51-515051
RICHARD ANDREW MCLELLAN - INDIVIDUAL - TOD

### Securities Bought & Sold (continued)

| Settlement Date | Security Name | Symbol/CUSIP | Description | Quantity | Price | Total Cost Basis | Transaction Cost | Amount |
|---|---|---|---|---|---|---|---|---|
| 12/21 | **META MATERIALS INC COM** ISIN #US59134N1046 SEDOL #BKSCVX7 ASSIGNED PUTS | 59134N104 | You Bought | 900.000 | 3.00000 | | - | -2,700.00 |
| 12/21 | **META MATERIALS INC COM** ISIN #US59134N1046 SEDOL #BKSCVX7 ASSIGNED PUTS | 59134N104 | You Bought | 2,800.000 | 4.00000 | | - | -11,200.00 |

MR_CE_BLTMNTBBCMSCH_BBBBB 20211231

APEX CLEARING CORPORATION
350 NORTH ST. PAUL SUITE 1300
DALLAS, TX 75201

# Webull Financial LLC

44 Wall Street, New York, NY 10005
customerservice@webull.us

*August 1, 2021 - August 31, 2021*

PAGE 1 OF 18

ACCOUNT NUMBER    **5MZ-61397-17  RR WEA**

**RICHARD ANDREW MCLELLAN**

**Your Registered Representative**
WEBULL FINANCIAL LLC - HOUSE
(917) 725-2448

RICHARD ANDREW MCLELLAN
6237 PUGET RD NE
OLYMPIA WA  98516-9132

## ACCOUNT SUMMARY

| | OPENING BALANCE | CLOSING BALANCE |
|---|---|---|
| Margin account | | |
| NET ACCOUNT BALANCE | | |
| Securities | | |
| TOTAL PRICED PORTFOLIO | | |
| **Total Equity Holdings** | | |

## INCOME AND EXPENSE SUMMARY

| | THIS PERIOD | YEAR TO DATE |
|---|---|---|
| Debit interest expense | | |

## PORTFOLIO EQUITY ALLOCATION



Options 1.398%
Cash 11.582%
Equities 87.020%

ACCOUNT CARRIED BY:
**APEX CLEARING CORPORATION**
MEMBER FINRA, NYSE and SIPC

**See Reverse Side for Important Tax Information.** This statement shall be conclusive if not objected to in writing within ten days. Errors and omissions excepted. Please address all communications to the firm and not to individuals. Address changes or other material changes on your account should be directed to the office servicing your account. Kindly mention your account number. **This statement should be retained for income tax purposes.**

*August 1, 2021 - August 31, 2021*



# Webull Financial LLC
44 Wall Street, New York, NY 10005
customerservice@webull.us

PAGE 3 OF 18

ACCOUNT NUMBER    **5MZ-61397-17  RR WEA**

**RICHARD ANDREW MCLELLAN**

▶ PORTFOLIO SUMMARY (CONTINUED)

| DESCRIPTION | SYMBOL/CUSIP | ACCOUNT TYPE | QUANTITY | PRICE | MARKET VALUE | LAST PERIOD'S MARKET VALUE | % CHANGE | EST. ANNUAL INCOME | % OF TOTAL PORTFOLIO |
|---|---|---|---|---|---|---|---|---|---|
| **EQUITIES / OPTIONS** (continued) | | | | | | | | | |
| META MATLS INC COMMON STOCK | MMAT | M | 32,000 | 4.65 | 148,800.00 | | N/A | | 16.800 |

*August 1, 2021 - August 31, 2021*



# Webull Financial LLC

44 Wall Street, New York, NY 10005
customerservice@webull.us

PAGE 9 OF 18

ACCOUNT NUMBER    **5MZ-61397-17  RR WEA**

**RICHARD ANDREW MCLELLAN**

INDIVIDUAL ACCOUNT

▶ ACCOUNT ACTIVITY (CONTINUED)

**BUY / SELL TRANSACTIONS** (continued)

| TRANSACTION | DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|
| SOLD | ██████ | ██ | ████████████ | ████ | ████ | | ████████ |
| ████ | ████████ | ██ | ████████████ | ████ | ██████ | | ████ |
| ████ | ████████ | ██ | ████████████ | ████ | ████ | | 80.██ |
| ████ | ████████ | ██ | ████████████ | ████ | 1.50 | ████████ | |
| BOUGHT | 08/24/21 | M | META MATLS INC<br>COMMON STOCK<br>A/E 9NYNDX0 70 ASSIGNED<br>CUSIP: 59134N104 | 7,000 | 3 | 21,000.00 | |
| BOUGHT | 08/24/21 | M | META MATLS INC<br>COMMON STOCK<br>A/E 9NYNDX2 70 ASSIGNED<br>CUSIP: 59134N104 | 7,000 | 4 | 28,000.00 | |
| BOUGHT | 08/24/21 | M | META MATLS INC<br>COMMON STOCK<br>A/E 9NYNDX2 180 ASSIGNED<br>CUSIP: 59134N104 | 18,000 | 4 | 72,000.00 | |



INVESTMENT REPORT
**August 1, 2021 - August 31, 2021**

# Activity

Account # X51-515051
**RICHARD ANDREW MCLELLAN - INDIVIDUAL - TOD**

## Securities Bought & Sold (continued)

| Settlement Date | Security Name | Symbol/ CUSIP | Description | Quantity | Price | Total Cost Basis | Transaction Cost | Amount |
|---|---|---|---|---|---|---|---|---|
| 08/24 | **META MATERIALS INC COM** ISIN #US59134N1046 SEDOL #BKSCVX7 ASSIGNED PUTS | 59134N104 | You Bought | 4,000.000 | 3.00000 | - | - | -12,000.00 |

MR_CE_BLHXPW/BBCBNMJ_BBBBB 20210831