NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | | PROOF OF INTEREST |
|---|---|---|

Name of Debtor: Meta Materials Inc.
Case Number: 2450792

1. Name and address of holder of the Equity Interest (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

Matthew Pease
1 Cobbler Ln
Amherst NH
03031

Telephone Number: 603-465-1110

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

☑ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

RECEIVED AND FILED
DEC 12 2024
U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

COURT USE ONLY

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

Account or other number by which Interest holder identifies Debtor: 7329-3838

Check here if this claim:
☐ replaces a previously filed Proof of Interest dated: _____
☐ amends a previously filed Proof of Interest dated: _____

2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:
CHARLES SCHWAB
3000 Schwab Way
Westlake TEXAS 76262
Telephone Number: 800-435-4000

3. Date Equity Interest was acquired:
12/1/22 - 12/8/22

See Attached Doc for add'l info

4. Total amount of member interest: 2 shares (278.47)

5. Certificate number(s): See Attached Documentation

6. Type of Equity Interest:
Please indicate the type of Equity Interest you hold:
☑ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
☐ Check this box if your Equity Interest is based on anything else and describe that interest:
Description: Investor

7. Supporting Documents: Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. Date-Stamped Copy: To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

9. Signature:
Check the appropriate box.
☐ I am the creditor.   ☐ I am the creditor's authorized agent. (Attach copy of power of attorney, if any.)   ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)   ☐ I am a guarantor, surety, endorser, or other codebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: Matthew J. Pease
Title:
Company: ___ Address and telephone number (if different from notice address above):

(Signature) /s/ Matthew Pease    (Date) 12/4/2024
Telephone number: 603-465-1110    email: matt@matthewpease.com

Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571



Schwab One® Account of

MATTHEW PEASE

Account Number
7329-3838

Statement Period
July 1 - September 30, 2024

## Account Summary

Ending Account Value as of 09/30
**$527.24**

Beginning Account Value as of 07/01
**$540.92**

|  | This Statement | YTD |
|---|---:|---:|
| Beginning Value | $540.92 | $131.93 |
| Deposits | 0.00 | 525.00 |
| Withdrawals | 0.00 | 0.00 |
| Dividends and Interest | 0.00 | 0.00 |
| Transfer of Securities | 0.00 | 0.00 |
| Market Appreciation/(Depreciation) | (13.68) | (49.69) |
| Expenses | 0.00 | (80.00) |
| **Ending Value** ᵂ | **$527.24** | **$527.24** |

Account Ending Value reflects the market value of your cash and investments. It does not include pending transactions, unpriced securities or assets held outside Schwab's custody.

**Manage Your Account**

**Customer Service and Trading:**
Call your Schwab Representative
1-800-435-4000
24/7 Customer Service

For the most current records on your account visit schwab.com/login. Statements are archived up to 10 years online.

**Commitment to Transparency**

Client Relationship Summaries and Best Interest disclosures are at schwab.com/transparency. Charles Schwab & Co., Inc. Member SIPC.

**Online Assistance**

 Visit us online at schwab.com

Visit schwab.com/sml to explore the features and benefits of this statement.

 **Time to go digital**

Sign up for paperless at schwab.com/ez

09/30-83150-ID1060501-062159 *1 #1

MATTHEW PEASE
1 COBBLER LN
AMHERST NH
03031-1919

1 of 4



Schwab One® Account of

MATTHEW PEASE

Statement Period
July 1 - September 30, 2024

## A Message About Your Account

**Statement of Financial Condition**
The most recent statement of financial condition for Charles Schwab & Co., Inc. (CS&Co) may be obtained at no cost at http://www.schwab.com/legal/financials or by calling 1-800-435-4000. For clients of independent investment advisors, contact Schwab Alliance at 1-800-647-5465. International clients, call +1-415-667-7870 and Charles Schwab Hong Kong clients, call +852-2101-0500. At June 30, and July 31, 2024, CS&Co had net capital of $8.8 billion and $9.0 billion, respectively, and a net capital requirement of $1.7 billion and $1.8 billion, respectively. A copy of the report may be requested via: Investor Relations, 211 Main Street, San Francisco, CA 94105. Independent investment advisors are not owned by, affiliated with, or supervised by CS&Co.

## Positions - Summary

| Beginning Value as of 07/01 | Transfer of Securities(In/Out) | Dividends Reinvested | Cash Activity | Change in Market Value | Ending Value as of 09/30 |
|---|---|---|---|---|---|
| $540.92 | $0.00 | $0.00 | $0.00 | ($13.68) | $527.24 |

## Cash and Cash Investments

| Type | Symbol | Description | Quantity | Price($) | Beginning Balance($) | Ending Balance($) | Change in Period Balance($) | Pending/Unsettled Cash($) | Interest/ Yield Rate |
|---|---|---|---|---|---|---|---|---|---|
| Cash | | | | | 40.74 | 40.74 | 0.00 | | 0.04 |
| **Total Cash and Cash Investments** | | | | | **$40.74** | **$40.74** | **$0.00** | | |

## Positions

| Security Type | Symbol | Description | Quantity | Price($) | Market Value($) |
|---|---|---|---|---|---|
| Equities | MMATQ | META MATLS INC | 2.0000 | 0.37000 | 0.74 |
| | USMJ | NORTH AMERN CANNABIS HLD | 2,400,000.0000 | 0.00000 | 0.00 |
| | NVDA | NVIDIA CORP | 4.0000 | 121.44000 | 485.76 |
| Unpriced Securities | | NEXT BRIDGE HYDROCARBONS | 200.0000 | | |
| **Total Positions** | | | | | **$486.50** |