NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | | **PROOF OF INTEREST** |
|---|---|---|
| Name of Debtor: Meta Materials Inc | Case Number: 24-50792-hlb | |

1. **Name and address of holder of the Equity Interest** (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

   Edward Prinsen
   793 West 20TH Ave
   Vancouver BC Canada
   V5Z 1X2

   Telephone Number: 778.384.5637
   edivus@gmail.com

   ☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

   ■ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

   ☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

   RECEIVED AND FILED
   DEC 12 2024
   U.S. BANKRUPTCY COURT
   MARY A. SCHOTT, CLERK

   **COURT USE ONLY**

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

| Account or other number by which Interest holder identifies Debtor: TFSA Account 46H1L7K | Check here if this claim:<br>☐ replaces a previously filed Proof of Interest dated: _____<br>☐ amends a previously filed Proof of Interest dated: _____ |
|---|---|

2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:
   TD Waterhouse Canada Inc

   Telephone Number: 1800 465 5463

3. Date Equity Interest was acquired: November 14, 2022

4. Total amount of member interest: 440

5. Certificate number(s): _____

6. **Type of Equity Interest:**
   Please indicate the type of Equity Interest you hold:
   ■ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
   ☐ Check this box if your Equity Interest is based on anything else and describe that interest:
   Description: Investment in RRSP account held with TD

7. **Supporting Documents:** Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. **Date-Stamped Copy:** To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

9. **Signature:**
Check the appropriate box.
■ I am the creditor.   ☐ I am the creditor's authorized agent.   ☐ I am the trustee, or the debtor,   ☐ I am a guarantor, surety, endorser, or other codebtor.
(Attach copy of power of attorney, if any.)   or their authorized agent.   (See Bankruptcy Rule 3005.)
(See Bankruptcy Rule 3004.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: Edward J Prinsen
Title:
Company: ___ Address and telephone number (if different from notice address above):

(Signature)   Dec 6, 2024 (Date)
Telephone number: 778.384.5637   email: edivus@gmail.com

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

Print Form    Save Form    Clear Form



**TD Direct Investing**

# Your TFSA statement
November 1, 2024 to November 30, 2024

Account number: 46H1L7-K
Account type: Tax-Free Savings Account - US
Account currency: US dollars

### Do you have a question?
If you have any questions or require assistance, please log into the TD app and choose Contact Us from the 'More' menu, or call the numbers below to speak to an Investment Representative:

| | |
|---|---|
| **English:** | 1-800-465-5463 |
| **French:** | 1-800-361-2684 |
| **Cantonese:** | 1-800-838-3223 option 1 |
| **Mandarin:** | 1-800-838-3223 option 2 |

MR EDWARD JOHN PRINSEN
793 20TH AVE W
VANCOUVER BC
V5Z 1Y2

## Your account at a glance

> **You need to know**
> Please see **page 2** for important information about your account.

| | This period (Nov 1 - Nov 30, 2024) | Last period (Sep 1 - Oct 31, 2024) | Year to date (Jan 1 - Nov 30, 2024) |
|---|---:|---:|---:|
| Beginning balance | $195.27 | $10,291.16 | $14,527.26 |
| Change in your account balance | -$34.73 | -$10,095.89 | -$14,366.72 |
| **Ending balance** | **$160.54** | **$195.27** | **$160.54** |

## Holdings in your account
on November 30, 2024

| Description | Quantity or par value ($) | Price ($) | Book cost ($) | Market value ($) | Unrealized gain or loss ($) | % of your holdings |
|---|---|---|---:|---:|---:|---:|
| **DOMESTIC** | | | | | | |
| Cash | | | 26.43 | 26.43 | 0.00 | 16.46% |
| **COMMON SHARES** | | | | | | |
| META MATERIALS INC-NEW (**MMATQ**) | 440 SEG | 0.061 | 8,892.46 | 26.84 | -8,865.62 | 16.72% |
| **TOTAL DOMESTIC** | | | **$8,918.89** | **$53.27** | | **33.18%** |
| **FOREIGN** | | | | | | |
| **COMMON SHARES** | | | | | | |
| SMX(SECURITY MAT)CL-A NEW (**SMX**) | 506 SEG | 0.212 | 1,745.34 | 107.27 | -1,638.07 | 66.82% |
| **TOTAL FOREIGN** | | | **$1,745.34** | **$107.27** | | **66.82%** |
| **Total Portfolio** | | | **$10,664.23** | **$160.54** | | **100.00%** |

*Order-Execution-Only Account.*

TD Waterhouse Canada Inc.
Member - Canadian Investor Protection Fund

**Regulated by CIRO**
Canadian Investment
Regulatory Organization

Page 1 of 3