NVB 3001 (Effective 1/21)

# UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA

**PROOF OF INTEREST**

Name of Debtor: Meta Materials Inc
Case Number: 24-50792-hlb

**1. Name and address of holder of the Equity Interest** (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

Edward Prinsen
793 West 20th Ave
Vancouver BC, Canada
V5Z 1Y2

Telephone Number: 778.384.5637

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

■ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

**RECEIVED AND FILED**
DEC 12 2024
U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

**COURT USE ONLY**

Account or other number by which Interest holder identifies Debtor:
TFSA Account 603 50353

Check here if this claim:
☐ replaces a previously filed Proof of Interest dated: _____
☐ amends a previously filed Proof of Interest dated: _____

**2.** Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:
CIBC

Telephone Number: 1800 567 3343

**3.** Date Equity Interest was acquired: November 14, 2022

**4.** Total amount of member interest: 700

**5.** Certificate number(s): _____

**6. Type of Equity Interest:**
Please indicate the type of Equity Interest you hold:
■ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
☐ Check this box if your Equity Interest is based on anything else and describe that interest:
Description: Investment in RRSP account held with TD

**7. Supporting Documents:** Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**8. Date-Stamped Copy:** To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

**9. Signature:**
Check the appropriate box.

■ I am the creditor.   ☐ I am the creditor's authorized agent. (Attach copy of power of attorney, if any.)   ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)   ☐ I am a guarantor, surety, endorser, or other codebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: Edward J Prinsen
Title:
Company: Address and telephone number (if different from notice address above):

(Signature)  778.384.5637   Dec 6, 2024 (Date)
Telephone number: 778.384.5637
email: edivus@gmail.com

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

[ Print Form ]    [ Save Form ]    [ Clear Form ]



**INVESTOR'S EDGE SELF-DIRECTED**
**TAX FREE SAVINGS ACCOUNT**

**October 1–October 31, 2024**
(previous statement September 30, 2024)



Account # 603-50353
**Order Execution Only Account**

EDWARD J PRINSEN
793 WEST 20TH AVE
VANCOUVER BC   V5Z 1Y2

374886

**To Contact Us:**
1-800-567-3343

www.investorsedge.cibc.com

**Items For Your Attention:**

- Our auditors are conducting their annual examination of our accounts in conjunction with our fiscal year end on October 31, 2024. Please check this statement against your records. If errors or omissions are noted, please advise Ernst & Young LLP, in writing, at E&Y Tower, PO Box 1, 100 Adelaide Street West, 38th Floor, Toronto, ON, M5H 0B3 Attn: Grace Hu, or via email at: Grace.Hu@ca.ey.com

### Portfolio Overview - C$ equivalent

|  | PERCENTAGE OF MARKET VALUE | MARKET VALUE AT OCT 31 |
|---|---|---|
| Cash & Cash Equivalents | 30% | $430.98 |
| Fixed Income | — | — |
| Equities | 70% | $991.67 |
| Mutual Funds | — | — |
| Other | — | — |
| TOTAL PORTFOLIO | 100% | $1,422.65 |

### Contribution and Withdrawal Summary - C$ equivalent

|  | THIS MONTH | YEAR TO DATE |
|---|---|---|
| Contributions | $0.00 | $0.00 |
| Withdrawals | $2,500.00 | $2,500.00 |

### Account Activity — Canadian Dollars

| DATE | ACTIVITY | DESCRIPTION | QUANTITY | PRICE | AMOUNT |
|---|---|---|---|---|---|
| Oct 1 | — | Opening cash balance | — | — | $42.89 |
| Oct 31 | Withdrawal | CREDIT BANK ACCOUNT 111100903813 | — | — | $2,500.00 |
| Oct 31 | Conversion | USD TO CAD @ 1.369586 EX ORD# 2953456 REQ: EDWARD J PRINSEN | — | — | $2,533.73 |
| Oct 31 | — | Closing cash balance | — | — | $76.62 |




374886        ACCOUNT #   603-50353              PAGE  1 of 4              **SEE OVER»**

HRI-*02011800*



**INVESTOR'S EDGE SELF-DIRECTED**
**TAX FREE SAVINGS ACCOUNT**

**October 1–October 31, 2024**
*(previous statement September 30, 2024)*

## Account Activity — U.S. Dollars

| DATE | ACTIVITY | DESCRIPTION | QUANTITY | PRICE | AMOUNT |
|---|---|---|---|---|---|
| Oct 1 | — | Opening cash balance | — | — | $271.80 |
| Oct 30 | Sold | ~~COSMOS HEALTH INC COMMON STOCK UNSOLICITED~~ | ~~2,000~~ | ~~0.796~~ | ~~$1,832.00~~ |
| Oct 31 | Conversion | ~~USD TO CAD @ 1.369586~~ ~~FX ORD# 2953456~~ REQ: EDWARD J PRINSEN | — | — | ~~$1,850.00~~ |
| Oct 31 | — | Closing cash balance | — | — | $254.75 |
| | | Canadian dollar equivalent | | | $354.36 |
| | | ($1.00 U.S. equals $1.39100 CAN) | | | |
| **Total closing cash balance in Canadian dollars** | | | — | — | **$430.98** |

## Portfolio Assets — Canadian Dollars

| DESCRIPTION | QUANTITY | BOOK VALUE | CURRENT PRICE | MARKET VALUE AT OCT 31 | SEGREGATION †CUSTODY |
|---|---|---|---|---|---|
| **Cash & Cash Equivalents** | | | | | |
| CASH | — | $76.62 | — | $76.62 | — |
| **Equities** | | | | | |
| ~~ANORTECH INC COM (ANOR/CDNX)~~ | ~~15,000~~ | ~~$2,706.95~~ | ~~0.025~~ | ~~$375.00~~ | ~~15,000~~ |
| ~~CAMBER ENERGY INC COMMON STOCK (CEIN/US)~~ | ~~1,000~~ | ~~$351.74~~ | ~~0.028~~ | ~~$28.00~~ | ~~1,000~~ |
| SUBTOTAL | | ~~$3,058.69~~ | | ~~$403.00~~ | |
| SUBTOTAL FOR CANADIAN DOLLARS | | ~~$3,135.31~~ | | ~~$479.62~~ | |

## Portfolio Assets — U.S. Dollars

| DESCRIPTION | QUANTITY | BOOK VALUE | CURRENT PRICE | MARKET VALUE AT OCT 31 | SEGREGATION †CUSTODY |
|---|---|---|---|---|---|
| **Cash & Cash Equivalents** | | | | | |
| CASH | — | $254.75 | — | $254.75 | — |
| **Equities** | | | | | |
| ~~CAMBER ENERGY INC COMMON STOCK (CEIN/US)~~ | ~~700~~ | ~~$1,415.83~~ | ~~0.020~~ | ~~$14.00~~ | ~~700~~ |
| ~~GLIMPSE GROUP INC (THE) COMMON STOCK (VRAR/US)~~ | ~~500~~ | ~~$2,615.68~~ | ~~0.719~~ | ~~$359.50~~ | ~~500~~ |
| META MATERIALS INC COMMON STOCK (MMATQ/US) | 700 | $23,418.25 | 0.071 | $49.70 | 700 |
| SUBTOTAL | | $27,447.76 | | $423.20 | |