NVB 3001 (Effective 1/21)

# UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA

## PROOF OF INTEREST

**Name of Debtor:** Meta Materials

**Case Number:** 24-50792-hlb

1. **Name and address of holder of the Equity Interest** (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

   Andree Donnell
   1514 Kylemore Way
   Beaumont CA 92223

   **Telephone Number:** 951-529-0767

- ☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.
- ☑ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.
- ☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

**RECEIVED AND FILED**
DEC 12 2024
U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

**COURT USE ONLY**

**Account or other number by which Interest holder identifies Debtor:** 209204940

Check here if this claim:
- ☐ replaces a previously filed Proof of Interest dated: _____
- ☐ amends a previously filed Proof of Interest dated: _____

2. **Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:**

   Fidelity Investments
   PO Box 770001 Cincinnati OH 45277-0037
   **Telephone Number:** 800-544-5373  800-343-3548

3. **Date Equity Interest was acquired:** First Date Acquired October 20, 2022 I have more Dates on Attached Documents

4. **Total amount of member interest:** 8200 Shares

5. **Certificate number(s):** _____

6. **Type of Equity Interest:**
   Please indicate the type of Equity Interest you hold:
   ☑ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
   ☐ Check this box if your Equity Interest is based on anything else and describe that interest:
   **Description:** INVESTOR

7. **Supporting Documents:** Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
   DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. **Date-Stamped Copy:** To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

9. **Signature:**
   Check the appropriate box.
   ☑ I am the creditor.   ☐ I am the creditor's authorized agent. (Attach copy of power of attorney, if any.)   ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)   ☐ I am a guarantor, surety, endorser, or other codebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

**Print Name:** Andree Donnell
**Title:**
**Company:** Address and telephone number (if different from notice address above):

(Signature) Andree Donnell   (Date) 12/10/24
**Telephone number:** 951-529-0767   **email:** vicandres3@hotmail.com

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

Print Form    Save Form    Clear Form



# Positions

## Individual - TOD

Brokerage: Z09204940 · Routing number 

**Closed Positions** ⌄

As of Dec-04-2024 at 5:19 p.m. ET

### Realized Gain/Loss Summary — 2022

| Account/Symbol | Proceeds | Cost | Short-Term Gain/Loss | Long-Term Gain/Loss | Total Gain/Loss |
|---|---|---|---|---|---|
| Individu  Z09204940 | | | +$889.34 | $0.00 | +$889.34 |
| MMAT META MATERIALS INC C... | $2,599.94 | $1,710.60 | +$889.34 | -- | +$889.34 |

### META MATERIALS INC COM ISIN US59134N1046 SEDOL BKSCVX7 1 FOR 100 R/S INTO META MATERIALS INC

| Acquired | Date Sold | Quantity | Cost Basis | Cost Basis Per Share | Proceeds | Proceeds Per Share | Short-Term Gain/Loss | Long-Term Gain/Loss |
|---|---|---|---|---|---|---|---|---|
| Oct-20-2022 | Nov-03-2022 | 500 | $406.55 | $0.81 | $649.99 | $1.30 | +$243.44 | -- |
| Oct-20-2022 | Nov-03-2022 | 500 | $406.55 | $0.81 | $649.98 | $1.30 | +$243.43 | -- |
| Oct-14-2022 | Nov-03-2022 | 300 | $276.00 | $0.92 | $389.99 | $1.30 | +$113.99 | -- |
| Oct-14-2022 | Nov-03-2022 | 200 | $180.00 | $0.90 | $259.99 | $1.30 | +$79.99 | -- |
| Oct-12-2022 | Nov-03-2022 | 500 | $441.50 | $0.88 | $649.99 | $1.30 | +$208.49 | -- |

**Account Total** — $2,599.94 — $1,710.60 — +$889.34 — $0.00 — +$889.34

Reassign lots for recent trades

**Important Information**



# Positions

## Individual - TOD

Brokerage: Z09204940 · Routing number ⓘ

**Closed Positions** ⌄    As of Dec-04-2024 at 5:10 p.m. ET

### Realized Gain/Loss Summary — 2023

| Account/Symbol | Cost | Proceeds | Short-Term Gain/Loss | Long-Term Gain/Loss | Total Gain/Loss |
|---|---|---|---|---|---|
| Individu Z09204940 | | | -$9,096.01 | $0.00 | -$9,096.01 |
| MMAT<br>META MATERIALS INC C... | $10,338.00 | $1,241.99 | -$9,096.01 | — | -$9,096.01 |

### META MATERIALS INC COM ISIN US59134N1046 SEDOL BKSCVX7 1 FOR 100 R/S INTO META MATERIALS INC

| Acquired | Date Sold | Quantity | Cost Basis | Cost Basis Per Share | Proceeds | Proceeds Per Share | Short-Term Gain/Loss | Long-Term Gain/Loss |
|---|---|---|---|---|---|---|---|---|
| Dec-06-2022 | Sep-22-2023 | 500 | $850.00 | $1.70 | $103.50 | $0.21 | -$746.50 | -- |
| Dec-06-2022 | Sep-22-2023 | 400 | $680.00 | $1.70 | $82.80 | $0.21 | -$597.20 | -- |
| Dec-06-2022 | Sep-22-2023 | 500 | $855.00 | $1.71 | $103.50 | $0.21 | -$751.50 | -- |
| Nov-30-2022 | Sep-22-2023 | 300 | $552.00 | $1.84 | $62.10 | $0.21 | -$489.90 | -- |
| Nov-30-2022 | Sep-22-2023 | 250 | $457.50 | $1.83 | $51.75 | $0.21 | -$405.75 | -- |
| Nov-30-2022 | Sep-22-2023 | 300 | $546.00 | $1.82 | $62.10 | $0.21 | -$483.90 | -- |
| Nov-28-2022 | Sep-22-2023 | 250 | $472.50 | $1.89 | $51.75 | $0.21 | -$420.75 | -- |
| Nov-28-2022 | Sep-22-2023 | 500 | $940.00 | $1.88 | $103.50 | $0.21 | -$836.50 | -- |
| Nov-21-2022 | Sep-22-2023 | 500 | $975.00 | $1.95 | $103.50 | $0.21 | -$871.50 | -- |

*Duplicated on next page*

## META MATERIALS INC COM ISIN US59134N1046 SEDOL BKSCVX7 1 FOR 100 R/S INTO META MATERIALS INC

| Acquired | Date Sold | Quantity | Cost Basis | Cost Basis Per Share | Proceeds | Proceeds Per Share | Short-Term Gain/Loss | Long-Term Gain/Loss |
|---|---|---|---|---|---|---|---|---|
| Dec-09-2022 | Sep-22-2023 | 500 | $680.00 | $1.36 | $103.50 | $0.21 | -$576.50 | -- |
| Dec-09-2022 | Sep-22-2023 | 500 | $675.00 | $1.35 | $103.49 | $0.21 | -$571.51 | -- |
| Dec-06-2022 | Sep-22-2023 | 500 | $850.00 | $1.70 | $103.50 | $0.21 | -$746.50 | -- |
| Dec-06-2022 | Sep-22-2023 | 400 | $680.00 | $1.70 | $82.80 | $0.21 | -$597.20 | -- |
| Dec-06-2022 | Sep-22-2023 | 500 | $855.00 | $1.71 | $103.50 | $0.21 | -$751.50 | -- |
| Dec-06-2022 | Sep-22-2023 | 1,000 | $1,690.00 | $1.69 | $207.00 | $0.21 | -$1,483.00 | -- |
| Nov-30-2022 | Sep-22-2023 | 300 | $552.00 | $1.84 | $62.10 | $0.21 | -$489.90 | -- |
| Nov-30-2022 | Sep-22-2023 | 250 | $457.50 | $1.83 | $51.75 | $0.21 | -$405.75 | -- |
| Nov-30-2022 | Sep-22-2023 | 300 | $546.00 | $1.82 | $62.10 | $0.21 | -$483.90 | -- |
| Nov-28-2022 | Sep-22-2023 | 250 | $472.50 | $1.89 | $51.75 | $0.21 | -$420.75 | -- |
| Nov-28-2022 | Sep-22-2023 | 500 | $940.00 | $1.88 | $103.50 | $0.21 | -$836.50 | -- |
| Nov-21-2022 | Sep-22-2023 | 500 | $975.00 | $1.95 | $103.50 | $0.21 | -$871.50 | -- |
| Nov-21-2022 | Sep-22-2023 | 500 | $965.00 | $1.93 | $103.50 | $0.21 | -$861.50 | -- |

Show Less   

| Account Total | | | $10,338.00 | $1,241.99 | -$9,096.01 | | $0.00 | -$9,096.01 |
|---|---|---|---|---|---|---|---|---|

Reassign lots for recent trades

**Important Information**



# Positions

## Individual - TOD

Brokerage: Z09204940 · Routing number 

---

**Closed Positions** ⌄   As of Dec-04-2024 at 5:02 p.m. ET

### Realized Gain/Loss Summary

 2024 ⌄

| Account/Symbol | Cost | Proceeds | Short-Term Gain/Loss | Long-Term Gain/Loss | Total Gain/Loss |
|---|---|---|---|---|---|
| Individ. Z09204940 | | | -$49.46 | -$291.65 | -$341.11 |
| MMATQ METH MATERIALS INC C... | $3,355.40 | $158.00 | -$1,149.40 | -$2,048.00 | -$3,197.40 |

### META MATERIALS INC COM NEW ISIN #US59134N3026 SEDOL #BQ67J98

| Acquired | Date Sold | Quantity | Cost Basis | Cost Basis Per Share | Proceeds | Proceeds Per Share | Short-Term Gain/Loss | Long-Term Gain/Loss |
|---|---|---|---|---|---|---|---|---|
| Nov-21-2023 | Aug-13-2024 | 50 | $450.00 | $9.00 | $39.50 | $0.79 | -$410.50 | -- |
| Nov-15-2023 | Aug-13-2024 | 50 | $450.00 | $9.00 | $39.50 | $0.79 | -$410.50 | -- |
| Nov-14-2023 | Aug-13-2024 | 40 | $360.00 | $9.00 | $31.60 | $0.79 | -$328.40 | -- |
| Apr-26-2023 | Aug-13-2024 | 23 | $437.00 | $19.00 | $18.17 | $0.79 | -- | -$418.83 |
| Apr-21-2023 | Aug-13-2024 | 28 | $526.40 | $18.80 | $22.12 | $0.79 | -- | -$504.28 |
| Jan-10-2023 | Aug-13-2024 | 1 | $110.00 | $110.00 | $0.79 | $0.79 | -- | -$109.21 |
| Jan-09-2023 | Aug-13-2024 | 1 | $117.00 | $117.00 | $0.79 | $0.79 | -- | -$116.21 |
| Dec-13-2022 | Aug-13-2024 | 2 | $270.00 | $135.00 | $1.58 | $0.79 | -- | -$268.42 |
| Dec-13-2022 | Aug-13-2024 | 1 | $135.00 | $135.00 | $0.79 | $0.79 | -- | -$134.21 |
| Dec-12-2022 | Aug-13-2024 | 4 | $500.00 | $125.00 | $3.16 | $0.79 | -- | -$496.84 |