NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | | **PROOF OF INTEREST** |
|---|---|---|

Name of Debtor: Meta Materials, Inc

Case Number: 24-50792

1. Name and address of holder of the Equity Interest (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

   Raymond Aiello
   118 High River Ranch Dr.
   Liberty Hill, TX 78642

   Telephone Number: 973-332-0007

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

☒ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

RECEIVED AND FILED
DEC 12 2024
U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

COURT USE ONLY

Account or other number by which Interest holder identifies Debtor:

JP Morgan # 990-06353

Check here if this claim:
☐ replaces a previously filed Proof of Interest dated: _____
☐ amends a previously filed Proof of Interest dated: _____

2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:

   Raymond Aiello
   JP Morgan address: 270 Park Ave
   New York, NY
   Telephone Number: 212-270-6000

3. Date Equity Interest was acquired:
   06/28/21 - 08/22/24
   See attached documentation

4. Total amount of member interest: 141,631 shares for $406,098

5. Certificate number(s): See attached documentation

6. Type of Equity Interest:
   Please indicate the type of Equity Interest you hold:
   ☒ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
   ☐ Check this box if your Equity Interest is based on anything else and describe that interest:
   Description: Investor

7. Supporting Documents: Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
   DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. Date-Stamped Copy: To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

9. Signature:
   Check the appropriate box.
   ☒ I am the creditor.  ☐ I am the creditor's authorized agent.  ☐ I am the trustee, or the debtor,  ☐ I am a guarantor, surety, endorser, or other codebtor.
   (Attach copy of power of attorney, if any.)   or their authorized agent.   (See Bankruptcy Rule 3005.)
                                                 (See Bankruptcy Rule 3004.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: Raymond Aiello
Title:
Company:___ Address and telephone number (if different from notice address above):

(Signature) R——   (Date) 12/6/2024

Telephone number: 973-332-0007  email: twoguyz683@yahoo.com

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

# J.P.Morgan

Statement Period
**May 31 - June 30, 2021**

Account Number
**990-06353**

## Investment Statement

74038 BDS 079 021 18121 - YYNNNNNNNNNN

**RAYMOND G AIELLO**
45 DIETRICH LN
NORTH HALEDON NJ  07508-2407

### Account Value with Accruals

| Account Description | Previous Period | This Period |
|---|---|---|
| Brokerage | 242,499.56 | 503,716.25 |
| **ACCOUNT VALUE** [2] | **$242,499.56** | **$503,716.25** |

See page 3 for footnotes and more detail.

## Questions?

*For Online Investing Accounts, Call Client Services*

📞 (800) 392 5749     131 S Dearborn, Floor 4
                      Chicago, IL, 60603

www.chase.com          More contact information on page 15



Account Value with Accruals
(February 2021 to June 2021)

$623,225
$481,355
$339,485
$197,615
$55,745
-$86,125

Feb 2021 — May 2021 — Jun 2021

If you have any questions about your statement or concerns about your account, please call us at the toll free number provided above.

INVESTMENT AND INSURANCE PRODUCTS ARE: · NOT FDIC INSURED  · NOT INSURED BY ANY FEDERAL GOVERNMENT AGENCY
· NOT A DEPOSIT OR OTHER OBLIGATION OF, OR GUARANTEED BY, JPMORGAN CHASE BANK, N.A. OR ANY OF ITS AFFILIATES
· SUBJECT TO INVESTMENT RISKS, INCLUDING POSSIBLE LOSS OF THE PRINCIPAL AMOUNT INVESTED

Page 1 of 22

Account is held at J.P. Morgan Securities LLC (JPMS), member Financial Industry Regulatory Authority (FINRA) and Securities Investor Protection Corporation (SIPC). **This statement summary is provided for convenience purposes only.** For information about your JPMS account(s), please refer to your official JPMS account statement(s), which follows this statement summary. **Neither this statement summary nor your official JPMS account statement(s) should be used for tax reporting purposes.**

| STATEMENT SUMMARY | BROKERAGE | IMPORTANT INFORMATION |
|---|---|---|

# J.P.Morgan

INDIVIDUAL  (Acct # 990-06353)         RAYMOND G AIELLO        Statement Period: May 31 - June 30, 2021

J.P. Morgan Self-Directed Investing

**TRADE AND INVESTMENT ACTIVITY (continued)**

| Trade Date / Settle Date | Transaction Closing Method | Description | Quantity | Price | Cost | Proceeds | Cost Basis | Realized Gain/Loss |
|---|---|---|---|---|---|---|---|---|
| | | TORCHLIGHT ENERGY OF 2200 SHR CUSIP: 89102U103 | | | | | | |
| 24 Jun 2021 / 25 Jun 2021 | STOCK SPLIT | TORCHLIGHT ENERGY RES INC PFD SER A AS OF 06/24/21 SPINOFF ON 130565 SHS TORCHLIGHT ENERGY RESOURCES REC 06/24/21 PAY 06/25/21 CUSIP: 89102U202 | 130,565 | | | | | |
| 28 Jun 2021 / 28 Jun 2021 | REVERSE SPLIT | META MATLS INC COMMON STOCK M067927 FROM T014092 REVERSE SPLIT 1:2 Symbol: MMAT | 65,282 | | | | | |
| 28 Jun 2021 / 28 Jun 2021 | CASH IN LIEU | META MATLS INC COMMON STOCK REVERSE SPLIT 1:2 Symbol: MMAT | | | | | | |
| 28 Jun 2021 / 28 Jun 2021 | REVERSE SPLIT | TORCHLIGHT ENERGY RESOURCES INC T014092 TO M067927 REVERSE SPLIT 1:2 CUSIP: 89102U103 | (130,565.0) | | | | | |
| 28 Jun 2021 / 30 Jun 2021 | BUY | BIONANO GENOMICS INC COMMON STOCK UNSOLICITED AVG PRICE SHOWN-DETAILS ON REQ ROME: WHIPANYAAF21062878600 Symbol: BNGO | 25,000 | 7.6959 | | | | |
| 28 Jun 2021 / 30 Jun 2021 | SELL FIFO | META MATLS INC COMMON STOCK UNSOLICITED AVG PRICE SHOWN-DETAILS ON REQ J.P. MORGAN SECURITIES LLC MAKES A MARKET IN THIS SECURITY ROME: WHIPANYAAF21062845435 ST | (45,000.0) | 7.9973 | | | | 164,895.31 |

*Handwritten note:* Date of acquisition and Reverse split between Torchlight and MMAT

See additional footnotes on the last page of this account.

Please read the important disclosures at the end of the statement. For questions, please contact us using the information provided on the front of this statement.

| STATEMENT SUMMARY | BROKERAGE | IMPORTANT INFORMATION |

# J.P.Morgan

Statement Period
**December 01 - December 29, 2023**

Account Number
**990-06353**

## Investment Statement

74894 BDS 079 021 36523 - NNNNNNNNNNNN
**RAYMOND G AIELLO TOD**
5217 OLD SPICEWOOD SPRINGS
RD APT 2103
AUSTIN TX 78731-1036

### Account Value with Accruals

| Account Description | Previous Period | This Period |
|---|---|---|
| Brokerage | 17,596.93 | 14,335.27 |
| **ACCOUNT VALUE** | **$17,596.93** | **$14,335.27** |

See page 3 for footnotes and more detail.

## Questions?

*For Online Investing Accounts, Call Client Services*

📞 **(800) 392 5749**    Po Box 1762, Mail Code: IL1-0291
Chicago, IL, 60690-1762

www.chase.com                More contact information on page 8



Account Value with Accruals
(January 2022 to December 2023)

$1,746,450
$1,330,710
$914,970
$499,230
$83,490
-$332,250

Jan 2022, Apr 2022, Jul 2022, Oct 2022, Jan 2023, Apr 2023, Jul 2023, Oct 2023

If you have any questions about your statement or concerns about your account, please call us at the toll free number provided above.

INVESTMENT AND INSURANCE PRODUCTS ARE:  • NOT FDIC INSURED  • NOT INSURED BY ANY FEDERAL GOVERNMENT AGENCY
• NOT A DEPOSIT OR OTHER OBLIGATION OF, OR GUARANTEED BY, JPMORGAN CHASE BANK, N.A. OR ANY OF ITS AFFILIATES
• SUBJECT TO INVESTMENT RISKS, INCLUDING POSSIBLE LOSS OF THE PRINCIPAL AMOUNT INVESTED

Page 1 of 16

Account is held at J.P. Morgan Securities LLC (JPMS), member Financial Industry Regulatory Authority (FINRA) and Securities Investor Protection Corporation (SIPC). **This statement summary is provided for convenience purposes only.** For information about your JPMS account(s), please refer to your official JPMS account statement(s), which follows this statement summary. **Neither this statement summary nor your official JPMS account statement(s) should be used for tax reporting purposes.**

| STATEMENT SUMMARY | BROKERAGE | IMPORTANT INFORMATION |
|---|---|---|

# J.P.Morgan

TFR ON DEATH IND  (Acct # 990-06353)         RAYMOND G AIELLO TOD         Statement Period: December 01 - December 29, 2023

**J.P. Morgan Self-Directed Investing**

**EQUITIES (continued)**

| Description | Acquisition Date | Quantity | Price | Market Value | Unit Cost | Cost Basis | | Unrealized Gain/Loss | | Est. Accrued Inc. Est. Annual Inc. |
|---|---|---|---|---|---|---|---|---|---|---|
| META MATLS INC COMMON STOCK Symbol: MMAT | | *141,621 | 0.066 | 9,346.99 | 2.87 | 406,098.11 | W | (396,751.12) | LT | — — |

| TOTAL EQUITIES | | | | $14,101.40 | | $574,507.49 | | ($560,406.09) | | — — |

**Total Account Value : $14,335.27**

Unless otherwise noted, all positions are held in your cash account.   F - TEFRA Account   G - Good Faith Account   I - Income Account   L - Non Purpose Loan Account
M - Margin Account   R - DVP/RVP Account   S - Short Account

AI Pricing Method:  a – Net investment    b – Appraised Value    c – The firm did not receive price information compliant with applicable reporting requirements.
A - Average Cost   B - Adjusted for Amortization or Accretion   D - Acquisition Date = Date of Death   E - Adjusted for Option Exercise or Assignment   K - Gifted Security   LT - Long Term
MT - Mixed Term   N - Noncovered   Provide - Please provide this information   ST - Short Term   T - Cost Basis provided by Third Party   W - Adjusted for Wash Sale

* A large number of tax lots exist for the securities denoted with an asterisk. Individual tax lots are available by calling the appropriate number on the front of this statement.

Please read the important disclosures at the end of the statement. For questions, please contact us using the information provided on the front of this statement.

| STATEMENT SUMMARY | BROKERAGE | IMPORTANT INFORMATION |
|---|---|---|

# J.P.Morgan

Statement Period
## June 29 - August 30, 2024

Account Number
### 990-06353

## Investment Statement

96912 BDS 079 021 24424 - NNNNNNNNNNNN
**RAYMOND G AIELLO TOD**
118 HIGH RIVER RANCH DR
LIBERTY HILL TX 78642-5785

### Account Value with Accruals

| Account Description | Previous Period | This Period |
|---|---|---|
| Brokerage | 6,237.24 | 12,339.87 |
| **ACCOUNT VALUE** | **$6,237.24** | **$12,339.87** |

See page 3 for footnotes and more detail.

## Questions?
**For Online Investing Accounts, Call Client Services**
📞 **(800) 392 5749**   Po Box 1762, Mail Code: IL1-0291
Chicago, IL, 60690-1762
www.chase.com    More contact information on page 11



**Account Value with Accruals**
(September 2022 to August 2024)

If you have any questions about your statement or concerns about your account, please call us at
the toll free number provided above.

INVESTMENT AND INSURANCE PRODUCTS ARE: • NOT FDIC INSURED  • NOT INSURED BY ANY FEDERAL GOVERNMENT AGENCY
• NOT A DEPOSIT OR OTHER OBLIGATION OF, OR GUARANTEED BY, JPMORGAN CHASE BANK, N.A. OR ANY OF ITS AFFILIATES
• SUBJECT TO INVESTMENT RISKS, INCLUDING POSSIBLE LOSS OF THE PRINCIPAL AMOUNT INVESTED

Page 1 of 18

Account is held at J.P. Morgan Securities LLC (JPMS), member Financial Industry Regulatory Authority (FINRA) and Securities Investor Protection Corporation (SIPC). **This statement summary is provided for convenience purposes only.** For information about your JPMS account(s), please refer to your official JPMS account statement(s), which follows this statement summary. **Neither this statement summary nor your official JPMS account statement(s) should be used for tax reporting purposes.**

| STATEMENT SUMMARY | BROKERAGE | IMPORTANT INFORMATION |
|---|---|---|

# J.P.Morgan

TFR ON DEATH IND  (Acct # 990-06353)  RAYMOND G AIELLO TOD  Statement Period: June 29 - August 30, 2024

## Activity

J.P. Morgan Self-Directed Investing

**CASH FLOW SUMMARY**

| Description | This Period | Year-to-Date |
|---|---|---|
| Opening Cash Balance | $233.87 | $233.87 |
| Trade and Investment Activity | 2,112.30 | 2,112.30 |
| Cash Deposits | 10,000.00 | 10,000.00 |
| **Total Credits** | **$12,112.30** | **$12,112.30** |
| Trade and Investment Activity | (3,226.90) | (3,226.90) |
| **Total Debits** | **($3,226.90)** | **($3,226.90)** |
| **Net Cash Activity** | **$8,885.40** | **$8,885.40** |
| **CLOSING CASH BALANCE** | **$9,119.27** | **$9,119.27** |

"Opening Cash Balance" and "Closing Cash Balance" include Sweep Funds.

**TRADE AND INVESTMENT ACTIVITY**

| Trade Date / Settle Date | Transaction / Closing Method | Description | Quantity | Price | Cost | Proceeds | Cost Basis | …/Loss |
|---|---|---|---|---|---|---|---|---|
| 14 Aug 2024 / 15 Aug 2024 | BUY | ICON PLC UNSOLICITED J.P. MORGAN SECURITIES LLC MAKES A MARKET IN THIS SECURITY ROME: KCBNSAPAAA24081450102 Symbol: ICLR | 10 | 322.69 | (3,226…) | | | |
| 21 Aug 2024 / 22 Aug 2024 | SELL / FIFO | BIOAFFINITY TECHNOLOGIES INC COMMON STOCK UNSOLICITED ROME: WHIPANYAAF24082105970 LT LOSS -241.49 Symbol: BIAF | (20) | 1.72 | | | | .49) |
| 21 Aug 2024 / 22 Aug 2024 | SELL / FIFO | BIONANO GENOMICS INC COMMON STOCK UNSOLICITED ROME: WHIPANYAAE24082162753 LT LOSS -166841.29 Symbol: BNGO | (2,500) | 0.5169 | | | | 29) |
| 22 Aug 2024 / 23 Aug 2024 | SELL / FIFO | META MATERIALS INC COMMON STOCK UNSOLICITED | (1,417) | 0.5545 | | | | 41) |

*Handwritten annotation:* MMAT did a 1 for 100 Reverse Split on 01/29/2024. This form is proof I never sold shares until 08/22/24, after MMAT's Declaration of Bankruptcy

See additional footnotes on the last page of this account.

Page 8 of 18

Please read the important disclosures at the end of the statement. For questions, please contact us using the information provided on the front of this statement.

| STATEMENT SUMMARY | BROKERAGE | IMPORTANT INFORMATION |
|---|---|---|