NVB 3001 (Effective 1/21)

| **UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA** | | **PROOF OF INTEREST** |
|---|---|---|
| Name of Debtor: <br> META MATERIALS, INC. | Case Number: 24-50792 | **COURT USE ONLY** <br><br> **RECEIVED AND FILED** <br><br> **DEC 12 2024** <br><br> **U.S. BANKRUPTCY COURT** <br> **MARY A. SCHOTT, CLERK** |
| **Name and address of holder of the Equity Interest** (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"): <br><br> Cianni Kwon <br> 94-1060 Waipahu Street, #320 <br> Waipahu, HI 96797 <br><br> Telephone Number: (650) 823-4052 | ☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars. <br><br> ☒ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case. <br><br> ☐ Check box if this address differs from the address on the envelope sent to you by the Debtors. | |

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

| Account or other number by which Interest holder identifies Debtor: <br> E-Trade, account #: 488-215214-204 <br> Vanguard, account #: 53468541 <br> Webull account #: 5MY-56450-13 | Check here if this claim: <br> ☐ replaces a previously filed Proof of Interest dated: <br> ☐ amends a previously filed Proof of Interest dated: |
|---|---|
| **Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:** <br><br> Cianni Kwon <br><br> E-Trade (Headquarters) <br> 671 N. Glebe Road <br> Ballston Tower, Arlington, VA 22203 <br> (800) 280-4534 <br><br> Vanguard <br> 100 Vanguard Blvd. <br> Malvern, PA 19355 <br> (800) 662-2739 <br><br> Webull Financial, LLC <br> 350 North St. Paul, Suite 1300 <br> Dallas, TX 75201 <br> Telephone Number: **(917) 725-2448** | 3. Date Equity Interest was acquired: <br><br> **PLEASE SEE ATTACHED SUPPLEMENTAL INFORMATION** <br><br><br> 02/26/2021 & 03/03/2021 <br><br><br><br> 06/28/2021 (From MMATF & TRCH merger) <br><br><br><br> 07/08/2021 (From MMATF & TRCH merger) |

| 4. Total amount of member interest: **8080 shares** | 5. Certificate number(s): PLEASE SEE ATTACHED DOCUMENTS |
|---|---|

**6. Type of Equity Interest:**
Please indicate the type of Equity Interest you hold:
☒ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
☐ Check this box if your Equity Interest is based on anything else and describe that interest:
**Description: INVESTOR**

**Supporting Documents**: Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**Date-Stamped Copy:** To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

**9. Signature:**
Check the appropriate box.
☒ I am the creditor.  ☐ I am the creditor's authorized agent.
　　　　　　　　　　　　　☐ I am the trustee, or the debtor,
　　　　　　　　　　　　　　　　　　　　　　　　　☐ I am a guarantor, surety, endorser, or other codebtor.
　　　　　　(Attach copy of power of attorney, if any.)
　　　　　　　　　　　　　　　or their authorized agent.
　　　　　　　　　　　　　　　　　　　　(See Bankruptcy Rule 3005.)
　　　　　　　　(See Bankruptcy Rule 3004.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: Cianni Kwon
Title:
Company: Address and telephone number (if different from notice    _Cianni Kwon_    12/9/2024
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(Signature)　　　　　　　　　(Date)

　　　　　　　　　　　　　　　　Telephone number: (650) 823-4052    Email: jujubaksa@gmail.com

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

12/04/2024

PROOF OF INTEREST SUPPLEMENTAL INFORMATION
CASE: 24-50792, META MATERIALS, INC.
FOR: Cianni Kwon

BROKER: **E-Trade**
Account #: XXX-XX5214-204

1) TRANSACTIONS: PURCHASES
   TOTAL SHARES: 2018
   TOTAL DOLLAR AMOUNT INVESTED: $5,669.82

| MMATF | Purchase date | Number of shares purchased | Purchase price per share | Amount in dollars |
|---|---|---|---|---|
|  | 02/26/2021 | 1000 | $2.676900 | $2,676.90 |
|  | 03/03/2021 | 1018 | $2.940000 | $2,992.92 |
| **MMATF Total** |  | **2018** | **$2.8096** | **$5,669.82** |

2) TOTAL NUMBER OF SHARES FROM MERGER BETWEEN MMATF & TRCH: 2018x1.845=3723.21

| MMATF | Date | Number of shares | Purchase price per share | Amount in dollars |
|---|---|---|---|---|
| **Merger** | 07/07/2021 | **3723** | $0.00 | $0.00 |

Broker: **Vanguard**
Account #: XXXX8541

1) SHARES RECEIVED FROM MMATF & TRCH MERGER

| MMATF | Date | Number of shares | Purchase price per share |  |
|---|---|---|---|---|
| **Merger** | 06/28/2021 | **1500** | $0.00 | $0.00 |

Broker: **Webull Financial, LLC**
Account #: XXX-XXX50-13

1) SHARES RECEIVED FROM MMATF & TRCH MERGER

| MMATF  | Date       | Number of shares | Purchase price per share |        |
|--------|------------|------------------|--------------------------|--------|
| **Merger** | 07/08/2021 | **2857**         | $0.00                    | $0.00  |

**Total amount of member interest: 3723+1500+2857=8080**



E*TRADE Pro Elite
Investment Account



**Account Number:** 4936-4029  **Statement Period:** July 1, 2021 - July 31, 2021  **Account Type:** INDIVIDUAL

## OTHER ACTIVITY

| DATE | DESCRIPTION | SYMBOL/CUSIP | TRANSACTION TYPE | QUANTITY | PRICE | AMOUNT DEBITED | AMOUNT CREDITED |
|---|---|---|---|---|---|---|---|
| 07/07/21 | ***METAMATERIAL INC COM MANDATORY REORG FEE CHARGED | 59134F101 | Fee | | | 38.00 | |
| 07/07/21 | ***METAMATERIAL INC COM STOCK MERGER @ 1.845 INTO 59134N104 | 59134F101 | Merger | -2,018 | | | |
| 07/07/21 | META MATLS INC COMMON STOCK SHRS RECEIVED THRU MERGER | MMAT | Merger | 3,723 | | | |
| 07/12/21 | META MATLS INC COMMON STOCK CIL ON   0.21000@   5.87110 | MMAT | Cash-in-Lieu | | | | 1.23 |
| **TOTAL OTHER ACTIVITY** | | | | | | **$38.00** | **$1.23** |
| **NET OTHER ACTIVITY** | | | | | | **$36.77** | |

# Vanguard®

Individual brokerage account—████541

Cianni Kwon

Client Services: 800-662-2739

## Account activity for Vanguard Brokerage Account—53468541, continued

### Completed transactions

| Settlement date | Trade date | Symbol | Name | Transaction type | Account type | Quantity | Price | Commissions & fees | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 06/28 | 06/28 | MMAT | META MATERIALS INC REVERSE SPLIT | Reverse stock split | Cash | 1,500.0000 | - | - | $0.00 |
| 06/28 | 06/28 | - | TORCHLIGHT ENERGY CHG RESOURCE INC | Reverse stock split | Cash | -3,000.0000 | - | - | 0.00 |

If you had an adjustment to a dividend or interest payment from a previous month, the monthly amount shown under the Income Summary section of your brokerage statement may be overstated.

*July 1, 2021 - July 31, 2021*

# Webull Financial LLC
44 Wall Street, New York, NY 10005
customerservice@webull.us

PAGE **2** OF 8

ACCOUNT NUMBER    **5MY-56450-13  RR WEA**

**CIANNI KWON**

### ▶ PORTFOLIO SUMMARY

| DESCRIPTION | SYMBOL/ CUSIP | ACCOUNT TYPE | QUANTITY | PRICE | MARKET VALUE | LAST PERIOD'S MARKET VALUE | % CHANGE | EST. ANNUAL INCOME | % OF TOTAL PORTFOLIO |
|---|---|---|---|---|---|---|---|---|---|
| **EQUITIES / OPTIONS** | | | | | | | | | |
| META MATLS INC COMMON STOCK | MMAT | C | 2,857 | 3.50 | 9,999.50 | 21,398.93 | -53 | | 82.073 |
| META MATLS INC PFD SER A | 59134N203 | C | 5,714 | Not Available | | | N/A | | N/A |
| **Total Equities** | | | | | **$12,183.68** | | | | **100.000%** |
| **TOTAL PRICED PORTFOLIO** | | | | | **$12,183.68** | | | | |

### ▶ ACCOUNT ACTIVITY

| TRANSACTION | DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|
| **BUY / SELL TRANSACTIONS** | | | | | | | |
| BOUGHT | 07/08/21 | C | META MATLS INC PFD SER A SPINOFF ON 5714 SHS TORCHLIGHT ENERGY RESOURCES REC 06/24/21 PAY 06/25/21 AS OF 07/07/21 CUSIP: 59134N203 | 5,714 | | | |
| SOLD | 07/28/21 | C | KANDI TECHNOLGIES GROUP INC CUSIP: 483709101 | 340 | 5.43 | | 1,846.15 |

INDIVIDUAL ACCOUNT