NVB 3001 (Effective 1/21)

# UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA

**PROOF OF INTEREST**

| Name of Debtor: | Case Number: |
|---|---|
| META MATERIALS, INC | 24-50792 |

1. Name and address of holder of the Equity Interest (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

   **JULIANNE JAY**
   **30 PACIFIC ST**
   **DEPOE BAY, OR 97341**

   Telephone Number: **(310) 648-9844**

   ☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

   ☒ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

   ☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

   **RECEIVED AND FILED**
   **DEC 12 2024**
   **U.S. BANKRUPTCY COURT**
   **MARY A. SCHOTT, CLERK**

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

COURT USE ONLY

| Account or other number by which Interest holder identifies Debtor: | Check here if this claim: |
|---|---|
| **EQ ACCT # 000010217** | ☐ replaces a previously filed Proof of Interest dated: _____<br>☐ amends a previously filed Proof of Interest dated: _____ |

2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:
   JULIANNE JAY [BOOK ENTRY AT EQ]
   EQUINITI TRUST COMPANY, 48 WALL STREET, 23RD FLOOR
   NEW YOR, NY 10005
   Telephone Number: 1 (800) 468-9716

3. Date Equity Interest was acquired:
   11/21/2022    1,000 SHARES
   4/18/2023    10,0000 SHARES
   SEE ATTACHED DOCUMENTATION

4. Total amount of member interest: **110 SHARES FOR $4,955**

5. Certificate number(s): **SEE ATTACHED DOCUMENTATION**

6. Type of Equity Interest:
   Please indicate the type of Equity Interest you hold:
   ☒ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
   ☐ Check this box if your Equity Interest is based on anything else and describe that interest:
   Description: **INVESTOR**

7. Supporting Documents: Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
   DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. Date-Stamped Copy: To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

9. Signature:
   Check the appropriate box.
   ☒ I am the creditor.    ☐ I am the creditor's authorized agent. (Attach copy of power of attorney, if any.)    ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)    ☐ I am a guarantor, surety, endorser, or other codebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: **JULIANNE JAY**
Title:
Company:___ Address and telephone number (if different from notice address above):

(Signature)    12/9/2024 (Date)

Telephone number: (310) 648-9844    email: JUNKSAVVY@GMAIL.COM

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

**PROOF OF INTEREST SUPPLEMENTAL INFORMATION:**
**CASE: 24-50792, META MATERIALS, INC.**
**FOR:** JULIANNE JAY

**BROKER:** TD Ameritrade
**ACCT #:** 275-266560
**TRANSACTIONS:**
11/21/2022    Purchased 1,000 shares    $1.95/share    [$1,950 total invested]
04/14/2023    Purchased 10,000 shares    $.3005/share    [$3,005 total invested]
TOTAL SHARES HELD PRE-REVERSE SPLIT: 11,000 shares
TOTAL MONIES INVESTED PRE-REVERSE SPLIT: $4,955

**MMAT REVERSE SPLIT 100:1 on January 29, 2024:**

TOTAL SHARES HELD POST-REVERSE SPLIT:    110 shares [11,000/100 = 110]
TOTAL MONIES INVESTED PRE-REVERSE SPLIT:    $4,955

**TRANSFERRED SHARES:**
**BROKER:** AST/EQ [Meta Materials Transfer Agent]:
**ACCT #:** 0000010217
**TOTAL SHARES HELD: 110 shares**
**TOTAL MONIES INVESTED: $4,955**


**See Transaction documentation attached.

Statement for Account # 275-266560
11/01/22 - 11/30/22

## Account Positions

| Investment Description | Symbol/CUSIP | Quantity | Current Price | Market Value | Purchase Date | Cost Basis | Average Cost | Unrealized Gain(Loss) | Estimated Income | Yield |
|---|---|---|---|---|---|---|---|---|---|---|
| **Stocks - Cash** | | | | | | | | | | |
| META MATERIALS INC COM | MMAT | 1,000 | 1.90 | 1,900.00 | 11/21/22 | 1,950.00 | 1.95 | (50.00) | - | - |

Jay POI Supplement-1

page 3 of 7

**Statement for Account # 275-266560**
04/01/23 - 04/30/23

## Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|
| **Opening Balance** | | | | | | | | | $43.92 |
| 04/14/23 | 04/18/23 | Cash | Buy - Securities Purchased | META MATERIALS INC COM | MMAT | 10,000 | 0.3005 | (3,005.00) | 12,951.59 |

Jay POI Supplement-2

**Statement for Account # 275-266560**
01/01/24 - 01/31/24

### Account Positions

| Investment Description | Symbol/ CUSIP | Quantity | Current Price | Market Value | Purchase Date | Cost Basis | Average Cost | Unrealized Gain(Loss) | Estimated Income | Yield |
|---|---|---|---|---|---|---|---|---|---|---|
| **Stocks - Cash** | | | | | | | | | | |
| META MATERIALS INC COM | MMAT | 110 | 3.82 | 420.20 | 11/21/22 | 4,955.00 | 45.05 | (4,534.80) | - | - |

page 3 of 4

Jay POI Supplement-3



Jay POI Supplement-4