NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | | **PROOF OF INTEREST** |
|---|---|---|
| Name of Debtor: <br> **META MATERIALS** | Case Number: <br> **24-50792** | |

1. Name and address of holder of the Equity Interest (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

   Michael Wiles
   55 Oakridge Court
   Elkton MD 21921

   Telephone Number: 302-399-0001

   ☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

   ☑ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

   ☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

   **RECEIVED AND FILED**
   **DEC 12 2024**
   U.S. BANKRUPTCY COURT
   MARY A. SCHOTT, CLERK

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

**COURT USE ONLY**

| Account or other number by which Interest holder identifies Debtor: <br> 532318359 | Check here if this claim: <br> ☐ replaces a previously filed Proof of Interest dated: _____ <br> ☐ amends a previously filed Proof of Interest dated: _____ |
|---|---|

2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:

   ROBINHOOD
   85 WILLOW RD. MENLO PARK CA 94025

   Telephone Number: NOT AVAILABLE, EMAIL: HELP@ROBINHOOD.COM

3. Date Equity Interest was acquired:

   See Attached

4. Total amount of member interest: 74 SHARES, 1050 CALL OPTION CONTRACTS

5. Certificate number(s): _____

6. **Type of Equity Interest:**
   Please indicate the type of Equity Interest you hold:
   ☑ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
   ☐ Check this box if your Equity Interest is based on anything else and describe that interest:
   Description: SHARE HOLDER

7. **Supporting Documents:** Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
   DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. ✓ **Date-Stamped Copy:** To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

9. **Signature:**
   Check the appropriate box.
   ☑ I am the creditor.   ☐ I am the creditor's authorized agent. (Attach copy of power of attorney, if any.)   ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)   ☐ I am a guarantor, surety, endorser, or other codebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: Michael Wiles
Title: _____
Company: ___ Address and telephone number (if different from notice address above):
_____
_____

(Signature) /s/ Michael Wiles    (Date) 12/09/2024

Telephone number: (302)399-0001    email: M.WILES252@PROTON.ME

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

MMAT SHARE PURCHASES        all before 1 for 100 reverse split

| Date | Shares | Price |
|---|---|---|
| 1/23/2024 | 814 shares | $0.06/share |
|  | 150 | $0.06/share |
|  | 1225 | $0.06/share |
|  | 1158 | $0.06/share |
|  | 100 | $0.06/share |
|  | 53 | $0.06/share |
| 1/25/2024 | 878 | $0.05/share |
|  | 160 | $0.05/share |
|  | 2645 | $0.05/share |
|  | 18 | $0.05/share |
|  | 100 | $0.05/share |

total            7301 shares          $0.0575/share average cost,      total cost $419.58

on 1/29/24, a reverse split was initialized, requiring shares be rounded up

after 1/29/24
my shares were converted to
                 74 shares           $5.67/share average cost        total cost remains $419.58

Our powerful, new trading platform is here—at no extra cost. **Try Robinhood Legend**

Q Search     Rewards   Investing   Crypto   Spending   Retirement   Notifications   Account

⚠ This stock has recently experienced elevated volatility. Learn more

# Meta Materials
## $0.00
-$0.10 (-100.00%) Pre-market

Buy MMATQ   **Sell MMATQ**

You can close out your position in this stock, but you cannot purchase additional shares.

$3.06 buying power available

↗ Adva...

Individual ⇅

✓ Add to Lists

1D  1W  1M  3M  YTD  1Y  5Y  MAX     ⚙

| Your market value | | Your average cost | |
|---|---|---|---|
| **$0.00** | | **$5.67** | |
| Today's return | -$7.40 (-100.00%) | Shares | 74 |
| Total return | -$419.58 (-100.00%) | Portfolio diversity | 0.00% |

## Stock Lending
**Enroll in Stock Lending Program**

You're currently not taking advantage of an income opportunity. You could change that today.

## About ⓘ Filed for bankruptcy

Meta Materials, Inc. engages in the manufacture and development of functional materials. It also provides nano-optic metamaterial technology for anti-counterfeiting security features. Show more

| CEO | Employees | Headquarters | Founded |
|---|---|---|---|
| Uzi Sasson, CPA | 103 | Dartmouth, Nova Scotia | 2007 |

## Key statistics

| Market cap | Price-Earnings ratio | Dividend yield | Average volume |
|---|---|---|---|
| 0.00 | — | — | 5.60K |
| **High today** | **Low today** | **Open price** | **Volume** |
| — | — | — | 0.00 |
| **52 Week high** | **52 Week low** | | |
| $4.78 | — | | |

## Shareholder Q&As

Powered by Say

call options were bought. some have expired already.

Currently held call options, were all purchased before 01/29/24          a call
    a call option contract is the right to buy 100 shares at a set price
pre split   840 call options   expiration is 1/17/25   excercise price is $0.50/share   contract allowed me to buy 84,000 shares at $0.50/share if i so choose before 1/17/2025
         210 call options   expiration is 1/17/25   excercise price is $1.00/share   contract allowed me to buy 21,000 shares at $1.00/share if i so choose before 1/17/2025

meta material initiated a 100 for 1 reverse split on 1/29/24, for reasons unknown

this event automatically changed my options contracts.

    because of the split, my option contract has been changed from the right to buy 100 shares per contract, to currently i can buy only 1 share per contract.

post split   840 call option contracts   expiration remains 1/17/25   excercise price is $50.00/share   contracts allow me to buy 840 total shares, at a price of $50.00 per share
          210 call option contracts   expiration remains 1/17/25   excercise price is $100.00/share   contracts allow me to buy 210 total shares, at a price of $100.00 per share
                                                                                                                                          both if i so choose before 1/17/25

total spent on options contracts   840 contracts for $0.50   total cost was $5,854.80
                                       210 contracts for $1.00   total cost was $1,081.50

                                                                total cost $6,936.30

I am aware that purchasing of options DOES NOT constitute as equity in the company, and that my contract is not between Meta Materials and myself.
    however, The purposeful and dishonest brankruptcy, as well as the unnecessary reverse split, that Uzi Sasson and Jack Harding forced
        has led to a financial hardship and lost value for my investment and right to invest more value at set price by a set time into Meta Materials.

Our powerful, new trading platform is here—at no extra cost. **Try Robinhood Legend**

| | Rewards | Investing | Crypto | Spending | Retirement | Notifications | Account |

MMATQ $0.00 (-100.00%)

# MMAT1 $0.5 Call
## $0.01
+$0.00 (+0.00%) Pre-market

**Buy to Open  Sell to Close**

Contracts: 1
1 Share Each

Limit Price: $0.05
Bid $0.00 · Ask $0.05

Time in force: Good for Day

Est Min Credit: $4.97

Review Order

840 Contracts

Roll this position

Exercise this option

1D  1W  1M  3M  1Y  MAX

## Your position

| Market value | | Expiration date | |
|---|---|---|---|
| **$840.00** | | **1/17/2025** | |
| Current price | $0.01 | Average cost | $0.0697 |
| Current MMAT1 price | $0.00 | MMAT1 breakeven price | — |
| Today's return | $0.00 (0.00%) | Contracts | +840 |
| Total return | -$5,014.80 (-85.65%) | Date bought | 1/27 |

## Stats

| Bid | Mark | Implied Volatility | High | Volume |
|---|---|---|---|---|
| $0.00 × 0 | $0.025 | 0.00% | — | 0 |

| Ask | Last Trade | Previous Close | Low | Open Interest |
|---|---|---|---|---|
| $0.05 × 3,083 | $0.05 | $0.01 | — | 66,093 |

## The Greeks

| Delta | Gamma | Theta | Vega | Rho |
|---|---|---|---|---|
| 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |

Past performance does not guarantee future results. Options carry significant risk and may not be appropriate for all investors. Show More

Our powerful, new trading platform is here—at no extra cost. **Try Robinhood Legend**

| | Q Search | | Rewards | Investing | Crypto | Spending | Retirement | Notifications | Account |

**MMATQ** $0.00 (-100.00%)

# MMAT1 $1 Call
## $0.01
+$0.00 (+0.00%) Pre-market

| Buy to Open | Sell to Close | |
|---|---|---|
| Contracts<br>1 Share Each | | 1 |
| Limit Price<br>Bid $0.00 · Ask $0.05 | | $0.05 |
| Time in force | Good for Day | ⇕ |
| Est Min Credit | | $4.97 |

Review Order

210 Contracts

Roll this position

Exercise this option

1D  1W  1M  3M  1Y  MAX

## Your position

| Market value | | Expiration date | |
|---|---|---|---|
| **$210.00** | | **1/17/2025** | |
| Current price | $0.01 | Average cost | $0.0515 |
| Current MMAT1 price | $0.00 | MMAT1 breakeven price | — |
| Today's return | $0.00 (0.00%) | Contracts | +210 |
| Total return | -$871.50 (-80.58%) | Date bought | 1/27 |

## Stats

| Bid | Mark | Implied Volatility | High | Volume |
|---|---|---|---|---|
| $0.00 × 0 | $0.025 | 0.00% | — | 0 |

| Ask | Last Trade | Previous Close | Low | Open Interest |
|---|---|---|---|---|
| $0.05 × 2,606 | $0.05 | $0.01 | — | 21,626 |

## The Greeks

| Delta | Gamma | Theta | Vega | Rho |
|---|---|---|---|---|
| 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |

Past performance does not guarantee future results. Options carry significant risk and may not be appropriate for all investors. Show More

# Robinhood

85 Willow Rd, Menlo Park, CA 94025
help@robinhood.com

Page 1 of 7
11/01/2024 to 11/30/2024
**Michael Wiles** Account #:532318359
55 oakridge ct., elkton, MD 21921

| Account Summary | Opening Balance | Closing Balance |
|---|---|---|
| Brokerage Cash Balance | ($4.00) | $0.00 |
| Deposit Sweep Balance | $0.00 | $8.04 |
| Total Securities | $1,057.39 | $1,057.29 |
| **Portfolio Value** | **$1,053.39** | **$1,065.33** |

Portfolio Allocation



- Cash and Cash Equivalents 0.75%
- Equities 0.69%
- Options 98.56%

| Income and Expense Summary | This Period | Year to Date |
|---|---|---|
| Dividends | $0.00 | $0.00 |
| Capital Gains Distributions | $0.00 | $0.00 |
| Interest Earned | $0.02 | $0.41 |

As of the closing date of this statement, the annual percentage yield (APY) for customers enrolled in the brokerage cash sweep program is 0.01% for customers who are not subscribed to Robinhood Gold. For customers subscribed to Robinhood Gold or enrolled in a boosted rate promotion, the APY ranges from 4.25% - 4.75%. Program banks pay interest on your swept cash, minus any fees paid to Robinhood. Neither Robinhood Financial LLC nor any of its affiliates are banks. Investment products are not FDIC-insured, not bank guaranteed, and may lose value. Uninvested cash swept to the program banks is eligible for FDIC insurance up to applicable limits, subject to FDIC rules. The Securities Investor Protection Corporation has taken the position that uninvested cash swept to the program banks is not covered by the Securities Investor Protection Act.

This statement shall be conclusive if not objected to in writing within ten days (except with respect to debit card transactions). Errors and omissions exempted. Please address all communications to the firm and not to the individuals. Address changes or other material changes in your account should be directed to the office servicing your account. Kindly mention your account number. This statement should be retained for income tax purposes.

Robinhood Securities, LLC ("RHS") carries your account as the clearing broker by arrangement with your introducing broker-dealer, Robinhood Financial LLC ("RHF").

RHS is a Member of SIPC, which protects securities customers of its members up to $500,000 (including $250,000 for claims for cash). Explanatory brochure available upon request or at www.sipc.org.

3840999

Portfolio Summary

| Securities Held in Account | Sym/Cusip | Acct Type | Qty | Price | Mkt Value | Est. Dividend Yield | % of Total Portfolio |
|---|---|---|---|---|---|---|---|
| VINCO VENTURES INC<br>Estimated Yield: 0.00% | BBIG | Margin | 214.711425 | $0.0004 | $0.09 | $0.00 | 0.01% |
| Meta Materials<br>Estimated Yield: 0.00% | MMATQ | Margin | 74 | $0.0610 | $4.51 | $0.00 | 0.43% |
| Mullen Automotive<br>Estimated Yield: 0.00% | MULN | Margin | 1 | $2.6900 | $2.69 | $0.00 | 0.25% |
| MMAT1 01/17/2025 Call $0.50<br>Estimated Yield: 0.00% | MMAT1 | Margin | 840 | $0.0100 | $840.00 | $0.00 | 78.85% |
| MMAT1 01/17/2025 Call $1.00<br>Estimated Yield: 0.00% | MMAT1 | Margin | 210 | $0.0100 | $210.00 | $0.00 | 19.71% |
| **Total Securities** | | | | | **$1,057.29** | **$0.00** | **99.25%** |
| **Brokerage Cash Balance** | | | | | **$0.00** | | **0.00%** |
| **Deposit Sweep Balance** | | | | | **$8.04** | | **0.75%** |
| **Total Priced Portfolio** | | | | | **$1,065.33** | | |

| Date | Date | Date | Ticker | Security | Type | Qty | Price | Amount |
|---|---|---|---|---|---|---|---|---|
| 1/29/2024 | 1/29/2024 | 1/29/2024 | MMAT | MMAT 1/17/OCA | | 840S | | |
| 1/29/2024 | 1/29/2024 | 1/29/2024 | MMAT | MMAT 1/17/OCA | | 210S | | |
| 1/29/2024 | 1/29/2024 | 1/29/2024 | MMAT | Meta Materials CUSIP: 59134N104 | SPR | 7301S | | |
| 1/25/2024 | 1/25/2024 | 1/29/2024 | MMAT | Meta Materials CUSIP: 59134N104 | Buy | 100 | $0.05 | ($5.40) |
| 1/25/2024 | 1/25/2024 | 1/29/2024 | MMAT | Meta Materials CUSIP: 59134N104 | Buy | 18 | $0.05 | ($0.97) |
| 1/25/2024 | 1/25/2024 | 1/29/2024 | MMAT | Meta Materials CUSIP: 59134N104 | Buy | 2645 | $0.05 | ($142.83) |
| 1/25/2024 | 1/25/2024 | 1/29/2024 | MMAT | Meta Materials CUSIP: 59134N104 | Buy | 160 | $0.05 | ($8.66) |
| 1/25/2024 | 1/25/2024 | 1/29/2024 | MMAT | Meta Materials CUSIP: 59134N104 | Buy | 878 | $0.05 | ($47.50) |
| 1/23/2024 | 1/23/2024 | 1/25/2024 | MMAT | Meta Materials CUSIP: 59134N104 | Buy | 53 | $0.06 | ($3.18) |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 1/23/2024 | 1/23/2024 | 1/25/2024 | MMAT | Meta Materials CUSIP: 59134N104 | Buy | 1158 | $0.06 | ($69.48) |
| 1/23/2024 | 1/23/2024 | 1/25/2024 | MMAT | Meta Materials CUSIP: 59134N104 | Buy | 100 | $0.06 | ($5.99) |
| 1/23/2024 | 1/23/2024 | 1/25/2024 | MMAT | Meta Materials CUSIP: 59134N104 | Buy | 1225 | $0.06 | ($73.50) |
| 1/23/2024 | 1/23/2024 | 1/25/2024 | MMAT | Meta Materials CUSIP: 59134N104 | Buy | 150 | $0.06 | ($8.78) |
| 1/23/2024 | 1/23/2024 | 1/25/2024 | MMAT | Meta Materials CUSIP: 59134N104 | Buy | 814 | $0.06 | ($47.13) |
| 1/19/2024 | 1/19/2024 | 1/22/2024 | MMAT | Option Expir OEXP | 7S | | | |
| 1/17/2024 | 1/17/2024 | 1/18/2024 | MMAT | MMAT 1/17, BTO | | 75 | $0.04 | ($302.25) |
| 1/17/2024 | 1/17/2024 | 1/18/2024 | MMAT | MMAT 1/17, BTO | | 10 | $0.04 | ($40.30) |
| 12/1/2023 | 12/1/2023 | 12/4/2023 | MMAT | MMAT 1/17, BTO | | 5 | $0.04 | ($20.15) |
| 12/1/2023 | 12/1/2023 | 12/4/2023 | MMAT | MMAT 1/17, BTO | | 15 | $0.04 | ($60.45) |
| 11/27/2023 | 11/27/2023 | 11/28/2023 | MMAT | MMAT 1/17, BTO | | 20 | $0.03 | ($60.60) |
| 11/21/2023 | 11/21/2023 | 11/22/2023 | MMAT | MMAT 1/17, BTO | | 10 | $0.03 | ($30.30) |
| 10/27/2023 | 10/27/2023 | 10/30/2023 | MMAT | MMAT 1/17, BTO | | 15 | $0.05 | ($75.45) |
| 10/23/2023 | 10/23/2023 | 10/24/2023 | MMAT | MMAT 1/17, BTO | | 50 | $0.04 | ($200.00) |
| 10/23/2023 | 10/23/2023 | 10/24/2023 | MMAT | MMAT 1/17, BTO | | 15 | $0.04 | ($60.00) |
| 10/20/2023 | 10/20/2023 | 10/23/2023 | MMAT | Option Expir OEXP | 150S | | | |
| 10/20/2023 | 10/20/2023 | 10/23/2023 | MMAT | MMAT 1/17, BTO | | 10 | $0.05 | ($50.00) |

| | | | | | | |
|---|---|---|---|---|---|---|
| 10/20/2023 | 10/20/2023 | 10/23/2023 MMAT | MMAT 1/17, BTO | 2 | $0.07 | ($14.00) |
| 10/20/2023 | 10/20/2023 | 10/23/2023 MMAT | MMAT 1/17, BTO | 23 | $0.07 | ($161.00) |
| 10/19/2023 | 10/19/2023 | 10/20/2023 MMAT | MMAT 1/17, BTO | 35 | $0.07 | ($245.00) |
| 10/18/2023 | 10/18/2023 | 10/19/2023 MMAT | MMAT 1/17, BTO | 2 | $0.07 | ($14.00) |
| 10/18/2023 | 10/18/2023 | 10/19/2023 MMAT | MMAT 1/17, BTO | 2 | $0.07 | ($14.00) |
| 10/18/2023 | 10/18/2023 | 10/19/2023 MMAT | MMAT 1/17, BTO | 4 | $0.07 | ($28.00) |
| 10/18/2023 | 10/18/2023 | 10/19/2023 MMAT | MMAT 1/17, BTO | 2 | $0.07 | ($14.00) |
| 10/9/2023 | 10/9/2023 | 10/10/2023 MMAT | MMAT 1/17, BTO | 1 | $0.07 | ($7.00) |
| 10/9/2023 | 10/9/2023 | 10/10/2023 MMAT | MMAT 1/17, BTO | 1 | $0.07 | ($7.00) |
| 10/9/2023 | 10/9/2023 | 10/10/2023 MMAT | MMAT 1/17, BTO | 3 | $0.07 | ($21.00) |
| 10/6/2023 | 10/6/2023 | 10/10/2023 MMAT | MMAT 1/17, BTO | 20 | $0.07 | ($140.00) |
| 8/10/2023 | 8/10/2023 | 8/11/2023 MMAT | MMAT 1/17, BTO | 30 | $0.07 | ($210.00) |
| 8/7/2023 | 8/7/2023 | 8/8/2023 MMAT | MMAT 1/17, BTO | 30 | $0.08 | ($240.00) |
| 8/7/2023 | 8/7/2023 | 8/8/2023 MMAT | MMAT 1/17, BTO | 18 | $0.08 | ($144.00) |
| 8/4/2023 | 8/4/2023 | 8/7/2023 MMAT | MMAT 1/17, BTO | 1 | $0.09 | ($9.00) |
| 8/4/2023 | 8/4/2023 | 8/7/2023 MMAT | MMAT 1/17, BTO | 1 | $0.09 | ($9.00) |
| 8/4/2023 | 8/4/2023 | 8/7/2023 MMAT | MMAT 1/17, BTO | 7 | $0.10 | ($70.00) |
| 8/4/2023 | 8/4/2023 | 8/7/2023 MMAT | MMAT 1/17, BTO | 25 | $0.10 | ($250.00) |
| 8/4/2023 | 8/4/2023 | 8/7/2023 MMAT | MMAT 1/17, STC | 50 | $0.06 | $299.87 |
| 8/4/2023 | 8/4/2023 | 8/7/2023 MMAT | MMAT 1/17, BTO | 11 | $0.09 | ($99.00) |
| 8/4/2023 | 8/4/2023 | 8/7/2023 MMAT | MMAT 1/17, BTO | 7 | $0.09 | ($63.00) |
| 8/4/2023 | 8/4/2023 | 8/7/2023 MMAT | MMAT 1/17, STC | 19 | $0.06 | $113.94 |
| 8/4/2023 | 8/4/2023 | 8/7/2023 MMAT | MMAT 1/17, BTO | 4 | $0.09 | ($36.00) |
| 8/3/2023 | 8/3/2023 | 8/4/2023 MMAT | MMAT 1/17, BTO | 4 | $0.05 | ($20.00) |
| 8/3/2023 | 8/3/2023 | 8/4/2023 MMAT | MMAT 1/17, BTO | 4 | $0.08 | ($32.00) |
| 8/3/2023 | 8/3/2023 | 8/4/2023 MMAT | MMAT 1/17, BTO | 1 | $0.08 | ($8.00) |
| 8/3/2023 | 8/3/2023 | 8/4/2023 MMAT | MMAT 1/17, BTO | 1 | $0.08 | ($8.00) |
| 8/3/2023 | 8/3/2023 | 8/4/2023 MMAT | MMAT 1/17, BTO | 1 | $0.08 | ($8.00) |
| 8/3/2023 | 8/3/2023 | 8/4/2023 MMAT | MMAT 1/17, BTO | 4 | $0.05 | ($20.00) |
| 8/3/2023 | 8/3/2023 | 8/4/2023 MMAT | MMAT 1/17, BTO | 8 | $0.08 | ($64.00) |
| 8/3/2023 | 8/3/2023 | 8/4/2023 MMAT | MMAT 1/17, BTO | 33 | $0.08 | ($264.00) |
| 8/3/2023 | 8/3/2023 | 8/4/2023 MMAT | MMAT 1/17, BTO | 58 | $0.08 | ($464.00) |

| | | | | | | |
|---|---|---|---|---|---|---|
| 8/3/2023 | 8/3/2023 | 8/4/2023 MMAT | MMAT 1/17, BTO | 40 | $0.08 | ($320.00) |
| 8/3/2023 | 8/3/2023 | 8/4/2023 MMAT | MMAT 1/17, BTO | 30 | $0.08 | ($240.00) |
| 7/31/2023 | 7/31/2023 | 8/1/2023 MMAT | MMAT 1/17, BTO | 50 | $0.09 | ($450.00) |
| 7/27/2023 | 7/27/2023 | 7/28/2023 MMAT | MMAT 1/17, BTO | 36 | $0.08 | ($288.00) |
| 7/27/2023 | 7/27/2023 | 7/28/2023 MMAT | MMAT 1/17, BTO | 14 | $0.08 | ($112.00) |
| 7/27/2023 | 7/27/2023 | 7/28/2023 MMAT | MMAT 1/17, BTO | 70 | $0.08 | ($560.00) |
| 7/24/2023 | 7/24/2023 | 7/25/2023 MMAT | MMAT 1/17, BTO | 27 | $0.08 | ($216.00) |
| 7/24/2023 | 7/24/2023 | 7/25/2023 MMAT | MMAT 1/17, BTO | 8 | $0.08 | ($64.00) |
| 7/24/2023 | 7/24/2023 | 7/25/2023 MMAT | MMAT 1/17, BTO | 12 | $0.08 | ($96.00) |
| 7/24/2023 | 7/24/2023 | 7/25/2023 MMAT | MMAT 1/17, BTO | 3 | $0.08 | ($24.00) |
| 7/19/2023 | 7/19/2023 | 7/20/2023 MMAT | MMAT 1/17, BTO | 27 | $0.05 | ($135.00) |
| 7/17/2023 | 7/17/2023 | 7/18/2023 MMAT | MMAT 1/17, STC | 10 | $0.05 | $49.97 |
| 7/11/2023 | 7/11/2023 | 7/12/2023 MMAT | MMAT 1/17, BTO | 4 | $0.05 | ($20.00) |
| 7/7/2023 | 7/7/2023 | 7/10/2023 MMAT | MMAT 1/17, BTO | 50 | $0.05 | ($250.00) |
| 7/7/2023 | 7/7/2023 | 7/10/2023 MMAT | MMAT 1/17, BTO | 50 | $0.05 | ($250.00) |
| 7/7/2023 | 7/7/2023 | 7/10/2023 MMAT | MMAT 1/17, BTO | 32 | $0.05 | ($160.00) |
| 7/7/2023 | 7/7/2023 | 7/10/2023 MMAT | MMAT 1/17, BTO | 28 | $0.05 | ($140.00) |
| 7/7/2023 | 7/7/2023 | 7/10/2023 MMAT | MMAT 10/2( BTO | 8 | $0.03 | ($24.00) |
| 7/7/2023 | 7/7/2023 | 7/10/2023 MMAT | MMAT 10/2( BTO | 4 | $0.03 | ($12.00) |
| 7/7/2023 | 7/7/2023 | 7/10/2023 MMAT | MMAT 10/2( BTO | 4 | $0.03 | ($12.00) |
| 7/7/2023 | 7/7/2023 | 7/10/2023 MMAT | MMAT 10/2( BTO | 4 | $0.03 | ($12.00) |
| 7/6/2023 | 7/6/2023 | 7/7/2023 MMAT | MMAT 1/17, BTO | 12 | $0.05 | ($60.00) |
| 7/6/2023 | 7/6/2023 | 7/7/2023 MMAT | MMAT 1/17, BTO | 15 | $0.05 | ($75.00) |
| 7/5/2023 | 7/5/2023 | 7/6/2023 MMAT | MMAT 1/17, BTO | 8 | $0.05 | ($40.00) |
| 7/5/2023 | 7/5/2023 | 7/6/2023 MMAT | MMAT 1/17, STC | 18 | $0.06 | $107.95 |
| 7/5/2023 | 7/5/2023 | 7/6/2023 MMAT | MMAT 1/17, STC | 18 | $0.06 | $107.95 |
| 7/5/2023 | 7/5/2023 | 7/6/2023 MMAT | MMAT 1/17, STC | 18 | $0.06 | $107.95 |
| 7/5/2023 | 7/5/2023 | 7/6/2023 MMAT | MMAT 1/17, STC | 36 | $0.06 | $215.90 |
| 7/3/2023 | 7/3/2023 | 7/5/2023 MMAT | MMAT 10/2( BTO | 1 | $0.04 | ($4.00) |
| 7/3/2023 | 7/3/2023 | 7/5/2023 MMAT | MMAT 10/2( BTO | 4 | $0.04 | ($16.00) |
| 7/3/2023 | 7/3/2023 | 7/5/2023 MMAT | MMAT 1/17, BTO | 100 | $0.06 | ($600.00) |
| 7/3/2023 | 7/3/2023 | 7/5/2023 MMAT | MMAT 1/17, BTO | 15 | $0.06 | ($90.00) |

| 7/3/2023 | 7/3/2023 | 7/5/2023 | MMAT | MMAT 1/17, BTO | 20 | $0.06 | ($120.00) |