NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | PROOF OF INTEREST |
|---|---|

Name of Debtor:
**META MATERIALS, INC.**

Case Number: **24-50792**

1. **Name and address of holder of the Equity Interest** (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

**ERIC DALE BJARNASON**
**6 KEEBLER LN.**
**SHERIDAN, WY 82801**

Telephone Number: **503-840-8824**

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

☒ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

**RECEIVED AND FILED**

**DEC 12 2024**

**U.S. BANKRUPTCY COURT**
**MARY A. SCHOTT, CLERK**

**COURT USE ONLY**

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

Account or other number by which Interest holder identifies Debtor: **(CURRENT)**
**TDA (OLD)** / **CHARLES SCHWAB**
**234-378993-1** / **3300-3683**

Check here if this claim:
☐ replaces a previously filed Proof of Interest dated: _____
☐ amends a previously filed Proof of Interest dated: _____

2. **Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:**
**ERIC DALE BJARNASON**
**PO BOX 982600 EL PASO, TX. 79998**
Telephone Number: **1800.435.4000**

3. **Date Equity Interest was acquired:**
**BETWEEN: JUNE 22, 2021 / JUNE 17, 2022**
**SEE ATTACHED DOCUMENTATION**

4. **Total amount of member interest:** **50,000 SHARES SOLD FOR A LOSS -$195,265.00**

5. **Certificate number(s):** **SEE ATTACHED DOCUMENTATION**

6. **Type of Equity Interest:**
Please indicate the type of Equity Interest you hold:
☒ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
☐ Check this box if your Equity Interest is based on anything else and describe that interest:
Description: **INVESTOR**

7. **Supporting Documents:** Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. **Date-Stamped Copy:** To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

9. **Signature:**
Check the appropriate box.
☒ I am the creditor.   ☐ I am the creditor's authorized agent. (Attach copy of power of attorney, if any.)   ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)   ☐ I am a guarantor, surety, endorser, or other codebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: **ERIC DALE BJARNASON**
Title: _____
Company: _____ Address and telephone number (if different from notice address above):
_____
_____

(Signature)          (Date) **12/9/24**

Telephone number **503 840 8824**   email **RKB6169@PROTON.ME**

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

# META MATERIALS, INC. Case# 24-50792

## Eric D Bjarnason, Interest Holder

To whom it may concern/Clerk of the Court

As a previous shareholder of the stock tickers TRCH (Torchlight Energy Resources, Inc.) and MMAT, (Meta Materials Inc.) I am submitting my claim to this court in the event the court makes a determination to backdate the POI claims to prior to the reverse merger of TRCH/MMAT in June of 2021

I currently DO NOT hold any shares of MMAT (Meta Materials, Inc.). I made the decision to sell all my shares of MMAT, in an attempt to salvage my investment. The sales of ALL my Meta Materials Inc. shares (MMAT) were made PRIOR TO the 100:1 stock split of January 29, 2024. (See attached documentation)

Further, because of the recent death of my wife, I would like to inform the court/ court clerk that the shares acquired were acquired by myself and my wife through our then broker TD Ameritrade in a JT/ROS account, thus the attached documents reflected her name as well and I have redacted that information. Also, just after my wife's death our joint TDA account was acquired by Charles Schwab through a merger of the two companies. As survivor, a new account was opened in my name only, in an individual account at Charles Schwab with a new account number. This new Schwab account number is different than what is shown on the enclosed documentation, though I have noted both brokers and the associated account numbers on the POI form.

My new, individual Charles Schwab account number is 3300-3683.

Thank you for your time.

Sincerely,

Eric D Bjarnason

# Meta Materials, Inc Case# 24-50792

# Summary Sheet for Eric D Bjarnason

June 22, 2021 Purchased 20,000 TRCH shares. Total Net cost = $181,500 (Prior to and in anticipation of Reverse Merger). TD Ameritrade, Broker

June 25, 2021 NASDAQ Reverse Merger between companies Meta Materials, Inc. and Torchlight Energy Inc. creating new stock ticker MMAT (Meta Materials, Inc.) TD Ameritrade, Broker

June 28, 2021 Mandatory 2:1 Reverse Split of MMAT Shares, 20,000 shares become 10,000 shares TD Ameritrade, Broker

June 28, 2021 – June 17, 2022 Purchase 40,000 additional MMAT (Meta Materials, Inc.) Shares in various lots. Total Net Cost = $102,483.84 TD Ameritrade, Broker

** Total Shares owned = 50,000 Total Net Cost = $283,983.84 TD Ameritrade, Broker

March 16, 2022 – Dcember 06, 2022  Sell 50,000 Shares of Meta Materials Inc. (MMAT) for $88,718.84 TD Ameritrade, Broker

December 08, 2022 Now own 0 Shares of Meta Materials, Inc Stock

Total NET LOSS = $195,265.00 TDA Ameritrade, Broker

**All shares were sold prior to the mandatory 100:1 Reverse Split on January 29, 2024.**

*TD AMERITRADE* (Dorothy) GainsKeeper

Use Rebaseline: [ ▼ ]

Realized Sell Activity   Tax Reports   Logout   *ERIC D. BJARNASON*

## Realized Sell Activity

*ACCT#*
234378993

[ Summary  Details ]  Period: [ Year 2022 ▼ ]  ( ) Section 6045g: [ All ▼ ] ( )  Security Type: [ All ▼ ]  Security ID: [ Symbol ▼ ] [MMAT]

### Realized Sale Activity Summary  01/01/2022 – 12/31/2022  Created: 12/10/2024 3:46:09 AM

| Security | ▲ Security Name | Symbol | Units | Orig Cost | WS Adj | Cost Basis | Proceeds | G/L Adj | ST Gain/Loss | LT Gain/Loss | % Change |
|---|---|---|---|---|---|---|---|---|---|
| META MATERIALS INC (MMAT) | 50,000 | $283,983.84 | | $283,983.84 | $88,718.84 | | $-195,265.00 | | -68.76% |
| **TOTAL (1 security)** | | **$283,983.84** | | **$283,983.84** | **$88,718.84** | | **$-195,265.00** | | **-68.76%** |

web17  2024-12-10 03:46:09  00:00.156

**Important Disclaimer: We are providing access to your historical Realized Gain/Loss information as of the date your account(s) was transitioned from TD Ameritrade to Charles Schwab & Co., Inc. ("Schwab")  The information contained here reflects gain/loss information at TD Ameritrade only.

We are providing you this historical realized Gain/Loss information via GainsKeeper®, a service provided by Wolters Kluwer Financial Services, Inc. ("WKFS") and is made available for general reference and educational purposes only.  Neither Schwab nor TD Ameritrade are responsible for the reliability or suitability of the information.  Schwab and TD Ameritrade are required to provide accurate tax lot basis information in connection with 1099-B reporting for "covered" securities and utilizes the GainsKeeper system.  Schwab and Ameritrade are responsible for the accuracy of tax lot basis information it makes available to its clients for "covered" securities, whether through the GainsKeeper system or otherwise.  Neither Schwab nor TD Ameritrade  provides tax advice and you should consider consulting independent sources with respect to tax lot and performance reporting. Your use of the Information constitutes your acceptance of the GainsKeeper Terms of Usage. WKFS is not affiliated with Schwab or TD Ameritrade and Schwab and TD Ameritrade are not responsible for WKFS services or policies.  GainsKeeper is the registered trademark of Wolters Kluwer Financial Services, Inc.

GainsKeeper is a product offered by Wolters Kluwer Financial Services ("WKFS"). WKFS does not provide tax advice. No portion of this web page or report can be construed as tax advice and is not intended or written by WKFS to be used as tax advice. Recipients should consult their own tax advisors. WKFS relies on data from a variety of sources and such data is not verified by WKFS. WKFS is not responsible for inaccuracies in its calculations that directly or indirectly result from incorrect or inaccurate data. In cases where data is incomplete or insufficient, WKFS may make various assumptions in order to make calculations. The data reported by WKFS on web pages or in reports do not necessarily take into account potentially important considerations to specific persons or entities. All information provided by WKFS must be considered by users in light of their specific circumstances and judgment as to applicability and correctness, and in light of any subsequent developments and/or other events. WKFS determinations and calculations are based on our understanding of the tax law as available and in effect as of the date of these currently implemented WKFS system. Such tax law is subject to change, possibly with retroactive effect, and such changes may not be taken into account by WKFS. WKFS performs calculations that are affected by investor elections, including elections that relate to special tax calculation rules for debt instruments. WKFS does not verify that elections have been properly made or revoked. WKFS makes no representation or warranty as to the correctness, accuracy or completeness of any investor election or revocation of election, tax classification, amount, or other determination and assumes no liability for damages resulting from elections or revocation of elections, determinations of taxability, tax classification, or other attributes, including any collateral or consequential damages including but not limited to taxes or tax related penalties, nor does it provide any assurance of the accuracy of any data used to make such determinations.

0223-25NJ

**Statement for Account # 234-378993**
06/01/21 - 06/30/21

## Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|
| 06/22/21 | 06/24/21 | Cash | Buy - Securities Purchased | TORCHLIGHT ENERGY RESOURCES IN 1:2 R/S 6/28/21 59134N104 | TRCH | 10,000 | 9.30 | (93,000.00) | |
| 06/22/21 | 06/24/21 | Cash | Buy - Securities Purchased | TORCHLIGHT ENERGY RESOURCES IN 1:2 R/S 6/28/21 59134N104 | TRCH | 10,000 | 8.85 | (88,500.00) | |
| 06/28/21 | 06/28/21 | Cash | Delivered - Other | TORCHLIGHT ENERGY RESOURCES IN 1:2 R/S 6/28/21 59134N104 1:2 REVERSE SPLIT TO META MATERIALS INC 59134N104 Auto Reorg#539843IREVERSE SPLIT | TRCH | 20,000- | 0.00 | - | |
| 06/28/21 | 06/28/21 | Cash | Received - Other | META MATERIALS INC COM 1:2 REVERSE SPLIT TO META MATERIALS INC 59134N104 Auto Reorg#539843IREVERSE SPLIT | MMAT | 10,000 | 0.00 | - | |
| 06/28/21 | 06/28/21 | Cash | Journal - Expense | MANDATORY REORGANIZATION FEE Auto Reorg#539843 | 89102U103 | - | 0.00 | (38.00) | |
| 06/28/21 | 06/30/21 | Cash | Buy - Securities Purchased | META MATERIALS INC COM | MMAT | 1 | 10.09 | (10.09) | |
| 06/30/21 | 06/30/21 | Cash | Div/Int - Income | INTEREST CREDIT Payable: 06/30/2021 | - | - | 0.00 | 1.22 | |

**Closing Balance**

*For Cash Activity totals, refer to the Cash Activity Summary on page one of your statement.

## TD Ameritrade Cash Interest Credit/Expense

| Begin Date | Margin Balance | Credit Balance | Number of Days | Interest Rate | Interest Debited | Interest Credited |
|---|---|---|---|---|---|---|
| | $ - | | | 0.01 | $ - | |
| | - | | | 0.01 | - | |
| | - | | | 0.01 | - | |
| | - | | | 0.01 | - | |

## Statement for Account # 234-378993
07/01/21 - 07/31/21

### Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|
| **Opening Balance** | | | | | | | | | ▮ |
| ▮ | | ▮ | | ▮ | | ▮ | ▮ | ▮ | ▮ |
| 07/08/21 | 07/08/21 | Cash | Received - Other | META MATERIALS INC COM Stock Div\Split on 20000 TORCHLIGHT ENERGY RESOURCES IN 1:2 R/S 6/28/21 59134N104 SPINOFF FROM CUSIP 89102U103 Payable: 06/25/2021 | 59134N203 | 20,000 | 0.00 | - | ▮ |
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| 07/30/21 | 07/30/21 | Cash | Div/Int - Income | INTEREST CREDIT Payable: 07/30/2021 | - | | ▮ | ▮ | ▮ |
| **Closing Balance** | | | | | | | | | ▮ |

*For Cash Activity totals, refer to the Cash Activity Summary on page one of your statement.

### TD Ameritrade Cash Interest Credit/Expense

| Begin Date | Margin Balance | Credit Balance | Number of Days | Interest Rate | Interest Debited | Interest Credited |
|---|---|---|---|---|---|---|
| ▮ | $ - | ▮ | ▮ | ▮ | $ - | ▮ |
| **Total Interest Income/(Expense)** | | | | | $ 0.00 | |

### Trades Pending Settlement

| Investment Description | Account Type | Symbol/ CUSIP | Quantity | Price | Trade Date | Settle Date | Amount |
|---|---|---|---|---|---|---|---|
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |

# ▉ Ameritrade

PO BOX 2577 - OMAHA NE 68103-2577
Please do not send deposits or correspondence to this address.

**TD AMERITRADE, INC.**
**PO BOX 2209**
**OMAHA NE 68103-2209**

ERIC DALE BJARNASON ▉
~~1530 P B LN~~
~~B5045~~
~~WICHITA FALLS  TX  76302-2612~~

## Confirmation Notice



| ACCOUNT NO. | OTHER INFO | TRANSACTION NUMBER | CAP CODES | YOUR REPRESENTATIVE | | |
|---|---|---|---|---|---|---|
| 234-378993-1 | | 35639452077 | A | TD AMERITRADE | | |
| **ACTIVITY** | **QUANTITY** | **CUSIP NUMBER** | **PRICE** | **PRINCIPAL AMOUNT** | **MISC. FEES** | **REG FEES** |
| YOU BOUGHT | 10,000 | 89102U103 | 9.30 | 93,000.00 | 0 | 0.00 |
| **AS OF TRADE DATE** | **TRADE DATE** | **SETTLEMENT DATE** | **INTEREST** | **COMMISSION/FEE** | **NET AMOUNT** | |
| | 06/22/2021 | 06/24/2021 | | 0.00 | **93,000.00** | |
| **TRADE DESCRIPTION** | | | **SYMBOL** | | | |

TORCHLIGHT ENERGY RESOURCES IN
COM
TRCH

THIS IS AN UNSOLICITED TRADE
FOR FURTHER INFORMATION REGARDING YOUR TRADE CONFIRMATION
PLEASE REFER TO THE TERMS AND CONDITIONS.
*CLBL - If the above security description includes a 'CLBL' notation, this transaction involves a debt security
that is subject to call or redemption before maturity. The debt security may be called or redeemed in whole
or in part before maturity which could affect its yield. Additional information is available upon request.

| ACCOUNT NO. | OTHER INFO | TRANSACTION NUMBER | CAP CODES | YOUR REPRESENTATIVE | | |
|---|---|---|---|---|---|---|
| 234-378993-1 | | 35640286275 | A | TD AMERITRADE | | |
| **ACTIVITY** | **QUANTITY** | **CUSIP NUMBER** | **PRICE** | **PRINCIPAL AMOUNT** | **MISC. FEES** | **REG FEES** |
| YOU BOUGHT | 10,000 | 89102U103 | 8.85 | 88,500.00 | 0 | 0.00 |
| **AS OF TRADE DATE** | **TRADE DATE** | **SETTLEMENT DATE** | **INTEREST** | **COMMISSION/FEE** | **NET AMOUNT** | |
| | 06/22/2021 | 06/24/2021 | | 0.00 | **88,500.00** | |
| **TRADE DESCRIPTION** | | | **SYMBOL** | | | |

TORCHLIGHT ENERGY RESOURCES IN
COM
TRCH

THIS IS AN UNSOLICITED TRADE
FOR FURTHER INFORMATION REGARDING YOUR TRADE CONFIRMATION
PLEASE REFER TO THE TERMS AND CONDITIONS.
*CLBL - If the above security description includes a 'CLBL' notation, this transaction involves a debt security
that is subject to call or redemption before maturity. The debt security may be called or redeemed in whole
or in part before maturity which could affect its yield. Additional information is available upon request.

# TD Ameritrade

**Confirmation Notice**
**Account 234-378993**
Page 2 of 2

| ACCOUNT CODE: Type of Account | | CAPACITY CODE: | |
|---|---|---|---|
| 1 Cash  4 Margin Long | A= Agent  C= Cross Trade  P= Principal  R= Riskless Principal | | |
| 2 Margin Short  5 Income | Prime Broker if provided (contact the executing broker for further details) | | |
| 3 Withholding  6 Special | 3= Agent for person other than customer  4= Agent for both customer and another person | | 5= Principal for some executions and agent for other |
| | 6= Acts as both principal and agent  7= Acts as principal, agent and agent in another person | | 8= Crossing as agent |
| | 9= Crossing as principal | | |

IT IS AGREED BETWEEN THE EXECUTING BROKER AND THE CUSTOMER NAMED HEREIN THAT:

1. TD Ameritrade Clearing, Inc., member of FINRA/SIPC acts as the clearing agent.
2. This confirmation is a transaction advice, not an invoice. Remittance of funds or securities is due on or before settlement date. Certain security information is collected at the time the confirmation is generated and may vary from the information at the time the trade was placed.
3. You will report any errors immediately and/or notify us if not entirely in accordance with your understanding.
4. All transactions are subject to the rules, regulations, requirements (including margin requirements) and customs of the Federal Reserve Board, the Securities and Exchange Commission, the Exchange or market (and its clearing house, if any) where executed, and of any association whose rules and regulations govern transactions in said market, and to all the terms of our general customer's agreements between you and us. Wisconsin customers' agency trades are unsolicited.
5. The securities described are, or may be hypothecated under circumstances which will permit the commingling thereof with securities carried for the account of the other customers. Such commingling, if any, ceases upon payment by you for these securities in the act amount due.
6. The name of the other party or broker in the transaction, the date, the time of execution, source and amount of remuneration will be furnished upon request, if not already displayed.
7. If this transaction is a sale and the securities are not already in our possession and do not represent a short sale, please forward them immediately to avoid possible payment _____ being removed.
8. If payment is not made on or prior to the date required by Regulation T of the Federal Reserve Board, we reserve the right without further notice, to cancel this transaction, or at our option, to sell the securities _____ hereby and have you liable for resulting loss.
9. Commission/Fee represents base commission and any options contract, exercise, and assignment fees. For Alternative Investments (AI), also called Non Standard Assets (NSA), Commission/Fee represents transaction fees applicable to purchases, capital call processing, and redemptions. TD Ameritrade will charge a Reg Fee on certain transactions. These charges are typically assessed on fees assessed under various regulations applicable to transactions. It may include any of the following: a sales fee on certain sell transactions (assessed at a rate consistent with Section 31 of the Securities Exchange Act of 1934), the Options Regulatory Fee (applicable to options transactions), and the Trading Activity Fee (assessed at a rate consistent with Section 1 of Schedule A of FINRA's By-Laws), among other charges. Transactions in foreign securities (including foreign company ADRs that trade in the U.S.) may include taxes and fees charged by the foreign markets or governments, which may be reflected in the price of the security or charged as an independent line item on your monthly statement.
10. Misc. Fees will be explained upon request. For transactions involving certain Index Options, TD Ameritrade may charge an Index Option Fee in accordance with the Chicago Board Options Exchange (CBOE) Global Markets, Inc. fee schedule. This fee will be reflected in the Misc. Fee field. A copy of the CBOE Options Exchange Fee Schedule can also be found on www.cboe.com. Other Misc. Fees may include Prime Broker fees or Special Settlement fees, where applicable.
11. For inflation indexed securities yield to maturity may vary due to inflation adjustments. If the transaction involves callable securities, the call features could affect yield. Complete information will be provided upon request. On zero coupons, interest and multiplier securities, no periodic payments of interest or principal are generally made. These securities may be callable, below maturity value, without notice by mail to holder unless the securities are held in registered form. On asset backed debt securities, yields are subject to fluctuation depending on prepayment; specific information is available upon request.
12. The firm receives compensation for directing listed and over-the-counter securities, and options order flow to selected market centers for execution. The source and nature of payment received in connection with a particular transaction will be furnished upon request.
13. Leveraged and Inverse ETFs entail unique risks, including but not limited to: use of leverage, aggressive and complex investment techniques; and use of derivatives. Leveraged ETFs seek to deliver multiples of the performance of a benchmark. Inverse ETFs seek to deliver the opposite of the performance of a benchmark. Both seek results over periods as short as a single day. Results of both strategies can be affected substantially by compounding. Returns over longer periods will likely differ in amount and even direction. These products require active monitoring and management, as frequently as daily. They are not suitable for all investors.
14. Bonds and/or fixed-income securities trade differently than equity securities and do not trade on a listed exchange. Rather, they trade in the OTC (over the counter) marketplace and liquidity may not always exist for you to sell your position prior to maturity.
15. If you request the sale of a nonmarketable or worthless security, TD Ameritrade will be the buyer in the transaction in the event a market cannot be located. In such a sale, you are deeming the security worthless and TD Ameritrade thereby makes no representation regarding the present or future value of these securities. The transaction is irrevocable and you will have no further claim to the securities and no claim against TD Ameritrade for any losses related to the sale.
16. To access the Official Statement (e.g. prospectus, program disclosure document, information statement, etc.) related to Municipal Bonds, Government Sponsored Enterprise Debt, or Federal Agency Securities, please visit the applicable website and enter the CUSIP: Federal Farm Credit Bank (FFCB): www.farmcreditfcb.com, Federal Home Loan Bank (FHLB): www.fhlb-of.com, Federal Home Loan Mortgage Corporation (Freddie Mac): www.freddiemac.com, Federal Mortgage Association (Fannie Mae): www.fanniemae.com, Government National Mortgage Association: www.ginniemae.gov, Municipal Bonds: www.emma.msrb.org. A copy of the Official Statement can be requested by calling 800-669-3900.
17. The security that you purchased may have a minimum denomination set by the issuer, which may reduce the number of investors willing to purchase the security and, therefore, adversely impact the price that you receive for the security. The quantity of securities that you purchased is below the minimum denomination and may adversely affect the liquidity of the position unless you have other securities from the issue that can be combined to reach the minimum denomination.

**Transaction History for** ▓▓▓▓ **New Account ...683**

**Transactions found from 12/09/2020 to 12/09/2024**

| Date ▼ | Action | Symbol / Description | Quantity | Price | Fees & Comm | Amount |
|--------|--------|---------------------|----------|-------|-------------|--------|
| 06/28/2021 | Journaled Shares | TRCH<br>TDA TRAN - MANDATORY REVERSE SPLIT (TRCH) | -20,000 | | | |
| 06/22/2021 | Buy | TRCH<br>TDA TRAN - Bought 10000 (TRCH) @8.8500 | 10,000 | $8.85 | | -$88,500.00 |
| 06/22/2021 | Buy | TRCH<br>TDA TRAN - Bought 10000 (TRCH) @9.3000 | 10,000 | $9.30 | | -$93,000.00 |

Page Total: **-$181,500.00**



SEE ABOVE ATTACHED:
20,000 SHARES PURCHASED.
20,000 TRCH BECAME
10,000 MMAT AFTER
REVERSE MERGE
AND
REVERSE SPLIT 2:1
ON 6/28/2021

Intra-day transactions are subject to change.

Brokerage Account Balances are from the previous market close, but also may include new ▓▓▓▓▓▓▓▓▓ market close. Balances are subject to change.

Bank sweep information can be found on your Statements. Current Balance bank sweep in ▓▓▓▓

(1123-3U5Y, 0924-CLCV)

**Brokerage Products: Not FDIC Insured • No Bank Guarantee • May Lose Value**

Account: ...683
Today's Date: 02:10 PM ET, 12/09/2024

The Charles Schwab Corporation provides a full range of brokerage, banking and financial advis▓▓▓
subsidiaries. Its broker-dealer subsidiary, Charles Schwab & Co. Inc. (Member SIPC), and its affi▓▓▓
and products. Its banking subsidiary, Charles Schwab Bank, SSB (member FDIC and an Equal H▓▓▓
and lending services and products. This site is designed for U.S. residents. Non-U.S. residents a▓▓▓
restrictions. Learn more about our services for non-US Residents , Charles Schwab Hong Kong ▓▓▓
clients. © 2024 Charles Schwab & Co., Inc. All rights reserved. Member SIPC. Unauthorized acc▓▓▓
monitored.

**TD Ameritrade**

PO BOX 2577 - OMAHA NE 68103-2577
Please do not send deposits or correspondence to this address:

**TD AMERITRADE, INC.**
**PO BOX 2209**
**OMAHA NE 68103-2209**

ERIC DALE BJARNASON
1530 P B LN
B5045
WICHITA FALLS TX 76302-2612

## Confirmation Notice

SIPC

| ACCOUNT NO. | OTHER INFO | TRANSACTION NUMBER | CAP CODES | YOUR REPRESENTATIVE | | |
|---|---|---|---|---|---|---|
| 234-378993-1 | | 35761018206 | A | TD AMERITRADE | | |

| ACTIVITY | QUANTITY | CUSIP NUMBER | PRICE | PRINCIPAL AMOUNT | MISC. FEES | REG FEES |
|---|---|---|---|---|---|---|
| YOU BOUGHT | 1 | 59134N104 | 10.09 | 10.09 | | 0.00 |

| AS OF TRADE DATE | TRADE DATE | SETTLEMENT DATE | INTEREST | COMMISSION/FEE | NET AMOUNT |
|---|---|---|---|---|---|
| | 06/28/2021 | 06/30/2021 | | 0.00 | 10.09 |

| TRADE DESCRIPTION | | | SYMBOL | | |
|---|---|---|---|---|---|

META MATERIALS INC
COM                                                  MMAT

THIS IS AN UNSOLICITED TRADE
FOR FURTHER INFORMATION REGARDING YOUR TRADE CONFIRMATION
PLEASE REFER TO THE TERMS AND CONDITIONS.
*CLBL - If the above security description includes a 'CLBL' notation, this transaction involves a debt security
that is subject to call or redemption before maturity. The debt security may be called or redeemed in whole
or in part before maturity which could affect its yield. Additional information is available upon request.

# TD Ameritrade

**Confirmation Notice**
**Account 234-378993**
Page 2 of 2

| ACCOUNT CODE: Type of Account | | CAPACITY CODE: | | |
|---|---|---|---|---|
| 1. Cash | 2. Margin Long | A= Agent      C= Cross Trade      P= Principal      R= Riskless Principal | | |
| 3. Margin Short | 4. Income | Prime Broker if provided (contact the executing broker for further details) | | |
| 5. Withholding | 6. Special | 3= Agent for person other than customer | 4= Agent for both customer and another person | 5= Principal for some executions and agent for other |
| | | 6= Acts as both principal and agent | 7= Acts as principal, agent and agent for another person | 8= Crossing as agent |
| | | 9= Crossing as principal | | |

IT IS AGREED BETWEEN THE EXECUTING BROKER AND THE CUSTOMER NAMED HEREIN THAT:

1. TD Ameritrade Clearing, Inc., member of FINRA/SIPC acts as the clearing agent.
2. This confirmation is a transaction advice, not an invoice. Remittance of funds or securities is due on or before settlement date. Certain security information is collected at the time the confirmation is generated and may vary from the information at the time the trade was placed.
3. You will report any errors immediately and/or notify us if not entirely in accordance with your understanding.
4. All transactions are subject to the rules, regulations, requirements (including margin requirements) and customs of the Federal Reserve Board, the Securities and Exchange Commission, the Exchange or market (and its clearing house, if any) where executed, and of any association whose rules and regulations govern transactions in said market, and to all the terms of our general customer's agreements between you and us. Wisconsin customers' agency trades are unsolicited.
5. The securities described are, or may be hypothecated under circumstances which will permit the commingling thereof with securities carried for the account of the other customers. Such commingling, if any, ceases upon payment by you for these securities in the full amount due.
6. The name of the other party or broker in the transaction, the date, the time of execution, source and amount of remuneration will be furnished upon request, if not already displayed.
7. If this transaction is a sale and the securities are not already in our possession and do not represent a short sale, please forward them immediately to avoid possible payment for securities borrowed.
8. If payment is not made on or prior to the date required by Regulation T of the Federal Reserve Board, we reserve the right without further notice, to cancel this transaction, or at our option, to sell the securities covered thereby and hold you liable for resulting loss.
9. Commission/Fee represents base commission and any options contract, exercise, and assignment fees. For Alternative Investments (AI), also called Non Standard Assets (NSA), Commission/Fee represents transaction fees applicable to purchases, capital call processing, and redemptions. TD Ameritrade will charge a Reg Fee on certain transactions. These charges are typically based on fees assessed under various regulations applicable to transactions. It may include any of the following: a sales fee on certain sell transactions (assessed at a rate consistent with Section 31 of the Securities Exchange Act of 1934), the Options Regulatory Fee (applicable to options transactions), and the Trading Activity Fee (assessed at a rate consistent with Section 1 of Schedule A of FINRA's By-Laws), among other charges. Transactions in foreign securities (including foreign company ADRs that trade in the U.S.) may include taxes and fees charged by the foreign markets or governments, which may be reflected in the price of the security or charged as an independent line item on your monthly statement.
10. Misc. Fees will be explained upon request. For transactions involving certain Index Options, TD Ameritrade may charge an Index Option Fee in accordance with the Chicago Board Options Exchange (CBOE) Global Markets, Inc. fee schedule. This fee will be reflected in the Misc. Fee field. A copy of the CBOE Options Exchange Fee Schedule can also be found on www.cboe.com. Other Misc. Fees may include Prime Broker fees or Special Settlement fees, where applicable.
11. For inflation indexed securities yield to maturity may vary due to inflation adjustments. If the transaction involves callable securities, the call features could affect yield. Complete information will be provided upon request. On zero coupons, interest and multiplier securities, no periodic payments of interest or principal are generally made. These securities may be callable, below maturity value, without notice by mail to holder unless the securities are held in registered form. On asset backed debt securities, yields are subject to fluctuation depending on prepayment, specific information is available upon request.
12. The firm receives compensation for directing listed and over-the-counter securities, and options order flow to selected market centers for execution. The source and nature of payment received in connection with a particular transaction will be furnished upon request.
13. Leveraged and Inverse ETFs entail unique risks, including but not limited to, use of leverage; aggressive and complex investment techniques; and use of derivatives. Leveraged ETFs seek to deliver multiples of the performance of a benchmark. Inverse ETFs seek to deliver the opposite of the performance of a benchmark. Both seek results over periods as short as a single day. Results of both strategies can be affected substantially by compounding. Returns over longer periods will likely differ in amount and even direction. These products require active monitoring and management, as frequently as daily. They are not suitable for all investors.
14. Bonds and/or fixed-income securities trade differently than equity securities and do not trade on a listed exchange. Rather, they trade in the OTC (over the counter) marketplace and liquidity may not always exist for you to sell your position prior to maturity.
15. If you request the sale of a nonmarketable or worthless security, TD Ameritrade will be the buyer in the transaction in the event a market cannot be located. In such a sale, you are deeming the security worthless and TD Ameritrade thereby makes no representation regarding the present or future value of these securities. The transaction is irreversible and you will have no further claim to the securities and no claim against TD Ameritrade for any losses related to the sale.
16. To access the Official Statement (e.g., prospectus, program disclosure document, information statement, etc.) related to Municipal Bonds, Government Sponsored Enterprise Debt, or Federal Agency Securities, please visit the applicable website and enter the CUSIP: Federal Farm Credit Bank (FFCB) www.farmcreditffcb.com, Federal Home Loan Bank (FHLB) www.fhlb-of.com, Federal Home Loan Mortgage Corporation (Freddie Mac) www.freddiemac.com, Federal National Mortgage Association (Fannie Mae) www.fanniemae.com, Government National Mortgage Association www.ginniemae.gov, Municipal Bonds www.emma.msrb.org. A copy of the Official Statement can be requested by calling 800-669-3900.
17. The security that you purchased may have a minimum denomination set by the issuer, which may reduce the number of investors willing to purchase the security and, therefore, adversely impact the price that you receive for the security. The quantity of securities you purchased is below the minimum denomination and may adversely affect the liquidity of the position unless you have other securities from the issue that can be combined to reach the minimum denomination.

**Ameritrade**

PO BOX 2577 - OMAHA NE 68103-2577
Please do not send deposits or correspondence to this address.

TD AMERITRADE, INC.
PO BOX 2209
OMAHA NE 68103-2209

ERIC DALE BJARNASON
1530 P B LN
B5045
WICHITA FALLS  TX  76302-2612

**SIPC**

## Confirmation Notice

| ACCOUNT NO. | OTHER INFO | TRANSACTION NUMBER | CAP CODES | YOUR REPRESENTATIVE | |
|---|---|---|---|---|---|
| 234-378993-1 | | | | TD AMERITRADE | |
| ACTIVITY | QUANTITY | CUSIP NUMBER | PRICE | PRINCIPAL AMOUNT | MISC. FEES | REG FEES |

| ACTIVITY | QUANTITY | CUSIP NUMBER | PRICE | PRINCIPAL AMOUNT | MISC. FEES | REG FEES |
|---|---|---|---|---|---|---|
| | | | | | 0 | |

| AS OF TRADE DATE | TRADE DATE | SETTLEMENT DATE | INTEREST | COMMISSION/FEE | NET AMOUNT |
|---|---|---|---|---|---|

| TRADE DESCRIPTION | | SYMBOL |
|---|---|---|

CONFIRMATION OF TAX LOT METHOD AVAILABLE VIA GAIN/LOSS PAGE.
THIS IS AN UNSOLICITED TRADE
FOR FURTHER INFORMATION REGARDING YOUR TRADE CONFIRMATION
PLEASE REFER TO THE TERMS AND CONDITIONS.
*CLBL - If the above security description includes a 'CLBL' notation, this transaction involves a debt security
that is subject to call or redemption before maturity. The debt security may be called or redeemed in whole
or in part before maturity which could affect its yield. Additional information is available upon request.

| ACCOUNT NO. | OTHER INFO | TRANSACTION NUMBER | CAP CODES | YOUR REPRESENTATIVE | |
|---|---|---|---|---|---|
| 234-378993-1 | | 39348010805 | A | TD AMERITRADE | |

| ACTIVITY | QUANTITY | CUSIP NUMBER | PRICE | PRINCIPAL AMOUNT | MISC. FEES | REG FEES |
|---|---|---|---|---|---|---|
| YOU BOUGHT | 2,500 | 59134N104 | 3.12 | 7,800.00 | 0 | 0.00 |

| AS OF TRADE DATE | TRADE DATE | SETTLEMENT DATE | INTEREST | COMMISSION/FEE | NET AMOUNT |
|---|---|---|---|---|---|
| | 12/13/2021 | 12/15/2021 | | 0.00 | 7,800.00 |

| TRADE DESCRIPTION | SYMBOL |
|---|---|
| META MATERIALS INC COM | MMAT |

THIS IS AN UNSOLICITED TRADE
FOR FURTHER INFORMATION REGARDING YOUR TRADE CONFIRMATION
PLEASE REFER TO THE TERMS AND CONDITIONS.
*CLBL - If the above security description includes a 'CLBL' notation, this transaction involves a debt security
that is subject to call or redemption before maturity. The debt security may be called or redeemed in whole
or in part before maturity which could affect its yield. Additional information is available upon request.



**Confirmation Notice**
Account 234-378993
Page 2 of 6

| ACCOUNT NO. | OTHER INFO | TRANSACTION NUMBER | CAP CODES | YOUR REPRESENTATIVE | | |
|---|---|---|---|---|---|---|
| 234-378993-1 | | 39348017185 | A | TD AMERITRADE | | |
| ACTIVITY | QUANTITY | CUSIP NUMBER | PRICE | PRINCIPAL AMOUNT | MISC. FEES | REG FEES |
| YOU BOUGHT | 2,500 | 59134N104 | 3.1191 | 7,797.75 | | 0.00 |
| AS OF TRADE DATE | TRADE DATE | SETTLEMENT DATE | INTEREST | COMMISSION/FEE | | NET AMOUNT |
| | 12/13/2021 | 12/15/2021 | | 0.00 | | 7,797.75 |

TRADE DESCRIPTION                                    SYMBOL

META MATERIALS INC                                   MMAT
COM

THIS IS AN UNSOLICITED TRADE
FOR FURTHER INFORMATION REGARDING YOUR TRADE CONFIRMATION
PLEASE REFER TO THE TERMS AND CONDITIONS.
*CLBL - If the above security description includes a 'CLBL' notation, this transaction involves a debt security
that is subject to call or redemption before maturity. The debt security may be called or redeemed in whole
or in part before maturity which could affect its yield. Additional information is available upon request.

| ACCOUNT NO. | OTHER INFO | TRANSACTION NUMBER | CAP CODES | YOUR REPRESENTATIVE | | |
|---|---|---|---|---|---|---|
| 234-378993-1 | | 39348092631 | A | TD AMERITRADE | | |
| ACTIVITY | QUANTITY | CUSIP NUMBER | PRICE | PRINCIPAL AMOUNT | MISC. FEES | REG FEES |
| YOU BOUGHT | 2,500 | 59134N104 | 3.12 | 7,800.00 | | 0.00 |
| AS OF TRADE DATE | TRADE DATE | SETTLEMENT DATE | INTEREST | COMMISSION/FEE | | NET AMOUNT |
| | 12/13/2021 | 12/15/2021 | | 0.00 | | 7,800.00 |

TRADE DESCRIPTION                                    SYMBOL

META MATERIALS INC                                   MMAT
COM

THIS IS AN UNSOLICITED TRADE
FOR FURTHER INFORMATION REGARDING YOUR TRADE CONFIRMATION
PLEASE REFER TO THE TERMS AND CONDITIONS.
*CLBL - If the above security description includes a 'CLBL' notation, this transaction involves a debt security
that is subject to call or redemption before maturity. The debt security may be called or redeemed in whole
or in part before maturity which could affect its yield. Additional information is available upon request.

| ACCOUNT NO. | OTHER INFO | TRANSACTION NUMBER | CAP CODES | YOUR REPRESENTATIVE | | |
|---|---|---|---|---|---|---|
| 234-378993-1 | | 39348138420 | A | TD AMERITRADE | | |
| ACTIVITY | QUANTITY | CUSIP NUMBER | PRICE | PRINCIPAL AMOUNT | MISC. FEES | REG FEES |
| YOU BOUGHT | 2,500 | 59134N104 | 3.12 | 7,800.00 | 0 | 0.00 |
| AS OF TRADE DATE | TRADE DATE | SETTLEMENT DATE | INTEREST | COMMISSION/FEE | | NET AMOUNT |
| | 12/13/2021 | 12/15/2021 | | 0.00 | | 7,800.00 |

TRADE DESCRIPTION                                    SYMBOL

META MATERIALS INC                                   MMAT
COM

THIS IS AN UNSOLICITED TRADE
FOR FURTHER INFORMATION REGARDING YOUR TRADE CONFIRMATION
PLEASE REFER TO THE TERMS AND CONDITIONS.
*CLBL - If the above security description includes a 'CLBL' notation, this transaction involves a debt security
that is subject to call or redemption before maturity. The debt security may be called or redeemed in whole
or in part before maturity which could affect its yield. Additional information is available upon request.



**Confirmation Notice**
Account 234-378993
Page 3 of 6

| ACCOUNT NO. | OTHER INFO | TRANSACTION NUMBER | CAP CODES | YOUR REPRESENTATIVE | |
|---|---|---|---|---|---|
| 234-378993-1 | | 39348142233 | A | TD AMERITRADE | |

| ACTIVITY | QUANTITY | CUSIP NUMBER | PRICE | PRINCIPAL AMOUNT | MISC. FEES | REG FEES |
|---|---|---|---|---|---|---|
| YOU BOUGHT | 2,500 | 59134N104 | 3.12 | 7,800.00 | 0 | 0.00 |

| AS OF TRADE DATE | TRADE DATE | SETTLEMENT DATE | INTEREST | COMMISSION/FEE | NET AMOUNT |
|---|---|---|---|---|---|
| | 12/13/2021 | 12/15/2021 | | 0.00 | **7,800.00** |

| TRADE DESCRIPTION | SYMBOL |
|---|---|
| META MATERIALS INC COM | MMAT |

THIS IS AN UNSOLICITED TRADE
FOR FURTHER INFORMATION REGARDING YOUR TRADE CONFIRMATION
PLEASE REFER TO THE TERMS AND CONDITIONS.
*CLBL - If the above security description includes a 'CLBL' notation, this transaction involves a debt security
that is subject to call or redemption before maturity. The debt security may be called or redeemed in whole
or in part before maturity which could affect its yield. Additional information is available upon request.

| ACCOUNT NO. | OTHER INFO | TRANSACTION NUMBER | CAP CODES | YOUR REPRESENTATIVE | |
|---|---|---|---|---|---|
| 234-378993-1 | | 39348144759 | A | TD AMERITRADE | |

| ACTIVITY | QUANTITY | CUSIP NUMBER | PRICE | PRINCIPAL AMOUNT | MISC. FEES | REG FEES |
|---|---|---|---|---|---|---|
| YOU BOUGHT | 2,500 | 59134N104 | 3.12 | 7,800.00 | 0 | 0.00 |

| AS OF TRADE DATE | TRADE DATE | SETTLEMENT DATE | INTEREST | COMMISSION/FEE | NET AMOUNT |
|---|---|---|---|---|---|
| | 12/13/2021 | 12/15/2021 | | 0.00 | **7,800.00** |

| TRADE DESCRIPTION | SYMBOL |
|---|---|
| META MATERIALS INC COM | MMAT |

THIS IS AN UNSOLICITED TRADE
FOR FURTHER INFORMATION REGARDING YOUR TRADE CONFIRMATION
PLEASE REFER TO THE TERMS AND CONDITIONS.
*CLBL - If the above security description includes a 'CLBL' notation, this transaction involves a debt security
that is subject to call or redemption before maturity. The debt security may be called or redeemed in whole
or in part before maturity which could affect its yield. Additional information is available upon request.

| ACCOUNT NO. | OTHER INFO | TRANSACTION NUMBER | CAP CODES | YOUR REPRESENTATIVE | |
|---|---|---|---|---|---|
| 234-378993-1 | | 39348198463 | A | TD AMERITRADE | |

| ACTIVITY | QUANTITY | CUSIP NUMBER | PRICE | PRINCIPAL AMOUNT | MISC. FEES | REG FEES |
|---|---|---|---|---|---|---|
| YOU BOUGHT | 2,500 | 59134N104 | 3.11 | 7,775.00 | | 0.00 |

| AS OF TRADE DATE | TRADE DATE | SETTLEMENT DATE | INTEREST | COMMISSION/FEE | NET AMOUNT |
|---|---|---|---|---|---|
| | 12/13/2021 | 12/15/2021 | | 0.00 | **7,775.00** |

| TRADE DESCRIPTION | SYMBOL |
|---|---|
| META MATERIALS INC COM | MMAT |

THIS IS AN UNSOLICITED TRADE
FOR FURTHER INFORMATION REGARDING YOUR TRADE CONFIRMATION
PLEASE REFER TO THE TERMS AND CONDITIONS.
*CLBL - If the above security description includes a 'CLBL' notation, this transaction involves a debt security
that is subject to call or redemption before maturity. The debt security may be called or redeemed in whole
or in part before maturity which could affect its yield. Additional information is available upon request.



CASE # 24-50792

**Confirmation Notice**
**Account 234-378993**
Page 4 of 6

| ACCOUNT NO. | OTHER INFO | TRANSACTION NUMBER | | CAP CODES | YOUR REPRESENTATIVE | |
|---|---|---|---|---|---|---|
| 234-378993-1 | | 39348201589 | | A | TD AMERITRADE | |
| ACTIVITY | QUANTITY | CUSIP NUMBER | PRICE | PRINCIPAL AMOUNT | MISC. FEES | REG FEES |
| YOU BOUGHT | 2,500 | 59134N104 | 3.11 | 7,775.00 | | 0.00 |
| AS OF TRADE DATE | TRADE DATE | SETTLEMENT DATE | INTEREST | COMMISSION/FEE | | NET AMOUNT |
| | 12/13/2021 | 12/15/2021 | | 0.00 | | **7,775.00** |
| TRADE DESCRIPTION | | | | SYMBOL | | |

META MATERIALS INC                     MMAT
COM

THIS IS AN UNSOLICITED TRADE
FOR FURTHER INFORMATION REGARDING YOUR TRADE CONFIRMATION
PLEASE REFER TO THE TERMS AND CONDITIONS.
*CLBL - If the above security description includes a 'CLBL' notation, this transaction involves a debt security
that is subject to call or redemption before maturity. The debt security may be called or redeemed in whole
or in part before maturity which could affect its yield. Additional information is available upon request.

| ACCOUNT NO. | OTHER INFO | TRANSACTION NUMBER | | CAP CODES | YOUR REPRESENTATIVE | |
|---|---|---|---|---|---|---|
| 234-378993-1 | | 39348202008 | | A | TD AMERITRADE | |
| ACTIVITY | QUANTITY | CUSIP NUMBER | PRICE | PRINCIPAL AMOUNT | MISC. FEES | REG FEES |
| YOU BOUGHT | 2,500 | 59134N104 | 3.11 | 7,775.00 | 0 | 0.00 |
| AS OF TRADE DATE | TRADE DATE | SETTLEMENT DATE | INTEREST | COMMISSION/FEE | | NET AMOUNT |
| | 12/13/2021 | 12/15/2021 | | 0.00 | | **7,775.00** |
| TRADE DESCRIPTION | | | | SYMBOL | | |

META MATERIALS INC                     MMAT
COM

THIS IS AN UNSOLICITED TRADE
FOR FURTHER INFORMATION REGARDING YOUR TRADE CONFIRMATION
PLEASE REFER TO THE TERMS AND CONDITIONS.
*CLBL - If the above security description includes a 'CLBL' notation, this transaction involves a debt security
that is subject to call or redemption before maturity. The debt security may be called or redeemed in whole
or in part before maturity which could affect its yield. Additional information is available upon request.

| ACCOUNT NO. | OTHER INFO | TRANSACTION NUMBER | | CAP CODES | YOUR REPRESENTATIVE | |
|---|---|---|---|---|---|---|
| 234-378993-1 | | 39348371264 | | A | TD AMERITRADE | |
| ACTIVITY | QUANTITY | CUSIP NUMBER | PRICE | PRINCIPAL AMOUNT | MISC. FEES | REG FEES |
| YOU BOUGHT | 2,499 | 59134N104 | 3.0998 | 7,746.40 | | 0.00 |
| AS OF TRADE DATE | TRADE DATE | SETTLEMENT DATE | INTEREST | COMMISSION/FEE | | NET AMOUNT |
| | 12/13/2021 | 12/15/2021 | | 0.00 | | **7,746.40** |
| TRADE DESCRIPTION | | | | SYMBOL | | |

META MATERIALS INC                     MMAT
COM

THIS IS AN UNSOLICITED TRADE
FOR FURTHER INFORMATION REGARDING YOUR TRADE CONFIRMATION
PLEASE REFER TO THE TERMS AND CONDITIONS.
*CLBL - If the above security description includes a 'CLBL' notation, this transaction involves a debt security
that is subject to call or redemption before maturity. The debt security may be called or redeemed in whole
or in part before maturity which could affect its yield. Additional information is available upon request.

 **Ameritrade**

CASE# 24-50792

**Confirmation Notice**
**Account 234-378893**
Page 5 of 6

| ACCOUNT CODE: Type of Account | | CAPACITY CODE: | | |
|---|---|---|---|---|
| 1. Cash | 2. Margin Long | A= Agent    C= Cross Trade    P= Principal    R= Riskless Principal | | |
| 3. Margin Short | 4. Income | Prime Broker if provided (contact the executing broker for further details) | | |
| 5. Withholding | 6. Special | 3= Agent for person other than customer | 4= Agent for both customer and another person | 5= Principal for some executions and agent for other |
| | | 6= Acts as both principal and agent | 7= Acts as principal, agent and agent for another person | 8= Crossing as agent |
| | | 9= Crossing as principal | | |

IT IS AGREED BETWEEN THE EXECUTING BROKER AND THE CUSTOMER NAMED HEREIN THAT:

1.  TD Ameritrade Clearing, Inc., member of FINRA/SIPC acts as the clearing agent.
2.  This confirmation is a confirmation trading advice, not an invoice. Remittance of funds or securities is due on or before settlement date. Certain security information is collected at the time the confirmation is generated and may vary from the information at the time the trade was placed.
3.  You will report any errors immediately and/or notify us if not entirely in accordance with your understanding.
4.  All transactions are subject to the rules, regulations, requirements (including margin requirements) and customs of the Federal Reserve Board, the Securities and Exchange Commission, the Exchange or market (and its clearing house, if any) where executed, and of any association whose rules and regulations govern transactions in said market, and to all the terms of our general customer's agreements between you and us. Wisconsin customers' agency trades are unsolicited.
5.  The securities described are, or may be hypothecated under circumstances which will permit the commingling thereof with securities carried for the account of the other customers. Such commingling, if any, ceases upon payment by you for these securities in the event of margin due.
6.  The name of the other party or broker in the transaction, the date, the time of execution, source and amount of remuneration will be furnished upon request, if not already displayed.
7.  If this transaction is a sale and the securities are not already in your possession and do not represent a short sale, please forward them immediately to avoid possible payment of premium on securities borrowed.
8.  If payment is not made on or prior to the date required by Regulation T of the Federal Reserve Board, we reserve the right without further notice, to cancel this transaction, or at our option, to sell the securities covered hereby and hold you liable for resulting loss.
9.  Commission/Fee represents base commission and any options contract, exercise, and assignment fees. For Alternative Investments (AI), also called Non Standard Assets (NSA), Commission/Fee represents transaction fees applicable to purchases, capital call processing, and redemptions. TD Ameritrade will charge a Reg Fee on certain transactions. These charges are typically based on fees assessed under various regulations applicable to transactions. It may include any of the following: a silver fee on certain sell transactions (assessed at a rate consistent with Section 31 of the Securities Exchange Act of 1934), the Options Regulatory Fee (applicable to options transactions), and the Trading Activity Fee (assessed at a rate consistent with Section 1 of Schedule A of FINRA's By-Laws), among other charges. Transactions in foreign securities (including foreign company ADRs that trade in the U.S.) may include taxes and fees charged by the foreign markets or governments, which may be reflected in the price of the security or charged as an independent line item on your monthly statement.
10. Misc. Fees will be explained upon request. For transactions involving certain Index Options, TD Ameritrade may charge an Index Option Fee in accordance with the Chicago Board Options Exchange (CBOE) Global Markets, Inc. fee schedule. This fee will be reflected in the Misc. Fee field. A copy of the CBOE Options Exchange Fee Schedule can also be found on www.cboe.com. Other Misc. Fees may include Prime Broker fees or Special Settlement fees, where applicable.
11. If this transaction involves a debt security that is subject to call or redemption before maturity, the debt security may be called or redeemed in whole or in part before maturity which could affect its yield. Additional information is available upon request. On zero coupons, interest and multiplier securities, no periodic payment of interest or principal are generally made. These securities may be callable, below maturity value, without notice by mail to holder unless the securities are held in registered form. On asset backed debt securities, yields are subject to fluctuation depending on prepayment, specific information is available upon request. For inflation indexed securities yield to maturity may vary due to inflation adjustments.
12. The firm receives compensation for directing listed and over-the-counter securities, and options order flow to selected market centers for execution. The source and nature of payment received in connection with a particular transaction will be furnished upon request.
13. Leveraged and inverse ETFs entail unique risks, including but not limited to: use of leverage; aggressive and complex investment techniques; and use of derivatives. Leveraged ETFs seek to deliver multiples of the performance of a benchmark. Inverse ETFs seek to deliver the opposite of the performance of a benchmark. Both seek results over periods as short as a single day. Results of both strategies can be affected substantially by compounding. Returns over longer periods will likely differ in amount and even direction. These products require active monitoring and management, as frequently as daily. They are not suitable for all investors.
14. Bonds and/or fixed-income securities trade differently than equity securities and do not trade on a listed exchange. Rather, they trade in the OTC (over the counter) marketplace and liquidity may not always exist for you to sell your position prior to maturity.
15. If you request the sale of a nonmarketable or worthless security, TD Ameritrade will be the buyer in the transaction in the event a market cannot be located. In such a sale, you are deeming the security worthless and TD Ameritrade thereby makes no representation regarding the present or future value of these securities. The transaction is irreversible and you will have no further claim to the securities and no claim against TD Ameritrade for any losses related to the sale.
16. To access the Official Statement (e.g., prospectus, program disclosure document, information statement, etc.) related to Municipal Bonds, Government Sponsored Enterprise Debt, or Federal Agency Securities, please visit the applicable website and enter the CUSIP: Federal Farm Credit Bank (FFCB): www.farmcredit-ffcb.com, Federal Home Loan Bank (FHLB): www.fhlb-of.com, Federal Home Loan Mortgage Corporation (Freddie Mac): www.freddiemac.com, Federal National Mortgage Association (Fannie Mae): www.fanniemae.com, Government National Mortgage Association: www.ginniemae.gov, Municipal Bonds: www.emma.msrb.org. A copy of the Official Statement can be requested by calling 800-669-3900.
17. The security that you purchased may have a minimum denomination set by the issuer, which may reduce the number of investors willing to purchase the security and, therefore, adversely impact the price that you receive for the security. The quantity of securities you purchased is below the minimum denomination and may adversely affect the liquidity of the position unless you have other securities from the issue that can be combined to reach the minimum denomination.

THIS PAGE IS INTENTIONALLY LEFT BLANK

**TD Ameritrade**

CASE# 24-50792

PO BOX 2577 - OMAHA NE 68103-2577
Please do not send deposits or correspondence to this address.

**TD AMERITRADE, INC.**
**PO BOX 2209**
**OMAHA NE 68103-2209**

ERIC DALE BJARNASON
1530 P B LN
B5045
WICHITA FALLS  TX  76302-2612

## Confirmation Notice



| ACCOUNT NO. | OTHER INFO. | TRANSACTION NUMBER | CAP CODES | YOUR REPRESENTATIVE |
|---|---|---|---|---|
| 234-378993-1 | | 40298798659 | A | TD AMERITRADE |

| ACTIVITY | QUANTITY | CUSIP NUMBER | PRICE | PRINCIPAL AMOUNT | MISC. FEES | REG FEES |
|---|---|---|---|---|---|---|
| YOU BOUGHT | 10 | 59134N104 | 1.6699 | 16.70 | | 0.00 |

| AS OF TRADE DATE | TRADE DATE | SETTLEMENT DATE | INTEREST | COMMISSION/FEE | NET AMOUNT |
|---|---|---|---|---|---|
| | 01/25/2022 | 01/27/2022 | | 0.00 | 16.70 |

| TRADE DESCRIPTION | SYMBOL |
|---|---|
| META MATERIALS INC COM | MMAT |

THIS IS AN UNSOLICITED TRADE
FOR FURTHER INFORMATION REGARDING YOUR TRADE CONFIRMATION
PLEASE REFER TO THE TERMS AND CONDITIONS.
*CLBL - If the above security description includes a 'CLBL' notation, this transaction involves a debt security that is subject to call or redemption before maturity. The debt security may be called or redeemed in whole or in part before maturity which could affect its yield. Additional information is available upon request.

# TD Ameritrade

| ACCOUNT CODE: Type of Account | | | CAPACITY CODE: | |
|---|---|---|---|---|
| 1. Cash | 2. Margin Short | A= Agent      C= Cross Trade      P= Principal      R= Riskless Principal | | |
| 3. Margin Short | 4. Income | Prime Broker # provided (contact the executing broker for further details) | | |
| 5. Withholding | 6. Special | 3= Agent for person other than customer          4= Agent for both customer and another person | 5= Principal for some executions, and agent for other | |
| | | 6= Acts as both principal and agent      7= Acts as principal, agent and agent for another person | 8= Crossing as agent | |
| | | 9= Crossing as principal | | |

IT IS AGREED BETWEEN THE EXECUTING BROKER AND THE CUSTOMER NAMED HEREIN THAT:

1. TD Ameritrade Clearing, Inc., member of FINRA/SIPC acts as the clearing agent.
2. This confirmation is a transaction advice, not an invoice. Remittance of funds or securities is due on or before settlement date. Certain security information is collected at the time the confirmation is generated and may vary from the information at the time the trade was placed.
3. You will report any errors immediately and/or notify us if not entirely in accordance with your understanding.
4. All transactions are subject to the rules, regulations, requirements (including margin requirements) and customs of the Federal Reserve Board, the Securities and Exchange Commission, the Exchange or market (and its clearing house, if any) where executed, and of any association whose rules and regulations govern transactions in said market, and to all the terms of your customer's agreements between you and us. Wisconsin customers' agency trades are unsolicited.
5. The securities described are, or may be hypothecated under circumstances which will permit the commingling thereof with securities carried for the account of the other customers. Such commingling, if any, ceases upon payment by you for these securities in the net amount due.
6. The name of the other party or broker in the transaction, the date, the time of execution, source and amount of remuneration will be furnished upon request, if not already displayed.
7. If this transaction is a sale and the securities are not already in our possession and do not represent a short sale, please forward them immediately to avoid possible payment ▓▓▓▓▓▓▓▓▓▓▓ borrowed.
8. If payment is not made on or prior to the date required by Regulation T of the Federal Reserve Board, we reserve the right without further notice, to cancel this transaction, or at our option, to sell the securities covered hereby and hold you liable for resulting loss.
9. Commission/Fee represents base commission and any options contract, exercise, and assignment fees. For Alternative Investments (AI), also called Non Standard Assets (NSA), Commission/Fee represents transaction fees applicable to purchases, capital call processing, and redemptions. TD Ameritrade will charge a Reg Fee on certain transactions. These charges are typically based on fees assessed under various regulations applicable to transactions. It may include any of the following: a sales fee on certain sell transactions (assessed at a rate consistent with Section 31 of the Securities Exchange Act of 1934), the Options Regulatory Fee (applicable to options transactions), and the Trading Activity Fee (assessed at a rate consistent with Section 1 of FINRA's By-Laws), among other charges. Transactions in foreign securities (including foreign company ADRs that trade in the U.S.) may include taxes and fees charged by the foreign markets or governments, which may be reflected in the price of the security or charged as an independent line item on your monthly statement.
10. Misc. Fees will be explained upon request. For transactions involving certain Index Options, TD Ameritrade may charge an Index Option Fee in accordance with the Chicago Board Options Exchange (CBOE) Global Markets, Inc. fee schedule. This fee will be reflected in the Misc. Fee field. A copy of the CBOE Options Exchange Fee Schedule can also be found on www.cboe.com. Other Misc. Fees may include Prime Broker fees or Special Settlement fees, where applicable.
11. If this transaction involves a debt security that is subject to call or redemption before maturity, the debt security may be called or redeemed in whole or in part before maturity which could affect its yield. Additional information is available upon request. On zero coupons, interest and multiplier securities, no periodic payment of interest or principal are generally made. These securities may be callable, below maturity value, without notice by mail to holder unless the securities are held in registered form. On asset backed debt securities, yields are subject to fluctuation depending on prepayment, specific information is available upon request. For inflation indexed securities yield to maturity may vary due to inflation adjustments.
12. The firm receives compensation for directing listed and over-the-counter securities, and options order flow to selected market centers for execution. The source and nature of payment received in connection with a particular transaction will be furnished upon request
13. Leveraged and inverse ETFs entail unique risks, including but not limited to: use of leverage; aggressive and complex investment techniques; and use of derivatives. Leveraged ETFs seek to deliver multiples of the performance of a benchmark. Inverse ETFs seek to deliver the opposite of the performance of a benchmark. Both seek results over periods as short as a single day. Results of both strategies can be affected substantially by compounding. Returns over longer periods will likely differ in amount and even direction. These products require active monitoring and management, as frequently as daily. They are not suitable for all investors.
14. Bonds and/or fixed-income securities trade differently than equity securities and do not trade on a listed exchange. Rather, they trade in the OTC (over the counter) marketplace and liquidity may not always exist for you to sell your position prior to maturity.
15. If you request the sale of a nonmarketable or worthless security, TD Ameritrade will be the buyer in the transaction in the event a market cannot be located. In such a sale, you are deeming the security worthless and TD Ameritrade thereby makes no representation regarding the present or future value of those securities. The transaction is irreversible and you will have no further claim to the securities and no claim against TD Ameritrade for any losses related to the sale.
16. To access the Official Statement (e.g., prospectus, program disclosure document, information statement, etc.) related to Municipal Bonds, Government Sponsored Enterprise Debt, or Federal Agency Securities, please visit the applicable website and enter the CUSIP: Federal Farm Credit Bank (FFCB): www.farmcredit-ffcb.com, Federal Home Loan Bank (FHLB): www.fhlb-of.com, Federal Home Loan Mortgage Corporation (Freddie Mac): www.freddiemac.com, Federal National Mortgage Association (Fannie Mae): www.fanniemae.com, Government National Mortgage Association: www.ginniemae.gov, Municipal Bonds: www.emma.msrb.org. A copy of the Official Statement can be requested by calling 800-669-3900.
17. The security that you purchased may have a minimum denomination set by the issuer, which may reduce the number of investors willing to purchase the security and, therefore, adversely impact the price that you receive for the security. The quantity of securities you purchased is below the minimum denomination and may adversely affect the liquidity of the position unless you have other securities from the issue that can be combined to reach the minimum denomination.

# Ameritrade

PO BOX 2577 - OMAHA NE 68103-2577
Please do not send deposits or correspondence to this address.

**TD AMERITRADE, INC.**
**PO BOX 2209**
**OMAHA NE 68103-2209**

ERIC DALE BJARNASON
1530 P B LN
B5045
WICHITA FALLS  TX  76302-2612

## Confirmation Notice



| ACCOUNT NO. | OTHER INFO | TRANSACTION NUMBER | CAP CODES | YOUR REPRESENTATIVE | | |
|---|---|---|---|---|---|---|
| ACTIVITY | QUANTITY | CUSIP NUMBER | PRICE | PRINCIPAL AMOUNT | MISC. FEES | REG FEES |
| | | | | | | 0.00 |
| AS OF TRADE DATE | TRADE DATE | SETTLEMENT DATE | INTEREST | COMMISSION/FEE | | NET AMOUNT |
| TRADE DESCRIPTION | | | | SYMBOL | | |

THIS IS AN UNSOLICITED TRADE
FOR FURTHER INFORMATION REGARDING YOUR TRADE CONFIRMATION
PLEASE REFER TO THE TERMS AND CONDITIONS.
*CLBL - If the above security description includes a 'CLBL' notation, this transaction involves a debt security
that is subject to call or redemption before maturity. The debt security may be called or redeemed in whole
or in part before maturity which could affect its yield. Additional information is available upon request.

| ACCOUNT NO. | OTHER INFO | TRANSACTION NUMBER | CAP CODES | YOUR REPRESENTATIVE | | |
|---|---|---|---|---|---|---|
| 234-378993-1 | | 40388406891 | A | TD AMERITRADE | | |
| ACTIVITY | QUANTITY | CUSIP NUMBER | PRICE | PRINCIPAL AMOUNT | MISC. FEES | REG FEES |
| YOU BOUGHT | 1,080 | 59134N104 | 1.45 | 1,566.00 | 0 | 0.00 |
| AS OF TRADE DATE | TRADE DATE | SETTLEMENT DATE | INTEREST | COMMISSION/FEE | | NET AMOUNT |
| | 01/28/2022 | 02/01/2022 | | 0.00 | | 1,566.00 |
| TRADE DESCRIPTION | | | | SYMBOL | | |

META MATERIALS INC
COM                                        MMAT

THIS IS AN UNSOLICITED TRADE
FOR FURTHER INFORMATION REGARDING YOUR TRADE CONFIRMATION
PLEASE REFER TO THE TERMS AND CONDITIONS.
*CLBL - If the above security description includes a 'CLBL' notation, this transaction involves a debt security
that is subject to call or redemption before maturity. The debt security may be called or redeemed in whole
or in part before maturity which could affect its yield. Additional information is available upon request.

# TD Ameritrade

**Confirmation Notice**
**Account 234-378993**
Page 2 of 2

| ACCOUNT CODE: Type of Account | | CAPACITY CODE: | |
|---|---|---|---|
| 1. Cash | 2. Margin Long | A= Agent    C= Cross Trade    P= Principal    R= Riskless Principal | |
| 3. Margin Short | 4. Income | Prime Broker if provided (contact the executing broker for further details) | |
| 5. Withholding | 6. Special | 3= Agent for person other than customer    4= Agent for both customer and another person    5= Principal for some executions and agent for other | |
| | | 6= Acts as both principal and agent    7= Acts as principal, agent and agent for another person    8= Crossing as agent | |
| | | 9= Crossing as principal | |

IT IS AGREED BETWEEN THE EXECUTING BROKER AND THE CUSTOMER NAMED HEREIN THAT:

1. TD Ameritrade Clearing, Inc., member of FINRA/SIPC acts as the clearing broker.
2. This confirmation is a transaction advice, not an invoice. Remittance of funds or securities is due on or before settlement date. Certain security information is collected at the time the confirmation is generated and may vary from the information at the time the trade was placed.
3. You will report any errors immediately and/or notify us if not entirely in accordance with your understanding.
4. All transactions are subject to the rules, regulations, requirements (including margin requirements) and customs of the Federal Reserve Board, the Securities and Exchange Commission, the Exchange or market (and its clearing house, if any) where executed, and of any association whose rules and regulations govern transactions in said market, and to all the terms of our general customer's agreements between you and us. Wisconsin customers' agency trades are unsolicited.
5. The securities described are, or may be hypothecated under circumstances which will permit the commingling thereof with securities carried for the account of the other customers. Such commingling, if any, ceases upon payment by you for those securities in the net amount due.
6. The name of the other party or broker in the transaction, the date, the time of execution, source and amount of remuneration will be furnished upon request, if not already displayed.
7. If this transaction is a sale and the securities are not already in our possession and do not represent a short sale, please forward them immediately to avoid possible payment ████████████████ borrowed.
8. If payment is not made on or prior to the date required by Regulation T of the Federal Reserve Board, we reserve the right without further notice, to cancel this transaction, or at our option, to sell the securities covered hereby and hold you liable for resulting loss.
9. Commission/Fee represents base commission and any options contract, exercise, and assignment fees. For Alternative Investments (AI), also called Non Standard Assets (NSA), Commission/Fee represents transaction fees applicable to purchases, capital call processing, and redemptions. TD Ameritrade will charge a Reg Fee on certain transactions. These charges are typically based on fees assessed under various regulations applicable to transactions. It may include any of the following: a sales fee on certain sell transactions (assessed at a rate consistent with Section 31 of the Securities Exchange Act of 1934), the Options Regulatory Fee (applicable to options transactions), and the Trading Activity Fee (assessed at a rate consistent with Section 1 of Schedule A of FINRA's By-Laws), among other charges. Transactions in foreign securities (including foreign company ADRs that trade in the U.S.) may include taxes and fees charged by the foreign markets or governments, which may be reflected in the price of the security or charged as an independent line item on your monthly statement.
10. Misc. Fees will be explained upon request. For transactions involving certain Index Options, TD Ameritrade may charge an Index Option Fee in accordance with the Chicago Board Options Exchange (CBOE) Global Markets, Inc. fee schedule. This fee will be reflected in the Misc. Fee field. A copy of the CBOE Options Exchange Fee Schedule can also be found on www.cboe.com. Other Misc. Fees may include Prime Broker fees or Special Settlement fees, where applicable.
11. If this transaction involves a debt security that is subject to call or redemption before maturity, the debt security may be called or redeemed in whole or in part before maturity which could affect its yield. Additional information is available upon request. On zero coupons, interest and multiplier securities, no periodic payment of interest or principal are generally made. These securities may be callable, below maturity value, without notice by mail to holder unless the securities are held in registered form. On asset backed debt securities, yields are subject to fluctuation depending on prepayment, specific information is available upon request. For inflation indexed securities yield to maturity may vary due to inflation adjustments.
12. The firm receives compensation for directing listed and over-the-counter securities, and options order flow to selected market centers for execution. The source and nature of payment received in connection with a particular transaction will be furnished upon request.
13. Leveraged and Inverse ETFs entail unique risks, including but not limited to: use of leverage; aggressive and complex investment techniques; and use of derivatives. Leveraged ETFs seek to deliver multiples of the performance of a benchmark. Inverse ETFs seek to deliver the opposite of the performance of a benchmark. Both seek results over periods as short as a single day. Results of both strategies can be affected substantially by compounding. Returns over longer periods will likely differ in amount and even direction. These products require active monitoring and management, as frequently as daily. They are not suitable for all investors.
14. Bonds and/or fixed-income securities trade differently than equity securities and do not trade on a listed exchange. Rather, they trade in the OTC (over the counter) marketplace and liquidity may not always exist for you to sell your position prior to maturity.
15. If you request the sale of a nonmarketable or worthless security, TD Ameritrade will be the buyer in the transaction in the event a market cannot be located. In such a sale, you are deeming the security worthless and TD Ameritrade thereby makes no representation regarding the present or future value of these securities. The transaction is irreversible and you will have no further claim to the securities and no claim against TD Ameritrade for any losses related to the sale.
16. To access the Official Statement (e.g., prospectus, program disclosure document, information statement, etc.) related to Municipal Bonds, Government Sponsored Enterprise Debt, or Federal Agency Securities, please visit the applicable website and enter the CUSIP; Federal █████████████████████████████████ ortgage Corporation (Freddie M██████████████████████ b.org. A copy of the Official S██████ National Mortgage Association (Fannie ██████████████████████████ 800-999-3900.
17. The security that you purchased may have a minimum denomination set by the issuer, which may reduce the number of investors willing to purchase the security and, therefore, adversely impact the price that you receive for the security. The quantity of securities you purchased is below the minimum denomination and may adversely affect the liquidity of the position unless you have other securities from the issue that can be combined to reach the minimum denomination.

# **TD** Ameritrade

PO BOX 2577 - OMAHA NE 68103-2577
Please do not send deposits or correspondence to this address.

**TD AMERITRADE, INC.**
**PO BOX 2209**
**OMAHA NE 68103-2209**

ERIC DALE BJARNASON
1530 P B LN
B5045
WICHITA FALLS  TX  76302-2612

SiPC

## Confirmation Notice

| ACCOUNT NO. | OTHER INFO | TRANSACTION NUMBER | | CAP CODES | YOUR REPRESENTATIVE | |
|---|---|---|---|---|---|---|
| 234-378993-1 | | 40471504248 | | A | TD AMERITRADE | |

| ACTIVITY | QUANTITY | CUSIP NUMBER | PRICE | PRINCIPAL AMOUNT | MISC. FEES | REG FEES |
|---|---|---|---|---|---|---|
| YOU BOUGHT | 10 | 59134N104 | 1.69 | 16.90 | | 0.00 |

| AS OF TRADE DATE | TRADE DATE | SETTLEMENT DATE | INTEREST | COMMISSION/FEE | NET AMOUNT |
|---|---|---|---|---|---|
| | 02/01/2022 | 02/03/2022 | | 0.00 | 16.90 |

| TRADE DESCRIPTION | SYMBOL |
|---|---|
| META MATERIALS INC COM | MMAT |

THIS IS AN UNSOLICITED TRADE
FOR FURTHER INFORMATION REGARDING YOUR TRADE CONFIRMATION
PLEASE REFER TO THE TERMS AND CONDITIONS.
*CLBL - If the above security description includes a 'CLBL' notation, this transaction involves a debt security that is subject to call or redemption before maturity. The debt security may be called or redeemed in whole or in part before maturity which could affect its yield. Additional information is available upon request.

# TD Ameritrade

| ACCOUNT CODE: Type of Account | | CAPACITY CODE: | |
|---|---|---|---|
| 1. Cash    2. Margin Long | A= Agent    C= Cross Trade    P= Principal    R= Riskless Principal | | |
| 3. Margin Short    4. Income | Prime Broker if provided (contact the executing broker for further details) | | |
| 5. Withholding    6. Special | 3= Agent for person other than customer | 4= Agent for both customer and another person | 5= Principal for some executions and agent for other |
| | 6= Acts as both principal and agent | 7= Acts as principal, agent and agent for another person | 8= Crossing as agent |
| | 9= Crossing as principal | | |

IT IS AGREED BETWEEN THE EXECUTING BROKER AND THE CUSTOMER NAMED HEREIN THAT:

1. TD Ameritrade Clearing, Inc., member of FINRA/SIPC acts as the clearing agent.
2. This confirmation is a transaction advice, not an invoice. Remittance of funds or securities is due on or before settlement date. Certain security information is collected at the time the confirmation is generated and may vary from the information at the time the trade was placed.
3. You will report any errors immediately and/or notify us if not entirely in accordance with your understanding.
4. All transactions are subject to the rules, regulations, requirements (including margin requirements) and customs of the Federal Reserve Board, the Securities and Exchange Commission, the Exchange or market (and its clearing house, if any) where executed, and of any association whose rules and regulations govern transactions in said market, and to all the terms of our general customer's agreements between you and us. Wisconsin customers' agency trades are unsolicited.
5. The securities described are, or may be hypothecated under circumstances which will permit the commingling thereof with securities carried for the account of the other customers. Such commingling, if any, ceases upon payment by you for these securities in the net amount due.
6. The name of the other party or broker in the transaction, the date, the time of execution, source and amount of remuneration will be furnished upon request, if not already displayed.
7. If this transaction is a sale and the securities are not already in our possession and do not represent a short sale, please forward them immediately to avoid possible payment ~~...~~ borrowed.
8. If payment is not made on or prior to the date required by Regulation T of the Federal Reserve Board, we reserve the right without further notice, to cancel this transaction, or at our option, to sell the securities covered hereby and hold you liable for resulting loss.
9. Commission/Fee represents base commission and any options contract, exercise, and assignment fees. For Alternative Investments (AI), also called Non Standard Assets (NSA), Commission/Fee represents transaction fees applicable to purchases, capital call processing, and redemptions. TD Ameritrade will charge a Reg Fee on certain transactions. These charges are typically based on fees assessed under various regulations applicable to transactions. It may include any of the following: a sales fee on certain sell transactions (assessed at a rate consistent with Section 31 of the Securities Exchange Act of 1934), the Options Regulatory Fee (applicable to options transactions), and the Trading Activity Fee (assessed at a rate consistent with Section 1 of Schedule A of FINRA's By-Laws), among other charges. Transactions in foreign securities (including foreign company ADRs that trade in the U.S.) may include taxes and fees charged by the foreign markets or governments, which may be reflected in the price of the security or charged as an independent line item on your monthly statement.
10. Misc. Fees will be explained upon request. For transactions involving certain Index Options, TD Ameritrade may charge an Index Option Fee in accordance with the Chicago Board Options Exchange (CBOE) Global Markets, Inc. fee schedule. This fee will be reflected in the Misc. Fee field. A copy of the CBOE Options Exchange Fee Schedule can also be found on www.cboe.com. Other Misc. Fees may include Prime Broker fees or Special Settlement fees, where applicable.
11. If this transaction involves a debt security that is subject to call or redemption before maturity, the debt security may be called or redeemed in whole or in part before maturity which could affect its yield. Additional information is available upon request. On zero coupons, interest and multiplier securities, no periodic payment of interest or principal are generally made. These securities may be callable, below maturity value, without notice by mail to holder unless the securities are held in registered form. On asset backed debt securities, yields are subject to fluctuation depending on prepayment, specific information is available upon request. For inflation indexed securities yield to maturity may vary due to inflation adjustments.
12. The firm receives compensation for directing listed and over-the-counter securities, and options order flow to selected market centers for execution. The source and nature of payment received in connection with a particular transaction will be furnished upon request
13. Leveraged and inverse ETFs entail unique risks, including but not limited to: use of leverage; aggressive and complex investment techniques; and use of derivatives. Leveraged ETFs seek to deliver multiples of the performance of a benchmark. Inverse ETFs seek to deliver the opposite of the performance of a benchmark. Both seek results over periods as short as a single day. Results of both strategies can be affected substantially by compounding. Returns over longer periods will likely differ in amount and even direction. These products require active monitoring and management, as frequently as daily. They are not suitable for all investors.
14. Bonds and/or fixed-income securities trade differently than equity securities and do not trade on a listed exchange. Rather, they trade in the OTC (over the counter) marketplace and liquidity may not always exist for you to sell your position prior to maturity.
15. If you request the sale of a nonmarketable or worthless security, TD Ameritrade will be the buyer in the transaction in the event a market cannot be located. In such a sale, you are deeming the security worthless and TD Ameritrade thereby makes no representation regarding the present or future value of these securities. This transaction is irreversible and you will have no further claim to the securities and no claim against TD Ameritrade for any losses related to the sale.
16. To access the Official Statement (e.g., prospectus, program disclosure document, information statement, etc.) related to Municipal Bonds, Government Sponsored Enterprise Debt, or Federal Agency Securities, please visit the applicable website and enter the CUSIP: Federal Farm Credit Bank (FFCB): www.farmcredit-ffcb.com, Federal Home Loan Bank (FHLB): www.fhlb-of.com, Federal Home Loan Mortgage Corporation (Freddie Mac): www.freddiemac.com, Federal National Mortgage Association (Fannie Mae): www.fanniemae.com, Government National Mortgage Association: www.ginniemae.gov, Municipal Bonds: www.emma.msrb.org. A copy of the Official Statement can be requested by calling 800-899-3900.
17. The security that you purchased may have a minimum denomination set by the issuer, which may reduce the number of investors willing to purchase the security and, therefore, adversely impact the price that you receive for the security. The quantity of securities you purchased is below the minimum denomination and may adversely affect the liquidity of the position unless you have other securities from the issue that can be combined to reach the minimum denomination.

# **TD Ameritrade**

PO BOX 2577 - OMAHA NE 68103-2577
Please do not send deposits or correspondence to this address.

**TD AMERITRADE, INC.**
**PO BOX 2209**
**OMAHA NE 68103-2209**

ERIC DALE BJARNASON
1530 P B LN
B5045
WICHITA FALLS TX 76302-2612

## **Confirmation Notice**



| ACCOUNT NO. | OTHER INFO | TRANSACTION NUMBER | CAP CODES | YOUR REPRESENTATIVE | | |
|---|---|---|---|---|---|---|
| 234-378993-1 | | 40681880126 | A | TD AMERITRADE | | |
| **ACTIVITY** | **QUANTITY** | **CUSIP NUMBER** | **PRICE** | **PRINCIPAL AMOUNT** | **MISC. FEES** | **REG FEES** |
| YOU BOUGHT | 3,900 | 59134N104 | 1.95 | 7,605.00 | 0 | 0.00 |
| **AS OF TRADE DATE** | **TRADE DATE** | **SETTLEMENT DATE** | **INTEREST** | **COMMISSION/FEE** | **NET AMOUNT** | |
| | 02/10/2022 | 02/14/2022 | | 0.00 | 7,605.00 | |
| **TRADE DESCRIPTION** | | | **SYMBOL** | | | |

META MATERIALS INC
COM                                                MMAT

THIS IS AN UNSOLICITED TRADE
FOR FURTHER INFORMATION REGARDING YOUR TRADE CONFIRMATION
PLEASE REFER TO THE TERMS AND CONDITIONS.
*CLBL - If the above security description includes a 'CLBL' notation, this transaction involves a debt security
that is subject to call or redemption before maturity. The debt security may be called or redeemed in whole
or in part before maturity which could affect its yield. Additional information is available upon request.

# TD Ameritrade

**Confirmation Notice**
**Account 234-378993**
Page 2 of 2

| ACCOUNT CODE: Type of Account | | CAPACITY CODE: | | |
|---|---|---|---|---|
| 1. Cash | 2. Margin Long | A= Agent    C= Cross Trade    P= Principal    R= Riskless Principal | | |
| 3. Margin Short | 4. Income | Prime Broker if provided (contact the executing broker for further details) | | |
| 5. Withholding | 6. Special | 3= Agent for person other than customer | 4= Agent for both customer and another person | 5= Principal for some executions and agent for other |
| | | 6= Acts as both principal and agent | 7= Acts as principal, agent and agent for another person | 8= Crossing as agent |
| | | 9= Crossing as principal | | |

IT IS AGREED BETWEEN THE EXECUTING BROKER AND THE CUSTOMER NAMED HEREIN THAT:

1. TD Ameritrade Clearing, Inc., member of FINRA/SIPC acts as the clearing agent.
2. This confirmation is a transaction advice, not an invoice. Remittance of funds or securities is due on or before settlement date. Certain security information is collected at the time the confirmation is generated and may vary from the information at the time the trade was placed.
3. You will report any errors immediately and/or notify us if not entirely in accordance with your understanding.
4. All transactions are subject to the rules, regulations, requirements (including margin requirements) and customs of the Federal Reserve Board, the Securities and Exchange Commission, the Exchange or market (and its clearing house, if any) where executed, and of any association whose rules and regulations govern transactions in said market, and to all the terms of our general customer's agreements between you and us. Wisconsin customers' agency trades are unsolicited.
5. The securities described are, or may be hypothecated under circumstances which will permit the commingling thereof with securities carried for the account of the other customers. Such commingling, if any, ceases upon payment by you for these securities in the net amount due.
6. The name of the other party or broker in the transaction, the date, the time of execution, source and amount of remuneration will be furnished upon request, if not already displayed.
7. If this transaction is a sale and the securities are not already in our possession and do not represent a short sale, please forward them immediately to avoid possible payment of premiums or buy-in charges.
8. If payment is not made on or prior to the date required by Regulation T of the Federal Reserve Board, we reserve the right without further notice, to cancel this transaction, or at our option, to sell the securities covered hereby and hold you liable for resulting loss.
9. Commission/Fee represents base commission and any options contract, exercise, and assignment fees. For Alternative Investments (AI), also called Non Standard Assets (NSA), Commission/Fee represents transaction fees applicable to purchases, capital call processing, and redemptions. TD Ameritrade will charge a Reg Fee on certain transactions. These charges are typically based on fees assessed under various regulations applicable to transactions. It may include any of the following: a sales fee on certain sell transactions (assessed at a rate consistent with Section 31 of the Securities Exchange Act of 1934), the Options Regulatory Fee (applicable to options transactions), and the Trading Activity Fee (assessed at a rate consistent with Section 1 of Schedule A of FINRA's By-Laws), among other charges. Transactions in foreign securities (including foreign company ADRs that trade in the U.S.) may include taxes and fees charged by the foreign markets or governments, which may be reflected in the price of the security or charged as an independent line item on your monthly statement.
10. Misc. Fees will be explained upon request. For transactions involving certain Index Options, TD Ameritrade may charge an Index Option Fee in accordance with the Chicago Board Options Exchange (CBOE) Global Markets, Inc. fee schedule. This fee will be reflected in the Misc. Fee field. A copy of the CBOE Options Exchange Fee Schedule can also be found on www.cboe.com. Other Misc. Fees may include Prime Broker fees or Special Settlement fees, where applicable.
11. If this transaction involves a debt security that is subject to call or redemption before maturity, the debt security may be called or redeemed in whole or in part before maturity which could affect its yield. Additional information is available upon request. On zero coupons, interest and multiplier securities, no periodic payment of interest or principal are generally made. These securities may be callable, below maturity value, without notice by mail to holder unless the securities are held in registered form. On asset backed debt securities, yields are subject to fluctuation depending on prepayment, specific information is available upon request. For inflation indexed securities yield to maturity may vary due to inflation adjustments.
12. The firm receives compensation for directing listed and over-the-counter securities, and options order flow to selected market centers for execution. The source and nature of payment received in connection with a particular transaction will be furnished upon request.
13. Leveraged and inverse ETFs entail unique risks, including but not limited to: use of leverage; aggressive and complex investment techniques; and use of derivatives. Leveraged ETFs seek to deliver multiples of the performance of a benchmark. Inverse ETFs seek to deliver the opposite of the performance of a benchmark. Both seek results over periods as short as a single day. Results of both strategies can be affected substantially by compounding. Returns over longer periods will likely differ in amount and even direction. These products require active monitoring and management, as frequently as daily. They are not suitable for all investors.
14. Bonds and/or fixed-income securities trade differently than equity securities and do not trade on a listed exchange. Rather, they trade in the OTC (over the counter) marketplace and liquidity may not always exist for you to sell your position prior to maturity.
15. If you request the sale of a nonmarketable or worthless security, TD Ameritrade will be the buyer in the transaction in the event a market cannot be located. In such a sale, you are deeming the security worthless and TD Ameritrade thereby makes no representation regarding the present or future value of these securities. The transaction is irrevocable and you will have no further claim to the securities and no claim against TD Ameritrade for any losses related to the sale.
16. To access the Official Statement (e.g., prospectus, program disclosure document, information statement, etc.) related to Municipal Bonds, Government Sponsored Enterprise Debt, or Federal Agency Securities, please visit the applicable website and enter the CUSIP: Federal Farm Credit Bank (FFCB): www.farmcredit-ffcb.com, Federal Home Loan Bank (FHLB): www.fhlb-of.com, Federal Home Loan Mortgage Corporation (Freddie Mac): www.freddiemac.com, Federal National Mortgage Association (Fannie Mae): www.fanniemae.com, Government National Mortgage Association: www.ginniemae.gov, Municipal Bonds: www.emma.msrb.org. A copy of the Official Statement can be requested by calling 800-669-3900.
17. The security that you purchased may have a minimum denomination set by the issuer, which may reduce the number of investors willing to purchase the security and, therefore, adversely impact the price that you receive for the security. The quantity of securities you purchased is below the minimum denomination and may adversely affect the liquidity of the position unless you have other securities from the issue that can be combined to reach the minimum denomination.

**TD Ameritrade**

CASE# 24-50792

PO BOX 2577 - OMAHA NE 68103-2577
Please do not send deposits or correspondence to this address.

TD AMERITRADE, INC.
PO BOX 2209
OMAHA NE 68103-2209

ERIC DALE BJARNASON ████████
1530 P B LN
B5045
WICHITA FALLS TX 76302-2612



## Confirmation Notice

| ACCOUNT NO. | OTHER INFO | TRANSACTION NUMBER | CAP CODES | YOUR REPRESENTATIVE | | |
|---|---|---|---|---|---|---|
| 234-378993-1 | | 43377228904 | A | TD AMERITRADE | | |
| **ACTIVITY** | **QUANTITY** | **CUSIP NUMBER** | **PRICE** | **PRINCIPAL AMOUNT** | **MISC. FEES** | **REG FEES** |
| YOU BOUGHT | 10,000 | 59134N104 | 1.54 | 15,400.00 | | 0.00 |
| **AS OF TRADE DATE** | **TRADE DATE** | **SETTLEMENT DATE** | **INTEREST** | **COMMISSION/FEE** | | **NET AMOUNT** |
| | 06/17/2022 | 06/22/2022 | | 0.00 | | 15,400.00 |
| **TRADE DESCRIPTION** | | | **SYMBOL** | | | |

META MATERIALS INC
COM

SYMBOL: MMAT

THIS IS AN UNSOLICITED TRADE
FOR FURTHER INFORMATION REGARDING YOUR TRADE CONFIRMATION
PLEASE REFER TO THE TERMS AND CONDITIONS.
*CLBL - If the above security description includes a 'CLBL' notation, this transaction involves a debt security
that is subject to call or redemption before maturity. The debt security may be called or redeemed in whole
or in part before maturity which could affect its yield. Additional information is available upon request.



| ACCOUNT CODE: Type of Account | | CAPACITY CODE: | |
|---|---|---|---|
| 1. Cash | 2. Margin Long | A= Agent    C= Cross Trade    P= Principal    R= Riskless Principal | |
| 3. Margin Short | 4. Income | Prime Broker if provided (contact the executing broker for further details) | |
| 5. Withholding | 6. Special | 3= Agent for person other than customer | 4= Agent for both customer and another person |
| | | 6= Acts as both principal and agent | 7= Acts as principal, agent and agent for another person |
| | | 9= Crossing as principal | |

(Capacity code right column): 5= Principal for some executions and agent for other  8= Crossing as agent

IT IS AGREED BETWEEN THE EXECUTING BROKER AND THE CUSTOMER NAMED HEREIN THAT.

1. TD Ameritrade Clearing, Inc., member of FINRA/SIPC acts as the clearing agent.
2. This confirmation is a transaction advice, not an invoice. Remittance of funds or securities is due on or before settlement date. Certain security information is collected at the time the confirmation is generated and may vary from the information at the time the trade was placed.
3. You will report any errors immediately and/or notify us if not entirely in accordance with your understanding.
4. All transactions are subject to the rules, regulations, requirements (including margin requirements) and customs of the Federal Reserve Board, the Securities and Exchange Commission, the Exchange or market (and its clearing house, if any) where executed, and of any association whose rules and regulations govern transactions in said market, and to all the terms of our general customer's agreements between you and us. Wisconsin customers' agency trades are unsolicited.
5. The securities that are, or may be hypothecated under circumstances which will permit the commingling thereof with securities carried for the account of the other customers. Such commingling, if any, ceases upon payment by you for these securities in the net amount due.
6. The name of the other party or broker in the transaction, the date, the time of execution, source and amount of remuneration will be furnished upon request, if not already displayed.
7. If this transaction is a sale and the securities are not already in our possession and do not represent a short sale, please forward them immediately to avoid possible payment of premium or guaranteed funds borrowed.
8. If payment is not made on or prior to the date required by Regulation T of the Federal Reserve Board, we reserve the right without further notice, to cancel this transaction, or at our option, to sell the securities covered hereby and hold you liable for resulting loss.
9. Commission/Fee represents base commission and any options contract, exercise, and assignment fees. For Alternative Investments (AI), also called Non Standard Assets (NSA), Commission/Fee represents transaction fees applicable to purchases, capital call processing, and redemptions. TD Ameritrade will charge a Reg Fee on certain transactions. These charges are typically based on fees assessed under various regulations applicable to transactions. It may include any of the following: a sales fee on certain sell transactions (assessed at a rate consistent with Section 31 of the Securities Exchange Act of 1934), the Options Regulatory Fee (applicable to options transactions), and the Trading Activity Fee (assessed at a rate consistent with Section 1 of Schedule A of FINRA's By-Laws), among other charges. Transactions in foreign securities (including foreign company ADRs that trade in the U.S.) may include taxes and fees charged by the foreign markets or governments, which may be reflected in the price of the security or charged as an independent line item on your monthly statement.
10. Misc. Fees will be explained upon request. For transactions involving certain Index Options, TD Ameritrade may charge an Index Option Fee in accordance with the Chicago Board Options Exchange (CBOE) Global Markets, Inc. fee schedule. This fee will be reflected in the Misc. Fee field. A copy of the CBOE Options Exchange Fee Schedule can also be found on www.cboe.com. Other Misc. Fees may include Prime Broker fees or Special Settlement fees, where applicable.
11. If this transaction involves a debt security that is subject to call or redemption before maturity, the debt security may be called or redeemed in whole or in part before maturity which could affect its yield. Additional information is available upon request. On zero coupons, interest and multiplier securities, no periodic payment of interest or principal are generally made. These securities may be callable, below maturity value, without notice by mail to holder unless the securities are held in registered form. On asset backed debt securities, yields are subject to fluctuation depending on prepayment, specific information is available upon request. For inflation indexed securities yield to maturity may vary due to inflation adjustments.
12. The firm receives compensation for directing listed and over-the-counter securities, and options order flow to selected market centers for execution. The source and nature of payment received in connection with a particular transaction will be furnished upon request.
13. Leveraged and inverse ETFs entail unique risks, including but not limited to: use of leverage; aggressive and complex investment techniques; and use of derivatives. Leveraged ETFs seek to deliver multiples of the performance of a benchmark. Inverse ETFs seek to deliver the opposite of the performance of a benchmark. Both seek results over periods as short as a single day. Results of both strategies can be affected substantially by compounding. Returns over longer periods will likely differ in amount and even direction. These products require active monitoring and management, as frequently as daily. They are not suitable for all investors.
14. Bonds and/or fixed-income securities trade differently than equity securities and do not trade on a listed exchange. Rather, they trade in the OTC (over the counter) marketplace and liquidity may not always exist for you to sell your position prior to maturity.
15. If you request the sale of a nonmarketable or worthless security, TD Ameritrade will be the buyer in the transaction in the event a market cannot be located. In such a sale, you are deeming the security worthless and TD Ameritrade thereby makes no representation regarding the present or future value of these securities. The transaction is irreversible and you will have no further claim on the security and can claim against TD Ameritrade for any losses related to the sale.
16. To access the Official Statement (e.g., prospectus, program disclosure document, information statement, etc.) related to Municipal Bonds, Government Sponsored Enterprise Debt, or Federal Agency Securities, please visit the applicable website and enter the CUSIP: Federal Farm Credit Bank (FFCB): www.farmcreditfcb.com, Federal Home Loan Bank (FHLB): www.fhlb-of.com, Federal Home Loan Mortgage Corporation (Freddie Mac): www.freddiemac.com, Federal National Mortgage Association (Fannie Mae): www.fanniemae.com, Government National Mortgage Association: www.ginniemae.gov, Municipal Bonds: www.emma.msrb.org. A copy of the Official Statement can be requested by calling 800-669-3900.
17. The security that you purchased may have a minimum denomination set by the issuer, which may reduce the number of investors willing to purchase the security and, therefore, adversely impact the price that you receive for the security. The quantity of securities you purchased is below the minimum denomination and may adversely affect the liquidity of the position unless you have other securities from the issue that can be combined to reach the minimum denomination.

# **TD Ameritrade**

PO BOX 2577 - OMAHA NE 68103-2577
Please do not send deposits or correspondence to this address.

**TD AMERITRADE, INC.**
**PO BOX 2209**
**OMAHA NE 68103-2209**

ERIC DALE BJARNASON
~~1530 P B LN~~
~~B5045~~
~~WICHITA FALLS TX 76302-2612~~
6 KEEBLER LN
SHERIDAN, WY 82801

## Confirmation Notice



| ACCOUNT NO. | OTHER INFO | TRANSACTION NUMBER | CAP CODES | YOUR REPRESENTATIVE | |
|---|---|---|---|---|---|
| 234-378993-1 | | 41385023969 | A | TD AMERITRADE | |
| **ACTIVITY** | **QUANTITY** | **CUSIP NUMBER** | **PRICE** | **PRINCIPAL AMOUNT** | **MISC. FEES** | **REG FEES** |
| YOU SOLD | 5,000 | 59134N104 | 1.7001 | 8,500.50 | | 0.69 |
| **AS OF TRADE DATE** | **TRADE DATE** | **SETTLEMENT DATE** | **INTEREST** | **COMMISSION/FEE** | **NET AMOUNT** |
| | 03/16/2022 | 03/18/2022 | | 0.00 | 8,499.81 |

TRADE DESCRIPTION — SYMBOL
META MATERIALS INC
COM                                    MMAT

CONFIRMATION OF TAX LOT METHOD AVAILABLE VIA GAIN/LOSS PAGE.
THIS IS AN UNSOLICITED TRADE
FOR FURTHER INFORMATION REGARDING YOUR TRADE CONFIRMATION
PLEASE REFER TO THE TERMS AND CONDITIONS.
*CLBL - If the above security description includes a 'CLBL' notation, this transaction involves a debt security that is subject to call or redemption before maturity. The debt security may be called or redeemed in whole or in part before maturity which could affect its yield. Additional information is available upon request.

| ACCOUNT NO. | OTHER INFO | TRANSACTION NUMBER | CAP CODES | YOUR REPRESENTATIVE | |
|---|---|---|---|---|---|
| 234-378993-1 | | 41385027615 | A | TD AMERITRADE | |
| **ACTIVITY** | **QUANTITY** | **CUSIP NUMBER** | **PRICE** | **PRINCIPAL AMOUNT** | **MISC. FEES** | **REG FEES** |
| YOU SOLD | 10,000 | 59134N104 | 1.71 | 17,100.00 | | 1.39 |
| **AS OF TRADE DATE** | **TRADE DATE** | **SETTLEMENT DATE** | **INTEREST** | **COMMISSION/FEE** | **NET AMOUNT** |
| | 03/16/2022 | 03/18/2022 | | 0.00 | 17,098.61 |

TRADE DESCRIPTION — SYMBOL
META MATERIALS INC
COM                                    MMAT

CONFIRMATION OF TAX LOT METHOD AVAILABLE VIA GAIN/LOSS PAGE.
THIS IS AN UNSOLICITED TRADE
FOR FURTHER INFORMATION REGARDING YOUR TRADE CONFIRMATION
PLEASE REFER TO THE TERMS AND CONDITIONS.
*CLBL - If the above security description includes a 'CLBL' notation, this transaction involves a debt security that is subject to call or redemption before maturity. The debt security may be called or redeemed in whole or in part before maturity which could affect its yield. Additional information is available upon request.



**Confirmation Notice**
**Account 234-378993**
Page 2 of 2

| ACCOUNT NO. | OTHER INFO | TRANSACTION NUMBER | CAP CODES | YOUR REPRESENTATIVE | | |
|---|---|---|---|---|---|---|
| 234-378993-1 | | 41385230495 | A | TD AMERITRADE | | |
| ACTIVITY | QUANTITY | CUSIP NUMBER | PRICE | PRINCIPAL AMOUNT | MISC. FEES | REG FEES |
| YOU SOLD | 2,662 | 59134N104 | 1.7001 | 4,525.67 | | 0.37 |
| AS OF TRADE DATE | TRADE DATE | SETTLEMENT DATE | INTEREST | COMMISSION/FEE | | NET AMOUNT |
| | 03/16/2022 | 03/18/2022 | | 0.00 | | 4,525.30 |

TRADE DESCRIPTION

SYMBOL

META MATERIALS INC
COM

MMAT

CONFIRMATION OF TAX LOT METHOD AVAILABLE VIA GAIN/LOSS PAGE.
THIS IS AN UNSOLICITED TRADE
FOR FURTHER INFORMATION REGARDING YOUR TRADE CONFIRMATION
PLEASE REFER TO THE TERMS AND CONDITIONS.
*CLBL - If the above security description includes a 'CLBL' notation, this transaction involves a debt security
that is subject to call or redemption before maturity. The debt security may be called or redeemed in whole
or in part before maturity which could affect its yield. Additional information is available upon request.

| ACCOUNT NO. | OTHER INFO | TRANSACTION NUMBER | CAP CODES | YOUR REPRESENTATIVE | | |
|---|---|---|---|---|---|---|
| 234-378993-1 | | 41391606278 | A | TD AMERITRADE | | |
| ACTIVITY | QUANTITY | CUSIP NUMBER | PRICE | PRINCIPAL AMOUNT | MISC. FEES | REG FEES |
| YOU SOLD | 22,338 | 59134N104 | 1.71 | 38,197.98 | 0 | 3.09 |
| AS OF TRADE DATE | TRADE DATE | SETTLEMENT DATE | INTEREST | COMMISSION/FEE | | NET AMOUNT |
| | 03/16/2022 | 03/18/2022 | | 0.00 | | 38,194.89 |

TRADE DESCRIPTION

SYMBOL

META MATERIALS INC
COM

MMAT

CONFIRMATION OF TAX LOT METHOD AVAILABLE VIA GAIN/LOSS PAGE.
THIS IS AN UNSOLICITED TRADE
FOR FURTHER INFORMATION REGARDING YOUR TRADE CONFIRMATION
PLEASE REFER TO THE TERMS AND CONDITIONS.
*CLBL - If the above security description includes a 'CLBL' notation, this transaction involves a debt security
that is subject to call or redemption before maturity. The debt security may be called or redeemed in whole
or in part before maturity which could affect its yield. Additional information is available upon request.

| ACCOUNT CODE: Type of Account | | CAPACITY CODE: | |
|---|---|---|---|
| 1. Cash | 2. Margin Long | A= Agent    C= Cross Trade    P= Riskless Principal | |
| 3. Margin Short | 4. Income | Prime Broker (P provided (contact the executing broker for further details) | |
| 5. Withholding | 6. Special | 3= Agent for person other than customer | 4= Agent for person other than person    S= Principal for some executions and agent for other |
| | | 6= Acts as both principal and agent | 7= Acts as principal, agent and agent for another person    8= Crossing as agent |
| | | 9= Crossing as principal | |

IT IS AGREED BETWEEN THE EXECUTING BROKER AND THE CUSTOMER NAMED HEREIN THAT:
1. TD Ameritrade Clearing, Inc., member of FINRA/SIPC acts as the clearing agent.
2. This confirmation of a transaction advice, not an invoice. Remittance of funds or securities is due on or before settlement date. Certain security information is collected at the time the confirmation is generated and may vary from the information at the time the trade was placed.
3. You will report any errors immediately and/or notify us if not entirely in accordance with your understanding.
4. All transactions are subject to the rules, regulations, requirements (including margin requirements) and customs of the Federal Reserve Board, the Securities and Exchange Commission, the Exchange or market (and its clearing house, if any) where executed, and of any association whose rules and regulations govern transactions in said market, and to all the terms of our general customer's agreements between you and us. Wisconsin customers' agency trades are unsolicited.
5. The securities described are, or may be hypothecated under circumstances which will permit the commingling thereof with securities carried for the account of the other customers. Such commingling, if any, ceases upon payment by you for these securities in the net amount due.
6. The name of the other party or broker in the transaction, the date, the time of execution, source and amount of remuneration will be furnished upon request, if not already displayed.
7. If this transaction is a sale and the securities are not already in our possession and do not represent a short sale, please forward them immediately to avoid possible payment of premium on securities borrowed.
8. If payment is not made on or prior to the date required by Regulation T of the Federal Reserve Board, we reserve the right without further notice, to cancel this transaction, or at our option, to sell the securities covered hereby and hold you liable for resulting loss.
9. Commission/Fee represents base commission and any options contract, exercise, and assignment fees. For Alternative Investments (AI), also called Non Standard Assets (NSA), Commission/Fee represents transaction fees applicable to purchases, capital call processing, and redemptions. TD Ameritrade will charge a Reg Fee on certain transactions. These charges are typically based on fees assessed under various regulations applicable to transactions. It may include any of the following: a sales fee on certain sell transactions (assessed at a rate consistent with Section 31 of the Securities Exchange Act of 1934), the Options Regulatory Fee (applicable to options transactions), and the Trading Activity Fee (assessed at a rate consistent with Section 1 of FINRA's By-Law), among other charges. Transactions in foreign securities (including foreign company ADRs that trade in the U.S.) may include taxes and fees charged by the foreign markets or governments, which may be reflected in the price of the security or charged as an independent line item on your monthly statement.
10. Misc. Fees will be explained upon request. For transactions involving certain Index Options, TD Ameritrade may charge an Index Option Fee in accordance with the Chicago Board Options Exchange (CBOE) Global Markets, Inc. fee schedule. This fee will be reflected in the Misc. Fee field. A copy of the CBOE Options Exchange Fee Schedule can also be found on www.cboe.com. Other Misc. Fees may include Prime Broker fees or Special Settlement fees, where applicable.
11. If this transaction involves a debt security that is subject to call or redemption before maturity, the debt security may be called or redeemed in whole or in part before maturity which could affect its yield. Additional information is available upon request. On zero coupons, interest and multiplier securities, no periodic payment of interest or principal are generally made. These securities may be callable, below maturity value, without notice by mail to holder unless the securities are held in registered form. On asset backed debt securities, yields are subject to fluctuation depending on prepayment, specific information is available upon request. For inflation indexed securities yield to maturity may vary due to inflation adjustments.
12. The firm receives compensation for directing listed and over-the-counter securities, and options order flow to selected market centers for execution. The source and nature of payment received in connection with a particular transaction will be furnished upon request.
13. Leveraged and Inverse ETFs entail unique risks, including but not limited to: use of leverage; aggressive and complex investment techniques; and use of derivatives. Leveraged ETFs seek to deliver multiples of the performance of a benchmark. Inverse ETFs seek to deliver the opposite of the performance of a benchmark. Both seek results over periods as short as a single day. Results of both strategies can be affected substantially by compounding. Returns over longer periods will likely differ in amount and even direction. These products require active monitoring and management, as frequently as daily. They are not suitable for all investors.
14. Bonds and/or fixed-income securities trade differently than equity securities and do not trade on a listed exchange. Rather, they trade in the OTC (over the counter) marketplace and liquidity may not always exist for you to sell your position prior to maturity.
15. If you request the sale of a nonmarketable or worthless security, TD Ameritrade will be the buyer in the event a market cannot be located. In such a sale, you are deeming the security worthless and TD Ameritrade thereby makes no representation regarding the present or future value of these securities. The transaction is irreversible and you will have no further claim to the securities and no claim against TD Ameritrade for any losses related to the sale.
16. To access the Official Statement (e.g., prospectus, program disclosure document, information statement, etc.) related to Municipal Bonds, Government Sponsored Enterprise Debt, or Federal Agency Securities, please visit the applicable website and enter the CUSIP: Federal Farm Credit Bank (FFCB): www.farmcredit-ffcb.com, Federal Home Loan Bank (FHLB): www.fhlb-of.com, Federal Home Loan Mortgage Corporation (Freddie Mac): www.freddiemac.com, Federal National Mortgage Association (Fannie Mae): www.fanniemae.com, Government National Mortgage Association: www.ginniemae.gov, Municipal Bonds: www.emma.msrb.org. A copy of the Official Statement can be requested by calling 800-669-3900.
17. The security that you purchased may have a minimum denomination set by the issuer, which may reduce the number of investors willing to purchase the security and, therefore, adversely impact the price that you receive for the security. The quantity of securities you purchased is below the minimum denomination and may adversely affect the liquidity of the position unless you have other securities from the issue that can be combined to reach the minimum denomination.

CASE 24-50792

# TD Ameritrade

PO BOX 2577 - OMAHA NE 68103-2577
Please do not send deposits or correspondence to this address.

**TD AMERITRADE, INC.**
**PO BOX 2209**
**OMAHA NE 68103-2209**

ERIC DALE BJARNASON ▬▬▬▬▬▬▬
1530 P B LN
B5045
WICHITA FALLS  TX  76302-2612



## Confirmation Notice

| ACCOUNT NO. | OTHER INFO | TRANSACTION NUMBER | CAP CODES | YOUR REPRESENTATIVE | | |
|---|---|---|---|---|---|---|
| 234-378993-1 | | 46746024492 | A | TD AMERITRADE | | |
| **ACTIVITY** | **QUANTITY** | **CUSIP NUMBER** | **PRICE** | **PRINCIPAL AMOUNT** | **MISC. FEES** | **REG FEES** |
| YOU SOLD | 400 | 59134N104 | 2.045 | 818.00 | | 0.07 |
| **AS OF TRADE DATE** | **TRADE DATE** | **SETTLEMENT DATE** | **INTEREST** | **COMMISSION/FEE** | | **NET AMOUNT** |
| | 12/06/2022 | 12/08/2022 | | 0.00 | | 817.93 |
| **TRADE DESCRIPTION** | | | **SYMBOL** | | | |

META MATERIALS INC                                     MMAT
COM

CONFIRMATION OF TAX LOT METHOD AVAILABLE VIA GAIN/LOSS PAGE.
THIS IS AN UNSOLICITED TRADE
FOR FURTHER INFORMATION REGARDING YOUR TRADE CONFIRMATION
PLEASE REFER TO THE TERMS AND CONDITIONS.
*CLBL - If the above security description includes a 'CLBL' notation, this transaction involves a debt security
that is subject to call or redemption before maturity. The debt security may be called or redeemed in whole
or in part before maturity which could affect its yield. Additional information is available upon request.

| ACCOUNT NO. | OTHER INFO | TRANSACTION NUMBER | CAP CODES | YOUR REPRESENTATIVE | | |
|---|---|---|---|---|---|---|
| 234-378993-1 | | 46746024508 | A | TD AMERITRADE | | |
| **ACTIVITY** | **QUANTITY** | **CUSIP NUMBER** | **PRICE** | **PRINCIPAL AMOUNT** | **MISC. FEES** | **REG FEES** |
| YOU SOLD | 9,600 | 59134N104 | 2.04 | 19,584.00 | 0 | 1.70 |
| **AS OF TRADE DATE** | **TRADE DATE** | **SETTLEMENT DATE** | **INTEREST** | **COMMISSION/FEE** | | **NET AMOUNT** |
| | 12/06/2022 | 12/08/2022 | | 0.00 | | 19,582.30 |
| **TRADE DESCRIPTION** | | | **SYMBOL** | | | |

META MATERIALS INC                                     MMAT
COM

CONFIRMATION OF TAX LOT METHOD AVAILABLE VIA GAIN/LOSS PAGE.
THIS IS AN UNSOLICITED TRADE
FOR FURTHER INFORMATION REGARDING YOUR TRADE CONFIRMATION
PLEASE REFER TO THE TERMS AND CONDITIONS.
*CLBL - If the above security description includes a 'CLBL' notation, this transaction involves a debt security
that is subject to call or redemption before maturity. The debt security may be called or redeemed in whole
or in part before maturity which could affect its yield. Additional information is available upon request.

# TD Ameritrade

**Confirmation Notice**
**Account 234-378993**
Page 2 of 2

| ACCOUNT CODE: Type of Account | | | | | CAPACITY CODE: | | |
|---|---|---|---|---|---|---|---|
| 1. Cash | 2. Margin Long | A= Agent | C= Cross Trade | P= Principal | R= Riskless Principal | | |
| 3. Margin Short | 4. Income | Prime Broker if provided (contact the executing broker for further details) | | | | | |
| 5. Withholding | 6. Special | 3= Agent for person other than customer | | 4= Agent for both customer and another person | | 5= Principal for some executions and agent for other | |
| | | 6= Acts as both principal and agent | | 7= Acts as principal, agent and agent for another person | | 8= Crossing as agent | |
| | | 9= Crossing as principal | | | | | |

IT IS AGREED BETWEEN THE EXECUTING BROKER AND THE CUSTOMER NAMED HEREIN THAT:

1. TD Ameritrade Clearing, Inc., member of FINRA/SIPC acts as the clearing agent.

2. This confirmation is a transaction advice, not an invoice. Remittance of funds or securities is due on or before settlement date. Certain security information is collected at the time the confirmation is generated and may vary from the information at the time the trade was placed.

3. You will report any errors immediately and/or notify us if not entirely in accordance with your understanding.

4. All transactions are subject to the rules, regulations, requirements (including margin requirements) and customs of the Federal Reserve Board, the Securities and Exchange Commission, the Exchange or market (and its clearing house, if any) where executed, and of any association whose rules and regulations govern transactions in said market, and to all the terms of our general customer's agreements between you and us. Wisconsin customers' agency trades are unsolicited.

5. The securities described are, or may be hypothecated under circumstances which will permit the commingling thereof with securities carried for the account of the other customers. Such commingling, if any, ceases upon payment by you for these securities in the net amount due.

6. The name of the other party or broker in the transaction, the date, the time of execution, source and amount of remuneration will be furnished upon request, if not already displayed.

7. If this transaction is a sale and the securities are not already in our possession and do not represent a short sale, please forward them immediately to avoid possible payment of agency brokerage fees.

8. If payment is not made on or prior to the date required by Regulation T of the Federal Reserve Board, we reserve the right without further notice, to cancel this transaction, or at our option, to sell the securities covered hereby and hold you liable for resulting loss.

9. Commission/Fee represents base commission and any options contract, exercise, and assignment fees. For Alternative Investments (AI), also called Non Standard Assets (NSA), Commission/Fee represents transaction fees applicable to purchases, capital call processing, and liquidations. TD Ameritrade will charge a Reg Fee on certain transactions. These charges are typically based on fees assessed under various regulations applicable to transactions. It may include any of the following: a sales fee on certain sell transactions (assessed at a rate consistent with Section 31 of the Securities Exchange Act of 1934), the Options Regulatory Fee (applicable to options transactions), and the Trading Activity Fee (assessed at a rate consistent with Section 1 of Schedule A of FINRA's By-Laws), among other charges. Transactions in foreign securities (including foreign company ADRs that trade in the U.S.) may include taxes and fees charged by the foreign markets or governments, which may be reflected in the price of the security or charged as an independent line item on your monthly statement.

10. Misc. Fees will be explained upon request. For transactions involving certain Index Options, TD Ameritrade may charge an Index Option Fee in accordance with the Chicago Board Options Exchange (CBOE) Global Markets, Inc. fee schedule. This fee will be reflected in the Misc. Fee field. A copy of the CBOE Options Exchange Fee Schedule can also be found on www.cboe.com. Other Misc. Fees may include Prime Broker fees or Special Settlement fees, where applicable.

11. If this transaction involves a debt security that is subject to call or redemption before maturity, the debt security may be called or redeemed in whole or in part before maturity which could affect its yield. Additional information is available upon request. On zero coupons, interest and multiplier securities, no periodic payment of interest or principal are generally made. These securities may be callable, below maturity value, without notice by mail to holder unless the securities are held in registered form. On asset backed debt securities, yields are subject to fluctuation depending on prepayment, specific information is available upon request. For inflation indexed securities yield to maturity may vary due to inflation adjustments.

12. The firm receives compensation for directing listed and over-the-counter securities, and options order flow to selected market centers for execution. The source and nature of payment received in connection with a particular transaction will be furnished upon request.

13. Leveraged and Inverse ETFs entail unique risks, including but not limited to: use of leverage; aggressive and complex investment techniques; and use of derivatives. Leveraged ETFs seek to deliver multiples of the performance of a benchmark. Inverse ETFs seek to deliver the opposite of the performance of a benchmark. Both seek results over periods as short as a single day. Results of both strategies can be affected substantially by compounding. Returns over longer periods will likely differ in amount and even direction. These products require active monitoring and management, as frequently as daily. They are not suitable for all investors.

14. Bonds and/or fixed-income securities trade differently than equity securities and do not trade on a listed exchange. Rather, they trade in the OTC (over the counter) marketplace and liquidity may not always exist for you to sell your position prior to maturity.

15. If you request the sale of a nonmarketable or worthless security, TD Ameritrade will be the buyer in the transaction in the event a market cannot be located. In such a sale, you are deeming the security worthless and TD Ameritrade thereby makes no representation regarding the present or future value of these securities. The transaction is irreversible and you will have no further claim to the securities and no claim against TD Ameritrade for any losses related to the sale.

16. To access the Official Statement (e.g., prospectus, program disclosure document, information statement, etc.) related to Municipal Bonds, Government Sponsored Enterprise Debt, or Federal Agency Securities, please visit the applicable website and enter the CUSIP: Federal Farm Credit Bank (FFCB): www.farmcredit-ffcb.com, Federal Home Loan Bank (FHLB): www.fhlb-of.com, Federal Home Loan Mortgage Corporation (Freddie Mac): www.freddiemac.com, Federal National Mortgage Association (Fannie Mae): www.fanniemae.com, Government National Mortgage Association: www.ginniemae.gov, Municipal Bonds: www.emma.msrb.org. A copy of the Official Statement can be requested by calling 800-669-3900.

17. The security that you purchased may have a minimum denomination set by the issuer, which may reduce the number of investors willing to purchase the security and, therefore, adversely impact the price that you receive for the security. The quantity of securities purchased is below the minimum denomination and may adversely affect the liquidity of the position unless you have other securities from the issue that can be combined to reach the minimum denomination.