NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | **PROOF OF INTEREST** |
|---|---|

Name of Debtor:

**META MATERIALS INC.**

Case Number:

24-50792

1. **Name and address of holder of the Equity Interest** (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

*MARK HOLTZCLAW*
*948 TARA HILLS DR.*
*PINOLE, CA - 94564*

Telephone Number: *925-382-8005*

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

☑ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

**RECEIVED AND FILED**

**DEC 12 2024**

**U.S. BANKRUPTCY COURT**
**MARY A. SCHOTT, CLERK**

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

**COURT USE ONLY**

Account or other number by which Interest holder identifies Debtor:

445412307

Check here if this claim:
☐ replaces a previously filed Proof of Interest dated: _____
☐ amends a previously filed Proof of Interest dated: _____

2. **Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:**

Mark Holtzclaw
Robinhood, Inc. 85 Willow Rd, Menlo Park, CA 94025

**Telephone Number:** 925-382-8005

3. **Date Equity Interest was acquired:** 01/01/2021

*SEE ATTACHED*

4. **Total amount of member interest:** See Attached

5. **Certificate number(s):** See Attached

6. **Type of Equity Interest:**
Please indicate the type of Equity Interest you hold:
☑ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
☐ Check this box if your Equity Interest is based on anything else and describe that interest:
**Description:** Investor

7. **Supporting Documents:** Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. **Date-Stamped Copy:** To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

9. **Signature:**
Check the appropriate box.
☑ I am the creditor.   ☐ I am the creditor's authorized agent.
(Attach copy of power of attorney, if any.)
☐ I am the trustee, or the debtor, or their authorized agent.
(See Bankruptcy Rule 3004.)
☐ I am a guarantor, surety, endorser, or other codebtor.
(See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: Mark Holtzclaw
Title:
Company: _____ Address and telephone number (if different from notice address above):
_____
_____

*(Signature)*   12/9/2024 *(Date)*

Telephone number: 925-382-8005   email: mark@clawcomm.com

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

# Robinhood 

85 Willow Rd, Menlo Park, CA 94025
help@robinhood.com

End date: 12/10/2024
**MARK HOLTZCLAW** Account #:445412307
948 Tara Hills Drive, Pinole, CA 94564

**Account Activity**

| Description | Symbol | Acct Type | Transaction | Date | Qty | Price | Debit | Credit |
|---|---|---|---|---|---|---|---|---|
| Torchlight Energy Resources CUSIP: 89102U103 | | Margin | SPR | 06/28/2021 | 25,117S | | | |
| Torchlight Energy Resources CUSIP: 89102U103 | TRCH | Margin | Buy | 06/22/2021 | 100 | $8.9677 | $896.77 | |
| Torchlight Energy Resources CUSIP: 89102U103 | TRCH | Margin | Buy | 06/18/2021 | 1,000 | $5.4099 | $5,409.90 | |
| Torchlight Energy Resources CUSIP: 89102U103 | TRCH | Margin | Buy | 06/18/2021 | 1,000 | $5.3999 | $5,399.90 | |
| Torchlight Energy Resources CUSIP: 89102U103 | TRCH | Margin | Buy | 06/17/2021 | 800 | $4.9198 | $3,935.84 | |
| Torchlight Energy Resources CUSIP: 89102U103 | TRCH | Margin | Buy | 06/17/2021 | 28 | $4.9200 | $137.76 | |
| Torchlight Energy Resources CUSIP: 89102U103 | TRCH | Margin | Buy | 06/17/2021 | 72 | $4.9200 | $354.24 | |
| Torchlight Energy Resources CUSIP: 89102U103 | TRCH | Margin | Buy | 06/17/2021 | 88 | $4.9200 | $432.96 | |
| Torchlight Energy Resources CUSIP: 89102U103 | TRCH | Margin | Buy | 06/17/2021 | 12 | $4.9200 | $59.04 | |
| Torchlight Energy Resources CUSIP: 89102U103 | TRCH | Margin | Buy | 06/17/2021 | 1,500 | $5.2399 | $7,859.85 | |
| Torchlight Energy Resources CUSIP: 89102U103 | TRCH | Margin | Buy | 05/20/2021 | 3,000 | $2.1200 | $6,360.00 | |
| Torchlight Energy Resources CUSIP: 89102U103 | TRCH | Margin | Buy | 05/20/2021 | 3,000 | $2.1194 | $6,358.20 | |

**Account Activity**

| Description | Symbol | Acct Type | Transaction | Date | Qty | Price | Debit | Credit |
|---|---|---|---|---|---|---|---|---|
| Torchlight Energy Resources<br>CUSIP: 89102U103 | TRCH | Margin | Buy | 03/26/2021 | 250 | $1.9285 | $482.13 | |
| Torchlight Energy Resources<br>CUSIP: 89102U103 | TRCH | Margin | Buy | 03/26/2021 | 25 | $1.9395 | $48.49 | |
| Torchlight Energy Resources<br>CUSIP: 89102U103 | TRCH | Margin | Buy | 03/26/2021 | 300 | $1.9395 | $581.85 | |
| Torchlight Energy Resources<br>CUSIP: 89102U103 | TRCH | Margin | Sell | 03/25/2021 | 37 | $1.9400 | | $71.78 |
| Torchlight Energy Resources<br>CUSIP: 89102U103 | TRCH | Margin | Sell | 03/25/2021 | 24 | $1.9400 | | $46.56 |
| Torchlight Energy Resources<br>CUSIP: 89102U103 | TRCH | Margin | Sell | 03/25/2021 | 13 | $1.9600 | | $25.48 |
| Torchlight Energy Resources<br>CUSIP: 89102U103 | TRCH | Margin | Sell | 03/25/2021 | 37 | $1.9600 | | $72.52 |
| Torchlight Energy Resources<br>CUSIP: 89102U103 | TRCH | Margin | Buy | 03/16/2021 | 500 | $2.3789 | $1,189.45 | |
| Torchlight Energy Resources<br>CUSIP: 89102U103 | TRCH | Margin | Buy | 03/16/2021 | 500 | $2.4289 | $1,214.45 | |
| Torchlight Energy Resources<br>CUSIP: 89102U103 | TRCH | Margin | Sell | 03/09/2021 | 258 | $2.1700 | | $559.82 |
| Torchlight Energy Resources<br>CUSIP: 89102U103 | TRCH | Margin | Buy | 02/19/2021 | 1,000 | $2.9389 | $2,938.90 | |
| Torchlight Energy Resources<br>CUSIP: 89102U103 | TRCH | Margin | Buy | 02/18/2021 | 1,500 | $3.2794 | $4,919.10 | |
| Torchlight Energy Resources<br>CUSIP: 89102U103 | TRCH | Margin | Buy | 01/13/2021 | 2,500 | $1.2300 | $3,075.00 | |
| Torchlight Energy Resources<br>CUSIP: 89102U103 | TRCH | Margin | Buy | 01/13/2021 | 600 | $1.2500 | $750.00 | |

**Account Activity**

| Description | Symbol | Acct Type | Transaction | Date | Qty | Price | Debit | Credit |
|---|---|---|---|---|---|---|---|---|
| Torchlight Energy Resources<br>CUSIP: 89102U103 | TRCH | Margin | Buy | 01/13/2021 | 700 | $1.2500 | $875.00 | |
| Torchlight Energy Resources<br>CUSIP: 89102U103 | TRCH | Margin | Buy | 01/13/2021 | 309 | $1.2500 | $386.25 | |
| Torchlight Energy Resources<br>CUSIP: 89102U103 | TRCH | Margin | Buy | 01/13/2021 | 291 | $1.2500 | $363.75 | |
| Torchlight Energy Resources<br>CUSIP: 89102U103 | TRCH | Margin | Buy | 01/13/2021 | 600 | $1.2500 | $750.00 | |
| Torchlight Energy Resources<br>CUSIP: 89102U103 | TRCH | Margin | Buy | 01/13/2021 | 2,193 | $1.2700 | $2,785.11 | |
| Torchlight Energy Resources<br>CUSIP: 89102U103 | TRCH | Margin | Buy | 01/12/2021 | 1,000 | $1.2600 | $1,260.00 | |
| Torchlight Energy Resources<br>CUSIP: 89102U103 | TRCH | Margin | Buy | 01/12/2021 | 704 | $1.2900 | $908.16 | |
| Torchlight Energy Resources<br>CUSIP: 89102U103 | TRCH | Margin | Buy | 01/12/2021 | 1,889 | $1.2900 | $2,436.81 | |
| Torchlight Energy Resources<br>CUSIP: 89102U103 | TRCH | Margin | Buy | 01/12/2021 | 25 | $1.3200 | $33.00 | |

## Important Information

Robinhood does not provide tax or legal advice. Please consult your tax advisor for questions regarding your specific tax situation. This information is provided as a courtesy for informational purposes only. It represents a snapshot in time and is not intended to be a comprehensive representation of account activity for tax or reporting purposes. Your brokerage account is with Robinhood Financial LLC and allows trading of equities and options, while digital assets trading is done through an account with Robinhood Crypto, LLC. Digital assets are not stocks and Robinhood Crypto is not a member of FINRA or the SIPC. Your digital asset investments are not covered by either FDIC or SIPC insurance.

1762825

| Open Date | Hold Date | Security ID | Security | Units | Open Orig Price | Book Cost | OPEN LONGS WS Cost Adj | Tax Cost | GL Term | Book Proceeds | OPEN SHORTS WS Cost Adj |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/23/23 | 10/23/23 | | MMAT1 16 JAN 2026 0.5 CALL (MMAT1260116C00000500) | 1 | 0.06 | 6.00 | | 6.00 | lt | | |
| 12/5/23 | 12/5/23 | | MMAT1 16 JAN 2026 0.5 CALL (MMAT1260116C00000500) | 1 | 0.0303 | 3.03 | | 3.03 | lt | | |
| 12/7/23 | 12/7/23 | | MMAT1 16 JAN 2026 0.5 CALL (MMAT1260116C00000500) | 10 | 0.0403 | 40.30 | | 40.30 | lt | | |
| 12/7/23 | 12/7/23 | | MMAT1 16 JAN 2026 0.5 CALL (MMAT1260116C00000500) | 15 | 0.0403 | 60.45 | | 60.45 | lt | | |
| 4/14/23 | 4/14/23 | | MMAT1 17 JAN 2025 0.5 CALL (MMAT1250117C00000500) | 13 | 0.10 | 130.00 | | 130.00 | lt | | |
| 4/24/23 | 4/24/23 | | MMAT1 17 JAN 2025 0.5 CALL (MMAT1250117C00000500) | 1 | 0.09 | 9.00 | | 9.00 | lt | | |
| 4/24/23 | 4/24/23 | | MMAT1 17 JAN 2025 0.5 CALL (MMAT1250117C00000500) | 1 | 0.09 | 9.00 | | 9.00 | lt | | |
| 5/22/23 | 4/6/23 | | MMAT1 17 JAN 2025 0.5 CALL (MMAT1250117C00000500) | 5 | 0.12004 | 60.02 | | 60.02 | lt | | |
| 5/22/23 | 4/6/23 | | MMAT1 17 JAN 2025 0.5 CALL (MMAT1250117C00000500) | 5 | 0.12004 | 60.02 | | 60.02 | lt | | |
| 5/22/23 | 4/6/23 | | MMAT1 17 JAN 2025 0.5 CALL (MMAT1250117C00000500) | 10 | 0.12003 | 120.03 | | 120.03 | lt | | |
| 5/22/23 | 4/6/23 | | MMAT1 17 JAN 2025 0.5 CALL (MMAT1250117C00000500) | 20 | 0.12003 | 240.06 | | 240.06 | lt | | |
| 5/22/23 | 5/22/23 | | MMAT1 17 JAN 2025 0.5 CALL (MMAT1250117C00000500) | 6 | 0.10 | 60.00 | | 60.00 | lt | | |
| 5/22/23 | 5/22/23 | | MMAT1 17 JAN 2025 0.5 CALL (MMAT1250117C00000500) | 50 | 0.10 | 500.00 | | 500.00 | lt | | |
| 5/22/23 | 5/22/23 | | MMAT1 17 JAN 2025 0.5 CALL (MMAT1250117C00000500) | 100 | 0.10 | 1,000.00 | | 1,000.00 | lt | | |
| 5/22/23 | 5/22/23 | | MMAT1 17 JAN 2025 0.5 CALL (MMAT1250117C00000500) | 304 | 0.10 | 3,040.00 | | 3,040.00 | lt | | |
| 5/24/23 | 5/24/23 | | MMAT1 17 JAN 2025 0.5 CALL (MMAT1250117C00000500) | 27 | 0.10 | 270.00 | | 270.00 | lt | | |
| 5/24/23 | 5/24/23 | | MMAT1 17 JAN 2025 0.5 CALL (MMAT1250117C00000500) | 50 | 0.10 | 500.00 | | 500.00 | lt | | |
| 5/24/23 | 5/24/23 | | MMAT1 17 JAN 2025 0.5 CALL (MMAT1250117C00000500) | 100 | 0.10 | 1,000.00 | | 1,000.00 | lt | | |
| 5/24/23 | 5/24/23 | | MMAT1 17 JAN 2025 0.5 CALL (MMAT1250117C00000500) | 23 | 0.10 | 230.00 | | 230.00 | lt | | |
| 5/24/23 | 5/24/23 | | MMAT1 17 JAN 2025 0.5 CALL (MMAT1250117C00000500) | 50 | 0.10 | 500.00 | | 500.00 | lt | | |
| 5/30/23 | 5/30/23 | | MMAT1 17 JAN 2025 0.5 CALL (MMAT1250117C00000500) | 60 | 0.09 | 540.00 | | 540.00 | lt | | |
| 5/30/23 | 5/30/23 | | MMAT1 17 JAN 2025 0.5 CALL (MMAT1250117C00000500) | 18 | 0.09 | 162.00 | | 162.00 | lt | | |
| 5/30/23 | 5/30/23 | | MMAT1 17 JAN 2025 0.5 CALL (MMAT1250117C00000500) | 2 | 0.09 | 18.00 | | 18.00 | lt | | |
| 5/31/23 | 3/15/23 | | MMAT1 17 JAN 2025 0.5 CALL (MMAT1250117C00000500) | 1 | 0.1202 | 12.02 | | 12.02 | lt | | |
| 5/31/23 | 5/31/23 | | MMAT1 17 JAN 2025 0.5 CALL (MMAT1250117C00000500) | 49 | 0.09 | 441.00 | | 441.00 | lt | | |
| 5/31/23 | 5/31/23 | | MMAT1 17 JAN 2025 0.5 CALL (MMAT1250117C00000500) | 50 | 0.09 | 450.00 | | 450.00 | lt | | |
| 5/31/23 | 5/31/23 | | MMAT1 17 JAN 2025 0.5 CALL (MMAT1250117C00000500) | 4 | 0.08 | 32.00 | | 32.00 | lt | | |
| 5/31/23 | 5/31/23 | | MMAT1 17 JAN 2025 0.5 CALL (MMAT1250117C00000500) | 3 | 0.08 | 24.00 | | 24.00 | lt | | |
| 5/31/23 | 5/31/23 | | MMAT1 17 JAN 2025 0.5 CALL (MMAT1250117C00000500) | 13 | 0.08 | 104.00 | | 104.00 | lt | | |
| 6/8/23 | 6/8/23 | | MMAT1 17 JAN 2025 0.5 CALL (MMAT1250117C00000500) | 36 | 0.10 | 360.00 | | 360.00 | lt | | |
| 6/8/23 | 6/8/23 | | MMAT1 17 JAN 2025 0.5 CALL (MMAT1250117C00000500) | 64 | 0.10 | 640.00 | | 640.00 | lt | | |
| 6/8/23 | 6/8/23 | | MMAT1 17 JAN 2025 0.5 CALL (MMAT1250117C00000500) | 42 | 0.09 | 378.00 | | 378.00 | lt | | |
| 6/8/23 | 6/8/23 | | MMAT1 17 JAN 2025 0.5 CALL (MMAT1250117C00000500) | 15 | 0.09 | 135.00 | | 135.00 | lt | | |
| 6/12/23 | 6/12/23 | | MMAT1 17 JAN 2025 0.5 CALL (MMAT1250117C00000500) | 34 | 0.09 | 306.00 | | 306.00 | lt | | |
| 6/12/23 | 6/12/23 | | MMAT1 17 JAN 2025 0.5 CALL (MMAT1250117C00000500) | 17 | 0.09 | 153.00 | | 153.00 | lt | | |
| 6/12/23 | 6/12/23 | | MMAT1 17 JAN 2025 0.5 CALL (MMAT1250117C00000500) | 100 | 0.09 | 900.00 | | 900.00 | lt | | |
| 6/14/23 | 6/14/23 | | MMAT1 17 JAN 2025 0.5 CALL (MMAT1250117C00000500) | 37 | 0.09 | 333.00 | | 333.00 | lt | | |
| 6/14/23 | 6/14/23 | | MMAT1 17 JAN 2025 0.5 CALL (MMAT1250117C00000500) | 3 | 0.09 | 27.00 | | 27.00 | lt | | |
| 6/14/23 | 6/14/23 | | MMAT1 17 JAN 2025 0.5 CALL (MMAT1250117C00000500) | 100 | 0.09 | 900.00 | | 900.00 | lt | | |
| 6/30/23 | 6/30/23 | | MMAT1 17 JAN 2025 0.5 CALL (MMAT1250117C00000500) | 29 | 0.08 | 232.00 | | 232.00 | lt | | |
| 6/30/23 | 6/30/23 | | MMAT1 17 JAN 2025 0.5 CALL (MMAT1250117C00000500) | 50 | 0.08 | 400.00 | | 400.00 | lt | | |

| 6/30/23 | 6/30/23 | | MMAT1 17 JAN 2025 0.5 CALL (MMAT1250117C00000500) | 22 | 0.08 | 176.00 | | 176.00 | lt | | |
| 7/5/23 | 7/5/23 | | MMAT1 17 JAN 2025 0.5 CALL (MMAT1250117C00000500) | 48 | 0.08 | 384.00 | | 384.00 | lt | | |
| 7/5/23 | 7/5/23 | | MMAT1 17 JAN 2025 0.5 CALL (MMAT1250117C00000500) | 50 | 0.08 | 400.00 | | 400.00 | lt | | |
| 7/5/23 | 7/5/23 | | MMAT1 17 JAN 2025 0.5 CALL (MMAT1250117C00000500) | 2 | 0.08 | 16.00 | | 16.00 | lt | | |
| 7/5/23 | 7/5/23 | | MMAT1 17 JAN 2025 0.5 CALL (MMAT1250117C00000500) | 48 | 0.08 | 384.00 | | 384.00 | lt | | |
| 7/5/23 | 7/5/23 | | MMAT1 17 JAN 2025 0.5 CALL (MMAT1250117C00000500) | 50 | 0.08 | 400.00 | | 400.00 | lt | | |
| 7/5/23 | 7/5/23 | | MMAT1 17 JAN 2025 0.5 CALL (MMAT1250117C00000500) | 2 | 0.08 | 16.00 | | 16.00 | lt | | |
| 7/11/23 | 7/11/23 | | MMAT1 17 JAN 2025 0.5 CALL (MMAT1250117C00000500) | 48 | 0.07 | 336.00 | | 336.00 | lt | | |
| 7/11/23 | 7/11/23 | | MMAT1 17 JAN 2025 0.5 CALL (MMAT1250117C00000500) | 52 | 0.07 | 364.00 | | 364.00 | lt | | |
| 7/12/23 | 7/12/23 | | MMAT1 17 JAN 2025 0.5 CALL (MMAT1250117C00000500) | 5 | 0.07 | 35.00 | | 35.00 | lt | | |
| 7/12/23 | 7/12/23 | | MMAT1 17 JAN 2025 0.5 CALL (MMAT1250117C00000500) | 5 | 0.07 | 35.00 | | 35.00 | lt | | |
| 7/12/23 | 7/12/23 | | MMAT1 17 JAN 2025 0.5 CALL (MMAT1250117C00000500) | 10 | 0.07 | 70.00 | | 70.00 | lt | | |
| 7/13/23 | 7/13/23 | | MMAT1 17 JAN 2025 0.5 CALL (MMAT1250117C00000500) | 4 | 0.07 | 28.00 | | 28.00 | lt | | |
| | | | Total: | | | 17,028.93 | | 17,028.93 | | | |

The data provided is for informational purposes only.
Please consult a professional tax service or personal tax advisor if you need instructions on how to calculate cost basis.

| Close Date | Open Date | Security ID | Record Type | Security | Units Closed | Proceeds | Book Cost | WS Cost Adj | Tax Cost | Total Tax GainLoss | WS Deferred Loss | GL Term |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3/7/24 | 11/22/22 | 59134N302 | sell | META MATERIALS INC (MMAT) | 1.760455 | $4.72 | $362.44 | | $362.44 | -$357.72 | | lt |
| 3/7/24 | 11/23/22 | 59134N302 | sell | META MATERIALS INC (MMAT) | 1.417811 | $3.80 | $249.90 | | $249.90 | -$246.10 | | lt |
| 3/7/24 | 11/23/22 | 59134N302 | sell | META MATERIALS INC (MMAT) | 0.020254 | $0.05 | $3.57 | | $3.57 | -$3.52 | | lt |
| 3/7/24 | 3/15/23 | 59134N302 | sell | META MATERIALS INC (MMAT) | 0.099591 | $0.27 | $44.05 | | $44.05 | -$43.78 | | lt |
| 3/7/24 | 3/15/23 | 59134N302 | sell | META MATERIALS INC (MMAT) | 1.925853 | $5.16 | $842.32 | | $842.32 | -$837.16 | | lt |
| 3/7/24 | 3/15/23 | 59134N302 | sell | META MATERIALS INC (MMAT) | 2.531805 | $6.79 | $1,104.04 | | $1,104.04 | -$1,097.25 | | lt |
| 3/7/24 | 3/15/23 | 59134N302 | sell | META MATERIALS INC (MMAT) | 2.531805 | $6.79 | $1,102.33 | | $1,102.33 | -$1,095.54 | | lt |
| 3/7/24 | 4/13/23 | 59134N302 | sell | META MATERIALS INC (MMAT) | 1.012722 | $2.72 | $31.80 | | $31.80 | -$29.08 | | st |
| 3/7/24 | 4/13/23 | 59134N302 | sell | META MATERIALS INC (MMAT) | 14.178107 | $38.01 | $445.20 | | $445.20 | -$407.19 | | st |
| 3/7/24 | 4/17/23 | 59134N302 | sell | META MATERIALS INC (MMAT) | 14.178107 | $38.01 | $301.98 | | $301.98 | -$263.97 | | st |
| 3/7/24 | 4/18/23 | 59134N302 | sell | META MATERIALS INC (MMAT) | 1.012722 | $2.71 | $21.29 | | $21.29 | -$18.58 | | st |
| 3/7/24 | 4/18/23 | 59134N302 | sell | META MATERIALS INC (MMAT) | 1.012722 | $2.72 | $21.29 | | $21.29 | -$18.57 | | st |
| 3/7/24 | 5/24/23 | 59134N302 | sell | META MATERIALS INC (MMAT) | 24.318046 | $65.19 | $573.42 | | $573.42 | -$508.23 | | st |
| 8/21/24 | 5/24/23 | 59134N302 | caclose | META MATERIALS INC (MMAT) | 1 | | $23.58 | | $23.58 | | | |
| | | | | Total: | | $176.94 | $5,127.21 | $0.00 | $5,127.21 | -$4,926.69 | $0.00 | |

The data provided is for informational purposes only.
Please consult a professional tax service or personal tax advisor if you need instructions on how to calculate cost basis.

# Robinhood 

85 Willow Rd, Menlo Park, CA 94025
help@robinhood.com

End date: 12/10/2024
**MARK HOLTZCLAW** Account #:445412307
948 Tara Hills Drive, Pinole, CA 94564

**Account Activity**

| Description | Symbol | Acct Type | Transaction | Date | Qty | Price | Debit | Credit |
|---|---|---|---|---|---|---|---|---|
| Meta Materials CUSIP: 59134N104 | | Margin | SPR | 01/29/2024 | 6,615.833956S | | | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 05/24/2023 | 2,500 | $0.2388 | $597.00 | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 04/18/2023 | 100 | $0.2129 | $21.29 | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 04/18/2023 | 100 | $0.2129 | $21.29 | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 04/17/2023 | 1,400 | $0.2157 | $301.98 | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 04/13/2023 | 1,400 | $0.3180 | $445.20 | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 04/13/2023 | 100 | $0.3180 | $31.80 | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 03/15/2023 | 700 | $0.5085 | $355.95 | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Sell | 03/09/2023 | 12,500 | $0.5484 | | $6,853.13 |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Sell | 03/09/2023 | 2,000 | $0.5490 | | $1,097.70 |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Sell | 03/09/2023 | 1,000 | $0.5490 | | $548.84 |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Sell | 03/09/2023 | 500 | $0.5490 | | $274.43 |

**Account Activity**

| Description | Symbol | Acct Type | Transaction | Date | Qty | Price | Debit | Credit |
|---|---|---|---|---|---|---|---|---|
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Sell | 03/06/2023 | 6,500 | $0.5975 | | $3,882.77 |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Sell | 03/06/2023 | 7,200 | $0.5975 | | $4,300.92 |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Sell | 03/06/2023 | 3,600 | $0.5975 | | $2,150.46 |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Sell | 03/06/2023 | 1,800 | $0.5975 | | $1,075.23 |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Sell | 03/06/2023 | 900 | $0.5975 | | $537.61 |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Sell | 01/12/2023 | 5,000 | $1.0300 | | $5,149.15 |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Sell | 12/28/2022 | 10,000 | $1.1100 | | $11,098.44 |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 11/23/2022 | 2 | $1.7850 | $3.57 | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 11/23/2022 | 140 | $1.7850 | $249.90 | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 11/22/2022 | 2,100 | $2.0850 | $4,378.50 | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 10/07/2022 | 2 | $0.6566 | $1.31 | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 10/07/2022 | 5 | $0.6566 | $3.28 | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 10/07/2022 | 15 | $0.6566 | $9.85 | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 10/07/2022 | 500 | $0.6573 | $328.65 | |

**Account Activity**

| Description | Symbol | Acct Type | Transaction | Date | Qty | Price | Debit | Credit |
|---|---|---|---|---|---|---|---|---|
| Meta Materials<br>CUSIP: 59134N104 | MMAT | Margin | Buy | 09/14/2022 | 200 | $0.7902 | $158.04 | |
| Stock Lending<br>August Payment<br>Weighted Average Return Rate: 1.53% | MMAT | Margin | SLIP | 09/07/2022 | | | | $3.13 |
| Meta Materials<br>CUSIP: 59134N104 | MMAT | Margin | Sell | 09/06/2022 | 371.2871 | $0.8081 | | $299.97 |
| Meta Materials<br>CUSIP: 59134N104 | MMAT | Margin | Buy | 08/26/2022 | 300 | $0.8062 | $241.86 | |
| Meta Materials<br>CUSIP: 59134N104 | MMAT | Margin | Buy | 08/26/2022 | 200 | $0.8062 | $161.24 | |
| Meta Materials<br>CUSIP: 59134N104 | MMAT | Margin | Buy | 06/28/2022 | 30 | $1.0750 | $32.25 | |
| Meta Materials<br>CUSIP: 59134N104 | MMAT | Margin | Buy | 06/27/2022 | 10 | $1.1591 | $11.59 | |
| Meta Materials<br>CUSIP: 59134N104 | MMAT | Margin | Buy | 06/27/2022 | 50 | $1.1598 | $57.99 | |
| Meta Materials<br>CUSIP: 59134N104 | MMAT | Margin | Buy | 06/27/2022 | 120 | $1.1558 | $138.70 | |
| Meta Materials<br>CUSIP: 59134N104 | MMAT | Margin | Buy | 06/27/2022 | 250 | $1.1561 | $289.03 | |
| Meta Materials<br>CUSIP: 59134N104 | MMAT | Margin | Buy | 06/27/2022 | 1,500 | $1.1595 | $1,739.25 | |
| Meta Materials<br>CUSIP: 59134N104 | MMAT | Margin | Buy | 06/08/2022 | 101 | $1.7075 | $172.46 | |
| Meta Materials<br>CUSIP: 59134N104 | MMAT | Margin | Buy | 06/06/2022 | 775 | $1.7161 | $1,329.98 | |
| Meta Materials<br>CUSIP: 59134N104 | MMAT | Margin | Buy | 06/06/2022 | 1,100 | $1.7283 | $1,901.13 | |

## Account Activity

| Description | Symbol | Acct Type | Transaction | Date | Qty | Price | Debit | Credit |
|---|---|---|---|---|---|---|---|---|
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 06/06/2022 | 1,500 | $1.7250 | $2,587.50 | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 06/06/2022 | 559 | $1.7250 | $964.28 | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 06/06/2022 | 341 | $1.7250 | $588.23 | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 06/06/2022 | 1 | $1.7250 | $1.73 | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 06/06/2022 | 99 | $1.7250 | $170.78 | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Sell | 05/12/2022 | 150 | $1.2100 | | $181.48 |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Sell | 05/12/2022 | 8 | $1.2100 | | $9.68 |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Sell | 05/12/2022 | 0.024692 | $1.2150 | | $0.03 |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Sell | 05/12/2022 | 1,034 | $1.1950 | | $1,235.49 |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Sell | 05/12/2022 | 0.309624 | $1.1950 | | $0.37 |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Sell | 04/25/2022 | 152.727273 | $1.3801 | | $210.76 |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Sell | 04/25/2022 | 2,129.241878 | $1.3807 | | $2,939.54 |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 03/04/2022 | 1,000 | $1.4893 | $1,489.30 | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 02/24/2022 | 1,000 | $1.5700 | $1,570.00 | |

**Account Activity**

| Description | Symbol | Acct Type | Transaction | Date | Qty | Price | Debit | Credit |
|---|---|---|---|---|---|---|---|---|
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Sell | 02/24/2022 | 942 | $1.5400 | | $1,450.56 |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Sell | 02/24/2022 | 0.122187 | $1.5450 | | $0.19 |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 02/01/2022 | 1,000 | $1.8490 | $1,849.00 | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 02/01/2022 | 500 | $1.8421 | $921.05 | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 01/28/2022 | 100 | $1.4550 | $145.50 | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Sell | 01/28/2022 | 469 | $1.4115 | | $661.92 |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Sell | 01/28/2022 | 0.039146 | $1.4150 | | $0.06 |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Sell | 01/27/2022 | 81.403509 | $1.4250 | | $115.99 |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Sell | 01/27/2022 | 23 | $1.4605 | | $33.59 |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Sell | 01/27/2022 | 0.611112 | $1.4650 | | $0.90 |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Sell | 01/27/2022 | 58 | $1.4820 | | $85.95 |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Sell | 01/27/2022 | 0.305085 | $1.4850 | | $0.45 |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Sell | 01/26/2022 | 36.990596 | $1.5905 | | $58.83 |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Sell | 01/26/2022 | 408.668002 | $1.6916 | | $691.24 |

**Account Activity**

| Description | Symbol | Acct Type | Transaction | Date | Qty | Price | Debit | Credit |
|---|---|---|---|---|---|---|---|---|
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 01/20/2022 | 1,000 | $2.0386 | $2,038.60 | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 01/20/2022 | 250 | $2.0379 | $509.48 | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 01/20/2022 | 500 | $2.0364 | $1,018.20 | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 01/20/2022 | 225 | $2.0350 | $457.88 | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 01/20/2022 | 400 | $2.0350 | $814.00 | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 01/20/2022 | 100 | $2.0350 | $203.50 | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 01/20/2022 | 100 | $2.0350 | $203.50 | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 01/20/2022 | 100 | $2.0350 | $203.50 | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 01/20/2022 | 75 | $2.0350 | $152.63 | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 01/19/2022 | 500 | $2.0470 | $1,023.50 | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 01/19/2022 | 36 | $2.0495 | $73.78 | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 01/19/2022 | 200 | $2.0495 | $409.90 | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 01/19/2022 | 200 | $2.0495 | $409.90 | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 01/19/2022 | 200 | $2.0495 | $409.90 | |

**Account Activity**

| Description | Symbol | Acct Type | Transaction | Date | Qty | Price | Debit | Credit |
|---|---|---|---|---|---|---|---|---|
| Meta Materials<br>CUSIP: 59134N104 | MMAT | Margin | Buy | 01/19/2022 | 48 | $2.0495 | $98.38 | |
| Meta Materials<br>CUSIP: 59134N104 | MMAT | Margin | Buy | 01/19/2022 | 91 | $2.0495 | $186.50 | |
| Meta Materials<br>CUSIP: 59134N104 | MMAT | Margin | Buy | 01/19/2022 | 127 | $2.0495 | $260.29 | |
| Meta Materials<br>CUSIP: 59134N104 | MMAT | Margin | Buy | 01/19/2022 | 98 | $2.0495 | $200.85 | |
| Meta Materials<br>CUSIP: 59134N104 | MMAT | Margin | Buy | 01/19/2022 | 400 | $2.0780 | $831.20 | |
| Meta Materials<br>CUSIP: 59134N104 | MMAT | Margin | Buy | 01/19/2022 | 251 | $2.0620 | $517.56 | |
| Meta Materials<br>CUSIP: 59134N104 | MMAT | Margin | Buy | 01/19/2022 | 500 | $2.0581 | $1,029.05 | |
| Meta Materials<br>CUSIP: 59134N104 | MMAT | Margin | Buy | 01/19/2022 | 2,500 | $2.0344 | $5,086.00 | |
| Meta Materials<br>CUSIP: 59134N104 | MMAT | Margin | Sell | 01/19/2022 | 527.450981 | $2.0314 | | $1,071.39 |
| Meta Materials<br>CUSIP: 59134N104 | MMAT | Margin | Sell | 01/19/2022 | 622.783581 | $2.0550 | | $1,279.74 |
| Meta Materials<br>CUSIP: 59134N104 | MMAT | Margin | Sell | 01/07/2022 | 222.857143 | $2.4421 | | $544.20 |
| Meta Materials<br>CUSIP: 59134N104 | MMAT | Margin | Sell | 01/07/2022 | 6,800 | $2.4504 | | $16,661.82 |
| Meta Materials<br>CUSIP: 59134N104 | MMAT | Margin | Sell | 01/07/2022 | 0.179651 | $2.4550 | | $0.44 |
| Meta Materials<br>CUSIP: 59134N104 | MMAT | Margin | Buy | 01/04/2022 | 1,000 | $2.7880 | $2,788.00 | |

**Account Activity**

| Description | Symbol | Acct Type | Transaction | Date | Qty | Price | Debit | Credit |
|---|---|---|---|---|---|---|---|---|
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Sell | 01/03/2022 | 515 | $2.8515 | | $1,468.45 |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Sell | 01/03/2022 | 0.518149 | $2.8550 | | $1.48 |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Sell | 01/03/2022 | 361.921709 | $2.8010 | | $1,013.69 |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 12/28/2021 | 500 | $2.5482 | $1,274.10 | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 12/17/2021 | 100 | $2.8451 | $284.51 | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 12/17/2021 | 200 | $2.8457 | $569.14 | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 12/16/2021 | 1,100 | $2.9884 | $3,287.24 | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 12/09/2021 | 300 | $3.2980 | $989.40 | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 12/01/2021 | 500 | $3.3583 | $1,679.15 | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 11/23/2021 | 150 | $3.8450 | $576.75 | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 11/22/2021 | 100 | $4.0850 | $408.50 | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 11/19/2021 | 850 | $4.1487 | $3,526.40 | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 11/10/2021 | 500 | $4.8800 | $2,440.00 | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 11/10/2021 | 1,000 | $4.8750 | $4,875.00 | |

**Account Activity**

| Description | Symbol | Acct Type | Transaction | Date | Qty | Price | Debit | Credit |
|---|---|---|---|---|---|---|---|---|
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 10/28/2021 | 1,000 | $4.3687 | $4,368.70 | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 10/27/2021 | 500 | $4.3885 | $2,194.25 | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 10/27/2021 | 500 | $4.4882 | $2,244.10 | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 10/26/2021 | 1,000 | $4.5087 | $4,508.70 | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 10/01/2021 | 500 | $5.3788 | $2,689.40 | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 09/24/2021 | 500 | $5.1250 | $2,562.50 | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 09/21/2021 | 355 | $4.9581 | $1,760.13 | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 09/21/2021 | 500 | $4.9394 | $2,469.70 | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 09/20/2021 | 1,000 | $4.9823 | $4,982.30 | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 09/17/2021 | 500 | $4.9884 | $2,494.20 | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Sell | 09/13/2021 | 562.934363 | $5.1809 | | $2,916.42 |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Sell | 09/10/2021 | 267.790263 | $5.3320 | | $1,427.82 |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 09/03/2021 | 1,000 | $5.2591 | $5,259.10 | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 09/01/2021 | 250 | $4.5171 | $1,129.28 | |

**Account Activity**

| Description | Symbol | Acct Type | Transaction | Date | Qty | Price | Debit | Credit |
|---|---|---|---|---|---|---|---|---|
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 09/01/2021 | 500 | $4.5182 | $2,259.10 | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 09/01/2021 | 250 | $4.4982 | $1,124.55 | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 09/01/2021 | 250 | $4.5050 | $1,126.25 | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 09/01/2021 | 500 | $4.5682 | $2,284.10 | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 08/31/2021 | 1,000 | $4.2967 | $4,296.70 | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 08/30/2021 | 250 | $4.3965 | $1,099.13 | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 08/26/2021 | 250 | $3.5052 | $876.30 | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 08/26/2021 | 500 | $3.5355 | $1,767.75 | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 08/26/2021 | 500 | $3.5394 | $1,769.70 | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 08/19/2021 | 500 | $3.0347 | $1,517.35 | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 08/13/2021 | 1,000 | $3.2191 | $3,219.10 | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 08/12/2021 | 1,000 | $3.4000 | $3,400.00 | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 08/05/2021 | 500 | $3.1590 | $1,579.50 | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 08/05/2021 | 500 | $3.1490 | $1,574.50 | |

**Account Activity**

| Description | Symbol | Acct Type | Transaction | Date | Qty | Price | Debit | Credit |
|---|---|---|---|---|---|---|---|---|
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 08/04/2021 | 250 | $3.2300 | $807.50 | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 08/04/2021 | 500 | $3.2187 | $1,609.35 | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 07/30/2021 | 1,000 | $3.4056 | $3,405.60 | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 07/22/2021 | 500 | $3.5579 | $1,778.95 | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 07/22/2021 | 500 | $3.5700 | $1,785.00 | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 07/22/2021 | 500 | $3.6289 | $1,814.45 | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 07/22/2021 | 500 | $3.6791 | $1,839.55 | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 07/22/2021 | 1,000 | $3.6693 | $3,669.30 | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 07/22/2021 | 1,000 | $3.6788 | $3,678.80 | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 07/20/2021 | 500 | $3.2400 | $1,620.00 | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 07/14/2021 | 1,000 | $3.9300 | $3,930.00 | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 07/14/2021 | 1,000 | $3.8690 | $3,869.00 | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 07/13/2021 | 1,000 | $4.0100 | $4,010.00 | |
| CIL on 0.500 @ $9.34 - MMAT | MMAT | Margin | CIL | 07/06/2021 | | | | $4.67 |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 07/02/2021 | 1,000 | $6.8300 | $6,830.00 | |

**Account Activity**

| Description | Symbol | Acct Type | Transaction | Date | Qty | Price | Debit | Credit |
|---|---|---|---|---|---|---|---|---|
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 07/01/2021 | 17 | $7.3495 | $124.94 | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 07/01/2021 | 7 | $7.3495 | $51.45 | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 07/01/2021 | 100 | $7.3495 | $734.95 | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 07/01/2021 | 100 | $7.3495 | $734.95 | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 07/01/2021 | 225 | $7.3490 | $1,653.53 | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 07/01/2021 | 1,000 | $7.3493 | $7,349.30 | |
| Meta Materials CUSIP: 59134N104 | | Margin | SPR | 06/28/2021 | 12,558 | | | |

## Important Information

Robinhood does not provide tax or legal advice. Please consult your tax advisor for questions regarding your specific tax situation. This information is provided as a courtesy for informational purposes only. It represents a snapshot in time and is not intended to be a comprehensive representation of account activity for tax or reporting purposes. Your brokerage account is with Robinhood Financial LLC and allows trading of equities and options, while digital assets trading is done through an account with Robinhood Crypto, LLC. Digital assets are not stocks and Robinhood Crypto is not a member of FINRA or the SIPC. Your digital asset investments are not covered by either FDIC or SIPC insurance.

1762825