NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | | **PROOF OF INTEREST** |
|---|---|---|
| Name of Debtor: Meta Materials Inc | Case Number: 24-50792 | |

1. Name and address of holder of the Equity Interest (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

   James Shane Christensen
   312 Heights Loop
   Bonners Ferry, Idaho 83805

   Telephone Number: 208-337-2039

   ☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

   ☒ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

   ☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

   **RECEIVED AND FILED**
   **DEC 12 2024**
   **U.S. BANKRUPTCY COURT**
   **MARY A. SCHOTT, CLERK**

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

COURT USE ONLY

| Account or other number by which Interest holder identifies Debtor: Fidelity Investments 652074213 | Check here if this claim: ☐ replaces a previously filed Proof of Interest dated: _____ ☐ amends a previously filed Proof of Interest dated: _____ |
|---|---|

2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:
   Fidelity Investments  PO BOX 770001 Cincinnati, Ohio 45277-0047

   Telephone Number: 800-387-2331

3. Date Equity Interest was acquired:
   06/17/2021 thru 10/31/2022
   TrCH to MMATF to MMTLP
   U3 Halt By Finra  Assets Frozen 730 Days
   See Attached Documentation

4. Total amount of member interest: 1201

5. Certificate number(s): _____

6. Type of Equity Interest:
   Please indicate the type of Equity Interest you hold:
   ☒ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
   ☐ Check this box if your Equity Interest is based on anything else and describe that interest:
   Description: _____

7. Supporting Documents: Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
   DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. Date-Stamped Copy: To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

9. Signature:
   Check the appropriate box.
   ☒ I am the creditor.   ☐ I am the creditor's authorized agent. (Attach copy of power of attorney, if any.)   ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)   ☐ I am a guarantor, surety, endorser, or other codebtor. (See Bankruptcy Rule 3005.)

   I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

   Print Name: James Shane Christensen
   Title: Shareholder
   Company: ___ Address and telephone number (if different from notice address above):
   _____

   (Signature) *James Shane Christensen*   (Date) 12/9/24

   Telephone number: 208-337-2039   email: jchriste1112@gmail.com

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

| Print Form | Save Form | Clear Form |

| ETRADE MMTLP | | | | | | | |
|---|---|---|---|---|---|---|---|
| TRADE DATE | SETTLE DATE | BUY/SELL | QUANTITY | SYMBOL | ACCT TYPE | PRICE | ACTUAL COST |
| 10/8/21 | 10/13/21 | BUY | 721 | MMTLP | CASH | $2.3400 | $1,687.14 |
| 10/8/21 | 10/13/21 | BUY | 512 | MMTLP | CASH | $1.7500 | $896.00 |
| 10/14/21 | 10/18/21 | BUY | 328 | MMTLP | CASH | $1.5200 | $498.56 |
| 11/4/21 | 11/8/21 | BUY | 373 | MMTLP | CASH | $1.2800 | $477.44 |
| 12/3/21 | 12/7/21 | BUY | 135 | MMTLP | CASH | $7.0000 | $945.00 |
| 10/13/22 | 10/17/22 | BUY | 200 | MMTLP | CASH | $5.2000 | $1,040.00 |
| 10/26/22 | 10/28/22 | BUY | 153 | MMTLP | CASH | $6.5000 | $994.50 |
| 10/31/22 | 11/2/22 | BUY | 137 | MMTLP | CASH | $7.2300 | $990.51 |
| 11/2/22 | 11/4/22 | BUY | 134 | MMTLP | CASH | $7.4200 | $994.28 |
| 11/3/22 | 11/7/22 | BUY | 294 | MMTLP | CASH | $6.7200 | $1,975.68 |
| 11/3/22 | 11/7/22 | BUY | 70 | MMTLP | CASH | $7.0700 | $494.90 |
| 11/9/22 | 11/14/22 | BUY | 100 | MMTLP | CASH | $10.0000 | $1,000.00 |
| 11/28/22 | 11/30/22 | BUY | 100 | MMTLP | CASH | $10.0000 | $1,000.00 |
| 11/28/22 | 11/30/22 | BUY | 250 | MMTLP | CASH | $9.9000 | $2,475.00 |
| 12/7/22 | 12/9/22 | BUY | 184 | MMTLP | CASH | $4.8500 | $892.40 |
| 12/8/22 | 12/12/22 | BUY | 1,015 | MMTLP | CASH | $1.1400 | $1,157.10 |
| | 7/7/21 | TRCH Shares | Merger | -1,107 | | | |
| | TOTAL SHARES PURCHASED | | 5,813 | | TOTAL PURCHASE COST | | $17,518.51 |
| | | | | | | | |
| 10/8/21 | 10/13/21 | SELL | 875 | MMTLP | CASH | $1.6500 | $1,443.75 |
| 10/8/21 | 10/13/21 | SELL | 721 | MMTLP | CASH | $1.6900 | $1,218.49 |
| 10/8/21 | 10/13/21 | SELL | 140 | MMTLP | CASH | $1.7500 | $245.00 |
| 10/8/21 | 10/13/21 | SELL | 140 | MMTLP | CASH | $1.7300 | $242.20 |
| 10/8/21 | 10/13/21 | SELL | 121 | MMTLP | CASH | $1.7800 | $215.38 |
| 8/8/22 | 8/10/22 | SELL | 200 | MMTLP | CASH | $1.5800 | $316.00 |
| 8/8/22 | 8/10/22 | SELL | 173 | MMTLP | CASH | $1.5900 | $275.07 |
| 8/8/22 | 8/10/22 | SELL | 119 | MMTLP | CASH | $1.5900 | $189.21 |
| 8/8/22 | 8/10/22 | SELL | 140 | MMTLP | CASH | $1.6100 | $225.40 |
| | TOTAL SHARES SOLD | | 2,629 | | TOTAL SALES COST | | $4,370.50 |
| | | | | | NET LOSS (TOTAL PURCHASE COST - TOTAL SALES COST) | | $ (13,148.00) |
| | | | | | | | |
| OUTSTANDING SHARES STILL HOLDING DUE TO U3 HALT (12/09/22) | | | | | 3,184 | | |
| | | | | | | | |
| FIDELITY 401k Roth | Self Directed | | | | | | |
| | | | | | | | |
| TRCH | | | | | | | |
| 6/17/21 | 6/21/21 | BUY | 229 | TRCH | CASH | $5.2300 | $1,197.67 |
| 6/17/21 | 6/21/21 | BUY | 200 | TRCH | CASH | $5.1400 | $1,028.00 |
| 6/22/21 | 6/24/21 | BUY | 121 | TRCH | CASH | $9.6500 | $1,167.65 |
| 6/25/21 | 6/29/21 | BUY | 255 | TRCH | CASH | $4.7499 | $1,211.22 |
| 6/16/21 | 6/18/21 | BUY | 369 | TRCH | CASH | $5.4400 | $2,007.36 |
| 6/16/21 | 6/18/21 | BUY | 188 | TRCH | CASH | $6.4000 | $1,203.20 |
| | | | | | | | |
| 6/28/21 | | RS 1/2 | 1,362 | | | | |
| | TOTAL SHARES PURCHASED | | 681 | | TOTAL PURCHASE COST | | ($7,815.10) |
| | Shares Received | from Merger | 426 | | | | |
| | | See 7/7/21 Merger | 1,107 | | | | |
| | | | | | | | |
| MMATF | | | | | | | |
| 6/16/21 | 6/18/21 | BUY | -495 | MMATF | CASH | $6.2000 | -$3,069.00 |
| 6/21/21 | 6/23/21 | BUY | -90 | MMATF | CASH | $9.9872 | -$898.85 |
| | | | | | | | |
| | TOTAL SHARES PURCHASED | | -585 | | TOTAL PURCHASE COST | | $ (3,967.10) |
| | | | | | | | |
| | | | | | | | |
| 6/16/21 | 6/18/21 | BUY | 369 | TRCH | CASH | $5.4400 | $2,007.36 |
| 6/16/21 | 6/18/21 | BUY | 188 | TRCH | CASH | $6.4000 | $1,203.20 |
| | | | | | | | |
| MMTLP Torch Origination | | | | | | | |
| Fidelity 401k Roth | Balanced | | | | | | |
| 10/28/22 | 11/1/22 | BUY | 272.0000 | MMTLP | $6.2000 | $1,686.40 | |
| 10/31/02 | 11/2/22 | BUY | 447.0000 | MMTLP | $6.7000 | $2,994.90 | |
| 7/7/21 | | Distribution | 482.0000 | MMTLP | $1.2800 | $616.9600 | |
| | | | | | | | Total Fidelity Loss |
| | Total End Holding | MMTLP NBHC | 1,201 | | FINRA U3 Halt are frozen in time 730 days | | ($11,782.20) |
| | NBHC shows a $0.00 value on stock | | | | | | |



**Fidelity INVESTMENTS**
PO Box 28019
Albuquerque, NM 87125-8019

**Transaction Confirmation**
**Confirm Date: October 31, 2022**

Page 1 of 1

Brokerage Account Number
*****4213 CORPORATE
TRUST/NON-PROTOTYPE

9900382737

**JAMES CHRISTENSEN**

NORTHERN TRUST TTEE
L3HARRIS RET PLN
FBO JAMES CHRISTENSEN
1626 W CALAIS VILLAS WAY
WEST JORDAN UT 84084-5800

Online — Fidelity.com
FAST®-Automated Telephone — 800-544-5555
Customer Service — 800-544-6666



| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 22304-1BKMQB | 1* | W## | 10-31-22 | 11-02-22 | 59134N203 | 22304-G2MHC | | |

You Bought
           447
    at  6.7000
Symbol:
MMTLP

DESCRIPTION and DISCLOSURES
META MATERIALS INC PFD SER A
WE HAVE ACTED AS AGENT.

Principal Amount        2,994.90
Settlement Amount       2,994.90

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE

9900382737

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

NORTHERN TRUST TTEE
L3HARRIS RET PLN
FBO JAMES CHRISTENSEN
1626 W CALAIS VILLAS WAY
WEST JORDAN UT 84084-5800

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH 45277-0003

FIDELITY BROKERAGE SERVICES LLC, MEMBER NYSE, SIPC



PO Box 28019
Albuquerque, NM 87125-8019



9900430638



| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 22301-1CQX6R | 1* | LFK | 10-28-22 | 11-01-22 | 59134N203 | 22301-HKPQ9 | | |
| You Bought<br><br>        272<br>    at<br>    6.2000<br>Symbol:<br>MMTLP | | | DESCRIPTION and DISCLOSURES<br>META MATERIALS INC PFD SER A<br>WE HAVE ACTED AS AGENT. | | | Principal Amount<br>Settlement Amount | | 1,686.40<br>1,686.40 |

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE            9900430638

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -




FIDELITY BROKERAGE SERVICES LLC, MEMBER NYSE, SIPC



| REFERENCE NO.<br>21167-1BK92R | TYPE<br>1* | REG.REP.<br>WZ# | TRADE DATE<br>06-16-21 | SETTLEMENT DATE<br>06-18-21 | CUSIP NO.<br>59134F101 | ORDER NO.<br>21167-CFCXX | | |
|---|---|---|---|---|---|---|---|---|
| You Bought<br>at<br>Symbol:<br>MMATF | | 400<br>6.1662 | DESCRIPTION and DISCLOSURES<br>METAMATERIAL INC COM NPV<br>ISIN #CA59134F1018 SEDOL #BLNM4X0<br>WE HAVE ACTED AS AGENT.<br>$50 CHARGE FOR FOREIGN (ORDINARY) STOCK<br>ORDERS INCLUDED<br>PARTIAL EXECUTION | | | Principal Amount<br>Commission / Fees<br>Settlement Amount | | 2,466.48<br>50.00<br>2,516.48 |

| REFERENCE NO.<br>21167-1BK92S | TYPE<br>1* | REG.REP.<br>WZ# | TRADE DATE<br>06-16-21 | SETTLEMENT DATE<br>06-18-21 | CUSIP NO.<br>59134F101 | ORDER NO.<br>21167-CFCXX | | |
|---|---|---|---|---|---|---|---|---|
| You Bought<br>at<br>Symbol:<br>MMATF | | 83<br>6.1662 | DESCRIPTION and DISCLOSURES<br>METAMATERIAL INC COM NPV<br>ISIN #CA59134F1018 SEDOL #BLNM4X0<br>WE HAVE ACTED AS AGENT.<br>$50 CHARGE FOR FOREIGN (ORDINARY) STOCK<br>ORDERS INCLUDED<br>PARTIAL EXECUTION | | | Principal Amount<br>Settlement Amount | | 511.79<br>511.79 |

*483 MMATF*

| REFERENCE NO.<br>21167-1BH0TD | TYPE<br>1* | REG.REP.<br>WZ# | TRADE DATE<br>06-16-21 | SETTLEMENT DATE<br>06-18-21 | CUSIP NO.<br>89102U103 | ORDER NO.<br>21167-B6X8P | | |
|---|---|---|---|---|---|---|---|---|
| You Bought<br>at<br>Symbol:<br>TRCH | | 481<br>6.2154 | DESCRIPTION and DISCLOSURES<br>TORCHLIGHT ENERGY RESOURCES INC<br>WE HAVE ACTED AS AGENT.<br>PARTIAL EXECUTION | | | Principal Amount<br>Settlement Amount | | 2,989.61<br>2,989.61 |

| REFERENCE NO.<br>21167-1BH0XQ | TYPE<br>1* | REG.REP.<br>WZ# | TRADE DATE<br>06-16-21 | SETTLEMENT DATE<br>06-18-21 | CUSIP NO.<br>89102U103 | ORDER NO.<br>21167-B6X8P | | |
|---|---|---|---|---|---|---|---|---|
| You Bought<br>at<br>Symbol:<br>TRCH | | 1.672<br>6.2154 | DESCRIPTION and DISCLOSURES<br>TORCHLIGHT ENERGY RESOURCES INC<br>WE HAVE ACTED AS AGENT.<br>PARTIAL EXECUTION | | | Principal Amount<br>Settlement Amount | | 10.39<br>10.39 |

*483 TRCH went to MMATF After merger 1 for 1 exchange*

9900445243    **ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE**



INVESTMENT REPORT
July 1, 2021 - July 31, 2021

## Holdings

Account # 652-074213
L3HARRIS RET PLN - NON-PROTOTYPE

### Stocks (continued)

| Description | Beginning Market Value Jul 1, 2021 | Quantity Jul 31, 2021 | Price Per Unit Jul 31, 2021 | Ending Market Value Jul 31, 2021 | Cost | Unrealized Gain/Loss Jul 31, 2021 | EAI ($) / EY (%) |
|---|---|---|---|---|---|---|---|
| **Preferred Stock** (continued) | | | | | | | |
| Total Preferred Stock (0% of account holdings) | unavailable | | | unavailable | | | - |
| **Total Stocks (81% of account holdings)** | $4,925.04 | | | $5,999.76 | $9,023.58 | -$3,023.82 | - |
| **Total Holdings** | | | | $7,421.66 | $9,023.58 | -$3,023.82 | $0.14 |

*All positions held in cash account unless indicated otherwise.*

**EAI & EY** *Estimated Annual Income (EAI) & Estimated Yield (EY)- EAI is an estimate of annual income for a specific security position over the next rolling 12 months. EAI may be negative on short positions. EY is calculated by dividing the current EAI for a security position by its statement closing date market value. EAI and EY are estimates only and may include return of principal and/or capital gains, which would render them overstated. Actual income and yield might be lower or higher than the estimated amounts.* **For calculation details, refer to the "Additional Information and Endnotes" section.**

*Total Cost does not include the cost basis on core, money market or other positions where cost basis is unknown or not applicable.*

## Activity

### Dividends, Interest & Other Income
*(Includes dividend reinvestment)*

*MMATF Place Holder Received after Distribution of Merger*

| Settlement Date | Security Name | Symbol/ CUSIP | Description | Quantity | Price | Amount |
|---|---|---|---|---|---|---|
| 07/07 | META MATLS INC PFD SER A SPIN FROM(89102U103) | 59134N203 | Distribution | 482.000 | - | - |
| 07/30 | FIDELITY GOVERNMENT CASH RESERVES | 316067107 | Dividend Received | - | - | 0.01 |
| **Total Dividends, Interest & Other Income** | | | | | | **$0.01** |