NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | **PROOF OF INTEREST** |

| Name of Debtor: Meta Materials Inc | Case Number: 24-50792 |

**1. Name and address of holder of the Equity Interest** (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

James Shone Christensen
312 Heights Loop
Bonners Ferry, Idaho 83805

Telephone Number: ~~208~~ 208-337-2039

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

■ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

**RECEIVED AND FILED**

**DEC 12 2024**

**U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK**

**COURT USE ONLY**

**NOTE:** This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

| Account or other number by which Interest holder identifies Debtor: ETrade 3817-8183 to Morgan Stanley 215 691198 | Check here if this claim: ☐ replaces a previously filed Proof of Interest dated: _____ ☐ amends a previously filed Proof of Interest dated: _____ |

**2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:**
ETrade Morgan Stanley P.O. Box 484 Jersey City. NJ 07303-0484

Telephone Number: 800-387-2331

**3. Date Equity Interest was acquired:**
06/16/2021 thru 12/08/2022
FINRA U3 HcH Froze all Asset
for 730 Day and is still Unresolved!
Total Loss

**4. Total amount of member interest:** 3184 Shares ($13,148.00) Loss

**5. Certificate number(s):** _____

**6. Type of Equity Interest:**
Please indicate the type of Equity Interest you hold:
■ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
☐ Check this box if your Equity Interest is based on anything else and describe that interest:
Description: Investor Share holder

**7. Supporting Documents:** Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**8. Date-Stamped Copy:** To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

**9. Signature:**
Check the appropriate box.
■ I am the creditor.   ☐ I am the creditor's authorized agent. (Attach copy of power of attorney, if any.)   ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)   ☐ I am a guarantor, surety, endorser, or other codebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: James Shane Christensen
Title: Shareholder
Company: __ Address and telephone number (if different from notice address above):
_____
_____

*James Shane Christensen*  (Signature)    12/9/24 (Date)

Telephone number: 208-337-2039    email: jchriste1112@gmail.com

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

| Print Form | Save Form | Clear Form |



⊗ ⊘ ‹ › Photo                                                                                     ⊡ ⇪ Open with Preview

**E✱TRADE** from Morgan Stanley    Accounts   Trading   Markets & Ideas   At Work   What We Offer        ($) Transfer   40🔔   👤   🔍 Search

Complete View   Portfolios   Watch Lists   Orders   Balances   Transactions   Banking   Tax Center   Documents ⌄   Dividend Reinvestment   Open Account

## Orders

↻ Refresh April 19, 2024 11:26 AM ET   ❓ Help

Sale orders that market makers marked for purchase noting that it was to late to cancel due to purchase executing or in the process of executing. Yet, I never received compensation from sale from Etrade. Etrade did not force market makers to honor sale due to Finra U3 Halt.

Open · Executed · Cancelled · Saved · Individual fills · Expired · **Rejected** · All · Bond quotes

Account

| From date | To date | Symbols | Order number | Order type | Order status | Security type | Results per page | |
|-----------|---------|---------|--------------|------------|--------------|---------------|------------------|---|
| 📅 11/02/2022 | 📅 12/31/2022 | MMTLP | | Sell ⌄ | Rejected ⌄ | All ⌄ | 20 ⌄ | **Apply filters** |

Brokerage Update Disclosure ⓘ

| | Date | Order | Type | Order type | Quantity | Symbol | Price type | Term | Price | Reasons |
|---|------|-------|------|------------|----------|--------|------------|------|-------|---------|
| › | 12/08/22 | 465 | Stock/ETF | Sell | 184 | MMTLP | Limit | GT 60 | 600.00 | Too Late To Cancel |
| › | 12/07/22 | 462 | Stock/ETF | Sell | 400 | MMTLP | Limit | GT 60 | 2,500.00 | Too Late To Cancel |
| › | 12/06/22 | 460 | Stock/ETF | Sell | 200 | MMTLP | Limit | GT 60 | 1,800.00 | Too Late To Cancel |
| › | 11/28/22 | 449 | Stock/ETF | Sell | 1,000 | MMTLP | Limit | GT 60 | 2,000.00 | Too Late To Cancel |
| › | 11/28/22 | 448 | Stock/ETF | Sell | 400 | MMTLP | Limit | GT 60 | 1,500.00 | Too Late To Cancel |
| › | 11/28/22 | 447 | Stock/ETF | Sell | 500 | MMTLP | Limit | GT 60 | 1,000.00 | Too Late To Cancel |
| › | 11/28/22 | 446 | Stock/ETF | Sell | 500 | MMTLP | Limit | GT 60 | 800.00 | Too Late To Cancel |

| ETRADE MMTLP | | | | | | | |
|---|---|---|---|---|---|---|---|
| TRADE DATE | SETTLE DATE | BUY/SELL | QUANTITY | SYMBOL | ACCT TYPE | PRICE | ACTUAL COST |
| 10/8/21 | 10/13/21 | BUY | 721 | MMTLP | CASH | $2.3400 | $1,687.14 |
| 10/8/21 | 10/13/21 | BUY | 512 | MMTLP | CASH | $1.7500 | $896.00 |
| 10/14/21 | 10/18/21 | BUY | 328 | MMTLP | CASH | $1.5200 | $498.56 |
| 11/4/21 | 11/8/21 | BUY | 373 | MMTLP | CASH | $1.2800 | $477.44 |
| 12/3/21 | 12/7/21 | BUY | 135 | MMTLP | CASH | $7.0000 | $945.00 |
| 10/13/22 | 10/17/22 | BUY | 200 | MMTLP | CASH | $5.2000 | $1,040.00 |
| 10/26/22 | 10/28/22 | BUY | 153 | MMTLP | CASH | $6.5000 | $994.50 |
| 10/31/22 | 11/2/22 | BUY | 137 | MMTLP | CASH | $7.2300 | $990.51 |
| 11/2/22 | 11/4/22 | BUY | 134 | MMTLP | CASH | $7.4200 | $994.28 |
| 11/3/22 | 11/7/22 | BUY | 294 | MMTLP | CASH | $6.7200 | $1,975.68 |
| 11/3/22 | 11/7/22 | BUY | 70 | MMTLP | CASH | $7.0700 | $494.90 |
| 11/9/22 | 11/14/22 | BUY | 100 | MMTLP | CASH | $10.0000 | $1,000.00 |
| 11/28/22 | 11/30/22 | BUY | 100 | MMTLP | CASH | $10.0000 | $1,000.00 |
| 11/28/22 | 11/30/22 | BUY | 250 | MMTLP | CASH | $9.9000 | $2,475.00 |
| 12/7/22 | 12/9/22 | BUY | 184 | MMTLP | CASH | $4.8500 | $892.40 |
| 12/8/22 | 12/12/22 | BUY | 1,015 | MMTLP | CASH | $1.1400 | $1,157.10 |
| 7/7/21 | TRCH Shares | Merger | 1,107 | | | | |
| | TOTAL SHARES PURCHASED | | 5,813 | | TOTAL PURCHASE COST | | $17,518.51 |
| | | | | | | | |
| | | | | | | | |
| 10/8/21 | 10/13/21 | SELL | 875 | MMTLP | CASH | $1.6500 | $1,443.75 |
| 10/8/21 | 10/13/21 | SELL | 721 | MMTLP | CASH | $1.6900 | $1,218.49 |
| 10/8/21 | 10/13/21 | SELL | 140 | MMTLP | CASH | $1.7500 | $245.00 |
| 10/8/21 | 10/13/21 | SELL | 140 | MMTLP | CASH | $1.7300 | $242.20 |
| 10/8/21 | 10/13/21 | SELL | 121 | MMTLP | CASH | $1.7800 | $215.38 |
| 8/8/22 | 8/10/22 | SELL | 200 | MMTLP | CASH | $1.5800 | $316.00 |
| 8/8/22 | 8/10/22 | SELL | 173 | MMTLP | CASH | $1.5900 | $275.07 |
| 8/8/22 | 8/10/22 | SELL | 119 | MMTLP | CASH | $1.5900 | $189.21 |
| 8/8/22 | 8/10/22 | SELL | 140 | MMTLP | CASH | $1.6100 | $225.40 |
| | | | | | | | |
| | TOTAL SHARES SOLD | | 2,629 | | TOTAL SALES COST | | $4,370.50 |
| | | | | | | | |
| | | | | NET LOSS (TOTAL PURCHASE COST - TOTAL SALES COST) | | | $ (13,148.00) |
| | | | | | | | |
| OUTSTANDING SHARES STILL HOLDING DUE TO U3 HALT (12/09/22) | | | | | 3,184 | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| FIDELITY 401k Roth | Self Directed | | | | | | |
| | | | | | | | |
| TRCH | | | | | | | |
| 6/17/21 | 6/21/21 | BUY | 229 | TRCH | CASH | $5.2300 | $1,197.67 |
| 8/17/21 | 6/21/21 | BUY | 200 | TRCH | CASH | $5.1400 | $1,028.00 |
| 6/22/21 | 6/24/21 | BUY | 121 | TRCH | CASH | $9.6500 | $1,167.65 |
| 6/25/21 | 6/29/21 | BUY | 255 | TRCH | CASH | $4.7499 | $1,211.22 |
| 6/16/21 | 6/18/21 | BUY | 369 | TRCH | CASH | $5.4400 | $2,007.36 |
| 6/16/21 | 6/18/21 | BUY | 188 | TRCH | CASH | $6.4000 | $1,203.20 |
| | | | | | | | |
| 6/28/21 | | RS 1/2 | 1,362 | | | | |
| | TOTAL SHARES PURCHASED | | 681 | | TOTAL PURCHASE COST | | ($7,815.10) |
| | Shares Received | from Merger | 426 | | | | |
| | | See 7/7/21 Merger | 1,107 | | | | |
| | | | | | | | |
| | | | | | | | |
| MMATF | | | | | | | |
| 6/16/21 | 6/18/21 | BUY | -495 | MMATF | CASH | $6.2000 | -$3,069.00 |
| 6/21/21 | 6/23/21 | BUY | -90 | MMATF | CASH | $9.9672 | -$896.85 |
| | | | | | | | |
| | TOTAL SHARES PURCHASED | | -585 | | TOTAL PURCHASE COST | | $ (3,967.10) |
| | | | | | | | |
| | | | | | | | |
| 6/16/21 | 6/18/21 | BUY | 369 | TRCH | CASH | $5.4400 | $2,007.36 |
| 6/16/21 | 6/18/21 | BUY | 188 | TRCH | CASH | $6.4000 | $1,203.20 |
| | | | | | | | |
| MMTLP Torch Origination | | | | | | | |
| Fidelity 401k Roth | Balanced | | | | | | |
| 10/28/22 | 11/1/22 | BUY | 272.0000 | MMTLP | $6.2000 | $1,686.40 | |
| 10/31/02 | 11/2/22 | BUY | 447.0000 | MMTLP | $6.7000 | $2,994.90 | |
| 7/7/21 | | Distribution | 482.0000 | MMTLP | $1.2800 | $616.9600 | |
| | | | | | | | Total Fidelity Loss |
| | Total End Holding | MMTLP NBHC | 1,201 | | FINRA U3 Halt are frozen in time 730 days | | ($11,782.20) |
| | NBHC shows a $0.00 value on stock | | | | | | |

# E✱TRADE
# FINANCIAL®
Trading • Investing • Banking

**E✱TRADE Securities**

Investment Account

# TRADE CONFIRMATION

**Account Number: XXXX-8183**

**Account Name:**
JAMES CHRISTENSEN

E✱TRADE Securities LLC
PO Box 484
Jersey City, NJ 07303-0484
1-800-ETRADE-1 (1-800-387-2331)
etrade.com

**Customer Update**
Invest to make an impact. Learn how sustainable investing offers growth potential while
supporting your values at us.etrade.com/knowledge/sustainable-investing.

| TRADE DATE | SETL DATE | MKT / CPT | SYMBOL / CUSIP | BUY / SELL | QUANTITY | PRICE | ACCT TYPE | | |
|---|---|---|---|---|---|---|---|---|---|
| 06/16/21 | 06/18/21 | 6 1 | MMATF | BUY | 495 | $6.20 | Cash | PRINCIPAL | $3,069.00 |
| ***METAMATERIAL INC COM | | | | | | | | COMMISSION | $4.95 |
| | | | | | | | | NET AMOUNT | $3,073.95 |
| 06/16/21 | 06/18/21 | 6 1 | TRCH | BUY | 369 | $5.44 | Cash | PRINCIPAL | $2,007.36 |
| TORCHLIGHT ENERGY RESOURCES INC | | | | | | | | NET AMOUNT | $2,007.36 |
| 06/16/21 | 06/18/21 | 6 1 | TRCH | BUY | 188 | $6.40 | Cash | PRINCIPAL | $1,203.20 |
| TORCHLIGHT ENERGY RESOURCES INC | | | | | | | | NET AMOUNT | $1,203.20 |

▲ DETACH HERE

JAMES CHRISTENSEN
1626 W CALAIS VILLAS WAY
WEST JORDAN UT 84084-5800

DETACH HERE ▲

**Use This Deposit Slip**    **Acct: XXXX-8183**

Please do not send cash

| | Dollars | Cents |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |

**TOTAL DEPOSIT**

Make checks payable to E✱TRADE Securities LLC.
Mail deposits to:

E✱TRADE Securities LLC
PO Box 484
Jersey City, NJ 07303-0484

061620210001 900381781831



Page 1 of 2

# E✲TRADE
# FINANCIAL®
Trading • Investing • Banking

## E✲TRADE Securities
**Investment Account**

# TRADE CONFIRMATION

**Account Number: XXXX-8183**

**Account Name:**
JAMES CHRISTENSEN

E✲TRADE Securities LLC
PO Box 484
Jersey City, NJ 07303-0484
1-800-ETRADE-1 (1-800-387-2331)
etrade.com

**Customer Update**
Invest to make an impact. Learn how sustainable investing offers growth potential while
supporting your values at us.etrade.com/knowledge/sustainable-investing.

| TRADE DATE | SETL DATE | MKT/ CPT | SYMBOL/ CUSIP | BUY/ SELL | QUANTITY | PRICE | ACCT TYPE | | |
|---|---|---|---|---|---|---|---|---|---|
| 06/17/21 | 06/21/21 | 6 1 | TRCH | BUY | 229 | $5.23 | Cash | PRINCIPAL | $1,197.67 |
| TORCHLIGHT ENERGY RESOURCES INC | | | | | | | | NET AMOUNT | $1,197.67 |
| 06/17/21 | 06/21/21 | 6 1 | TRCH | BUY | 200 | $5.14 | Cash | PRINCIPAL | $1,028.00 |
| TORCHLIGHT ENERGY RESOURCES INC | | | | | | | | NET AMOUNT | $1,028.00 |

▲ DETACH HERE

JAMES CHRISTENSEN
1626 W CALAIS VILLAS WAY
WEST JORDAN UT 84084-5800

DETACH HERE ▲

**Use This Deposit Slip    Acct: XXXX-8183**

Please do not send cash

| | Dollars | Cents |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| **TOTAL DEPOSIT** | | |

Make checks payable to E✲TRADE Securities LLC.
Mail deposits to:

E✲TRADE Securities LLC
PO Box 484
Jersey City, NJ 07303-0484

061720210001 900381781831



# E✱TRADE
# FINANCIAL®
Trading • Investing • Banking

## E✱TRADE Securities
**Investment Account**

# TRADE CONFIRMATION

**Account Number: XXXX-8183**

E✱TRADE Securities LLC
PO Box 484
Jersey City, NJ 07303-0484
1-800-ETRADE-1 (1-800-387-2331)
etrade.com

**Account Name:**
JAMES CHRISTENSEN

**Customer Update**
Invest to make an impact. Learn how sustainable investing offers growth potential while supporting your values at us.etrade.com/knowledge/sustainable-investing.

| TRADE DATE | SETL DATE | MKT / CPT | SYMBOL / CUSIP | BUY / SELL | QUANTITY | PRICE | ACCT TYPE | | |
|---|---|---|---|---|---|---|---|---|---|
| 06/21/21 | 06/23/21 | 6 1 | MMATF | BUY | 90 | $9.9872 | Cash | PRINCIPAL | $898.86 |
| ***METAMATERIAL INC COM | | | | | | | | COMMISSION | $4.95 |
| | | | | | | | | NET AMOUNT | $903.81 |

▲ DETACH HERE

JAMES CHRISTENSEN
1626 W CALAIS VILLAS WAY
WEST JORDAN UT 84084-5800

Make checks payable to E*TRADE Securities LLC.
Mail deposits to:

E*TRADE Securities LLC
PO Box 484
Jersey City, NJ 07303-0484

DETACH HERE ▲

**Use This Deposit Slip    Acct: XXXX-8183**

Please do not send cash

| | Dollars | Cents |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| **TOTAL DEPOSIT** | | |

062120210001 900381781831



Page 1 of 2

# E✱TRADE
# FINANCIAL®
Trading • Investing • Banking

## E✱TRADE Securities
**Investment Account**

# TRADE CONFIRMATION

**Account Number: XXXX-8183**

**Account Name:**
JAMES CHRISTENSEN

E✱TRADE Securities LLC
PO Box 484
Jersey City, NJ 07303-0484
1-800-ETRADE-1 (1-800-387-2331)
etrade.com

**Customer Update**
Invest to make an impact. Learn how sustainable investing offers growth potential while
supporting your values at us.etrade.com/knowledge/sustainable-investing.

| TRADE DATE | SETL DATE | MKT/ CPT | SYMBOL/ CUSIP | BUY/ SELL | QUANTITY | PRICE | ACCT TYPE | | |
|---|---|---|---|---|---|---|---|---|---|
| 06/22/21 | 06/24/21 | 6 1 | TRCH | BUY | 121 | $9.65 | Cash | PRINCIPAL | $1,167.65 |
| TORCHLIGHT ENERGY RESOURCES INC | | | | | | | | NET AMOUNT | $1,167.65 |

▲  DETACH HERE

JAMES CHRISTENSEN
1626 W CALAIS VILLAS WAY
WEST JORDAN UT 84084-5800

DETACH HERE   ▲

**Use This Deposit Slip     Acct: XXXX-8183**

**Please do not send cash**

| | Dollars | Cents |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| **TOTAL DEPOSIT** | | |

Make checks payable to E✱TRADE Securities LLC.
Mail deposits to:

E✱TRADE Securities LLC
PO Box 484
Jersey City, NJ 07303-0484

⑆062220210001 ⑈900381781831⑈



Page 1 of 2

# E✱TRADE
# FINANCIAL®
Trading • Investing • Banking

**E✱TRADE Securities**

Investment Account

# TRADE CONFIRMATION

**Account Number: XXXX-8183**

**Account Name:**
JAMES CHRISTENSEN

E✱TRADE Securities LLC
PO Box 484
Jersey City, NJ 07303-0484
1-800-ETRADE-1 (1-800-387-2331)
etrade.com

**Customer Update**
Invest to make an impact. Learn how sustainable investing offers growth potential while supporting your values at us.etrade.com/knowledge/sustainable-investing.

| TRADE DATE | SETL DATE | MKT / CPT | SYMBOL / CUSIP | BUY / SELL | QUANTITY | PRICE | ACCT TYPE | | |
|---|---|---|---|---|---|---|---|---|---|
| 06/25/21 | 06/29/21 | 6 1 | TRCH | BUY | 255 | $4.7499 | Cash | PRINCIPAL | $1,211.22 |
| TORCHLIGHT ENERGY RESOURCES INC | | | | | | | | NET AMOUNT | $1,211.22 |

▲ DETACH HERE

JAMES CHRISTENSEN
1626 W CALAIS VILLAS WAY
WEST JORDAN UT 84084-5800

DETACH HERE ▲

**Use This Deposit Slip**    **Acct: XXXX-8183**

Please do not send cash

| Dollars | Cents |
|---|---|
| | |
| | |
| | |
| | |
| | |

**TOTAL DEPOSIT**

Make checks payable to E✱TRADE Securities LLC.
Mail deposits to:

E✱TRADE Securities LLC
PO Box 484
Jersey City, NJ 07303-0484

062520210001 900381781831



  

**E✳TRADE Pro Elite**
**Investment Account**



**Account Number:** 3817-8183          **Statement Period :** July 1, 2021 - July 31, 2021          **Account Type:** INDIVIDUAL

## WITHDRAWALS & DEPOSITS

| DATE | TRANSACTION TYPE | DESCRIPTION | WITHDRAWALS | DEPOSITS |
|------|------------------|-------------|-------------|----------|
| 07/23/21 | Deposit | ACH DEPOSIT REFID:30402396906; | | 3,000.00 |

| **NET WITHDRAWALS & DEPOSITS** | | | | **$3,000.00** |
|---|---|---|---|---|

## OTHER ACTIVITY

| DATE | DESCRIPTION | SYMBOL/ CUSIP | TRANSACTION TYPE | QUANTITY | PRICE | AMOUNT DEBITED | AMOUNT CREDITED |
|------|-------------|---------------|------------------|----------|-------|----------------|-----------------|
| 07/07/21 | ***METAMATERIAL INC COM MANDATORY REORG FEE CHARGED | 59134F101 | Fee | | | 38.00 | |
| 07/07/21 | ***METAMATERIAL INC COM STOCK MERGER @ 1.845 INTO 59134N104 | 59134F101 | Merger | -585 | | | |
| 07/07/21 | META MATLS INC COMMON STOCK SHRS RECEIVED THRU MERGER | MMAT | Merger | 1,079 | | | |
| 07/07/21 | META MATLS INC PFD SER A SPINOFF ON 1107 SHS TORCHLIGHT ENERGY RESOURCES REC 06/24/21 PAY 06/25/21 AS OF 07/06/21 | 59134N203 | Bought | 1,107 | | | |
| 07/12/21 | META MATLS INC COMMON STOCK CIL ON 0.32500@ 5.87110 | MMAT | Cash-in-Lieu | | | | 1.91 |

| **TOTAL OTHER ACTIVITY** | | | | | | **$38.00** | **$1.91** |
|---|---|---|---|---|---|---|---|
| **NET OTHER ACTIVITY** | | | | | | **$36.09** | |

## EXTENDED INSURANCE SWEEP DEPOSIT ACCOUNT (ESDA) ACTIVITY  ( 0.0100% APY/0.0100%APY Earned as of  07/31/21)

Under the Extended Insurance Sweep Deposit Account (ESDA) Program, cash balances from your brokerage account into the ESDA Program may shift from one program bank to another on a daily basis and a different combination or subset of the Program Banks may be used from day to day with dynamic deposit limits. Your ESDA Program cash balances will be FDIC-insured up to an aggregate of at least $1,250,000. Uninvested cash balances in the ESDA program are not covered by SIPC. The balance in your bank deposit sweep account may be withdrawn on your order and proceeds returned to your securities account or remitted to you. To see a list of Program Banks please visit www.etrade.com/esdaagreement or call us at 1-800-ETRADE-1 (1-800-387-2331).

| DATE | TRANSACTION TYPE | DESCRIPTION | TRANSACTION AMOUNT |
|------|------------------|-------------|--------------------|
| **07/01/21** | | **OPENING BALANCE** | **$1,434.81** |
| 07/01/21 | Withdrawal | EXTND INS SWEEP ACCT(FDIC-INS) | -502.35 |
| 07/02/21 | Deposit | EXTND INS SWEEP ACCT(FDIC-INS) | 496.85 |
| 07/08/21 | Withdrawal | EXTND INS SWEEP ACCT(FDIC-INS) | -38.00 |

E*TRADE Securities LLC • PO Box 484, Jersey City, NJ 07303 -0484 • www.etrade.com • 1-800-ETRADE-1 (1-800-387-2331) • Member FINRA/SIPC

PAGE 7 OF 8



**E✱TRADE Pro Elite**
Investment Account



**Account Number:** 3817-8183          **Statement Period :** July 1, 2021 - July 31, 2021          **Account Type:** INDIVIDUAL

## PREFERRED STOCKS (0.00% of Holdings)

| DESCRIPTION | SYMBOL/ CUSIP | ACCT TYPE | QUANTITY | PRICE | TOTAL MKT VALUE | PORTFOLIO (%) | EST. ANNUAL INCOME | EST. ANNUAL YIELD (%) |
|---|---|---|---|---|---|---|---|---|
| META MATLS INC PFD SER A | 59134N203 | Cash | 1,107 | | 0.00 | 0.00 | | |
| **TOTAL PRICED PORTFOLIO HOLDINGS (ON 07/31/21)** | | | | | **$15,395.78** | | | |

## TRANSACTION HISTORY

### SECURITIES PURCHASED OR SOLD

| TRADE DATE | SETTLEMENT DATE | DESCRIPTION | SYMBOL/ CUSIP | TRANSACTION TYPE | QUANTITY | PRICE | AMOUNT PURCHASED | AMOUNT SOLD |
|---|---|---|---|---|---|---|---|---|
| 06/29/21 07:18 | 07/01/21 | PROTALIX BIOTHERAPEUTICS INC COMMON STOCK | PLX | Bought | 255 | 1.9700 | 502.35 | |
| 06/30/21 09:30 | 07/02/21 | AST SPACEMOBILE INC CLASS A COMMON STOCK | ASTS | Sold | -39 | 12.7400 | | 496.85 |
| 07/09/21 14:23 | 07/13/21 | META MATLS INC COMMON STOCK | MMAT | Bought | 99 | 5.0000 | 495.00 | |
| 07/22/21 11:47 | 07/26/21 | AMC ENTERTAINMENT HOLDINGS INC CL A COM | AMC | Sold | -106 | 38.0000 | | 4,027.96 |
| 07/26/21 13:47 | 07/28/21 | META MATLS INC COMMON STOCK | MMAT | Bought | 231 | 3.4500 | 796.95 | |
| 07/26/21 15:06 | 07/28/21 | ***NOKIA CORPORATION SPONSORED ADR REPSTG 1 SER A | NOK | Bought | 171 | 5.8400 | 998.64 | |
| **TOTAL SECURITIES ACTIVITY** | | | | | | | **$2,792.94** | **$4,524.81** |

### DIVIDENDS & INTEREST ACTIVITY

| DATE | TRANSACTION TYPE | DESCRIPTION | SYMBOL/ CUSIP | AMOUNT DEBITED | AMOUNT CREDITED |
|---|---|---|---|---|---|
| 07/26/21 | Interest | EXTENDED INSURANCE SWEEP DEPOSIT ACCOUNT INTEREST | | | 0.01 |
| **TOTAL DIVIDENDS & INTEREST ACTIVITY** | | | | | **$0.01** |
| **NET DIVIDENDS & INTEREST ACTIVITY** | | | | | **$0.01** |

E*TRADE Securities LLC • PO Box 484, Jersey City, NJ 07303-0484 • www.etrade.com • 1-800-ETRADE-1 (1-800-387-2331) • Member FINRA/SIPC

PAGE 6 OF 8

# E✳TRADE
# FINANCIAL®
Trading • Investing • Banking

**E✳TRADE Securities**

Investment Account

# TRADE CONFIRMATION

**Account Number: XXXX-8183**

E✳TRADE Securities LLC
PO Box 484
Jersey City, NJ 07303-0484
1-800-ETRADE-1 (1-800-387-2331)
etrade.com

**Account Name:**
JAMES CHRISTENSEN

**Customer Update**
Want to get important documents faster? Get your statements, confirms, and tax forms online with paperless delivery. Enroll at etrade.com/paperless.

| TRADE DATE | SETL DATE | MKT/ CPT | SYMBOL/ CUSIP | BUY/ SELL | QUANTITY | PRICE | ACCT TYPE | | |
|---|---|---|---|---|---|---|---|---|---|
| 10/08/21 | 10/13/21 | 6 1 | MMTLP | BUY | 1,015 | $1.14 | Cash | PRINCIPAL | $1,157.10 |
| **META MATLS INC PFD SER A** | | | | | | | | COMMISSION | $4.95 |
| | | | | | | | | **NET AMOUNT** | **$1,162.05** |
| 10/08/21 | 10/13/21 | 6 1 | MMTLP | BUY | 721 | $2.34 | Cash | PRINCIPAL | $1,687.14 |
| **META MATLS INC PFD SER A** | | | | | | | | COMMISSION | $4.95 |
| | | | | | | | | **NET AMOUNT** | **$1,692.09** |

▲ DETACH HERE

JAMES CHRISTENSEN
1626 W CALAIS VILLAS WAY
WEST JORDAN UT 84084-5800

DETACH HERE ▲

**Use This Deposit Slip    Acct: XXXX-8183**

Please do not send cash

| | Dollars | Cents |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

Make checks payable to E✳TRADE Securities LLC.
Mail deposits to:

E✳TRADE Securities LLC
PO Box 484
Jersey City, NJ 07303-0484

**TOTAL DEPOSIT**

| | |
|---|---|

100820210001  900381781831

Page 1 of 2

# E✱TRADE FINANCIAL®
Trading • Investing • Banking

## E✱TRADE Securities
Investment Account

# TRADE CONFIRMATION

**Account Number: XXXX-8183**

E✱TRADE Securities LLC
PO Box 484
Jersey City, NJ 07303-0484
1-800-ETRADE-1 (1-800-387-2331)
etrade.com

**Account Name:**
JAMES CHRISTENSEN

**Customer Update**
Want to get important documents faster? Get your statements, confirms, and tax forms online with paperless delivery. Enroll at etrade.com/paperless.

| TRADE DATE | SETL DATE | MKT / CPT | SYMBOL / CUSIP | BUY / SELL | QUANTITY | PRICE | ACCT TYPE | | |
|---|---|---|---|---|---|---|---|---|---|
| 10/14/21 | 10/18/21 | 6 1 | MMTLP | BUY | 512 | $1.75 | Cash | PRINCIPAL | $896.00 |
| **META MATLS INC PFD SER A** | | | | | | | | COMMISSION | $4.95 |
| | | | | | | | | **NET AMOUNT** | **$900.95** |

▲ DETACH HERE

JAMES CHRISTENSEN
1626 W CALAIS VILLAS WAY
WEST JORDAN UT 84084-5800

DETACH HERE ▲

**Use This Deposit Slip    Acct: XXXX-8183**

Please do not send cash

| | Dollars | Cents |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| **TOTAL DEPOSIT** | | |

Make checks payable to E✱TRADE Securities LLC.
Mail deposits to:

E✱TRADE Securities LLC
PO Box 484
Jersey City, NJ 07303-0484



1014202l0001 9003817818ЗІ



# E✳TRADE FINANCIAL®

Trading • Investing • Banking

## E✳TRADE Securities

Investment Account

# TRADE CONFIRMATION

**Account Number: XXXX-8183**

E✳TRADE Securities LLC
PO Box 484
Jersey City, NJ 07303-0484
1-800-ETRADE-1 (1-800-387-2331)
etrade.com

**Account Name:**

JAMES CHRISTENSEN

**Customer Update**
Want to get important documents faster? Get your statements, confirms, and tax forms online with paperless delivery. Enroll at etrade.com/paperless.

| TRADE DATE | SETL DATE | MKT / CPT | SYMBOL / CUSIP | BUY / SELL | QUANTITY | PRICE | ACCT TYPE | | |
|---|---|---|---|---|---|---|---|---|---|
| 11/04/21 | 11/08/21 | 6 1 | MMTLP | BUY | 328 | $1.52 | Cash | PRINCIPAL | $498.56 |
| META MATLS INC PFD SER A | | | | | | | | COMMISSION | $4.95 |
| | | | | | | | | NET AMOUNT | $503.51 |

▲ DETACH HERE

JAMES CHRISTENSEN
1626 W CALAIS VILLAS WAY
WEST JORDAN UT 84084-5800

DETACH HERE ▲

**Use This Deposit Slip   Acct: XXXX-8183**

Please do not send cash

| Dollars | Cents |
|---|---|
| | |
| | |
| | |
| | |
| | |

Make checks payable to E✳TRADE Securities LLC.
Mail deposits to:

E✳TRADE Securities LLC
PO Box 484
Jersey City, NJ 07303-0484

**TOTAL DEPOSIT**

110420210001 900381781831



Page 1 of 2

# E✱TRADE
# FINANCIAL®
Trading • Investing • Banking

**E✱TRADE Securities**

Investment Account

# TRADE CONFIRMATION

**Account Number: XXXX-8183**

**Account Name:**
JAMES CHRISTENSEN

E✱TRADE Securities LLC
PO Box 484
Jersey City, NJ 07303-0484
1-800-ETRADE-1 (1-800-387-2331)
etrade.com

**Customer Update**
Keep your information up to date. Check that your profile is current and correct for security purposes. Visit etrade.com/myprofile to review your account info.

| TRADE DATE | SETL DATE | MKT / CPT | SYMBOL / CUSIP | BUY / SELL | QUANTITY | PRICE | ACCT TYPE | | |
|---|---|---|---|---|---|---|---|---|---|
| 12/03/21 | 12/07/21 | 6 1 | MMTLP | BUY | 373 | $1.28 | Cash | PRINCIPAL | $477.44 |
| **META MATLS INC PFD SER A** | | | | | | | | COMMISSION | $4.95 |
| | | | | | | | | **NET AMOUNT** | **$482.39** |

▲ DETACH HERE

JAMES CHRISTENSEN
1626 W CALAIS VILLAS WAY
WEST JORDAN UT 84084-5800

Make checks payable to E✱TRADE Securities LLC.
Mail deposits to:

E✱TRADE Securities LLC
PO Box 484
Jersey City, NJ 07303-0484

DETACH HERE ▲

**Use This Deposit Slip   Acct: XXXX-8183**

**Please do not send cash**

| Dollars | Cents |
|---|---|
| | |
| | |
| | |
| | |
| | |

**TOTAL DEPOSIT**

120320210001 900381781831


from Morgan Stanley

Page 1 of 2

**E✴TRADE Securities**

Investment Account

# TRADE CONFIRMATION

**Account Number: XXXX-8183**

**Account Name:**
JAMES CHRISTENSEN

E✴TRADE Securities LLC
P.O. Box 484
Jersey City, NJ 07303-0484

| Customer Update |
|---|
| Want to get important documents faster? Get your statements, confirms, and tax forms online with paperless delivery. Enroll at etrade.com/paperless. |

| TRADE DATE | SETL DATE | MKT / CPT | SYMBOL / CUSIP | BUY / SELL | QUANTITY | PRICE | ACCT TYPE | | |
|---|---|---|---|---|---|---|---|---|---|
| 10/31/22 | 11/02/22 | 6 1 | MMTLP | BUY | 153 | $6.50 | Cash | PRINCIPAL | $994.50 |
| **META MATLS INC PFD SER A** | | | | | | | | COMMISSION | $4.95 |
| PERPETUAL | | | | | | | | **NET AMOUNT** | **$999.45** |

▲  DETACH HERE

JAMES CHRISTENSEN
1626 W CALAIS VILLAS WAY
WEST JORDAN UT 84084-5800

DETACH HERE  ▲

| **Use This Deposit Slip** | **Acct: XXXX-8183** |
|---|---|

**Please do not send cash**

| | Dollars | Cents |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| **TOTAL DEPOSIT** | | |

Make checks payable to E✴TRADE Securities LLC.
Mail deposits to:

E✴TRADE Securities LLC
P.O. Box 484
Jersey City, NJ 07303-0484

103120220001  900381781831



# E✱TRADE
from Morgan Stanley

**E✱TRADE Securities**

Investment Account

## TRADE CONFIRMATION

**Account Number: XXXX-8183**

**Account Name:**
JAMES CHRISTENSEN

E✱TRADE Securities LLC
P.O. Box 484
Jersey City, NJ 07303-0484

**Customer Update**
Want to get important documents faster? Get your statements, confirms, and tax forms
online with paperless delivery. Enroll at etrade.com/paperless.

| TRADE DATE | SETL DATE | MKT / CPT | SYMBOL / CUSIP | BUY / SELL | QUANTITY | PRICE | ACCT TYPE | | |
|---|---|---|---|---|---|---|---|---|---|
| 10/13/22 | 10/17/22 | 6 1 | MMTLP | BUY | 135 | $7.00 | Cash | PRINCIPAL | $945.00 |
| **META MATLS INC PFD SER A** | | | | | | | | COMMISSION | $4.95 |
| PERPETUAL | | | | | | | | **NET AMOUNT** | **$949.95** |

▲ DETACH HERE

JAMES CHRISTENSEN
1626 W CALAIS VILLAS WAY
WEST JORDAN UT 84084-5800

DETACH HERE ▲

**Use This Deposit Slip    Acct: XXXX-8183**

Please do not send cash

| | Dollars | Cents |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| **TOTAL DEPOSIT** | | |

Make checks payable to E✱TRADE Securities LLC.
Mail deposits to:

E✱TRADE Securities LLC
P.O. Box 484
Jersey City, NJ 07303-0484

101320220001 ⁊003817818831


from Morgan Stanley

**E✳TRADE Securities**

Investment Account

# TRADE CONFIRMATION

**Account Number: XXXX-8183**

**Account Name:**
JAMES CHRISTENSEN

E✳TRADE Securities LLC
P.O. Box 484
Jersey City, NJ 07303-0484

**Customer Update**
Want to get important documents faster? Get your statements, confirms, and tax forms online with paperless delivery. Enroll at etrade.com/paperless.

| TRADE DATE | SETL DATE | MKT/ CPT | SYMBOL/ CUSIP | BUY/ SELL | QUANTITY | PRICE | ACCT TYPE | | |
|---|---|---|---|---|---|---|---|---|---|
| 10/26/22 | 10/28/22 | 6 1 | MMTLP | BUY | 200 | $5.20 | Cash | PRINCIPAL | $1,040.00 |
| **META MATLS INC PFD SER A** | | | | | | | | COMMISSION | $4.95 |
| | PERPETUAL | | | | | | | **NET AMOUNT** | **$1,044.95** |

▲ DETACH HERE

JAMES CHRISTENSEN
1626 W CALAIS VILLAS WAY
WEST JORDAN UT 84084-5800

DETACH HERE ▲

**Use This Deposit Slip    Acct: XXXX-8183**

Please do not send cash

| | Dollars | Cents |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| **TOTAL DEPOSIT** | | |

Make checks payable to E✳TRADE Securities LLC.
Mail deposits to:

E✳TRADE Securities LLC
P.O. Box 484
Jersey City, NJ 07303-0484



102620220001  900381781831

# E✳TRADE
from Morgan Stanley

**E✳TRADE Securities**

Investment Account

## TRADE CONFIRMATION

**Account Number: XXXX-8183**

E✳TRADE Securities LLC
P.O. Box 484
Jersey City, NJ 07303-0484

**Account Name:**
JAMES CHRISTENSEN

**Customer Update**
Want to get important documents faster? Get your statements, confirms, and tax forms online with paperless delivery. Enroll at etrade.com/paperless.

| TRADE DATE | SETL DATE | MKT/CPT | SYMBOL/CUSIP | BUY/SELL | QUANTITY | PRICE | ACCT TYPE | | |
|---|---|---|---|---|---|---|---|---|---|
| 11/02/22 | 11/04/22 | 6 1 | ███ | BUY | ███ | ███ | Cash | PRINCIPAL | ███ |
| | | | | | | | | NET AMOUNT | |
| 11/02/22 | 11/04/22 | 6 1 | MMTLP | BUY | 137 | $7.23 | Cash | PRINCIPAL | $990.51 |
| **META MATLS INC PFD SER A** | | | | | | | | COMMISSION | $4.95 |
| PERPETUAL | | | | | | | | NET AMOUNT | $995.46 |

▲ DETACH HERE

JAMES CHRISTENSEN
1626 W CALAIS VILLAS WAY
WEST JORDAN UT 84084-5800

Make checks payable to E✳TRADE Securities LLC.
Mail deposits to:

E✳TRADE Securities LLC
P.O. Box 484
Jersey City, NJ 07303-0484

DETACH HERE ▲

**Use This Deposit Slip**    **Acct: XXXX-8183**

**Please do not send cash**

| Dollars | Cents |
|---|---|
| | |
| | |
| | |
| | |
| | |

**TOTAL DEPOSIT**

110220220001 900381781831



# E✳TRADE
### from Morgan Stanley

**E✳TRADE** Securities

**Investment Account**

# TRADE CONFIRMATION

**Account Number: XXXX-8183**

**Account Name:**

JAMES CHRISTENSEN

E✳TRADE Securities LLC
P.O. Box 484
Jersey City, NJ 07303-0484

**Customer Update**
Want to get important documents faster? Get your statements, confirms, and tax forms online with paperless delivery. Enroll at etrade.com/paperless.

| TRADE DATE | SETL DATE | MKT / CPT | SYMBOL / CUSIP | BUY / SELL | QUANTITY | PRICE | ACCT TYPE | | |
|---|---|---|---|---|---|---|---|---|---|
| 11/03/22 | 11/07/22 | 6 1 | MMTLP | BUY | 134 | $7.42 | Cash | PRINCIPAL | $994.28 |
| META MATLS INC PFD SER A | | | | | | | | COMMISSION | $4.95 |
| PERPETUAL | | | | | | | | NET AMOUNT | $999.23 |
| 11/03/22 | 11/07/22 | 6 1 | MMTLP | BUY | 294 | $6.72 | Cash | PRINCIPAL | $1,975.68 |
| META MATLS INC PFD SER A | | | | | | | | COMMISSION | $4.95 |
| PERPETUAL | | | | | | | | NET AMOUNT | $1,980.63 |

▲ DETACH HERE

JAMES CHRISTENSEN
1626 W CALAIS VILLAS WAY
WEST JORDAN UT 84084-5800

DETACH HERE ▲

**Use This Deposit Slip**    **Acct: XXXX-8183**

**Please do not send cash**

| | Dollars | Cents |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| **TOTAL DEPOSIT** | | |

Make checks payable to E✳TRADE Securities LLC.
Mail deposits to:

E✳TRADE Securities LLC
P.O. Box 484
Jersey City, NJ 07303-0484

110320220001 900381781831





**E✱TRADE**
from Morgan Stanley

**E✱TRADE Securities**

Investment Account

# TRADE CONFIRMATION

**Account Number: XXXX-8183**

**Account Name:**
JAMES CHRISTENSEN

E✱TRADE Securities LLC
P.O. Box 484
Jersey City, NJ 07303-0484

**Customer Update**
Want to get important documents faster? Get your statements, confirms, and tax forms online with paperless delivery. Enroll at etrade.com/paperless.

| TRADE DATE | SETL DATE | MKT / CPT | SYMBOL / CUSIP | BUY / SELL | QUANTITY | PRICE | ACCT TYPE | | |
|---|---|---|---|---|---|---|---|---|---|
| 11/09/22 | 11/14/22 | 6 1 | MMTLP | BUY | 70 | $7.07 | Cash | PRINCIPAL | $494.90 |
| **META MATLS INC PFD SER A** | | | | | | | | COMMISSION | $4.95 |
| | PERPETUAL | | | | | | | **NET AMOUNT** | **$499.85** |

▲ DETACH HERE

JAMES CHRISTENSEN
1626 W CALAIS VILLAS WAY
WEST JORDAN UT 84084-5800

DETACH HERE ▲

**Use This Deposit Slip    Acct: XXXX-8183**

Please do not send cash

| Dollars | Cents |
|---|---|
| | |
| | |
| | |
| | |
| | |

**TOTAL DEPOSIT**

Make checks payable to E✱TRADE Securities LLC.
Mail deposits to:

E✱TRADE Securities LLC
P.O. Box 484
Jersey City, NJ 07303-0484

110920220001 900381781831

# E✳TRADE
from Morgan Stanley

## E✳TRADE Securities
Investment Account

# TRADE CONFIRMATION

**Account Number: XXXX-8183**

**Account Name:**
JAMES CHRISTENSEN

E✳TRADE Securities LLC
P.O. Box 484
Jersey City, NJ 07303-0484

**Customer Update**
Want to get important documents faster? Get your statements, confirms, and tax forms online with paperless delivery. Enroll at etrade.com/paperless.

| TRADE DATE | SETL DATE | MKT/ CPT | SYMBOL/ CUSIP | BUY/ SELL | QUANTITY | PRICE | ACCT TYPE | | |
|---|---|---|---|---|---|---|---|---|---|
| 11/28/22 | 11/30/22 | 6 1 | MMTLP | BUY | 100 | $10.00 | Cash | PRINCIPAL | $1,000.00 |
| **META MATLS INC PFD SER A** | | | | | | | | COMMISSION | $4.95 |
| | PERPETUAL | | | | | | | **NET AMOUNT** | **$1,004.95** |
| 11/28/22 | 11/30/22 | 6 1 | MMTLP | BUY | 100 | $10.00 | Cash | PRINCIPAL | $1,000.00 |
| **META MATLS INC PFD SER A** | | | | | | | | COMMISSION | $4.95 |
| | PERPETUAL | | | | | | | **NET AMOUNT** | **$1,004.95** |

▲ DETACH HERE

JAMES CHRISTENSEN
1626 W CALAIS VILLAS WAY
WEST JORDAN UT 84084-5800

DETACH HERE ▲

**Use This Deposit Slip    Acct: XXXX-8183**

Please do not send cash

| | Dollars | Cents |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |

**TOTAL DEPOSIT**

Make checks payable to E✳TRADE Securities LLC.
Mail deposits to:

E✳TRADE Securities LLC
P.O. Box 484
Jersey City, NJ 07303-0484



112820220001 900381781831

Page 1 of 2

# E✳TRADE
### from Morgan Stanley

**E✳TRADE Securities**

Investment Account

## TRADE CONFIRMATION

**Account Number: XXXX-8183**

**Account Name:**

JAMES CHRISTENSEN

E✳TRADE Securities LLC
P.O. Box 484
Jersey City, NJ 07303-0484

**Customer Update**
Want to get important documents faster? Get your statements, confirms, and tax forms online with paperless delivery. Enroll at etrade.com/paperless.

| TRADE DATE | SETL DATE | MKT / CPT | SYMBOL / CUSIP | BUY / SELL | QUANTITY | PRICE | ACCT TYPE | | |
|---|---|---|---|---|---|---|---|---|---|
| 12/07/22 | 12/09/22 | 6 1 | MMTLP | BUY | 250 | $9.90 | Cash | PRINCIPAL | $2,475.00 |
| **META MATLS INC PFD SER A** | | | | | | | | COMMISSION | $4.95 |
| PERPETUAL | | | | | | | | **NET AMOUNT** | **$2,479.95** |

▲ DETACH HERE

JAMES CHRISTENSEN
1626 W CALAIS VILLAS WAY
WEST JORDAN UT 84084-5800

DETACH HERE ▲

**Use This Deposit Slip   Acct: XXXX-8183**

Please do not send cash

| | Dollars | Cents |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| **TOTAL DEPOSIT** | | |

Make checks payable to E✳TRADE Securities LLC.
Mail deposits to:

E✳TRADE Securities LLC
P.O. Box 484
Jersey City, NJ 07303-0484

120720220001 900381781831



# E✳TRADE
from Morgan Stanley

**E✳TRADE Securities**

Investment Account

# TRADE CONFIRMATION

**Account Number: XXXX-8183**

**Account Name:**
JAMES CHRISTENSEN

E✳TRADE Securities LLC
P.O. Box 484
Jersey City, NJ 07303-0484

**Customer Update**
Want to get important documents faster? Get your statements, confirms, and tax forms online with paperless delivery. Enroll at etrade.com/paperless.

| TRADE DATE | SETL DATE | MKT / CPT | SYMBOL / CUSIP | BUY / SELL | QUANTITY | PRICE | ACCT TYPE | | |
|---|---|---|---|---|---|---|---|---|---|
| 12/08/22 | 12/12/22 | 6 1 | MMTLP | BUY | 184 | $4.85 | Cash | PRINCIPAL | $892.40 |
| **META MATLS INC PFD SER A** | | | | | | | | COMMISSION | $4.95 |
| PERPETUAL | | | | | | | | NET AMOUNT | $897.35 |

▲ DETACH HERE

JAMES CHRISTENSEN
1626 W CALAIS VILLAS WAY
WEST JORDAN UT  84084-5800

DETACH HERE ▲

**Use This Deposit Slip    Acct: XXXX-8183**

Please do not send cash

| | Dollars | Cents |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| **TOTAL DEPOSIT** | | |

Make checks payable to E✳TRADE Securities LLC.
Mail deposits to:

E✳TRADE Securities LLC
P.O. Box 484
Jersey City, NJ  07303-0484

120820220001 900381781831



**ETRADE MMTLP**

| TRADE DATE | SETTLE DATE | BUY/SELL | QUANTITY | SYMBOL | ACCT TYPE | PRICE | ACTUAL COST |
|---|---|---|---|---|---|---|---|
| 10/8/21 | 10/13/21 | BUY | 721 | MMTLP | CASH | $2.3400 | $1,687.14 |
| 10/8/21 | 10/13/21 | BUY | 512 | MMTLP | CASH | $1.7500 | $896.00 |
| 10/14/21 | 10/18/21 | BUY | 328 | MMTLP | CASH | $1.5200 | $498.56 |
| 11/4/21 | 11/8/21 | BUY | 373 | MMTLP | CASH | $1.2800 | $477.44 |
| 12/3/21 | 12/7/21 | BUY | 135 | MMTLP | CASH | $7.0000 | $945.00 |
| 10/13/22 | 10/17/22 | BUY | 200 | MMTLP | CASH | $5.2000 | $1,040.00 |
| 10/26/22 | 10/28/22 | BUY | 153 | MMTLP | CASH | $6.5000 | $994.50 |
| 10/31/22 | 11/2/22 | BUY | 137 | MMTLP | CASH | $7.2200 | $990.51 |
| 11/2/22 | 11/4/22 | BUY | 134 | MMTLP | CASH | $7.4200 | $994.28 |
| 11/3/22 | 11/7/22 | BUY | 294 | MMTLP | CASH | $6.7200 | $1,975.68 |
| 11/3/22 | 11/7/22 | BUY | 70 | MMTLP | CASH | $7.0700 | $494.90 |
| 11/9/22 | 11/14/22 | BUY | 100 | MMTLP | CASH | $10.0000 | $1,000.00 |
| 11/28/22 | 11/30/22 | BUY | 100 | MMTLP | CASH | $10.0000 | $1,000.00 |
| 11/28/22 | 11/30/22 | BUY | 250 | MMTLP | CASH | $9.9000 | $2,475.00 |
| 12/7/22 | 12/9/22 | BUY | 184 | MMTLP | CASH | $4.8500 | $892.40 |
| 12/8/22 | 12/12/22 | BUY | 1,015 | MMTLP | CASH | $1.1400 | $1,157.10 |
| 7/7/21 | TRCH Shares | Merger | 1,107 | | | | |
| | TOTAL SHARES PURCHASED | | 5,813 | | TOTAL PURCHASE COST | | $17,518.51 |
| | | | | | | | |
| | | | | | | | |
| 10/8/21 | 10/13/21 | SELL | 875 | MMTLP | CASH | $1.6500 | $1,443.75 |
| 10/8/21 | 10/13/21 | SELL | 721 | MMTLP | CASH | $1.6900 | $1,218.49 |
| 10/8/21 | 10/13/21 | SELL | 140 | MMTLP | CASH | $1.7500 | $245.00 |
| 10/8/21 | 10/13/21 | SELL | 140 | MMTLP | CASH | $1.7300 | $242.20 |
| 10/8/21 | 10/13/21 | SELL | 121 | MMTLP | CASH | $1.7800 | $215.38 |
| 8/8/22 | 8/10/22 | SELL | 200 | MMTLP | CASH | $1.5800 | $316.00 |
| 8/8/22 | 8/10/22 | SELL | 173 | MMTLP | CASH | $1.5900 | $275.07 |
| 8/8/22 | 8/10/22 | SELL | 119 | MMTLP | CASH | $1.5900 | $189.21 |
| 8/8/22 | 8/10/22 | SELL | 140 | MMTLP | CASH | $1.6100 | $225.40 |
| | | | | | | | |
| | TOTAL SHARES SOLD | | 2,629 | | TOTAL SALES COST | | $4,370.50 |
| | | | | | | | |
| | | | | | NET LOSS (TOTAL PURCHASE COST - TOTAL SALES COST) | | $ (13,148.00) |
| | | | | | | | |
| | | | | | | | |
| OUTSTANDING SHARES STILL HOLDING DUE TO U3 HALT (12/09/22) | | | | | 3,184 | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| FIDELITY 401k Roth | Self Directed | | | | | | |
| | | | | | | | |
| TRCH | | | | | | | |
| 6/17/21 | 6/21/21 | BUY | 229 | TRCH | CASH | $5.2300 | $1,197.67 |
| 6/17/21 | 6/21/21 | BUY | 200 | TRCH | CASH | $5.1400 | $1,028.00 |
| 6/22/21 | 6/24/21 | BUY | 121 | TRCH | CASH | $9.6500 | $1,167.65 |
| 6/25/21 | 6/29/21 | BUY | 255 | TRCH | CASH | $4.7499 | $1,211.22 |
| 6/16/21 | 6/18/21 | BUY | 369 | TRCH | CASH | $5.4400 | $2,007.36 |
| 6/16/21 | 6/18/21 | BUY | 188 | TRCH | CASH | $6.4000 | $1,203.20 |
| | | | | | | | |
| 6/28/21 | | RS 1/2 | 1,362 | | | | |
| | TOTAL SHARES PURCHASED | | 681 | | TOTAL PURCHASE COST | | ($7,815.10) |
| | Shares Received | from Merger | 426 | | | | |
| | | See 7/7/21 Merger | 1,107 | | | | |
| | | | | | | | |
| | | | | | | | |
| MMATF | | | | | | | |
| 6/16/21 | 6/18/21 | BUY | -495 | MMATF | CASH | $6.2000 | -$3,069.00 |
| 6/21/21 | 6/23/21 | BUY | -90 | MMATF | CASH | $9.9872 | -$898.85 |
| | | | | | | | |
| | TOTAL SHARES PURCHASED | | -585 | | TOTAL PURCHASE COST | | $ (3,967.10) |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| 6/16/21 | 6/18/21 | BUY | 369 | TRCH | CASH | $5.4400 | $2,007.36 |
| 6/16/21 | 6/18/21 | BUY | 188 | TRCH | CASH | $6.4000 | $1,203.20 |
| | | | | | | | |
| | | | | | | | |
| MMTLP Torch Origination | | | | | | | |
| Fidelity 401k Roth | Balanced | | | | | | |
| 10/28/22 | 11/1/22 | BUY | 272.0000 | MMTLP | $6.2000 | $1,686.40 | |
| 10/31/02 | 11/2/22 | BUY | 447.0000 | MMTLP | $6.7000 | $2,994.90 | |
| 7/7/21 | | Distribution | 482.0000 | MMTLP | $1.2800 | $616.9600 | |
| | | | | | | | Total Fidelity Loss |
| | Total End Holding | MMTLP NBHC | 1,201 | | FINRA U3 Halt are frozen in time 730 days | | ($11,782.20) |
| | NBHC shows a $0.00 value on stock | | | | | | |

# E✳TRADE
# FINANCIAL®
Trading  •  Investing  •  Banking

**E✳TRADE Securities**

Investment Account

## TRADE CONFIRMATION

Account Number: XXXX-8183

| TRADE DATE | SETL DATE | MKT / CPT | SYMBOL / CUSIP | BUY / SELL | QUANTITY | PRICE | ACCT TYPE | | |
|---|---|---|---|---|---|---|---|---|---|
| 10/08/21 | 10/13/21 | 6 1 | MMTLP | SELL | 140 | $1.73 | Cash | PRINCIPAL | $242.20 |
| META MATLS INC PFD SER A | | | | | | | | COMMISSION | $4.95 |
| | | | | | | | | FINRA TAF | $0.02 |
| | | | | | | | | FEE | 0.01 |
| | | | | | | | | NET AMOUNT | $237.22 |
| 10/08/21 | 10/13/21 | 6 1 | MMTLP | SELL | 121 | $1.78 | Cash | PRINCIPAL | $215.38 |
| META MATLS INC PFD SER A | | | | | | | | COMMISSION | $4.95 |
| | | | | | | | | FINRA TAF | $0.01 |
| | | | | | | | | FEE | 0.01 |
| | | | | | | | | NET AMOUNT | $210.41 |

237  24682  PBA  2  145284                    1 of 1 C EDLV AFPEDLV    08/10/21  21:43  001

# E✱TRADE FINANCIAL®
Trading • Investing • Banking

**E✱TRADE Securities**

Investment Account

# TRADE CONFIRMATION

**Account Number: XXXX-8183**

E✱TRADE Securities LLC
PO Box 484
Jersey City, NJ 07303-0484
1-800-ETRADE-1 (1-800-387-2331)
etrade.com

**Account Name:**
JAMES CHRISTENSEN

### Customer Update
Want to get important documents faster? Get your statements, confirms, and tax forms online with paperless delivery. Enroll at etrade.com/paperless.

| TRADE DATE | SETL DATE | MKT / CPT | SYMBOL / CUSIP | BUY / SELL | QUANTITY | PRICE | ACCT TYPE | | |
|---|---|---|---|---|---|---|---|---|---|
| 10/08/21 10/13/21 6 1 MMTLP SELL 875 $1.65 Cash | | | | | | | | PRINCIPAL | $1,443.75 |
| **META MATLS INC PFD SER A** | | | | | | | | COMMISSION | $4.95 |
| | | | | | | | | FINRA TAF | $0.10 |
| | | | | | | | | FEE | 0.01 |
| | | | | | | | | **NET AMOUNT** | **$1,438.69** |
| 10/08/21 10/13/21 6 1 MMTLP SELL 721 $1.69 Cash | | | | | | | | PRINCIPAL | $1,218.49 |
| **META MATLS INC PFD SER A** | | | | | | | | COMMISSION | $4.95 |
| | | | | | | | | FINRA TAF | $0.09 |
| | | | | | | | | FEE | 0.01 |
| | | | | | | | | **NET AMOUNT** | **$1,213.44** |
| 10/08/21 10/13/21 6 1 MMTLP SELL 140 $1.75 Cash | | | | | | | | PRINCIPAL | $245.00 |
| **META MATLS INC PFD SER A** | | | | | | | | COMMISSION | $4.95 |
| | | | | | | | | FINRA TAF | $0.02 |
| | | | | | | | | FEE | 0.01 |
| | | | | | | | | **NET AMOUNT** | **$240.02** |

▲ DETACH HERE

JAMES CHRISTENSEN
1626 W CALAIS VILLAS WAY
WEST JORDAN UT 84084-5800

DETACH HERE ▲

**Use This Deposit Slip    Acct: XXXX-8183**

**Please do not send cash**

| | Dollars | Cents |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| **TOTAL DEPOSIT** | | |

Make checks payable to E✱TRADE Securities LLC.
Mail deposits to:

E✱TRADE Securities LLC
PO Box 484
Jersey City, NJ 07303-0484

100820210001 900381781831

# E✱TRADE
from Morgan Stanley

**E✱TRADE Securities**

Investment Account

# TRADE CONFIRMATION

**Account Number: XXXX-8183**

**Account Name:**
JAMES CHRISTENSEN

E✱TRADE Securities LLC
P.O. Box 484
Jersey City, NJ 07303-0484

### Customer Update
Invest on the go. With the E✱TRADE Mobile app, you have everything you need in the palm of your hand. Vist etrade.com/mobile to learn more.

| TRADE DATE | SETL DATE | MKT/ CPT | SYMBOL/ CUSIP | BUY/ SELL | QUANTITY | PRICE | ACCT TYPE | | |
|---|---|---|---|---|---|---|---|---|---|
| 08/08/22 | 08/10/22 | 6 1 | MMTLP | SELL | 200 | $1.58 | Cash | PRINCIPAL | $316.00 |
| **META MATLS INC PFD SER A** | | | | | | | | COMMISSION | $4.95 |
| PERPETUAL | | | | | | | | FINRA TAF | $0.03 |
| | | | | | | | | FEE | 0.01 |
| | | | | | | | | **NET AMOUNT** | **$311.01** |
| 08/08/22 | 08/10/22 | 6 1 | MMTLP | SELL | 173 | $1.59 | Cash | PRINCIPAL | $275.07 |
| **META MATLS INC PFD SER A** | | | | | | | | FINRA TAF | $0.02 |
| PERPETUAL | | | | | | | | FEE | $0.01 |
| | | | | | | | | **NET AMOUNT** | **$275.04** |
| 08/08/22 | 08/10/22 | 6 1 | MMTLP | SELL | 119 | $1.59 | Cash | PRINCIPAL | $189.21 |
| **META MATLS INC PFD SER A** | | | | | | | | COMMISSION | $4.95 |
| PERPETUAL | | | | | | | | FINRA TAF | $0.02 |
| | | | | | | | | FEE | 0.01 |
| | | | | | | | | **NET AMOUNT** | **$184.23** |
| 08/08/22 | 08/10/22 | 6 1 | MMTLP | SELL | 140 | $1.61 | Cash | PRINCIPAL | $225.40 |
| **META MATLS INC PFD SER A** | | | | | | | | COMMISSION | $4.95 |
| PERPETUAL | | | | | | | | FINRA TAF | $0.02 |
| | | | | | | | | FEE | 0.01 |
| | | | | | | | | **NET AMOUNT** | **$220.42** |

▲ DETACH HERE

JAMES CHRISTENSEN
1626 W CALAIS VILLAS WAY
WEST JORDAN UT 84084-5800

DETACH HERE ▲

**Use This Deposit Slip    Acct: XXXX-8183**

Please do not send cash

| Dollars | Cents |
|---|---|
| | |
| | |
| | |
| | |
| | |

**TOTAL DEPOSIT**

Make checks payable to E✱TRADE Securities LLC.
Mail deposits to:

E✱TRADE Securities LLC
P.O. Box 484
Jersey City, NJ 07303-0484

080820220001 900381781831

