NVB 3001 (Effective 1/21)

*E Trade personal Investment Account    MMAT*

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | PROOF OF INTEREST |
|---|---|

| Name of Debtor: Meta Materials Inc | Case Number: 24-50792 |
|---|---|

**1.** Name and address of holder of the Equity Interest (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

James Shane Christensen
312 Heights Loop
Bonners Ferry, Idaho 83805

Telephone Number: 208-337-2039

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

■ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

**RECEIVED AND FILED**

**DEC 1 2 2024**

**U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK**

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

**COURT USE ONLY**

Account or other number by which Interest holder identifies Debtor:
ETrade 3817-8183 to Morgan Stanley 215 691198

Check here if this claim:
☐ replaces a previously filed Proof of Interest dated: _____
☐ amends a previously filed Proof of Interest dated: _____

**2.** Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:
ETrade Morgan Stanley P.O. Box 484 Jersey City. NJ 07303-0484

Telephone Number: 800-387-2331

**3.** Date Equity Interest was acquired:
07/09/2021 thru 12/4/2023

**4.** Total amount of member interest: 56,795
*Accumulatie Net Loss $19,614.97*

**5.** Certificate number(s): _____

**6.** Type of Equity Interest:
Please indicate the type of Equity Interest you hold:
■ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
☐ Check this box if your Equity Interest is based on anything else and describe that interest:
Description: *Investor in Stock*

**7.** Supporting Documents: Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**8.** Date-Stamped Copy: To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

**9. Signature:**
Check the appropriate box.
■ I am the creditor.    ☐ I am the creditor's authorized agent. (Attach copy of power of attorney, if any.)    ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)    ☐ I am a guarantor, surety, endorser, or other codebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: James Shane Christensen
Title: Shareholder
Company:__ Address and telephone number (if different from notice address above):

_____

(Signature) James Shane Christensen    (Date) 12/9/24

Telephone number: 208-337-2039    email: jchriste1112@gmail.com

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

| Print Form | Save Form | Clear Form |
|---|---|---|

"E Trade    Start Here

**ETRADE**

| TRADE DATE | SETTLE DATE | BUY/SELL | QUANTITY | SYMBOL | ACCT TYPE | PRICE | ACTUAL COST |
|---|---|---|---|---|---|---|---|
| 7/9/21 | 7/13/21 | BUY | 99 | MMAT | CASH | $5.0000 | $495.00 |
| 7/26/21 | 7/28/21 | BUY | 231 | MMAT | CASH | $3.4500 | $796.95 |
| 9/3/21 | 9/8/21 | BUY | 179 | MMAT | CASH | $5.5499 | $993.43 |
| 9/28/21 | 9/30/21 | BUY | 592 | MMAT | CASH | $5.9000 | $3,492.80 |
| 10/15/21 | 10/19/21 | BUY | 399 | MMAT | CASH | $5.0000 | $1,995.00 |
| 11/22/21 | 11/24/21 | BUY | 125 | MMAT | CASH | $3.9787 | $497.34 |
| 11/22/21 | 11/24/21 | BUY | 248 | MMAT | CASH | $4.0100 | $994.48 |
| 12/1/21 | 12/3/21 | BUY | 597 | MMAT | CASH | $3.3300 | $1,988.01 |
| 12/6/21 | 12/8/21 | BUY | 347 | MMAT | CASH | $2.8800 | $999.36 |
| 12/17/21 | 12/21/21 | BUY | 435 | MMAT | CASH | $2.7400 | $1,191.90 |
| 4/20/22 | 4/22/22 | BUY | 2,043 | MMAT | CASH | $1.3700 | $2,798.91 |
| 4/26/22 | 4/28/22 | BUY | 716 | MMAT | CASH | $1.2400 | $887.84 |
| 6/9/22 | 6/13/22 | BUY | 311 | MMAT | CASH | $1.5900 | $494.49 |
| 6/24/22 | 6/28/22 | BUY | 1,327 | MMAT | CASH | $1.1400 | $1,512.78 |
| 10/13/22 | 10/17/22 | BUY | 450 | MMAT | CASH | $1.1199 | $503.96 |
| 11/2/22 | 11/4/22 | BUY | 49 | MMAT | CASH | $1.2090 | $59.24 |
| 11/3/22 | 11/7/22 | BUY | 714 | MMAT | CASH | $1.4078 | $1,005.17 |
| 11/8/22 | 11/10/22 | BUY | 633 | MMAT | CASH | $1.5781 | $998.94 |
| 11/9/22 | 11/14/22 | BUY | 337 | MMAT | CASH | $1.4750 | $497.08 |
| 11/21/22 | 11/23/22 | BUY | 470 | MMAT | CASH | $2.1300 | $1,001.10 |
| 3/14/23 | 3/16/23 | BUY | 2,361 | MMAT | CASH | $0.5200 | $1,227.72 |
| 4/13/23 | 4/17/23 | BUY | 500 | MMAT | CASH | $0.3196 | $159.80 |
| 4/17/23 | 4/19/23 | BUY | 4,651 | MMAT | CASH | $0.2151 | $1,000.43 |
| 6/6/23 | 6/8/23 | BUY | 3,700 | MMAT | CASH | $0.2233 | $826.21 |
| 6/21/23 | 6/23/23 | BUY | 2,801 | MMAT | CASH | $0.2035 | $570.00 |
| 6/21/23 | 6/23/23 | BUY | 637 | MMAT | CASH | $0.2039 | $129.88 |
| 6/23/23 | 6/27/23 | BUY | 2,627 | MMAT | CASH | $0.1900 | $499.13 |
| 6/27/23 | 6/29/23 | BUY | 2,270 | MMAT | CASH | $0.2032 | $461.26 |
| 7/31/23 | 8/2/23 | BUY | 1,283 | MMAT | CASH | $0.2385 | $306.00 |
| 8/4/23 | 8/8/23 | BUY | 377 | MMAT | CASH | $0.2500 | $94.25 |
| 11/1/23 | 11/3/23 | BUY | 4,200 | MMAT | CASH | $0.1200 | $504.00 |
| 11/1/23 | 11/3/23 | BUY | 4,400 | MMAT | CASH | $0.1100 | $484.00 |
| 11/3/23 | 11/7/23 | BUY | 4,500 | MMAT | CASH | $0.1090 | $490.50 |
| 11/13/23 | 11/15/23 | BUY | 4,000 | MMAT | CASH | $0.0925 | $370.00 |
| 12/4/23 | 12/6/23 | BUY | 6,426 | MMAT | CASH | $0.0700 | $449.82 |
| 7/7/21 | | Merger | 1,079 | | | | |
| 6/28/21 | | 1362 RS 1/2 | 681 | | | | |
| | | | | | | | |
| | TOTAL SHARES PURCHASED | | 56,795 | | TOTAL PURCHASE COST | | $30,776.77 |
| | | | | | | | |
| 9/27/21 | 9/29/21 | SELL | 179 | MMAT | CASH | $5.7010 | $1,020.48 |
| 9/27/21 | 9/29/21 | SELL | 99 | MMAT | CASH | $5.7041 | $564.71 |
| 9/27/21 | 9/29/21 | SELL | 231 | MMAT | CASH | $5.7000 | $1,316.70 |
| 11/1/21 | 11/3/21 | SELL | 399 | MMAT | CASH | $5.2500 | $2,094.75 |
| 3/24/23 | 3/28/23 | SELL | 2,361 | MMAT | CASH | $0.4651 | $1,098.10 |
| 10/24/23 | 10/26/23 | SELL | 3,200 | MMAT | CASH | $0.1452 | $464.64 |
| 10/24/23 | 10/26/23 | SELL | 1 | MMAT | CASH | $0.1469 | $0.15 |
| 10/24/23 | 10/26/23 | SELL | 8,750 | MMAT | CASH | $0.1454 | $1,272.25 |
| 10/24/23 | 10/26/23 | SELL | 3,049 | MMAT | CASH | $0.1450 | $442.11 |
| 11/22/23 | 11/27/23 | SELL | 10,456 | MMAT | CASH | $0.0775 | $810.34 |
| 11/22/23 | 11/27/23 | SELL | 3,600 | MMAT | CASH | $0.0776 | $279.36 |
| 11/22/23 | 11/27/23 | SELL | 18,044 | MMAT | CASH | $0.0774 | $1,396.61 |
| 1/24/24 | 1/26/24 | SELL | 5,800 | MMAT | CASH | $0.0625 | $362.50 |
| 1/24/24 | 1/1/24 | SELL | 626 | MMAT | CASH | $0.0625 | $39.13 |
| | | | | | | | |
| | | | | | | | |
| | TOTAL SHARES SOLD | | 56,795 | | TOTAL SALES COST | | $11,161.81 |
| | | | | | | | |
| | | | NET LOSS (TOTAL PURCHASE COST - TOTAL SALES COST) | | | | ($19,614.97) |

E Trade    End Here

**FIDELITY ROTH 401K**

| TRADE DATE | SETTLE DATE | BUY/SELL | QUANTITY | SYMBOL | PRICE | ACTUAL COST | |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| 10/31/22 | 11/2/22 | BUY | 720.0000 | MMAT | $1.1162 | $803.66 | |
| 10/31/22 | 11/2/22 | BUY | 1,100.0000 | MMAT | $1.1150 | $1,226.50 | |
| 7/7/21 | | Merger | 891.0000 | MMAT | $3.5000 | $3,118.50 | |
| 6/28/21 | | 482 RS 1/2 | 241.0000 | MMAT | $3.5000 | $843.50 | |
| | TOTAL SHARES PURCHASED | | 2,952.0000 | TOTAL PURCHASE COST | | $5,992.16 | |
| | | 2952 RS 1/100 | 30.0000 | | | | |
| 8/2/24 | 8/5/24 | SELL | 30.0000 | | $2.2600 | $67.80 | |
| | | | | | | | |
| | TOTAL SHARES SOLD | | 30.0000 | TOTAL SALES COST | $67.80 | | |
| | | | | | | | |
| | | | NET LOSS (TOTAL PURCHASE COST - TOTAL SALES COST) | | | ($5,924.36) | |



**E✱TRADE Pro Elite**
Investment Account



**Account Number:** 3817-8183                **Statement Period :** July 1, 2021 - July 31, 2021                **Account Type:** INDIVIDUAL

## WITHDRAWALS & DEPOSITS

| DATE | TRANSACTION TYPE | DESCRIPTION | WITHDRAWALS | DEPOSITS |
|------|------------------|-------------|-------------|----------|
| 07/23/21 | Deposit | ACH DEPOSIT REFID:30402396906; | | 3,000.00 |

**NET WITHDRAWALS & DEPOSITS** | | | | **$3,000.00**

## OTHER ACTIVITY

| DATE | DESCRIPTION | SYMBOL/ CUSIP | TRANSACTION TYPE | QUANTITY | PRICE | AMOUNT DEBITED | AMOUNT CREDITED |
|------|-------------|---------------|------------------|----------|-------|----------------|-----------------|
| 07/07/21 | ***METAMATERIAL INC COM MANDATORY REORG FEE CHARGED | 59134F101 | Fee | | | 38.00 | |
| 07/07/21 | ***METAMATERIAL INC COM STOCK MERGER @ 1.845 INTO 59134N104 | 59134F101 | Merger | -585 | | | |
| 07/07/21 | META MATLS INC COMMON STOCK SHRS RECEIVED THRU MERGER | MMAT | Merger | 1,079 | | | |
| 07/07/21 | META MATLS INC PFD SER A SPINOFF  ON   1107 SHS TORCHLIGHT ENERGY RESOURCES REC 06/24/21 PAY 06/25/21 AS OF 07/06/21 | 59134N203 | Bought | 1,107 | | | |
| 07/12/21 | META MATLS INC COMMON STOCK CIL ON   0.32500@   5.87110 | MMAT | Cash-in-Lieu | | | | 1.91 |

**TOTAL OTHER ACTIVITY** | | | | | | **$38.00** | **$1.91**
**NET OTHER ACTIVITY** | | | | | | **$36.09** |

## EXTENDED INSURANCE SWEEP DEPOSIT ACCOUNT (ESDA) ACTIVITY  ( 0.0100% APY/0.0100%APY Earned as of  07/31/21)

Under the Extended Insurance Sweep Deposit Account (ESDA) Program, cash balances from your brokerage account into the ESDA Program may shift from one program bank to another on a daily basis and a different combination or subset of the Program Banks may be used from day to day with dynamic deposit limits. Your ESDA Program cash balances will be FDIC-insured up to an aggregate of at least $1,250,000. Uninvested cash balances in the ESDA program are not covered by SIPC. The balance in your bank deposit sweep account may be withdrawn on your order and proceeds returned to your securities account or remitted to you. To see a list of Program Banks please visit www.etrade.com/esdaagreement or call us at 1-800-ETRADE-1 (1-800-387-2331).

| DATE | TRANSACTION TYPE | DESCRIPTION | TRANSACTION AMOUNT |
|------|------------------|-------------|--------------------|
| **07/01/21** | | **OPENING BALANCE** | **$1,434.81** |
| 07/01/21 | Withdrawal | EXTND INS SWEEP ACCT(FDIC-INS) | -502.35 |
| 07/02/21 | Deposit | EXTND INS SWEEP ACCT(FDIC-INS) | 496.85 |
| 07/08/21 | Withdrawal | EXTND INS SWEEP ACCT(FDIC-INS) | -38.00 |



**E✱TRADE Pro Elite**
Investment Account



**Account Number:** 3817-8183          **Statement Period :** June 1, 2021 - June 30, 2021          **Account Type:** INDIVIDUAL

## DIVIDENDS & INTEREST ACTIVITY

| DATE | TRANSACTION TYPE | DESCRIPTION | SYMBOL/ CUSIP | AMOUNT DEBITED | AMOUNT CREDITED |
|------|------------------|-------------|---------------|----------------|-----------------|
| 06/28/21 | Interest | EXTENDED INSURANCE SWEEP DEPOSIT ACCOUNT INTEREST | | | 0.05 |
| **TOTAL DIVIDENDS & INTEREST ACTIVITY** | | | | | **$0.05** |
| **NET DIVIDENDS & INTEREST ACTIVITY** | | | | | **$0.05** |

## WITHDRAWALS & DEPOSITS

| DATE | TRANSACTION TYPE | DESCRIPTION | | WITHDRAWALS | DEPOSITS |
|------|------------------|-------------|---|-------------|----------|
| 06/07/21 | Deposit | ACH DEPOSIT REFID:26566299906; | | | 5,000.00 |
| 06/15/21 | Transfer | ACH WITHDRAWL REFID:27408339906; | | 5,000.00 | |
| **NET WITHDRAWALS & DEPOSITS** | | | | | **$0.00** |

## OTHER ACTIVITY

| DATE | DESCRIPTION | SYMBOL/ CUSIP | TRANSACTION TYPE | QUANTITY | PRICE | AMOUNT DEBITED | AMOUNT CREDITED |
|------|-------------|---------------|------------------|----------|-------|----------------|-----------------|
| 06/28/21 | META MATLS INC COMMON STOCK RESULT OF REVERSE SPLIT | MMAT | Reverse Splt | 681 | | | |
| 06/28/21 | TORCHLIGHT ENERGY RESOURCES INC MANDATORY REORG FEE CHARGED | 89102U103 | Fee | | | 38.00 | |
| 06/28/21 | TORCHLIGHT ENERGY RESOURCES INC REVERSE SPLIT @ 1:2 INTO 59134N104 | 89102U103 | Reverse Splt | -1,362 | | | |
| **TOTAL OTHER ACTIVITY** | | | | | | **$38.00** | |
| **NET OTHER ACTIVITY** | | | | | | **$38.00** | |

E✱TRADE Securities LLC • PO Box 484, Jersey City, NJ 07303 -0484 • www.etrade.com • 1-800-ETRADE-1 (1-800-387-2331) • Member FINRA/SIPC

PAGE 10 OF 12

Page 1 of 2

# E✱TRADE
# FINANCIAL®
Trading  •  Investing  •  Banking

**E✱TRADE Securities**

**Investment Account**

# TRADE CONFIRMATION

**Account Number: XXXX-8183**

**Account Name:**
JAMES CHRISTENSEN

E✱TRADE Securities LLC
PO Box 484
Jersey City, NJ 07303-0484
1-800-ETRADE-1 (1-800-387-2331)
etrade.com

| TRADE DATE | SETL DATE | MKT/ CPT | SYMBOL/ CUSIP | BUY/ SELL | QUANTITY | PRICE | ACCT TYPE | | |
|---|---|---|---|---|---|---|---|---|---|
| 07/09/21 | 07/13/21 | 6 1 | MMAT | BUY | 99 | $5.00 | Cash | PRINCIPAL | $495.00 |
| **META MATLS INC COMMON STOCK** | | | | | | | | NET AMOUNT | $495.00 |

▲ DETACH HERE

JAMES CHRISTENSEN
1626 W CALAIS VILLAS WAY
WEST JORDAN UT 84084-5800

DETACH HERE ▲

**Use This Deposit Slip    Acct: XXXX-8183**

Please do not send cash

| | Dollars | Cents |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| **TOTAL DEPOSIT** | | |

Make checks payable to E✱TRADE Securities LLC.
Mail deposits to:

E✱TRADE Securities LLC
PO Box 484
Jersey City, NJ 07303-0484

070920210001  900381781831



Page 1 of 2

# E✳TRADE FINANCIAL®

**Trading • Investing • Banking**

## E✳TRADE Securities

Investment Account

# TRADE CONFIRMATION

**Account Number: XXXX-8183**

**Account Name:**
JAMES CHRISTENSEN

E✳TRADE Securities LLC
PO Box 484
Jersey City, NJ 07303-0484
1-800-ETRADE-1 (1-800-387-2331)
etrade.com

| TRADE DATE | SETL DATE | MKT/ CPT | SYMBOL/ CUSIP | BUY/ SELL | QUANTITY | PRICE | ACCT TYPE | | |
|---|---|---|---|---|---|---|---|---|---|
| 07/26/21 | 07/28/21 | 6 1 | MMAT | BUY | 231 | $3.45 | Cash | PRINCIPAL | $796.95 |
| META MATLS INC COMMON STOCK | | | | | | | | NET AMOUNT | $796.95 |

---

**▲ DETACH HERE**

JAMES CHRISTENSEN
1626 W CALAIS VILLAS WAY
WEST JORDAN UT 84084-5800

**DETACH HERE ▲**

**Use This Deposit Slip    Acct: XXXX-8183**

**Please do not send cash**

| | Dollars | Cents |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| **TOTAL DEPOSIT** | | |

Make checks payable to E*TRADE Securities LLC.
Mail deposits to:

E*TRADE Securities LLC
PO Box 484
Jersey City, NJ 07303-0484

072620210001 900381781831

Page 1 of 2

# E✳TRADE FINANCIAL®

Trading • Investing • Banking

## E✳TRADE Securities

Investment Account

## TRADE CONFIRMATION

**Account Number: XXXX-8183**

**Account Name:**

JAMES CHRISTENSEN

E✳TRADE Securities LLC
PO Box 484
Jersey City, NJ 07303-0484
1-800-ETRADE-1 (1-800-387-2331)
etrade.com

### Customer Update
Want to get important documents faster? Get your statements, confirms, and tax forms online with paperless delivery. Enroll at etrade.com/paperless.

| TRADE DATE | SETL DATE | MKT / CPT | SYMBOL / CUSIP | BUY / SELL | QUANTITY | PRICE | ACCT TYPE | | |
|---|---|---|---|---|---|---|---|---|---|
| 09/03/21 | 09/08/21 | 6 1 | MMAT | BUY | 179 | $5.5499 | Cash | PRINCIPAL | $993.43 |
| **META MATLS INC COMMON STOCK** | | | | | | | | **NET AMOUNT** | **$993.43** |

▲ DETACH HERE

JAMES CHRISTENSEN
1626 W CALAIS VILLAS WAY
WEST JORDAN UT  84084-5800

DETACH HERE ▲

### Use This Deposit Slip    Acct: XXXX-8183

Please do not send cash

| | Dollars | Cents |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| **TOTAL DEPOSIT** | | |

Make checks payable to E✳TRADE Securities LLC.
Mail deposits to:

E✳TRADE Securities LLC
PO Box 484
Jersey City, NJ  07303-0484

090320210001  900381781831



# E✳TRADE
# FINANCIAL®
Trading • Investing • Banking

**E✳TRADE Securities**

Investment Account

# TRADE CONFIRMATION

**Account Number: XXXX-8183**

**Account Name:**
JAMES CHRISTENSEN

E✳TRADE Securities LLC
PO Box 484
Jersey City, NJ 07303-0484
1-800-ETRADE-1 (1-800-387-2331)
etrade.com

**Customer Update**
Want to get important documents faster? Get your statements, confirms, and tax forms online with paperless delivery. Enroll at etrade.com/paperless.

| TRADE DATE | SETL DATE | MKT/ CPT | SYMBOL/ CUSIP | BUY/ SELL | QUANTITY | PRICE | ACCT TYPE | | |
|---|---|---|---|---|---|---|---|---|---|
| 09/28/21 | 09/30/21 | 6 1 | MMAT | BUY | 592 | $5.90 | Cash | PRINCIPAL | $3,492.80 |
| **META MATLS INC COMMON STOCK** | | | | | | | | NET AMOUNT | $3,492.80 |

▲ DETACH HERE

JAMES CHRISTENSEN
1626 W CALAIS VILLAS WAY
WEST JORDAN UT 84084-5800

DETACH HERE ▲

**Use This Deposit Slip    Acct: XXXX-8183**

**Please do not send cash**

| Dollars | Cents |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
| **TOTAL DEPOSIT** |  |

Make checks payable to E✳TRADE Securities LLC.
Mail deposits to:

E✳TRADE Securities LLC
PO Box 484
Jersey City, NJ 07303-0484

092820210001 900381781831



Page 1 of 2

# E✱TRADE
# FINANCIAL®
Trading  •  Investing  •  Banking

## E✱TRADE Securities

**Investment Account**

## TRADE CONFIRMATION

**Account Number: XXXX-8183**

**Account Name:**
JAMES CHRISTENSEN

E✱TRADE Securities LLC
PO Box 484
Jersey City, NJ 07303-0484
1-800-ETRADE-1 (1-800-387-2331)
etrade.com

| Customer Update |
| :--- |
| Want to get important documents faster? Get your statements, confirms, and tax forms online with paperless delivery. Enroll at etrade.com/paperless. |

| TRADE DATE | SETL DATE | MKT/ CPT | SYMBOL/ CUSIP | BUY/ SELL | QUANTITY | PRICE | ACCT TYPE | | |
| :--- | :--- | :--- | :--- | :--- | :--- | :--- | :--- | :--- | :--- |
| 10/15/21 | 10/19/21 | 6 1 | MMAT | BUY | 399 | $5.00 | Cash | PRINCIPAL | $1,995.00 |
| **META MATLS INC COMMON STOCK** | | | | | | | | NET AMOUNT | $1,995.00 |

▲ DETACH HERE

JAMES CHRISTENSEN
1626 W CALAIS VILLAS WAY
WEST JORDAN UT 84084-5800

DETACH HERE ▲

## Use This Deposit Slip    Acct: **XXXX-8183**

**Please do not send cash**

| Dollars | Cents |
| :--- | :--- |
| | |
| | |
| | |
| | |
| | |
| | |

**TOTAL DEPOSIT**

Make checks payable to E✱TRADE Securities LLC.
Mail deposits to:

E✱TRADE Securities LLC
PO Box 484
Jersey City, NJ 07303-0484

101520210001  900381781831

# E✱TRADE
# FINANCIAL®
Trading • Investing • Banking

## E✱TRADE Securities
**Investment Account**

# TRADE CONFIRMATION

**Account Number: XXXX-8183**

**Account Name:**
JAMES CHRISTENSEN

E✱TRADE Securities LLC
PO Box 484
Jersey City, NJ 07303-0484
1-800-ETRADE-1 (1-800-387-2331)
etrade.com

### Customer Update
Want to get important documents faster? Get your statements, confirms, and tax forms online with paperless delivery. Enroll at etrade.com/paperless.

| TRADE DATE | SETL DATE | MKT./ CPT | SYMBOL / CUSIP | BUY/ SELL | QUANTITY | PRICE | ACCT TYPE | | |
|---|---|---|---|---|---|---|---|---|---|
| 11/22/21 | 11/24/21 | 6 1 | MMAT | BUY | 125 | $3.9787 | Cash | PRINCIPAL | $497.34 |
| META MATLS INC COMMON STOCK | | | | | | | | NET AMOUNT | $497.34 |
| 11/22/21 | 11/24/21 | 6 1 | MMAT | BUY | 248 | $4.01 | Cash | PRINCIPAL | $994.48 |
| META MATLS INC COMMON STOCK | | | | | | | | NET AMOUNT | $994.48 |

▲ DETACH HERE

JAMES CHRISTENSEN
1626 W CALAIS VILLAS WAY
WEST JORDAN UT 84084-5800

DETACH HERE ▲

**Use This Deposit Slip    Acct: XXXX-8183**

Please do not send cash

| | Dollars | Cents |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| **TOTAL DEPOSIT** | | |

Make checks payable to E*TRADE Securities LLC.
Mail deposits to:

E*TRADE Securities LLC
PO Box 484
Jersey City, NJ 07303-0484

112220210001 900381781831



Page 1 of 2

# E✱TRADE
# FINANCIAL
Trading • Investing • Banking

## E✱TRADE Securities

**Investment Account**

# TRADE CONFIRMATION

**Account Number: XXXX-8183**

**Account Name:**

JAMES CHRISTENSEN

E✱TRADE Securities LLC
PO Box 484
Jersey City, NJ 07303-0484
1-800-ETRADE-1 (1-800-387-2331)
etrade.com

**Customer Update**
Keep your information up to date. Check that your profile is current and correct for security purposes. Visit etrade.com/myprofile to review your account info.

| TRADE DATE | SETL DATE | MKT / CPT | SYMBOL / CUSIP | BUY / SELL | QUANTITY | PRICE | ACCT TYPE | | |
|---|---|---|---|---|---|---|---|---|---|
| 12/01/21 | 12/03/21 | 6 1 | MMAT | BUY | 597 | $3.33 | Cash | PRINCIPAL | $1,988.01 |
| **META MATLS INC COMMON STOCK** | | | | | | | | NET AMOUNT | $1,988.01 |

▲ DETACH HERE

JAMES CHRISTENSEN
1626 W CALAIS VILLAS WAY
WEST JORDAN UT 84084-5800

DETACH HERE ▲

**Use This Deposit Slip      Acct: XXXX-8183**

**Please do not send cash**

| | Dollars | Cents |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| **TOTAL DEPOSIT** | | |

Make checks payable to E✱TRADE Securities LLC.
Mail deposits to:

E✱TRADE Securities LLC
PO Box 484
Jersey City, NJ 07303-0484

120120210001  900381781831





Page 1 of 2

## E✱TRADE Securities

Investment Account

# TRADE CONFIRMATION

**Account Number: XXXX-8183**

**Account Name:**
JAMES CHRISTENSEN

E✱TRADE Securities LLC
PO Box 484
Jersey City, NJ 07303-0484
1-800-ETRADE-1 (1-800-387-2331)
etrade.com

**Customer Update**
Keep your information up to date. Check that your profile is current and correct for security purposes. Visit etrade.com/myprofile to review your account info.

| TRADE DATE | SETL DATE | MKT / CPT | SYMBOL / CUSIP | BUY / SELL | QUANTITY | PRICE | ACCT TYPE | | |
|---|---|---|---|---|---|---|---|---|---|
| 12/06/21 | 12/08/21 | 6 1 | MMAT | BUY | 347 | $2.88 | Cash | PRINCIPAL | $999.36 |
| **META MATLS INC COMMON STOCK** | | | | | | | | NET AMOUNT | $999.36 |

▲ DETACH HERE

JAMES CHRISTENSEN
1626 W CALAIS VILLAS WAY
WEST JORDAN UT 84084-5800

DETACH HERE ▲

**Use This Deposit Slip    Acct: XXXX-8183**

**Please do not send cash**

| Dollars | Cents |
|---|---|
| | |
| | |
| | |
| | |
| | |

**TOTAL DEPOSIT**

Make checks payable to E✱TRADE Securities LLC.
Mail deposits to:

E✱TRADE Securities LLC
PO Box 484
Jersey City, NJ 07303-0484

120620210001 900381781831



Page 1 of 2

# E✱TRADE
# FINANCIAL®
Trading  •  Investing  •  Banking

**E✱TRADE Securities**

Investment Account

## TRADE CONFIRMATION

**Account Number:** XXXX-8183

**Account Name:**
JAMES CHRISTENSEN

E✱TRADE Securities LLC
PO Box 484
Jersey City, NJ 07303-0484
1-800-ETRADE-1 (1-800-387-2331)
etrade.com

**Customer Update**
Keep your information up to date. Check that your profile is current and correct for security purposes. Visit etrade.com/myprofile to review your account info.

| TRADE DATE | SETL DATE | MKT / CPT | SYMBOL / CUSIP | BUY / SELL | QUANTITY | PRICE | ACCT TYPE | | |
|---|---|---|---|---|---|---|---|---|---|
| 12/17/21 | 12/21/21 | 6 1 | MMAT | BUY | 435 | $2.74 | Cash | PRINCIPAL | $1,191.90 |
| **META MATLS INC COMMON STOCK** | | | | | | | | NET AMOUNT | $1,191.90 |

▲ DETACH HERE

JAMES CHRISTENSEN
1626 W CALAIS VILLAS WAY
WEST JORDAN UT 84084-5800

DETACH HERE ▲

**Use This Deposit Slip    Acct: XXXX-8183**

Please do not send cash

| | Dollars | Cents |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| **TOTAL DEPOSIT** | | |

Make checks payable to E✱TRADE Securities LLC.
Mail deposits to:

E✱TRADE Securities LLC
PO Box 484
Jersey City, NJ 07303-0484

121720210001  900381781831



# E✳TRADE
### from Morgan Stanley

Page 1 of 2

## E✳TRADE Securities

**Investment Account**

# TRADE CONFIRMATION

**Account Number: XXXX-8183**

**Account Name:**
JAMES CHRISTENSEN

E✳TRADE Securities LLC
P.O. Box 484
Jersey City, NJ 07303-0484

### Customer Update
Tax questions? No problem. Get helpful tips, tools, and key dates in the Tax Center. Visit etrade.com/tax today.

| TRADE DATE | SETL DATE | MKT/ CPT | SYMBOL / CUSIP | BUY / SELL | QUANTITY | PRICE | ACCT TYPE | | |
|---|---|---|---|---|---|---|---|---|---|
| 04/20/22 | 04/22/22 | 6 1 | MMAT | BUY | 2,043 | $1.37 | Cash | PRINCIPAL | $2,798.91 |
| **META MATLS INC COMMON STOCK** | | | | | | | | NET AMOUNT | $2,798.91 |

---

▲ DETACH HERE
JAMES CHRISTENSEN
1626 W CALAIS VILLAS WAY
WEST JORDAN UT 84084-5800

DETACH HERE ▲

### Use This Deposit Slip    Acct: XXXX-8183

**Please do not send cash**

| Dollars | Cents |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

Make checks payable to E*TRADE Securities LLC.
Mail deposits to:

**TOTAL DEPOSIT**

E*TRADE Securities LLC
P.O. Box 484
Jersey City, NJ 07303-0484

042020220001  900381781831

Page 1 of 2

# E✳TRADE
from Morgan Stanley

**E✳TRADE Securities**

Investment Account

## TRADE CONFIRMATION

**Account Number: XXXX-8183**

Account Name:
JAMES CHRISTENSEN

E✳TRADE Securities LLC
P.O. Box 484
Jersey City, NJ 07303-0484

**Customer Update**
Tax questions? No problem. Get helpful tips, tools, and key dates in the Tax Center. Visit etrade.com/tax today.

| TRADE DATE | SETL DATE | MKT/ CPT | SYMBOL/ CUSIP | BUY/ SELL | QUANTITY | PRICE | ACCT TYPE | | |
|---|---|---|---|---|---|---|---|---|---|
| 04/26/22 | 04/28/22 | 6 1 | MMAT | BUY | 716 | $1.24 | Cash | PRINCIPAL | $887.84 |
| **META MATLS INC COMMON STOCK** | | | | | | | | **NET AMOUNT** | **$887.84** |

---

▲ DETACH HERE

JAMES CHRISTENSEN
1626 W CALAIS VILLAS WAY
WEST JORDAN UT 84084-5800

DETACH HERE ▲

**Use This Deposit Slip    Acct: XXXX-8183**

**Please do not send cash**

| | Dollars | Cents |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| **TOTAL DEPOSIT** | | |

Make checks payable to E*TRADE Securities LLC.
Mail deposits to:

E*TRADE Securities LLC
P.O. Box 484
Jersey City, NJ 07303-0484

042620220001 900381781831

Page 1 of 2

# E✳TRADE
### from Morgan Stanley

**E✳TRADE Securities**

**Investment Account**

## TRADE CONFIRMATION

**Account Number: XXXX-8183**

E✳TRADE Securities LLC
P.O. Box 484
Jersey City, NJ 07303-0484

**Account Name:**
JAMES CHRISTENSEN

**Customer Update**
Invest to make an impact. Learn how sustainable investing offers growth potential while supporting your values at us.etrade.com/knowledge/sustainable-investing.

| TRADE DATE | SETL DATE | MKT / CPT | SYMBOL / CUSIP | BUY / SELL | QUANTITY | PRICE | ACCT TYPE | | |
|---|---|---|---|---|---|---|---|---|---|
| 06/09/22 | 06/13/22 | 6 1 | MMAT | BUY | 311 | $1.59 | Cash | PRINCIPAL | $494.49 |
| **META MATLS INC COMMON STOCK** | | | | | | | | **NET AMOUNT** | **$494.49** |

▲ DETACH HERE

JAMES CHRISTENSEN
1626 W CALAIS VILLAS WAY
WEST JORDAN UT 84084-5800

DETACH HERE ▲

**Use This Deposit Slip    Acct: XXXX-8183**

Please do not send cash

| Dollars | Cents |
|---|---|
| | |
| | |
| | |
| | |
| **TOTAL DEPOSIT** | |

Make checks payable to E✳TRADE Securities LLC.
Mail deposits to:

E✳TRADE Securities LLC
P.O. Box 484
Jersey City, NJ 07303-0484

060920220001 900381781831



Page 1 of 2

# E✴TRADE®
### from Morgan Stanley

### E✴TRADE Securities
**Investment Account**

# TRADE CONFIRMATION

**Account Number: XXXX-8183**

**Account Name:**
JAMES CHRISTENSEN

E✴TRADE Securities LLC
P.O. Box 484
Jersey City, NJ 07303-0484

**Customer Update**
Invest to make an impact. Learn how sustainable investing offers growth potential while supporting your values at us.etrade.com/knowledge/sustainable-investing.

| TRADE DATE | SETL DATE | MKT/ CPT | SYMBOL/ CUSIP | BUY/ SELL | QUANTITY | PRICE | ACCT TYPE | | |
|---|---|---|---|---|---|---|---|---|---|
| 06/24/22 | 06/28/22 | 6 1 | MMAT | BUY | 1,327 | $1.14 | Cash | PRINCIPAL | $1,512.78 |
| **META MATLS INC COMMON STOCK** | | | | | | | | **NET AMOUNT** | **$1,512.78** |

▲ DETACH HERE
JAMES CHRISTENSEN
1626 W CALAIS VILLAS WAY
WEST JORDAN UT 84084-5800

DETACH HERE ▲

**Use This Deposit Slip    Acct: XXXX-8183**

Please do not send cash

| | Dollars | Cents |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| **TOTAL DEPOSIT** | | |

Make checks payable to E✴TRADE Securities LLC.
Mail deposits to:

E✴TRADE Securities LLC
P.O. Box 484
Jersey City, NJ 07303-0484

062420220001 900381781831



# E✳TRADE
from Morgan Stanley

**E✳TRADE Securities**

Investment Account

# TRADE CONFIRMATION

**Account Number: XXXX-8183**

**Account Name:**
JAMES CHRISTENSEN

E✳TRADE Securities LLC
P.O. Box 484
Jersey City, NJ 07303-0484

**Customer Update**
Want to get important documents faster? Get your statements, confirms, and tax forms online with paperless delivery. Enroll at etrade.com/paperless.

| TRADE DATE | SETL DATE | MKT / CPT | SYMBOL / CUSIP | BUY / SELL | QUANTITY | PRICE | ACCT TYPE | | |
|---|---|---|---|---|---|---|---|---|---|
| 10/13/22 | 10/17/22 | 6 1 | MMAT | BUY | 450 | $1.1199 | Cash | PRINCIPAL | $503.96 |
| META MATLS INC COMMON STOCK | | | | | | | | NET AMOUNT | $503.96 |
| 10/13/22 | 10/17/22 | 6 1 | | BUY | | | Cash | PRINCIPAL COMMISSION | |
| | | | | | | | | NET AMOUNT | |

▲ DETACH HERE

JAMES CHRISTENSEN
1626 W CALAIS VILLAS WAY
WEST JORDAN UT 84084-5800

DETACH HERE ▲

| Use This Deposit Slip | Acct: XXXX-8183 |
|---|---|

Please do not send cash

| Dollars | Cents |
|---|---|
| | |
| | |
| | |
| | |
| | |

**TOTAL DEPOSIT**

Make checks payable to E✳TRADE Securities LLC.
Mail deposits to:

E✳TRADE Securities LLC
P.O. Box 484
Jersey City, NJ 07303-0484

101320220001 900381781831



# E✳TRADE

### from Morgan Stanley

## E✳TRADE Securities

**Investment Account**

# TRADE CONFIRMATION

**Account Number: XXXX-8183**

**Account Name:**
JAMES CHRISTENSEN

E✳TRADE Securities LLC
P.O. Box 484
Jersey City, NJ 07303-0484

### Customer Update
Want to get important documents faster? Get your statements, confirms, and tax forms online with paperless delivery. Enroll at etrade.com/paperless.

| TRADE DATE | SETL DATE | MKT / CPT | SYMBOL / CUSIP | BUY / SELL | QUANTITY | PRICE | ACCT TYPE | | |
|---|---|---|---|---|---|---|---|---|---|
| 11/02/22 | 11/04/22 | 6  1 | MMAT | BUY | 49 | $1.209 | Cash | PRINCIPAL | $59.24 |
| | | | | | | | | NET AMOUNT | $59.24 |

**META MATLS INC COMMON STOCK**

| | | | | Cash | PRINCIPAL | |
|---|---|---|---|---|---|---|
| | | | | | COMMISSION | |
| | | | | | NET AMOUNT | |

▲ DETACH HERE

JAMES CHRISTENSEN
1626 W CALAIS VILLAS WAY
WEST JORDAN UT 84084-5800

DETACH HERE ▲

### Use This Deposit Slip    Acct: XXXX-8183

Please do not send cash

| Dollars | Cents |
|---|---|
| | |
| | |
| | |
| | |
| | |

**TOTAL DEPOSIT**

Make checks payable to E✳TRADE Securities LLC.
Mail deposits to:

E✳TRADE Securities LLC
P.O. Box 484
Jersey City, NJ 07303-0484

110220220001 900381781831

# E✱TRADE
from Morgan Stanley

**E✱TRADE Securities**

Investment Account

## TRADE CONFIRMATION

**Account Number: XXXX-8183**

E✱TRADE Securities LLC
P.O. Box 484
Jersey City, NJ 07303-0484

**Account Name:**
JAMES CHRISTENSEN

**Customer Update**
Want to get important documents faster? Get your statements, confirms, and tax forms online with paperless delivery. Enroll at etrade.com/paperless.

| TRADE DATE | SETL DATE | MKT / CPT | SYMBOL / CUSIP | BUY / SELL | QUANTITY | PRICE | ACCT TYPE | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Cash | PRINCIPAL | |
| | | | | | | | | FINRA TAF | |
| | | | | | | | | FEE | |
| | | | | | | | | NET AMOUNT | |
| 11/03/22 | 11/07/22 | 6 1 | MMAT | BUY | 714 | $1.4078 | Cash | PRINCIPAL | $1,005.17 |
| META MATLS INC COMMON STOCK | | | | | | | | NET AMOUNT | $1,005.17 |

▲ DETACH HERE

JAMES CHRISTENSEN
1626 W CALAIS VILLAS WAY
WEST JORDAN UT 84084-5800

DETACH HERE ▲

**Use This Deposit Slip    Acct: XXXX-8183**

Please do not send cash

| | Dollars | Cents |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| **TOTAL DEPOSIT** | | |

Make checks payable to E*TRADE Securities LLC.
Mail deposits to:

E*TRADE Securities LLC
P.O. Box 484
Jersey City, NJ 07303-0484

110320220001 900381781831



Page 1 of 2

# E✲TRADE®
### from Morgan Stanley

## E✲TRADE Securities

**Investment Account**

# TRADE CONFIRMATION

**Account Number: XXXX-8183**

**Account Name:**
JAMES CHRISTENSEN

E✲TRADE Securities LLC
P.O. Box 484
Jersey City, NJ 07303-0484

### Customer Update
Want to get important documents faster? Get your statements, confirms, and tax forms online with paperless delivery. Enroll at etrade.com/paperless.

| TRADE DATE | SETL DATE | MKT/ CPT | SYMBOL/ CUSIP | BUY/ SELL | QUANTITY | PRICE | ACCT TYPE | | |
|---|---|---|---|---|---|---|---|---|---|
| 11/08/22 | 11/10/22 | 6 1 | MMAT | BUY | 633 | $1.5781 | Cash | PRINCIPAL | $998.94 |
| **META MATLS INC COMMON STOCK** | | | | | | | | **NET AMOUNT** | **$998.94** |

▲ DETACH HERE

JAMES CHRISTENSEN
1626 W CALAIS VILLAS WAY
WEST JORDAN UT 84084-5800

DETACH HERE ▲

**Use This Deposit Slip    Acct: XXXX-8183**

**Please do not send cash**

| | Dollars | Cents |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| **TOTAL DEPOSIT** | | |

Make checks payable to E✲TRADE Securities LLC.
Mail deposits to:

E✲TRADE Securities LLC
P.O. Box 484
Jersey City, NJ 07303-0484

110820220001 900381781831





**E✱TRADE** Securities

Investment Account

# TRADE CONFIRMATION

**Account Number: XXXX-8183**

**Account Name:**
**JAMES CHRISTENSEN**

E✱TRADE Securities LLC
P.O. Box 484
Jersey City, NJ 07303-0484

**Customer Update**
Want to get important documents faster? Get your statements, confirms, and tax forms online with paperless delivery. Enroll at etrade.com/paperless.

| TRADE DATE | SETL DATE | MKT/CPT | SYMBOL/CUSIP | BUY/SELL | QUANTITY | PRICE | ACCT TYPE | | |
|---|---|---|---|---|---|---|---|---|---|
| ▓/22 | 11/14/22 | 6 1 | MMAT | BUY | 337 | $1.475 | Cash | PRINCIPAL | $497.08 |
| | | | | | | | | NET AMOUNT | $497.08 |

**META MATLS INC COMMON STOCK**

| | | | | | | | ACCT TYPE | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Cash | PRINCIPAL | |
| | | | | | | | | COMMISSION | |
| | | | | | | | | NET AMOUNT | |

▲ DETACH HERE

JAMES CHRISTENSEN
1626 W CALAIS VILLAS WAY
WEST JORDAN UT 84084-5800

DETACH HERE ▲

**Use This Deposit Slip    Acct: XXXX-8183**

**Please do not send cash**

| | Dollars | Cents |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| **TOTAL DEPOSIT** | | |

Make checks payable to E*TRADE Securities LLC.
Mail deposits to:

E*TRADE Securities LLC
P.O. Box 484
Jersey City, NJ 07303-0484

110920220001 900381781831



Page 1 of 2

# E✳TRADE
from Morgan Stanley

**E✳TRADE Securities**

**Investment Account**

## TRADE CONFIRMATION

**Account Number: XXXX-8183**

**Account Name:**
JAMES CHRISTENSEN

E✳TRADE Securities LLC
P.O. Box 484
Jersey City, NJ 07303-0484

**Customer Update**
Want to get important documents faster? Get your statements, confirms, and tax forms
online with paperless delivery. Enroll at etrade.com/paperless.

| TRADE DATE | SETL DATE | MKT / CPT | SYMBOL / CUSIP | BUY / SELL | QUANTITY | PRICE | ACCT TYPE | | |
|---|---|---|---|---|---|---|---|---|---|
| 11/21/22 | 11/23/22 | 6 1 | MMAT | BUY | 470 | $2.13 | Cash | PRINCIPAL | $1,001.10 |
| META MATLS INC COMMON STOCK | | | | | | | | NET AMOUNT | $1,001.10 |

▲ DETACH HERE

JAMES CHRISTENSEN
1626 W CALAIS VILLAS WAY
WEST JORDAN UT 84084-5800

DETACH HERE ▲

**Use This Deposit Slip    Acct: XXXX-8183**

**Please do not send cash**

| Dollars | Cents |
|---|---|
| | |
| | |
| | |
| | |
| | |

**TOTAL DEPOSIT**

Make checks payable to E✳TRADE Securities LLC.
Mail deposits to:

E✳TRADE Securities LLC
P.O. Box 484
Jersey City, NJ 07303-0484

112120220001 900381781831



# E✱TRADE®
### from Morgan Stanley

Page 1 of 2

**E✱TRADE Securities**

Investment Account

# TRADE CONFIRMATION

**Account Number: XXXX-8183**

**Account Name:**
JAMES CHRISTENSEN

E✱TRADE Securities LLC
P.O. Box 484
Jersey City, NJ 07303-0484

**Customer Update**
All your tax info in one place. Forms 1099 for 2022, FAQs, key deadlines, cost basis info, and more-find them all in our Tax Center at etrade.com/tax.

| TRADE DATE | SETL DATE | MKT / CPT | SYMBOL / CUSIP | BUY / SELL | QUANTITY | PRICE | ACCT TYPE | | |
|---|---|---|---|---|---|---|---|---|---|
| 03/14/23 | 03/16/23 | 6 1 | MMAT | BUY | 2,361 | $.52 | Cash | PRINCIPAL | $1,227.72 |
| META MATLS INC COMMON STOCK | | | | | | | | NET AMOUNT | $1,227.72 |

▲ DETACH HERE

JAMES CHRISTENSEN
1626 W CALAIS VILLAS WAY
WEST JORDAN UT 84084-5800

DETACH HERE ▲

**Use This Deposit Slip    Acct: XXXX-8183**

Please do not send cash

| Dollars | Cents |
|---|---|
| | |
| | |
| | |
| | |
| | |

**TOTAL DEPOSIT**

Make checks payable to E✱TRADE Securities LLC.
Mail deposits to:

E✱TRADE Securities LLC
P.O. Box 484
Jersey City, NJ 07303-0484

031420230001 900381781831




from Morgan Stanley

**E✳TRADE Securities**

Investment Account

# TRADE CONFIRMATION

Account Number: XXXX-8183

Account Name:
JAMES CHRISTENSEN

E✳TRADE Securities LLC
P.O. Box 484
Jersey City, NJ 07303-0484

**Customer Update**
All your tax info in one place. Forms 1099 for 2022, FAQs, key deadlines, cost basis info, and more-find them all in our Tax Center at etrade.com/tax.

| TRADE DATE | SETL DATE | MKT / CPT | SYMBOL / CUSIP | BUY / SELL | QUANTITY | PRICE | ACCT TYPE | | |
|---|---|---|---|---|---|---|---|---|---|
| 04/13/23 | 04/17/23 | 6 1 | MMAT | BUY | 500 | $.3196 | Cash | PRINCIPAL | $159.80 |
| META MATLS INC COMMON STOCK | | | | | | | | NET AMOUNT | $159.80 |

▲ DETACH HERE

JAMES CHRISTENSEN
1626 W CALAIS VILLAS WAY
WEST JORDAN UT 84084-5800

DETACH HERE ▲

**Use This Deposit Slip · Acct: XXXX-8183**

Please do not send cash

| Dollars | Cents |
|---|---|
| | |
| | |
| | |
| | |
| | |

**TOTAL DEPOSIT**

Make checks payable to E✳TRADE Securities LLC.
Mail deposits to:

E✳TRADE Securities LLC
P.O. Box 484
Jersey City, NJ 07303-0484

041320230001 900381781831



# E✳TRADE
from Morgan Stanley

**E✳TRADE Securities**

Investment Account

# TRADE CONFIRMATION

**Account Number: XXXX-8183**

Account Name:
JAMES CHRISTENSEN

E✳TRADE Securities LLC
P.O. Box 484
Jersey City, NJ 07303-0484

**Customer Update**
All your tax info in one place. Forms 1099 for 2022, FAQs, key deadlines, cost basis info, and more-find them all in our Tax Center at etrade.com/tax.

| TRADE DATE | SETL DATE | MKT./CPT | SYMBOL/CUSIP | BUY/SELL | QUANTITY | PRICE | ACCT TYPE | | |
|---|---|---|---|---|---|---|---|---|---|
| 04/17/23 | 04/19/23 | 6 1 | MMAT | BUY | 4,651 | $.2151 | Cash | PRINCIPAL | $1,000.43 |
| **META MATLS INC COMMON STOCK** | | | | | | | | **NET AMOUNT** | **$1,000.43** |

▲ DETACH HERE

JAMES CHRISTENSEN
1626 W CALAIS VILLAS WAY
WEST JORDAN UT 84084-5800

DETACH HERE ▲

**Use This Deposit Slip    Acct: XXXX-8183**

Please do not send cash

| Dollars | Cents |
|---|---|
| | |
| | |
| | |
| | |
| | |

**TOTAL DEPOSIT**

Make checks payable to E✳TRADE Securities LLC.
Mail deposits to:

E✳TRADE Securities LLC
P.O. Box 484
Jersey City, NJ 07303-0484

041720230001 9003817818331

# E✳TRADE
## from Morgan Stanley

**E✳TRADE Securities**

Investment Account

# TRADE CONFIRMATION

**Account Number: XXXX-8183**

**Account Name:**
JAMES CHRISTENSEN

E✳TRADE Securities LLC
P.O. Box 484
Jersey City, NJ 07303-0484

**Customer Update**
Invest to make an impact. Learn how sustainable investing offers growth potential while supporting your values at us.etrade.com/knowledge/sustainable-investing.

| TRADE DATE | SETL DATE | MKT / CPT | SYMBOL / CUSIP | BUY / SELL | QUANTITY | PRICE | ACCT TYPE | | |
|---|---|---|---|---|---|---|---|---|---|
| 06/06/23 | 06/08/23 | 6 1 | MMAT | BUY | 3,700 | $.2233 | Cash | PRINCIPAL | $826.21 |
| META MATLS INC COMMON STOCK | | | | | | | | NET AMOUNT | $826.21 |

▲ DETACH HERE

JAMES CHRISTENSEN
1626 W CALAIS VILLAS WAY
WEST JORDAN UT 84084-5800

DETACH HERE ▲

**Use This Deposit Slip**    **Acct: XXXX-8183**

Please do not send cash

| | Dollars | Cents |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| **TOTAL DEPOSIT** | | |

Make checks payable to E✳TRADE Securities LLC.
Mail deposits to:

E✳TRADE Securities LLC
P.O. Box 484
Jersey City, NJ 07303-0484

060620230001 9003817818З1



Page 1 of 2

# E✳TRADE
## from Morgan Stanley

**E✳TRADE Securities**

Investment Account

## TRADE CONFIRMATION

**Account Number: XXXX-8183**

**Account Name:**
JAMES CHRISTENSEN

E✳TRADE Securities LLC
P.O. Box 484
Jersey City, NJ 07303-0484

| Customer Update |
|---|
| Invest to make an impact. Learn how sustainable investing offers growth potential while supporting your values at us.etrade.com/knowledge/sustainable-investing. |

| TRADE DATE | SETL DATE | MKT / CPT | SYMBOL / CUSIP | BUY / SELL | QUANTITY | PRICE | ACCT TYPE | | |
|---|---|---|---|---|---|---|---|---|---|
| 06/21/23 | 06/23/23 | 6 1 | MMAT | BUY | 2,801 | $.2035 | Cash | PRINCIPAL | $570.00 |
| META MATLS INC COMMON STOCK | | | | | | | | NET AMOUNT | $570.00 |
| 06/21/23 | 06/23/23 | 6 1 | MMAT | BUY | 637 | $.2039 | Cash | PRINCIPAL | $129.88 |
| META MATLS INC COMMON STOCK | | | | | | | | NET AMOUNT | $129.88 |

▲ DETACH HERE

JAMES CHRISTENSEN
1626 W CALAIS VILLAS WAY
WEST JORDAN UT 84084-5800

DETACH HERE ▲

| Use This Deposit Slip | Acct: XXXX-8183 |
|---|---|

**Please do not send cash**

| Dollars | Cents |
|---|---|
| | |
| | |
| | |
| | |
| | |

**TOTAL DEPOSIT**

Make checks payable to E✳TRADE Securities LLC.
Mail deposits to:

E✳TRADE Securities LLC
P.O. Box 484
Jersey City, NJ 07303-0484

062120230001  900381781831



# E✳TRADE
### from Morgan Stanley

**E✳TRADE Securities**

Investment Account

# TRADE CONFIRMATION

**Account Number: XXXX-8183**

**Account Name:**
JAMES CHRISTENSEN

E✳TRADE Securities LLC
P.O. Box 484
Jersey City, NJ 07303-0484

**Customer Update**
Invest to make an impact. Learn how sustainable investing offers growth potential while supporting your values at us.etrade.com/knowledge/sustainable-investing.

| TRADE DATE | SETL. DATE | MKT / CPT | SYMBOL / CUSIP | BUY / SELL | QUANTITY | PRICE | ACCT TYPE | | |
|---|---|---|---|---|---|---|---|---|---|
| 06/23/23 | 06/27/23 | 6 1 | MMAT | BUY | 2,627 | $.19 | Cash | PRINCIPAL | $499.13 |
| **META MATLS INC COMMON STOCK** | | | | | | | | NET AMOUNT | $499.13 |

---

▲  DETACH HERE

JAMES CHRISTENSEN
1626 W CALAIS VILLAS WAY
WEST JORDAN UT 84084-5800

DETACH HERE  ▲

**Use This Deposit Slip   Acct: XXXX-8183**

Please do not send cash

| Dollars | Cents |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
| **TOTAL DEPOSIT** |  |

Make checks payable to E*TRADE Securities LLC.
Mail deposits to:

E*TRADE Securities LLC
P.O. Box 484
Jersey City, NJ 07303-0484

062320230001 900381781831



# E✳TRADE
### from Morgan Stanley

**E✳TRADE Securities**

Investment Account

# TRADE CONFIRMATION

**Account Number: XXXX-8183**

**Account Name:**
JAMES CHRISTENSEN

E✳TRADE Securities LLC
P.O. Box 484
Jersey City, NJ 07303-0484

**Customer Update**
Invest to make an impact. Learn how sustainable investing offers growth potential while supporting your values at us.etrade.com/knowledge/sustainable-investing.

| TRADE DATE | SETL DATE | MKT / CPT | SYMBOL / CUSIP | BUY / SELL | QUANTITY | PRICE | ACCT TYPE | | |
|---|---|---|---|---|---|---|---|---|---|
| 06/27/23 | 06/29/23 | 6 1 | MMAT | BUY | 2,270 | $.2032 | Cash | PRINCIPAL | $461.26 |
| **META MATLS INC COMMON STOCK** | | | | | | | | NET AMOUNT | $461.26 |

▲ DETACH HERE                                                                                              DETACH HERE ▲

JAMES CHRISTENSEN
1626 W CALAIS VILLAS WAY
WEST JORDAN UT 84084-5800

**Use This Deposit Slip   Acct: XXXX-8183**

**Please do not send cash**

| | Dollars | Cents |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| **TOTAL DEPOSIT** | | |

Make checks payable to E✳TRADE Securities LLC.
Mail deposits to:

E✳TRADE Securities LLC
P.O. Box 484
Jersey City, NJ 07303-0484

062720230001 900381781831





# E✱TRADE
## from Morgan Stanley

**E✱TRADE Securities**

Investment Account

# TRADE CONFIRMATION

**Account Number: XXXX-8183**

**Account Name:**
JAMES CHRISTENSEN

E✱TRADE Securities LLC
P.O. Box 484
Jersey City, NJ 07303-0484

**Customer Update**
Invest to make an impact. Learn how sustainable investing offers growth potential while supporting your values at us.etrade.com/knowledge/sustainable-investing.

| TRADE DATE | SETL DATE | MKT/ CPT | SYMBOL/ CUSIP | BUY/ SELL | QUANTITY | PRICE | ACCT TYPE | | |
|---|---|---|---|---|---|---|---|---|---|
| 07/31/23 | 08/02/23 | 6  1 | MMAT | BUY | 1,283 | $.2385 | Cash | PRINCIPAL | $306.00 |
| **META MATLS INC COMMON STOCK** | | | | | | | | NET AMOUNT | $306.00 |

▲ DETACH HERE

JAMES CHRISTENSEN
1626 W CALAIS VILLAS WAY
WEST JORDAN UT 84084-5800

DETACH HERE ▲

Make checks payable to E✱TRADE Securities LLC.
Mail deposits to:

E✱TRADE Securities LLC
P.O. Box 484
Jersey City, NJ 07303-0484

**Use This Deposit Slip    Acct: XXXX-8183**

**Please do not send cash**

| Dollars | Cents |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |

**TOTAL DEPOSIT**

073120230001 900381781831





**E✳TRADE**
from Morgan Stanley

**E✳TRADE Securities**

Investment Account

# TRADE CONFIRMATION

**Account Number: XXXX-8183**

**Account Name:**
JAMES CHRISTENSEN

E✳TRADE Securities LLC
P.O. Box 484
Jersey City, NJ 07303-0484

**Customer Update**
Invest on the go. With the E*TRADE Mobile app, you have everything you need in the palm of your hand. Visit etrade.com/mobile to learn more.

| TRADE DATE | SETL DATE | MKT / CPT | SYMBOL / CUSIP | BUY / SELL | QUANTITY | PRICE | ACCT TYPE | | |
|---|---|---|---|---|---|---|---|---|---|
| 08/04/23 | 08/08/23 | 6 1 | MMAT | BUY | 377 | $.25 | Cash | PRINCIPAL | $94.25 |
| META MATLS INC COMMON STOCK | | | | | | | | NET AMOUNT | $94.25 |

▲ DETACH HERE                                                                DETACH HERE ▲

JAMES CHRISTENSEN
1626 W CALAIS VILLAS WAY
WEST JORDAN UT 84084-5800

**Use This Deposit Slip    Acct: XXXX-8183**

**Please do not send cash**

| | Dollars | Cents |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| **TOTAL DEPOSIT** | | |

Make checks payable to E*TRADE Securities LLC.
Mail deposits to:

E✳TRADE Securities LLC
P.O. Box 484
Jersey City, NJ 07303-0484

080420230001  900381781831



# E✱TRADE
from Morgan Stanley

**Your Account Number:** 215-XXX198-210
Account Type - Cash

JAMES CHRISTENSEN TOD
SUBJECT TO STA RULES
1626 W CALAIS VILLAS WAY
WEST JORDAN UT 84084

E*TRADE from Morgan Stanley
P.O. BOX 484
JERSEY CITY, NJ 07303-0484
(800)-387-2331

*This transaction is confirmed in accordance with the information provided on the Conditions and Disclosures page.*

| Trade Date | Settlement Date | Quantity | Price | | Settlement Amount |
|---|---|---|---|---|---|
| 11/01/2023 | 11/03/2023 | 4,200 | 0.12 | Principal | $504.00 |
| | | | | Net Amount | $504.00 |

**Transaction Type: Bought**

**Description: META MATERIALS INC**
Symbol / CUSIP / ISIN: MMAT / 59134N104 / US59134N1046
Unsolicited trade
Morgan Stanley Smith Barney LLC acted as agent.

Morgan Stanley Smith Barney LLC. Member SIPC. The transaction(s) may have been executed with Morgan Stanley & Co. LLC, an affiliate, which may receive compensation for any such services. E*TRADE is a business of Morgan Stanley.


from Morgan Stanley

Your Account Number: 215-XXX198-210
Account Type - Cash

JAMES CHRISTENSEN TOD
SUBJECT TO STA RULES
1626 W CALAIS VILLAS WAY
WEST JORDAN UT 84084

E*TRADE from Morgan Stanley
P.O. BOX 484
JERSEY CITY, NJ 07303-0484
(800)-387-2331

*This transaction is confirmed in accordance with the information provided on the Conditions and Disclosures page.*

| Trade Date | Settlement Date | Quantity | Price | | Settlement Amount |
|---|---|---|---|---|---|
| 11/01/2023 | 11/03/2023 | 4,400 | 0.11 | Principal | $484.00 |
| **Transaction Type: Bought** | | | | Net Amount | $484.00 |

**Description: META MATERIALS INC**
Symbol / CUSIP / ISIN: MMAT / 59134N104 / US59134N1046
Unsolicited trade
Morgan Stanley Smith Barney LLC acted as agent.

Morgan Stanley Smith Barney LLC. Member SIPC. The transaction(s) may have been executed with Morgan Stanley & Co. LLC, an affiliate, which may receive compensation for any such services. E*TRADE is a business of Morgan Stanley.

# E✱TRADE
### from Morgan Stanley

JAMES CHRISTENSEN TOD
SUBJECT TO STA RULES
1626 W CALAIS VILLAS WAY
WEST JORDAN UT 84084

**Your Account Number:** 215-XXX198-210
Account Type - Cash

E*TRADE from Morgan Stanley
P.O. BOX 484
JERSEY CITY, NJ 07303-0484
(800)-387-2331

*This transaction is confirmed in accordance with the information provided on the Conditions and Disclosures page.*

| Trade Date | Settlement Date | Quantity | Price | | Settlement Amount |
|---|---|---|---|---|---|
| 11/03/2023 | 11/07/2023 | 4,500 | 0.109 | Principal | $490.50 |
| | | | | Net Amount | $490.50 |

**Transaction Type: Bought**

**Description: META MATERIALS INC**
Symbol / CUSIP / ISIN: MMAT / 59134N104 / US59134N1046
Unsolicited trade
Morgan Stanley Smith Barney LLC acted as agent.

Morgan Stanley Smith Barney LLC. Member SIPC. The transaction(s) may have been executed with Morgan Stanley & Co. LLC, an affiliate, which may receive compensation for any such services. E*TRADE is a business of Morgan Stanley.

# E✳TRADE
## from Morgan Stanley

**Your Account Number:** 215-XXX198-210
Account Type - Cash

JAMES CHRISTENSEN TOD
SUBJECT TO STA RULES
1626 W CALAIS VILLAS WAY
WEST JORDAN UT 84084

E*TRADE from Morgan Stanley
P.O. BOX 484
JERSEY CITY, NJ 07303-0484
(800)-387-2331

*This transaction is confirmed in accordance with the information provided on the Conditions and Disclosures page.*

| Trade Date | Settlement Date | Quantity | Price | | Settlement Amount |
|---|---|---|---|---|---|
| 11/13/2023 | 11/15/2023 | 4,000 | 0.0925 | Principal | $370.00 |
| **Transaction Type: Bought** | | | | Net Amount | $370.00 |

**Description: META MATERIALS INC**
Symbol / CUSIP / ISIN: MMAT / 59134N104 / US59134N1046
Unsolicited trade
Morgan Stanley Smith Barney LLC acted as agent.

Morgan Stanley Smith Barney LLC. Member SIPC. The transaction(s) may have been executed with Morgan Stanley & Co. LLC, an affiliate, which may receive compensation for any such services. E*TRADE is a business of Morgan Stanley.

# E✳TRADE
from Morgan Stanley

**Your Account Number:** 215-XXX198-210
Account Type - Cash

JAMES CHRISTENSEN TOD
SUBJECT TO STA RULES
1626 W CALAIS VILLAS WAY
WEST JORDAN UT 84084

E✳TRADE from Morgan Stanley
P.O. BOX 484
JERSEY CITY, NJ 07303-0484
(800)-387-2331

*This transaction is confirmed in accordance with the information provided on the Conditions and Disclosures page.*

| Trade Date | Settlement Date | Quantity | Price | | Settlement Amount |
|---|---|---|---|---|---|
| 12/04/2023 | 12/06/2023 | 6,426 | 0.07 | Principal | $449.82 |
| | | | | Net Amount | $449.82 |

**Transaction Type: Bought**

**Description: META MATERIALS INC**
Symbol / CUSIP / ISIN: MMAT / 59134N104 / US59134N1046
Unsolicited trade
Morgan Stanley Smith Barney LLC acted as agent.

Morgan Stanley Smith Barney LLC. Member SIPC. The transaction(s) may have been executed with Morgan Stanley & Co. LLC, an
affiliate, which may receive compensation for any such services. E✳TRADE is a business of Morgan Stanley.

Page 1 of 2

# E✱TRADE
# FINANCIAL®
Trading • Investing • Banking

### E✱TRADE Securities
Investment Account

## TRADE CONFIRMATION

**Account Number: XXXX-8183**

**Account Name:**
JAMES CHRISTENSEN

**E✱TRADE Securities LLC**
PO Box 484
Jersey City, NJ 07303-0484
1-800-ETRADE-1 (1-800-387-2331)
etrade.com

### Customer Update
Want to get important documents faster? Get your statements, confirms, and tax forms online with paperless delivery. Enroll at etrade.com/paperless.

| TRADE DATE | SETL DATE | MKT/CPT | SYMBOL/CUSIP | BUY/SELL | QUANTITY | PRICE | ACCT TYPE | | |
|---|---|---|---|---|---|---|---|---|---|
| 09/27/21 | 09/29/21 | 6 1 | MMAT | SELL | 179 | $5.701 | Cash | PRINCIPAL | $1,020.48 |
| META MATLS INC COMMON STOCK | | | | | | | | FINRA TAF | $0.02 |
| | | | | | | | | FEE | $0.01 |
| | | | | | | | | NET AMOUNT | $1,020.45 |
| 09/27/21 | 09/29/21 | 6 1 | MM | | | | Cash | PRINCIPAL | $564.71 |
| META MATLS INC COMMON STOCK | | | | | | | | FINRA TAF | $0.01 |
| | | | | | | | | FEE | $0.01 |
| | | | | | | | | NET AMOUNT | $564.69 |
| 09/27/21 | 09/29/21 | 6 1 | MM | | | | Cash | PRINCIPAL | $1,316.70 |
| META MATLS INC COMMON STOCK | | | | | | | | FINRA TAF | $0.03 |
| | | | | | | | | FEE | $0.01 |
| | | | | | | | | NET AMOUNT | $1,316.66 |

*MMAT SELL* (handwritten)

▲ DETACH HERE

JAMES CHRISTENSEN
1626 W CALAIS VILLAS WAY
WEST JORDAN UT 84084-5800

DETACH HERE ▲

### Use This Deposit Slip    Acct: XXXX-8183

Please do not send cash

| Dollars | Cents |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |

**TOTAL DEPOSIT**

Make checks payable to E✱TRADE Securities LLC.
Mail deposits to:

E✱TRADE Securities LLC
PO Box 484
Jersey City, NJ 07303-0484

092720210001 900381781831



# E✱TRADE
# FINANCIAL®
Trading  •  Investing  •  Banking

**E✱TRADE Securities**

Investment Account

# TRADE CONFIRMATION

**Account Number: XXXX-8183**

**Account Name:**
JAMES CHRISTENSEN

E✱TRADE Securities LLC
PO Box 484
Jersey City, NJ 07303-0484
1-800-ETRADE-1 (1-800-387-2331)
etrade.com

**Customer Update**
Want to get important documents faster? Get your statements, confirms, and tax forms online with paperless delivery. Enroll at etrade.com/paperless.

| TRADE DATE | SETL DATE | MKT / CPT | SYMBOL / CUSIP | BUY / SELL | QUANTITY | PRICE | ACCT TYPE | | |
|---|---|---|---|---|---|---|---|---|---|
| 11/01/21 | 11/03/21 | 6 1 | MMAT | SELL | 399 | $5.25 | Cash | PRINCIPAL | $2,094.75 |
| META MATLS INC COMMON STOCK | | | | | | | | FINRA TAF | $0.05 |
| | | | | | | | | FEE | $0.02 |
| | | | | | | | | **NET AMOUNT** | **$2,094.68** |

▲ DETACH HERE

JAMES CHRISTENSEN
1626 W CALAIS VILLAS WAY
WEST JORDAN UT  84084-5800

DETACH HERE ▲

**Use This Deposit Slip    Acct: XXXX-8183**

**Please do not send cash**

| Dollars | Cents |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

**TOTAL DEPOSIT**

Make checks payable to E✱TRADE Securities LLC.
Mail deposits to:

E✱TRADE Securities LLC
PO Box 484
Jersey City, NJ  07303-0484

110120210001  900381781831



Page 1 of 2

# E✳TRADE
*from Morgan Stanley*

**E✳TRADE Securities**

Investment Account

# TRADE CONFIRMATION

**Account Number: XXXX-8183**

**Account Name:**
JAMES CHRISTENSEN

E✳TRADE Securities LLC
P.O. Box 484
Jersey City, NJ 07303-0484

**Customer Update**
All your tax info in one place. Forms 1099 for 2022, FAQs, key deadlines, cost basis info, and more-find them all in our Tax Center at etrade.com/tax.

| TRADE DATE | SETL DATE | MKT / CPT | SYMBOL / CUSIP | BUY / SELL | QUANTITY | PRICE | ACCT TYPE | | |
|---|---|---|---|---|---|---|---|---|---|
| 03/24/23 | 03/28/23 | 6 1 | MMAT | SELL | 2,361 | $.4651 | Cash | PRINCIPAL | $1,098.10 |
| META MATLS INC COMMON STOCK | | | | | | | | FINRA TAF | $0.34 |
| | | | | | | | | FEE | $0.01 |
| | | | | | | | | **NET AMOUNT** | **$1,097.75** |

▲ DETACH HERE
JAMES CHRISTENSEN
1626 W CALAIS VILLAS WAY
WEST JORDAN UT 84084-5800

DETACH HERE ▲

**Use This Deposit Slip   Acct: XXXX-8183**

Please do not send cash

Make checks payable to E*TRADE Securities LLC.
Mail deposits to:

E*TRADE Securities LLC
P.O. Box 484
Jersey City, NJ 07303-0484

| | Dollars | Cents |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| **TOTAL DEPOSIT** | | |

032420230001  900381781831





**E✱TRADE**
from Morgan Stanley

Your Account Number: 215-XXX198-210
Account Type - Cash

JAMES CHRISTENSEN TOD
SUBJECT TO STA RULES
1626 W CALAIS VILLAS WAY
WEST JORDAN UT 84084

E*TRADE from Morgan Stanley
P.O. BOX 484
JERSEY CITY, NJ 07303-0484
(800)-387-2331

*This transaction is confirmed in accordance with the information provided on the Conditions and Disclosures page.*

| Trade Date | Settlement Date | Quantity | Price | | Settlement Amount |
|---|---|---|---|---|---|
| 10/24/2023 | 10/26/2023 | 3,200 | 0.1452 | Principal | $464.64 |
| **Transaction Type: Sold** | | | | FINRA TAF | $0.46 |
| | | | | Supplemental Transaction Fee | $0.01 |
| **Description: META MATERIALS INC** | | | | **Net Amount** | **$464.17** |

Symbol / CUSIP / ISIN: MMAT / 59134N104 / US59134N1046
Unsolicited trade
Morgan Stanley Smith Barney LLC acted as agent.

Morgan Stanley Smith Barney LLC. Member SIPC. The transaction(s) may have been executed with Morgan Stanley & Co. LLC, an affiliate, which may receive compensation for any such services. E*TRADE is a business of Morgan Stanley.

# E✳TRADE
from Morgan Stanley

JAMES CHRISTENSEN TOD
SUBJECT TO STA RULES
1626 W CALAIS VILLAS WAY
WEST JORDAN UT 84084

**Your Account Number:** 215-XXX198-210
Account Type - Cash

**E*TRADE from Morgan Stanley**
P.O. BOX 484
JERSEY CITY, NJ 07303-0484
(800)-387-2331

*This transaction is confirmed in accordance with the information provided on the Conditions and Disclosures page.*

| Trade Date | Settlement Date | Quantity | Price | | Settlement Amount |
|---|---|---|---|---|---|
| 10/24/2023 | 10/26/2023 | 1 | 0.1469 | Principal | $0.15 |
| **Transaction Type: Sold** | | | | Supplemental Transaction Fee | $0.01 |
| | | | | **Net Amount** | **$0.14** |

**Description: META MATERIALS INC**
Symbol / CUSIP / ISIN: MMAT / 59134N104 / US59134N1046
Unsolicited trade
Morgan Stanley Smith Barney LLC acted as agent.



Morgan Stanley Smith Barney LLC. Member SIPC. The transaction(s) may have been executed with Morgan Stanley & Co. LLC, an affiliate, which may receive compensation for any such services. E*TRADE is a business of Morgan Stanley.

# E✳TRADE
from Morgan Stanley

JAMES CHRISTENSEN TOD
SUBJECT TO STA RULES
1626 W CALAIS VILLAS WAY
WEST JORDAN UT 84084

**Your Account Number:** 215-XXX198-210
Account Type - Cash

**E*TRADE from Morgan Stanley**
P.O. BOX 484
JERSEY CITY, NJ 07303-0484
(800)-387-2331

*This transaction is confirmed in accordance with the information provided on the Conditions and Disclosures page.*

| Trade Date | Settlement Date | Quantity | Price | | Settlement Amount |
|---|---|---|---|---|---|
| 10/24/2023 | 10/26/2023 | 8,750 | 0.1454 | Principal | $1,272.25 |
| | | | | FINRA TAF | $1.27 |
| **Transaction Type: Sold** | | | | Supplemental Transaction Fee | $0.02 |
| | | | | **Net Amount** | **$1,270.96** |

**Description: META MATERIALS INC**
Symbol / CUSIP / ISIN: MMAT / 59134N104 / US59134N1046
Unsolicited trade
Morgan Stanley Smith Barney LLC acted as agent.

Morgan Stanley Smith Barney LLC. Member SIPC. The transaction(s) may have been executed with Morgan Stanley & Co. LLC, an affiliate, which may receive compensation for any such services. E*TRADE is a business of Morgan Stanley.

# E✶TRADE
## from Morgan Stanley

JAMES CHRISTENSEN TOD
SUBJECT TO STA RULES
1626 W CALAIS VILLAS WAY
WEST JORDAN UT 84084

**Your Account Number:** 215-XXX198-210
Account Type - Cash

**E*TRADE from Morgan Stanley**
P.O. BOX 484
JERSEY CITY, NJ 07303-0484
(800)-387-2331

*This transaction is confirmed in accordance with the information provided on the Conditions and Disclosures page.*

| Trade Date | Settlement Date | Quantity | Price | | Settlement Amount |
|---|---|---|---|---|---|
| 10/24/2023 | 10/26/2023 | 3,049 | 0.145 | Principal | $442.11 |
| | | | | FINRA TAF | $0.44 |
| **Transaction Type: Sold** | | | | Supplemental Transaction Fee | $0.01 |
| | | | | Net Amount | **$441.66** |

**Description: META MATERIALS INC**
Symbol / CUSIP / ISIN: MMAT / 59134N104 / US59134N1046
Unsolicited trade
Morgan Stanley Smith Barney LLC acted as agent.

Morgan Stanley Smith Barney LLC. Member SIPC. The transaction(s) may have been executed with Morgan Stanley & Co. LLC, an affiliate, which may receive compensation for any such services. E*TRADE is a business of Morgan Stanley.


from Morgan Stanley

**Your Account Number:** 215-XXX198-210
Account Type - Cash

JAMES CHRISTENSEN TOD
SUBJECT TO STA RULES
1626 W CALAIS VILLAS WAY
WEST JORDAN UT 84084

E*TRADE from Morgan Stanley
P.O. BOX 484
JERSEY CITY, NJ 07303-0484
(800)-387-2331

*This transaction is confirmed in accordance with the information provided on the Conditions and Disclosures page.*

| Trade Date | Settlement Date | Quantity | Price | | Settlement Amount |
|---|---|---|---|---|---|
| 11/22/2023 | 11/27/2023 | 10,456 | 0.0775 | Principal | $810.34 |
| | | | | FINRA TAF | $1.52 |
| **Transaction Type: Sold** | | | | Supplemental Transaction Fee | $0.01 |
| | | | | **Net Amount** | **$808.81** |

**Description: META MATERIALS INC**
Symbol / CUSIP / ISIN: MMAT / 59134N104 / US59134N1046
Unsolicited trade
Morgan Stanley Smith Barney LLC acted as agent.



Morgan Stanley Smith Barney LLC. Member SIPC. The transaction(s) may have been executed with Morgan Stanley & Co. LLC, an affiliate, which may receive compensation for any such services. E*TRADE is a business of Morgan Stanley.

# E✳TRADE
## from Morgan Stanley

**Your Account Number:** 215-XXX198-210
Account Type - Cash

JAMES CHRISTENSEN TOD
SUBJECT TO STA RULES
1626 W CALAIS VILLAS WAY
WEST JORDAN UT 84084

**E✳TRADE from Morgan Stanley**
P.O. BOX 484
JERSEY CITY, NJ 07303-0484
(800)-387-2331

*This transaction is confirmed in accordance with the information provided on the Conditions and Disclosures page.*

| Trade Date | Settlement Date | Quantity | Price | | Settlement Amount |
|---|---|---|---|---|---|
| 11/22/2023 | 11/27/2023 | 3,600 | 0.0776 | Principal | $279.36 |
| **Transaction Type: Sold** | | | | FINRA TAF | $0.52 |
| | | | | Supplemental Transaction Fee | $0.01 |
| **Description: META MATERIALS INC** | | | | Net Amount | $278.83 |

Symbol / CUSIP / ISIN: MMAT / 59134N104 / US59134N1046
Unsolicited trade
Morgan Stanley Smith Barney LLC acted as agent.

Morgan Stanley Smith Barney LLC. Member SIPC. The transaction(s) may have been executed with Morgan Stanley & Co. LLC, an affiliate, which may receive compensation for any such services. E✳TRADE is a business of Morgan Stanley.

# E✱TRADE
## from Morgan Stanley

**Your Account Number:** 215-XXX198-210
Account Type - Cash

JAMES CHRISTENSEN TOD
SUBJECT TO STA RULES
1626 W CALAIS VILLAS WAY
WEST JORDAN UT 84084

**E*TRADE from Morgan Stanley**
P.O. BOX 484
JERSEY CITY, NJ 07303-0484
(800)-387-2331

*This transaction is confirmed in accordance with the information provided on the Conditions and Disclosures page.*

| Trade Date | Settlement Date | Quantity | Price | | Settlement Amount |
|---|---|---|---|---|---|
| 11/22/2023 | 11/27/2023 | 18,044 | 0.0774 | Principal | $1,396.61 |
| | | | | FINRA TAF | $2.62 |
| **Transaction Type: Sold** | | | | Supplemental Transaction Fee | $0.02 |
| | | | | **Net Amount** | **$1,393.97** |

**Description: META MATERIALS INC**
Symbol / CUSIP / ISIN: MMAT / 59134N104 / US59134N1046
Unsolicited trade
Morgan Stanley Smith Barney LLC acted as agent.



Morgan Stanley Smith Barney LLC. Member SIPC. The transaction(s) may have been executed with Morgan Stanley & Co. LLC, an affiliate, which may receive compensation for any such services. E*TRADE is a business of Morgan Stanley.

# E✴TRADE
from Morgan Stanley

JAMES CHRISTENSEN TOD
SUBJECT TO STA RULES
1626 W CALAIS VILLAS WAY
WEST JORDAN UT 84084

**Your Account Number:** 215-XXX198-210
Account Type - Cash

**E*TRADE from Morgan Stanley**
P.O. BOX 484
JERSEY CITY, NJ 07303-0484
(800)-387-2331

*This transaction is confirmed in accordance with the information provided on the Conditions and Disclosures page.*

| Trade Date | Settlement Date | Quantity | Price | | Settlement Amount |
|---|---|---|---|---|---|
| 01/24/2024 | 01/26/2024 | 5,800 | 0.0625 | Principal | $362.50 |
| | | | | FINRA TAF | $0.96 |
| **Transaction Type: Sold** | | | | Supplemental Transaction Fee | $0.01 |
| | | | | **Net Amount** | **$361.53** |

**Description: META MATERIALS INC**
Symbol / CUSIP / ISIN: MMAT / 59134N104 / US59134N1046
Unsolicited trade
Morgan Stanley Smith Barney LLC acted as agent.



Morgan Stanley Smith Barney LLC. Member SIPC. The transaction(s) may have been executed with Morgan Stanley & Co. LLC, an affiliate, which may receive compensation for any such services. E*TRADE is a business of Morgan Stanley.

# E✶TRADE
### from Morgan Stanley

**Your Account Number:** 215-XXX198-210
Account Type - Cash

JAMES CHRISTENSEN TOD
SUBJECT TO STA RULES
1626 W CALAIS VILLAS WAY
WEST JORDAN UT 84084

**E*TRADE from Morgan Stanley**
P.O. BOX 484
JERSEY CITY, NJ 07303-0484
(800)-387-2331

*This transaction is confirmed in accordance with the information provided on the Conditions and Disclosures page.*

| Trade Date | Settlement Date | Quantity | Price | | Settlement Amount |
|---|---|---|---|---|---|
| 01/24/2024 | 01/26/2024 | 626 | 0.062501 | Principal | $39.13 |
| | | | | FINRA TAF | $0.10 |
| | | | | Supplemental Transaction Fee | $0.01 |
| | | | | **Net Amount** | **$39.02** |

**Transaction Type: Sold**

**Description: META MATERIALS INC**
Symbol / CUSIP / ISIN: MMAT / 59134N104 / US59134N1046
Unsolicited trade
Morgan Stanley Smith Barney LLC acted as agent.

Morgan Stanley Smith Barney LLC. Member SIPC. The transaction(s) may have been executed with Morgan Stanley & Co. LLC, an affiliate, which may receive compensation for any such services. E*TRADE is a business of Morgan Stanley.