NVB 3001 (Effective 1/21)

Fidelity 401k MMAT — self directed Account

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | PROOF OF INTEREST |
|---|---|

| Name of Debtor: Meta Materials Inc | Case Number: 24-50792 |
|---|---|

1. **Name and address of holder of the Equity Interest** (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

   James Shane Christensen
   312 Heights Loop
   Bonners Ferry, Idaho 83805

   Telephone Number: 208-337-2039

   ☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

   ■ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

   ☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

   **RECEIVED AND FILED**
   **DEC 12 2024**
   **U.S. BANKRUPTCY COURT**
   **MARY A. SCHOTT, CLERK**

**NOTE:** This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

COURT USE ONLY

| Account or other number by which Interest holder identifies Debtor: Fidelity Investments 652074213 | Check here if this claim:<br>☐ replaces a previously filed Proof of Interest dated: _____<br>☐ amends a previously filed Proof of Interest dated: _____ |
|---|---|

2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:
   Fidelity Investments PO BOX 770001 Cincinnati, Ohio 45277-0047

   Telephone Number: 800-387-2331

3. Date Equity Interest was acquired:
   6-28-2021 to 10-31-2022
   see Attached Documents

4. Total amount of member interest: 2952 After all Reverse splits ended up with 30 shares.

5. Certificate number(s): _____

6. **Type of Equity Interest:**
   Please indicate the type of Equity Interest you hold:
   ■ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
   ☐ Check this box if your Equity Interest is based on anything else and describe that interest:
   Description: Investor in stock

7. **Supporting Documents:** Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
   DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. **Date-Stamped Copy:** To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

9. **Signature:**
   Check the appropriate box.
   ■ I am the creditor.   ☐ I am the creditor's authorized agent.   ☐ I am the trustee, or the debtor,   ☐ I am a guarantor, surety, endorser, or other codebtor.
   (Attach copy of power of attorney, if any.)   or their authorized agent.   (See Bankruptcy Rule 3005.)
   (See Bankruptcy Rule 3004.)

   I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

   Print Name: James Shane Christensen
   Title: Shareholder
   Company: ___ Address and telephone number (if different from notice address above):

   (Signature) James Shane Christensen    (Date) 12/9/24

   Telephone number: 208-337-2039    email: jchriste1112@gmail.com

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

[ Print Form ]    [ Save Form ]    [ Clear Form ]

| ETRADE | | | | | | | |
|---|---|---|---|---|---|---|---|
| TRADE DATE | SETTLE DATE | BUY/SELL | QUANTITY | SYMBOL | ACCT TYPE | PRICE | ACTUAL COST |
| 7/9/21 | 7/13/21 | BUY | 99 | MMAT | CASH | $5.0000 | $495.00 |
| 7/26/21 | 7/28/21 | BUY | 231 | MMAT | CASH | $3.4500 | $796.95 |
| 9/3/21 | 9/8/21 | BUY | 179 | MMAT | CASH | $5.5499 | $993.43 |
| 9/28/21 | 9/30/21 | BUY | 592 | MMAT | CASH | $5.9000 | $3,492.80 |
| 10/15/21 | 10/19/21 | BUY | 399 | MMAT | CASH | $5.0000 | $1,995.00 |
| 11/22/21 | 11/24/21 | BUY | 125 | MMAT | CASH | $3.9787 | $497.34 |
| 11/22/21 | 11/24/21 | BUY | 248 | MMAT | CASH | $4.0100 | $994.48 |
| 12/1/21 | 12/3/21 | BUY | 597 | MMAT | CASH | $3.3300 | $1,988.01 |
| 12/6/21 | 12/8/21 | BUY | 347 | MMAT | CASH | $2.8800 | $999.36 |
| 12/17/21 | 12/21/21 | BUY | 435 | MMAT | CASH | $2.7400 | $1,191.90 |
| 4/20/22 | 4/22/22 | BUY | 2,043 | MMAT | CASH | $1.3700 | $2,798.91 |
| 4/26/22 | 4/28/22 | BUY | 716 | MMAT | CASH | $1.2400 | $887.84 |
| 6/9/22 | 6/13/22 | BUY | 311 | MMAT | CASH | $1.5900 | $494.49 |
| 6/24/22 | 6/28/22 | BUY | 1,327 | MMAT | CASH | $1.1400 | $1,512.78 |
| 10/13/22 | 10/17/22 | BUY | 450 | MMAT | CASH | $1.1199 | $503.96 |
| 11/2/22 | 11/4/22 | BUY | 49 | MMAT | CASH | $1.2090 | $59.24 |
| 11/3/22 | 11/7/22 | BUY | 714 | MMAT | CASH | $1.4078 | $1,005.17 |
| 11/8/22 | 11/10/22 | BUY | 633 | MMAT | CASH | $1.5781 | $998.94 |
| 11/9/22 | 11/14/22 | BUY | 337 | MMAT | CASH | $1.4750 | $497.08 |
| 11/21/22 | 11/23/22 | BUY | 470 | MMAT | CASH | $2.1300 | $1,001.10 |
| 3/14/23 | 3/16/23 | BUY | 2,361 | MMAT | CASH | $0.5200 | $1,227.72 |
| 4/13/23 | 4/17/23 | BUY | 500 | MMAT | CASH | $0.3196 | $159.80 |
| 4/17/23 | 4/19/23 | BUY | 4,651 | MMAT | CASH | $0.2151 | $1,000.43 |
| 6/6/23 | 6/8/23 | BUY | 3,700 | MMAT | CASH | $0.2233 | $826.21 |
| 6/21/23 | 6/23/23 | BUY | 2,801 | MMAT | CASH | $0.2035 | $570.00 |
| 6/21/23 | 6/23/23 | BUY | 637 | MMAT | CASH | $0.2039 | $129.88 |
| 6/23/23 | 6/27/23 | BUY | 2,627 | MMAT | CASH | $0.1900 | $499.13 |
| 6/27/23 | 6/29/23 | BUY | 2,270 | MMAT | CASH | $0.2032 | $461.26 |
| 7/31/23 | 8/2/23 | BUY | 1,283 | MMAT | CASH | $0.2385 | $306.00 |
| 8/4/23 | 8/8/23 | BUY | 377 | MMAT | CASH | $0.2500 | $94.25 |
| 11/1/23 | 11/3/23 | BUY | 4,200 | MMAT | CASH | $0.1200 | $504.00 |
| 11/1/23 | 11/3/23 | BUY | 4,400 | MMAT | CASH | $0.1100 | $484.00 |
| 11/3/23 | 11/7/23 | BUY | 4,500 | MMAT | CASH | $0.1090 | $490.50 |
| 11/13/23 | 11/15/23 | BUY | 4,000 | MMAT | CASH | $0.0925 | $370.00 |
| 12/4/23 | 12/6/23 | BUY | 6,426 | MMAT | CASH | $0.0700 | $449.82 |
| 7/7/21 | | Merger | 1,079 | | | | |
| 6/28/21 | | 1362 RS 1/2 | 681 | | | | |
| | TOTAL SHARES PURCHASED | | 56,795 | | TOTAL PURCHASE COST | | $30,776.77 |
| | | | | | | | |
| 9/27/21 | 9/29/21 | SELL | 179 | MMAT | CASH | $5.7010 | $1,020.48 |
| 9/27/21 | 9/29/21 | SELL | 99 | MMAT | CASH | $5.7041 | $564.71 |
| 9/27/21 | 9/29/21 | SELL | 231 | MMAT | CASH | $5.7000 | $1,316.70 |
| 11/1/21 | 11/3/21 | SELL | 399 | MMAT | CASH | $5.2500 | $2,094.75 |
| 3/24/23 | 3/28/23 | SELL | 2,361 | MMAT | CASH | $0.4651 | $1,098.10 |
| 10/24/23 | 10/26/23 | SELL | 3,200 | MMAT | CASH | $0.1452 | $464.64 |
| 10/24/23 | 10/26/23 | SELL | 1 | MMAT | CASH | $0.1469 | $0.15 |
| 10/24/23 | 10/26/23 | SELL | 8,750 | MMAT | CASH | $0.1454 | $1,272.25 |
| 10/24/23 | 10/26/23 | SELL | 3,049 | MMAT | CASH | $0.1450 | $442.11 |
| 11/22/23 | 11/27/23 | SELL | 10,456 | MMAT | CASH | $0.0775 | $810.34 |
| 11/22/23 | 11/27/23 | SELL | 3,600 | MMAT | CASH | $0.0776 | $279.36 |
| 11/22/23 | 11/27/23 | SELL | 18,044 | MMAT | CASH | $0.0774 | $1,396.61 |
| 1/24/24 | 1/26/24 | SELL | 5,800 | MMAT | CASH | $0.0625 | $362.50 |
| 1/24/24 | 1/1/24 | SELL | 626 | MMAT | CASH | $0.0625 | $39.13 |
| | TOTAL SHARES SOLD | | 56,795 | | TOTAL SALES COST | | $11,161.81 |
| | | | NET LOSS (TOTAL PURCHASE COST - TOTAL SALES COST) | | | | ($19,614.97) |

- Fidelity Starts Here.

| FIDELITY ROTH 401K | | | | | | | |
|---|---|---|---|---|---|---|---|
| TRADE DATE | SETTLE DATE | BUY/SELL | QUANTITY | SYMBOL | PRICE | ACTUAL COST | |
| 10/31/22 | 11/2/22 | BUY | 720.0000 | MMAT | $1.1162 | $803.66 | |
| 10/31/22 | 11/2/22 | BUY | 1,100.0000 | MMAT | $1.1150 | $1,226.50 | |
| 7/7/21 | | Merger | 891.0000 | MMAT | $3.5000 | $3,118.50 | |
| 6/28/21 | | 482 RS 1/2 | 241.0000 | MMAT | $3.5000 | $843.50 | |
| | TOTAL SHARES PURCHASED | | 2,952.0000 | TOTAL PURCHASE COST | | $5,992.16 | |
| | | 2952 RS 1/100 | 30.0000 | | | | |
| 8/2/24 | 8/5/24 | SELL | 30.0000 | | $2.2600 | $67.80 | |
| | TOTAL SHARES SOLD | | 30.0000 | TOTAL SALES COST | | $67.80 | |
| | | | NET LOSS (TOTAL PURCHASE COST - TOTAL SALES COST) | | | | ($5,924.36) |

<1743 id="1" />

# Fidelity INVESTMENTS

2021

INVESTMENT REPORT
June 1, 2021 - June 30, 2021

## Activity

Account # 652-074213
L3HARRIS RET PLN - NON-PROTOTYPE

### Other Activity Out

| Settlement Date | Security Name | Symbol/ CUSIP | Description | Quantity | Price | Cost | Transaction Cost | Amount |
|---|---|---|---|---|---|---|---|---|
| 06/28 | META MATERIALS INC COM R/S FROM 89102U103 #REOR M0051336480001 | 59134N104 | Reverse Split | 241.000 | - | - | - | - |

**Total Other Activity Out**   -   -

### Core Fund Activity

*For more information about the operation of your core account, please refer to your Customer Agreement.*

**Settlement Account**

| Date | Type | Transaction | Description | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|
| 06/04 | CASH | You Sold | FIDELITY GOVERNMENT CASH RESERVES MORNING TRADE @ 1 | -8,622.560 | $1.0000 | -$8,622.56 | $1,377.44 |
| 06/08 | CASH | You Bought | FIDELITY GOVERNMENT CASH RESERVES MORNING TRADE @ 1 | 8,817.690 | 1.0000 | 8,817.69 | 10,195.13 |
| 06/10 | CASH | You Sold | FIDELITY GOVERNMENT CASH RESERVES MORNING TRADE @ 1 | -1,499.980 | 1.0000 | -1,499.98 | 8,695.15 |
| 06/11 | CASH | You Bought | FIDELITY GOVERNMENT CASH RESERVES MORNING TRADE @ 1 | 1,601.370 | 1.0000 | 1,601.37 | 10,296.52 |
| 06/14 | CASH | You Sold | FIDELITY GOVERNMENT CASH RESERVES MORNING TRADE @ 1 | -1,999.990 | 1.0000 | -1,999.99 | 8,296.53 |
| 06/16 | CASH | You Bought | FIDELITY GOVERNMENT CASH RESERVES MORNING TRADE @ 1 | 2,149.920 | 1.0000 | 2,149.92 | 10,446.45 |
| 06/18 | CASH | You Sold | FIDELITY GOVERNMENT CASH RESERVES MORNING TRADE @ 1 | -9,028.220 | 1.0000 | -9,028.22 | 1,418.23 |
| 06/28 | CASH | You Bought | FIDELITY GOVERNMENT CASH RESERVES @ 1 | 2.750 | 1.0000 | 2.75 | 1,420.98 |
| 06/30 | CASH | Reinvestment | FIDELITY GOVERNMENT CASH RESERVES REINVEST @ $1.000 | 0.040 | 1.0000 | 0.04 | 1,421.02 |

**Total Core Fund Activity**   -$8,578.98

*Cost basis and gain/loss information is provided as a service to our customers and is based on standards for filing US Federal Tax Returns as determined by Fidelity. This information is not intended to address tax law or reporting requirements applicable in your country of tax residence.*



INVESTMENT REPORT
July 1, 2021 - July 31, 2021

*2021* (handwritten)

## Activity

Account # 652-074213
L3HARRIS RET PLN - NON-PROTOTYPE

### Other Activity In

| Settlement Date | Security Name | Symbol/CUSIP | Description | Quantity | Price | Cost | Transaction Cost | Amount |
|---|---|---|---|---|---|---|---|---|
| 07/07 | META MATERIALS INC COM MER FROM 59134F101 #REOR M0051338660001 | 59134N104 | Merger | 891.000 | - | - | - | - |
| 07/08 | META MATERIALS INC COM ISIN #US59134N1046 SEDOL #BKSCVX7 LEU PAYOUT 59134F101 #REORLM0051338660001 | 59134N104 | In Lieu Of Frx Share | - | - | 0.46 | - | 0.87 |
| **Total Other Activity In** | | | | | | | - | **$0.87** |

### Other Activity Out

| Settlement Date | Security Name | Symbol/CUSIP | Description | Quantity | Price | Cost | Transaction Cost | Amount |
|---|---|---|---|---|---|---|---|---|
| 07/07 | METAMATERIAL INC COM NPV ISIN CA59134F1018 SEDOL BLNM4X0 MER PAYOUT #REOR M0051338660000 | 59134F101 | Merger | -483.000 | - | - | - | - |
| **Total Other Activity Out** | | | | | | | - | - |

*handwritten: 891 - RS 1/2 to 241.*

### Core Fund Activity

*For more information about the operation of your core account, please refer to your Customer Agreement.*

| Settlement Date | Account Type | Transaction | Description | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|
| 07/08 | CASH | You Bought | FIDELITY GOVERNMENT CASH RESERVES @ 1 | 0.870 | $1.0000 | $0.87 | $1,421.89 |
| 07/30 | CASH | Reinvestment | FIDELITY GOVERNMENT CASH RESERVES REINVEST @ $1.000 | 0.010 | 1.0000 | 0.01 | 1,421.90 |
| **Total Core Fund Activity** | | | | | | **$0.88** | |

*Cost basis and gain/loss information is provided as a service to our customers and is based on standards for filing US Federal Tax Returns as determined by Fidelity. This information is not intended to address tax law or reporting requirements applicable in your country of tax residence.*


PO Box 28019
Albuquerque, NM 87125-8019

2022

| REFERENCE NO.<br>22304-1CDRMP | TYPE<br>1* | REG.REP.<br>9TO | TRADE DATE<br>10-31-22 | SETTLEMENT DATE<br>11-02-22 | CUSIP NO.<br>59134N104 | ORDER NO.<br>22304-HAWHW | | |
|---|---|---|---|---|---|---|---|---|
| You Bought<br>at<br>Symbol:<br>MMAT | | 720<br>1.1162 | DESCRIPTION and DISCLOSURES<br>META MATERIALS INC COM<br>ISIN #US59134N1046 SEDOL #BKSCVX7<br>WE HAVE ACTED AS AGENT.<br>PARTIAL EXECUTION | | | | Principal Amount<br>Settlement Amount | 803.66<br>803.66 |

Purchase

| REFERENCE NO.<br>22304-1CDRNW | TYPE<br>1* | REG.REP.<br>9TO | TRADE DATE<br>10-31-22 | SETTLEMENT DATE<br>11-02-22 | CUSIP NO.<br>59134N104 | ORDER NO.<br>22304-HAWHW | | |
|---|---|---|---|---|---|---|---|---|
| You Bought<br>at<br>Symbol:<br>MMAT | | 1,100<br>1.1150 | DESCRIPTION and DISCLOSURES<br>META MATERIALS INC COM<br>ISIN #US59134N1046 SEDOL #BKSCVX7<br>WE HAVE ACTED AS AGENT.<br>PARTIAL EXECUTION | | | | Principal Amount<br>Settlement Amount | 1,226.50<br>1,226.50 |

Purchase

| REFERENCE NO.<br>22304-1BKMQB | TYPE<br>1* | REG.REP.<br>W## | TRADE DATE<br>10-31-22 | SETTLEMENT DATE<br>11-02-22 | CUSIP NO.<br>59134N203 | ORDER NO.<br>22304-G2MHC | | |
|---|---|---|---|---|---|---|---|---|
| You Bought<br>at<br>Symbol:<br>MMTLP | | 447<br>6.7000 | DESCRIPTION and DISCLOSURES<br>META MATERIALS INC PFD SER A<br>WE HAVE ACTED AS AGENT. | | | | Principal Amount<br>Settlement Amount | 2,994.90<br>2,994.90 |

1820

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE

9900382737

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

FIDELITY BROKERAGE SERVICES LLC, MEMBER NYSE, SIPC



2024

**INVESTMENT REPORT**
January 1, 2024 - January 31, 2024

## Activity

Account # 652-074213
L3HARRIS RET PLN - NON-PROTOTYPE

### Other Activity In

| Settlement Date | Security Name | Symbol/ CUSIP | Description | Quantity | Price | Cost | Transaction Cost | Amount |
|---|---|---|---|---|---|---|---|---|
| 01/29 | META MATERIALS INC COM ISIN US59134N1046 SEDOL BKSCVX7 1 FOR 100 R/S INTO META MATERIALS INC R/S TO  59134N302 #REOR M0051559130000 | 59134N104 | Reverse Split | -2,952.000 | - | | - | - |
| **Total Other Activity In** | | | | | | | - | - |

*Pre split*

### Other Activity Out

| Settlement Date | Security Name | Symbol/ CUSIP | Description | Quantity | Price | Cost | Transaction Cost | Amount |
|---|---|---|---|---|---|---|---|---|
| 01/29 | META MATERIALS INC COM NEW ISIN #US59134N3026 SEDOL #BQ67J98 R/S FROM  59134N104 #REOR M0051559130001 | 59134N302 | Reverse Split | 29.000 | - | | - | - |
| **Total Other Activity Out** | | | | | | | - | - |

*Post R/S 1For 100 to 29.*

### Core Fund Activity

*For more information about the operation of your core account, please refer to your Customer Agreement.*

| Settlement Date | Account Type | Transaction | Description | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|
| 01/05 | CASH | You Bought | FIDELITY GOVERNMENT CASH RESERVES MORNING TRADE @ 1 | 1,545.750 | $1.0000 | $1,545.75 | $1,920.06 |
| 01/31 | CASH | Reinvestment | FIDELITY GOVERNMENT CASH RESERVES REINVEST @   $1.000 | 7.320 | 1.0000 | 7.32 | 1,927.38 |
| **Total Core Fund Activity** | | | | | | $1,553.07 | |

*Cost basis and gain/loss information is provided as a service to our customers and is based on standards for filing US Federal Tax Returns as determined by Fidelity. This information is not intended to address tax law or reporting requirements applicable in your country of tax residence.*



PO Box 28019
Albuquerque, NM 87125-8019



9900938946



of 1

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 24215-0BN0HV | 1* | WZ# | 08-02-24 | 08-05-24 | 59134N302 | 24214-HR4FS | | |

You Sold
         30
  at
     2.2600
Symbol:
MMAT

DESCRIPTION and DISCLOSURES
META MATERIALS INC COM NEW
ISIN #US59134N3026 SEDOL #BQ67J98
WE HAVE ACTED AS AGENT.
LOTS WITHOUT SPECIFIC SHARES
INSTRUCTIONS WILL BE DEPLETED USING
FIRST IN, FIRST OUT METHOD.

Principal Amount    67.80
Settlement Amount   67.80

— Sold —
At
Loss -

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE

9900938946



FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH 45277-0003

FIDELITY BROKERAGE SERVICES LLC, MEMBER NYSE, SIPC