NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | | PROOF OF INTEREST |
|---|---|---|
| Name of Debtor: Meta Materials Inc. | Case Number: 24-50792 | |

1. **Name and address of holder of the Equity Interest** (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

   Andrew Marucci
   1006 - 800 Wonderland Rd. S
   London, ON N6K-4L8

   Telephone Number: (519) 495-4612

   ☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

   ☒ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

   ☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

   **RECEIVED AND FILED**
   DEC 12 2024
   U.S. BANKRUPTCY COURT
   MARY A. SCHOTT, CLERK

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

COURT USE ONLY

Account or other number by which Interest holder identifies Debtor:
Multiple (see attached documents)

Check here if this claim:
☐ replaces a previously filed Proof of Interest dated: _____
☐ amends a previously filed Proof of Interest dated: _____

2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:
   Andrew Marucci holding equity of MMAT at Questrade in street name
   Telephone Number: (see attached notes)

3. Date Equity Interest was acquired:
   Between Feb 2021 - August 2024
   (see attached documents)

4. Total amount of member interest: 875 shares - $17,378.55

5. Certificate number(s): see attached

6. **Type of Equity Interest:**
   Please indicate the type of Equity Interest you hold:
   ☒ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
   ☐ Check this box if your Equity Interest is based on anything else and describe that interest:
   Description: _____

7. **Supporting Documents**: Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
   DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary. ✓

8. **Date-Stamped Copy**: To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

9. **Signature:**
   Check the appropriate box.
   ☒ I am the creditor.    ☐ I am the creditor's authorized agent. (Attach copy of power of attorney, if any.)    ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)    ☐ I am a guarantor, surety, endorser, or other codebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: Andrew Marucci
Title: Shareholder
Company: Address and telephone number (if different from notice address above): _____

(Signature)    Dec 11, 2024 (Date)

Telephone number: (519) 495-4612   email: andrewmarucci@gmail.com

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

Summary | Move Money | Documents | Reports | Management | Apps | Products | Tools

← Back to Summary

Q  MMATQ  $0.061 USD

---

Self-directed Margin - 27961789   ◯ 0.45%
**50 MMATQ shares @ avg $8.0763**

| Today's P&L | Open P&L | Market value | Book value |
|---|---|---|---|
| $0.00 (0.00%) | -$400.76 (-99.24%) | $3.05 | $403.81 |

Show all ˅

---

Self-directed TFSA - 52366877   --
**175 MMATQ Jan 16 2026 (1) 0.50 Call contracts @ avg $0.0692**

| Today's P&L | Open P&L | Market value | Book value |
|---|---|---|---|
| -- ( -- ) | -- ( -- ) | -- | $1,211.99 |

---

Self-directed TFSA - 52366877   --
**400 MMATQ Jan 17 2025 (1) 0.50 Call contracts @ avg $0.0869**

| Today's P&L | Open P&L | Market value | Book value |
|---|---|---|---|
| $0.00 (0.00%) | -$1,478.99 (-42.51%) | $2,000.00 | $3,479.00 |

---

Self-directed TFSA - 52366877   --
**700 MMATQ shares @ avg $20.6615**

| Today's P&L | Open P&L | Market value | Book value |
|---|---|---|---|
| $0.00 (0.00%) | -$14,420.36 (-99.70%) | $42.69 | $14,463.06 |

---

Self-directed RSP - 52372953   ◯ 31.98%
**125 MMATQ shares @ avg $20.0934**

| Today's P&L | Open P&L | Market value | Book value |
|---|---|---|---|
| $0.00 (0.00%) | -$2,504.05 (-99.69%) | $7.62 | $2,511.68 |



**Welcome to Questrade**

Let's take a quick tour of your all-in-one investing experience.

Skip tour   Start tour

*Proof of date range (purchase)*

**Account #:** 52366877  **Type:** TFSA  **Dealer:** Questrade, Inc.  **Client:** Andrew Marucci
Order execution only account

| Trade Date | Settlement date | Trade # | Action | Quantity | Symbol | TB | EX | Price (CAD) | Gross amount (CAD) | Comm (CAD) | SEC fees (CAD) | Interest amount (CAD) | Net amount (CAD) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 25-02-21 | 01-03-21 | QT4MFK | Buy | 100 | MMAT | A | CQ | 3.55 | (355.00) | (0.35) | 0.00 | 0.00 | (355.35) |
| Description | METAMATERIAL INC, COM | | | | | | | | | | | | |
| 25-02-21 | 01-03-21 | QT4MFL | Buy | 15 | MMAT | A | TR | 3.55 | (53.25) | (5.00) | 0.00 | 0.00 | (58.25) |
| Description | METAMATERIAL INC, COM | | | | | | | | | | | | |
| 04-03-21 | 08-03-21 | QTPZHD | Buy | 100 | MMAT | A | CQ | 3.25 | (325.00) | (5.30) | 0.00 | 0.00 | (330.30) |
| Description | METAMATERIAL INC, COM | | | | | | | | | | | | |
| 09-03-21 | 11-03-21 | 6331BD | Buy | 20 | MMAT | A | TR | 3.96 | (79.20) | (5.02) | 0.00 | 0.00 | (84.22) |
| Description | METAMATERIAL INC, COM | | | | | | | | | | | | |
| 09-03-21 | 11-03-21 | 6331BD | Buy | 100 | MMAT | A | CQ | 3.96 | (396.00) | (0.35) | 0.00 | 0.00 | (396.35) |

**Account #:** 52366877  **Type:** TFSA  **Dealer:** Questrade, Inc.  **Client:** Andrew Marucci
Order execution only account

| Trade Date | Settlement date | Trade # | Action | Quantity | Symbol | TB | EX | Price (USD) | Gross amount (USD) | Comm (USD) | SEC fees (USD) | Interest amount (USD) | Net amount (USD) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 09-04-24 | 11-04-24 | EC26B1 | Buy | 99 | MMAT | A | NY | 3.964 | (392.48) | (9.90) | 0.00 | 0.00 | (402.38) |
| Description | META MATERIALS INC, COMMON STOCK, AVG PRICE - ASK US FOR DETAILS | | | | | | | | | | | | |
| 21-05-24 | 23-05-24 | 20ED26 | Buy | 50 | MMAT | A | NY | 3.078 | (153.92) | (4.95) | 0.00 | 0.00 | (158.87) |
| Description | META MATERIALS INC, COMMON STOCK | | | | | | | | | | | | |
| 09-08-24 | 12-08-24 | 857D34 | Buy | 150 | MMAT | A | NY | .939 | (140.81) | (4.95) | 0.00 | 0.00 | (145.76) |
| Description | META MATERIALS INC, COMMON STOCK | | | | | | | | | | | | |
| | | | | | | | | Totals | (10,566.99) | (248.52) | (0.20) | 0.00 | (10,815.71) |

Notes:
Reverse splits:
2:1 - June 2021
100:1 - January 2024

Account #'s:
TFSA - 52366877
RSP - 52372953
Margin - 27961789

2. Name and Address of Any person or entity that is the record holder for the equity interest asserted in this proof of interest:

Andrew Marucci (me) is the beneficiary of the equity interest in debtor held in street name at:

Questrade Financial Group:(Record holder)
Address: 5700 Yonge Street, Suite 1900, Toronto, Ontario, Canada M2M 4K2
Phone number: (416) 913-8313