NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | PROOF OF INTEREST |
|---|---|

Name of Debtor
*Meta Materials*

Case Number
24-50792-hlb

**1**   **Name and address of holder of the Equity Interest** (the person or entity holding an Equity Interest in the Debtor Referred to hereinafter as the Interest holder')

*17 Churchview, Eden Gate, Delgany,*
*Co. Wicklow. Ireland, A63 HP23*
*Name: Cathal Walker*

Telephone Number
*+353852639466*

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest Attach copy of statement giving particulars

☑ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors

**RECEIVED AND FILED**

DEC 13 2024

U S BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

**NOTE  This form SHOULD NOT be used to make a claim against the Debtor for money owed.** A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor  An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

**COURT USE ONLY**

Account or other number by which Interest holder identifies Debtor
*1971831*

Check here if this claim
☐ replaces a previously filed Proof of Interest dated _____
☐ amends a previously filed Proof of Interest dated _____

**2**   **Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest**
*Trading 212 Uk Ltd. Aldermary House,*
*10-15 Queen Street, London*
*EC4N 1TX*
Telephone Number *+447385762102*

**3**   Date Equity Interest was acquired
*30/04/2021*
*30th April 2021*

**4**   Total amount of member interest  *83 34833*

**5**   Certificate number(s) _____

**6**   Type of Equity Interest
Please indicate the type of Equity Interest you hold
☑ Check this box if your Equity Interest is based on an actual member interest held in the Debtor
☐ Check this box if your Equity Interest is based on anything else and describe that interest
Description

**7**   **Supporting Documents** Attach copies of supporting documents such as stock certificates option agreements warrants etc
DO NOT SEND ORIGINAL DOCUMENTS If the documents are not available, explain If the documents are voluminous attach a summary

**8**   **Date-Stamped Copy** To receive an acknowledgement of the filing of your Proof of Interest enclose a stamped self-addressed envelope and copy of this Proof of Interest.

**9**   Signature
Check the appropriate box
☑ I am the creditor   ☐ I am the creditor s authorized agent (Attach copy of power of attorney, if any)   ☐ I am the trustee or the debtor or their authorized agent (See Bankruptcy Rule 3004)   ☐ I am a guarantor, surety endorser or other codebtor (See Bankruptcy Rule 3005)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information and reasonable belief

Print Name  *CATHAL WALKER*
Title  *Mr.*
Company ___ Address and telephone number (if different from notice address above)
_____
_____

*Cathal Walker* (Signature)
Telephone number *+353852639966*  email *cathal.walker871@gmail.com*
(Date) *4/12/24*

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U S C §§ 152 AND 3571*

**TRADING 212**

CUSTOMER ID
4745696

CUSTOMER NAME
Cathal Walker

# Annual Statement – 2020

## Overview

**Trading 212 Invest**

Account value: €74.96

| | |
|---|---|
| **Result** | **€6,910.39** |
| Profit | €9,813.19 |
| Loss | €-2,902.80 |
| Adjustment | €0.00 |
| **Net Dividends** | **€286.11** |
| **Fees & Charges** | €-22.25 |
| **Bonus** | €16.75 |

This document is provided in relation to the account of the customer. All amounts are given for a value in your own chosen Fund. Income statement is in relation to the statement of a current period. Read carefully all the opening period and the gains by opening period and the gains by opening period and the gains by opening period and the gains by opening period.

Trading 212 Ltd. Trading 212 UK Ltd. is registered in England and Wales (Company number 08590005). Registered address: Aldermum Avenue 43, 15 Queen Drive, London EC4N 1LX, Europe. It is authorised and regulated by the Financial Conduct Authority. Firm reference number 609146.

**TRADING 212**

CUSTOMER ID
4745696

CUSTOMER NAME
Cathal Walker

# Invest account – sell trades

A list of all sell trades in your Invest account from 01.01.2020 to 31.12.2020, resulting in a profit or loss arising in the year.

| EXECUTION TIME | INSTRUMENT | ISIN | INSTRUMENT TYPE | REPORTING STATUS | BASE CURRENCY | QUANTITY | AVERAGE PRICE (BASE) | SALE PRICE (BASE) | FX RATE | SALE PRICE (EUR) | RESULT (EUR) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 29.04.2020 18:33 | Carnival Corp | PA1436583006 | Stock | N/A | USD | 0.57 | 11.8204 | 16.52 | 0.925637 | 15.2251 | 2.44 |
| 04.05.2020 16:31 | Delta Air Lines | US2473617023 | Stock | N/A | USD | 0.25 | 21.9806 | 21.08 | 0.92523 | 19.29413 | -0.26 |
| 05.05.2020 10:50 | Ryanair | IE00BYTBXV33 | Stock | N/A | EUR | 0.5 | 9.4461 | 9.464 | 1 | 9.464 | 0.01 |
| 05.05.2020 10:50 | Ryanair | IE00BYTBXV33 | Stock | N/A | EUR | 126 | 9.4481 | 9.46 | 1 | 9.46 | 1.75 |
| 13.05.2020 16:57 | Occidental Petroleum | US6745991058 | Stock | N/A | USD | 22.18 | 13.81975654 | 13.92 | 0.923302 | 12.81532 | 1.23 |
| 18.05.2020 17:20 | Ryanair | IE00BYTBXV33 | Stock | N/A | EUR | 85.5 | 9.4461 | 9.602 | 1 | 9.602 | 13.33 |
| 20.05.2020 17:50 | Occidental Petroleum | US6745991058 | Stock | N/A | USD | 120 | 15.05 | 15.07 | 0.910042 | 13.71197 | 1.9 |
| 11.06.2020 22:24 | PepsiCo | US7134481081 | Stock | N/A | USD | 0.188174 | 132.1649112 | 128.34 | 0.8846 | 113.60035 | -0.62 |
| 16.06.2020 12:28 | Shell | GB00B03MM408 | Stock | N/A | GBX | 52 | 1260.21014015 | 1315.6 | 0.01143 | 14.68171 | 14.41 |
| 24.06.2020 16:43 | RTX Corp | US75513E1010 | Stock | N/A | USD | 1.495 | 58.7431 | 62.81 | 0.925894 | 55.71226 | 1.98 |
| 29.06.2020 10:02 | Carnival PLC | GB0031215220 | Stock | N/A | GBX | 60.42 | 910.1243998 | 942 | 0.011448 | 10.35117 | -4.12 |
| 30.06.2020 21:15 | Coca-Cola | US1912161007 | Stock | N/A | USD | 3.09 | 44.05177994 | 44.14 | 0.887158 | 39.2771 | 0.61 |
| 30.06.2020 21:16 | Lumen Technologies | US5502411037 | Stock | N/A | USD | 16 | 9.76755252 | 9.89 | 0.898807 | 8.79956 | 0.32 |
| 30.06.2020 21:19 | Delta Air Lines | US2473617023 | Stock | N/A | USD | 15 | 21.94965789 | 28.38 | 0.924888 | 25.25922 | 74.38 |
| 30.06.2020 21:39 | Hyliion | US4491091074 | Stock | N/A | USD | 20 | 27.345 | 27.5 | 0.890035 | 24.47098 | 2.66 |
| 30.06.2020 21:42 | Lumen Technologies | US5502411037 | Stock | N/A | USD | 9.21 | 9.76764378 | 9.92 | 0.898758 | 8.82668 | 0.45 |
| 02.07.2020 16:32 | JPMorgan Chase & Co | US46625H1005 | Stock | N/A | USD | 4 | 93.96 | 94.26 | 0.89008 | 83.66916 | 0.16 |
| 02.07.2020 17:46 | Walt Disney | US2546871060 | Stock | N/A | USD | 1 | 110.65 | 113.04 | 0.890014 | 100.54345 | 2.06 |
| 02.07.2020 19:26 | Coca-Cola | US1912161007 | Stock | N/A | USD | 2.6 | 44.27 | 44.96 | 0.889961 | 40.04239 | 1.67 |

This document is prepared by Trading 212 and is made available for the sole use of its customers. Trading 212's general information and does not constitute advice for any business. All trade numbers are the outcome of the opening process on the date of reporting or the client's and/or former records. Trading 212 UK Ltd. is registered in England and Wales (Company number 08590005), registered address: Aviation House, 31 London Street, Reading RG1 4PS and authorised and regulated by the Financial Conduct Authority. Firm reference number 609146.

**TR∆DING 212**

| EXECUTION TIME | INSTRUMENT | ISIN | INSTRUMENT TYPE | REPORTING STATUS | BASE CURRENCY | QUANTITY | AVERAGE PRICE (BASE) | SALE PRICE (BASE) | FX RATE | SALE PRICE (EUR) | RESULT (EUR) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 07.07.2020 17:39 | Coca-Cola | US1912161007 | Stock | N/A | USD | 4.4 | 44.27045455 | 44.89 | 0.889933 | 39.8141 | 1.83 |
| 07.07.2020 18:17 | JPMorgan Chase & Co | US46625H1005 | Stock | N/A | USD | 1.21 | 93.05785124 | 92.8 | 0.889698 | 82.1457 | -0.78 |
| 07.07.2020 18:26 | Delta Air Lines | US2473617023 | Stock | N/A | USD | 20 | 21.94970292 | 27.61 | 0.924889 | 24.43947 | 82.77 |
| 13.07.2020 16:33 | Delta Air Lines | US2473617023 | Stock | N/A | USD | 40.09 | 21.949749 | 27.28 | 0.924887 | 24.0399 | 149.89 |
| 13.07.2020 16:37 | Workhorse | US98138J3059 | Stock | N/A | USD | 14 | 16.95 | 17.06 | 0.881247 | 15.02912 | 1.29 |
| 13.07.2020 16:41 | Johnson & Johnson | US4781601046 | Stock | N/A | USD | 0.025 | 143.54 | 143.85 | 0.910307 | 128.67201 | -0.1 |
| 13.07.2020 21:16 | Delta Air Lines | US2473617023 | Stock | N/A | USD | 9 | 21.94965394 | 27.03 | 0.92489 | 23.78669 | 31.37 |
| 13.07.2020 22:00 | Delta Air Lines | US2473617023 | Stock | N/A | USD | 10 | 21.94957408 | 27.32 | 0.924892 | 24.06752 | 37.67 |
| 13.07.2020 22:08 | Delta Air Lines | US2473617023 | Stock | N/A | USD | 29 | 21.94942721 | 27.4 | 0.924898 | 24.14607 | 111.51 |
| 15.07.2020 18:42 | Pfizer | US7170811035 | Stock | N/A | USD | 6 | 34.7655 | 35.72 | 0.887547 | 31.2938 | 2.62 |
| 15.07.2020 19:10 | Pfizer | US7170811035 | Stock | N/A | USD | 6 | 34.76571429 | 35.74 | 0.887533 | 31.33356 | 2.87 |
| 15.07.2020 19:10 | Pfizer | US7170811035 | Stock | N/A | USD | 8 | 34.76625 | 35.69 | 0.887535 | 31.29137 | 3.48 |
| 24.07.2020 16:54 | Consolidated Edison | US2091151041 | Stock | N/A | USD | 4 | 77.03 | 76.73 | 0.884785 | 66.05203 | -8.41 |
| 31.07.2020 21:31 | Realty Income | US7561091049 | Stock | N/A | USD | 1.35 | 54.88023419 | 59.46 | 0.910151 | 50.44455 | 0.67 |
| 04.08.2020 16:30 | Nu Ride | US54405Q2093 | Stock | N/A | USD | 6 | 14.248 | 14.25 | 0.852643 | 12.14803 | 0.01 |
| 04.08.2020 16:32 | Realty Income | US7561091049 | Stock | N/A | USD | 10 | 54.88014995 | 61.6 | 0.910154 | 52.49746 | 25.48 |
| 04.08.2020 22:30 | Realty Income | US7561091049 | Stock | N/A | USD | 10 | 54.8802999 | 62 | 0.910159 | 52.55663 | 26.07 |
| 04.08.2020 22:36 | Boeing | US0970231058 | Stock | N/A | USD | 2 | 133.56164189 | 164.97 | 0.914632 | 139.79916 | 35.28 |
| 04.08.2020 22:44 | AGNC Investment | US00123Q1040 | Stock | N/A | USD | 72 | 13.13448039 | 13.54 | 0.893662 | 11.47292 | -19.07 |
| 04.08.2020 22:44 | AGNC Investment | US00123Q1040 | Stock | N/A | USD | 0.65 | 13.13846154 | 13.53 | 0.893443 | 11.46464 | -0.18 |
| 04.08.2020 22:47 | AGNC Investment | US00123Q1040 | Stock | N/A | USD | 0.35 | 13.54285714 | 13.54 | 0.848101 | 11.47419 | 0 |
| 05.08.2020 20:21 | Boeing | US0970231058 | Stock | N/A | USD | 2 | 133.56169662 | 171.57 | 0.914632 | 144.564 | 44.81 |

TRADING 212

CUSTOMER ID
4745696

CUSTOMER NAME
Cathal Walker

| EXECUTION TIME | INSTRUMENT | ISIN | INSTRUMENT TYPE | REPORTING STATUS | BASE CURRENCY | QUANTITY | AVERAGE PRICE (BASE) | SALE PRICE (BASE) | FX RATE | SALE PRICE (EUR) | RESULT (EUR) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 06.08.2020 20:54 | Boeing | US0970231058 | Stock | N/A | USD | 8 | 133.56175512 | 171.32 | 0.914631 | 144.10686 | 175.57 |
| 07.08.2020 19:57 | Boeing | US0970231058 | Stock | N/A | USD | 5 | 133.56183594 | 170.24 | 0.91463 | 144.62785 | 112.34 |
| 12.08.2020 16:35 | Pembina Pipeline | CA7063271034 | Stock | N/A | USD | 0.61 | 25.04958413 | 27 | 0.900069 | 22.88659 | 0.21 |
| 12.08.2020 16:38 | Pembina Pipeline | CA7063271034 | Stock | N/A | USD | 6 | 25.04958786 | 26.94 | 0.900071 | 22.84677 | 1.8 |
| 12.08.2020 16:46 | Pembina Pipeline | CA7063271034 | Stock | N/A | USD | 45 | 25.04954665 | 26.9938 | 0.900072 | 22.88852 | 15.39 |
| 12.08.2020 16:52 | Pembina Pipeline | CA7063271034 | Stock | N/A | USD | 15 | 25.04951993 | 26.86 | 0.900066 | 22.77198 | 3.39 |
| 17.08.2020 20:11 | Simon Property | US8288061091 | Stock | N/A | USD | 2.25 | 69.38222222 | 67.51 | 0.889117 | 56.8855 | -10.81 |
| 19.08.2020 19:20 | Boeing | US0970231058 | Stock | N/A | USD | 3 | 133.56181771 | 170.74 | 0.91463 | 143.79801 | 64.91 |
| 27.08.2020 19:15 | Boeing | US0970231058 | Stock | N/A | USD | 2 | 133.56170945 | 174.93 | 0.914631 | 147.84608 | 51.37 |
| 31.08.2020 16:39 | Boeing | US0970231058 | Stock | N/A | USD | 5 | 133.56179493 | 173.28 | 0.91463 | 145.19008 | 115.15 |
| 31.08.2020 18:32 | Boeing | US0970231058 | Stock | N/A | USD | 5 | 133.56176563 | 171.89 | 0.91463 | 143.88435 | 108.82 |
| 31.08.2020 21:38 | Virgin Galactic | US92766K4031 | Stock | N/A | USD | 12 | 17.5995122 | 17.76 | 0.837156 | 14.87637 | 1.72 |
| 02.09.2020 17:38 | Boeing | US0970231058 | Stock | N/A | USD | 10 | 133.56172657 | 174.25 | 0.91463 | 147.12836 | 249.68 |
| 02.09.2020 17:49 | Boeing | US0970231058 | Stock | N/A | USD | 10 | 133.56158985 | 173.73 | 0.914629 | 146.69797 | 245.39 |
| 03.09.2020 17:02 | Boeing | US0970231058 | Stock | N/A | USD | 4 | 133.5611797 | 178.23 | 0.914634 | 150.44442 | 113.14 |
| 03.09.2020 17:42 | Boeing | US0970231058 | Stock | N/A | USD | 6 | 133.56196617 | 175.35 | 0.914626 | 148.10967 | 155.7 |
| 03.09.2020 18:22 | Altria | US02209S1033 | Stock | N/A | USD | 10 | 38.85201596 | 43.7 | 0.901628 | 36.99408 | 19.64 |
| 03.09.2020 22:02 | Altria | US02209S1033 | Stock | N/A | USD | 15 | 38.8520266 | 43.12 | 0.901629 | 36.36578 | 20.04 |
| 04.09.2020 19:18 | Golden Nugget Online Gaming | US38113L1070 | Stock | N/A | USD | 7.5 | 14.63523443 | 16.14 | 0.885629 | 13.64536 | 5.11 |
| 08.09.2020 19:06 | Virgin Galactic | US92766K4031 | Stock | N/A | USD | 35 | 17.59957143 | 17.64 | 0.837155 | 14.95777 | 7.85 |
| 14.09.2020 17:55 | AT&T | US00206R1023 | Stock | N/A | USD | 46 | 29.70597826 | 29.26 | 0.89456 | 24.64872 | -88.55 |
| 16.09.2020 21:27 | Multiplan | US62548M2098 | Stock | N/A | USD | 66 | 11.16 | 11.17 | 0.842538 | 9.44849 | 2.89 |

The information provided in this document concerns your executed orders and any corresponding results for tax purposes. Trading 212 provides this document on a best-efforts basis and cannot be held liable for any inaccuracies or their consequences. The information provided does not constitute financial, tax or other form of advice, and no reliance should be placed on it. Trading 212 UK Ltd. is registered in England and Wales (Company number 08590005). Registered address: 107 Cheapside, London, EC2V 6DN. Authorised and regulated by the Financial Conduct Authority (Firm reference number 609146).

**TRADING 212**

CUSTOMER ID: 4745696
CUSTOMER NAME: Cathal Walker

| EXECUTION TIME | INSTRUMENT | ISIN | INSTRUMENT TYPE | REPORTING STATUS | BASE CURRENCY | QUANTITY | AVERAGE PRICE (BASE) | SALE PRICE (BASE) | FX RATE | SALE PRICE (EUR) | RESULT (EUR) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 21.09.2020 17:55 | NIO | US62914V1061 | Stock | N/A | USD | 30 | 12.89 | 18.11 | 0.847918 | 15.41933 | 134.69 |
| 23.09.2020 21:06 | Tesla | US88160R1014 | Stock | N/A | USD | 0.36 | 357.24789916 | 386.34 | 0.848021 | 330.8017 | 10.03 |
| 23.09.2020 21:39 | Tesla | US88160R1014 | Stock | N/A | USD | 0.25 | 357.24752475 | 383.18 | 0.848027 | 328.28711 | 6.33 |
| 23.09.2020 21:47 | SPI Energy | KYG8651P1101 | Stock | N/A | USD | 3.4 | 26.17941176 | 29.02 | 0.85687 | 24.8659 | 8.27 |
| 24.09.2020 16:36 | Tesla | US88160R1014 | Stock | N/A | USD | 1.77 | 357.24858757 | 357.7 | 0.848022 | 307.4239 | 7.91 |
| 30.09.2020 17:35 | ChargePoint | US15961R1059 | Stock | N/A | USD | 1.76 | 12.51136364 | 15.9 | 0.859219 | 13.55452 | 4.84 |
| 05.10.2020 18:00 | Multiplan | US62548M2098 | Stock | N/A | USD | 20.8 | 9.88317308 | 9.61 | 0.848665 | 8.1525 | -4.89 |
| 16.10.2020 21:59 | Exxon Mobil | US30231G1022 | Stock | N/A | USD | 10 | 44.3942 | 34.29 | 0.896398 | 29.26018 | -105.35 |
| 16.10.2020 21:59 | Energy Transfer | US29273V1008 | Stock | N/A | USD | 500 | 7.99678131 | 6.075 | 0.909964 | 5.18385 | -1046.47 |
| 16.10.2020 21:59 | Energy Transfer | US29273V1008 | Stock | N/A | USD | 35 | 7.99679097 | 6.07 | 0.909961 | 5.17958 | -73.4 |
| 16.10.2020 22:02 | Wells Fargo & Co | US9497461015 | Stock | N/A | USD | 82 | 26.67630609 | 22.84 | 0.904086 | 19.49038 | -379.44 |
| 16.10.2020 22:02 | Palantir | US69608A1088 | Stock | N/A | USD | 32.7 | 11.01131498 | 9.79 | 0.85289 | 8.3541 | -33.92 |
| 19.10.2020 15:32 | Shell | GB00B03MM408 | Stock | N/A | GBX | 211 | 1260.27003652 | 938 | 0.011406 | 10.32754 | -853.85 |
| 19.10.2020 17:23 | Nu Ride | US54405Q2093 | Stock | N/A | USD | 10 | 13.62227273 | 21.9 | 0.84824 | 18.57412 | 70.19 |
| 19.10.2020 17:32 | Tesla | US88160R1014 | Stock | N/A | USD | 3 | 444.67962963 | 442.34 | 0.848913 | 375.12509 | -7.1 |
| 27.10.2020 21:09 | Workhorse | US98138J3059 | Stock | N/A | USD | 120 | 17.37040278 | 17.7 | 0.848703 | 14.98362 | 28.95 |
| 28.10.2020 15:30 | Nu Ride | US54405Q2093 | Stock | N/A | USD | 210 | 13.62228571 | 14.32 | 0.848239 | 12.205 | 138.51 |
| 09.11.2020 17:30 | Tesla | US88160R1014 | Stock | N/A | USD | 1.1 | 440.75134771 | 446.59 | 0.849077 | 376.54508 | 2.55 |
| 09.11.2020 17:33 | Tesla | US88160R1014 | Stock | N/A | USD | 1.868 | 440.74946467 | 447.1 | 0.849087 | 377.46203 | 6.03 |
| 11.11.2020 11:51 | easyJet | GB00B7KR2P84 | Stock | N/A | GBX | 1 | 702.6 | 710 | 0.011272 | 7.99027 | 0.07 |
| 24.11.2020 18:39 | Adial Pharmaceuticals | US00688A2050 | Stock | N/A | USD | 529 | 1.75068053 | 1.87 | 0.848906 | 1.57361 | 46.26 |
| 24.11.2020 19:24 | Golden Nugget Online Gaming | US38113L1070 | Stock | N/A | USD | 56.73 | 14.55261766 | 16.32 | 0.881791 | 13.74594 | 51.83 |

Trading 212 UK Ltd. is registered in England and Wales (Register number 8590005), authorised and regulated by the Financial Conduct Authority (Register number 609146). Trading 212 Markets Ltd. is registered in Bulgaria (Register number 201659500), authorised and regulated by the Financial Supervision Commission. Company number 08590005, registered office: 107 Cheapside, London, EC2V 6DN. Trading 212 UK Ltd is authorised and regulated by the Financial Conduct Authority (Firm reference number 609146).

**TRADING 212**

CUSTOMER ID: 4745696    CUSTOMER NAME: Cathal Walker

| EXECUTION TIME | INSTRUMENT | ISIN | INSTRUMENT TYPE | (L)X(CET)ING STATUS | BASE CURRENCY | QUANTITY | AVERAGE PRICE (BASE) | SALE PRICE (BASE) | FX RATE | SALE PRICE (EUR) | RESULT (EUR) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 24.11.2020 22:38 | Ideanomics | US45166V2051 | Stock | N/A | USD | 233 | 2.87111588 | 3.18 | 0.841951 | 2.6753 | 60.11 |
| 25.11.2020 17:15 | Hyliion | US4491091074 | Stock | N/A | USD | 11 | 22.86738007 | 24.4 | 0.852767 | 20.50558 | 8.54 |
| 30.11.2020 16:44 | Microvast | US59516C1062 | Stock | N/A | USD | 24 | 12.81827999 | 13.02 | 0.837019 | 10.85851 | 3.1 |
| 30.11.2020 17:47 | Workhorse | US98138J3059 | Stock | N/A | USD | 20 | 17.31913562 | 24.21 | 0.848821 | 20.20733 | 110.13 |
| 30.11.2020 19:23 | Workhorse | US98138J3059 | Stock | N/A | USD | 1 | 17.31913978 | 26.24 | 0.848821 | 21.9679 | 7.27 |
| 30.11.2020 19:23 | Ideanomics | US45166V2051 | Stock | N/A | USD | 100 | 2.75 | 2.78 | 0.839127 | 2.32743 | 1.98 |
| 01.12.2020 22:19 | Workhorse | US98138J3059 | Stock | N/A | USD | 150 | 17.31913846 | 25.33 | 0.848821 | 21.01987 | 947.85 |
| 02.12.2020 16:31 | Workhorse | US98138J3059 | Stock | N/A | USD | 240 | 17.31914 | 19.75 | 0.84882 | 16.35828 | 397.79 |
| 02.12.2020 16:34 | Workhorse | US98138J3059 | Stock | N/A | USD | 260 | 17.31915385 | 19.64 | 0.84882 | 16.26973 | 407.91 |
| 02.12.2020 21:31 | Virgin Galactic | US92766K4031 | Stock | N/A | USD | 10 | 16.69077273 | 27.36 | 0.84754 | 22.60746 | 84.61 |
| 02.12.2020 21:31 | Romeo Power | US7761531083 | Stock | N/A | USD | 20 | 13.42495238 | 14.51 | 0.830713 | 11.99055 | 16.76 |
| 02.12.2020 21:31 | NIO | US62914V1061 | Stock | N/A | USD | 10 | 32.62143478 | 47.24 | 0.843652 | 39.03648 | 115.15 |
| 02.12.2020 21:33 | Virgin Galactic | US92766K4031 | Stock | N/A | USD | 10 | 16.6907619 | 27.44 | 0.84754 | 22.67319 | 85.27 |
| 04.12.2020 16:58 | General Electric | US3696043013 | Stock | N/A | USD | 1 | 10.68 | 10.6 | 0.823034 | 8.72019 | -0.07 |
| 07.12.2020 16:50 | Nu Ride | US54405Q2093 | Stock | N/A | USD | 25 | 14.08857143 | 21.28 | 0.852257 | 17.50749 | 137.51 |
| 08.12.2020 18:32 | Romeo Power | US7761531083 | Stock | N/A | USD | 40 | 13.42495 | 16.61 | 0.830713 | 13.7139 | 102.47 |
| 08.12.2020 18:33 | AvePoint | US0536041041 | Stock | N/A | USD | 7 | 13.88503937 | 14.42 | 0.829086 | 11.90633 | 2.76 |
| 10.12.2020 22:29 | AvePoint | US0536041041 | Stock | N/A | USD | 30 | 13.885 | 14.46 | 0.82909 | 11.90849 | 11.89 |
| 10.12.2020 22:35 | AvePoint | US0536041041 | Stock | N/A | USD | 20 | 13.885 | 14.45 | 0.829088 | 11.90035 | 7.77 |
| 10.12.2020 22:37 | AvePoint | US0536041041 | Stock | N/A | USD | 70 | 13.885 | 14.47 | 0.829086 | 11.91633 | 28.31 |
| 10.12.2020 22:44 | Nu Ride | US54405Q2093 | Stock | N/A | USD | 150 | 14.0886 | 18.1 | 0.852254 | 14.90436 | 434.59 |
| 11.12.2020 22:32 | Veru | US92536C1036 | Stock | N/A | USD | 50 | 6.13688889 | 6.4 | 0.823808 | 5.28109 | 11.27 |

Trading 212 UK Ltd. is registered in England and Wales (Register number 08590005). Registered office: Amersham House, 15-15 Queen Street, London, EC4N 1TX. Trading 212 UK Ltd. is authorised and regulated by the Financial Conduct Authority (Firm reference number 609146).

**TRADING 212**

CUSTOMER ID
4745696

CUSTOMER NAME
Cathal Walker

| EXECUTION TIME | INSTRUMENT | ISIN | INSTRUMENT TYPE | REPORTING STATUS | BASE CURRENCY | QUANTITY | AVERAGE PRICE (BASE) | SALE PRICE (BASE) | FX RATE | SALE PRICE (EUR) | RESULT (EUR) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 17.12.2020 20:39 | Microvast | US59516C1062 | Stock | N/A | USD | 10 | 12.4735 | 13.2 | 0.835323 | 10.75707 | 3.38 |
| 17.12.2020 20:40 | Veru | US92536C1036 | Stock | N/A | USD | 20 | 6.13689888 | 9.5 | 0.823807 | 7.74196 | 53.73 |
| 18.12.2020 18:08 | Paysafe | BMG6964J2062 | Stock | N/A | USD | 10 | 12.75 | 13.98 | 0.825791 | 11.42801 | 8.99 |
| 18.12.2020 19:18 | Microvast | US59516C1062 | Stock | N/A | USD | 20 | 12.47344444 | 14.08 | 0.83533 | 11.50534 | 21.72 |
| 18.12.2020 21:43 | American Battery Technology | US02451V3096 | Stock | N/A | USD | 1215 | 0.45158025 | 0.441 | 0.817358 | 0.36034 | −10.65 |
| 21.12.2020 19:58 | Veru | US92536C1036 | Stock | N/A | USD | 25 | 6.13689412 | 8.77 | 0.823808 | 7.16696 | 52.78 |
| 21.12.2020 20:00 | Veru | US92536C1036 | Stock | N/A | USD | 20 | 6.1369 | 8.78 | 0.823808 | 7.17437 | 42.38 |
| 21.12.2020 20:03 | Microvast | US59516C1062 | Stock | N/A | USD | 10 | 12.47342857 | 14.66 | 0.83533 | 11.98006 | 15.61 |
| 21.12.2020 20:06 | Veru | US92536C1036 | Stock | N/A | USD | 50 | 6.13689474 | 8.79 | 0.823809 | 7.18349 | 106.39 |
| 21.12.2020 20:08 | Romeo Power | US7761531083 | Stock | N/A | USD | 10 | 13.42494444 | 24.7 | 0.830713 | 20.18584 | 90.34 |
| 21.12.2020 20:28 | Veru | US92536C1036 | Stock | N/A | USD | 80 | 6.13690909 | 8.82 | 0.823808 | 7.20665 | 172.08 |
| 21.12.2020 22:16 | Veru | US92536C1036 | Stock | N/A | USD | 200 | 6.13692 | 8.78 | 0.823807 | 7.16986 | 422.84 |
| 22.12.2020 18:49 | Veru | US92536C1036 | Stock | N/A | USD | 50 | 6.137 | 9.09 | 0.82379 | 7.46925 | 120.68 |
| 23.12.2020 16:30 | Dogwood Therapeutics | US92829J2033 | Stock | N/A | USD | 46 | 12.44347826 | 9.22 | 0.815077 | 7.55992 | −118.79 |
| 24.12.2020 16:48 | Microvast | US59516C1062 | Stock | N/A | USD | 20 | 12.4735 | 19.7 | 0.835331 | 16.15999 | 114.81 |
| 24.12.2020 16:50 | Microvast | US59516C1062 | Stock | N/A | USD | 40 | 12.4735 | 19.77 | 0.835331 | 16.20997 | 231.62 |
| 28.12.2020 17:07 | Tesla | US88160R1014 | Stock | N/A | USD | 2.31 | 560.66233766 | 672.54 | 0.826496 | 549.72127 | 199.44 |
| 28.12.2020 17:09 | Bionano Genomics | US09075F3055 | Stock | N/A | USD | 400 | 0.71435758 | 0.96 | 0.820343 | 0.78476 | 79.5 |
| 28.12.2020 17:26 | Bionano Genomics | US09075F3055 | Stock | N/A | USD | 250 | 0.71436 | 0.9152 | 0.820337 | 0.74837 | 40.59 |
| 28.12.2020 17:26 | American Battery Technology | US02451V3096 | Stock | N/A | USD | 60 | 0.84059532 | 1.4 | 0.817543 | 1.14483 | 27.46 |
| 28.12.2020 17:26 | Bionano Genomics | US09075F3055 | Stock | N/A | USD | 1000 | 0.71436 | 0.9105 | 0.820343 | 0.74455 | 158.53 |
| 28.12.2020 18:39 | Traws Pharma | US68232V8845 | Stock | N/A | USD | 677 | 0.63543575 | 0.4553 | 0.81908 | 0.37274 | −100.01 |

Trading 212 UK Ltd. is registered in England and Wales. Company number 08590005. Registered address: Aldermary House, 10–15 Queen Street, London, EC4N 1TX. Firm reference number 609146.

**TRADING 212**

CUSTOMER ID
4745696

CUSTOMER NAME
Cathal Walker

| EXECUTION TIME | INSTRUMENT | ISIN | INSTRUMENT TYPE | REPEATING STATUS | BASE CURRENCY | QUANTITY | AVERAGE PRICE (BASE) | SALE PRICE (BASE) | FX RATE | SALE PRICE (EUR) | RESULT (EUR) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 28.12.2020 18:42 | Sharplink Gaming | US8200041088 | Stock | N/A | USD | 100 | 2.03812081 | 1.88 | 0.818855 | 1.53857 | -13.03 |
| 28.12.2020 18:42 | Sharplink Gaming | US8200041088 | Stock | N/A | USD | 49 | 2.03816327 | 1.88 | 0.818865 | 1.53857 | -6.39 |
| 28.12.2020 19:02 | Hyperscale Data | US09175M8047 | Stock | N/A | USD | 54 | 4.73 | 4.86 | 0.81873 | 3.9792 | 5.76 |
| 28.12.2020 20:05 | Aeva Technologies | US00835Q2021 | Stock | N/A | USD | 50 | 12.1708 | 16.11 | 0.823528 | 13.19486 | 158.59 |
| 28.12.2020 20:09 | Romeo Power | US7761531083 | Stock | N/A | USD | 10 | 13.42494286 | 35 | 0.830714 | 28.65916 | 175.07 |
| 28.12.2020 20:14 | Lion Electric | CA5362211040 | Stock | N/A | USD | 7 | 12.92817259 | 17.66 | 0.829252 | 14.46071 | 26.18 |
| 28.12.2020 21:33 | indie Semiconductor | US45569U1016 | Stock | N/A | USD | 12 | 13.67422535 | 14.1 | 0.817514 | 11.54999 | 4.45 |
| 29.12.2020 16:34 | Ameritek Ventures | US03078H1032 | Stock | N/A | USD | 50 | 0.09451754 | 0.075 | 0.816241 | 0.06118 | -0.8 |
| 29.12.2020 16:34 | Ameritek Ventures | US03078H1032 | Stock | N/A | USD | 12 | 0.09451522 | 0.075 | 0.816246 | 0.06118 | -0.2 |
| 29.12.2020 16:34 | Ameritek Ventures | US03078H1032 | Stock | N/A | USD | 717 | 0.09451759 | 0.075 | 0.8162 | 0.06118 | -11.44 |
| 29.12.2020 16:35 | Ameritek Ventures | US03078H1032 | Stock | N/A | USD | 20 | 0.09231799 | 0.075 | 0.816171 | 0.06118 | -0.29 |
| 29.12.2020 19:08 | indie Semiconductor | US45569U1016 | Stock | N/A | USD | 30 | 13.67423077 | 13.92 | 0.817512 | 11.36067 | 5.45 |
| 29.12.2020 19:08 | Lion Electric | CA5362211040 | Stock | N/A | USD | 50 | 12.92815789 | 17.53 | 0.829255 | 14.30623 | 179.27 |
| 29.12.2020 22:45 | Lion Electric | CA5362211040 | Stock | N/A | USD | 10 | 12.92814286 | 17.77 | 0.829254 | 14.50612 | 37.85 |
| 30.12.2020 16:35 | Lion Electric | CA5362211040 | Stock | N/A | USD | 30 | 12.92815385 | 17.34 | 0.829252 | 14.12443 | 102.11 |
| 30.12.2020 19:25 | Bionano Genomics | US09075F3055 | Stock | N/A | USD | 1243 | 1.17982301 | 2.44 | 0.816273 | 1.98645 | 1272.08 |
| 30.12.2020 22:40 | UWM | US91823B1098 | Stock | N/A | USD | 220 | 12.94 | 13.03 | 0.813879 | 10.5972 | 14.43 |
| 30.12.2020 22:42 | NIO | US62914V1061 | Stock | N/A | USD | 10 | 32.79071739 | 48.27 | 0.843095 | 39.25922 | 116.13 |
| 30.12.2020 22:59 | Corporate Universe | US22004M1018 | Stock | N/A | USD | 1000 | 0.13846789 | 0.215 | 0.817664 | 0.17492 | 61.7 |
| 31.12.2020 19:49 | Galaxy Next Generation | US36320A2033 | Stock | N/A | USD | 20900 | 0.02472249 | 0.025 | 0.814496 | 0.02045 | 6.54 |
| 31.12.2020 19:52 | Tauriga Sciences | US87669X2053 | Stock | N/A | USD | 18990 | 0.08267299 | 0.0841 | 0.819008 | 0.0688 | 20.76 |
| 31.12.2020 21:08 | Ameritek Ventures | US03078H1032 | Stock | N/A | USD | 1175 | 0.09231489 | 0.0881 | 0.81817 | 0.0721 | -3.81 |

Trading 212 (a) Trad rs 212 UK Itd is registered in England and Wales. Company number 08590005. Registered address Alderminster House, 10-11 Queen Street, London EC4N 1TR. Trading 212 UK Ltd is a. ... ... regulation by the Financial Conduct Authority. Firm reference number 609146.

**TRᴀDING 212**

CUSTOMER ID
4745696

CUSTOMER NAME
Cathal Walker

| EXECUTION TIME | INSTRUMENT | ISIN | INSTRUMENT TYPE | REPAYMENT STATUS | BASE CURRENCY | QUANTITY | AVERAGE PRICE (BASE) | SALE PRICE (BASE) | FX RATE | SALE PRICE (EUR) | RESULT (EUR) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 31.12.2020 22:54 | Lion Electric | CA5362211040 | Stock | N/A | USD | 5 | 12.0282 | 17.05 | 0.820240 | 14.61103 | 19.48 |

The information provided, with data on past performance/future performance is not a reliable indicator of future performance and is not a substitute for independent advice. Trading 212 UK Ltd. is registered in England and Wales (Company number 08590005), registered office: 107 Cheapside, London, EC2V 6DN. Trading 212 UK Ltd. is authorised and regulated by the Financial Conduct Authority (Firm reference number 609146).

**TR∆DING 212**

CUSTOMER ID
4745696

CUSTOMER NAME
Cathal Walker

# Invest – dividend overview

This is a list of all equity dividends received in your Invest account from 01.01.2020 to 31.12.2020.

## Dividends by country

| ISSUING COUNTRY | GROSS AMOUNT | WHT RATE | WHT | NET AMOUNT |
|---|---|---|---|---|
| | | No data available | | |

## Dividends by instrument

| INSTRUMENT | ISIN | INSTRUMENT CURRENCY | ISSUING COUNTRY | ELIGIBLE HOLDINGS | P&I DATE | GROSS AMOUNT PER SHARE | GROSS AMOUNT | FX RATE | GROSS AMOUNT (EUR) | WHT RATE (EUR) | WHT (EUR) | NET AMOUNT (EUR) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Wells Fargo & Co | US9497461015 | USD | US | 26.5 | 02.06.2020 11:19 | – | – | 0.904783 | – | – | – | 10.31 |
| Realty Income | US7561091049 | USD | US | 20 | 17.06.2020 12:40 | – | – | 0.88 | – | – | – | 3.52 |
| RTX Corp | US75513E1010 | USD | US | 1.495 | 19.06.2020 09:45 | – | – | 0.90301 | – | – | – | 0.54 |
| Shell | GB00B03MM408 | GBX | GB | 200 | 24.06.2020 15:52 | – | – | 0.011073 | – | – | – | 28.08 |
| Altria | US02209S1033 | USD | US | 22.67 | 14.07.2020 16:59 | – | – | 0.877899 | – | – | – | 14.21 |
| AGNC Investment | US00123Q1040 | USD | US | 71.5 | 14.07.2020 17:01 | – | – | 0.877554 | – | – | – | 6.4 |
| Realty Income | US7561091049 | USD | US | 21.35 | 17.07.2020 14:10 | – | – | 0.875528 | – | – | – | 3.71 |
| Pembina Pipeline | CA7063271034 | USD | CA | 55.6 | 20.07.2020 15:22 | – | – | 0.873266 | – | – | – | 6.41 |
| Simon Property | US8288061091 | USD | US | 2.25 | 27.07.2020 11:49 | – | – | 0.85269 | – | – | – | 2.12 |
| JPMorgan Chase & Co | US46625H1005 | USD | US | 4 | 03.08.2020 11:30 | – | – | 0.849673 | – | – | – | 2.6 |
| AT&T | US00206R1023 | USD | US | 36.18 | 04.08.2020 12:42 | – | – | 0.847322 | – | – | – | 13.55 |
| AGNC Investment | US00123Q1040 | USD | US | 72.65 | 12.08.2020 11:18 | – | – | 0.851517 | – | – | – | 6.31 |
| Realty Income | US7561091049 | USD | US | 21.35 | 17.08.2020 12:01 | – | – | 0.844849 | – | – | – | 3.58 |
| Pembina Pipeline | CA7063271034 | USD | CA | 66.46 | 17.08.2020 12:19 | – | – | 0.84386 | – | – | – | 7.55 |
| Energy Transfer | US29273V1008 | USD | US | 533.5 | 20.08.2020 12:11 | – | – | 0.84447 | – | – | – | 137.41 |

Trading 212 UK Ltd. is registered in England and Wales (Register number 8590005), authorised and regulated by the Financial Conduct Authority (Register number 609146).
Trading 212 Ltd. Trading 212 UK Ltd. registered in England and Wales. Company number 08590005. PSC De bis Goethec Aldermary House, 10-15 Queen Street, London EC4N 1TX , authorised and regulated by the Financial Conduct Authority, Firm reference number 609146.

**TRADING 212**

CUSTOMER ID
4745696

CUSTOMER NAME
Cathal Walker

| INSTRUMENT | ISIN | INSTRUMENT CURRENCY | ISSUING COUNTRY | SHARES HOLDINGS | PAY DATE | GROSS AMOUNT PER SHARE | GROSS AMOUNT | FX RATE | GROSS AMOUNT (EUR) | WHT RATE | WHT (EUR) | NET AMOUNT (EUR) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Wells Fargo & Co | US9497461015 | USD | US | 82 | 03.09.2020 15:09 | – | – | 0.846485 | – | – | – | 5.9 |
| Exxon Mobil | US30231G1022 | USD | US | 10 | 11.09.2020 12:46 | – | – | 0.842461 | – | – | – | 6.23 |
| Shell | GB00B03MM408 | GBX | GB | 210.63 | 23.09.2020 12:39 | – | – | 0.01087 | – | – | – | 27.68 |

This document is approved and authorised... Trading 212 is a registered trademark... Trading 212 UK Ltd. is registered in England and Wales (Company number 08590005) with registered address 107 Cheapside, London, EC2V 6DN. Trading 212 UK Ltd. is authorised and regulated by the Financial Conduct Authority (Firm reference number 609146).

**TRADING 212**

# Glossary

**Average Price**
The average price of the open prices for each fill for the position.

**Base**
The base currency of the underlying instrument.

**CFD**
Contract for difference.

**Currency**
The currency of the CFD or Invest account of a customer.

**Dividend**
The net dividend received from trading via a CFD account.

**Gross Dividend**
Dividend received prior to withholding taxation.

**Profit**
The realized positive result from trading via a CFD or Invest account.

**Loss**
The realized negative result from trading via a CFD or Invest account.

**Bonus**
Free shares, received as part of a Trading 212 promotion.

**Tax Withheld**
The amount of the withholding tax for dividends and/or distributions.

**WHT**
A tax deducted at source, especially one levied by some countries on interest or dividends paid to a person resident outside that country

**WHT Rate**
The percentage applied as a withholding tax

**Net Dividend**
Dividend received following withholding taxation.

**Result**
The net result from trading via a CFD or Invest account.

Trading 212 UK Ltd is registered in England and Wales (Register number 08590005). Registered address: 107 Cheapside, London EC2V 6DN. Trading 212 UK Ltd is authorised and regulated by the Financial Conduct Authority (Firm reference number 609146).

CUSTOMER ID
4745696

CUSTOMER NAME
Cathal Walker

# Annual Statement – 2021

## Overview

**Trading 212 Invest**

Account value: €28,133.93

| | |
|---|---|
| **Realised P/L** | **€28,630.19** |
| Profit | €30,312.62 |
| Loss | €−1,682.43 |
| Adjustment | €0.00 |
| **Net Dividends** | **€0.00** |
| Gross Dividends | €0.00 |
| Tax Withheld | €0.00 |
| Adjustment | €0.00 |
| **Unrealised P/L** | €−41,639.96 |
| **FX Fee** | €−31.70 |
| **Government taxes and levies** | €−1.27 |
| **Payment fees** | €−17.98 |

Trading 212 UK Ltd. Company number 08590005. Term reference number 609146.

# TR*DING 212

CUSTOMER ID
4745696

CUSTOMER NAME
Cathal Walker

## Invest account – open positions

A list of all open positions in individual shares in your Invest account on 31.12.2021 at 22:00 (UTC).

| INSTRUMENT | ISIN | INSTRUMENT TYPE | INSTRUMENT CURRENCY | QUANTITY | AVERAGE PRICE | PRICE | UNREALISED P/L (EUR) |
|---|---|---|---|---|---|---|---|
| American Battery Technology | US02451V3096 | Stock | USD | 130 | 1.04 | 1.06 | 2.28 |
| Corporate Universe | US22004M1018 | Stock | USD | 10007 | 0.13866993 | 0.0591 | -698.48 |
| GBT Technologies | US3615483084 | Stock | USD | 2041.14 | 2.785654 | 0.1496 | -4719.88 |
| Galaxy Next Generation | US36320A2033 | Stock | USD | 133172 | 0.02588322 | 0.0059 | -2334.44 |
| Hive Digital Technologies Ltd | CA4339211035 | Stock | USD | 5171 | 3.19622897 | 2.62 | -2613.81 |
| Kiwa Bio-Tech Products | US49834X2053 | Stock | USD | 581406 | 0.07313287 | 0.005 | -34748.81 |
| Meta Materials | US59134N3026 | Stock | USD | 2366 | 3.6014497 | 2.46 | -2369.06 |
| Meta Materials – Preferred share | US59134N2036 | Stock | USD | 4532 | 0 | 1.51 | 6003.03 |
| iQSTEL | US46265G1076 | Stock | USD | 1000 | 1.108 | 0.9247 | -160.79 |

This document is prepared with your best interests in mind. The opinions expressed in it are those of the issuer and do not constitute the recommendations and opinions of the issuer's personnel and/or affiliated companies and/or Trading 212's positions in the securities mentioned and/or any investment strategies described. Trading 212 does not guarantee the accuracy of, nor has it verified, any information provided, described, calculated or estimated in this document. Trading 212 and Trading 212 UK Ltd. is registered in England and Wales (Company number 08590005). Its registered business: Aldermary House, 10-15 Queen Street, London, EC4N 1TX. Trading 212 UK Ltd. is authorised and regulated by the Financial Conduct Authority (Firm reference number 609146).

**TRADING 212**

CUSTOMER ID
4745696

CUSTOMER NAME
Cathal Walker

# Invest account – sell trades

A list of all sell trades in your Invest account from 01.01.2021 to 31.12.2021, resulting in a profit or loss arising in the year.

| EXECUTION TIME | INSTRUMENT | ISIN | INSTRUMENT CURR. | INSTRUMENT COMPANY CC | QUANTITY | AVERAGE PRICE | EXECUTION PRICE | FX RATE | TRANSACTION CURRENCY | EXECUTION PRICE | REALISED P/L |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 04.01.2021 17:01 | LEV | CA5362211040 | Stock | USD | 95 | 12.92821053 | 18.82 | 0.813849 | EUR | 15.32 | 436.61 |
| 04.01.2021 17:19 | PSFE | BMG6964L2062 | Stock | USD | 50 | 12.75 | 14.35 | 0.814206 | EUR | 11.68 | 57.75 |
| 04.01.2021 19:47 | RMO | US7761531083 | Stock | USD | 150 | 13.42494118 | 19.02 | 0.81622 | EUR | 15.52 | 655.84 |
| 05.01.2021 16:38 | RMO | US7761531083 | Stock | USD | 190 | 13.42494737 | 18.88 | 0.814817 | EUR | 15.38 | 803.97 |
| 05.01.2021 16:53 | CHEK | IL0011336851 | Stock | USD | 90 | 1.0664998 | 2.52 | 0.815123 | EUR | 2.05 | 106.62 |
| 05.01.2021 16:54 | CHEK | IL0011336851 | Stock | USD | 4 | 1.06650083 | 2.58 | 0.815194 | EUR | 2.1 | 4.93 |
| 05.01.2021 17:16 | NNDM | US63008G2030 | Stock | USD | 281 | 4.14163701 | 8.5 | 0.815335 | EUR | 6.93 | 973.51 |
| 05.01.2021 17:36 | COUV | US22004M1018 | Stock | USD | 2000 | 0.1384675 | 0.43 | 0.815023 | EUR | 0.35 | 474.49 |
| 05.01.2021 20:51 | INDI | US45569U1016 | Stock | USD | 101 | 13.6729703 | 13.23 | 0.813193 | EUR | 10.76 | –42.32 |
| 06.01.2021 20:50 | SPCE | US92766K4031 | Stock | USD | 200 | 16.69075 | 24.54 | 0.812077 | EUR | 19.93 | 1156.45 |
| 06.01.2021 21:54 | CHEK | IL0011336851 | Stock | USD | 500 | 1.0665 | 1.43 | 0.812545 | EUR | 1.16 | 146.26 |
| 06.01.2021 21:54 | CHEK | IL0011336851 | Stock | USD | 2000 | 1.0665 | 1.43 | 0.812545 | EUR | 1.16 | 585.06 |
| 06.01.2021 21:54 | CHEK | IL0011336851 | Stock | USD | 150 | 1.0665 | 1.43 | 0.812545 | EUR | 1.16 | 43.88 |
| 06.01.2021 21:54 | CHEK | IL0011336851 | Stock | USD | 100 | 1.06649767 | 1.435 | 0.812544 | EUR | 1.17 | 29.66 |
| 06.01.2021 21:54 | CHEK | IL0011336851 | Stock | USD | 500 | 1.06649756 | 1.4338 | 0.812547 | EUR | 1.17 | 147.81 |
| 06.01.2021 21:54 | CHEK | IL0011336851 | Stock | USD | 74 | 1.06649677 | 1.43 | 0.812545 | EUR | 1.16 | 21.64 |
| 06.01.2021 21:54 | CHEK | IL0011336851 | Stock | USD | 66 | 1.06649729 | 1.43 | 0.812545 | EUR | 1.16 | 19.31 |
| 06.01.2021 21:54 | CHEK | IL0011336851 | Stock | USD | 200 | 1.06649645 | 1.43 | 0.812545 | EUR | 1.16 | 58.51 |
| 06.01.2021 21:54 | CHEK | IL0011336851 | Stock | USD | 90 | 1.06649587 | 1.43 | 0.812545 | EUR | 1.16 | 26.32 |

Trading 212 UK Ltd. is registered in England and Wales (Register number 8590005), authorised and regulated by the Financial Conduct Authority (Register number 609146). Company number 08590005. Registered address: Aldermary House 10-15 Queen Street, London EC4N 1TX. Trading 212 UK Ltd... authorised and regulated by the Financial Conduct Authority (Firm reference number 609146)

**TRADING 212**

CUSTOMER ID 4745696    CUSTOMER NAME Cathal Walker

| EXECUTION TIME | INSTRUMENT | ISIN | INSTRUMENT TYPE | INSTRUMENT CURRENCY | QUANTITY | AVERAGE PRICE | EXECUTION (%) | FX RATE | TRANSACTION CURRENCY | EXECUTION PRICE | REALIZED P/L |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 06.01.2021 21:54 | CHEK | IL0011336851 | Stock | USD | 100 | 1.0665 | 1.43 | 0.812545 | EUR | 1.16 | 29.25 |
| 06.01.2021 21:54 | CHEK | IL0011336851 | Stock | USD | 70 | 1.0665 | 1.43 | 0.812545 | EUR | 1.16 | 20.48 |
| 06.01.2021 21:54 | CHEK | IL0011336851 | Stock | USD | 200 | 1.06649474 | 1.4311 | 0.812543 | EUR | 1.16 | 58.69 |
| 06.01.2021 21:54 | CHEK | IL0011336851 | Stock | USD | 500 | 1.06649333 | 1.43 | 0.812545 | EUR | 1.16 | 146.26 |
| 06.01.2021 21:54 | CHEK | IL0011336851 | Stock | USD | 200 | 1.06648 | 1.4338 | 0.812547 | EUR | 1.17 | 59.13 |
| 06.01.2021 21:54 | CHEK | IL0011336851 | Stock | USD | 50 | 1.0664 | 1.4303 | 0.812543 | EUR | 1.16 | 14.64 |
| 06.01.2021 22:30 | BNGO | US09075F3055 | Stock | USD | 3057 | 3.46630029 | 4.65 | 0.810832 | EUR | 3.77 | 2894.23 |
| 07.01.2021 17:13 | LEV | CA5362211040 | Stock | USD | 200 | 23.15725177 | 23.77 | 0.815907 | EUR | 19.39 | 120.12 |
| 07.01.2021 17:13 | LEV | CA5362211040 | Stock | USD | 40 | 23.15725216 | 23.52 | 0.816007 | EUR | 19.19 | 15.96 |
| 07.01.2021 17:28 | LEV | CA5362211040 | Stock | USD | 200 | 23.15725225 | 23.31 | 0.815887 | EUR | 19.02 | 44.96 |
| 07.01.2021 17:28 | LEV | CA5362211040 | Stock | USD | 300 | 23.15725292 | 23.31 | 0.815887 | EUR | 19.02 | 67.44 |
| 07.01.2021 17:28 | LEV | CA5362211040 | Stock | USD | 300 | 23.1572421 | 23.31 | 0.815887 | EUR | 19.02 | 67.44 |
| 07.01.2021 17:28 | LEV | CA5362211040 | Stock | USD | 81 | 23.1572744 | 23.31 | 0.815887 | EUR | 19.02 | 18.21 |
| 07.01.2021 17:28 | LEV | CA5362211040 | Stock | USD | 0.45 | 23.15555556 | 23.27 | 0.815893 | EUR | 18.99 | 0.08 |
| 07.01.2021 20:16 | UWMC | US91823B1098 | Stock | USD | 100 | 12.31005995 | 12.33 | 0.814942 | EUR | 10.05 | 0.3 |
| 08.01.2021 17:06 | UWMC | US91823B1098 | Stock | USD | 500 | 12.3100574 | 12.7 | 0.816566 | EUR | 10.37 | 162.58 |
| 08.01.2021 19:54 | NSPR | US45779A8466 | Stock | USD | 2400 | 0.4839 | 0.5064 | 0.817911 | EUR | 0.41 | 47.51 |
| 11.01.2021 17:13 | SOS | US83587W3043 | Stock | USD | 632 | 1.92050633 | 1.93 | 0.823554 | EUR | 1.59 | 11.89 |
| 11.01.2021 21:55 | FRTX | US10802T2042 | Stock | USD | 1215 | 1.10103704 | 1.15 | 0.822035 | EUR | 0.95 | 60.58 |
| 12.01.2021 19:54 | UWMC | US91823B1098 | Stock | USD | 100 | 12.31005618 | 12.82 | 0.821133 | EUR | 10.53 | 48.16 |
| 12.01.2021 21:17 | UWMC | US91823B1098 | Stock | USD | 40 | 12.31005165 | 12.75 | 0.819961 | EUR | 10.45 | 16.37 |
| 14.01.2021 18:34 | UWMC | US91823B1098 | Stock | USD | 100 | 12.31005388 | 12.5 | 0.823249 | EUR | 10.29 | 24.54 |

Trading 212 Ltd. Trading 212 UK Ltd. is a company registered in England and Wales. Company number 08590005. Registered address: Aldermary House 10-15 Queen Street London, EC4N 1TX. Trading 212 UK Ltd. is authorised and regulated by the Financial Conduct Authority. Firm reference number 609146.

**TRADING 212**

| EXECUTION TIME | INSTRUMENT | ISIN | INSTRUMENT TYPE | INSTRUMENT CURRENCY | QUANTITY | AVERAGE PRICE | EXECUTION PRICE | FX RATE | TRANSACTION CURRENCY | EXECUTION PRICE | REALISED P/L |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 14.01.2021 18:45 | UWMC | US91823B1098 | Stock | USD | 100 | 12.31004831 | 12.51 | 0.823181 | EUR | 10.3 | 25.27 |
| 14.01.2021 19:04 | UWMC | US91823B1098 | Stock | USD | 80 | 12.31005495 | 12.53 | 0.822626 | EUR | 10.31 | 20.98 |
| 14.01.2021 19:04 | UWMC | US91823B1098 | Stock | USD | 500 | 12.31006173 | 12.53 | 0.822626 | EUR | 10.31 | 131.13 |
| 14.01.2021 19:04 | UWMC | US91823B1098 | Stock | USD | 148 | 12.31006757 | 12.53 | 0.822626 | EUR | 10.31 | 38.81 |
| 14.01.2021 22:25 | CTRM | MHY1146L2082 | Stock | USD | 33308 | 0.34889966 | 0.36 | 0.8225 | EUR | 0.3 | 298.72 |
| 15.01.2021 16:31 | TNXP | US8902608475 | Stock | USD | 4302 | 0.82303347 | 0.9201 | 0.825486 | EUR | 0.76 | 357.75 |
| 15.01.2021 18:31 | TAUG | US87669X2053 | Stock | USD | 3000 | 0.0792 | 0.147 | 0.826463 | EUR | 0.12 | 170.1 |
| 15.01.2021 18:37 | ABAT | US02451V3096 | Stock | USD | 50 | 0.8415009 | 1.22 | 0.826434 | EUR | 1.01 | 16.01 |
| 15.01.2021 18:44 | IDEX | US45166V2051 | Stock | USD | 1500 | 3.38 | 3.47 | 0.826452 | EUR | 2.87 | 130.63 |
| 22.01.2021 22:21 | LCID | US5494981039 | Stock | USD | 43 | 19.4662116 | 20.33 | 0.821679 | EUR | 16.7 | 26.42 |
| 22.01.2021 22:29 | IDEX | US45166V2051 | Stock | USD | 41 | 3.37990201 | 3.46 | 0.821673 | EUR | 2.84 | 2.55 |
| 25.01.2021 16:38 | HYLN | US4491091074 | Stock | USD | 160 | 22.13673333 | 16.99 | 0.823391 | EUR | 13.99 | -802.98 |
| 25.01.2021 16:39 | HYLN | US4491091074 | Stock | USD | 140 | 22.13671429 | 17.1 | 0.823506 | EUR | 14.08 | -689.68 |
| 26.01.2021 16:37 | BNGO | US09075F3055 | Stock | USD | 80 | 4.52507463 | 12.98 | 0.822334 | EUR | 10.67 | 558.35 |
| 26.01.2021 18:13 | INIS | US45972C1027 | Stock | USD | 2000 | 0.179 | 0.1802 | 0.822198 | EUR | 0.15 | 1.3 |
| 27.01.2021 18:13 | IDEX | US45166V2051 | Stock | USD | 300 | 3.3799 | 3.85 | 0.826896 | EUR | 3.18 | 120.88 |
| 01.02.2021 18:30 | IDEX | US45166V2051 | Stock | USD | 100 | 3.3799 | 4.42 | 0.827636 | EUR | 3.66 | 87.76 |
| 01.02.2021 18:31 | SENS | US81727U1051 | Stock | USD | 85 | 1.81803204 | 2.44 | 0.827951 | EUR | 2.02 | 43.93 |
| 08.02.2021 18:16 | REZZF | CA37958K1093 | Stock | USD | 1500 | 0.26401645 | 1.11 | 0.83036 | EUR | 0.92 | 1054.34 |
| 10.02.2021 16:30 | NIO | US62914V1061 | Stock | USD | 450 | 32.79071111 | 62.38 | 0.823777 | EUR | 51.39 | 10683.71 |
| 11.02.2021 16:44 | INIS | US45972C1027 | Stock | USD | 10000 | 0.179 | 0.164 | 0.823293 | EUR | 0.14 | -124.85 |
| 11.02.2021 17:00 | REZZF | CA37958K1093 | Stock | USD | 1540 | 0.26401948 | 0.98 | 0.823949 | EUR | 0.81 | 906.55 |

Trading 212 UK Ltd. is registered in England and Wales (Register number 8590005). Authorised and regulated by the Financial Conduct Authority (Firm reference number 609146).

TRADING 212

| EXECUTION TIME | INSTRUMENT | ISIN | INSTRUMENT TYPE | INSTRUMENT CURRENCY | QUANTITY | AVERAGE PRICE | EXECUTION PRICE | FX RATE | TRANSACTION CURRENCY | EXECUTION PRICE | REALISED P/L |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 16.02.2021 17:58 | IDEX | US45166V2051 | Stock | USD | 800 | 3.3799 | 4.56 | 0.825096 | EUR | 3.76 | 785.44 |
| 16.02.2021 18:16 | IDEX | US45166V2051 | Stock | USD | 800 | 3.3799 | 4.55 | 0.825587 | EUR | 3.76 | 780.63 |
| 17.02.2021 21:06 | MGTI | US55302P2020 | Stock | USD | 5050 | 0.17965347 | 0.183 | 0.830601 | EUR | 0.15 | 17.57 |
| 04.03.2021 16:30 | GTCH | US3615483084 | Stock | USD | 11 | 0.05788104 | 0.0374 | 0.830749 | EUR | 0.03 | −0.18 |
| 04.03.2021 17:02 | GTCH | US3615483084 | Stock | USD | 303 | 0.05571308 | 0.0333 | 0.83033 | EUR | 0.03 | −5.54 |
| 04.03.2021 17:02 | GTCH | US3615483084 | Stock | USD | 700 | 0.05571309 | 0.0333 | 0.83033 | EUR | 0.03 | −12.8 |
| 16.04.2021 17:30 | ABAT | US02451V3096 | Stock | USD | 5500 | 0.8415 | 1.2 | 0.834058 | EUR | 1 | 1721.09 |
| 19.04.2021 17:11 | SENS | US81727U1051 | Stock | USD | 2100 | 1.81803333 | 1.84 | 0.831946 | EUR | 1.53 | 57.42 |
| 19.04.2021 17:18 | BNGO | US09075F3055 | Stock | USD | 2600 | 4.52507308 | 5.46 | 0.831678 | EUR | 4.54 | 2200.82 |
| 30.04.2021 21:32 | HIVE | CA4339211035 | Stock | USD | 110 | 3.21796869 | 3.27 | 0.831489 | EUR | 2.72 | 4.74 |
| 30.04.2021 21:34 | BNGO | US09075F3055 | Stock | USD | 77 | 6.46948052 | 6.41 | 0.831373 | EUR | 5.33 | −4.08 |
| 30.04.2021 21:35 | LCID | US5494981039 | Stock | USD | 50 | 19.4662 | 21.2 | 0.831386 | EUR | 17.63 | 76.76 |
| 30.04.2021 21:41 | LCID | US5494981039 | Stock | USD | 200 | 19.4662 | 21.24 | 0.831511 | EUR | 17.66 | 314.2 |
| 04.05.2021 18:24 | IBM | US4592001014 | Stock | USD | 0.025087 | 145.49368199 | 145.26 | 0.83221 | EUR | 120.89 | 0 |
| 04.05.2021 18:24 | O | US7561091049 | Stock | USD | 0.043875 | 69.05982906 | 69.17 | 0.83221 | EUR | 57.56 | 0.01 |
| 04.05.2021 18:24 | KO | US1912161007 | Stock | USD | 0.055741 | 54.35855116 | 54.34 | 0.83221 | EUR | 45.22 | 0 |
| 04.05.2021 18:24 | LYB | NL0009434992 | Stock | USD | 0.0282922 | 107.09665562 | 106.7 | 0.83221 | EUR | 88.8 | −0.01 |
| 04.05.2021 18:24 | JPM | US46625H1005 | Stock | USD | 0.019839 | 152.72947225 | 153.17 | 0.83221 | EUR | 127.47 | 0.01 |
| 04.05.2021 18:24 | VZ | US92343V1044 | Stock | USD | 0.104223 | 58.14455542 | 58.21 | 0.83221 | EUR | 48.44 | 0.01 |
| 04.05.2021 18:24 | MO | US02209S1033 | Stock | USD | 0.07538 | 48.42133192 | 48.31 | 0.83221 | EUR | 40.2 | 0 |
| 04.05.2021 18:24 | ABBV | US00287Y1091 | Stock | USD | 0.0420775 | 115.26350187 | 115.25 | 0.83221 | EUR | 95.91 | 0.01 |
| 04.05.2021 18:24 | PEP | US7134481081 | Stock | USD | 0.0166801 | 145.68257984 | 145.82 | 0.83221 | EUR | 121.35 | 0 |

**TR▲DING 212**

CUSTOMER ID 4745696
CUSTOMER NAME Cathal Walker

| EXECUTION TIME | INSTRUMENT | ISIN | INSTRUMENT TYPE | INSTRUMENT CURRENCY | QUANTITY | AVERAGE PRICE | EXECUTION PRICE | FX RATE | TRANSACTION CURRENCY | EXECUTION PRICE | REALISED P/L |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 04.05.2021 18:24 | ED | US2091151041 | Stock | USD | 0.046664 | 78.21875536 | 78.03 | 0.832279 | EUR | 64.94 | 0 |
| 04.05.2021 18:24 | T | US00206R1023 | Stock | USD | 0.17171 | 31.73956089 | 31.7 | 0.832251 | EUR | 26.38 | 0 |
| 04.05.2021 18:24 | MMM | US88579Y1010 | Stock | USD | 0.0091227 | 199.50234032 | 198.54 | 0.832265 | EUR | 165.24 | 0 |
| 04.05.2021 18:24 | IRM | US46284V1017 | Stock | USD | 0.105269 | 40.18276986 | 40.05 | 0.832293 | EUR | 33.33 | -0.01 |
| 04.05.2021 18:24 | BMO | CA0636711016 | Stock | USD | 0.039 | 93.58974359 | 93.53 | 0.832293 | EUR | 77.84 | 0.01 |
| 04.05.2021 18:24 | PFE | US7170811035 | Stock | USD | 0.060621 | 40.08511902 | 40.01 | 0.832161 | EUR | 33.29 | 0 |
| 04.05.2021 18:24 | LUMN | US5502411037 | Stock | USD | 0.280199 | 13.0264562 | 13.03 | 0.832182 | EUR | 10.84 | 0.01 |
| 04.05.2021 18:25 | AGNC | US00123Q1040 | Stock | USD | 0.169468 | 17.87948167 | 17.85 | 0.83221 | EUR | 14.85 | 0 |
| 12.05.2021 16:42 | BNGO | US09075F3055 | Stock | USD | 7 | 4.82 | 5.05 | 0.825812 | EUR | 4.17 | 1.46 |

This document is produced with care and to the best of our knowledge, but given that it is compiled on the basis of data gathered from various sources, its accuracy cannot be guaranteed. They are not free, clear, and/or simple. Trading 212 and/or its partners accept no liability for any loss or damage resulting from the content provided, and/or the accuracy of the information in this document. All investments involve risk. You may lose some or all of the money you invest. Trading 212 UK Ltd. is registered in England and Wales (Register number 8590005). Trading 212 Ltd. is authorised and regulated by the Financial Conduct Authority (Firm reference number 609146).

CUSTOMER ID:
4745696

CUSTOMER NAME
Cathal Walker

# Glossary

**Adjustment**
Corrections made to the account balance due to unusual circumstances (e.g. changes to the amount of a corporate action after distribution)

**Average Price**
The average price of the open prices for each fill for the position.

**Base**
The base currency of the underlying instrument.

**Bonus**
Free shares, received as part of a Trading 212 promotion.

**CFD**
Contract for difference.

**Currency**
The currency of the CFD or Invest account of a customer.

**Dividend**
The net dividend received from trading via a CFD account.

**Dividend adjustment**
When an adjustment related to an already-paid dividend is processed.

**Execution price**
The price at which the instrument was sold.

**Government taxes and fees**
It includes PRM-fees, FINRA-fees, transaction costs, stamp duty, etc.

**Gross Dividend**
Dividend received prior to withholding taxation.

**Loss**
The realized negative result from trading via a CFD or Invest account.

**Net Dividend**
Dividend received following withholding taxation.

**Price**
The end-of-day market price in the instrument currency.

**Profit**
The realized positive result from trading via a CFD or Invest account.

**Realised P/L**
- In Overview, the sum of results in different currencies is converted into the primary account currency using the end-of-day exchange rate from the end of the tax year.
- In Sell trades/Closed position, the result of the specific trade in the currency it was executed in.

**Result adjustment**
Used in case of an adjustment related to a client's position.

**Result**
The net result from trading via a CFD or Invest account.

**Sale Price**
The price of the underlying instrument as at the time of sale.

**Tax Withheld**
The amount of the withholding tax for dividends and/or distributions.

**WHT**
A tax deducted at source, especially one levied by some countries on interest or dividends paid to a person resident outside that country

**WHT Rate**
The percentage applied as a withholding tax

Trading 212 is a trading name of Trading 212 UK Ltd. registered in England and Wales (Company number 08590005). Registered address: Premises House, 10-15 Queen Street, London, EC4N 1TX. Authorised and regulated by the Financial Conduct Authority (Firm reference number 609146).