NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | | PROOF OF INTEREST |
|---|---|---|

Name of Debtor: **META MATERIALS, INC**
Case Number: **24-50792**

**1. Name and address of holder of the Equity Interest** (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

NAME: Mohammad Zaid ALardhi
ADDRESS: Kuwait, Farwaniya, Sabah-alnasser, block: 5, street: 38

Telephone Number: 0096555490809

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

☑ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

RECEIVED AND FILED
DEC 13 2024
U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

COURT USE ONLY

Account or other number by which Interest holder identifies Debtor: **800053479**

Check here if this claim:
☐ replaces a previously filed Proof of Interest dated: _____
☐ amends a previously filed Proof of Interest dated: _____

**2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:**
Kuwait and Middle East Financial Investment Company, ADDRESS: Kuwait city, Block 1
Telephone Number: 0096522255555

**3. Date Equity Interest was acquired:**
Between 27/09/2021 – 14/04/2024
See attached documentation

**4. Total amount of member interest:** 1238 shares
**5. Certificate number(s):** See attached document

**6. Type of Equity Interest:**
Please indicate the type of Equity Interest you hold:
☑ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
☐ Check this box if your Equity Interest is based on anything else and describe that interest:
Description: Investor

**7. Supporting Documents:** Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**8. Date-Stamped Copy:** To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

**9. Signature:**
Check the appropriate box.
☑ I am the creditor.   ☐ I am the creditor's authorized agent.   ☐ I am the trustee, or the debtor,   ☐ I am a guarantor, surety, endorser, or other codebtor.
(Attach copy of power of attorney, if any.)   or their authorized agent.   (See Bankruptcy Rule 3005.)
(See Bankruptcy Rule 3004.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: Mohammad Zaid Mohammad ALARDHI
Title: Mr
Company: __ Address and telephone number (if different from notice address above):

(Signature)   11\12\2024   (Date)

Telephone number: 0096555490809   email: m7md91aL3ardy@gmail.com

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

# Customer Holding Statement



## Awsat Online Trading

| | |
|---|---|
| Name | : MOHAMMAD ZAID MOHAMMAD AL ARDHI |
| Period | : 01-Jan-2019 to 05-Dec-2024 |
| Customer No | : 800-053-479 |
| External Reference No | : 250423 |
| Portfolio Name | : P000429165-USD |
| Created By | : CAROLIN KARARA |
| Created Date | : 05/12/2024    1:12:12PM |

| Date | Narration | Quantity |
|---|---|---|
| **Trading Account** | **5** | |
| **MMATQ - META MATERIALS INC** | | |
| 21/08/2024 | Share Deposit due to symbol rename | 1,238 |
| | | 1,238.00 |
| | | |
| **Trading Account** | **NSDQ** | |
| **MMAT - META MATERIALS INC** | | |
| 27/09/2021 | Ord:5701278  Buy  1785.00000@    5.5400 | 1,785 |
| 14/10/2021 | Ord:5857871  Buy  5.00000@    5.2500 | 5 |
| 14/10/2021 | Ord:5861727  Buy  62.00000@    5.2700 | 62 |
| 14/10/2021 | Ord:5862115  Buy  71.00000@    5.2700 | 71 |
| 14/10/2021 | Ord:5862115  Buy  5.00000@    5.2700 | 5 |
| 14/10/2021 | Ord:5862115  Buy  470.00000@    5.2700 | 470 |
| 09/11/2021 | Ord:6144321  Buy  3349.00000@    5.1000 | 3,349 |
| 09/11/2021 | Ord:6144321  Buy  600.00000@    5.1000 | 600 |
| 09/11/2021 | Ord:6144321  Buy  100.00000@    5.1000 | 100 |
| 09/11/2021 | Ord:6144321  Buy  2415.00000@    5.1000 | 2,415 |
| 22/11/2021 | Ord:6281359  Buy  459.00000@    4.2500 | 459 |
| 22/11/2021 | Ord:6281359  Buy  100.00000@    4.2500 | 100 |
| 22/11/2021 | Ord:6281359  Buy  100.00000@    4.2500 | 100 |
| 22/11/2021 | Ord:6281359  Buy  50.00000@    4.2500 | 50 |
| 22/11/2021 | Ord:6281359  Buy  57.00000@    4.2500 | 57 |
| 22/11/2021 | Ord:6281359  Buy  156.00000@    4.2500 | 156 |
| 20/12/2021 | Ord:6553994  Buy  1164.00000@    2.8000 | 1,164 |
| 06/01/2022 | Ord:6687757  Buy  1.00000@    2.4900 | 1 |
| 06/01/2022 | Ord:6687757  Buy  7.00000@    2.4900 | 7 |
| 06/01/2022 | Ord:6687757  Buy  1000.00000@    2.4900 | 1,000 |

**Kuwait & Middle East Financial Investment Company**
Kuwait City - Al-Qibla - First Commercial District - Block 1 - Building No. 1 Arabian Gulf Street - Khalid Tower - Opposite of Seif Palace – Floor 2 , P.O. Box 819, Safat, Kuwait 13009
**Telephone:** +(965) 222 55555 **Fax:** +(965) 222 52564 **Email:** customerservice@kmefic.com.kw



07

| Date | Narration | Quantity |
|---|---|---|
| 06/01/2022 | Ord:6687757  Buy  13500.00000@     2.4900 | 13,500 |
| 06/01/2022 | Ord:6687757  Buy  4172.00000@     2.4900 | 4,172 |
| 06/01/2022 | Ord:6687757  Buy  1281.00000@     2.4900 | 1,281 |
| 06/01/2022 | Ord:6687757  Buy  461.00000@     2.4900 | 461 |
| 06/01/2022 | Ord:6687757  Buy  785.00000@     2.4900 | 785 |
| 06/01/2022 | Ord:6687757  Buy  800.00000@     2.4900 | 800 |
| 06/01/2022 | Ord:6687757  Buy  2201.00000@     2.4900 | 2,201 |
| 06/01/2022 | Ord:6687757  Buy  24313.00000@     2.4900 | 24,313 |
| 07/01/2022 | Ord:6690088  Buy  250.00000@     2.4500 | 250 |
| 20/01/2022 | Ord:6792398  Buy  332.00000@     1.9100 | 332 |
| 06/07/2022 | Ord:8208545  Buy  3730.00000@     1.0600 | 3,730 |
| 06/07/2022 | Ord:8208545  Buy  418.00000@     1.0600 | 418 |
| 22/08/2022 | Ord:8590106  Buy  3058.00000@     .8400 | 3,058 |
| 14/04/2023 | Ord:10263031  Buy  2900.00000@     .2280 | 2,900 |
| 14/04/2023 | Ord:10263031  Buy  1532.00000@     .2280 | 1,532 |
| 14/04/2023 | Ord:10263031  Buy  10500.00000@     .2280 | 10,500 |
| 14/04/2023 | Ord:10263031  Buy  10000.00000@     .2280 | 10,000 |
| 14/04/2023 | Ord:10263031  Buy  31638.00000@     .2280 | 31,638 |
| 29/01/2024 | REVERSE STOCK SPLIT ON MMAT AT A RATIO 1 FOR 100, TD 01.29.2024 | (122,589) |
| 21/08/2024 | Share Withdraw due to symbol rename | (1,238) |
|  |  | 0.00 |



---

**Kuwait & Middle East Financial Investment Company**
Kuwait City - Al-Qibla - First Commercial District - Block 1 - Building No. 1 Arabian Gulf Street - Khalid Tower - Opposite of Seif Palace – Floor 2 , P.O. Box 819, Safat, Kuwait 13009
**Telephone:** +(965) 222 55555 **Fax:** +(965) 222 52564 **Email:** customerservice@kmefic.com.kw