NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | | PROOF OF INTEREST |
|---|---|---|
| Name of Debtor<br>Meta Materials | Case Number<br>24-50792 | |

**1** Name and address of holder of the Equity Interest (the person or entity holding an Equity Interest in the Debtor Referred to hereinafter as the "Interest holder")

Daniel Gondoli
3928 W. Pershing Ave
Phoenix AZ 85029

Telephone Number: 602-910-7784

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars

☒ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors

RECEIVED AND FILED
DEC 13 2024
U S BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

COURT USE ONLY

Account or other number by which Interest holder identifies Debtor: 6229918328

Check here if this claim
☐ replaces a previously filed Proof of Interest dated _____
☐ amends a previously filed Proof of Interest dated _____

**2** Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest
Ally Trade
Telephone Number: 855-880-2559

**3** Date Equity Interest was acquired: multiple dates
See attached  6-29-21 – 4-18-23

**4** Total amount of member interest: 7,860 shares

**5** Certificate number(s): _____

**6** Type of Equity Interest
Please indicate the type of Equity Interest you hold
☐ Check this box if your Equity Interest is based on an actual member interest held in the Debtor
☐ Check this box if your Equity Interest is based on anything else and describe that interest
Description: _____

**7** Supporting Documents Attach copies of supporting documents such as stock certificates option agreements warrants etc
DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available explain. If the documents are voluminous attach a summary

**8** Date-Stamped Copy To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest

**9** Signature
Check the appropriate box
☒ I am the creditor   ☐ I am the creditor's authorized agent (Attach copy of power of attorney, if any)   ☐ I am the trustee or the debtor or their authorized agent (See Bankruptcy Rule 3004)   ☐ I am a guarantor surety endorser or other codebtor (See Bankruptcy Rule 3005)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief

Print Name: Daniel Gondoli
Title: _____
Company: Address and telephone number (if different from notice address above)

(Signature) Daniel Gondoli     (Date) 12-10-24

Telephone number: 602-910-7784     email: dngnd14@gmail.com
dngnd14@gmail.com

Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both 18 U S C §§ 152 AND 3571

Ledger

| | Dashboard | Gain/Loss Reports | Activity | Incoming Positions | Tax Reports | Tax Strategy | Help | Print |

Enter a symbol to display ledger information for a given position  To see all ledger results  leave symbol field blank and select  Update

**Account**: 62998328 - Joint    **Symbol**: mmat    **Transaction type**: All    Update      Export to Excel

1  of 2  Next

| Symbol | Security Desc | Event | Date | Quantity | Cost | Adj Shares | Adj Cost | Type |
|---|---|---|---|---|---|---|---|---|
| MMAT | META MATLS COMMON STO | Buy | 06/29/21 | 26 0000 | $203 56 | 0 0000 | $0 00 | Long |
| MMAT | META MATLS COMMON STO | Buy | 06/29/21 | 25 0000 | $178 00 | 0 0000 | $0 00 | Long |
| MMAT | META MATLS COMMON STO | Buy | 06/30/21 | 10 0000 | $65 70 | 0 0000 | $0 00 | Long |
| MMAT | META MATLS COMMON STO | Buy | 07/09/21 | 25 0000 | $131 75 | 0 0000 | $0 00 | Long |
| MMAT | META MATLS COMMON STO | Buy | 07/09/21 | 25 0000 | $127 75 | 0 0000 | $0 00 | Long |
| MMAT | META MATLS COMMON STO | Buy | 07/12/21 | 20 0000 | $84 60 | 0 0000 | $0 00 | Long |
| MMAT | META MATLS COMMON STO | Buy | 07/19/21 | 50 0000 | $173 50 | 0 0000 | $0 00 | Long |
| MMAT | META MATLS COMMON STO | Buy | 07/20/21 | 45 0000 | $149 85 | 0 0000 | $0 00 | Long |
| MMAT | META MATLS COMMON STO | Buy | 08/27/21 | 4 0000 | $17 36 | 0 0000 | $0 00 | Long |
| MMAT | META MATLS COMMON STO | Buy | 08/30/21 | 20 0000 | $106 80 | 0 0000 | $0 00 | Long |
| MMAT | META MATLS COMMON STO | Buy | 09/03/21 | 25 0000 | $140 50 | 0 0000 | $0 00 | Long |
| MMAT | META MATLS COMMON STO | Buy | 09/07/21 | 51 0000 | $267 56 | 0 0000 | $0 00 | Long |
| MMAT | META MATLS COMMON STO | Buy | 09/08/21 | 25 0000 | $124 00 | 0 0000 | $0 00 | Long |
| MMAT | META MATLS COMMON STO | Buy | 09/14/21 | 4 0000 | $21 00 | 0 0000 | $0 00 | Long |
| MMAT | META MATLS COMMON STO | Buy | 09/15/21 | 10 0000 | $50 20 | 0 0000 | $0 00 | Long |
| MMAT | META MATLS COMMON STO | Buy | 09/15/21 | 21 0000 | $104 29 | 0 0000 | $0 00 | Long |
| MMAT | META MATLS COMMON STO | Buy | 09/20/21 | 20 0000 | $99 40 | 0 0000 | $0 00 | Long |
| MMAT | META MATLS COMMON STO | Buy | 09/27/21 | 20 0000 | $117 80 | 0 0000 | $0 00 | Long |
| MMAT | META MATLS COMMON STO | Buy | 09/28/21 | 20 0000 | $116 17 | 0 0000 | $0 00 | Long |
| MMAT | META MATLS COMMON STO | Buy | 09/29/21 | 30 0000 | $174 23 | 0 0000 | $0 00 | Long |
| MMAT | META MATLS COMMON STO | Buy | 09/30/21 | 10 0000 | $56 50 | 0 0000 | $0 00 | Long |
| MMAT | META MATLS COMMON STO | Buy | 10/04/21 | 20 0000 | $104 20 | 0 0000 | $0 00 | Long |
| MMAT | META MATLS COMMON STO | Buy | 10/05/21 | 20 0000 | $101 00 | 0 0000 | $0 00 | Long |
| MMAT | META MATLS COMMON STO | Buy | 10/21/21 | 10 0000 | $47 80 | 0 0000 | $0 00 | Long |
| MMAT | META MATLS COMMON STO | Buy | 11/16/21 | 15 0000 | $65 10 | 0 0000 | $0 00 | Long |
| MMAT | META MATLS COMMON STO | Buy | 11/18/21 | 25 0000 | $105 25 | 0 0000 | $0 00 | Long |
| MMAT | META MATLS COMMON STO | Buy | 11/23/21 | 25 0000 | $96 75 | 0 0000 | $0 00 | Long |
| MMAT | META MATLS COMMON STO | Buy | 12/07/21 | 25 0000 | $85 25 | 0 0000 | $0 00 | Long |
| MMAT | META MATLS COMMON STO | Buy | 12/14/21 | 25 0000 | $74 68 | 0 0000 | $0 00 | Long |
| MMAT | META MATLS COMMON STO | Buy | 12/15/21 | 10 0000 | $28 70 | 0 0000 | $0 00 | Long |
| MMAT | META MATLS COMMON STO | Buy | 12/20/21 | 15 0000 | $39 15 | 0 0000 | $0 00 | Long |
| MMAT | META MATLS COMMON STO | Buy | 12/30/21 | 20 0000 | $54 40 | 0 0000 | $0 00 | Long |
| MMAT | META MATLS COMMON STO | Buy | 01/03/22 | 25 0000 | $67 75 | 0 0000 | $0 00 | Long |
| MMAT | META MATLS COMMON STO | Buy | 01/20/22 | 25 0000 | $50 00 | 0 0000 | $0 00 | Long |
| MMAT | META MATLS COMMON STO | Buy | 03/21/22 | 15 0000 | $30 15 | 0 0000 | $0 00 | Long |
| MMAT | META MATLS COMMON STO | Buy | 09/28/22 | 115 0000 | $84 05 | 0 0000 | $0 00 | Long |

| Symbol | Security Desc | Event | Date | Quantity | Cost | Adj Shares | Adj Cost | Type |
|---|---|---|---|---|---|---|---|---|
| MMAT | META MATLS COMMON STO | Buy | 10/12/22 | 50 0000 | $52 72 | 0 0000 | $0 00 | Long |
| MMAT | META MATLS COMMON STO | Buy | 10/28/22 | 85 0000 | $90 36 | 0 0000 | $0 00 | Long |
| MMAT | META MATLS COMMON STO | Buy | 11/02/22 | 100 0000 | $122 59 | 0 0000 | $0 00 | Long |
| MMAT | META MATLS COMMON STO | Buy | 11/02/22 | 500 0000 | $679 95 | 0 0000 | $0 00 | Long |
| MMAT | META MATLS COMMON STO | Buy | 11/21/22 | 65 0000 | $132 79 | 0 0000 | $0 00 | Long |
| MMAT | META MATLS COMMON STO | Buy | 11/28/22 | 43 0000 | $85 15 | 0 0000 | $0 00 | Long |
| MMAT | META MATLS COMMON STO | Buy | 12/28/22 | 100 0000 | $118 36 | 0 0000 | $0 00 | Long |
| MMAT | META MATLS COMMON STO | Buy | 03/02/23 | 250 0000 | $155 53 | 0 0000 | $0 00 | Long |
| MMAT | META MATLS COMMON STO | Buy | 03/22/23 | 77 0000 | $47 30 | 0 0000 | $0 00 | Long |
| MMAT | META MATLS COMMON STO | Buy | 03/24/23 | 210 0000 | $101 09 | 0 0000 | $0 00 | Long |
| MMAT | META MATLS COMMON STO | Buy | 04/03/23 | 200 0000 | $107 10 | 0 0000 | $0 00 | Long |
| MMAT | META MATLS COMMON STO | Buy | 04/14/23 | 825 0000 | $190 53 | 0 0000 | $0 00 | Long |
| MMAT | META MATLS COMMON STO | Buy | 04/18/23 | 400 0000 | $90 01 | 0 0000 | $0 00 | Long |
| MMAT | META MATLS COMMON STO | Buy | 04/18/23 | 50 0000 | $10 63 | 0 0000 | $0 00 | Long |

1 of 2 Next

md  Market Discount not applied

Ally Invest Securities background can be found on FINRA BrokerCheck

© 2009 2024 Ally Financial Inc