NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | **PROOF OF INTEREST** |
|---|---|

**Name of Debtor**
Meta Materials Inc

**Case Number**
24-50792

**1** **Name and address of holder of the Equity Interest** (the person or entity holding an Equity Interest in the Debtor Referred to hereinafter as the Interest holder )

Josephine Daley
10136 Sheppard Ave. E
Toronto, Ontario M1B1E9
CANADA

**Telephone Number**
416 272-6355

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest Attach copy of statement giving particulars

☑ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors

**RECEIVED AND FILED**

**DEC 13 2024**

**U.S BANKRUPTCY COURT**
**MARY A SCHOTT, CLERK**

COURT USE ONLY

NOTE This form SHOULD NOT be used to make a claim against the Debtor for money owed A separate Proof of Claim form should be used for that purpose This form should only be used to assert an Equity Interest in the Debtor An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein

**Account or other number by which Interest holder identifies Debtor**
TD Direct Investing 124JY4J
124JY4A

Check here if this claim
☐ replaces a previously filed Proof of Interest dated _____
☐ amends a previously filed Proof of Interest dated _____

**2** **Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest**
Josephine Daley
3500 Steeles Ave. E Tower 2, 2nd Flr.
Markham, Ontario L3R0X1
**Telephone Number** 1 800 465 5463

**3** **Date Equity Interest was acquired**
BETWEEN MARCH 10/21 - APRIL 14/23
SEE ATTACHED DOCUMENTATION
* NO SHARES EVER SOLD

**4** **Total amount of member interest** 11,820 SHARES for 32,249.54

**5** **Certificate number(s)** SEE ATTACHED DOCUMENTATION

**6** **Type of Equity Interest**
Please indicate the type of Equity Interest you hold
☑ Check this box if your Equity Interest is based on an actual member interest held in the Debtor
☐ Check this box if your Equity Interest is based on anything else and describe that interest
**Description** Investor

**7** **Supporting Documents** Attach copies of supporting documents such as stock certificates, option agreements warrants etc
DO NOT SEND ORIGINAL DOCUMENTS If the documents are not available explain If the documents are voluminous attach a summary

**8** **Date-Stamped Copy** To receive an acknowledgement of the filing of your Proof of Interest enclose a stamped, self addressed envelope and copy of this Proof of Interes

**9** **Signature**
Check the appropriate box
☑ I am the creditor
☐ I am the creditor s authorized agent
(Attach copy of power of attorney if any )
☐ I am the trustee or the debtor or their authorized agent
(See Bankruptcy Rule 3004)
☐ I am a guarantor surety endorser or other codebtor
(See Bankruptcy Rule 3005 )

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge information and reasonable belief

Print Name Josephine Daley
Title
Company ___ Address and telephone number (if different from notice address above)
_____
_____

(Signature) Josephine Daley Dec 12/24 (Date)

Telephone number 416 272 6355 email josephine.daley@hotmail.com

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both 18 U S C §§ 152 AND 3571*



**TD Direct Investing**
*3500 STEELES AVE E*
*TOWER 2 2ND FLOOR*
*MARKHAM ON L3R 0X1*

**TD Direct Investing**

## Transaction Confirmation

MS JOSEPHINE DALEY
10136 SHEPPARD AVE E
SCARBOROUGH ON M1B 1E9

**Account number and type**
124JY4J - TD Waterhouse Tax-Free Savings
Account - CDN

**Questions?**
**Contact an Investment Representative**
Toll Free 1 (800) 465-5463

## Transaction on March 10, 2021

▸ **For settlement on** March 12, 2021
▸ **Processed on** March 10 2021

| Transaction | Security Description | Quantity | Price ($) | Amount ($) |
|---|---|---|---|---|
| **You bought** | METAMATERIAL INC OR-382000 | 100 | 4 00 | |

| | | | |
|---|---|---|---|
| Security number 436657 | Gross transaction amount | | CAD 400 00 |
| CUSIP ID 59134F101 | *Plus* Commission | | 7 00 |
| Trade number 002887 | *Equals* **Net transaction amount** | | **CAD $407 00** |
| Trade processed by 9EON | *As agent, TD Direct Investing confirms the above purchase on the CNQ Pure Trading market for settlement in your account* | | |

## Important information

Please review the information in this Transaction Confirmation carefully and let us know within 10 calendar days if there are any discrepancies

Clients accounts are protected by the Canadian Investor Protection Fund within specified limits A brochure describing the nature and limits of coverage is available upon request

**Abbreviations used in the security descriptions**
RS = Restricted shares
NVS = Non–voting shares
RVS = Restricted voting shares
SVS = Subordinate voting shares
MVS = Multiple voting shares
/D = DSC (Deferred Sales Charge)
/NL = No Load

**Disclosure of sources of revenue**
TD Direct Investing and/or parties related to us may earn revenue in addition to commission from the following sources currency conversion charges on certain trades and mutual fund transactions fees paid by issuers and others in connection with corporate actions and new issues the sale of fixed income products trailer fees paid by mutual fund companies and remuneration paid by U S market makers and exchanges in connection with U S trades For more information see the TD Waterhouse Canada Inc Account and Service Agreements and Disclosure Documents booklet It is also available online at www td com/ca/en/investing/direct investing

The name of the salesperson dealer and/or market in this transaction will be provided upon request

TD Direct Investing is a division of TD Waterhouse Canada Inc a subsidiary of The Toronto-Dominion Bank

**Thank you for choosing TD Direct Investing**

**TD Waterhouse Canada Inc    Member of the Canadian Investor Protection Fund**
00043533 0000003709 20210310 59134F101 436657

**Order execution account**
No advice or recommendations provided
Page 1 of 1



**TD Direct Investing**
*3500 STEELES AVE E*
*TOWER 2 2ND FLOOR*
*MARKHAM ON L3R 0X1*

**TD Direct Investing**

# Transaction Confirmation

### Account number and type
124JY4J - TD Waterhouse Tax-Free Savings
Account - CDN

MS JOSEPHINE DALEY
10136 SHEPPARD AVE E
SCARBOROUGH ON M1B 1E9

### Questions?
**Contact an Investment Representative**
Toll Free 1 (800) 465-5463

## Transaction on March 15, 2021

▸ **For settlement on** March 17, 2021
▸ **Processed on** March 15 2021

| Transaction | Security Description | Quantity | Price ($) | Amount ($) |
|---|---|---|---|---|
| You bought | METAMATERIAL INC | 100 | 3 78 | |
| | DZ-384969 | | | |

| | | |
|---|---|---|
| | Gross transaction amount | CAD 378 00 |
| Security number 436657 | *Plus* Commission | 7 00 |
| CUSIP ID 59134F101 | *Equals* **Net transaction amount** | **CAD $385 00** |
| Trade number 002022 | | |
| Trade processed by 9EON | *As agent TD Direct Investing confirms the above purchase on TriAct Match Now for settlement in your account* | |

## Important information

Please review the information in this Transaction
Confirmation carefully and let us know within
10 calendar days if there are any discrepancies

Clients accounts are protected by the Canadian
Investor Protection Fund within specified limits
A brochure describing the nature and limits of
coverage is available upon request

**Abbreviations used in the
security descriptions**
RS. = Restricted shares
NVS = Non–voting shares
RVS = Restricted voting shares
SVS = Subordinate voting shares
MVS = Multiple voting shares
/D = DSC (Deferred Sales Charge)
/NL = No Load

**Disclosure of sources of revenue**
TD Direct Investing and/or parties related to us may
earn revenue in addition to commission from the
following sources currency conversion charges on
certain trades and mutual fund transactions fees
paid by issuers and others in connection with
corporate actions and new issues the sale of fixed
income products trailer fees paid by mutual fund
companies and remuneration paid by U S market
makers and exchanges in connection with U S
trades For more information see the TD
Waterhouse Canada Inc Account and Service
Agreements and Disclosure Documents booklet
It is also available online at
www td com/ca/en/investing/direct investing

The name of the salesperson dealer and/or market in
this transaction will be provided upon request

TD Direct Investing is a division of TD Waterhouse
Canada Inc a subsidiary of The Toronto-Dominion
Bank

**Thank you for choosing
TD Direct Investing**

---

**TD Waterhouse Canada Inc - Member of the Canadian Investor Protection Fund**
00043070 0000003712 20210315 59134F101 436657

Order execution account
No advice or recommendations provided
Page 1 of 1



**TD Direct Investing**
*3500 STEELES AVE E*
*TOWER 2  2ND FLOOR*
*MARKHAM ON L3R 0X1*

TD Direct Investing

## Transaction Confirmation

MS  JOSEPHINE DALEY
10136 SHEPPARD AVE E
SCARBOROUGH ON  M1B 1E9

**Account number and type**
124JY4J - TD Waterhouse Tax-Free Savings
Account - CDN

**Questions?**
**Contact an Investment Representative**
Toll Free 1 (800) 465-5463

## Transaction on March 19, 2021

▸ **For settlement on**  March 23, 2021
▸ **Processed on**  March 19, 2021

| Transaction | Security Description | Quantity | Price ($) | Amount ($) |
|---|---|---|---|---|
| **You bought** | METAMATERIAL INC ZY-383834 | 100 | 3 25 | |

|  |  |  |
|---|---|---|
| | Gross transaction amount | CAD  325 00 |
| *Plus* | Commission | 7 00 |
| | *Equals* **Net transaction amount** | **CAD $332 00** |

Security number  436657
CUSIP ID  59134F101
Trade number  003537
Trade processed by  9EON

*As agent, TD Direct Investing confirms the above purchase on the CNQ Pure Trading market for settlement in your account*

## Important information

Please review the information in this Transaction Confirmation carefully and let us know within 10 calendar days if there are any discrepancies

Clients  accounts are protected by the Canadian Investor Protection Fund within specified limits A brochure describing the nature and limits of coverage is available upon request

**Abbreviations used in the security descriptions**
RS   = Restricted shares
NVS = Non–voting shares
RVS = Restricted voting shares
SVS = Subordinate voting shares
MVS = Multiple voting shares
/D   = DSC (Deferred Sales Charge)
/NL  = No Load

**Disclosure of sources of revenue**
TD Direct Investing and/or parties related to us may earn revenue in addition to commission from the following sources  currency conversion charges on certain trades and mutual fund transactions  fees paid by issuers and others in connection with corporate actions and new issues  the sale of fixed income products  trailer fees paid by mutual fund companies  and remuneration paid by U S  market makers and exchanges in connection with U S trades  For more information  see the TD Waterhouse Canada Inc  Account and Service Agreements and Disclosure Documents booklet It is also available online at
www td com/ca/en/investing/direct-investing

The name of the salesperson  dealer and/or market in this transaction will be provided upon request

TD Direct Investing is a division of TD Waterhouse Canada Inc  a subsidiary of The Toronto-Dominion Bank

**Thank you for choosing TD Direct Investing**

**TD Waterhouse Canada Inc  - Member of the Canadian Investor Protection Fund**
00032922 0000003716 20210319 59134F101 436657

Order execution account
No advice or recommendations provided
Page 1 of 1



**TD Direct Investing**
*3500 STEELES AVE E*
*TOWER 2  2ND FLOOR*
*MARKHAM ON L3R 0X1*

**TD Direct Investing**

## Transaction Confirmation

**Account number and type**
124JY4A - Cash Account - CDN

MS  JOSEPHINE DALEY
10136 SHEPPARD AVE E
SCARBOROUGH ON  M1B 1E9

**Questions?**
**Contact an Investment Representative**
Toll Free 1 (800) 465-5463

### Transaction on April 30, 2021

▸ **For settlement on**  May 04, 2021
▸ **Processed on**  April 30  2021

| Transaction | Security Description | Quantity | Price ($) | Amount ($) |
|---|---|---|---|---|
| **You bought** | METAMATERIAL INC<br>TP-402847 | 500 | 3 42 | |

| | | |
|---|---|---|
| | Gross transaction amount | CAD  1,710 00 |
| *Plus* | Commission | 9 99 |
| *Equals* | **Net transaction amount** | **CAD $1,719 99** |

Security number  436657

CUSIP ID  59134F101

Trade number  000270

Trade processed by  9EON

*As agent, TD Direct Investing confirms the above purchase on the CNQ Pure Trading market for settlement in your account*

### Important information

Please review the information in this Transaction Confirmation carefully and let us know within 10 calendar days if there are any discrepancies

Clients  accounts are protected by the Canadian Investor Protection Fund within specified limits A brochure describing the nature and limits of coverage is available upon request

**Abbreviations used in the security descriptions**
RS  = Restricted shares
NVS = Non-voting shares
RVS = Restricted voting shares
SVS = Subordinate voting shares
MVS = Multiple voting shares
/D  = DSC (Deferred Sales Charge)
/NL = No Load

**Disclosure of sources of revenue**
TD Direct Investing and/or parties related to us may earn revenue in addition to commission from the following sources  currency conversion charges on certain trades and mutual fund transactions  fees paid by issuers and others in connection with corporate actions and new issues  the sale of fixed income products  trailer fees paid by mutual fund companies  and remuneration paid by U S  market makers and exchanges in connection with U S trades  For more information  see the TD Waterhouse Canada Inc  Account and Service Agreements and Disclosure Documents booklet It is also available online at www td com/ca/en/investing/direct investing

The name of the salesperson  dealer and/or market in this transaction will be provided upon request

TD Direct Investing is a division of TD Waterhouse Canada Inc   a subsidiary of The Toronto-Dominion Bank

**Thank you for choosing TD Direct Investing**

**Order execution account**
No advice or recommendations provided



**TD Direct Investing**
*3500 STEELES AVE E*
*TOWER 2  2ND FLOOR*
*MARKHAM ON L3R 0X1*

**TD Direct Investing**

MS  JOSEPHINE DALEY
10136 SHEPPARD AVE E
SCARBOROUGH ON  M1B 1E9

## Transaction Confirmation

**Account number and type**
124JY4A - Cash Account - CDN

**Questions?**
**Contact an Investment Representative**
Toll Free 1 (800) 465-5463

## Transaction on November 29, 2021

▸ **For settlement on** December 01  2021
▸ **Processed on**  November 29, 2021

| Transaction | Security Description | Quantity | Price ($) | Amount ($) |
|---|---|---|---|---|
| You bought | META MATERIALS INC | 800 | 3 87 | |
| | CX-469402 | | | |

| | | | |
|---|---|---|---|
| | Gross transaction amount | | USD  3,096 00 |
| Plus | Commission | | 9 99 |
| Plus | Premium on USD Funds converted at 29 59% | | 919 06 |
| Equals | **Net transaction amount** | | **CAD $4,025 05** |

**Ticker symbol  MMAT**
Security number 43665R
CUSIP ID 59134N104
Trade number  005418
Trade processed by  9EON

*As agent, TD Direct Investing confirms the above purchase on a U S  OTC marketplace for settlement in your account*

## Important information

Please review the information in this Transaction Confirmation carefully and let us know within 10 calendar days if there are any discrepancies

Clients  accounts are protected by the Canadian Investor Protection Fund within specified limits A brochure describing the nature and limits of coverage is available upon request

**Abbreviations used in the security descriptions**
RS   = Restricted shares
NVS  = Non–voting shares
RVS  = Restricted voting shares
SVS  = Subordinate voting shares
MVS  = Multiple voting shares
/D     = DSC (Deferred Sales Charge)
/NL   = No Load

**Disclosure of sources of revenue**
TD Direct Investing and/or parties related to us may earn revenue in addition to commission from the following sources  currency conversion charges on certain trades and mutual fund transactions  fees paid by issuers and others in connection with corporate actions and new issues  the sale of fixed income products, trailer fees paid by mutual fund companies  and remuneration paid by U S  market makers and exchanges in connection with U S trades  For more information  see the TD Waterhouse Canada Inc  Account and Service Agreements and Disclosure Documents booklet It is also available online at www td com/ca/en/investing/direct investing

The name of the salesperson  dealer and/or market in this transaction will be provided upon request

TD Direct Investing is a division of TD Waterhouse Canada Inc   a subsidiary of The Toronto Dominion Bank

**Thank you for choosing**
**TD Direct Investing**

**TD Waterhouse Canada Inc  - Member of the Canadian Investor Protection Fund**
00028793 000000003895 20211129 59134N104 43665R

Order execution account
No advice or recommendations provided

Page 1 of 1



**TD Direct Investing**
*3500 STEELES AVE E*
*TOWER 2  2ND FLOOR*
*MARKHAM ON L3R 0X1*

**TD Direct Investing**

## Transaction Confirmation

MS  JOSEPHINE DALEY
10136 SHEPPARD AVE E
SCARBOROUGH ON  M1B 1E9

### Account number and type
124JY4A - Cash Account - CDN

### Questions?
**Contact an Investment Representative**
Toll Free 1 (800) 465-5463

## Transaction on January 21, 2022

▸ **For settlement on**  January 25  2022
▸ **Processed on**  January 21  2022

| Transaction | Security Description | Quantity | Price ($) | Amount ($) |
|---|---|---|---|---|
| **You bought** | META MATERIALS INC<br>CG-486539 | 1 000 | 1 80 | |

| | | | |
|---|---|---|---|
| **Ticker symbol  MMAT** | | Gross transaction amount | USD  1 800 00 |
| Security number  43665R | *Plus* | Commission | 9 99 |
| CUSIP ID  59134N104 | *Plus* | Premium on USD Funds converted at<br>27 49% | 497 57 |
| Trade number  001467 | *Equals* | **Net transaction amount** | **CAD $2,307 56** |
| Trade processed by  9EON | | | |

*As agent  TD Direct Investing confirms the above purchase on a U S  OTC marketplace for settlement in your account*

## Important information

Please review the information in this Transaction Confirmation carefully and let us know within 10 calendar days if there are any discrepancies

Clients  accounts are protected by the Canadian Investor Protection Fund within specified limits  A brochure describing the nature and limits of coverage is available upon request

**Abbreviations used in the security descriptions**
RS   = Restricted shares
NVS  = Non–voting shares
RVS  = Restricted voting shares
SVS  = Subordinate voting shares
MVS = Multiple voting shares
/D    = DSC (Deferred Sales Charge)
/NL  = No Load

**Disclosure of sources of revenue**
TD Direct Investing and/or parties related to us may earn revenue in addition to commission from the following sources  currency conversion charges on certain trades and mutual fund transactions  fees paid by issuers and others in connection with / corporate actions and new issues  the sale of fixed income products, trailer fees paid by mutual fund companies  and remuneration paid by U S  market makers and exchanges in connection with U S trades  For more information  see the TD Waterhouse Canada Inc  Account and Service Agreements and Disclosure Documents booklet  It is also available online at www td com/ca/en/investing/direct investing

The name of the salesperson  dealer and/or market in this transaction will be provided upon request

TD Direct Investing is a division of TD Waterhouse Canada Inc  a subsidiary of The Toronto Dominion Bank

**Thank you for choosing
TD Direct Investing**

---

**TD Waterhouse Canada Inc  - Member of the Canadian Investor Protection Fund**
00035092 0000003934 20220121 59134N104 43665R

Order execution account
No advice or recommendations provided
Page 1 of 1



**TD Direct Investing**
*3500 STEELES AVE E*
*TOWER 2  2ND FLOOR*
*MARKHAM ON L3R 0X1*

**TD Direct Investing**

## Transaction Confirmation

### Account number and type
124JY4A - Cash Account - CDN

MS  JOSEPHINE DALEY
10136 SHEPPARD AVE E
SCARBOROUGH ON  M1B 1E9

**Questions?**
**Contact an Investment Representative**
Toll Free 1 (800) 465-5463

## Transaction on May 06, 2022

▸ **For settlement on** May 10, 2022
▸ **Processed on** May 06  2022

| Transaction | Security Description | Quantity | Price ($) | Amount ($) |
|---|---|---|---|---|
| **You bought** | META MATERIALS INC | 1,000 | 1 20 | |
| | BN-519640 | | | |

|  |  |  |  |
|---|---|---|---|
| | Gross transaction amount | | USD  1,200 00 |
| *Plus* | Commission | | 9 99 |
| *Plus* | Premium on USD Funds converted at 30 84% | | 373 16 |
| *Equals* | **Net transaction amount** | | **CAD $1,583 15** |

**Ticker symbol  MMAT**
Security number  43665R
CUSIP ID  59134N104
Trade number  005458
Trade processed by  9EON

*As agent  TD Direct Investing confirms the above purchase on a U S  OTC marketplace for settlement in your account*

## Important information

Please review the information in this Transaction Confirmation carefully and let us know within 10 calendar days if there are any discrepancies

Clients  accounts are protected by the Canadian Investor Protection Fund within specified limits A brochure describing the nature and limits of coverage is available upon request

**Abbreviations used in the security descriptions**
RS  = Restricted shares
NVS = Non–voting shares
RVS = Restricted voting shares
SVS = Subordinate voting shares
MVS = Multiple voting shares
/D  = DSC (Deferred Sales Charge)
/NL = No Load

**Disclosure of sources of revenue**
TD Direct Investing and/or parties related to us may earn revenue in addition to commission from the following sources  currency conversion charges on certain trades and mutual fund transactions  fees paid by issuers and others in connection with corporate actions and new issues  the sale of fixed income products, trailer fees paid by mutual fund companies  and remuneration paid by U S  market makers and exchanges in connection with U S trades  For more information  see the TD Waterhouse Canada Inc  Account and Service Agreements and Disclosure Documents booklet It is also available online at www td com/ca/en/investing/direct investing

The name of the salesperson, dealer and/or market in this transaction will be provided upon request

TD Direct Investing is a division of TD Waterhouse Canada Inc  a subsidiary of The Toronto Dominion Bank

**Thank you for choosing TD Direct Investing**

**TD Waterhouse Canada Inc  - Member of the Canadian Investor Protection Fund**
00023569 0000004008 20220506 59134N104 43665R

Order execution account
No advice or recommendations provided
Page 1 of 1



**TD Direct Investing**
*3500 STEELES AVE E*
*TOWER 2  2ND FLOOR*
*MARKHAM ON L3R 0X1*

**TD Direct Investing**

MS  JOSEPHINE DALEY
10136 SHEPPARD AVE E
SCARBOROUGH ON  M1B 1E9

## Transaction Confirmation

**Account number and type**
124JY4J - TD Waterhouse Tax-Free Savings
Account - CDN

**Questions?**
**Contact an Investment Representative**
Toll Free 1 (800) 465-5463

## Transaction on June 28, 2022

▸ **For settlement on**  June 30, 2022
▸ **Processed on**  June 28  2022

| Transaction | Security Description | Quantity | Price ($) | Amount ($) |
|---|---|---|---|---|
| **You bought** | META MATERIALS INC RL-537612 | 500 | 1 08 | |

| | | | |
|---|---|---|---|
| | Gross transaction amount | | USD  540 00 |
| *Plus* | Commission | | 9 99 |
| *Plus* | Premium on USD Funds converted at 30 49% | | 167 69 |
| *Equals* | **Net transaction amount** | | **CAD $717 68** |

**Ticker symbol  MMAT**
Security number  43665R
CUSIP ID  59134N104
Trade number  004396
Trade processed by  9EON

*As agent, TD Direct Investing confirms the above purchase on a U S  OTC marketplace for settlement in your account*

## Important information

Please review the information in this Transaction Confirmation carefully and let us know within 10 calendar days if there are any discrepancies

Clients  accounts are protected by the Canadian Investor Protection Fund within specified limits A brochure describing the nature and limits of coverage is available upon request

**Abbreviations used in the security descriptions**
RS   = Restricted shares
NVS = Non–voting shares
RVS = Restricted voting shares
SVS = Subordinate voting shares
MVS = Multiple voting shares
/D    = DSC (Deferred Sales Charge)
/NL = No Load

**Disclosure of sources of revenue**
TD Direct Investing and/or parties related to us may earn revenue in addition to commission from the following sources  currency conversion charges on certain trades and mutual fund transactions  fees paid by issuers and others in connection with corporate actions and new issues  the sale of fixed income products, trailer fees paid by mutual fund companies  and remuneration paid by U S  market makers and exchanges in connection with U S trades  For more information  see the TD Waterhouse Canada Inc  Account and Service Agreements and Disclosure Documents booklet It is also available online at www td com/ca/en/investing/direct investing

The name of the salesperson  dealer and/or market in this transaction will be provided upon request

TD Direct Investing is a division of TD Waterhouse Canada Inc   a subsidiary of The Toronto Dominion Bank

**Thank you for choosing TD Direct Investing**

**TD Waterhouse Canada Inc     Member of the Canadian Investor Protection Fund**
00017314 0000004045 20220628 59134N104 43665R

Order execution account
No advice or recommendations provided
Page 1 of 1

 **TD Direct Investing**
*3500 STEELES AVE E*
*TOWER 2  2ND FLOOR*
*MARKHAM ON L3R 0X1*

**TD Direct Investing**

**Transaction Confirmation**

MS  JOSEPHINE DALEY
10136 SHEPPARD AVE E
SCARBOROUGH ON  M1B 1E9

**Account number and type**
124JY4A - Cash Account - CDN

**Questions?**
**Contact an Investment Representative**
Toll Free 1 (800) 465-5463

## Transaction on August 16, 2022

▸ **For settlement on**  August 18, 2022
▸ **Processed on**  August 16  2022

| Transaction | Security Description | Quantity | Price ($) | Amount ($) |
|---|---|---|---|---|
| **You bought** | META MATERIALS INC JN-542358 | 500 | 0 9359 | |

| | | | |
|---|---|---|---|
| | Gross transaction amount | | USD  467 95 |
| *Plus* | Commission | | 9 99 |
| *Plus* | Premium on USD Funds converted at 30 79% | | 147 16 |
| *Equals* | **Net transaction amount** | | **CAD $625 10** |

**Ticker symbol  MMAT**
Security number  43665R
CUSIP ID  59134N104
Trade number  005794
Trade processed by  9EON

*As agent  TD Direct Investing confirms the above purchase on a U S  OTC marketplace for settlement in your account*

## Important information

Please review the information in this Transaction Confirmation carefully and let us know within 10 calendar days if there are any discrepancies

Clients accounts are protected by the Canadian Investor Protection Fund within specified limits A brochure describing the nature and limits of coverage is available upon request

**Abbreviations used in the security descriptions**
RS  = Restricted shares
NVS = Non–voting shares
RVS = Restricted voting shares
SVS = Subordinate voting shares
MVS = Multiple voting shares
/D  = DSC (Deferred Sales Charge)
/NL = No Load

**Disclosure of sources of revenue**
TD Direct Investing and/or parties related to us may earn revenue in addition to commission from the following sources  currency conversion charges on certain trades and mutual fund transactions  fees paid by issuers and others in connection with corporate actions and new issues  the sale of fixed income products, trailer fees paid by mutual fund companies and remuneration paid by U S  market makers and exchanges in connection with U S trades  For more information  see the TD Waterhouse Canada Inc  Account and Service Agreements and Disclosure Documents booklet It is also available online at www td com/ca/en/investing/direct investing

The name of the salesperson  dealer and/or market in this transaction will be provided upon request

TD Direct Investing is a division of TD Waterhouse Canada Inc  a subsidiary of The Toronto Dominion Bank

**Thank you for choosing TD Direct Investing**

TD Waterhouse Canada Inc  - Member of the Canadian Investor Protection Fund
00022356 0000004080 20220816 59134N104 43665R

Order execution account
No advice or recommendations provided
Page 1 of 1



**TD Direct Investing**
*3500 STEELES AVE E*
*TOWER 2  2ND FLOOR*
*MARKHAM ON L3R 0X1*

**TD Direct Investing**

MS  JOSEPHINE DALEY
10136 SHEPPARD AVE E
SCARBOROUGH ON  M1B 1E9

## Transaction Confirmation

**Account number and type**
124JY4A - Cash Account - CDN

**Questions?**
**Contact an Investment Representative**
Toll Free 1 (800) 465-5463

## Transaction on August 22, 2022

▸ **For settlement on** August 24  2022
▸ **Processed on** August 22  2022

| Transaction | Security Description | Quantity | Price ($) | Amount ($) |
|---|---|---|---|---|
| You bought | META MATERIALS INC | 500 | 0 8072 | |
| | GV-548847 | | | |

| | | | |
|---|---|---|---|
| **Ticker symbol  MMAT** | Gross transaction amount | | USD  403 60 |
| Security number  43665R | *Plus*  Commission | | 9 99 |
| CUSIP ID  59134N104 | *Plus*  Premium on USD Funds converted at | | |
| Trade number  002435 | 32 49% | | 134 38 |
| Trade processed by  9EON | *Equals*  **Net transaction amount** | | **CAD $547 97** |

*As agent  TD Direct Investing confirms the above purchase on a U S  OTC marketplace for settlement in your account*

## Important information

Please review the information in this Transaction Confirmation carefully and let us know within 10 calendar days if there are any discrepancies

Clients  accounts are protected by the Canadian Investor Protection Fund within specified limits  A brochure describing the nature and limits of coverage is available upon request

**Abbreviations used in the security descriptions**
RS  = Restricted shares
NVS = Non–voting shares
RVS = Restricted voting shares
SVS = Subordinate voting shares
MVS = Multiple voting shares
/D    = DSC (Deferred Sales Charge)
/NL = No Load

**Disclosure of sources of revenue**
TD Direct Investing and/or parties related to us may earn revenue in addition to commission from the following sources  currency conversion charges on certain trades and mutual fund transactions  fees paid by issuers and others in connection with corporate actions and new issues  the sale of fixed income products, trailer fees paid by mutual fund companies  and remuneration paid by U S  market makers and exchanges in connection with U S trades  For more information  see the TD Waterhouse Canada Inc  Account and Service Agreements and Disclosure Documents booklet  It is also available online at www td com/ca/en/investing/direct investing

The name of the salesperson  dealer and/or market in this transaction will be provided upon request

TD Direct Investing is a division of TD Waterhouse Canada Inc  a subsidiary of The Toronto-Dominion Bank

**Thank you for choosing TD Direct Investing**

**TD Waterhouse Canada Inc    Member of the Canadian Investor Protection Fund**
00017086 0000004084 20220822 59134N104 43665R

**Order execution account**
No advice or recommendations provided
Page 1 of 1



**TD Direct Investing**
*3500 STEELES AVE E*
*TOWER 2  2ND FLOOR*
*MARKHAM ON L3R 0X1*

**TD Direct Investing**

## Transaction Confirmation

MS  JOSEPHINE DALEY
10136 SHEPPARD AVE E
SCARBOROUGH ON  M1B 1E9

**Account number and type**
124JY4A - Cash Account - CDN

**Questions?**
**Contact an Investment Representative**
Toll Free 1 (800) 465-5463

## Transaction on October 12, 2022

▸ **For settlement on**  October 14  2022
▸ **Processed on**  October 12  2022

| Transaction | Security Description | Quantity | Price ($) | Amount ($) |
|---|---|---|---|---|
| You bought | META MATERIALS INC | 1 000 | 0 83 | |
| | PD 557278 | | | |

| | | | |
|---|---|---|---|
| | Gross transaction amount | | USD 830 00 |
| *Plus* | Commission | | 9 99 |
| *Plus* | Premium on USD Funds converted at 39 89% | | 335 07 |
| *Equals* | **Net transaction amount** | | **CAD $1,175 06** |

**Ticker symbol  MMAT**
Security number  43665R
CUSIP ID  59134N104
Trade number  006793
Trade processed by  9EON

*As agent  TD Direct Investing confirms the above purchase on a U S  OTC marketplace for settlement in your account*

## Important information

Please review the information in this Transaction Confirmation carefully and let us know within 10 calendar days if there are any discrepancies

Clients  accounts are protected by the Canadian Investor Protection Fund within specified limits  A brochure describing the nature and limits of coverage is available upon request

**Abbreviations used in the security descriptions**
RS  = Restricted shares
NVS  = Non–voting shares
RVS  = Restricted voting shares
SVS  = Subordinate voting shares
MVS  = Multiple voting shares
/D    = DSC (Deferred Sales Charge)
/NL  = No Load

**Disclosure of sources of revenue**
TD Direct Investing and/or parties related to us may earn revenue in addition to commission from the following sources  currency conversion charges on certain trades and mutual fund transactions  fees paid by issuers and others in connection with corporate actions and new issues  the sale of fixed income products, trailer fees paid by mutual fund companies  and remuneration paid by U S  market makers and exchanges in connection with U S  trades  For more information  see the TD Waterhouse Canada Inc  Account and Service Agreements and Disclosure Documents booklet  It is also available online at www td com/ca/en/investing/direct investing

The name of the salesperson  dealer and/or market in this transaction will be provided upon request

TD Direct Investing is a division of TD Waterhouse Canada Inc  a subsidiary of The Toronto Dominion Bank

**Thank you for choosing**
**TD Direct Investing**

**TD Waterhouse Canada Inc     Member of the Canadian Investor Protection Fund**
0001S929 0000004120 20221012 59134N104 43665R

Order execution account
No advice or recommendations provided
Page 1 of 1



**TD Direct Investing**
*3500 STEELES AVE E*
*TOWER 2  2ND FLOOR*
*MARKHAM ON L3R 0X1*

**TD Direct Investing**

MS  JOSEPHINE DALEY
10136 SHEPPARD AVE E
SCARBOROUGH ON  M1B 1E9

## Transaction Confirmation

**Account number and type**
124JY4A - Cash Account - CDN

**Questions?**
**Contact an Investment Representative**
Toll Free 1 (800) 465-5463

## Transaction on November 15, 2022

▸ **For settlement on**  November 17  2022
▸ **Processed on**  November 15  2022

| Transaction | Security Description | Quantity | Price ($) | Amount ($) |
|---|---|---|---|---|
| You bought | META MATERIALS INC | 2 000 | 1 8499 | |
| | BT-565507 | | | |

| | | | |
|---|---|---|---|
| | Gross transaction amount | | USD  3 699 80 |
| *Plus* | Commission | | 9 99 |
| *Plus* | Premium on USD Funds converted at 34 79% | | 1 290 64 |
| *Equals* | **Net transaction amount** | | **CAD $5,000 43** |

**Ticker symbol  MMAT**
Security number  43665R
CUSIP ID  59134N104
Trade number  005094
Trade processed by  9EON

*As agent  TD Direct Investing confirms the above purchase on a U S  OTC marketplace for settlement in your account*

## Important information

Please review the information in this Transaction Confirmation carefully and let us know within 10 calendar days if there are any discrepancies

Clients  accounts are protected by the Canadian Investor Protection Fund within specified limits  A brochure describing the nature and limits of coverage is available upon request

**Abbreviations used in the security descriptions**
RS   = Restricted shares
NVS = Non–voting shares
RVS = Restricted voting shares
SVS = Subordinate voting shares
MVS = Multiple voting shares
/D    = DSC (Deferred Sales Charge)
/NL = No Load

**Disclosure of sources of revenue**
TD Direct Investing and/or parties related to us may earn revenue in addition to commission from the following sources  currency conversion charges on certain trades and mutual fund transactions  fees paid by issuers and others in connection with corporate actions and new issues  the sale of fixed income products, trailer fees paid by mutual fund companies  and remuneration paid by U S  market makers and exchanges in connection with U S  trades  For more information  see the TD Waterhouse Canada Inc  Account and Service Agreements and Disclosure Documents booklet  It is also available online at www td com/ca/en/investing/direct-investing

The name of the salesperson  dealer and/or market in this transaction will be provided upon request

TD Direct Investing is a division of TD Waterhouse Canada Inc  a subsidiary of The Toronto Dominion Bank

**Thank you for choosing TD Direct Investing**

**TD Waterhouse Canada Inc  - Member of the Canadian Investor Protection Fund**
00020393 0000004144 20221115 59134N104 43665R

Order execution account
No advice or recommendations provided
Page 1 of 1



**TD Direct Investing**
*3500 STEELES AVE E*
*TOWER 2  2ND FLOOR*
*MARKHAM ON L3R 0X1*

**TD Direct Investing**

MS  JOSEPHINE DALEY
10136 SHEPPARD AVE E
SCARBOROUGH ON  M1B 1E9

## Transaction Confirmation

**Account number and type**
124JY4A - Cash Account - CDN

**Questions?**
**Contact an Investment Representative**
Toll Free 1 (800) 668-1972

## Transaction on April 14, 2023

▸ **For settlement on**  April 18  2023
▸ **Processed on**  April 14  2023

| Transaction | Security Description | Quantity | Price ($) | Amount ($) |
|---|---|---|---|---|
| You bought | META MATERIALS INC<br>CH-596580 | 3 000 | 0 22 | |

| | | | |
|---|---|---|---|
| **Ticker symbol  MMAT** | | Gross transaction amount | USD  660 00 |
| Security number  43665R | *Plus* | Commission | 9 99 |
| CUSIP ID  59134N104 | *Plus* | Premium on USD Funds converted at | |
| Trade number  004702 | | 35 49% | 237 78 |
| Trade processed by  9EON | *Equals* | **Net transaction amount** | **CAD $907 77** |

*As agent  TD Direct Investing confirms the above purchase on a U S  OTC marketplace for settlement in your account*

## Important information

Please review the information in this Transaction Confirmation carefully and let us know within 10 calendar days if there are any discrepancies

Clients accounts are protected by the Canadian Investor Protection Fund within specified limits A brochure describing the nature and limits of coverage is available upon request

**Abbreviations used in the security descriptions**
RS   = Restricted shares
NVS  = Non–voting shares
RVS  = Restricted voting shares
SVS  = Subordinate voting shares
MVS = Multiple voting shares
/D    = DSC (Deferred Sales Charge)
/NL  = No Load

**Disclosure of sources of revenue**
TD Direct Investing and/or parties related to us may earn revenue in addition to commission from the following sources  currency conversion charges on certain trades and mutual fund transactions  fees paid by issuers and others in connection with corporate actions and new issues  the sale of fixed income products, trailer fees paid by mutual fund companies  and remuneration paid by U S  market makers and exchanges in connection with U S trades  For more information  see the TD Waterhouse Canada Inc  Account and Service Agreements and Disclosure Documents booklet  It is also available online at www td com/ca/en/investing/direct-investing

The name of the salesperson  dealer and/or market in this transaction will be provided upon request

TD Direct Investing is a division of TD Waterhouse Canada Inc  a subsidiary of The Toronto Dominion Bank

**Thank you for choosing TD Direct Investing**

**TD Waterhouse Canada Inc  - Member of the Canadian Investor Protection Fund**
00015980 0000004249 20230414 59134N104 43665R

Order execution account
No advice or recommendations provided
Page 1 of 1



**TD Direct Investing**
*3500 STEELES AVE E*
*TOWER 2  2ND FLOOR*
*MARKHAM ON L3R 0X1*

**TD Direct Investing**

## Transaction Confirmation

MS  JOSEPHINE DALEY
10136 SHEPPARD AVE E
SCARBOROUGH ON  M1B 1E9

**Account number and type**
124JY4A - Cash Account - CDN

**Questions?**
**Contact an Investment Representative**
Toll Free 1 (800) 465-5463

## Transaction on April 30, 2021

‣ **For settlement on**  May 04  2021
‣ **Processed on**  April 30  2021

| Transaction | Security Description | Quantity | Price ($) | Amount ($) |
|---|---|---|---|---|
| **You bought** | TORCHLIGHT ENERGY RES INC RE-398176 | 100 | 2 1492 | |

| | | | |
|---|---|---|---|
| | Gross transaction amount | | USD  214 92 |
| *Plus* | Commission | | 9 99 |
| *Plus* | Premium on USD Funds converted at 25 19% | | 56 65 |
| *Equals* | **Net transaction amount** | | **CAD $281 56** |

**Ticker symbol  TRCH**
Security number  671417
CUSIP ID  89102U103
Trade number  003719
Trade processed by  9EON

*As agent  TD Direct Investing confirms the above purchase on a U S  OTC marketplace for settlement in your account*

## Important information

Please review the information in this Transaction Confirmation carefully and let us know within 10 calendar days if there are any discrepancies

Clients  accounts are protected by the Canadian Inves or Protection Fund within specified limits A brochure describing the nature and limits of coverage is available upon request

**Abbreviations used in the security descriptions**
RS   = Restricted shares
NVS  = Non–voting shares
RVS  = Restricted voting shares
SVS  = Subordinate voting shares
MVS  = Multiple voting shares
/D    = DSC (Deferred Sales Charge)
/NL  = No Load

**Disclosure of sources of revenue**
TD Direct Investing and/or parties related to us may earn revenue in addition to commission from the following sources  currency conversion charges on certain trades and mutual fund transactions  fees paid by issuers and others in connection with corporate actions and new issues  the sale of fixed income products  trailer fees paid by mutual fund companies  and remuneration paid by U S  market makers and exchanges in connection with U S trades  For more information  see the TD Waterhouse Canada Inc  Account and Service Agreements and Disclosure Documents booklet It is also available online at www td com/ca/en/investing/direct investing

The name of the salesperson  dealer and/or market in this transaction will be provided upon request

TD Direct Investing is a division of TD Waterhouse Canada Inc  a subsidiary of The Toronto-Dominion Bank

**Thank you for choosing TD Direct Investing**

**TD Waterhouse Canada Inc**    Member of the Canadian Investor Protection Fund
00028492 0000003745 20210430 89102U103 671417

Order execution account
No advice or recommendations provided

Page **1** of 1

 **TD Direct Investing**
*3500 STEELES AVE E*
*TOWER 2  2ND FLOOR*
*MARKHAM ON L3R 0X1*

**TD Direct Investing**

MS  JOSEPHINE DALEY
10136 SHEPPARD AVE E
SCARBOROUGH ON  M1B 1E9

## Transaction Confirmation

**Account number and type**
124JY4A - Cash Account - CDN

**Questions?**
**Contact an Investment Representative**
Toll Free 1 (800) 465-5463

## Transaction on April 30, 2021

▸ **For settlement on**  May 04  2021
▸ **Processed on**  April 30  2021

| Transaction | Security Description | Quantity | Price ($) | Amount ($) |
|---|---|---|---|---|
| You bought | TORCHLIGHT ENERGY RES INC ZB 398630 | 200 | 2 255 | |

| | | | |
|---|---|---|---|
| | Gross transaction amount | | USD  451 00 |
| *Plus* | Commission | | 9 99 |
| */Plus* | Premium on USD Funds converted at 24 89% | | 114 74 |
| *Equals* | **Net transaction amount** | | **CAD $575 73** |

**Ticker symbol  TRCH**
Security number  671417
CUSIP ID  89102U103
Trade number  005145
Trade processed by  9EON

*As agent  TD Direct Investing confirms the above purchase on a U S  OTC marketplace for settlement in your account*

## Important information

Please review the information in this Transaction Confirmation carefully and let us know within 10 calendar days if there are any discrepancies

Clients  accounts are protected by the Canadian Investor Protection Fund within specified limits A brochure describing the nature and limits of coverage is available upon request

**Abbreviations used in the security descriptions**
RS  = Restricted shares
NVS = Non–voting shares
RVS = Restricted voting shares
SVS = Subordinate voting shares
MVS = Multiple voting shares
/D    = DSC (Deferred Sales Charge)
/NL = No Load

**Disclosure of sources of revenue**
TD Direct Investing and/or parties related to us may earn revenue in addition to commission from the following sources  currency conversion charges on certain trades and mutual fund transactions  fees paid by issuers and others in connection with corporate actions and new issues  the sale of fixed income products  trailer fees paid by mutual fund companies  and remuneration paid by U S  market makers and exchanges in connection with U S trades  For more information  see the TD Waterhouse Canada Inc  Account and Service Agreements and Disclosure Documents booklet It is also available online at www td com/ca/en/investing/direct investing

The name of the salesperson  dealer and/or market in this transaction will be provided upon request

TD Direct Investing is a division of TD Waterhouse Canada Inc  a subsidiary of The Toronto-Dominion Bank

**Thank you for choosing**
**TD Direct Investing**

TD Waterhouse Canada Inc    Member of the Canadian Investor Protection Fund
00028497 0000003745 20210430 89102U103 671417

Order execution account
No advice or recommendations provided
Page 1 of 1



**TD Direct Investing**
*3500 STEELES AVE E*
*TOWER 2  2ND FLOOR*
*MARKHAM ON L3R 0X1*

**TD Direct Investing**

## Transaction Confirmation

MS  JOSEPHINE DALEY
10136 SHEPPARD AVE E
SCARBOROUGH ON  M1B 1E9

### Account number and type
124JY4A - Cash Account - CDN

### Questions?
**Contact an Investment Representative**
Toll Free 1 (800) 465-5463

## Transaction on May 03, 2021

▸ **For settlement on** May 05  2021
▸ **Processed on** May 03  2021

| Transaction | Security Description | Quantity | Price ($) | Amount ($) |
|---|---|---|---|---|
| You bought | TORCHLIGHT ENERGY RES INC GV-404254 | 100 | 2 0099 | |

| | | | |
|---|---|---|---|
| | Gross transaction amount | | USD  200 99 |
| *Plus* | Commission | | 9 99 |
| *Plus* | Premium on USD Funds converted at 24 99% | | 52 72 |
| *Equals* | **Net transaction amount** | | **CAD $263 70** |

**Ticker symbol  TRCH**
Security number  671417
CUSIP ID  89102U103
Trade number  004706
Trade processed by  9EON

*As agent  TD Direct Investing confirms the above purchase on a U S  OTC marketplace for settlement in your account*

## Important information

Please review the information in this Transaction Confirmation carefully and let us know within 10 calendar days if there are any discrepancies

Clients  accounts are protected by the Canadian Investor Protection Fund within specified limits  A brochure describing the nature and limits of coverage is available upon request

**Abbreviations used in the security descriptions**
RS   = Restricted shares
NVS  = Non–voting shares
RVS  = Restricted voting shares
SVS  = Subordinate voting shares
MVS  = Multiple voting shares
/D    = DSC (Deferred Sales Charge)
/NL  = No Load

**Disclosure of sources of revenue**
TD Direct Investing and/or parties related to us may earn revenue in addition to commission from the following sources  currency conversion charges on certain trades and mutual fund transactions  fees paid by issuers and others in connection with corporate actions and new issues  the sale of fixed income products  trailer fees paid by mutual fund companies  and remuneration paid by U S  market makers and exchanges in connection with U S trades  For more information  see the TD Waterhouse Canada Inc  Account and Service Agreements and Disclosure Documents booklet  It is also available online at
www td com/ca/en/investing/direct investing

The name of the salesperson  dealer and/or market in this transaction will be provided upon request

TD Direct Investing is a division of TD Waterhouse Canada Inc   a subsidiary of The Toronto-Dominion Bank

**Thank you for choosing**
**TD Direct Investing**

**TD Waterhouse Canada Inc  - Member of the Canadian Investor Protection Fund**
00030092 0000003746 20210503 89102U103 671417

Order execution account
No advice or recommendations provided
Page 1 of 1



**TD Direct Investing**
*3500 STEELES AVE E*
*TOWER 2  2ND FLOOR*
*MARKHAM ON L3R 0X1*

**TD Direct Investing**

## Transaction Confirmation

MS  JOSEPHINE DALEY
10136 SHEPPARD AVE E
SCARBOROUGH ON  M1B 1E9

**Account number and type**
124JY4A - Cash Account - CDN

**Questions?**
**Contact an Investment Representative**
Toll Free 1 (800) 465-5463

## Transaction on April 30, 2021
▸ **For settlement on**  May 04  2021
▸ **Processed on**  April 30  2021

| Transaction | Security Description | Quantity | Price ($) | Amount ($) |
|---|---|---|---|---|
| You bought | TORCHLIGHT ENERGY RES INC MN-403061 | 200 | 2 075 | |

| | | | |
|---|---|---|---|
| **Ticker symbol  TRCH** | | Gross transaction amount | USD  415 00 |
| Security number  671417 | *Plus* | Commission | 9 99 |
| CUSIP ID  89102U103 | *Plus* | Premium on USD Funds converted at 24 89% | 105 78 |
| Trade number  004985 | *Equals* | **Net transaction amount** | **CAD $530 77** |
| Trade processed by  9EON | | | |

*As agent  TD Direct Investing confirms the above purchase on a U S  OTC marketplace for settlement in your account*

## Important information

Please review the information in this Transaction Confirmation carefully and let us know within 10 calendar days if there are any discrepancies

Clients  accounts are protected by the Canadian Investor Protection Fund within specified limits A brochure describing the nature and limits of coverage is available upon request

**Abbreviations used in the security descriptions**
RS  = Restricted shares
NVS = Non–voting shares
RVS = Restricted voting shares
SVS = Subordinate voting shares
MVS = Multiple voting shares
/D  = DSC (Deferred Sales Charge)
/NL = No Load

**Disclosure of sources of revenue**
TD Direct Investing and/or parties related to us may earn revenue in addition to commission from the following sources  currency conversion charges on certain trades and mutual fund transactions  fees paid by issuers and others in connection with corporate actions and new issues  the sale of fixed income products  trailer fees paid by mutual fund companies  and remuneration paid by U S  market makers and exchanges in connection with U S trades  For more information  see the TD Waterhouse Canada Inc  Account and Service Agreements and Disclosure Documents booklet It is also available online at www td com/ca/en/investing/direct investing

The name of the salesperson  dealer and/or market in this transaction will be provided upon request

TD Direct Investing is a division of TD Waterhouse Canada Inc   a subsidiary of The Toronto-Dominion Bank

**Thank you for choosing**
**TD Direct Investing**

**TD Waterhouse Canada Inc  - Member of the Canadian Investor Protection Fund**
00028495 0000003745 20210430 89102U103 671417

Order execution account
No advice or recommendations provided

Page 1 of 1



**TD Direct Investing**
*3500 STEELES AVE E*
*TOWER 2  2ND FLOOR*
*MARKHAM ON L3R 0X1*

**TD Direct Investing**

MS  JOSEPHINE DALEY
10136 SHEPPARD AVE E
SCARBOROUGH ON  M1B 1E9

## Transaction Confirmation

### Account number and type
124JY4J - TD Waterhouse Tax-Free Savings
Account - CDN

**Questions?**
**Contact an Investment Representative**
Toll Free 1 (800) 465-5463

## Transaction on June 22, 2021

▸ **For settlement on**  June 24, 2021
▸ **Processed on**  June 22  2021

| Transaction | Security Description | Quantity | Price ($) | Amount ($) |
|---|---|---|---|---|
| **You bought** | TORCHLIGHT ENERGY RES INC GX-418165 | 120 | 9 84 | |
| | | Gross transaction amount | | USD  1,180 80 |
| | *Plus* | Commission | | 9 99 |
| | *Plus* | Premium on USD Funds converted at 25 84% | | 307 70 |
| | *Equals* | **Net transaction amount** | | **CAD $1,498 49** |

**Ticker symbol  TRCH**
Security number  671417
CUSIP ID  89102U103
Trade number  003936
Trade processed by  9EON

*As agent  TD Direct Investing confirms the above purchase on a U S  OTC marketplace for settlement in your account*

## Important information

Please review the information in this Transaction Confirmation carefully and let us know within 10 calendar days if there are any discrepancies

Clients  accounts are protected by the Canadian Investor Protection Fund within specified limits A brochure describing the nature and limits of coverage is available upon request

**Abbreviations used in the security descriptions**
RS   = Restricted shares
NVS  = Non–voting shares
RVS  = Restricted voting shares
SVS  = Subordinate voting shares
MVS = Multiple voting shares
/D    = DSC (Deferred Sales Charge)
/NL  = No Load

**Disclosure of sources of revenue**
TD Direct Investing and/or parties related to us may earn revenue in addition to commission from the following sources  currency conversion charges on certain trades and mutual fund transactions  fees paid by issuers and others in connection with corporate actions and new issues  the sale of fixed income products  trailer fees paid by mutual fund companies  and remuneration paid by U S  market makers and exchanges in connection with U S trades  For more information  see the TD Waterhouse Canada Inc  Account and Service Agreements and Disclosure Documents booklet It is also available online at www td com/ca/en/investing/direct investing

The name of the salesperson  dealer and/or market in this transaction will be provided upon request

TD Direct Investing is a division of TD Waterhouse Canada Inc   a subsidiary of The Toronto-Dominion Bank

**Thank you for choosing TD Direct Investing**

---

**TD Waterhouse Canada Inc  - Member of the Canadian Investor Protection Fund**
00023811 0000003782 20210622 89102U103 671417

Order execution account
No advice or recommendations provided
Page 1 of 1

**MMATQ**

META MATERIALS INC NEW

$0 01 (100)      $0 75 (10)

USD $0 10

**Holding Details**

Quantity
12

Market Value
CAD $1 70

Gain/Loss
Unrealized

CAD -$6,792 18
99,07%

Average Cost

CAD $566 16

Book Cost

CAD $6 793 88
$6,793·88

- **MMATQ**                                                   USD $0.10
META MATERIAL INC NEW

5 % Lots!         ( Lots)
$0 01 (100)      $0.75 (10)

As of Dec 12 2024 at 10 29 04 AM EST

**Holding Details**

Values displayed are in the currency of the account

| | |
|---|---|
| Quantity | Market Value |
| **111** | CAD $15 68 |
| | |
| Gain/Loss | CAD -$25 439 98 |
| Unrealized | -99 94 % |
| | |
| Average Cost | CAD $229 33 |
| | |
| Book Cost | CAD $25,455 86 |
| | |
| Account % | 0 04% |