NVB 3001 (Effective 1/21)

# UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA

**PROOF OF INTEREST**

Name of Debtor: Meta Materials Inc
Case Number: 24-50792

1. **Name and address of holder of the Equity Interest** (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

   Baojian Liao and Zhu Li
   16322 Westminister dr
   Northville MI 48168

   Telephone Number: 248-912-4526

   ☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

   ■ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

   ☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

   **RECEIVED AND FILED**
   DEC 13 2024
   U.S. BANKRUPTCY COURT
   MARY A. SCHOTT, CLERK

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

**COURT USE ONLY**

Account or other number by which Interest holder identifies Debtor:
Merrill Edge   22X-39K56

Check here if this claim:
☐ replaces a previously filed Proof of Interest dated: _____
☐ amends a previously filed Proof of Interest dated: _____

2. **Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:**

   Merrill Edge

   Telephone Number: 800-637-7455

3. **Date Equity Interest was acquired:**
   2/8/2021

4. **Total amount of member interest:** $ 3655.36

5. **Certificate number(s):** _____

6. **Type of Equity Interest:**
   Please indicate the type of Equity Interest you hold:
   ■ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
   ☐ Check this box if your Equity Interest is based on anything else and describe that interest:
   Description: _____

7. **Supporting Documents**: Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
   DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. **Date-Stamped Copy:** To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

9. **Signature:**
   Check the appropriate box.
   ■ I am the creditor.   ☐ I am the creditor's authorized agent. (Attach copy of power of attorney, if any.)   ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)   ☐ I am a guarantor, surety, endorser, or other codebtor. (See Bankruptcy Rule 3005.)

   I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

   Print Name: Baojian Liao, Zhu Li
   Title: _____
   Company: ___ Address and telephone number (if different from notice address above):
   _____

   (Signature) (Home) 248-349-5920   (Date) 12/12/2024
   Telephone number: (Cell) 248-912-4526   email: Liao1000@hotmail.com

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

Print Form    Save Form    Clear Form

## META MATERIALS INC, MMATQ

| Total Value | Market Price | Held Since | Quantity | Unrealized Gain/(Loss) |
|---|---|---|---|---|
| As of 12/05/2024 02 09 PM ET | As of 12/05/2024 02 09 PM ET | | | As of 12/05/2024 02 09 PM ET |
| $0 01 | $0 0001 0 00 | 02/08/2021 | 65 | Short Term 0 00 |
| | | | | Long Term ($3 655 36) |

Research | Trade | Transfer

**Open Lots**   Closed Lots

As of 12/05/2024 02 09 PM ET

| Account | Quantity | Unit Cost ($) | Cost Basis ($) | Accrued Interest($) | Price($) | Value($) | Gain/Loss ($) | Gain/Loss (%) |
|---|---|---|---|---|---|---|---|---|
| CMA Edge 22X 89K56 | 65 | 56 24 | 3 655 36 | | 0 0001 | — | (3 655 36) | (100 00) |

**News**

No news available

Learn more about this security

More News ›

Ratings , Fundamentals  Margin Details

| | |
|---|---|
| Asset Class | Equities |
| Sector | Information Technology |
| Industry | Semiconductors |
| Size & Style | Equities Blend |
| CUSIP | 59134N302 |
| Exchange | OTC |
| Previous Close ($) | 0 0001 |
| 52 Week Range ($) | 0 00 - 9 00 |
| Price / Earnings | 0 00 |

The data displayed is for informational purposes only  Your account statement is the official record of your holdings and balances

Review a description of the third party ratings methodology

Please note  None of Bank of America  Merrill or any affiliates  bears any responsibility or liability with respect to third party research made available  Clients should understand that they assume full responsibility for any trading decisions they make based upon third party ratings or reports

Prices  quotes  market values and volumes are based on NASDAQ Basic or consolidated market quote  unless otherwise indicated  Acquisition Costs are not adjusted for stock splits  etc

Positions are net and cost basis excludes fractional shares  Sector Classifications based on Global Industry Classification Standard ( GICS )

Third party stock research may be available  select this link to access

The Gain/Loss percentage is provided to help you monitor the performance of specific holdings  because the figure is affected by a particular holding period and transaction history  it should not be used to compare mutual fund performance  Please refer to the fund s prospectus for standardized performance information on each mutual fund in the account  Past performance is no guarantee of future returns

When there is a Short Position in a classification bucket for a Managed Account or Pooled Investment Product  the market value of this position will show in the Managed Assets Short Allocations balance  This negative balance is not included as an Analyzable Asset

**Classification of Securities**
For Asset Class  Sector or Size and Style Analysis  securities are generally classified by asset class  sector  size and style  and  for Fixed Income  maturity

Domestic equities are generally classified by size/style category and fixed income (domestic and foreign) classified by maturity  Foreign equities are classified as international

For Size and Style  security classification is as follows  a capitalization breakpoint of $18 90 billion defines the size (Large Cap or Small/Mid Cap) classification for domestic equity securities  The style (Growth or Value) for these securities is defined by a proprietary procedure  which utilizes a series of quantitative and qualitative metrics (e g  expected earnings growth  analyst coverage  etc )

Sector classifications are based on Global Industry Classification Standard ( GICS )  Source  Morgan Stanley Capital International ( MSCI ) and Standard & Poor s ( S&P )  a division of the McGraw Hill Companies  Inc