NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | PROOF OF INTEREST |
|---|---|

Name of Debtor: **META MATERIALS INC**

Case Number: **24-50792**

1. **Name and address of holder of the Equity Interest** (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the 'Interest holder')

**Robert N Schmidt
3212 Panola Ave
Joliet IL 60431**

Telephone Number: **815-474-9119**

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars

☑ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors

**RECEIVED AND FILED
DEC 13 2024
U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK**

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein

**COURT USE ONLY**

Account or other number by which Interest holder identifies Debtor: **975-38213**

Check here if this claim:
☐ replaces a previously filed Proof of Interest dated _____
☐ amends a previously filed Proof of Interest dated _____

2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest
**JPMORGAN Securities**
Telephone Number: **800-392-5749**

3. Date Equity Interest was acquired **3/8/2021 — 12/26/2024 See ATTACHED DOCUMENTATION**

4. Total amount of member interest: **510 shares @ 39.592**    5. Certificate number(s): **See ATTACHED Document**

6. Type of Equity Interest:
Please indicate the type of Equity Interest you hold
☑ Check this box if your Equity Interest is based on an actual member interest held in the Debtor
☐ Check this box if your Equity Interest is based on anything else and describe that interest
Description: **INVESTOR**

7. Supporting Documents: Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary

8. Date-Stamped Copy: To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest

9. Signature:
Check the appropriate box
☑ I am the creditor    ☐ I am the creditor's authorized agent    ☐ I am the trustee, or the debtor    ☐ I am a guarantor, surety, endorser or other codebtor

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief

Print Name: **Robert N Schmidt**
Title:
Company: Address and telephone number (if different from notice address above)

(Signature) **Robert N Schmidt**    (Date) **12/3/2024**

Telephone number: **815-474-9119**    email: **babalou26@sbcglobal.net**

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

Case # 24-50792   Meta Materials Inc.

For Robert H. Schmidt

Broker J.P. Morgan Securities LLC   Acct# 975-35213

Torchlight

| 3/8/2021 | Purchase | 500 @ 2.28 | 1140.00 |
| 3/12/2021 | '' | 1500 @ 2.939 | 4408.50 |
| 6/16/2021 | '' | 760 @ 5.8094 | 4357.05 |
| 6/21/2021 | '' | 250 @ 9.1191 | 2279.78 |
| Total | '' | 3000. | 12,185.33 |

| 6/28/2021 | Torchlight Spinoff into Meta Materials 1:2 Reverse Split | | |
| | Meta Materials | 1500 | 12,185.23 |
| 7/2/2021 | Purchased | 250 @ 6.89 | 1722.40 |
| 7/13/2021 | '' | 250 @ 3.99 | 997.43 |
| 8/27/2021 | '' | 225 @ 4.31 | 969.62 |
| 2021 | Total | 2225 | 15874.78 |

| 5/24/2022 | Purchased | 1775 @ 1.83 | 3239.38 |
| 11/30/2022 | '' | 2000 @ 1.81 | 3617.00 |
| 12/7/2022 | '' | 500 @ 2.10 | 1050.00 |
| 12/8/2022 | '' | 75 @ 1.90 | 142.23 |
| 12/12/2022 | '' | 925 @ 1.31 | 1208.79 |
| 12/16/2022 | '' | 1500 @ 1.26 | 1885.20 |
| 2022 | Total | 6775 | 11,142.60 |

| 1/6/2023 | Purchased | 1000 @ 1.17 | 1167.00 |
| 1/23/2023 | '' | 1000 @ 1.02 | 1020.00 |
| 1/25/2023 | '' | 2000 @ 1.01 | 2011.00 |
| 3/1/2023 | '' | 3000 @ .64 | 1920.00 |
| 4/14/2023 | '' | 1500 @ .22 | 336.00 |
| 4/14/2023 | '' | 2500 @ .23 | 585.25 |

| | | | |
|---|---|---|---|
| 5/5/2023 | Purchase 10,000 @ .20 | | 2023.00 |
| 5/22/2023 | " 5000 @ .26 | | 1300.00 |
| 6/22/2023 | " 5000 @ .20 | | 1023.00 |
| 7/6/2023 | " 4500 @ .19 | | 855.00 |
| 10/13/2023 | " 500 @ .22 | | 108.55 |
| 11/30/2023 | " 5000 @ .09 | | 470.00 |
| 2023 Total | 41,000 | | 12,819.30 |

| | | | |
|---|---|---|---|
| 1/26/2024 | Purchase 1000 @ .0561 | | 56.10 |

Total Pre-Split 3/8/2021 - 1/26/2024     51,000 Shares          39,892.78
Shares                                          Pre Split

Post Split  1/29/2024     1:100  Rerverse Split     510 Shares

Total Mandies Invested $39,892.78

all Shares Purchased  Zero Sold.

J P MORGAN SECURITIES LLC
OH4-RM00
P O BOX 183211
COLUMBUS, OH 43218
FOR UNDELIVERABLE MAIL ONLY

| | |
|---|---|
| Account No | 975-38213 |
| Account Name | ROBERT H SCHMIDT |
| Recipient's TIN | ***-**-7749 |
| Account Executive No | HLF |
| ORIGINAL | 12/31/2021 |

J.P.Morg

## 2021 INVESTMENT DETAILS

### DETAILS OF 2021 INVESTMENT ACTIVITY

| Date | Security Description | CUSIP | Transaction Description | Quantity | Price | Amount |
|---|---|---|---|---|---|---|
| 07/02/21 | META MATLS INC COMMON STOCK | 59134N104 | PURCHASE | 250 000 | $6 89 | $1,722 40 |
| 07/13/21 | META MATLS INC COMMON STOCK | 59134N104 | PURCHASE | 250 000 | $3 99 | $997 43 |
| 08/27/21 | META MATLS INC COMMON STOCK | 59134N104 | PURCHASE | 225 000 | $4 31 | $969 62 |
| 03/08/21 | TORCHLIGHT ENERGY RESOURCES INC | 89102U103 | PURCHASE | 500 000 | $2 28 | $1 140 00 |
| 03/12/21 | TORCHLIGHT ENERGY RESOURCES INC | 89102U103 | PURCHASE | 1,500 000 | $2 94 | $4 408 50 |
| 06/16/21 | TORCHLIGHT ENERGY RESOURCES INC | 89102U103 | PURCHASE | 750 000 | $5 81 | $4,357 05 |
| 06/21/21 | TORCHLIGHT ENERGY RESOURCES INC | 89102U103 | PURCHASE | 250 000 | $9 12 | $2 279 78 |

### DETAILS OF 2021 REINVESTMENTS

| Date | Security Description | CUSIP | Transaction Description | Quantity | Price | Amount |
|---|---|---|---|---|---|---|
| | | | REINVESTMENT | | - | |
| | | | REINVESTMENT | | - | |
| | | | REINVESTMENT | | - | |
| | | | REINVESTMENT | | - | |
| | | | REINVESTMENT | | - | |
| | | | REINVESTMENT | | - | |
| | | | REINVESTMENT | | - | |
| | | | REINVESTMENT | | - | |

### DETAILS OF 2021 NON CASH DISTRIBUTIONS

| Date | Security Description | CUSIP | Transaction Description | Quantity | Price | Amount |
|---|---|---|---|---|---|---|
| 07/09/21 | META MATLS INC PFD SER A | 59134N203 | SPINOFF | 3,000 000 | | - |
| 06/25/21 | TORCHLIGHT ENERGY RES INC PFD SER A | 89102U202 | SPINOFF | 3 000 000 | - | |
| 07/01/21 | TORCHLIGHT ENERGY RES INC PFD SER A | 89102U202 | SPINOFF | 3 000 000 | - | |

THIS STATEMENT IS NOT A SUBSTITUTE FOR FORM 1099 AND IS PROVIDED FOR INFORMATIONAL PURPOSES ONLY

| J P MORGAN SECURITIES LLC | | Account No | 975-38213 | |
| OH4-RM00 | | Account Name | ROBERT H SCHMIDT | |
| P O BOX 183211 | | Recipient's TIN | ***-**-7749 | J.P.Morga |
| COLUMBUS, OH 43218 | | | | |
| FOR UNDELIVERABLE MAIL ONLY | | Account Executive No | HLF | |
| | | ORIGINAL | 12/31/2022 | |

## 2022 INVESTMENT DETAILS

### DETAILS OF 2022 INVESTMENT ACTIVITY

| Date | Security Description | CUSIP | Transaction Description | Quantity | Price | Amount |
|------|---------------------|-------|------------------------|----------|-------|--------|
| 05/24/22 | META MATLS INC COMMON STOCK | 59134N104 | PURCHASE | 1,775 000 | $1 83 | $3,239 38 |
| 11/30/22 | META MATLS INC COMMON STOCK | 59134N104 | PURCHASE | 2 000 000 | $1 81 | $3 617 00 |
| 12/07/22 | META MATLS INC COMMON STOCK | 59134N104 | PURCHASE | 500 000 | $2 10 | $1,050 00 |
| 12/08/22 | META MATLS INC COMMON STOCK | 59134N104 | PURCHASE | 75 000 | $1 90 | $142 23 |
| 12/12/22 | META MATLS INC COMMON STOCK | 59134N104 | PURCHASE | 925 000 | $1 31 | $1 208 79 |
| 12/16/22 | META MATLS INC COMMON STOCK | 59134N104 | PURCHASE | 1,500 000 | $1 26 | $1,885 20 |
| 11/21/22 | META MATLS INC PFD SER A | 59134N203 | PURCHASE | 20 000 | $10 74 | $214 80 |

### DETAILS OF 2022 REINVESTMENTS

| Date | Security Description | CUSIP | Transaction Description | Quantity | Price | Amount |
|------|---------------------|-------|------------------------|----------|-------|--------|
| 02/10/22 | | 037833100 | REINVESTMENT | | - | |
| | | 037833100 | REINVESTMENT | | - | |
| 08/11/22 | | 037833100 | REINVESTMENT | | - | |
| 11/10/22 | | 037833100 | REINVESTMENT | | - | |
| 02/01/22 | | 92343V104 | REINVESTMENT | | - | |

### END OF 2022 DETAILS OF NON-REPORTABLE INFORMATION

THIS STATEMENT IS NOT A SUBSTITUTE FOR FORM 1099 AND IS PROVIDED FOR INFORMATIONAL PURPOSES ONLY

| J P MORGAN SECURITIES LLC<br>OH4-RM00<br>P O BOX 183211<br>COLUMBUS OH 43218<br>FOR UNDELIVERABLE MAIL ONLY | Account No<br>Account Name<br>Recipient's TIN<br><br>Account Executive No<br><br>ORIGINAL | 975-38213<br>ROBERT H SCHMIDT<br>** ** 7749<br><br>HLF<br><br>12/31/2023 | **J.P.Morgan** |

## 2023 INVESTMENT DETAILS

### DETAILS OF 2023 INVESTMENT ACTIVITY

| Date | Security Description | CUSIP | Transaction Description | Quantity | Price | Amount | Additional Information |
|---|---|---|---|---|---|---|---|
| | | 2▓ | PURCHASE | ▓ ▓ | ▓ | ▓ | |
| | | ▓ | PURCHASE | ▓ ▓ | ▓ | ▓ | |
| | | ▓ | PURCHASE | ▓ ▓ | ▓ | ▓ | |
| | | ▓ | PURCHASE | ▓ ▓ | ▓ | ▓ | |
| | | ▓ | PURCHASE | ▓ ▓ | ▓ | ▓ | |
| | | ▓ | PURCHASE | ▓ ▓ | ▓ | ▓ | |
| | | ▓ | PURCHASE | ▓ ▓ | ▓ | ▓ | |
| | | ▓ | PURCHASE | ▓ ▓ | ▓ | ▓ | |
| | | ▓ | PURCHASE | ▓ ▓ | ▓ | ▓ | |
| 01/06/23 | META MATLS INC COMMON STOCK | 59134N104 | PURCHASE | 1 000 000 | $1 17 | $1 167 50 | |
| 01/23/23 | META MATLS INC COMMON STOCK | 59134N104 | PURCHASE | 1 000 000 | $1 02 | $1 020 00 | |
| 01/25/23 | META MATLS INC COMMON STOCK | 59134N104 | PURCHASE | 2 000 000 | $1 01 | $2 011 00 | |
| 03/01/23 | META MATLS INC COMMON STOCK | 59134N104 | PURCHASE | 3 000 000 | $0 64 | $1 920 00 | |
| 04/14/23 | META MATLS INC COMMON STOCK | 59134N104 | PURCHASE | 1 500 000 | $0 22 | $336 00 | |
| 05/05/23 | META MATLS INC COMMON STOCK | 59134N104 | PURCHASE | 2 500 000 | $0 23 | $585 25 | |
| 05/22/23 | META MATLS INC COMMON STOCK | 59134N104 | PURCHASE | 10 000 000 | $0 20 | $2 023 00 | |
| 06/22/23 | META MATLS INC COMMON STOCK | 59134N104 | PURCHASE | 5 000 000 | $0 26 | $1 300 00 | |
| 07/06/23 | META MATLS INC COMMON STOCK | 59134N104 | PURCHASE | 5 000 000 | $0 20 | $1 023 00 | |
| 10/13/23 | META MATLS INC COMMON STOCK | 59134N104 | PURCHASE | 4 500 000 | $0 19 | $855 00 | |
| 11/30/23 | META MATLS INC COMMON STOCK | 59134N104 | PURCHASE | 500 000 | $0 22 | $108 55 | |
| | | 59134N104 | PURCHASE | 5 000 000 | $0 09 | $470 00 | |

THIS STATEMENT IS NOT A SUBSTITUTE FOR FORM 1099 AND IS PROVIDED FOR INFORMATIONAL PURPOSES ONLY

# J.P.Morgan

INDIVIDUAL  (Acct # 975-38213)                    ROBERT H SCHMIDT                    Stateme

## TRADE AND INVESTMENT ACTIVITY (continued)

| Trade Date / Settle Date | Transaction / Closing Method | Description | Quantity | Price | Cost | Proce |
|---|---|---|---|---|---|---|
| | | ~~INTRA-CELLULAR THERS INC~~ ~~S~~ ~~Symbol IVDA~~ | | | | |
| 24 Jan 2024 26 Jan 2024 | SELL FIFO | ~~GAIN ~~ ~~KO~~ LT ~~LOSS 72~~ ~~Symbol~~ | ~~~~ | ~~~~ | | ~~~~ |
| 25 Jan 2024 29 Jan 2024 | SELL FIFO | ~~SONNET~~ ~~HOLDING~~ COMMON STOCK ~~UNSOLICITED~~ ~~KO~~ST ~~LOSS 218~~ ~~Symbol SON~~ | ~~~~ | ~~~~ | | ~~~~ |
| 29 Jan 2024 29 Jan 2024 | EXCHANGE | **META MATERIALS INC** COMMON STOCK M076501 FROM M067927 RVS @0 01P/S Symbol  MMAT | 500 | | | |
| 29 Jan 2024 29 Jan 2024 | EXCHANGE | **META MATLS INC** COMMON STOCK M067927 TO M076501 RVS @0 01P/S CUSIP  59134N104 | (50,000) | | | |
| 26 Jan 2024 30 Jan 2024 | BUY | ~~UN~~ ~~O~~ ~~ROME KCBN~~02 ~~Symbol~~ | ~~~~ | ~~~~ | ~~~~ | |
| 26 Jan 2024 30 Jan 2024 | BUY | **META MATLS INC** COMMON STOCK UNSOLICITED J P MORGAN SECURITIES LLC MAKES A MARKET IN THIS SECURITY ROME KCBNSAPAAJ24012651458 CUSIP 59134N104 | 1,000 | 0 0561 | (56 10) | |
| 29 Jan 2024 30 Jan 2024 | STOCK SPLIT | **META MATERIALS INC** COMMON STOCK M076501 FROM | 10 | | | |

See additional footnotes on the last page of this account

Please read the important disclosures at the end of the statement  For questions, please contact us using the information provided on the front of this statement

| STATEMENT SUMMARY | BROKERAGE | |
|---|---|---|