NVB 3001 (Effective 1/21)

# UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA

**PROOF OF INTEREST**

| Name of Debtor | Case Number |
|---|---|
| META MATERIALS, INC | 24-50792 |

**1** Name and address of holder of the Equity Interest (the person or entity holding an Equity Interest in the Debtor Referred to hereinafter as the "Interest holder")

REZARTA PEJO
8808 GARFIELD ST
BETHESDA, MD 20817

Telephone Number
301-509-2092

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest Attach copy of statement giving particulars

☒ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors

**RECEIVED AND FILED**
**DEC 13 2024**
**U S BANKRUPTCY COURT**
**MARY A SCHOTT, CLERK**

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

**COURT USE ONLY**

| Account or other number by which Interest holder identifies Debtor | Check here if this claim |
|---|---|
| IRA 216711173 | ☐ replaces a previously filed Proof of Interest dated _____<br>☐ amends a previously filed Proof of Interest dated _____ |

**2** Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest
Fidelity Rezarta Pejo
245 Summer St Boston, MA 02210
Telephone Number (617) 563-7000

**3** Date Equity Interest was acquired
SEPTEMBER 29, 2021
NOVEMBER 29, 2021
NOVEMBER 18, 2022

**4** Total amount of member interest  35600 shares

**5** Certificate number(s)  see attached document

**6** Type of Equity Interest
Please indicate the type of Equity Interest you hold
☒ Check this box if your Equity Interest is based on an actual member interest held in the Debtor
☐ Check this box if your Equity Interest is based on anything else and describe that interest
Description  Investor

**7** Supporting Documents  Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc
DO NOT SEND ORIGINAL DOCUMENTS  If the documents are not available, explain  If the documents are voluminous, attach a summary

**8** Date-Stamped Copy  To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

**9** Signature
Check the appropriate box
☒ I am the creditor   ☐ I am the creditor's authorized agent   ☐ I am the trustee, or the debtor,   ☐ I am a guarantor, surety, endorser, or other codebtor
   (Attach copy of power of attorney if any)  or their authorized agent.  (See Bankruptcy Rule 3005)
   (See Bankruptcy Rule 3004)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief

Print Name  Rezarta Pejo
Title
Company __ Address and telephone number (if different from notice address above)

(Signature)  [signed]    (Date) 12-04/2024

Telephone number  301-509-2092    email  a_pejo@yahoo com

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both  18 U S C §§ 152 AND 3571*



# Activity & Orders

# SEP-IRA
Brokerage: 216711173

Q Search Activity & Orders

As of Dec-07-2024 2:48 PM ET

09/29/2021 — 09/29/2021    Orders    History    Transfers    ⇌ More filters

⚠ Due to high traffic, in progress transfers and deposits may not be displayed. Check for transfers

∨ September 29, 2021 - September 29, 2021

| Date | Description | Amount | Cash Balance |
|---|---|---|---|
| ∨ Sep-29-2021 | YOU BOUGHT META MATERIALS INC COM ISIN US59134N... (59134N104) (Cash) | -$25,020.00 | $959.21 |

| | |
|---|---|
| Date | Sep-29-2021 |
| Symbol | 59134N104 |
| Symbol description | META MATERIALS INC COM ISIN US59134N1046 SEDOL BKSCVX7 1 FOR 100 R/S INTO META MATERIALS INC |
| Type | Cash |
| Shares | +4,000.000 |
| Price | $6.26 |
| Amount | -$25,020.00 |
| Settlement date | Oct-01-2021 |

| Date | Description | Amount | Cash Balance |
|---|---|---|---|
| › Sep-29-2021 | YOU SOLD HUMANIGEN INC COM NEW NO STOCKHOLDER... (444863203) (Cash) | +$15,183.22 | $25,979.21 |
| › Sep-29-2021 | YOU BOUGHT DATCHAT INC COM 1 FOR 10 R/S INTO DA... (23816M107) (Cash) | -$38,273.10 | $10,795.99 |
| › Sep-29-2021 | YOU BOUGHT DATCHAT INC COM 1 FOR 10 R/S INTO DA... (23816M107) (Cash) | -$3,388.00 | $49,069.09 |
| › Sep-29-2021 | YOU BOUGHT DATCHAT INC COM 1 FOR 10 R/S INTO DA... (23816M107) (Cash) | -$711.25 | $52,457.09 |

### Don't see the activity you're looking for?

| | | | |
|---|---|---|---|
| Track a rollover or transfer from another firm | › | View orders for new issue bonds | › |
| See activity from over 5 years ago in Documents | › | Reassign the lots for an unsettled trade | › |
| See cost basis information in Positions | › | Status bid requests for bonds and CDs | › |
| View Your Commissions & Price Improvement Summary | › | | |

All transaction detail provided reflects the local currency of the security, as identified by the currency abbreviation.

Content and data provided by various third parties and Fidelity. Terms of Use

Performance data shown represents past performance and is no guarantee of future results. Investment return and principal value will fluctuate, so investors may have a gain or loss when shares are sold. Current performance may be higher or lower than what is quoted. Click on a security for most recent month-end performance.

Fidelity Crypto® accounts and custody and trading of crypto in such accounts are provided by Fidelity Digital Asset Services, LLC, which is chartered as a limited purpose trust company by the New York State Department of Financial Services to engage in virtual currency business (NMLS ID 1773897). Crypto is not insured by the Federal Deposit Insurance Corporation or the Securities Investor Protection Corporation ("SIPC"). Brokerage services in support of securities trading are provided by Fidelity Brokerage Services LLC ("FBS"), and related custody services are provided by National Financial Services LLC ("NFS"), each a registered broker-dealer and member NYSE and SIPC. Neither FBS nor NFS offer crypto as a direct investment nor provide trading or custody services for such assets. Fidelity Crypto is a registered service mark of FMR LLC. Fidelity Crypto® risk disclosures | Fidelity Crypto® complaints & disclosures

939131.3.0

∨ **Additional important information**



Copyright 1998- 2024 FMR LLC. All rights reserved.

Terms of Use | Privacy | Security | Site Map | Accessibility | Contact Us | Share Your Screen

This is for persons in the U.S. only.



# Activity & Orders

# SEP-IRA
Brokerage: 216711173

Q Search Activity & Orders

As of Dec-07-2024 2:52 PM ET

11/18/2022 – 11/18/2022    Orders    History    Transfers    ⇌ More filters

⚠ Due to high traffic, in progress transfers and deposits may not be displayed. Check for transfers

∨ **November 18, 2022 - November 18, 2022**

| Date | Description | Amount | Cash Balance |
|---|---|---|---|
| ∨ Nov-18-2022 | YOU BOUGHT META MATERIALS INC COM ISIN US59134N... (59134N104) (Cash) | -$42,543.00 | $48.88 |

| | |
|---|---|
| Date | Nov-18-2022 |
| Symbol | 59134N104 |
| Symbol description | META MATERIALS INC COM ISIN US59134N1046 SEDOL BKSCVX7 1 FOR 100 R/S INTO META MATERIALS INC |
| Type | Cash |
| Shares | +26,100.000 |
| Price | $1.63 |
| Amount | -$42,543.00 |
| Settlement date | Nov-22-2022 |

## Don't see the activity you're looking for?

Track a rollover or transfer from another firm    >      View orders for new issue bonds    >

See activity from over 5 years ago in Documents    >      Reassign the lots for an unsettled trade    >

See cost basis information in Positions    >      Status bid requests for bonds and CDs    >

View Your Commissions & Price Improvement Summary    >

All transaction detail provided reflects the local currency of the security, as identified by the currency abbreviation.

Content and data provided by various third parties and Fidelity. Terms of Use

Performance data shown represents past performance and is no guarantee of future results. Investment return and principal value will fluctuate, so investors may have a gain or loss when shares are sold. Current performance may be higher or lower than what is quoted. Click on a security for most recent month-end performance.

Fidelity Crypto® accounts and custody and trading of crypto in such accounts are provided by Fidelity Digital Asset Services, LLC, which is chartered as a limited purpose trust company by the New York State Department of Financial Services to engage in virtual currency business (NMLS ID 1773897). Crypto is not insured by the Federal Deposit Insurance Corporation or the Securities Investor Protection Corporation ("SIPC"). Brokerage services in support of securities trading are provided by Fidelity Brokerage Services LLC ("FBS"), and related custody services are provided by National Financial Services LLC ("NFS"), each a registered

broker-dealer and member NYSE and SIPC. Neither FBS nor NFS offer crypto as a direct investment nor provide trading or custody services for such assets. Fidelity Crypto is a registered service mark of FMR LLC. Fidelity Crypto® risk disclosures | Fidelity Crypto® complaints & disclosures

939131.3.0

∨ **Additional important information**



Copyright 1998- 2024 FMR LLC. All rights reserved.

Terms of Use | Privacy | Security | Site Map | Accessibility | Contact Us | Share Your Screen

This is for persons in the U.S. only.

**Fidelity**

## Activity & Orders

# SEP-IRA
Brokerage: 216711173

Q Search Activity & Orders                                   As of Dec-08-2024 10:24 PM ET

11/29/2021 - 11/29/2021    Orders    History    Transfers    ⇌ More filters

⚠ Due to high traffic, in progress transfers and deposits may not be displayed. Check for transfers

∨ **November 29, 2021 - November 29, 2021**

| Date | Description | Amount | Cash Balance |
|---|---|---|---|
| Nov-29-2021 | YOU BOUGHT META MATERIALS INC COM ISIN US59134N... (59134N104) (Cash) | -$14,080.37 | $229.81 |

| | |
|---|---|
| Date | Nov-29-2021 |
| Symbol | 59134N104 |
| Symbol description | META MATERIALS INC COM ISIN US59134N1046 SEDOL BKSCVX7 1 FOR 100 R/S INTO META MATERIALS INC |
| Type | Cash |
| Shares | +3,658.000 |
| Price | $3.85 |
| Amount | -$14,080.37 |
| Settlement date | Dec-01-2021 |

| Date | Description | Amount | Cash Balance |
|---|---|---|---|
| Nov-29-2021 | YOU BOUGHT META MATERIALS INC COM ISIN US59134N... (59134N104) (Cash) | -$4,598.62 | $14,310.18 |

| | |
|---|---|
| Date | Nov-29-2021 |
| Symbol | 59134N104 |
| Symbol description | META MATERIALS INC COM ISIN US59134N1046 SEDOL BKSCVX7 1 FOR 100 R/S INTO META MATERIALS INC |
| Type | Cash |
| Shares | +1,196.000 |
| Price | $3.85 |
| Amount | -$4,598.62 |
| Settlement date | Dec-01-2021 |

| Date | Description | Amount | Cash Balance |
|---|---|---|---|
| Nov-29-2021 | YOU BOUGHT META MATERIALS INC COM ISIN US59134N... (59134N104) (Cash) | -$1,153.50 | $18,908.80 |

| | |
|---|---|
| Date | Nov-29-2021 |
| Symbol | 59134N104 |
| Symbol description | META MATERIALS INC COM ISIN US59134N1046 SEDOL BKSCVX7 1 FOR 100 R/S INTO META MATERIALS INC |
| Type | Cash |

| | |
|---|---|
| Shares | +300.000 |
| Price | $3.85 |
| Amount | -$1,153.50 |
| Settlement date | Dec-01-2021 |

> Nov-29-2021   YOU BOUGHT META MATERIALS INC COM ISIN US59134N... (59134N104) (Cash)   -$1,155.00   $20,062.30

> Nov-29-2021   YOU SOLD DMY TECHNOLOGY GROUP INC IV COM CL A... (23344K102) (Cash)   +$20,570.89   $21,217.30

### Don't see the activity you're looking for?

| | | | |
|---|---|---|---|
| Track a rollover or transfer from another firm | > | View orders for new issue bonds | > |
| See activity from over 5 years ago in Documents | > | Reassign the lots for an unsettled trade | > |
| See cost basis information in Positions | > | Status bid requests for bonds and CDs | > |
| View Your Commissions & Price Improvement Summary | > | | |

All transaction detail provided reflects the local currency of the security, as identified by the currency abbreviation.

Content and data provided by various third parties and Fidelity. Terms of Use

Performance data shown represents past performance and is no guarantee of future results. Investment return and principal value will fluctuate, so investors may have a gain or loss when shares are sold. Current performance may be higher or lower than what is quoted. Click on a security for most recent month-end performance.

Fidelity Crypto® accounts and custody and trading of crypto in such accounts are provided by Fidelity Digital Asset Services, LLC, which is chartered as a limited purpose trust company by the New York State Department of Financial Services to engage in virtual currency business (NMLS ID 1773897). Crypto is not insured by the Federal Deposit Insurance Corporation or the Securities Investor Protection Corporation ("SIPC"). Brokerage services in support of securities trading are provided by Fidelity Brokerage Services LLC ("FBS"), and related custody services are provided by National Financial Services LLC ("NFS"), each a registered broker-dealer and member NYSE and SIPC. Neither FBS nor NFS offer crypto as a direct investment nor provide trading or custody services for such assets. Fidelity Crypto is a registered service mark of FMR LLC. Fidelity Crypto® risk disclosures | Fidelity Crypto® complaints & disclosures

939131.3.0

∨ Additional important information



Copyright 1998- 2024 FMR LLC. All rights reserved.
Terms of Use | Privacy | Security | Site Map | Accessibility | Contact Us | Share Your Screen
This is for persons in the U.S. only.



# Positions

# SEP-IRA

Brokerage: 216711173

**Overview**

As of Dec-08-2024 10:11 p.m. ET 

| Symbol | Last Price | Today's Gain/Loss | Total Gain/Loss | Current Value | % of Account | Quantity | Cost Basis | 52-Week Range |
|---|---|---|---|---|---|---|---|---|
| **SEP-IRA** 216711173 | | | | | | | | |
| **CORE** FDIC-INSURED DEPO... | | | | $63.13 | 100.00% | | | |
| **MMATQ** META MATERIALS INC... | -$0.0001 | -$0.04 -99.01% | -$88,550.49 -100.00% | $0.00 | 0.00% | 356 | $88,550.49 $248.74 / Share | -- |

### META MATERIALS INC COM NEW ISIN #US59134N3026 SEDOL #BQ67J98

| Acquired | Term | $ Total Gain/Loss | % Total Gain/Loss | Current Value | Quantity | Average Cost Basis | Cost Basis Total |
|---|---|---|---|---|---|---|---|
| Nov-18-2022 | Long | -$42,543.00 | -100% | $0.00 | 261.339 | $162.79 | $42,543.00 |
| Nov-29-2021 | Long | -$14,080.37 | -100% | $0.00 | 36.627 | $384.43 | $14,080.37 |
| Nov-29-2021 | Long | -$1,155.00 | -100% | $0.00 | 3.003 | $384.62 | $1,155.00 |
| Nov-29-2021 | Long | -$4,598.62 | -100% | $0.00 | 11.976 | $383.99 | $4,598.62 |
| Nov-29-2021 | Long | -$1,153.50 | -100% | $0.00 | 3.003 | $384.12 | $1,153.50 |
| Sep-29-2021 | Long | -$25,020.00 | -100% | $0.00 | 40.052 | $624.69 | $25,020.00 |

| Account Total | | -$0.04 -0.06% | -$88,550.49 -100.00% | $63.13 | | | |
|---|---|---|---|---|---|---|---|

| Securities Priced Today | $0.00 |
|---|---|
| Securities Not Priced Today | -$0.04 |

Some securities, such as mutual funds, are not priced until after the market closes.