NVB 3001 (Effective 1/21)

# UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA

**PROOF OF INTEREST**

**Name of Debtor:** Meta Materials

**Case Number:** 24-50792-hlb

**1. Name and address of holder of the Equity Interest** (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

Andre' Yacobenas
107 River Rd
Wilmington DE, 19809

**Telephone Number:** 267 671 8481

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

☑ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

**RECEIVED AND FILED**
**DEC 12 2024**
**U.S. BANKRUPTCY COURT**
**MARY A. SCHOTT, CLERK**

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

**COURT USE ONLY**

**Account or other number by which Interest holder identifies Debtor:** 111095204

Check here if this claim:
☐ replaces a previously filed Proof of Interest dated: _____
☐ amends a previously filed Proof of Interest dated: _____

**2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:**

Robinhood
robinhood.com/contact
report@robinhood.com

**Telephone Number:**

**3. Date Equity Interest was acquired:**
Feb 18 "2021" 593 / June 11 - 23 "2021"
Feb 23 "2021" 90 / 2697
March 4 - 11 1071

**4. Total amount of member interest:** 4451

**5. Certificate number(s):** _____

**6. Type of Equity Interest:**
Please indicate the type of Equity Interest you hold:
☑ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
☐ Check this box if your Equity Interest is based on anything else and describe that interest:
**Description:** Investor

**7. Supporting Documents:** Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**8. Date-Stamped Copy:** To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

**9. Signature:**
Check the appropriate box.
☑ I am the creditor.   ☐ I am the creditor's authorized agent.   ☐ I am the trustee, or the debtor,   ☐ I am a guarantor, surety, endorser, or other codebtor.
(Attach copy of power of attorney, if any.) or their authorized agent. (See Bankruptcy Rule 3005.)
(See Bankruptcy Rule 3004.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

**Print Name:** Andre' Yacobenas
**Title:**
**Company:** Address and telephone number (if different from notice address above):

(Signature) Andre' Y___   (Date) 12-8-24

**Telephone number:** 267 671 8481   **email:** yacobenas@gmail.com

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

Print Form    Save Form    Clear Form

# Robinhood

85 Willow Rd, Menlo Park, CA 94025
help@robinhood.com

02/18/2021
Andre Yacobenas Account #:111095204
107 River Rd, Wilmington, DE 19809

| Equities/Options | B/S | Trade Date | Settle Date | Acct Type | Price | QTY | Principal | Comm | Tran Fee | Net Amount | MKT | CAP | U/S |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Torchlight Energy Resources TRCH CUSIP: 89102U103 | B | 02/18/2021 | 02/22/2021 | C | $3.3650 | 0.298152 | $1.00 | $0.00 | $0.00 | $1.00 | OTC | 3 | U |
| Torchlight Energy Resources TRCH CUSIP: 89102U103 | B | 02/18/2021 | 02/22/2021 | C | $3.3650 | 0.055488 | $0.19 | $0.00 | $0.00 | $0.19 | OTC | 3 | U |
| Torchlight Energy Resources TRCH CUSIP: 89102U103 | B | 02/18/2021 | 02/22/2021 | C | $3.3689 | 593.312357 | $1,998.81 | $0.00 | $0.00 | $1,998.81 | OTC | 3 | U |

**Total Quantity Bought:** 593.665997  **Total Dollars Bought:** $2,000.00

**Total Quantity Sold:** 0  **Total Dollars Sold:** $0.00



85 Willow Rd, Menlo Park, CA 94025
help@robinhood.com

02/23/2021
**Andre Yacobenas** Account #:111095204
107 River Rd, Wilmington, DE 19809

| Equities/Options | B/S | Trade Date | Settle Date | Acct Type | Price | QTY | Principal | Comm | Tran Fee | Net Amount | MKT | CAP | U/S |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Torchlight Energy Resources TRCH CUSIP: 89102U103 | B | 02/23/2021 | 02/25/2021 | C | $2.8300 | 90.321554 | $255.61 | $0.00 | $0.00 | $255.61 | OTC | 3 | U |

**Total Quantity Bought:** 90.321554  **Total Dollars Bought:** $255.61
**Total Quantity Sold:** 0  **Total Dollars Sold:** $0.00

# Robinhood

85 Willow Rd, Menlo Park, CA 94025
help@robinhood.com

03/04/2021
**Andre Yacobenas** Account #:111095204
107 River Rd, Wilmington, DE 19809

| Equities/Options | B/S | Trade Date | Settle Date | Acct Type | Price | QTY | Principal | Comm | Tran Fee | Net Amount | MKT | CAP | U/S |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Torchlight Energy Resources TRCH CUSIP: 89102U103 | B | 03/04/2021 | 03/08/2021 | C | $2.3250 | 0.215053 | $0.50 | $0.00 | $0.00 | $0.50 | OTC | 3 | U |
| Torchlight Energy Resources TRCH CUSIP: 89102U103 | B | 03/04/2021 | 03/08/2021 | C | $2.3300 | 500 | $1,165.00 | $0.00 | $0.00 | $1,165.00 | OTC | 3 | U |
| Torchlight Energy Resources TRCH CUSIP: 89102U103 | B | 03/04/2021 | 03/08/2021 | C | $2.3300 | 358.154506 | $834.50 | $0.00 | $0.00 | $834.50 | OTC | 3 | U |
| Ocugen, Inc OCGN CUSIP: 67577C105 | B | 03/04/2021 | 03/08/2021 | C | $9.2600 | 60 | $555.60 | $0.00 | $0.00 | $555.60 | OTC | 1 | U |
| Torchlight Energy Resources TRCH CUSIP: 89102U103 | B | 03/04/2021 | 03/08/2021 | C | $2.3250 | 1.027956 | $2.39 | $0.00 | $0.00 | $2.39 | OTC | 3 | U |
| Torchlight Energy Resources TRCH CUSIP: 89102U103 | B | 03/04/2021 | 03/08/2021 | C | $2.3250 | 212 | $492.90 | $0.00 | $0.00 | $492.90 | OTC | 3 | U |

**Total Quantity Bought:** 1,131.397515  **Total Dollars Bought:** $3,050.89

**Total Quantity Sold:** 0  **Total Dollars Sold:** $0.00

# Robinhood

85 Willow Rd, Menlo Park, CA 94025
help@robinhood.com

03/04/2021
**Andre Yacobenas** Account #:111095204
107 River Rd, Wilmington, DE 19809

| Equities/Options | B/S | Trade Date | Settle Date | Acct Type | Price | QTY | Principal | Comm | Tran Fee | Net Amount | MKT | CAP | U/S |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Torchlight Energy Resources TRCH CUSIP: 89102U103 | B | 03/04/2021 | 03/08/2021 | C | $2.3250 | 0.215053 | $0.50 | $0.00 | $0.00 | $0.50 | OTC | 3 | U |
| Torchlight Energy Resources TRCH CUSIP: 89102U103 | B | 03/04/2021 | 03/08/2021 | C | $2.3300 | 500 | $1,165.00 | $0.00 | $0.00 | $1,165.00 | OTC | 3 | U |
| Torchlight Energy Resources TRCH CUSIP: 89102U103 | B | 03/04/2021 | 03/08/2021 | C | $2.3300 | 358.154506 | $834.50 | $0.00 | $0.00 | $834.50 | OTC | 3 | U |
| Ocugen, Inc OCGN CUSIP: 67577C105 | B | 03/04/2021 | 03/08/2021 | C | $9.2600 | 60 | $555.60 | $0.00 | $0.00 | $555.60 | OTC | 1 | U |
| Torchlight Energy Resources TRCH CUSIP: 89102U103 | B | 03/04/2021 | 03/08/2021 | C | $2.3250 | 1.027956 | $2.39 | $0.00 | $0.00 | $2.39 | OTC | 3 | U |
| Torchlight Energy Resources TRCH CUSIP: 89102U103 | B | 03/04/2021 | 03/08/2021 | C | $2.3250 | 212 | $492.90 | $0.00 | $0.00 | $492.90 | OTC | 3 | U |

**Total Quantity Bought:** 1,131.397515           **Total Dollars Bought:** $3,050.89

**Total Quantity Sold:** 0           **Total Dollars Sold:** $0.00



85 Willow Rd, Menlo Park, CA 94025
help@robinhood.com

06/11/2021
**Andre Yacobenas** Account #:111095204
107 River Rd, Wilmington, DE 19809

| Equities/Options | B/S | Trade Date | Settle Date | Acct Type | Price | QTY | Principal | Comm | Tran Fee | Net Amount | MKT | CAP | U/S |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Ocugen, Inc OCGN CUSIP: 67577C105 | S | 06/11/2021 | 06/15/2021 | M | $6.5850 | 100 | $658.50 | $0.00 | $0.02 | $658.48 | OTC | 1 | U |
| Torchlight Energy Resources TRCH CUSIP: 89102U103 | B | 06/11/2021 | 06/15/2021 | M | $3.0995 | 200 | $619.90 | $0.00 | $0.00 | $619.90 | OTC | 1 | U |
| Torchlight Energy Resources TRCH CUSIP: 89102U103 | B | 06/11/2021 | 06/15/2021 | M | $3.0995 | 15 | $46.49 | $0.00 | $0.00 | $46.49 | OTC | 1 | U |

**Total Quantity Bought:** 215   **Total Dollars Bought:** $666.39

**Total Quantity Sold:** 100   **Total Dollars Sold:** $658.48


**Robinhood**

85 Willow Rd, Menlo Park, CA 94025
help@robinhood.com

06/15/2021
**Andre Yacobenas** Account #:111095204
107 River Rd, Wilmington, DE 19809

| Equities/Options | B/S | Trade Date | Settle Date | Acct Type | Price | QTY | Principal | Comm | Tran Fee | Net Amount | MKT | CAP | U/S |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Torchlight Energy Resources TRCH CUSIP: 89102U103 | B | 06/15/2021 | 06/17/2021 | M | $5.9950 | 16 | $95.92 | $0.00 | $0.00 | $95.92 | OTC | 1 | U |
| Ideanomics IDEX CUSIP: 45166V106 | S | 06/15/2021 | 06/17/2021 | M | $2.9204 | 2,986.843056 | $8,722.78 | $0.00 | $0.41 | $8,722.37 | OTC | 3 | U |
| Torchlight Energy Resources TRCH CUSIP: 89102U103 | B | 06/15/2021 | 06/17/2021 | M | $5.7500 | 1,000 | $5,750.00 | $0.00 | $0.00 | $5,750.00 | OTC | 1 | U |
| Torchlight Energy Resources TRCH CUSIP: 89102U103 | B | 06/15/2021 | 06/17/2021 | M | $5.8000 | 200 | $1,160.00 | $0.00 | $0.00 | $1,160.00 | OTC | 1 | U |
| Torchlight Energy Resources TRCH CUSIP: 89102U103 | B | 06/15/2021 | 06/17/2021 | M | $5.7000 | 300 | $1,710.00 | $0.00 | $0.00 | $1,710.00 | OTC | 1 | U |
| Torchlight Energy Resources TRCH CUSIP: 89102U103 | B | 06/15/2021 | 06/17/2021 | M | $5.1900 | 20 | $103.80 | $0.00 | $0.00 | $103.80 | OTC | 1 | U |

**Total Quantity Bought:** 1,536  **Total Dollars Bought:** $8,819.72

**Total Quantity Sold:** 2,986.843056  **Total Dollars Sold:** $8,722.37



**Robinhood**

85 Willow Rd, Menlo Park, CA 94025
help@robinhood.com

06/15/2021
**Andre Yacobenas** Account #:111095204
107 River Rd, Wilmington, DE 19809

| Equities/Options | B/S | Trade Date | Settle Date | Acct Type | Price | QTY | Principal | Comm | Tran Fee | Net Amount | MKT | CAP | U/S |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Torchlight Energy Resources TRCH CUSIP: 89102U103 | B | 06/15/2021 | 06/17/2021 | M | $5.9950 | 16 | $95.92 | $0.00 | $0.00 | $95.92 | OTC | 1 | U |
| Ideanomics IDEX CUSIP: 45166V106 | S | 06/15/2021 | 06/17/2021 | M | $2.9204 | 2,986.843056 | $8,722.78 | $0.00 | $0.41 | $8,722.37 | OTC | 3 | U |
| Torchlight Energy Resources TRCH CUSIP: 89102U103 | B | 06/15/2021 | 06/17/2021 | M | $5.7500 | 1,000 | $5,750.00 | $0.00 | $0.00 | $5,750.00 | OTC | 1 | U |
| Torchlight Energy Resources TRCH CUSIP: 89102U103 | B | 06/15/2021 | 06/17/2021 | M | $5.8000 | 200 | $1,160.00 | $0.00 | $0.00 | $1,160.00 | OTC | 1 | U |
| Torchlight Energy Resources TRCH CUSIP: 89102U103 | B | 06/15/2021 | 06/17/2021 | M | $5.7000 | 300 | $1,710.00 | $0.00 | $0.00 | $1,710.00 | OTC | 1 | U |
| Torchlight Energy Resources TRCH CUSIP: 89102U103 | B | 06/15/2021 | 06/17/2021 | M | $5.1900 | 20 | $103.80 | $0.00 | $0.00 | $103.80 | OTC | 1 | U |

**Total Quantity Bought:** 1,536
**Total Quantity Sold:** 2,986.843056
**Total Dollars Bought:** $8,819.72
**Total Dollars Sold:** $8,722.37



85 Willow Rd, Menlo Park, CA 94025
help@robinhood.com

06/15/2021
**Andre Yacobenas** Account #:111095204
107 River Rd, Wilmington, DE 19809

| Equities/Options | B/S | Trade Date | Settle Date | Acct Type | Price | QTY | Principal | Comm | Tran Fee | Net Amount | MKT | CAP | U/S |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Torchlight Energy Resources TRCH CUSIP: 89102U103 | B | 06/15/2021 | 06/17/2021 | M | $5.9950 | 16 | $95.92 | $0.00 | $0.00 | $95.92 | OTC | 1 | U |
| Ideanomics IDEX CUSIP: 45166V106 | S | 06/15/2021 | 06/17/2021 | M | $2.9204 | 2,986.843056 | $8,722.78 | $0.00 | $0.41 | $8,722.37 | OTC | 3 | U |
| Torchlight Energy Resources TRCH CUSIP: 89102U103 | B | 06/15/2021 | 06/17/2021 | M | $5.7500 | 1,000 | $5,750.00 | $0.00 | $0.00 | $5,750.00 | OTC | 1 | U |
| Torchlight Energy Resources TRCH CUSIP: 89102U103 | B | 06/15/2021 | 06/17/2021 | M | $5.8000 | 200 | $1,160.00 | $0.00 | $0.00 | $1,160.00 | OTC | 1 | U |
| Torchlight Energy Resources TRCH CUSIP: 89102U103 | B | 06/15/2021 | 06/17/2021 | M | $5.7000 | 300 | $1,710.00 | $0.00 | $0.00 | $1,710.00 | OTC | 1 | U |
| Torchlight Energy Resources TRCH CUSIP: 89102U103 | B | 06/15/2021 | 06/17/2021 | M | $5.1900 | 20 | $103.80 | $0.00 | $0.00 | $103.80 | OTC | 1 | U |

**Total Quantity Bought:** 1,536  **Total Dollars Bought:** $8,819.72

**Total Quantity Sold:** 2,986.843056  **Total Dollars Sold:** $8,722.37

**Robinhood**

85 Willow Rd, Menlo Park, CA 94025
help@robinhood.com

06/15/2021
**Andre Yacobenas** Account #:111095204
107 River Rd, Wilmington, DE 19809

| Equities/Options | B/S | Trade Date | Settle Date | Acct Type | Price | QTY | Principal | Comm | Tran Fee | Net Amount | MKT | CAP | U/S |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Torchlight Energy Resources<br>TRCH CUSIP: 89102U103 | B | 06/15/2021 | 06/17/2021 | M | $5.9950 | 16 | $95.92 | $0.00 | $0.00 | $95.92 | OTC | 1 | U |
| Ideanomics<br>IDEX CUSIP: 45166V106 | S | 06/15/2021 | 06/17/2021 | M | $2.9204 | 2,986.843056 | $8,722.78 | $0.00 | $0.41 | $8,722.37 | OTC | 3 | U |
| Torchlight Energy Resources<br>TRCH CUSIP: 89102U103 | B | 06/15/2021 | 06/17/2021 | M | $5.7500 | 1,000 | $5,750.00 | $0.00 | $0.00 | $5,750.00 | OTC | 1 | U |
| Torchlight Energy Resources<br>TRCH CUSIP: 89102U103 | B | 06/15/2021 | 06/17/2021 | M | $5.8000 | 200 | $1,160.00 | $0.00 | $0.00 | $1,160.00 | OTC | 1 | U |
| Torchlight Energy Resources<br>TRCH CUSIP: 89102U103 | B | 06/15/2021 | 06/17/2021 | M | $5.7000 | 300 | $1,710.00 | $0.00 | $0.00 | $1,710.00 | OTC | 1 | U |
| Torchlight Energy Resources<br>TRCH CUSIP: 89102U103 | B | 06/15/2021 | 06/17/2021 | M | $5.1900 | 20 | $103.80 | $0.00 | $0.00 | $103.80 | OTC | 1 | U |

**Total Quantity Bought:** 1,536          **Total Dollars Bought:** $8,819.72

**Total Quantity Sold:** 2,986.843056    **Total Dollars Sold:** $8,722.37

# Robinhood

85 Willow Rd, Menlo Park, CA 94025
help@robinhood.com

06/22/2021
**Andre Yacobenas** Account #:111095204
107 River Rd, Wilmington, DE 19809

| Equities/Options | B/S | Trade Date | Settle Date | Acct Type | Price | QTY | Principal | Comm | Tran Fee | Net Amount | MKT | CAP | U/S |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AMC Entertainment<br>AMC CUSIP: 00165C104 | S | 06/22/2021 | 06/24/2021 | M | $54.6201 | 0.024899 | $1.36 | $0.00 | $0.04 | $1.32 | OTC | 3 | U |
| AMC Entertainment<br>AMC CUSIP: 00165C104 | S | 06/22/2021 | 06/24/2021 | M | $54.6201 | 91.516427 | $4,998.64 | $0.00 | $0.04 | $4,998.60 | OTC | 3 | U |
| Torchlight Energy Resources<br>TRCH CUSIP: 89102U103 | B | 06/22/2021 | 06/24/2021 | M | $7.8450 | 0.465901 | $3.65 | $0.00 | $0.00 | $3.65 | OTC | 3 | U |
| Torchlight Energy Resources<br>TRCH CUSIP: 89102U103 | B | 06/22/2021 | 06/24/2021 | M | $7.8499 | 636.603014 | $4,997.27 | $0.00 | $0.00 | $4,997.27 | OTC | 3 | U |

**Total Quantity Bought:** 637.068915  **Total Dollars Bought:** $5,000.92

**Total Quantity Sold:** 91.541326  **Total Dollars Sold:** $4,999.92

# Robinhood

85 Willow Rd, Menlo Park, CA 94025
help@robinhood.com

06/23/2021
**Andre Yacobenas** Account #:111095204
107 River Rd, Wilmington, DE 19809

| Equities/Options | B/S | Trade Date | Settle Date | Acct Type | Price | QTY | Principal | Comm | Tran Fee | Net Amount | MKT | CAP | U/S |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AMC Entertainment<br>AMC CUSIP: 00165C104 | S | 06/23/2021 | 06/25/2021 | M | $59.6000 | 0.624161 | $37.20 | $0.00 | $0.00 | $37.20 | OTC | 3 | U |
| AMC Entertainment<br>AMC CUSIP: 00165C104 | S | 06/23/2021 | 06/25/2021 | M | $59.5900 | 0.007048 | $0.42 | $0.00 | $0.00 | $0.42 | OTC | 3 | U |
| AMC Entertainment<br>AMC CUSIP: 00165C104 | S | 06/23/2021 | 06/25/2021 | M | $59.5900 | 42 | $2,502.78 | $0.00 | $0.02 | $2,502.76 | OTC | 3 | U |
| AMC Entertainment<br>AMC CUSIP: 00165C104 | S | 06/23/2021 | 06/25/2021 | M | $59.5950 | 1 | $59.60 | $0.00 | $0.00 | $59.60 | OTC | 3 | U |
| Torchlight Energy Resources<br>TRCH CUSIP: 89102U103 | B | 06/23/2021 | 06/25/2021 | M | $5.1000 | 509 | $2,595.90 | $0.00 | $0.00 | $2,595.90 | OTC | 1 | U |

**Total Quantity Bought:** 509  **Total Dollars Bought:** $2,595.90

**Total Quantity Sold:** 43.631209  **Total Dollars Sold:** $2,599.98

NVB 3001 (Effective 1/21)

# UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA

## PROOF OF INTEREST

**Name of Debtor:** Meta Materials
**Case Number:** 24-50792-hlb

**1. Name and address of holder of the Equity Interest** (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

Andre' Yacobenas
107 River Rd
Wilmington DE, 19809

**Telephone Number:** —

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

☑ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

**COURT USE ONLY**

**Account or other number by which Interest holder identifies Debtor:**
593853800963 84370

Check here if this claim:
☐ replaces a previously filed Proof of Interest dated: _____
☐ amends a previously filed Proof of Interest dated: _____

**2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:**
JP Morgan Chase/Account of Charles Schwab
**Telephone Number:** 877 519 1403

**3. Date Equity Interest was acquired:**
Not sure
TD was taken over by Charles Schwab

**4. Total amount of member interest:** 2223

**5. Certificate number(s):** _____

**6. Type of Equity Interest:**
Please indicate the type of Equity Interest you hold:
☐ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
☐ Check this box if your Equity Interest is based on anything else and describe that interest:
**Description:** Investor

**7. Supporting Documents:** Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**8. Date-Stamped Copy:** To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

**9. Signature:**
Check the appropriate box.
☑ I am the creditor.
☐ I am the creditor's authorized agent. (Attach copy of power of attorney, if any.)
☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)
☐ I am a guarantor, surety, endorser, or other codebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

**Print Name:** Andre' Yacobenas
**Title:** _____
**Company:** Address and telephone number (if different from notice address above): _____

(Signature) **Date:** 12-8-24

**Telephone number:** 267 471 8481  **email:** yacobenas@gmail.com

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

yacobenas@gmail.com

[ Print Form ]   [ Save Form ]   [ Clear Form ]



**Schwab One® Account of**

ANDRE YACOBENAS

Statement Period
June 1-30, 2023

## Asset Allocation

| | This Period |
|---|---|
| Cash and Cash Investments | (2.47) |
| Equities | 9,101.57 |
| **Total** | **$9,099.10** |

## Positions - Summary

| Beginning Value as of | + | Transfer of Securities(In/Out) | + | Dividends Reinvested | + | Cash Activity | + | Change in Market Value | = | Ending Value as of 06/30 | Cost Basis | Unrealized Gain/(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| $9,695.07 | | $0.00 | | $0.00 | | $0.00 | | ($595.97) | | $9,099.10 | $36,356.22 | ($27,254.65) |

Values may not reflect all of your gains/losses; Schwab has provided accurate gain and loss information wherever possible for most investments. Cost basis may be incomplete or unavailable for some of your holdings and may change or be adjusted in certain cases. Statement information should not be used for tax preparation, instead refer to official tax documents. For additional information refer to Terms and Conditions.

## Cash and Cash Investments

| Type | Symbol | Description | Quantity | Price($) | Beginning Balance($) | Ending Balance($) | Change in Period Balance($) | Pending/Unsettled Cash($) | Interest/ Yield Rate | Period Income($) |
|---|---|---|---|---|---|---|---|---|---|---|
| Cash | | | | | (2.47) | (2.47) | 0.00 | 0.00 | | |
| **Total Cash and Cash Investments** | | | | | **($2.47)** | **($2.47)** | **$0.00** | | | |

## Positions - Equities

| Symbol | Description | Quantity | Price($) | Market Value($) | Cost Basis($) | Unrealized Gain/(Loss)($) | Est. Yield | Est. Annual Income($) | Accrued Income($) |
|---|---|---|---|---|---|---|---|---|---|
| APE | AMC ENTERTAINMEN 0% PFD PFD | 1,300.0000 | 1.74000 | 2,262.00 | 7,517.51 | (5,255.51) | N/A | 0.00 | |
| AMC | AMC ENTERTAINMENT | 1,165.0000 | 4.40000 | 5,126.00 | 11,435.56 | (6,309.56) | N/A | 0.00 | |
| EVFM | EVOFEM BIOSCIENCES INC | 14.0000 | 0.74000 | 10.36 | 2,460.82 | (2,450.46) | N/A | 0.00 | |
| ILUS | ILUSTRATO PICTRS INTL | 20,000.0000 | 0.02650 | 530.00 | 1,906.19 | (1,376.19) | N/A | 0.00 | |
| MMAT | META MATLS INC | 2,223.0000 | 0.21520 | 478.39 | 8,090.28 | (7,611.89) | N/A | 0.00 | |
| OCGN | OCUGEN INC | 300.0000 | 0.54310 | 162.93 | 2,285.76 | (2,122.83) | N/A | 0.00 | |