NVB 3001 (Effective 1/21)

# UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA

**PROOF OF INTEREST**

| Name of Debtor: | Case Number: |
|---|---|
| META MATERIALS, INC | 24-50792 |

**1. Name and address of holder of the Equity Interest** (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

ARBEN PEJO
8808 GARFIELD ST
BETHESDA, MD 20817

Telephone Number: 301-461-9700

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

■ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

**RECEIVED AND FILED**
**DEC 13 2024**
**U.S. BANKRUPTCY COURT**
**MARY A. SCHOTT, CLERK**

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

**COURT USE ONLY**

| Account or other number by which Interest holder identifies Debtor: | Check here if this claim: |
|---|---|
| Z06174699 | ☐ replaces a previously filed Proof of Interest dated: ___<br>☐ amends a previously filed Proof of Interest dated: ___ |

**2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:**
Arben Pejo
Fidelity - 245 Summer St. Boston, MA 02210
Telephone Number: (617) 563-7000

**3. Date Equity Interest was acquired:**
OCTOBER 29, 2021  NOVEMBER 15, 2021
NOV. 29, 2021  JAN 14, 2022.  MAY 10, 2022
MAY 1, 2023  JULY 11, 2022.
NOV. 9, 2022

**4. Total amount of member interest:** 108,100 shares

**5. Certificate number(s):** see attached document

**6. Type of Equity Interest:**
Please indicate the type of Equity Interest you hold:
■ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
☐ Check this box if your Equity Interest is based on anything else and describe that interest:
**Description:** Investor

**7. Supporting Documents:** Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**8. Date-Stamped Copy:** To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

**9. Signature:**
Check the appropriate box.
■ I am the creditor.   ☐ I am the creditor's authorized agent. (Attach copy of power of attorney, if any.)   ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)   ☐ I am a guarantor, surety, endorser, or other codebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: Arben Pejo
Title:
Company: ___ Address and telephone number (if different from notice address above):

(Signature)  12/09/2024 (Date)
Telephone number: 301-461-9700   email: a_pejo@yahoo.com

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*



# Activity & Orders

# Individual - TOD

Brokerage: Z06174699 · Routing number (i)

Search Activity & Orders

As of Dec-07-2024 2:37 PM ET

10/29/2021 - 10/29/2021 | Orders | History | Transfers | More filters

⚠ Due to high traffic, in progress transfers and deposits may not be displayed. Check for transfers

## October 29, 2021 - October 29, 2021

| Date | Description | Amount | Cash Balance |
|---|---|---:|---:|
| Oct-29-2021 | REINVESTMENT CASH (315994103) (Cash) | -$0.17 | $375.67 |
| Oct-29-2021 | INTEREST EARNED CASH (315994103) (Cash) | +$0.17 | $375.67 |
| Oct-29-2021 | YOU SOLD SPIRE GLOBAL INC COM CL A 1 FOR 8 R/... (848560108) (Cash) | +$46.31 | $375.50 |
| Oct-29-2021 | YOU SOLD SPIRE GLOBAL INC COM CL A 1 FOR 8 R/... (848560108) (Cash) | +$271.18 | $329.19 |
| Oct-29-2021 | YOU SOLD SPIRE GLOBAL INC COM CL A 1 FOR 8 R/... (848560108) (Cash) | +$5,382.37 | $58.01 |
| Oct-29-2021 | YOU SOLD SPIRE GLOBAL INC COM CL A 1 FOR 8 R/... (848560108) (Cash) | +$28,287.17 | -$5,324.36 |
| Oct-29-2021 | YOU SOLD SPIRE GLOBAL INC COM CL A 1 FOR 8 R/... (848560108) (Cash) | +$28,932.33 | -$33,611.53 |
| Oct-29-2021 | YOU BOUGHT META MATERIALS INC COM ISIN US59134N... (59134N104) (Cash) | -$58,528.00 | -$62,543.86 |

| | |
|---|---|
| Date | Oct-29-2021 |
| Symbol | 59134N104 |
| Symbol description | META MATERIALS INC COM ISIN US59134N1046 SEDOL BKSCVX7 1 FOR 100 R/S INTO META MATERIALS INC |
| Type | Cash |
| Shares | +11,800.000 |
| Price | $4.96 |
| Amount | -$58,528.00 |
| Settlement date | Nov-02-2021 |

| Date | Description | Amount | Cash Balance |
|---|---|---:|---:|
| Oct-29-2021 | YOU BOUGHT META MATERIALS INC COM ISIN US59134N... (59134N104) (Cash) | -$28,154.55 | -$4,015.86 |

| | |
|---|---|
| Date | Oct-29-2021 |
| Symbol | 59134N104 |
| Symbol description | META MATERIALS INC COM ISIN US59134N1046 SEDOL BKSCVX7 1 FOR 100 R/S INTO META MATERIALS INC |
| Type | Cash |
| Shares | +6,100.000 |

| | |
|---|---|
| Price | $4.62 |
| Amount | -$28,154.55 |
| Settlement date | Nov-02-2021 |

> Oct-29-2021    YOU BOUGHT META MATERIALS INC COM ISIN US59134N... (59134N104) (Cash)                -$991.80        $24,138.69

| | |
|---|---|
| Date | Oct-29-2021 |
| Symbol | 59134N104 |
| Symbol description | META MATERIALS INC COM ISIN US59134N1046 SEDOL BKSCVX7 1 FOR 100 R/S INTO META MATERIALS INC |
| Type | Cash |
| Shares | +200.000 |
| Price | $4.96 |
| Amount | -$991.80 |
| Settlement date | Nov-02-2021 |

> Oct-29-2021    YOU SOLD ALTIMETER GROWTH CORP COM USD0.0001 ... (G0370L108) (Cash)                +$36.80         $25,130.49

> Oct-29-2021    YOU SOLD ALTIMETER GROWTH CORP COM USD0.0001 ... (G0370L108) (Cash)                +$368.39        $25,093.69

> Oct-29-2021    YOU SOLD ALTIMETER GROWTH CORP COM USD0.0001 ... (G0370L108) (Cash)                +$24,233.31     $24,725.30

#### Don't see the activity you're looking for?

| | | | |
|---|---|---|---|
| Track a rollover or transfer from another firm | > | View orders for new issue bonds | > |
| See activity from over 5 years ago in Documents | > | Reassign the lots for an unsettled trade | > |
| See cost basis information in Positions | > | Status bid requests for bonds and CDs | > |
| View Your Commissions & Price Improvement Summary | > | | |

All transaction detail provided reflects the local currency of the security, as identified by the currency abbreviation.

Content and data provided by various third parties and Fidelity. Terms of Use

Performance data shown represents past performance and is no guarantee of future results. Investment return and principal value will fluctuate, so investors may have a gain or loss when shares are sold. Current performance may be higher or lower than what is quoted. Click on a security for most recent month-end performance.

Fidelity Crypto® accounts and custody and trading of crypto in such accounts are provided by Fidelity Digital Asset Services, LLC, which is chartered as a limited purpose trust company by the New York State Department of Financial Services to engage in virtual currency business (NMLS ID 1773897). Crypto is not insured by the Federal Deposit Insurance Corporation or the Securities Investor Protection Corporation ("SIPC"). Brokerage services in support of securities trading are provided by Fidelity Brokerage Services LLC ("FBS"), and related custody services are provided by National Financial Services LLC ("NFS"), each a registered broker-dealer and member NYSE and SIPC. Neither FBS nor NFS offer crypto as a direct investment nor provide trading or custody services for such assets. Fidelity Crypto is a registered service mark of FMR LLC. Fidelity Crypto® risk disclosures | Fidelity Crypto® complaints & disclosures

939131.3.0

∨ Additional important information



Copyright 1998- 2024 FMR LLC. All rights reserved

Terms of Use | Privacy | Security | Site Map | Accessibility | Contact Us | Share Your Screen



## Activity & Orders

# Individual - TOD

Brokerage: Z06174699 • Routing number ⓘ

Q Search Activity & Orders                              As of Dec-07-2024 2:41 PM ET

05/01/2023 - 05/01/2023    Orders    History    Transfers    ⇌ More filters

⚠ Due to high traffic, in progress transfers and deposits may not be displayed. Check for transfers

∨ **May 1, 2023 - May 1, 2023**

| Date | Description | Amount | Cash Balance |
|---|---|---|---|
| ∨ May-01-2023 | RECEIVED FROM YOU META MATERIALS INC COM ISIN US59134N... (59134N104) (Cash) | +$948.50 | -$53.05 |

| | |
|---|---|
| Date | May-01-2023 |
| Symbol | 59134N104 |
| Symbol description | META MATERIALS INC COM ISIN US59134N1046 SEDOL BKSCVX7 1 FOR 100 R/S INTO META MATERIALS INC |
| Type | Shares |
| Shares | +5,000.000 |
| Value | $948.50 closing market value on May-01-2023 |

| Date | Description | Amount | Cash Balance |
|---|---|---|---|
| ∨ May-01-2023 | RECEIVED FROM YOU META MATERIALS INC COM ISIN US59134N... (59134N104) (Cash) | +$569.10 | -$53.05 |

| | |
|---|---|
| Date | May-01-2023 |
| Symbol | 59134N104 |
| Symbol description | META MATERIALS INC COM ISIN US59134N1046 SEDOL BKSCVX7 1 FOR 100 R/S INTO META MATERIALS INC |
| Type | Shares |
| Shares | +3,000.000 |
| Value | $569.10 closing market value on May-01-2023 |

| Date | Description | Amount | Cash Balance |
|---|---|---|---|
| ∨ May-01-2023 | DELIVERED TO YOU #XDVT1210315332367691222271646 META MATERIALS INC COM ISIN US59134N... (59134N104) (Cash) | -$569.10 | -$53.05 |

| | |
|---|---|
| Date | May-01-2023 |
| Symbol | 59134N104 |
| Symbol description | META MATERIALS INC COM ISIN US59134N1046 SEDOL BKSCVX7 1 FOR 100 R/S INTO META MATERIALS INC |
| Type | Shares |
| Shares | -3,000.000 |
| Value | -$569.10 closing market value on May-01-2023 |

| | | | | |
|---|---|---|---|---|
| ⌄ May-01-2023 | DELIVERED TO YOU #XDVT117180851236769122271646 META MATERIALS INC COM ISIN US59134N... (59134N104) (Cash) | | -$948.50 | -$53.05 |

| | |
|---|---|
| Date | May-01-2023 |
| Symbol | 59134N104 |
| Symbol description | META MATERIALS INC COM ISIN US59134N1046 SEDOL BKSCVX7 1 FOR 100 R/S INTO META MATERIALS INC |
| Type | Shares |
| Shares | -5,000.000 |
| Value | -$948.50 closing market value on May-01-2023 |

## Don't see the activity you're looking for?

| | | | |
|---|---|---|---|
| Track a rollover or transfer from another firm | > | View orders for new issue bonds | > |
| See activity from over 5 years ago in Documents | > | Reassign the lots for an unsettled trade | > |
| See cost basis information in Positions | > | Status bid requests for bonds and CDs | > |
| View Your Commissions & Price Improvement Summary | > | | |

All transaction detail provided reflects the local currency of the security, as identified by the currency abbreviation.

Content and data provided by various third parties and Fidelity. Terms of Use

Performance data shown represents past performance and is no guarantee of future results. Investment return and principal value will fluctuate, so investors may have a gain or loss when shares are sold. Current performance may be higher or lower than what is quoted. Click on a security for most recent month-end performance.

Fidelity Crypto® accounts and custody and trading of crypto in such accounts are provided by Fidelity Digital Asset Services, LLC, which is chartered as a limited purpose trust company by the New York State Department of Financial Services to engage in virtual currency business (NMLS ID 1773897). Crypto is not insured by the Federal Deposit Insurance Corporation or the Securities Investor Protection Corporation ("SIPC"). Brokerage services in support of securities trading are provided by Fidelity Brokerage Services LLC ("FBS"), and related custody services are provided by National Financial Services LLC ("NFS"), each a registered broker-dealer and member NYSE and SIPC. Neither FBS nor NFS offer crypto as a direct investment nor provide trading or custody services for such assets. Fidelity Crypto is a registered service mark of FMR LLC. Fidelity Crypto® risk disclosures | Fidelity Crypto® complaints & disclosures

939131.3.0

⌄ Additional important information



Copyright 1998- 2024 FMR LLC. All rights reserved.
Terms of Use | Privacy | Security | Site Map | Accessibility | Contact Us | Share Your Screen
This is for persons in the U.S. only.



# Activity & Orders

# Individual - TOD

Brokerage: Z06174699 · Routing number (i)

Q Search Activity & Orders                                    As of Dec-08-2024 11:20 PM ET

| 11/09/2022 - 11/09/2022 | Orders | History | Transfers | ⇌ More filters |

⚠ Due to high traffic, in progress transfers and deposits may not be displayed. Check for transfers

∨ **November 9, 2022 - November 9, 2022**

| Date | Description | Amount | Cash Balance |
|---|---|---|---|
| ∨ Nov-09-2022 | YOU BOUGHT META MATERIALS INC COM ISIN US59134N... (59134N104) (Cash) | -$60,000.00 | -$53.05 |

| | |
|---|---|
| Date | Nov-09-2022 |
| Symbol | 59134N104 |
| Symbol description | META MATERIALS INC COM ISIN US59134N1046 SEDOL BKSCVX7 1 FOR 100 R/S INTO META MATERIALS INC |
| Type | Cash |
| Shares | +40,000.000 |
| Price | $1.50 |
| Amount | -$60,000.00 |
| Settlement date | Nov-14-2022 |

| ∨ Nov-09-2022 | YOU BOUGHT META MATERIALS INC COM ISIN US59134N... (59134N104) (Cash) | -$13,559.00 | $59,946.95 |

| | |
|---|---|
| Date | Nov-09-2022 |
| Symbol | 59134N104 |
| Symbol description | META MATERIALS INC COM ISIN US59134N1046 SEDOL BKSCVX7 1 FOR 100 R/S INTO META MATERIALS INC |
| Type | Cash |
| Shares | +9,100.000 |
| Price | $1.49 |
| Amount | -$13,559.00 |
| Settlement date | Nov-14-2022 |

| ∨ Nov-09-2022 | YOU BOUGHT META MATERIALS INC COM ISIN US59134N... (59134N104) (Cash) | -$1,336.50 | $73,505.95 |

| | |
|---|---|
| Date | Nov-09-2022 |
| Symbol | 59134N104 |
| Symbol description | META MATERIALS INC COM ISIN US59134N1046 SEDOL BKSCVX7 1 FOR 100 R/S INTO META MATERIALS INC |
| Type | Cash |

| | |
|---|---|
| Shares | +900.000 |
| Price | $1.49 |
| Amount | -$1,336.50 |
| Settlement date | Nov-14-2022 |

| | | | |
|---|---|---|---|
| › Nov-09-2022 | YOU SOLD BRIACELL THERAPEUTICS CORP COM NPV(P... (10778Y302) (Cash) | +$3.79 | $74,842.45 |
| › Nov-09-2022 | YOU SOLD BRIACELL THERAPEUTICS CORP COM NPV(P... (10778Y302) (Cash) | +$585.98 | $74,838.66 |
| › Nov-09-2022 | YOU SOLD BRIACELL THERAPEUTICS CORP COM NPV(P... (10778Y302) (Cash) | +$592.98 | $74,252.68 |
| › Nov-09-2022 | YOU SOLD BRIACELL THERAPEUTICS CORP COM NPV(P... (10778Y302) (Cash) | +$1,465.64 | $73,659.70 |
| › Nov-09-2022 | YOU SOLD BRIACELL THERAPEUTICS CORP COM NPV(P... (10778Y302) (Cash) | +$2,944.93 | $72,194.06 |
| › Nov-09-2022 | YOU SOLD BRIACELL THERAPEUTICS CORP COM NPV(P... (10778Y302) (Cash) | +$3,527.91 | $69,249.13 |
| › Nov-09-2022 | YOU SOLD BRIACELL THERAPEUTICS CORP COM NPV(P... (10778Y302) (Cash) | +$4,695.89 | $65,721.22 |
| › Nov-09-2022 | YOU SOLD BRIACELL THERAPEUTICS CORP COM NPV(P... (10778Y302) (Cash) | +$20,584.62 | $61,025.33 |
| › Nov-09-2022 | YOU SOLD BRIACELL THERAPEUTICS CORP COM NPV(P... (10778Y302) (Cash) | +$40,440.12 | $40,440.71 |

### Don't see the activity you're looking for?

| | |
|---|---|
| Track a rollover or transfer from another firm › | View orders for new issue bonds › |
| See activity from over 5 years ago in Documents › | Reassign the lots for an unsettled trade › |
| See cost basis information in Positions › | Status bid requests for bonds and CDs › |
| View Your Commissions & Price Improvement Summary › | |

All transaction detail provided reflects the local currency of the security, as identified by the currency abbreviation.

Content and data provided by various third parties and Fidelity. Terms of Use

Performance data shown represents past performance and is no guarantee of future results. Investment return and principal value will fluctuate, so investors may have a gain or loss when shares are sold. Current performance may be higher or lower than what is quoted. Click on a security for most recent month-end performance.

Fidelity Crypto® accounts and custody and trading of crypto in such accounts are provided by Fidelity Digital Asset Services, LLC, which is chartered as a limited purpose trust company by the New York State Department of Financial Services to engage in virtual currency business (NMLS ID 1773897). Crypto is not insured by the Federal Deposit Insurance Corporation or the Securities Investor Protection Corporation ("SIPC"). Brokerage services in support of securities trading are provided by Fidelity Brokerage Services LLC ("FBS"), and related custody services are provided by National Financial Services LLC ("NFS"), each a registered broker-dealer and member NYSE and SIPC. Neither FBS nor NFS offer crypto as a direct investment nor provide trading or custody services for such assets. Fidelity Crypto is a registered service mark of FMR LLC. Fidelity Crypto® risk disclosures | Fidelity Crypto® complaints & disclosures

939131.3.0

∨ **Additional important information**



Copyright 1998- 2024 FMR LLC. All rights reserved

Terms of Use | Privacy | Security | Site Map | Accessibility | Contact Us | Share Your Screen

This is for persons in the U.S. only



## Activity & Orders

# Individual - TOD
Brokerage: Z06174699 · Routing number ⓘ

Q Search Activity & Orders

As of Dec-08-2024 11:19 PM ET ↻

07/11/2022 - 07/11/2022 | Orders | **History** | Transfers | ⇌ More filters

⚠ Due to high traffic, in progress transfers and deposits may not be displayed. Check for transfers

∨ **July 11, 2022 - July 11, 2022**

| Date | Description | Amount | Cash Balance |
|------|-------------|--------|--------------|
| ∨ Jul-11-2022 | YOU BOUGHT META MATERIALS INC COM ISIN US59134N... (59134N104) (Cash) | -$88.63 | $0.57 |

| | |
|---|---|
| Date | Jul-11-2022 |
| Symbol | 59134N104 |
| Symbol description | META MATERIALS INC COM ISIN US59134N1046 SEDOL BKSCVX7 1 FOR 100 R/S INTO META MATERIALS INC |
| Type | Cash |
| Shares | +88.000 |
| Price | $1.01 |
| Amount | -$88.63 |
| Settlement date | Jul-13-2022 |

### Don't see the activity you're looking for?

| Track a rollover or transfer from another firm | > | View orders for new issue bonds | > |
| See activity from over 5 years ago in Documents | > | Reassign the lots for an unsettled trade | > |
| See cost basis information in Positions | > | Status bid requests for bonds and CDs | > |
| View Your Commissions & Price Improvement Summary | > | | |

All transaction detail provided reflects the local currency of the security, as identified by the currency abbreviation.

Content and data provided by various third parties and Fidelity. Terms of Use

Performance data shown represents past performance and is no guarantee of future results. Investment return and principal value will fluctuate, so investors may have a gain or loss when shares are sold. Current performance may be higher or lower than what is quoted. Click on a security for most recent month-end performance.

Fidelity Crypto® accounts and custody and trading of crypto in such accounts are provided by Fidelity Digital Asset Services, LLC, which is chartered as a limited purpose trust company by the New York State Department of Financial Services to engage in virtual currency business (NMLS ID 1773897). Crypto is not insured by the Federal Deposit Insurance Corporation or the Securities Investor Protection Corporation ("SIPC"). Brokerage services in support of securities trading are provided by Fidelity Brokerage Services LLC ("FBS"), and related custody services are provided by National Financial Services LLC ("NFS"), each a registered

broker dealer and member NYSE and SIPC Neither FBS nor NFS offer crypto as a direct investment nor provide trading or custody services for such assets Fidelity Crypto is a registered service mark of FMR LLC Fidelity Crypto® risk disclosures | Fidelity Crypto® complaints & disclosures

939131 3 0

∨ **Additional important information**



Copyright 1998 2024 FMR LLC All rights reserved.

Terms of Use | Privacy | Security | Site Map | Accessibility | Contact Us | Share Your Screen

This is for persons in the U S only.



# Activity & Orders

# Individual - TOD

Brokerage: Z06174699 · Routing number ⓘ

Q Search Activity & Orders

As of Dec-08-2024 11:18 PM ET ↻

05/10/2022 - 05/10/2022 | Orders | History | Transfers | ⇌ More filters

⚠ Due to high traffic, in progress transfers and deposits may not be displayed. Check for transfers

∨ **May 10, 2022 - May 10, 2022**

| Date | Description | Amount | Cash Balance |
|---|---|---|---|
| ∨ May-10-2022 | YOU BOUGHT META MATERIALS INC COM ISIN US59134N... (59134N104) (Cash) | -$12,699.18 | $89.15 |

| | |
|---|---|
| Date | May-10-2022 |
| Symbol | 59134N104 |
| Symbol description | META MATERIALS INC COM ISIN US59134N1046 SEDOL BKSCVX7 1 FOR 100 R/S INTO META MATERIALS INC |
| Type | Cash |
| Shares | +10,854.000 |
| Price | $1.17 |
| Amount | -$12,699.18 |
| Settlement date | May-12-2022 |

### Don't see the activity you're looking for?

| | |
|---|---|
| Track a rollover or transfer from another firm ⟩ | View orders for new issue bonds ⟩ |
| See activity from over 5 years ago in Documents ⟩ | Reassign the lots for an unsettled trade ⟩ |
| See cost basis information in Positions ⟩ | Status bid requests for bonds and CDs ⟩ |
| View Your Commissions & Price Improvement Summary ⟩ | |

All transaction detail provided reflects the local currency of the security, as identified by the currency abbreviation.

Content and data provided by various third parties and Fidelity. Terms of Use

Performance data shown represents past performance and is no guarantee of future results. Investment return and principal value will fluctuate, so investors may have a gain or loss when shares are sold. Current performance may be higher or lower than what is quoted. Click on a security for most recent month-end performance.

Fidelity Crypto® accounts and custody and trading of crypto in such accounts are provided by Fidelity Digital Asset Services, LLC, which is chartered as a limited purpose trust company by the New York State Department of Financial Services to engage in virtual currency business (NMLS ID 1773897). Crypto is not insured by the Federal Deposit Insurance Corporation or the Securities Investor Protection Corporation ("SIPC"). Brokerage services in support of securities trading are provided by Fidelity Brokerage Services LLC ("FBS"), and related custody services are provided by National Financial Services LLC ("NFS"), each a registered

broker dealer and member NYSE and SIPC  Neither FBS nor NFS offer crypto as a direct investment nor provide trading or custody services for such assets  Fidelity Crypto is a registered service mark of FMR LLC  Fidelity Crypto® risk disclosures | Fidelity Crypto® complaints & disclosures

939131 3 0

∨ **Additional important information**



Copyright 1998 2024 FMR LLC  All rights reserved

Terms of Use | Privacy | Security | Site Map | Accessibility | Contact Us | Share Your Screen

This is for persons in the U S only



## Activity & Orders

# Individual - TOD

Brokerage: Z06174699 · Routing number (i)

Q Search Activity & Orders

As of Dec-08-2024 11:17 PM ET

01/14/2022 - 01/14/2022 | Orders | **History** | Transfers | ⇆ More filters

⚠ Due to high traffic, in progress transfers and deposits may not be displayed. Check for transfers

∨ **January 14, 2022 - January 14, 2022**

| Date | Description | Amount | Cash Balance |
|---|---|---|---|
| ∨ Jan-14-2022 | YOU BOUGHT META MATERIALS INC COM ISIN US59134N... (59134N104) (Cash) | -$30,030.00 | $362.25 |

| | |
|---|---|
| Date | Jan-14-2022 |
| Symbol | 59134N104 |
| Symbol description | META MATERIALS INC COM ISIN US59134N1046 SEDOL BKSCVX7 1 FOR 100 R/S INTO META MATERIALS INC |
| Type | Cash |
| Shares | +14,000.000 |
| Price | $2.15 |
| Amount | -$30,030.00 |
| Settlement date | Jan-19-2022 |

### Don't see the activity you're looking for?

| | |
|---|---|
| Track a rollover or transfer from another firm  > | View orders for new issue bonds  > |
| See activity from over 5 years ago in Documents  > | Reassign the lots for an unsettled trade  > |
| See cost basis information in Positions  > | Status bid requests for bonds and CDs  > |
| View Your Commissions & Price Improvement Summary  > | |

All transaction detail provided reflects the local currency of the security, as identified by the currency abbreviation.

Content and data provided by various third parties and Fidelity. Terms of Use

Performance data shown represents past performance and is no guarantee of future results. Investment return and principal value will fluctuate, so investors may have a gain or loss when shares are sold. Current performance may be higher or lower than what is quoted. Click on a security for most recent month-end performance.

Fidelity Crypto® accounts and custody and trading of crypto in such accounts are provided by Fidelity Digital Asset Services, LLC, which is chartered as a limited purpose trust company by the New York State Department of Financial Services to engage in virtual currency business (NMLS ID 1773897). Crypto is not insured by the Federal Deposit Insurance Corporation or the Securities Investor Protection Corporation ("SIPC"). Brokerage services in support of securities trading are provided by Fidelity Brokerage Services LLC ("FBS"), and related custody services are provided by National Financial Services LLC ("NFS"), each a registered

broker dealer and member NYSE and SIPC  Neither FBS nor NFS offer crypto as a direct investment nor provide trading or custody services for such assets  Fidelity Crypto is a registered service mark of FMR LLC  Fidelity Crypto® risk disclosures | Fidelity Crypto® complaints & disclosures

939131 3 0

∨  **Additional important information**

---

**Fidelity**

Copyright 1998 2024 FMR LLC  All rights reserved.

Terms of Use | Privacy | Security | Site Map | Accessibility | Contact Us | Share Your Screen

This is for persons in the U S  only


**Fidelity**

## Activity & Orders

# Individual - TOD
Brokerage: Z06174699 — Routing number (i)

Q Search Activity & Orders

As of Dec-08-2024 11:15 PM ET

[ 11/29/2021 - 11/29/2021 ]  Orders  **History**  Transfers  ⇌ More filters

⚠ Due to high traffic, in progress transfers and deposits may not be displayed. Check for transfers

∨ **November 29, 2021 - November 29, 2021**

| Date | Description | Amount | Cash Balance |
|---|---|---|---|
| › Nov-29-2021 | YOU BOUGHT SPORTS ENTERTAINMENT ACQU CORP COM C... (84918M106) (Cash) | -$32,565.21 | $767.96 |
| › Nov-29-2021 | YOU BOUGHT SPORTS ENTERTAINMENT ACQU CORP COM C... (84918M106) (Cash) | -$17,306.34 | $33,333.17 |
| › Nov-29-2021 | YOU BOUGHT SPORTS ENTERTAINMENT ACQU CORP COM C... (84918M106) (Cash) | -$2,165.00 | $50,639.51 |
| ∨ Nov-29-2021 | YOU BOUGHT META MATERIALS INC COM ISIN US59134N... (59134N104) (Cash) | -$37,102.50 | $52,804.51 |

| Date | Nov-29-2021 |
|---|---|
| Symbol | 59134N104 |
| Symbol description | META MATERIALS INC COM ISIN US59134N1046 SEDOL BKSCVX7 1 FOR 100 R/S INTO META MATERIALS INC |
| Type | Cash |
| Shares | +9,700.000 |
| Price | $3.83 |
| Amount | -$37,102.50 |
| Settlement date | Dec-01-2021 |

| ∨ Nov-29-2021 | YOU BOUGHT META MATERIALS INC COM ISIN US59134N... (59134N104) (Cash) | -$1,147.50 | $89,907.01 |
|---|---|---|---|

| Date | Nov-29-2021 |
|---|---|
| Symbol | 59134N104 |
| Symbol description | META MATERIALS INC COM ISIN US59134N1046 SEDOL BKSCVX7 1 FOR 100 R/S INTO META MATERIALS INC |
| Type | Cash |
| Shares | +300.000 |
| Price | $3.83 |
| Amount | -$1,147.50 |
| Settlement date | Dec-01-2021 |

| | | | | |
|---|---|---|---|---|
| > | Nov 29-2021 | YOU BOUGHT INDO GLOBAL EXCHANGES PTE LTD COM (IGEX) (Cash) | -$19,200 00 | $91,054 51 |
| > | Nov-29-2021 | YOU SOLD DMY TECHNOLOGY GROUP INC IV COM CL A   (23344K102) (Cash) | +$51,924 73 | $110,254 51 |
| > | Nov 29 2021 | YOU SOLD FAR PEAK ACQUISITION CORP COM USD0 0   (G3312L103) (Cash) | +$2 086 38 | $58 329 78 |
| > | Nov-29-2021 | YOU SOLD FAR PEAK ACQUISITION CORP COM USD0 0   (G3312L103) (Cash) | +$55 278 71 | $56 243 40 |

### Don't see the activity you're looking for?

| | |
|---|---|
| Track a rollover or transfer from another firm  > | View orders for new issue bonds  > |
| See activity from over 5 years ago in Documents  > | Reassign the lots for an unsettled trade  > |
| See cost basis information in Positions  > | Status bid requests for bonds and CDs  > |
| View Your Commissions & Price Improvement Summary  > | |

All transaction detail provided reflects the local currency of the security as identified by the currency abbreviation

Content and data provided by various third parties and Fidelity  Terms of Use

Performance data shown represents past performance and is no guarantee of future results  Investment return and principal value will fluctuate  so investors may have a gain or loss when shares are sold  Current performance may be higher or lower than what is quoted  Click on a security for most recent month end performance

Fidelity Crypto® accounts and custody and trading of crypto in such accounts are provided by Fidelity Digital Asset Services  LLC  which is chartered as a limited purpose trust company by the New York State Department of Financial Services to engage in virtual currency business (NMLS ID 1773897)  Crypto is not insured by the Federal Deposit Insurance Corporation or the Securities Investor Protection Corporation ( SIPC )  Brokerage services in support of securities trading are provided by Fidelity Brokerage Services LLC ("FBS ) and related custody services are provided by National Financial Services LLC ("NFS")  each a registered broker dealer and member NYSE and SIPC  Neither FBS nor NFS offer crypto as a direct investment nor provide trading or custody services for such assets  Fidelity Crypto is a registered service mark of FMR LLC  Fidelity Crypto® risk disclosures | Fidelity Crypto® complaints & disclosures

939131 3 0

∨  Additional important information



Copyright 1998 2024 FMR LLC  All rights reserved

Terms of Use  | Privacy  | Security  | Site Map  | Accessibility  | Contact Us  | Share Your Screen

This is for persons in the U S  only



## Activity & Orders

# Individual - TOD

Brokerage: Z06174699 · Routing number (i)

Q Search Activity & Orders

As of Dec-08-2024 11:13 PM ET

| 11/15/2021 - 11/15/2021 | Orders | History | Transfers | More filters |

⚠ Due to high traffic, in progress transfers and deposits may not be displayed. Check for transfers

### ˅ November 15, 2021 - November 15, 2021

| Date | Description | Amount | Cash Balance |
|---|---|---:|---:|
| › Nov-15-2021 | YOU BOUGHT TILRAY BRANDS INC COMMON STOCK (TLRY) (Cash) | -$40,543.80 | $396.79 |
| ˅ Nov-15-2021 | YOU BOUGHT META MATERIALS INC COM ISIN US59134N... (59134N104) (Cash) | -$24,186.50 | $40,940.59 |

| | |
|---|---|
| Date | Nov-15-2021 |
| Symbol | 59134N104 |
| Symbol description | META MATERIALS INC COM ISIN US59134N1046 SEDOL BKSCVX7 1 FOR 100 R/S INTO META MATERIALS INC |
| Type | Cash |
| Shares | +5,000.000 |
| Price | $4.84 |
| Amount | -$24,186.50 |
| Settlement date | Nov-17-2021 |

| Date | Description | Amount | Cash Balance |
|---|---|---:|---:|
| › Nov-15-2021 | YOU BOUGHT FUELCELL ENERGY INC COM 1 FOR 30 R/S... (35952H601) (Cash) | -$10,754.00 | $65,127.09 |
| › Nov-15-2021 | YOU BOUGHT DMY TECHNOLOGY GROUP INC IV COM CL A... (23344K102) (Cash) | -$40,508.00 | $75,881.09 |
| › Nov-15-2021 | YOU BOUGHT DMY TECHNOLOGY GROUP INC IV COM CL A... (23344K102) (Cash) | -$12,786.00 | $116,389.09 |
| › Nov-15-2021 | YOU BOUGHT BRIACELL THERAPEUTICS CORP COM NPV(P... (10778Y302) (Cash) | -$52,848.95 | $129,175.09 |
| › Nov-15-2021 | YOU BOUGHT BRIACELL THERAPEUTICS CORP COM NPV(P... (10778Y302) (Cash) | -$12,061.63 | $182,024.04 |
| › Nov-15-2021 | YOU SOLD BRIACELL THERAPEUTICS CORP COM NPV(P... (10778Y302) (Cash) | +$39,919.79 | $194,085.67 |
| › Nov-15-2021 | YOU SOLD BRIACELL THERAPEUTICS CORP COM NPV(P... (10778Y302) (Cash) | +$96,865.75 | $154,165.88 |
| › Nov-15-2021 | YOU SOLD ALTIMETER GROWTH CORP COM USD0.0001 ... (G0370L108) (Cash) | +$56,114.71 | $57,300.13 |

### Don't see the activity you're looking for?

Track a rollover or transfer from another firm  ›    View orders for new issue bonds  ›

See activity from over 5 years ago in Documents  ›    Reassign the lots for an unsettled trade  ›

| See cost basis information in Positions | > | Status bid requests for bonds and CDs | > |
|---|---|---|---|
| View Your Commissions & Price Improvement Summary | > | | |

All transaction detail provided reflects the local currency of the security as identified by the currency abbreviation

Content and data provided by various third parties and Fidelity Terms of Use

Performance data shown represents past performance and is no guarantee of future results Investment return and principal value will fluctuate so investors may have a gain or loss when shares are sold Current performance may be higher or lower than what is quoted Click on a security for most recent month end performance

Fidelity Crypto® accounts and custody and trading of crypto in such accounts are provided by Fidelity Digital Asset Services LLC which is chartered as a limited purpose trust company by the New York State Department of Financial Services to engage in virtual currency business (NMLS ID 1773897) Crypto is not insured by the Federal Deposit Insurance Corporation or the Securities Investor Protection Corporation ( SIPC") Brokerage services in support of securities trading are provided by Fidelity Brokerage Services LLC ( FBS ) and related custody services are provided by National Financial Services LLC ( NFS ) each a registered broker dealer and member NYSE and SIPC Neither FBS nor NFS offer crypto as a direct investment nor provide trading or custody services for such assets Fidelity Crypto is a registered service mark of FMR LLC Fidelity Crypto® risk disclosures | Fidelity Crypto® complaints & disclosures

939131 3 0

∨ Additional important information

**Fidelity** INVESTMENTS

Copyright 1998 2024 FMR LLC All rights reserved

Terms of Use | Privacy | Security | Site Map | Accessibility | Contact Us | Share Your Screen

This is for persons in the U S only

# Fidelity

## Positions

# Individual - TOD

Brokerage Z06174699   Routing number 

Overview ⌄

As of Dec-08-2024 10 48 p m ET

| Symbol | Last Price | Last Price Change | $ Today's Gain/Loss | % Today's Gain/Loss | $ Total Gain/Loss | % Total Gain/Loss | Current Value | % of Account | Quantity |
|---|---|---|---|---|---|---|---|---|---|
| **Individual - TOD**  Z06174699 | | | | | | | | | |
| **78699D491**  NEXT BRIDGE HYDRO | – | – | – | – | – | – | – | 0 00% | 113,530 |
| **MMATQ**  META MATERIALS INC | – | -$0 0001 | -$0 11 | -99 01% | – | – | $0 00 | 0 00% | 1,081 |

### META MATERIALS INC COM NEW ISIN #US59134N3026 SEDOL #BQ67J98

| Acquired | Term | $ Total Gain/Loss | % Total Gain/Loss | Current Value | Quantity |
|---|---|---|---|---|---|
| May-01-2023 | Unknown | – | – | $0 00 | 50 027 |
| Nov-09-2022 | Long | -$60,000 00 | -100% | $0 00 | 400 213 |
| Nov-09-2022 | Long | -$6,109 00 | -100% | $0 00 | 41 022 |
| Nov-09-2022 | Long | -$1,336 50 | -100% | $0 00 | 9 005 |
| Jul-11-2022 | Long | -$88 63 | -100% | $0 00 | 0 881 |
| May-10-2022 | Long | -$12 699 18 | -100% | $0 00 | 108 598 |
| Jan-14-2022 | Long | -$30,030 00 | -100% | $0 00 | 140 076 |
| Nov-29-2021 | Long | -$1,147 50 | -100% | $0 00 | 3 002 |
| Nov-29-2021 | Long | -$37,102 50 | -100% | $0 00 | 97 052 |
| Nov-15-2021 | Long | -$24,186 50 | -100% | $0 00 | 50 027 |
| Oct-29-2021 | Long | -$29,222 22 | -100% | $0 00 | 61 033 |
| Oct-29-2021 | Long | -$1,084 81 | -100% | $0 00 | 2 001 |
| Oct-29-2021 | Long | -$63,292 33 | -100% | $0 00 | 118 063 |

| Symbol | Last Price | Last Price Change | $ Today's Gain/Loss | % Today's Gain/Loss | $ Total Gain/Loss | % Total Gain/Loss | Current Value | % of Account | Quantity |
|---|---|---|---|---|---|---|---|---|---|
| Pending Activity | | | | | | | -$53.05 | | |
| | | | | | Cash Debit from Unsettled Activity | | -$53.05 | | |
| **Account Total** | | | -$0.11 | +0.21% | $0.00 | 0.00% | -$53.05 | | |

| Securities Priced Today | $0.00 |
|---|---|
| Securities Not Priced Today | -$0.11 |

Some securities, such as mutual funds, are not priced until after the market closes

## Important Information

- The price of one or more positions has not been updated today and is currently displaying the price from the prior market day. Today's gain/loss data resets daily before the market opens. Some securities, such as mutual funds, are priced once a day, after the market closes

- **Ⓦ** Adjusted due to previous wash sale disallowed loss. If you sell shares at a loss and you purchase additional shares of the same or a substantially identical security (in the same or a different account) within the 61 day period that begins 30 days before and ends 30 days after the sale, the purchase may result in a wash sale. If a wash sale occurs, the loss from the transaction should be "disallowed" for tax purposes, and the amount of the loss should be added to the cost basis of the newly-purchased shares. Unless otherwise requested or noted, Fidelity adjusts cost basis information related to newly-purchased shares when a wash sale occurs within an account as the result of an identical security purchase. Fidelity does not report disallowed losses or adjust cost basis information related to wash sales triggered by sales and purchases of the same security within different accounts or by sales and purchases of substantially identical securities within the same or different accounts. Fidelity does not apply any wash sale rules to tax lots with customer or 3rd-party provided cost basis. You must check your own records across all of your Fidelity and non-Fidelity accounts to ensure that you are correctly accounting for losses related to any wash sales

- **Ⓔ** Indicates an Earnings event exists within 5 calendar days. Earnings beat or miss is based on the actual earnings compared to the I/B/E/S consensus estimate

- **Ⓓ** Indicates a Dividend or Capital Gains Distribution exists

- **◣** Indicates that the security has not priced today. Some securities, such as mutual funds, are not priced until after the market closes

Content and data provided by various third parties and Fidelity  **Terms of Use**