NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | | **PROOF OF INTEREST** |
|---|---|---|
| Name of Debtor<br>Meta Materials Inc | Case Number<br>24-50792 | |

1. **Name and address of holder of the Equity Interest** (the person or entity holding an Equity Interest in the Debtor Referred to hereinafter as the 'Interest holder')

   John Duffy
   42A Cloona Park
   Belfast
   BT17 0HH
   United Kingdom

   Telephone Number
   +44 7977 132383

   ☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest Attach copy of statement giving particulars

   ■ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case

   ☐ Check box if this address differs from the address on the envelope sent to you by the Debtors

   **COURT USE ONLY**

NOTE This form SHOULD NOT be used to make a claim against the Debtor for money owed A separate Proof of Claim form should be used for that purpose This form should only be used to assert an Equity Interest in the Debtor An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein

Account or other number by which Interest holder identifies Debtor
Hargreaves Lansdown a/c # 1407546

Check here if this claim
☐ replaces a previously filed Proof of Interest dated _____
☐ amends a previously filed Proof of Interest dated _____

2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest
   Hargreaves Lansdown, One College Square South, Anchor Road, Bristol, BA1 5HL, United Kingdom
   Telephone Number +44 117 900 9000

3. Date Equity Interest was acquired
   Between TRCH merger in Jun 2021 and Nov 25 2022
   (See attached documentation)

4. Total amount of member interest  219 shares for $58 444 01 (see attached)

5. Certificate number(s)  See attached documentation

6. **Type of Equity Interest**
   Please indicate the type of Equity Interest you hold
   ■ Check this box if your Equity Interest is based on an actual member interest held in the Debtor
   ☐ Check this box if your Equity Interest is based on anything else and describe that interest
   Description  Investor

7. Supporting Documents Attach copies of supporting documents such as stock certificates option agreements warrants etc
   DO NOT SEND ORIGINAL DOCUMENTS If the documents are not available explain If the documents are voluminous attach a summary

8. Date-Stamped Copy To receive an acknowledgement of the filing of your Proof of Interest enclose a stamped self addressed envelope and copy of this Proof of Interest

9. Signature
   Check the appropriate box
   ■ I am the creditor      ☐ I am the creditor s authorized agent      ☐ I am the trustee or the debtor      ☐ I am a guarantor surety endorser or other codebtor
                            (Attach copy of power of attorney if any)   or their authorized agent                    (See Bankruptcy Rule 3005)
                                                                        (See Bankruptcy Rule 3004)

   I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge information and reasonable belief

   Print Name  John Duffy
   Title  _____
   Company __ Address and telephone number (if different from notice address above)
   _____

   *John Duffy* (Signature)      9 December 2024 (Date)

   Telephone number  +44 7977 132383    email  johnduffyjgd@gmail com

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both 18 U S C §§ 152 AND 3571*

| Notes on stock movement | Account | Trade Date | Investment | SEDOL | Ticker | Trade type | Trade reference | UNIT COST (PENCE) | UNIT QTY | COST (£) | - | Conversion to $ at purchase dates | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TRCH bought | SIPP | 25 January 2021 | Torchlight Energy Resources Inc | B3FCBD1 | TRCH | BOUGHT | B858628622 | 136.129882 | 1101 | 1525.73 | | | |
| | ISA | 16 February 2021 | Torchlight Energy Resources Inc | B3FCBD1 | TRCH | BOUGHT | B886609252 | 337.101205 | 415 | 1418.91 | | | |
| | SIPP | 16 February 2021 | Torchlight Energy Resources Inc | B3FCBD1 | TRCH | BOUGHT | B886591812 | 343.68011 | 2182 | 7573.79 | | | |
| | ISA | 18 February 2021 | Torchlight Energy Resources Inc | B3FCBD1 | TRCH | BOUGHT | B891796302 | 243.410475 | 821 | 2024.33 | | | |
| | SIPP | 18 February 2021 | Torchlight Energy Resources Inc | B3FCBD1 | TRCH | BOUGHT | B891796022 | 243.409903 | 1232 | 3034.75 | | | |
| | ISA | 16 June 2021 | Torchlight Energy Resources Inc | B3FCBD1 | TRCH | BOUGHT | B005081743 | 448.384615 | 78 | 365.19 | | | |
| | SIPP | 16 June 2021 | Torchlight Energy Resources Inc | B3FCBD1 | TRCH | BOUGHT | B005078983 | 455.419802 | 505 | 2334.82 | | | |
| | ISA | 21 June 2021 | Torchlight Energy Resources Inc | B3FCBD1 | TRCH | SOLD | S007683413 | 711.439535 | -430 | 3016.65 | | | |
| | SIPP | 21 June 2021 | Torchlight Energy Resources Inc | B3FCBD1 | TRCH | SOLD | S007683283 | 710.720388 | -1030 | 7241.07 | | | |
| Merger from TRCH to MMAT & preferred share (later traded as MMTLP) on 28 June 2021 | ISA | 30 June 2021 | Meta Materials Inc | BM8K210 | MMAT | BOUGHT | E 01008255 | 0 | 442 | 2562.14 | $ | 3,536.06 | ISA: 884 TRCH -> 442 MMAT & 884 MMTLP |
| | SIPP | 30 June 2021 | Meta Materials Inc | BM8K210 | MMAT | BOUGHT | E 01008255 | 0 | 1995 | 11500.33 | $ | 15,871.82 | SIPP: 3990 TRCH -> 1995 MMAT & 3990 MMTLP |
| | ISA | 30 June 2021 | Torchlight Energy Resources Inc | B3FCBD1 | TRCH | BOUGHT | E 01008255 | 0 | -884 | 0.00 | | | ISA: 884 TRCH -> 442 MMAT & 884 MMTLP |
| | SIPP | 30 June 2021 | Torchlight Energy Resources Inc | B3FCBD1 | TRCH | BOUGHT | E 01008255 | 0 | -3990 | 0.00 | | | SIPP: 3990 TRCH -> 1995 MMAT & 3990 MMTLP |
| | ISA | 22 July 2021 | Meta Materials Inc | BL972S0 | MMTLP | BOUGHT | E 01012820 | 0 | 884 | 0.00 | | | ISA: 884 TRCH -> 442 MMAT & 884 MMTLP |
| | SIPP | 22 July 2021 | Meta Materials Inc | BL972S0 | MMTLP | BOUGHT | E 01012820 | 0 | 3990 | 0.00 | | | SIPP: 3990 TRCH -> 1995 MMAT & 3990 MMTLP |
| MMTLP moved from ISA account to F&S account | F&S | 20 August 2021 | Meta Materials Inc | BL972S0 | MMTLP | Adjustment | DMET200821 | 0 | 884 | 0.00 | | | |
| | ISA | 20 August 2021 | Meta Materials Inc | BL972S0 | MMTLP | Adjustment | DMET200821 | 0 | -884 | 0.00 | | | |
| MMAT bought | SIPP | 06 January 2022 | Meta Materials Inc | BM8K210 | MMAT | BOUGHT | B167052583 | 189.360269 | 1188 | 2284.05 | $ | 3,091.59 | |
| | ISA | 13 January 2022 | Meta Materials Inc | BM8K210 | MMAT | BOUGHT | B176617533 | 166.009637 | 1349 | 2273.81 | $ | 3,122.58 | |
| | SIPP | 19 January 2022 | Meta Materials Inc | BM8K210 | MMAT | BOUGHT | B180187643 | 153.410486 | 782 | 1223.62 | $ | 1,667.14 | |
| | ISA | 24 May 2022 | Meta Materials Inc | BM8K210 | MMAT | BOUGHT | B281202613 | 149.489886 | 2274 | 3445.34 | $ | 4,317.51 | |
| | SIPP | 24 May 2022 | Meta Materials Inc | BM8K210 | MMAT | BOUGHT | B281216583 | 147.740082 | 3655 | 5464.85 | $ | 6,848.25 | |
| Moved MMTLP to IBKR UK | F&S | 15 November 2022 | Meta Materials Inc | BL972S0 | MMTLP | TRANSFER | W005158196 | 716.7817 | -884 | 6336.35 | | | Moved from F&S acc. at Hargreaves Lansdown to IBKR UK |
| MMAT bought | ISA | 25 November 2022 | Meta Materials Inc | BM8K210 | MMAT | BOUGHT | B408516403 | 159.820096 | 1045 | 1698.77 | $ | 2,055.45 | |
| | SIPP | 25 November 2022 | Meta Materials Inc | BM8K210 | MMAT | BOUGHT | B408512193 | 159.82005 | 9197 | 14821.59 | $ | 17,933.61 | |
| MMTLP U3 Halted | SIPP | 14 December 2022 | Meta Materials | 9289978 | MMTLP | BOUGHT | E 01129000 | 0 | 3990 | 0.00 | | | |
| | SIPP | 14 December 2022 | Meta Materials Inc | BL972S0 | MMTLP | BOUGHT | E 01129000 | 0 | -3990 | 0.00 | | | |
| Not sure what this is | SIPP | 11 October 2023 | Meta Materials | 9289978 | MMTLP | BOUGHT | E 01199534 | 0 | -3990 | 0.00 | | | |
| 100 to 1 reverse split | ISA | 30 January 2024 | Meta Materials Inc | BPDYZK8 | MMAT | BOUGHT | E 01225282 | 0 | 51 | 9980.06 | | | |
| | ISA | 30 January 2024 | Meta Materials Inc | BM8K210 | MMAT | BOUGHT | E 01225282 | 0 | -5110 | 0.00 | | | |
| | SIPP | 30 January 2024 | Meta Materials Inc | BM8K210 | MMAT | BOUGHT | E 01225282 | 0 | -16817 | 0.00 | | | |
| | SIPP | 30 January 2024 | Meta Materials Inc | BPDYZK8 | MMAT | BOUGHT | E 01225282 | 0 | 168 | 35294.44 | | | |
| MMAT bankruptcy | ISA | 10 October 2024 | Meta Materials Inc | BPDYZK8 | | Adjustment | E 01296561 | 0 | 0 | 0.04 | | | |
| | SIPP | 10 October 2024 | Meta Materials Inc | BPDYZK8 | | Adjustment | E 01296561 | 0 | 0 | 0.13 | | | |
| | | | | | | | Total number and value of shares of MMAT at 10 Oct 2024 | | 219 | £ 45,274.50 | $ | 58,444.01 | |

| | |
|---|---|
| ISA | ISA is an account where gains are not taxed (there are limits on how much can be invested annually, and what type of shares can be held). |
| SIPP | SIPP is a Self-Invested Person Pension (similar to an IRA in the USA, from what I read). |
| F&S | A Fund and Share account is the name that Hargreaves Lansdown give to an ordinary trading account for funds and shares. |





**HARGREAVES LANSDOWN**

## Stock Movement Report (Stocks & Shares ISA)

Client number: 1407546

| INVESTMENT | SEDOL | TRADE DATE | TYPE | REFERENCE | UNIT COST (PENCE) | UNIT QTY | COST (£) |
|---|---|---|---|---|---|---|---|
| Meta Materials Inc ✳ | BM8K210 | 30-JUN-2021 | BOUGHT | E 01008255 | 0 | 442 | 2562.14 |
| Meta Materials Inc ✳ | BL972S0 | 22-JUL-2021 | BOUGHT | E 01012820 | 0 | 884 | 0.00 |
| Meta Materials Inc | BL972S0 | 20-AUG-2021 | Adjustment | DMET200821 | 0 | -884 | 0.00 |
| Meta Materials Inc | BM8K210 | 13-JAN-2022 | BOUGHT | B176617533 | 166.009637 | 1349 | 2273.81 |
| Meta Materials Inc | BM8K210 | 24-MAY-2022 | BOUGHT | B281202613 | 149.489886 | 2274 | 3445.34 |
| Meta Materials Inc | BM8K210 | 25-NOV-2022 | BOUGHT | B408516403 | 159.820096 | 1045 | 1698.77 |
| Meta Materials Inc | BPDYZK8 | 30-JAN-2024 | BOUGHT | E 01225282 | 0 | 51 | 9980.06 |
| Meta Materials Inc | BM8K210 | 30-JAN-2024 | BOUGHT | E 01225282 | 0 | -5110 | 0.00 |
| Meta Materials Inc | BPDYZK8 | 10-OCT-2024 | Adjustment | E 01296561 | 0 | 0 | 0.04 |
| Torchlight Energy Resources Inc | B3FCBD1 | 16-FEB-2021 | BOUGHT | B886609252 | 337.101205 | 415 | 1418.91 |
| Torchlight Energy Resources Inc | B3FCBD1 | 18-FEB-2021 | BOUGHT | B891796302 | 243.410475 | 821 | 2024.33 |
| Torchlight Energy Resources Inc | B3FCBD1 | 16-JUN-2021 | BOUGHT | B005081743 | 448.384615 | 78 | 365.19 |
| Torchlight Energy Resources Inc | B3FCBD1 | 21-JUN-2021 | SOLD | S007683413 | 711.439535 | -430 | 3016.65 |
| Torchlight Energy Resources Inc | B3FCBD1 | 30-JUN-2021 | BOUGHT | E 01008255 | 0 | -884 | 0.00 |

11/25/2024 11:07:34 AM

✳ Note: The broker gave the same investment name to MMAT as well as the Meta Materials preferred share. They can be differentiated by the SEDOL number. I have also noted MMAT and MMTLP on the summary timeline spreadsheet enclosed.

Confidential

**HARGREAVES LANSDOWN**

# Stock Movement Report (SIPP)

Client number: 1407546

| INVESTMENT | SEDOL | TRADE DATE | TYPE | REFERENCE | UNIT COST (PENCE) | UNIT QTY | COST (£) |
|---|---|---|---|---|---|---|---|
| Meta Materials | 9289978 | 14-DEC-2022 | BOUGHT | E 01129000 | 0 | 3990 | 0.00 |
| Meta Materials | 9289978 | 11-OCT-2023 | BOUGHT | E 01199534 | 0 | -3990 | 0.00 |
| Meta Materials Inc | BM8K210 | 30-JUN-2021 | BOUGHT | E 01008255 | 0 | 1995 | 11500.33 |
| Meta Materials Inc | BL972S0 | 22-JUL-2021 | BOUGHT | E 01012820 | 0 | 3990 | 0.00 |
| Meta Materials Inc | BM8K210 | 06-JAN-2022 | BOUGHT | B167052583 | 189.360269 | 1188 | 2284.05 |
| Meta Materials Inc | BM8K210 | 19-JAN-2022 | BOUGHT | B180187643 | 153.410486 | 782 | 1223.62 |
| Meta Materials Inc | BM8K210 | 24-MAY-2022 | BOUGHT | B281216583 | 147.740082 | 3655 | 5464.85 |
| Meta Materials Inc | BM8K210 | 25-NOV-2022 | BOUGHT | B408512193 | 159.82005 | 9197 | 14821.59 |
| Meta Materials Inc | BL972S0 | 14-DEC-2022 | BOUGHT | E 01129000 | 0 | -3990 | 0.00 |
| Meta Materials Inc | BM8K210 | 30-JAN-2024 | BOUGHT | E 01225282 | 0 | -16817 | 0.00 |
| Meta Materials Inc | BPDYZK8 | 30-JAN-2024 | BOUGHT | E 01225282 | 0 | 168 | 35294.44 |
| Meta Materials Inc | BPDYZK8 | 10-OCT-2024 | Adjustment | E 01296561 | 0 | 0 | 0.13 |
| Torchlight Energy Resources Inc | B3FCBD1 | 25-JAN-2021 | BOUGHT | B858628622 | 136.129882 | 1101 | 1525.73 |
| Torchlight Energy Resources Inc | B3FCBD1 | 16-FEB-2021 | BOUGHT | B886591812 | 343.68011 | 2182 | 7573.79 |
| Torchlight Energy Resources Inc | B3FCBD1 | 18-FEB-2021 | BOUGHT | B891796022 | 243.409903 | 1232 | 3034.75 |
| Torchlight Energy Resources Inc | B3FCBD1 | 16-JUN-2021 | BOUGHT | B005078983 | 455.419802 | 505 | 2334.82 |
| Torchlight Energy Resources Inc | B3FCBD1 | 21-JUN-2021 | SOLD | S007683283 | 710.720388 | -1030 | 7241.07 |
| Torchlight Energy Resources Inc | B3FCBD1 | 30-JUN-2021 | BOUGHT | E 01008255 | 0 | -3990 | 0.00 |

11/25/2024 11:09:59 AM

**HARGREAVES LANSDOWN**

## Stock Movement Report (Fund & Share)

Client number: 1407546

| INVESTMENT | SEDOL | TRADE DATE | TYPE | REFERENCE | UNIT COST (PENCE) | UNIT QTY | COST (£) |
|---|---|---|---|---|---|---|---|
| Meta Materials Inc | BL972S0 | 20-AUG-2021 | Adjustment | DMET200821 | 0 | 884 | 0.00 |
| Meta Materials Inc | BL972S0 | 15-NOV-2022 | TRANSFER | W005158196 | 716.7817 | -884 | 6336.35 |

11/25/2024 11:11:35 AM