NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | PROOF OF INTEREST |
|---|---|

Name of Debtor: **Meta Materials**
Case Number: **24-50792-hlb**

1. Name and address of holder of the Equity Interest (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

    **James Taylor**
    **6412 Kelley RD.**
    **Brooklyn, MI 49230**

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

☑ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

RECEIVED AND FILED
DEC 12 2024
U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

Telephone Number: **(517) 795-9373**

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

COURT USE ONLY

Account or other number by which Interest holder identifies Debtor: **5418-3553**

Check here if this claim:
☐ replaces a previously filed Proof of Interest dated:
☐ amends a previously filed Proof of Interest dated:

2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:

    **Charles Schwab**
    **3000 Schwab WAY**
    **Westlake, TX 76262**

    Telephone Number: **1(877) 519-1403**

3. Date Equity Interest was acquired:

    7/13/21 - 100      9/20/21 - 10       4/21/22 - 30     12/30/22 222
    7/13/21 - 17       12/3/21 - 620      6/27/22 - 400
    7/13/21 - 640      1/26/22 - 1472     7/12/22 - 800    5/8/23
    8/30/21 - 150      1/27/22 - 35       12/5/22 - 850    8500
                                          12/5/22 - 3      5/22/23
                                                           233

4. Total amount of member interest: **14,082**

5. Certificate number(s): _____

6. Type of Equity Interest:
    Please indicate the type of Equity Interest you hold:
    ☑ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
    ☐ Check this box if your Equity Interest is based on anything else and describe that interest:
    Description: **Investor**

7. Supporting Documents: Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
   DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. Date-Stamped Copy: To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

9. Signature:
   Check the appropriate box.
   ☑ I am the creditor.   ☐ I am the creditor's authorized agent.   ☐ I am the trustee, or the debtor,   ☐ I am a guarantor, surety, endorser, or other codebtor.
                          (Attach copy of power of attorney, if any.)   or their authorized agent.            (See Bankruptcy Rule 3005.)
                                                                       (See Bankruptcy Rule 3004.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: **James Taylor**
Title:
Company: Address and telephone number (if different from notice address above):

(Signature) *James Taylor*   (Date) **12/06/2024**

Telephone number: **(517) 795-9373**   email: **jimmy197054@yahoo.com**

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

Transaction History for Designated Bene Individual ...553

Transactions found from 12/06/2020 to 12/06/2024

| Date ▼ | Action | Symbol / Description | Quantity | Price | Fees & Comm | Amount |
|---|---|---|---|---|---|---|
| 10/16/2024 as of 10/15/2024 | Bank Interest | BANK INT ...524 TD BANK NA | | | | $0.01 |
| 09/27/2024 | Buy | RSLS<br>RESHAPE LIFESCIENCES INC | 26 | $5.582 | | -$145.13 |
| 09/23/2024 | Reverse Split | RSLS<br>RESHAPE LIFESCIENCES INC | 1 | | | |
| 09/23/2024 | Reverse Split | 76090R200<br>RESHAPE LIFESCIENCES XXXREVERSE SPLIT EFF: 09/23/24 | -17 | | | |
| 09/23/2024 as of 09/20/2024 | MoneyLink Transfer | Tfr Flagstar Bank Nati, JAMES H TAYLOR | | | | $150.00 |
| 01/29/2024 | Reverse Split | MMAT<br>META MATLS INC | 151 | | | |
| 01/29/2024 | Reverse Split | 59134N104<br>META MATLS INC XXXREVERSE SPLIT EFF: 01/29/24 | -15,041 | | | |
| 10/16/2023 as of 10/15/2023 | Bank Interest | BANK INT ...523 TD BANK NA | | | | $0.02 |
| 10/06/2023 | Buy | MMAT<br>META MATLS INC | 690 | $0.218 | | -$150.45 |
| 10/02/2023 as of 09/29/2023 | MoneyLink Transfer | Tfr FLAGSTAR BANK NATI, JAMES H TAYLOR | | | | $150.00 |
| 08/17/2023 | Cash In Lieu | WATT<br>ENERGOUS CORP | | | | $1.14 |
| 08/16/2023 | Reverse Split | WATT<br>ENERGOUS CORP | 2 | | | |
| 08/16/2023 | Reverse Split | 29272C103<br>ENERGOUS CORP XXXREVERSE SPLIT EFF: 08/16/23 | -50 | | | |
| 06/22/2023 | Buy | MMAT<br>META MATLS INC | 63 | $0.1925 | | -$12.13 |
| 05/30/2023 | Journaled Shares | TDA TRAN - CASH MOVEMENT OF OUTGOING ACCOUNT TRANSFER | | | | -$12.83 |
| 05/30/2023 | Journaled Shares | MMAT<br>TDA TRAN - TRANSFER OF SECURITY OR OPTION OUT (MMAT) | -14,288 | | | |
| 05/30/2023 | Journaled Shares | 6DA993019<br>TDA TRAN - TRANSFER OF SECURITY OR OPTION OUT (6DA993019) | -372 | | | |
| 05/30/2023 | Journaled Shares | WATT<br>TDA TRAN - TRANSFER OF SECURITY OR OPTION OUT (WATT) | -50 | | | |
| 05/30/2023 | Journaled Shares | RSLS<br>TDA TRAN - TRANSFER OF SECURITY OR OPTION OUT (RSLS) | -17 | | | |
| 05/30/2023 | Internal Transfer | WATT<br>ENERGOUS CORP | 50 | | | |
| 05/30/2023 | Internal Transfer | MMAT<br>META MATLS INC | 14,288 | | | |
| 05/30/2023 | Internal Transfer | RSLS<br>RESHAPE LIFESCIENCES INC | 17 | | | |
| 05/30/2023 | Internal Transfer | 629999590<br>NEXT BRIDGE HYDROCARBONS | 372 | | | |
| 05/30/2023 | Internal Transfer | TDA TO CS&CO TRANSFER | | | | $12.83 |
| 05/30/2023 | Journaled Shares | TDA TRAN - CASH ALTERNATIVES REDEMPTION (MMDA1) BANK SWEEP WITHDRAWAL | | | | -$12.80 |
| 05/26/2023 | Bond Interest | TDA TRAN - OFF-CYCLE INTEREST (MMDA1) | | | | $0.03 |
| 05/24/2023 | Journaled Shares | TDA TRAN - CASH ALTERNATIVES REDEMPTION (MMDA1) BANK SWEEP WITHDRAWAL | | | | -$60.53 |
| 05/22/2023 | Buy | MMAT<br>TDA TRAN - Bought ...233 (MMAT) @0.2598 | 233 | $0.2598 | | -$60.53 |
| 05/10/2023 | Journaled Shares | TDA TRAN - CASH ALTERNATIVES REDEMPTION (MMDA1) BANK SWEEP WITHDRAWAL | | | | -$1,939.70 |

| Date ▼ | Action | Symbol / Description | Quantity | Price | Fees & Comm | Amount |
|---|---|---|---|---|---|---|
| 05/09/2023 | Journaled Shares | TDA TRAN - CASH ALTERNATIVES PURCHASE (MMDA1) BANK SWEEP DEPOSIT | | | | $2,000.00 |
| 05/08/2023 | Buy | MMAT<br>TDA TRAN - Bought 8500 (MMAT) @0.2282 | 8,500 | $0.2282 | | -$1,939.70 |
| 05/08/2023 | MoneyLink Transfer | TDA TRAN - CLIENT REQUESTED ELECTRONIC FUNDING RECEIPT (FUNDS NOW) | | | | $2,000.00 |
| 05/01/2023 | Journaled Shares | TDA TRAN - CASH ALTERNATIVES REDEMPTION (MMDA1) BANK SWEEP WITHDRAWAL | | | | -$2.00 |
| 04/28/2023 | Journaled Shares | TDA TRAN - PAPER STATEMENT FEE | | | | -$2.00 |
| 04/03/2023 | Journaled Shares | TDA TRAN - CASH ALTERNATIVES REDEMPTION (MMDA1) BANK SWEEP WITHDRAWAL | | | | -$2.00 |
| 03/31/2023 | Journaled Shares | TDA TRAN - PAPER STATEMENT FEE | | | | -$2.00 |
| 03/01/2023 | Journaled Shares | TDA TRAN - CASH ALTERNATIVES REDEMPTION (MMDA1) BANK SWEEP WITHDRAWAL | | | | -$2.00 |
| 02/28/2023 | Journaled Shares | MMDA1<br>TDA TRAN - CASH ALTERNATIVES INTEREST (MMDA1) | 0.01 | | | |
| 02/28/2023 | Journaled Shares | TDA TRAN - PAPER STATEMENT FEE | | | | -$2.00 |
| 02/01/2023 | Journaled Shares | TDA TRAN - CASH ALTERNATIVES REDEMPTION (MMDA1) BANK SWEEP WITHDRAWAL | | | | -$2.00 |
| 01/31/2023 | Journaled Shares | MMDA1<br>TDA TRAN - CASH ALTERNATIVES INTEREST (MMDA1) | 0.01 | | | |
| 01/31/2023 | Journaled Shares | TDA TRAN - PAPER STATEMENT FEE | | | | -$2.00 |
| 01/06/2023 | Journaled Shares | 6DA993019<br>TDA TRAN - MANDATORY - EXCHANGE (6DA993019) | 372 | | | |
| 01/06/2023 | Journaled Shares | 6DA993019<br>TDA TRAN - MANDATORY - EXCHANGE (6DA993019) | -372 | | | |
| 01/04/2023 | Journaled Shares | TDA TRAN - CASH ALTERNATIVES REDEMPTION (MMDA1) BANK SWEEP WITHDRAWAL | | | | -$263.54 |
| 01/03/2023 | Journaled Shares | TDA TRAN - CASH ALTERNATIVES REDEMPTION (MMDA1) BANK SWEEP WITHDRAWAL | | | | -$2.00 |
| 12/30/2022 | Journaled Shares | MMDA1<br>TDA TRAN - CASH ALTERNATIVES INTEREST (MMDA1) | 0.01 | | | |
| 12/30/2022 | Journaled Shares | TDA TRAN - PAPER STATEMENT FEE | | | | -$2.00 |
| 12/30/2022 | Journaled Shares | 6DA993019<br>TDA TRAN - MANDATORY - EXCHANGE (6DA993019) | 372 | | | |
| 12/30/2022 | Journaled Shares | 5CT999019<br>TDA TRAN - MANDATORY - EXCHANGE (5CT999019) | -372 | | | |
| 12/30/2022 | Buy | MMAT<br>TDA TRAN - Bought ...222 (MMAT) @1.1871 | 222 | $1.1871 | | -$263.54 |
| 12/27/2022 | Journaled Shares | TDA TRAN - CASH ALTERNATIVES PURCHASE (MMDA1) BANK SWEEP DEPOSIT | | | | $262.02 |
| 12/23/2022 | Bond Interest | TDA TRAN - OFF-CYCLE INTEREST (MMDA1) | | | | $0.02 |
| 12/23/2022 | Journaled Shares | RSLS<br>TDA TRAN - MANDATORY REVERSE SPLIT (RSLS) | 17 | | | |
| 12/23/2022 | Journaled Shares | 76090R101<br>TDA TRAN - MANDATORY REVERSE SPLIT (76090R101) | -850 | | | |
| 12/23/2022 | Journaled Shares | TDA TRAN - MANDATORY REORGANIZATION FEE (76090R101) | | | | -$38.00 |
| 12/23/2022 | MoneyLink Transfer | TDA TRAN - CLIENT REQUESTED ELECTRONIC FUNDING RECEIPT (FUNDS NOW) | | | | $300.00 |
| 12/13/2022 | Journaled Shares | 5CT999019<br>TDA TRAN - MANDATORY - EXCHANGE (5CT999019) | 372 | | | |
| 12/13/2022 | Journaled Shares | ZZZZP<br>TDA TRAN - MANDATORY - EXCHANGE (MMTLP) | -372 | | | |
| 12/08/2022 | Journaled Shares | TDA TRAN - CASH ALTERNATIVES REDEMPTION (MMDA1) BANK SWEEP WITHDRAWAL | | | | -$21.71 |
| 12/07/2022 | Journaled Shares | TDA TRAN - CASH ALTERNATIVES REDEMPTION (MMDA1) BANK SWEEP WITHDRAWAL | | | | -$1,467.08 |

| Date ▼ | Action | Symbol / Description | Quantity | Price | Fees & Comm | Amount |
|---|---|---|---|---|---|---|
| 12/06/2022 | Buy | MMAT<br>TDA TRAN - Bought 13 (MMAT) @1.6699 | 13 | $1.6699 | | -$21.71 |
| 12/06/2022 | Journaled Shares | TDA TRAN - CASH ALTERNATIVES PURCHASE (MMDA1) BANK SWEEP DEPOSIT | | | | $1,500.00 |
| 12/05/2022 | Buy | MMAT<br>TDA TRAN - Bought 3 (MMAT) @1.7199 | 3 | $1.7199 | | -$5.16 |
| 12/05/2022 | Buy | MMAT<br>TDA TRAN - Bought ...850 (MMAT) @1.7199 | 850 | $1.7199 | | -$1,461.92 |
| 12/05/2022 | MoneyLink Transfer | TDA TRAN - CLIENT REQUESTED ELECTRONIC FUNDING RECEIPT (FUNDS NOW) | | | | $1,500.00 |
| 11/01/2022 | Journaled Shares | TDA TRAN - CASH ALTERNATIVES REDEMPTION (MMDA1) BANK SWEEP WITHDRAWAL | | | | -$2.00 |
| 10/31/2022 | Journaled Shares | TDA TRAN - PAPER STATEMENT FEE | | | | -$2.00 |
| 10/03/2022 | Journaled Shares | TDA TRAN - CASH ALTERNATIVES REDEMPTION (MMDA1) BANK SWEEP WITHDRAWAL | | | | -$2.00 |
| 09/30/2022 | Journaled Shares | TDA TRAN - PAPER STATEMENT FEE | | | | -$2.00 |
| 09/01/2022 | Journaled Shares | TDA TRAN - CASH ALTERNATIVES REDEMPTION (MMDA1) BANK SWEEP WITHDRAWAL | | | | -$2.00 |
| 08/31/2022 | Journaled Shares | TDA TRAN - PAPER STATEMENT FEE | | | | -$2.00 |
| 08/01/2022 | Journaled Shares | TDA TRAN - CASH ALTERNATIVES REDEMPTION (MMDA1) BANK SWEEP WITHDRAWAL | | | | -$2.00 |
| 07/29/2022 | Journaled Shares | TDA TRAN - PAPER STATEMENT FEE | | | | -$2.00 |
| 07/14/2022 | Journaled Shares | TDA TRAN - CASH ALTERNATIVES REDEMPTION (MMDA1) BANK SWEEP WITHDRAWAL | | | | -$766.00 |
| 07/13/2022 | Journaled Shares | TDA TRAN - CASH ALTERNATIVES PURCHASE (MMDA1) BANK SWEEP DEPOSIT | | | | $750.00 |
| 07/12/2022 | Buy | MMAT<br>TDA TRAN - Bought ...800 (MMAT) @0.9575 | 800 | $0.9575 | | -$766.00 |
| 07/12/2022 | MoneyLink Transfer | TDA TRAN - CLIENT REQUESTED ELECTRONIC FUNDING RECEIPT (FUNDS NOW) | | | | $750.00 |
| 07/01/2022 | Journaled Shares | TDA TRAN - CASH ALTERNATIVES REDEMPTION (MMDA1) BANK SWEEP WITHDRAWAL | | | | -$2.00 |
| 06/30/2022 | Journaled Shares | TDA TRAN - PAPER STATEMENT FEE | | | | -$2.00 |
| 06/29/2022 | Journaled Shares | TDA TRAN - CASH ALTERNATIVES REDEMPTION (MMDA1) BANK SWEEP WITHDRAWAL | | | | -$463.88 |
| 06/28/2022 | Journaled Shares | TDA TRAN - CASH ALTERNATIVES PURCHASE (MMDA1) BANK SWEEP DEPOSIT | | | | $500.00 |
| 06/27/2022 | Buy | MMAT<br>TDA TRAN - Bought ...400 (MMAT) @1.1597 | 400 | $1.1597 | | -$463.88 |
| 06/27/2022 | MoneyLink Transfer | TDA TRAN - CLIENT REQUESTED ELECTRONIC FUNDING RECEIPT (FUNDS NOW) | | | | $500.00 |
| 06/01/2022 | Journaled Shares | TDA TRAN - CASH ALTERNATIVES REDEMPTION (MMDA1) BANK SWEEP WITHDRAWAL | | | | -$2.00 |
| 05/31/2022 | Journaled Shares | TDA TRAN - PAPER STATEMENT FEE | | | | -$2.00 |
| 05/02/2022 | Journaled Shares | TDA TRAN - CASH ALTERNATIVES REDEMPTION (MMDA1) BANK SWEEP WITHDRAWAL | | | | -$2.00 |
| 04/29/2022 | Journaled Shares | TDA TRAN - PAPER STATEMENT FEE | | | | -$2.00 |
| 04/25/2022 | Journaled Shares | TDA TRAN - CASH ALTERNATIVES REDEMPTION (MMDA1) BANK SWEEP WITHDRAWAL | | | | -$38.40 |
| 04/21/2022 | Buy | MMAT<br>TDA TRAN - Bought 30 (MMAT) @1.2799 | 30 | $1.2799 | | -$38.40 |
| 04/01/2022 | Journaled Shares | TDA TRAN - CASH ALTERNATIVES REDEMPTION (MMDA1) BANK SWEEP WITHDRAWAL | | | | -$2.00 |
| 03/31/2022 | Journaled Shares | TDA TRAN - PAPER STATEMENT FEE | | | | -$2.00 |
| 03/30/2022 | Journaled Shares | TDA TRAN - CASH ALTERNATIVES REDEMPTION (MMDA1) BANK SWEEP WITHDRAWAL | | | | -$1,187.92 |
| 03/29/2022 | Journaled Shares | TDA TRAN - CASH ALTERNATIVES PURCHASE (MMDA1) BANK SWEEP DEPOSIT | | | | $1,200.00 |
| 03/28/2022 | Buy | 76090R101<br>TDA TRAN - Bought ...825 (RSLS) @1.4399 | 825 | $1.4399 | | -$1,187.92 |

| Date ▼ | Action | Symbol / Description | Quantity | Price | Fees & Comm | Amount |
|---|---|---|---|---|---|---|
| 03/28/2022 | MoneyLink Transfer | TDA TRAN - CLIENT REQUESTED ELECTRONIC FUNDING RECEIPT (FUNDS NOW) | | | | $1,200.00 |
| 03/01/2022 | Journaled Shares | TDA TRAN - CASH ALTERNATIVES REDEMPTION (MMDA1) BANK SWEEP WITHDRAWAL | | | | -$2.00 |
| 02/28/2022 | Journaled Shares | TDA TRAN - PAPER STATEMENT FEE | | | | -$2.00 |
| 02/01/2022 | Journaled Shares | TDA TRAN - CASH ALTERNATIVES REDEMPTION (MMDA1) BANK SWEEP WITHDRAWAL | | | | -$2.00 |
| 01/31/2022 | Journaled Shares | TDA TRAN - PAPER STATEMENT FEE | | | | -$2.00 |
| 01/31/2022 | Journaled Shares | TDA TRAN - CASH ALTERNATIVES REDEMPTION (MMDA1) BANK SWEEP WITHDRAWAL | | | | -$50.05 |
| 01/28/2022 | Journaled Shares | TDA TRAN - CASH ALTERNATIVES REDEMPTION (MMDA1) BANK SWEEP WITHDRAWAL | | | | -$2,421.44 |
| 01/27/2022 | Buy | MMAT<br>TDA TRAN - Bought 35 (MMAT) @1.4299 | 35 | $1.4299 | | -$50.05 |
| 01/27/2022 | Journaled Shares | TDA TRAN - CASH ALTERNATIVES PURCHASE (MMDA1) BANK SWEEP DEPOSIT | | | | $2,500.00 |
| 01/26/2022 | Buy | MMAT<br>TDA TRAN - Bought 1472 (MMAT) @1.6450 | 1,472 | $1.645 | | -$2,421.44 |
| 01/26/2022 | MoneyLink Transfer | TDA TRAN - CLIENT REQUESTED ELECTRONIC FUNDING RECEIPT (FUNDS NOW) | | | | $2,500.00 |
| 01/03/2022 | Journaled Shares | TDA TRAN - CASH ALTERNATIVES REDEMPTION (MMDA1) BANK SWEEP WITHDRAWAL | | | | -$2.00 |
| 12/31/2021 | Journaled Shares | TDA TRAN - PAPER STATEMENT FEE | | | | -$2.00 |
| 12/07/2021 | Journaled Shares | TDA TRAN - CASH ALTERNATIVES REDEMPTION (MMDA1) BANK SWEEP WITHDRAWAL | | | | -$2,027.34 |
| 12/06/2021 | Journaled Shares | TDA TRAN - CASH ALTERNATIVES PURCHASE (MMDA1) BANK SWEEP DEPOSIT | | | | $2,000.00 |
| 12/03/2021 | Buy | MMAT<br>TDA TRAN - Bought ...620 (MMAT) @3.2699 | 620 | $3.2699 | | -$2,027.34 |
| 12/03/2021 | MoneyLink Transfer | TDA TRAN - CLIENT REQUESTED ELECTRONIC FUNDING RECEIPT (FUNDS NOW) | | | | $2,000.00 |
| 12/01/2021 | Journaled Shares | TDA TRAN - CASH ALTERNATIVES REDEMPTION (MMDA1) BANK SWEEP WITHDRAWAL | | | | -$2.00 |
| 11/30/2021 | Journaled Shares | TDA TRAN - PAPER STATEMENT FEE | | | | -$2.00 |
| 11/01/2021 | Journaled Shares | TDA TRAN - CASH ALTERNATIVES REDEMPTION (MMDA1) BANK SWEEP WITHDRAWAL | | | | -$2.00 |
| 10/29/2021 | Journaled Shares | TDA TRAN - PAPER STATEMENT FEE | | | | -$2.00 |
| 10/01/2021 | Journaled Shares | TDA TRAN - CASH ALTERNATIVES REDEMPTION (MMDA1) BANK SWEEP WITHDRAWAL | | | | -$2.00 |
| 09/30/2021 | Journaled Shares | TDA TRAN - PAPER STATEMENT FEE | | | | -$2.00 |
| 09/22/2021 | Journaled Shares | TDA TRAN - CASH ALTERNATIVES REDEMPTION (MMDA1) BANK SWEEP WITHDRAWAL | | | | -$49.70 |
| 09/20/2021 | Buy | MMAT<br>TDA TRAN - Bought 10 (MMAT) @4.9700 | 10 | $4.97 | | -$49.70 |
| 09/01/2021 | Journaled Shares | TDA TRAN - CASH ALTERNATIVES REDEMPTION (MMDA1) BANK SWEEP WITHDRAWAL | | | | -$697.99 |
| 08/31/2021 | Journaled Shares | TDA TRAN - PAPER STATEMENT FEE | | | | -$2.00 |
| 08/31/2021 | Journaled Shares | TDA TRAN - CASH ALTERNATIVES PURCHASE (MMDA1) BANK SWEEP DEPOSIT | | | | $750.00 |
| 08/30/2021 | Buy | MMAT<br>TDA TRAN - Bought ...150 (MMAT) @4.6399 | 150 | $4.6399 | | -$695.99 |
| 08/30/2021 | MoneyLink Transfer | TDA TRAN - CLIENT REQUESTED ELECTRONIC FUNDING RECEIPT (FUNDS NOW) | | | | $750.00 |
| 08/02/2021 | Journaled Shares | TDA TRAN - CASH ALTERNATIVES REDEMPTION (MMDA1) BANK SWEEP WITHDRAWAL | | | | -$2.00 |
| 07/30/2021 | Journaled Shares | TDA TRAN - PAPER STATEMENT FEE | | | | -$2.00 |
| 07/16/2021 | Journaled Shares | TDA TRAN - CASH ALTERNATIVES REDEMPTION (MMDA1) BANK SWEEP WITHDRAWAL | | | | -$144.50 |

| Date ▼ | Action | Symbol / Description | Quantity | Price | Fees & Comm | Amount |
|---|---|---|---|---|---|---|
| 07/15/2021 | Journaled Shares | TDA TRAN - CASH ALTERNATIVES REDEMPTION (MMDA1) BANK SWEEP WITHDRAWAL | | | | -$2,845.96 |
| 07/14/2021 | Buy | WATT<br>TDA TRAN - Bought 50 (WATT) @2.8900 | 50 | $2.89 | | -$144.50 |
| 07/13/2021 | Buy | MMAT<br>TDA TRAN - Bought ...100 (MMAT) @4.0300 | 100 | $4.03 | | -$403.00 |
| 07/13/2021 | Buy | MMAT<br>TDA TRAN - Bought 17 (MMAT) @3.6600 | 17 | $3.66 | | -$62.22 |
| 07/13/2021 | Buy | MMAT<br>TDA TRAN - Bought ...640 (MMAT) @3.7199 | 640 | $3.7199 | | -$2,380.74 |
| 07/13/2021 | Journaled Shares | TDA TRAN - CASH ALTERNATIVES PURCHASE (MMDA1) BANK SWEEP DEPOSIT | | | | $27.85 |
| 07/12/2021 | Journaled Shares | TDA TRAN - CASH ALTERNATIVES PURCHASE (MMDA1) BANK SWEEP DEPOSIT | | | | $3,000.00 |
| 07/09/2021 | Buy | 76090R101<br>TDA TRAN - Bought 25 (RSLS) @5.9000 | 25 | $5.90 | | -$147.50 |
| 07/09/2021 | Sell | 76090R101<br>TDA TRAN - Sold ...500 (RSLS) @6.0201 | 500 | $6.0201 | $0.08 | $3,009.97 |
| 07/09/2021 | Buy | 76090R101<br>TDA TRAN - Bought ...100 (RSLS) @5.6690 | 100 | $5.669 | | -$566.90 |
| 07/09/2021 | Buy | 76090R101<br>TDA TRAN - Bought ...340 (RSLS) @5.6692 | 340 | $5.6692 | | -$1,927.53 |
| 07/09/2021 | Buy | 76090R101<br>TDA TRAN - Bought 60 (RSLS) @5.6699 | 60 | $5.6699 | | -$340.19 |
| 07/09/2021 | MoneyLink Transfer | TDA TRAN - CLIENT REQUESTED ELECTRONIC FUNDING RECEIPT (FUNDS NOW) | | | | $3,000.00 |
| 07/08/2021 | Journaled Shares | ZZZZP<br>TDA TRAN - NON-TAXABLE SPIN OFF/LIQUIDATION DISTRIBUTION (59134N203) | 372 | | | |
| 07/01/2021 | Journaled Shares | TDA TRAN - CASH ALTERNATIVES REDEMPTION (MMDA1) BANK SWEEP WITHDRAWAL | | | | -$2.00 |
| 06/30/2021 | Journaled Shares | MMDA1<br>TDA TRAN - CASH ALTERNATIVES INTEREST (MMDA1) | 0.01 | | | |
| 06/30/2021 | Journaled Shares | TDA TRAN - PAPER STATEMENT FEE | | | | -$2.00 |
| 06/29/2021 | Journaled Shares | TDA TRAN - CASH ALTERNATIVES REDEMPTION (MMDA1) BANK SWEEP WITHDRAWAL | | | | -$47.82 |
| 06/28/2021 | Journaled Shares | MMAT<br>TDA TRAN - MANDATORY REVERSE SPLIT (MMAT) | 193 | | | |
| 06/28/2021 | Journaled Shares | TRCH<br>TDA TRAN - MANDATORY REVERSE SPLIT (TRCH) | -386 | | | |
| 06/28/2021 | Journaled Shares | TDA TRAN - MANDATORY REORGANIZATION FEE (TRCH) | | | | -$38.00 |
| 06/28/2021 | Journaled Shares | TDA TRAN - CASH ALTERNATIVES REDEMPTION (MMDA1) BANK SWEEP WITHDRAWAL | | | | -$57.48 |
| 06/25/2021 | Buy | TRCH<br>TDA TRAN - Bought 2 (TRCH) @4.9099 | 2 | $4.9099 | | -$9.82 |
| 06/25/2021 | Journaled Shares | TDA TRAN - CASH ALTERNATIVES PURCHASE (MMDA1) BANK SWEEP DEPOSIT | | | | $100.00 |
| 06/24/2021 | Buy | TRCH<br>TDA TRAN - Bought 12 (TRCH) @4.7899 | 12 | $4.7899 | | -$57.48 |
| 06/24/2021 | MoneyLink Transfer | TDA TRAN - CLIENT REQUESTED ELECTRONIC FUNDING RECEIPT (FUNDS NOW) | | | | $100.00 |
| 06/24/2021 | Journaled Shares | TDA TRAN - CASH ALTERNATIVES REDEMPTION (MMDA1) BANK SWEEP WITHDRAWAL | | | | -$206.80 |
| 06/23/2021 | Journaled Shares | TDA TRAN - CASH ALTERNATIVES REDEMPTION (MMDA1) BANK SWEEP WITHDRAWAL | | | | -$906.90 |
| 06/22/2021 | Buy | TRCH<br>TDA TRAN - Bought 22 (TRCH) @9.4000 | 22 | $9.40 | | -$206.80 |
| 06/22/2021 | Journaled Shares | TDA TRAN - CASH ALTERNATIVES PURCHASE (MMDA1) BANK SWEEP DEPOSIT | | | | $1,000.00 |
| 06/21/2021 | Buy | TRCH<br>TDA TRAN - Bought ...350 (TRCH) @9.6100 | 350 | $9.61 | | -$3,363.50 |
| 06/21/2021 | Sell | CTRM | 900 | $2.7201 | $0.12 | $2,447.97 |