NVB 3001 (Effective 1/21)

# UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA

**PROOF OF INTEREST**

| Name of Debtor: | Case Number: |
|---|---|
| Meta Materials Inc. | 24-50792 |

**1. Name and address of holder of the Equity Interest** (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

Kevin Wang
3340 Allen Ct.
Santa Clara, CA, 95051

Telephone Number:
(408)828-7275

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

■ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

**RECEIVED AND FILED**

**DEC 13 2024**

**U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK**

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

**COURT USE ONLY**

| Account or other number by which Interest holder identifies Debtor: | Check here if this claim: |
|---|---|
| 1074-1233 | ☐ replaces a previously filed Proof of Interest dated: _____<br>☐ amends a previously filed Proof of Interest dated: _____ |

**2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:**

Kevin Wang
Charles Schwab & Co., Inc.
P.O. Box 982600
**Telephone Number:** El Paso, TX, 79998-2600
1-800-435-4000

**3. Date Equity Interest was acquired:**

Between 07/07/2021 - 12/3/2024
See attached document

**4. Total amount of member interest:** 12 shares for $820.69

**5. Certificate number(s):** _____

**6. Type of Equity Interest:**
Please indicate the type of Equity Interest you hold:
■ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
☐ Check this box if your Equity Interest is based on anything else and describe that interest:
**Description:** Investor

**7. Supporting Documents:** Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**8. Date-Stamped Copy:** To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

**9. Signature:**
Check the appropriate box.
■ I am the creditor.   ☐ I am the creditor's authorized agent.   ☐ I am the trustee, or the debtor,   ☐ I am a guarantor, surety, endorser, or other codebtor.
(Attach copy of power of attorney, if any.)   or their authorized agent.   (See Bankruptcy Rule 3005.)
(See Bankruptcy Rule 3004.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: Kevin Wang
Title:
Company: ___ Address and telephone number (if different from notice address above):

(Signature)   12/3/2024   (Date)

Telephone number: (408)828-7275   email: kevinclwang@gmail.com

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

Print Form    Save Form    Clear Form

Proof of interest supplemental information:
Case: 24-50792, Meta Materials, INC
For: Kevin Wang

Broker: Charles Schwab & Co., INC.
ACCT #: 1074-1233
Total shares held pre-reverse split: 300 shares [3 shares post reverse split]
We bought 9 shares post reverse split on 2/16/2024.
Current total shares held: 12 shares.
Total money invested pre-reverse split: $820.69

We have not sold a single share of MMAT since 7/07/2021.

See transaction documentation attached.



| Accounts | Trade | Research | Move Money | Products | Learn | How To | | Search | Messages | Support |

Summary  Balances  Positions  Realized Gain Loss  Investment Income  Portfolio Performance  Securities Lending  Corporate Actions  Transaction History  Statement & Tax Forms  Open An Account  Relationship Summary

## Positions

Updated 02:27:53 AM ET, 12/03/2024   C Refresh   ⓘ Help   ↓ Export   🖨 Pr

Individual ... 233

View Realize / Gain/Loss

☑ Group by Security Type   ☑ Condensed Table View

### Account Summary

| Total Accounts Value | Total Cash & Cash Invest | Total Market Value | Total Day Change ⓘ | Total Cost Basis | Total Gain/Loss[2] ⓘ |
|---|---|---|---|---|---|
| $23.49 | $22.76 | $0.73 | $0.00 (0.00%) | $821.42 | -$820.69 (99.91%) |

### Positions Details *

⚙ Settings

| Symbol ↓ | Name | Qty | Price | % Price Chng | Mkt Val | % Day Chng | Cost Basis | % Gain/Loss[2] | Ratings | Reinvest? | % of Acct |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ▼ Equities | | | | | | | | | | | |
| MMATQ | ☰ META MATLS INC CLASS EQUITY | 12 | $0.061[3] | +$0.00 | $0.73[3] | +$0.00 | $821.12 | $820.69 | -- | No | 3.11% |
| Total Equities | | | | | $0.73 | +$0.00 | $821.42 | -$820.69 | | | 3.11% |
| ▼ Cash & Money Market | | | | | | | | | | | |
| Cash & Cash Investments[1] ⓘ | | | | | $22.76 | +$0.00 | -- | -- | | -- | 96.89% |
| Total Cash & Money Market | | | | | $22.76 | +$0.00 | N/A | N/A | | | 96.89% |
| Account Total | | | | | $23.49 | +$0.00 | $821.42 | $820.69 | | | |

Lot Details  MMATQ - META MATLS INC CLASS EQUITY                                           ×

Cost Basis Calculator   @ Help   Export   Print

| Open Date | Quantity | Price | Cost/Share | Market Value | Cost Basis | Gain/Loss $ | Gain/Loss % | Holding Period |
|---|---|---|---|---|---|---|---|---|
| 02/16/2024 | 9 | $0 061 | $4 50 | $0 55 | $10 50 | $39 95 | 98 84 % | Short Term |
| 12/20/2021 | 2 85 | $0 061 | $244 53 | $0 17 | $696 92 | $696 75 | 99 98 | Long Term |
| 07/07/2021 | 0 15 | $0 061 | $560 00 | $0 01 | $84 00 | $83 99 | 99 99% | Long Term |
| **Total** | **12** | | | **$0 73** | **$821 42** | **$820 69** | **99 91%** | |