NVB 3001 (Effective 1/21)

## UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA

**PROOF OF INTEREST**

| | |
|---|---|
| Name of Debtor: Meta Materials Inc. | Case Number: 24-50792 |

**1. Name and address of holder of the Equity Interest** (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

Kevin Wang
3340 Allen Ct.
Santa Clara, CA, 95051

Telephone Number:
(408)828-7275

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

■ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

RECEIVED AND FILED
DEC 13 2024
U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

**COURT USE ONLY**

Account or other number by which Interest holder identifies Debtor:
P5F008058

Check here if this claim:
☐ replaces a previously filed Proof of Interest dated: _____
☐ amends a previously filed Proof of Interest dated: _____

**2.** Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:

Kevin Wang
HSBC Securities (USA) Inc.
P.O. Box 2034
Jersey City, NJ, 07303-2304
1-800-662-3343

**Telephone Number:**

**3. Date Equity Interest was acquired:**
Between 07/26/2021 - 12/3/2024
See attached document

**4.** Total amount of member interest: 1,257 shares for $213,639.72

**5.** Certificate number(s): _____

**6. Type of Equity Interest:**
Please indicate the type of Equity Interest you hold:
■ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
☐ Check this box if your Equity Interest is based on anything else and describe that interest:
**Description:** Investor

**7. Supporting Documents:** Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**8. Date-Stamped Copy:** To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

**9. Signature:**
Check the appropriate box.
■ I am the creditor.  ☐ I am the creditor's authorized agent. (Attach copy of power of attorney, if any.)  ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)  ☐ I am a guarantor, surety, endorser, or other codebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: Kevin Wang
Title:
Company: __ Address and telephone number (if different from notice address above):
_____

(Signature) [signed]   12/3/2024 (Date)

Telephone number: (408)828-7275   email: kevinclwang@gmail.com

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

Print Form    Save Form    Clear Form

Proof of interest supplemental information:
Case: 24-50792, Meta Materials, INC
For: Kevin Wang

Broker: HSBC Securities (USA) Inc.
ACCT #: P5F008058
Total shares held pre-reverse split: 125,700 shares [1,257 shares post reverse split]
Total money invested pre-reverse split: $213,639.72
We have not sold a single share since 7/26/2021

See transaction documentation attached.



## Tax Lot Details

**MMATQ** META MATLS INC COM NEW

### Details

| | |
|---|---|
| Gain / Loss - 1 Year | -$213,567 |
| Gain / Loss - 1 Year | $0.00 |
| Price as of | Nov 29 2024 |
| Account | P5F008058 |
| Asset Class | Equity > U S Small ... |
| Cost Per Share | $169.96 |
| Covered / Noncovered | Noncovered |
| Accrued Interest | |
| CUSIP | 59134N302 |
| Account Type | Cash |
| Quantity | 1,257.00 |
| Market Value | $76.68 |
| Held In | USD |

If you receive dividends for MMATQ they will be Payout In Cash

The default disposition method for this security is First In First Out

### Tax Lots

| Opening Trade Date | Qty | Market Value | Total Cost | Unit Cost | Unrealized Gain/Loss | Covered / Noncovered | Term |
|---|---|---|---|---|---|---|---|
| > 04/03/2023 | 127.00 | $7.62 | 6,084.13 | 47.91 | -6,076.51  -99.87% | Noncovered | LONG |
| > 10/13/2022 | 22.00 | $1.32 | 2,424.17 | 110.19 | 2,422.85  99.95% | Noncovered | LONG |
| > 10/13/2022 | 200.00 | $12.00 | 22,538.99 | 112.69 | 22,526.99  99.95% | Noncovered | LONG |
| > 09/30/2022 | 350.00 | $21.00 | 23,593.99 | 67.41 | 23,572.99  99.91% | Noncovered | LONG |

### Tax Lot Details

| | Date | Quantity | Price | Value | | Gain/Loss | % | Covered | | Term |
|---|---|---|---|---|---|---|---|---|---|---|
| > | 09/30/2022 | 350 00 | $21 00 | 23 593 99 | 67 41 | 23 572 99 | 99 91% | Noncovered | | LONG |
| > | 08/08/2022 | 106 20 | $6 37 | 10 124 42 | 95 33 | 10 118 05 | 99 94% | Noncovered | | LONG |
| > | 08/04/2022 | 61 15 | $3 67 | 5 571 36 | 91 11 | 5 567 69 | 99 93% | Noncovered | | LONG |
| > | 12/02/2021 | 0 85 | $0 05 | 295 45 | 347 59 | 295 40 | 99 98% | Noncovered | | LONG |
| > | 11/29/2021 | 20 00 | $1 20 | 8 010 79 | 400 54 | -8 009 59 | 99 99% | Noncovered | | LONG |
| > | 11/23/2021 | 19 00 | $1 14 | 7 229 09 | 380 48 | 7 227 95 | 99 98% | Noncovered | | LONG |
| > | 11/23/2021 | 30 00 | $1 80 | 11 755 99 | 391 87 | 11 754 19 | -99 98% | Noncovered | | LONG |
| > | 11/18/2021 | 22.00 | $1.32 | 9 399 71 | 427 26 | -9 398 39 | 99 99% | Noncovered | | LONG |
| > | 11/17/2021 | 12 00 | $0 72 | 5,296 99 | 441 42 | 5 296 27 | 99 99% | Noncovered | | LONG |
| > | 10/27/2021 | 22.55 | $1 35 | 10,201 34 | 452 39 | 10 199 99 | 99 99% | Noncovered | | LONG |
| > | 10/25/2021 | 0 35 | $0 02 | 167 02 | 477 20 | 167 00 | 99 99% | Noncovered | | LONG |
| > | 10/21/2021 | 0 15 | $0 01 | 81 76 | 545 07 | 81 75 | 99 99% | Noncovered | | LONG |
| > | 08/30/2021 | 8 80 | $0 53 | 4 238 95 | 481 70 | -4 238 42 | 99 99% | Noncovered | | LONG |
| > | 08/19/2021 | 0 20 | $0 01 | 70 49 | 352 45 | 70 48 | 99 99% | Noncovered | | LONG |
| > | 08/16/2021 | 0 80 | $0 05 | 256 45 | 320 56 | 256 40 | 99 98% | Noncovered | | LONG |
| > | 08/../2021 | 20 00 | $1 20 | 5 850 70 | 242 54 | 5 840 50 | 99 98% | Noncovered | | LONG |

| Tax Lot Details | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| > 08/12/2021 | 20 00 | $1 20 | 6 850 79 | 342 54 | 6 849 59 | 99 98% | Noncovered | LONG |
| > 08/12/2021 | 0.20 | $0 01 | 78 89 | 394 45 | 78 88 | 99 99% | Noncovered | LONG |
| > 08/12/2021 | 2 00 | $0 12 | 678 99 | 339 50 | -678 87 | 99 98% | Noncovered | LONG |
| > 08/12/2021 | 19 00 | $1 14 | 6 373 90 | 335 47 | -6 372 76 | 99 98% | Noncovered | LONG |
| > 08/11/2021 | 1 00 | $0 06 | 352 55 | 352 55 | 352 49 | -99 98% | Noncovered | LONG |
| > 08/10/2021 | 33 00 | $1 98 | 11 653 06 | 353 12 | 11 651 08 | -99 98% | Noncovered | LONG |
| > 08/10/2021 | 2 00 | $0 12 | 713 99 | 357 00 | 713 87 | 99 98% | Noncovered | LONG |
| > 08/09/2021 | 100 00 | $6 00 | 34 110 99 | 341 11 | 34 104 99 | 99 98% | Noncovered | LONG |
| > 08/05/2021 | 22 00 | $1 32 | 6 951 99 | 316 00 | -6,950 67 | -99 98% | Noncovered | LONG |
| > 08/03/2021 | 29 50 | $1 77 | 9 745 11 | 330 34 | -9 743 34 | 99 98% | Noncovered | LONG |
| > 08/02/2021 | 0 50 | $0 03 | 181 85 | 363 70 | 181 82 | -99 98% | Noncovered | LONG |
| > 07/30/2021 | 14 20 | $0 85 | 4 935 55 | 347 57 | -4 934 70 | 99 98% | Noncovered | LONG |
| > 07/30/2021 | 10 00 | $0 60 | 3 475 99 | 347 60 | 3 475 39 | -99 98% | Noncovered | LONG |
| > 07/26/2021 | 0 55 | $0 03 | 197 85 | 359 73 | 197 82 | -99 98% | Noncovered | LONG |

[1]Securities acquired before 2011 are generally not subject to the new cost basis reporting rules set forth in the Internal Revenue Code of 1986 as amended ('IRC') (incorporating amendments