NVB 3001 (Effective 1/21)

# UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA

**PROOF OF INTEREST**

| Name of Debtor: | Case Number: |
|---|---|
| Meta Materials Inc. | 24-50792 |

**1. Name and address of holder of the Equity Interest** (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

Ching Shu Hung Wang
3340 Allen Ct.
Santa Clara, CA, 95051

Telephone Number:
(408)828-7275

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

■ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

**RECEIVED AND FILED**
**DEC 13 2024**
**U.S. BANKRUPTCY COURT**
**MARY A. SCHOTT, CLERK**

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b)herein.

**COURT USE ONLY**

Account or other number by which Interest holder identifies Debtor:
9188-0188

Check here if this claim:
☐ replaces a previously filed Proof of Interest dated: _____
☐ amends a previously filed Proof of Interest dated: _____

**2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:**

Ching Shu Hung Wang
Charles Schwab & Co., Inc.
P.O. Box 982600
El Paso, TX, 79998-2600
**Telephone Number:** 1-800-435-4000

**3. Date Equity Interest was acquired:**
Between 11/17/2021 - 12/3/2024
See attached document

**4. Total amount of member interest:** 144 shares for $37,857.52

**5. Certificate number(s):** _____

**6. Type of Equity Interest:**
Please indicate the type of Equity Interest you hold:
■ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
☐ Check this box if your Equity Interest is based on anything else and describe that interest:
**Description:** Investor

**7. Supporting Documents**: Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**8. Date-Stamped Copy**: To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

**9. Signature:**
Check the appropriate box.
☐ I am the creditor.   ■ I am the creditor's authorized agent.   ☐ I am the trustee, or the debtor,   ☐ I am a guarantor, surety, endorser, or other codebtor.
(Attach copy of power of attorney, if any.)   or their authorized agent.   (See Bankruptcy Rule 3005.)
(See Bankruptcy Rule 3004.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: Kevin Wang
Title: Power of Attorney
Company: ___ Address and telephone number (if different from notice address above):

(Signature)   12/3/2024 (Date)

Telephone number: (408)828-7275   email: kevinclwang@gmail.com

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

Print Form    Save Form    Clear Form

Proof of interest supplemental information:
Case: 24-50792, Meta Materials, INC
For: Kevin Wang

Broker: Charles Schwab & Co., INC.
ACCT #: 9188–0188
Total shares held pre-reverse split: 14,304 shares [144 shares post reverse split]
Total money invested pre-reverse split: $37,857.52

We have not sold a single share of MMAT since 11/17/2021.

See transaction documentation attached.



Accounts  Trade  Research  Move Money  Products  Learn  How To                                    Search        Messages   Support

Summary  Balances  Positions  Realized Gain / Loss  Investment Income  Portfolio Performance  Corporate Actions  Transaction History  Statements & Tax Forms  Open An Account  Relationship Summary

# Positions

Updated 12:49:15 AM ET 12/04/2024   C Refresh   ⓘ Help   ⬇ Export   🖨 Pr

Individual ...18D

View Realized Gain/Loss   Return to Legacy VI

✓ Group by Security Type    ✓ Condensed Table View

## Account Summary

| Total Accounts Value | Total Cash & Cash Invest | Total Market Value | Total Day Change | Total Cost Basis | Total Gain/Loss[2] |
|---|---|---|---|---|---|
| $143,030.60 | $453.80 | $142,576.80 | +$1,646.89 (+1.16%) | $142,454.95 | +$121.85 (+0.09%) |

## Positions Details *

⚙ Settings

| Symbol ↓ | Name | Qty | Price | Price Chng | Mkt Val | Day Chng | Cost Basis | Gain/Loss[2] | Ratings | Reinvest? | % of Acct |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ▼ Equities | | | | | | | | | | | |
| NVDA | NVIDIA CORP | 1,015 | $140.79 | +$2.16 | $142,363.90 | +$1,639.45 | $96,573.47 | +$45,790.43 | ▣ | No | 99.53% |
| MMATQ | META MATLS INC CLASS EQUITY | 144 | $0.061[3] | N/A | $8.78[3] | N/A | $37,856.62 | -$37,848.74 | — | No | 0.01% |
| AMC | AMC ENTMT HLDGS INC CLASS A | 42 | $4.89 | $0.15 | $204.12 | $7.56 | $8,023.96 | -$7,819.81 | ▣ | No | 0.14% |
| Total Equities | | | | | $142,576.80 | +$1,646.89 | $142,454.95 | +$121.85 | | | 99.68% |
| ▼ Cash & Money Market | | | | | | | | | | | |
| Cash & Cash Investments[1] | | | | | $453.80 | +$0.00 | — | — | | — | 0.32% |
| Total Cash & Money Market | | | | | $453.80 | +$0.00 | N/A | N/A | | | 0.32% |
| Account Total | | | | | $143,030.60 | +$1,646.89 | $142,454.95 | +$121.85 | | | |

Individual_XXX188_Transactions_20241204-055201

| Date | Action | Symbol | Description | Quantity | Price | Fees & Comm | Amount |
|---|---|---|---|---|---|---|---|
| 01/29/2024 | Reverse Split | MMAT | META MATLS INC | 144 | | | |
| 11/10/2022 | Buy | MMAT | META MATLS INC | 2,958 | $1 31 | | -$3872 32 |
| 09/29/2022 | Buy | MMAT | META MATLS INC | 258 | $0 66 | | -$168 99 |
| 01/19/2022 | Buy | MMAT | META MATLS INC | 1,088 | $2 06 | | -$2239 54 |
| 01/07/2022 | Buy | MMAT | META MATLS INC | 2,032 | $2 42 | | -$4912 77 |
| 01/06/2022 | Buy | MMAT | META MATLS INC | 100 | $2 48 | | -$248 00 |
| 01/06/2022 | Buy | MMAT | META MATLS INC | 268 | $2 48 | | -$664 64 |
| 12/20/2021 | Buy | MMAT | META MATLS INC | 1,600 | $2 57 | | -$4107 36 |
| 12/15/2021 | Buy | MMAT | META MATLS INC | 1,000 | $2 92 | | -$2916 60 |
| 12/15/2021 | Buy | MMAT | META MATLS INC | 900 | $2 87 | | -$2578 50 |
| 12/15/2021 | Buy | MMAT | META MATLS INC | 100 | $2 87 | | -$286 50 |
| 12/08/2021 | Buy | MMAT | META MATLS INC | 1,000 | $3 42 | | -$3422 70 |
| 11/29/2021 | Buy | MMAT | META MATLS INC | 1,000 | $3 87 | | -$3865 60 |
| 11/19/2021 | Buy | MMAT | META MATLS INC | 994 | $4 16 | | -$4134 05 |
| 11/19/2021 | Buy | MMAT | META MATLS INC | 6 | $4 16 | | -$24 95 |
| 11/17/2021 | Buy | MMAT | META MATLS INC | 1,000 | $4 42 | | -$4415 00 |

1