NVB 3001 (Effective 1/21)

# UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA

**PROOF OF INTEREST**

| Name of Debtor: | Case Number: |
|---|---|
| META MATERIALS, INC | 24-50792 |

**1. Name and address of holder of the Equity Interest** (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

ARBEN PEJO
8808 GARFIELD ST
BETHESDA, MD 20817

Telephone Number:
301-461-9700

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

■ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

**RECEIVED AND FILED**
**DEC 13 2024**
**U.S. BANKRUPTCY COURT**
**MARY A. SCHOTT, CLERK**

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

**COURT USE ONLY**

| Account or other number by which Interest holder identifies Debtor: | Check here if this claim: |
|---|---|
| IRA 219716523 | ☐ replaces a previously filed Proof of Interest dated: _____<br>☐ amends a previously filed Proof of Interest dated: _____ |

**2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:**
Arben Pejo
Fidelity - 245 Summer St. Boston, MA 02210

**Telephone Number:** (617) 563-7000

**3. Date Equity Interest was acquired:**
NOVEMBER 18, 2022
JUNE 27, 2023

**4. Total amount of member interest:** 100,700 shares

**5. Certificate number(s):** see attached document

**6. Type of Equity Interest:**
Please indicate the type of Equity Interest you hold:
■ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
☐ Check this box if your Equity Interest is based on anything else and describe that interest:
**Description:** Investor

**7. Supporting Documents:** Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**8. Date-Stamped Copy:** To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

**9. Signature:**
Check the appropriate box.
■ I am the creditor.    ☐ I am the creditor's authorized agent.    ☐ I am the trustee, or the debtor,    ☐ I am a guarantor, surety, endorser, or other codebtor.
(Attach copy of power of attorney, if any.)    or their authorized agent.    (See Bankruptcy Rule 3005.)
(See Bankruptcy Rule 3004.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: Arben Pejo
Title:
Company: ___ Address and telephone number (if different from notice address above):

(Signature)     12/09/2024 (Date)
Telephone number: 301-461-9700    email: a_pejo@yahoo.com

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*



## Activity & Orders

# SEP-IRA
Brokerage: 219716523

Q Search Activity & Orders          As of Dec-07-2024 2:26 PM ET

11/18/2022 - 11/18/2022    Orders    History    Transfers    ⇌ More filters

⚠ Due to high traffic, in progress transfers and deposits may not be displayed. Check for transfers

∨ **November 18, 2022 - November 18, 2022**

| Date | Description | Amount | Cash Balance |
|---|---|---|---|
| ∨ Nov-18-2022 | YOU BOUGHT META MATERIALS INC COM ISIN US59134N... (59134N104) (Cash) | -$68,132.16 | $22.12 |

| | |
|---|---|
| Date | Nov-18-2022 |
| Symbol | 59134N104 |
| Symbol description | META MATERIALS INC COM ISIN US59134N1046 SEDOL BKSCVX7 1 FOR 100 R/S INTO META MATERIALS INC |
| Type | Cash |
| Shares | +41,544.000 |
| Price | $1.64 |
| Amount | -$68,132.16 |
| Settlement date | Nov-22-2022 |

| Date | Description | Amount | Cash Balance |
|---|---|---|---|
| ∨ Nov-18-2022 | YOU BOUGHT META MATERIALS INC COM ISIN US59134N... (59134N104) (Cash) | -$25,544.29 | $68,154.28 |

| | |
|---|---|
| Date | Nov-18-2022 |
| Symbol | 59134N104 |
| Symbol description | META MATERIALS INC COM ISIN US59134N1046 SEDOL BKSCVX7 1 FOR 100 R/S INTO META MATERIALS INC |
| Type | Cash |
| Shares | +15,680.000 |
| Price | $1.63 |
| Amount | -$25,544.29 |
| Settlement date | Nov-22-2022 |

| Date | Description | Amount | Cash Balance |
|---|---|---|---|
| ∨ Nov-18-2022 | YOU BOUGHT META MATERIALS INC COM ISIN US59134N... (59134N104) (Cash) | -$9,871.28 | $93,698.57 |

| | |
|---|---|
| Date | Nov-18-2022 |
| Symbol | 59134N104 |
| Symbol description | META MATERIALS INC COM ISIN US59134N1046 SEDOL BKSCVX7 1 FOR 100 R/S INTO META MATERIALS INC |
| Type | Cash |

| | |
|---|---|
| Shares | +6,056.000 |
| Price | $1.63 |
| Amount | -$9,871.28 |
| Settlement date | Nov-22-2022 |

∨ Nov-18-2022   YOU BOUGHT META MATERIALS INC COM ISIN US59134N... (59134N104) (Cash)   -$3,900.00   $103,569.85

| | |
|---|---|
| Date | Nov-18-2022 |
| Symbol | 59134N104 |
| Symbol description | META MATERIALS INC COM ISIN US59134N1046 SEDOL BKSCVX7 1 FOR 100 R/S INTO META MATERIALS INC |
| Type | Cash |
| Shares | +2,400.000 |
| Price | $1.63 |
| Amount | -$3,900.00 |
| Settlement date | Nov-22-2022 |

### Don't see the activity you're looking for?

| | | | |
|---|---|---|---|
| Track a rollover or transfer from another firm | > | View orders for new issue bonds | > |
| See activity from over 5 years ago in Documents | > | Reassign the lots for an unsettled trade | > |
| See cost basis information in Positions | > | Status bid requests for bonds and CDs | > |
| View Your Commissions & Price Improvement Summary | > | | |

All transaction detail provided reflects the local currency of the security, as identified by the currency abbreviation.

Content and data provided by various third parties and Fidelity. Terms of Use

Performance data shown represents past performance and is no guarantee of future results. Investment return and principal value will fluctuate, so investors may have a gain or loss when shares are sold. Current performance may be higher or lower than what is quoted. Click on a security for most recent month-end performance.

Fidelity Crypto® accounts and custody and trading of crypto in such accounts are provided by Fidelity Digital Asset Services, LLC, which is chartered as a limited purpose trust company by the New York State Department of Financial Services to engage in virtual currency business (NMLS ID 1773897). Crypto is not insured by the Federal Deposit Insurance Corporation or the Securities Investor Protection Corporation ("SIPC"). Brokerage services in support of securities trading are provided by Fidelity Brokerage Services LLC ("FBS"), and related custody services are provided by National Financial Services LLC ("NFS"), each a registered broker-dealer and member NYSE and SIPC. Neither FBS nor NFS offer crypto as a direct investment nor provide trading or custody services for such assets. Fidelity Crypto is a registered service mark of FMR LLC. Fidelity Crypto® risk disclosures | Fidelity Crypto® complaints & disclosures

939131.3.0

∨ Additional important information



Copyright 1998- 2024 FMR LLC. All rights reserved.
Terms of Use | Privacy | Security | Site Map | Accessibility | Contact Us | Share Your Screen
This is for persons in the U.S. only.



# Activity & Orders

# SEP-IRA

Brokerage: 219716523

Q Search Activity & Orders                                          As of Dec-07-2024 2:27 PM ET

[ 06/27/2023 - 06/27/2023 ]   Orders   **History**   Transfers   ⇌ More filters

⚠ Due to high traffic, in progress transfers and deposits may not be displayed. Check for transfers

∨ **June 27, 2023 - June 27, 2023**

| Date | Description | Amount | Cash Balance |
|---|---|---|---|
| ∨ Jun-27-2023 | YOU BOUGHT META MATERIALS INC COM ISIN US59134N... (59134N104) (Cash) | -$6,510.00 | $4.99 |

| | |
|---|---|
| Date | Jun-27-2023 |
| Symbol | 59134N104 |
| Symbol description | META MATERIALS INC COM ISIN US59134N1046 SEDOL BKSCVX7 1 FOR 100 R/S INTO META MATERIALS INC |
| Type | Cash |
| Shares | +35,000.000 |
| Price | $0.19 |
| Amount | -$6,510.00 |
| Settlement date | Jun-29-2023 |

| Date | Description | Amount | Cash Balance |
|---|---|---|---|
| > Jun-27-2023 | YOU BOUGHT GAMESTOP CORPORATION COM USD0.001 CL... (GME) (Cash) | -$9,980.96 | $6,514.99 |
| > Jun-27-2023 | YOU BOUGHT GAMESTOP CORPORATION COM USD0.001 CL... (GME) (Cash) | -$19.04 | $16,495.95 |
| > Jun-27-2023 | YOU BOUGHT AMC ENTERTAINMENT HOLDINGS INC 1 FOR... (00165C104) (Cash) | -$1,718.04 | $16,514.99 |
| > Jun-27-2023 | YOU BOUGHT AMC ENTERTAINMENT HOLDINGS INC 1 FOR... (00165C104) (Cash) | -$3.78 | $18,233.03 |

### Don't see the activity you're looking for?

| | | | |
|---|---|---|---|
| Track a rollover or transfer from another firm | > | View orders for new issue bonds | > |
| See activity from over 5 years ago in Documents | > | Reassign the lots for an unsettled trade | > |
| See cost basis information in Positions | > | Status bid requests for bonds and CDs | > |
| View Your Commissions & Price Improvement Summary | > | | |

All transaction detail provided reflects the local currency of the security, as identified by the currency abbreviation.

Content and data provided by various third parties and Fidelity. Terms of Use

Performance data shown represents past performance and is no guarantee of future results. Investment return and principal value will fluctuate, so investors may have a gain or loss when shares are sold. Current performance may be higher or lower than what is quoted. Click on a security for most recent month-end performance.

Fidelity Crypto® accounts and custody and trading of crypto in such accounts are provided by Fidelity Digital Asset Services, LLC, which is chartered as a limited purpose trust company by the New York State Department of Financial Services to engage in virtual currency business (NMLS ID 1773897). Crypto is not insured by the Federal Deposit Insurance Corporation or the Securities Investor Protection Corporation ("SIPC"). Brokerage services in support of securities trading are provided by Fidelity Brokerage Services LLC ("FBS"), and related custody services are provided by National Financial Services LLC ("NFS"), each a registered broker-dealer and member NYSE and SIPC. Neither FBS nor NFS offer crypto as a direct investment nor provide trading or custody services for such assets. Fidelity Crypto is a registered service mark of FMR LLC. Fidelity Crypto® risk disclosures | Fidelity Crypto® complaints & disclosures

939131.3.0

∨ **Additional important information**



Copyright 1998- 2024 FMR LLC. All rights reserved

Terms of Use | Privacy | Security | Site Map | Accessibility | Contact Us | Share Your Screen

This is for persons in the U.S. only.



# Positions

< Accounts

# SEP-IRA

Brokerage 219716523

[ Overview ▾ ]

As of Dec-08-2024 11 24 p m ET

| Symbol | Last Price | Last Price Change | $ Today's Gain/Loss | % Today's Gain/Loss | $ Total Gain/Loss | % Total Gain/Loss | Current Value | % of Account | Quantity | Average Cost Basis | Cost Basis Total | 52-Week Range |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **SEP-IRA** 219716523 | | | | | | | | | | | | |
| **CORE** FDIC-INSURED DEPO | | | | | | | $35,854 60 | 100 00% | | | | |
| **MMATQ** META MATERIALS INC | — | -$0 0001 | -$0 11 | -99 01% | -$113,957 73 | -100 00% | $0 00 | 0 00% | 1,007 | $113 17 | $113,957 73 | — |

| Symbol | Last Price | Last Price Change | $ Today's Gain/Loss | % Today's Gain/Loss | $ Total Gain/Loss | % Total Gain/Loss | Current Value | % of Account | Quantity | Average Cost Basis | Cost Basis Total | 52-Week Range |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

**META MATERIALS INC COM NEW ISIN #US59134N3026 SEDOL #BQ67J98**

| Acquired | Term | $ Total Gain/Loss | % Total Gain/Loss | Current Value | Quantity | Average Cost Basis | Cost Basis Total |
|---|---|---|---|---|---|---|---|
| Jun-27-2023 | Long | -$6,510 00 | -100% | $0 00 | 350 069 | $18 60 | $6,510 00 |
| Nov-18-2022 | Long | -$25,544 29 | -100% | $0 00 | 156 831 | $162 88 | $25,544 29 |
| Nov-18-2022 | Long | -$9,871 28 | -100% | $0 00 | 60 572 | $162 97 | $9,871 28 |
| Nov-18-2022 | Long | -$68,132 16 | -100% | $0 00 | 415 523 | $163 97 | $68,132 16 |
| Nov-18-2022 | Long | -$3,900 00 | -100% | $0 00 | 24 005 | $162 47 | $3,900 00 |

**Account Total**   -$0 11   0 00%   -$113,957 73   -100 00%   $35,854 60

Securities Priced Today   $0 00
Securities Not Priced Today   -$0 11

Some securities, such as mutual funds, are not priced until after the market closes

### Important Information

▼ - The price of one or more positions has not been updated today and is currently displaying the price from the prior market day  Today's gain/loss data resets daily before the market opens  Some securities, such as mutual funds  are priced once a day  after the market closes

**E**  Indicates an Earnings event exists within 5 calendar days  Earnings beat or miss is based on the actual earnings compared to the I/B/E/S consensus estimate

**D**  Indicates a Dividend or Capital Gains Distribution exists