NVB 1001 (Effective 1/21)

# UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA

## PROOF OF INTEREST

**Name of Debtor:** Meta Materials, INC

**Case Number:** 24-50792

**1. Name and address of holder of the Equity Interest** (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the Interest holder):

Thomas E Winget
364 St. Johns RD East
Simcoe, ONT
N3Y 4K2

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

☒ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

**Telephone Number:** 250 802-9463

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

**COURT USE ONLY**

Account or other number by which Interest holder identifies Debtor:

Check here if this claim:
☐ replaces a previously filed Proof of Interest dated _____
☐ amends a previously filed Proof of Interest dated _____

**2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:**

Thomas Winget
5700 Yonge Street Suite 1900
Toronto ONT M2M 4K2

**Telephone Number:** 1-888-783-7866

**3. Date Equity Interest was acquired:**
See attached

**4. Total amount of member interest:** 10,000 Shares TRCH - MMAT

**5. Certificate number(s):** See attached

**6. Type of Equity Interest**
Please indicate the type of Equity Interest you hold:
☒ Check this box if your Equity Interest is based on an actual member interest held in the Debtor
☐ Check this box if your Equity Interest is based on anything else and describe that interest
Description: Investor

**7. Supporting Documents:** Attach copies of supporting documents, such as stock certificates, option agreements, warrants etc.
DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**8. Date-Stamped Copy:** To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped self-addressed envelope and copy of this Proof of Interest.

**9. Signature:**
Check the appropriate box.
☒ I am the creditor   ☐ I am the creditor's authorized agent (Attach copy of power of attorney if any)   ☐ I am the trustee or the debtor or their authorized agent (See Bankruptcy Rule 3004)   ☐ I am a guarantor, surety, endorser or other codebtor (See Bankruptcy Rule 3005)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: Thomas E Winget
Title:
Company: Address and telephone number (if different from notice address above):

(Signature)    Dec 13th/24 (Date)

Telephone number: 250-802-9463   email: Lstevewilliams1@gmail.com

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U S C §§ 152 AND 3571*

| CurrencyCode_Group_Account | Trade Date | Settlement | Trade # | Action | Quantity | Symbol | Description | TB | EX | Price | Gross amount | Comm | SEC fees | Interes | Net amount | Net amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| U S stocks and options  Account 2771078124 | 20 07 21 | 22 07 21 | 0A5CC1 | Sell | 1 500 | MMAT | META MATLS INC COMMON STOCK AV | A | NY | 3 22 | 4 829 93 | 19 8 | 0 03 | 0 | 4 810 10 | 4 810 10 |
| U S stocks and options  Account 2771078124 | 21 07 21 | 23 07 21 | 0B9F3B | Buy | 300 | MMAT | META MATLS INC COMMON STOCK AV | A | NY | 3 68 | 1 103 90 | 9 9 | 0 | 0 | 1 113 80 | 1 113 80 |
| U S stocks and options  Account 2771078124 | 22 07 21 | 26 07 21 | 0CE0CA | Buy | 200 | MMAT | META MATLS INC COMMON STOCK AV | A | NY | 3 53 | 706 | 9 9 | 0 | 0 | 715 9 | 715 9 |
| U S stocks and options  Account 2771078124 | 23 07 21 | 27 07 21 | 0E21C7 | Buy | 100 | MMAT | META MATLS INC COMMON STOCK | A | NY | 3 41 | 341 | 4 95 | 0 | 0 | 345 95 | 345 95 |
| U S stocks and options  Account 2771078124 | 26 07 21 | 28 07 21 | 11E769 | Buy | 100 | MMAT | META MATLS INC COMMON STOCK | A | NY | 3 628 | 362 78 | 4 95 | 0 | 0 | 367 73 | 367 73 |
| U S stocks and options  Account 2771078124 | 29 07 21 | 2/8/2021 | 15AD6C | Buy | 150 | MMAT | META MATLS INC COMMON STOCK | A | NY | 3 519 | 527 88 | 4 95 | 0 | 0 | 532 83 | 532 83 |
| U S stocks and options  Account 2771078124 | 30 07 21 | 3/8/2021 | 16EEDD | Buy | 350 | MMAT | META MATLS INC COMMON STOCK AV | A | NY | 3 493 | 1 222 63 | 9 9 | 0 | 0 | 1 232 53 | 1 232 53 |
| U S stocks and options  Account 2771078124 | 2/8/2021 | 4/8/2021 | 1AB3F2 | Buy | 200 | MMAT | META MATLS INC COMMON STOCK | A | NY | 3 548 | 709 56 | 4 95 | 0 | 0 | 714 51 | 714 51 |
| U S stocks and options  Account 2771078124 | 6/8/2021 | 10/8/2021 | 1FBD96 | Buy | 200 | MMAT | META MATLS INC COMMON STOCK AV | A | NY | 3 235 | 647 | 9 9 | 0 | 0 | 656 9 | 656 9 |
| U S stocks and options  Account 2771078124 | 11/8/2021 | 13 08 21 | 26053F | Buy | 200 | MMAT | META MATLS INC COMMON STOCK AV | A | NY | 3 564 | 712 89 | 9 9 | 0 | 0 | 722 79 | 722 79 |
| U S stocks and options  Account 2771078124 | 24 08 21 | 26 08 21 | 367474 | Buy | 100 | MMAT | META MATLS INC COMMON STOCK | A | NY | 3 468 | 346 75 | 4 95 | 0 | 0 | 351 7 | 351 7 |
| U S stocks and options  Account 2771078124 | 25 08 21 | 27 08 21 | 37A12D | Buy | 100 | MMAT | META MATLS INC COMMON STOCK | A | NY | 3 758 | 375 76 | 4 95 | 0 | 0 | 380 71 | 380 71 |
| U S stocks and options  Account 2771078124 | 30 08 21 | 1/9/2021 | 000000 | Buy | 100 | MMAT | META MATLS INC COMMON STOCK | A | NY | 4 97 | 497 | 4 95 | 0 | 0 | 501 95 | 501 95 |
| U S stocks and options  Account 2771078124 | 14 09 21 | 16 09 21 | 50C5A5 | Buy | 100 | MMAT | META MATLS INC COMMON STOCK | A | NY | 5 765 | 576 5 | 4 95 | 0 | 0 | 581 45 | 581 45 |
| U S stocks and options  Account 2771078124 | 1/10/2021 | 5/10/2021 | 662622 | Buy | 100 | MMAT | META MATLS INC COMMON STOCK AV | A | NY | 5 489 | 548 93 | 9 9 | 0 | 0 | 558 83 | 558 83 |
| U S stocks and options  Account 2771078124 | 15 10 21 | 19 10 21 | 77BF18 | Buy | 200 | MMAT | META MATLS INC COMMON STOCK | A | NY | 5 02 | 1 004 00 | 4 95 | 0 | 0 | 1 008 95 | 1 008 95 |
| U S stocks and options  Account 2771078124 | 26 10 21 | 28 10 21 | 85934C | Buy | 10 | MMAT | META MATLS INC COMMON STOCK | A | NY | 4 47 | 44 7 | 4 95 | 0 | 0 | 49 65 | 49 65 |
| U S stocks and options  Account 2771078124 | 4/11/2021 | 8/11/2021 | 90E576 | Buy | 10 | MMAT | META MATLS INC COMMON STOCK | A | NY | 4 869 | 48 69 | 4 95 | 0 | 0 | 53 64 | 53 64 |
| U S stocks and options  Account 2771078124 | 10/11/2021 | 15 11 21 | 987D78 | Buy | 10 | MMAT | META MATLS INC COMMON STOCK | A | NY | 4 749 | 47 49 | 4 95 | 0 | 0 | 52 44 | 52 44 |
| U S stocks and options  Account 2771078124 | 19 11 21 | 23 11 21 | A3CEEE | Sell | 70 | MMAT | META MATLS INC COMMON STOCK | A | NY | 4 171 | 291 99 | 4 95 | 0 01 | 0 | 287 03 | 287 03 |
| U S stocks and options  Account 2771078124 | 23 11 21 | 26 11 21 | A8D991 | Buy | 10 | MMAT | META MATLS INC COMMON STOCK | A | NY | 3 748 | 37 48 | 4 95 | 0 | 0 | 42 43 | 42 43 |
| U S stocks and options  Account 2771078124 | 24 11 21 | 29 11 21 | AA15E9 | Buy | 10 | MMAT | META MATLS INC COMMON STOCK | A | NY | 4 068 | 40 68 | 4 95 | 0 | 0 | 45 63 | -45 63 |
| U S stocks and options  Account 2771078124 | 26 11 21 | 30 11 21 | AC9A5C | Buy | 10 | MMAT | META MATLS INC COMMON STOCK | A | NY | 3 818 | 38 18 | 4 95 | 0 | 0 | 43 13 | 43 13 |
| U S stocks and options  Account 2771078124 | 30 11 21 | 2/12/2021 | B1A44F | Buy | 10 | MMAT | META MATLS INC COMMON STOCK | A | NY | 3 528 | 35 28 | 4 95 | 0 | 0 | 40 23 | 40 23 |
| U S stocks and options  Account 2771078124 | 3/12/2021 | 7/12/2021 | B567FA | Buy | 300 | MMAT | META MATLS INC COMMON STOCK AV | A | NY | 3 222 | 966 45 | 9 9 | 0 | 0 | 976 35 | 976 35 |
| U S stocks and options  Account 2771078124 | 3/12/2021 | 7/12/2021 | B567FA | Sell | 1 000 | MMAT | META MATLS INC COMMON STOCK | A | NY | 3 081 | 3 081 20 | 4 95 | 0 02 | 0 | 3 076 23 | 3 076 23 |
| U S stocks and options  Account 2771078124 | 7/12/2021 | 9/12/2021 | BA70AE | Buy | 100 | MMAT | META MATLS INC COMMON STOCK | A | NY | 3 289 | 328 9 | 4 95 | 0 | 0 | 333 85 | 333 85 |
| U S stocks and options  Account 2771078124 | 8/12/2021 | ######## | BBB211 | Buy | 100 | MMAT | META MATLS INC COMMON STOCK | A | NY | 3 408 | 340 78 | 4 95 | 0 | 0 | 345 73 | 345 73 |
| U S stocks and options  Account 2771078124 | 7/1/2022 | 11/1/2022 | E168DB | Buy | 20 | MMAT | META MATLS INC COMMON STOCK | A | NY | 2 428 | 48 55 | 4 95 | 0 | 0 | 53 5 | 53 5 |
| U S stocks and options  Account 2771078124 | 10/1/2022 | 12/1/2022 | E52F66 | Buy | 30 | MMAT | META MATLS INC COMMON STOCK | A | NY | 2 248 | 67 45 | 4 95 | 0 | 0 | 72 4 | 72 4 |
| U S stocks and options  Account 2771078124 | 13 01 22 | 18 01 22 | E8F531 | Buy | 50 | MMAT | META MATLS INC COMMON STOCK | A | NY | 2 228 | 111 39 | 4 95 | 0 | 0 | 116 34 | 116 34 |
| U S stocks and options  Account 2771078124 | 18 01 22 | 20 01 22 | EF3E8F | Buy | 10 | MMAT | META MATLS INC COMMON STOCK | A | NY | 2 14 | 21 4 | 4 95 | 0 | 0 | 26 35 | 26 35 |
| U S stocks and options  Account 2771078124 | 21 01 22 | 25 01 22 | F305B8 | Buy | 290 | MMAT | META MATLS INC COMMON STOCK AV | A | NY | 1 763 | 511 27 | 14 9 | 0 | 0 | 526 12 | 526 12 |
| U S stocks and options  Account 2771078124 | 2/2/2022 | 4/2/2022 | 021C36 | Buy | 400 | MMAT | META MATLS INC COMMON STOCK AV | A | NY | 1 758 | 703 22 | 14 9 | 0 | 0 | 718 07 | 718 07 |
| U S stocks and options  Account 2771078124 | 3/2/2022 | 7/2/2022 | 035BC5 | Buy | 100 | MMAT | META MATLS INC COMMON STOCK | A | NY | 1 618 | 161 82 | 4 95 | 0 | 0 | 166 77 | 166 77 |
| U S stocks and options  Account 2771078124 | 11/2/2022 | 15 02 22 | 0D6B8F | Buy | 100 | MMAT | META MATLS INC COMMON STOCK | A | NY | 1 789 | 178 86 | 4 95 | 0 | 0 | 183 81 | 183 81 |
| U S stocks and options  Account 2771078124 | 18 02 22 | 23 02 22 | 163852 | Buy | 100 | MMAT | META MATLS INC COMMON STOCK | A | NY | 1 708 | 170 81 | 4 95 | 0 | 0 | 175 76 | 175 76 |
| U S stocks and options  Account 2771078124 | 2/3/2022 | 4/3/2022 | 255080 | Sell | 2 600 | MMAT | META MATLS INC COMMON STOCK AV | A | NY | 1 713 | 4 452 90 | 14 9 | 0 03 | 0 | 4 438 02 | 4 438 02 |
| U S stocks and options  Account 2771078124 | 3/3/2022 | 7/3/2022 | 2690CF | Sell | 2 500 | MMAT | META MATLS INC COMMON STOCK | A | NY | 1 601 | 4 003 50 | 4 95 | 0 03 | 0 | 3 998 52 | 3 998 52 |
| U S stocks and options  Account 2771078124 | 4/3/2022 | 8/3/2022 | 27D2E4 | Sell | 400 | MMAT | META MATLS INC COMMON STOCK | A | NY | 1 442 | 576 64 | -4 95 | 0 01 | 0 | 571 68 | 571 68 |
| U S stocks and options  Account 2771078124 | 23 03 22 | 25 03 22 | 3FA7AD | Sell | 99 | MMAT | META MATLS INC COMMON STOCK | A | NY | 1 882 | 186 27 | 4 95 | 0 01 | 0 | 181 31 | 181 31 |
| U S stocks and options  Account 2771078124 | 18 04 22 | 20 04 22 | 605BB4 | Buy | 105 | MMAT | META MATLS INC COMMON STOCK AV | A | NY | 1 428 | 149 95 | 9 9 | 0 | 0 | 159 85 | 159 85 |
| U S stocks and options  Account 2771078124 | 29 04 22 | 3/5/2022 | 6E2E0D | Buy | 26 | MMAT | META MATLS INC COMMON STOCK | A | NY | 1 269 | 32 99 | 4 95 | 0 | 0 | 37 94 | 37 94 |
| U S stocks and options  Account 2771078124 | 13 06 22 | 15 06 22 | A6C4B9 | Buy | 28 | MMAT | META MATLS INC COMMON STOCK | A | NY | 1 37 | 38 36 | 4 95 | 0 | 0 | 43 31 | 43 31 |
| U S stocks and options  Account 2771078124 | 24 06 22 | 28 06 22 | B4989F | Buy | 30 | MMAT | META MATLS INC COMMON STOCK | A | NY | 1 337 | 40 1 | 4 95 | 0 | 0 | 45 05 | 45 05 |
| U S stocks and options  Account 2771078124 | 28 06 22 | 30 06 22 | B99D85 | Buy | 10 | MMAT | META MATLS INC COMMON STOCK | A | NY | 1 076 | 10 76 | 4 95 | 0 | 0 | 15 71 | 15 71 |
| U S stocks and options  Account 2771078124 | 25 07 22 | 27 07 22 | DB8E02 | Sell | 190 | MMAT | META MATLS INC COMMON STOCK AV | A | NY | 0 921 | 174 98 | 9 9 | 0 01 | 0 | 165 07 | 165 07 |
| U S stocks and options  Account 2771078124 | 13 02 23 | 15 02 23 | DAD760 | Buy | 50 | MMAT | META MATLS INC COMMON STOCK | A | NY | 0 745 | 37 25 | 4 95 | 0 | 0 | 42 2 | 42 2 |
| U S stocks and options  Account 2771078124 | 30 06 23 | 5/7/2023 | 870CE3 | Buy | 3 000 | MMAT | META MATLS INC COMMON STOCK | A | NY | 0 217 | 650 7 | 4 95 | 0 | 0 | 655 65 | 655 65 |
| U S stocks and options  Account 2771078124 | 21 08 23 | 23 08 23 | C868E4 | Sell | 3 060 | MMAT | META MATLS INC COMMON STOCK AV | A | NY | 0 221 | 676 87 | 4 95 | 0 01 | 0 | 671 91 | 671 91 |

Thomas Wings Case # 24-50792

| CurrencyCode_Group_Account | Trade Date | Settlement date | Trade # | Action | Quantity | Symbol | Description | TB | EX | Price | Gross amount | Comm | SEC fees | Interest am | Net amount | Net amount (account currency) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| U S stocks and options  Account 2771078124 | 15-06-21 | 17 06 21 | DE5AAF | Sell | 12 500 | TRCH | TORCHLIGHT ENERGY RESOURCES | A | NY | 5 62 | 70 250 94 | 19 8 | -0 36 | 0 | 70 230 78 | 70 230 78 |
| U S stocks and options  Account 2771078124 | 15 06 21 | 17 06 21 | DE5AAF | Buy | 19 500 | TRCH | TORCHLIGHT ENERGY RESOURCES | A | NY | 5 631 | 109 813 13 | 74 25 | 0 | 0 | 109 887 38 | 109 887 38 |
| U S stocks and options  Account 2771078124 | 16 06 21 | 18 06 21 | DF9D4F | Buy | 8 000 | TRCH | TORCHLIGHT ENERGY RESOURCES | A | NY | 6 321 | 50 565 23 | 44 55 | 0 | 0 | 50 609 78 | 50 609 78 |
| U S stocks and options  Account 2771078124 | 16 06 21 | 18 06 21 | DF9D50 | Sell | 11 000 | TRCH | TORCHLIGHT ENERGY RESOURCES | A | NY | 6 307 | 69 375 76 | 39 6 | 0 36 | 0 | 69 335 80 | 69 335 80 |
| U S stocks and options  Account 2771078124 | 17 06 21 | 21 06-21 | E0DEEA | Buy | 500 | TRCH | TORCHLIGHT ENERGY RESOURCES | A | NY | 5 469 | 2 734 30 | -4 95 | 0 | 0 | 2 739 25 | 2 739 25 |
| U S stocks and options  Account 2771078124 | 18-06-21 | 22 06 21 | E221E4 | Buy | 2 000 | TRCH | TORCHLIGHT ENERGY RESOURCES | A | NY | 6 25 | 12 500 00 | -4 95 | 0 | 0 | 12 504 95 | 12 504 95 |
| U S stocks and options  Account 2771078124 | 18 06 21 | 22 06 21 | E221E4 | Sell | 4 500 | TRCH | TORCHLIGHT ENERGY RESOURCES | A | NY | 6 221 | 27 992 25 | 4 95 | 0 15 | 0 | 27 987 15 | 27 987 15 |
| U S stocks and options  Account 2771078124 | 21 06 21 | 23 06 21 | E5E696 | Buy | 41 000 | TRCH | TORCHLIGHT ENERGY RESOURCES | A | NY | 9 719 | 398 479 27 | 74 25 | 0 | 0 | 398 553 52 | 398 553 52 |
| U S stocks and options  Account 2771078124 | 21-06-21 | 23 06 21 | E5E696 | Sell | 33 000 | TRCH | TORCHLIGHT ENERGY RESOURCES | A | NY | 9 715 | 320 605 12 | 29 7 | 1 64 | 0 | 320 573 78 | 320 573 78 |
| U S stocks and options  Account 2771078124 | 23-06-21 | 25 06 21 | E86A56 | Buy | 11 000 | TRCH | TORCHLIGHT ENERGY RESOURCES | A | NY | 5 126 | 56 390 26 | 29 7 | 0 | 0 | 56 419 96 | 56 419 96 |
| U S stocks and options  Account 2771078124 | 23 06 21 | 25 06 21 | E86A56 | Sell | 13 000 | TRCH | TORCHLIGHT ENERGY RESOURCES | A | NY | 5 116 | 66 510 00 | 14 85 | 0 34 | 0 | 66 494 81 | 66 494 81 |
| U S stocks and options  Account 2771078124 | 24 06 21 | 28 06 21 | E9AC50 | Buy | 8 000 | TRCH | TORCHLIGHT ENERGY RESOURCES | A | NY | 5 409 | 43 272 64 | 9 9 | 0 | 0 | -43 282 54 | 43 282 54 |
| U S stocks and options  Account 2771078124 | 24 06 21 | 28 06 21 | E9AC50 | Sell | 8 000 | TRCH | TORCHLIGHT ENERGY RESOURCES | A | NY | 5 367 | 42 933 08 | 4 95 | 0 22 | 0 | 42 927 91 | 42 927 91 |

Thomas Wings
Case # 24-50792