NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | **PROOF OF INTEREST** |
|---|---|

| Name of Debtor: Meta-Materials, Inc | Case Number: 24-50792 |
|---|---|

**1** Name and address of holder of the Equity Interest (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"): Joint Tenant Account Anthony Berto / Shelley Berto

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

☒ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

Telephone Number: 775-830-5013   775-830-5036

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

**COURT USE ONLY**

Account or other number by which Interest holder identifies Debtor: Schwab Acct# ____-5885 (Formerly TDA)

Check here if this claim:
☐ replaces a previously filed Proof of Interest dated: _____
☐ amends a previously filed Proof of Interest dated: _____

**2.** Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:
Charles Schwab + Co Inc
El Paso Operations Center  PO Box 982600
El Paso, TX 79998-2600
Telephone Number: 800-435-4000

**3** Date Equity Interest was acquired: 6/9/23 - Please See attached documentation

**4** Total amount of member interest: 100 shares

**5** Certificate number(s): _____

**6** Type of Equity Interest
Please indicate the type of Equity Interest you hold:
☐ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
☐ Check this box if your Equity Interest is based on anything else and describe that interest:
Description: _____

**7** Supporting Documents: Attach copies of supporting documents, such as stock certificates, option agreements, warrants etc.
DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**8** Date-Stamped Copy: To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

**9** Signature
Check the appropriate box.
☒ I am the creditor.   ☐ I am the creditor's authorized agent. (Attach copy of power of attorney, if any.)   ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)   ☐ I am a guarantor, surety, endorser, or othercodebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: Anthony Berto / Shelley Berto
Title: Investors
Company: __ Address and telephone number (if different from notice address above): N/A

(Signature)   12/11/24 (Date)
(Telephone number)

Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571

From: Berto sberto@att.net
Subject: CASE # 24-50792 NOTICE OF REDACTION: Proof of Interest Form
Date: Dec 12, 2024 at 4:34:12 PM
To: Berto sberto@att.net

December 12, 2024

U.S Bankruptcy Court
District of Nevada
Attn: Clerk of the Court
First Floor
300 Booth St
Reno, NV 89509

RE: CASE # 24-50792 NOTICE OF REDACTION: Proof of Interest (POI) Form

My name is Anthony Berto and my wife is Shelley Berto. We hereby submit this NOTICE OF REDACTION for PROOF of INTEREST FORM in the Matter of Meta Materials, Inc Case #24-50792.

Per instructions by the Honorable Hillary L Barnes, United States Bankruptcy Judge, and out of an abundance of concern for the potential misuse of our personal information, we request all but the last four digits of our account number be redacted from our POI form. We also request that our personal contact information such our address, phone number, and email be redacted from our POI form.

We have included with this filing an unredacted version of the POI, a redacted version of the POI, a detailed explanation of our $MMAT trading records and documentation, and a check for the $28 processing fee.

Thank you for your consideration in this matter.

All the best,

Anthony Berto
Shelley Berto

**Transaction History for Joint Tenant 885**

\* Schwab : ███-5885

*Anthony Berto*
*Shelley Berto*
*MMAT — 100 Shares*

**Transactions found from 12/05/2020 to 12/05/2024**

| Date ▼ | Action | Symbol / Description | Quantity | Price | Fees & Comm | Amount |
|---|---|---|---|---|---|---|
| 10/23/2023 | Journaled Shares | MMAT 10/20/2023 0 50 C TDA TRAN - REMOVAL OF OPTION DUE TO EXPIRATION T JK30000500) | -1 | | | |
| 07/11/2023 | Sell to Close | MMAT 01/19/2024 0 50 C TDA TRAN - Sold to Close 25 (MMAT Jan 19 2024 0 5 Call) @0 0400 | 25 | $0 04 | $16 56 | $83 44 |
| 06/26/2023 | Buy to Open | MMAT 01/19/2024 0 50 C TDA TRAN - Bought to Open 5 (MMAT Jan 19 2024 0 5 Call) @0 0500 | 5 | $0 05 | $3 30 | -$28 30 |
| 06/14/2023 | Sell | MMAT TDA TRAN - Sold 100 (MMAT) @0 2281 | 100 | $0 2281 | $0 01 | $22 80 |
| 06/13/2023 | Buy to Open | MMAT 01/19/2024 0 50 C | 20 | $0 06 | $13 20 | -$133 20 |

| Date ▼ | Action | Symbol / Description | Quantity | Price | Fees & Comm | Amount |
|---|---|---|---|---|---|---|
| | | TDA TRAN - Bought to Open 20 (MMAT Jan 19 2024 0.5 Call) @0.0600 | | | | |
| 06/09/2023 | Buy | MMAT<br>TDA TRAN - Bought ...100 (MMAT) @0.2299 | 100 | $0.2299 | | -$22.99 |
| 06/02/2023 | Buy to Open | MMAT 10/20/2023 0.50 C<br>TDA TRAN - Bought to Open 1 (MMAT Oct 20 2023 0.5 Call) @0.0400 | 1 | $0.04 | $0.66 | -$4.66 |

Page Total: **-$82.91**

Intra-day transactions are subject to change.

Brokerage Account Balances are from the previous market close, but also may include new activity that will be posted to your account at after market close. Balances are subject to change.

Bank sweep information can be found on your Statements. Current Balance bank sweep information can be found on the Balances page.

(1123-3U5Y, 0924-CLCV)

**Brokerage Products: Not FDIC Insured • No Bank Guarantee • May Lose Value**

Account: ...885
Today's Date: 10:54 AM ET, 12/05/2024

The Charles Schwab Corporation provides a full range of brokerage, banking and financial advisory services through its operating subsidiaries. Its broker-dealer subsidiary, Charles Schwab & Co. Inc. (Member SIPC), and its affiliates offer investment services and products. Its banking subsidiary, Charles Schwab Bank, SSB (member FDIC and an Equal Housing Lender), provides deposit and lending services and products. This site is designed for U.S. residents. Non-U.S. residents are subject to country-specific restrictions. Learn more about our services for non-US Residents , Charles Schwab Hong Kong clients , Charles Schwab UK clients. © 2024 Charles Schwab & Co., Inc. All rights reserved. Member SIPC. Unauthorized access is prohibited. Usage will be monitored.

Account Holder: Anthony Berto / Shelley Berto
Joint Tenant Account

Case: Meta Materials, Inc
Case #: 24-50792

| Date | Action | Symbol | Description | Quantity | Price | Fees & Comm | Amount |
|---|---|---|---|---|---|---|---|
| 6/27/2023 | Sell | MMAT | TDA TRAN - Sold 1600 (MMAT) @0.1775 | 1,600 | $0.18 | $0.23 | $283.77 |
| 4/14/2023 | Buy | MMAT | TDA TRAN - Bought 1000 (MMAT) @0.2239 | 1,000 | $0.22 | | ($223.90) |
| 4/5/2023 | Buy | MMAT | TDA TRAN - Bought ...600 (MMAT) @0.4029 | 600 | $0.40 | | ($241.74) |
| 11/29/2022 | Sell | MMAT | TDA TRAN - Sold ...550 (MMAT) @1.9804 | 550 | $1.98 | $0.09 | $1,089.13 |
| 11/22/2022 | Buy | MMAT | TDA TRAN - Bought 50 (MMAT) @2.0250 | 50 | $2.03 | | ($101.25) |
| 11/18/2022 | Buy | MMAT | TDA TRAN - Bought 50 (MMAT) @1.6297 | 50 | $1.63 | | ($81.49) |
| 11/18/2022 | Buy | MMAT | TDA TRAN - Bought 50 (MMAT) @1.6299 | 50 | $1.63 | | ($81.50) |
| 11/18/2022 | Buy | MMAT | TDA TRAN - Bought 50 (MMAT) @1.6396 | 50 | $1.64 | | ($81.98) |
| 11/18/2022 | Buy | MMAT | TDA TRAN - Bought 50 (MMAT) @1.6388 | 50 | $1.64 | | ($81.94) |
| 11/18/2022 | Buy | MMAT | TDA TRAN - Bought ...100 (MMAT) @1.6187 | 100 | $1.62 | | ($161.87) |
| 11/18/2022 | Buy | MMAT | TDA TRAN - Bought ...200 (MMAT) @1.7900 | 200 | $1.79 | | ($358.00) |
| 11/1/2022 | Sell | MMAT | TDA TRAN - Sold ...100 (MMAT) @1.1500 | 100 | $1.15 | $0.01 | $114.99 |
| 11/1/2022 | Sell | MMAT | TDA TRAN - Sold ...100 (MMAT) @1.1400 | 100 | $1.14 | $0.01 | $113.99 |
| 11/1/2022 | Sell | MMAT | TDA TRAN - Sold ...100 (MMAT) @1.1500 | 100 | $1.15 | $0.01 | $114.99 |
| 10/28/2022 | Buy | MMAT | TDA TRAN - Bought ...300 (MMAT) @1.0296 | 300 | $1.03 | | ($308.88) |