NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | PROOF OF INTEREST |
|---|---|

Name of Debtor: **Meta Materials, Inc**

Case Number: **24-50792**

**1. Name and address of holder of the Equity Interest** (the person or entity holding an Equity Interest in the Debtor Referred to hereinafter as the "Interest holder")

**Antonio W. Berto**

[address redacted]

Telephone Number: [redacted]

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars

☒ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein

COURT USE ONLY

Account or other number by which Interest holder identifies Debtor: **Equiniti Trust Co, LLC (from Schwab) Acct # [redacted]22X (Acct # [redacted]-7553)**

Check here if this claim:
☐ replaces a previously filed Proof of Interest dated _____
☐ amends a previously filed Proof of Interest dated _____

**2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest** Transferred
**Equiniti Trust Company (from Schwab)**
**P O Box 500 Newark, NJ 07101**
Telephone Number: **800-937-5449**

**3. Date Equity Interest was acquired**
**Various - Please see attached documentation**

**4. Total amount of member interest** **294 shares Post Reverse Split**

**5. Certificate number(s)** _____

**6. Type of Equity Interest**
Please indicate the type of Equity Interest you hold
☒ Check this box if your Equity Interest is based on an actual member interest held in the Debtor
☐ Check this box if your Equity Interest is based on anything else and describe that interest
Description: **Investor**

**7. Supporting Documents** Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc
DO NOT SEND ORIGINAL DOCUMENTS If the documents are not available, explain. If the documents are voluminous, attach a summary

**8. Date-Stamped Copy** To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest

**9. Signature**
Check the appropriate box
☒ I am the creditor
☐ I am the creditor's authorized agent (Attach copy of power of attorney, if any)
☐ I am the trustee or the debtor, or their authorized agent. (See Bankruptcy Rule 3004)
☐ I am a guarantor, surety, endorser, or other codebtor (See Bankruptcy Rule 3005)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief

Print Name: **Antonio W Berto**
Title: **Investor**
Company: Address and telephone number (if different from notice address above) **N/A**

(Signature) [signed]    (Date) **12/11/24**
Telephone number: [redacted]    email: [redacted]

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U S C §§ 152 AND 3571*

From: Berto sberto@att.net
Subject: CASE # 24-50792 NOTICE OF REDACTION: Proof of Interest Form
Date: Dec 12, 2024 at 4:34:21 PM
To: sberto@att.net

December 12, 2024

U S Bankruptcy Court
District of Nevada
Attn Clerk of the Court
First Floor
300 Booth St
Reno, NV 89509

RE CASE # 24-50792 NOTICE OF REDACTION Proof of Interest (POI) Form

My name is Antonio Berto, and I hereby submit this NOTICE OF REDACTION for PROOF of INTEREST FORM in the Matter of Meta Materials, Inc Case #24-50792

Per instructions by the Honorable Hillary L Barnes, United States Bankruptcy Judge, and out of an abundance of concern for the potential misuse of my personal information, I request all but the last four digits of my account numbers be redacted from my POI form I also request that my personal contact information such as my address, phone number, and email be redacted from my POI form

I have included with this filing an unredacted version of the POI, a redacted version of the POI, a detailed explanation of my $MMAT/$MMATQ trading records and their documentation, and a check for the $28 processing fee

Thank you for your consideration in this matter

All the best,
Antonio Berto

EQUINITI TRUST COMPANY
OPERATIONS CENTER
PO BOX 500
NEWARK, NJ 07101

ANTONIO BERTO

| | |
|---|---|
| Statement Date | November 14, 2024 |
| Company Name | META MATERIALS INC (NEW) |
| Company Number | 27756 |
| Stock Exchange | NASD |
| Company Ticker Symbol | MMAT |
| CUSIP | 59134N302 |
| Account Number | 0228 |

equiniti com/us
help@equiniti com
800-937-5449

# Transaction Advice

**IMPORTANT** Retain this statement for your investment and tax records

| Account Balance | Restricted | Unrestricted | Total | Account Value | |
|---|---|---|---|---|---|
| DRS/Book Entry Shares | | 294 000 | 294 000 | Market Value Date | 11/14/2024 |
| Plan Shares | | | | Market Value Price | $0 525 |
| Certificated Shares | | | | | |
| Total Shares | | | 294 000 | Total Market Value | $154 59 |

Stock quotes are provided for informational purposes only The quotes are supplied by an independent third-party as of a particular date EQ does not guarantee the accuracy of such information as at the date of this statement or at any future date Neither EQ nor its provider will be liable for any errors, incompleteness, or delays in the information herein or for any actions taken in reliance thereon

# Transaction Details

| Transaction Date | Transaction Number | Transaction Type | Shares Debited or Credited |
|---|---|---|---|
| 11/14/2024 | BK*0000250 | BOOK SHARES CREDITED | 294 000 |


AST01277560000010228


9170 001 001 00606

Antonie Barto MMAT

## Transaction History for Designated Bene Individual .533

Transactions found from 12/05/2020 to 12/05/2024

| Date ▼ | Action | Symbol / Description | Quantity | Price | Fees & Comm | Amount |
|---|---|---|---|---|---|---|
| 05/24/2024 | Buy | MMAT META MATLS INC | 18 | $3 3499 | | -$60 30 |
| 04/23/2024 | Buy | MMAT META MATLS INC | 7 | $2 8992 | | -$20 29 |
| 02/09/2024 | Buy | MMAT META MATLS INC | 3 | $3 65 | | -$10 95 |
| 02/09/2024 | Buy | MMAT META MATLS INC | 2 | $3 3199 | | -$6 64 |
| 02/02/2024 | Buy | MMAT META MATLS INC | 5 | $3 4784 | | -$17 39 |
| 01/31/2024 | Buy | MMAT META MATLS INC | 5 | $3 87 | | -$19 35 |
| 01/31/2024 | Buy | MMAT META MATLS INC | 5 | $3 8499 | | -$19 25 |
| 01/30/2024 | Buy | MMAT META MATLS INC | 5 | $4 8999 | | -$24 50 |
| 06/27/2023 | Sell | MMAT TDA TRAN - Sold 1000 (MMAT) @0 1771 | 1,000 | $0 1771 | $0 15 | $176 95 |

| Date ▼ | Action | Symbol / Description | Quantity | Price | Fees & Comm | Amount |
|---|---|---|---|---|---|---|
| 06/09/2023 | Buy | MMAT<br>TDA TRAN -<br>Bought   500<br>(MMAT)<br>@0 2448 | 500 | $0 2448 | | -$122 40 |
| 06/08/2023 | Buy | MMAT<br>TDA TRAN -<br>Bought   500<br>(MMAT)<br>@0 2364 | 500 | $0 2364 | | -$118 20 |
| 05/25/2023 | Sell | MMAT<br>TDA TRAN -<br>Sold 4000<br>(MMAT)<br>@0 2190 | 4,000 | $0 219 | $0 59 | $875 41 |
| 05/25/2023 | Sell | MMAT<br>TDA TRAN -<br>Sold 3400<br>(MMAT)<br>@0 2191 | 3,400 | $0 2191 | $0 49 | $744 45 |
| 05/24/2023 | Buy | MMAT<br>TDA TRAN -<br>Bought   400<br>(MMAT)<br>@0 2387 | 400 | $0 2387 | | -$95 48 |
| 05/24/2023 | Buy | MMAT<br>TDA TRAN -<br>Bought 6900<br>(MMAT)<br>@0 2445 | 6,900 | $0 2445 | | -$1,687 05 |
| 05/24/2023 | Buy | MMAT<br>TDA TRAN -<br>Bought   100 | 100 | $0 2569 | | -$25 69 |

| Date ▼ | Action | Symbol / Description | Quantity | Price | Fees & Comm | Amount |
|---|---|---|---|---|---|---|
| | | (MMAT) @0 2569 | | | | |

Page Total  -$430 68

Intra-day transactions are subject to change

Brokerage Account Balances are from the previous market close, but also may include new activity that will be posted to your account at after market close  Balances are subject to change

Bank sweep information can be found on your Statements  Current Balance bank sweep information can be found on the Balances page

(1123-3U5Y, 0924-CLCV)

**Brokerage Products  Not FDIC Insured • No Bank Guarantee • May Lose Value**

Account     533
Today's Date  03 53 PM ET,
12/05/2024

The Charles Schwab Corporation provides a full range of brokerage, banking and financial advisory services through its operating subsidiaries  Its broker-dealer subsidiary, Charles Schwab & Co  Inc  (Member SIPC), and its affiliates offer investment services and products  Its banking subsidiary, Charles Schwab Bank, SSB (member FDIC and an Equal Housing Lender), provides deposit and lending services and products  This site is designed for U S  residents  Non-U S  residents are subject to country-specific restrictions  Learn more about our services for non-US Residents , Charles Schwab Hong Kong clients , Charles Schwab UK clients  © 2024 Charles Schwab & Co , Inc  All rights reserved  Member SIPC  Unauthorized access is prohibited  Usage will be monitored



*MMATQ*

## Transaction History for Designated Bene Individual    533

### Transactions found from 06/05/2024 to 12/05/2024

| Date ▼ | Action | Symbol / Description | Quantity | Price | Fees & Comm | Amount |
|---|---|---|---|---|---|---|
| 11/14/2024 | Delivered *to: Equiniti* | MMATQ META MATLS INC CLASS EQUITY | -294 | | | |
| 11/11/2024 | Journal | MMATQ META MATLS INC CLASS EQUITY | -50 | | | |
| 11/11/2024 | Journal | MMATQ META MATLS INC CLASS EQUITY | 50 | | | |
| 10/10/2024 | Buy | MMATQ META MATLS INC CLASS EQUITY | 244 | $0 38 | $6 95 | -$99 67 |

Page Total **-$99 67**

Intra-day transactions are subject to change

Brokerage Account Balances are from the previous market close, but also may include new activity that will be posted to your account at after market close  Balances are subject to change

Bank sweep information can be found on your Statements  Current Balance bank sweep information can be found on the Balances page

(1123-3U5Y 0924-CLCV)

**Brokerage Products  Not FDIC Insured • No Bank Guarantee • May Lose Value**

Account    533
Today's Date  03 30 PM ET, 12/05/2024

The Charles Schwab Corporation provides a full range of brokerage, banking and financial advisory services through its operating subsidiaries  Its broker-dealer subsidiary, Charles Schwab & Co  Inc  (Member SIPC), and its affiliates offer investment services and products  Its banking subsidiary, Charles Schwab Bank, SSB (member FDIC and an Equal Housing Lender), provides deposit and lending services and products  This site is designed for U S  residents  Non-U S  residents



## Schwab One® Account of

ANTONIO BERTO

| Account Number | Statement Period |
|---|---|
| ####-7533 | October 1-31, 2024 |

## Account Summary

| Ending Account Value as of 10/31 | Beginning Account Value as of 10/01 |
|---|---|
| $1,174.30 | $1,137.45 |





**Customer Service and Trading:**
Call your Schwab Representative
1-800-435-4000
24/7 Customer Service

For the most current records on your account visit schwab.com/login. Statements are archived up to 10 years online.

**Commitment to Transparency**

Client Relationship Summaries and Best Interest disclosures are at schwab.com/transparency.
Charles Schwab & Co., Inc. Member SIPC.

**Online Assistance**

 Visit us online at schwab.com

Visit schwab.com/... to explore the ... and benefits of this statement.



|  | This Statement | YTD |
|---|---:|---:|
| Beginning Value | $1,137.45 | $3,908.08 |
| Deposits | 0.00 | 1,445.00 |
| Withdrawals | 0.00 | 0.00 |
| Dividends and Interest | 0.06 | 0.74 |
| Transfer of Securities | 0.00 | 0.00 |
| Market Appreciation/(Depreciation) | 36.79 | (4,179.52) |
| Expenses | 0.00 | 0.00 |
| **Ending Value** | **$1,174.30** | **$1,174.30** |

Account Ending Value reflects the market value of your cash and investments. It does not include pending transactions, unpriced securities or assets held outside Schwab's custody.

10/31-00000-ID2261615-104456

1 of 6



## Schwab One® Account of

ANTONIO BERTO

Statement Period
October 1-31, 2024

## Positions - Summary

| Beginning Value as of 10/01 | + | Transfer of Securities(In/Out) | + | Dividends Reinvested | + | Cash Activity | + | Change in Market Value | = | Ending Value as of 10/31 | Cost Basis | Unrealized Gain/(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| $1,137.45 | | $0.00 | | $0.00 | | $0.06 | | $36.79 | | **$1,174.30** | $4,641.58 | ($3,475.33) |

Values may not reflect all of your gains/losses; Schwab has provided accurate gain and loss information wherever possible for most investments. Cost basis may be incomplete or unavailable for some of your holdings and may change or be adjusted in certain cases. Statement information should not be used for tax preparation, instead refer to official tax documents. For additional information refer to Terms and Conditions.

## Cash and Cash Investments

| Type | Symbol | Description | Quantity | Price($) | Beginning Balance($) | Ending Balance($) | Change in Period Balance($) | Pending/Unsettled Cash($) | Interest/ Yield Rate | % of Acct |
|---|---|---|---|---|---|---|---|---|---|---|
| Cash | | | | | 0.00 | 8.05 | 8.05 | 0.00 | | <1% |
| Bank Sweep | | Bank Sweep X,Z | | | 404.46 | 0.00 | (404.46) | | 0.20% | |
| **Total Cash and Cash Investments** | | | | | **$404.46** | **$8.05** | **($396.41)** | | | **<1%** |

## Positions - Equities

| Symbol | Description | Quantity | Price($) | Market Value($) | Cost Basis($) | Unrealized Gain/(Loss)($) | Est. Yield | Est. Annual Income($) | % of Acct |
|---|---|---|---|---|---|---|---|---|---|
| | | 1.0000 | 1.88000 | 1.88 | 9.95 | (8.07) | N/A | 0.00 | <1% |
| | | 30.0000 | 22.18000 | 665.40 | 638.52 | 26.88 | N/A | 0.00 | 57% |
| | | 2,195.0000 | 0.02500 | 54.88 | | | | | 5% |
| | | 5,300.0000 | 0.02500 | 132.50 | 3,537.00 | (3,349.62) | N/A | 0.00 | 11% |
| | | 4.0000 | 2.00000 | 8.00 | 37.19 | (29.19) | N/A | 0.00 | <1% |
| MMATQ | META MATLS INC | 50.0000 | 0.07100 | 3.55 | | | | | <1% |
| MMATQ | META MATLS INC | 244.0000 | 0.07100 | 17.32 | 278.34 | (257.47) | N/A | 0.00 | 1% |
| | | 8.0000 | 35.34000 | 282.72 | 140.58 | 142.14 | N/A | 0.00 | 24% |
| **Total Equities** | | | | **$1,166.25** | **$4,641.58** | **($3,475.33)** | | **$0.00** | **99%** |

Estimated Annual Income ("EAI") and Estimated Yield ("EY") calculations are for informational purposes only. The actual income and yield might be lower or higher than the estimated amounts. EY is based upon EAI and the current price of the security and will fluctuate. For certain types of securities, the calculations could include a return of principal or capital gains in which case EAI and EY would be overstated. EY and EAI are not promptly updated to reflect when an issuer has missed a regular payment or announced changes to future payments, in which case EAI and EY will continue to display at a prior rate.

Proof of Interest Supplimental Information

| | |
|---|---|
| Account Holder: | Antonio Berto |

| | |
|---|---|
| Case: | Meta Materials, Inc |
| Case #: | 24-50792 |

| | |
|---|---|
| Broker: | Schwab (Formerly TD Ameritrade): Shares are DRS with Equinity Trust Company, LLC |
| Account #: | 7533 |
| Ticker Cusip: | 59134N302 |

Transactions: (Post Reverse Split)

| Date | Action | Symbol | Description | Quantity | Price | Fees & Comm | Amount |
|---|---|---|---|---|---|---|---|
| 11/14/2024 | Delivered | MMATQ | META MATLS INC CLASS EQUITY | -294 | | | |
| 11/11/2024 | Journal | MMATQ | META MATLS INC CLASS EQUITY | -50 | | | |
| 11/11/2024 | Journal | MMATQ | META MATLS INC CLASS EQUITY | 50 | | | |
| 10/10/2024 | Buy | MMATQ | META MATLS INC CLASS EQUITY | 244 | $0.38 | $6.95 | ($99.67) |

| | |
|---|---|
| Transfer Agent: | Equiniti Trust Company, LLC (Formerly AST) |
| Account #: | 0228 |
| Date Posted: | 11/14/2024 BK*00002560 Book Shares Credited |
| DRS Shares | 294.00 |
| Market Value Date | 11/14/2024 |
| Market Value Price: | $0.525 |
| Total Market Value | $154.59 |

Account Holder: Antonio Berto



Case: Meta Materials, Inc
Case #: 24-50792

| Date | Action | Symbol | Description | Quantity | Price | Fees & Comm | Amount |
|---|---|---|---|---|---|---|---|
| 5/24/2024 | Buy | MMAT | META MATLS INC | 18 | $3.35 | | ($60.30) |
| 4/23/2024 | Buy | MMAT | META MATLS INC | 7 | $2.90 | | ($20.29) |
| 2/9/2024 | Buy | MMAT | META MATLS INC | 3 | $3.65 | | ($10.95) |
| 2/9/2024 | Buy | MMAT | META MATLS INC | 2 | $3.32 | | ($6.64) |
| 2/2/2024 | Buy | MMAT | META MATLS INC | 5 | $3.48 | | ($17.39) |
| 1/31/2024 | Buy | MMAT | META MATLS INC | 5 | $3.87 | | ($19.35) |
| 1/31/2024 | Buy | MMAT | META MATLS INC | 5 | $3.85 | | ($19.25) |
| 1/30/2024 | Buy | MMAT | META MATLS INC | 5 | $4.90 | | ($24.50) |
| 6/27/2023 | Sell | MMAT | TDA TRAN - Sold 1000 (MMAT) @0.1771 | 1000 | $0.18 | $0.15 | $176.95 |
| 6/9/2023 | Buy | MMAT | TDA TRAN - Bought ...500 (MMAT) @0.2448 | 500 | $0.24 | | ($122.40) |
| 6/8/2023 | Buy | MMAT | TDA TRAN - Bought ...500 (MMAT) @0.2364 | 500 | $0.24 | | ($118.20) |
| 5/25/2023 | Sell | MMAT | TDA TRAN - Sold 4000 (MMAT) @0.2190 | 4000 | $0.22 | $0.59 | $875.41 |
| 5/25/2023 | Sell | MMAT | TDA TRAN - Sold 3400 (MMAT) @0.2191 | 3400 | $0.22 | $0.49 | $744.45 |
| 5/24/2023 | Buy | MMAT | TDA TRAN - Bought ...400 (MMAT) @0.2387 | 400 | $0.24 | | ($95.48) |
| 5/24/2023 | Buy | MMAT | TDA TRAN - Bought 6900 (MMAT) @0.2445 | 6900 | $0.24 | | ($1,637.05) |
| 5/24/2023 | Buy | MMAT | TDA TRAN - Bought ...100 (MMAT) @0.2569 | 100 | $0.26 | | ($25.69) |