NVB 3001 (Effective 1/21)

# UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA

## PROOF OF INTEREST

**Name of Debtor:** Meta Materials Inc.

**Case Number:** 24-50792

**1. Name and address of holder of the Equity Interest** (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

KTJJ Foundation
3340 Allen Ct.
Santa Clara, CA, 95051

Telephone Number: (408)828-7275

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

■ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

**RECEIVED AND FILED**
**DEC 13 2024**
**U.S. BANKRUPTCY COURT**
**MARY A. SCHOTT, CLERK**

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

**COURT USE ONLY**

Account or other number by which Interest holder identifies Debtor: 2411-7605

Check here if this claim:
☐ replaces a previously filed Proof of Interest dated: _____
☐ amends a previously filed Proof of Interest dated: _____

**2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:**

KTJJ Foundation
Charles Schwab & Co., Inc.
P.O. Box 982600
El Paso, TX, 79998-2600

**Telephone Number:** 1-800-435-4000

**3. Date Equity Interest was acquired:**

Between 12/28/2021 - 12/3/2024
See attached document

**4. Total amount of member interest:** 740 shares for $20,547.76

**5. Certificate number(s):** _____

**6. Type of Equity Interest:**
Please indicate the type of Equity Interest you hold:
■ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
☐ Check this box if your Equity Interest is based on anything else and describe that interest:
**Description:** Investor

**7. Supporting Documents:** Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**8. Date-Stamped Copy:** To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

**9. Signature:**
Check the appropriate box.
☐ I am the creditor.   ■ I am the creditor's authorized agent. (Attach copy of power of attorney, if any.)   ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)   ☐ I am a guarantor, surety, endorser, or other codebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: Kevin Wang
Title: CEO of KTJJ Foundation
Company: ___ Address and telephone number (if different from notice address above):

(Signature) /s/ Kevin Wang       (Date) 12/3/2024

Telephone number: (408)828-7275   email: ktjjfoundation888@gmail.com

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

Print Form        Save Form        Clear Form

Proof of interest supplemental information:
Case: 24-50792, Meta Materials, INC
For: Kevin Wang

Broker: Charles Schwab & Co., INC.
ACCT #: 2411-7605
Total shares held pre-reverse split: 110,000 shares [1,100 shares post reverse split]
Total money invested pre-reverse split: $20,547.76
The initial 2000 shares of MMAT was transferred from eTrade, at the time of transfer, cost basis was $4,920.

See transaction documentation attached.



| Accounts | Trade | Research | Move Money | Products | Learn | How To | | Search | Messages | Support |

Summary  Balances  Positions  Realized Gain/Loss  Investment Income  Portfolio Performance  Securities Lending  Corporate Actions  Transaction History  Statements & Tax Forms  Open An Account  Relationship Summary

## Positions

Updated 02:56:50 AM ET 12/03/2024   C Refresh   ⓘ Help   ⬇ Export   🖨



View Realized Gain/L

☑ Group by Security Type  ☑ Condensed Table View

### Account Summary

| Total Accounts Value | Total Cash & Cash Investments | Total Market Value | Total Day Change ⓘ | Total Cost Basis | Total Gain/Loss[2] ⓘ |
|---|---|---|---|---|---|
| $1,496.87 | $281.74 | $1,215.13 | -$29.27 (-1.92%) | $3,761.85 | -$2,546.72 (-67.70%) |

### Positions Details *

⚙ Setting

| Symbol ↓ | | Name | Qty | Price | Price Chng | Mkt Val | Day Chng | Cost Basis | Gain/Loss[2] | Ratings | Reinvest? | % of Acct |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ▼ Equities | | | | | | | | | | | | |
| RIVN | ☰∨ | RIVIAN AUTOMOTIVE INC CLASS A | 1 | $11.83 | +0.40 | $11.87 | $0.36 | $13.69 | -$1.82 | 📊 | No | 0.79% |
| PHUN | ☰∨ | PHUNWARE INC | 40 | $4.49 | +0.15 | $176.80[3] | $8.80 | $261.85 | -$85.08 | | No | 11.81% |
| NIO | ☰∨ | NIO INC FSPONSORED ADR 1 ADR REPS 1 ORD SHS | 15 | $4.42 | +0.06 | $66.00 | $1.20 | $87.06 | -$21.09 | -- | No | 4.41% |
| MMATQ | ☰∨ | META MATLS INC CLASS EQUITY | 740 | $0.061 | +0.00 | $45.14[3] | +$0.00 | $1,745.82 | -$1,700.68 | | No | 3.02% |
| LCID | ☰∨ | LUCID GROUP INC | 10 | $2.12 | -0.06 | $21.30[3] | $0.60 | $39.40 | -$18.10 | 📊 | No | 1.42% |
| GNS | ☰∨ | GENIUS GROUP LTD F | 150 | $0.91 | +50.1716 | $119.36[3] | +$8.60 | $143.21 | -23.85 | -- | No | 7.97% |
| GME | ☰∨ | GAMESTOP CORP NEW CLASS A | 18 | $27.33 | -0.72 | $490.86[3] | -$32.04 | $422.0 | +$68.79 | 📊 | No | 32.79% |
| DJT | ☰∨ | TRUMP MEDIA & TECHNO | 4 | $32.40 | +0.80 | $129.96[3] | $3.56 | $138.20 | -$8.24 | | No | 8.68% |
| CRTD | ☰∨ | CREATD INC | 2 | $0.72 | $0.0125 | $1.44[3] | $0.02 | $611.95 | -$1,10.51 | -- | No | 0.1% |
| AMC | ☰∨ | AMC ENTMT HLDGS INC CLASS A | 30 | $5.04[3] | +0.09 | $151.20[3] | +2.70 | $140.18 | +11.02 | 📊 | No | 10.10% |
| 37899133S | ☰∨ | GLOBAL TECH INDS GP | 80 | $0.015[3] | $0.0 51 | $1.20[3] | -1.2 | $158.36 | $-57.16 | | N/A | 0.08% |
| **Total Equities** | | | | | | **$1,215.13** | **$29.27** | **$3,761.85** | **$2,546.72** | | | **81.18%** |

Chanty_Non Profit_XXX605_Transactions_20241203 080849

| Date | Action | Symbol | Description | Quantity | Price | Fees & Comm | Amount |
|---|---|---|---|---|---|---|---|
| 08/14/2024 | Buy | MMAT | META MATLS INC | 2 | $0 61 | | $1 21 |
| 08/09/2024 | Buy | MMAT | META MATLS INC | 63 | $1 04 | | -$65 49 |
| 08/09/2024 | Buy | MMAT | META MATLS INC | 24 | $0 90 | | $21 60 |
| 08/08/2024 | Buy | MMAT | META MATLS INC | 15 | $2 03 | | $30 45 |
| 08/01/2024 | Buy | MMAT | META MATLS INC | 6 | $2 52 | | $16 12 |
| 08/01/2024 | Buy | MMAT | META MATLS INC | 290 | $2 51 | | $727 22 |
| 07/31/2024 | Buy | MMAT | META MATLS INC | 15 | $2 32 | | $34 77 |
| 07/30/2024 | Buy | MMAT | META MATLS INC | 5 | $2 35 | | $11 76 |
| 07/29/2024 | Buy | MMAT | META MATLS INC | 5 | $2.42 | | $12 10 |
| 07/26/2024 | Buy | MMAT | META MATLS INC | 204 | $2 49 | | $507 94 |
| 07/24/2024 | Buy | MMAT | META MATLS INC | 1 | $2 55 | | $2 55 |
| 07/24/2024 | Buy | MMAT | META MATLS INC | 1 | $2 58 | | $2 58 |
| 07/23/2024 | Buy | MMAT | META MATLS INC | 9 | $2 56 | | $23 04 |
| 07/22/2024 | Sell | MMAT | META MATLS INC | 180 | $2 55 | $0 04 | $459 00 |
| 07/18/2024 | Buy | MMAT | META MATLS INC | 180 | $2 90 | | $522 00 |
| 07/17/2024 | Sell | MMAT | META MATLS INC | 100 | $3 00 | $0 03 | $299 97 |
| 07/16/2024 | Sell | MMAT | META MATLS INC | 176 | $2 93 | $0 04 | $515 64 |
| 07/05/2024 | Buy | MMAT | META MATLS INC | 60 | $3 30 | | $198 00 |
| 06/21/2024 | Buy | MMAT | META MATLS INC | 16 | $2 98 | | $47 68 |
| 06/21/2024 | Sell | MMAT | META MATLS INC | 201 | $2 98 | $0 05 | $599 01 |
| 06/13/2024 | Buy | MMAT | META MATLS INC | 1 | $3 32 | | $3 32 |
| 06/07/2024 | Sell | MMAT | META MATLS INC | 403 | $3 42 | $0 11 | $1378 35 |
| 05/23/2024 | Buy | MMAT | META MATLS INC | 1 | $2 91 | | $2 91 |
| 05/23/2024 | Buy | MMAT | META MATLS INC | 33 | $2 93 | | $96 64 |
| 05/23/2024 | Buy | MMAT | META MATLS INC | 865 | $2 92 | | $2525 80 |
| 05/21/2024 | Buy | MMAT | META MATLS INC | 1 | $2 90 | | $2 90 |
| 05/14/2024 | Journaled Shares | MMAT | TDA TRAN TRANSFER OF SECURITY OR OPTION OUT (MMAT) | 3 | | | |
| 05/13/2024 | Internal Transfer | MMAT | UNSTLD-META MATLS INC | 3 | | | |
| 05/10/2024 | Buy | MMAT | TDA TRAN Bought 3 (MMAT) @2 0699 | 3 | $2 07 | | $6 21 |
| 05/09/2024 | Sell | MMAT | TDA TRAN Sold 50 (MMAT) @2 0900 | 50 | $2 09 | $0 01 | $104 49 |
| 05/09/2024 | Sell | MMAT | TDA TRAN Sold 1050 (MMAT) @2 0400 | 1 050 | $2 04 | $0 19 | $2141 81 |
| 01/29/2024 | Journaled Shares | MMAT | TDA TRAN MANDATORY REVERSE SPLIT (MMAT) | 1 100 | | | |
| 01/26/2024 | Sell | MMAT | TDA TRAN Sold 9500 (MMAT) @0 0562 | 9 500 | $0 06 | $1 58 | $531 85 |
| 01/16/2024 | Buy | MMAT | TDA TRAN Bought 1600 (MMAT) @0 0742 | 1 600 | $0 07 | | $118 72 |
| 01/16/2024 | Buy | MMAT | TDA TRAN Bought 600 (MMAT) @0 0743 | 600 | $0 07 | | $44 55 |
| 01/16/2024 | Buy | MMAT | TDA TRAN Bought 1300 (MMAT) @0 0738 | 1 300 | $0 07 | | $95 94 |
| 12/11/2023 | Buy | MMAT | TDA TRAN Bought 6000 (MMAT) @0 0668 | 6 000 | $0 07 | | $400 80 |
| 12/08/2023 | Sell | MMAT | TDA TRAN Sold 5000 (MMAT) @0.0639 | 6 000 | $0 06 | $0 73 | $318 77 |
| 12/08/2023 | Buy | MMAT | TDA TRAN Bought 5000 (MMAT) @0 0614 | 5 000 | $0 06 | | $307 00 |
| 12/05/2023 | Buy | MMAT | TDA TRAN Bought 5000 (MMAT) @0 0699 | 5 000 | $0 07 | | $349 50 |
| 12/04/2023 | Buy | MMAT | TDA TRAN Bought 10000 (MMAT) @0 0710 | 10 000 | $0 07 | | $710 00 |
| 12/04/2023 | Buy | MMAT | TDA TRAN Bought 5000 (MMAT) @0 0731 | 5 000 | $0 07 | | $365 50 |
| 12/04/2023 | Buy | MMAT | TDA TRAN Bought 10000 (MMAT) @0 0760 | 10 000 | $0 08 | | $760 00 |
| 12/04/2023 | Buy | MMAT | TDA TRAN Bought 10000 (MMAT) @0 0850 | 10 000 | $0 09 | | $850 00 |
| 12/01/2023 | Buy | MMAT | TDA TRAN Bought 15550 (MMAT) @0 0968 | 15 550 | $0 10 | | $1505 24 |
| 12/01/2023 | Buy | MMAT | TDA TRAN Bought 4450 (MMAT) @0 0969 | 4 450 | $0 10 | | $431 21 |
| 11/29/2023 | Buy | MMAT | TDA TRAN Bought 20000 (MMAT) @0 0999 | 20 000 | $0 10 | | $1998 00 |
| 11/29/2023 | Buy | MMAT | TDA TRAN Bought 650 (MMAT) @0 0886 | 650 | $0 09 | | $57 59 |
| 11/29/2023 | Buy | MMAT | TDA TRAN Bought 16350 (MMAT) @0 0891 | 16 350 | $0 09 | | $1456 79 |
| 11/28/2023 | Buy | MMAT | TDA TRAN Bought 3000 (MMAT) @0 0812 | 3 000 | $0 08 | | $243 60 |
| 11/27/2023 | Buy | MMAT | TDA TRAN Bought 4120 (MMAT) @0 0830 | 4 120 | $0 08 | | $341 96 |
| 04/13/2023 | Buy | MMAT | TDA TRAN Bought 880 (MMAT) @0 3180 | 880 | $0 32 | | $279 84 |
| 04/13/2023 | Buy | MMAT | TDA TRAN Bought 500 (MMAT) @0 3180 | 500 | $0.32 | | $159 00 |
| 04/13/2023 | Buy | MMAT | TDA TRAN Bought 482 (MMAT) @0 3180 | 482 | $0 32 | | $163 28 |
| 11/09/2022 | Journaled Shares | MMAT | TDA TRAN INTERNAL TRANSFER BETWEEN ACCOUNTS OR ACCOUNT TYPES (MMAT) | 4 018 | | | |
| 11/09/2022 | Journaled Shares | MMAT | TDA TRAN INTERNAL TRANSFER BETWEEN ACCOUNTS OR ACCOUNT TYPES (MMAT) | -4 018 | | | |
| 05/10/2022 | Buy | MMAT | TDA TRAN Bought 8 (MMAT) @1 1799 | 8 | $1 18 | | $9 44 |
| 01/07/2022 | Buy | MMAT | TDA TRAN Bought 10 (MMAT) @2 4800 | 10 | $2 48 | | $24 80 |
| 12/30/2021 | Buy | MMAT | TDA TRAN Bought 1500 (MMAT) @2 5000 | 1 500 | $2 50 | | $3750 00 |
| 12/30/2021 | Buy | MMAT | TDA TRAN Bought 500 (MMAT) @2 4300 | 500 | $2 43 | | $1215 00 |
| 12/28/2021 | Journaled Shares | MMAT | TDA TRAN THIRD PARTY (MMAT) | 2 000 | | | $4920 00 |

1

Schedule B (Form 990) (2021)   Page 3

Name of organization: **KTJJ Foundation**
Employer identification number: **86-3088773**

**Part II** Noncash (see instructions) Use duplicate copies of Part II if additional space is needed

| (a) No. from Part I | (b) Description of noncash property given | (c) FMV (or estimate) (See instructions) | (d) Date received |
|---|---|---|---|
| 1 | 2000 Shares of MMAT | $ 4,920 | 12/28/2021 |
|  |  | $ |  |
|  |  | $ |  |