NVB 3001 (Effective 1/21)

| **UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA** | **PROOF OF INTEREST** |
|---|---|

| Name of Debtor:<br>Meta Materials Inc. | Case Number:<br>24-50792 |
|---|---|

| 1.  **Name and address of holder of the Equity Interest** (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest Holder"):<br><br>Kevin Wang<br>3340 Allen Ct.<br>Santa Clara, CA, 95051<br><br>Telephone Number:<br>(408)828-7275 | ☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.<br><br>■ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.<br><br>☐ Check box if this address differs from the address on the envelope sent to you by the Debtors. | **RECEIVED AND FILED**<br><br>**DEC 13 2024**<br><br>**U.S. BANKRUPTCY COURT**<br>**MARY A. SCHOTT, CLERK** |
|---|---|---|

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

**COURT USE ONLY**

| Account or other number by which Interest holder identifies Debtor:<br>666534385 | Check here if this claim:<br>☐ replaces a previously filed Proof of Interest dated: _____<br>☐ amends a previously filed Proof of Interest dated: _____ |
|---|---|

| 2.  **Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:**<br><br>Kevin Wang<br>Morgan Stanley Smith Barney LLC<br>PO Box 484<br>**Telephone Number:**  Jersey City, NJ 07303-0484<br>1-800-387-2331 | 3.  **Date Equity Interest was acquired:**<br><br>Between 6/28/2021 - 12/3/2024<br>See attached document |
|---|---|

| 4.  **Total amount of member interest:**  605 shares for $82,991.90 | 5.  **Certificate number(s):** _____ |
|---|---|

6.  **Type of Equity Interest:**
Please indicate the type of Equity Interest you hold:
■ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
☐ Check this box if your Equity Interest is based on anything else and describe that interest:
Description: Investor

7.  **Supporting Documents**: Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8.  **Date-Stamped Copy:** To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

9. **Signature:**
Check the appropriate box.
■ I am the creditor.  ☐ I am the creditor's authorized agent.  ☐ I am the trustee, or the debtor,  ☐ I am a guarantor, surety, endorser, or other codebtor.
(Attach copy of power of attorney, if any.)  or their authorized agent.  (See Bankruptcy Rule 3005.)
(See Bankruptcy Rule 3004.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

| Print Name:  Kevin Wang<br>Title:<br>Company: ___ Address and telephone number (if different from notice address above):<br>_____<br>_____ | (Signature)  12/5/2024<br>(Date)<br><br>Telephone number: (408)828-7275    email: kevinclwang@gmail.com |
|---|---|

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

| Print Form | Save Form | Clear Form |
|---|---|---|

Proof of interest supplemental information:
Case: 24-50792, Meta Materials, INC
For: Kevin Wang

Broker: Morgan Stanley Smith Barney LLC.
ACCT #: 666534385
Total shares held pre-reverse split: 129,244 shares [1310 shares post reverse split]
We sold 705 shares after reverse split.

Total shares currently held 605 shares
Total money invested: $82,991.90

See transaction documentation attached.

# Portfolios

C Refresh Dec 6 2024 01 46 AM ET   ? Help

Positions | Allocation | Performance | Historical value | Margin | Gains & Losses | Risk Assessment | Estimated Income | Shareholder Actions

Account
trades 4385

| Net Account Value | Total Unrealized Gain | Day's Gain Unrealized | |
|---|---|---|---|
| $23,791 20 | –$12,193 48 (–33 89%) | $578 00 (2 49%) | ⌄ Show les |
| Available for Withdrawal ⊘ | Intraday Marginable | Intraday Non-Marginable | |
| $4.26 | Purchasing Power ⊘ | Purchasing Power ⊘ | |
| | $0 00 | $0 00 | |

⚠ **Open Calls** The account minimum equity requirement for Pattern Day Trading is $25 000  You can satisfy this equity call by depositing additional funds or securities into your account or through market appreciation  Transfer Money   Account Transfer   Intra Firm Transfer     › More

⌄ Filters   View: mmat   Filter by Symbol / CUSIP   Security type: All recurrin   Reset Sort   Wash sale adjustment ⊘   ⚙ Customize

| Symbol ⌄ | Actions | Last Price $ | Change $ | Change % | Qty # | Price Paid $ | Day s Gain $ | Total Gain $ | Total Gain % | Value $ | Total Cost |
|---|---|---|---|---|---|---|---|---|---|---|---|
| › TSLA ⌀ | Trade ⌄ ⌂ ⊡ | 369 49 | 11.56 | 3.23% | 15 | 241 8887 | 173.40 | 1 914 02 | 52.75% | 5 542.36 | 3,628 33 |
| › NVDA ⌀ ⚑ | Trade ⌄ ⌂ ⊡ | 145 06 | 0.07 | 0.05% | 67 | 121.7694 | –4 69 | 1 560 47 | 19 13% | 9 719 02 | 8 158 55 |
| › MMATQ ⌀ | Trade ⌄ ⌂ ⊡ | 0 0001 | 0.00 | 0.00% | 605 | 3.2459 | 0 00 | 1,963 71 | 100.00% | 0.06 | 1 963 77 |
| › MMAT1 ⓘ Add Jan 17 25 $0 50 Call | Trade ⌄ ⌂ ⊡ | 0 05 | 0.00 | 0.00% | 100 | 0.08 | 0 00 | 600 98 | 70.62% | 2 500 00 | 850 98 |
| › LCID ⌀ | Trade ⌄ ⌂ ⊡ | 2.09 | 0.01 | 0.48% | 300 | 3.556 | –3 00 | 439 80 | –41 23% | 627.00 | 1 066 80 |
| › GME ⓘ ⚑ | Trade ⌄ ⌂ ⊡ | 28 61 | 1 58 | 5 85% | 201 | 25 1201 | 317 58 | 701 46 | 13.89% | 5 750 61 | 5 049 15 |
| › FRCB ⌀ | Trade ⌄ ⌂ ⊡ | 0.0061 | 0 00 | 0.00% | 33 | 1.86 | 0 00 | 51 18 | 99.67% | 0.20 | 61 38 |
| › DJT ⌀ | Trade ⌄ ⌂ ⊡ | 33 74 | 1 52 | 4.31% | 2 | 34 115 | 3 04 | 0 75 | 1 10% | 67 48 | 68 23 |
| › CRTD ⌀ | Trade ⌄ ⌂ ⊡ | 0 745 | 0 00 | 0.00% | 8 | 278 58125 | 0 00 | 2,237 54 | –99 73% | 5 96 | 2 243 50 |
| › BBIG ⌀ | Trade ⌄ ⌂ ⊡ | 0.0002 | 0 00 | 0.00% | 50 | 1.95 | 0 00 | 97.49 | 99.99% | 0 01 | 97 50 |
| › AMC ⌀ | Trade ⌄ ⌂ ⊡ | 5.195 | 0.285 | 5.80% | 350 | 5 3318 | 99 75 | –47 89 | 2 57% | 1 818.25 | 1 866.14 |
| › 629999690 ⌀ | Trade ⌄ ⌂ ⊡ | 0.00 | 0 00 | 0.00% | 8 605 | 1 2674 | 0 00 | 10 926 10 | 100.00% | 0.00 | 10 926 10 |
| › 37955R9T6 ⌀ | Trade ⌄ ⌂ ⊡ | 0.015 | –0 005 | 25 00% | 400 | 0.00 | 0 00 | 2 00 | 6.00 | 0.00% | 6 00 |

Viewing 13 of 13 positions

| Cash | Transfer money | | | | | | | $4.26 | |
|---|---|---|---|---|---|---|---|---|---|
| Total | | | | | | $35 980 43 | $578 00 | $12 193.48 | –33.89% | $23 791.20 |

| Date | Action | Qty | Symbol | Description | Price | Trans Type | Amount |
|------|--------|-----|--------|-------------|-------|-----------|--------|
| 6/10/24 15 10 | BOT | 3 | MMAT | META MATERIALS INC NEW UNSOLICITEI | $3 39 | Bought | ($10 17) |
| 6/10/24 13 07 | BOT | 2 | MMAT | META MATERIALS INC NEW UNSOLICITEI | $3 45 | Bought | ($6 90) |
| 6/7/24 13 34 | SLD | -300 | MMAT | META MATERIALS INC NEW UNSOLICITEI | $3 38 | Sold | $1,012 72 |
| 6/7/24 13 03 | SLD | -304 | MMAT | META MATERIALS INC NEW UNSOLICITEI | $3 46 | Sold | $1,051 76 |
| 6/7/24 12 45 | BOT | 4 | MMAT | META MATERIALS INC NEW UNSOLICITEI | $3 52 | Bought | ($14 08) |
| 6/7/24 12 42 | BOT | 200 | MMAT | META MATERIALS INC NEW UNSOLICITEI | $3 54 | Bought | ($708 00) |
| 6/7/24 11 51 | SLD | -445 | MMAT | META MATERIALS INC NEW UNSOLICITEI | $3 62 | Sold | $1,611 27 |
| 6/6/24 18 42 | BOT | 2 | MMAT | META MATERIALS INC NEW UNSOLICITEI | $3 70 | Bought | ($7 40) |
| 5/24/24 10 42 | BOT | 1 | MMAT | META MATERIALS INC NEW UNSOLICITEI | $2 84 | Bought | ($2 84) |
| 5/23/24 12 52 | BOT | 2 | MMAT | META MATERIALS INC NEW UNSOLICITEI | $2 89 | Bought | ($5 78) |
| 5/20/24 19 59 | BOT | 1,000 | MMAT | META MATERIALS INC NEW UNSOLICITEI | $3 11 | Bought | ($3,109 40) |
| 5/20/24 20 00 | BOT | 182 | MMAT | META MATERIALS INC NEW UNSOLICITEI | $3 07 | Bought | ($558 74) |
| 5/20/24 19 27 | BOT | 8 | MMAT | META MATERIALS INC NEW UNSOLICITEI | $2 44 | Bought | ($19 52) |
| 5/16/24 16 02 | SLD | -1,000 | MMAT | META MATERIALS INC NEW UNSOLICITEI | $2 26 | Sold | $2,259 81 |
| 5/15/24 18 01 | SLD | -520 | MMAT | META MATERIALS INC NEW UNSOLICITEI | $2 26 | Sold | $1,175 10 |
| 5/13/24 14 55 | BOT | 20 | MMAT | META MATERIALS INC NEW UNSOLICITEI | $2 34 | Bought | ($46 80) |
| 5/13/24 14 54 | BOT | 440 | MMAT | META MATERIALS INC NEW UNSOLICITEI | $2 33 | Bought | ($1,025 20) |
| 1/23/24 12 51 | BOT | 500 | MMAT | META MATERIALS INC UNSOLICITED TRA | $0 07 | Bought | ($34 10) |
| 1/22/24 12 42 | BOT | 2,000 | MMAT | META MATERIALS INC UNSOLICITED TRA | $0 07 | Bought | ($149 60) |
| 1/16/24 17 08 | BOT | 2,500 | MMAT | META MATERIALS INC UNSOLICITED TRA | $0 06 | Bought | ($160 00) |
| 1/11/24 20 37 | BOT | 1,000 | MMAT | META MATERIALS INC UNSOLICITED TRA | $0 06 | Bought | ($64 70) |
| 12/15/23 16 19 | BOT | 300 | MMAT | META MATERIALS INC UNSOLICITED TRA | $0 07 | Bought | ($22 04) |
| 12/15/23 16 04 | BOT | 5,700 | MMAT | META MATERIALS INC UNSOLICITED TRA | $0 07 | Bought | ($421 80) |
| 12/15/23 15 43 | BOT | 3,800 | MMAT | META MATERIALS INC UNSOLICITED TRA | $0 07 | Bought | ($279 68) |
| 10/3/23 15 30 | BOT | 1,200 | MMAT | META MATERIALS INC UNSOLICITED TRA | $0 23 | Bought | ($273 46) |
| 10/3/23 14 30 | BOT | 3,000 | MMAT | META MATERIALS INC UNSOLICITED TRA | $0 23 | Bought | ($699 45) |
| 7/17/23 3 00 | BOT | 2,200 | MMAT | META MATLS INC COMMON STOCK | $0 19 | Bought | ($426 36) |
| 7/6/23 3 00 | BOT | 800 | MMAT | META MATLS INC COMMON STOCK | $0 20 | Bought | ($158 00) |
| 7/6/23 3 00 | BOT | 1,300 | MMAT | META MATLS INC COMMON STOCK | $0 19 | Bought | ($247 00) |
| 6/29/23 3 00 | BOT | 2,700 | MMAT | META MATLS INC COMMON STOCK | $0 22 | Bought | ($594 00) |
| 6/27/23 3 00 | BOT | 1,000 | MMAT | META MATLS INC COMMON STOCK | $0 18 | Bought | ($177 00) |
| 6/23/23 3 00 | BOT | 2,600 | MMAT | META MATLS INC COMMON STOCK | $0 20 | Bought | ($520 00) |
| 6/8/23 3 00 | BOT | 700 | MMAT | META MATLS INC COMMON STOCK | $0 24 | Bought | ($171 36) |
| 5/31/23 3 00 | BOT | 200 | MMAT | META MATLS INC COMMON STOCK | $0 22 | Bought | ($43 58) |
| 5/19/23 3 00 | BOT | 3,100 | MMAT | META MATLS INC COMMON STOCK | $0 23 | Bought | ($721 99) |
| 5/19/23 3 00 | BOT | 18,200 | MMAT | META MATLS INC COMMON STOCK | $0 23 | Bought | ($4,236 96) |
| 5/19/23 3 00 | BOT | 360 | MMAT | META MATLS INC COMMON STOCK | $0 23 | Bought | ($83 73) |
| 5/19/23 3 00 | BOT | 2,110 | MMAT | META MATLS INC COMMON STOCK | $0 23 | Bought | ($490 68) |
| 4/26/23 3 00 | BOT | 430 | MMAT | META MATLS INC COMMON STOCK | $0 19 | Bought | ($83 38) |
| 4/26/23 3 00 | BOT | 350 | MMAT | META MATLS INC COMMON STOCK | $0 19 | Bought | ($67 87) |
| 4/21/23 3 00 | BOT | 2,400 | MMAT | META MATLS INC COMMON STOCK | $0 19 | Bought | ($467 28) |
| 4/21/23 3 00 | BOT | 2,000 | MMAT | META MATLS INC COMMON STOCK | $0 19 | Bought | ($389 20) |
| 4/21/23 3 00 | BOT | 700 | MMAT | META MATLS INC COMMON STOCK | $0 19 | Bought | ($136 15) |
| 4/14/23 3 00 | BOT | 1,740 | MMAT | META MATLS INC COMMON STOCK | $0 23 | Bought | ($400 20) |
| 4/14/23 3 00 | BOT | 430 | MMAT | META MATLS INC COMMON STOCK | $0 23 | Bought | ($99 55) |
| 4/14/23 3 00 | BOT | 260 | MMAT | META MATLS INC COMMON STOCK | $0 23 | Bought | ($60 27) |
| 4/12/23 3 00 | BOT | 820 | MMAT | META MATLS INC COMMON STOCK | $0 39 | Bought | ($319 96) |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 4/3/23 3 00 | BOT | 5,000 | MMAT | META MATLS INC COMMON STOCK | $0 50 | Bought | ($2,477 25) |
| 4/3/23 3 00 | BOT | 5,600 | MMAT | META MATLS INC COMMON STOCK | $0 50 | Bought | ($2,774 80) |
| 4/3/23 3 00 | BOT | 6,000 | MMAT | META MATLS INC COMMON STOCK | $0 50 | Bought | ($2,978 10) |
| 4/3/23 3 00 | BOT | 12,200 | MMAT | META MATLS INC COMMON STOCK | $0 50 | Bought | ($6 058 52) |
| 4/3/23 3 00 | BOT | 3,000 | MMAT | META MATLS INC COMMON STOCK | $0 50 | Bought | ($1,488 00) |
| 4/3/23 3 00 | BOT | 3,200 | MMAT | META MATLS INC COMMON STOCK | $0 50 | Bought | ($1,586 88) |
| 4/3/23 3 00 | BOT | 6,066 | MMAT | META MATLS INC COMMON STOCK | $0 45 | Bought | ($2,759 42) |
| 4/3/23 3 00 | BOT | 4,004 | MMAT | META MATLS INC COMMON STOCK | $0 45 | Bought | ($1,821 02) |
| 4/3/23 3 00 | BOT | 3,700 | MMAT | META MATLS INC COMMON STOCK | $0 45 | Bought | ($1,678 69) |
| 3/24/23 3 00 | BOT | 130 | MMAT | META MATLS INC COMMON STOCK | $0 47 | Bought | ($60 70) |
| 3/16/23 3 00 | BOT | 200 | MMAT | META MATLS INC COMMON STOCK | $0 50 | Bought | ($99 90) |
| 3/10/23 0 00 | BOT | 250 | MMAT | META MATLS INC COMMON STOCK | $0 54 | Bought | ($135 80) |
| 2/28/23 3 00 | BOT | 150 | MMAT | META MATLS INC COMMON STOCK | $0 64 | Bought | ($96 59) |
| 1/27/23 3 00 | BOT | 550 | MMAT | META MATLS INC COMMON STOCK | $1 01 | Bought | ($555 45) |
| 5/10/22 3 00 | BOT | 1,000 | MMAT | META MATLS INC COMMON STOCK | $1 16 | Bought | ($1,160 00) |
| 5/10/22 3 00 | SLD | -1,000 | MMAT | META MATLS INC COMMON STOCK | $1 16 | Sold | $1,159 86 |
| 3/2/22 3 00 | BOT | 90 | MMAT | META MATLS INC COMMON STOCK | $1 65 | Bought | ($148 50) |
| 1/19/22 3 00 | BOT | 500 | MMAT | META MATLS INC COMMON STOCK | $2 06 | Bought | ($1,029 85) |
| 12/15/21 3 00 | BOT | 108 | MMAT | META MATLS INC COMMON STOCK | $3 05 | Bought | ($329 39) |
| 12/15/21 3 00 | BOT | 252 | MMAT | META MATLS INC COMMON STOCK | $3 04 | Bought | ($766 08) |
| 12/14/21 3 00 | BOT | 62 | MMAT | META MATLS INC COMMON STOCK | $2 97 | Bought | ($184 14) |
| 12/14/21 3 00 | BOT | 538 | MMAT | META MATLS INC COMMON STOCK | $2 96 | Bought | ($1,592 48) |
| 11/29/21 3 00 | BOT | 250 | MMAT | META MATLS INC COMMON STOCK | $3 78 | Bought | ($943 75) |
| 10/22/21 3 00 | BOT | 876 | MMAT | META MATLS INC COMMON STOCK | $4 58 | Bought | ($4,012 08) |
| 7/22/21 3 00 | BOT | 1,650 | MMAT | META MATLS INC COMMON STOCK | $3 44 | Bought | ($5,674 35) |
| 7/21/21 3 00 | BOT | 22 | MMAT | META MATLS INC COMMON STOCK | $3 87 | Bought | ($85 14) |
| 7/21/21 3 00 | BOT | 1,322 | MMAT | META MATLS INC COMMON STOCK | $3 86 | Bought | ($5,102 92) |
| 7/20/21 3 00 | BOT | 424 | MMAT | META MATLS INC COMMON STOCK | $3 20 | Bought | ($1,356 08) |
| 7/13/21 3 00 | BOT | 200 | MMAT | META MATLS INC COMMON STOCK | $4 00 | Bought | ($800 00) |
| 7/13/21 3 00 | BOT | 1,800 | MMAT | META MATLS INC COMMON STOCK | $4 04 | Bought | ($7,271 82) |
| 7/12/21 3 00 | BOT | 650 | MMAT | META MATLS INC COMMON STOCK | $4 33 | Bought | ($2,814 50) |
| 7/12/21 3 00 | BOT | 1,200 | MMAT | META MATLS INC COMMON STOCK | $4 33 | Bought | ($5,190 00) |
| 7/12/21 3 00 | BOT | 500 | MMAT | META MATLS INC COMMON STOCK | $4 00 | Bought | ($1,998 15) |
| 7/2/21 3 00 | BOT | 150 | MMAT | META MATLS INC COMMON STOCK | $6 77 | Bought | ($1,014 75) |
| 7/2/21 3 00 | BOT | 900 | MMAT | META MATLS INC COMMON STOCK | $6 79 | Bought | ($6,107 31) |
| 6/28/21 3 00 | RG-REV | 3,300 | MMAT | META MATLS INC COMMON STOCK RES | $0 00 | Reorganizatio | $0 00 |