NVB 3001 (Effective 1/21)

# UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA

**PROOF OF INTEREST**

| | |
|---|---|
| Name of Debtor: Meta Materials Inc. | Case Number: 24-50792 |

**1. Name and address of holder of the Equity Interest** (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

Kevin Wang
3340 Allen Ct.
Santa Clara, CA, 95051

Telephone Number:
(408)828-7275

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

■ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

RECEIVED AND FILED
DEC 13 2024
U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

**NOTE:** This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

**COURT USE ONLY**

Account or other number by which Interest holder identifies Debtor:
2168-8928

Check here if this claim:
☐ replaces a previously filed Proof of Interest dated: _____
☐ amends a previously filed Proof of Interest dated: _____

**2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:**

Kevin Wang
Charles Schwab & Co., Inc.
P.O. Box 982600
El Paso, TX, 79998-2600

Telephone Number: 1-800-435-4000

**3. Date Equity Interest was acquired:**
Between 06/16/2021 - 12/3/2024
See attached document

**4. Total amount of member interest:** 207 shares for $251,652

**5. Certificate number(s):** _____

**6. Type of Equity Interest:**
Please indicate the type of Equity Interest you hold:
■ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
☐ Check this box if your Equity Interest is based on anything else and describe that interest:
**Description:** Investor

**7. Supporting Documents:** Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**8. Date-Stamped Copy:** To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

**9. Signature:**
Check the appropriate box.
■ I am the creditor.   ☐ I am the creditor's authorized agent. (Attach copy of power of attorney, if any.)   ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)   ☐ I am a guarantor, surety, endorser, or other codebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: Kevin Wang
Title:
Company: ___ Address and telephone number (if different from notice address above)

(Signature) *Kevin Wang*   12/3/2024 (Date)

Telephone number: (408)828-7275   email: kevinciwang@gmail.com

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

Print Form    Save Form    Clear Form

Proof of interest supplemental information:
Case: 24-50792, Meta Materials, INC
For: Kevin Wang

Broker: Charles Schwab & Co., INC.
ACCT #: 2168-8928
Total shares held pre-reverse split: 21,515 shares [207 shares post reverse split]
Total money invested pre-reverse split: $251,652.78

We have not sold a single share of MMAT since 6/16/2021.
The 9 shares (900 pre-reverse split) sold on 2/16/2024 was sold by the broker automatically to cover the cost of reverse split.

See transaction documentation attached.



Accounts  Trade  Research  Move Money  Products  Learn  How To        Search    Messages   Support

Summary  Balances  Positions  Realized Gain Loss  Investment Income  Portfolio Performance  Securities Lending  Corporate Actions  Transaction History  Statements & Tax Forms  Open An Account  Relationship Summary

# Positions

Updated 02:07:05 AM ET 12/03/2024   Refresh   Help   Export   Print


Roth Contributory IRA ...928

View Realized Gain Loss

☑ Group by Security Type  ☑ Condensed Table View

## Account Summary

| Total Accounts Value | Total Cash & Cash Investments | Total Market Value | Total Day Change | Total Cost Basis | Total Gain/Loss |
|---|---|---|---|---|---|
| $15.40 | $2.77 | $12.63 | $0.00 (0.00%) | $251,665.41 | -$251,652.78 (99.99%)[3] |

## Positions Details *

Settings

| Symbol | Name | Qty | Price | Price Chng | Mkt Val | Day Chng | Cost Basis | Gain/Loss[4] | Ratings | Reinvest? | % of Acct |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ▼ Equities | | | | | | | | | | | |
| MMATQ | META MATLS INC CLASS EQUITY | 207 | $0.061 | +$0.00 | $12.63[5] | +$0.00 | $251,665.41[2] | -$251,652.78 | — | No | 82.01% |
| 629999590 | NEXT BRIDGE HYDROCARBONS | 35,310 | N/A | N/A | N/A | N/A | Incomplete | N/A | — | N/A | N/A |
| Total Equities | | | | | $12.63 | +$0.00 | $251,665.41 | $251,652.78[3] | | | 82.01% |
| ▼ Cash & Money Market | | | | | | | | | | | |
| Cash & Cash Investments[1] | | | | | $2.77 | +$0.00 | — | — | — | | 17.99% |
| Total Cash & Money Market | | | | | $2.77 | +$0.00 | N/A | N/A | | | 17.99% |
| **Account Total** | | | | | **$15.40** | **+$0.00** | **$251,665.41** | **$251,652.78[3]** | | | |

Lot-Details

| MMATQ Lot Details for 928 as of 02.07 AM ET, 12/03/2024 | | | | | | | |
|---|---|---|---|---|---|---|---|
| Open Date | Quantity | Price | Cost/Share | Market Value | Cost Basis | Gain/Loss ($) | Gain/Loss (%) | Holding Period |
| 12/01/2021 | 0 01 | $0 06 | $340 00 | $0 00 | $3 40 | $3 40 | 100% | Long Term |
| 10/29/2021 | 0 02 | $0 06 | $462 69 | $0 00 | $9 30 | $9 30 | 100% | Long Term |
| 08/27/2021 | 0 01 | $0 06 | $425 74 | $0 00 | $4 30 | $4 30 | 100% | Long Term |
| 08/27/2021 | 0 01 | $0 06 | $424 00 | $0 00 | $4 24 | $4 24 | 100% | Long Term |
| 07/30/2021 | 34 144 | $0 06 | $355 58 | $2 08 | $12141 23 | -$12139 15 | 99 98% | Long Term |
| 07/07/2021 | 0 09 | $0 06 | $597 56 | $0 01 | $53 96 | $53 95 | 99 98% | Long Term |
| 06/25/2021 | 4 468 | $0 06 | $984 09 | $0 27 | $4396 51 | $4396 24 | 99 99% | Long Term |
| 06/22/2021 | 4 729 | $0 06 | $1731 16 | $0 29 | $8185 98 | $8185 69 | 100% | Long Term |
| 06/22/2021 | 3 915 | $0 06 | $1733 16 | $0 24 | $6786 00 | $6785 76 | 100% | Long Term |
| 06/22/2021 | 3 413 | $0 06 | $1521 01 | $0 21 | $5191 80 | $5191 59 | 100% | Long Term |
| 06/22/2021 | 2 008 | $0 06 | $1663 43 | $0 12 | $3340 00 | $3339 88 | 100% | Long Term |
| 06/22/2021 | 2 008 | $0 06 | $1730 17 | $0 12 | $3474 00 | $3473 88 | 100% | Long Term |
| 06/22/2021 | 1 546 | $0 06 | $1731 08 | $0 09 | $2676 43 | $2676 34 | 100% | Long Term |
| 06/21/2021 | 30 119 | $0 06 | $1822 79 | $1 84 | $54900 00 | $54898 16 | 100% | Long Term |
| 06/21/2021 | 25 099 | $0 06 | $1802 88 | $1 53 | $45250 00 | -$45248 47 | 100% | Long Term |
| 06/21/2021 | 3.263 | $0 06 | $1772 96 | $0 20 | $5785 00 | $5784 80 | 100% | Long Term |
| 06/21/2021 | 0 753 | $0 06 | $1733 30 | $0 05 | $1305 00 | $1304 95 | 100% | Long Term |
| 06/18/2021 | 25 495 | $0 06 | $1081 72 | $1 56 | $27578 97 | $27577 41 | 99 99% | Long Term |
| 06/18/2021 | 9 543 | $0 06 | $1065 80 | $0 58 | $10170 35 | $10169 77 | 99 99% | Long Term |
| 06/18/2021 | 7 339 | $0 06 | $1075 76 | $0 45 | $7894 80 | $7894 35 | 99 99% | Long Term |
| 06/18/2021 | 5 02 | $0 06 | $1059 80 | $0 31 | $5320 00 | $5319 69 | 99 99% | Long Term |
| 06/18/2021 | 3 514 | $0 06 | $1069 78 | $0 21 | $3759 00 | $3758 79 | 99 99% | Long Term |
| 06/18/2021 | 3 012 | $0 06 | $1069 76 | $0 18 | $3222 00 | $3221 82 | 99 99% | Long Term |
| 06/18/2021 | 2 911 | $0 06 | $1085 73 | $0 18 | $3161 00 | $3160 82 | 99 99% | Long Term |
| 06/18/2021 | 2 701 | $0 06 | $1067 75 | $0 16 | $2883 68 | $2883 52 | 99 99% | Long Term |
| 06/18/2021 | 2 108 | $0 06 | $1197 27 | $0 13 | $2524 20 | $2524 07 | 99 99% | Long Term |
| 06/18/2021 | 2 008 | $0 06 | $1065 79 | $0 12 | $2140 00 | $2139 88 | 99 99% | Long Term |
| 06/18/2021 | 1 004 | $0 06 | $1067 84 | $0 06 | $1072.00 | $1071 94 | 99 99% | Long Term |
| 06/18/2021 | 0 497 | $0 06 | $1063 70 | $0 03 | $528 66 | $528 63 | 99 99% | Long Term |
| 06/18/2021 | 0 1 | $0 06 | $1069 72 | $0 01 | $107 40 | $107 39 | 99 99% | Long Term |
| 06/18/2021 | 0 005 | $0 06 | $1086 00 | $0 00 | $5 43 | $5 43 | 100% | Long Term |
| 06/17/2021 | 10 04 | $0 06 | $1051 83 | $0 61 | $10559 80 | -$10559 19 | 99 99% | Long Term |
| 06/17/2021 | 5 02 | $0 06 | $1013 96 | $0 31 | $5089 90 | $5089 59 | 99 99% | Long Term |
| 06/17/2021 | 5 02 | $0 06 | $1023 97 | $0 31 | $5140 00 | $5139 69 | 99 99% | Long Term |
| 06/16/2021 | 6 059 | $0 06 | $1155 43 | $0 37 | $7001 07 | $7000 70 | 99 99% | Long Term |
| Total | 207 | | | $12 63 | $251665 41 | $251652 78 | 99 99% | |