NVB 3001 (Effective 1/21)

# UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA

**PROOF OF INTEREST**

| | |
|---|---|
| Name of Debtor: Meta Materials Inc. | Case Number: 24-50792 |

**1. Name and address of holder of the Equity Interest** (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

Tina Wang
3340 Allen Ct.
Santa Clara, CA, 95051

Telephone Number:
(408)828-7275

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

☒ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

**RECEIVED AND FILED**
**DEC 13 2024**
**U.S BANKRUPTCY COURT**
**MARY A. SCHOTT, CLERK**

**COURT USE ONLY**

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

Account or other number by which Interest holder identifies Debtor:
536230341

Check here if this claim:
☐ replaces a previously filed Proof of Interest dated: _____
☐ amends a previously filed Proof of Interest dated: _____

**2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:**

Tina Wang
Morgan Stanley Smith Barney LLC
PO Box 484
Jersey City, NJ 07303-0484

**Telephone Number:** 1-800-387-2331

**3. Date Equity Interest was acquired:**
Between 10/20/2021 - 12/3/2024
See attached document

**4. Total amount of member interest:** 9 shares for $786.92

**5. Certificate number(s):** _____

**6. Type of Equity Interest:**
Please indicate the type of Equity Interest you hold:
☒ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
☐ Check this box if your Equity Interest is based on anything else and describe that interest:
**Description:** Investor

**7. Supporting Documents:** Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**8. Date-Stamped Copy:** To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

**9. Signature:**
Check the appropriate box.
☒ I am the creditor.  ☐ I am the creditor's authorized agent. (Attach copy of power of attorney, if any.)  ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)  ☐ I am a guarantor, surety, endorser, or other codebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: Tina Wang
Title:
Company: Address and telephone number (if different from notice address above):

(Signature) /s/ Tina Wang    (Date) 12/05/2024

Telephone number: (408)828-7275   email: kevinclwang@gmail.com

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

[Print Form]  [Save Form]  [Clear Form]

Proof of interest supplemental information:
Case: 24-50792, Meta Materials, INC
For: Tina Wang

Broker: Morgan Stanley Smith Barney LLC.
ACCT #: 536230341
Total shares held pre-reverse split: 900 shares [9 shares post reverse split]
Total money invested: $786.92
We currently still hold 9 shares post reverse split

See transaction documentation attached.

## Portfolios

C Refresh Dec 4 2024 01:49 AM ET   @ Help

Position  Allocation  Performance  Historical value  Margin  Gains & Losses  Risk Assessment  Estimated Income  Shareholder Actions

| Account | Net Account Value | Total Unrealized Gain | Day's Gain Unrealized | > Show more | Transfer money |
|---|---|---|---|---|---|
| Individual Brokerage 0341 | $1.92 | -$18,309.85 (-100.00%) | $0.00 (0.00%) | | |

Filters — View: mmat — Filter by Symbol / CUSIP — Security type: All securities — Reset Sort — Wash sale adjustment ⊙ — Customize

| Symbol | | Actions | Last Price $ | Change $ | Change % | Qty # | Price Paid $ | Day's Gain $ | Total Gain $ | Total Gain % ▲ | Value $ | Total Cost |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| > 829999590 ⓘ | Trade ▼ | 🔔 ⬚ | 0.00 | 0.00 | 0.00% | 11000 | 1.5926 | 0.00 | 17,523.48 | 100.00% | 0.00 | 17,523.48 |
| ∨ MMATQ ⓘ | Trade ▼ | 🔔 ⬚ | 0.061 | 0.00 | 0.00% | 9 | 87.43556 | 0.00 | 786.37 | 99.93% | 0.55 | 786.92 |
| 10/20/2021 | | Sell | 0.061 | 0.00 | 0.00% | 1.62 | 401.66667 | 0.00 | 650.60 | 99.98% | 0.10 | 650.70 |
| 10/21/2021 | | Sell | 0.061 | 0.00 | 0.00% | 0.036 | 395.00 | 0.00 | 14.22 | 99.98% | 0.00 | 14.22 |
| 01/20/2023 | | Sell | 0.061 | 0.00 | 0.00% | 1.104 | 83.33333 | 0.00 | 91.93 | 99.93% | 0.07 | 92.00 |
| 04/04/2023 | | Sell | 0.061 | 0.00 | 0.00% | 0.24 | 37.50 | 0.00 | 8.99 | -99.84% | 0.01 | 9.00 |
| 02/09/2024 | | Sell | 0.061 | 0.00 | 0.00% | 6 | 3.50 | 0.00 | 20.63 | 98.26% | 0.37 | 21.00 |

Viewing 2 of 2 positions

| Cash | Transfer money | | | | | | | | | | $1.37 | |
| Total | | | | | | | $18,310.40 | $0.00 | -$18,309.85 | 100.00% | $1.92 | |

The total amount of the price paid column reflects the total costs of all open positions

Partially delayed quotes ⊙ Upgrade to real time quotes