NVB 3001 (Effective 1/21)

**UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA**

**PROOF OF INTEREST**

Name of Debtor: Meta Materials INC.

Case Number: 24-50792-HLB

1. **Name and address of holder of the Equity Interest** (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

Sarah Yeong Seon Yoo
402 2410 33 AVE SW
Calgary Alberta CANADA T2T 6W9

Telephone Number: 1-587-966-1267

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

■ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

RECEIVED AND FILED
DEC 13 2024
U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

**NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b)herein.**

COURT USE ONLY

Account or other number by which Interest holder identifies Debtor: 3680M8-B, TD CANADA TRUST

Check here if this claim:
☐ replaces a previously filed Proof of Interest dated: ____________
☐ amends a previously filed Proof of Interest dated: ____________

2. **Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:** Sarah Yeong Seon Yoo
TD Tower, 15th Floor 66 Wellington Street West Toronto, ON M5K 1A2

**Telephone Number:** 1 (866) 756-8936, tdshinfo@td.com.

3. **Date Equity Interest was acquired:** 6450 TRCH shares purchased with spending $38064.99(USD) on June 18th, 2021 converted to 3225 MMAT shares on June 29th, 2021 then 1-100 RS initiated on JAN 29th, 2024 reduced to 27 MMATQ, broker sold(SELLOUT) 555 MMAT, 27 MMATQ.

4. **Total amount of member interest:** 6405 TRCH shares → 3225 MMAT shares → 27 MMATQ

5. **Certificate number(s):** See attached Documents

6. **Type of Equity Interest:**
Please indicate the type of Equity Interest you hold:
■ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
☐ Check this box if your Equity Interest is based on anything else and describe that interest:
**Description:** Investor

→ Broker initiated SELLOUT 27 MMATQ on May 6th, 2024 to cover their fees without proper notification total $38064.99(USD) spent.

7. **Supporting Documents**: Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. **Date-Stamped Copy:** To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

**9. Signature:**
Check the appropriate box.
■ I am the creditor. ☐ I am the creditor's authorized agent. (Attach copy of power of attorney, if any.) ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.) ☐ I am a guarantor, surety, endorser, or other codebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: Sarah Yeong Seon Yoo
Title: Registered Nurse
Company:___ Address and telephone number (if different from notice address above):
402 2410 33 Ave SW, Calgary AB T2T 6W9, CANADA

(Signature) [signature] (Date) Dec 10th, 2024

Telephone number: 1-587-966-1267 email: sysyoo@ucalgary.ca

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

54

2-3 # 3680M8-B
COURT USE ONLY



**TD Direct Investing**

# Your investment account statement

June 1, 2021 to June 30, 2021

Account number: 3680M8 – B
Account type: Direct Trading - US
Account currency: US dollars

MS SARAH YEONG SEON YOO
341-6440 CENTRE ST NE
CALGARY AB
T2K 0V4

### Do you have a question?

For questions about your statement or further information, we provide support 24 hours a day, 7 days a week in 4 languages:

**English:** **1-800-465-5463**
**French:** **1-800-361-2684**
**Cantonese:** **1-800-838-3223 option 1**
**Mandarin:** **1-800-838-3223 option 2**

## Your account at a glance

**You need to know**

Please see **page 3** for important information about your account.

| | This period (Jun 1 - Jun 30, 2021) | Last period (May 1 - May 31, 2021) | Year to date (Jan 1 - Jun 30, 2021) |
|---|---|---|---|
| Beginning balance | $57,373.27 | $58,804.25 | $10,187.01 |
| Change in your account balance | -$4,998.45 | -$1,430.98 | $42,187.81 |
| **Ending balance** | **$52,374.82** | **$57,373.27** | **$52,374.82** |

## Holdings in your account

on June 30, 2021

| Description | Quantity or par value ($) | Price ($) | Book cost ($) | Market value ($) | Unrealized gain or loss ($) | % of your holdings |
|---|---|---|---|---|---|---|
| Cash | | | 45.69 | 45.69 | 0.00 | 0.09% |
| **COMMON SHARES** | | | | | | |
| CHINA HGS REAL ESTATE-NEW (**HGSH**) | 2,000 SEG | 2.120 | 9,354.00 | 4,240.00 | -5,114.00 | 8.10% |
| GREENE CONCEPTS INC (**INKW**) | 80,645 SEG | 0.019 | 10,087.63 | 1,532.25 | -8,555.38 | 2.93% |
| META MATERIALS INC (**MMAT**) | 3,225 SEG | 7.490 | 38,064.99 | 24,155.25 | -13,909.74 | 46.12% |
| 1606 CORP 33LGND | 907 SEG | 0.000 | 0.00 | 0.00 | 0.00 | 0.00% |
| OZOP ENERGY SOLUTIONS INC (**OZSC**) | 20,000 SEG | 0.074 | 4,002.00 | 1,480.00 | -2,522.00 | 2.83% |
| SINGLEPOINT INC-NEW (**SING**) | 907 SEG | 0.551 | 2,727.00 | 499.75 | -2,227.25 | 0.95% |
| SONNET BIOTHERAPEUTICS (**SONN**) | 518 SEG | 1.580 | 3,705.49 | 818.44 | -2,887.05 | 1.56% |

(continued on next page)

***Order-Execution-Only Account.***

TD Waterhouse Canada Inc.
Member - Canadian Investor Protection Fund










Account number: 3680M8
Account type: Direct Trading - US
Your investment account statement: Jun 30, 2021

## Holdings in your account (continued)
on June 30, 2021

| Description | Quantity or par value ($) | Price ($) | Book cost ($) | Market value ($) | Unrealized gain or loss ($) | % of your holdings |
|---|---|---|---|---|---|---|
| **(continued)** | | | | | | |
| **COMMON SHARES (continued)** | | | | | | |
| SUNLINK HEALTH SYSTEMS IN (**SSY**) | 5,732 SEG | 3.420 | 22,779.49 | 19,603.44 | -3,176.05 | 37.43% |
| **Total Portfolio** | | | **$90,766.29** | **$52,374.82** | | **100.00%** |

### Definitions

**An explanation of terms shown in the tables above**

***Book cost for long positions*** is the total amount paid to purchase a security including any transaction charges related to the purchase, adjustec for reinvested distributions, return of capital and corporate actions.

***Book cost for short positions*** is the total amount received for the security, net of any transaction charges related to the sale, adjusted for any distribution (other than dividends), returns of capital and corporate actions.

***Market value*** is the price of the security or fund multiplied by the quantity held.

***Unrealized Gain or Loss*** is the gain or loss that would be incurred, if your holdings were liquidated as at the end of the statement period. It is calculated by subtracting book cost from market value.

## Activity in your account this period

| Date | Activity | Description | Quantity | Price ($) | Amount ($) | Cash balance ($) |
|---|---|---|---|---|---|---|
| | **Beginning cash balance** | | | | | **33.27** |
| Jun 18 | Sell | JANONE INC | -80 | 7.995 | 0.00 | 33.27 |
| Jun 18 | Sell | JANONE INC | -200 | 7.970 | 0.00 | 33.27 |
| Jun 18 | Sell | JANONE INC | -1,300 | 7.960 | 0.00 | 33.27 |
| Jun 18 | Sell | JANONE INC | -1,373 | 7.950 | 0.00 | 33.27 |
| Jun 18 | Sell | JANONE INC PJ-417120 | -1,817 | 8.030 | 38,077.41 | 38,110.68 |
| Jun 18 | Buy | TORCHLIGHT ENERGY RES INC KE-419070 | 6,450 | 5.900 | -38,064.99 | 45.69 |
| Jun 29 | Exchange | META MATERIALS INC | 3,225 | | -38,064.99 | -38,019.30 |
| Jun 29 | Exchange | TORCHLIGHT ENERGY RES IN* | -6,450 | | 38,064.99 | 45.69 |
| **Jun 30** | **Ending cash balance** | | | | | **$45.69** |

***Order-Execution-Only Account.***



**TD Direct Investing**

# Your investment account statement

January 1, 2024 to January 31, 2024

Account number: 3680M8 —B
Account type: Direct Trading - US
Account currency: US dollars

MS SARAH YEONG SEON YOO
341-6440 CENTRE ST NE
CALGARY AB
T2K 0V4

**Do you have a question?**

For questions about your statement or further information, we provide support Monday through Friday, in 4 languages:

**English:** **1-800-465-5463**
**French:** **1-800-361-2684**
**Cantonese:** **1-800-838-3223 option 1**
**Mandarin:** **1-800-838-3223 option 2**

## Your account at a glance

**You need to know**

Please see **page 2** for important information about your account.

| | This period (Jan 1 - Jan 31, 2024) | Last period (Nov 1 - Dec 31, 2023) | Year to date (Jan 1 - Jan 31, 2024) |
|---|---|---|---|
| Beginning balance | $196.05 | $342.90 | $196.05 |
| Change in your account balance | -$73.08 | -$146.85 | -$73.08 |
| **Ending balance** | **$122.97** | **$196.05** | **$122.97** |

## Holdings in your account

on January 31, 2024

| Description | Quantity or par value ($) | Price ($) | Book cost ($) | Market value ($) | Unrealized gain or loss ($) | % of your holdings |
|---|---|---|---|---|---|---|
| Cash | | | 19.83 | 19.83 | 0.00 | 16.13% |
| **COMMON SHARES** | | | | | | |
| META MATERIALS INC-NEW (**MMAT**) | 27 | 3.820 | 31,514.27 | 103.14 | -31,411.13 | 83.87% |
| 1606 CORP 33LGND | 907 SEG | N/D | 0.00 | N/D | 0.00 | 0.00% |
| **Total Portfolio** | | | **$31,534.10** | **$122.97** | | **100.00%** |

*Order-Execution-Only Account.*

TD Waterhouse Canada Inc.
Member - Canadian Investor Protection Fund






Fig 8 (SY)



Account number: 3680M8
Account type: Direct Trading - US
Your investment account statement: Jan 31, 2024

## Definitions

### An explanation of terms shown in the tables above

***Book cost for long positions*** is the total amount paid to purchase a security including any transaction charges related to the purchase, adjusted for reinvested distributions, return of capital and corporate actions.

***Book cost for short positions*** is the total amount received for the security net of any transaction charges related to the sale, adjusted for any distribution (other than dividends), returns of capital and corporate actions.

***Market value*** is the price of the security or fund multiplied by the quantity held.

***Unrealized Gain or Loss*** is the gain or loss that would be incurred, if your holdings were liquidated as at the end of the statement period. It is calculated by subtracting book cost from market value.

## Activity in your account this period

| Date | Activity | Description | Quantity | Price ($) | Amount ($) | Cash balance ($) |
|---|---|---|---|---|---|---|
| | **Beginning cash balance** | | | | | **19.83** |
| Jan 29 | Reverse Split | META MATERIALS INC * | -2,670 | | 31,514.27 | 31,534.10 |
| Jan 29 | Reverse Split | META MATERIALS INC-NEW | 27 | | -31,514.27 | 19.83 |
| **Jan 31** | **Ending cash balance** | | | | | **$19.83** |

### Important information about your account

In May 2024, the standard trade settlement period for North American Capital Markets is expected to be reduced from the current two business days to one business day after the trade date. This will impact most trades in securities. The change is expected to take effect Monday, May 27 for Canadian capital markets and Tuesday, May 28 for U.S. capital markets. Once implemented, your trades in Canadian and U.S. markets will settle one business day sooner.

***Order-Execution-Only Account.***



Fig 8 (SY)



Account number 3680M8
Account type Direct Trading US
Your investment account statement Jan 31 2024

# Disclosures

**Important Information**

This statement is an important document and contains a record of all transactions between TD Direct Investing (herein referred to as we us and our") and the account holder (herein referred to as you and your ) The information provided in this statement should not be used for the purpose of tax reporting as certain events are dependent on individual circumstances Book cost shown for your holdings has been calculated to the best of our ability, based on the information available to us and may not reflect all required adjustments It is your obligation as an account holder to review this statement carefully and notify us immediately of any errors omissions or objections to the statement including any transactions that you did not authorize A written notification may be sent to

TD Direct Investing
3500 Steeles Ave East Tower 5 Level 3
Markham Ontario L3R 2Z1

This enables you to contact us directly regarding any comments and concerns You may also contact an Investment Representative at the number on the front page of this statement

**Limits on Investment Coverage**

Client accounts are protected by the Canadian Investor Protection Fund within specified limits A brochure describing the nature and limits of coverage is available upon request or at cipf ca To learn more about CDIC deposit insurance coverage visit cdic ca

**Your account at a glance – Additional information**

Beginning balance The opening balance of the account as of the start of the first day of the statement period It is the same as the previous statement ending balance It does not include accrued income for certain fixed income and equity securities

Change in your account balance Includes deposits withdrawals income received fees charged and the change in the value of your investments for the period referenced

Ending balance This is the total market value of the account including cash and security holdings It does not include accrued income for certain fixed income and equity securities

Ending Balance at reporting period end The amount shown in the Activity in your account this period section excludes amounts arising from any trades pending settlement which are not due for payment until the dates printed against such trades

**Holdings and Activity – Additional information**

N/D means that all or a portion of the book cost or market value as applicable of the security position cannot be determined or has not been assigned The total book cost or total market value or rate of return as applicable provided for your portfolio excludes security positions whose book cost or market value is N/D

(a) Market value information has been used to estimate part or all of the book cost of this security position

(b) There is no active market for this security The price has been estimated

(c) The market value of these compound interest investments includes the par value and the accrued interest to date In the event you choose to redeem your securities prior to maturity the redemption value may differ from the market value reported

(d) Market value information as at December 31 2018 has been used to estimate part or all of the book cost of this security position

Prices for mutual funds do not necessarily reflect the month end close Net Asset Value Per Share (NAVPS) The NAVPS expressed for mutual funds represents the last value received by TD Direct Investing prior to the production of our statements

Securities listed under the heading Pending activity in your account denote trades which are for settlement subsequent to the date of the statement The settlement dates of such trades are printed in the date column

The activity description column may contain abbreviations related to mutual funds restricted voting shares segregated investments and investments in safekeeping Common abbreviations related to mutual funds are NL No Load D Deferred Sales Charge LL Low Load and FRAC Fractional Shares Abbreviations related to restricted voting privileges are NVS - Non Voting Shares RS Restricted Shares SVS Subordinate Voting Shares and RVS Restricted Voting Shares SEG is an abbreviation to indicate that the investments are segregated SFK is an abbreviation to indicate that the investments are in safekeeping If you have any questions about your statement please speak with your Investment Representative

All securities paid in full and margin securities above the legal minimum cannot be used by us in the conduct of our business and are displayed on the statement as segregated (SEG) If you have a credit balance in your TD Direct Investing accounts it is payable on demand We ll record it on our books but we may use it in the conduct of our business

In any currency conversion conducted by us we or a related party may earn revenue

The elected annual payout is calculated based on the Dec 31st market value of the previous year and is effective Jan 1st of the current year This amount reflects the original annual minimum payment for the current + any additional payment elected by you

**Corporate Information**

TD Direct Investing is a division of TD Waterhouse Canada Inc a subsidiary of The Toronto Dominion Bank TD Direct Investing does not provide investment advice or recommendations regarding the purchase or sale of any securities Investors are responsible for their own investment decisions

If you would like a copy of our most recent financial statement and a list of our directors and senior officers please write to us or call us at the telephone number on the front page of this statement

An affiliate of TD Waterhouse Canada Inc owns an equity interest in TMX Group Limited (TMX ) and The Toronto Dominion Bank (TD) has a nominee director serving on the board thereof As such TD may be considered to have an economic interest in the listing and trading of securities on an exchange owned or controlled by TMX including the Toronto Stock Exchange the TSX Venture Exchange and Alpha Exchange and in the clearing settlement and depository services provided by The Canadian Depository for Securities and its affiliates

No person or company is required to obtain products or services from TMX or its affiliates as a condition of TD or its affiliates continuing to supply a product or service

® The TD logo and other TD trademarks are the property of The Toronto Dominion Bank or its subsidiaries

*Order Execution-Only Account*



Fig 8 (SY)



**TD Direct Investing**

# Your investment account statement

May 1, 2024 to May 31, 2024

Account number: 3680M8 -- B
Account type: Direct Trading - US
Account currency: US dollars

MS SARAH YEONG SEON YOO
341-6440 CENTRE ST NE
CALGARY AB
T2K 0V4

**Do you have a question?**

For questions about your statement or further information, we provide support Monday through Friday, in 4 languages:

**English:** 1-800-465-5463
**French:** 1-800-361-2684
**Cantonese:** 1-800-838-3223 option 1
**Mandarin:** 1-800-838-3223 option 2

## Your account at a glance

**You need to know**

Please see **page 2** for important information about your account.

| | This period (May 1 - May 31, 2024) | Last period (Apr 1 - Apr 30, 2024) | Year to date (Jan 1 - May 31, 2024) |
|---|---|---|---|
| Beginning balance | $115.95 | $102.72 | $196.05 |
| Change in your account balance | -$105.24 | $13.23 | -$185.34 |
| **Ending balance** | **$10.71** | **$115.95** | **$10.71** |

## Holdings in your account

on May 31, 2024

| Description | Quantity or par value ($) | Price ($) | Book cost ($) | Market value ($) | Unrealized gain or loss ($) | % of your holdings |
|---|---|---|---|---|---|---|
| Cash | | | 10.71 | 10.71 | 0.00 | 100.00% |
| **COMMON SHARES** | | | | | | |
| 1606 CORP 33LGND | 907 SEG | N/D | 0.00 | N/D | 0.00 | 0.00% |
| **Total Portfolio** | | | **$10.71** | **$10.71** | | **100.00%** |

***Order-Execution-Only Account.***

TD Waterhouse Canada Inc.
Member - Canadian Investor Protection Fund

IIROC | Regulated by Investment Industry Regulatory Organization of Canada



Fig 9 (54)



Account number: 3680M8
Account type: Direct Trading - US
Your investment account statement: May 31, 2024

## Definitions

### An explanation of terms shown in the tables above

***Book cost for long positions*** is the total amount paid to purchase a security including any transaction charges related to the purchase, adjusted for reinvested distributions, return of capital and corporate actions.

***Book cost for short positions*** is the total amount received for the security. net of any transaction charges related to the sale, adjusted for any distribution (other than dividends), returns of capital and corporate actions.

***Market value*** is the price of the security or fund multiplied by the quantity held.

***Unrealized Gain or Loss*** is the gain or loss that would be incurred, if your holdings were liquidated as at the end of the statement period. It is calculated by subtracting book cost from market value.

# Activity in your account this period

| Date | Activity | Description | Quantity | Price ($) | Amount ($) | Cash balance ($) |
|---|---|---|---|---|---|---|
| | **Beginning cash balance** | | | | | **19.83** |
| May 6 | Sell | META MATERIALS INC-NEW CREDIT SELLOUT CS | -27 | 3.420 | 49.33 | 69.16 |
| May 7 | Conversion | WH075 TTO 3680M8A @1.3515 | | | -58.45 | 10.71 |
| **May 31** | **Ending cash balance** | | | | | **$10.71** |

## Important information about your account

Starting in late May 2024, the standard trade settlement period for North American Capital Markets was reduced from two business days to one business day after the trade date. This will impact trades for stocks, Exchange-Traded Funds, fixed income securities and most mutual funds. The change went into effect on Monday, May 27 for Canadian capital markets and Tuesday, May 28 for U.S. capital markets. Your trades in Canadian and U.S. markets will settle one business day sooner.

***Order-Execution-Only Account.***



Fig 9(SY)



# TRADING SUMMARY - 2021

TD Direct Investing
77 Bloor Street West
P.O. Box 5999, Station F
Toronto, Ontario
M4Y 2T1
800-465-5463

S.I.N.
521 328 104

MS SARAH YEONG SEON YOO
341-6440 CENTRE ST NE
CALGARY AB T2K 0V4

YOUR US ACCOUNT 36-80M8-B

| DATE | BUY | SELL | SECURITY DESCRIPTION | PRICE | COST | PROCEEDS | COMMISSION |
|---|---|---|---|---|---|---|---|
| TOTAL | 3200 | 3200 | | | 4,263.00 | 4,280.90 | 14.00 |
| FEB 16 | 179 | | TILRAY INC CLASS 2 | 31.000 | 5,556.00 | | 7.00 |
| FEB 17 | | 9 | TILRAY INC CLASS 2 | 33.770 | | 6,035.99 | 7.00 |
| FEB 17 | | 170 | TILRAY INC CLASS 2 | 33.760 | | | |
| TOTAL | 179 | 179 | | | 5,556.00 | 6,035.99 | 14.00 |
| JUN 18 | 6450 | | TORCHLIGHT ENERGY RES INC | 5.900 | 38,064.99 | | 9.99 |
| MAR 01 | 4000 | | TRANSENTERIX INC-NEW | 4.280 | 17,127.00 | | 7.00 |
| MAR 04 | | 4000 | TRANSENTERIX INC-NEW | 4.380 | | 17,512.91 | 7.00 |
| TOTAL | 4000 | 4000 | | | 17,127.00 | 17,512.91 | 14.00 |
| APR 06 | | 1000 | UXIN LTD ADS | 1.750 | | 1,742.99 | 7.00 |
| OCT 19 | | 1800 | VINCO VENTURES INC | 8.600 | | 15,470.83 | 9.99 |
| OCT 19 | 1800 | | VINCO VENTURES INC | 8.389 | 15,111.81 | | 9.99 |
| OCT 20 | | 1830 | VINCO VENTURES INC | 8.490 | | 15,526.63 | 9.99 |
| OCT 20 | 1830 | | VINCO VENTURES INC | 8.399 | 15,381.81 | | 9.99 |
| TOTAL | 3630 | 3630 | | | 30,493.62 | 30,997.46 | 39.96 |
| JAN 25 | 2466 | | WESTWATER RES INC-NEW | 6.100 | 25,717.79 | | 7.00 |
| JAN 25 | 1005 | | WESTWATER RES INC-NEW | 6.099 | | | |
| JAN 25 | 700 | | WESTWATER RES INC-NEW | 6.099 | | | |
| JAN 25 | 44 | | WESTWATER RES INC-NEW | 6.090 | | | |
| JAN 25 | | 4215 | WESTWATER RES INC-NEW | 6.220 | | 26,209.72 | 7.00 |
| JAN 27 | 5329 | | WESTWATER RES INC-NEW | 7.190 | 38,322.51 | | 7.00 |
| JAN 28 | | 5329 | WESTWATER RES INC-NEW | 7.350 | | 39,160.28 | 7.00 |
| TOTAL | 9544 | 9544 | | | 64,040.30 | 65,370.00 | 28.00 |
| FEB 26 | 471 | | WORKHORSE GROUP INC | 15.150 | 7,142.65 | | 7.00 |
| MAR 01 | | 471 | WORKHORSE GROUP INC | 15.670 | | 7,373.58 | 7.00 |
| TOTAL | 471 | 471 | | | 7,142.65 | 7,373.58 | 14.00 |
| JAN 15 | 5000 | | ZOMEDICA CORP | 1.189 | 5,956.50 | | 7.00 |
| JAN 15 | 5000 | | ZOMEDICA CORP | 1.079 | 5,406.50 | | 7.00 |
| JAN 20 | | 5200 | ZOMEDICA CORP | 0.973 | | 5,052.48 | 7.00 |
| FEB 05 | | 4800 | ZOMEDICA CORP | 1.150 | | 5,512.87 | 7.00 |
| TOTAL | 10000 | 10000 | | | 11,363.00 | 10,565.35 | 28.00 |



RM03

Fig10 1/2 (SY)



## TRADING SUMMARY - 2021

TD Direct Investing
77 Bloor Street West
P.O. Box 5999, Station F
Toronto, Ontario
M4Y 2T1
800-465-5463

S.I.N.
521 328 104

MS SARAH YEONG SEON YOO
341-6440 CENTRE ST NE
CALGARY AB T2K 0V4

YOUR US ACCOUNT 36-80M8-B

| DATE | BUY | SELL | SECURITY DESCRIPTION | PRICE | COST | PROCEEDS | COMMISSION |
|---|---|---|---|---|---|---|---|
| TOTAL | 5565 | 5565 | | | 55,530.87 | 45,121.90 | 51.99 |
| JAN 28 | 2118 | | JUST ENERGY GROUP INC-NEW | 7.700 | 19,495.66 | | 7.00 |
| JAN 28 | 413 | | JUST ENERGY GROUP INC-NEW | 7.699 | | | |
| FEB 10 | 1240 | | JUST ENERGY GROUP INC-NEW | 8.060 | 10,001.40 | | 7.00 |
| FEB 10 | | 2531 | JUST ENERGY GROUP INC-NEW | 7.750 | | 19,607.81 | 7.00 |
| MAR 15 | | 1240 | JUST ENERGY GROUP INC-NEW | 1.920 | | 2,373.78 | 7.00 |
| TOTAL | 3771 | 3771 | | | 29,497.06 | 21,981.59 | 28.00 |
| FEB 17 | 2840 | | LIMELIGHT NETWORKS INC | 3.519 | 10,002.10 | | 7.00 |
| FEB 17 | | 2840 | LIMELIGHT NETWORKS INC | 3.590 | | 10,188.37 | 7.00 |
| TOTAL | 2840 | 2840 | | | 10,002.10 | 10,188.37 | 14.00 |
| MAR 09 | | 666 | MEDALLIA INC | 30.700 | | 20,439.09 | 7.00 |
| MAR 09 | 666 | | MEDALLIA INC | 29.909 | 19,926.99 | | 7.00 |
| TOTAL | 666 | 666 | | | 19,926.99 | 20,439.09 | 14.00 |
| JUL 08 | 6450 | | META MATERIALS INC-A PFD | STKDIV | | | |
| JAN 29 | | 6288 | NAKED BRAND GROUP LTD-NEW | 0.920 | | 5,777.83 | 7.00 |
| JAN 15 | 1000 | | NORTHERN DYNASTY MNLS LTD | 0.689 | 696.80 | | 7.00 |
| FEB 03 | | 1000 | NORTHERN DYNASTY MNLS LTD | 0.705 | | 698.58 | 7.00 |
| TOTAL | 1000 | 1000 | | | 696.80 | 698.58 | 14.00 |
| JAN 25 | 2990 | | OBALON THERAPEUTICS-NEW | 5.050 | 15,106.50 | | 7.00 |
| JAN 26 | | 2990 | OBALON THERAPEUTICS-NEW | 6.100 | | 18,231.59 | 7.00 |
| TOTAL | 2990 | 2990 | | | 15,106.50 | 18,231.59 | 14.00 |
| MAR 18 | 5400 | | OCEAN POWER TECHS INC-NEW | 3.710 | 20,041.00 | | 7.00 |
| MAR 19 | | 5400 | OCEAN POWER TECHS INC-NEW | 3.800 | | 20,512.89 | 7.00 |
| TOTAL | 5400 | 5400 | | | 20,041.00 | 20,512.89 | 14.00 |
| MAY 10 | 907 | | 1606 CORP 33LGND | STKDIV | | | |
| FEB 25 | 9740 | | ONCONOVA THERAPEUTICS-NEW | 1.569 | 15,297.83 | | 7.00 |
| FEB 26 | | 9740 | ONCONOVA THERAPEUTICS-NEW | 1.580 | | 15,382.12 | 7.00 |
| TOTAL | 9740 | 9740 | | | 15,297.83 | 15,382.12 | 14.00 |
| MAR 10 | 116928 | | OZOP ENERGY SOLUTIONS INC | 0.193 | 23,226.39 | | 7.00 |
| MAR 10 | 3072 | | OZOP ENERGY SOLUTIONS INC | 0.193 | | | |
| MAR 15 | 10000 | | OZOP ENERGY SOLUTIONS INC | 0.199 | 4,002.00 | | 7.00 |



2/2 Fig 10 2/2





**TD Direct Investing**

# Your investment account statement

August 1, 2023 to September 30, 2023

Account number 3680M8
Account type Direct Trading - US
Account currency US dollars

MS SARAH YEONG SEON YOO
341-6440 CENTRE ST NE
CALGARY AB
T2K 0V4

**Do you have a question?**

For questions about your statement or further information we provide support Monday through Friday in 4 languages

| | |
|---|---|
| **English** | **1-800-465-5463** |
| **French** | **1-800-361-2684** |
| **Cantonese** | **1-800-838-3223 option 1** |
| **Mandarin** | **1-800-838-3223 option 2** |

## Your account at a glance

ⓘ **You need to know**
Please see page 2 for important information about your account

| | This period (Aug 1 Sep 30 2023) | Last period (Jul 1 Jul 31 2023) | Year to date (Jan 1 Sep 30 2023) |
|---|---|---|---|
| Beginning balance | $803 44 | $693 79 | $3 838 17 |
| Change in your account balance | -$217 57 | $109 65 | -$3 252 30 |
| **Ending balance** | **$585 87** | **$803 44** | **$585 87** |

## Holdings in your account

on September 30, 2023

| Description | Quantity or par value ($) | Price ($) | Book cost ($) | Market value ($) | Unrealized gain or loss ($) | % of your holdings |
|---|---|---|---|---|---|---|
| Cash | | | 19 83 | 19 83 | 0 00 | 3 38% |
| **COMMON SHARES** | | | | | | |
| META MATERIALS INC (MMAT) | 2 670 SEG | 0 212 | 31 514 27 | 566 04 | -30 948 23 | 96 62% |
| 1606 CORP 33LGND | 907 SEG | N/D | 0 00 | N/D | 0 00 | 0 00% |
| **Total Portfolio** | | | **$31,534 10** | **$585 87** | | **100 00%** |

Fig 11

(SY)

*Order-Execution Only Account*

TD Waterhouse Canada Inc
Member Canadian Investor Protection Fund

IIROC | **Regulated by** Investment Industry Regulatory Organization of Canada



Account number: 3680M8
Account type: Direct Trading - US
Your investment account statement: Sep 30, 2023

## Definitions

### An explanation of terms shown in the tables above

***Book cost for long positions*** is the total amount paid to purchase a security including any transaction charges related to the purchase, adjusted for reinvested distributions, return of capital and corporate actions.

***Book cost for short positions*** is the total amount received for the security, net of any transaction charges related to the sale, adjusted for any distribution (other than dividends), returns of capital and corporate actions.

***Market value*** is the price of the security or fund multiplied by the quantity held.

***Unrealized Gain or Loss*** is the gain or loss that would be incurred, if your holdings were liquidated as at the end of the statement period. It is calculated by subtracting book cost from market value.

# Activity in your account this period

| Date | Activity | Description | Quantity | Price ($) | Amount ($) | Cash balance ($) |
|---|---|---|---|---|---|---|
| | **Beginning cash balance** | | | | | **0.42** |
| Sep 7 | Conversion | TO CDN @ 1.3510 | | | -58.29 | -57.87 |
| Sep 11 | Sell | META MATERIALS INC CREDIT SELLOUT CS | -555 | 0.217 | 77.70 | 19.83 |
| **Sep 30** | **Ending cash balance** | | | | | **$19.83** |

### Important information about your account

Discover our top digital tools for investing, managing your account, and other self-serve options. Visit the TD Direct Investing Help Centre at www.td.com/TDDirectInvestingHelp to get the answers you need quickly and easily.

Fig11(54)

***Order-Execution-Only Account.***



Account number 3680M8
Account type Direct Trading US
Your investment account statement Sep 30 2023

# Disclosures

**Important Information**

This statement is an important document and contains a record of all transactions between TD Direct Investing (herein referred to as "we us and our") and the account holder (herein referred to as you and your ) The information provided in this statement should not be used for the purpose of tax reporting as certain events are dependent on individual circumstances Book cost shown for your holdings has been calculated to the best of our ability based on the information available to us and may not reflect all required adjustments It is your obligation as an account holder to review this statement carefully and notify us immediately of any errors omissions or objections to the statement including any transactions that you did not authorize A written notification may be sent to

TD Direct Investing
3500 Steeles Ave East Tower 5 Level 3
Markham Ontario L3R 2Z1

This enables you to contact us directly regarding any comments and concerns You may also contact an Investment Representative at the number on the front page of this statement

**Limits on Investment Coverage**

Client accounts are protected by the Canadian Investor Protection Fund within specified limits A brochure describing the nature and limits of coverage is available upon request or at cipf ca To learn more about CDIC deposit insurance coverage visit cdic ca

**Your account at a glance – Additional information**

Beginning balance The opening balance of the account as of the start of the first day of the statement period It is the same as the previous statement ending balance It does not include accrued income for certain fixed income and equity securities

Change in your account balance Includes deposits withdrawals income received fees charged and the change in the value of your investments for the period referenced

Ending balance This is the total market value of the account including cash and security holdings It does not include accrued income for certain fixed income and equity securities

Ending Balance at reporting period end The amount shown in the Activity in your account this period section excludes amounts arising from any trades pending settlement which are not due for payment until the dates printed against such trades

**Holdings and Activity – Additional information**

N/D means that all or a portion of the book cost or market value as applicable of the security position cannot be determined or has not been assigned The total book cost or total market value or rate of return as applicable provided for your portfolio excludes security positions whose book cost or market value is N/D

(a) Market value information has been used to estimate part or all of the book cost of this security position

(b) There is no active market for this security The price has been estimated

(c) The market value of these compound interest investments includes the par value and the accrued interest to date In the event you choose to redeem your securities prior to maturity the redemption value may differ from the market value reported

(d) Market value information as at December 31 2018 has been used to estimate part or all of the book cost of this security position

Prices for mutual funds do not necessarily reflect the month end close Net Asset Value Per Share (NAVPS) The NAVPS expressed for mutual funds represents the last value received by TD Direct Investing prior to the production of our statements

Securities listed under the heading Pending activity in your account denote trades which are for settlement subsequent to the date of the statement The settlement dates of such trades are printed in the date column

The activity description column may contain abbreviations related to mutual funds restricted voting shares segregated investments and investments in safekeeping Common abbreviations related to mutual funds are NL No Load D Deferred Sales Charge LL Low Load and FRAC Fractional Shares Abbreviations related to restricted voting privileges are NVS Non Voting Shares RS Restricted Shares SVS Subordinate Voting Shares and RVS Restricted Voting Shares SEG is an abbreviation to indicate that the investments are segregated SFK is an abbreviation to indicate that the investments are in safekeeping If you have any questions about your statement please speak with your Investment Representative

All securities paid in full and margin securities above the legal minimum cannot be used by us in the conduct of our business and are displayed on the statement as segregated (SEG) If you have a credit balance in your TD Direct Investing accounts it is payable on demand We ll record it on our books but we may use it in the conduct of our business

In any currency conversion conducted by us we or a related party may earn revenue

The elected annual payout is calculated based on the Dec 31st market value of the previous year and is effective Jan 1st of the current year This amount reflects the original annual minimum payment for the current + any additional payment elected by you

**Corporate Information**

TD Direct Investing is a division of TD Waterhouse Canada Inc a subsidiary of The Toronto Dominion Bank TD Direct Investing does not provide investment advice or recommendations regarding the purchase or sale of any securities Investors are responsible for their own investment decisions

If you would like a copy of our most recent financial statement and a list of our directors and senior officers please write to us or call us at the telephone number on the front page of this statement

An affiliate of TD Waterhouse Canada Inc owns an equity interest in TMX Group Limited ( TMX ) and The Toronto Dominion Bank (TD) has a nominee director serving on the board thereof As such TD may be considered to have an economic interest in the listing and trading of securities on an exchange owned or controlled by TMX including the Toronto Stock Exchange the TSX Venture Exchange and Alpha Exchange and in the clearing settlement and depository services provided by The Canadian Depository for Securities and its affiliates

No person or company is required to obtain products or services from TMX or its affiliates as a condition of TD or its affiliates continuing to supply a product or service

® The TD logo and other trade marks are the property of The Toronto Dominion Bank

Fig 11 (SY)