NVB 3001 (Effective 1/21)

# UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA

**PROOF OF INTEREST**

Name of Debtor: Meta Materials INC.

Case Number: 24-50792-HLB

1. **Name and address of holder of the Equity Interest** (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

   Sarah Yeong Seon Yoo
   402 2410 33 AVE SW
   Calgary Alberta CANADA T2T 6W9

   Telephone Number: 1-587-966-1267

   ☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

   ■ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

   ☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

   RECE[IVED]
   AND [FILED]
   DEC 13 2024
   U.S. BANKRUPTCY COURT
   MARY A. SCHOTT, CLERK

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b)herein.

**COURT USE ONLY**

Account or other number by which Interest holder identifies Debtor:
457WX1-S, From TD CANADA TRUST

Check here if this claim:
☐ replaces a previously filed Proof of Interest dated: _____
☐ amends a previously filed Proof of Interest dated: _____

2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest: SARAH Yeong Seon Yoo
   TD Tower, 15th Floor 66 Wellington Street West Toronto, ON M5K 1A2
   Telephone Number: 1 (866) 756-8936, tdshinfo@td.com.

3. Date Equity Interest was acquired: 4512 TRCH shares purchased with spending $18167.39 CAD on June 10th, 2021 which exchanged to 2256 MMAT shares on June 29th/2021. then 1-100 RS initiated on JAN 29th/2024 which became 23 MMATQ

4. Total amount of member interest: 4512 TRCH shares → 2256 MMAT shares → 23 MMATQ

5. Certificate number(s): See Attached Documents

6. Type of Equity Interest: → SOLD for Loss 99% after hearing bankruptcy news on Aug 16th 2024 total $18167.39(CAD)
   Please indicate the type of Equity Interest you hold:
   ■ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
   ☐ Check this box if your Equity Interest is based on anything else and describe that interest:
   Description: Investors

7. **Supporting Documents**: Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
   DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. **Date-Stamped Copy**: To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

9. **Signature**:
   Check the appropriate box.
   ■ I am the creditor.   ☐ I am the creditor's authorized agent.   ☐ I am the trustee, or the debtor,   ☐ I am a guarantor, surety, endorser, or other codebtor.
   (Attach copy of power of attorney, if any.)   or their authorized agent.   (See Bankruptcy Rule 3005.)
   (See Bankruptcy Rule 3004.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: Sarah Yeong Seon Yoo
Title: Registered Nurse
Company: ___ Address and telephone number (if different from notice address above):
402 2410 33 Ave SW, Calgary AB T2T 6W9, CANADA

(Signature)   Dec 10th, 2024 (Date)

Telephone number: 1-587-966-1267   email: sysyoo@ucalgary.ca

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*



2-2 #457WX1-S
Court USE only

SY

Case 24-50792-hlb   Doc 715   Entered 12/13/24 15:29:15   Page 2 of 10

*Fig 4 for 457WX1-S*
*2-2 Bought*



## TD Direct Investing

# Your Locked-in RSP statement

May 1, 2021 to June 30, 2021

Account number: 457WX1-S
Account type: Self-Directed RSP-CDN- Locked-In
Account currency: Canadian dollars

MS SARAH YEONG SEON YOO
320 GRIER AVE NE SUITE 2115B
CALGARY AB
T2K 5X5

### Do you have a question?

For questions about your statement or further information, we provide support 24 hours a day, 7 days a week in 4 languages:

| | |
|---|---|
| **English:** | 1-800-465-5463 |
| **French:** | 1-800-361-2684 |
| **Cantonese:** | 1-800-838-3223 option 1 |
| **Mandarin:** | 1-800-838-3223 option 2 |

## Your account at a glance

> ⓘ **You need to know**
>
> Please see **page 2** for important information about your account.

| | This period (May 1 - Jun 30, 2021) | Last period (Apr 1 - Apr 30, 2021) | Year to date (Feb 24 - Jun 30, 2021) |
|---|---|---|---|
| Beginning balance | $15,689.02 | $0.00 | $0.00 |
| Change in your account balance | $5,558.39 | $15,689.02 | $21,247.41 |
| **Ending balance** | **$21,247.41** | **$15,689.02** | **$21,247.41** |

▸ US dollars converted to Canadian dollars at **1.2400** as of Jun 30, 2021

## Holdings in your account
on June 30, 2021

| Description | Quantity or par value ($) | Price ($) | Book cost ($) | Market value ($) | Unrealized gain or loss ($) | % of your holdings |
|---|---|---|---|---|---|---|
| **DOMESTIC** | | | | | | |
| Cash | | | 286.14 | 286.14 | 0.00 | 1.35% |
| **TOTAL DOMESTIC** | | | **$286.14** | **$286.14** | | **1.35%** |
| **FOREIGN** | | | | | | |
| **COMMON SHARES** | | | | | | |
| META MATERIALS INC (MMAT) | 2,256 SEG | 7.490u | 18,167.39 | 20,961.27 | 2,793.88 | 98.65% |
| **TOTAL FOREIGN** | | | **$18,167.39** | **$20,961.27** | | **98.65%** |
| **Total Portfolio** | | | **$18,453.53** | **$21,247.41** | | **100.00%** |

▸ The US dollar conversion rate we used to convert your month-end market values to Canadian dollars is **1.2400**

▸ Book costs are converted to Canadian dollars at the exchange rate used at the time of the transaction

▸ U=US dollars

*Order-Execution-Only Account.*

TD Waterhouse Canada Inc.
Member - Canadian Investor Protection Fund



**Regulated by**
Investment Industry Regulatory
Organization of Canada

*Fig4*

Page **1** of 3

(SY)



Account number: 457WX1-S
Account type: Self-Directed RSP-CDN- Locked-In
Your Locked-in RSP statement: Jun 30, 2021

### Definitions

#### An explanation of terms shown in the tables above

**Book cost for long positions** is the total amount paid to purchase a security including any transaction charges related to the purchase, adjusted for reinvested distributions, return of capital and corporate actions.

**Book cost for short positions** is the total amount received for the security, net of any transaction charges related to the sale, adjusted for any distribution (other than dividends), returns of capital and corporate actions.

**Market value** is the price of the security or fund multiplied by the quantity held.

**Unrealized Gain or Loss** is the gain or loss that would be incurred, if your holdings were liquidated as at the end of the statement period. It is calculated by subtracting book cost from market value.

## Activity in your account this period

| Date | Activity | Description | Quantity | Price ($) | Amount ($) | Cash balance ($) |
|---|---|---|---|---|---|---|
|  | Beginning cash balance |  |  |  |  | 31.55 |
| Jun 10 | Sell | TONIX PHARMA HLDG CRP-NEW CONV TO CAD @23.05 %US PR GX-413170 | -11,180 | 1.340 | 18,421.98 | 18,453.53 |
| Jun 10 | Buy | TORCHLIGHT ENERGY RES INC CONV TO CAD @23.05 %US PR CQ-415138 | 4,512 | 3.270 | -18,167.39 | 286.14 |
| Jun 29 | Exchange | META MATERIALS INC | 2,256 |  | -18,167.39 | -17,881.25 |
| Jun 29 | Exchange | TORCHLIGHT ENERGY RES IN* | -4,512 |  | 18,167.39 | 286.14 |
| Jun 30 | Ending cash balance |  |  |  |  | $286.14 |

## Your RSP contribution information

You can claim the contributions you made in the first 60 days of 2021 on your 2020 tax return.

| First 60 days | $0.00 |
|---|---|
| Remainder of the year | $0.00 |

### ⓘ Important information about your account

This statement includes the **TD Waterhouse Canada Inc. Conflicts of Interest Statement** and a notification containing a summary of changes we have made to the TD Waterhouse Account and Services Agreements and Disclosure Documents, and other reminders for you.

If you use eServices, go to the **Documents (eServices)** page, at the bottom, under **Important Account Holder Information** to access the notification, which is also available at https://www.td.com/ca/products-services/investing/DBnotice.jsp.

*Order-Execution-Only Account.*

Fig 4     Page **2** of 3





Account number 457WX1 S
Account type Self Directed RSP CDN Locked In
Your Locked in RSP statement Jun 30 2021

# Disclosures

**Important Information**

This statement is an important document and contains a record of all transactions between TD Direct Investing (herein referred to as we us and our ) and the account holder (herein referred to as you and your ) The information provided in this statement should not be used for the purpose of tax reporting as certain events are dependent on individual circumstances Book cost shown for your holdings has been calculated to the best of our ability based on the information available to us and may not reflect all required adjustments It is your obligation as an account holder to review this statement carefully and notify us immediately of any errors omissions or objections to the statement including any transactions that you did not authorize A written notification may be sent to

TD Direct Investing
3500 Steeles Ave East Tower 5 Level 3
Markham Ontario L3R 2Z1

This enables you to contact us directly regarding any comments and concerns You may also contact an Investment Representative at the number on the front page of this statement

**Limits on Investment Coverage**

Client accounts are protected by the Canadian Investor Protection Fund within specified limits A brochure describing the nature and limits of coverage is available upon request or at cipf ca To learn more about CDIC deposit insurance coverage visit cdic ca

**Your account at a glance – Additional information**

Beginning balance The opening balance of the account as of the start of the first day of the statement period It is the same as the previous statement ending balance It does not include accrued income for certain fixed income and equity securities

Change in your account balance Includes deposits withdrawals income received fees charged and the change in the value of your investments for the period referenced

Ending balance This is the total market value of the account including cash and security holdings It does not include accrued income for certain fixed income and equity securities

Ending Balance at reporting period end The amount shown in the Activity in your account this period section excludes amounts arising from any trades pending settlement which are not due for payment until the dates printed against such trades

**Holdings and Activity – Additional information**

N/D means that all or a portion of the book cost or market value as applicable of the security position cannot be determined or has not been assigned The total book cost or total market value or rate of return as applicable provided for your portfolio excludes security positions whose book cost or market value is N/D

(a) Market value information has been used to estimate part or all of the book cost of this security position

(b) There is no active market for this security The price has been estimated

(c) The market value of these compound interest investments includes the par value and the accrued interest to date In the event you choose to redeem your securities prior to maturity the redemption value may differ from the market value reported

(d) Market value information as at December 31 2018 has been used to estimate part or all of the book cost of this security position

Prices for mutual funds do not necessarily reflect the month end close Net Asset Value Per Share (NAVPS) The NAVPS expressed for mutual funds represents the last value received by TD Direct Investing prior to the production of our statements

Securities listed under the heading Pending activity in your account denote trades which are for settlement subsequent to the date of the statement The settlement dates of such trades are printed in the date column

The activity description column may contain abbreviations related to mutual funds restricted voting shares segregated investments and investments in safekeeping Common abbreviations related to mutual funds are NL No Load D Deferred Sales Charge LL Low Load and FRAC Fractional Shares Abbreviations related to restricted voting privileges are NVS Non Voting Shares RS Restricted Shares SVS Subordinate Voting Shares and RVS - Restricted Voting Shares SEG is an abbreviation to indicate that the investments are segregated SFK is an abbreviation to indicate that the investments are in safekeeping If you have any questions about your statement please speak with your Investment Representative

All securities paid in full and margin securities above the legal minimum cannot be used by us in the conduct of our business and are displayed on the statement as segregated (SEG) If you have a credit balance in your TD Direct Investing accounts it is payable on demand We ll record it on our books but we may use it in the conduct of our business

In any currency conversion conducted by us we or a related party may earn revenue

The elected annual payout is calculated based on the Dec 31st market value of the previous year and is effective Jan 1st of the current year This amount reflects the original annual minimum payment for the current + any additional payment elected by you

Canadian and U S dollar denominated RSP accounts comprise a single RSP plan when the first six alpha numerical characters of each account number are the same

**Corporate Information**

*Retirement Savings Plan or RSP Refers to the TD Waterhouse Self Directed Retirement Savings Plan*

TD Direct Investing is a division of TD Waterhouse Canada Inc a subsidiary of The Toronto Dominion Bank TD Direct Investing does not provide investment advice or recommendations regarding the purchase or sale of any securities Investors are responsible for their own investment decisions

If you would like a copy of our most recent financial statement and a list of our directors and senior officers please write to us or call us at the telephone number on the front page of this statement

An affiliate of TD Waterhouse Canada Inc owns an equity interest in TMX Group Limited ( TMX ) and The Toronto Dominion Bank (TD) has a nominee director serving on the board thereof As such TD may be considered to have an economic interest in the listing and trading of securities on an exchange owned or controlled by TMX including the Toronto Stock Exchange the TSX Venture Exchange and Alpha Exchange and in the clearing settlement and depository services provided by The Canadian Depository for Securities and its affiliates

No person or company is required to obtain products or services from TMX or its affiliates as a condition of TD or its affiliates continuing to supply a product or service

® The TD logo and other trade marks are the property of
The Toronto Dominion Bank

*Order-Execution Only Account*

Fig 4

Page 3 of 3

Fig 5 for 457WX1-S
2-2    RS1-100



**TD Direct Investing**

## Your Locked-in RSP statement
January 1, 2024 to January 31, 2024

Account number: 457WX1-S
Account type: Self-Directed RSP-CDN- Locked-In
Account currency: Canadian dollars

MS SARAH YEONG SEON YOO
320 GRIER AVE NE SUITE 2115B
CALGARY AB
T2K 5X5

### Do you have a question?
For questions about your statement or further information, we provide support Monday through Friday, in 4 languages:

| | |
|---|---|
| **English:** | 1-800-465-5463 |
| **French:** | 1-800-361-2684 |
| **Cantonese:** | 1-800-838-3223 option 1 |
| **Mandarin:** | 1-800-838-3223 option 2 |

## Your account at a glance

**ⓘ You need to know**
Please see **page 2** for important information about your account.

| | This period (Jan 1 - Jan 31, 2024) | Last period (Nov 1 - Dec 31, 2023) | Year to date (Jan 1 - Jan 31, 2024) |
|---|---|---|---|
| Beginning balance | $277.52 | $458.92 | $277.52 |
| Change in your account balance | -$75.80 | -$181.40 | -$75.80 |
| **Ending balance** | **$201.72** | **$277.52** | **$201.72** |

▸ US dollars converted to Canadian dollars at **1.3430** as of Jan 31, 2024

## Holdings in your account
on January 31, 2024

| Description | Quantity or par value ($) | Price ($) | Book cost ($) | Market value ($) | Unrealized gain or loss ($) | % of your holdings |
|---|---|---|---|---|---|---|
| **DOMESTIC** | | | | | | |
| Cash | | | 65.34 | 65.34 | 0.00 | 32.39% |
| **TOTAL DOMESTIC** | | | **$65.34** | **$65.34** | | **32.39%** |
| **FOREIGN** | | | | | | |
| **COMMON SHARES** | | | | | | |
| EIGHTCO HOLDINGS INC (**OCTO**) | 22 SEG | 0.621u | 1,693.04 | 18.35 | -1,674.69 | 9.10% |
| META MATERIALS INC-NEW (**MMAT**) | 23 SEG | 3.820u | 18,167.39 | 118.03 | -18,049.36 | 58.51% |
| **TOTAL FOREIGN** | | | **$19,860.43** | **$136.38** | | **67.61%** |
| **Total Portfolio** | | | **$19,925.77** | **$201.72** | | **100.00%** |

▸ The US dollar conversion rate we used to convert your month-end market values to Canadian dollars is **1.3430**
▸ Book costs are converted to Canadian dollars at the exchange rate used at the time of the transaction
▸ U=US dollars

*Order-Execution-Only Account.*

TD Waterhouse Canada Inc.
Member - Canadian Investor Protection Fund

◆ IIROC | **Regulated by** Investment Industry Regulatory Organization of Canada

Fig 5   Page 1 of 3



Account number: 457WX1-S
Account type: Self-Directed RSP-CDN- Locked-In
Your Locked-in RSP statement: Jan 31, 2024

### Definitions

**An explanation of terms shown in the tables above**

***Book cost for long positions*** is the total amount paid to purchase a security including any transaction charges related to the purchase, adjusted for reinvested distributions, return of capital and corporate actions.

***Book cost for short positions*** is the total amount received for the security, net of any transaction charges related to the sale, adjusted for any distribution (other than dividends), returns of capital and corporate actions.

***Market value*** is the price of the security or fund multiplied by the quantity held.

***Unrealized Gain or Loss*** is the gain or loss that would be incurred, if your holdings were liquidated as at the end of the statement period. It is calculated by subtracting book cost from market value.

## Activity in your account this period

| Date | Activity | Description | Quantity | Price ($) | Amount ($) | Cash balance ($) |
|---|---|---|---|---|---|---|
| | Beginning cash balance | | | | | 65.34 |
| Jan 29 | Reverse Split | META MATERIALS INC * | -2,256 | | 18,167.39 | 18,232.73 |
| Jan 29 | Reverse Split | META MATERIALS INC-NEW | 23 | | -18,167.39 | 65.34 |
| Jan 31 | Ending cash balance | | | | | $65.34 |

## Your RSP contribution information

You can claim the contributions you made in the first 60 days of 2024 on your 2023 tax return.

| | |
|---|---|
| First 60 days | $0.00 |
| Remainder of the year | $0.00 |

### ⓘ Important information about your account

In May 2024, the standard trade settlement period for North American Capital Markets is expected to be reduced from the current two business days to one business day after the trade date. This will impact most trades in securities. The change is expected to take effect Monday, May 27 for Canadian capital markets and Tuesday, May 28 for U.S. capital markets. Once implemented, your trades in Canadian and U.S. markets will settle one business day sooner.

*Order-Execution-Only Account.*

Fig 5    Page **2** of 3

Sy



Account number 457WX1 S
Account type Self Directed RSP CDN Locked In
Your Locked in RSP statement Jan 31 2024

## Disclosures

**Important Information**

This statement is an important document and contains a record of all transactions between TD Direct Investing (herein referred to as "we us and our") and the account holder (herein referred to as "you and your") The information provided in this statement should not be used for the purpose of tax reporting as certain events are dependent on individual circumstances Book cost shown for your holdings has been calculated to the best of our ability based on the information available to us and may not reflect all required adjustments It is your obligation as an account holder to review this statement carefully and notify us immediately of any errors omissions or objections to the statement including any transactions that you did not authorize A written notification may be sent to

TD Direct Investing
3500 Steeles Ave East Tower 5 Level 3
Markham Ontario L3R 2Z1

This enables you to contact us directly regarding any comments and concerns You may also contact an Investment Representative at the number on the front page of this statement

**Limits on Investment Coverage**

Client accounts are protected by the Canadian Investor Protection Fund within specified limits A brochure describing the nature and limits of coverage is available upon request or at cipf ca To learn more about CDIC deposit insurance coverage visit cdic ca

**Your account at a glance – Additional information**

Beginning balance  The opening balance of the account as of the start of the first day of the statement period It is the same as the previous statement ending balance It does not include accrued income for certain fixed income and equity securities

Change in your account balance  Includes deposits withdrawals income received fees charged and the change in the value of your investments for the period referenced

Ending balance  This is the total market value of the account including cash and security holdings It does not include accrued income for certain fixed income and equity securities

Ending Balance at reporting period end  The amount shown in the Activity in your account this period section excludes amounts arising from any trades pending settlement which are not due for payment until the dates printed against such trades

**Holdings and Activity – Additional information**

N/D means that all or a portion of the book cost or market value as applicable of the security position cannot be determined or has not been assigned The total book cost or total market value or rate of return as applicable provided for your portfolio excludes security positions whose book cost or market value is N/D

(a) Market value information has been used to estimate part or all of the book cost of this security position

(b) There is no active market for this security The price has been estimated

(c) The market value of these compound interest investments includes the par value and the accrued interest to date In the event you choose to redeem your securities prior to maturity the redemption value may differ from the market value reported

(d) Market value information as at December 31 2018 has been used to estimate part or all of the book cost of this security position

Prices for mutual funds do not necessarily reflect the month end close Net Asset Value Per Share (NAVPS) The NAVPS expressed for mutual funds represents the last value received by TD Direct Investing prior to the production of our statements

Securities listed under the heading Pending activity in your account denote trades which are for settlement subsequent to the date of the statement The settlement dates of such trades are printed in the date column

The activity description column may contain abbreviations related to mutual funds restricted voting shares segregated investments and investments in safekeeping Common abbreviations related to mutual funds are NL No Load D Deferred Sales Charge LL Low Load and FRAC Fractional Shares Abbreviations related to restricted voting privileges are NVS Non Voting Shares RS Restricted Shares SVS Subordinate Voting Shares and RVS Restricted Voting Shares SEG is an abbreviation to indicate that the investments are segregated SFK is an abbreviation to indicate that the investments are in safekeeping If you have any questions about your statement please speak with your Investment Representative

All securities paid in full and margin securities above the legal minimum cannot be used by us in the conduct of our business and are displayed on the statement as segregated (SEG) If you have a credit balance in your TD Direct Investing accounts it is payable on demand We'll record it on our books but we may use it in the conduct of our business

In any currency conversion conducted by us we or a related party may earn revenue

The elected annual payout is calculated based on the Dec 31st market value of the previous year and is effective Jan 1st of the current year This amount reflects the original annual minimum payment for the current + any additional payment elected by you

Canadian and U S dollar denominated RSP accounts comprise a single RSP plan when the first six alpha numerical characters of each account number are the same

**Corporate Information**

*Retirement Savings Plan or RSP   Refers to the TD Waterhouse Self Directed Retirement Savings Plan*

TD Direct Investing is a division of TD Waterhouse Canada Inc a subsidiary of The Toronto Dominion Bank TD Direct Investing does not provide investment advice or recommendations regarding the purchase or sale of any securities Investors are responsible for their own investment decisions

If you would like a copy of our most recent financial statement and a list of our directors and senior officers please write to us or call us at the telephone number on the front page of this statement

An affiliate of TD Waterhouse Canada Inc owns an equity interest in TMX Group Limited ("TMX") and The Toronto Dominion Bank (TD) has a nominee director serving on the board thereof As such TD may be considered to have an economic interest in the listing and trading of securities on an exchange owned or controlled by TMX including the Toronto Stock Exchange the TSX Venture Exchange and Alpha Exchange and in the clearing settlement and depository services provided by The Canadian Depository for Securities and its affiliates

No person or company is required to obtain products or services from TMX or its affiliates as a condition of TD or its affiliates continuing to supply a product or service

® The TD logo and other TD trademarks are the property of The Toronto Dominion Bank or its subsidiaries

*Order Execution Only Account*

Fig 5

SY

*Fig 6 for 457WX1-S*
*2-2 Sold for Loss*



## TD Direct Investing

# Your Locked-in RSP statement

July 1, 2024 to August 31, 2024

Account number: 457WX1-S
Account type: Self-Directed RSP-CDN- Locked-In
Account currency: Canadian dollars

MS SARAH YEONG SEON YOO
320 GRIER AVE NE SUITE 2115B
CALGARY AB
T2K 5X5

### Do you have a question?

For questions about your statement or further information, we provide support Monday through Friday, in 4 languages:

| | |
|---|---|
| **English:** | 1-800-465-5463 |
| **French:** | 1-800-361-2684 |
| **Cantonese:** | 1-800-838-3223 option 1 |
| **Mandarin:** | 1-800-838-3223 option 2 |

## Your account at a glance

**You need to know**
Please see **page 2** for important information about your account.

| | This period (Jul 1 - Aug 31, 2024) | Last period (Apr 1 - Jun 30, 2024) | Year to date (Jan 1 - Aug 31, 2024) |
|---|---:|---:|---:|
| Beginning balance | $173.78 | $184.49 | $277.52 |
| Change in your account balance | -$93.27 | -$10.71 | -$197.01 |
| **Ending balance** | **$80.51** | **$173.78** | **$80.51** |

▸ US dollars converted to Canadian dollars at **1.3500** as of Aug 31, 2024

## Holdings in your account
on August 31, 2024

| Description | Quantity or par value ($) | Price ($) | Book cost ($) | Market value ($) | Unrealized gain or loss ($) | % of your holdings |
|---|---|---|---:|---:|---:|---:|
| **DOMESTIC** | | | | | | |
| Cash | | | 70.79 | 70.79 | 0.00 | 87.93% |
| **TOTAL DOMESTIC** | | | **$70.79** | **$70.79** | | **87.93%** |
| **FOREIGN** | | | | | | |
| **COMMON SHARES** | | | | | | |
| EIGHTCO HOLDINGS INC-NEW (**OCTO**) | 4 SEG | 1.800u | 1,693.04 | 9.72 | -1,683.32 | 12.07% |
| **TOTAL FOREIGN** | | | **$1,693.04** | **$9.72** | | **12.07%** |
| **Total Portfolio** | | | **$1,763.83** | **$80.51** | | **100.00%** |

▸ The US dollar conversion rate we used to convert your month-end market values to Canadian dollars is **1.3500**
▸ Book costs are converted to Canadian dollars at the exchange rate used at the time of the transaction
▸ U=US dollars

---

*Order-Execution-Only Account.*

TD Waterhouse Canada Inc.
Member - Canadian Investor Protection Fund


Regulated by CIRO
Canadian Investment
Regulatory Organization

*Fig 6*

Page 1 of 3

(54)



Account number: 457WX1-S
Account type: Self-Directed RSP-CDN- Locked-In
Your Locked-in RSP statement: Aug 31, 2024

## Definitions

### An explanation of terms shown in the tables above

**Book cost for long positions** is the total amount paid to purchase a security including any transaction charges related to the purchase, adjusted for reinvested distributions, return of capital and corporate actions.

**Book cost for short positions** is the total amount received for the security, net of any transaction charges related to the sale, adjusted for any distribution (other than dividends), returns of capital and corporate actions.

**Market value** is the price of the security or fund multiplied by the quantity held.

**Unrealized Gain or Loss** is the gain or loss that would be incurred, if your holdings were liquidated as at the end of the statement period. It is calculated by subtracting book cost from market value.

## Activity in your account this period

| Date | Activity | Description | Quantity | Price ($) | Amount ($) | Cash balance ($) |
|---|---|---|---|---|---|---|
|  |  | Beginning cash balance |  |  |  | 65.34 |
| Aug 16 | Reverse Split | EIGHTCO HOLDINGS INC * | -22 |  | 1,693.04 | 1,758.38 |
| Aug 16 | Reverse Split | EIGHTCO HOLDINGS INC-NEW | 4 |  | -1,693.04 | 65.34 |
| Aug 16 | Sell | META MATERIALS INC-NEW CONV TO CAD @35.21 %US PR WN-708106 | -23 | 0.610 | 5.45 | 70.79 |
| Aug 31 | Ending cash balance |  |  |  |  | $70.79 |

## Your RSP contribution information

You can claim the contributions you made in the first 60 days of 2024 on your 2023 tax return.

| | |
|---|---|
| First 60 days | $0.00 |
| Remainder of the year | $0.00 |

### ⓘ Important information about your account

Discover our top digital tools for investing, managing your account, and other self-serve options. Visit the TD Direct Investing Help Centre at www.td.com/TDDirectInvestingHelp to get the answers you need quickly and easily.

*Order-Execution-Only Account.*

Fig 6

Page **2** of 3

(54)



Account number 457WX1 S
Account type Self Directed RSP CDN Locked In
Your Locked in RSP statement Aug 31 2024

# Disclosures

**Important Information**

This statement is an important document and contains a record of all transactions between TD Direct Investing (herein referred to as 'we us and our') and the account holder (herein referred to as 'you and your') The information provided in this statement should not be used for the purpose of tax reporting as certain events are dependent on individual circumstances Book cost shown for your holdings has been calculated to the best of our ability based on the information available to us and may not reflect all required adjustments It is your obligation as an account holder to review this statement carefully and notify us immediately of any errors omissions or objections to the statement including any transactions that you did not authorize A written notification may be sent to

TD Direct Investing
3500 Steeles Ave East Tower 5 Level 3
Markham Ontario L3R 2Z1

This enables you to contact us directly regarding any comments and concerns You may also contact an Investment Representative at the number on the front page of this statement

**Limits on Investment Coverage**

Clients accounts at CIRO Dealer Members are protected by the CIPF s Investment Dealer Fund in accordance with its Coverage Policy A brochure describing the scope and nature of coverage as well as the limitations and exclusions of coverage is available upon request or at www cipf ca To learn more about CDIC deposit insurance coverage visit www cdic ca

**Your account at a glance – Additional Information**

Beginning balance The opening balance of the account as of the start of the first day of the statement period It is the same as the previous statement ending balance It does not include accrued income for certain fixed income and equity securities

Change in your account balance Includes deposits withdrawals income received fees charged and the change in the value of your investments for the period referenced

Ending balance This is the total market value of the account including cash and security holdings It does not include accrued income for certain fixed income and equity securities

Ending Balance at reporting period end The amount shown in the Activity in your account this period section excludes amounts arising from any trades pending settlement which are not due for payment until the dates printed against such trades

**Holdings and Activity – Additional information**

N/D means that all or a portion of the book cost or market value as applicable of the security position cannot be determined or has not been assigned The total book cost or total market value or rate of return as applicable provided for your portfolio excludes security positions whose book cost or market value is N/D

(a) Market value information has been used to estimate part or all of the book cost of this security position

(b) There is no active market for this security The price has been estimated

(c) The market value of these compound interest investments includes the par value and the accrued interest to date In the event you choose to redeem your securities prior to maturity the redemption value may differ from the market value reported

(d) Market value information as at December 31 2018 has been used to estimate part or all of the book cost of this security position

Prices for mutual funds do not necessarily reflect the month end close Net Asset Value Per Share (NAVPS) The NAVPS expressed for mutual funds represents the last value received by TD Direct Investing prior to the production of our statements

Securities listed under the heading Pending activity in your account denote trades which are for settlement subsequent to the date of the statement The settlement dates of such trades are printed in the date column

The activity description column may contain abbreviations related to mutual funds restricted voting shares segregated investments and investments in safekeeping Common abbreviations related to mutual funds are NL No Load D Deferred Sales Charge LL Low Load and FRAC Fractional Shares Abbreviations related to restricted voting privileges are NVS Non Voting Shares RS Restricted Shares SVS Subordinate Voting Shares and RVS Restricted Voting Shares SEG is an abbreviation to indicate that the investments are segregated SFK is an abbreviation to indicate that the investments are in safekeeping If you have any questions about your statement please speak with your Investment Representative

All securities paid in full and margin securities above the legal minimum cannot be used by us in the conduct of our business and are displayed on the statement as segregated (SEG) If you have a credit balance in your TD Direct Investing accounts it is payable on demand We ll record it on our books but we may use it in the conduct of our business

In any currency conversion conducted by us we or a related party may earn revenue

The elected annual payout is calculated based on the Dec 31st market value of the previous year and is effective Jan 1st of the current year This amount reflects the original annual minimum payment for the current + any additional payment elected by you

Canadian and U S dollar denominated RSP accounts comprise a single RSP plan when the first six alpha numerical characters of each account number are the same

**Corporate Information**

*Retirement Savings Plan or RSP   Refers to the TD Waterhouse Self Directed Retirement Savings Plan*

TD Direct Investing is a division of TD Waterhouse Canada Inc a subsidiary of The Toronto Dominion Bank TD Direct Investing does not provide investment advice or recommendations regarding the purchase or sale of any securities Investors are responsible for their own investment decisions

If you would like a copy of our most recent financial statement and a list of our directors and senior officers please write to us or call us at the telephone number on the front page of this statement

An affiliate of TD Waterhouse Canada Inc owns an equity interest in TMX Group Limited ( TMX ) and The Toronto Dominion Bank (TD) has a nominee director serving on the board thereof As such TD may be considered to have an economic interest in the listing and trading of securities on an exchange owned or controlled by TMX including the Toronto Stock Exchange the TSX Venture Exchange and Alpha Exchange and in the clearing settlement and depository services provided by The Canadian Depository for Securities and its affiliates

No person or company is required to obtain products or services from TMX or its affiliates as a condition of TD or its affiliates continuing to supply a product or service

® The TD logo and other TD trademarks are the property of The Toronto Dominion Bank or its subsidiaries

*Order Execution Only Account*

Fig 6