NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | **PROOF OF INTEREST** |
|---|---|

Name of Debtor:
**Meta Materials INC.**

Case Number:
**24-50792-HLB**

1. **Name and address of holder of the Equity Interest** (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

Sarah Yeong Seon Yoo
402 2410 33 AVE SW
Calgary Alberta CANADA T2T 6W9

Telephone Number:
1 - 587 - 966 - 1267

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

☑ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

**RECEIVED AND FILED**

DEC 13 2024

**U.S. BANKRUPTCY COURT**
**MARY A. SCHOTT, CLERK**

**COURT USE ONLY**

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

Account or other number by which Interest holder identifies Debtor:
**3680M8-S**

Check here if this claim:
☐ replaces a previously filed Proof of Interest dated: _____
☐ amends a previously filed Proof of Interest dated: _____

2. **Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:** Sarah Yeong Seon Yoo
TD Tower, 15th Floor 66 Wellington Street West Toronto, ON M5K 1A2

Telephone Number: 1 (866) 756-8936, tdshinfo@td.com.

3. **Date Equity Interest was acquired:** 2620 TRCH Share purchased on June 2nd/2021 with spending $7642.69 (CAD) then exchanged to 1310 MMAT shares on June 29/2021 then after 1:100 RS, it became 14 MMATQ on Jan 29/2024

4. **Total amount of member interest:** 2620 TRCH → 1310 MMAT → 14 MMATQ → Sell after LOSS   **Certificate number(s):** SEE Attached Documents

6. **Type of Equity Interest:**
Please indicate the type of Equity Interest you hold: after hearing bankruptcy news on Aug 16th/2024. total $7642.69 (CAD)
☑ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
☐ Check this box if your Equity Interest is based on anything else and describe that interest:
Description: Investor

7. **Supporting Documents:** Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. **Date-Stamped Copy:** To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

9. **Signature:**
Check the appropriate box.
☑ I am the creditor.    ☐ I am the creditor's authorized agent.    ☐ I am the trustee, or the debtor,    ☐ I am a guarantor, surety, endorser, or other codebtor.
(Attach copy of power of attorney, if any.)    or their authorized agent.    (See Bankruptcy Rule 3005.)
(See Bankruptcy Rule 3004.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief

Print Name: Sarah Yeong Seon Yoo
Title: Registered Nurse
Company: ___ Address and telephone number (if different from notice address above):
402 2410 33 Ave SW, Calgary AB T2T 6W9, CANADA

(Signature)    (Date) Dec 10th, 2024

Telephone number: 1-587-966-1267    email: sysyoo@ucalgary.ca

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*



2-1 #3680M8-S
COURT USE ONLY

SY



**TD Direct Investing**

# Your RSP statement

June 1, 2021 to June 30, 2021

Account number: 3680M8-S
Account type: Self-Directed RSP - CDN
Account currency: Canadian dollars

MS SARAH YEONG SEON YOO
341-6440 CENTRE ST NE
CALGARY AB
T2K 0V4

### Do you have a question?

For questions about your statement or further information, we provide support 24 hours a day, 7 days a week in 4 languages:

| | |
|---|---|
| **English:** | **1-800-465-5463** |
| **French:** | **1-800-361-2684** |
| **Cantonese:** | **1-800-838-3223 option 1** |
| **Mandarin:** | **1-800-838-3223 option 2** |

## Your account at a glance

| | This period (Jun 1 - Jun 30, 2021) | Last period (May 1 - May 31, 2021) | Year to date (Jan 1 - Jun 30, 2021) |
|---|---|---|---|
| **(i) You need to know** Please see **page 2** for important information about your account. | | | |
| Beginning balance | $7,849.66 | $7,176.83 | $2,198.76 |
| Change in your account balance | $4,612.54 | $672.83 | $10,263.44 |
| **Ending balance** | **$12,462.20** | **$7,849.66** | **$12,462.20** |

▸ US dollars converted to Canadian dollars at **1.2400** as of Jun 30, 2021

## Holdings in your account
on June 30, 2021

| Description | Quantity or par value ($) | Price ($) | Book cost ($) | Market value ($) | Unrealized gain or loss ($) | % of your holdings |
|---|---|---|---|---|---|---|
| **DOMESTIC** | | | | | | |
| Cash | | | 158.16 | 158.16 | 0.00 | 1.27% |
| **TOTAL DOMESTIC** | | | **$158.16** | **$158.16** | | **1.27%** |
| **FOREIGN** | | | | | | |
| **COMMON SHARES** | | | | | | |
| META MATERIALS INC **(MMAT)** | 1,310 SEG | 7.490u | 7,642.69 | 12,171.66 | 4,528.97 | 97.67% |
| MINERVA NEUROSCIENCES INC **(NERV)** | 46 SEG | 2.320u | 264.24 | 132.38 | -131.86 | 1.06% |
| **TOTAL FOREIGN** | | | **$7,906.93** | **$12,304.04** | | **98.73%** |
| **Total Portfolio** | | | **$8,065.09** | **$12,462.20** | | **100.00%** |

▸ The US dollar conversion rate we used to convert your month-end market values to Canadian dollars is **1.2400**

▸ Book costs are converted to Canadian dollars at the exchange rate used at the time of the transaction

▸ U=US dollars

*Order-Execution-Only Account.*

TD Waterhouse Canada Inc.
Member - Canadian Investor Protection Fund



**Regulated by**
Investment Industry Regulatory
Organization of Canada

Page 1 of 3



Account number: 3680M8-S
Account type: Self-Directed RSP - CDN
Your RSP statement: Jun 30, 2021

---

### Definitions

**An explanation of terms shown in the tables above**

**Book cost for long positions** is the total amount paid to purchase a security including any transaction charges related to the purchase, adjusted for reinvested distributions, return of capital and corporate actions.

**Book cost for short positions** is the total amount received for the security, net of any transaction charges related to the sale, adjusted for any distribution (other than dividends), returns of capital and corporate actions.

**Market value** is the price of the security or fund multiplied by the quantity held.

**Unrealized Gain or Loss** is the gain or loss that would be incurred, if your holdings were liquidated as at the end of the statement period. It is calculated by subtracting book cost from market value.

---

## Activity in your account this period

| Date | Activity | Description | Quantity | Price ($) | Amount ($) | Cash balance ($) |
|------|----------|-------------|---------:|----------:|-----------:|-----------------:|
| | **Beginning cash balance** | | | | | 3.36 |
| Jun 2 | Sell | NOKIA CORP ADR | -1,233 | 5.154 | 7,797.49 | 7,800.85 |
| Jun 2 | Buy | TORCHLIGHT ENERGY RES INC | 2,620 | 2.369 | -7,642.69 | 158.16 |
| Jun 29 | Exchange | META MATERIALS INC | 1,310 | | -7,642.69 | -7,484.53 |
| Jun 29 | Exchange | TORCHLIGHT ENERGY RES IN* | -2,620 | | 7,642.69 | 158.16 |
| **Jun 30** | **Ending cash balance** | | | | | **$158.16** |

---

## Your RSP contribution information

You can claim the contributions you made in the first 60 days of 2021 on your 2020 tax return.

| | |
|---|---:|
| First 60 days | **$0.00** |
| Remainder of the year | **$50.00** |

---

### ⓘ Important information about your account

This statement includes the **TD Waterhouse Canada Inc. Conflicts of Interest Statement** and a notification containing a summary of changes we have made to the TD Waterhouse Account and Services Agreements and Disclosure Documents, and other reminders for you.

If you use eServices, go to the **Documents (eServices)** page, at the bottom, under **Important Account Holder Information** to access the notification, which is also available at https://www.td.com/ca/products-services/investing/DBnotice.jsp.

---

*Order-Execution-Only Account.*

SY

Fig1



# Disclosures

## Important Information

This statement is an important document and contains a record of all transactions between TD Direct Investing (herein referred to as "we", "us" and "our") and the account holder (herein referred to as "you" and "your"). The information provided in this statement should not be used for the purpose of tax reporting as certain events are dependent on individual circumstances. Book cost shown for your holdings has been calculated to the best of our ability based on the information available to us and may not reflect all required adjustments. It is your obligation as an account holder to review this statement carefully and notify us immediately of any errors, omissions or objections to the statement, including any transactions that you did not authorize. A written notification may be sent to:

TD Direct Investing
3500 Steeles Ave East, Tower 5, Level 3
Markham, Ontario L3R 2Z1

This enables you to contact us directly regarding any comments and concerns. You may also contact an Investment Representative at the number on the front page of this statement.

## Limits on Investment Coverage

Client accounts are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of coverage is available upon request or at cipf.ca. To learn more about CDIC deposit insurance coverage, visit cdic.ca.

## Your account at a glance – Additional information

Beginning balance - The opening balance of the account as of the start of the first day of the statement period. It is the same as the previous statement ending balance. It does not include accrued income for certain fixed income and equity securities.

Change in your account balance - Includes deposits, withdrawals, income received, fees charged, and the change in the value of your investments for the period referenced.

Ending balance - This is the total market value of the account including cash and security holdings. It does not include accrued income for certain fixed income and equity securities.

Ending Balance at reporting period end - The amount shown in the "Activity in your account this period" section excludes amounts arising from any trades pending settlement which are not due for payment until the dates printed against such trades.

## Holdings and Activity – Additional information

`N/D` means that all or a portion of the book cost or market value, as applicable, of the security position cannot be determined or has not been assigned. The total book cost or total market value, or rate of return, as applicable, provided for your portfolio excludes security positions whose book cost or market value is `N/D`.

(a) Market value information has been used to estimate part or all of the book cost of this security position.

(b) There is no active market for this security. The price has been estimated.

(c) The market value of these compound interest investments includes the par value and the accrued interest to date. In the event you choose to redeem your securities prior to maturity, the redemption value may differ from the market value reported.

(d) Market value information as at December 31, 2018 has been used to estimate part or all of the book cost of this security position.

Prices for mutual funds do not necessarily reflect the month end close Net Asset Value Per Share (NAVPS). The NAVPS expressed for mutual funds represents the last value received by TD Direct Investing prior to the production of our statements.

Securities listed under the heading "Pending activity in your account" denote trades which are for settlement subsequent to the date of the statement. The settlement dates of such trades are printed in the date column.

The activity description column may contain abbreviations related to mutual funds, restricted voting shares, segregated investments and investments in safekeeping. Common abbreviations related to mutual funds are NL - No Load, D - Deferred Sales Charge, LL - Low Load and FRAC - Fractional Shares. Abbreviations related to restricted voting privileges are NVS - Non - Voting Shares, RS - Restricted Shares, SVS - Subordinate Voting Shares and RVS - Restricted Voting Shares. SEG is an abbreviation to indicate that the investments are segregated. SFK is an abbreviation to indicate that the investments are in safekeeping. If you have any questions about your statement, please speak with your Investment Representative.

All securities paid in full, and margin securities above the legal minimum cannot be used by us in the conduct of our business and are displayed on the statement as segregated (SEG). If you have a credit balance in your TD Direct Investing accounts, it is payable on demand. We'll record it on our books but we may use it in the conduct of our business.

In any currency conversion conducted by us, we or a related party may earn revenue.

The elected annual payout is calculated based on the Dec 31st market value of the previous year and is effective Jan 1st of the current year. This amount reflects the original annual minimum payment for the current + any additional payment elected by you.

Canadian and U.S. dollar denominated RSP accounts comprise a single RSP plan when the first six alpha-numerical characters of each account number are the same.

## Corporate Information

### *'Retirement Savings Plan' or 'RSP' - Refers to the TD Waterhouse Self-Directed Retirement Savings Plan.*

TD Direct Investing is a division of TD Waterhouse Canada Inc., a subsidiary of The Toronto-Dominion Bank. TD Direct Investing does not provide investment advice or recommendations regarding the purchase or sale of any securities. Investors are responsible for their own investment decisions.

If you would like a copy of our most recent financial statement and a list of our directors and senior officers, please write to us or call us at the telephone number on the front page of this statement.

An affiliate of TD Waterhouse Canada Inc. owns an equity interest in TMX Group Limited ("TMX") and The Toronto-Dominion Bank (TD) has a nominee director serving on the board thereof. As such, TD may be considered to have an economic interest in the listing and trading of securities on an exchange owned or controlled by TMX, including the Toronto Stock Exchange, the TSX Venture Exchange and Alpha Exchange, and in the clearing, settlement and depository services provided by The Canadian Depository for Securities and its affiliates.

No person or company is required to obtain products or services from TMX or its affiliates as a condition of TD or its affiliates continuing to supply a product or service.

® The TD logo and other trade-marks are the property of The Toronto-Dominion Bank.

*Order-Execution-Only Account.*

S4

Fig 1





**TD Direct Investing**

# Your RSP statement
January 1, 2024 to January 31, 2024

Account number: 3680M8-S
Account type: Self-Directed RSP - CDN
Account currency: Canadian dollars

MS SARAH YEONG SEON YOO
341-6440 CENTRE ST NE
CALGARY AB
T2K 0V4

**Do you have a question?**
For questions about your statement or further information, we provide support Monday through Friday, in 4 languages:

| | |
|---|---|
| **English:** | **1-800-465-5463** |
| **French:** | **1-800-361-2684** |
| **Cantonese:** | **1-800-838-3223 option 1** |
| **Mandarin:** | **1-800-838-3223 option 2** |

## Your account at a glance

| | This period<br>(Jan 1 - Jan 31, 2024) | Last period<br>(Nov 1 - Dec 31, 2023) | Year to date<br>(Jan 1 - Jan 31, 2024) |
|---|---|---|---|
| Beginning balance | $237.62 | $335.75 | $237.62 |
| Change in your account balance | -$26.62 | -$98.13 | -$26.62 |
| **Ending balance** | **$211.00** | **$237.62** | **$211.00** |

ⓘ **You need to know**
Please see **page 2** for important information about your account.

‣ US dollars converted to Canadian dollars at **1.3430** as of Jan 31, 2024

## Holdings in your account
on January 31, 2024

| Description | Quantity or<br>par value ($) | Price ($) | Book<br>cost ($) | Market<br>value ($) | Unrealized<br>gain<br>or loss ($) | %<br>of your<br>holdings |
|---|---|---|---|---|---|---|
| **DOMESTIC** | | | | | | |
| Cash | | | 82.39 | 82.39 | 0.00 | 39.05% |
| **TOTAL DOMESTIC** | | | **$82.39** | **$82.39** | | **39.05%** |
| **FOREIGN** | | | | | | |
| **COMMON SHARES** | | | | | | |
| META MATERIALS INC-NEW (**MMAT**) | 14 SEG | 3.820u | 7,642.69 | 71.85 | -7,570.84 | 34.05% |
| MINERVA NEUROSCIENCES-NEW (**NERV**) | 5 SEG | 8.450u | 261.08 | 56.76 | -204.32 | 26.90% |
| **TOTAL FOREIGN** | | | **$7,903.77** | **$128.61** | | **60.95%** |
| **Total Portfolio** | | | **$7,986.16** | **$211.00** | | **100.00%** |

‣ The US dollar conversion rate we used to convert your month-end market values to Canadian dollars is **1.3430**

‣ Book costs are converted to Canadian dollars at the exchange rate used at the time of the transaction

‣ U=US dollars

*Order-Execution-Only Account.*

TD Waterhouse Canada Inc.
Member - Canadian Investor Protection Fund



**Regulated by**
Investment Industry Regulatory
Organization of Canada

Page 1 of 3





Account number: 3680M8-S
Account type: Self-Directed RSP - CDN
Your RSP statement: Jan 31, 2024

---

### Definitions

**An explanation of terms shown in the tables above**

**Book cost for long positions** is the total amount paid to purchase a security including any transaction charges related to the purchase, adjusted for reinvested distributions, return of capital and corporate actions.

**Book cost for short positions** is the total amount received for the security, net of any transaction charges related to the sale, adjusted for any distribution (other than dividends), returns of capital and corporate actions.

**Market value** is the price of the security or fund multiplied by the quantity held.

**Unrealized Gain or Loss** is the gain or loss that would be incurred, if your holdings were liquidated as at the end of the statement period. It is calculated by subtracting book cost from market value.

---

## Activity in your account this period

| Date | Activity | Description | Quantity | Price ($) | Amount ($) | Cash balance ($) |
|------|----------|-------------|----------|-----------|------------|------------------|
| | | Beginning cash balance | | | | 82.39 |
| Jan 29 | Reverse Split | META MATERIALS INC * | -1,310 | | 7,642.69 | 7,725.08 |
| Jan 29 | Reverse Split | META MATERIALS INC-NEW | 14 | | -7,642.69 | 82.39 |
| **Jan 31** | **Ending cash balance** | | | | | **$82.39** |

## Your RSP contribution information

You can claim the contributions you made in the first 60 days of 2024 on your 2023 tax return.

| | |
|---|---|
| First 60 days | **$0.00** |
| Remainder of the year | **$0.00** |

## ⓘ Important information about your account

In May 2024, the standard trade settlement period for North American Capital Markets is expected to be reduced from the current two business days to one business day after the trade date. This will impact most trades in securities. The change is expected to take effect Monday, May 27 for Canadian capital markets and Tuesday, May 28 for U.S. capital markets. Once implemented, your trades in Canadian and U.S. markets will settle one business day sooner.

---

*Order-Execution-Only Account.*

Fig 2



# Disclosures

### Important Information

This statement is an important document and contains a record of all transactions between TD Direct Investing (herein referred to as  we  us  and  our") and the account holder (herein referred to as  you  and  your )  The information provided in this statement should not be used for the purpose of tax reporting as certain events are dependent on individual circumstances  Book cost shown for your holdings has been calculated to the best of our ability based on the information available to us and may not reflect all required adjustments  It is your obligation as  an account holder to review this statement carefully and notify us immediately of any errors  omissions or objections to the statement including any transactions that you did not authorize  A written notification may be sent to

TD Direct Investing
3500 Steeles Ave East  Tower 5  Level 3
Markham  Ontario L3R 2Z1

This enables you to contact us directly regarding any comments and concerns  You may also contact an Investment Representative at the number on the front page of this statement

### Limits on Investment Coverage

Client accounts are protected by the Canadian Investor Protection Fund within specified limits  A brochure describing the nature and limits of coverage is available upon request or at cipf ca  To learn more about CDIC deposit insurance coverage  visit cdic ca

### Your account at a glance – Additional information

Beginning balance  The opening balance of the account as of the start of the first day of the statement period  It is the same as the previous statement ending balance  It does not include accrued income for certain fixed income and equity securities

Change in your account balance  Includes deposits  withdrawals  income received  fees charged  and the change in the value of your investments for the period referenced

Ending balance  This is the total market value of the account including cash and security holdings  It does not include accrued income for certain fixed income and equity securities

Ending Balance at reporting period end  The amount shown in the Activity in your account this period  section excludes amounts arising from any trades pending settlement which are not due for payment until the dates printed against such trades

### Holdings and Activity – Additional information

N/D  means that all or a portion of the book cost or market value  as applicable  of the security position cannot be determined or has not been assigned  The total book cost or total market value  or rate of return  as applicable  provided for your portfolio excludes security positions whose book cost or market value is  N/D

(a) Market value information has been used to estimate part or all of the book cost of this security position

(b) There is no active market for this security  The price has been estimated

(c) The market value of these compound interest investments includes the par value and the accrued interest to date  In the event you choose to redeem your securities prior to maturity  the redemption value may differ from the market value reported

(d) Market value information as at December 31  2018 has been used to estimate part or all of the book cost of this security position

Prices for mutual funds do not necessarily reflect the month end close  Net Asset Value Per Share (NAVPS)  The NAVPS expressed for mutual funds represents the last value received by TD Direct Investing prior to the production of our statements

Securities listed under the heading  Pending activity in your account  denote trades which are for settlement subsequent to the date of the statement  The settlement dates of such trades are printed in the date column

The activity description column may contain abbreviations related to mutual funds  restricted voting shares  segregated investments and investments in safekeeping  Common abbreviations related to mutual funds are NL   No Load  D  Deferred Sales Charge  LL  Low Load and FRAC  Fractional Shares  Abbreviations related to restricted voting privileges are NVS  Non  Voting  Shares  RS  Restricted Shares  SVS  Subordinate Voting Shares and RVS  Restricted Voting Shares  SEG  is an abbreviation to indicate that the investments are segregated  SFK is an abbreviation to indicate that the investments are in safekeeping  If you have any questions about your statement  please speak with your Investment Representative

All securities paid in full  and margin securities above the legal minimum cannot be used by us in the conduct of our business and are displayed on the statement as segregated (SEG)  If you have a credit balance in your TD Direct Investing accounts  it is payable on demand  We ll record it on our books but we may use it in the conduct of our business

In any currency conversion conducted by us  we or a related party may earn revenue

The elected annual payout is calculated based on the Dec 31st market value of the previous year and is effective Jan 1st of the current year  This amount reflects the original annual minimum payment for the current + any additional payment elected by you

Canadian and U S  dollar denominated RSP accounts comprise a single RSP plan when the first six alpha numerical characters of each account number are the same

### Corporate Information

*Retirement Savings Plan  or  RSP   Refers to the TD Waterhouse Self Directed Retirement Savings Plan*

TD Direct Investing is a division of TD Waterhouse Canada Inc  a subsidiary of The Toronto Dominion Bank  TD Direct Investing does not provide investment advice or recommendations regarding the purchase or sale of any securities  Investors are responsible for their own investment decisions

If you would like a copy of our most recent financial statement and a list of our directors and senior officers  please write to us or call us at the telephone number on the front page of this statement

An affiliate of TD Waterhouse Canada Inc  owns an equity interest in TMX Group Limited ( TMX ) and The Toronto Dominion Bank (TD) has a nominee director serving on the board thereof  As such  TD may be considered to have an economic interest in the listing and trading of securities on an exchange owned or controlled by TMX  including the Toronto Stock Exchange  the TSX Venture Exchange and Alpha Exchange  and in the clearing  settlement and depository services provided by The Canadian Depository for Securities and its affiliates

No person or company is required to obtain products or services from TMX or its affiliates as a condition of TD or its affiliates continuing to supply a product or service

® The TD logo and other TD trademarks are the property of The Toronto Dominion Bank or its subsidiaries



*Fig 3 M680M8-S*
*2-1 MMAT SOLD for Loss*



**TD Direct Investing**

# Your RSP statement

July 1, 2024 to August 31, 2024

Account number: 3680M8-S
Account type: Self-Directed RSP - CDN
Account currency: Canadian dollars

MS SARAH YEONG SEON YOO
341-6440 CENTRE ST NE
CALGARY AB
T2K 0V4

### Do you have a question?
For questions about your statement or further information, we provide support Monday through Friday, in 4 languages:

| | |
|---|---|
| **English:** | **1-800-465-5463** |
| **French:** | **1-800-361-2684** |
| **Cantonese:** | **1-800-838-3223 option 1** |
| **Mandarin:** | **1-800-838-3223 option 2** |

## Your account at a glance

> ⓘ **You need to know**
> Please see **page 2** for important information about your account.

| | This period (Jul 1 - Aug 31, 2024) | Last period (Jun 1 - Jun 30, 2024) | Year to date (Jan 1 - Aug 31, 2024) |
|---|---|---|---|
| Beginning balance | $161.82 | $174.85 | $237.62 |
| Change in your account balance | -$49.40 | -$13.03 | -$125.20 |
| **Ending balance** | **$112.42** | **$161.82** | **$112.42** |

‣ US dollars converted to Canadian dollars at **1.3500** as of Aug 31, 2024

## Holdings in your account
on August 31, 2024

| Description | Quantity or par value ($) | Price ($) | Book cost ($) | Market value ($) | Unrealized gain or loss ($) | % of your holdings |
|---|---|---|---|---|---|---|
| **DOMESTIC** | | | | | | |
| Cash | | | 93.92 | 93.92 | 0.00 | 83.54% |
| **TOTAL DOMESTIC** | | | **$93.92** | **$93.92** | | **83.54%** |
| **FOREIGN** | | | | | | |
| **COMMON SHARES** | | | | | | |
| MINERVA NEUROSCIENCES-NEW (**NERV**) | 5 SEG | 2.740u | 261.08 | 18.50 | -242.58 | 16.46% |
| **TOTAL FOREIGN** | | | **$261.08** | **$18.50** | | **16.46%** |
| **Total Portfolio** | | | **$355.00** | **$112.42** | | **100.00%** |

‣ The US dollar conversion rate we used to convert your month-end market values to Canadian dollars is **1.3500**
‣ Book costs are converted to Canadian dollars at the exchange rate used at the time of the transaction
‣ U=US dollars

*Order-Execution-Only Account.*

TD Waterhouse Canada Inc.
Member - Canadian Investor Protection Fund

**Regulated by CIRO**
Canadian Investment
Regulatory Organization

*S4   Fig3*



Account number: 3680M8-S
Account type: Self-Directed RSP - CDN
Your RSP statement: Aug 31, 2024

---

### Definitions

**An explanation of terms shown in the tables above**

**Book cost for long positions** is the total amount paid to purchase a security including any transaction charges related to the purchase, adjusted for reinvested distributions, return of capital and corporate actions.

**Book cost for short positions** is the total amount received for the security, net of any transaction charges related to the sale, adjusted for any distribution (other than dividends), returns of capital and corporate actions.

**Market value** is the price of the security or fund multiplied by the quantity held.

**Unrealized Gain or Loss** is the gain or loss that would be incurred, if your holdings were liquidated as at the end of the statement period. It is calculated by subtracting book cost from market value.

---

## Activity in your account this period

| Date | Activity | Description | Quantity | Price ($) | Amount ($) | Cash balance ($) |
|------|----------|-------------|----------|-----------|------------|------------------|
|  |  | **Beginning cash balance** |  |  |  | **82.39** |
| Aug 16 | Sell | META MATERIALS INC-NEW CONV TO CAD @35.21 %US PR PG-705451 | -14 | 0.610 | 11.53 | 93.92 |
| **Aug 31** |  | **Ending cash balance** |  |  |  | **$93.92** |

## Your RSP contribution information

You can claim the contributions you made in the first 60 days of 2024 on your 2023 tax return.

| First 60 days | **$0.00** |
|---------------|-----------|
| Remainder of the year | **$0.00** |

---

### ⓘ Important information about your account

Discover our top digital tools for investing, managing your account, and other self-serve options. Visit the TD Direct Investing Help Centre at www.td.com/TDDirectInvestingHelp to get the answers you need quickly and easily.

---

*Order-Execution-Only Account.*

Fig 3



# Disclosures

## Important Information

This statement is an important document and contains a record of all transactions between TD Direct Investing (herein referred to as  we  us  and  our") and the account holder (herein referred to as  you  and  your )  The information provided in this statement should not be used for the purpose of tax reporting as certain events are dependent on individual circumstances  Book cost shown for your holdings has been calculated to the best of our ability based on the information available to us and may not reflect all required adjustments  It is your obligation as an account holder to review this statement carefully and notify us immediately of any errors  omissions or objections to the statement including any transactions that you did not authorize  A written notification may be sent to

TD Direct Investing
3500 Steeles Ave East  Tower 5  Level 3
Markham  Ontario L3R 2Z1

This enables you to contact us directly regarding any comments and concerns  You may also contact an Investment Representative at the number on the front page of this statement

## Limits on Investment Coverage

Clients  accounts at CIRO Dealer Members are protected by the CIPF s Investment Dealer Fund in accordance with its Coverage Policy  A brochure describing the scope and nature of coverage  as well as the limitations and exclusions of coverage  is available upon request or at www cipf ca  To learn more about CDIC deposit insurance coverage visit  www cdic ca

## Your account at a glance – Additional Information

Beginning balance   The opening balance of the account as of the start of the first day of the statement period  It is the same as the previous statement ending balance  It does not include accrued income for certain fixed income and equity securities

Change in your account balance   Includes deposits  withdrawals income received  fees charged  and the change in the value of your investments for the period referenced

Ending balance   This is the total market value of the account including cash and security holdings  It does not include accrued income for certain fixed income and equity securities

Ending Balance at reporting period end   The amount shown in the Activity in your account this period  section excludes amounts arising from any trades pending settlement which are not due for payment until the dates printed against such trades

## Holdings and Activity – Additional information

N/D  means that all or a portion of the book cost or market value  as applicable  of the security position cannot be determined or has not been assigned  The total book cost or total market value  or rate of return  as applicable  provided for your portfolio excludes security positions whose book cost or market value is  N/D

(a) Market value information has been used to estimate part or all of the book cost of this security position

(b) There is no active market for this security  The price has been estimated

(c) The market value of these compound interest investments includes the par value and the accrued interest to date  In the event you choose to redeem your securities prior to maturity the redemption value may differ from the market value reported

(d) Market value information as at December 31  2018 has been used to estimate part or all of the book cost of this security position

Prices for mutual funds do not necessarily reflect the month end close Net Asset Value Per Share (NAVPS)  The NAVPS expressed for mutual funds represents the last value received by TD Direct Investing prior to the production of our statements

Securities listed under the heading  Pending activity in your account  denote trades which are for settlement subsequent to the date of the statement  The settlement dates of such trades are printed in the date column

The activity description column may contain abbreviations related to mutual funds  restricted voting shares  segregated investments and investments in safekeeping  Common abbreviations related to mutual funds are NL   No Load  D   Deferred Sales Charge  LL  Low Load and FRAC  Fractional Shares  Abbreviations related to restricted voting privileges are NVS   Non  Voting Shares  RS  Restricted Shares  SVS  Subordinate Voting Shares and RVS  Restricted Voting Shares  SEG  is an abbreviation to indicate that the investments are segregated  SFK is an abbreviation to indicate that the investments are in safekeeping  If you have any questions about your statement  please speak with your Investment Representative

All securities paid in full  and margin securities above the legal minimum cannot be used by us in the conduct of our business and are displayed on the statement as segregated (SEG)  If you have a credit balance in your TD Direct Investing accounts  it is payable on demand  We ll record it on our books but we may use it in the conduct of our business

In any currency conversion conducted by us  we or a related party may earn revenue

The elected annual payout is calculated based on the Dec 31st market value of the previous year and is effective Jan 1st of the current year  This amount reflects the original annual minimum payment for the current + any additional payment elected by you

Canadian and U S  dollar denominated RSP accounts comprise a single RSP plan when the first six alpha numerical characters of each account number are the same

## Corporate Information

*Retirement Savings Plan  or  RSP   Refers to the TD Waterhouse Self Directed Retirement Savings Plan*

TD Direct Investing is a division of TD Waterhouse Canada Inc   a subsidiary of The Toronto Dominion Bank  TD Direct Investing does not provide investment advice or recommendations regarding the purchase or sale of any securities  Investors are responsible for their own investment decisions

If you would like a copy of our most recent financial statement and a list of our directors and senior officers  please write to us or call us at the telephone number on the front page of this statement

An affiliate of TD Waterhouse Canada Inc  owns an equity interest in TMX Group Limited ('TMX')  and The Toronto Dominion Bank (TD) has a nominee director serving on the board thereof  As such  TD may be considered to have an economic interest in the listing and trading of securities on an exchange owned or controlled by TMX  including the Toronto Stock Exchange  the TSX Venture Exchange and Alpha Exchange  and in the clearing  settlement and depository services provided by The Canadian Depository for Securities and its affiliates

No person or company is required to obtain products or services from TMX or its affiliates as a condition of TD or its affiliates continuing to supply a product or service

® The TD logo and other TD trademarks are the property of The Toronto Dominion Bank or its subsidiaries

Fig3

NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | PROOF OF INTEREST |
|---|---|

| Name of Debtor: Meta Materials INC | Case Number: 24-50792-HLB |
|---|---|

| 1    Name and address of holder of the Equity Interest (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder".)<br><br><br><br>Telephone Number: | ☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.<br><br>☑ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.<br><br>☐ Check box if this address differs from the address on the envelope sent to you by the Debtors. |
|---|---|

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

**COURT USE ONLY**

| Account or other number by which Interest holder identifies Debtor:<br>3680M8-S | Check here if this claim:<br>☐ replaces a previously filed Proof of Interest dated _____<br>☐ amends a previously filed Proof of Interest dated _____ |
|---|---|

| 2    Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:<br><br>TD Tower 15th Floor 66 Wellington Street West Toronto ON M5K 1A2<br><br>Telephone Number: 1 (866) 756 8936 tdshinfo@td com | 3    Date Equity Interest was acquired: |
|---|---|

| 4    Total amount of member interest _____ | 5    Certificate number(s) _____ |
|---|---|

6    Type of Equity Interest:
Please indicate the type of Equity Interest you hold:
☑ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
☐ Check this box if your Equity Interest is based on anything else and describe that interest.
Description: _____

7    Supporting Documents: Attach copies of supporting documents such as stock certificates option agreements warrants etc.
DO NOT SEND ORIGINAL DOCUMENTS If the documents are not available explain If the documents are voluminous attach a summary

8    Date-Stamped Copy: To receive an acknowledgment of the filing of your Proof of Interest enclose a stamped self addressed envelope and copy of this Proof of Interest

9 Signature:
Check the appropriate box.
☑ I am the creditor    ☐ I am the creditor's authorized agent    ☐ I am the trustee, or the debtor    ☐ I am a guarantor surety endorser or other codebtor
(Attach copy of power of attorney if any)    or their authorized agent    (See Bankruptcy Rule 3005)
(See Bankruptcy Rule 3004)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge information and reasonable belief

| Print Name: Sarah Yeong Seon Yoo<br>Title: Registered Nurse<br>Company: __ Address and telephone number (if different from notice address above)<br>402 2410 33 Ave SW Calgary AB T2T 6W9 CANADA | (Signature) _____    (Date) _____<br><br>Telephone number 1 587 966 1267    email sysyoo@ucalgary ca |
|---|---|

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both 18 U S C §§ 152 AND 3571*