NVB 3001 (Effective 1/21)

# UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA

**PROOF OF INTEREST**

| Name of Debtor: **META MATERIALS, INC** | Case Number: **24-50792** |
|---|---|

**1. Name and address of holder of the Equity Interest** (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

Chad Heath & Crystal S Heath
727 Griffey way
Galt, CA 95632

Telephone Number: **(209) 912-8428**

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

☒ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors

**RECEIVED AND FILED**
**DEC 13 2024**
**U.S. BANKRUPTCY COURT**
**MARY A. SCHOTT, CLERK**

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

**COURT USE ONLY**

Account or other number by which Interest holder identifies Debtor:
**WST-025153**

Check here if this claim:
☐ replaces a previously filed Proof of Interest dated: _____
☐ amends a previously filed Proof of Interest dated: _____

**2.** Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:

Chad E Heath & Crystal S Heath
70 S. Lake AVE, suite 700 Pasadena, CA 91101-9540
Telephone Number: **(800) 848-9096**

**3.** Date Equity Interest was acquired:
Between 05/20/2018 - 05/14/2019
See Attached Documentation

**4.** Total amount of member interest: **62 shares for $17504**

**5.** Certificate number(s): **See Attached Documentation**

**6. Type of Equity Interest:**
Please indicate the type of Equity Interest you hold:
☒ Check this box if your Equity Interest is based on an actual member interest held in the Debtor
☐ Check this box if your Equity Interest is based on anything else and describe that interest:
Description: **INVESTOR**

**7.** Supporting Documents: Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**8.** Date-Stamped Copy: To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

**9. Signature:**
Check the appropriate box.
☒ I am the creditor.   ☐ I am the creditor's authorized agent. (Attach copy of power of attorney, if any.)   ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)   ☐ I am a guarantor, surety, endorser, or other codebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: **Chad E Heath & Crystal S Heath**
Title:
Company: ___ Address and telephone number (if different from notice address above):
_____

(Signature)   **12/11/2024** (Date)

Telephone number: **(209) 912-8428**   email: **heathchad40@yahoo.com**

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

Statement for the Period July 1, 2024 to September 30, 2024

CHAD E HEATH & CRYSTAL S HEATH - Joint Com Property
Account Number   WST-025153


**WESTERN**
INTERNATIONAL SECURITIES, INC

# Holdings

NFS-provided cost basis realized gain (loss) and holding period information may not reflect all adjustments necessary for tax purposes  Please refer to Footnotes and Cost Basis Information at the end of this statement for more information

For additional information regarding your holdings please refer to the footnotes at the end of the statement

## CASH AND CASH EQUIVALENTS - 0 00% of Total Account Value

| Description | Symbol/Cusip Account Type | Quantity | Price on 09/30/24 | Current Market Value | Estimated Annual Income |
|---|---|---|---|---|---|
| **Cash** | | | | | |
| NET CASH POSITION | | | | ($0 39) | |
| **Total Cash and Cash Equivalents** | | | | ($0 39) | |

## HOLDINGS > EQUITIES - 100 00% of Total Account Value

| Description | Symbol/Cusip Account Type | Quantity | Price on 09/30/24 | Current Market Value | Estimated Annual Income | Original/Adjusted Cost Basis | Unrealized Gain (Loss) |
|---|---|---|---|---|---|---|---|
| **Equity** | | | | | | | |
| META MATERIALS INC COM NEW ISIN #US59134N3026 SEDOL #BQ67J98 Dividend Option Cash Capital Gain Option Cash Average Unit Cost    $282 32 | MMATQ CASH | 62 | $0 37 | $22 94 | | $17 504 02 | ($17 481 08) |
| NEXT BRIDGE HYDROCARBONS INC $0 0001 NEVADA Average Unit Cost    $2 90 | 78699D491 CASH | 12 250 | unavailable | unavailable | | $35 463 75 | |
| **Total Equity** | | | | $22 94 | | $52 967 77 | ($17 481 08) |
| **Total Equities** | | | | $22 94 | | $52 967 77 | ($17 481 08) |
| **Total Securities** | | | | $22 94 | | $52 967 77 | ($17 481 08) |