NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | | PROOF OF INTEREST |
|---|---|---|

| Name of Debtor: **META MATERIALS, INC** | Case Number: **24-50792** | |
|---|---|---|

1. Name and address of holder of the Equity Interest (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

   **Donald M Heath**
   **983 Colmore way**
   **Galt, CA 95632**

   Telephone Number: **(916) 479-6734**

   ☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

   ☒ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

   ☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

   **RECEIVED AND FILED**
   **DEC 13 2024**
   **U.S. BANKRUPTCY COURT**
   **MARY A. SCHOTT, CLERK**

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

**COURT USE ONLY**

Account or other number by which Interest holder identifies Debtor:
**27239896**

Check here if this claim:
☐ replaces a previously filed Proof of Interest dated: _____
☐ amends a previously filed Proof of Interest dated: _____

2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:
   Donald M Heath
   60 Livingston Ave. St. Paul, Minnesota 55107-2292
   Telephone Number: (800) 888-4700

3. Date Equity Interest was acquired:
   Between 07/31/2018 - 12/31/2023
   See Attached Documentation

4. Total amount of member interest: **713 shares for $30862**

5. Certificate number(s): **See Attached Documentation**

6. Type of Equity Interest:
   Please indicate the type of Equity Interest you hold:
   ☒ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
   ☐ Check this box if your Equity Interest is based on anything else and describe that interest:
   Description: **INVESTOR**

7. Supporting Documents: Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
   DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. Date-Stamped Copy: To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

9. Signature:
   Check the appropriate box.
   ☒ I am the creditor.   ☐ I am the creditor's authorized agent. (Attach copy of power of attorney, if any.)   ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)   ☐ I am a guarantor, surety, endorser, or other codebtor (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: **Donald M Heath**
Title:
Company: __ Address and telephone number (if different from notice address above):

(Signature)   **12/07/2024**   (Date)

Telephone number: **(916) 479-6734**   email: **donheath8@gmail.com**

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

**US Wealth Management**
U.S. Bancorp Investments

DONALD M HEATH

U S Bancorp Investments
Brokerage Statement

11/01/2024 - 11/29/2024 | Account Number 27239896 | Page 4 of 7

usbank.com

## Holdings

| Security Type | Account Type | Quantity | Current Price | Market Value | Total Cost/ (Proceeds) | Unrealized Gain/Loss | Estimated Annual Income | Yield |
|---|---|---|---|---|---|---|---|---|
| **CASH/CASH EQUIVALENTS** | | | | | | | | |
| CUSIP: FDIC00003  BANK DEPOSIT PROGRAM<br>NOT SIPC COVERED   US BANK<br>FDIC INSURED | CASH | 104.970 | 1.00 | $104.97 | | | | 0.30%† |
| **CASH/CASH EQUIVALENTS TOTAL** | | | | $104.97 | | | | |
| **EQUITIES** | | | | | | | | |
| SYMBOL: GTII<br>GLOBAL TECH INDUSTRIES GROUP COMMON STOCK LIQUIDATIONS ONLY<br>FIRST ACQR'D: 04/20/2023 QTY 99.000 VALUE $165.87 | CASH | 200.000 | .0301000 | $6.02 | $271.60 | ($265.58) | $0.00 | 0.00% |
| SYMBOL: META71<br>NEXT BRIDGE HYDROCARBONS TRADE HALT | CASH | 73,700.000 | NOT PRICED | $0.00 | | | $0.00 | 0.00% |
| SYMBOL: MMATQ<br>META MATERIALS INC COMMON STOCK LIQUIDATIONS ONLY<br>FIRST ACQR'D: 07/31/2018 QTY 1.770 VALUE $423.00 | CASH | 713.000 | .0610000 | $43.49 | $30,862.48 | ($30,818.99) | $0.00 | 0.00% |
| **EQUITIES TOTAL** | | | | $49.51 | $31,134.08 | ($31,084.57) | $0.00 | |

See the Market Value message in the General Information section of this statement for additional details on how certain estimated value securities, such as penny stocks, are valued
IMPORTANT- Part of your distribution from a DPP, REIT or BDC includes a return of capital. Any distribution that represents a return of capital reduces the estimated per share value shown on your account statement

| **HOLDINGS TOTAL** | | | | $154.48 | | | $0.00 | |

†The interest rate shown for the Bank Deposit Program is taken from the applicable interest rate tier for the Market Value balance in the Bank Deposit Program, as of the statement closing date. Interest is accrued daily based on the interest rate tier applicable to each day's balance. Interest rates are subject to change, contact your Wealth Management Advisor or Wealth Management Brokerage Services or access our web site at usbank.com/usbi/rates to determine the current interest rates

** Some cost basis data may have been obtained from outside sources and cannot be verified by U S Bancorp Investments. Please refer to your trade confirmations for accurate cost basis information. Trade confirmations should be retained for tax purposes. U S Bancorp Investments uses FIFO (First In First Out) as the default when calculating your cost basis for individual securities. If you wish to change the cost basis method, please contact your Wealth Management Advisor or Wealth Management Brokerage Services. Once a trade settles, no change to the cost basis methodology can be made.

M964

**US Wealth Management**
US Bancorp Investments

DONALD M HEATH

U S Bancorp Investments
Brokerage Statement

12/01/2023 - 12/29/2023 | Account Number 27239896 | Page 4 of 10

usbank.com

## Holdings

| Security Type | Account Type | Quantity | Current Price | Market Value | Total Cost/ (Proceeds) | Unrealized Gain/Loss | Estimated Annual Income | Yield |
|---|---|---|---|---|---|---|---|---|
| **CASH/CASH EQUIVALENTS** | | | | | | | | |
| CUSIP: FDIC00003 NOT SIPC COVERED  BANK DEPOSIT PROGRAM FDIC INSURED  US BANK | CASH | 48.340 | 1.00 | $48.34 | | | | 0.50%† |
| **CASH/CASH EQUIVALENTS TOTAL** | | | | $48.34 | | | | |
| **EQUITIES** | | | | | | | | |
| SYMBOL: GTII GLOBAL TECH INDUSTRIES GROUP COMMON STOCK FIRST ACQR'D: 04/20/2023 QTY: 98.000 VALUE: $165.67 | CASH | 200.000 | .3999000 | $79.98 | $271.60 | ($191.62) | $0.00 | 0.00% |
| SYMBOL: META71 NEXT BRIDGE HYDROCARBONS TRADE HALT | CASH | 73,700.000 | NOT PRICED | $0.00 | | | $0.00 | 0.00% |
| SYMBOL: MMAT META MATERIALS INC COMMON STOCK FIRST ACQR'D: 06/12/2018 QTY: 42.000 VALUE: $115.20 | CASH | 73,000.000 | .0660000 | $4,818.00 | $35,112.23 | ($30,294.23) | $0.00 | 0.00% |
| **EQUITIES TOTAL** | | | | $4,897.98 | $35,383.83 | ($30,485.85) | $0.00 | |

See the Market Value message in the General Information section of this statement for additional details on how certain estimated value securities, such as penny stocks, are valued.
IMPORTANT- Part of your distribution from a DPP, REIT or BDC includes a return of capital. Any distribution that represents a return of capital reduces the estimated per share value shown on your account statement

| **HOLDINGS TOTAL** | | | | **$4,946.32** | | | **$0.00** | |

†The interest rate shown for the Bank Deposit Program is taken from the applicable interest rate tier for the Market Value balance in the Bank Deposit Program, as of the statement closing date Interest is accrued daily based on the interest rate tier applicable to each day's balance  Interest rates are subject to change, contact your Wealth Management Advisor or Wealth Management Brokerage Services or access our web site at usbank.com/usbi/rates to determine the current interest rates

** Some cost basis data may have been obtained from outside sources and cannot be verified by U S. Bancorp Investments  Please refer to your trade confirmations for accurate cost basis information  Trade confirmations should be retained for tax purposes. U S Bancorp Investments uses FIFO (First In First Out) as the default when calculating your cost basis for individual securities  If you wish to change the cost basis method, please contact your Wealth Management Advisor or Wealth Management Brokerage Services  Once a trade settles, no change to the cost basis methodology can be made.

M964