NVB 3001 (Effective 1/21)

# UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA

**PROOF OF INTEREST**

**Name of Debtor:** META MATERIALS, INC
**Case Number:** 24-50792

**RECEIVED AND FILED**
DEC 13 2024
U S BANKRUPTCY COURT
MARY A SCHOTT, CLERK

**1. Name and address of holder of the Equity Interest** (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

Laut Donald Heath
987 Elk Hills Dr
Galt, CA 95632

**Telephone Number:** (209) 747-5928

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

☒ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

**COURT USE ONLY**

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

**Account or other number by which Interest holder identifies Debtor:** 243195547

Check here if this claim:
☐ replaces a previously filed Proof of Interest dated: _____
☐ amends a previously filed Proof of Interest dated: _____

**2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:**

Laut Donald Heath
100 Crosby parkway KC2Q Covington KY 41015

**Telephone Number:** (800) 544-6666

**3. Date Equity Interest was acquired:**
Between 01/10/2022 - 05/02/2023
See Attached Documentation

**4. Total amount of member interest:** 101 shares for $10232

**5. Certificate number(s):** See Attached Documentation

**6. Type of Equity Interest.**
Please indicate the type of Equity Interest you hold.
☒ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
☐ Check this box if your Equity Interest is based on anything else and describe that interest:
**Description:** INVESTOR

**7. Supporting Documents:** Attach copies of supporting documents, such as stock certificates, option agreements, warrants etc. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**8. Date-Stamped Copy:** To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

**9. Signature.**
Check the appropriate box.
☒ I am the creditor.
☐ I am the creditor's authorized agent. (Attach copy of power of attorney, if any.)
☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)
☐ I am a guarantor, surety, endorser or other codebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

**Print Name:** Laut Donald Heath
**Title:**
**Company:** Address and telephone number (if different from notice address above):

(Signature) *Laut Donald Heath* (Date) 12/07/2024

**Telephone number:** (209) 747-5928  **email:** dlheath68@yahoo.com

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

**Fidelity Investments**

INVESTMENT REPORT
July 1, 2024 - September 30, 2024

Account # 243-195547
LAUT DONALD HEATH - ROTH IRA

## Holdings

### Core Account

| Description | Beginning Market Value Jul 1, 2024 | Quantity Sep 30, 2024 | Price Per Unit Sep 30, 2024 | Ending Market Value Sep 30, 2024 | Cost | Unrealized Gain/Loss Sep 30, 2024 | EAI ($) / EY (%) |
|---|---|---|---|---|---|---|---|
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | | | [redacted] | | | [redacted] |

### Stocks

| Description | Beginning Market Value Jul 1, 2024 | Quantity Sep 30, 2024 | Price Per Unit Sep 30, 2024 | Ending Market Value Sep 30, 2024 | Cost | Unrealized Gain/Loss Sep 30, 2024 | EAI ($) / EY (%) |
|---|---|---|---|---|---|---|---|
| **Common Stock** | | | | | | | |
| META MATERIALS INC COM NEW ISIN #US59134N3026 SEDOL #BQ67J98 (MMATQ) | $304.01 | 101.000 | $0.3700 | $37.37 | $10,232.93 | -$10,195.56 | - / - |
| [redacted] | [redacted] | [redacted] | - | [redacted] | [redacted] | [redacted] | - s |
| [redacted] | [redacted] | | | [redacted] | [redacted] | [redacted] | - |
| [redacted] | | | | $37.37 | [redacted] | [redacted] | - |

**Total Holdings** | | | | [redacted] | [redacted] | [redacted] | [redacted] |

EAI & EY   **Estimated Annual Income (EAI) & Estimated Yield (EY)**- EAI is an estimate of annual income for a specific security position over the next rolling 12 months. EAI may be negative on short positions. EY is calculated by dividing the current EAI for a security position by its statement closing date market value. EAI and EY are estimates only and may include return of principal and/or capital gains, which would render them overstated. Actual income and yield might be lower or higher than the estimated amounts. **For calculation details, refer to the "Additional Information and Endnotes" section**

All positions held in cash account unless indicated otherwise

Total Cost does not include the cost basis on core, money market or other positions where cost basis is unknown or not applicable

Laut Donald Heath
Account # 243195547

## META MATERIALS INC COM NEW ISIN
## #US59134N3026 SEDOL #BQ67J98

| Acquired | Term | $ Total Gain/Loss | % Total Gain/Loss | Current Value | Quantity | Average Cost Basis | Cost Basis Total |
|---|---|---|---|---|---|---|---|
| May-02-2023 | Long | -$466 25 | -100% | $0 00 | 25 | $18 65 | $466 25 |
| Oct-13-2022 | Long | -$3,120 00 | -100% | $0 00 | 30 | $104 00 | $3,120 00 |
| Oct-13-2022 | Long | -$3,135 00 | -100% | $0 00 | 30 | $104 50 | $3,135 00 |
| Jan-10-2022 | Long | -$3,511 68 | -100% | $0 00 | 16 | $219 48 | $3,511 68 |