NVB 3001 (Effective 1/21)

# UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA

**PROOF OF INTEREST**

**Name of Debtor:** META MATERIALS, INC
**Case Number:** 24-50792

**1. Name and address of holder of the Equity Interest** (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the 'Interest holder'):

Linda P Heath
987 Elk Hills Dr
Galt, CA 95632

**Telephone Number:** (209) 747-5929

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars

☒ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors

**RECEIVED AND FILED**
**DEC 13 2024**
U S BANKRUPTCY COURT
MARY A SCHOTT, CLERK

**COURT USE ONLY**

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

**Account or other number by which Interest holder identifies Debtor:** 229955585

Check here if this claim:
☐ replaces a previously filed Proof of Interest dated: _____
☐ amends a previously filed Proof of Interest dated: _____

**2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:**

Linda P Heath
100 Crosby parkway KC2Q Covington KY 41015

**Telephone Number:** (800) 544-6666

**3. Date Equity Interest was acquired:**
Between 06/2021 - 04/25/2023
See Attached Documentation

**4. Total amount of member interest:** 695 shares for $45094

**5. Certificate number(s):** See Attached Documentation

**6. Type of Equity Interest:**
Please indicate the type of Equity Interest you hold:
☒ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
☐ Check this box if your Equity Interest is based on anything else and describe that interest:
**Description:** INVESTOR

**7. Supporting Documents:** Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**8. Date-Stamped Copy:** To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

**9. Signature:**
Check the appropriate box.
☒ I am the creditor
☐ I am the creditor's authorized agent. (Attach copy of power of attorney, if any.)
☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)
☐ I am a guarantor, surety, endorser or other codebtor (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

**Print Name:** Linda P Heath
**Title:**
**Company:** ___ Address and telephone number (if different from notice address above):

(Signature) *Linda P Heath*    12/07/2024 (Date)

**Telephone number:** (209) 747-5929   **email:** Lindapheath@gmail.com

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

**Fidelity** INVESTMENTS

INVESTMENT REPORT
September 1, 2024 - September 30, 2024

## Holdings

Account # 229-955585
LINDA P HEATH - ROTH IRA

### Core Account

| Description | Beginning Market Value Sep 1, 2024 | Quantity Sep 30, 2024 | Price Per Unit Sep 30, 2024 | Ending Market Value Sep 30, 2024 | Cost | Unrealized Gain/Loss Sep 30, 2024 | EAI ($) / EY (%) |
|---|---|---|---|---|---|---|---|
| F~~IDELITY GOVERNMENT MONEY MARKET (SPAXX)~~ | ~~$~~ | ~~$~~ | ~~$~~ | ~~$~~ | ~~not applicable~~ | ~~not applicable~~ | ~~$~~ |
| ~~Total Core Account (12% of account holdings)~~ | ~~$~~ | | | ~~$~~ | | | ~~$~~ |

### Stocks

| Description | Beginning Market Value Sep 1, 2024 | Quantity Sep 30, 2024 | Price Per Unit Sep 30, 2024 | Ending Market Value Sep 30, 2024 | Cost | Unrealized Gain/Loss Sep 30, 2024 | EAI ($) / EY (%) |
|---|---|---|---|---|---|---|---|
| **Common Stock** | | | | | | | |
| META MATERIALS INC COM NEW ISIN #US59134N3026 SEDOL #BQ67J98 (MMATQ) | $312 75 | 695 000 | $0 3700 | $257 15 | $45,351 63 | -$45,094 48 | - |
| ~~NEXT BRIDGE HYDROCARBONS INC $0.0001 NEVADA~~ | ~~$~~ | ~~$~~ | - | ~~$~~ | ~~$~~ | ~~not available~~ | - |
| ~~Total Common Stock (88% of account holdings)~~ | ~~$~~ | | | ~~$~~ | ~~$~~ | ~~$~~ | - |
| ~~Total Stocks (88% of account holdings)~~ | ~~$~~ | | | ~~$~~ | ~~$~~ | ~~$~~ | - |

**Total Holdings**  ~~$~~  ~~$~~  ~~$~~  ~~$~~

EAI & EY  *Estimated Annual Income (EAI) & Estimated Yield (EY)* - EAI is an estimate of annual income for a specific security position over the next rolling 12 months  EAI may be negative on short positions  EY is calculated by dividing the current EAI for a security position by its statement closing date market value  EAI and EY are estimates only and may include return of principal and/or capital gains, which would render them overstated  Actual income and yield might be lower or higher than the estimated amounts  **For calculation details, refer to the "Additional Information and Endnotes" section**

All positions held in cash account unless indicated otherwise

Total Cost  does not include the cost basis on core  money market or other positions where cost basis is unknown or not applicable

Linda P Neath
account # 2299 55585

## META MATERIALS INC COM NEW ISIN #US59134N3026 SEDOL #BQ67J98

| Acquired | Term | $ Total Gain/Loss | % Total Gain/Loss | Current Value | Quantity | Average Cost Basis | Cost Basis Total |
|---|---|---|---|---|---|---|---|
| Apr-25-2023 | Long | -$5 938 03 | -100% | $0 00 | 287 194 | $20 68 | $5 938 03 |
| Apr-25-2023 | Long | -$4 136 00 | -100% | $0 00 | 200 135 | $20 67 | $4 136 00 |
| Apr-24-2023 | Long | -$256 10 | -100% | $0 00 | 13 009 | $19 69 | $256 10 |
| Apr-17-2023 | Long | -$2,165 00 | -100% | $0 00 | 100 068 | $21 64 | $2,165 00 |
| Jan-05-2022 | Long | -$1 342 50 | -100% | $0 00 | 5 003 | $268 34 | $1,342 50 |
| Jan-05-2022 | Long | -$1 387 50 | -100% | $0 00 | 5 003 | $277 33 | $1 387 50 |
| Jan-05-2022 | Long | -$6 934 25 | -100% | $0 00 | 25 017 | $277 18 | $6,934 25 |
| Jan-05-2022 | Long | -$6 885 00 | -100% | $0 00 | 25 017 | $275 21 | $6 885 00 |
| Jan-04-2022 | Long | -$2 745 20 | -100% | $0 00 | 10 006 | $274 36 | $2 745 20 |

## META MATERIALS INC COM NEW ISIN #US59134N3026 SEDOL #BQ67J98

| Acquired | Term | $ Total Gain/Loss | % Total Gain/Loss | Current Value | Quantity | Average Cost Basis | Cost Basis Total |
|---|---|---|---|---|---|---|---|
| Jan-03-2022 | Long | -$1,971 18 | -100% | $0 00 | 6 995 | $281 80 | $1,971 18 |
| Jun-25-2021 | Long | -$2 497 60 | -100% | $0 00 | 2 502 | $998 24 | $2 497 60 |
| Jun-21-2021 | Long | -$2,687 57 | -100% | $0 00 | 5 534 | $485 65 | $2 687 57 |
| Jun-21-2021 | Long | -$4,425 37 | -100% | $0 00 | 2 502 | $1 768 73 | $4 425 37 |