NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | | PROOF OF INTEREST |
|---|---|---|
| Name of Debtor: **Meta Materials Inc** | Case Number: **24-50792-hlb** | |

**1. Name and address of holder of the Equity Interest** (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

CHRIS HUISMAN
RICHARD HOLSTRAAT 9
2551 HL, 's-GRAVENHAGE
NETHERLANDS

Telephone Number: +31 627 39 1691

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

☒ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

**RECEIVED AND FILED**
DEC 13 2024
U.S BANKRUPTCY COURT
MARY A SCHOTT, CLERK

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

**COURT USE ONLY**

Account or other number by which Interest holder identifies Debtor:
308MR2, 636FY2, 49M1B0, 66771595, 57856351  26842935

Check here if this claim:
☐ replaces a previously filed Proof of Interest dated: _____
☐ amends a previously filed Proof of Interest dated: _____

**2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:**

CHRIS HUISMAN  TD Waterhouse Canada Inc 3500 Steeles Ave East, Tower 5 Level 3 Markham Ontario L 3R 2T 1/RBC Direct Investing P C

Telephone Number: 1-877-883-8125

**3. Date Equity Interest was acquired:**
See attached

**4. Total amount of member interest:** 732 (SEE ATTACHED)

**5. Certificate number(s):** _____

**6. Type of Equity Interest**
Please indicate the type of Equity Interest you hold:
☒ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
☐ Check this box if your Equity Interest is based on anything else and describe that interest
Description: _____

**7. Supporting Documents:** Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**8. Date-Stamped Copy:** To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

**9. Signature**
Check the appropriate box.
☒ I am the creditor
☐ I am the creditor's authorized agent (Attach copy of power of attorney if any)
☐ I am the trustee, or the debtor, or their authorized agent (See Bankruptcy Rule 3004)
☐ I am a guarantor, surety, endorser, or other codebtor (See Bankruptcy Rule 3005)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: CHRIS HUISMAN
Title: _____
Company: Address and telephone number (if different from notice address above): _____

(Signature) *Chris* — Dec 9 2024 (Date)

Telephone number: +31 627 39 1691   email: mr c huisman@gmail com

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U S C §§ 152 AND 3571*

SUPPLEMENTARY INFO

| Date | Activity | Symbol | Symbol Description | Quantity | Price | Settlement Date | Account | Value | Currency | Description |
|---|---|---|---|---|---|---|---|---|---|---|

RBC DIRECT INVESTMENT

Account 66771595  Investment

| | Date | Activity | Symbol | Symbol Description | Quantity | Price | Settlement Date | Account | Value | Currency | Description |
|---|---|---|---|---|---|---|---|---|---|---|---|
| BUY | 04-May 24 | | MMAX | METAMATERIAL EXCHANGECO INC COM NEW | 2500 | 0 27 | 08 May 24 | 66771595 | 684 95 | CAD | |
| BUY | 11 Jan 22 | | MMAX | METAMATERIAL EXCHANGECO INC COM NEW | 500 | 2 6 | 13 Jan 22 | 66771595 | 1309 95 | CAD | |
| BUY | 30-Nov 21 | | MMAX | METAMATERIAL EXCHANGECO INC COM NEW | 1000 | 4 | 02 Dec 21 | 66771595 | 4009 95 | CAD | |
| BUY | 30-Nov 21 | | MMAX | METAMATERIAL EXCHANGECO INC COM NEW | 1000 | 4 04 | 02 Dec 21 | 66771595 | 4049 85 | CAD | |
| BUY | 27 Apr 22 | | MMAT | META MATERIALS INC COMMON STOCK | 1500 | 1 2 | 29 Apr 22 | 66771595 | 1809 95 | USD | CONVERSION TO CAD $2354 93 |
| SELL | 28 Apr 22 | | MMAT | META MATERIALS INC COMMON STOCK | 1500 | 1 27 | 02 May 22 | 66771595 | 1895 04 | USD | CONVERSION TO CAD $2394 19 |
| BUY | 12 Jun 23 | | MMAT | META MATERIALS INC COMMON STOCK | 2600 | 0 23 | 14 Jun-23 | 66771595 | 607 95 | USD | |

4 Activities

| Date | Activity | Symbol | Symbol Description | Quantity | Price | Settlement Date | Account | Value | Currency | Description |
|---|---|---|---|---|---|---|---|---|---|---|
| 31 Jan 24 | Reorganization | MMAX | METAMATERIAL EXCHANGECO INC COM NEW | 50 | | 31 Jan 24 | 66771595 | 10054 7 | CAD | REV  METAMATERIAL EXCHANGECO INC COM NEW RESULT OF REVERSE SPLIT |
| 31 Jan 24 | Reorganization | M067926 | | 5000 | | 31 Jan 24 | 66771595 | 0 | CAD | REV  METAMATERIAL EXCHANGECO INC COMMON REV SPLIT TO METAMATERIAL EXCHANGECO NEW  1 FOR 100 |
| 29 Jan 24 | Reorganization | MMAT | META MATERIALS INC COMMON STOCK | 26 | | 29 Jan 24 | 66771595 | 607 95 | USD | REV  META MATERIALS INC COMMON STOCK RESULT OF REVERSE SPLIT |
| 29 Jan 24 | Reorganization | M067927 | | 2600 | | 29 Jan 24 | 66771595 | 0 | USD | REV  META MATLS INC COMMON STOCK REV SPLIT TO META MATLS NEW 1 FOR 100 |

Account 26842935  TFSA Investment

| | Date | Activity | Symbol | Symbol Description | Quantity | Price | Settlement Date | Account | Value | Currency | Description |
|---|---|---|---|---|---|---|---|---|---|---|---|
| BUY | 23 Nov 21 | | MMAX | METAMATERIAL EXCHANGECO INC COM NEW | 500 | 4 2 | 25 Nov 21 | 26842935 | 2109 95 | CAD | |
| BUY | 02 Dec 21 | | MMAX | METAMATERIAL EXCHANGECO INC COM NEW | 1000 | 3 7 | 06 Dec-21 | 26842935 | 3709 95 | CAD | |
| BUY | 27 Jan 22 | | MMAX | METAMATERIAL EXCHANGECO INC COM NEW | 300 | 1 8 | 31 Jan 22 | 26842935 | 549 95 | CAD | |
| BUY | 22 Nov 22 | | MMAX | METAMATERIAL EXCHANGECO INC COM NEW | 500 | 4 7 | 24-Nov 22 | 26842935 | 2359 95 | CAD | |
| BUY | | | MMAT | META MATERIALS INC COMMON STOCK | 9100 | 0 2008 | 22 Sep 23 | 26842935 | 1837 23 | USD | META MATLS INC COMMON STOCK UNSOLICITED DA |

1 Activity

| Date | Activity | Symbol | Symbol Description | Quantity | Price | Settlement Date | Account | Value | Currency | Description |
|---|---|---|---|---|---|---|---|---|---|---|
| 31 Jan 24 | Reorganization | MMAX | METAMATERIAL EXCHANGECO INC COM NEW | 23 | | 31 Jan 24 | 26842935 | 8729 8 | CAD | REV  METAMATERIAL EXCHANGECO INC COM NEW RESULT OF REVERSE SPLIT |
| 29 Jan 24 | Reorganization | MMAT | META MATERIALS INC COMMON STOCK | 91 | | 29-Jan-24 | 26842935 | 0 | USD | REV  META MATERIALS INC COMMON STOCK RESULT OF REVERSE SPLIT |
| 29 Jan 24 | Reorganization | MMAT | META MATERIALS INC COMMON STOCK | 36 | | 29 Jan 24 | 26842935 | 0 | CAD | REV  META MATERIALS INC COMMON STOCK RESULT OF REVERSE SPLIT |

Account 66819164  Investment

| Activity | Symbol | Symbol Description | Quantity | Settlement Date | Account | Value | Currency | Description |
|---|---|---|---|---|---|---|---|---|
| Reorganization | MMAX | METAMATERIAL EXCHANGECO INC COM NEW | 50 | | 66819164 | 10054 8 | CAD | REV  METAMATERIAL EXCHANGECO INC COM NEW RESULT OF REVERSE SPLIT |
| Reorganization | MMAT | META MATERIALS INC COMMON STOCK | 26 | | 66819164 | 607 95 | USD | REV  META MATERIALS INC COMMON STOCK RESULT OF REVERSE SPLIT |

TD Waterhouse
------------

Documentation too volumminous   summary below

Account  636FY2A   Cash Account   CDN Investment

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | MMAX | METAMATERIAL EXCHANGECO INC COM NEW | 23 | 31 Jan 24  26842935 | 8729 8 CAD | REV | METAMATERIAL EXCHANGECO INC COM NEW RESULT OF REVERSE SPLIT |

Account  636FY2B   Cash Account   USD Investment

| | MMAT | META MATERIALS INC COMMON STOCK | 91 | 29-Jan 24  26842935 | 0 USD | REV | META MATERIALS INC COMMON STOCK RESULT OF REVERSE SPLIT |
|---|---|---|---|---|---|---|---|

Account 308MR2A  Cash Account  CDN  INVESTMENT

| | MMAX | METAMATERIAL EXCHANGECO INC COM NEW | 130 | 308MR2A | $22 457 99  CAD | REV | METAMATERIAL EXCHANGECO INC COM NEW RESULT OF REVERSE SPLIT |
|---|---|---|---|---|---|---|---|

Account 308MR2J  Cash Account  CDN  TFSA INVESTMENT

| | MMAX | METAMATERIAL EXCHANGECO INC COM NEW | 45 | 308MR2A | $9 105 68  CAD | REV | METAMATERIAL EXCHANGECO INC COM NEW RESULT OF REVERSE SPLIT |
|---|---|---|---|---|---|---|---|

Account 308MR2S  Cash Account  CDN  SDRSP INVESTMENT

| | MMAX | METAMATERIAL EXCHANGECO INC COM NEW | 10 | 308MR2A | $799 99  CAD | REV | METAMATERIAL EXCHANGECO INC COM NEW RESULT OF REVERSE SPLIT |
|---|---|---|---|---|---|---|---|

Account 308MR2V  Cash Account  CDN  RESP INVESTMENT

| | MMAX | METAMATERIAL EXCHANGECO INC COM NEW | 226 | 308MR2A | $17 475 89  CAD | REV | METAMATERIAL EXCHANGECO INC COM NEW RESULT OF REVERSE SPLIT |
|---|---|---|---|---|---|---|---|

 **Direct Investing** | **RBC Direct Investing Inc.**
**ORDER EXECUTION ONLY ACCOUNT**

P O BOX 50 ROYAL BANK PLAZA
TORONTO ON M5J 2W7

ADPRB10720_5066817_004 E 27357-03357

>CHRIS HUISMAN

## Confirmation Notice

**DATE**
JUNE 12, 2023

**ACCOUNT NO**      **TYPE**
667-7159516        CSH

**FOR SETTLEMENT IN THIS OFFICE**
P O BOX 75 200 BAY ST ON M5J2Z5
TEL (800) 769-2560

---

AS AGENTS WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT OVER THE COUNTER U S A

**SETTLEMENT DATE**         **JUNE 14, 2023**

**TRANSACTION TYPE**                              **BOUGHT**

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 2,600 | META MATLS INC<br>COMMON STOCK<br>UNSOLICITED<br>DA | @ | .23US$ |



GROSS AMOUNT         598.00
COMMISSION             9.95
SUB TOTAL            607.95 US
NET AMOUNT           607.95 US

**CLIENT NAME**                    >CHRIS HUISMAN
**ACCOUNT NO**                     667 7159516 - CSH
**INVESTMENT REPRESENTATIVE**      ONLINE INVESTNG
I R NO 3YC

REFERENCE W4565 / CUSIP US59134N1046 / SECURITY NO M067927 / ORDER NO 394565 / INTERNAL CODES UN 65 / 688 A

Member Canadian Investor Protection Fund ®/™ Trademark(s) of Royal Bank of Canada Used under licence © Royal Bank of Canada 2019 All rights reserved



Direct Investing

**P O BOX 50 ROYAL BANK PLAZA**
**TORONTO ON M5J 2W7**

# RBC Direct Investing Inc.
## ORDER EXECUTION ONLY ACCOUNT

ADPRB10720_4314580_004 E 28234-04234

>CHRIS HUISMAN

## Confirmation Notice

**DATE**
MAY 4, 2023

**ACCOUNT NO**  **TYPE**
667-7159516    CSH

**FOR SETTLEMENT IN THIS OFFICE**
P O BOX 75 200 BAY ST ON M5J2Z5
TEL (800) 769-2560

AS AGENTS WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT TRADED ON ONE OR MORE MARKETPLACES OR MARKETS DETAILS AVAILABLE UPON REQUEST

**SETTLEMENT DATE**           **MAY 8, 2023**

**TRANSACTION TYPE**           **BOUGHT**

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 2 500 | METAMATERIAL EXCHANGECO INC COMMON UNSOLICITED AVG PRICE SHOWN-DETAILS ON REQ DA | @ | 27C$ |

| | |
|---|---|
| GROSS AMOUNT | 675 00 |
| COMMISSION | 9 95 |
| SUB TOTAL | 684 95 C$ |
| NET AMOUNT | 684 95 C$ |

**CLIENT NAME**              >CHRIS HUISMAN
**ACCOUNT NO**               667 7159516 - CSH
**INVESTMENT REPRESENTATIVE**  ONLINE INVESTNG
I R NO 3YC

REFERENCE W7793 / CUSIP CA59134L1085 / SECURITY NO M067926 / ORDER NO 397793 / INTERNAL CODES UN TL / 688 A

Member Canadian Investor Protection Fund ®/™ Trademark(s) of Royal Bank of Canada Used under licence © Royal Bank of Canada 2019 All rights reserved



Direct Investing

P O BOX 50 ROYAL BANK PLAZA
TORONTO ON M5J 2W7

# RBC Direct Investing Inc.
## ORDER EXECUTION ONLY ACCOUNT

ADPRB10720_4271059_004-E 38636-08636
>CHRIS HUISMAN

## Confirmation Notice

**DATE**
APRIL 28, 2022

**ACCOUNT NO**   **TYPE**
667-7159516     CSH

**FOR SETTLEMENT IN THIS OFFICE**
P O BOX 75 200 BAY ST ON M5J2Z5
TEL (800) 769-2560

---

AS AGENTS WE TODAY CONFIRM THE FOLLOWING SALE FOR YOUR ACCOUNT OVER THE COUNTER - U S A

**SETTLEMENT DATE**                         **MAY 2, 2022**
AS PRINCIPAL, WE CONVERTED AT                     1 2634
**TRANSACTION TYPE**                             **SOLD**

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 1 500 | META MATLS INC | @ | 1 27U$ |
|  | COMMON STOCK | | |
|  | UNSOLICITED | | |
|  | CA | | |
|  | EXCHANGE RATE  1 26340000 | | |

| | |
|---|---|
| GROSS AMOUNT | 1,905 00 |
| COMMISSION | 9 95 |
| US TRAN FEE | .01 |
| FEE SUB TOTAL | 9 96 |
| SUB TOTAL | 1,895 04 U$ |
| EXCHANGE | 499 15 |
| NET AMOUNT | 2,394 19CR C$ |

**CLIENT NAME**                >CHRIS HUISMAN
**ACCOUNT NO**                 667-7159516 - CSH
**INVESTMENT REPRESENTATIVE**  ONLINE INVESTNG
I R NO 4GC

REFERENCE W1151  /  CUSIP US59134N1046  /  SECURITY NO M067927  /  ORDER NO 351151  /  INTERNAL CODES UN 65  /  688 A

Member-CanadianInvestor Protection Fund ®/™ Trademark(s) of Royal Bank of Canada Used under licence © Royal Bank of Canada 2019 All rights reserved



Direct Investing

P O BOX 50 ROYAL BANK PLAZA
TORONTO ON M5J 2W7

# RBC Direct Investing Inc.
## ORDER EXECUTION ONLY ACCOUNT

ADPRB10720_4247198_004-E 37485-07485
>CHRIS HUISMAN

## Confirmation Notice

**DATE**
APRIL 27, 2022

**ACCOUNT NO**  **TYPE**
667-7159516    CSH

**FOR SETTLEMENT IN THIS OFFICE**
P O BOX 75 200 BAY ST ON M5J2Z5
TEL (800) 769-2560

---

AS AGENTS WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT OVER THE COUNTER - U S A

**SETTLEMENT DATE**                        **APRIL 29, 2022**
AS PRINCIPAL WE CONVERTED AT                      1 3011
TRANSACTION TYPE                               **BOUGHT**

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 1 500 | META MATLS INC | @ | 1 20U$ |
| | COMMON STOCK | | |
| | UNSOLICITED | | |
| | DA | | |
| | EXCHANGE RATE  1 30110000 | | |

| | |
|---|---|
| GROSS AMOUNT | 1,800.00 |
| COMMISSION | 9 95 |
| SUB TOTAL | 1,809 95 U$ |
| EXCHANGE | 544 98 |
| NET AMOUNT | 2,354 93 C$ |

**CLIENT NAME**                >CHRIS HUISMAN
**ACCOUNT NO**                 667-7159516 - CSH
**INVESTMENT REPRESENTATIVE**  ONLINE INVESTNG
I R NO 4GC

REFERENCE R5548 / CUSIP US59134N1046 / SECURITY NO M067927 / ORDER NO 275548 / INTERNAL CODES UN 65 / 688 A

Member-CanadianInvestor Protection Fund ®/™ Trademark(s) of Royal Bank of Canada Used under licence © Royal Bank of Canada 2019 All rights reserved



Direct Investing

P O BOX 50 ROYAL BANK PLAZA
TORONTO ON M5J 2W7

# RBC Direct Investing Inc.
## ORDER EXECUTION ONLY ACCOUNT

ADPRB10720_1930543_006-E 50960-00960
>CHRIS HUISMAN

## Confirmation Notice

**DATE**
JANUARY 11, 2022

**ACCOUNT NO**  **TYPE**
667-7159516    CSH

**FOR SETTLEMENT IN THIS OFFICE**
P O BOX 75 200 BAY ST ON M5J2Z5
TEL (800) 769-2560

AS AGENTS WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT ON THE CANADIAN SECURITIES EXCHANGE

## SETTLEMENT DATE            JANUARY 13, 2022

| TRANSACTION TYPE | | | BOUGHT |
|---|---|---|---|
| Quantity | Security Description | | Unit Price |
| 500 | METAMATERIAL EXCHANGECO INC COMMON UNSOLICITED DA | @ | 2.60C$ |

| | |
|---|---|
| GROSS AMOUNT | 1,300.00 |
| COMMISSION | 9.95 |
| SUB TOTAL | 1,309.95 C$ |
| NET AMOUNT | 1,309.95 C$ |

**CLIENT NAME**           >CHRIS HUISMAN
**ACCOUNT NO**            667-7159516 - CSH
**INVESTMENT REPRESENTATIVE**  ONLINE INVESTNG
IR NO 4GC

REFERENCE W5158 / CUSIP CA59134L1085 / SECURITY NO M067926 / ORDER NO 365158 / INTERNAL CODES UN A1 / 688 A

Member-CanadianInvestor Protection Fund ®/™ Trademark(s) of Royal Bank of Canada Used under licence © Royal Bank of Canada 2019 All rights reserved



**Direct Investing**

P O BOX 50 ROYAL BANK PLAZA
TORONTO ON M5J 2W7

# RBC Direct Investing Inc.
## ORDER EXECUTION ONLY ACCOUNT

ADPRB10720_1032415_006-E 51141-01141

\>CHRIS HUISMAN

## Confirmation Notice

**DATE**
NOVEMBER 30, 2021

**ACCOUNT NO**  **TYPE**
667-7159516    CSH

**FOR SETTLEMENT IN THIS OFFICE**
P O BOX 75 200 BAY ST ON M5J2Z5
TEL (800) 769-2560

---

AS AGENTS WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT TRADED ON ONE OR MORE MARKETPLACES OR MARKETS DETAILS AVAILABLE UPON REQUEST

## SETTLEMENT DATE            DECEMBER 2, 2021

| TRANSACTION TYPE | | BOUGHT |
|---|---|---|
| Quantity  Security Description | | Unit Price |
| 1 000  METAMATERIAL EXCHANGECO INC  COMMON  UNSOLICITED  AVG PRICE SHOWN-DETAILS ON REQ  DA | @ | 4 C$ |

| | |
|---|---|
| GROSS AMOUNT | 4,000.00 |
| COMMISSION | 9.95 |
| SUB TOTAL | 4,009.95 C$ |
| NET AMOUNT | 4,009.95 C$ |

**CLIENT NAME**           \>CHRIS HUISMAN
**ACCOUNT NO**            667-7159516 – CSH
**INVESTMENT REPRESENTATIVE**  ONLINE INVESTNG
I R NO 4GC

REFERENCE W5843  /  CUSIP CA59134L1085  /  SECURITY NO M067926  /  ORDER NO 355843  /  INTERNAL CODES UN TL  /  688 A

Member–CanadianInvestor Protection Fund ® / ™ Trademark(s) of Royal Bank of Canada Used under licence © Royal Bank of Canada 2019 All rights reserved



Direct Investing

P O BOX 50 ROYAL BANK PLAZA
TORONTO ON M5J 2W7

# RBC Direct Investing Inc.
## ORDER EXECUTION ONLY ACCOUNT

ADPRB10720_1032415_006-E 51142-01142
>CHRIS HUISMAN

## Confirmation Notice

**DATE**
NOVEMBER 30, 2021

**ACCOUNT NO**    **TYPE**
667-7159516    CSH

**FOR SETTLEMENT IN THIS OFFICE**
P O BOX 75 200 BAY ST ON M5J2Z5
TEL (800) 769-2560

---

AS AGENTS WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT TRADED ON ONE OR MORE MARKETPLACES OR MARKETS DETAILS AVAILABLE UPON REQUEST

**SETTLEMENT DATE**     **DECEMBER 2, 2021**

| TRANSACTION TYPE | | | **BOUGHT** |
|---|---|---|---|
| Quantity | Security Description | | Unit Price |
| 1,000 | METAMATERIAL EXCHANGECO INC COMMON UNSOLICITED AVG PRICE SHOWN-DETAILS ON REQ DA | @ | 4 04C$ |

| | |
|---|---|
| GROSS AMOUNT | 4,040 00 |
| COMMISSION | 9 95 |
| SUB TOTAL | 4,049 95 C$ |
| NET AMOUNT | 4,049 95 C$ |

**CLIENT NAME**    >CHRIS HUISMAN
**ACCOUNT NO**    667-7159516 - CSH
**INVESTMENT REPRESENTATIVE**    ONLINE INVESTNG
I R NO 4GC

REFERENCE W5844 / CUSIP CA59134L1085 / SECURITY NO M067926 / ORDER NO 355844 / INTERNAL CODES UN TL / 688 A

Member-CanadianInvestor Protection Fund ®/™ Trademark(s) of Royal Bank of Canada Used under licence © Royal Bank of Canada 2019 All rights reserved



**TD Direct Investing**

# Your RESP statement
March 1, 2023 to March 31, 2023

Account number: 308MR2-V
Account type: Education Savings Plan
Account currency: Canadian dollars

MR CHRIS ████ HUISMAN

### Do you have a question?
For questions about your statement or further information, we provide support Monday through Friday, in 4 languages:

| | |
|---|---|
| **English:** | 1-800-465-5463 |
| **French:** | 1-800-361-2684 |
| **Cantonese:** | 1-800-838-3223 option 1 |
| **Mandarin:** | 1-800-838-3223 option 2 |

## Your account at a glance

> ⓘ **You need to know**
> Please see **page 3** for important information about your account.

|  | This period (Mar 1 - Mar 31, 2023) | Last period (Feb 1 - Feb 28, 2023) | Year to date (Jan 1 - Mar 31, 2023) |
|---|---|---|---|
| | ████ | ████ | ████ |
| | ████ | ████ | ████ |

## Holdings in your account
on March 31, 2023

| Description | Quantity or par value ($) | Price ($) | Book cost ($) | Market value ($) | Unrealized gain or loss ($) | % of your holdings |
|---|---|---|---|---|---|---|
| **DOMESTIC** | | | | | | |
| ████ | | | ████ | ████ | ████ | ████ |
| ████ | ████ | | ████ | ████ | ████ | ████ |
| METAMATERIAL EXCHANGECO (**MMAX**) | 12,500 SEG | 0.560 | 13,451.93 | 7,000.00 | -6,451.93 | 41.96% |
| ████ | ████ | ████ | ████ | ████ | ████ | ████ |
| ████ | ████ | ████ | ████ | ████ | ████ | ████ |





Account number  308MR2-V
Account type  Education Savings Plan
Your RESP statement  Feb 28  2023

## Definitions

**An explanation of terms shown in the tables above**

**Book cost for long positions** is the total amount paid to purchase a security including any transaction charges related to the purchase, adjusted for reinvested distributions, return of capital and corporate actions

**Book cost for short positions** is the total amount received for the security, net of any transaction charges related to the sale, adjusted for any distribution (other than dividends), returns of capital and corporate actions

**Market value** is the price of the security or fund multiplied by the quantity held

**Unrealized Gain or Loss** is the gain or loss that would be incurred, if your holdings were liquidated as at the end of the statement period It is calculated by subtracting book cost from market value

## Activity in your account this period

| Date | Activity | Description | Quantity | Price ($) | Amount ($) | Cash balance ($) |
|---|---|---|---|---|---|---|
| | | Beginning cash balance | | | | 61 09 |
| Feb 7 | Buy | METAMATERIAL EXCHANGECO AR-583936 | 1,500 | 1 160 | -1,749 99 | 311 10 |
| Feb 14 | Buy | METAMATERIAL EXCHANGECO MG-584037 | 200 | 1 100 | -229 99 | 81 11 |
| Feb 23 | Buy | METAMATERIAL EXCHANGECO IP-584299 | 2,000 | 0 870 | -1,749 99 | 1,640 63 |

*Order-Execution-Only Account*

Page **2** of 4



**TD Direct Investing**

# Your RESP statement
February 1, 2023 to February 28, 2023

Account number: 308MR2-V
Account type: Education Savings Plan
Account currency: Canadian dollars

MR CHRIS ▓▓▓▓▓▓ HUISMAN

### Do you have a question?
For questions about your statement or further information, we provide support 24 hours a day, 7 days a week in 4 languages:

| | |
|---|---|
| **English:** | 1-800-465-5463 |
| **French:** | 1-800-361-2684 |
| **Cantonese:** | 1-800-838-3223 option 1 |
| **Mandarin:** | 1-800-838-3223 option 2 |

## Your account at a glance

> ⓘ **You need to know**
> Please see **page 3** for important information about your account.



## Holdings in your account
on February 28, 2023

| Description | Quantity or par value ($) | Price ($) | Book cost ($) | Market value ($) | Unrealized gain or loss ($) | % of your holdings |
|---|---|---|---|---|---|---|
| **DOMESTIC** | | | | | | |
| Cash | | | ▓ | ▓ | ▓ | ▓ |
| ▓▓▓▓▓▓ | ▓▓ | ▓ | ▓ | ▓ | ▓ | ▓ |
| METAMATERIAL EXCHANGECO (**MMAX**) | 10,000 SEG | 0.870 | 11,541.94 | 8,700.00 | -2,841.94 | 46.21% |

*rder-Execution-Only Account.*

Waterhouse Canada Inc.
mber - Canadian Investor Protection Fund

**IIROC**  Regulated by Investment Industry Regulatory Organization of Canada

Page **1** of 4



Account number 308MR2-V
Account type  Education Savings Plan
Your RESP statement  Jan 31  2023

## Definitions

### An explanation of terms shown in the tables above

**Book cost for long positions** is the total amount paid to purchase a security including any transaction charges related to the purchase, adjusted for reinvested distributions  return of capital and corporate actions

**Book cost for short positions** is the total amount received for the security, net of any transaction charges related to the sale, adjusted for any distribution (other than dividends)  returns of capital and corporate actions

**Market value** is the price of the security or fund multiplied by the quantity held

**Unrealized Gain or Loss** is the gain or loss that would be incurred, if your holdings were liquidated as at the end of the statement period It is calculated by subtracting book cost from market value

## Activity in your account this period

| Date | Activity | Description | Quantity | Price ($) | Amount ($) | Cash balance ($) |
|---|---|---|---|---|---|---|
| Jan 5 | Buy | METAMATERIAL EXCHANGECO HY-573066 | 4,800 | 1 240 | -5,961 99 | 12,038 01 |
| Jan 9 | Buy | METAMATERIAL EXCHANGECO NF-572530 | 700 | 1 220 | -863 99 | 2,560 06 |
| Jan 18 | Buy | METAMATERIAL EXCHANGECO XG-577464 | 800 | 1 220 | -985 99 | 596 08 |

## Your RESP contribution information

| Contributions | |
|---|---|
| Year to date | $10,000 00 |

*Order-Execution-Only Account*



**TD Direct Investing**

# Your RESP statement
January 1, 2023 to January 31, 2023

Account number: 308MR2-V
Account type: Education Savings Plan
Account currency: Canadian dollars

MR CHRIS HUISMAN

### Do you have a question?
For questions about your statement or further information, we provide support 24 hours a day, 7 days a week in 4 languages:

| | |
|---|---|
| **English:** | 1-800-465-5463 |
| **French:** | 1-800-361-2684 |
| **Cantonese:** | 1-800-838-3223 option 1 |
| **Mandarin:** | 1-800-838-3223 option 2 |

## Your account at a glance

> ⚠ **You need to know**
> Please see **page 3** for important information about your account.



This period (Jan 1 - Jan 31, 2023) | Last period (Dec 1 - Dec 31, 2022) | Year to date (Jan 1 - Jan 31, 2023)

## Holdings in your account
on January 31, 2023

| Description | Quantity or par value ($) | Price ($) | Book cost ($) | Market value ($) | Unrealized gain or loss ($) | % of your holdings |
|---|---|---|---|---|---|---|
| **DOMESTIC** | | | | | | |
| Cash | | | 61.09 | 61.09 | 0.00 | 0.29% |
| **COMMON SHARES** | | | | | | |
| | | | | | | |
| | | | | | | |
| METAMATERIAL EXCHANGECO (MMAX) | 6,300 SEG | 1.260 | 7,811.97 | 7,938.00 | 126.03 | 37.62% |
| | | | | | | |
| | | | | | | |



Account number 308MR2-V
Account type Education Savings Plan
Your RESP statement Mar 31 2023

## Definitions

**An explanation of terms shown in the tables above**

*Book cost for long positions* is the total amount paid to purchase a security including any transaction charges related to the purchase, adjusted for reinvested distributions, return of capital and corporate actions

*Book cost for short positions* is the total amount received for the security, net of any transaction charges related to the sale, adjusted for any distribution (other than dividends), returns of capital and corporate actions

*Market value* is the price of the security or fund multiplied by the quantity held

*Unrealized Gain or Loss* is the gain or loss that would be incurred, if your holdings were liquidated as at the end of the statement period It is calculated by subtracting book cost from market value

## Activity in your account this period



| Date | Activity | Description | Quantity | Price ($) | Amount ($) | Cash balance ($) |
|---|---|---|---|---|---|---|
| | | Beginning cash balance | | | | 198 15 |
| Mar 8 | Buy | METAMATERIAL EXCHANGECO PD-590437 | 2 500 | 0 760 | -1,909 99 | 249 68 |

## Details of investment income



| Earnings/Expenses | This period (Mar 1 - Mar 31, 2023) | Year to date (Jan 1 - Mar 31, 2023) |
|---|---|---|

*Order-Execution-Only Account*