NVB 3001 (Effective 1/21)

# UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA

**PROOF OF INTEREST**

Name of Debtor: Meta Materials Inc

Case Number: 24-50792

1. Name and address of holder of the Equity Interest (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

   Douglas M. Collins (Doug Collins)
   801 Timbertine Drive
   Lenoir City, TN 37772

   Telephone Number: 865-548-3741

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

☒ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

**RECEIVED AND FILED**
DEC 13 2024
U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

**COURT USE ONLY**

Account or other number by which Interest holder identifies Debtor:
9685-6925    8317-0127
9685-4807    3874-2532

Check here if this claim:
☐ replaces a previously filed Proof of Interest dated: _____
☐ amends a previously filed Proof of Interest dated: _____

2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:
   Douglas (Doug) Collins & Charles Schwab & Co. Inc
   Omaha Operations Center
   P.O. Box 2339 Omaha, NE 68103
   Telephone Number: 800-435-4000

3. Date Equity Interest was acquired:
   Approximately March 2021 through Feb. 2024

4. Total amount of member interest: $715,634.19 LOSS

5. Certificate number(s): See Attached Docs

6. Type of Equity Interest:
   Please indicate the type of Equity Interest you hold:
   ☒ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
   ☐ Check this box if your Equity Interest is based on anything else and describe that interest:
   Description: Investor - Sold shares at a loss $715,634.19

7. Supporting Documents: Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
   DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. Date-Stamped Copy: To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

9. Signature:
   Check the appropriate box.
   ☒ I am the creditor.   ☐ I am the creditor's authorized agent.   ☐ I am the trustee, or the debtor,   ☐ I am a guarantor, surety, endorser, or other codebtor.
           (Attach copy of power of attorney, if any.)   or their authorized agent.   (See Bankruptcy Rule 3005.)
                                                         (See Bankruptcy Rule 3004.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: Douglas (Doug) Collins
Title:
Company: Address and telephone number (if different from notice address above):

(Signature) Doug Collins
865-548-3741
Telephone number:                email:
(Date) 12.10.2024

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*



## Schwab One® Account of

DOUG COLLINS
DESIGNATED BENE PLAN/TOD

Statement Period
May 1-31, 2024

## Transactions - Summary

| Beginning Cash* as of 05/01 | + Deposits | + Withdrawals | + Purchases | + Sales/Redemptions | + Dividends/Interest | + Expenses | = Ending Cash* as of 05/31 |
|---|---|---|---|---|---|---|---|
| $74.53 | $0.00 | $0.00 | $0.00 | $6,710.08 | $0.60 | $0.00 | $6,785.21 |

Other Activity  $0.00    Other activity includes transactions which don't affect the cash balance such as stock transfers, splits, etc.

*Cash (includes any cash debit balance) held in your account plus the value of any cash invested in a sweep money fund.

## Transaction Details

| Date | Category | Action | Symbol/CUSIP | Description | Quantity | Price/Rate per Share($) | Charges/Interest($) | Amount($) | Realized Gain/(Loss)($) |
|---|---|---|---|---|---|---|---|---|---|
| 05/09 | Sale | | MMAT | META MATLS INC | (2,739.0000) | 2.4500 | 0.51 | 6,710.08 | (13,895.23) (ST) |
| | | | | | | | | | (494,974.07) (LT) |
| | | | | Exchange Processing Fee $0.51 | | | | | |
| 05/16 | Interest | Bank Interest X,Z | | BANK INT 041624-051524 | | | | 0.60 | |
| **Total Transactions** | | | | | | | | **$6,710.68** | **$(508,869.30)** |

Date column represents the Settlement/Process date for each transaction.

## Bank Sweep Activity

| Date | Description | Amount | Date | Description | Amount |
|---|---|---|---|---|---|
| 05/01 | Beginning Balance X,Z | $74.53 | 05/31 | Ending Balance X,Z | $6,785.21 |
| 05/09 | BANK CREDIT FROM BROKERAGE X | 6,710.08 | 05/31 | Interest Rate *Z | 0.45% |
| 05/15 | BANK INTEREST - CHARLES SCHWAB BANK X,Z | 0.60 | | | |

* Your interest period was 04/16/24 - 05/15/24.

## Endnotes For Your Account

W   Excluding unpriced securities (see Investment Detail).

X   Bank Sweep deposits are held at FDIC-insured Program Banks, which are listed in the Cash Features Disclosure Statement.

Z   For the Bank Sweep and Bank Sweep for Benefit Plans features, interest is paid for a period that differs from the Statement Period. Balances include interest paid as indicated on your statement by Schwab or one or more of its Program Banks. These balances do not include interest that may have accrued during the Statement Period after interest is paid. The interest paid may include interest that accrued in the prior Statement Period.

Cost Basis $515,579.38
Loss: $506,293.72

2,739 Shares Sold

4 of 6





### Schwab One® Account of

**DOUG COLLINS**
**DESIGNATED BENE PLAN/TOD**

Statement Period
**April 1-30, 2024**

## Positions - Summary



| Beginning Value as of 04/01 | + | Transfer of Securities(In/Out) | + | Dividends Reinvested | + | Cash Activity | + | Change In Market Value | = | **Ending Value as of 04/30** | Cost Basis | Unrealized Gain/(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ███ | | $0.00 | | $0.00 | | $0.03 | | ███ | | ███ | ███.49 | ███ |

Values may not reflect all of your gains/losses; Schwab has provided accurate gain and loss information wherever possible for most investments. Cost basis may be incomplete or unavailable for some of your holdings and may change or be adjusted in certain cases. Statement information should not be used for tax preparation, instead refer to official tax documents. For additional information refer to Terms and Conditions.

## Cash and Cash Investments

| Type | Symbol | Description | Quantity | Price($) | Beginning Balance($) | Ending Balance($) | Change in Period Balance($) | Pending/Unsettled Cash($) | Interest/ Yield Rate | % of Acct |
|---|---|---|---|---|---|---|---|---|---|---|
| Bank Sweep | | CHARLES SCHWAB BANK X,Z | | | 74.50 | 74.53 | 0.03 | | 0.45% | <1% |
| **Total Cash and Cash Investments** | | | | | **$74.50** | **$74.53** | **$0.03** | | | **<1%** |

## Positions - Equities

| Symbol | Description | Quantity | Price($) | Market Value($) | Cost Basis($) | Unrealized Gain/(Loss)($) | Est. Yield | Est. Annual Income($) | % of Acct |
|---|---|---|---|---|---|---|---|---|---|
| ███ | AMANI GOLD LTD ORD ███ | ███ | ███ | ███ | ███ | ███ | N/A | ███ | ███ |
| ███ | ███ | ███ | ███ | ███ | ███ | ███ | ███ | ███ | ███ |
| MMAT | META MATLS INC | 2,739.0000 | 3.56000 | 9,750.84 | 515,579.38 | (505,828.54) | N/A | 0.00 | 99% |
| **Total Equities** | | | | **$9,756.39** | **$516,050.11** | **($506,293.72)** | | **$0.00** | **99%** |

## Positions - Unpriced Securities

| Symbol | Description | Quantity | Price($) | Market Value($) | Cost Basis($) | Unrealized Gain/(Loss)($) | Est. Yield | Est. Annual Income($) |
|---|---|---|---|---|---|---|---|---|
| | NEXT BRIDGE HYDROCARBONS | 43,595.0000 | | | 208.38 | | N/A | |
| **Total Unpriced Securities** | | | | **$0.00** | **$208.38** | **$0.00** | | **$0.00** |

Estimated Annual Income ("EAI") and Estimated Yield ("EY") calculations are for informational purposes only. The actual income and yield might be lower or higher than the estimated amounts. EY is based upon EAI and the current price of the security and will fluctuate. For certain types of securities, the calculations could include a return of principal or capital gains in which case EAI and EY would be overstated. EY and EAI are not promptly updated to reflect when an issuer has missed a regular payment or announced changes to future payments, in which case EAI and EY will continue to display at a prior rate.



### Contributory IRA of

**DOUG COLLINS**
CHARLES SCHWAB & CO INC CUST
IRA CONTRIBUTORY

Statement Period
**April 1-30, 2024**

## Positions - Summary



Beginning Value as of 04/01 + Transfer of Securities(In/Out) + Dividends Reinvested + Cash Activity + Change in Market Value = **Ending Value as of 04/30**    Cost Basis    Unrealized Gain/(Loss)

Values may not reflect all of your gains/losses. Schwab has provided accurate gain and loss information wherever possible for most investments. Cost basis may be incomplete or unavailable for some of your holdings and may change or be adjusted in certain cases. Statement information should not be used for tax preparation; instead refer to official tax documents. For additional information refer to Terms and Conditions.

## Cash and Cash Investments

| Type | Symbol | Description | Quantity | Price($) | Beginning Balance($) | Ending Balance($) | Change in Period Balance($) | Pending/Unsettled Cash($) | Interest/ Yield Rate | % of Acct |
|---|---|---|---|---|---|---|---|---|---|---|
| Bank Sweep | | CHARLES SCHWAB BANK ˣ,ᶻ | | | 0.10 | 0.10 | 0.00 | | 0.45% | <1% |
| **Total Cash and Cash Investments** | | | | | **$0.10** | **$0.10** | **$0.00** | | | **<1%** |

## Positions - Equities

| Symbol | Description | Quantity | Price($) | Market Value($) | Cost Basis($) | Unrealized Gain/(Loss)($) | Est. Yield | Est. Annual Income($) | % of Acct |
|---|---|---|---|---|---|---|---|---|---|
| MMAT | META MATLS INC | 294.0000 | 3.56000 | 1,046.64 | 59,995.35 | (58,948.71) | N/A | 0.00 | 100% |
| **Total Equities** | | | | **$1,046.64** | **$59,995.35** | **($58,948.71)** | | **$0.00** | **100%** |

Estimated Annual Income ("EAI") and Estimated Yield ("EY") calculations are for informational purposes only. The actual income and yield might be lower or higher than the estimated amounts. EY is based upon EAI and the current price of the security and will fluctuate. For certain types of securities, the calculations could include a return of principal or capital gains in which case EAI and EY would be overstated. EY and EAI are not promptly updated to reflect when an issuer has missed a regular payment or announced changes to future payments, in which case EAI and EY will continue to display at a prior rate.

## Transactions - Summary

| Beginning Cash* as of 04/01 | + Deposits | + Withdrawals | + Purchases | + Sales/Redemptions | + Dividends/Interest | + Expenses | = Ending Cash* as of 04/30 |
|---|---|---|---|---|---|---|---|
| $0.10 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.10 |

Other Activity  **$0.00**   Other activity includes transactions which don't affect the cash balance such as stock transfers, splits, etc.

*Cash (includes any cash debit balance) held in your account plus the value of any cash invested in a sweep money fund.

Cost Basis: 59,995.35 SOLD    Loss: $59,275."    # of Shares 294 SOLD



### Contributory IRA of

DOUG COLLINS
CHARLES SCHWAB & CO INC CUST
IRA CONTRIBUTORY

Statement Period
May 1-31, 2024

## Cash and Cash Investments

| Type | Symbol | Description | Quantity | Price($) | Beginning Balance($) | Ending Balance($) | Change in Period Balance($) | Pending/Unsettled Cash($) | Interest/ Yield Rate | % of Acct |
|---|---|---|---|---|---|---|---|---|---|---|
| Bank Sweep | | CHARLES SCHWAB BANK X,Z | | | 0.10 | 720.40 | 720.30 | | 0.45% | 100% |
| **Total Cash and Cash Investments** | | | | | **$0.10** | **$720.40** | **$720.30** | | | **100%** |

## Transactions - Summary

| Beginning Cash* as of 05/01 | + Deposits | + Withdrawals | + Purchases | + Sales/Redemptions | + Dividends/Interest | + Expenses | = Ending Cash* as of 05/31 |
|---|---|---|---|---|---|---|---|
| $0.10 | $0.00 | $0.00 | $0.00 | $720.24 | $0.06 | $0.00 | $720.40 |

Other Activity  $0.00    Other activity includes transactions which don't affect the cash balance such as stock transfers, splits, etc.

*Cash (includes any cash debit balance) held in your account plus the value of any cash invested in a sweep money fund.

## Transaction Details

| Date | Category | Action | Symbol/ CUSIP | Description | Quantity | Price/Rate per Share($) | Charges/ Interest($) | Amount($) | Realized Gain/(Loss)($) |
|---|---|---|---|---|---|---|---|---|---|
| 05/09 | Sale | | MMAT | META MATLS INC<br>Exchange Processing Fee $0.06 | (294.0000) | 2.4500 | 0.06 | 720.24 | (59,275.11) (LT) |
| 05/16 | Interest | Bank Interest X,Z | | BANK INT 041624-051524 | | | | 0.06 | |
| **Total Transactions** | | | | | | | | **$720.30** | **$(59,275.11)** |

Date column represents the Settlement/Process date for each transaction.

## Bank Sweep Activity

| Date | Description | Amount | Date | Description | Amount |
|---|---|---|---|---|---|
| 05/01 | **Beginning Balance** X,Z | $0.10 | 05/31 | **Ending Balance** X,Z | $720.40 |
| 05/09 | BANK CREDIT FROM BROKERAGE X | 720.24 | 05/31 | **Interest Rate** *,Z | 0.45% |
| 05/15 | BANK INTEREST - CHARLES SCHWAB BANK X,Z | 0.06 | | | |



Schwab One® Account of
**DOUG COLLINS**

Account Number
**8817-0127**

Statement Period
**September 1-30, 2023**

## Investment Detail - Equities

| Equities | Quantity | Market Price | Market Value / Cost Basis | % of Account Assets | Unrealized Gain or (Loss) | Estimated Yield | Estimated Annual Income |
|---|---|---|---|---|---|---|---|
| META MATLS INC (M) SYMBOL: MMAT | 72,302.0000 | 0.21190 | 15,320.79 / 83,319.99 | 100% | (67,999.20) | N/A | N/A |
| ~~redacted~~ | | | | <1% | | N/A | N/A |
| **Total Equities** | | | | 100% | | | N/A |
| | | **Total Cost Basis:** | | | | | |

## Investment Detail - Unpriced Securities

| Unpriced Securities | Quantity | Market Price | Market Value / Cost Basis | Unrealized Gain or (Loss) |
|---|---|---|---|---|
| NEXT BRIDGE HYDROCARBONS | 1,405.0000 | N/A | N/A / 9,637.87 | N/A |
| **Total Unpriced Securities** | 1,405.0000 | | N/A | N/A |
| | | **Total Cost Basis:** | 9,637.87 | |

*Estimated Annual Income ("EAI") and Estimated Yield ("EY") calculations are for informational purposes only and are derived from information provided by outside parties. Schwab cannot guarantee the accuracy of such information. Since the interest and dividends are subject to change at any time, they should not be relied upon exclusively for making investment decisions. The actual income and yield might be lower or higher than the estimated amounts. EY is based upon EAI and the current price of the security and will fluctuate. For certain types of securities, the calculations could include a return of principal or capital gains in which case EAI and EY would be overstated. EY and EAI are not promptly updated to reflect when an issuer has missed a regular payment or announced changes to future payments, in which case EAI and EY will continue to display at a prior rate.*

Cost Basis: $83,319.99     Loss: $67,999.20     # of Shares: 72,302 Sold

3874-2532



### Roth Contributory IRA of

DOUG COLLINS
CHARLES SCHWAB & CO INC CUST
ROTH CONTRIBUTORY IRA

Statement Period
April 1-30, 2024

## Positions - Summary



Cash Activity $0.00

Values may not reflect all of your gains/losses; Schwab has provided accurate gain and loss information wherever possible for most investments. Cost basis may be incomplete or unavailable for some of your holdings and may change or be adjusted in certain cases. Statement information should not be used for tax preparation, instead refer to official tax documents. For additional information refer to Terms and Conditions.

## Cash and Cash Investments

| Type | Symbol | Description | Quantity | Price($) | Beginning Balance($) | Ending Balance($) | Change in Period Balance($) | Pending/Unsettled Cash($) | Interest/ Yield Rate | % of Acct |
|---|---|---|---|---|---|---|---|---|---|---|
| Bank Sweep | | CHARLES SCHWAB BANK X,Z | | | 0.05 | 0.05 | 0.00 | | 0.45% | <1% |
| **Total Cash and Cash Investments** | | | | | **$0.05** | **$0.05** | **$0.00** | | | **<1%** |

## Positions - Equities

| Symbol | Description | Quantity | Price($) | Market Value($) | Cost Basis($) | Unrealized Gain/(Loss)($) | Est. Yield | Est. Annual Income($) | % of Acct |
|---|---|---|---|---|---|---|---|---|---|
| MMAT | META MATLS INC | 566.0000 | 3.56000 | 2,014.96 | 83,452.76 | (81,437.80) | N/A | 0.00 | 100% |
| **Total Equities** | | | | **$2,014.96** | **$83,452.76** | **($81,437.80)** | | **$0.00** | **100%** |

Estimated Annual Income ("EAI") and Estimated Yield ("EY") calculations are for informational purposes only. The actual income and yield might be lower or higher than the estimated amounts. EY is based upon EAI and the current price of the security and will fluctuate. For certain types of securities, the calculations could include a return of principal or capital gains in which case EAI and EY would be overstated. EY and EAI are not promptly updated to reflect when an issuer has missed a regular payment or announced changes to future payments, in which case EAI and EY will continue to display at a prior rate.

## Transactions - Summary

| Beginning Cash* as of 04/01 | + | Deposits | + | Withdrawals | + | Purchases | + | Sales/Redemptions | + | Dividends/Interest | + | Expenses | = | Ending Cash* as of 04/30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| $0.05 | | $0.00 | | $0.00 | | $0.00 | | $0.00 | | $0.00 | | $0.00 | | $0.05 |

Other Activity  $0.00     Other activity includes transactions which don't affect the cash balance such as stock transfers, splits, etc.

*Cash (includes any cash debit balance) held in your account plus the value of any cash invested in a sweep money fund.

Cost Basis: $83,452.76    Loss: $82,066.16    # of Shares 566 SOLD



**Roth Contributory IRA** of

DOUG COLLINS
CHARLES SCHWAB & CO INC CUST
ROTH CONTRIBUTORY IRA

Statement Period
May 1-31, 2024

## Transaction Details

| Date | Category | Action | Symbol/CUSIP | Description | Quantity | Price/Rate per Share($) | Charges/Interest($) | Amount($) | Realized Gain/(Loss)($) |
|---|---|---|---|---|---|---|---|---|---|
| 05/09 | Sale | | MMAT | META MATLS INC<br>Exchange Processing Fee $0.10 | (566.0000) | 2.4500 | 0.10 | 1,386.60 | (82,066.16) (L7) |
| 05/16 | Interest | | X,Z | | | | | | |
| 05/21 | Purchase | | | Commission $6.95 | | | | | |

**Total Transactions**

Date column represents the Settlement/Process date for each transaction.

## Bank Sweep Activity

| Date | Description | Amount | Date | Description | Amount |
|---|---|---|---|---|---|
| 05/01 | **Beginning Balance** X,Z | | 05/21 | BANK TRANSFER TO BROKERAGE | |
| 05/09 | BANK CREDIT FROM BROKERAGE X | | 05/31 | **Ending Balance** X,Z | |
| 05/15 | BANK INTEREST - CHARLES SCHWAB BANK X,Z | | 05/31 | **Interest Rate** *Z | |

* Your interest period was 04/16/24 - 05/15/24.

## Endnotes For Your Account

X  Bank Sweep deposits are held at FDIC-insured Program Banks, which are listed in the Cash Features Disclosure Statement.

Z  For the Bank Sweep and Bank Sweep for Benefit Plans features, interest is paid for a period that differs from the Statement Period. Balances include interest paid as indicated on your statement by Schwab or one or more of its Program Banks. These balances do not include interest that may have accrued during the Statement Period after interest is paid. The interest paid may include interest that accrued in the prior Statement Period.

## Terms and Conditions

**GENERAL INFORMATION AND KEY TERMS**: This Account statement is furnished solely by Charles Schwab & Co., Inc. ("Schwab") for your Account at Schwab ("Account"). Unless otherwise defined herein, capitalized terms have the same meanings as in your Account Agreement. If you receive any other communication from any source other than Schwab which purports to represent your holdings at Schwab (including balances held at a Depository Institution) you should verify its content with this statement. **Accrued Income**: Accrued Income is the sum of the total accrued interest and/or accrued dividends on positions held in your Account, but the interest and/or dividends have not been received into your Account. Schwab makes no representation that the amounts shown (or any other amount) will be received. Accrued amounts are not covered by SIPC account protection until actually received and held in the Account. **AIP**

**(Automatic Investment Plan) Customers**: Schwab receives remuneration in connection with certain transactions effected through Schwab. If you participate in a systematic investment program through Schwab, the additional information normally detailed on a trade confirmation will be provided upon request. **Average Daily Balance**: Average daily composite of all cash balances that earn interest and all loans from Schwab that are charged interest. **Bank Sweep and Bank Sweep for Benefit Plans Features**: Schwab acts as your agent and custodian in establishing and maintaining your Deposit Account(s) as a feature of your brokerage Account(s). Deposit accounts held through these bank sweep features constitute direct obligations of one or more FDIC insured banks ("Program Banks") that are not obligations of Schwab. Funds swept to Program Banks are eligible for deposit insurance from the FDIC up to the applicable limits