NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | | PROOF OF INTEREST |
|---|---|---|

**Name of Debtor:** META MATERIALS INC.

**Case Number:** 24-50792-hlb

1. **Name and address of holder of the Equity Interest** (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

   Dylan Brush
   Unit 46, 1170 Falcon Drive
   Coquitlam, BC, CANADA

   **Telephone Number:** 778-XXX-X280

   ☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

   ☑ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

   ☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

   **RECEIVED AND FILED**
   **DEC 13 2024**
   **U.S. BANKRUPTCY COURT**
   **MARY A. SCHOTT, CLERK**

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

**COURT USE ONLY**

**Account or other number by which Interest holder identifies Debtor:** 683-XXXX2

Check here if this claim:
☐ replaces a previously filed Proof of Interest dated: _____
☐ amends a previously filed Proof of Interest dated: _____

2. **Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:**
   RBC Direct Investing
   200 Bay Street, North Tower
   **Telephone Number:** Toronto, Ontario, CANADA
   (1-800-769-2560)

3. **Date Equity Interest was acquired:**
   See Attached
   June 2021 – August 2024

4. **Total amount of member interest:** 1003 MMAT / 300 MMAX

5. **Certificate number(s):** See Attached

6. **Type of Equity Interest:**
   Please indicate the type of Equity Interest you hold:
   ☑ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
   ☐ Check this box if your Equity Interest is based on anything else and describe that interest:
   **Description:** INVESTOR - SHAREHOLDER

7. **Supporting Documents:** Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
   DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. **Date-Stamped Copy:** To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

9. **Signature:**
Check the appropriate box.
☑ I am the creditor.   ☐ I am the creditor's authorized agent. (Attach copy of power of attorney, if any.)   ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)   ☐ I am a guarantor, surety, endorser, or other codebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: Dylan Brush
Title:
Company: Address and telephone number (if different from notice address above):

(Signature)
Dec. 11, 2024 (Date)
Telephone number: 778-XXX-X280   email: Dylan xxxx@hotmail.com

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*



**RBC Direct Investing Inc.**
Royal Bank Plaza
200 Bay Street, North Tower
P.O. Box 75
Toronto, ON M5J 2Z5

December 5, 2024

Mr. Dylan        Brush

Coquitlam, BC  V3E 2L6

Dear Mr. Brush:

### Re:   RBC Direct Investing® Account 683-xxxxx16

Thank you for contacting RBC Direct Investing.

As requested, please find enclosed a summary of transactions processed for Meta Materials Inc. and Metamaterials Exchange Inc Com New in the above-noted Investment Account.

We trust that this letter is sufficient. However, should you have questions or concerns, kindly contact our Investment Services Team at 1-800-769-2560.

Thank you for your continued business with RBC Direct Investing.

Sincerely,

Investment Services Team
RBC Direct Investing

RBC Direct Investing Inc. and Royal Bank of Canada are separate corporate entities which are affiliated. RBC Direct Investing Inc. is a wholly owned subsidiary of Royal Bank of Canada and is a Member of the Investment Industry Regulatory Organization of Canada and the Canadian Investor Protection Fund. Royal Bank of Canada and certain of its issuers are related to RBC Direct Investing Inc. RBC Direct Investing Inc. does not provide investment advice or recommendations regarding the purchase or sale of any securities. Investors are responsible for their own investment decisions. RBC Direct Investing is a business name used by RBC Direct Investing Inc. ® / ™ Trademark(s) of Royal Bank of Canada. RBC and Royal Bank are registered trademarks of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2024. All rights reserved.



## Dylan Brush
## RBC Direct Investing Account

### META MATERIALS INC COMMON STOCK
### Investment Account 683-xxxxx16

Cdn. $

| Date Trade | Settlement | Description | Quantity | Price | Amount |
|---|---|---|---|---|---|
| 12/04/2024 | 12/04/2024 | Closing Balance | 1,000 | - | - |
| 08/13/2024 | 08/14/2024 | Buy | 300 | 0.8905 | 290.99 |
| 08/05/2024 | 08/06/2024 | Buy | 100 | 2.8076 | 294.73 |
| 05/23/2024 | 05/28/2024 | Buy | 100 | 3.9775 | 401.58 |
| 05/06/2024 | 05/08/2024 | Buy | 60 | 3.4142 | 218.66 |
| 03/14/2024 | 03/18/2024 | Buy | 140 | 2.5982 | 377.42 |
| 01/29/2024 | 01/29/2024 | Reverse Split - 1 for 100 | 300 | - | - |
| 01/29/2024 | 01/29/2024 | Reverse Split - 1 for 100 | -30,000 | - | - |
| 01/22/2024 | 01/24/2024 | Buy | 6,000 | 0.092 | -565.64 |
| 12/29/2023 | 01/03/2024 | Buy | 2,000 | 0.0896 | -192.49 |
| 12/04/2023 | 12/06/2023 | Buy | 2,000 | 0.1004 | -214.40 |
| 11/22/2023 | 11/27/2023 | Buy | 2,000 | 0.1083 | -230.53 |
| 11/15/2023 | 11/17/2023 | Buy | 2,000 | 0.126 | -265.84 |
| 11/02/2023 | 11/06/2023 | Buy | 2,000 | 0.1535 | -320.85 |
| 10/30/2023 | 11/01/2023 | Buy | 1,000 | 0.1825 | -196.46 |
| 10/03/2023 | 10/05/2023 | Buy | 1,095 | 0.3147 | -358.43 |
| 09/29/2023 | 10/03/2023 | Buy | 905 | 0.291 | -277.10 |
| 07/20/2023 | 07/24/2023 | Buy | 1,000 | 0.2864 | -299.69 |
| 07/07/2023 | 07/11/2023 | Buy | 1,075 | 0.2531 | -285.5 |
| 06/26/2023 | 06/28/2023 | Buy | 925 | 0.2473 | -242.02 |
| 06/09/2023 | 06/13/2023 | Buy | 600 | 0.3051 | -196.52 |
| 05/22/2023 | 05/24/2023 | Buy | 1,400 | 0.3431 | -494.01 |
| 05/15/2023 | 05/17/2023 | Buy | 1,900 | 0.2803 | -546.27 |
| 04/25/2023 | 04/27/2023 | Buy | 909 | 0.2713 | -260.42 |
| 04/18/2023 | 04/20/2023 | Buy | 1,000 | 0.2891 | -302.62 |
| 04/04/2023 | 04/06/2023 | Buy | 406 | 0.5828 | -250.18 |
| 03/30/2023 | 04/03/2023 | Buy | 185 | 0.5666 | -118.46 |
| 03/23/2023 | 03/27/2023 | Buy | 600 | 0.6664 | -413.65 |
| 02/17/2023 | 02/22/2023 | Buy | 529 | 0.9451 | -513.54 |
| 01/24/2023 | 01/24/2023 | Transfer to Usd Side of Account | -229 | - | - |
| 09/28/2021 | 09/30/2021 | Sell | -700 | 8.1413 | 5,686.38 |
| 09/28/2021 | 09/30/2021 | Sell | -700 | 7.5287 | 5,257.61 |
| 09/28/2021 | 09/30/2021 | Buy | 700 | 7.9418 | 5,572.00 |
| 09/28/2021 | 09/30/2021 | Buy | 700 | 7.9334 | 5,566.16 |
| 09/28/2021 | 09/30/2021 | Buy | 700 | 8.1493 | 5,717.30 |
| 09/27/2021 | 09/28/2021 | Sell | -1,000 | 7.1470 | 7,134.58 |
| 09/14/2021 | 09/16/2021 | Buy | 1,000 | 6.8475 | 6,860.24 |
| 09/10/2021 | 09/14/2021 | Sell | -1,100 | 6.8834 | 7,559.33 |
| 07/15/2021 | 07/19/2021 | Buy | 1,000 | 4.9138 | 4,926.45 |
| 06/29/2021 | 06/29/2021 | Reverse Split - 200 Torchlight Energy Resources Inc to Meta Materials Inc | 100 | - | - |



Pg. 2/3

## Dylan　　　Brush
## RBC Direct Investing Account

### METAMATERIALS EXCHANGECO INC COM NEW
#### Investment Account 683-      -16                                                                                   Cdn. $

| Trade Date | Settlement | Description | Quantity | Price | Amount |
|---|---|---|---|---|---|
| 12/04/2024 | 12/04/2024 | Closing Balance | 300 | - | - |
| 08/19/2024 | 08/20/2024 | Buy | 260 | 0.25 | 74.95 |
| 04/29/2024 | 05/01/2024 | Buy | 40 | 4.00 | 169.95 |

### META MATERIALS INC COMMON STOCK
#### Investment Account 63xxxxx-16                                                                                   Usd. $

| Trade Date | Settlement | Description | Quantity | Price | Amount |
|---|---|---|---|---|---|
| 12/04/2024 | 12/04/2024 | Closing Balance | 3 | - | - |
| 01/29/2024 | 01/29/2024 | Reverse Split - 1 for 100 | 3 | - | - |
| 01/29/2024 | 01/29/2024 | Reverse Split - 1 for 100 | -229 | - | - |
| 01/24/2023 | 01/24/2023 | Transfer From Canadian Currency Side of Account | 229 | - | - |
| 01/24/2023 | 01/26/2023 | Buy | 229 | 1.0583 | -252.30 |
| 01/20/2023 | 01/24/2023 | Sell | -2,630 | 1.0024 | 2,548.64 |
| 12/07/2022 | 12/09/2022 | Buy | 3,500 | 2.05 | -7,184.95 |
| 12/07/2022 | 12/09/2022 | Sell | -500 | 2.10 | 1,040.02 |
| 12/07/2022 | 12/09/2022 | Sell | -599 | 2.1908 | 1,302.29 |
| 12/06/2022 | 12/08/2022 | Sell | -3,750 | 1.95 | 7,302.38 |
| 12/02/2022 | 12/06/2022 | Buy | 3,750 | 1.85 | -6,947.45 |
| 12/02/2022 | 12/06/2022 | Sell | -3,500 | 1.90 | 6,639.89 |
| 11/30/2022 | 12/02/2022 | Buy | 2,900 | 1.88 | -5,461.95 |
| 11/29/2022 | 12/01/2022 | Buy | 3,500 | 1.90 | -6,659.95 |
| 11/29/2022 | 12/01/2022 | Buy | 600 | 1.94 | -1,173.95 |
| 11/29/2022 | 12/01/2022 | Sell | -3,500 | 1.961 | 6,853.39 |
| 11/29/2022 | 12/01/2022 | Sell | -3,500 | 1.92 | 6,709.89 |
| 11/25/2022 | 11/29/2022 | Buy | 3,500 | 1.91 | -6,694.95 |
| 11/25/2022 | 11/29/2022 | Sell | -3,000 | 2.00 | 5,989.91 |
| 11/22/2022 | 11/25/2022 | Buy | 3,000 | 2.02 | -6,069.95 |
| 11/22/2022 | 11/25/2022 | Buy | 3,000 | 2.00 | -6,009.95 |
| 11/22/2022 | 11/25/2022 | Sell | -3,000 | 2.09 | 6,259.90 |
| 11/21/2022 | 11/23/2022 | Sell | -2,000 | 2.0121 | 4,014.15 |
| 11/16/2022 | 11/18/2022 | Buy | 2,000 | 1.87 | -3,749.95 |
| 11/16/2022 | 11/18/2022 | Buy | 1,000 | 1.86 | -1,869.95 |
| 11/16/2022 | 11/18/2022 | Sell | -1,000 | 1.92 | 1,910.00 |
| 11/14/2022 | 11/16/2022 | Sell | -3,950 | 1.42 | 5,598.92 |



Pg. 3/3

**Dylan　　　Brush**
**RBC Direct Investing Account**

## META MATERIALS INC COMMON STOCK CONT'D

### Investment Account 683 xxxxx16　　　　　　　　　　　　　Usd. $

| Date Trade | Settlement | Description | Quantity | Price | Amount |
|---|---|---|---|---|---|
| 11/09/2022 | 11/14/2022 Buy | | 2,500 | 1.44 | -3,609.95 |
| 11/08/2022 | 11/10/2022 Buy | | 1,450 | 1.53 | -2,228.45 |
| 11/08/2022 | 11/10/2022 Sell | | -4,500 | 1.3783 | 6,192.10 |
| 11/07/2022 | 11/09/2022 Buy | | 4,500 | 1.58 | -7,119.95 |
| 11/07/2022 | 11/09/2022 Buy | | 4,500 | 1.57 | -7,074.95 |
| 11/07/2022 | 11/09/2022 Buy | | 4,500 | 1.5278 | -6,885.05 |
| 11/07/2022 | 11/09/2022 Sell | | -4,500 | 1.60 | 7,189.88 |
| 11/07/2022 | 11/09/2022 Sell | | -4,500 | 1.60 | 7,189.88 |
| 11/04/2022 | 11/08/2022 Buy | | 1,000 | 7.46 | -7,469.95 |
| 11/04/2022 | 11/08/2022 Buy | | 250 | 7.16 | -1,799.95 |
| 11/04/2022 | 11/08/2022 Sell | | -1,000 | 7.53 | 7,519.87 |
| 11/04/2022 | 11/08/2022 Sell | | -250 | 7.40 | 1,840.00 |
| 11/04/2022 | 11/08/2022 Sell | | -1,000 | 7.45 | 7,439.87 |
| 11/03/2022 | 11/07/2022 Buy | | 5,000 | 1.31 | -6,559.95 |
| 11/03/2022 | 11/07/2022 Sell | | -5,000 | 1.33 | 6,639.89 |
| 11/03/2022 | 11/07/2022 Sell | | -5,000 | 1.35 | 6,739.89 |
| 11/03/2022 | 11/07/2022 Buy | | 1,000 | 7.43 | -7,439.95 |
| 11/02/2022 | 11/04/2022 Buy | | 4,000 | 1.19 | -4,769.95 |
| 11/02/2022 | 11/04/2022 Buy | | 4,000 | 1.25 | -5,009.95 |
| 11/02/2022 | 11/04/2022 Buy | | 4,000 | 1.3693 | -5,487.15 |
| 11/02/2022 | 11/04/2022 Buy | | 5,000 | 1.33 | -6,659.95 |
| 11/02/2022 | 11/04/2022 Sell | | -4,000 | 1.37 | 5,469.92 |
| 11/02/2022 | 11/04/2022 Sell | | -4,000 | 1.24 | 4,949.93 |
| 11/02/2022 | 11/04/2022 Sell | | -4,000 | 1.31 | 5,229.93 |

Activity Export as of Nov 30, 2024 at 4:04:27 pm ET

Account: 683xxxxx Investment Account

Trades this month: 19

16 Activities

| Date | Activity | Symbol | Symbol De | Quantity | Price | Settlement | Account | Value | Currency |
|---|---|---|---|---|---|---|---|---|---|
| 13-Aug-24 | Buy | MMAT | META MAT | 300 | 0.6398 | 14-Aug-24 | 68379942 | -280.99 | CAD |
| 5-Aug-24 | Buy | MMAT | META MAT | 100 | 2 | 6-Aug-24 | 68379942 | -294.73 | CAD |
| ######## | Buy | MMAT | META MAT | 100 | 2.7898 | ######## | 68379942 | -401.58 | CAD |
| 6-May-24 | Buy | MMAT | META MAT | 60 | 2.46 | 8-May-24 | 68379942 | -218.66 | CAD |
| ######## | Buy | MMAT | META MAT | 140 | 1.89 | ######## | 68379942 | -377.42 | CAD |
| 29-Jan-24 | Reorganiza | MMAT | META MAT | 300 |  | 29-Jan-24 | 68379942 | 0 | CAD |
| 29-Jan-24 | Reorganiza | MMAT | META MAT | 3 |  | 29-Jan-24 | 68379942 | 0 | USD |
| 22-Jan-24 | Buy | MMAT |  | 6000 | 0.0672 | 24-Jan-24 | 68379942 | -565.64 | CAD |
| 29-Dec-23 | Buy | MMAT |  | 2000 | 0.0667 | 3-Jan-24 | 68379942 | -192.49 | CAD |
| 4-Dec-23 | Buy | MMAT |  | 2000 | 0.073 | 6-Dec-23 | 68379942 | -214.4 | CAD |
| 22-Nov-23 | Buy | MMAT |  | 2000 | 0.0779 | 27-Nov-23 | 68379942 | -230.53 | CAD |
| 15-Nov-23 | Buy | MMAT |  | 2000 | 0.0907 | 17-Nov-23 | 68379942 | -265.84 | CAD |
| 2-Nov-23 | Buy | MMAT |  | 2000 | 0.11 | 6-Nov-23 | 68379942 | -320.85 | CAD |
| 30-Oct-23 | Buy | MMAT |  | 1000 | 0.13 | 1-Nov-23 | 68379942 | -196.46 | CAD |
| 3-Oct-23 | Buy | MMAT |  | 1095 | 0.226 | 5-Oct-23 | 68379942 | -358.43 | CAD |
| 29-Sep-23 | Buy | MMAT |  | 905 | 0.211 | 3-Oct-23 | 68379942 | -277.1 | CAD |

(Handwritten annotations in margin: "MAY 23 2024" next to the third row; "March 14 2024" next to the fifth/sixth row.)

Disclaimers
1 This exchange rate is based on the previous business day's average value of the U.S. dollar in Canadian dollars.
3 A trade is defined as a stock, exchange-traded fund or option order which a commission has been charged.
Practice accounts are for educational purposes only and simulate the experience of buying or selling securities. A
RBC Direct Investing does not provide investment advice or recommendations. RBC Direct Investing does not mc
Account Activity displays up to 15 months of transactions that have occurred on your account.
Your account activity is based on your account balances as of the dates indicated, and also includes activity cond

"Holdings Export as of Nov 30, 2024 2 32 50 PM ET"

Dylan

Account  683XXXX  Investment Account

"Balances as of Nov 30, 2024"

Product,Symbol,Name,(Quantity),Last Price,----- Total Book Cost, Total Market Value, Unrealized Gain/Loss $, Unrealized Gain/Loss %, Average Cost

CAD Holdings,"Common Shares",MMATQ,META MATERIALS INC COMMON STOCK,(1000),"$0 0853",----- "$11964 93","$85 3","-$11879 63","-99 28708316722287%","$11 9649"

CAD Holdings,"Common Shares",MMAX,METAMATERIAL EXCHANGECO INC COM NEW,(300),"$0 25",----- "$244 9","$75","-$169 9","-69 37525520620662%","$0 8163"

USD Holdings,"Common Shares",MMATQ,META MATERIALS INC COMMON STOCK,(3),"$0 061",----- "$252 3","$0 183","-$252 117","-99 92746730083235%","$84 1000"

 **Direct Investing**  Switch Profile |  Prof



## Holdings

You're looking at your holdings You can also view   Transactions   Performance   Transfer Funds                                                   November 30, 2024

Select an account goal or group

68: XXXX Investment Account ▼                                                                                      Previous Day | Intraday

As of Nov 30 2024 at 5 00 PM ET Some quotes may be delayed

### — CAD Holdings

| | | | | | Intraday Change in CAD (%) | Total Book Cost in CAD | | Total Market Value in CAD |
|---|---|---|---|---|---|---|---|---|
| ⌄ | **MMATQ**<br>META MATERIALS<br>INC COMMON<br>STOCK | 1 000 | 11 9649 | 0 0853 | 0 00<br>(0 00%) | 11 964 93 | 85 30 | -11 879 63<br>(-99 29%) | Buy \| Sell |
| ⌄ | **MMAX**<br>METAMATERIAL<br>EXCHANGECO<br>INC COM NEW | 300 | 0 8163 | 0 25 | 0 00<br>(0 00%) | 244 90 | 75 00 | -169 90<br>(-69 38%) | Buy \| Sell |

As of Nov 30 2024 at 5 00 PM ET Some quotes may be delayed

### — USD Holdings

| | | | | | Intraday Change in USD (%) | Total Book Cost in USD | | Total Market Value in USD |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | 45 |
| ⌄ | **MMATQ**<br>META MATERIALS<br>INC COMMON<br>STOCK | 3 | 84 10$^{11}$ | 0 081 | 0 00<br>(0 00%) | 252 30$^{11}$ | 0 18 | -252 12<br>(-99 93%) | Buy \| Sell |