NVB 3001 (Effective 1/21)

# UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA

## PROOF OF INTEREST

**Name of Debtor:** META MATERIALS INC.

**Case Number:** 24-50792

**1. Name and address of holder of the Equity Interest** (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

Scott Moneta & Nikki Moneta
2820 Dorset
The Colony, TX. 75056

**Telephone Number:** 214-912-6998

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

☒ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

**RECEIVED AND FILED**
**DEC 13 2024**
**U.S BANKRUPTCY COURT**
**MARY A. SCHOTT, CLERK**

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

**COURT USE ONLY**

**Account or other number by which Interest holder identifies Debtor:**
CHARLES SCHWAB 6399-5059; MOMENTUM 56152810; AMERIPRISE 0000 8223 4080 8 133

Check here if this claim:
☒ replaces a previously filed Proof of Interest dated: 12/7/2024
☐ amends a previously filed Proof of Interest dated: _____

**2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:**
SCOTT AND NIKKI MONETA AND SEE ATTACHED

**Telephone Number:** 214-912-6998

**3. Date Equity Interest was acquired:** SEE ATTACHED FORM

**4. Total amount of member interest:** 2,614 Shares for $437,797.34
share count is post reverse split

**5. Certificate number(s):** see attached forms

**6. Type of Equity Interest:**
Please indicate the type of Equity Interest you hold:
☒ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
☐ Check this box if your Equity Interest is based on anything else and describe that interest:
**Description:** investor

**7. Supporting Documents:** Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**8. Date-Stamped Copy:** To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

**9. Signature:**
Check the appropriate box.
☒ I am the creditor.   ☐ I am the creditor's authorized agent. (Attach copy of power of attorney, if any.)   ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)   ☐ I am a guarantor, surety, endorser, or other codebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: Scott Anthony Moneta and Nikki Moneta
Title:
Company: Address and telephone number (if different from notice address above):

(Signature)    Date: 12-11-24
Telephone number: 214-912-6998    email: scott@leisurelivingpools.com

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

SCOTT MONETA

|  |  | DATE ACQUIRED | SHARES |
|---|---|---|---|
| Charles Schwab | $318,051.54 | 1/17/2017 - 8/9/2024 | 2110 |

P.O Box 982600

El Paso, TX., 79998-2600

1-800-435-4000

**SCOTT MONETA AND NIKKI MONETA / JT ACCT**

| HILLTOP SECURITIES/MOMENTUM | $56,345.30 | 7/16/2018- 8/9/2024 | 354 |
|---|---|---|---|

7001 PRESTON RD.

SUITE 300 LB 32

DALLAS, TX., 75205

214-447-7555

**SCOTT ANTHONY MONETA / IRA**

| AMERIPRISE FINANCIAL | $63,400.00 | 2/25/2021- 3/30/2021 | 150 |
|---|---|---|---|

6860 N. Dallas Parkway

STE. 500

PLANO, TX. 75024-4253

972-244-5744

**SCOTT MONETA**

================================================================

TOTAL AMOUNT OF MEMBER INTEREST :   $437,797.34   TOTAL SHARES   2,614

NOTE: the total shares are post 100-1/ split

Transaction Date: 08/09/2024

Cost Basis Calcu

The historical price chart for this security is not currently available.

| Open Date | | Quantity | Proceeds/share | Cost/share | Proceeds | Cost Basis | Gain/Loss $ | Gain/Loss % | Holding P |
|---|---|---|---|---|---|---|---|---|---|
| 05/03/2023 | Bought | 110 | $0.87 | $19.00 | $95.41 | $2,090.00 | -$1,994.59 | -95.43% | Long T |
| 11/08/2022 | Bought | 54.95 | $0.87 | $140.00 | $47.67 | $7,693.00 | -$7,645.33 | -99.38% | Long T |
| 10/11/2022 | Bought | 250 | $0.87 | $80.00 | $216.89 | $19,999.67 | -$19,782.78 | -98.92% | Long T |
| 06/24/2022 | Bought | 400 | $0.87 | $126.00 | $347.00 | $50,400.00 | -$50,053.00 | -99.31% | Long T |
| 06/13/2022 | Bought | 51.55 | $0.87 | $135.00 | $44.72 | $6,959.25 | -$6,914.53 | -99.36% | Long T |
| 06/09/2022 | Bought | 500 | $0.87 | $160.00 | $433.76 | $80,000.00 | -$79,566.24 | -99.46% | Long T |
| 06/06/2022 | Bought | 500 | $0.87 | $171.00 | $433.79 | $85,500.00 | -$85,066.21 | -99.49% | Long T |
| 12/03/2021 | Bought | 100 | $0.87 | $315.00 | $86.76 | $31,500.00 | -$31,413.24 | -99.72% | Long T |
| 01/27/2021 | Bought | 36 | $0.87 | $329.72 | $31.23 | $11,870.00 | -$11,838.77 | -99.74% | Long T |
| 08/06/2020 | Bought | 15.25 | $0.87 | $62.00 | $13.23 | $945.50 | -$932.27 | -98.60% | Long T |
| 09/08/2019 | Bought | 10 | $0.87 | $210.49 | $8.68 | $2,104.95 | -$2,096.27 | -99.59% | Long T |
| 10/10/2018 | Bought | 5 | $0.86 | $184.94 | $4.31 | $924.69 | -$920.38 | -99.53% | Long T |
| 03/24/2017 | Bought | 30 | $0.87 | $233.62 | $26.03 | $7,008.49 | -$6,982.46 | -99.63% | Long T |
| 03/24/2017 | Bought | 12 | $0.87 | $233.26 | $10.41 | $2,799.08 | -$2,788.67 | -99.63% | Long T |
| 03/24/2017 | Bought | 0.5 | $0.86 | $233.12 | $0.43 | $116.56 | -$116.13 | -99.63% | Long T |
| 01/31/2017 | Bought | 2.25 | $0.87 | $323.98 | $1.95 | $728.95 | -$727.00 | -99.73% | Long T |
| 01/18/2017 | Bought | 30 | $0.87 | $284.60 | $26.02 | $8,537.93 | -$8,511.88 | -99.70% | Long T |
| 01/17/2017 | Bought | 2.5 | $0.86 | $281.58 | $2.16 | $703.95 | -$701.79 | -99.69% | Long T |
| Total | | 2,110 | | | $1,830.45 | $319,881.99 | -$318,051.54 | -99.43% | |

The Realized Gain/Loss page provides summary information of closed transactions. Not all closed transactions appear on this page.

Please view the Cost Basis Disclosure Statement for additional information on cost basis methods choices and how Schwab reports adjusted cost basis information to the IRS.

Please note that gains and losses realized in retirement accounts are not recognized for tax purposes. Rather, income may be recognized when you receive a cash distribution from these accounts. Please contact your tax advisor for further information.

527-37YU, 1123-3XUW)

Gains and Losses for SCOTT ANTHONY MONETA
Account: 56152810 - Start Date: 01/01/2024 - End Date: 12/09/2024

| Security | Description | Acquired Date | Close Date | Term | Quantity | Cost Amount ($) |
|---|---|---|---|---|---|---|
| MMAT | META MATERIALS INC COM NEW COMMON STOCK | Multiple | Multiple | Long | 354 | 56,617.40 |
| | | 07/16/2018 | 08/09/2024 | Long | 13.795 | 1,719.84 |
| | | 01/27/2021 | 08/09/2024 | Long | 12.500 | 2,152.26 |
| | | 02/16/2021 | 08/09/2024 | Long | 6.625 | 2,977.31 |
| | | 05/03/2021 | 08/09/2024 | Long | 18.500 | 3,677.83 |
| | | 06/22/2021 | 08/09/2024 | Long | 25 | 22,700.07 |
| | | 11/01/2022 | 08/09/2024 | Long | 186 | 21,236.98 |
| | | 05/25/2023 | 08/09/2024 | Long | 91.580 | 2,153.11 |
| Total: | | | | | | 56,617.40 |

Values are real-time.
** Cost Basis is missing for this record.

| Proceeds ($) | G/L ($) | G/L (%) | Wash Sa | Market Discoun | Security Type | CUSIP | Base Currency |
|---|---|---|---|---|---|---|---|
| 272.10 | -56,345.30 | -99.5194 | | 0.00 | Equity | 59134N302 | USD |
| 10.60 | -1,709.24 | -99.3800 | | 0.00 | | | USD |
| 9.61 | -2,142.65 | -99.5500 | | 0.00 | | | USD |
| 5.09 | -2,972.22 | -99.8300 | | 0.00 | | | USD |
| 14.22 | -3,663.61 | -99.6100 | | 0.00 | | | USD |
| 19.22 | -22,680.85 | -99.9200 | | 0.00 | | | USD |
| 142.97 | -21,094.01 | -99.3300 | | 0.00 | | | USD |
| 70.39 | -2,082.72 | -96.7300 | | 0.00 | | | USD |
| 272.10 | -56,345.30 | | | | | | |

705910

Your personal advising team

# Ameriprise ⊛
*Financial*

## Aisiri Wealth Advisors
A private wealth advisory practice of Ameriprise Financial Services LLC
**Jeffery Malcolm Davis**
6860 N Dallas Pkwy
Ste 500
Plano, TX 75024-4253
972 244 5744
Jeff M Davis@ampf com
www ampriseadvisors com/team/aisiri wealth advisors

# Your Ameriprise statement

### for July 1, 2024 to September 30, 2024

PREPARED FOR SCOTT MONETA

## Value of your investment accounts

|  | This period | This year |
|---|---|---|
| Beginning value | $481 95 | $1 020 40 |
| Net deposits & withdrawals | $0 00 | $0 00 |
| Dividends interest & income | $0 02 | $0 07 |
| Change in value | $396 00 | $934 50 |
| Ending value | $85 97 | $85 97 |

## Your asset allocation

| Asset class | Value on Sep 30, 2024 | Percent of assets |
|---|---|---|
| ○ Cash & cash investments¹ | $30 47 | 35 4% |
| ● Equities | $55 50 | 64 6% |
| **Total assets** | **$85 97** | **100%** |

*Cash investments includes cash held inside pooled investments (e g mutual funds) as part of a manager's investment strategy and is not directly accessible unless you sell some of that investment For details visit ameriprise com/allocation

## Value of your investment accounts over time



● Value of your accounts    ● Deposits & withdrawals

This chart provides a five-year view of your account values The black line shows the value of your accounts while the gray line shows your net contributions (deposits less withdrawals)

 Get all the details online at ameriprise com Click the Portfolio tab to find your latest account value activity and asset allocation Your Ameriprise financial advisor can help you understand how the stated account value shown here may differ from the amount you'd receive if you sold your assets (after any tax withholding outstanding loans pending transactions and potential fees)

**Simple steps to increase your security** In honor of cybersecurity month learn more about the latest trends in financial fraud and the steps you can take to help protect yourself www ameriprise com/cybersecurity scams

# Ameriprise Brokerage Account

SCOTT MONETA TOD

Account #: 0000 8223 4080 8 133

**Investment time frame:** 11+ years; **Risk tolerance:** Moderate; **Investment objective:** Growth With Income; **Liquidity needs:** 7+ Years
See the Disclosures at the end of your statement for definitions of these suitability terms.

## Value of your account

|  | This period | This year |
|---|---|---|
| Beginning value | $481.95 | $1,020.40 |
| Income |  |  |
|  Interest | $0.02 | $0.07 |
| Change in value | -$396.00 | -$934.50 |
| Ending value | $85.97 | $85.97 |

## Value of your account over time



## Summary of your holdings

| Asset | Value of assets | Percent of account |
|---|---|---|
| Cash and equivalents | $30.47 | 35.4% |
| Stocks and ADRs | $55.50 | 64.6% |
| Ending value | $85.97 | 100.0% |

## Your holdings

| Description | | | | | Ending value this period[/] | Ending value last period | Net change this period | | | Estimated Annual income | Yield |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Cash and equivalents** | | | | | | | | | | | |
| Ameriprise Insured Money Market (AIMMA) [2] | | | | | $30.47 | | | | | $0.12 | 0.40% |
|  Ameriprise Bank FSB    Minneapolis MN | | | | | $30.47 | | | | | | |
| Total Cash and equivalents [5] | | | | | $30.47 | $30.45 | $0.02 | | | $0.12 | |

| Description | Symbol/ CUSIP | Quantity | X | Market price = | Ending value this period[/] | Ending value last period | Net change this period | Total cost basis[1] | Estimated Unrealized gain/loss | Annual income | Yield |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Stocks and ADRs** | | | | | | | | | | | |
| META MATERIALS INC NEW | MMATQ | 150.000 | | $0.37 | $55.50 | $451.50 | -$396.00 | $63,456.00 | -$63,400.50 | $0.00 | 0.00% |
| **Total account holdings** | | | | | $85.97 | $481.95 | -$395.98 | $63,456.00 | -$63,400.50 | $0.12 | |

SCOTT MONETA CLIENT ID: 2587 4242 8 001
GROUP ID: 1369 3944 4 001

/05910

# Ameriprise Brokerage Account (continued)

Account # 0000 8223 4080 8 133

¹ Total cost basis reflects the amount you have invested "out-of pocket" over time plus any automatically reinvested earnings Each time a new purchase or a sale is made your Total cost basis is adjusted accordingly Total cost basis is not a measure of your initial investment amount but rather an estimate of the unrealized gain or loss on the securities you have purchased Total cost basis amounts on your statement are provided for informational purposes only and may be incomplete or unavailable for some of your holdings at this time For investment performance information contact your financial advisor For tax preparation please refer to your year end tax package and consult your tax advisor

² *Ameriprise Insured Money Market Account (AIMMA) deposits are FDIC insured with applicable limits when placed with program Banks represent direct obligations of the program Banks and are not covered by SIPC AIMMA deposits placed in the Dreyfus money market mutual fund if applicable are not FDIC insured but rather are securities covered by SIPC You may opt out of depositing your funds at listed program Banks as outlined in your Other Important Brokerage Disclosures*

⁵ *Any balances held in AIMMA ABISA or a money market mutual fund serving as your sweep account can be liquidated at your request and the proceeds held as cash in the account or remitted to you per your instructions Annual percentage yield earned (APYE) and interest paid during the statement period are shown in your account activity*

⁷ *Ending value amounts for Your holdings represent information posted as of trade date and thus may include transactions that have not settled as of the date of this statement Total Value is derived from both assets held by the firm in your account, as well as assets held away which is reported for convenience purposes*

See the Disclosures section of this statement for more information

## Your account activity

| Date | Transaction | Description | Symbol/CUSIP | Quantity | Price | Amount |
|---|---|---|---|---|---|---|
| **Income** | | | | | | |
| 08/30/2024 | INTEREST | AMERIPRISE INSURED MONEY MARKET ACCOUNT 083024 30 APYE  38% | | | | $0 01 |
| 09/30/2024 | INTEREST | AMERIPRISE INSURED MONEY MARKET ACCOUNT 093024 30 APYE  40% | | | | $0 01 |
| **Total Income** | | | | | | **$0 02** |
| **Fees** | | | | | | |
| 07/22/2024 | CHARGE | FEE CR  ADVISOR PAID | | | | $25 00 |
| 07/22/2024 | CHARGE | QTRLY MAINT FEE | | | | $25 00 |
| **Total Fees** | | | | | | **$0 00** |
| **Other activity** | | | | | | |
| 08/30/2024 | INTEREST REINVEST | AMERIPRISE INSURED MONEY MARKET ACCOUNT | | | | $0 01 |
| 09/30/2024 | INTEREST REINVEST | AMERIPRISE INSURED MONEY MARKET ACCOUNT | | | | $0 01 |