NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | PROOF OF INTEREST |
|---|---|

| Name of Debtor<br>Meta Materials INC | Case Number<br>24-50792 | |
|---|---|---|

| 1    Name and address of holder of the Equity Interest (the person or entity holding an Equity Interest in the Debtor Referred to hereinafter as the Interest holder )<br><br>KENNETH HANCOCK<br>53126 RANGE ROAD<br>70 PO BOX 682<br>PARKLAND COUNTY<br>T0E0S0<br><br>Telephone Number    780-790-6706 | ☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars<br><br>■ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case<br><br>☐ Check box if this address differs from the address on the envelope sent to you by the Debtors | RECEIVED AND FILED<br><br>DEC 13 2024<br><br>U S  BANKRUPTCY COURT<br>MARY A  SCHOTT, CLERK |

| NOTE This form SHOULD NOT be used to make a claim against the Debtor for money owed A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein. | COURT USE ONLY |
|---|---|

| Account or other number by which Interest holder identifies Debtor<br><br>33J1F7J | Check here if this claim<br>☐ replaces a previously filed Proof of Interest dated _____<br>☐ amends a previously filed Proof of Interest dated _____ |
|---|---|

| 2    Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest<br><br>TD Direct Investing<br>3500 Steeles AVE E Tower 2 2nd floor Markham On L 3R 0X1    ⊞<br>Telephone Number  1 844-788-0322 | 3    Date Equity Interest was acquired |
|---|---|

| 4    Total amount of member interest _____ | 5    Certificate number(s) See Attached Documentation |
|---|---|

| 6    Type of Equity Interest<br>Please indicate the type of Equity Interest you hold<br>■ Check this box if your Equity Interest is based on an actual member interest held in the Debtor<br>☐ Check this box if your Equity Interest is based on anything else and describe that interest<br>Description  Investor |
|---|

| 7    Supporting Documents Attach copies of supporting documents such as stock certificates option agreements warrants etc<br>DO NOT SEND ORIGINAL DOCUMENTS If the documents are not available explain If the documents are voluminous attach a summary |
|---|

| 8    Date-Stamped Copy To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self addressed envelope and copy of this Proof of Interest. |
|---|

| 9 Signature<br>Check the appropriate box<br>■ I am the creditor    ☐ I am the creditor s authorized agent    ☐ I am the trustee or the debtor    ☐ I am a guarantor surety endorser or other codebtor<br>　　　　　　　　　　　(Attach copy of power of attorney if any )    or their authorized agent    (See Bankruptcy Rule 3005 )<br>　　　　　　　　　　　　　　　　　　　　　　　　　　　　(See Bankruptcy Rule 3004 )<br><br>I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge information and reasonable belief |
|---|

| Print Name    Kenneth Hancock<br>Title<br>Company __ Address and telephone number (if different from notice address above)<br>_____<br>_____ | Kennith Hancock<br>(Signature)                                              Dec 5 / 24<br>　　　　　　　　　　　　　　　　　　　　　　　　　　　　(Date)<br><br>Telephone number  780 940 6706        email  kennyhancock1961@gmail com |
|---|---|

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both 18 U S C §§ 152 AND 3571*



**TD Direct Investing**
*3500 STEELES AVE E*
*TOWER 2, 2ND FLOOR*
*MARKHAM ON L3R 0X1*

**TD Direct Investing**

MR KENNETH G HANCOCK
59 SUNTREE PROM
LEDUC AB  T9E 8R8

## Transaction Confirmation

**Account number and type**
33J1F7J - TD Waterhouse Tax-Free Savings
Account - CDN

**Questions?**
**Contact an Investment Representative**
Toll Free 1 (800) 465-5463

## Transaction on July 07, 2021

▸ **For settlement on:** July 09, 2021
▸ **Processed on:** July 07, 2021

| Transaction | Security Description | Quantity | Price ($) | Amount ($) |
|---|---|---|---|---|
| **You bought** | META MATERIALS INC LF-424818 | 130 | 6.00 | |

**Ticker symbol: MMAT**
Security number: 43665R
CUSIP ID: 59134N104
Trade number: 000643
Trade processed by: 9AAB

| | | | Amount |
|---|---|---|---|
| | Gross transaction amount | | USD  780.00 |
| *Plus* | Commission | | 9.99 |
| *Plus* | Premium on USD Funds converted at 26.79% | | 211.64 |
| *Equals* | **Net transaction amount** | | **CAD $1,001.63** |

*As agent, TD Direct Investing confirms the above purchase on a U.S. OTC marketplace for settlement in your account.*

## Important information

Please review the information in this Transaction Confirmation carefully and let us know within 10 calendar days if there are any discrepancies.

Clients' accounts are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of coverage is available upon request.

**Abbreviations used in the security descriptions**
RS   = Restricted shares
NVS = Non–voting shares
RVS = Restricted voting shares
SVS = Subordinate voting shares
MVS = Multiple voting shares
/D    = DSC (Deferred Sales Charge)
/NL  = No Load

**Disclosure of sources of revenue**
TD Direct Investing and/or parties related to us may earn revenue in addition to commission from the following sources: currency conversion charges on certain trades and mutual fund transactions, fees paid by issuers and others in connection with corporate actions and new issues, the sale of fixed income products, trailer fees paid by mutual fund companies, and remuneration paid by U.S. market makers and exchanges in connection with U.S. trades. For more information, see the TD Waterhouse Canada Inc. Account and Service Agreements and Disclosure Documents booklet. It is also available online at www.td.com/ca/en/investing/direct-investing.

The name of the salesperson, dealer and/or market in this transaction will be provided upon request.

TD Direct Investing is a division of TD Waterhouse Canada Inc., a subsidiary of The Toronto-Dominion Bank.

**Thank you for choosing
TD Direct Investing.**

**TD Waterhouse Canada Inc. - Member of the Canadian Investor Protection Fund**
00091963 0000003793 20210707 59134N104 43665R

**Order execution account**
No advice or recommendations provided.
Page **1** of 1

 **TD Direct Investing**
*3500 STEELES AVE E*
*TOWER 2, 2ND FLOOR*
*MARKHAM ON L3R 0X1*

**TD Direct Investing**

MR KENNETH G HANCOCK
59 SUNTREE PROM
LEDUC AB  T9E 8R8

## Transaction Confirmation

**Account number and type**
33J1F7J - TD Waterhouse Tax-Free Savings
Account - CDN

**Questions?**
**Contact an Investment Representative**
Toll Free 1 (800) 465-5463

## Transaction on July 07, 2021

▸ **For settlement on:** July 09, 2021
▸ **Processed on:** July 07, 2021

| Transaction | Security Description | Quantity | Price ($) | Amount ($) |
|---|---|---|---|---|
| **You bought** | META MATERIALS INC QC-423457 | 128 | 6.12 | |

**Ticker symbol: MMAT**
Security number: 43665R
CUSIP ID: 59134N104
Trade number: 009261
Trade processed by: 9AAB

| | | |
|---|---|---|
| | Gross transaction amount | USD  783.36 |
| *Plus* | Commission | 9.99 |
| *Plus* | Premium on USD Funds converted at 26.79% | 212.54 |
| *Equals* | **Net transaction amount** | **CAD $1,005.89** |

*As agent, TD Direct Investing confirms the above purchase on a U.S. OTC marketplace for settlement in your account.*

## Important information

Please review the information in this Transaction Confirmation carefully and let us know within 10 calendar days if there are any discrepancies.

Clients' accounts are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of coverage is available upon request.

**Abbreviations used in the security descriptions**
RS  = Restricted shares
NVS = Non–voting shares
RVS = Restricted voting shares
SVS = Subordinate voting shares
MVS = Multiple voting shares
/D   = DSC (Deferred Sales Charge)
/NL  = No Load

**Disclosure of sources of revenue**
TD Direct Investing and/or parties related to us may earn revenue in addition to commission from the following sources: currency conversion charges on certain trades and mutual fund transactions, fees paid by issuers and others in connection with corporate actions and new issues, the sale of fixed income products, trailer fees paid by mutual fund companies, and remuneration paid by U.S. market makers and exchanges in connection with U.S. trades. For more information, see the TD Waterhouse Canada Inc. Account and Service Agreements and Disclosure Documents booklet. It is also available online at www.td.com/ca/en/investing/direct-investing.

The name of the salesperson, dealer and/or market in this transaction will be provided upon request.

TD Direct Investing is a division of TD Waterhouse Canada Inc., a subsidiary of The Toronto-Dominion Bank.

**Thank you for choosing
TD Direct Investing.**

**TD Waterhouse Canada Inc. - Member of the Canadian Investor Protection Fund**
00091968 0000003793 20210707 59134N104 43665R

Order execution account
No advice or recommendations provided.
Page **1** of 1



**TD Direct Investing**
*3500 STEELES AVE E*
*TOWER 2, 2ND FLOOR*
*MARKHAM ON L3R 0X1*

**TD Direct Investing**

## Transaction Confirmation

MR KENNETH G HANCOCK
59 SUNTREE PROM
LEDUC AB  T9E 8R8

**Account number and type**
33J1F7J - TD Waterhouse Tax-Free Savings
Account - CDN

**Questions?**
**Contact an Investment Representative**
Toll Free 1 (800) 465-5463

## Transaction on July 07, 2021

▸ **For settlement on:** July 09, 2021
▸ **Processed on:** July 07, 2021

| Transaction | Security Description | Quantity | Price ($) | Amount ($) |
|---|---|---|---|---|
| **You sold** | META MATERIALS INC TD-428304 | 258 | 6.0242 | |

|  |  | Amount ($) |
|---|---|---|
| | Gross transaction amount | USD  1,554.24 |
| *Less* | Commission | -9.99 |
| *Less* | US tax | -0.01 |
| *Plus* | Premium on USD Funds converted at 26.79% | 413.70 |
| *Equals* | **Net transaction amount** | **CAD $1,957.94** |

**Ticker symbol: MMAT**
Security number: 43665R
CUSIP ID: 59134N104
Trade number: 009259
Trade processed by: 9AAB

*As agent, TD Direct Investing confirms the above sale on a U.S. OTC marketplace for settlement in your account.*

## Important information

Please review the information in this Transaction Confirmation carefully and let us know within 10 calendar days if there are any discrepancies.

Clients' accounts are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of coverage is available upon request.

**Abbreviations used in the security descriptions**
RS    = Restricted shares
NVS = Non–voting shares
RVS = Restricted voting shares
SVS = Subordinate voting shares
MVS = Multiple voting shares
/D    = DSC (Deferred Sales Charge)
/NL  = No Load

**Disclosure of sources of revenue**
TD Direct Investing and/or parties related to us may earn revenue in addition to commission from the following sources: currency conversion charges on certain trades and mutual fund transactions, fees paid by issuers and others in connection with corporate actions and new issues, the sale of fixed income products, trailer fees paid by mutual fund companies, and remuneration paid by U.S. market makers and exchanges in connection with U.S. trades. For more information, see the TD Waterhouse Canada Inc. Account and Service Agreements and Disclosure Documents booklet. It is also available online at www.td.com/ca/en/investing/direct-investing.

The name of the salesperson, dealer and/or market in this transaction will be provided upon request.

TD Direct Investing is a division of TD Waterhouse Canada Inc., a subsidiary of The Toronto-Dominion Bank.

**Thank you for choosing TD Direct Investing.**

**TD Waterhouse Canada Inc. - Member of the Canadian Investor Protection Fund**
00091966 0000003793 20210707 59134N104 43665R

**Order execution account**
No advice or recommendations provided.
Page **1** of 1



**TD Direct Investing**
*3500 STEELES AVE E*
*TOWER 2, 2ND FLOOR*
*MARKHAM ON L3R 0X1*

**TD Direct Investing**

## Transaction Confirmation

MR KENNETH G HANCOCK
59 SUNTREE PROM
LEDUC AB  T9E 8R8

**Account number and type**
33J1F7J - TD Waterhouse Tax-Free Savings
Account - CDN

**Questions?**
**Contact an Investment Representative**
Toll Free 1 (800) 465-5463

## Transaction on July 07, 2021

▸ **For settlement on:** July 09, 2021
▸ **Processed on:** July 07, 2021

| Transaction | Security Description | Quantity | Price ($) | Amount ($) |
|---|---|---|---|---|
| **You sold** | META MATERIALS INC JJ-423282 | 1,322 | 5.9039 | |

| | | | |
|---|---|---|---|
| | Gross transaction amount | | USD  7,804.96 |
| *Less* | Commission | | -9.99 |
| *Less* | US tax | | -0.04 |
| *Plus* | Premium on USD Funds converted at 26.79% | | 2,088.26 |
| *Equals* | **Net transaction amount** | | **CAD $9,883.19** |

**Ticker symbol: MMAT**
Security number: 43665R
CUSIP ID: 59134N104
Trade number: 009260
Trade processed by: 9AAB

*As agent, TD Direct Investing confirms the above sale on a U.S. OTC marketplace for settlement in your account.*

## Important information

Please review the information in this Transaction Confirmation carefully and let us know within 10 calendar days if there are any discrepancies.

Clients' accounts are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of coverage is available upon request.

**Abbreviations used in the security descriptions**
RS   = Restricted shares
NVS = Non–voting shares
RVS = Restricted voting shares
SVS = Subordinate voting shares
MVS = Multiple voting shares
/D    = DSC (Deferred Sales Charge)
/NL  = No Load

**Disclosure of sources of revenue**
TD Direct Investing and/or parties related to us may earn revenue in addition to commission from the following sources: currency conversion charges on certain trades and mutual fund transactions, fees paid by issuers and others in connection with corporate actions and new issues, the sale of fixed income products, trailer fees paid by mutual fund companies, and remuneration paid by U.S. market makers and exchanges in connection with U.S. trades. For more information, see the TD Waterhouse Canada Inc. Account and Service Agreements and Disclosure Documents booklet. It is also available online at www.td.com/ca/en/investing/direct-investing.

The name of the salesperson, dealer and/or market in this transaction will be provided upon request.

TD Direct Investing is a division of TD Waterhouse Canada Inc., a subsidiary of The Toronto-Dominion Bank.

**Thank you for choosing
TD Direct Investing.**

**TD Waterhouse Canada Inc. - Member of the Canadian Investor Protection Fund**
00091967 0000003793 20210707 59134N104 43665R

Order execution account
No advice or recommendations provided.

Page **1** of 1



**TD Direct Investing**
*3500 STEELES AVE E*
*TOWER 2, 2ND FLOOR*
*MARKHAM ON L3R 0X1*

**TD Direct Investing**

# Transaction Confirmation

MR KENNETH G HANCOCK
59 SUNTREE PROM
LEDUC AB  T9E 8R8

**Account number and type**
33J1F7J - TD Waterhouse Tax-Free Savings
Account - CDN

**Questions?**
**Contact an Investment Representative**
Toll Free 1 (800) 465-5463

## Transaction on March 03, 2022

▶ **For settlement on:** March 07, 2022
▶ **Processed on:** March 03, 2022

| Transaction | Security Description | Quantity | Price ($) | Amount ($) |
|---|---|---|---|---|
| You bought | META MATERIALS INC CV-503700 | 260 | 1.57 | |

**Ticker symbol: MMAT**
Security number: 43665R
CUSIP ID: 59134N104
Trade number: 006655
Trade processed by: 9AAB

| | | Amount |
|---|---|---|
| | Gross transaction amount | USD  408.20 |
| *Plus* | Commission | 9.99 |
| *Plus* | Premium on USD Funds converted at 28.44% | 118.93 |
| *Equals* | **Net transaction amount** | **CAD $537.12** |

*As agent, TD Direct Investing confirms the above purchase on a U.S. OTC marketplace for settlement in your account.*

## Important information

Please review the information in this Transaction Confirmation carefully and let us know within 10 calendar days if there are any discrepancies.

Clients' accounts are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of coverage is available upon request.

**Abbreviations used in the security descriptions**
RS  = Restricted shares
NVS = Non–voting shares
RVS = Restricted voting shares
SVS = Subordinate voting shares
MVS = Multiple voting shares
/D  = DSC (Deferred Sales Charge)
/NL  = No Load

**Disclosure of sources of revenue**
TD Direct Investing and/or parties related to us may earn revenue in addition to commission from the following sources: currency conversion charges on certain trades and mutual fund transactions, fees paid by issuers and others in connection with corporate actions and new issues, the sale of fixed income products, trailer fees paid by mutual fund companies, and remuneration paid by U.S. market makers and exchanges in connection with U.S. trades. For more information, see the TD Waterhouse Canada Inc. Account and Service Agreements and Disclosure Documents booklet. It is also available online at www.td.com/ca/en/investing/direct-investing.

The name of the salesperson, dealer and/or market in this transaction will be provided upon request.

TD Direct Investing is a division of TD Waterhouse Canada Inc., a subsidiary of The Toronto-Dominion Bank.

**Thank you for choosing**
**TD Direct Investing.**

**TD Waterhouse Canada Inc. - Member of the Canadian Investor Protection Fund**
00081213 0000003963 20220303 59134N104 43665R

Order execution account
No advice or recommendations provided.
Page **1** of 1



**TD Direct Investing**
*3500 STEELES AVE E*
*TOWER 2, 2ND FLOOR*
*MARKHAM ON L3R 0X1*

**TD Direct Investing**

## Transaction Confirmation

MR KENNETH G HANCOCK
59 SUNTREE PROM
LEDUC AB  T9E 8R8

**Account number and type**
33J1F7J - TD Waterhouse Tax-Free Savings
Account - CDN

**Questions?**
**Contact an Investment Representative**
Toll Free 1 (800) 465-5463

## Transaction on March 03, 2022

▸ **For settlement on:** March 07, 2022
▸ **Processed on:** March 03, 2022

| Transaction | Security Description | Quantity | Price ($) | Amount ($) |
|---|---|---|---|---|
| **You bought** | META MATERIALS INC RJ-498832 | 240 | 1.60 | |

**Ticker symbol: MMAT**
Security number: 43665R
CUSIP ID: 59134N104
Trace number: 006611
Trace processed by: 9AAB

| | | Amount |
|---|---|---|
| | Gross transaction amount | USD  384.00 |
| *Plus* | Commission | 9.99 |
| *Plus* | Premium on USD Funds converted at 28.44% | 112.05 |
| *Equals* | **Net transaction amount** | **CAD $506.04** |

*As agent, TD Direct Investing confirms the above purchase on a U.S. OTC marketplace for settlement in your account.*

## Important information

Please review the information in this Transaction Confirmation carefully and let us know within 10 calendar days if there are any discrepancies.

Clients' accounts are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of coverage is available upon request.

**Abbreviations used in the security descriptions**
RS   = Restricted shares
NVS = Non–voting shares
RVS = Restricted voting shares
SVS = Subordinate voting shares
MVS = Multiple voting shares
/D   = DSC (Deferred Sales Charge)
/NL  = No Load

**Disclosure of sources of revenue**
TD Direct Investing and/or parties related to us may earn revenue in addition to commission from the following sources: currency conversion charges on certain trades and mutual fund transactions, fees paid by issuers and others in connection with corporate actions and new issues, the sale of fixed income products, trailer fees paid by mutual fund companies, and remuneration paid by U.S. market makers and exchanges in connection with U.S. trades. For more information, see the TD Waterhouse Canada Inc. Account and Service Agreements and Disclosure Documents booklet. It is also available online at www.td.com/ca/en/investing/direct-investing.

The name of the salesperson, dealer and/or market in this transaction will be provided upon request.

TD Direct Investing is a division of TD Waterhouse Canada Inc., a subsidiary of The Toronto-Dominion Bank.

**Thank you for choosing
TD Direct Investing.**

**TD Waterhouse Canada Inc. - Member of the Canadian Investor Protection Fund**
00081212 0000003963 20220303 59134N104 43665R

**Order execution account**
No advice or recommendations provided.

Page **1** of 1



**TD Direct Investing**
*3500 STEELES AVE E*
*TOWER 2, 2ND FLOOR*
*MARKHAM ON L3R 0X1*

**TD Direct Investing**

## Transaction Confirmation

MR KENNETH G HANCOCK
59 SUNTREE PROM
LEDUC AB  T9E 8R8

**Account number and type**
33J1F7J - TD Waterhouse Tax-Free Savings
Account - CDN

**Questions?**
**Contact an Investment Representative**
Toll Free 1 (800) 465-5463

## Transaction on March 04, 2022

▸ **For settlement on:** March 08, 2022
▸ **Processed on:** March 04, 2022

| Transaction | Security Description | Quantity | Price ($) | Amount ($) |
|---|---|---|---|---|
| You bought | META MATERIALS INC<br>DW-500644 | 292 | 1.4641 | |

**Ticker symbol: MMAT**
Security number: 43665R
CUSIP ID: 59134N104
Trade number: 005940
Trade processed by: 9AAB

| | | Amount |
|---|---|---|
| | Gross transaction amount | USD  427.52 |
| *Plus* | Commission | 9.99 |
| *Plus* | Premium on USD Funds converted at 29.79% | 130.33 |
| *Equals* | **Net transaction amount** | **CAD $567.84** |

*As agent, TD Direct Investing confirms the above purchase on a U.S. OTC marketplace for settlement in your account.*

## Important information

Please review the information in this Transaction Confirmation carefully and let us know within 10 calendar days if there are any discrepancies.

Clients' accounts are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of coverage is available upon request.

**Abbreviations used in the security descriptions**
RS   = Restricted shares
NVS = Non–voting shares
RVS = Restricted voting shares
SVS = Subordinate voting shares
MVS = Multiple voting shares
/D   = DSC (Deferred Sales Charge)
/NL  = No Load

**Disclosure of sources of revenue**
TD Direct Investing and/or parties related to us may earn revenue in addition to commission from the following sources: currency conversion charges on certain trades and mutual fund transactions, fees paid by issuers and others in connection with corporate actions and new issues, the sale of fixed income products, trailer fees paid by mutual fund companies, and remuneration paid by U.S. market makers and exchanges in connection with U.S. trades. For more information, see the TD Waterhouse Canada Inc. Account and Service Agreements and Disclosure Documents booklet. It is also available online at www.td.com/ca/en/investing/direct-investing.

The name of the salesperson, dealer and/or market in this transaction will be provided upon request.

TD Direct Investing is a division of TD Waterhouse Canada Inc., a subsidiary of The Toronto-Dominion Bank.

**Thank you for choosing**
**TD Direct Investing.**

**TD Waterhouse Canada Inc. - Member of the Canadian Investor Protection Fund**
00104740 0000003964 20220304 59134N104 43665R

Order execution account
No advice or recommendations provided.
Page **1** of 1



**TD Direct Investing**
*3500 STEELES AVE E*
*TOWER 2, 2ND FLOOR*
*MARKHAM ON L3R 0X1*

**TD Direct Investing**

## Transaction Confirmation

MR KENNETH G HANCOCK
59 SUNTREE PROM
LEDUC AB  T9E 8R8

**Account number and type**
33J1F7J - TD Waterhouse Tax-Free Savings
Account - CDN

**Questions?**
**Contact an Investment Representative**
Toll Free 1 (800) 465-5463

## Transaction on March 14, 2022

▸ **For settlement on:** March 16, 2022
▸ **Processed on:** March 14, 2022

| Transaction | Security Description | Quantity | Price ($) | Amount ($) |
|---|---|---|---|---|
| **You sold** | META MATERIALS INC FO-504914 | 792 | 1.5235 | |

| | | | |
|---|---|---|---:|
| | Gross transaction amount | | USD 1,206.61 |
| *Less* | Commission | | -9.99 |
| *Less* | US tax | | -0.01 |
| *Plus* | Premium on USD Funds converted at 29.74% | | 355.87 |
| *Equals* | **Net transaction amount** | | **CAD $1,552.48** |

**Ticker symbol: MMAT**
Security number: 43665R
CUSIP ID: 59134N104
Trade number: 009204
Trade processed by: 9AAB

*As agent, TD Direct Investing confirms the above sale on a U.S. OTC marketplace for settlement in your account.*

## Important information

Please review the information in this Transaction Confirmation carefully and let us know within 10 calendar days if there are any discrepancies.

Clients' accounts are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of coverage is available upon request.

**Abbreviations used in the security descriptions**
RS   = Restricted shares
NVS = Non–voting shares
RVS = Restricted voting shares
SVS = Subordinate voting shares
MVS = Multiple voting shares
/D    = DSC (Deferred Sales Charge)
/NL  = No Load

**Disclosure of sources of revenue**
TD Direct Investing and/or parties related to us may earn revenue in addition to commission from the following sources: currency conversion charges on certain trades and mutual fund transactions, fees paid by issuers and others in connection with corporate actions and new issues, the sale of fixed income products, trailer fees paid by mutual fund companies, and remuneration paid by U.S. market makers and exchanges in connection with U.S. trades. For more information, see the TD Waterhouse Canada Inc. Account and Service Agreements and Disclosure Documents booklet. It is also available online at www.td.com/ca/en/investing/direct-investing.

The name of the salesperson, dealer and/or market in this transaction will be provided upon request.

TD Direct Investing is a division of TD Waterhouse Canada Inc., a subsidiary of The Toronto-Dominion Bank.

**Thank you for choosing TD Direct Investing.**

**TD Waterhouse Canada Inc. - Member of the Canadian Investor Protection Fund**
00086710 0000003970 20220314 59134N104 43665R

Order execution account
No advice or recommendations provided.
Page **1** of 1

**Transation worksheet $mmat**

**Case 24-50792 META MATERIALS,INC**

**Ken Hancock**

Broker : TD Waterhouse

Acct # 33J1F7J

| Date Purchased | Shares Bought | Shares Sold | Price Per Share | Price Sold | Cost Buy |
|---|---|---|---|---|---|
| 7-Jul-21 | 130 | | $6.00 | | $780.00 |
| 7-Jul-21 | 128 | | $6.12 | | $783.36 |
| 7-Jul-21 | | 258 | $6.02 | $1,554.24 | |
| 7-Jul-21 | | 1322 | $5.90 | $7,804.96 | |
| 3-Mar-22 | 260 | | $1.57 | | $408.20 |
| 3-Mar-22 | 240 | | $1.60 | | $384.00 |
| 4-Mar-22 | 292 | | $1.46 | | $427.52 |
| 14-Mar-22 | | 792 | $1.52 | $1,206.61 | |