NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | PROOF OF INTEREST |
|---|---|

| Name of Debtor: **Meta Materials. INC** | Case Number: **24-50792** |
|---|---|

| 1. Name and address of holder of the Equity Interest (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):<br><br>KENNETH HANCOCK<br>53126 RANGE ROAD 70<br>PO BOX 682<br>PARKLAND COUNTY<br>T0E0S0<br><br>Telephone Number: **780-940-6706** | ☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.<br><br>■ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.<br><br>☐ Check box if this address differs from the address on the envelope sent to you by the Debtors. | RECEIVED AND FILED<br><br>DEC 13 2024<br><br>U.S. BANKRUPTCY COURT<br>MARY A. SCHOTT, CLERK |

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

**COURT USE ONLY**

| Account or other number by which Interest holder identifies Debtor: **578-1344410 /268-8281811** | Check here if this claim:<br>☐ replaces a previously filed Proof of Interest dated: _____<br>☐ amends a previously filed Proof of Interest dated: _____ |
|---|---|

| 2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:<br><br>RBC Direct Investing<br>PO Box 50 Royal Bank Plaza ➕<br>Telephone Number: 1-800-769-2560 | 3. Date Equity Interest was acquired: |
|---|---|

| 4. Total amount of member interest: ~~3451~~ 3770 RAE SPLIT | 5. Certificate number(s): See Attached Documentation |
|---|---|

*μ16*

6. **Type of Equity Interest:**
Please indicate the type of Equity Interest you hold:
■ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
☐ Check this box if your Equity Interest is based on anything else and describe that interest:
**Description:** Investor

7. **Supporting Documents:** Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. **Date-Stamped Copy:** To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

9. **Signature:**
Check the appropriate box.
■ I am the creditor. ☐ I am the creditor's authorized agent. ☐ I am the trustee, or the debtor, ☐ I am a guarantor, surety, endorser, or other codebtor.
(Attach copy of power of attorney, if any.) or their authorized agent. (See Bankruptcy Rule 3005.)
(See Bankruptcy Rule 3004.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: Kenneth Hancock
Title:
Company:___ Address and telephone number (if different from notice address above):

_(Signature)_ *Kenneth Hancock* _(Date)_ Dec 5/24

Telephone number: 780-940-6706 email: kennyhancock1961@gmail.com

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*



**Direct Investing**

RBC®

P.O. BOX 50 ROYAL BANK PLAZA
TORONTO, ON  M5J 2W7

# RBC Direct Investing Inc.
## ORDER EXECUTION ONLY ACCOUNT

ADPRB10720_4855217_004–E:30462–00462

KENNETH HANCOCK
80, 50150 RR 232
LEDUC COUNTY AB  T4X 0K8

## Confirmation Notice

**DATE**
JUNE 16, 2021

**ACCOUNT NO.**  **TYPE**
578–1344410   RRSP

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769–2560

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT OVER THE COUNTER – U.S.A.

## SETTLEMENT DATE          **JUNE 18, 2021**

TRANSACTION TYPE                        **BOUGHT**

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 5 | METAMATERIAL INC | @ | 6.204U$ |
| | COM | | |
| | UNSOLICITED | | |
| | DA | | |

| | |
|---|---|
| GROSS AMOUNT | 31.02 |
| COMMISSION | 9.95 |
| SUB TOTAL | 40.97 U$ |
| NET AMOUNT | 40.97 U$ |

CLIENT NAME                     KENNETH HANCOCK
ACCOUNT NO.                     578–1344410 – RRSP
INVESTMENT REPRESENTATIVE  ONLINE INVESTNG
I.R. NO. 3TV

REFERENCE W8634  /  CUSIP CA59134F1018  /  SECURITY NO. M064469  /  ORDER NO. 388634  /  INTERNAL CODES UN 65  /  686 A

Member–CanadianInvestor Protection Fund. ® / ™   Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.

ADPRB10720_4855217_004 – 00000923 – E:30462

 **Direct Investing**

P.O. BOX 50 ROYAL BANK PLAZA
TORONTO, ON  M5J 2W7

# RBC Direct Investing Inc.
## ORDER EXECUTION ONLY ACCOUNT

ADPRB10720_5016133_003–E:28919–08919

KENNETH HANCOCK
80, 50150 RR 232
LEDUC COUNTY AB  T4X 0K8

## Confirmation Notice

**DATE**
JUNE 24, 2021

**ACCOUNT NO.**    **TYPE**
578–1344410          RRSP

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769–2560

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT OVER THE COUNTER – U.S.A.

**SETTLEMENT DATE**          **JUNE 28, 2021**

TRANSACTION TYPE                    **BOUGHT**

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 160 | METAMATERIAL INC | @ | 12.25U$ |
| | COM | | |
| | UNSOLICITED | | |
| | AVG PRICE SHOWN–DETAILS ON REQ | | |
| | DA | | |

| | |
|---|---|
| GROSS AMOUNT | 1,960.00 |
| COMMISSION | 9.95 |
| SUB TOTAL | 1,969.95 US |
| NET AMOUNT | 1,969.95 US |

| | |
|---|---|
| CLIENT NAME | KENNETH HANCOCK |
| ACCOUNT NO. | 578–1344410 – RRSP |
| INVESTMENT REPRESENTATIVE | ONLINE INVESTNG |
| I.R. NO. 4GA | |

REFERENCE W4364  /  CUSIP CA59134F1018  /  SECURITY NO. M064469  /  ORDER NO. 394364  /  INTERNAL CODES UN 65  /  686 A

Member–CanadianInvestor Protection Fund. ® / ™  Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.

ADPRB10720_5016133_003 – 00017837 – E:20919



**Direct Investing**

P.O. BOX 50 ROYAL BANK PLAZA
TORONTO, ON  M5J 2W7

# RBC Direct Investing Inc.
## ORDER EXECUTION ONLY ACCOUNT

ADPRB10720_6979160_004-E:34420-04420

KENNETH HANCOCK
80, 50150 RR 232
LEDUC COUNTY AB  T4X 0K8

## Confirmation Notice

**DATE**
SEPTEMBER 28, 2021

**ACCOUNT NO.**    **TYPE**
578−1344410      RRSP

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769−2560

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT OVER THE COUNTER − USA

**SETTLEMENT DATE**          **SEPTEMBER 30, 2021**

TRANSACTION TYPE                        **BOUGHT**

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 19,765 | META MATLS INC | @ | 6.38392US$ |
| | COMMON STOCK | | |
| | UNSOLICITED | | |
| | AVG PRICE SHOWN−DETAILS ON REQ | | |
| | DA | | |

| | |
|---|---|
| GROSS AMOUNT | 126,178.10 |
| COMMISSION | 9.95 |
| SUB TOTAL | 126,188.05 US |
| NET AMOUNT | 126,188.05 US |

| | |
|---|---|
| CLIENT NAME | KENNETH HANCOCK |
| ACCOUNT NO. | 578−1344410 − RRSP |
| INVESTMENT REPRESENTATIVE | ONLINE INVESTNG |
| I.R. NO. 4GA | |

REFERENCE W5576  /  CUSIP US59134N1046  /  SECURITY NO. M067927  /  ORDER NO. 375576  /  INTERNAL CODES UN 1D  /  686 A

Member−CanadianInvestor Protection Fund. ® / ™  Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.

ADPRB10720_6979160_004 − 00003839 − E:34420

 **Direct Investing**

*P.O. BOX 50 ROYAL BANK PLAZA*
*TORONTO, ON  M5J 2W7*

# RBC Direct Investing Inc.
## ORDER EXECUTION ONLY ACCOUNT

ADPRB10720_6979160_004−E:34421−04421

KENNETH HANCOCK
80, 50150 RR 232
LEDUC COUNTY AB  T4X 0K8

## Confirmation Notice

**DATE**
SEPTEMBER 28, 2021

**ACCOUNT NO.**    **TYPE**
578−1344410        RRSP

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769−2560

---

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING SALE FOR YOUR ACCOUNT OVER THE COUNTER − U.S.A.

## SETTLEMENT DATE          SEPTEMBER 30, 2021

TRANSACTION TYPE                                      **SOLD**

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 19,704 | META MATLS INC COMMON STOCK UNSOLICITED CA | @ | 6.40U$ |

| | |
|---|---|
| GROSS AMOUNT | 126,105.60 |
| COMMISSION | 9.95 |
| US TRAN FEE | .65 |
| FEE SUB TOTAL | 10.60 |
| SUB TOTAL | 126,095.00 U$ |
| NET AMOUNT | 126,095.00CR U$ |

| | |
|---|---|
| **CLIENT NAME** | **KENNETH HANCOCK** |
| **ACCOUNT NO.** | **578−1344410 − RRSP** |
| **INVESTMENT REPRESENTATIVE** | **ONLINE INVESTNG** |
| **I.R. NO. 4GA** | |

REFERENCE W5577  /  CUSIP US59134N1046  /  SECURITY NO. M067927  /  ORDER NO. 375577  /  INTERNAL CODES UN 65  /  686 A

---

Member−CanadianInvestor Protection Fund. ® / ™  Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.

ADPRB10720_6979160_004 − 00008841 − E:34421



**Direct Investing**

*P.O. BOX 50 ROYAL BANK PLAZA*
*TORONTO, ON  M5J 2W7*

# RBC Direct Investing Inc.
## ORDER EXECUTION ONLY ACCOUNT

ADPRB10720_7221497_003-E:28112-08112

KENNETH HANCOCK
80, 50150 RR 232
LEDUC COUNTY AB  T4X 0K8

## Confirmation Notice

**DATE**
OCTOBER 7, 2021

**ACCOUNT NO.**   **TYPE**
578-1344410    RRSP

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769-2560

---

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT OVER THE COUNTER – U.S.A.

**SETTLEMENT DATE**          **OCTOBER 12, 2021**

TRANSACTION TYPE                        **BOUGHT**

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 65 | META MATLS INC | @ | 5.U$ |
| | COMMON STOCK | | |
| | UNSOLICITED | | |
| | DA | | |

| | |
|---|---|
| GROSS AMOUNT | 325.00 |
| COMMISSION | 9.95 |
| SUB TOTAL | 334.95 US |
| NET AMOUNT | 334.95 US |

**CLIENT NAME**                         **KENNETH HANCOCK**
**ACCOUNT NO.**                         **578-1344410 – RRSP**
**INVESTMENT REPRESENTATIVE**   **ONLINE INVESTNG**
**I.R. NO. 3TV**

REFERENCE W3030  /  CUSIP US59134N1046  /  SECURITY NO. M067927  /  ORDER NO. 393030  /  INTERNAL CODES UN 65  /  686 A

---

Member–CanadianInvestor Protection Fund. ® / ™  Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.

ADPRB10720_7221497_003 - 00016223 - E:20112



**Direct Investing**

P.O. BOX 50 ROYAL BANK PLAZA
TORONTO, ON  M5J 2W7

# RBC Direct Investing Inc.
## ORDER EXECUTION ONLY ACCOUNT

ADPRB10720_7623654_004−E:35207−05207

KENNETH HANCOCK
80, 50150 RR 232
LEDUC COUNTY AB  T4X 0K8

## Confirmation Notice

**DATE**
OCTOBER 28, 2021

| **ACCOUNT NO.** | **TYPE** |
|---|---|
| 578−1344410 | RRSP |

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769−2560

---

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING SALE FOR YOUR ACCOUNT OVER THE COUNTER − USA

**SETTLEMENT DATE**                 **NOVEMBER 1, 2021**

TRANSACTION TYPE                        **SOLD**

| Quantity | Security Description | | Unit Price | | |
|---|---|---|---|---|---|
| 19,830 | META MATLS INC | @ | 4.47035US | GROSS AMOUNT | 88,647.20 |
| | COMMON STOCK | | | COMMISSION | 9.95 |
| | UNSOLICITED | | | US TRAN FEE | .46 |
| | AVG PRICE SHOWN−DETAILS ON REQ | | | FEE SUB TOTAL | 10.41 |
| | CA | | | SUB TOTAL | 88,636.79 US |
| | | | | NET AMOUNT | 88,636.79CR U$ |

| CLIENT NAME | KENNETH HANCOCK |
|---|---|
| ACCOUNT NO. | 578−1344410 − RRSP |
| INVESTMENT REPRESENTATIVE | ONLINE INVESTNG |
| I.R. NO. 4GA | |

REFERENCE S4332  /  CUSIP US59134N1046  /  SECURITY NO. M067927  /  ORDER NO. 284332  /  INTERNAL CODES UN 1D  /  686 A

---

Member−CanadianInvestor Protection Fund.® / ™  Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.

 **Direct Investing**

P.O. BOX 50 ROYAL BANK PLAZA
TORONTO, ON  M5J 2W7

# RBC Direct Investing Inc.
## ORDER EXECUTION ONLY ACCOUNT

ADPRB10720_7735306_004–E:34616–04616

KENNETH HANCOCK
80, 50150 RR 232
LEDUC COUNTY AB  T4X 0K8

## Confirmation Notice

**DATE**
NOVEMBER 2, 2021

**ACCOUNT NO.**   **TYPE**
578–1344410      RRSP

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769–2560

---

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING SALE FOR YOUR ACCOUNT OVER THE COUNTER – USA

**SETTLEMENT DATE**          **NOVEMBER 4, 2021**

TRANSACTION TYPE                                **SOLD**

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 21,892 | META MATLS INC | @ | 4.9317U$ |
| | COMMON STOCK | | |
| | UNSOLICITED | | |
| | AVG PRICE SHOWN–DETAILS ON REQ | | |
| | CA | | |

| | |
|---|---|
| GROSS AMOUNT | 107,964.98 |
| COMMISSION | 9.95 |
| US TRAN FEE | .56 |
| FEE SUB TOTAL | 10.51 |
| SUB TOTAL | 107,954.47 U$ |
| NET AMOUNT | 107,954.47CR U$ |

| | |
|---|---|
| CLIENT NAME | KENNETH HANCOCK |
| ACCOUNT NO. | 578–1344410 – RRSP |
| INVESTMENT REPRESENTATIVE | ONLINE INVESTNG |
| I.R. NO. 4GA | |

REFERENCE W3888  /  CUSIP US59134N1046  /  SECURITY NO. M067927  /  ORDER NO. 353888  /  INTERNAL CODES UN 1D  /  686 A

---

Member–CanadianInvestor Protection Fund.® / ™ Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.


**Direct Investing**

P.O. BOX 50 ROYAL BANK PLAZA
TORONTO, ON  M5J 2W7

# RBC Direct Investing Inc.
## ORDER EXECUTION ONLY ACCOUNT

ADPRB10720_7735306_004-E:34615-04615
KENNETH HANCOCK
80, 50150 RR 232
LEDUC COUNTY AB  T4X 0K8

**Confirmation Notice**

**DATE**
NOVEMBER 2, 2021

**ACCOUNT NO.**       **TYPE**
578−1344410          RRSP

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769−2560

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT OVER THE COUNTER − USA

**SETTLEMENT DATE**          **NOVEMBER 4, 2021**

TRANSACTION TYPE                    **BOUGHT**

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 21,892 | META MATLS INC | @ | 4.90796US |
| | COMMON STOCK | | |
| | UNSOLICITED | | |
| | AVG PRICE SHOWN−DETAILS ON REQ | | |
| | DA | | |

| | |
|---|---|
| GROSS AMOUNT | 107,444.96 |
| COMMISSION | 9.95 |
| SUB TOTAL | 107,454.91 US |
| NET AMOUNT | 107,454.91 US |

| | |
|---|---|
| CLIENT NAME | KENNETH HANCOCK |
| ACCOUNT NO. | 578−1344410 − RRSP |
| INVESTMENT REPRESENTATIVE | ONLINE INVESTNG |
| I.R. NO. 4GA | |

REFERENCE W3887  /  CUSIP US59134N1046  /  SECURITY NO. M067927  /  ORDER NO. 353887  /  INTERNAL CODES UN 1D  /  686 A

Member−CanadianInvestor Protection Fund. ® / ™  Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.

ADPRB10720_7735306_004 − 00009229 − E:34615



**Direct Investing**

P.O. BOX 50 ROYAL BANK PLAZA
TORONTO, ON  M5J 2W7

# RBC Direct Investing Inc.
## ORDER EXECUTION ONLY ACCOUNT

ADPRB10720_7769383_004–E:34197–04197

KENNETH HANCOCK
80, 50150 RR 232
LEDUC COUNTY AB  T4X 0K8

## Confirmation Notice

**DATE**
NOVEMBER 3, 2021

**ACCOUNT NO.**       **TYPE**
578–1344410        RRSP

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769–2560

---

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT OVER THE COUNTER – U.S.A.

**SETTLEMENT DATE**          **NOVEMBER 5, 2021**

TRANSACTION TYPE                               **BOUGHT**

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 302 | META MATLS INC | @ | 4.8688U$ |
| | COMMON STOCK | | |
| | UNSOLICITED | | |
| | DA | | |

| | |
|---|---|
| GROSS AMOUNT | 1,470.37 |
| COMMISSION | 9.95 |
| SUB TOTAL | 1,480.32 US |
| NET AMOUNT | 1,480.32 US |

| | |
|---|---|
| **CLIENT NAME** | **KENNETH HANCOCK** |
| **ACCOUNT NO.** | **578–1344410 – RRSP** |
| **INVESTMENT REPRESENTATIVE** | **ONLINE INVESTNG** |
| **I.R. NO. 4GA** | |

REFERENCE 31183  /  CUSIP US59134N1046  /  SECURITY NO. M067927  /  ORDER NO. 031183  /  INTERNAL CODES UN 65  /  686 A

---

Member~CanadianInvestor Protection Fund. ® / ™  Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.

ADPRB10720_7769383_004 – 00008393 – E:34197

 **Direct Investing**

**RBC Direct Investing Inc.**
## ORDER EXECUTION ONLY ACCOUNT

*P.O. BOX 50 ROYAL BANK PLAZA*
*TORONTO, ON  M5J 2W7*

ADPRB10720_3265970_003–E:28675–08675

KENNETH HANCOCK
80, 50150 RR 232
LEDUC COUNTY AB  T4X 0K8

### Confirmation Notice

**DATE**
MARCH 11, 2022

| **ACCOUNT NO.** | **TYPE** |
|---|---|
| 578–1344410 | RRSP |

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769–2560

---

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING SALE FOR YOUR ACCOUNT OVER THE COUNTER – U.S.A.

| **SETTLEMENT DATE** | **MARCH 15, 2022** |
|---|---|

| TRANSACTION TYPE | | | **SOLD** |
|---|---|---|---|

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 1,100 | META MATLS INC | @ | 1.6123US$ |
| | COMMON STOCK | | |
| | UNSOLICITED | | |
| | CA | | |

| | |
|---|---|
| GROSS AMOUNT | 1,773.53 |
| COMMISSION | 9.95 |
| US TRAN FEE | .01 |
| FEE SUB TOTAL | 9.96 |
| SUB TOTAL | 1,763.57 US |
| NET AMOUNT | 1,763.57CR US$ |

| | |
|---|---|
| **CLIENT NAME** | **KENNETH HANCOCK** |
| **ACCOUNT NO.** | **578–1344410 – RRSP** |
| **INVESTMENT REPRESENTATIVE** | **ONLINE INVESTNG** |
| **I.R. NO. 3TV** | |

REFERENCE W3581  /  CUSIP US59134N1046  /  SECURITY NO. M067927  /  ORDER NO. 363581  /  INTERNAL CODES UN 65  /  686 A

---

Member–CanadianInvestor Protection Fund. ® / ™  Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.



**Direct Investing**

P.O. BOX 50 ROYAL BANK PLAZA
TORONTO, ON  M5J 2W7

# RBC Direct Investing Inc.
## ORDER EXECUTION ONLY ACCOUNT

ADPRB10720_3242824_003-E:29927-09927

KENNETH HANCOCK
80, 50150 RR 232
LEDUC COUNTY AB  T4X 0K8

## Confirmation Notice

**DATE**
MARCH 10, 2022

**ACCOUNT NO.**     **TYPE**
578-1344410        RRSP

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769-2560

---

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT OVER THE COUNTER – U.S.A.

## SETTLEMENT DATE          **MARCH 14, 2022**

TRANSACTION TYPE                    **BOUGHT**

| Quantity | Security Description | Unit Price |
|---|---|---|
| 1,118 | META MATLS INC<br>COMMON STOCK<br>UNSOLICITED<br>DA | @      1.6382US$ |

| | |
|---|---|
| GROSS AMOUNT | 1,831.50 |
| COMMISSION | 9.95 |
| SUB TOTAL | 1,841.45 US$ |
| NET AMOUNT | 1,841.45 US$ |

| CLIENT NAME | KENNETH HANCOCK |
|---|---|
| ACCOUNT NO. | 578-1344410 – RRSP |
| INVESTMENT REPRESENTATIVE | ONLINE INVESTNG |
| I.R. NO. 4GA | |

REFERENCE W3063  /  CUSIP US59134N1046  /  SECURITY NO. M067927  /  ORDER NO. 393063  /  INTERNAL CODES UN 65  /  686 A

---

Member-CanadianInvestor Protection Fund. ® / ™  Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.


**Direct Investing**

**Order Execution Only**
**RRSP Statement (U.S.$)**

**JAN. 31 2024**

Your Account Number:    578-13444-1-0    2 of   3

## Asset Review

| | SECURITY SYMBOL | QUANTITY/ SEGREGATED | MKT. PRICE | BOOK COST | MARKET VALUE |
|---|---|---|---|---|---|
| **Common Shares** | | | | | |
| MULLEN AUTOMOTIVE INC | MULN | 1 | 7.020 | 5,947.32 | $7.02 |
| COMMON STOCK | | 1 | | | |
| META MATERIALS INC | MMAT | 4 | 3.820 | 748.57 | $15.28 |
| COMMON STOCK | | 4 | | | |
| OCUGEN INC | OCGN | 6,800 | 0.535 | 106,291.91 | $3,638.00 |
| COMMON STOCK | | 6,800 | | | |
| **Total Value of Common Shares** | | | | 112,987.80 | $3,660.30 |
| | | | | | |
| **Total Value of All Securities** | | | | 112,987.80 | $3,660.30 |

## Account Activity

| DATE | ACTIVITY | DESCRIPTION | QUANTITY | PRICE \RATE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|
| | | **Opening Balance (DEC. 29, 2023)** | | | | $5.38 |
| JAN. 29 | EXCHANGE | META MATLS INC | 320- | | | |
| | | COMMON STOCK | | | | |
| | | REV SPLIT TO META MATLS NEW | | | | |
| | | 1 FOR 100 | | | | |
| JAN. 29 | EXCHANGE | META MATERIALS INC | 4 | | | |
| | | COMMON STOCK | | | | |
| | | RESULT OF REVERSE SPLIT | | | | |
| | | **Closing Balance (JAN. 31, 2024)** | | | | $5.38 |

- CONTINUED ON NEXT PAGE -

**Transation worksheet $mmat**

**Case 24-50792 META MATERIALS,INC**

**Ken Hancock**

Broker : RBC RRSP

Acct # 578-1344410

| Date Purchased | Shares Bought | Shares Sold | Price Per Share | Price Sold | Cost Buy |
|---|---|---|---|---|---|
| 16-Jun-01 | 5 | | $6.20 | | $31.02 |
| 24-Jun-01 | 160 | | $12.25 | | $1,960.00 |
| 28-Sep-21 | 19765 | | $6.38 | | $126,178.18 |
| 28-Sep-21 | | 19704 | $6.40 | $126,105.60 | |
| 7-Oct-21 | 65 | | $5.00 | | $325.00 |
| Oct 28,2021 | | 19830 | $4.47 | $88,647.04 | |
| Nov 2,2021 | 21895 | | $4.91 | | $107,459.78 |
| Nov 2,2021 | | 21892 | $4.93 | $107,964.78 | |
| Nov 3,2021 | 302 | | $4.87 | | $1,470.38 |
| Mar 10,2022 | 1118 | | $1.64 | | $1,831.51 |
| Mar 11,2021 | | 1100 | $1.61 | $1,773.53 | |

Jan 29 2024 R/S 100:1          320 Shares Held Pre- Reverse Split



**Direct Investing**

# RBC Direct Investing Inc.
## ORDER EXECUTION ONLY ACCOUNT

*P.O. BOX 50 ROYAL BANK PLAZA*
*TORONTO, ON  M5J 2W7*

ADPRB10720_4855217_002−E:16700−06700

KENNETH HANCOCK
80, 50150 RR 232
LEDUC COUNTY AB  T4X 0K8

### Confirmation Notice

**DATE**
JUNE 16, 2021

**ACCOUNT NO.**     **TYPE**
268−8281811        TFSA

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769−2560

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT OVER THE COUNTER − U.S.A.

**SETTLEMENT DATE**          **JUNE 18, 2021**

TRANSACTION TYPE              **BOUGHT**

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 905 | METAMATERIAL INC | @ | 6.1629US$ |
| | COM | | |
| | UNSOLICITED | | |
| | DA | | |

| | |
|---|---|
| GROSS AMOUNT | 5,577.42 |
| COMMISSION | 9.95 |
| SUB TOTAL | 5,587.37 U$ |
| NET AMOUNT | 5,587.37 U$ |

| | |
|---|---|
| **CLIENT NAME** | **KENNETH HANCOCK** |
| **ACCOUNT NO.** | **268−8281811 − TFSA** |
| **INVESTMENT REPRESENTATIVE** | **ONLINE INVESTNG** |
| **I.R. NO. 3TV** | |

REFERENCE W8618  /  CUSIP CA59134F1018  /  SECURITY NO. M064469  /  ORDER NO. 388618  /  INTERNAL CODES UN 65  /  686 A

Member−CanadianInvestor Protection Fund. ® / ™  Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.

ADPRB10720_4855217_002 − 00013399 − E:16700



**Direct Investing**

P.O. BOX 50 ROYAL BANK PLAZA
TORONTO, ON  M5J 2W7

# RBC Direct Investing Inc.
## ORDER EXECUTION ONLY ACCOUNT

ADPRB10720_4855217_002−E:16701−06701

KENNETH HANCOCK
80, 50150 RR 232
LEDUC COUNTY AB  T4X 0K8

### Confirmation Notice

**DATE**
JUNE 16, 2021

**ACCOUNT NO.**     **TYPE**
268−8281811          TFSA

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769−2560

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT OVER THE COUNTER − USA

## SETTLEMENT DATE                  **JUNE 18, 2021**

TRANSACTION TYPE                              **BOUGHT**

| Quantity | Security Description | Unit Price | |
|---|---|---|---|
| 350 | METAMATERIAL INC | @ | 5.99556US |
| | COM | | |
| | UNSOLICITED | | |
| | AVG PRICE SHOWN−DETAILS ON REQ | | |
| | DA | | |

| | |
|---|---|
| GROSS AMOUNT | 2,098.44 |
| COMMISSION | 9.95 |
| SUB TOTAL | 2,108.39 US |
| NET AMOUNT | 2,108.39 US |

**CLIENT NAME**                          KENNETH HANCOCK
**ACCOUNT NO.**                          268−8281811 − TFSA
**INVESTMENT REPRESENTATIVE**   ONLINE INVESTNG
**I.R. NO. 3TV**

REFERENCE W8619  /  CUSIP CA59134F1018  /  SECURITY NO. M064469  /  ORDER NO. 388619  /  INTERNAL CODES UN 1D  /  686 A

Member−CanadianInvestor Protection Fund. ® / ™  Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.


**Direct Investing**

**RBC Direct Investing Inc.**
ORDER EXECUTION ONLY ACCOUNT

*P.O. BOX 50 ROYAL BANK PLAZA*
*TORONTO, ON  M5J 2W7*

ADPRB10720_5104965_002-E:16142-06142

KENNETH HANCOCK
80, 50150 RR 232
LEDUC COUNTY AB  T4X 0K8

**Confirmation Notice**

**DATE**
JUNE 29, 2021

**ACCOUNT NO.**      **TYPE**
268-8281811          TFSA

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769-2560

---

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT OVER THE COUNTER - U.S.A.

**SETTLEMENT DATE**               **JULY 1, 2021**
AS PRINCIPAL, WE CONVERTED AT                    1.2548
TRANSACTION TYPE                            **BOUGHT**

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 75 | META MATLS INC | @ | 7.4978US$ |
| | COMMON STOCK | | |
| | UNSOLICITED | | |
| | DA | | |
| | EXCHANGE RATE    1.25480000 | | |

| | |
|---|---|
| GROSS AMOUNT | 562.33 |
| COMMISSION | 9.95 |
| SUB TOTAL | 572.28 US$ |
| EXCHANGE | 145.82 |
| NET AMOUNT | 718.10 C$ |

| | |
|---|---|
| CLIENT NAME | KENNETH HANCOCK |
| ACCOUNT NO. | 268-8281811 - TFSA |
| INVESTMENT REPRESENTATIVE | ONLINE INVESTNG |
| I.R. NO. 3TV | |

REFERENCE W2980  /  CUSIP US59134N1046  /  SECURITY NO. M067927  /  ORDER NO. 352980  /  INTERNAL CODES UN 65  /  686 A

---

Member-CanadianInvestor Protection Fund. ®/™  Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.

ADPRB10720_5104965_002 - 00012253 - E:16142


**Direct Investing**

**RBC Direct Investing Inc.**
ORDER EXECUTION ONLY ACCOUNT

*P.O. BOX 50 ROYAL BANK PLAZA*
*TORONTO, ON  M5J 2W7*

ADPRB10720_5180525_003−E:22882−02882

KENNETH HANCOCK
80, 50150 RR 232
LEDUC COUNTY AB  T4X 0K8

**Confirmation Notice**

**DATE**
JULY 2, 2021

**ACCOUNT NO.**      **TYPE**
268−8281811          TFSA

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769−2560

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT OVER THE COUNTER − U.S.A.

**SETTLEMENT DATE**          **JULY 7, 2021**
AS PRINCIPAL, WE CONVERTED AT                1.2515
TRANSACTION TYPE                        **BOUGHT**

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 115 | META MATLS INC | @ | 6.8477U$ |
| | COMMON STOCK | | |
| | UNSOLICITED | | |
| | DA | | |
| | EXCHANGE RATE  1.25150000 | | |

| | |
|---|---|
| GROSS AMOUNT | 787.48 |
| COMMISSION | 9.95 |
| SUB TOTAL | 797.43 U$ |
| EXCHANGE | 200.55 |
| NET AMOUNT | 997.98 C$ |

**CLIENT NAME**                        KENNETH HANCOCK
**ACCOUNT NO.**                        268−8281811 − TFSA
**INVESTMENT REPRESENTATIVE**          ONLINE INVESTNG
**I.R. NO. 3TV**

REFERENCE 22423  /  CUSIP US59134N1046  /  SECURITY NO. M067927  /  ORDER NO. 022423  /  INTERNAL CODES UN 65  /  686 A

Member−CanadianInvestor Protection Fund. ® / ™  Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.



**Direct Investing**

*P.O. BOX 50 ROYAL BANK PLAZA*
*TORONTO, ON  M5J 2W7*

# RBC Direct Investing Inc.
## ORDER EXECUTION ONLY ACCOUNT

ADPRB10720_5302945_002–E:17033–07033

KENNETH HANCOCK
80, 50150 RR 232
LEDUC COUNTY AB  T4X 0K8

## Confirmation Notice

**DATE**
JULY 7, 2021

**ACCOUNT NO.**     **TYPE**
268–8281811         TFSA

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769–2560

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING SALE FOR YOUR ACCOUNT OVER THE COUNTER – U.S.A.

| SETTLEMENT DATE | JULY 9, 2021 |
| --- | --- |

**TRANSACTION TYPE**                    **SOLD**

| Quantity | Security Description | | Unit Price |
| --- | --- | --- | --- |
| 2,505 | META MATLS INC<br>COMMON STOCK<br>UNSOLICITED<br>AVG PRICE SHOWN–DETAILS ON REQ<br>CA JNL | @ | 5.8209US$ |

| | |
| --- | --- |
| GROSS AMOUNT | 14,581.35 |
| COMMISSION | 9.95 |
| US TRAN FEE | .08 |
| FEE SUB TOTAL | 10.03 |
| SUB TOTAL | 14,571.32 US |
| NET AMOUNT | 14,571.32CR US$ |

| | |
| --- | --- |
| **CLIENT NAME** | **KENNETH HANCOCK** |
| **ACCOUNT NO.** | **268–8281811 – TFSA** |
| **INVESTMENT REPRESENTATIVE** | **ONLINE INVESTNG** |
| **I.R. NO. 4GA** | |

REFERENCE W9859  /  CUSIP US59134N1046  /  SECURITY NO. M067927  /  ORDER NO. 379859  /  INTERNAL CODES UN 65  /  686 A

Member–CanadianInvestor Protection Fund. ® / ™  Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.

 **Direct Investing**

**RBC Direct Investing Inc.**
ORDER EXECUTION ONLY ACCOUNT

*P.O. BOX 50 ROYAL BANK PLAZA*
*TORONTO, ON  M5J 2W7*

ADPRB10720_7703476_002-E:18639-08639

KENNETH HANCOCK
80, 50150 RR 232
LEDUC COUNTY AB  T4X 0K8

**Confirmation Notice**

**DATE**
NOVEMBER 1, 2021

**ACCOUNT NO.     TYPE**
268-8281811       TFSA

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769-2560

---

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT OVER THE COUNTER - U.S.A.

**SETTLEMENT DATE            NOVEMBER 3, 2021**

TRANSACTION TYPE                                 **BOUGHT**

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 2,282 | META MATLS INC | @ | 4.9494U$ |
| | COMMON STOCK | | |
| | UNSOLICITED | | |
| | DA | | |

| | |
|---|---|
| GROSS AMOUNT | 11,294.53 |
| COMMISSION | 9.95 |
| SUB TOTAL | 11,304.48 US |
| NET AMOUNT | 11,304.48 US |

| | |
|---|---|
| **CLIENT NAME** | **KENNETH HANCOCK** |
| **ACCOUNT NO.** | **268-8281811 - TFSA** |
| **INVESTMENT REPRESENTATIVE** | **ONLINE INVESTNG** |
| **I.R. NO. 4GA** | |

REFERENCE W7477  /  CUSIP US59134N1046  /  SECURITY NO. M067927  /  ORDER NO. 397477  /  INTERNAL CODES UN 65  /  686 A

---

Member-CanadianInvestor Protection Fund. ® / ™  Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.



**Direct Investing**

P.O. BOX 50 ROYAL BANK PLAZA
TORONTO, ON  M5J 2W7

# RBC Direct Investing Inc.
## ORDER EXECUTION ONLY ACCOUNT

ADPRB10720_3242824_002−E:13288−03288

KENNETH HANCOCK
80, 50150 RR 232
LEDUC COUNTY AB  T4X 0K8

### Confirmation Notice

**DATE**
MARCH 10, 2022

**ACCOUNT NO.**   **TYPE**
268−8281811        TFSA

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769−2560

---

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT OVER THE COUNTER – U.S.A.

**SETTLEMENT DATE**        **MARCH 14, 2022**

TRANSACTION TYPE                            **BOUGHT**

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 68 | META MATLS INC | @ | 1.6381US$ |
| | COMMON STOCK | | |
| | UNSOLICITED | | |
| | DA | | |

| | |
|---|---|
| GROSS AMOUNT | 111.39 |
| COMMISSION | 9.95 |
| SUB TOTAL | 121.34 US$ |
| NET AMOUNT | 121.34 US$ |

| | |
|---|---|
| CLIENT NAME | KENNETH HANCOCK |
| ACCOUNT NO. | 268−8281811 − TFSA |
| INVESTMENT REPRESENTATIVE | ONLINE INVESTNG |
| I.R. NO. 4GA | |

REFERENCE W3060  /  CUSIP US59134N1046  /  SECURITY NO. M067927  /  ORDER NO. 393060  /  INTERNAL CODES UN 65  /  686 A

---

Member−CanadianInvestor Protection Fund. ® / ™  Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.



**Direct Investing**

*P.O. BOX 50 ROYAL BANK PLAZA*
*TORONTO, ON M5J 2W7*

# RBC Direct Investing Inc.
## ORDER EXECUTION ONLY ACCOUNT

ADPRB10720_1552667_001-E:5502-05502

KENNETH HANCOCK
53126 RR 70
PO BOX 682
ENTWHISTLE AB  T0E 0S0

**Confirmation Notice**

**DATE**
DECEMBER 23, 2022

**ACCOUNT NO.**     **TYPE**
268-8281811        TFSA

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769-2560

---

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT OVER THE COUNTER - U.S.A.

**SETTLEMENT DATE**          **DECEMBER 28, 2022**

TRANSACTION TYPE                **BOUGHT**

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 1,100 | META MATLS INC | @ | 1.10U$ |
| | COMMON STOCK | | |
| | UNSOLICITED | | |
| | AVG PRICE SHOWN-DETAILS ON REQ | | |
| | DA | | |

| | |
|---|---|
| GROSS AMOUNT | 1,210.00 |
| COMMISSION | 9.95 |
| SUB TOTAL | 1,219.95 US |
| NET AMOUNT | 1,219.95 US |

| | |
|---|---|
| CLIENT NAME | KENNETH HANCOCK |
| ACCOUNT NO. | 268-8281811 - TFSA |
| INVESTMENT REPRESENTATIVE | ONLINE INVESTNG |
| I.R. NO. 3TV | |

REFERENCE W6451  /  CUSIP US59134N1046  /  SECURITY NO. M067927  /  ORDER NO. 376451  /  INTERNAL CODES UN 65  /  686 A

---

Member-Canadian Investor Protection Fund. ®/ ™ Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.

ADPRB10720_1552667_001 - 00011003 - E:5502

 **Direct Investing**

**RBC Direct Investing Inc.**
ORDER EXECUTION ONLY ACCOUNT

*P.O. BOX 50 ROYAL BANK PLAZA*
*TORONTO, ON  M5J 2W7*

ADPRB10720_5049389_002-E:8417-00417

KENNETH HANCOCK
53126 RR 70
PO BOX 682
ENTWHISTLE AB  T0E 0S0

**Confirmation Notice**

**DATE**
MAY 2, 2024

**ACCOUNT NO.**          **TYPE**
268-8281811               TFSA

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769-2560

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING SALE FOR YOUR ACCOUNT OVER THE COUNTER - U.S.A.

**SETTLEMENT DATE**          **MAY 6, 2024**

TRANSACTION TYPE          **SOLD**

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 35 | META MATERIALS INC | @ | 3.4037US$ |
| | COMMON STOCK | | |
| | UNSOLICITED | | |
| | CA | | |

| | |
|---|---|
| GROSS AMOUNT | 119.12 |
| COMMISSION | 9.95 |
| US TRAN FEE | .01 |
| FEE SUB TOTAL | 9.96 |
| SUB TOTAL | 109.16 US |
| NET AMOUNT | 109.16CR US |

**CLIENT NAME**                    **KENNETH HANCOCK**
**ACCOUNT NO.**                    **268-8281811 - TFSA**
**INVESTMENT REPRESENTATIVE**      **ONLINE INVESTNG**
**I.R. NO. 3YX**

REFERENCE W3697  /  CUSIP US59134N3026  /  SECURITY NO. M076501  /  ORDER NO. 393697  /  INTERNAL CODES UN 65  /  686 A

Member-Canadian Investor Protection Fund. ®/ ™  Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.

ADPRB10720_5049389_002 - 00000033 - E:8417


**Direct Investing**

## Order Execution Only
## TFSA Statement (U.S.$)

**JAN. 31 2024**

Your Account Number:    268-82818-1-1    2 of   3

## Asset Review

| | SECURITY SYMBOL | QUANTITY/ SEGREGATED | MKT. PRICE | BOOK COST | MARKET VALUE |
|---|---|---|---|---|---|
| **Common Shares** | | | | | |
| META MATERIALS INC COMMON STOCK | MMAT | 35 35 | 3.820 | 12,645.77 # | $133.70 |
| RELIEF THERAPEUTICS HLDNGS ORDINARY SHARES | RLFTF | 16 16 | 2.000 | 1,354.55 | $32.00 |
| **Total Value of Common Shares** | | | | 14,000.32 | $165.70 |
| **Total Value of All Securities** | | | | 14,000.32 | $165.70 |

## Account Activity

| DATE | ACTIVITY | DESCRIPTION | QUANTITY | PRICE \RATE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|
| | | **Opening Balance (DEC. 29, 2023)** | | | | $53.42 |
| JAN. 29 | EXCHANGE | META MATLS INC COMMON STOCK REV SPLIT TO META MATLS NEW 1 FOR 100 | 3,450- | | | |
| JAN. 29 | EXCHANGE | META MATERIALS INC COMMON STOCK RESULT OF REVERSE SPLIT | 35 | | | |
| | | **Closing Balance (JAN. 31, 2024)** | | | | $53.42 |

- CONTINUED ON NEXT PAGE -

**Transation worksheet $mmat**

 **Case 24-50792 META MATERIALS,INC**

**Ken Hancock**

Broker : RBC TSFA

Acct # 268-8281811

| Date Purchased | Shares Bought | Shares Sold | Price Per Share | Price Sold | Cost Buy |
|---|---|---|---|---|---|
| 16-Jun-21 | 905 | | $6.16 | | $5,574.80 |
| 16-Jun-21 | 350 | | $6.00 | | $2,098.45 |
| 29-Jun-21 | 75 | | $7.50 | | $562.28 |
| 2-Jul-21 | 115 | | $6.85 | | $787.49 |
| 7-Jul-21 | | 2505 | $5.82 | $14,581.35 | |
| 1-Nov-21 | 2282 | | $4.95 | | $11,294.53 |
| 10-Mar-22 | 68 | | $1.64 | | $111.39 |
| 23-Dec-22 | 1100 | | $1.10 | | $1,210.00 |
| 2-May-24 | | 35 | $3.40 | $119.13 | |

Jan 29 2024 R/S 100                3450 Shares Held Pre- Reverse Split