NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | | PROOF OF INTEREST |
|---|---|---|

Name of Debtor: Meta Materials Inc

Case Number: 24-50-792

1. **Name and address of holder of the Equity Interest** (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the Interest holder.)

Kevin Jennerjohn
3130 East Sabreridge Drive
Appleton, Wisconsin 54913

Telephone Number: 1-920-495-1480

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars

☒ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors

**RECEIVED AND FILED**
DEC 13 2024
U S BANKRUPTCY COURT
MARY A SCHOTT, CLERK

COURT USE ONLY

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

Account or other number by which Interest holder identifies Debtor: 7251-3793

Check here if this claim:
☐ replaces a previously filed Proof of Interest dated _____
☐ amends a previously filed Proof of Interest dated _____

2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:
Kevin Jennerjohn
PO Box 982600 El Paso, Texas 79998
Telephone Number: 877-519-1403

3. Date Equity Interest was acquired:
Between 6/30/2021 and 10/09/2023
See attached documentation

4. Total amount of member interest: 430 shares for $49,898.08

5. Certificate number(s): _____

6. **Type of Equity Interest**
Please indicate the type of Equity Interest you hold
☒ Check this box if your Equity Interest is based on an actual member interest held in the Debtor
☐ Check this box if your Equity Interest is based on anything else and describe that interest
Description: Investor

7. **Supporting Documents**: Attach copies of supporting documents such as stock certificates, option agreements, warrants, etc. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available explain. If the documents are voluminous attach a summary.

8. **Date Stamped Copy**: To receive an acknowledgement of the filing of your Proof of Interest enclose a stamped self addressed envelope and copy of this Proof of Interest.

9. **Signature**:
Check the appropriate box
☒ I am the creditor
☐ I am the creditor's authorized agent (Attach copy of power of attorney if any)
☐ I am the trustee or the debtor or their authorized agent (See Bankruptcy Rule 3004)
☐ I am a guarantor surety endorser or other codebtor (See Bankruptcy Rule 3005)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge information and reasonable belief

Print Name: Kevin Jennerjohn
Title:
Company: Address and telephone number (if different from notice address above)

(Signature) /s/ Kevin Jennerjohn
(Date) 12/10/2024

Telephone number: 1-920 495 1480
email: krjenner@hotmail.com

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U S C §§ 152 AND 3571*

Lot Details  MMATQ - META MATLS INC CLASS EQUITY

🛢 Cost Basis Calculator   ❷ Help   ⬇ Export   ⊝ Print

| Open Date | Quantity | Price | Cost/Share | Market Value | Cost Basis | Gain/Loss $ | Gain/Loss % | Holding Period |
|---|---|---|---|---|---|---|---|---|
| 10/09/2023 | 95 | $0 00 | $21 00 | $0 00 | $1 995 00 | $1 995 00 | 100% | Long Term |
| 09/19/2023 | 100 | $0 00 | $20 66 | $0 00 | $2 066 00 | $2 066 00 | 100% | Long Term |
| 08/08/2023 | 12 | $0 00 | $25 30 | $0 00 | $303 60 | $303 60 | 100% | Long Term |
| 06/29/2023 | 10 | $0 00 | $20 00 | $0 00 | $200 00 | $200 00 | 100% | Long Term |
| 04/14/2023 | 8 | $0 00 | $21 86 | $0 00 | $174 88 | $174 88 | 100% | Long Term |
| 04/03/2023 | 2 1 | $0 00 | $50 98 | $0 00 | $107 06 | $107 06 | 100% | Long Term |
| 10/28/2022 | 1 | $0 00 | $102 00 | $0 00 | $102 00 | $102 00 | 100% | Long Term |
| 10/27/2022 | 0 4 | $0 00 | $100 00 | $0 00 | $40 00 | $40 00 | 100% | Long Term |
| 09/07/2022 | 1 25 | $0 00 | $79 20 | $0 00 | $99 00 | $99 00 | 100% | Long Term |
| 08/05/2022 | 0 25 | $0 00 | $92 00 | $0 00 | $23 00 | $23 00 | 100% | Long Term |
| 05/23/2022 | 30 | $0 00 | $191 00 | $0 00 | $5 730 00 | -$5 730 00 | 100% | Long Term |
| 05/23/2022 | 20 | $0 00 | $183 85 | $0 00 | $3 677 00 | -$3 677 00 | 100% | Long Term |
| 05/17/2022 | 10 | $0 00 | $158 99 | $0 00 | $1 589 90 | -$1 589 90 | 100% | Long Term |
| 05/16/2022 | 5 | $0 00 | $158 00 | $0 00 | $790 00 | $790 00 | 100% | Long Term |
| 05/09/2022 | 19 | $0 00 | $119 00 | $0 00 | $2 261 00 | $2 261 00 | 100% | Long Term |
| 05/09/2022 | 15 | $0 00 | $120 00 | $0 00 | $1 800 00 | $1 800 00 | 100% | Long Term |
| 02/28/2022 | 1 | $0 00 | $179 00 | $0 00 | $179 00 | $179 00 | 100% | Long Term |
| 02/18/2022 | 5 | $0 00 | $171 00 | $0 00 | $855 00 | $855 00 | 100% | Long Term |
| 02/17/2022 | 5 | $0 00 | $179 00 | $0 00 | $895 00 | $895 00 | 100% | Long Term |
| 02/17/2022 | 5 | $0 00 | $186 00 | $0 00 | $930 00 | $930 00 | 100% | Long Term |
| 02/16/2022 | 5 | $0 00 | $193 00 | $0 00 | $965 00 | $965 00 | 100% | Long Term |
| 02/15/2022 | 5 | $0 00 | $189 00 | $0 00 | $945 00 | $945 00 | 100% | Long Term |
| 02/14/2022 | 5 | $0 00 | $175 00 | $0 00 | $875 00 | $875 00 | 100% | Long Term |
| 02/11/2022 | 5 | $0 00 | $186 00 | $0 00 | $930 00 | $930 00 | 100% | Long Term |
| 02/10/2022 | 5 | $0 00 | $197 00 | $0 00 | $985 00 | $985 00 | 100% | Long Term |
| 12/29/2021 | 2 | $0 00 | $248 99 | $0 00 | $497 98 | $497 98 | 100% | Long Term |
| 11/19/202 | 1 | $0 00 | $425 00 | $0 00 | $425 00 | $425 00 | 100% | Long Term |
| 09/15/202 | 1 | $0 00 | $495 00 | $0 00 | $495 00 | $495 00 | 100% | Long Term |
| 09/08/2021 | 1 | $0 00 | $500 99 | $0 00 | $500 99 | $500 99 | 100% | Long Term |
| 08/09/2021 | 5 | $0 00 | $332 00 | $0 00 | $1 660 00 | -$1 660 00 | 100% | Long Term |
| 08/04/2021 | 22 | $0 00 | $322 00 | $0 00 | $7 084 00 | $7 084 00 | 100% | Long Term |
| 08/02/2021 | 3 | $0 00 | $338 99 | $0 00 | $1 016 97 | $1 016 97 | -100% | Long Term |
| 07/23/2021 | 11 | $0 00 | $348 99 | $0 00 | $3 838 89 | $3 838 89 | 100% | Long Term |
| 07/21/2021 | 2 | $0 00 | $387 61 | $0 00 | $775 22 | $775 22 | 100% | Long Term |
| 07/20/2021 | 2 | $0 00 | $323 99 | $0 00 | $647 98 | $647 98 | 100% | Long Term |
| 07/19/2021 | 5 | $0 00 | $347 99 | $0 00 | $1 739 95 | $1 739 95 | 100% | Long Term |
| 07/15/2021 | 1 | $0 00 | $381 99 | $0 00 | $381 99 | $381 99 | 100% | Long Term |

| 07/14/2021 | 1 | $0 00 | $422 81 | $0 00 | $422 81 | -$422 81 | 100% | Long Term |
|---|---|---|---|---|---|---|---|---|
| 07/13/2021 | 0 5 | $0 00 | $378 86 | $0 00 | $189 43 | $189 43 | 100% | Long Term |
| 07/06/2021 | 1 | $0 00 | $682 93 | $0 00 | $682 93 | $682 93 | 100% | Long Term |
| 06/30/2021 | 1 5 | $0 00 | $681 00 | $0 00 | $1,021 50 | $1 021 50 | 100% | Long Term |
| **Total** | **430** | | | | **$49,898 08** | **-$49,898 08** | **-100%** | |