NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | | **PROOF OF INTEREST** |
|---|---|---|
| Name of Debtor: Meta Materials, Inc. | Case Number: 24-50792 | |

1. Name and address of holder of the Equity Interest (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

   Robert T. Sickinger
   6045 N. Silver Maple Ave.
   Meridian, Idaho 83646

   Sickinger2@Hotmail.com
   Telephone Number: 208-571-7599

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

☒ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

**RECEIVED AND FILED**

DEC 13 2024

U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

COURT USE ONLY

Account or other number by which Interest holder identifies Debtor:

ETRADE 37025600 / Morgan Stanley

Check here if this claim:
☐ replaces a previously filed Proof of Interest dated: _____
☐ amends a previously filed Proof of Interest dated: _____

2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:

   Robert T. Sickinger
   Morgan Stanley Capital Mngmt, LLC
   PO Box 484  Jersey City, NJ 07303-0484
   Telephone Number: 800-387-2331 / 1-888-388-2900 / 800-661-4587

3. Date Equity Interest was acquired:

   Between 6/21/2021 and 1/25/23 I bought and sold 5520 shares of MCTA. See attached documentation. (4 pages)

4. Total amount of member interest: No current shares owned

5. Certificate number(s): N/A

6. Type of Equity Interest:
   Please indicate the type of Equity Interest you hold:
   ☒ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
   ☐ Check this box if your Equity Interest is based on anything else and describe that interest:
   Description: Investor

7. Supporting Documents: Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
   DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. Date-Stamped Copy: To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

9. Signature:
   Check the appropriate box.
   ☒ I am the creditor.   ☐ I am the creditor's authorized agent.   ☐ I am the trustee, or the debtor,   ☐ I am a guarantor, surety, endorser, or other codebtor.
   (Attach copy of power of attorney, if any.)   or their authorized agent.   (See Bankruptcy Rule 3005.)
   (See Bankruptcy Rule 3004.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: Robert T. Sickinger
Title:
Company:___ Address and telephone number (if different from notice address above):

(Signature)  12/10/2024 (Date)

Telephone number: 208-571-7599   email: Sickinger2@Hotmail.com

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

[ Print Form ]   [ Save Form ]   [ Clear Form ]

MORGAN STANLEY DOMESTIC HOLDINGS, INC.
E*TRADE SECURITIES LLC
PO BOX 484
JERSEY CITY, NJ 07303-0484

Account No: 37025600
Account Name: ROBERT T SICKINGER
Recipient's TIN: ***-**-████

Account Executive No: ET1

ORIGINAL: 12/31/2022

## 2022 FORM 1099-B: PROCEEDS FROM BROKER AND BARTER EXCHANGE TRANSACTIONS CONTINUED          OMB NO. 1545-0715

**Covered Short-Term Gains or Losses on Gross Proceeds**
Report on **Form 8949, Part I** with **Box A** checked
Box 6: Gross Proceeds          Box 5: Box Not Checked (Covered Security)          Box 12: Basis Reported to the IRS          Box 2: Type of Gain or Loss – Short-Term

The 1099-B data referenced by a Box Number is reported to the IRS. The additional information not referenced by a Box Number is not reported to the IRS, but may be helpful to complete your return.

| Description of property CUSIP (Box 1a) | Quantity Sold | Date Acquired (Box 1b) | Date Sold or Disposed (Box 1c) | Proceeds (Box 1d) | Cost or Other Basis (Box 1e) | Accrued Market Discount (Box 1f) | Wash Sale Loss Disallowed (Box 1g) | Gain/Loss Amount | Additional Information |
|---|---|---|---|---|---|---|---|---|---|
| [redacted] Subtotals | 2,600.00000 | | | | | $0.00 | $0.00 | | |
| [redacted] HOLDINGS INC COMMON STOCK | | 03/23/2022 | 03/24/2022 | | | $0.00 | $0.00 | | |
| [redacted] | | 03/28/2022 | 03/28/2022 | | | $0.00 | $0.00 | | |
| [redacted] | | 04/26/2022 | 04/26/2022 | | | $0.00 | $0.00 | | |
| [redacted] COMMON STOCK | | 04/13/2022 | 04/14/2022 | | | $0.00 | $0.00 | | |
| META MATLS INC COMMON STOCK CUSIP: 59134N104 | 305.00000 | 06/21/2021 | 03/07/2022 | $491.25 | $6,142.70 | $0.00 | $0.00 | ($5,651.45) | |
| | 1,400.00000 | 08/10/2021 | 03/07/2022 | $2,254.93 | $4,970.00 | $0.00 | $0.00 | ($2,715.07) | |
| | 400.00000 | 01/18/2022 | 03/07/2022 | $644.26 | $823.04 | $0.00 | $0.00 | ($178.78) | |
| | 1,715.00000 | 07/12/2022 | 07/14/2022 | $1,590.23 | $1,715.00 | $0.00 | $123.67 | ($124.77) | |
| | 525.00000 | 07/12/2022 | 10/24/2022 | $459.29 | $522.45 | $0.00 | $63.16 | ($63.16) | |
| | 1,175.00000 | 07/12/2022 | 10/24/2022 | $1,027.95 | $1,191.63 | $0.00 | $163.68 | ($163.68) | |
| Subtotals | 5,520.00000 | | | $6,467.91 | $15,364.82 | $0.00 | $350.51 | ($8,896.91) | |
| [redacted] | | | | | $0.00 | $0.00 | $0.00 | | |
| [redacted] CLASS A COMMON STOCK | | | | | | $0.00 | $0.00 | | |

THIS IS YOUR FORM 1099 (COPY B FOR RECIPIENT). KEEP FOR YOUR RECORDS.
This is important tax information and is being furnished to the IRS. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported.

MORGAN STANLEY DOMESTIC HOLDINGS, INC.
E*TRADE SECURITIES LLC
PO BOX 484
JERSEY CITY, NJ 07303-0484

Account No: 37025600
Account Name: ROBERT T SICKINGER
Recipient's TIN: ***-**-████

Account Executive No: ET1

ORIGINAL: 12/31/2022

## 2022 INVESTMENT DETAILS

### DETAILS OF 2022 INVESTMENT ACTIVITY

| Date | Security Description | CUSIP | Transaction Description | Quantity | Price | Amount | Additional Information |
|---|---|---|---|---|---|---|---|
| 01/18/22 | META MATLS INC COMMON STOCK | 59134N104 | PURCHASE | 400.000 | $2.06 | $823.04 | |
| 03/07/22 | META MATLS INC COMMON STOCK | 59134N104 | SELL | 2,105.000 | $1.61 | $3,390.44 | |
| 07/12/22 | META MATLS INC COMMON STOCK | 59134N104 | PURCHASE | 1,715.000 | $1.00 | $1,715.00 | |
| 07/14/22 | META MATLS INC COMMON STOCK | 59134N104 | SELL | 1,715.000 | $0.93 | $1,590.23 | |
| 07/15/22 | META MATLS INC COMMON STOCK | 59134N104 | PURCHASE | 525.000 | $0.92 | $484.26 | |
| 07/15/22 | META MATLS INC COMMON STOCK | 59134N104 | PURCHASE | 1,175.000 | $0.94 | $1,106.15 | |
| 10/24/22 | META MATLS INC COMMON STOCK | 59134N104 | SELL | 1,700.000 | $0.88 | $1,487.24 | |
| 11/08/22 | META MATLS INC COMMON STOCK | 59134N104 | PURCHASE | 3,215.000 | $1.40 | $4,501.00 | |
| 11/11/22 | META MATLS INC COMMON STOCK | 59134N104 | PURCHASE | 2,115.000 | $1.32 | $2,790.53 | |



THIS STATEMENT IS NOT A SUBSTITUTE FOR FORM 1099 AND IS PROVIDED FOR INFORMATIONAL PURPOSES ONLY.

| | Account No: | 37025600 |
|---|---|---|
| MORGAN STANLEY CAPITAL MANAGEMENT LLC | Account Name: | ROBERT T SICKINGER |
| E*TRADE SECURITIES LLC | Recipient's TIN: | ***-*#### |
| PO BOX 484 | | |
| JERSEY CITY, NJ 07303-0484 | Account Executive No: | ET1 |
| | ORIGINAL: | 12/31/2023 |

RECIPIENT'S Name, Street Address, City, State, and Zip Code
ROBERT T SICKINGER
6045 N SILVER MAPLE AVE
MERIDIAN, ID 83646-6077

☐ FATCA Filing Requirement

PAYER'S TIN: 11-3658445
PAYER'S Name, Street, City, State, Zip Code:
MORGAN STANLEY CAPITAL MANAGEMENT LLC
E*TRADE SECURITIES LLC
PO BOX 484
JERSEY CITY, NJ 07303-0484
Telephone Number: 800 387 2331

## 2023 FORM 1099-B PROCEEDS FROM BROKER AND BARTER EXCHANGE TRANSACTIONS    OMB NO. 1545-0715

The information provided below is in accordance with Federal tax regulations and the IRS instructions that govern our reporting requirements. You should review this information carefully when completing your Form 8949 and Schedule D. There may be instances where our reporting requirements will not be consistent with your particular tax accounting position or elections. For these reasons, the IRS requires us to provide you with this reminder: **Taxpayers are ultimately responsible for the accuracy of their tax returns.**

### Covered Short-Term Gains or Losses on Gross Proceeds
Report on **Form 8949, Part I** with **Box A** checked

Box 6: Gross Proceeds    Box 5: Box Not Checked (Covered Security)    Box 12: Basis Reported to the IRS    Box 2: Type of Gain or Loss -Short-Term

The 1099-B data referenced by a Box Number is reported to the IRS. The additional information not referenced by a Box Number is not reported to the IRS, but may be helpful to complete your return.

| Description of property CUSIP (Box 1a) | | Quantity Sold | Date Acquired (Box 1b) | Date Sold or Disposed (Box 1c) | Proceeds (Box 1d) | Cost or Other Basis (Box 1e) | Accrued Market Discount (Box 1f) | Wash Sale Loss Disallowed (Box 1g) | Gain/Loss Amount | Additional Information |
|---|---|---|---|---|---|---|---|---|---|---|
| META MATLS INC | | 525.00000 | 07/12/2022 | 01/25/2023 | $526.96 | $798.16 | $0.00 | $0.00 | ($271.20) | |
| COMMON STOCK | | 1,175.00000 | 07/12/2022 | 01/25/2023 | $1,179.39 | $1,808.68 | $0.00 | $0.00 | ($629.29) | |
| CUSIP: 59134N104 | | 1,515.00000 | 11/08/2022 | 01/25/2023 | $1,520.65 | $2,121.00 | $0.00 | $0.00 | ($600.35) | |
| | | 2,115.00000 | 11/11/2022 | 01/25/2023 | $2,122.89 | $2,790.53 | $0.00 | $0.00 | ($667.64) | |
| | Subtotals | 5,330.00000 | | | $5,349.89 | $7,518.37 | $0.00 | $0.00 | ($2,168.48) | |
| **4 ITEMS - TOTAL** | | | | | $5,349.89 | $7,518.37 | $0.00 | $0.00 | ($2,168.48) | |

**FOOTNOTES**
SHORT SALE - Short sales covered in December that settle in January will be reported on your Form 1099-B in the year they are settled.

### END OF 2023 FORM 1099-B

THIS IS YOUR FORM 1099 (COPY B FOR RECIPIENT). KEEP FOR YOUR RECORDS.
This is important tax information and is being furnished to the IRS. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported.

# E✳TRADE
from Morgan Stanley

CLIENT STATEMENT | For the Period November 1- December 31, 2023

Page 7 of 10

## Account Detail

Self-Directed Brokerage Account  ROBERT T SICKINGER
153-170470-208

| Security Description | Quantity | Share Price | Total Cost | Market Value | Unrealized Gain/(Loss) | Est Ann Income | Current Yield % |
|---|---|---|---|---|---|---|---|
| ~~────────~~ A | ~~────~~ | N/A | ~~────~~ | N/A | N/A | — | — |
| Asset Class: Equities | | | | | | | |
| ~~──────────────~~ | ~~────~~ | ~~──~~ | ~~────~~ | ~~────~~ | ~~────~~ | — | — |
| Asset Class: Equities | | | | | | | |
| META MATERIALS INC (MMAT) | 11,500.000 | 0.066 | 2,498.95 | 759.00 | (1,739.95) | — | — |
| Asset Class: Equities | | | | | | | |

| | Percentage of Holdings | | | Total Cost | Market Value | Unrealized Gain/(Loss) | Est Ann Income | Current Yield % |
|---|---|---|---|---|---|---|---|---|
| STOCKS | 96.77% | | | $16,808.85 | $2,781.18 | $(7,563.07) | — | — |

| | Percentage of Holdings | | | Total Cost | Market Value | Unrealized Gain/(Loss) | Est Ann Income Accrued Interest | Current Yield % |
|---|---|---|---|---|---|---|---|---|
| TOTAL VALUE | 100.00% | | | $16,808.85 | $2,874.03 | $(7,563.07) | $0.01 | — |

Unrealized Gain/(Loss) totals only reflect positions that have both cost basis and market value information available. Cash, MMF, Deposits and positions stating 'Please Provide' or 'Pending Corporate Actions' are not included.

## ALLOCATION OF ASSETS

| | Cash | Equities | Fixed Income & Preferred Securities | Alternatives | Structured Investments | Other |
|---|---|---|---|---|---|---|
| Cash, BDP, MMFs | $92.85 | — | — | — | — | — |
| Stocks | — | $2,781.18 | — | — | — | — |
| TOTAL ALLOCATION OF ASSETS | $92.85 | $2,781.18 | — | — | — | — |

I Bought 11500 Shares on 10/11/23 For .2173 or 2498.95 and Sold Them I Believe on 1/29/24 Just prior to 1/100 Reverse Split For A Loss of 1739.95  I was unable to Access or print the Form That Shows The Dates.

*[signature]*  12/10/2024