NVB 3001 (Effective 1/21)

# UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA

**PROOF OF INTEREST**

| Name of Debtor: METcaption MATERIALS INC. | Case Number: 24-50792 | COURT USE ONLY |
|---|---|---|

**1. Name and address of holder of the Equity Interest** (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"): PAUL MCLAUGHLIN
130 MAIN ST.
FREDERICTON, NB, CANADA
E3A 1C7

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

☑ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

RECEIVED AND FILED
DEC 13 2024
U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

Telephone Number: 506 461 8246

**NOTE:** This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

Account or other number by which Interest holder identifies Debtor:
3190580716000
668-43287-1-6

Check here if this claim:
☐ replaces a previously filed Proof of Interest dated:
☐ amends a previously filed Proof of Interest dated:

**2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:**
PAUL MCLAUGHLIN. BROKER-RBC DOMINION SECURITIES
ATT: RILEY OTTO
150-1501 AVENUE McGILL COLLEGE
MONTREAL, QC
H3A 1Z4
CANADA

**3. Date Equity Interest was acquired:**

DECEMBER 16TH TO PRESENT

SEE ATTACHED DOCUMENTS

Telephone NUMBER: 514 722 7878

**4. Total amount of member interest:** 9680 SHARES

**5. Certificate number(s):**

**6. Type of Equity Interest:**
Please indicate the type of Equity Interest you hold:
☑ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
☐ Check this box if your Equity Interest is based on anything else and describe that interest:
**Description:** INVESTOR

| | |
|---|---|
| **7. Supporting Documents:** Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary. | |
| **8. Date-Stamped Copy:** To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest. | |

**9. Signature:**
Check the appropriate box.
☑ I am the creditor.  ☐ I am the creditor's authorized agent.        ☐ I am the trustee, or the debtor,         ☐ I am a guarantor, surety, endorser, or other codebtor.

(Attach copy of power of attorney, if any.)           or their authorized agent.                    (See Bankruptcy Rule 3005.)
                                                    (See Bankruptcy Rule 3004.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: PAUL MCLAUGHLIN
Title:
Company: Address and telephone number (if different from notice
Addres
                                            (Signature)                                    Dec 10/2024
                                                                                            (Date)

Telephone number: email:
506 461 8246      paul@canadaeastrides.com

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

# Portfolio Review

As at settlement date December 1, 2024

PAUL MCLAUGHLIN - 31905807716000

**PAUL MCLAUGHLIN**
130 MAIN ST
FREDERICTON, NB, E3A 1C7
Canada

## TABLE OF CONTENTS

Overview of Your Portfolio - Overview of Your Portfolio.................................................... 1
Portfolio Performance - Performance Section Default...................................................... 2
Realized Gain/Loss - Realized Gain/Loss - Flex section - English..................................... 3
Portfolio Valuation - BV and MV in CAD with Gain Loss in CAD........................................ 5
Statement of Terms - Statement of Terms......................................................................... 6

**Riley Otto, CIWM, CFP, CIM, FCSI**
RBC Wealth Management
RBC Dominion Securities



*Professional Wealth Management Since 1901*



RBC Wealth Management
Dominion Securities

RBC Dominion Securities Inc.

# Overview of Your Portfolio

PAUL MCLAUGHLIN - 3190580716000

As at November 30, 2024

This overview of your Portfolio shows information about your accounts, in the currency you've chosen for reporting purposes. All amounts shown are net of fees. You can see, at a glance, how your portfolio is performing as well as your personal rate of return since Dec 15, 2021, your inception date, and in the shorter term. The line graph helps you visualize these key indicators and the pie chart tells you how your portfolio is invested across your various Investment Products. (K represents thousands where applicable).

## Your Portfolio Performance

| | This Past Quarter ($) | Last 12 Months ($) | Since Inception ($) |
|---|---|---|---|
| Beginning Market Value | 5,849 | 123,364 | 0 |
| Net Contribution /Withdrawals | 0 | 0 | 3,386,601 |
| Change In Market Value | (5,026) | (122,542) | (3,385,778) |
| Ending Market Value | 823 | 823 | 823 |

## Your Personal Rate of Return

Your personal rate of return since inception is annualized if you've held your investments for more than one year. It is calculated using an industry standard time-weighted rate of return formula.

| | This Past Quarter (%) | Last 12 Months (%) | Since Inception (%) |
|---|---|---|---|
| Your Portfolio | (85.93) | (99.33) | (94.03) |

## Your Portfolio

| Money Manager/Account | % |
|---|---|
| PAUL MCLAUGHLIN - 3190580716 RB Pledge | 100.00 |



## Your Portfolio Growth

(Line graph from Dec-21 to Nov-24, values 0K to 4,000K)

Legend: Total Value — Total Contributions/Withdrawals

Riley Otto, CIWM, CFP, CIM, FCSI

Reported in CAD

RBC Dominion Securities

1 of 7

**PAUL MCLAUGHLIN , 319-05807-16 CAD**

| Settlement Date | Settlement Date Fx Rate | Description | Quantity | Cost | Proceeds | Gain/Loss | Cost in CAD | Proceeds in CAD | Gain/Loss in CAD |
|---|---|---|---|---|---|---|---|---|---|
| META MATERIALS INC COMMON STOCK (Symbol = MMATQ)[2] | | | | | | | | | |
| 29-Jan-2024 | 1.0000 | Reverse Split | 9,641 | 3,251,130.47 | | n/a | 3,251,130.47 | | µ |
| 01-Dec-2024 | | Total ¤ | | | | | - | - | - |
| METAMATERIAL EXCHANGECO INC COMMON (Security No = M067926) | | | | | | | | | |
| 16-Dec-2021 | 1.0000 | Transfer Manual | 482,006 | 2,940,236.60 | | | 2,940,236.60 | | |
| 29-Nov-2023 | 1.0000 | Exchange | (482,006) | (2,940,236.60) | | | (2,940,236.60) | | |
| 01-Dec-2024 | | Total ¤ | | | | | - | - | - |

**Total For Account ¤ 319-05807-16 CAD** | | | | | | | - | | - |

**Note(s):**
[2] This security has a flagged (suspect) Cost. As such, the total Book Value may be overstated or understated. Contact your Investment Advisor for more Details.
! Realized Gain/Loss cannot be calculated because a Canadian-equivalent book value is not available.
µ Realized gain/loss cannot be calculated because a book value is not available.
¤ Totals represent only the values associated with dispositions that occurred during the selected timeframe.

**Disclaimer(s):**
• Foreign exchange rates displayed are daily close f/x rates on the settlement date of transaction shown.  For buy and sell transactions only, these rates are close estimates (rounding differences) of the rate used to calculate the Canadian Equivalent Value displayed on this report.
• Total cost value and gain loss value may be incomplete if one or more individual security costs are missing.  Please review for possible missing cost values.
• "In CAD" values are unavailable for all transactions prior to November 13, 2009. For transactions after November 13, 2009 "n/a" may display in the "In CAD" value fields if book value information is missing or unavailable (Example: securities transferred in-kind from other financial institutions), please contact your Investment Advisor.

Riley Otto, CIWM, CFP, CIM, FCSI

RBC Dominion Securities

# Portfolio Valuation

PAUL MCLAUGHLIN - 31905807160000

## -BV and MV in CAD with Gain Loss in CAD-

As at December 1, 2024

| Quantity | Security Description | Book Value | Book Value in CAD | Unrealized Gain in CAD | Unrealized Gain % in CAD | Market Value | Market Value in CAD | Current Yield (%) | % of Portfolio |
|---|---|---|---|---|---|---|---|---|---|
| **EQUITY** | | | | | | | | | |
| **United States** | | | | | | | | | |
| **Information Technology** | | | | | | | | | |
| 9,641.00 | META MATERIALS INC COMMON STOCK | ² | ³ | ³ | ³ | 822.72 | 822.72 | 0.00 | 100.00 |
| **Total - Information Technology** | | ** | ³ | ³ | ³ | 822.72 | 822.72 | - | 100.00 |
| **Total - United States** | | ** | ³ | ³ | ³ | 822.72 | 822.72 | - | 100.00 |
| **TOTAL - EQUITY** | | ** | ³ | ³ | ³ | 822.72 | 822.72 | - | 100.00 |
| **Total Portfolio** | | ** | ³ | ³ | ³ | 822.72 | 822.72 | - | 100.00 |

² Book Value is not available
** Total book value cannot be provided as either one or more positions are missing a book value or the book values are in varying currencies and therefore cannot be totaled.
³ Canadian-equivalent book value is not available
Yield on Cost cannot be calculated for discount instruments at this time. YOC values at the total level exclude discount Instruments.
Book Values are reported in account currency unless otherwise stated.
Market values include accrued income.

Riley Otto, CIWM, CFP, CIM, FCSI     RBC Dominion Securities

Reported in CAD     5 of 7



Direct Investing

# Order Execution Only Cdn. Dollar Statement

**NOV. 29 2024**

Page 1 of 4

Your Account Number: 668-43287-1-6

PAUL MCLAUGHLIN
130 MAIN STREET
FREDERICTON NB    E3A 1C7

Date of Last Statement: OCT. 31, 2024

## RBC Direct Investing Inc.

**Local Calls:**
1-800-769-2560

**Toll Free Calls:**
1-800-769-2560

**Postal Address:**
200 Bay Street
P.O. Box 75
Toronto, ON
M5J 2Z5

## Asset Summary

| | MARKET VALUE AT NOV. 29 | % |
|---|---|---|
| Cash | $1,542.70 | 2.19 % |
| Fixed Income | $0.00 | 0.00 % |
| Preferred Shares | $0.00 | 0.00 % |
| Common Shares | $68,785.20 | 97.81 % |
| Mutual Funds | $0.00 | 0.00 % |
| Foreign Securities | $3.32 | 0.00 % |
| Other | $0.00 | 0.00 % |
| **Total on NOV. 29** | **$70,331.22** | **100.00 %** |
| Total on OCT. 31 | $42,509.06 | |

## Income Summary

| | THIS MONTH | YEAR-TO-DATE |
|---|---|---|
| Dividends | $0.00 | $0.00 |
| Interest | $0.00 | $0.00 |
| **Total Income** | **$0.00** | **$0.00** |

## Cash Balance

| ACCOUNT TYPE | OPENING BALANCE AT NOV. 01 | CLOSING BALANCE AT NOV. 29 |
|---|---|---|
| Cash | $0.00 | $1,542.70 |

- CONTINUED ON NEXT PAGE -
0041912    -DIC20



Regulated by CIRO
Canadian Investment
Regulatory Organization

**Member-Canadian Investor Protection Fund**

94220 (11/2019) 178-P7



Direct Investing

# Order Execution Only
# Cdn. Dollar Statement

**NOV. 29 2024**

Your Account Number:  668-43287-1-6    2 of  4

## Asset Review

( Exchange rate 1USD = 1.39895 CAD as of NOV. 29, 2024 )

| SECURITY SYMBOL | QUANTITY/ SEGREGATED | MKT. PRICE | BOOK COST | MARKET VALUE |
|---|---|---|---|---|

### Common Shares

| | | | | | |
|---|---|---|---|---|---|
| LEGIBLE INC COM | READ | 764,280 764,280 | 0.090 | 341,610.95 | $68,785.20 |
| Total Value of Common Shares | | | | 341,610.95 | $68,785.20 |

### Foreign Securities

| | | | | | |
|---|---|---|---|---|---|
| META MATERIALS INC COMMON STOCK | MMATQ | 39 39 | 0.085 | 10,774.55 | $3.32 |
| Total Value of Foreign Securities | | | | 10,774.55 | $3.32 |

| | | | | |
|---|---|---|---|---|
| Total Value of All Securities | | | | 352,385.50 | $68,788.52 |

## Account Activity

| DATE | ACTIVITY | DESCRIPTION | QUANTITY | PRICE \RATE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|
| | | Opening Balance (NOV. 01, 2024) | | | | $0.00 |
| NOV. 04 | DEPOSIT | TRANSFER FUNDS FROM RBC | | | | 5,500.00 |
| NOV. 05 | DEPOSIT | TRANSFER FUNDS FROM RBC | | | | 13,100.00 |
| NOV. 05 | BOUGHT | LEGIBLE INC COM UNSOLICITED AVG PRICE SHOWN-DETAILS ON REQ DA | 50,000 | 0.10 | 5,009.95 | |
| NOV. 06 | DEPOSIT | TRANSFER FUNDS FROM RBC | | | | 5,450.00 |
| NOV. 06 | BOUGHT | LEGIBLE INC COM UNSOLICITED AVG PRICE SHOWN-DETAILS ON REQ DA | 112,000 | 0.114 | 12,777.45 | |
| NOV. 07 | DEPOSIT | TRANSFER FUNDS FROM RBC | | | | 11,300.00 |

- CONTINUED ON NEXT PAGE -