NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | | **PROOF OF INTEREST** |
|---|---|---|

Name of Debtor: META MATERIALS INC

Case Number: 24-50792

1. Name and address of holder of the Equity Interest (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

   Michael Quatrone
   3451 Portersville Rd
   Atoka TN - 38004

   Telephone Number: 901-581-7094

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

☒ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

RECEIVED AND FILED DLS
DEC 13 2024
U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

**COURT USE ONLY**

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

Account or other number by which Interest holder identifies Debtor: Schwab #62845573

Check here if this claim:
☐ replaces a previously filed Proof of Interest dated: _____
☐ amends a previously filed Proof of Interest dated: _____

2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:
   Michael Quatrone
   Charles Schwab
   Telephone Number: P.O. Box 2339
   Omaha, NE 68103
   Ph. 877-516-1403

3. Date Equity Interest was acquired:
   JULY 2021 → MAY 2024
   See attached Documentation

4. Total amount of member interest: 3100 → 31 for $5,000

5. Certificate number(s): See attached Documentation

6. Type of Equity Interest:
   Please indicate the type of Equity Interest you hold:
   ☒ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
   ☐ Check this box if your Equity Interest is based on anything else and describe that interest:
   Description: _____

7. Supporting Documents: Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
   DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. Date-Stamped Copy: To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

9. Signature:
   Check the appropriate box.
   ☒ I am the creditor.    ☐ I am the creditor's authorized agent. (Attach copy of power of attorney, if any.)    ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)    ☐ I am a guarantor, surety, endorser, or other codebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: Michael Quatrone
Title:
Company: ___ Address and telephone number (if different from notice address above):

(Signature) Michael Quatrone    (Date) 12-11-24

Telephone number: 901-581-7094    email: bassnut1@juno.com

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

12-11-24

To: Trustee

From: Michael Quatrone

Subj: Meta Materials (MMAT)

I initially purchased TRCH which became MMAT through a merger in July 2021. I accumulated shares thru May of 2024 in the amount of 3100 shares. I then saw that it was looking like bankruptcy and sold my 31 shares due to a 1-100 reverse split. Many actions by the board after removing the former CEO George Palakris were suspect to myself and other investors. The disposing of assets way below value was noticed as it seemed they were destroying the company from within. I have enclosed the documents. Thank you for you time!

*Michael Quatrone*

**Statement for Account # 769-985023**
10/01/21 - 10/31/21

## Online Cash Services Summary

| Description | Current | Year To Date |
|---|---|---|
| **CREDITS** | | |
| Electronic Transfer | $ 2,583.99 | $ 12,980.52 |
| *Subtotal* | 2,583.99 | 12,980.52 |
| **DEBITS** | | |
| Electronic Transfer | $ - | $ (7,018.22) |
| *Subtotal* | 0.00 | (7,018.22) |
| **TOTAL** | 2,583.99 | 5,962.30 |

## Income Summary Detail*

| Description | Current | Year to Date |
|---|---|---|
| Margin Interest Charged | $ (6.87) | $ (52.21) |
| IDA Interest | 0.00 | 0.08 |

*This section displays current and year to date totals for this account. The year to date totals will accurately reflect your cumulative amount for the year. Year-end tax reporting income amounts may differ from what is reflected on monthly statements versus your tax documents. Please reference your official tax document(s) for tax reporting.

## Account Positions

| Investment Description | Symbol/ CUSIP | Quantity | Current Price | Market Value | Purchase Date | Cost Basis | Average Cost | Unrealized Gain(Loss) | Estimated Income | Yield |
|---|---|---|---|---|---|---|---|---|---|---|
| **Stocks - Margin** | | | | | | | | | | |
| GENIUS BRANDS INTL INC GNUS COM | | 800 | $ 1.39 | $ 1,112.00 | 10/27/21 | $ 1,403.02 | $ 1.75 | $ (291.02) | $ - | - |
| META MATERIALS INC COM | MMAT | 1,000 | 4.70 | 4,700.00 | 06/22/21 | 7,191.94 | 7.19 | (2,491.94) | - | - |
| META MATERIALS INC PFD | MMTLP | 800 | 1.28 | 1,024.00 | - | - | - | - | - | - |
| OCUGEN INC COM | OCGN | 75 | 11.84 | 888.00 | 10/26/21 | 784.58 | 10.46 | 103.42 | - | - |
| VINCO VENTURES INC COM | BBIG | 470 | 5.07 | 2,382.90 | 09/10/21 | 4,821.31 | 10.26 | (2,438.41) | - | - |
| **Total Stocks** | | | | **$10,106.90** | | **$14,200.85** | | **$(5,117.95)** | **$0.00** | **0.0%** |
| **Total Margin Account** | | | | **$10,106.90** | | **$14,200.85** | | **$(5,117.95)** | **$0.00** | **0.0%** |

# Schwab One® Account of
MICHAEL LEE QUATRONE

Statement Period
**January 1-31, 2024**

## Transactions - Summary

| Beginning Cash* as of 01/01 | + | Deposits | + | Withdrawals | + | Purchases | + | Sales/Redemptions | + | Dividends/Interest | + | Fees | = | Ending Cash* as of 01/31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| $1.01 | | $100.00 | | $0.00 | | ($99.49) | | $0.00 | | $0.00 | | $0.00 | | $1.52 |

*Cash (includes any cash debit balance) held in your account plus the value of any cash invested in a sweep money fund.

**Other Activity  $0.00**  Other activity includes transactions which don't affect the cash balance such as stock transfers, splits, etc.

## Transaction Details

| Date | Category | Action | Symbol/CUSIP | Description | Quantity | Price/Rate per Share($) | Charges/Interest($) | Amount($) | Realized Gain/(Loss)($) |
|---|---|---|---|---|---|---|---|---|---|
| 01/24 | Deposit | MoneyLink Txn | | Tfr INSOUTH BANK, MICHAEL L QUATRO | | | | 100.00 | |
| 01/29 | Purchase | | FNGR | FINGERMOTION INC | 21.0000 | 2.2350 | | (46.94) | |
| | Purchase | | MMAT | META MATLS INC | 850.0000 | 0.0553 | | (47.01) | |
| | Purchase | | MMAT | META MATLS INC | 100.0000 | 0.0553 | | (5.54) | |
| | Other Activity | Reverse Split | MMAT | META MATLS INC | 31.0000 | | | | |
| | Other Activity | Reverse Split | | META MATLS INC SPLIT XXX REVERSE | (3,100.0000) | | | | |

**Total Transactions** $0.51  $0.00

Date column represents the Settlement/Process date for each transaction.

## Endnotes For Your Account

- W  **Excluding unpriced securities (see Investment Detail).**
- ◊  Dividends paid on this security will be automatically reinvested.
- i  Value includes incomplete cost basis. If cost basis is not available for an investment, you may be able to provide updates. Please refer to the first page of this statement for instructions or contact information.

## Terms and Conditions

**GENERAL INFORMATION AND KEY TERMS:** This Account statement is furnished solely by Charles Schwab & Co., Inc. ("Schwab") for your Account at Schwab ("Account"). Unless otherwise defined herein, capitalized terms have the same meanings as in your Account Agreement. If you receive any other communication from any source other than Schwab which purports to represent your holdings at Schwab (including balances held at a Depository Institution) you should verify its content with this statement. **Accrued Income:** Accrued Income is the sum of the total accrued interest and/or accrued dividends on positions held in your Account, but the interest and/or dividends have not been received into your Account. Schwab makes no representation that the amounts shown (or any other amount) will be received. Accrued amounts are not covered by SIPC account protection until actually received and held in the Account. A **(Automatic Investment Plan) Customers:** Schwab receives remuneration in connection with certain transactions effected through Schwab. If you participate in a systematic investment program through Schwab, the additional information normally detailed on a trade confirmation will be provided upon request

6284 5573



**Schwab One® Account of**

MICHAEL LEE QUATRONE

Statement Period
April 1-30, 2024

## A Message About Your Account

**T plus one settlement starts May 28, 2024**
Trades executed on or after May 28, 2024 will now settle on the next business day. For more information, please visit schwab.com/T1. 0324-40HF

## Positions - Summary

| Beginning Value as of 04/01 | + | Transfer of Securities(In/Out) | + | Dividends Reinvested | + | Cash Activity | + | Change in Market Value | = | Ending Value as of 04/30 | Cost Basis | Unrealized Gain/(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| $1,531.51 | | $0.00 | | $0.00 | | $175.00 | | $459.68 | | $2,166.19 | $7,441.49 [1] | ($4,691.79) [1] |

Values may not reflect all of your gains/losses; Schwab has provided accurate gain and loss information wherever possible for most investments. Cost basis may be incomplete or unavailable for some of your holdings and may change or be adjusted in certain cases. Statement information should not be used for tax preparation, instead refer to official tax documents. For additional information refer to Terms and Conditions.

## Cash and Cash Investments

| Type | Symbol | Description | Quantity | Price($) | Beginning Balance($) | Ending Balance($) | Change in Period Balance($) |
|---|---|---|---|---|---|---|---|
| Cash | | | | | 0.70 | 100.97 | 100.27 |
| **Total Cash and Cash Investments** | | | | | **$0.70** | **$100.97** | **$100.27** | | | | | 5% |

## Positions - Equities

| Symbol | Description | Quantity | Price($) | Market Value($) | Cost Basis($) | Unrealized Gain/(Loss)($) | Est. Yield | Pending/Unsettled Cash($) | Interest/ Yield Rate | Est. Annual Income($) | % of Acct |
|---|---|---|---|---|---|---|---|---|---|---|---|
| FNGR | FINGERMOTION INC ◊ | 445.0000 | 3.50000 | 1,557.50 | 2,111.88 | (554.38) | N/A | N/A | | 0.00 | 72% |
| GTII | GLOBAL TECH INDS GP | 1,400.0000 | 0.16200 | 226.80 | 1,323.97 | (1,097.17) | N/A | N/A | | 0.00 | 10% |
| | GLOBAL TECH INDS GP | 18.0000 | 0.16200 | 2.92 | N/A [1] | N/A [1] | N/A | N/A | | 0.00 | <1% |
| ZJYL | JIN MEDICAL INTERNTNL F | 44.0000 | 3.81000 | 167.64 | 437.37 | (269.73) | N/A | N/A | | 0.00 | 8% |
| MMAT | META MATLS INC ◊ | 31.0000 | 3.56000 | 110.36 | 2,880.87 | (2,770.51) | N/A | N/A | | 0.00 | 5% |
| **Total Equities** | | | | **$2,065.22** | **$6,754.09** | **($4,691.79)** | | | | **$0.00** | **95%** |

# charles SCHWAB

## Schwab One® Account of
MICHAEL LEE QUATRONE

Statement Period
May 1-31, 2024

## Transactions - Summary

| Beginning Cash* as of 05/01 | + | Deposits | + | Withdrawals | + | Purchases | + | Sales/Redemptions | + | Dividends/Interest | + | Expenses | = | Ending Cash* as of 05/31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| $100.97 | | $375.00 | | $0.00 | | ($709.47) | | $234.14 | | $0.00 | | $0.00 | | $0.64 |

Other Activity $0.00   Other activity includes transactions which don't affect the cash balance such as stock transfers, splits, etc.

*Cash (includes any cash debit balance) held in your account plus the value of any cash invested in a sweep money fund.

## Transaction Details

| Date | Category | Action | Symbol/CUSIP | Description | Quantity | Price/Rate per Share($) | Charges/Interest($) | Amount($) | Realized Gain/(Loss)($) |
|---|---|---|---|---|---|---|---|---|---|
| 05/02 | Purchase | | FNGR | FINGERMOTION INC | 25.0000 | 3.6793 | | (91.98) | |
| 05/06 | Sale | | ZJYL | JIN MEDICAL INTERNTNL F | 2.0000 | 3.7696 | | (7.54) | |
| | | | | Exchange Processing Fee $0.01 | | | 0.01 | 161.92 | (282.99) (ST) |
| | | | ZJYL | JIN MEDICAL INTERNTNL F | (46.0000) | 3.5202 | | | |
| | Purchase | | FNGR | FINGERMOTION INC | 40.0000 | 3.3899 | | (135.60) | |
| | Purchase | | FNGR | FINGERMOTION INC | 5.0000 | 3.3899 | | (16.95) | |
| 05/07 | Sale | | MMAT | META MATLS INC | (31.0000) | 2.3300 | 0.01 | 72.22 | (259.09) (ST) (2,549.56) (LT) |
| | | | | Exchange Processing Fee $0.01 | | | | | |
| | Purchase | | FNGR | FINGERMOTION INC | 20.0000 | 3.7500 | | (75.00) | |
| 05/10 | Deposit | MoneyLink Txn | | Tfr INSOUTH BANK, MICHAEL L QUATRO | | | | 100.00 | |
| 05/14 | Purchase | | FNGR | FINGERMOTION INC | 15.0000 | 3.1699 | | (47.55) | |
| | Purchase | | GTII | GLOBAL TECH INDS GP | 250.0000 | 0.1795 | 6.95 | (51.83) | |
| | | | | Commission $6.95 | | | | | |
| 05/15 | Purchase | | FNGR | FINGERMOTION INC | 2.0000 | 3.3899 | | (6.78) | |
| 05/20 | Deposit | MoneyLink Txn | | Tfr INSOUTH BANK, MICHAEL L QUATRO | | | | 150.00 | |
| 05/20 | Purchase | | FNGR | FINGERMOTION INC | 45.0000 | 3.3200 | | (149.40) | |
| 05/29 | Purchase | | FNGR | FINGERMOTION INC | 42.0000 | 3.0200 | | (126.84) | |