NVB 3001 (Effective 1/21)

**UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA**

**PROOF OF INTEREST**

| Name of Debtor: **Meta Materials, INC** | Case Number: 24-50792 |
|---|---|

| 1. | Name and address of holder of the Equity Interest (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"): | ☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars. | RECEIVED AND FILED |
|---|---|---|---|

Rodolfo Luiz Coelho

1301 NE Miami Gardens Drive Apt 1526

Miami Florida 33179

Telephone Number: (786) 344-8162

☑ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

DEC 13 2024

U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

**NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in any of the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b)herein.**

COURT USE ONLY

Account or other number by which Interest holder identifies Debtor:

Account: 3324-6354

Check here if this claim:
☐ replaces a previously filed Proof of Interest dated: _____
☐ amends a previously filed Proof of Interest dated: _____

| 2. | Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest: | 3. | Date Equity Interest was acquired: |
|---|---|---|---|

Charles Schwab & Co., Inc.   El Paso Operation Center P.O. Box 982600. El Paso, TX 79998.   1-800-435-4000

Telephone Number:

Between 11/030/2023 to 01/31/2024

See attached documentation.

| 4. | Total amount of member interest: $5,748.71 | 5. | Certificate number(s): See attached documentation. |
|---|---|---|---|

6. Type of Equity Interest:
Please indicate the type of Equity Interest you hold:
☑ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
☐ Check this box if your Equity Interest is based on anything else and describe that interest:
Description: Investor

7. **Supporting Documents:** Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. **Date-Stamped Copy:** To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

9. **Signature:**
Check the appropriate box.
☑ I am the creditor.   ☐ I am the creditor's authorized agent. (Attach copy of power of attorney, if any.)   ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)   ☐ I am a guarantor, surety, endorser, or other codebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: Rodolfo Luiz Coelho
Title:
Company: ____ Address and telephone number (if different from notice address above):
_____
_____

_Rodolfo Luiz Coelho_  12/09/__
(Signature)   (Date)

Telephone number: (786) 344-8162   RodolfoCoelho1@hotmail.com

_Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571_

PROOF OF INTEREST SUPPLEMENTAL INFORMATION:

CASE: 24-50792, META MATERIALS, INC.

FOR: Rodolfo Luiz Coelho

BROKER: Charles Schwab

ACCT #: 3324-6354

## TRANSACTIONS

**Pre-Reverse Split – Shares:**

01/29/ Purchased 62,000 shares $0.522/share

Total Invested: $3,140.46 total invested.

**Post Reverse Split Shares:**

Total shares: 601 shares.

| PRE-REVERSE SPLIT - SHARES | | | | |
|---|---|---|---|---|
| | DATE | # SHARES | PRICE | TOTAL |
| MMAT | 1/29/2024 | 60,162 | $0.0522 | $3,140.46 |
| | | | | |
| | | | | |
| | | | | |
| AFTER REVERSE SPLIT SHRES | | | | |
| | DATE | # SHARES | PRICE | TOTAL |
| MMAT | 1/29/2024 | 602 | $3.82 | $2,299.64 |

**Pre-Reverse Split - Contract Calls:**

| PRE REVESE - CONTRACT CALLS | | | | | | |
|---|---|---|---|---|---|---|
| | CONTRACT DATE | CONTRACTS | STRIKE | PRICE | COST BASIS | LOSS |
| MMAT1 | 1/6/2026 | 193 (x100 shares) | $0.50 | $0.02140 | $677.37 | $677.37 |
| MMAT1 | 1/17/2025 | 250 (x100 shares) | $0.50 | $0.00890 | $1,897.46 | $1,897.46 |
| MMAT1 | 1/17/2025 | 7 (x100 shares) | $1.00 | $0.00560 | $52.57 | $52.57 |
| MMAT1 | 1/17/2025 | 7 (x100 shares) | $2.50 | $0.00260 | $206.57 | $206.57 |
| MMAT1 | 1/17/2025 | 10 (x100 shares) | $4.00 | $0.00160 | $615.10 | $615.10 |
| MMAT1 | 1/17/2025 | 99 (x100 shares) | $0.50 | $0.03000 | $347.46 | $347.46 |
| MMAT1 | 1/16/2026 | 190 (x100 shares) | $0.50 | $0.03000 | $666.84 | $666.84 |
| MMAT1 | 1/16/2026 | 3 (x100 shares) | $0.50 | $0.03000 | $10.53 | $10.53 |
| MMAT1 | 1/16/2026 | 3 (x100 shares) | $0.50 | $0.03000 | $10.53 | $10.53 |

| POST REVERSE CONTRACT CALLS | | | | | | |
|---|---|---|---|---|---|---|
| | **CONTRACT DATE** | **CONTRACTS** | **STRIKE** | **PRICE** | **COST BASIS** | **LOSS** |
| **MMAT1** | 1/6/2026 | 193 (x100 shares) | $0.50 | $0.02140 | $677.37 | $677.37 |
| **MMAT1** | 1/17/2025 | 250 (x100 shares) | $0.50 | $0.00890 | $1,897.46 | $1,897.46 |
| **MMAT1** | 1/17/2025 | 7 (x100 shares) | $1.00 | $0.00560 | $52.57 | $52.57 |
| **MMAT1** | 1/17/2025 | 7 (x100 shares) | $2.50 | $0.00260 | $206.57 | $206.57 |
| **MMAT1** | 1/17/2025 | 10 (x100 shares) | $4.00 | $0.00160 | $615.10 | $615.10 |

Total Invested: $5,748.71 total invested in Contract Calls.

**See Transaction documentation attached.

# Schwab One® Account of

RODOLFO LUIZ COELHO
DESIGNATED BENE PLAN/TOD

*charles* SCHWAB

**Statement Period**
November 1-30, 2024

**Account Number**
3324-6354

## Account Summary

Ending Account Value as of 11/30
**$52,586.52**

Beginning Account Value as of 11/01
**$33,961.52**

RODOLFO LUIZ COELHO
DESIGNATED BENE PLAN/TOD
1301 NE MIAMI GARDENS DR APT 1
APT 1526W
MIAMI FL          33179-4778

| | This Statement | YTD |
|---|---|---|
| Beginning Value | $33,961.52 | $5,404.60 |
| Deposits | 500.00 | 76,601.05 |
| Withdrawals | 0.00 | 0.00 |
| Dividends and Interest | 0.00 | 2.99 |
| Transfer of Securities | 0.00 | 0.00 |
| Market Appreciation/(Depreciation) | 18,135.59 | (29,290.29) |
| Expenses | (10.59) | (131.83) |
| **Ending Value** | **$52,586.52** | **$52,586.52** |

Account Ending Value reflects the market value of your cash and investments. It does not include pending transactions, unpriced securities or assets held outside Schwab's custody.

Dec'23  Jan'24  Feb  Mar  Apr  May  Jun  Jul  Aug  Sep  Oct  Nov

$57.4K
$46.0K
$34.6K
$23.2K
$11.7K
$0.3K

## Manage Your Account

**Customer Service and Trading:**
Call your Schwab Representative
1-800-435-4000
24/7 Customer Service

For the most current records on your account visit schwab.com/login. Statements are archived up to 10 years online.

### Commitment to Transparency

Client Relationship Summaries and Best Interest disclosures are at schwab.com/transparency.
Charles Schwab & Co. Inc. Member SIPC.

### Online Assistance

Visit us online at schwab.com
Visit schwab.com/stmt to explore the features and benefits of this statement.

11-2800-02131807-103708



**charles SCHWAB**

Schwab One® Account of

RODOLFO LUIZ COELHO
DESIGNATED BENE PLAN/TOD

## Asset Allocation

| | This Period | Current Allocation |
|---|---|---|
| Cash and Cash Investments | 68.50 | <1% |
| Equities | 40,009.13 | 76% |
| Options | 12,508.89 | 24% |
| **Total** | **$52,586.52** | **100%** |

$52.58K

Total

■ Cash and Cash Investments
■ Equities
■ Options

## Top Account Holdings This Period

| SYMBOL CUSIP | Description | Market Value | % of Accounts |
|---|---|---|---|
| GME | GAMESTOP CORP NEW | 35,353.85 | 67% |
| SOUN | CALL SOUNDHOUND AI INC | 6,500.00 | 12% |
| SOUN | SOUNDHOUND AI INC | 4,655.00 | 9% |
| AI | CALL C3 AI INC | 1,385.00 | 3% |
| FL | CALL FOOT LOCKER INC | 1,155.10 | 2% |

## Gain or (Loss) Summary

### Unrealized

| | Short-Term (ST) | | | Long-Term (LT) | | |
|---|---|---|---|---|---|---|
| | Gain | (Loss) | Net | Gain | (Loss) | Net |
| This Period | 8,685.77 | (3,823.51) | 4,862.26 | 0.00 | 0.00 | 0.00 |
| YTD | 0.00 | (32,336.54) | (32,336.54) | 0.00 | (5,253.89) | (5,253.89) |
| | | | | | | **($13,385.89)** |

Values may not reflect all of your gains/losses and may be rounded up to the nearest dollar. Schwab has provided accurate gain and loss information wherever possible for most investments. Cost basis may be incomplete or unavailable for some of your holdings and may change or be adjusted in certain cases. Please login to your account at Schwab.com for real-time gain/loss information. Statement information should not be used for tax preparation. Instead refer to official tax documents. For additional information refer to Terms and Conditions.

## Income Summary

Statement Period
November 1-30, 2024

### Federal Tax Status

| | Tax-Exempt | Taxable | Tax-Exempt |
|---|---|---|---|
| | This Period | | YTD |
| Schwab One® Interest | 0.00 | 0.00 | 0.00 |
| **Total Income** | **$0.00** | **$0.00** | **$0.00** |

| | Taxable |
|---|---|
| | YTD |
| | 2.99 |

   

Jan Feb Mar Apr May Jun Jul Aug Sep Oct Nov Dec

0.00  0.0 0.4 0.8 1.2 1.6 2

Dollars ($)

## Margin Loan Information

| Opening Margin Loan Balance | $0.00 | Closing Margin Loan Balance | $0.00 |
|---|---|---|---|
| Margin Loan Rates Vary by Balance | 11.00% - 12.82% | Interest Paid on Margin Loan - This Period ** | ($10.59) |
| Funds Available to Withdraw * | $0.00 | Interest Paid on Margin Loan - YTD ** | ($51.83) |
| | | Securities Buying Power * | $58.26 |

$17.48

* Values include any cash plus the amount available using margin borrowing.
** Certain margin loan interest may be deductible, consult your tax advisor
For more information about the margin feature, please visit schwab.com/margin.



## Schwab One® Account of

RODOLFO LUIZ COELHO
DESIGNATED BENE PLAN/TOD

Statement Period
November 1-30, 2024

## Positions - Summary

| Beginning Value as of 11/01 | + | Transfer of Securities(In/Out) | + | Dividends Reinvested | + | Cash Activity | + | Change in Market Value | = | Ending Value as of 11/30 | Cost Basis | Unrealized Gain/(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| $33,961.52 | | $0.00 | | $0.00 | | $489.41 | | $18,135.59 | | $52,586.52 | $65,903.91 | ($13,385.89) |

Values may not reflect all of your gains/losses. Schwab has provided accurate gain and loss information wherever possible for most investments. Cost basis may be incomplete or unavailable for some of your holdings and may change or be adjusted in certain cases. Statement information should not be used for tax preparation; instead refer to official tax documents. For additional information refer to Terms and Conditions.

## Cash and Cash Investments

| Type | Symbol | Description | Quantity | Price($) | Beginning Balance($) | Ending Balance($) | Change in Period Balance($) | Pending/Unsettled Cash($) | Est. Yield | Interest/ Yield Rate | % of Acct |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Cash | | | | | 1.27 | 68.50 | 67.23 | (51.02) | | | <1% |
| **Total Cash and Cash Investments** | | | | | **$1.27** | **$68.50** | **$67.23** | | | | **<1%** |

## Positions - Equities

| Symbol | Description | Quantity | Price($) | Market Value($) | Cost Basis($) | Unrealized Gain/(Loss)($) | Est. Yield | Est. Annual Income($) | % of Acct |
|---|---|---|---|---|---|---|---|---|---|
| CEIN | CAMBER ENERGY INC | 17.0000 | 0.01620 | 0.28 | 67.92 | (67.64) | N/A | 0.00 | <1% |
| GME | GAMESTOP CORP NEW (M) | 1,217.0000 | 29.05000 | 35,353.85 | 34,525.29 | 828.56 | N/A | 0.00 | 67% |
| HEMP | HEMP INC | 135,000,000.0000 | 0.00000 | 0.00 | 4,026.70 | (4,026.70) | N/A | 0.00 | |
| SOUN | SOUNDHOUND AI INC (M) | 500.0000 | 9.31000 | 4,655.00 | 2,985.73 | 1,669.27 | N/A | 0.00 | 9% |
| TRCNF | TRANSNTNL CANNABIS LTD F | 9,000.0000 | 0.00000 | 0.00 | 4,385.20 | (4,385.20) | N/A | 0.00 | |
| CRXPF | VERT INFRASTRUCTURE LT F | 48,666.0000 | 0.00000 | 0.00 | 3,529.54 | (3,529.54) | N/A | 0.00 | |
| **Total Equities** | | | | **$40,009.13** | **$49,520.38** | **($9,511.25)** | | **$0.00** | **76%** |



Schwab One® Account of

RODOLFO LUIZ COELHO
DESIGNATED BENE PLAN/TOD

Statement Period
November 1-30, 2024

## Positions - Options

| Symbol | Description | Quantity | Price($) | Market Value($) | Cost Basis($) | Unrealized Gain/(Loss)($) | Est. Yield | Est. Annual Income($) | % of Acct |
|---|---|---|---|---|---|---|---|---|---|
| AI 11/29/20 24 34.50 C | CALL C3 AI INC $34.5 EXP 11/29/24 | 5.0000 | 2.77000 | 1,385.00 | 482.55 | 902.45 | | | 3% |
| FL 12/06/20 24 28.00 C | CALL FOOT LOCKER INC $28 EXP 12/06/24 | 10.0000 | 1.15510 | 1,155.10 | 1,235.11 | (80.01) | | | 2% |
| GME 01/17/20 25 40.00 C | CALL GAMESTOP CORP NEW $40 EXP 01/17/25 | 1.0000 | 2.92720 | 292.72 | 316.51 | (23.79) | | | <1% |
| INTC 11/29/20 24 26.00 C | CALL INTEL CORP $26 EXP 11/29/24 | 19.0000 | 0.00010 | 0.19 | 113.70 | (113.51) | | | <1% |
| INTC 01/17/20 25 30.00 C | CALL INTEL CORP $30 EXP 01/17/25 | 6.0000 | 0.24000 | 144.00 | 303.07 | (159.07) | | | <1% |
| MMAT1 01/16/20 26 0.50 C | CALL META MATLS INC $0.5 ADJ EXP 01/16/26 REPS 1 MMATQ | 193.0000 | 0.00010 | 1.93 | 677.37 | (675.44) | | | <1% |
| MMAT1 01/17/20 25 0.50 C | CALL META MATLS INC $0.5 ADJ EXP 01/17/25 REPS 1 MMATQ | 250.0000 | 0.00010 | 2.50 | 1,897.46 | (1,894.96) | | | <1% |
| MMAT1 01/17/20 25 1.00 C | CALL META MATLS INC $1 ADJ EXP 01/17/25 REPS 1 MMATQ | 7.0000 | 0.00010 | 0.07 | 52.57 | (52.50) | | | <1% |
| MMAT1 01/17/20 25 2.50 C | CALL META MATLS INC $2.5 ADJ EXP 01/17/25 REPS 1 MMATQ | 7.0000 | 0.00010 | 0.07 | 206.57 | (206.50) | | | <1% |
| MMAT1 01/17/20 25 4.00 C | CALL META MATLS INC $4 ADJ EXP 01/17/25 REPS 1 MMATQ | 10.0000 | 0.00010 | 0.10 | 615.10 | (615.00) | | | <1% |

Schwab One® Account of

*charles* SCHWAB

RODOLFO LUIZ COELHO
DESIGNATED BENEFLAN/TOD

Statement Period
November 1-30, 2024

## Positions – Options (continued)

| Symbol | Description | Quantity | Price($) | Market Value($) | Cost Basis($) | Unrealized Gain/(Loss)($) | Est. Yield | Est. Annual Income($) | % of Acct |
|---|---|---|---|---|---|---|---|---|---|
| MBLY 01/17/20 25 21.00 C | CALL MOBILEYE GLOBAL INC $21 EXP 01/17/25 | 10.0000 | 1.13250 | 1,132.50 | 1,336.11 | (203.61) | | | 2% |
| RIVN 01/16/20 26 40.00 C | CALL RIVIAN AUTOMOTIVE I $40 EXP 01/16/26 | 9.0000 | 0.53190 | 478.71 | 1,033.59 | (554.88) | | | <1% |
| SOUN 01/16/20 26 10.00 C | CALL SOUNDHOUND AI INC $10 EXP 01/16/26 | 20.0000 | 3.25000 | 6,500.00 | 3,430.22 | 3,069.78 | | | 12% |
| TSLA 12/20/20 24 400.00 C | CALL TESLA INC $400 EXP 12/20/24 | 3.0000 | 3.15000 | 945.00 | 2,190.53 | (1,245.53) | | | 2% |
| TSLA 01/17/20 25 600.00 C | CALL TESLA INC $600 EXP 01/17/25 | 6.0000 | 0.78500 | 471.00 | 2,493.07 | (2,022.07) | | | <1% |
| **Total Options** | | | | **$12,508.89** | **$16,383.53** | **($3,874.64)** | | **$0.00** | **24%** |

Option Customers: Be aware of the following: 1) Commissions and other charges related to the execution of option transactions have been included in confirmations of such transactions previously furnished to you and will be made available promptly upon request 2) You should advise us promptly of any material changes in your investment objectives or financial situation 3) Exercise assignment notices for the option contracts are allocated among customer short positions pursuant to an automated procedure which randomly selects from among all customer short option positions those contracts which are subject to exercise, including positions established on the day of assignment 4) Realized gain/loss of underlying securities is adjusted to reflect the premiums of assigned or exercised options. Please consult your tax advisor or IRS publication 550. Investment income and Expenses, for additional information on Options.

Estimated Annual Income ("EAI") and Estimated Yield ("EY") calculations are for informational purposes only. The actual income and yield might be lower or higher than the estimated amounts. EY is based upon EAI and the current price of the security and will fluctuate. For certain types of securities, the calculations could include a return of principal or capital gains in which case EAI and EY would be overstated. EY and EAI are not promptly updated to reflect when an issuer has missed a regular payment or announced changes to future payments, in which case EAI and EY will continue to display at a prior rate.



## Schwab One® Account of

RODOLFO LUIZ COELHO
DESIGNATED BENE PLAN/TOD

Statement Period
November 1-30, 2024

## Transactions - Summary

| Beginning Cash* as of 11/01 | + | Deposits | + | Withdrawals | + | Purchases | + | Sales/Redemptions | + | Dividends/Interest | + | Charges/Interest($) | = | Ending Cash* as of 11/30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| $1.27 | | $500.00 | | $0.00 | | ($47,003.19) | | $46,581.01 | | $0.00 | | ($10.59) Expenses | | $68.50 |

Other Activity $0.00

*Cash (includes any cash debit balance) held in your account plus the value of any cash invested in a sweep money fund.

Other activity includes transactions which don't affect the cash balance such as stock transfers, splits, etc.

## Transaction Details

| Date | Category | Action | Symbol/CUSIP | Description | Quantity | Price/Rate per Share($) | Charges/Interest($) | Amount($) | Realized Gain/(Loss)($) |
|---|---|---|---|---|---|---|---|---|---|
| 11/01 | Deposit | MoneyLink Txn | | Tfr JPMorgan Chase Ban, MR RODOLFO LUIZ | | | | 500.00 | |
| 11/04 | Purchase | | SNAP 11/08/2024 13.00 11/08/24 C | CALL SNAP INC $13 EXP 11/08/24 Commission $5.00; Exchange Processing Fee $0.11 | 10.0000 | 0.4300 | 5.11 | (435.11) | |
| 11/08 | Sale | | SOUN | SOUNDHOUND AI INC CLASS A Exchange Processing Fee $0.04 | (100.0000) | 6.5550 | 0.04 | 655.46 | 154.46 (ST) |
| | Sale | | SOUN | SOUNDHOUND AI INC CLASS A | (6.0000) | 6.8340 | | 41.00 | 10.94 (ST) |
| | Sale | | SOUN | SOUNDHOUND AI INC CLASS A Exchange Processing Fee $0.01 | (30.0000) | 6.8000 | 0.01 | 203.99 | 53.69 (ST) |
| | Purchase | | SOUN 01/16/2026 10.00 EXP 01/16/26 C | CALL SOUNDHOUND AI INC $10 EXP 01/16/26 Commission $1.00; Exchange Processing Fee $0.02 | 2.0000 | 1.5700 | 1.02 | (315.02) | |
| | Purchase | | UPST 11/15/2024 55.00 EXP 11/15/24 C | CALL UPSTART HLDGS INC $55 EXP 11/15/24 Commission $0.50; Exchange Processing Fee $0.01 | 1.0000 | 6.2200 | 0.51 | (622.51) | |
| 11/11 | Other Activity | Expired Short | SNAP 11/08/2024 13.00 11/08/24 C | CALL SNAP INC $13 EXP | (10.0000) | | | | |

charles SCHWAB

Schwab One® Account of
RODOLFO LUIZ COELHO
DESIGNATED BENE PLAN/TOD

Statement Period
November 1-30, 2024

## Transaction Details (continued)

| Date | Category | Action | Symbol/CUSIP | Description | Quantity | Price/Rate per Share($) | Charges/Interest($) | Amount($) | Realized Gain/(Loss)($) |
|---|---|---|---|---|---|---|---|---|---|
| 11/12 | Sale | | TSLA 11/15/2024 375.00 C | CALL TESLA INC 11/15/24 $375 EXP<br>Commission $2.50; Exchange Processing Fee $0.17 | (5.0000) | 7.7000 | 2.67 | 3,847.33 | 3,339.77 (ST) |
| | Sale | | UPST 11/15/2024 55.00 C | CALL UPSTART HLDGS INC $55 EXP 11/15/24<br>Commission $2.50; Exchange Processing Fee $0.07 | (1.0000) | 22.0000 | 0.57 | 2,199.43 | 1,576.92 (ST) |
| | Purchase | | TSLA 11/15/2024 315.00 C | CALL TESLA INC 11/15/24<br>Commission $0.50; Exchange Processing Fee $0.07 | 1.0000 | 10.8300 | 0.51 | (1,083.51) | |
| | Purchase | | TSLA 11/15/2024 375.00 C | CALL TESLA INC 11/15/24<br>Commission $5.00; Exchange Processing Fee $0.01 | 10.0000 | 1.0100 | 5.11 | (1,015.11) | |
| | Purchase | | TSLA 11/15/2024 420.00 C | CALL TESLA INC 11/15/24<br>Commission $2.50; Exchange Processing Fee $0.05 | 5.0000 | 2.6000 | 2.55 | (1,302.55) | |
| | Purchase | | TSLA 01/17/2025 600.00 C | CALL TESLA INC 01/17/25<br>Commission $3.00; Exchange Processing Fee $0.07 | 6.0000 | 4.1500 | 3.07 | (2,493.07) | |
| | Purchase | | RIVN 01/16/2026 40.00 C | CALL RIVIAN AUTOMOTIVE I540 EXP 01/16/26<br>Commission $2.50; Exchange Processing Fee $0.05 | 5.0000 | 0.3500 | 2.55 | (177.55) | |
| 11/15 | Purchase | | TSLA | TESLA INC | 100.0000 | 315.0000 | | (31,500.00) | |
| 11/18 | Purchase | | TSLA | TESLA INC | 100,000 | 315.0000 | | (31,500.00) | |
| | Other Activity | Exercise Short | TSLA 11/15/2024 315.00 C | CALL TESLA INC 11/15/24 $315 EXP | (1.0000) | | | | |
| | Other Activity | Expired Short | TSLA 11/15/2024 375.00 C | CALL TESLA INC 11/15/24 $375 EXP | (5.0000) | | | | |
| | Other Activity | Expired Short | TSLA 11/15/2024 420.00 C | CALL TESLA INC 11/15/24 $420 EXP | (5.0000) | | | | |
| 11/19 | Sale | | TSLA | TESLA INC | (100.0000) | 345.9700 | 0.98 | 34,596.02 | 2,012.51 (ST) |
| | Purchase | | SOUN 01/16/2026 10.00 C | CALL SOUNDHOUND AI INC $10 EXP 01/16/26<br>Commission $2.00; Exchange Processing Fee $0.04 | 4.0000 | 1.5400 | 2.04 | (618.04) | |



Schwab One® Account of

RODOLFO LUIZ COELHO
DESIGNATED BENE PLAN/TOD

Statement Period
November 1-30, 2024

## Transaction Details (continued)

| Date | Category Action | Symbol/ CUSIP | Description | Quantity | Price/Rate per Share($) | Charges/ Interest($) | Amount($) | Realized Gain/(Loss)($) |
|---|---|---|---|---|---|---|---|---|
| 11/19 | Purchase | TSLA 12/20/2024 400.00 C | 12/20/24 CALL TESLA INC $400 EXP Commission $1.50; Exchange Processing Fee $0.03 | 3.0000 | 6.7000 | 1.53 | (2,011.53) | |
| 11/20 | Sale | TSLA 12/20/2024 400.00 C | 12/20/24 CALL TESLA INC $400 EXP Commission $0.50; Exchange Processing Fee $0.04 | (1.0000) | 10.1500 | 0.54 | 1,014.46 | 343.95 (ST) |
| | Purchase | GME | GAMESTOP CORP NEW CLASS A | 5.0000 | 27.0841 | | (135.42) | |
| | Purchase | AI 11/29/2024 34.50 C | 11/29/24 CALL C3 AI INC $34.5 EXP Commission $5.00; Exchange Processing Fee $0.11 | 10.0000 | 0.9600 | 5.11 | (965.11) | |
| | Purchase | GME 01/17/2025 40.00 C | 01/17/25 CALL GAMESTOP CORP NEW $40 EXP Commission $0.50; Exchange Processing Fee $0.01 | 1.0000 | 3.1600 | 0.51 | (316.51) | |
| 11/25 | Sale | AI 11/29/2024 34.50 C | 11/29/24 CALL C3 AI INC $34.5 EXP Commission $2.50; Exchange Processing Fee $0.10 | (5,000.0000) | 2.9500 | 2.60 | 1,472.40 | 969.84 (ST) |
| | Purchase | INTC 11/29/2024 26.00 C | 11/29/24 CALL INTEL CORP $26 EXP Commission $8.00; Exchange Processing Fee $0.18 | 16.0000 | 0.1100 | 8.18 | (184.18) | |
| | Purchase | MBLY 01/17/2025 21.00 C | 01/17/25 CALL MOBILEYE GLOBAL INC $21 EXP Commission $5.00; Exchange Processing Fee $0.11 | 10.0000 | 1.3310 | 5.11 | (1,336.11) | |
| 11/26 | Sale | INTC 11/29/2024 26.00 C | 11/29/24 CALL INTEL CORP $26 EXP Commission $6.00; Exchange Processing Fee $0.17 | (12,000.0000) | 0.2900 | 6.17 | 341.83 | 203.69 (ST) |
| | Sale | MIRA | MIRA PHARMACEUTICALS INC Exchange Processing Fee $0.15 | (724,000.0000) | 1.2928 | 0.15 | 935.84 | (1,483.75) (ST) |
| | Purchase | INTC 01/17/2025 30.00 C | 01/17/25 CALL INTEL CORP $30 EXP Commission $3.00; Exchange Processing Fee $0.07 | 6.0000 | 0.5000 | 3.07 | (303.07) | |
| | Purchase | TSLA 12/20/2024 400.00 C | 12/20/24 CALL TESLA INC $400 EXP Commission $0.50; Exchange Processing Fee $0.01 | 1.0000 | 8.4900 | 0.51 | (849.51) | |



**charles SCHWAB**

Schwab One® Account of

RODOLFO LUIZ COELHO
DESIGNATED BENE PLAN/TOD

Statement Period
November 1-30, 2024

## Transaction Details (continued)

| Date | Category Action | Symbol/CUSIP | Description | Quantity | Price/Rate per Share($) | Charges/Interest($) | Amount($) | Realized Gain/(Loss)($) |
|------|-----------------|--------------|-------------|----------|-------------------------|---------------------|-----------|--------------------------|
| 11/27 | Purchase | INTC 11/29/2024 26.00 C | CALL INTEL CORP $26 EXP 11/29/24 Commission $7.50; Exchange Processing Fee $0.16 | 15.0000 | 0.0400 | 7.66 | (67.66) | |
| | Expense Margin Interest | | INTEREST 10/30 THRU 11/26 | | | | (10.59) | |
| 11/29 | Sale | GME | GAMESTOP CORP NEW CLASS A Exchange Processing Fee $0.04 | (40.0000) | 30.9200 | 0.04 | 1,236.76 | (94.53) (97) |
| | Sale | INTC 11/29/2024 23.50 P | PUT INTEL CORP $23.5 EXP 11/29/24 Commission $0.50; Exchange Processing Fee $0.01 | (1.0000) | 0.3700 | 0.51 | 36.49 | (0.02) (97) |
| | Purchase | FL 12/06/2024 28.00 C | CALL FOOT LOCKER INC $28 EXP 12/06/24 Commission $5.00; Exchange Processing Fee $0.11 | 10.0000 | 1.2300 | 5.11 | (1,235.11) | |
| | Purchase | INTC 11/29/2024 23.50 P | PUT INTEL CORP $23.5 EXP 11/29/24 Commission $0.50; Exchange Processing Fee $0.01 | 1.0000 | 0.3600 | 0.51 | (36.51) | |

**Total Transactions** $67.23 $7,107.47

## Margin Interest

Date column represents the Settlement/Process date for each transaction.

| Date | Average Daily Balance($) | Margin Int Rate(%) | Interest Paid($) Date |
|------|--------------------------|--------------------|------------------------|
| 11/18 | (31,485.95) | 12.100 | 10.59 |

**Total Margin Interest** 10.59

## Pending / Open Activity

| Date | Activity Type Action | Symbol/CUSIP | Description | Quantity | Market Price Rate per Share($) | Limit Price($) | Settle/Payable Date Expiration | Amount($) | Interest Paid($) |
|------|----------------------|--------------|-------------|----------|--------------------------------|----------------|--------------------------------|-----------|------------------|
| 11/29 | Pending Purchase | INTC 01/17/2025 30.00 C | CALL INTEL CORP | 2.0000 | 0.2500 | | 12/02 | (51.02) | |

**Total Pending Transactions** ($551.02) (51.02)

Pending transactions are not included in account value.

Schwab One® Account of

RODOLFO LUIZ COELHO
DESIGNATED BENE PLANTOD

Statement Period
November 1-30, 2024

## Endnotes For Your Account

(M)    Denotes a security that is marginable. Some mutual fund or ETF investments may not be immediately marginable.

## Terms and Conditions

**GENERAL INFORMATION AND KEY TERMS:** This Account statement is furnished solely by Charles Schwab & Co., Inc., ("Schwab") for your Account at Schwab ("Account"). Unless otherwise defined herein, capitalized terms have the same meanings as those in your Account Agreement. If you receive any other communication from any source other than Schwab which purports to represent your holdings at Schwab (including balances held at a Depository Institution) you should verify its content with this statement. **Accrued Income:** Accrued Income is the sum of the total of accrued interest and/or accrued dividends on positions held in your Account, but the interest and/or dividends have not been received into your Account. Schwab makes no representation that the amounts shown (or any other amount) will be received. Accrued amounts are not covered by SIPC account protection until actually received and held in the Account. **(Automatic Investment Plan) Customers:** Schwab receives remuneration in connection with certain transactions effected through Schwab. If you participate in a systematic investment program through Schwab, the additional information normally detailed on a trade confirmation may be provided upon request. **Average Daily Balance:** Average daily composite of all cash balances that earn interest and all loans from Schwab that are charged interest. **Bank Sweep and Bank Sweep for Benefit Plans Features:** Schwab acts as your agent and custodian in establishing and maintaining your Deposit Account(s) at Schwab Bank and/or one or more Program Banks. The balance in the Deposit Accounts constitute direct obligations of one or more Program Banks and are eligible for deposit insurance from the FDIC up to the applicable limits for each bank for funds held in the same insurable capacity. The balance in the Deposit Accounts can be Funds swept to Program Banks are not obligations of and are not endorsed or guaranteed as other important Disclosure Statement applicable online or in your Account. A Schwab acting as a principal for its own account, not owed by us to you, please refer to our books of record, is not segregated and may be used in the conduct of this firm's business. **Dividend Reinvestment Customers:** Dividend reinvestment transactions were effected by Schwab acting as a principal for its own account, except for the Program deposit and withdrawal transactions will be furnished upon written request. **Gain (or Loss):** Unrealized Gain or (Loss) and Realized Gain or (Loss) sections ("Gain/Loss Section(s)") contain a buying agent. Further information on these transactions will be furnished upon written request. **Gain (or Loss):** Unrealized Gain or (Loss) and Realized Gain or (Loss) sections ("Gain/Loss Section(s)") contain a request of your Advisor, if applicable. This information is not a solicitation to buy or summary of your Account. This information has been provided on this statement at the sell. Schwab does not provide tax advice and encourages you to consult with your tax professional. Please view the Cost Basis Disclosure Statement for additional information on how gain (or loss) is calculated and how Schwab reports adjusted cost basis information to the IRS. **Interest:** For the Schwab One Interest, Bank Sweep, and Bank Sweep for Benefit Plans features, interest is paid for a period that may differ from the Statement Period. Balances include interest paid as indicated on your statement by Schwab or one or more of its Program Banks. The interest paid may include interest that accrued in the prior Statement Period. For the Schwab One Interest feature, interest accrues daily from the second-to-last business day of the prior month and is posted on the second-to-last business day of the current month. For the Bank Sweep and Bank Sweep for Benefit Plans features, interest accrues daily from the 16th day of the prior month and is credited/posted on the first business day after the 15th of the current

month. If, on any given day, the interest that Schwab calculates for the Free Credit Balances in the Schwab One Interest feature in your brokerage Account is less than $0.005, you will not accrue any interest on that day. For balances held at banks affiliated with Schwab in the Bank Sweep and Bank Sweep for Benefit Plans features, interest will accrue even if the amount is less than $0.005. **Margin Account Customers:** This is a combined statement of your margin account and special memorandum account maintained for you under Section 220.5 of Regulation T issued by the Board of Governors of the Federal Reserve System. The permanent record of the separate account as required by Regulation T is available for your inspection. Securities purchased on margin are Schwab's collateral for the loan to you. It is important that you fully understand the risks involved in trading securities on margin. These risks include: 1) You can lose more funds than you deposit in the margin account. 2) Schwab can force the sale of securities or other assets in any of your account(s) to maintain the required account equity. If the equity in your account falls below maintenance margin requirements or Schwab's higher "house" requirements, Schwab can sell the securities or other assets in any of your account(s) held with Schwab to cover the margin deficiency. You also will be responsible for any short fall in the account after such a sale. 3) Schwab can increase its "house" maintenance margin requirements at any time without advance written notice to you. **Market Price:** The most recent price bid as of market close. Unpriced securities denote that no market evaluation update is currently available. Price evaluations are obtained from outside parties. Schwab shall have no responsibility for the accuracy or timeliness of any such valuations. Assets Not Held at Schwab, including but not limited to variable annuities, held away are not provided as a courtesy to you. Information on Assets Not Held otherwise in Schwab's custody and are being brought to your attention. Prices are obtained from outside parties. Schwab. Schwab can neither validate nor guarantee, the existence of any such valuations. Assets Not Held provided by you or otherwise. Descriptions of Assets Not Held at Schwab may be abbreviated or truncated, accuracy, completeness or timeliness of the information about the Assets Not Held at Schwab, whether most current price and are indicated as Stale Priced. Certain Limited Partnerships (direct participation programs) and unlisted Real Estate Investment Trust (REIT) securities, for which you may see a value on your monthly Account statement that reflects the issuer's appraised estimated value provided in the account statement. Some securities, especially thinly traded equities in the OTC market or foreign markets, may not report the national securities exchange, and are generally illiquid. Even if you are able to sell such securities, the price received may be less than the per share appraised estimated value provided in the account statement. **Market Value:** The Market Value of your present holdings in your specified Schwab Account or a summary of your This is the dollar value of your Account. This is not your Account. Market Value summed over multiple accounts, other than certain Non-Publicly Traded Securities which may be held by a third party, are held in your Account. Values of certain Non-Publicly Traded Securities may be furnished by a third party as provided by Schwab's Account Agreement. Schwab shall have no responsibility for any such valuations. **Non-Publicly Traded Securities:** All assets shown on this statement, other than certain Non-Publicly Traded Securities which may be furnished by a third party as provided in the prospectus. **Schwab Sweep Money Funds:** Includes the primary money market funds into which Free Credit Balances may be automatically invested pursuant to your Account Agreement. Schwab or an affiliate that acts and receives compensation as the Investment Advisor, Shareholder Service Agent and Distributor for the Schwab Sweep Money Funds. The amount of such compensation is disclosed in the prospectus. Yields vary. If on any given day, the accrued daily dividend for your selected sweep money fund is calculated for your account is given day, the accrued daily dividend for your selected sweep money fund is calculated for your account is



Schwab One® Account of

RODOLFO LUIZ COELHO
DESIGNATED BENE PLAN/TOD

Statement Period
November 1-30, 2024

## Terms and Conditions (continued)

less than ½ of 1 cent ($0.005), your account will not earn a dividend for that day. In addition, if you do not accrue at least 1 daily dividend of $0.01 during a pay period, you will not receive a money market dividend for that period. Schwab and the Schwab Sweep Money Funds investment advisor may be voluntarily reducing a portion of a Schwab Sweep Money Fund's expenses. Without these reductions, yields would have been lower. **Securities Products and Services:** Securities products and services are offered by Charles Schwab & Co., Inc. Member SIPC. **Securities products and services, including unswept intraday funds and net credit balances held in brokerage accounts are not deposits or other obligations of, or guaranteed by, any bank, are not FDIC insured, and are subject to investment risk and may lose value. SIPC does not cover balances held at Program Banks in the Bank Sweep and Bank Sweep for Benefit Plans features.** Please see your Cash Feature Disclosure Statement for more information on your Cash Feature. **Yield to Maturity:** This is the actual average annual return on a note if held to maturity. **IN CASE OF ERRORS OR DISCREPANCIES:** If you find an error or discrepancy relating to your brokerage activity (other than an electronic fund transfer) you must notify us promptly, but no later than 10 days after this statement is sent or made available to you. If this statement shows that we have mailed or delivered security certificate(s) that you have not received, notify Schwab immediately. You may call us at 800-435-4000. (Outside the U.S., call +1-415-667-8400.) If you're a client of an independent investment advisor, call us at 800-515-2157. Any oral communications should be re-confirmed in writing to further protect your rights, including rights under the

**Securities Investor Protection Act (SIPA). If you do not so notify us, you agree that the statement activity and Account balance are correct for all purposes with respect to those brokerage transactions. IN CASE OF COMPLAINTS:** If you have a complaint regarding your Schwab statement, products or services, please write to Client Service & Support at Charles Schwab & Co., Inc., P.O. Box 982603, El Paso, TX 79998-2603, or call Customer Service at 800-435-4000. (Outside the U.S., call +1-415-667-8400.) If you're a client of an independent investment advisor, call us at 800-515-2157. **Address Changes:** If you fail to notify Schwab in writing of any change of address or phone number, you may not receive important notifications about your Account, and trading or other restrictions might be placed on your Account. **Additional Information:** We are required by law to report to the Internal Revenue Service adjusted cost basis information (if applicable), certain payments to you and credits to your Account during the calendar year. Retain this statement for income tax purposes. A financial statement for your inspection is available at Schwab's offices or a copy will be mailed to you upon written request. Any third-party trademarks appearing herein are the property of their respective owners. Charles Schwab & Co., Inc., Charles Schwab Bank, Charles Schwab Premier Bank, and Charles Schwab Trust Bank are separate but affiliated companies and subsidiaries of The Charles Schwab Corporation. © 2024 Charles Schwab & Co., Inc. ("Schwab"). All rights reserved. Member SIPC. (0822-20UL) (O1CUSTNC) (0822-20UL)

*This page intentionally left blank.*

charles SCHWAB

Schwab One® Account of

RODOLFO LUIZ COELHO
DESIGNATED BENE PLAN/TOD

| Account Number | 3324-6354 |
| --- | --- |

Statement Period
January 1-31, 2024

## Account Summary

| | | |
| --- | --- | --- |
| Ending Account Value as of 01/31 | Beginning Account Value as of 01/01 | Total Value Change ($) |
| $8,137.35 | $5,404.60 | $2,732.75 |

| | This Statement | Previous Statement | Change |
| --- | --- | --- | --- |
| Beginning Value | $5,404.60 | $3,484.73 | $1,919.87 |
| Deposits | 20,001.00 | 4,004.00 | 15,997.00 |
| Withdrawals | 0.00 | 0.00 | 0.00 |
| Dividends and Interest | 0.79 | 0.30 | 0.49 |
| Transfer of Securities | 0.00 | 0.00 | 0.00 |
| Market Value Change | (17,269.04) | (2,084.43) | (15,184.61) |
| Fees | 0.00 | 0.00 | 0.00 |
| **Ending Value** w | **$8,137.35** | **$5,404.60** | **$2,732.75** |

Account Ending Value reflects the market value of your cash and investments. It does not include pending transactions, unpriced securities or assets held outside Schwab's custody.

Feb23  Mar  Apr  May  Jun  Jul  Aug  Sep  Oct  Nov  Dec  Jan24

$8.9K
$7.1K
$5.3K
$3.5K
$1.7K
$0.0K

RODOLFO LUIZ COELHO
DESIGNATED BENE PLAN/TOD
1301 NE MIAMI GARDENS DR APT 1
APT 1526W
MIAMI FL          33179-4778

## Manage Your Account

**Customer Service and Trading:**
Call your Schwab Representative
1-800-435-4000
24/7 Customer Service

For the most current records on your account visit schwab.com/login. Statements are archived up to 10 years online.

**Commitment to Transparency**

Client Relationship Summaries and Best Interest disclosures are at schwab.com/transparency. Charles Schwab & Co., Inc. Member SIPC.

**Online Assistance**

Visit us online at schwab.com

Visit schwab.com/stmt to explore the features and benefits of this statement.

0101-00000-D212160S-102858

1 of 12

# Schwab One® Account of

RODOLFO LUIZ COELHO
DESIGNATED BENE PLAN/TOD

**Statement Period**
January 1-31, 2024



## Asset Allocation



$8.13K

| | Current |
| --- | --- |
| | This Period Allocation |
| Cash and Cash Investments | 401.02 | 5% |
| Equities | 2,316.02 | 28% |
| Options | 5,420.31 | 67% |
| **Total** | **$8,137.35** | **100%** |

## Top Account Holdings This Period

| SYMBOL CUSIP | Description | Market Value | % of Accounts |
| --- | --- | --- | --- |
| MMAT | META MATLS INC | 2,299.64 | 28% |
| MRO | CALL MARATHON OIL CORP | 1,490.00 | 18% |
| CCJ | CALL CAMECO CORP | 810.00 | 10% |
| OKTA | CALL OKTA INC | 717.50 | 9% |
| LVS | CALL LAS VEGAS SANDS COR | 680.00 | 8% |

## Gain or (Loss) Summary

| | Short-Term (ST) | | | Long-Term (LT) | | |
| --- | --- | --- | --- | --- | --- | --- |
| | Gain | (Loss) | Net | Gain | (Loss) | Net |
| This Period | 2,079.02 | (7,507.56) | (5,428.54) | 0.00 | (5,253.89) | (5,253.89) |
| YTD | 0.00 | (5,428.54) | (5,428.54) | 0.00 | (5,253.89) | (5,253.89) |

### Unrealized

| | | ($28,272.64) |
| --- | --- | --- |

Values may not reflect all of your gains/losses; Schwab has provided accurate gain and loss information wherever possible for most investments. Cost basis may be incomplete or unavailable for some of your holdings and may change or be adjusted in certain cases. Please login to your account at Schwab.com for real-time gain/loss information. Statement information should not be used for tax preparation, instead refer to official tax documents. For additional information refer to Terms and Conditions.

## Income Summary



Dollars ($)

| | This Period | | | YTD | | |
| --- | --- | --- | --- | --- | --- | --- |
| | Taxable | Tax-Exempt | Tax-Exempt | Taxable | Tax-Exempt | Taxable |
| Schwab One® Interest | | 0.79 | 0.00 | | 0.79 | 0.79 |
| **Total Income** | **$0.79** | | **$0.00** | | **$0.00** | **$0.79** |

Federal Tax Status
Tax-Exempt  0.00
Taxable  0.79
Tax-Exempt  0.00
Taxable  0.79

## Margin Loan Information

Margin Loan Rates
Vary by Balance
**11.75% - 13.57%**

| Opening Margin Loan Balance | Closing Margin Loan Balance | Funds Available to Withdraw* | Securities |
| --- | --- | --- | --- |
| $0.00 | $0.00 | $401.02 | $1,336.73 |

* Values include any cash plus the amount available using margin borrowing.
For more information about the margin feature, please visit schwab.com/margin.



**charles SCHWAB**

## Schwab One® Account of

RODOLFO LUIZ COELHO
DESIGNATED BENE PLAN/TOD

Statement Period
January 1-31, 2024

## Positions - Summary

| Beginning Value as of 01/01 | + | Transfer of Securities(In/Out) | + | Dividends Reinvested | + | Cash Activity | + | Change in Market Value | = | Ending Value as of 01/31 | Cost Basis | Unrealized Gain/(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| $5,404.60 | | $0.00 | | $0.00 | | $20,001.79 | | ($17,269.04) | | $8,137.35 | $43,437.08 | ($28,272.64) |

Values may not reflect all of your gains/losses; Schwab has provided accurate gain and loss information wherever possible for most investments. Cost basis may be incomplete or unavailable for some of your holdings and may change or be adjusted in certain cases. Statement information should not be used for tax preparation, instead refer to official tax documents. For additional information refer to Terms and Conditions.

## Cash and Cash Investments

| Type | Symbol | Description | Quantity | Price($) | Beginning Balance($) | Ending Balance($) | Change in Period Balance($) | Pending/Unsettled Cash($) | Interest/ Yield Rate | % of Acct |
|---|---|---|---|---|---|---|---|---|---|---|
| Cash | | | | | 363.02 | 401.02 | 38.00 | | 0.00 | |
| **Total Cash and Cash Investments** | | | | | **$363.02** | **$401.02** | **$38.00** | **$0.00** | | **5%** |

## Positions - Equities

| Symbol | Description | Quantity | Price($) | Market Value($) | Cost Basis($) | Unrealized Gain/(Loss)($) | Est. Yield | Est. Annual Income($) | % of Acct |
|---|---|---|---|---|---|---|---|---|---|
| CEI | CAMBER ENERGY INC (M) | 17.0000 | 0.16950 | 2.88 | 67.92 | (65.04) | N/A | 0.00 | <1% |
| HEMP | HEMP INC | 135,000.0000 | 0.00010 | 13.50 | 4,026.70 | (4,013.20) | N/A | 0.00 | <1% |
| MMAT | META MATLS INC (M) | 602.0000 | 3.82000 | 2,299.64 | 3,140.46 | (840.82) | N/A | 0.00 | 28% |
| TRCNF | TRANSNTNL CANNABIS LTD F | 9,000.0000 | 0.00000 | 0.00 | 4,385.20 | (4,385.20) | N/A | 0.00 | 0.00 |
| CRXPF | VERT INFRASTRUCTURE LT F | 48,666.0000 | 0.00000 | 0.00 | 3,529.54 | (3,529.54) | N/A | 0.00 | 0.00 |
| **Total Equities** | | | | **$2,316.02** | **$15,149.82** | **($12,833.80)** | | **$0.00** | **28%** |

*charles* SCHWAB

**Schwab One® Account** of

RODOLFO LUIZ COELHO
DESIGNATED BENE PLAN/TOD

Statement Period
January 1-31, 2024

## Positions - Options

| Symbol | Description | Quantity | Price($) | Market Value($) | Cost Basis($) | Unrealized Gain/(Loss)($) | Est. Yield | Est. Annual Income($) | % of Acct |
|---|---|---|---|---|---|---|---|---|---|
| CCJ 02/16/20 24 55.00 C | CALL CAMECO CORP $55 EXP 02/16/24 | 20.0000 | 0.40500 | 810.00 | 1,811.21 | (1,001.21) | | | 10% |
| GOOS 02/16/20 24 13.00 C | CALL CANADA GOOSE HOLDIN $13 EXP 02/16/24 | 10.0000 | 0.62500 | 625.00 | 605.10 | 19.90 | | | 8% |
| CVS 02/16/20 24 82.50 C | CALL CVS HEALTH CORP $82.5 EXP 02/16/24 | 24.0000 | 0.14870 | 356.88 | 4,958.24 | (4,601.36) | | | 4% |
| FNGR 02/16/20 24 7.00 C | CALL FINGERMOTION INC $7 EXP 02/16/24 | 7.0000 | 0.00010 | 0.07 | 1,228.57 | (1,228.50) | | | <1% |
| LVS 03/15/20 24 55.00 C | CALL LAS VEGAS SANDS COR $55 EXP 03/15/24 | 20.0000 | 0.34000 | 680.00 | 1,440.22 | (760.22) | | | 8% |
| MRO 03/15/20 24 24.00 C | CALL MARATHON OIL CORP $24 EXP 03/15/24 | 20.0000 | 0.74500 | 1,490.00 | 2,130.20 | (640.20) | | | 18% |
| MMAT1 01/16/20 26 0.50 C | CALL META MATLS INC $0.5 ADJ EXP 01/16/26 REPS 1 MMAT | 193.0000 | 0.02140 | 413.02 | 677.37 | (264.35) | | | 5% |
| MMAT1 01/17/20 25 0.50 C | CALL META MATLS INC $0.5 ADJ EXP 01/17/25 REPS 1 MMAT | 250.0000 | 0.00890 | 222.50 | 1,897.46 | (1,674.96) | | | 3% |
| MMAT1 01/17/20 25 1.00 C | CALL META MATLS INC $1 ADJ EXP 01/17/25 REPS 1 MMAT | 7.0000 | 0.00560 | 3.92 | 52.57 | (48.65) | | | <1% |
| MMAT1 01/17/20 25 2.50 C | CALL META MATLS INC $2.5 ADJ EXP 01/17/25 REPS 1 MMAT | 7.0000 | 0.00260 | 1.82 | 206.57 | (204.75) | | | <1% |



**Schwab One® Account** of

RODOLFO LUIZ COELHO
DESIGNATED BENE PLAN/TOD

Statement Period
January 1-31, 2024

## Positions - Options (continued)

| Symbol | Description | Quantity | Price($) | Market Value($) | Cost Basis($) | Unrealized Gain/(Loss)($) | Est. Yield | Est. Annual Income($) | % of Acct |
|---|---|---|---|---|---|---|---|---|---|
| MMAT1 01/17/20 25 4.00 C | CALL META MATLS INC $4 ADJ EXP 01/17/25 REPS 1 MMAT | 10.0000 | 0.00160 | 1.60 | 615.10 | (613.50) | | $0.00 | <1% |
| OKTA 02/16/20 24 105.00 C | CALL OKTA INC EXP 02/16/24 | 50.0000 | 0.14350 | 717.50 | 4,934.50 | (4,217.00) | | | 9% |
| PEP 02/16/20 24 155.00 P | PUT PEPSICO INC $155 EXP 02/16/24 | 4.0000 | 0.24500 | 98.00 | 302.04 | (204.04) | | | 1% |
| **Total Options** | | | | **$5,420.31** | **$20,859.15** | **($15,438.84)** | | **$0.00** | **67%** |

## Positions - Unpriced Securities

| Symbol | Description | Quantity | Price($) | Market Value($) | Cost Basis($) | Unrealized Gain/(Loss)($) | Est. Yield | Est. Annual Income($) |
|---|---|---|---|---|---|---|---|---|
| | NEXT BRIDGE HYDROCARBONS | 3,782.0000 | | $0.00 | 7,428.11 | N/A | | $0.00 |
| **Total Unpriced Securities** | | | | **$0.00** | **$7,428.11** | **$0.00** | | **$0.00** |

Option Customers: Be aware of the following: 1) Commissions and other charges related to the execution of option transactions have been included in confirmations of such transactions previously furnished to you and will be made available promptly upon request 2) You should advise us promptly of any material changes in your investment objectives or financial situation 3) Exercise assignment notices for the option contracts are allocated among customer short positions pursuant to an automated procedure which randomly selects from among all customer short option positions those contracts which are subject to exercise, including positions established on the day of assignment 4) Realized gain/loss of underlying securities is adjusted to reflect the premiums of assigned or exercised options. Please consult your tax advisor or IRS publication 550. Investment Income and Expenses, for additional information on Options.

Estimated Annual Income ("EAI") and Estimated Yield ("EY") calculations are for informational purposes only. The actual income and yield might be lower or higher than the estimated amounts. EY is based upon EAI and the current price of the security and will fluctuate. For certain types of securities, the calculations could include a return of principal or capital gains in which case EAI and EY would be overstated. EY and EAI are not promptly updated to reflect when an issuer has missed a regular payment or announced changes to future payments, in which case EAI and EY will continue to display at a prior rate.



**Schwab One® Account of**

RODOLFO LUIZ COELHO
DESIGNATED BENE PLAN/TOD

Statement Period
January 1-31, 2024

## Transactions - Summary

| Beginning Cash* as of 01/01 | + | Deposits | + | Withdrawals | + | Purchases | + | Sales/Redemptions | + | Dividends/Interest | + | Fees | = | Ending Cash* as of 01/31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| $363.02 | | $20,001.00 | | $0.00 | | ($27,434.08) | | $7,470.29 | | $0.79 | | $0.00 | | $401.02 |

Other Activity  **$0.00**

*Cash (includes any cash debit balance) held in your account plus the value of any cash invested in a sweep money fund.

Other activity includes transactions which don't affect the cash balance such as stock transfers, splits, etc.

## Transaction Details

| Date | Category Action | Symbol/CUSIP | Description | Quantity | Price/Rate per Share($) | Charges/Interest($) | Amount($) | Realized Gain/(Loss)($) |
|---|---|---|---|---|---|---|---|---|
| 01/02 | Purchase | MMAT 01/17/2025 0.50 C | CALL META MATLS INC $0.5 EXP 01/17/25 Commission $49.50; Exchange Processing Fee $0.96 | 99.0000 | 0.0300 | 50.46 | (347.46) | |
| 01/04 | Deposit Account Transfer | | TDA TO CS&CO TRANSFER | | | | 5,000.00 | |
| 01/05 | Purchase | AMD 01/19/2024 150.00 C | CALL ADVANCED MICRO DEVIS150 EXP 01/19/24 Commission $5.00; Exchange Processing Fee $0.10 | 10.0000 | 0.5100 | 5.10 | (515.10) | |
| | Deposit Funds Received | | WIRED FUNDS RECEIVED | | | | 5,001.00 | |
| | Purchase | GOOS 01/19/2024 11.00 C | CALL CANADA GOOSE HOLDIN$11 EXP 01/19/24 Commission $5.00; Exchange Processing Fee $0.10 | 10.0000 | 0.7100 | 5.10 | (715.10) | |
| | Purchase | MMAT 01/16/2026 0.50 C | CALL META MATLS INC $0.5 EXP 01/16/26 Commission $95.00; Exchange Processing Fee $1.84 | 190.0000 | 0.0300 | 96.84 | (666.84) | |
| 1/08 | Purchase | GOOS 01/19/2024 11.00 C | CALL CANADA GOOSE HOLDIN$11 EXP 01/19/24 Commission $5.00; Exchange Processing Fee $0.10 | 10.0000 | 0.7200 | 5.10 | (725.10) | |
| | Purchase | CVS 02/16/2024 82.50 C | CALL CVS HEALTH CORP $82.5 EXP 02/16/24 Commission $5.00; Exchange Processing Fee $0.10 | 10.0000 | 2.3000 | 5.10 | (2,335.10) | |
| | Purchase | CVS 02/16/2024 82.50 C | CALL CVS HEALTH CORP $82.5 EXP 02/16/24 Commission $1.00; Exchange Processing Fee $0.02 | 2.0000 | 2.2800 | 1.02 | (457.02) | |



**charles SCHWAB**

**Schwab One® Account** of

RODOLFO LUIZ COELHO
DESIGNATED BENE PLAN/TOD

Statement Period
January 1-31, 2024

## Transaction Details (continued)

| Date | Category Action | Symbol/CUSIP | Description | Quantity | Price/Rate per Share($) | Charges/Interest($) | Amount($) | Realized Gain/(Loss)($) |
|---|---|---|---|---|---|---|---|---|
| 01/08 | Purchase | CVS 02/16/2024 82.50 C | CALL CVS HEALTH CORP $82.5 EXP 02/16/24 Commission $1.00: Exchange Processing Fee $0.02 | 2.0000 | 2.1200 | 1.02 | (425.02) | |
| | Purchase | CVS 02/16/2024 82.50 C | CALL CVS HEALTH CORP $82.5 EXP 02/16/24 Commission $2.00: Exchange Processing Fee $0.04 | 4.0000 | 2.1000 | 2.04 | (842.04) | |
| | Purchase | MRK 01/19/2024 114.00 C | CALL MERCK & CO. INC. $114 EXP 01/19/24 Commission $4.00: Exchange Processing Fee $0.08 | 8.0000 | 3.6000 | 4.08 | (2,884.08) | |
| | Other Activity Expired Short | AMD 01/05/2024 150.00 C | CALL ADVANCED MICRO DEVI$150 EXP 01/05/24 | (2.0000) | | | | |
| 01/09 | Sale | AMD 01/19/2024 150.00 C | CALL ADVANCED MICRO DEVI$150 EXP 01/19/24 Commission $2.50: Exchange Processing Fee $0.07 | (5.0000) | 1.7200 | 2.57 | 857.43 | 599.88 (ST) |
| | Sale | AMD 01/19/2024 150.00 C | CALL ADVANCED MICRO DEVI$150 EXP 01/19/24 Commission $2.50: Exchange Processing Fee $0.07 | (5.0000) | 1.5000 | 2.57 | 747.43 | 489.88 (ST) |
| | Sale | GOOS 01/19/2024 11.00 C | CALL CANADA GOOSE HOLDIN$11 EXP 01/19/24 Commission $5.00: Exchange Processing Fee $0.14 | (10.0000) | 0.3200 | 5.14 | 314.87 | |
| | Sale | CVS 01/12/2024 78.00 P | PUT CVS HEALTH CORP $78 EXP 01/12/24 Commission $5.00: Exchange Processing Fee $0.13 | (10.0000) | 0.8300 | 5.13 | 824.86 | 109.76 (ST) |
| | Sale | CVS 02/16/2024 82.50 C | CALL CVS HEALTH CORP $82.5 EXP 02/16/24 Commission $2.00: Exchange Processing Fee $0.04 | 4.0000 | 1.5100 | 2.04 | (606.04) | (190.23) (ST) |
| | Purchase | MMAT 01/16/2026 0.50 C | CALL META MATLS INC $0.5 EXP 01/16/26 Commission $2.00: Exchange Processing Fee $0.03 | 3.0000 | 0.0300 | 1.53 | (10.53) | |
| | Purchase | OKTA 02/16/2024 105.00 C | CALL OKTA INC $105 EXP 02/16/24 Commission $5.00: Exchange Processing Fee $0.10 | 10.0000 | 0.4800 | 5.10 | (485.10) | |



**charles SCHWAB**

## Schwab One® Account of

RODOLFO LUIZ COELHO
DESIGNATED BENE PLAN/TOD

Statement Period
January 1-31, 2024

## Transaction Details (continued)

| Date | Category | Action | Symbol/CUSIP | Description | Quantity | Price/Rate per Share($) | Charges/Interest($) | Amount($) | Realized Gain/(Loss)($) |
|---|---|---|---|---|---|---|---|---|---|
| 01/09 | Purchase | | OKTA 02/16/2024 105.00 C | CALL OKTA INC $105 EXP Commission $5.00; Exchange Processing Fee $0.10 | 10.0000 | 0.4700 | 5.10 | (475.10) | |
| 01/09 | Purchase | | CVS 01/12/2024 78.00 P | PUT CVS HEALTH CORP $78 EXP 01/12/24 Commission $5.00; Exchange Processing Fee $0.10 | 10.0000 | 0.5000 | 5.10 | (505.10) | |
| 01/10 | Purchase | | CVS 02/16/2024 82.50 C | CALL CVS HEALTH CORP $82.5 EXP 02/16/24 Commission $1.00; Exchange Processing Fee $0.02 | 2.0000 | 1.4600 | 1.02 | (293.02) | |
| | Purchase | | MRK 01/19/2024 125.00 C | CALL MERCK & CO. INC. $125 EXP 01/19/24 Commission $20.00; Exchange Processing Fee $0.39 | 40.0000 | 0.1200 | 20.39 | (500.39) | |
| 01/12 | Sale | | PEP 02/16/2024 160.00 P | PUT PEPSICO INC $160 EXP 02/16/24 Commission $1.00; Exchange Processing Fee $0.03 | (2.0000) | 1.5800 | 1.03 | 314.97 | 77.95 (ST) |
| | Purchase | | PEP 02/16/2024 155.00 P | PUT PEPSICO INC $155 EXP 02/16/24 Commission $2.00; Exchange Processing Fee $0.04 | 4.0000 | 0.7500 | 2.04 | (302.04) | |
| 01/16 | Sale | | GOOS 01/19/2024 11.00 C | CALL CANADA GOOSE HOLDIN$11 EXP 01/19/24 Commission $5.00; Exchange Processing Fee $0.14 | (10.0000) | 1.0200 | 5.14 | 1,014.86 | 289.76 (ST) |
| | Sale | | MRK 01/19/2024 114.00 C | CALL MERCK & CO. INC. $114 EXP 01/19/24 Commission $4.00; Exchange Processing Fee $0.13 | (8.0000) | 4.2500 | 4.13 | 3,395.87 | 511.79 (ST) |
| | Purchase | | CCJ 02/16/2024 55.00 C | CALL CAMECO CORP $55 EXP 02/16/24 Commission $3.50; Exchange Processing Fee $0.07 | 7.0000 | 1.3200 | 3.57 | (927.57) | |
| | Purchase | | CCJ 02/16/2024 55.00 C | CALL CAMECO CORP $55 EXP 02/16/24 Commission $1.50; Exchange Processing Fee $0.03 | 3.0000 | 1.2900 | 1.53 | (388.53) | |
| | Purchase | | GOOS 02/16/2024 13.00 C | CALL CANADA GOOSE HOLDIN$13 EXP 02/16/24 Commission $5.00; Exchange Processing Fee $0.10 | 10.0000 | 0.6000 | 5.10 | (605.10) | |



Schwab One® Account of
RODOLFO LUIZ COELHO
DESIGNATED BENE PLAN/TOD

Statement Period
January 1-31, 2024

## Transaction Details (continued)

| Date | Category | Action | Symbol/CUSIP | Description | Quantity | Price/Rate per Share($) | Charges/Interest($) | Amount($) | Realized Gain/(Loss)($) |
|---|---|---|---|---|---|---|---|---|---|
| 01/16 | Purchase | | MRO 03/15/2024 24.00 C | CALL MARATHON OIL CORP $24 EXP 03/15/24 Commission $5.00; Exchange Processing Fee $0.10 | 10.0000 | 1.1800 | 5.10 | (1,185.10) | |
| | Purchase | | OKTA 02/16/2024 105.00 C | CALL OKTA INC $105 EXP 02/16/24 Commission $7.00; Exchange Processing Fee $0.14 | 14.0000 | 0.4400 | 7.14 | (623.14) | |
| 01/17 | Purchase | | MRO 03/15/2024 24.00 C | CALL MARATHON OIL CORP $24 EXP 03/15/24 Commission $2.50; Exchange Processing Fee $0.05 | 5.0000 | 1.0000 | 2.55 | (502.55) | |
| | Purchase | | MRO 03/15/2024 24.00 C | CALL MARATHON OIL CORP $24 EXP 03/15/24 Commission $2.50; Exchange Processing Fee $0.05 | 5.0000 | 0.8800 | 2.55 | (442.55) | |
| 01/22 | Other Activity | Expired Short | CVE 01/19/2024 16.00 C | CALL CENOVUS ENERGY INC $16 EXP 01/19/24 | (1.0000) | | | | |
| | Other Activity | Expired Short | MRK 01/19/2024 125.00 C | CALL MERCK & CO. INC. $125 EXP 01/19/24 | (40.0000) | | | | |
| | Other Activity | Expired Short | MMAT 01/19/2024 2.00 C | CALL META MATLS INC $2 EXP 01/19/24 | (267.000) | | | | |
| | Other Activity | Expired Short | MMM 01/19/2024 110.00 C | CALL 3M CO $110 EXP 01/19/24 | (3.000) | | | | |
| 01/24 | Deposit | Funds Received | | WIRED FUNDS RECEIVED | | | | 10,000.00 | |
| 01/25 | Purchase | | LVS 01/26/2024 51.00 C | CALL LAS VEGAS SANDS COR$51 EXP 01/26/24 Commission $5.00; Exchange Processing Fee $0.11 | 10.0000 | 1.1400 | 5.11 | (1,145.11) | |
| | Purchase | | LVS 01/26/2024 51.00 C | CALL LAS VEGAS SANDS COR$51 EXP 01/26/24 Commission $7.00; Exchange Processing Fee $0.15 | 14.0000 | 1.1400 | 7.15 | (1,603.15) | |
| | Purchase | | LVS 01/26/2024 55.00 C | CALL LAS VEGAS SANDS COR$55 EXP 01/26/24 Commission $15.00; Exchange Processing Fee $0.33 | 30.0000 | 0.2200 | 15.33 | (675.33) | |
| | Purchase | | LVS 01/26/2024 55.00 C | CALL LAS VEGAS SANDS COR$55 EXP 01/26/24 Commission $5.00; Exchange Processing Fee $0.11 | 10.0000 | 0.1900 | 5.11 | (195.11) | |



**Schwab One® Account of**
RODOLFO LUIZ COELHO
DESIGNATED BENE PLAN/TOD

Statement Period
January 1-31, 2024

## Transaction Details (continued)

| Date | Category | Action | Symbol/ CUSIP | Description | Quantity | Price/Rate per Share($) | Charges/ Interest($) | Amount($) | Realized Gain/(Loss)($) |
|---|---|---|---|---|---|---|---|---|---|
| 01/25 | Purchase | | LVS 01/26/2024 55.00 C | CALL LAS VEGAS SANDS COR$55 EXP 01/26/24 Commission $10.00; Exchange Processing Fee $0.22 | 20.0000 | 0.1800 | 10.22 | (370.22) | |
| 01/26 | Purchase | | LVS 03/15/2024 55.00 C | CALL LAS VEGAS SANDS COR$55 EXP 03/15/24 Commission $5.00; Exchange Processing Fee $0.11 | 10.0000 | 0.8600 | 5.11 | (865.11) | |
| 01/26 | Purchase | | LVS 01/26/2024 51.00 C | CALL LAS VEGAS SANDS COR$51 EXP 01/26/24 Commission $15.00; Exchange Processing Fee $0.33 | 30.0000 | 0.1360 | 15.33 | (423.33) | |
| | Purchase | | LVS 01/26/2024 55.00 C | CALL LAS VEGAS SANDS COR$55 EXP 01/26/24 Commission $60.00; Exchange Processing Fee $1.32 | 120.0000 | 0.0100 | 61.32 | (181.32) | |
| | Purchase | | LVS 03/15/2024 55.00 C | CALL LAS VEGAS SANDS COR$55 EXP 03/15/24 Commission $5.00; Exchange Processing Fee $0.11 | 10.0000 | 0.5700 | 5.11 | (575.11) | |
| 01/29 | Purchase | | MMAT | META MATLS INC | 60,162.0000 | 0.0522 | | (3,140.46) | |
| | Other Activity | Expired Short | LVS 01/26/2024 51.00 C | CALL LAS VEGAS SANDS COR$51 EXP 01/26/24 | (60.0000) | | | | |
| | Other Activity | Expired Short | LVS 01/26/2024 55.00 C | CALL LAS VEGAS SANDS COR$55 EXP 01/26/24 | (180.0000) | | | | |
| | Other Activity | Reverse Split | MMAT | META MATLS INC | 602.0000 | | | | |
| | Other Activity | Reverse Split | MMAT | META MATLS INC    XXX REVERSE SPLIT | (60,162.0000) | | | | |
| 01/30 | Interest | Credit Interest | | SCHWAB1 INT 12/28-01/29 | | | | 0.79 | |
| 01/31 | Purchase | | CCJ 02/16/2024 55.00 C | CALL CAMECO CORP $55 EXP 02/16/24 Commission $5.00; Exchange Processing Fee $0.11 | 10.0000 | 0.4900 | 5.11 | (495.11) | |
| **Total Transactions** | | | | | | | | **$38.00** | **$1,888.79** |

Date column represents the Settlement/Process date for each transaction.
12/28 through 01/29: $0.79 based on .450% average Schwab One® Interest rate paid on 13 days in which your account had an average daily balance of $5,019.08.



Schwab One® Account of

RODOLFO LUIZ COELHO
DESIGNATED BENE PLANTOD

Statement Period
January 1-31, 2024

# Endnotes For Your Account

W    Excluding unpriced securities (see Investment Detail).

(M)    Denotes a security that is marginable. Some mutual fund or ETF investments may not be immediately marginable.

i    Value includes incomplete cost basis. If cost basis is not available for an investment, you may be able to provide updates. Please refer to the first page of this statement for instructions or contact information.

# Terms and Conditions

**GENERAL INFORMATION AND KEY TERMS:** This Account statement is furnished solely by Charles Schwab & Co., Inc. ("Schwab") for your Account at Schwab ("Account"). Unless otherwise defined herein, capitalized terms have the same meanings as in your Account Agreement. If you have any other communication from any source other than Schwab which purports to represent your holdings at Schwab (including balances held at a Depository Institution) you should verify its content with this statement. **Accrued Income:** Accrued Income is the sum of the total accrued interest and/or accrued dividends on positions held in your Account, but the interest and/or dividends have not been received into your Account. Schwab makes no representation that the amounts shown (or any other amount) will be received. Accrued amounts are not covered by SIPC account protection until actually received and held in the Account. **AIP (Automatic Investment Plan) Customers:** Schwab receives remuneration in connection with certain transactions effected through Schwab. If you participate in a systematic investment program through Schwab, the additional information normally detailed on a trade confirmation will be provided upon request. Schwab acts as your agent and custodian in establishing and maintaining your Deposit Account(s) as a feature of your brokerage Account(s). Deposit accounts held through these bank sweep features constitute direct obligations of one or more FDIC insured banks ("Program Banks") that are not obligations of Schwab. **Bank Sweep and Bank Sweep for Benefit Plans Features:** Bank Sweep and Bank Sweep for Benefit Plans features (the "Cash Features Program") are eligible for deposit insurance up to the applicable limits for each bank for funds held in the same insurable capacity. The balance in the Deposit Accounts can be withdrawn on your order and the proceeds returned to your brokerage Account or remitted to you as provided in your Account Agreement. For information on the FDIC insurance limits, please refer to our FDIC Insured banks. Funds swept to Program Banks are not covered by SIPC. SIPC does not insure against the loss of your deposits. Further information on the conduct of this firm's business. Dividend Reinvestment Customers: If dividend reinvestment transactions were effected by Schwab acting as a principal for its own account, disclosures about the bank sweep features and these transactions, as well as other important owed by us to you payable upon demand which, although accounted for on our books of record, is not segregated and may be used in the conduct of this firm's business. Dividend Reinvestment Customers: If dividend reinvestment transactions were effected by Schwab acting as a principal for its own account, disclosures about the bank sweep feature. **Cash:** Any Free Credit Balance you maintain in the Cash Features segregated and may be used in the conduct of this firm's business. Dividend Reinvestment Customers: If dividend reinvestment transactions were effected by Schwab acting as a principal for its own account, disclosures about the bank sweep feature. **Dividend Reinvestment Customers:** buying agent. Further information on these transactions will be furnished upon written request. **Gain (or Loss):** Unrealized Gain or (Loss) and Realized Gain or (Loss) sections ("Gain/Loss Section(s)") contain a gain or loss summary of your Account. This information has been provided on this statement at the request of your Advisor, if applicable. This information is not a solicitation or a recommendation to buy or sell. Schwab does not provide tax advice and encourages you to consult with your tax professional. Please view the Cost Basis Disclosure Statement for additional information on how gain (or loss) is calculated and how Schwab reports adjusted cost basis information to the IRS. Interest: For the Schwab One Interest, Bank Sweep, and Bank Sweep for Benefit Plans features, interest is paid for a period that may differ from the Statement Period. Balances include interest paid as indicated and your statement by Schwab or one or more of its Program Banks. These balances do not include interest that may have accrued during the Statement Period after interest is paid. The interest paid may include interest that accrued in the prior Statement Period. For the Bank Sweep and Bank Sweep for Benefit Plans features, interest accrues daily from the second-to-last business day of the prior month and is posted on the second-to-last business day of the current month. For the Bank Sweep and Bank Sweep for Benefit Plans features, interest accrues daily from

the 15th day of the prior month and is credited/posted on the first business day after the 15th of the current month. If, on any given day, the interest that Schwab calculates for the Free Credit Balances in the Schwab One Interest feature is less than $.005, you will not accrue any interest on that day. For balances held at banks affiliated with Schwab in the Bank Sweep and Bank Sweep for Benefit Plans features, interest will accrue even if the amount is less than $.005. **Margin Account Customers:** This is a combined statement of your margin account and special memorandum account maintained for you under Section 220.5 of Regulation T issued by the Board of Governors of the Federal Reserve System. The permanent record of the separate account as required by Regulation T is available for your inspection. Securities purchased on margin are Schwab's collateral for the loan to you. It is important that you fully understand the risks involved in trading securities on margin. These risks include: 1) You can lose more funds than you deposit in the margin account; 2) Schwab can force the sale of securities or other assets in any of your account(s) to maintain the required account equity without contacting you; 3) You are not entitled to choose which assets are liquidated nor are you entitled to an extension of time on a margin call; 4) Schwab can increase its "house" maintenance margin requirements at any time without advance written notice to you. **Market Price:** The most recent price evaluation available to Schwab on the last business day of the report period, normally the last trade price or bid as of market close. Unpriced securities denote that no market evaluation update is currently available. Price evaluations are obtained from outside parties. Schwab shall have no responsibility for the accuracy or timeliness of any such valuations. Assets Not Held at Schwab are not held in your Account or covered by the Account's SIPC account protection and are not otherwise in Schwab's custody and are being provided as a courtesy to you. Information on Assets Not Held at Schwab, including but not limited to valuations, is reported solely based on information you provide to Schwab. Schwab can neither validate nor verify the existence of Assets Not Held at Schwab or the accuracy, completeness or timeliness of the information about Assets Not Held at Schwab, whether provided by you or otherwise. Descriptions of Assets Not Held at Schwab may be abbreviated or truncated. Some securities, especially thinly traded equities in the OTC market or foreign markets, may not report the most current price and are indicated as Stale Priced. Certain Limited Partnerships (direct participation programs) and unlisted Real Estate Investment Trust (REIT) securities, for which you may see a value on your monthly Account statement that reflects the issuer's appraised estimated value, are not listed on a national securities exchange, and are generally illiquid. Even if you are able to sell such securities, the price received may be less than the per share appraised estimated value provided in the Account statement. **Market Value:** The Market Value is computed by multiplying the Market Price by the Quantity of Shares. This is the dollar value of your present holdings in your specified Schwab Account. The market value of certain Non-Publicly Traded Securities may be furnished by a third party, and held in your Account. Values of certain Non-Publicly Traded Securities may be furnished by a third party as provided by Schwab's Account Agreement. Schwab shall have no responsibility for the accuracy or timeliness of such valuations. The Securities Investor Protection Corporation (SIPC) does not cover many limited partnership interests. **Non-Publicly Traded Securities:** All assets shown on this statement, other than certain Non-Publicly Traded Securities which may be held by a third party, are held in your Account. Schwab Sweep Money Funds: Includes the primary money market funds into which Free Credit Balances may be automatically invested pursuant to your Account Agreement. Schwab is the distributor for the Schwab Sweep Money Funds. The amount of such compensation is disclosed in the prospectus. The yield information for Money Funds: Includes the primary money market funds into which Free Credit Balances Schwab Sweep Money Funds: Includes the primary money market funds into which Free Credit Balances compensation as the Investment Advisor, Shareholder Service Agent and Distributor for the Schwab Sweep Money Funds. The amount of such compensation is disclosed in the prospectus. The yield information for



**Schwab One® Account** of

RODOLFO LUIZ COELHO
DESIGNATED BENE PLAN/TOD

Statement Period
January 1-31, 2024

## Terms and Conditions (continued)

Schwab Sweep Money Funds is the current 7-day yield as of the statement period. Yields vary. If on any given day, the accrued daily dividend for your selected sweep money fund are calculated for your account is less than ½ of 1 cent ($0.005), your account will not earn a dividend for that day. In addition, if you do not accrue at least 1 daily dividend of $0.01 during a pay period, you will not receive a money market dividend for that period. Schwab and the Schwab Sweep Money Fund's expenses. Without these reductions, yields would have been lower. Securities Products and Services: Securities products and services are offered by Charles Schwab & Co., Inc., Member SIPC. Securities products and services, including unswept intraday funds and net credit balances held in brokerage accounts are not deposits or other obligations of, or guaranteed by, any bank, are not FDIC insured, and are subject to investment risk and may lose value. SIPC does not cover balances held at Program Banks in the Bank Sweep and Bank Sweep for Benefit Plans features. Please see your Cash Feature Disclosure Statement for more information on insurance coverage. Yield to Maturity: This is the actual average annual return on a note if held to maturity. IN CASE OF ERRORS OR DISCREPANCIES: If you find an error or discrepancy relating to your brokerage activity (other than an electronic fund transfer) you must notify us promptly, but no later than 10 days after this statement is sent or made available to you. If this statement shows that we have mailed or delivered security certificate(s) that you have not received, notify Schwab immediately. You may call us at 800-435-4000. (Outside the U.S., call +1-415-667-8400.) If you're a client of an independent investment advisor, call us at 800-515-2157. Any oral communications

should be re-confirmed in writing to further protect your rights, including rights under the Securities Investor Protection Act (SIPA). If you do not so notify us, you agree that the statement activity and Account balance are correct for all purposes with respect to those brokerage transactions. IN CASE OF COMPLAINTS: If you have a complaint regarding your Schwab statement, products or services, please write to Client Service & Support at Charles Schwab & Co., Inc., P.O. Box 982603 El Paso, TX 79998-2603, or call customer service at 800-435-4000. (Outside the U.S., call +1-415-667-8400.) If you're a client of an independent investment advisor, call us at 800-515-2157. Address Changes: If you fail to notify Schwab in writing of any change of address or phone number, you may not receive important notifications about your Account, and trading or other restrictions might be placed on your Account. Additional Information: We are required by law to report to the Internal Revenue Service adjusted cost basis information (if applicable), certain payments to you and credits to your Account during the calendar year. Retain this statement for income tax purposes. A financial statement for your inspection is available at Schwab's offices or a copy will be mailed to you upon written request. Any third-party trademarks appearing herein are the property of their respective owners. Charles Schwab & Co., Inc., Charles Schwab Bank, Charles Schwab Premier Bank, and Charles Schwab Trust Bank are separate but affiliated companies and subsidiaries of the Charles Schwab Corporation. © 2024 Charles Schwab & Co., Inc. ("Schwab"). All rights reserved. Member SIPC. (0122-20UL) (0122-20UL)