NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | | **PROOF OF INTEREST** |
|---|---|---|

Name of Debtor: Meta Materials, Inc

Case Number: 24-50792

1. Name and address of holder of the Equity Interest (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

   Oscar Arriaga Jr.
   3209 Canyon Crest
   Bulverde, TX 78163

   Telephone Number: (210) 844-5874

   ☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

   ☑ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

   ☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

**RECEIVED AND FILED**

DEC 13 2024

U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

COURT USE ONLY

Account or other number by which Interest holder identifies Debtor: 5JL61065

Check here if this claim:
☐ replaces a previously filed Proof of Interest dated: _____
☐ amends a previously filed Proof of Interest dated: _____

2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:
   Webull
   44 Wall Street 2nd Floor
   New York, NY 10005
   Telephone Number:

3. Date Equity Interest was acquired:
   Between 08/11/2021 - 06/10/2022
   See attached documentation

4. Total amount of member interest: 8 shares for $3187.39

5. Certificate number(s): See attached documentation

6. Type of Equity Interest:
   Please indicate the type of Equity Interest you hold:
   ☑ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
   ☐ Check this box if your Equity Interest is based on anything else and describe that interest:
   Description: Investor

7. Supporting Documents: Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
   DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. Date-Stamped Copy: To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

9. Signature:
Check the appropriate box.
☑ I am the creditor.    ☐ I am the creditor's authorized agent.    ☐ I am the trustee, or the debtor,    ☐ I am a guarantor, surety, endorser, or other codebtor.
                        (Attach copy of power of attorney, if any.)    or their authorized agent.    (See Bankruptcy Rule 3005.)
                                                                       (See Bankruptcy Rule 3004.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: Oscar Arriaga Jr.
Title:
Company: ___ Address and telephone number (if different from notice address above):

(Signature) [signed]   (Date) 12/09/2024

Telephone number: (210) 844-5874   email: ozzy3designs@gmail.com

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*


# Webull

| | |
|---|---|
| **Statement Period:** | 11/01/2024 - 11/30/2024 |
| **Account Name:** | Oscar Arriaga Jr |
| **Account Number:** | 5JL61065 |
| **Account Type:** | CASH |
| **Account Address:** | 3209 CANYON CRST BULVERDE,TX,78163 |

Welcome to your Webull Summary Statement!

This document provides a comprehensive overview of your investment activities and holdings within your Webull brokerage account. It serves as a record of your transactions, portfolio performance, and important account details. Details regarding participation in fully-paid securities lending are also provided here. A glossary of key definitions and important terms are provided at the end of the document.

Please note that this statement is for informational purposes only and does not provide personalized investment advice. If you have any questions or need assistance, our customer support team is available to help.

Please note that externally held assets are included on the statement solely as a courtesy; information (including valuation) for such externally held assets is derived from external sources for which the member is not responsible; and externally held assets may not be covered by SIPC. Funds deposited with Program Banks of Webull's Cash Management Program are insured, in aggregate, up to $250,000 per Program Bank, per depositor, for each account ownership category, by the FDIC. For joint accounts, FDIC coverage is available up to $500,000 per Program Bank.

Happy investing with Webull!

**OFFICE SERVING YOU**
Webull Financial LLC
Member FINRA (CRD: 289063), SIPC
44 Wall Street, 2nd Floor
New York, NY 10005
support@webull.us
1 (888) 828-0618

**WEBULL'S CLEARING BROKER**
Apex Clearing Corporation
Member FINRA (CRD: 13071), SIPC
350 N. St. Paul Suite 1300
Dallas, TX 75201
cs@apexclearing.com

|  | USD |
|---|---|
| Opening Cash | 0.00 |
| Deposits | 0.00 |
| Withdrawals | 0.00 |
| Trades (Sold) | 0.00 |
| Trades (Bought) | 0.00 |
| Fee | 0.00 |
| Tax | 0.00 |
| Commission | 0.00 |
| Dividends | 0.00 |
| Interest | 0.02 |
| Account Migration | 55.15 |
| Others | 0.00 |
| Closing Cash | 55.17 |
| Closing Cash (Settled) | 55.17 |

## OPEN POSITIONS

## Equities & Options

| Symbol | Cusip | Quantity | Multi | Closing Price | Amount |
|---|---|---|---|---|---|
| MMATQ | 59134N302 | 8 | 1 | 0.0610 | 0.49 |

## ACCOUNT ACTIVITY

| Date | Transaction | Currency | Account Type | Symbol | Cusip | Quantity | Amount | Description |
|---|---|---|---|---|---|---|---|---|
| 11/08/2024 | Account Migration | USD | CASH |  |  |  | 55.15 | JOURNAL - ACCOUNT_MIGRATION |
| 11/08/2024 | Account Migration |  | CASH | MMATQ | 59134N302 | 8 |  | JOURNAL - ACCOUNT_MIGRATION |
| 11/14/2024 | Fee Income from FPSL | USD | CASH |  |  |  | 0.02 | FULLY-PAID SECURITIES LENDING |

## NOTES

### KEY DEFINITIONS AND TERMS

1. Accrued Dividends: The pending dividend section includes unpaid cash dividends that the shareholder is entitled to receive but have not been distributed in the statement period. Most often due to the declared payment date being in the future outside of the statement period.
2. Accrued Balance: Interest is charged monthly, so this section will be the total interest incurred by the user in the statement period, rather than the portion of the interest charged. Additional detail provided in the important information section below.
3. Trades (Sold): Cash from selling securities.
4. Trades (Bought): Cash spent on buying securities.
5. Multiplier(Mult): In an individual stock option, the value of the contract is expressed as the product of a certain monetary amount and the underlying index. The certain monetary amount is fixed by the contract, which is referred to as the contract multiplier. At present, the stock is 1 by default and the individual stock option is 100.
6. Closing Price: Last traded price on the last trading date of the month. Note, closing prices are indicative and may be from third-party sources. Webull does not warrant the accuracy of the prices provided by third-party sources.
7. The sum of Exchange-related fees, transaction-related fees, stamp duty, withholding tax, contract fees, commissions, or other fees or taxes.
8. Webull does not charge any fees for currency exchanges. Exchange rate is prone to be impacted by the market exchange rates. Please take exchange rates on market as reference.
9. All transactions are based on a First-in, First-out ("FIFO") method.
10. Trade Records: Displays all GTC (Good-Till-Cancelled) orders in your account. Also included in the section are GTX orders (GTC orders eligible for extended trading hours).

*At Webull*

| Settled Date | Term | Quantity (Pre Split) | Amount |
|---|---|---|---|
| Aug-11-2021 | Buy | 58 | $200.10 |
| Aug-13-2021 | Buy | 42 | $137.34 |
| Sept-01-2021 | Sell | 100 | $463.10 |
| Nov-30-2021 | Long | 285 | $997.47 |
| Dec-14-2021 | Long | 343 | $996.42 |
| Jan-26-2022 | Long | 59 | $98.45 |
| Jan-28-2022 | Long | 13 | $19.05 |
| Jun-10-2022 | Long | 50 | $76.00 |
| | | Total: 750 Shares | Cost Basis: $2,187.39 |
| | | Quantity (Post Split) Current | |
| | | Total: 8 Shares | Cost Basis: $2,187.39 |