NVB 3001 (Effective 1/21)

**UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA**

**PROOF OF INTEREST**

Name of Debtor: Meta Materials
Case Number: 24-50792

1. Name and address of holder of the Equity Interest (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

   Courtney Washington
   30166 Hale Creek
   Romulus MI 48174

   ☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

   ☑ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

   ☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

   RECEIVED AND FILED
   DEC 13 2024
   U.S. BANKRUPTCY COURT
   MARY A. SCHOTT, CLERK
   DLS

Telephone Number: 313-205-3003

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

COURT USE ONLY

Account or other number by which Interest holder identifies Debtor:
inclosed A B C

Check here if this claim:
☐ replaces a previously filed Proof of Interest dated: _____
☐ amends a previously filed Proof of Interest dated: _____

2. Name and Address of any person or entity that is the record holder for #300. Date Equity Interest was acquired:
   the Equity Interest asserted in this Proof of Interest:
   SoFi 2750 E Cottonwood Park Wn
   Cottonwood Heights Utah 84121

Telephone Number:

4. Total amount of member interest: 14 Whole Shares   5. Certificate number(s): _____

6. Type of Equity Interest:
   Please indicate the type of Equity Interest you hold:
   ☐ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
   ☐ Check this box if your Equity Interest is based on anything else and describe that interest:
   Description: Investor

7. Supporting Documents: Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
   DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. Date-Stamped Copy: To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

9. Signature:
   Check the appropriate box.
   ☑ I am the creditor.   ☐ I am the creditor's authorized agent.   ☐ I am the trustee, or the debtor,   ☐ I am a guarantor, surety, endorser, or other codebtor.
   (Attach copy of power of attorney, if any.)   or their authorized agent.   (See Bankruptcy Rule 3005.)
   (See Bankruptcy Rule 3004.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: _____
Title: _____
Company: Address and telephone number (if different from notice address above): _____

Signature: Courtney Washington
Date: 12-10-24
Telephone number: _____   email: _____

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

TD Ameritrade Clearing, Inc.

# Proceeds from Broker and Barter Exchange Transactions

Account 428023287

01/18/2024

2023  1099-B*  OMB No. 1545-0715

## SHORT TERM TRANSACTIONS FOR COVERED TAX LOTS [Ordinary gains or losses are identified in the Additional information column] (Lines 2 & 5)
Report on Form 8949, Part I with Box A checked. Basis is provided to the IRS. (Line 12)
"Gain or loss (-)" is NOT reported to the IRS.

| 1a- Description of property/CUSIP/Symbol 1c- Date sold or disposed | Quantity | 1d- Proceeds & 6 - Reported (G)ross or (N)et | 1b- Date acquired | 1e- Cost or other basis | 1f- Accrued mkt disc (D) & 1g- Wash sale loss disallowed (W) | Gain or loss(-) & 7- Loss not allowed (X) also not reported (Z) | Additional information |
|---|---|---|---|---|---|---|---|
| AMC ENTERTAINMENT HOLDINGS INC COM CL A / CUSIP: 00165C302 / Symbol: AMC | | | | | | | |
| 08/29/23 | 0.560 | 3.69 | Various | 21.20 | ... | -17.51 | Total of 2 transactions |
| DIGITAL BRANDS GROUP INC COM / CUSIP: 25401N408 / Symbol: DBGI | | | | | | | |
| 08/24/23 | 0.120 | 1.28 | 12/07/22 | 14.19 | ... | -12.91 | Sale |
| GLOBAL TECH INDUSTRIES GRP INC COM / CUSIP: 37955R107 / Symbol: GTII | | | | | | | |
| 02/28/23 | 10.000 | 5.85 | 01/13/23 | 10.40 | 4.55 W | 0.00 | Sale |
| 05/12/23 | 450.000 | 520.18 | Various | 874.10 | ... | -353.92 | Sale |
| Security total: | | 526.03 | | 884.50 | 4.55 W | -353.92 | |
| HUMBL INC COM / CUSIP: 44501Q104 / Symbol: HMBL | | | | | | | |
| 01/27/23 | 16,805.000 | 148.31 | Various | 195.61 | 21.36 W | -47.30 | Total of 2 transactions |
| 01/27/23 | 41,500.000 | 356.37 | 12/22/22 | 437.68 | ... | -59.95 | Sale |
| Security total: | | 504.68 | | 633.29 | 21.36 W | -107.25 | |
| META MATERIALS INC COM / CUSIP: 59134N104 / Symbol: MMAT | | | | | | | |
| 11/02/23 | 1,002.000 | 111.67 | Various | 258.29 | ... | -146.62 | Sale |
| Totals : | | 1,147.35 | | 1,811.47 | 25.91 W | -638.21 | |

FATCA filing requirement [ ]

Long positions are reported based on the trade date and short positions are reported based on the settlement date of the trade.

Sales transactions are grouped by their term (long, short or undetermined) and covered status (covered or noncovered). For tax lots whose term is undetermined, use your historical documents to establish the cost basis and date of purchase. Tax lots with an additional notation of "Ordinary" represent neither short- nor long-term capital transactions. You may wish to consult with your tax advisor, the IRS or your state tax authority regarding the proper treatment.

Closing of written options is presented in a distinct manner in accordance with IRS regulation. For these transactions the Cost or other basis (column 1e) is always presented as $0.00 and the Proceeds (column 1d) is the net of proceeds received when the option was written and the cost to close the position.

Several column headings describe two related items: a quantity and a qualifier. For example, proceeds and, if the sale is the result of an option exercise or assignment, whether the proceeds are gross or net (adjusted for any option premium). When these conditions exist, the qualifier is shown to the right of the amount.

* This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. Remember, taxpayers are ultimately responsible for the accuracy of their tax return(s).

**TD Ameritrade Clearing, Inc.**

# Proceeds from Broker and Barter Exchange Transactions

01/18/2024

Account 428023287

Page 3 of 8

**2023  1099-B***  OMB No. 1545-0715

Sales transactions are grouped by their term (long, short or undetermined) and covered status (covered or noncovered). For tax lots whose term is undetermined, use your historical documents to establish the cost basis and date of purchase. Tax lots with an additional notation of "Ordinary" represent neither short- nor long-term capital transactions. You may wish to consult with your tax advisor, the IRS or your state tax authority regarding the proper treatment.

Closing of written options is presented in a distinct manner in accordance with IRS regulation. For these transactions the Cost or other basis (column 1e) is always presented as $0.00 and the Proceeds (column 1d) is the net of proceeds received when the option was written and the cost to close the position.

Several column headings describe two related items: a quantity and a qualifier. For example, proceeds and, if the sale is the result of an option exercise or assignment, whether the proceeds are gross or net (adjusted for any option premium). When these conditions exist, the qualifier is shown to the right of the amount.

Long positions are reported based on the trade date and short positions are reported based on the settlement date of the trade.

FATCA filing requirement [ ]

## SHORT TERM TRANSACTIONS FOR COVERED TAX LOTS [Ordinary gains or losses are identified in the Additional information column] (Lines 2 & 5)
Report on Form 8949, Part I with Box A checked. Basis is provided to the IRS. (Line 12)
"Gain or loss (-)" is NOT reported to the IRS.

| 1a- Description of property/CUSIP/Symbol<br>1c- Date sold or disposed | Quantity | 1d- Proceeds &<br>6- Reported<br>(G)ross or (N)et | 1b- Date acquired | 1e- Cost or other basis | 1f- Accrued mkt disc (D) &<br>1g- Wash sale loss disallowed (W) | 7- Loss not allowed (X)<br>also not reported (Z) | Gain or loss(-) & Additional information |
|---|---|---|---|---|---|---|---|
| AMC ENTERTAINMENT HOLDINGS INC COM CL A / CUSIP: 00165C302 / Symbol: AMC | | | | | | | |
| 08/29/23 | 0.560 | 3.69 | Various | 21.20 | ... | | -17.51 Total of 2 transactions |
| DIGITAL BRANDS GROUP INC COM / CUSIP: 25401N408 / Symbol: DBGI | | | | | | | |
| 08/24/23 | 0.120 | 1.28 | 12/07/22 | 14.19 | ... | | -12.91 Sale |
| GLOBAL TECH INDUSTRIES GRP INC COM / CUSIP: 37955R107 / Symbol: GTII | | | | | | | |
| 02/28/23 | 10.000 | 5.85 | 01/13/23 | 10.40 | 4.55 W | | 0.00 Sale |
| 05/12/23 | 450.000 | 520.18 | Various | 874.10 | ... | | -353.92 Sale |
| Security total: | | 526.03 | | 884.50 | 4.55 W | | -353.92 |
| HUMBL INC COM / CUSIP: 44501Q104 / Symbol: HMBL | | | | | | | |
| 01/27/23 | 16,805.000 | 148.31 | Various | 195.61 | ... | | -47.30 Sale |
| 01/27/23 | 41,500.000 | 356.37 | 12/22/22 | 437.68 | 21.36 W | | -59.95 Sale |
| Security total: | | 504.68 | | 633.29 | 21.36 W | | -107.25 Total of 2 transactions |
| META MATERIALS INC COM / CUSIP: 59134N104 / Symbol: MMAT | | | | | | | |
| 11/02/23 | 1,002.000 | 111.67 | Various | 258.29 | ... | | -146.62 Sale |
| **Totals :** | | **1,147.35** | | **1,811.47** | **25.91 W** | | **-638.21** |

* This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. Remember, taxpayers are ultimately responsible for the accuracy of their tax return(s).

# Apex Clearing

One Dallas Center
350 North St Paul, Ste 1300
Dallas, TX 75201

Customer Service: 214-765-1009
Payer's Federal ID No: 13-2967453

IN ACCOUNT WITH

**SOFI SECURITIES LLC**
(855) 525-7634

Account 5TJ71365

# Form 1099 Composite  2022

Statement Date: 02/09/2023   ☐ Corrected

RECIPIENT'S ID No: XXX-XX-6106

COURTNEY WASHINGTON
30166 HALECREEK ST
ROMULUS, MI 48174-3132

FATCA filing Requirement ☐

## Tax Reporting Statement

### Dividends and Distributions         2022 Form1099DIV       OMB No. 1545-0110

| | |
|---|---|
| 1a- Total Ordinary Dividends (includes amount shown on 1b) | 0.00 |
| 1b- Qualified Dividends | 0.00 |
| 2a- Total Capital Gain Distributions (includes lines 2b, 2c, 2d) | 0.00 |
| 2b- Unrecaptured Section 1250 Gain | 0.00 |
| 2c- Section 1202 Gain | 0.00 |
| 2d- Collectibles (28%) Gain | 0.00 |
| 2e- Section 897 ordinary dividends | 0.00 |
| 2f- Section 897 capital gain | 0.00 |
| 3- Nondividend Distributions | 0.00 |
| **4- Federal Income Tax Withheld** | **0.00** |
| 5- Section 199A Dividends | 0.00 |
| 6- Investment Expenses | 0.00 |
| 7- Foreign Tax Paid | 0.00 |
| 8- Foreign Country or U.S. Possessions | |
| 9- Cash Liquidation Distribution | 0.00 |
| 10- Noncash Liquidation Distributions | 0.00 |
| 12- Exempt-Interest Dividends | 0.00 |
| 13- Specified Private Activity Bond Interest Dividends | 0.00 |

### Interest Income            2022 Form1099INT       OMB No. 1545-0112

| | |
|---|---|
| 1- Interest Income | 0.00 |
| 2- Early Withdrawal Penalty | 0.00 |
| 3- Interest on US Savings Bonds & Treasury Obligations | **0.00** |
| **4- Federal Income Tax Withheld** | **0.00** |
| 5- Investment Expenses | 0.00 |
| 6- Foreign Tax Paid | 0.00 |
| 7- Foreign Country or U.S. Possession | |
| 8- Tax-Exempt Interest (includes box 9) | 0.00 |
| 9- Specified Private Activity Bond Interest | 0.00 |
| 10- Market Discount | 0.00 |
| 11- Bond Premium | 0.00 |
| 12- Bond Premium on Treasury Obligations | 0.00 |
| 13- Bond Premium on Tax-Exempt bonds | 0.00 |
| 14- Tax-Exempt and Tax Credit Bond CUSIP no. | |

### Miscellaneous Information       2022 Form1099MISC    OMB No. 1545-0115

| | |
|---|---|
| 2- Royalties | 0.00 |
| 3- Other Income | 0.00 |
| **4- Federal Income Tax Withheld** | **0.00** |
| 8- Substitute Payments in Lieu of Dividends or Interest | 0.00 |

### REGULATED FUTURES CONTRACTS & SECTION 1256 OPTIONS
### 2022 Form1099B              OMB No. 1545-0715

| | |
|---|---|
| 8- Profit or (loss) realized in 2022 on closed contracts | 0.00 |
| 9- Unrealized profit or (loss) on open contracts - 12/31/2021 | 0.00 |
| 10- Unrealized profit or (loss) on open contracts - 12/31/2022 | 0.00 |
| 11- Aggregate profit or (loss) on contracts | 0.00 |

*As applicable, proceeds from other sale transactions are summarized below and details are provided in subsequent sections of this document. More details on futures and section 1256 options transactions are also provided in other sections of this document.*

This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. Taxpayers are reminded that they are ultimately responsible for the accuracy of their tax returns.
Dividends may be reclassified for tax purposes after the original Form 1099 is sent in certain cases where information from issuers is received late. This may require us to provide you an amended tax form.
:- Corrected

SoFi
Apex Clearing

5TJ71365

# Proceeds from Broker and Barter Exchange Transactions     2022 Form 1099-B*

02/09/2023    OMB No. 1545-0715

## SHORT-TERM TRANSACTIONS FOR COVERED TAX LOTS
(continued)

Report on Form 8949, Part I with Box A checked.

Box 2: Type of Gain or Loss - Short-term (unless indicated as Ordinary in Additional Notes Column)
Box 5: Box Not Checked (Covered Security)
Box 6: Gross (unless indicated as Net in Additional Notes Column)
Box 12: Basis Reported to the IRS

The 1099-B data referenced by a Box Number is reported to the IRS. The additional information not referenced by a Box Number is not reported to the IRS but may be helpful to complete your return.

1a - Description of property | CUSIP | Symbol

| 1c - DateSold or disposed | Quantity | 1d - Proceeds | Date Acquired | Cost or Other Basis | 1f - Accrued Market Discount (M) & 1g - Wash Sale Loss Disallowed (D) | Gain or Loss (-) | Additional Notes |
|---|---|---|---|---|---|---|---|
| HUMBL INC COMMON STOCK | CUSIP: 44501Q104 | Symbol: HMBL | | | | | | |
| 2022-03-21 | 5.000000 | 0.32 | 2021-08-10 | 4.45 | 4.13 D | -4.13 | |
| 2022-07-14 | 577.98 | Various | 4,402.67 | 0.00 | -3,824.69 | | |
| 2022-09-15 | 15000.000000 | 900.00 | Various | 3,293.63 | 0.00 | -2,393.63 | |
| 2022-09-21 | 30000.000000 | 123.00 | Various | 439.60 | 0.00 | -316.60 | |
| 2022-10-10 | 6000.000000 | | | | | | |
| Security Totals: | | 1,601.30 | | 8,140.35 | | -6,539.05 | |
| MULLEN AUTOMOTIVE INC COMMON STOCK | CUSIP: 62526P109 | Symbol: MULN | | | | | | |
| 2022-03-15 | 158.000000 | 632.00 | 2022-03-15 | 252.80 | 0.00 | 379.20 | |
| META MATLS INC COMMON STOCK | CUSIP: 59134N104 | Symbol: MMAT | | | | | | |
| 2022-06-27 | 1.000000 | 1.15 | 2021-07-20 | 3.29 | 2.14 D | -2.14 | |
| 2022-12-12 | 1823.000000 | 2,643.35 | Various | 1,467.24 | 0.00 | 1,176.11 | |
| Security Totals: | | 2,644.50 | | 1,470.53 | | 1,173.97 | |
| Totals: | | 4,931.20 | | 10,116.98 | | -5,185.78 | |

* This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. Taxpayers are reminded that they are ultimately responsible for the accuracy of their tax returns.

SoFi
Apex Clearing

5TJ71365

# Proceeds from Broker and Barter Exchange Transactions

02/09/2023

**2022 Form 1099-B\***

OMB No. 1545-0715

## SHORT-TERM TRANSACTIONS FOR COVERED TAX LOTS
(continued)

Report on Form 8949, Part I with Box A checked.

**Box 2:** Type of Gain or Loss - Short-term (unless indicated as Ordinary in Additional Notes Column)
**Box 5:** Box Not Checked (Covered Security)
**Box 6:** Gross (unless indicated as Net in Additional Notes Column)
**Box 12:** Basis Reported to the IRS

The 1099-B data referenced by a Box Number is reported to the IRS. The additional information not referenced by a Box Number is not reported to the IRS but may be helpful to complete your return.

**1a - Description of property | CUSIP | Symbol**

| 1c - Date Sold or Disposed | Quantity | 1d - Proceeds | Date Acquired | Cost or Other Basis | 1f - Accrued Market Discount (M) & 1g - Wash Sale Loss Disallowed (D) | Gain or Loss (-) | Additional Notes |
|---|---|---|---|---|---|---|---|
| HUMBL INC COMMON STOCK | CUSIP: 44501Q104 | Symbol: HMBL | | | | | | |
| 2022-03-21 | 5.000000 | 0.32 | 2021-08-10 | 4.45 | 4.13 D | -4.13 | |
| 2022-07-14 | 15000.000000 | 577.98 | Various | 4,402.67 | 0.00 | -3,824.69 | |
| 2022-09-15 | 30000.000000 | 900.00 | Various | 3,293.63 | 0.00 | -2,393.63 | |
| 2022-09-21 | 6000.000000 | 123.00 | Various | 439.60 | 0.00 | -316.60 | |
| 2022-10-10 | | | | | | | |
| **Security Totals:** | | **1,601.30** | | **8,140.35** | | **-6,539.05** | |
| MULLEN AUTOMOTIVE INC COMMON STOCK | CUSIP: 62526P109 | Symbol: MULN | | | | | | |
| 2022-03-21 | 158.000000 | 632.00 | 2022-03-15 | 252.80 | 0.00 | 379.20 | |
| META MATLS INC COMMON STOCK | CUSIP: 59134N104 | Symbol: MMAT | | | | | | |
| 2022-06-27 | 1.000000 | 1.15 | 2021-07-20 | 3.29 | 2.14 D | -2.14 | |
| 2022-12-12 | 1823.000000 | 2,643.35 | Various | 1,467.24 | 0.00 | 1,176.11 | |
| **Security Totals:** | | **2,644.50** | | **1,470.53** | | **1,173.97** | |
| **Totals:** | | **4,931.20** | | **10,116.98** | | **-5,185.78** | |

\* This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. Taxpayers are reminded that they are ultimately responsible for the accuracy of their tax returns.

Apex Clearing

*Courtney Washington*

## Proceeds from Broker and Barter Exchange Transactions   2022 Form 1099-B*

5ND08956    02/09/2023    OMB No. 1545-0715

The following information is being provided to assist in your review and the preparation of your tax return.

This Form 1099-B - Proceeds from Broker and Barter Exchange Transactions provides information relating to sales of securities in your account. The sales details are organized into potentially five separate sections depending on your holding period in the security for the sale (short-term vs long-term) and whether the security is considered a "covered security" for tax reporting purposes. For covered securities, cost basis (adjusted as required under tax regulations) is being reported to the Internal Revenue Service (IRS), whereas for noncovered securities, cost basis is set forth below is provided only for your information.

A separate category is provided for sales of securities for which we do not know your holding period. For such tax lots, you will need to use your historical documents to determine your holding period (whether short-term or long-term) and your tax basis.

Unless noted otherwise under the column "Additional Notes", cost basis and corresponding gain or loss is determined by treating tax lots acquired first as being sold first. We have also assumed that you have made an election to amortize premium on the purchase of taxable bonds.

As brokers, we are only required to apply wash sales loss disallowance rules to securities with the same CUSIP or identifier and purchased and sold within the same account. We are also not required to apply wash sales rules across covered and noncovered securities. You as the taxpayer, however, generally have broader obligations under the wash sales rules to determine disallowed losses, and you may wish to consult with a tax adviser as to the application of such rules to you.

Sales of certain contingent payment debt instruments give rise to ordinary income rather than short-term or long-term capital gain or loss. Such ordinary income treatment is indicated in the Additional Notes column as "Box 2 – Ordinary." In addition, certain assets classified as collectibles are subject to special tax treatment. Any such classification is noted in the Additional Notes column as "Box 3 – Collectibles Box Checked." Loss disallowed for certain transactions involving change in control or capital structure is noted in the Additional Notes column as "Box 7 – Loss Disallowed Box Checked." Disposition of a QOF investment is noted in the Additional Notes column as "Box 3 – QOF."

Information in the transaction detail sections below that have a Box number is being transmitted to the IRS, whereas additional information that is not being transmitted to the IRS is not headed by a Box number. Such additional information may be helpful to you in the preparation of your tax return. Remember that taxpayers are ultimately responsible for the accuracy of their tax returns.

FATCA filing requirement [ ]

### SHORT-TERM TRANSACTIONS FOR COVERED TAX LOTS

Report on Form 8949, Part I with Box A checked.

**Box 2:** Type of Gain or Loss - Short-term (unless indicated as Ordinary in Additional Notes Column)
**Box 5:** Box Not Checked (Covered Security)    **Box 6:** Gross (unless indicated as Net in Additional Notes Column)
**Box 12:** Basis Reported to the IRS

The 1099-B data referenced by a Box Number is reported to the IRS. The additional information not referenced by a Box Number is not reported to the IRS but may be helpful to complete your return.

**1a - Description of property | CUSIP | Symbol**

| 1c - DateSold or Disposed | Quantity | 1d - Proceeds | Date Acquired | Cost or Other Basis | 1f - Accrued Market Discount (M) & 1g - Wash Sale Loss Disallowed (D) | Gain or Loss (-) | Additional Notes |
|---|---|---|---|---|---|---|---|
| AMC ENTERTAINMENT HOLDINGS INC CL A COM | CUSIP: 00165C104 | Symbol: AMC | | | | | | |
| 2022-10-07 | 2.000000 | 13.86 | 2022-08-08 | 29.49 | 0.00 | -15.63 | |
| MULLEN AUTOMOTIVE INC COMMON STOCK | CUSIP: 62526P109 | Symbol: MULN | | | | | | |
| 2022-03-21 | 12.000000 | 49.48 | 2022-03-15 | 19.41 | 0.00 | 30.07 | |
| META MATLS INC COMMON STOCK | CUSIP: 59134N104 | Symbol: MMAT | | | | | | |
| 2022-12-12 | 365.000000 | 536.49 | Various | 418.62 | 0.00 | 117.87 | |

* This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. Taxpayers are reminded that they are ultimately responsible for the accuracy of their tax returns.

Apex Clearing

*McGill*
*Courtney*

# Proceeds from Broker and Barter Exchange Transactions

2022 Form 1099-B*

02/09/2023

5ND08956

OMB No. 1545-0715

## LONG-TERM TRANSACTIONS FOR COVERED TAX LOTS
(continued)

Report on Form 8949, Part II with Box D checked.

**Box 2:** Type of Gain or Loss - Long-term (unless indicated as Ordinary in Additional Notes Column)
**Box 5:** Box Not Checked (Covered Security)     **Box 6:** Gross (unless indicated as Net in Additional Notes Column)     **Box 12:** Basis Reported to the IRS

The 1099-B data referenced by a Box Number is reported to the IRS. The additional information not referenced by a Box Number is not reported to the IRS but may be helpful to complete your return.

**1a - Description of property | CUSIP | Symbol**

| 1c - DateSold or Disposed | Quantity | 1d - Proceeds | Date Acquired | Cost or Other Basis | 1f - Accrued Market Discount (M) & 1g - Wash Sale Loss Disallowed (D) | Gain or Loss (-) | Additional Notes |
|---|---|---|---|---|---|---|---|
| META MATLS INC COMMON STOCK | CUSIP: 59134N104 | Symbol: MMAT | | | | | |
| 2022-12-05 | 61.000000 | 107.95 | 2021-02-22 | 447.52 | 339.57  D | -339.57 | |
| 2022-12-12 | 1550.000000 | 2,278.24 | Various | 10,454.91 | 0.00 | -8,176.67 | |
| Security Totals: | | 2,386.19 | | 10,902.43 | | -8,516.24 | |
| Totals: | | 2,386.19 | | 10,902.43 | | -8,516.24 | |

* This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. Taxpayers are reminded that they are ultimately responsible for the accuracy of their tax returns.