NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | **PROOF OF INTEREST** |
|---|---|

| Name of Debtor:<br>META MATERIALS INC. | Case Number: 24-50792 | |
|---|---|---|

**1. Name and address of holder of the Equity Interest** (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"): DAB HOLDINGS INC.
   130 MAIN ST. FREDERICTON,NB,CANADA
   E3A 1C7

Telephone Number: 506 461 8246

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

☑ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

**COURT USE ONLY**

RECEIVED
AND FILED    DLS

DEC 13 2024

U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

**NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.**

| Account or other number by which Interest holder identifies Debtor:<br>3114066016001 | Check here if this claim:<br>☐ replaces a previously filed Proof of Interest dated:<br>☐ amends a previously filed Proof of Interest dated: |
|---|---|

**2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:**
DAB HOLDINGS INC.  BROKER-RBC DOMINION SECURITIES
   ATT: RILEY OTTO
   150-1501 AVENUE McGILL COLLEGE
   MONTREAL,QC
   H3A 1Z4
   CANADA

Telephone NUMBER: 514 722 7878

**3. Date Equity Interest was acquired:**
APRIL 22, 2021 → PRESENT

| **4. Total amount of member interest: 1016 SHARES** | **5. Certificate number(s):** |
|---|---|

**6. Type of Equity Interest:**
   Please indicate the type of Equity Interest you hold:
   ☑ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
   ☐ Check this box if your Equity Interest is based on anything else and describe that interest:
**Description: INVESTOR**

**7. Supporting Documents:** Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**8. Date-Stamped Copy:** To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

**9. Signature:**

Check the appropriate box.

☑ I am the creditor.   ☐ I am the creditor's authorized agent.

☐ I am the trustee, or the debtor,

☐ I am a guarantor, surety, endorser, or other codebtor.

(Attach copy of power of attorney, if any.)

or their authorized agent.

(See Bankruptcy Rule 3005.)

(See Bankruptcy Rule 3004.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: _PAUL McLAUGHLIN_

Title: _PRESIDENT / OWNER_

Company: Address and telephone number (if different from notice Address

_Dec 10/2024_

(Signature)     (Date)

Telephone number: email:

506 461 8246     paul@canadaeastrides.com

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*



# Portfolio Review

**As at settlement date December 9, 2024**

DAB HOLDINGS INC. - 311406016001

**DAB HOLDINGS INC.**
130 MAIN ST
FREDERICTON, NB, E3A 1C7
Canada

## TABLE OF CONTENTS

Overview of Your Portfolio - Overview of Your Portfolio ........................... 1
Portfolio Performance - Performance Section Default ............................. 2
Realized Gain/Loss - Realized Gain/Loss - Flex section - English ............... 3
Portfolio Valuation - BV and MV in CAD with Gain Loss in CAD ................... 4
Statement of Terms - Statement of Terms ....................................... 5

**Riley Otto, CIWM, CFP, CIM, FCSI**
RBC Wealth Management
RBC Dominion Securities

*Professional Wealth Management Since 1901*



**RBC Wealth Management**
Dominion Securities

RBC Dominion Securities Inc.

# Portfolio Valuation

DAB HOLDINGS INC. - 3114066016001

As at December 9, 2024

## -BV and MV in CAD with Gain Loss in CAD-

| Quantity | Security Description | Book Value | Book Value in CAD | Unrealized Gain in CAD | Unrealized Gain % in CAD | Market Value | Market Value in CAD | Current Yield (%) | % of Portfolio |
|---|---|---|---|---|---|---|---|---|---|
| **EQUITY** | | | | | | | | | |
| **United States** | | | | | | | | | |
| **Information Technology** | | | | | | | | | |
| 1,016.00 | META MATERIALS INC COMMON STOCK | 101.60 | 143.77 | (143.77) | (100.00) | 0.00 | 0.00 | 0.00 | - |
| **Total - Information Technology** | | 101.60 | 143.77 | (143.77) | (100.00) | 0.00 | 0.00 | - | - |
| **Total - United States** | | 101.60 | 143.77 | (143.77) | (100.00) | 0.00 | 0.00 | - | - |
| **TOTAL - EQUITY** | | **101.60** | **143.77** | **(143.77)** | **(100.00)** | **0.00** | **0.00** | **-** | **-** |
| **Total Portfolio** | | **101.60** | **143.77** | **(143.77)** | **(100.00)** | **0.00** | **0.00** | **-** | **-** |

Yield on Cost cannot be calculated for discount instruments at this time. YOC values at the total level exclude discount instruments.
Book Values are reported in account currency unless otherwise stated.
Market values include accrued income.

Reported in USD

Riley Otto, CIWM, CFP, CIM, FCSI

RBC Dominion Securities