NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | | PROOF OF INTEREST |
|---|---|---|

**Name of Debtor:** Vivian Joshlin/Meta Materials

**Case Number:** 24-50792

**1. Name and address of holder of the Equity Interest** (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

Vivian Joshlin
3451 Portersville Rd.
Atoka, TN. 38004

**Telephone Number:** 901-355-3772

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

☒ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

RECEIVED AND FILED
DEC 13 2024
U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

DLS

**NOTE:** This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

COURT USE ONLY

**Account or other number by which Interest holder identifies Debtor:**
ETRADE 5332-9160

Check here if this claim:
☐ replaces a previously filed Proof of Interest dated: _____
☐ amends a previously filed Proof of Interest dated: _____

**2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:**
Vivian Joshlin
ETRADE P.O. Box 484
**Telephone Number:** New Jersey City, NJ 07303-0484  800-387-2331

**3. Date Equity Interest was acquired:**
11-29-22 thru 12-02-22
See Attached Documents

**4. Total amount of member interest:** 25,125 for $29,898.75

**5. Certificate number(s):** See attached documents

**6. Type of Equity Interest:**
Please indicate the type of Equity Interest you hold:
☒ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
☐ Check this box if your Equity Interest is based on anything else and describe that interest:
**Description:** INVESTOR

**7. Supporting Documents:** Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**8. Date-Stamped Copy:** To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

**9. Signature:**
Check the appropriate box.
☒ I am the creditor.    ☐ I am the creditor's authorized agent.    ☐ I am the trustee, or the debtor,    ☐ I am a guarantor, surety, endorser, or other codebtor.
(Attach copy of power of attorney, if any.)    or their authorized agent.    (See Bankruptcy Rule 3005.)
(See Bankruptcy Rule 3004.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

**Print Name:** Vivian Joshlin
**Title:**
**Company:** Address and telephone number (if different from notice address above):

(Signature) /s/ Vivian Joshlin    (Date) 12-11-24

Telephone number: 901-355-3772    email:

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

# E✱TRADE
from Morgan Stanley

## E✱TRADE Securities
### Investment Account

Account Number: 5332-9160

Statement Period : December 1, 2022 - December 31, 2022

Account Type: INDIVIDUAL

## ACCOUNT HOLDINGS

### CASH & CASH EQUIVALENTS (0.00% of Holdings)

| DESCRIPTION | PORTFOLIO % | AMOUNT |
|---|---|---|
| CASH BALANCE | | |
| Opening Balance | | 0.00 |
| Closing Balance | | -35.34 |
| Extended Insurance Sweep Deposit Account | | |
| Opening Balance | | 50,008.58 |
| Closing Balance | | 0.00 |
| Average Balance | 0.00 | 8,141.21 |
| Extended Insurance Sweep Deposit Account Balance by Bank as of December 31, 2022 | | |
| NO CURRENT POSITION | | |

Under the Extended Insurance Sweep Deposit Account (ESDA) Program, cash balances from your brokerage account into the ESDA Program may shift from one program bank to another on a daily basis and a different combination or subset of the Program Banks may be used from day to day with dynamic deposit limits. Your ESDA Program cash balances will be FDIC-insured up to an aggregate of $500,000 for individual accounts and $1,000,000 for joint accounts. Uninvested cash balances in the ESDA program are not covered by SIPC. The balance in your bank deposit sweep account may be withdrawn on your order and proceeds returned to your securities account or remitted to you. To see a list of Program Banks please visit www.etrade.com/esdaagreement or call us at 1-800-387-2331.

**TOTAL CASH & CASH EQUIVALENTS**  0.00%  $-35.34

### STOCKS, OPTIONS & EXCHANGE-TRADED FUNDS (100.00% of Holdings)

| DESCRIPTION | SYMBOL/CUSIP | ACCT TYPE | QUANTITY | PRICE | TOTAL MKT VALUE | PORTFOLIO (%) | EST. ANNUAL INCOME | EST. ANNUAL YIELD (%) |
|---|---|---|---|---|---|---|---|---|
| META MATLS INC COMMON STOCK | MMAT | Cash | 25,125 | 1.1900 | 29,898.75 | 100.00 | | |

**TOTAL STOCKS, OPTIONS & ETF**  $29,898.75  100.00%

### PREFERRED STOCKS (0.00% of Holdings)

| DESCRIPTION | SYMBOL/CUSIP | ACCT TYPE | QUANTITY | PRICE | TOTAL MKT VALUE | PORTFOLIO (%) | EST. ANNUAL INCOME | EST. ANNUAL YIELD (%) |
|---|---|---|---|---|---|---|---|---|
| META MATLS INC PFD SER A | 59134N203 | Cash | | 2.8950 | 0.00 | 0.00 | | |
| META MATLS PREFERRED STOCK CONTRA CUSIP | 591994371 | Cash | 1,625 | | 0.00 | 0.00 | | |

**TOTAL PRICED PORTFOLIO HOLDINGS (ON 12/31/22)**  $29,863.41



# E✳TRADE
from Morgan Stanley

**E✳TRADE Securities**
Investment Account

Account Number: 5332-9160

Statement Period : December 1, 2022 - December 31, 2022

Account Type: INDIVIDUAL

## TRANSACTION HISTORY

### SECURITIES PURCHASED OR SOLD

| TRADE DATE | SETTLEMENT DATE | DESCRIPTION | SYMBOL/CUSIP | TRANSACTION TYPE | QUANTITY | PRICE | AMOUNT PURCHASED | AMOUNT SOLD |
|---|---|---|---|---|---|---|---|---|
| 11/29/22 10:52 | 12/01/22 | META MATLS INC COMMON STOCK | MMAT | Bought | 640 | 1.9750 | 1,264.00 | |
| 11/29/22 10:06 | 12/01/22 | META MATLS INC COMMON STOCK | MMAT | Bought | 3,000 | 1.8700 | 5,610.00 | |
| 11/29/22 10:39 | 12/01/22 | META MATLS INC COMMON STOCK | MMAT | Bought | 3,000 | 1.9750 | 5,925.00 | |
| 12/02/22 13:12 | 12/06/22 | META MATLS INC COMMON STOCK | MMAT | Bought | 25 | 1.8490 | 46.23 | |
| 12/02/22 10:50 | 12/06/22 | META MATLS INC COMMON STOCK | MMAT | Bought | 2,510 | 1.8880 | 4,718.80 | |
| 12/02/22 10:38 | 12/06/22 | META MATLS INC COMMON STOCK | MMAT | Bought | 5,000 | 1.9000 | 9,500.00 | |
| 12/02/22 09:44 | 12/06/22 | META MATLS INC COMMON STOCK | MMAT | Bought | 5,000 | 1.8500 | 9,250.00 | |
| 12/02/22 10:20 | 12/06/22 | META MATLS INC COMMON STOCK | MMAT | Bought | 5,000 | 1.9200 | 9,600.00 | |
| 12/02/22 13:08 | 12/06/22 | META MATLS INC PFD SER A | MMTLP | Bought | 500 | 8.1700 | 4,091.95 | |

**TOTAL SECURITIES ACTIVITY** $50,005.98

### DIVIDENDS & INTEREST ACTIVITY

| DATE | TRANSACTION TYPE | DESCRIPTION | SYMBOL/CUSIP | AMOUNT DEBITED | AMOUNT CREDITED |
|---|---|---|---|---|---|
| 12/14/22 | Interest | EXTENDED INSURANCE SWEEP DEPOSIT ACCOUNT INTEREST | | | 0.06 |

**TOTAL DIVIDENDS & INTEREST ACTIVITY** $0.06
**NET DIVIDENDS & INTEREST ACTIVITY** $0.06

### OTHER ACTIVITY

| DATE | DESCRIPTION | SYMBOL/CUSIP | TRANSACTION TYPE | QUANTITY | PRICE | AMOUNT DEBITED | AMOUNT CREDITED |
|---|---|---|---|---|---|---|---|
| 12/13/22 | META MATLS INC PFD SER A MANDATORY REORG FEE CHARGED | 59134N203 | Fee | | | 38.00 | |
| 12/13/22 | META MATLS INC PFD SER A REORGANIZATION @ 1:1 FROM 59134N203 TO 591994371 | 59134N203 | Merger | -1,625 | | | |

# E✱TRADE®
from Morgan Stanley

**E✱TRADE Securities**
Investment Account

Account Number: 5332-9160

Statement Period : December 1, 2022 - December 31, 2022

Account Type: INDIVIDUAL

## OTHER ACTIVITY (Continued)

| DATE | DESCRIPTION | SYMBOL/ CUSIP | TRANSACTION TYPE | QUANTITY | PRICE | AMOUNT DEBITED | AMOUNT CREDITED |
|---|---|---|---|---|---|---|---|
| 12/13/22 | META MATLS PREFERRED STOCK CONTRA CUSIP REORGANIZATION @ 1:1 FROM 59134N203 TO 591994371 SHRS RECEIVED THRU MERGER | 591994371 | Merger | 1,625 | | | $38.00 |

**TOTAL OTHER ACTIVITY** $38.00
**NET OTHER ACTIVITY** $38.00

## EXTENDED INSURANCE SWEEP DEPOSIT ACCOUNT (ESDA) ACTIVITY

Under the Extended Insurance Sweep Deposit Account (ESDA) Program, cash balances from your brokerage account into the ESDA Program may shift from one program bank to another on a daily basis and a different combination or subset of the Program Banks may be used from day to day with dynamic deposit limits. Your ESDA Program cash balances will be FDIC-insured up to an aggregate of $500,000 for individual accounts and $1,000,000 for joint accounts. Uninvested cash balances in the ESDA program are not covered by SIPC. The balance in your bank deposit sweep account may be withdrawn on your order and proceeds returned to your securities account or remitted to you. To see a list of Program Banks please visit www.etrade.com/esdaagreement or call us at 1-800-387-2331.

| DATE | TRANSACTION TYPE | DESCRIPTION | TRANSACTION AMOUNT |
|---|---|---|---|
| 12/01/22 | | OPENING BALANCE | $50,008.58 |
| 12/01/22 | Withdrawal | EXTND INS SWEEP ACCT(FDIC-INS) | -12,799.00 |
| 12/06/22 | Withdrawal | EXTND INS SWEEP ACCT(FDIC-INS) | -37,206.98 |
| 12/14/22 | Withdrawal | EXTND INS SWEEP ACCT(FDIC-INS) | -2.60 |
| 12/31/22 | | CLOSING BALANCE | $0.00 |

# E*TRADE
from Morgan Stanley

**CLIENT STATEMENT** | For the Period April 1 - May 31, 2024

Self-Directed Brokerage Account
892-139953-204

VIVIAN JOSHLIN TOD
SUBJECT TO STA RULES

Page 6 of 8

## Account Detail

### STOCKS

| Security Description | Quantity | Share Price | Total Cost | Market Value | Unrealized Gain/(Loss) | Est Ann Income | Current Yield % |
|---|---|---|---|---|---|---|---|
| GLOBAL TECH INDS GROUP INC COM (GTII) | 220.000 | 0.115 | 410.81 | 25.37 | (385.44) | — | — |
| *Asset Class: Equities* | | | | | | | |
| GLOBAL TECH INDS GROUP INC RST | 22.000 | 0.115 | 0.00 | 2.54 | 2.53 | — | — |
| *Asset Class: Equities* | | | | | | | |

| | | | Total Cost | Market Value | Unrealized Gain/(Loss) | Est Ann Income | Current Yield % |
|---|---|---|---|---|---|---|---|
| STOCKS | | Percentage of Holdings 99.98% | $6,786.62 | $483.21 | $(472.80) | — | — |

| | | | Total Cost | Market Value | Unrealized Gain/(Loss) | Est Accrued Interest | |
|---|---|---|---|---|---|---|---|
| TOTAL VALUE | | Percentage of Holdings 100.00% | $6,786.62 | $483.32 | $(472.80) | — | |

*Unrealized Gain/(Loss) totals only reflect positions that have both cost basis and market value information available. Cash, MMF, Deposits and positions stating 'Please Provide' or 'Pending Corporate Actions' are not included.*

## ALLOCATION OF ASSETS

| | Cash | Equities | Fixed Income & Preferred Securities | Alternatives | Structured Investments | Other |
|---|---|---|---|---|---|---|
| Cash, BDP, MMFs | $0.11 | — | — | — | — | — |
| Stocks | — | $483.21 | — | — | — | — |
| **TOTAL ALLOCATION OF ASSETS** | **$0.11** | **$483.21** | **—** | **—** | **—** | **—** |

## ACTIVITY

### CASH FLOW ACTIVITY BY DATE

| Activity Date | Settlement Date | Activity Type | Description | Comments | Quantity | Price | Credits/(Debits) |
|---|---|---|---|---|---|---|---|
| 5/3 | 5/7 | Sold | META MATERIALS INC NEW | ACTED AS AGENT UNSOLICITED TRADE | 248.000 | $2.3302 | $577.84 |
| 5/3 | 5/7 | Bought | FINGERMOTION INC | ACTED AS AGENT UNSOLICITED TRADE | 112.000 | 3.7700 | (422.24) |
| 5/3 | 5/7 | Bought | FINGERMOTION INC | ACTED AS AGENT UNSOLICITED TRADE | 31.000 | 3.7500 | (116.25) |