NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | | PROOF OF INTEREST |
|---|---|---|
| Name of Debtor: **META MATERIALS INC** | Case Number: **24-50792** | |

1. Name and address of holder of the Equity Interest (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

   **AARON L HORNE**
   **312 W 23rd**
   **HUTCHINSON, KS. 67502**

   Telephone Number: **620-727-7771**

   ☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

   ☑ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

   ☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

   **RECEIVED AND FILED**

   **DEC 13 2024**

   **U.S. BANKRUPTCY COURT**
   **MARY A. SCHOTT, CLERK**

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b)herein.

COURT USE ONLY

Account or other number by which Interest holder identifies Debtor: **4624-8666**

Check here if this claim:
☐ replaces a previously filed Proof of Interest dated: _____
☐ amends a previously filed Proof of Interest dated: _____

2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:

   **E TRADE**

   Telephone Number: **1-800-387-2331**

3. Date Equity Interest was acquired:
   **multiple purchases between Feb 2021 to April 2023 for TRCH + MMAT. See attached paper work**

4. Total amount of member interest: **20,500 shares Split to 100-1 Leaving 205**

5. Certificate number(s): _____

6. Type of Equity Interest:
   Please indicate the type of Equity Interest you hold:
   ☑ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
   ☐ Check this box if your Equity Interest is based on anything else and describe thatinterest:
   Description: **INVESTOR**

7. Supporting Documents: Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
   DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. Date-Stamped Copy: To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

9. Signature:
   Check the appropriate box.
   ☑ I am the creditor.     ☐ I am the creditor's authorized agent.     ☐ I am the trustee, or the debtor,     ☐ I am a guarantor, surety, endorser, or othercodebtor.
                             (Attach copy of power of attorney, if any.)     or their authorized agent.     (See Bankruptcy Rule 3005.)
                                                                          (See Bankruptcy Rule 3004.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: **AARON L HORNE**
Title: _____
Company: Address and telephone number (if different from notice address above): _____

(Signature) **A L H**     (Date) **12-7-2024**

Telephone number: **620-727-7771**     email: **ALH42970@HOTMAIL.COM**

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

| .D | SYMBOL/<br>CUSIP | TRANSACTION<br>TYPE | QUANTITY | PRICE | AMOUNT<br>PURCHASED | AMOUNT<br>SOLD |
|---|---|---|---|---|---|---|
| NC<br>CK | MMAT | Bought | 1 | 2.0171 | 2.02 | |
| NC<br>CK | MMAT | Bought | 9 | 2.0183 | 18.16 | |
| NC<br>CK | MMAT | Bought | 240 | 1.6686 | 400.46 | |

| .D | SYMBOL/<br>CUSIP | TRANSACTION<br>TYPE | QUANTITY | PRICE | AMOUNT<br>PURCHASED | AMOUNT<br>SOLD |
|---|---|---|---|---|---|---|
| NC<br>CK | MMAT | Bought | 500 | 4.1685 | 2,084.25 | |



**E*TRADE Pro Elite**
Investment Account

**Statement Period:** February 1, 2021 - February 28, 2021          **Account Type:** INDIVIDUAL

## .D (Continued)

| | SYMBOL/CUSIP | TRANSACTION TYPE | QUANTITY | PRICE | AMOUNT PURCHASED | AMOUNT SOLD |
|---|---|---|---|---|---|---|
| NERGY | TRCH | Bought | 2,500 | 4.4500 | 11,125.00 | |
| NERGY | TRCH | Bought | 500 | 3.1000 | 1,550.00 | |
| NERGY | TRCH | Bought | 1,000 | 3.1100 | 3,110.00 | |
| NERGY | TRCH | Bought | 1,000 | 3.0500 | 3,050.00 | |

## D

| | SYMBOL/CUSIP | TRANSACTION TYPE | QUANTITY | PRICE | AMOUNT PURCHASED | AMOUNT SOLD |
|---|---|---|---|---|---|---|
| NERGY | TRCH | Bought | 1,000 | 8.5100 | 8,510.00 | |

## .D

| | SYMBOL/CUSIP | TRANSACTION TYPE | QUANTITY | PRICE | AMOUNT PURCHASED | AMOUNT SOLD |
|---|---|---|---|---|---|---|
| NC CK | MMAT | Bought | 500 | 1.1851 | 592.55 | |

# E*TRADE

**E*TRADE Pro Elite**
Investment Account



Account Number: 4624-8666  Statement Period: June 1, 2021 - June 30, 2021  Account Type: INDIVIDUAL

## SECURITIES PURCHASED OR SOLD (Continued)

| TRADE DATE | SETTLEMENT DATE | DESCRIPTION | SYMBOL/ CUSIP | TRANSACTION TYPE | QUANTITY | PRICE | AMOUNT PURCHASED | AMOUNT SOLD |
|---|---|---|---|---|---|---|---|---|
| 06/22/21 15:52 | 06/24/21 | TORCHLIGHT ENERGY RESOURCES INC | TRCH | Bought | 100 | 7.1750 | 717.50 | |
| 06/22/21 15:52 | 06/24/21 | TORCHLIGHT ENERGY RESOURCES INC | TRCH | Bought | 400 | 7.1785 | 2,871.40 | |
| 06/22/21 15:38 | 06/24/21 | TORCHLIGHT ENERGY RESOURCES INC | TRCH | Bought | 1,000 | 7.5800 | 7,580.00 | |
| 06/24/21 15:11 | 06/28/21 | TORCHLIGHT ENERGY RESOURCES INC | TRCH | Bought | 1 | 4.8800 | 4.88 | |
| 06/24/21 15:12 | 06/28/21 | TORCHLIGHT ENERGY RESOURCES INC | TRCH | Bought | 1 | 4.8726 | 4.87 | |
| 06/24/21 15:12 | 06/28/21 | TORCHLIGHT ENERGY RESOURCES INC | TRCH | Bought | 1 | 4.8850 | 4.89 | |
| 06/24/21 15:13 | 06/28/21 | TORCHLIGHT ENERGY RESOURCES INC | TRCH | Bought | 1 | 4.8850 | 4.89 | |
| 06/24/21 15:13 | 06/28/21 | TORCHLIGHT ENERGY RESOURCES INC | TRCH | Bought | 1 | 4.8881 | 4.89 | |
| 06/25/21 15:34 | 06/29/21 | TORCHLIGHT ENERGY RESOURCES INC | TRCH | Bought | 500 | 4.9200 | 2,460.00 | |



**E*TRADE Pro Elite**
Investment Account



Account Number: 4624-8666  Statement Period: June 1, 2021 - June 30, 2021  Account Type: INDIVIDUAL

## OTHER ACTIVITY

| DATE | DESCRIPTION | SYMBOL/ CUSIP | TRANSACTION TYPE | QUANTITY | PRICE | AMOUNT DEBITED | AMOUNT CREDITED |
|---|---|---|---|---|---|---|---|
| 06/28/21 | META MATLS INC COMMON STOCK RESULT OF REVERSE SPLIT | MMAT | Reverse Splt | 4,002 | | | |
| 06/28/21 | TORCHLIGHT ENERGY RESOURCES INC MANDATORY REORG FEE CHARGED | 89102U103 | Fee | | | 38.00 | |



E*TRADE Pro Elite
Investment Account



Statement Period : July 1, 2021 - July 31, 2021

Account Type: INDIVIDUAL

.D (Continued)

| SYMBOL/CUSIP | TRANSACTION TYPE | QUANTITY | PRICE | AMOUNT PURCHASED | AMOUNT SOLD |
|---|---|---|---|---|---|
| MMAT | Bought | 250 | 3.6400 | 910.00 | |
| MMAT | Bought | 250 | 3.6300 | 907.50 | |
| MMAT | Bought | 500 | 3.4500 | 1,725.00 | |



E*TRADE Pro Elite
Investment Account



Statement Period : July 1, 2021 - July 31, 2021

Account Type: INDIVIDUAL

| SYMBOL/CUSIP | TRANSACTION TYPE | QUANTITY | PRICE | AMOUNT DEBITED | AMOUNT CREDITED |
|---|---|---|---|---|---|
| 59134N203 | Bought | 7,500 | | | |

JRCES

D

| SYMBOL/CUSIP | TRANSACTION TYPE | QUANTITY | PRICE | AMOUNT PURCHASED | AMOUNT SOLD |
|---|---|---|---|---|---|
| MMAT | Bought | 100 | 2.6000 | 260.00 | |
| MMAT | Bought | 75 | 2.5992 | 194.94 | |
| MMAT | Bought | 125 | 1.9854 | 248.18 | |
| MMAT | Bought | 125 | 1.9800 | 247.50 | |
| MMAT | Bought | 125 | 1.9617 | 245.21 | |

| SYMBOL/CUSIP | TRANSACTION TYPE | QUANTITY | PRICE | AMOUNT PURCHASED | AMOUNT SOLD |
|---|---|---|---|---|---|
| MMAT | Bought | 250 | 3.2899 | 822.48 | |
| MMAT | Bought | 250 | 3.2700 | 817.50 | |
| MMAT | Bought | 250 | 3.3000 | 825.00 | |
| MMAT | Bought | 250 | 3.2000 | 800.00 | |
| MMAT | Bought | 250 | 3.1200 | 780.00 | |
| MMAT | Bought | 250 | 3.0850 | 771.25 | |

| SYMBOL/CUSIP | TRANSACTION TYPE | QUANTITY | PRICE | AMOUNT PURCHASED | AMOUNT SOLD |
|---|---|---|---|---|---|
| MMAT | Bought | 1,000 | 5.4585 | 5,458.50 | |
| MMAT | Bought | 250 | 4.9050 | 1,226.25 | |
| MMAT | Bought | 250 | 4.9930 | 1,248.25 | |
| MMAT | Bought | 100 | 4.8900 | 489.00 | |
| MMAT | Bought | 100 | 4.8800 | 488.00 | |

| SYMBOL/CUSIP | TRANSACTION TYPE | QUANTITY | PRICE | AMOUNT PURCHASED | AMOUNT SOLD |
|---|---|---|---|---|---|
| MMAT | Bought | 400 | 1.0200 | 408.00 | |
| MMAT | Bought | 600 | 1.0150 | 609.00 | |
| MMAT | Bought | 1,000 | 0.9275 | 927.50 | |



**E*TRADE Pro Elite**
Investment Account

Statement Period : April 1, 2023 - April 30, 2023

Account Type: INDIVIDUAL

(ON 04/30/23)                                                $7,695.17

| SYMBOL/CUSIP | TRANSACTION TYPE | QUANTITY | PRICE | AMOUNT PURCHASED | AMOUNT SOLD |
|---|---|---|---|---|---|
| MMAT | Bought | 500 | 0.2300 | 115.00 | |
| MMAT | Bought | 1,500 | 0.2300 | 345.00 | |
| MMAT | Bought | 2,500 | 0.2300 | 575.00 | |

**E*TRADE Securities**
Investment Account

Statement Period : May 1, 2023 - June 30, 2023

Account Type: INDIVIDUAL

| SYMBOL/CUSIP | TRANSACTION TYPE | QUANTITY | PRICE | AMOUNT DEBITED | AMOUNT CREDITED |
|---|---|---|---|---|---|
| MMAT | Conversion | -20,500 | | | |

| SYMBOL/CUSIP | TRANSACTION TYPE | QUANTITY | PRICE | AMOUNT PURCHASED | AMOUNT SOLD |
|---|---|---|---|---|---|
| MMAT | Bought | 200 | 2.6150 | 523.00 | |
| MMAT | Bought | 1,000 | 2.6500 | 2,650.00 | |

ADE

# E*TRADE Pro Elite
## Investment Account



**Statement Period:** October 1, 2021 - October 31, 2021                    **Account Type:** INDIVIDUAL

Holdings)

| ACCT TYPE | QUANTITY | PRICE | TOTAL MKT VALUE | PORTFOLIO (%) | EST. ANNUAL INCOME | EST. ANNUAL YIELD (%) |
|---|---|---|---|---|---|---|
| Cash | 7,500 | | | | | |

D

| SYMBOL/CUSIP | TRANSACTION TYPE | QUANTITY | PRICE | AMOUNT PURCHASED | AMOUNT SOLD |
|---|---|---|---|---|---|
| MMAT | Bought | 100 | 4.2000 | 420.00 | |
| MMAT | Bought | 100 | 4.4000 | 440.00 | |

D

| SYMBOL/CUSIP | TRANSACTION TYPE | QUANTITY | PRICE | AMOUNT PURCHASED | AMOUNT SOLD |
|---|---|---|---|---|---|
| MMAT | Bought | 498 | 4.0100 | 1,996.98 | |
| MMAT | Bought | 2,000 | 4.7000 | 8,940.00 | |

ties LLC • PO Box 484, Jersey City NJ 07303-0484 • www.etrade.com • 1-800-ETRADE-1 (1-800-387-2331) • Member FINRA/SIPC



# E*TRADE Pro Elite
## Investment Account



**Statement Period:** September 1, 2021 - September 30, 2021                    **Account Type:** INDIVIDUAL

D (Continued)

| SYMBOL/CUSIP | TRANSACTION TYPE | QUANTITY | PRICE | AMOUNT PURCHASED | AMOUNT SOLD |
|---|---|---|---|---|---|
| MMAT | Bought | 100 | 4.8500 | 485.00 | |