NVB 3001 (Effective 1/21)

# UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA

**PROOF OF INTEREST**

**Name of Debtor:** Meta Materials

**Case Number:** 24-50792

**1. Name and address of holder of the Equity Interest** (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

DELIVIERA MAGALLANES
3607 FAIR BLUFF St.
LAS VEGAS, NV 89135

**Telephone Number:** 702-300-6203

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

☑ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

**RECEIVED AND FILED**
DEC 13 2024
U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

COURT USE ONLY

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

**Account or other number by which Interest holder identifies Debtor:**
Robinhood Acct# 914866944  682083621
First Trade Acc# 91400994

**Check here if this claim:**
☐ replaces a previously filed Proof of Interest dated: _____
☐ amends a previously filed Proof of Interest dated: _____

**2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:**
Robinhood telep # 1888 275 8523
First Trade telep # 1800 869 8800
**Telephone Number:**

**3. Date Equity Interest was acquired:**
Robinhood (purchased multiple dates)
from June 20, 2021 → June 27, 2022
First Trade 6/23/2021
(see attached paper)

**4. Total amount of member interest:** Robinhood before (2) reverse splits 36,835 shares
after reverse split 231 shares
First Trade before reverse split 18,500 shares
after reverse split 91 shares

**5. Certificate number(s):** _____

**6. Type of Equity Interest:**
Please indicate the type of Equity Interest you hold:
☑ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
☐ Check this box if your Equity Interest is based on anything else and describe that interest:
**Description:** Investor

**7. Supporting Documents:** Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**8. Date-Stamped Copy:** To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

**9. Signature:**
Check the appropriate box.
☑ I am the creditor.   ☐ I am the creditor's authorized agent. (Attach copy of power of attorney, if any.)   ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)   ☐ I am a guarantor, surety, endorser, or other codebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

**Print Name:** DELIVIERA MAGALLANES
**Title:** Mrs.
**Company:** Address and telephone number (if different from notice address above):

(Signature) Deliviera Magallanes   (Date) 12/9/2024

**Telephone number:** 702-300 6203   **email:** Johndel366@hotmail.com

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

DELIVIERA MAGALLANES

Robinhood  Acct # 682083621

| Date | Action | Shares | Price | Total |
|---|---|---|---|---|
| June 20, 2021 | TRCH Buy | 2,584.269662 shares | @ 8.90 | (23,000) |
| June 21, 2021 | TRCH Buy | 25,000 shares | @ 8.99 | (224,721.84) |
| June 28, 2021 | MMAT | 27,584.269662 shares Reverse split 1:2 = 13,792 shares | | |
| July 5, 2021 | MMAT Buy | 1,445 shares | @ 6.98 | (10,086.10) |
| Sept 2, 2021 | MMAT Buy | 500 shares | @ 5.68 | (2,840.00) |
| Dec 8, 2021 | MMAT Buy | 400 shares | @ 3.45 | (1,378.08) |
| Dec 14, 2021 | MMAT Buy | 650 shares | @ 3.07 | (1,992.51) |
| Dec 14, 2021 | MMAT Buy | 50 shares | @ 2.98 | (148.86) |
| Dec 30, 2021 | MMAT Buy | 10 shares | @ 2.62 | (26.20) |
| Feb 11, 2022 | MMAT Buy | 1000 shares | @ 1.95 | (1,948.90) |
| Feb 11, 2022 | MMAT Buy | 1000 shares | @ 1.93 | (1,928.52) |
| Feb 18, 2022 | MMAT Buy | 120 shares | @ 1.72 | (206.40) |
| March 30, 2022 | MMAT Buy | 1,048 shares | @ 1.84 | (1,926.85) |
| April 5, 2022 | MMAT Buy | 600 shares | @ 1.62 | (969.54) |
| April 6, 2022 | MMAT Buy | 63 shares | @ 1.59 | (100.14) |
| April 11, 2022 | MMAT Buy | 650 shares | @ 1.48 | (964.08) |
| April 21, 2022 | MMAT Buy | 40 shares | @ 1.39 | (55.51) |
| May 3, 2022 | MMAT Buy | 780 shares | @ 1.23 | (959.17) |
| May 10, 2022 | MMAT Buy | 860 shares | @ 1.17 | (1,001.90) |
| June 27, 2022 | MMAT Buy | 35 shares | @ 1.16 | (40.43) |

Total # shares  23,043

January 28, 2024  Reverse split 1 for 100  new shares: 230

---

First Trade acct # 91400994

| Date | Action | Shares | Price | Total |
|---|---|---|---|---|
| 6/23/21 | TRCH Buy | 14,800 shares | @ 9.65 | (142,820) |
| 6/23/21 | TRCH Buy | 4000 shares | @ 10.2198825 | (40,879.53) |

18,800 shares

after 2 reverse splits → 91 shares