NVB 3001 (Effective 1/21)

# UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA

**PROOF OF INTEREST**

**Name of Debtor:** Meta Materials

**Case Number:** 24-50792

1. **Name and address of holder of the Equity Interest** (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

    Elizabeth Hoffman
    N7015 Lakeshore Ave
    Elkhorn, WI 53121

    **Telephone Number:** 608 358 7774

    ☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

    ☒ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

    ☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

    **RECEIVED AND FILED**
    DEC 13 2024
    U.S. BANKRUPTCY COURT
    MARY A. SCHOTT, CLERK

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

**COURT USE ONLY**

**Account or other number by which Interest holder identifies Debtor:**
999879455

Check here if this claim:
☐ replaces a previously filed Proof of Interest dated: _____
☐ amends a previously filed Proof of Interest dated: _____

2. **Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:**

    Robinhood Securities LLC
    500 Colonial Center Parkway #100
    Lake Mary, FL 32746

    **Telephone Number:** 650-940-2700

3. **Date Equity Interest was acquired:**
    SEE ATTACHMENT

4. **Total amount of member interest:** SEE ATTACHMENT

5. **Certificate number(s):** SEE ATTACHMENT

6. **Type of Equity Interest:**
    Please indicate the type of Equity Interest you hold:
    ☒ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
    ☐ Check this box if your Equity Interest is based on anything else and describe that interest:
    **Description:** Investor (former)

7. **Supporting Documents:** Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
    DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. **Date-Stamped Copy:** To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

9. **Signature:**
    Check the appropriate box.
    ☒ I am the creditor.   ☐ I am the creditor's authorized agent. (Attach copy of power of attorney, if any.)   ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)   ☐ I am a guarantor, surety, endorser, or other codebtor. (See Bankruptcy Rule 3005.)

    I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

    **Print Name:** Elizabeth Hoffman
    **Title:**
    **Company:** Address and telephone number (if different from notice address above):

    (Signature) _____   (Date) 12/10/2024

    Telephone number: 608 358 7774   email: hoffmane245@gmail.com

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

Print Form      Save Form      Clear Form

| ROBINHOOD | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | DATE | BOUGHT | PRICE | NET PURCHASE | SOLD | PRICE | NET SALE | SHARES HELD | GAINS/LOSS | INVESTED |
| TRCH | 2/16/21 | 605 | $4.40 | $2,662.00 | | | | 605 | | |
| TRCH | 2/16/21 | 598 | $4.29 | $2,565.42 | | | | 1203 | | |
| TRCH | 2/19/21 | | | | 1203 | $2.96 | $3,560.88 | 0 | -$1,666.54 | |
| TRCH | 3/19/21 | 101 | $2.14 | $216.14 | | | | 101 | | |
| TRCH | 3/22/21 | | | | 101 | $2.16 | $218.34 | 0 | $2.20 | |
| TRCH | 6/16/21 | 100 | $6.60 | $660.00 | | | | 100 | | |
| TRCH | 6/16/21 | 100 | $6.58 | $658.00 | | | | 200 | | |
| TRCH | 6/16/21 | 100 | $6.59 | $659.00 | | | | 300 | | |
| TRCH | 6/16/21 | 200 | $6.57 | $1,314.00 | | | | 500 | | |
| TRCH | 6/16/21 | 50 | $6.50 | $324.98 | | | | 550 | | |
| TRCH | 6/16/21 | 100 | $6.45 | $645.00 | | | | 650 | | |
| TRCH | 6/16/21 | 100 | $6.40 | $640.00 | | | | 750 | | |
| TRCH | 6/16/21 | 50 | $6.25 | $312.50 | | | | 800 | | |
| TRCH | 6/16/21 | 100 | $5.90 | $590.00 | | | | 900 | | |
| TRCH | 6/16/21 | 50 | $6.03 | $301.25 | | | | 950 | | |
| TRCH | 6/16/21 | 50 | $5.97 | $298.50 | | | | 1000 | | |
| TRCH | 6/16/21 | 35 | $5.90 | $206.50 | | | | 1035 | | |
| TRCH | 6/16/21 | 65 | $5.65 | $367.25 | | | | 1100 | | |
| TRCH | 6/16/21 | 3 | $5.55 | $16.65 | | | | 1103 | | |
| TRCH | 6/16/21 | 32 | $5.60 | $179.20 | | | | 1135 | | |
| TRCH | 6/16/21 | 65 | $5.45 | $354.25 | | | | 1200 | | |
| TRCH | 6/16/21 | 100 | $5.40 | $540.00 | | | | 1300 | | |
| TRCH | 6/16/21 | 8 | $5.68 | $45.43 | | | | 1308 | | |
| TRCH | 6/16/21 | 50 | $5.85 | $292.50 | | | | 1358 | | |
| TRCH | 6/16/21 | 42 | $5.86 | $245.91 | | | | 1400 | | |
| TRCH | 6/16/21 | 50 | $5.87 | $293.40 | | | | 1450 | | |
| TRCH | 6/16/21 | 15 | $5.90 | $88.47 | | | | 1465 | | |
| TRCH | 6/16/21 | 50 | $5.93 | $296.50 | | | | 1515 | | |
| TRCH | 6/16/21 | 85 | $5.92 | $502.78 | | | | 1600 | | |
| TRCH | 6/16/21 | 50 | $5.98 | $298.75 | | | | 1650 | | |
| TRCH | 6/16/21 | 50 | $6.00 | $300.00 | | | | 1700 | | |
| TRCH | 6/16/21 | 50 | $6.00 | $299.75 | | | | 1750 | | |
| TRCH | 6/16/21 | 4 | $5.97 | $23.86 | | | | 1754 | | |
| TRCH | 6/17/21 | 26 | $5.39 | $140.14 | | | | 1780 | | |
| TRCH | 6/17/21 | 5 | $5.22 | $26.08 | | | | 1785 | | |
| TRCH | 6/17/21 | 100 | $5.10 | $510.00 | | | | 1885 | | |
| TRCH | 6/17/21 | 100 | $5.12 | $512.00 | | | | 1985 | | |
| TRCH | 6/17/21 | 100 | $5.05 | $505.00 | | | | 2085 | | |
| TRCH | 6/17/21 | 100 | $4.90 | $490.00 | | | | 2185 | | |
| TRCH | 6/17/21 | 100 | $5.05 | $505.00 | | | | 2285 | | |
| TRCH | 6/17/21 | 18 | $4.88 | $87.84 | | | | 2303 | | |
| TRCH | 6/17/21 | 97 | $5.00 | $485.00 | | | | 2400 | | |
| TRCH | 6/17/21 | 100 | $5.42 | $542.00 | | | | 2500 | | |
| TRCH | 6/18/21 | 25 | $5.45 | $136.25 | | | | 2525 | | |
| TRCH | 6/18/21 | 25 | $5.40 | $135.00 | | | | 2550 | | |
| TRCH | 6/18/21 | 18 | $5.35 | $48.15 | | | | 2568 | | |
| TRCH | 6/18/21 | 1 | $5.47 | $5.47 | | | | 2569 | | |
| TRCH | 6/18/21 | 3 | $5.49 | $16.47 | | | | 2572 | | |
| TRCH | 6/18/21 | 17 | $5.52 | $93.84 | | | | 2589 | | |

| ROBINHOOD | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | DATE | BOUGHT | PRICE | NET PURCHASE | SOLD | PRICE | NET SALE | SHARES HELD | GAINS/LOSS | INVESTED |
| TRCH | 6/18/21 | 10 | $5.52 | $55.18 | | | | 2599 | | |
| TRCH | 6/18/21 | 10 | $5.58 | $55.80 | | | | 2609 | | |
| TRCH | 6/18/21 | 40 | $5.55 | $222.00 | | | | 2649 | | |
| TRCH | 6/18/21 | 60 | $5.54 | $332.32 | | | | 2709 | | |
| TRCH | 6/18/21 | 10 | $5.59 | $55.88 | | | | 2719 | | |
| TRCH | 6/18/21 | 10 | $5.58 | $55.75 | | | | 2729 | | |
| TRCH | 6/18/21 | 10 | $5.57 | $55.65 | | | | 2739 | | |
| TRCH | 6/18/21 | 10 | $5.58 | $55.79 | | | | 2749 | | |
| TRCH | 6/21/21 | 3 | $9.10 | $21.30 | | | | 2752 | | |
| TRCH | 6/21/21 | 157 | $9.22 | $1,447.54 | | | | 2909 | | |
| TRCH | 6/21/21 | 47 | $8.50 | $399.42 | | | | 2956 | | |
| TRCH | 6/21/21 | 53 | $8.34 | $441.76 | | | | 3009 | | |
| TRCH | 6/21/21 | 9 | $8.40 | $75.60 | | | | 3018 | | |
| TRCH | 6/22/21 | 21 | $9.95 | $208.95 | | | | 3039 | | |
| TRCH | 6/22/21 | 13 | $8.03 | $104.39 | | | | 3052 | | |
| TRCH | 6/23/21 | 1 | $5.79 | $5.79 | | | | 3053 | | $18,585.79 |
| MMAT | 6/28/21 | | | PREVIOUS SHARES 3044 | | | | 1522 | REVERSE SPLIT | |
| MMAT | 6/28/21 | 18 | $7.91 | $142.38 | | | | 1540 | | |
| MMAT | 6/29/21 | 2 | $8.32 | $16.64 | | | | 1542 | | |
| MMAT | 6/29/21 | 19 | $7.89 | $149.91 | | | | 1561 | | |
| MMAT | 6/29/21 | 13 | $7.60 | $98.80 | | | | 1574 | | |
| MMAT | 6/30/21 | 15 | $7.74 | $116.08 | | | | 1589 | | |
| MMAT | 6/30/21 | 1 | $7.71 | $7.71 | | | | 1590 | | |
| MMAT | 6/30/21 | 1 | $7.62 | $7.62 | | | | 1591 | | |
| MMAT | 6/30/21 | 1 | $7.63 | $7.63 | | | | 1592 | | |
| MMAT | 6/30/21 | 1 | $7.62 | $7.62 | | | | 1593 | | |
| MMAT | 6/30/21 | 1 | $7.65 | $7.65 | | | | 1594 | | |
| MMAT | 6/30/21 | 1 | $7.65 | $7.65 | | | | 1595 | | |
| MMAT | 6/30/21 | 1 | $7.64 | $7.64 | | | | 1596 | | |
| MMAT | 6/30/21 | 1 | $7.61 | $7.61 | | | | 1597 | | |
| MMAT | 6/30/21 | 1 | $7.60 | $7.60 | | | | 1598 | | |
| MMAT | 6/30/21 | 1 | $7.61 | $7.61 | | | | 1599 | | |
| MMAT | 6/30/21 | 1 | $7.63 | $7.63 | | | | 1600 | | |
| MMAT | 7/1/21 | 1 | $7.40 | $7.40 | | | | 1601 | | |
| MMAT | 7/1/21 | 1 | $7.41 | $7.41 | | | | 1602 | | |
| MMAT | 7/1/21 | 1 | $7.41 | $7.41 | | | | 1603 | | |
| MMAT | 7/1/21 | 1 | $7.40 | $7.40 | | | | 1604 | | |
| MMAT | 7/1/21 | 1 | $7.37 | $7.37 | | | | 1605 | | |
| MMAT | 7/1/21 | 1 | $7.44 | $7.44 | | | | 1606 | | |
| MMAT | 7/1/21 | 1 | $7.44 | $7.44 | | | | 1607 | | |
| MMAT | 7/1/21 | 1 | $7.45 | $7.45 | | | | 1608 | | |
| MMAT | 7/1/21 | 1 | $7.45 | $7.45 | | | | 1609 | | |
| MMAT | 7/1/21 | 1 | $7.40 | $7.40 | | | | 1610 | | |
| MMAT | 7/1/21 | 1 | $7.39 | $7.39 | | | | 1611 | | |
| MMAT | 7/1/21 | 1 | $7.40 | $7.40 | | | | 1612 | | |
| MMAT | 7/1/21 | 1 | $7.45 | $7.45 | | | | 1613 | | |
| MMAT | 7/1/21 | 1 | $7.45 | $7.45 | | | | 1614 | | |
| MMAT | 7/1/21 | 1 | $7.44 | $7.44 | | | | 1615 | | |

| ROBINHOOD | DATE | BOUGHT | PRICE | NET PURCHASE | SOLD | PRICE | NET SALE | SHARES HELD | GAINS/LOSS | INVESTED |
|---|---|---|---|---|---|---|---|---|---|---|
| MMAT | 7/1/21 | 1 | $7.45 | $7.45 | | | | 1616 | | |
| MMAT | 7/1/21 | 5 | $7.35 | $36.75 | | | | 1621 | | |
| MMAT | 7/1/21 | 4 | $7.35 | $29.40 | | | | 1625 | | |
| MMAT | 7/1/21 | 5 | $7.32 | $36.60 | | | | 1630 | | |
| MMAT | 7/1/21 | 5 | $7.22 | $36.10 | | | | 1635 | | |
| MMAT | 7/1/21 | 1 | $7.28 | $7.28 | | | | 1636 | | |
| MMAT | 7/6/21 | 4 | $6.85 | $27.40 | | | | 1640 | | |
| MMAT | 7/6/21 | 10 | $6.85 | $68.50 | | | | 1650 | | |
| MMAT | 7/6/21 | 5 | $6.82 | $34.10 | | | | 1655 | | |
| MMAT | 7/6/21 | 5 | $6.80 | $33.98 | | | | 1660 | | |
| MMAT | 7/6/21 | 5 | $6.71 | $33.55 | | | | 1665 | | |
| MMAT | 7/6/21 | 1 | $6.67 | $6.67 | | | | 1666 | | |
| MMAT | 7/6/21 | 3 | $7.85 | $23.54 | | | | 1669 | | |
| MMAT | 7/6/21 | 1 | $7.89 | $7.89 | | | | 1670 | | |
| MMAT | 7/6/21 | 5 | $7.69 | $38.45 | | | | 1675 | | |
| MMAT | 7/6/21 | 1 | $7.70 | $7.70 | | | | 1676 | | |
| MMAT | 7/6/21 | 8 | $7.45 | $59.58 | | | | 1684 | | |
| MMAT | 7/6/21 | 1 | $7.42 | $7.42 | | | | 1685 | | |
| MMAT | 7/8/21 | 15 | $5.49 | $82.35 | | | | 1700 | | |
| MMAT | 7/12/21 | 5 | $4.02 | $20.08 | | | | 1705 | | |
| MMAT | 7/12/21 | 1 | $4.02 | $4.02 | | | | 1706 | | |
| MMAT | 7/12/21 | 8 | $3.98 | $31.84 | | | | 1714 | | |
| MMAT | 7/13/21 | 6 | $4.09 | $24.54 | | | | 1720 | | |
| MMAT | 7/13/21 | 5 | $4.04 | $20.20 | | | | 1725 | | |
| MMAT | 7/13/21 | 10 | $4.02 | $40.20 | | | | 1735 | | |
| MMAT | 7/13/21 | 5 | $4.00 | $20.00 | | | | 1740 | | |
| MMAT | 7/13/21 | 5 | $3.99 | $19.95 | | | | 1745 | | |
| MMAT | 7/13/21 | 5 | $3.98 | $19.89 | | | | 1750 | | |
| MMAT | 7/15/21 | 50 | $4.09 | $204.48 | | | | 1800 | | |
| MMAT | 7/15/21 | 50 | $4.12 | $205.75 | | | | 1850 | | |
| MMAT | 7/15/21 | 20 | $4.13 | $82.59 | | | | 1870 | | |
| MMAT | 7/15/21 | 2 | $4.11 | $8.22 | | | | 1872 | | |
| MMAT | 7/15/21 | 26 | $4.00 | $103.97 | | | | 1898 | | |
| MMAT | 7/15/21 | 2 | $4.03 | $8.06 | | | | 1900 | | |
| MMAT | 7/15/21 | 95 | $4.05 | $384.62 | | | | 1995 | | |
| MMAT | 7/15/21 | 4 | $4.06 | $16.23 | | | | 1999 | | |
| MMAT | 7/16/21 | 1 | $3.65 | $3.65 | | | | 2000 | | |
| MMAT | 7/16/21 | 3 | $3.66 | $10.98 | | | | 2003 | | |
| MMAT | 7/16/21 | 1 | $3.64 | $3.64 | | | | 2004 | | |
| MMAT | 7/16/21 | 46 | $3.80 | $174.73 | | | | 2050 | | |
| MMAT | 7/16/21 | 4 | $3.78 | $15.11 | | | | 2054 | | |
| MMAT | 7/16/21 | 1 | $3.78 | $3.78 | | | | 2055 | | |
| MMAT | 7/16/21 | 19 | $3.64 | $69.14 | | | | 2074 | | |
| MMAT | 7/16/21 | 1 | $3.64 | $3.64 | | | | 2075 | | |
| MMAT | 7/21/21 | 5 | $3.86 | $19.29 | | | | 2080 | | |
| MMAT | 7/21/21 | 5 | $3.87 | $19.34 | | | | 2085 | | |
| MMAT | 7/21/21 | 5 | $3.86 | $19.28 | | | | 2090 | | |
| MMAT | 7/21/21 | 5 | $3.84 | $19.19 | | | | 2095 | | |

| ROBINHOOD | DATE | BOUGHT | PRICE | NET PURCHASE | SOLD | PRICE | NET SALE | SHARES HELD | GAINS/LOSS | INVESTED |
|---|---|---|---|---|---|---|---|---|---|---|
| MMAT | 7/21/21 | 4 | $3.84 | $15.34 | | | | 2099 | | |
| MMAT | 7/21/21 | 1 | $3.84 | $3.84 | | | | 2100 | | |
| MMAT | 7/21/21 | 5 | $4.08 | $20.38 | | | | 2105 | | |
| MMAT | 7/21/21 | 5 | $4.09 | $20.43 | | | | 2110 | | |
| MMAT | 7/21/21 | 5 | $4.09 | $20.43 | | | | 2115 | | |
| MMAT | 7/21/21 | 5 | $4.09 | $20.45 | | | | 2120 | | |
| MMAT | 7/21/21 | 5 | $4.09 | $20.43 | | | | 2125 | | |
| MMAT | 7/21/21 | 5 | $4.08 | $20.39 | | | | 2130 | | |
| MMAT | 7/21/21 | 5 | $4.06 | $20.30 | | | | 2135 | | |
| MMAT | 7/21/21 | 5 | $4.04 | $20.18 | | | | 2140 | | |
| MMAT | 7/21/21 | 5 | $4.04 | $20.19 | | | | 2145 | | |
| MMAT | 7/21/21 | 4 | $4.04 | $16.14 | | | | 2149 | | |
| MMAT | 7/21/21 | 1 | $3.99 | $3.99 | | | | 2150 | | |
| MMAT | 7/21/21 | 5 | $4.02 | $20.08 | | | | 2155 | | |
| MMAT | 7/21/21 | 5 | $4.02 | $20.08 | | | | 2160 | | |
| MMAT | 7/21/21 | 5 | $4.02 | $20.10 | | | | 2165 | | |
| MMAT | 7/21/21 | 10 | $4.00 | $40.00 | | | | 2175 | | |
| MMAT | 7/21/21 | 5 | $4.01 | $20.04 | | | | 2180 | | |
| MMAT | 7/21/21 | 5 | $4.02 | $20.09 | | | | 2185 | | |
| MMAT | 7/21/21 | 5 | $4.01 | $20.04 | | | | 2190 | | |
| MMAT | 7/21/21 | 5 | $4.01 | $20.05 | | | | 2195 | | |
| MMAT | 7/21/21 | 5 | $4.02 | $20.10 | | | | 2200 | | |
| MMAT | 8/2/21 | 5 | $3.43 | $17.15 | | | | 2205 | | |
| MMAT | 8/2/21 | 4 | $3.43 | $13.71 | | | | 2209 | | |
| MMAT | 8/2/21 | 1 | $3.43 | $3.43 | | | | 2210 | | |
| MMAT | 8/2/21 | 5 | $3.39 | $16.93 | | | | 2215 | | |
| MMAT | 8/2/21 | 4 | $3.39 | $13.56 | | | | 2219 | | |
| MMAT | 8/2/21 | 1 | $3.40 | $3.40 | | | | 2220 | | |
| MMAT | 8/2/21 | 5 | $3.39 | $16.94 | | | | 2225 | | |
| MMAT | 8/2/21 | 5 | $3.39 | $16.95 | | | | 2230 | | |
| MMAT | 8/2/21 | 5 | $3.39 | $16.94 | | | | 2235 | | |
| MMAT | 8/2/21 | 5 | $3.39 | $16.94 | | | | 2240 | | |
| MMAT | 8/2/21 | 5 | $3.39 | $16.93 | | | | 2245 | | |
| MMAT | 8/2/21 | 4 | $3.38 | $13.52 | | | | 2249 | | |
| MMAT | 8/2/21 | 1 | $3.41 | $3.41 | | | | 2250 | | |
| MMAT | 8/5/21 | 2 | $3.21 | $6.42 | | | | 2252 | | |
| MMAT | 8/9/21 | 10 | $3.54 | $35.40 | | | | 2257 | | |
| MMAT | 8/9/21 | 2 | $3.55 | $7.10 | | | | 2259 | | |
| MMAT | 8/9/21 | 6 | $3.55 | $21.30 | | | | 2265 | | |
| MMAT | 8/9/21 | 10 | $3.55 | $35.50 | | | | 2275 | | |
| MMAT | 8/9/21 | 10 | $3.55 | $35.50 | | | | 2285 | | |
| MMAT | 8/9/21 | 10 | $3.55 | $35.50 | | | | 2295 | | |
| MMAT | 8/10/21 | 50 | $3.52 | $176.00 | | | | 2345 | | |
| MMAT | 8/10/21 | 5 | $3.52 | $17.60 | | | | 2350 | | |
| MMAT | 8/10/21 | 45 | $3.52 | $158.27 | | | | 2395 | | |
| MMAT | 8/10/21 | 40 | $3.53 | $141.20 | | | | 2435 | | |
| MMAT | 8/10/21 | 5 | $3.53 | $17.63 | | | | 2440 | | |
| MMAT | 8/10/21 | 1 | $3.51 | $3.51 | | | | 2441 | | |

| ROBINHOOD | DATE | BOUGHT | PRICE | NET PURCHASE | SOLD | PRICE | NET SALE | SHARES HELD | GAINS/LOSS | INVESTED |
|---|---|---|---|---|---|---|---|---|---|---|
| MMAT | 8/10/21 | 5 | $3.64 | $18.19 | | | | 2446 | | |
| MMAT | 8/10/21 | 5 | $3.64 | $18.19 | | | | 2451 | | |
| MMAT | 8/10/21 | 4 | $3.63 | $14.50 | | | | 2455 | | |
| MMAT | 8/11/21 | 1 | $3.53 | $3.53 | | | | 2456 | | |
| MMAT | 8/11/21 | 1 | $3.57 | $3.57 | | | | 2457 | | |
| MMAT | 8/12/21 | 1 | $3.54 | $3.54 | | | | 2458 | | |
| MMAT | 8/12/21 | 1 | $3.53 | $3.53 | | | | 2459 | | |
| MMAT | 8/12/21 | 1 | $3.53 | $3.53 | | | | 2460 | | |
| MMAT | 8/12/21 | 1 | $3.55 | $3.55 | | | | 2461 | | |
| MMAT | 8/12/21 | 1 | $3.56 | $3.56 | | | | 2462 | | |
| MMAT | 8/12/21 | 1 | $3.56 | $3.56 | | | | 2463 | | |
| MMAT | 8/12/21 | 1 | $3.56 | $3.56 | | | | 2464 | | |
| MMAT | 8/12/21 | 1 | $3.54 | $3.54 | | | | 2465 | | |
| MMAT | 8/12/21 | 1 | $3.51 | $3.51 | | | | 2466 | | |
| MMAT | 8/12/21 | 1 | $3.50 | $3.50 | | | | 2467 | | |
| MMAT | 8/12/21 | 1 | $3.50 | $3.50 | | | | 2468 | | |
| MMAT | 8/12/21 | 1 | $3.50 | $3.50 | | | | 2469 | | |
| MMAT | 8/12/21 | 1 | $3.47 | $3.47 | | | | 2470 | | |
| MMAT | 8/12/21 | 25 | $3.38 | $84.50 | | | | 2495 | | |
| MMAT | 8/23/21 | 5 | $3.35 | $16.73 | | | | 2500 | | |
| MMAT | 8/23/21 | 5 | $3.35 | $16.75 | | | | 2505 | | |
| MMAT | 8/23/21 | 5 | $3.35 | $16.73 | | | | 2510 | | |
| MMAT | 8/23/21 | 5 | $3.36 | $16.80 | | | | 2515 | | |
| MMAT | 8/23/21 | 5 | $3.36 | $16.80 | | | | 2520 | | |
| MMAT | 8/23/21 | 5 | $3.37 | $16.83 | | | | 2525 | | |
| MMAT | 8/23/21 | 5 | $3.37 | $16.83 | | | | 2530 | | |
| MMAT | 8/23/21 | 5 | $3.37 | $16.83 | | | | 2535 | | |
| MMAT | 8/23/21 | 5 | $3.37 | $16.84 | | | | 2540 | | |
| MMAT | 8/23/21 | 5 | $3.37 | $16.83 | | | | 2545 | | |
| MMAT | 8/23/21 | 4 | $3.37 | $13.46 | | | | 2549 | | |
| MMAT | 8/23/21 | 1 | $3.37 | $3.37 | | | | 2550 | | |
| MMAT | 8/27/21 | 5 | $4.13 | $20.63 | | | | 2555 | | |
| MMAT | 8/27/21 | 5 | $4.15 | $20.73 | | | | 2560 | | |
| MMAT | 8/27/21 | 5 | $4.15 | $20.75 | | | | 2565 | | |
| MMAT | 8/27/21 | 5 | $4.15 | $20.73 | | | | 2570 | | |
| MMAT | 8/27/21 | 5 | $4.15 | $20.73 | | | | 2575 | | |
| MMAT | 8/27/21 | 5 | $4.15 | $20.73 | | | | 2580 | | |
| MMAT | 8/27/21 | 5 | $4.15 | $20.75 | | | | 2585 | | |
| MMAT | 8/27/21 | 5 | $4.15 | $20.75 | | | | 2590 | | |
| MMAT | 8/27/21 | 4 | $4.15 | $16.60 | | | | 2594 | | |
| MMAT | 8/27/21 | 1 | $4.15 | $4.15 | | | | 2595 | | $23,309.48 |
| MMAT | 9/1/21 | | | | 500 | $4.54 | $2,270.80 | 2095 | | |
| MMAT | 9/1/21 | | | | 100 | $4.63 | $463.45 | 1995 | | |
| MMAT | 9/1/21 | | | | 400 | $4.59 | $1,836.36 | 1595 | | $18,738.87 |
| MMAT | 9/1/21 | 1 | $4.59 | $4.59 | | | | 1596 | | |
| MMAT | 9/1/21 | 50 | $4.52 | $225.75 | | | | 1646 | | |
| MMAT | 9/1/21 | 40 | $4.52 | $221.24 | | | | 1686 | | |
| MMAT | 9/1/21 | 43 | $4.53 | $194.73 | | | | 1729 | | |

| ROBINHOOD | DATE | BOUGHT | PRICE | NET PURCHASE | SOLD | PRICE | NET SALE | SHARES HELD | GAINS/LOSS | INVESTED |
|---|---|---|---|---|---|---|---|---|---|---|
| MMAT | 9/1/21 | 2 | $4.53 | $9.05 | | | | 1731 | | |
| MMAT | 9/1/21 | 1 | $4.53 | $4.53 | | | | 1732 | | |
| MMAT | 9/1/21 | 50 | $4.49 | $224.25 | | | | 1782 | | |
| MMAT | 9/1/21 | 49 | $4.49 | $219.99 | | | | 1831 | | |
| MMAT | 9/1/21 | 5 | $4.51 | $22.55 | | | | 1836 | | |
| MMAT | 9/1/21 | 5 | $4.51 | $22.53 | | | | 1841 | | |
| MMAT | 9/1/21 | 4 | $4.51 | $18.04 | | | | 1845 | | |
| MMAT | 9/1/21 | 1 | $4.51 | $4.51 | | | | 1846 | | |
| MMAT | 9/1/21 | 50 | $4.57 | $228.50 | | | | 1896 | | |
| MMAT | 9/1/21 | 40 | $4.57 | $182.78 | | | | 1936 | | |
| MMAT | 9/1/21 | 15 | $4.57 | $68.48 | | | | 1951 | | |
| MMAT | 9/1/21 | 50 | $4.59 | $229.25 | | | | 2001 | | |
| MMAT | 9/1/21 | 35 | $4.59 | $160.48 | | | | 2036 | | |
| MMAT | 9/1/21 | 50 | $4.59 | $229.25 | | | | 2086 | | |
| MMAT | 9/1/21 | 50 | $4.59 | $229.25 | | | | 2136 | | |
| MMAT | 9/1/21 | 10 | $4.59 | $45.85 | | | | 2146 | | |
| MMAT | 9/1/21 | 10 | $4.59 | $45.88 | | | | 2156 | | |
| MMAT | 9/1/21 | 5 | $4.59 | $22.94 | | | | 2161 | | |
| MMAT | 9/1/21 | 3 | $4.62 | $13.85 | | | | 2164 | | |
| MMAT | 9/1/21 | 1 | $4.60 | $4.60 | | | | 2165 | | |
| MMAT | 9/1/21 | 50 | $4.60 | $229.75 | | | | 2215 | | |
| MMAT | 9/1/21 | 21 | $4.59 | $96.29 | | | | 2236 | | |
| MMAT | 9/1/21 | 50 | $4.60 | $229.98 | | | | 2286 | | |
| MMAT | 9/1/21 | 50 | $4.61 | $230.25 | | | | 2336 | | |
| MMAT | 9/1/21 | 40 | $4.61 | $184.33 | | | | 2376 | | |
| MMAT | 9/1/21 | 60 | $4.60 | $275.70 | | | | 2436 | | |
| MMAT | 9/1/21 | 50 | $4.60 | $229.91 | | | | 2486 | | |
| MMAT | 9/1/21 | 4 | $4.60 | $18.38 | | | | 2490 | | |
| MMAT | 9/1/21 | 46 | $4.63 | $212.75 | | | | 2536 | | |
| MMAT | 9/1/21 | 50 | $4.64 | $231.75 | | | | 2586 | | |
| MMAT | 9/1/21 | 5 | $4.64 | $23.18 | | | | 2591 | | |
| MMAT | 9/1/21 | 5 | $4.64 | $23.18 | | | | 2596 | | $23,357.19 |
| MMAT | 9/2/21 | | | | 500 | $5.20 | $2,912.90 | 2096 | | |
| MMAT | 9/2/21 | | | | 500 | $5.22 | $2,610.00 | 1596 | | $17,834.29 |
| MMAT | 9/2/21 | 400 | $5.20 | $2,080.00 | | | | 1996 | | |
| MMAT | 9/2/21 | 500 | $5.22 | $2,610.00 | | | | 2496 | | |
| MMAT | 9/2/21 | 50 | $5.11 | $255.50 | | | | 2546 | | |
| MMAT | 9/2/21 | 10 | $5.11 | $51.00 | | | | 2556 | | |
| MMAT | 9/2/21 | 10 | $5.17 | $51.70 | | | | 2566 | | |
| MMAT | 9/2/21 | 5 | $5.17 | $25.85 | | | | 2571 | | |
| MMAT | 9/2/21 | 50 | $5.14 | $256.98 | | | | 2621 | | |
| MMAT | 9/2/21 | 30 | $5.15 | $154.35 | | | | 2651 | | |
| MMAT | 9/2/21 | 4 | $5.14 | $20.54 | | | | 2655 | | |
| MMAT | 9/2/21 | 1 | $5.14 | $5.14 | | | | 2656 | | $23,345.35 |
| MMAT | 9/7/21 | | | | 160 | $5.31 | $850.10 | 2496 | | |
| MMAT | 9/7/21 | | | | 250 | $5.42 | $1,355.40 | 2246 | | |
| MMAT | 9/7/21 | | | | 250 | $5.35 | $1,337.50 | 1996 | | |
| MMAT | 9/7/21 | | | | 250 | $5.25 | $1,312.50 | 1746 | | $18,489.85 |

| ROBINHOOD | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | DATE | BOUGHT | PRICE | NET PURCHASE | SOLD | PRICE | NET SALE | SHARES HELD | GAINS/LOSS | INVESTED |
| MMAT | 9/7/21 | 50 | $5.21 | $260.50 | | | | 1796 | | |
| MMAT | 9/7/21 | 50 | $5.20 | $260.00 | | | | 1846 | | |
| MMAT | 9/7/21 | 3 | $5.21 | $15.63 | | | | 1849 | | |
| MMAT | 9/7/21 | 50 | $5.27 | $263.50 | | | | 1899 | | |
| MMAT | 9/7/21 | 50 | $5.27 | $263.50 | | | | 1949 | | |
| MMAT | 9/7/21 | 50 | $5.27 | $263.25 | | | | 1999 | | |
| MMAT | 9/7/21 | 50 | $5.27 | $263.50 | | | | 2049 | | |
| MMAT | 9/7/21 | 50 | $5.27 | $263.25 | | | | 2099 | | |
| MMAT | 9/7/21 | 100 | $5.24 | $523.74 | | | | 2199 | | |
| MMAT | 9/7/21 | 97 | $5.24 | $508.28 | | | | 2296 | | |
| MMAT | 9/7/21 | 50 | $5.24 | $262.00 | | | | 2346 | | |
| MMAT | 9/7/21 | 50 | $5.26 | $262.75 | | | | 2396 | | |
| MMAT | 9/7/21 | 50 | $5.25 | $262.48 | | | | 2446 | | |
| MMAT | 9/7/21 | 25 | $5.25 | $131.25 | | | | 2471 | | |
| MMAT | 9/7/21 | 5 | $5.25 | $26.23 | | | | 2476 | | |
| MMAT | 9/7/21 | 5 | $5.25 | $26.25 | | | | 2481 | | |
| MMAT | 9/7/21 | 15 | $5.25 | $78.73 | | | | 2496 | | |
| MMAT | 9/7/21 | 50 | $5.25 | $262.50 | | | | 2546 | | |
| MMAT | 9/7/21 | 25 | $5.25 | $131.13 | | | | 2571 | | |
| MMAT | 9/7/21 | 5 | $5.25 | $26.23 | | | | 2576 | | |
| MMAT | 9/7/21 | 50 | $5.18 | $259.00 | | | | 2626 | | |
| MMAT | 9/7/21 | 20 | $5.18 | $103.60 | | | | 2646 | | |
| MMAT | 9/7/21 | 20 | $5.18 | $103.50 | | | | 2666 | | |
| MMAT | 9/7/21 | 15 | $5.19 | $77.78 | | | | 2681 | | |
| MMAT | 9/7/21 | 2 | $5.22 | $10.43 | | | | 2683 | | |
| MMAT | 9/7/21 | 1 | $5.20 | $5.20 | | | | 2684 | | $23,404.06 |
| MMAT | 9/7/21 | | | | 788 | $5.26 | $4,144.88 | 1896 | | |
| MMAT | 9/7/21 | | | | 200 | $5.28 | $1,056.00 | 1696 | | |
| MMAT | 9/7/21 | | | | 200 | $5.27 | $1,054.00 | 1496 | | $17,149.18 |
| MMAT | 9/7/21 | 50 | $5.37 | $268.50 | | | | 1546 | | |
| MMAT | 9/7/21 | 50 | $5.36 | $267.92 | | | | 1596 | | |
| MMAT | 9/7/21 | 50 | $5.35 | $267.50 | | | | 1646 | | |
| MMAT | 9/7/21 | 50 | $5.35 | $267.50 | | | | 1696 | | |
| MMAT | 9/7/21 | 50 | $5.35 | $267.50 | | | | 1746 | | |
| MMAT | 9/7/21 | 50 | $5.35 | $267.50 | | | | 1796 | | |
| MMAT | 9/7/21 | 50 | $5.35 | $267.50 | | | | 1846 | | |
| MMAT | 9/7/21 | 50 | $5.36 | $267.98 | | | | 1896 | | |
| MMAT | 9/7/21 | 50 | $5.36 | $268.00 | | | | 1946 | | |
| MMAT | 9/7/21 | 50 | $5.36 | $267.75 | | | | 1996 | | |
| MMAT | 9/7/21 | 50 | $5.36 | $268.00 | | | | 2046 | | |
| MMAT | 9/7/21 | 50 | $5.36 | $267.75 | | | | 2096 | | |
| MMAT | 9/7/21 | 50 | $5.36 | $268.00 | | | | 2146 | | |
| MMAT | 9/7/21 | 50 | $5.36 | $268.00 | | | | 2196 | | |
| MMAT | 9/7/21 | 50 | $5.36 | $267.75 | | | | 2246 | | |
| MMAT | 9/7/21 | 50 | $5.38 | $268.96 | | | | 2296 | | |
| MMAT | 9/7/21 | 50 | $5.38 | $269.00 | | | | 2346 | | |
| MMAT | 9/7/21 | 4 | $5.38 | $21.52 | | | | 2350 | | |
| MMAT | 9/7/21 | 46 | $5.38 | $247.25 | | | | 2396 | | |

| ROBINHOOD | DATE | BOUGHT | PRICE | NET PURCHASE | SOLD | PRICE | NET SALE | SHARES HELD | GAINS/LOSS | INVESTED |
|---|---|---|---|---|---|---|---|---|---|---|
| MMAT | 9/7/21 | 25 | $5.38 | $134.38 | | | | 2421 | | |
| MMAT | 9/7/21 | 50 | $5.36 | $268.00 | | | | 2471 | | |
| MMAT | 9/7/21 | 25 | $5.38 | $134.38 | | | | 2496 | | |
| MMAT | 9/7/21 | 50 | $5.38 | $269.00 | | | | 2546 | | |
| MMAT | 9/7/21 | 50 | $5.40 | $270.00 | | | | 2596 | | |
| MMAT | 9/7/21 | 15 | $5.40 | $80.93 | | | | 2611 | | |
| MMAT | 9/7/21 | 3 | $5.40 | $16.19 | | | | 2614 | | |
| MMAT | 9/9/21 | 1 | $4.85 | $4.85 | | | | 2615 | | $23,150.79 |
| MMAT | 9/9/21 | | | | 69 | $4.98 | $343.62 | 2546 | | |
| MMAT | 9/9/21 | | | | 100 | $5.01 | $501.20 | 2446 | | |
| MMAT | 9/9/21 | | | | 100 | $5.00 | $500.12 | 2346 | | |
| MMAT | 9/9/21 | | | | 200 | $5.02 | $1,004.42 | 2146 | | |
| MMAT | 9/9/21 | | | | 200 | $5.02 | $1,004.42 | 1946 | | |
| MMAT | 9/9/21 | | | | 250 | $5.18 | $1,295.00 | 1696 | | |
| MMAT | 9/9/21 | | | | 50 | $5.25 | $262.50 | 1646 | | |
| MMAT | 9/9/21 | | | | 50 | $5.27 | $263.25 | 1596 | | |
| MMAT | 9/9/21 | | | | 50 | $5.28 | $264.00 | 1546 | | |
| MMAT | 9/9/21 | | | | 50 | $5.25 | $262.50 | 1496 | | |
| MMAT | 9/9/21 | | | | 50 | $5.27 | $263.50 | 1446 | | $17,186.26 |
| MMAT | 9/10/21 | 50 | $5.32 | $265.75 | | | | 1496 | | |
| MMAT | 9/10/21 | 50 | $5.33 | $266.25 | | | | 1546 | | |
| MMAT | 9/10/21 | 50 | $5.35 | $267.50 | | | | 1596 | | |
| MMAT | 9/10/21 | 50 | $5.36 | $268.00 | | | | 1646 | | |
| MMAT | 9/10/21 | 50 | $5.36 | $267.75 | | | | 1696 | | |
| MMAT | 9/10/21 | 50 | $5.36 | $267.75 | | | | 1746 | | |
| MMAT | 9/10/21 | 50 | $5.35 | $267.25 | | | | 1796 | | |
| MMAT | 9/10/21 | 50 | $5.38 | $268.75 | | | | 1846 | | |
| MMAT | 9/10/21 | 50 | $5.38 | $268.75 | | | | 1896 | | |
| MMAT | 9/10/21 | 50 | $5.37 | $268.50 | | | | 1946 | | |
| MMAT | 9/10/21 | 50 | $5.38 | $268.75 | | | | 1996 | | |
| MMAT | 9/10/21 | 50 | $5.36 | $267.75 | | | | 2046 | | |
| MMAT | 9/10/21 | 50 | $5.36 | $267.75 | | | | 2096 | | |
| MMAT | 9/10/21 | 20 | $5.33 | $106.50 | | | | 2116 | | |
| MMAT | 9/10/21 | 10 | $5.32 | $53.15 | | | | 2126 | | |
| MMAT | 9/10/21 | 20 | $5.31 | $106.20 | | | | 2146 | | |
| MMAT | 9/10/21 | 50 | $5.31 | $265.50 | | | | 2196 | | |
| MMAT | 9/10/21 | 50 | $5.33 | $266.50 | | | | 2246 | | |
| MMAT | 9/10/21 | 5 | $5.36 | $26.80 | | | | 2251 | | |
| MMAT | 9/10/21 | 1 | $5.42 | $5.42 | | | | 2252 | | |
| MMAT | 9/10/21 | 100 | $5.60 | $559.79 | | | | 2352 | | |
| MMAT | 9/10/21 | 150 | $5.61 | $841.16 | | | | 2502 | | |
| MMAT | 9/10/21 | 6 | $5.60 | $33.60 | | | | 2508 | | |
| MMAT | 9/10/21 | 1 | $5.61 | $5.61 | | | | 2509 | | |
| MMAT | 9/10/21 | 35 | $5.56 | $194.60 | | | | 2544 | | |
| MMAT | 9/10/21 | 2 | $5.56 | $11.12 | | | | 2546 | | $23,142.71 |
| MMAT | 9/14/21 | | | | 200 | $5.30 | $1,060.12 | 2346 | | |
| MMAT | 9/14/21 | | | | 200 | $5.32 | $1,064.92 | 2146 | | |
| MMAT | 9/14/21 | | | | 200 | $5.39 | $1,077.08 | 1946 | | |

| ROBINHOOD | DATE | BOUGHT | PRICE | NET PURCHASE | SOLD | PRICE | NET SALE | SHARES HELD | GAINS/LOSS | INVESTED |
|---|---|---|---|---|---|---|---|---|---|---|
| MMAT | 9/14/21 | | | | 200 | $5.36 | $1,072.92 | 1746 | | |
| MMAT | 9/14/21 | | | | 200 | $5.36 | $1,072.76 | 1546 | | |
| MMAT | 9/14/21 | | | | 100 | $5.37 | $537.38 | 1446 | | |
| MMAT | 9/14/21 | | | | 100 | $5.46 | $546.39 | 1346 | | |
| MMAT | 9/14/21 | | | | 100 | $5.45 | $545.41 | 1246 | | |
| MMAT | 9/14/21 | | | | 100 | $5.45 | $545.18 | 1146 | | |
| MMAT | 9/14/21 | | | | 188 | $5.49 | $1,032.23 | 958 | | |
| MMAT | 9/14/21 | | | | 12 | $5.50 | $65.94 | 946 | | |
| MMAT | 9/14/21 | | | | 100 | $5.70 | $570.09 | 846 | | |
| MMAT | 9/14/21 | | | | 100 | $5.72 | $572.36 | 746 | | |
| MMAT | 9/14/21 | | | | 100 | $5.73 | $572.50 | 646 | | |
| MMAT | 9/14/21 | | | | 100 | $5.75 | $575.38 | 546 | | |
| MMAT | 9/14/21 | | | | 100 | $5.75 | $574.52 | 446 | | $11,657.53 |
| MMAT | 9/14/21 | 5 | $5.32 | $26.60 | | | | 451 | | |
| MMAT | 9/14/21 | 5 | $5.32 | $26.58 | | | | 456 | | |
| MMAT | 9/14/21 | 5 | $5.32 | $26.58 | | | | 461 | | |
| MMAT | 9/14/21 | 5 | $5.32 | $26.60 | | | | 466 | | |
| MMAT | 9/14/21 | 5 | $5.28 | $26.40 | | | | 471 | | |
| MMAT | 9/14/21 | 5 | $5.28 | $26.40 | | | | 476 | | |
| MMAT | 9/14/21 | 5 | $5.28 | $26.40 | | | | 481 | | |
| MMAT | 9/14/21 | 5 | $5.28 | $26.39 | | | | 486 | | |
| MMAT | 9/14/21 | 5 | $5.28 | $26.38 | | | | 491 | | |
| MMAT | 9/14/21 | 5 | $5.29 | $26.43 | | | | 496 | | |
| MMAT | 9/14/21 | 5 | $5.29 | $26.45 | | | | 501 | | |
| MMAT | 9/14/21 | 5 | $5.29 | $26.43 | | | | 506 | | |
| MMAT | 9/14/21 | 5 | $5.29 | $26.43 | | | | 511 | | |
| MMAT | 9/14/21 | 5 | $5.29 | $26.43 | | | | 516 | | |
| MMAT | 9/14/21 | 5 | $5.29 | $26.45 | | | | 521 | | |
| MMAT | 9/14/21 | 5 | $5.29 | $26.43 | | | | 526 | | |
| MMAT | 9/14/21 | 20 | $5.27 | $105.40 | | | | 546 | | |
| MMAT | 9/14/21 | 50 | $5.26 | $263.00 | | | | 596 | | |
| MMAT | 9/14/21 | 50 | $5.26 | $262.75 | | | | 646 | | |
| MMAT | 9/14/21 | 10 | $5.27 | $52.68 | | | | 656 | | |
| MMAT | 9/14/21 | 10 | $5.27 | $52.70 | | | | 666 | | |
| MMAT | 9/14/21 | 10 | $5.27 | $52.65 | | | | 676 | | |
| MMAT | 9/14/21 | 5 | $5.24 | $26.20 | | | | 681 | | |
| MMAT | 9/14/21 | 5 | $5.25 | $26.23 | | | | 686 | | |
| MMAT | 9/14/21 | 5 | $5.25 | $26.23 | | | | 691 | | |
| MMAT | 9/14/21 | 5 | $5.25 | $26.25 | | | | 696 | | |
| MMAT | 9/14/21 | 3 | $5.25 | $15.75 | | | | 699 | | |
| MMAT | 9/14/21 | 50 | $5.21 | $260.25 | | | | 749 | | |
| MMAT | 9/14/21 | 50 | $5.21 | $260.25 | | | | 799 | | |
| MMAT | 9/14/21 | 47 | $5.21 | $244.79 | | | | 846 | | |
| MMAT | 9/14/21 | 50 | $5.21 | $260.48 | | | | 896 | | |
| MMAT | 9/14/21 | 50 | $5.21 | $260.48 | | | | 946 | | |
| MMAT | 9/14/21 | 50 | $5.22 | $261.00 | | | | 996 | | |
| MMAT | 9/14/21 | 50 | $5.21 | $260.25 | | | | 1046 | | |
| MMAT | 9/14/21 | 50 | $5.21 | $260.25 | | | | 1096 | | |

| ROBINHOOD | DATE | BOUGHT | PRICE | NET PURCHASE | SOLD | PRICE | NET SALE | SHARES HELD | GAINS/LOSS | INVESTED |
|---|---|---|---|---|---|---|---|---|---|---|
| MMAT | 9/14/21 | 50 | $5.21 | $260.25 | | | | 1146 | | |
| MMAT | 9/14/21 | 5 | $5.21 | $26.05 | | | | 1151 | | |
| MMAT | 9/14/21 | 2 | $5.21 | $10.41 | | | | 1153 | | |
| MMAT | 9/14/21 | 1 | $5.21 | $5.21 | | | | 1154 | | |
| MMAT | 9/14/21 | 50 | $5.15 | $257.50 | | | | 1204 | | |
| MMAT | 9/14/21 | 50 | $5.15 | $257.50 | | | | 1254 | | |
| MMAT | 9/14/21 | 50 | $5.15 | $257.25 | | | | 1304 | | |
| MMAT | 9/14/21 | 50 | $5.15 | $257.50 | | | | 1354 | | |
| MMAT | 9/14/21 | 50 | $5.15 | $257.48 | | | | 1404 | | |
| MMAT | 9/14/21 | 42 | $5.16 | $216.51 | | | | 1446 | | |
| MMAT | 9/14/21 | 50 | $5.16 | $258.00 | | | | 1496 | | |
| MMAT | 9/14/21 | 50 | $5.16 | $258.00 | | | | 1546 | | |
| MMAT | 9/14/21 | 50 | $5.16 | $257.75 | | | | 1596 | | |
| MMAT | 9/14/21 | 5 | $5.17 | $25.85 | | | | 1601 | | |
| MMAT | 9/14/21 | 5 | $5.17 | $25.85 | | | | 1606 | | |
| MMAT | 9/14/21 | 5 | $5.17 | $25.83 | | | | 1611 | | |
| MMAT | 9/14/21 | 100 | $5.12 | $511.50 | | | | 1711 | | |
| MMAT | 9/14/21 | 100 | $5.13 | $512.75 | | | | 1811 | | |
| MMAT | 9/14/21 | 35 | $5.13 | $179.53 | | | | 1846 | | |
| MMAT | 9/14/21 | 100 | $5.13 | $512.82 | | | | 1946 | | |
| MMAT | 9/14/21 | 100 | $5.14 | $513.88 | | | | 2046 | | |
| MMAT | 9/14/21 | 100 | $5.14 | $513.75 | | | | 2146 | | |
| MMAT | 9/14/21 | 100 | $5.14 | $513.75 | | | | 2246 | | |
| MMAT | 9/14/21 | 100 | $5.14 | $513.77 | | | | 2346 | | |
| MMAT | 9/14/21 | 100 | $5.13 | $512.85 | | | | 2446 | | |
| MMAT | 9/14/21 | 50 | $5.14 | $256.98 | | | | 2496 | | |
| MMAT | 9/14/21 | 25 | $5.15 | $128.75 | | | | 2521 | | |
| MMAT | 9/14/21 | 11 | $5.16 | $56.76 | | | | 2532 | | |
| MMAT | 9/15/21 | 4 | $4.98 | $19.92 | | | | 2536 | | |
| MMAT | 9/15/21 | 5 | $4.97 | $24.83 | | | | 2541 | | |
| MMAT | 9/15/21 | 4 | $4.97 | $19.86 | | | | 2545 | | |
| MMAT | 9/15/21 | 1 | $4.97 | $4.97 | | | | 2546 | | |
| MMAT | 9/20/21 | 5 | $4.99 | $24.94 | | | | 2551 | | |
| MMAT | 9/20/21 | 5 | $4.99 | $24.95 | | | | 2556 | | |
| MMAT | 9/20/21 | 5 | $4.99 | $24.95 | | | | 2561 | | |
| MMAT | 9/20/21 | 1 | $4.99 | $4.99 | | | | 2562 | | |
| MMAT | 9/20/21 | 4 | $4.95 | $19.80 | | | | 2566 | | |
| MMAT | 9/20/21 | 1 | $4.95 | $4.95 | | | | 2567 | | |
| MMAT | 9/20/21 | 4 | $4.96 | $19.84 | | | | 2571 | | |
| MMAT | 9/20/21 | 5 | $4.97 | $24.85 | | | | 2576 | | |
| MMAT | 9/20/21 | 5 | $4.97 | $24.85 | | | | 2581 | | |
| MMAT | 9/20/21 | 5 | $4.97 | $24.85 | | | | 2586 | | |
| MMAT | 9/20/21 | 5 | $4.98 | $24.90 | | | | 2591 | | |
| MMAT | 9/20/21 | 5 | $4.98 | $24.90 | | | | 2596 | | |
| MMAT | 9/20/21 | 5 | $4.99 | $24.93 | | | | 2601 | | |
| MMAT | 9/20/21 | 5 | $4.99 | $24.93 | | | | 2606 | | |
| MMAT | 9/20/21 | 5 | $4.99 | $24.93 | | | | 2611 | | |
| MMAT | 9/20/21 | 5 | $4.99 | $24.95 | | | | 2616 | | |

| ROBINHOOD | DATE | BOUGHT | PRICE | NET PURCHASE | SOLD | PRICE | NET SALE | SHARES HELD | GAINS/LOSS | INVESTED |
|---|---|---|---|---|---|---|---|---|---|---|
| MMAT | 9/20/21 | 2 | $4.99 | $9.98 | | | | 2618 | | |
| MMAT | 9/20/21 | 3 | $4.98 | $14.93 | | | | 2621 | | |
| MMAT | 9/20/21 | 5 | $4.97 | $24.85 | | | | 2626 | | |
| MMAT | 9/20/21 | 5 | $4.97 | $24.85 | | | | 2631 | | |
| MMAT | 9/20/21 | 1 | $4.97 | $4.97 | | | | 2632 | | |
| MMAT | 9/20/21 | 4 | $4.91 | $19.64 | | | | 2636 | | |
| MMAT | 9/20/21 | 5 | $4.91 | $24.55 | | | | 2641 | | |
| MMAT | 9/20/21 | 5 | $4.91 | $24.55 | | | | 2646 | | $23,008.94 |
| MMAT | 9/21/21 | | | | 100 | $4.95 | $495.00 | 2546 | | |
| MMAT | 9/21/21 | | | | 100 | $4.97 | $497.00 | 2446 | | |
| MMAT | 9/21/21 | | | | 200 | $4.98 | $996.00 | 2246 | | $21,020.94 |
| MMAT | 9/21/21 | 100 | $4.90 | $490.00 | | | | 2346 | | |
| MMAT | 9/21/21 | 100 | $4.89 | $489.00 | | | | 2446 | | |
| MMAT | 9/21/21 | 100 | $4.90 | $490.00 | | | | 2546 | | |
| MMAT | 9/21/21 | 100 | $4.89 | $489.00 | | | | 2646 | | |
| MMAT | 9/21/21 | 100 | $4.87 | $486.76 | | | | 2746 | | |
| MMAT | 9/21/21 | 5 | $4.89 | $24.45 | | | | 2751 | | |
| MMAT | 9/21/21 | 5 | $4.89 | $24.45 | | | | 2756 | | |
| MMAT | 9/21/21 | 1 | $4.90 | $4.90 | | | | 2757 | | |
| MMAT | 9/21/21 | 39 | $4.82 | $187.98 | | | | 2796 | | $23,707.48 |
| MMAT | 9/22/21 | | | | 50 | $4.97 | $248.50 | 2746 | | |
| MMAT | 9/22/21 | | | | 100 | $5.00 | $500.00 | 2646 | | |
| MMAT | 9/22/21 | | | | 100 | $5.01 | $501.00 | 2546 | | |
| MMAT | 9/22/21 | | | | 50 | $4.95 | $247.50 | 2496 | | |
| MMAT | 9/22/21 | | | | 50 | $4.90 | $245.00 | 2446 | | |
| MMAT | 9/22/21 | | | | 100 | $4.90 | $490.00 | 2346 | | |
| MMAT | 9/22/21 | | | | 100 | $4.95 | $495.00 | 2246 | | |
| MMAT | 9/22/21 | | | | 50 | $5.02 | $251.00 | 2196 | | |
| MMAT | 9/22/21 | | | | 100 | $5.00 | $500.13 | 2096 | | |
| MMAT | 9/22/21 | | | | 50 | $5.01 | $250.50 | 2046 | | |
| MMAT | 9/22/21 | | | | 50 | $5.06 | $253.03 | 1996 | | |
| MMAT | 9/22/21 | | | | 50 | $5.04 | $252.00 | 1946 | | |
| MMAT | 9/22/21 | | | | 50 | $5.06 | $253.00 | 1896 | | |
| MMAT | 9/22/21 | | | | 50 | $5.12 | $256.00 | 1846 | | |
| MMAT | 9/22/21 | | | | 50 | $5.11 | $255.50 | 1796 | | |
| MMAT | 9/22/21 | | | | 50 | $5.12 | $256.00 | 1746 | | |
| MMAT | 9/22/21 | | | | 50 | $5.14 | $257.00 | 1696 | | $18,196.32 |
| MMAT | 9/22/21 | 100 | $5.01 | $501.00 | | | | 1796 | | |
| MMAT | 9/23/21 | 50 | $5.12 | $255.98 | | | | 1846 | | |
| MMAT | 9/23/21 | 100 | $5.13 | $512.50 | | | | 1946 | | |
| MMAT | 9/23/21 | 100 | $5.10 | $510.41 | | | | 2046 | | |
| MMAT | 9/23/21 | 100 | $5.10 | $510.43 | | | | 2146 | | |
| MMAT | 9/23/21 | 30 | $5.12 | $153.59 | | | | 2176 | | |
| MMAT | 9/23/21 | 5 | $5.12 | $25.60 | | | | 2181 | | |
| MMAT | 9/23/21 | 65 | $5.12 | $332.48 | | | | 2246 | | |
| MMAT | 9/23/21 | 100 | $5.10 | $510.39 | | | | 2346 | | |
| MMAT | 9/23/21 | 100 | $5.12 | $511.77 | | | | 2446 | | |
| MMAT | 9/23/21 | 100 | $5.11 | $511.31 | | | | 2546 | | |

| ROBINHOOD | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | DATE | BOUGHT | PRICE | NET PURCHASE | SOLD | PRICE | NET SALE | SHARES HELD | GAINS/LOSS | INVESTED |
| MMAT | 9/23/21 | 5 | $5.12 | $25.58 | | | | 2551 | | |
| MMAT | 9/23/21 | 5 | $5.12 | $25.58 | | | | 2556 | | |
| MMAT | 9/23/21 | 5 | $5.12 | $25.58 | | | | 2561 | | |
| MMAT | 9/23/21 | 5 | $5.12 | $25.60 | | | | 2566 | | |
| MMAT | 9/23/21 | 3 | $5.12 | $15.35 | | | | 2569 | | |
| MMAT | 9/24/21 | 7 | $5.09 | $35.63 | | | | 2576 | | |
| MMAT | 9/24/21 | 20 | $5.10 | $101.97 | | | | 2596 | | |
| MMAT | 9/24/21 | 4 | $5.13 | $20.50 | | | | 2600 | | |
| MMAT | 9/24/21 | 6 | $5.14 | $30.81 | | | | 2606 | | |
| MMAT | 9/24/21 | 5 | $5.13 | $25.65 | | | | 2611 | | |
| MMAT | 9/24/21 | 5 | $5.13 | $25.64 | | | | 2616 | | |
| MMAT | 9/24/21 | 3 | $5.13 | $15.39 | | | | 2619 | | |
| MMAT | 9/24/21 | 1 | $5.13 | $5.13 | | | | 2620 | | |
| MMAT | 9/24/21 | 6 | $5.18 | $31.08 | | | | 2626 | | |
| MMAT | 9/24/21 | 10 | $5.18 | $51.80 | | | | 2636 | | |
| MMAT | 9/24/21 | 3 | $5.17 | $15.51 | | | | 2639 | | |
| MMAT | 9/24/21 | 7 | $5.14 | $35.98 | | | | 2646 | | |
| MMAT | 9/28/21 | 3 | $5.87 | $17.61 | | | | 2649 | | |
| MMAT | 9/28/21 | 100 | $5.83 | $582.83 | | | | 2749 | | |
| MMAT | 9/28/21 | 37 | $5.87 | $217.19 | | | | 2786 | | |
| MMAT | 9/28/21 | 35 | $5.86 | $205.08 | | | | 2821 | | |
| MMAT | 9/28/21 | 25 | $6.16 | $154.00 | | | | 2846 | | |
| MMAT | 9/28/21 | 50 | $6.16 | $308.00 | | | | 2896 | | |
| MMAT | 9/28/21 | 25 | $6.16 | $154.00 | | | | 2921 | | $24,683.27 |
| MMAT | 9/29/21 | | | | 75 | $6.29 | $471.38 | 2846 | | |
| MMAT | 9/29/21 | | | | 50 | $6.33 | $316.25 | 2796 | | |
| MMAT | 9/29/21 | | | | 50 | $6.34 | $317.00 | 2746 | | |
| MMAT | 9/29/21 | | | | 50 | $6.37 | $318.50 | 2696 | | |
| MMAT | 9/29/21 | | | | 50 | $6.37 | $318.50 | 2646 | | |
| MMAT | 9/29/21 | | | | 50 | $6.38 | $319.00 | 2596 | | |
| MMAT | 9/29/21 | | | | 50 | $6.43 | $321.50 | 2546 | | |
| MMAT | 9/29/21 | | | | 50 | $6.42 | $321.00 | 2496 | | |
| MMAT | 9/29/21 | | | | 50 | $6.49 | $324.50 | 2446 | | |