NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | | PROOF OF INTEREST |
|---|---|---|

Name of Debtor: Meta Materials
Case Number: 24-50792-hlb

**1. Name and address of holder of the Equity Interest** (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

Robert J. + Patricia A. Speirs
71 Azalea Rd.
Levittown, NY 11756

Telephone Number: 516-579-9033

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

☑ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

**RECEIVED AND FILED**
**DEC 13 2024**
**U.S. BANKRUPTCY COURT**
**MARY A. SCHOTT, CLERK**

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

**COURT USE ONLY**

Account or other number by which Interest holder identifies Debtor:
# 8377-3989

Check here if this claim:
☐ replaces a previously filed Proof of Interest dated: _____
☐ amends a previously filed Proof of Interest dated: _____

**2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:**

Charles Schwab + Co.
600 Old Country Rd., Garden City NY 11530
Telephone Number: 1-800-435-4000

**3. Date Equity Interest was acquired:**
TRCH - 200 sh 6/21/21
MMAT - 1900 sh - Various dates
see enclosed

**4. Total amount of member interest:** 2100 shares

**5. Certificate number(s):** _____

**6. Type of Equity Interest:**
Please indicate the type of Equity Interest you hold:
☑ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
☐ Check this box if your Equity Interest is based on anything else and describe that interest:
Description: _____

**7. Supporting Documents:** Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**8. Date-Stamped Copy:** To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

**9. Signature:**
Check the appropriate box.
☑ I am the creditor.   ☐ I am the creditor's authorized agent. (Attach copy of power of attorney, if any.)   ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)   ☐ I am a guarantor, surety, endorser, or other codebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: Robert J. + Patricia A. Speirs
Title: Shareholder
Company: Address and telephone number (if different from notice address above):

(Signature) Robert J. Speirs  Patricia A. Speirs
(Date) 12/5/24

Telephone number: 516-579-9033  email: Kpmr6@verizon.net

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*



# Transaction History

Updated: 01:33:54 PM ET, 11/30/2024



Date range

Custom

From (mm/dd/yyyy)   To (mm/dd/yyyy)

06/01/2021          11/30/2024

Symbol (Optional)

trch

☑ Include Options

Search

Filter by Transaction Types

## Transactions found from 06/01/2021 to 11/30/2024

Don't see it here? Go to Statements

| Date ▼ | Action | Symbol / Description | Quantity | Price | Fees & Comm | Amt |
|---|---|---|---|---|---|---|
| 06/21/2021 | Buy<br>Trade Details | TRCH<br>TORCHLIGHT<br>ENERGY RE | 200 | $9.113 | $5.00 | -$1,827. |

Page Total: **-$1,827.60**

Buy                                                                 06/21/2021



Trade Details

TRCH

TORCHLIGHT ENERGY RE

200 quantity

## Transaction History for Joint Tenant ...989

### Transactions found from 07/01/2021 to 12/30/2022

| Date ▼ | Action | Symbol / Description | Quantity | Price | Fees & Comm | Amount |
|---|---|---|---|---|---|---|
| 11/30/2022 | Buy | MMAT META MATLS INC | 500 | $1.8484 | $5.00 | -$929.20 |
| 11/23/2022 | Buy | MMAT META MATLS INC | 500 | $1.895 | $5.00 | -$952.50 |
| 11/02/2022 | Buy | MMAT META MATLS INC | 500 | $1.23 | $5.00 | -$620.00 |
| 10/27/2022 | Buy | MMAT META MATLS INC | 100 | $1.015 | | -$101.50 |
| 10/12/2022 | Buy | MMAT META MATLS INC | 100 | $0.9799 | $5.00 | -$102.99 |
| 05/18/2022 | Buy | MMAT META MATLS INC | 100 | $1.67 | | -$167.00 |
| 07/27/2021 | Buy | MMAT META MATLS INC | 100 | $3.3567 | $5.00 | -$340.67 |

**Page Total: -$3,213.86**

Intra-day transactions are subject to change.

Brokerage Account Balances are from the previous market close, but also may include new activity that will be posted to your account at after market close. Balances are subject to change.

Bank sweep information can be found on your Statements. Current Balance bank sweep information can be found on the Balances page.

(1123-3U5Y, 0924-CLCV)



## Schwab One® Account of

**ROBERT J SPEIRS &**
**PATRICIA A SPEIRS JT TEN**

Account Number: 8377-3989
Statement Period: November 1-30, 2024

## Account Summary

Ending Account Value as of 11/30: **$4,101.85**
Beginning Account Value as of 11/01: **$4,820.63**



|  | This Statement | YTD |
|---|---|---|
| Beginning Value | $4,820.63 | $6,155.46 |
| Deposits | 0.00 | 7,400.00 |
| Withdrawals | (1,450.00) | (5,750.00) |
| Dividends and Interest | 0.04 | 0.19 |
| Transfer of Securities | 0.00 | 0.00 |
| Market Appreciation/(Depreciation) | 750.01 | (3,425.03) |
| Expenses | (18.83) | (278.77) |
| **Ending Value** [W] | **$4,101.85** | **$4,101.85** |

Account Ending Value reflects the market value of your cash and investments. It does not include pending transactions, unpriced securities or assets held outside Schwab's custody.

### Manage Your Account

**Customer Service and Trading:**
Call your Schwab Representative
1-800-435-4000
24/7 Customer Service

For the most current records on your account visit schwab.com/login. Statements are archived up to 10 years online.

### Commitment to Transparency

Client Relationship Summaries and Best Interest disclosures are at schwab.com/transparency.
Charles Schwab & Co., Inc. Member SIPC.

### Online Assistance

 Visit us online at schwab.com

Visit schwab.com/stmt to explore the features and benefits of this statement.

ROBERT J SPEIRS &
PATRICIA A SPEIRS JT TEN
71 AZALEA RD
LEVITTOWN NY    11756-2300



## Schwab One® Account of

ROBERT J SPEIRS &
PATRICIA A SPEIRS JT TEN

Statement Period
November 1-30, 2024

### Gain or (Loss) Summary (continued)

| Short-Term (ST) | | | Long-Term (LT) | | |
|---|---|---|---|---|---|
| Gain | (Loss) | Net | Gain | (Loss) | Net |

Values may not reflect all of your gains/losses and may be rounded up to the nearest dollar; Schwab has provided accurate gain and loss information wherever possible for most investments. Cost basis may be incomplete or unavailable for some of your holdings and may change or be adjusted in certain cases. Please login to your account at Schwab.com for real-time gain/loss information. Statement information should not be used for tax preparation, instead refer to official tax documents. For additional information refer to Terms and Conditions.

### Positions - Summary

| Beginning Value as of 11/01 | + | Transfer of Securities(In/Out) | + | Dividends Reinvested | + | Cash Activity | + | Change in Market Value | = | Ending Value as of 11/30 | Cost Basis | Unrealized Gain/(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| $4,820.63 | | $0.00 | | $0.00 | | ($1,468.79) | | $750.01 | | $4,101.85 | $15,712.32 | ($9,941.55) |

Values may not reflect all of your gains/losses. Schwab has provided accurate gain and loss information wherever possible for most investments. Cost basis may be incomplete or unavailable for some of your holdings and may change or be adjusted in certain cases. Statement information should not be used for tax preparation, instead refer to official tax documents. For additional information refer to Terms and Conditions.

### Positions - Equities

| Symbol | Description | Quantity | Price($) | Market Value($) | Cost Basis($) | Unrealized Gain/(Loss)($) | Est. Yield | Est. Annual Income($) | % of Acct |
|---|---|---|---|---|---|---|---|---|---|
| AMC | AMC ENTMT HLDGS INC (M) | 20.0000 | 4.95000 | 99.00 | 113.98 | (14.98) | N/A | 0.00 | 2% |
| FNGR | FINGERMOTION INC (M) | 1,200.0000 | 2.04000 | 2,448.00 | 5,243.90 | (2,795.90) | N/A | 0.00 | 55% |
| FSM | FORTUNA MNG CORP  F (M) | 100.0000 | 4.78000 | 478.00 | 506.00 | (28.00) | N/A | 0.00 | 11% |
| GDC | GD CULTURE GROUP LTD (M) | 150.0000 | 2.61000 | 391.50 | 519.34 | (127.84) | N/A | 0.00 | 9% |
| GTII | GLOBAL TECH INDS GROUP I | 2,000.0000 | 0.03010 | 60.20 | 1,563.66 | (1,503.46) | N/A | 0.00 | 1% |
| ZJYL | JIN MED INTL LTD.  F (M) | 10.0000 | 0.91040 | 9.10 | 124.30 | (115.20) | N/A | 0.00 | <1% |
| MRX | MAREX GROUP PLC  F (M) | 10.0000 | 29.28000 | 292.80 | 294.43 | (1.63) | 1.91% | 5.60 | 7% |
| MMATQ | META MATLS INC | 20.0000 | 0.06100 | 1.22 | 5,041.46 | (5,040.24) | N/A | 0.00 | <1% |
| DJT | TRUMP MEDIA & TECHNO (M) | 20.0000 | 31.60000 | 632.00 | 946.30 | (314.30) | N/A | 0.00 | 14% |
| **Total Equities** | | | | **$4,411.82** | **$14,353.37** | **($9,941.55)** | | **$5.60** | **100%** |



## Schwab One® Account of

ROBERT J SPEIRS &
PATRICIA A SPEIRS JT TEN

Statement Period

November 1-30, 2024

## Asset Allocation

|  | This Period | Current Allocation |
|---|---|---|
| Equities | 4,411.82 | 100% |
| Net Loan Balance | (309.97) | |
| **Total** | **$4,101.85** | 100% |
| Liabilities | (309.97) | |

Liabilities such as margin balances and short positions are included in the Total as well as the current allocation %. If the asset class is negative (more liabilities than assets) the current allocation % will not be displayed.

## Top Account Holdings This Period

| SYMBOL CUSIP | Description | Market Value | % of Accounts |
|---|---|---|---|
| FNGR | FINGERMOTION INC | 2,448.00 | 55% |
| DJT | TRUMP MEDIA & TECHNO | 632.00 | 14% |
| FSM | FORTUNA MNG CORP   F | 478.00 | 11% |
| GDC | GD CULTURE GROUP LTD | 391.50 | 9% |
| MRX | MAREX GROUP PLC   F | 292.80 | 7% |

## Gain or (Loss) Summary

|  | Short-Term (ST) | | | Long-Term (LT) | | |
|---|---|---|---|---|---|---|
|  | Gain | (Loss) | Net | Gain | (Loss) | Net |
| This Period | 285.52 | (7.48) | 278.04 | 0.00 | 0.00 | 0.00 |
| YTD | 0.00 | (423.34) | (423.34) | 0.00 | (4,795.23) | (4,795.23) |
| **Unrealized** | | | | | | ($9,941.55) |

## Income Summary



|  | This Period | | YTD | |
|---|---|---|---|---|
| Federal Tax Status | Tax-Exempt | Taxable | Tax-Exempt | Taxable |
| Bank Sweep Interest | 0.00 | 0.04 | 0.00 | 0.19 |
| **Total Income** | **$0.00** | **$0.04** | **$0.00** | **$0.19** |

## Margin Loan Information

| Opening Margin Loan Balance | Closing Margin Loan Balance | Funds Available to Withdraw * | Securities Buying Power * |
|---|---|---|---|
| $0.00 | ($309.97) | $24.00 | $80.26 |

| Margin Loan Rate as of 11/26 | Interest Paid on Margin Loan - This Period ** | Interest Paid on Margin Loan - YTD ** |
|---|---|---|
| 12.82% | ($18.83) | ($198.77) |

* Values include any cash plus the amount available using margin borrowing.
** Certain margin loan interest may be deductible; consult your tax advisor
For more information about the margin feature, please visit schwab.com/margin.



## Schwab One® Account of

ROBERT J SPEIRS &
PATRICIA A SPEIRS JT TEN

Statement Period
November 1-30, 2024

## Positions - Unpriced Securities

| Symbol | Description | Quantity | Price($) | Market Value($) | Cost Basis($) | Unrealized Gain/(Loss)($) | Est. Yield | Est. Annual Income($) |
|---|---|---|---|---|---|---|---|---|
|  | NEXT BRIDGE HYDROCARBONS | 200.0000 |  |  | 1,358.95 |  | N/A |  |
| **Total Unpriced Securities** |  |  |  | **$0.00** | **$1,358.95** | **$0.00** |  | **$0.00** |

Estimated Annual Income ("EAI") and Estimated Yield ("EY") calculations are for informational purposes only. The actual income and yield might be lower or higher than the estimated amounts. EY is based upon EAI and the current price of the security and will fluctuate. For certain types of securities, the calculations could include a return of principal or capital gains in which case EAI and EY would be overstated. EY and EAI are not promptly updated to reflect when an issuer has missed a regular payment or announced changes to future payments, in which case EAI and EY will continue to display at a prior rate.

## Transactions - Summary

| Beginning Cash* as of 11/01 | + Deposits | + Withdrawals | + Purchases | + Sales/Redemptions | + Dividends/Interest | + Expenses | = Ending Cash* as of 11/30 |
|---|---|---|---|---|---|---|---|
| ($3,699.39) | $0.00 | ($1,450.00) | ($6,711.60) | $11,569.81 | $0.04 | ($18.83) | ($309.97) |

Other Activity  **$0.00**    Other activity includes transactions which don't affect the cash balance such as stock transfers, splits, etc.

*Cash (includes any cash debit balance) held in your account plus the value of any cash invested in a sweep money fund.

## Transaction Details

| Date | Category | Action | Symbol/ CUSIP | Description | Quantity | Price/Rate per Share($) | Charges/ Interest($) | Amount($) | Realized Gain/(Loss)($) |
|---|---|---|---|---|---|---|---|---|---|
| 11/08 | Purchase |  | KEY | KEYCORP NEW | 25.0000 | 19.3000 |  | (482.50) |  |
| 11/12 | Sale |  | FNGR | FINGERMOTION INC  Exchange Processing Fee $0.04 | (200.0000) | 2.2801 | 0.04 | 455.98 | 26.10 (ST) |
|  | Sale |  | KEY | KEYCORP NEW  Exchange Processing Fee $0.01 | (25.0000) | 19.3522 | 0.01 | 483.80 | 1.30 (ST) |
|  | Sale |  | MAGS | LISTED FNDS RONDHL MGNFCNT ETF  Exchange Processing Fee $0.16 | (100.0000) | 51.8700 | 0.16 | 5,186.84 | 195.84 (ST) |
|  | Purchase |  | FNGR | FINGERMOTION INC | 200.0000 | 2.1664 |  | (433.28) |  |
| 11/13 | Sale |  | GDC | GD CULTURE GROUP LTD  Exchange Processing Fee $0.01 | (50.0000) | 2.9000 | 0.01 | 144.99 | 31.99 (ST) |
|  | Purchase |  | GDC | GD CULTURE GROUP LTD | 100.0000 | 2.2600 |  | (226.00) |  |



**Schwab One® Account** of

ROBERT J SPEIRS &
PATRICIA A SPEIRS JT TEN

Statement Period
November 1-30, 2024

## Transaction Details (continued)

| Date | Category | Action | Symbol/CUSIP | Description | | Quantity | Price/Rate per Share($) | Charges/Interest($) | Amount($) | Realized Gain/(Loss)($) |
|---|---|---|---|---|---|---|---|---|---|---|
| 11/13 | Withdrawal | MoneyLink Txn | | Tfr JPMORGAN CHASE BAN, N/A | | | | | (200.00) | |
| 11/14 | Purchase | | VLY | VALLEY NATL BANCORP | | 100.0000 | 10.2200 | | (1,022.00) | |
| | Purchase | | VIRT | VIRTU FINL INC CLASS | A | 90.0000 | 35.2125 | | (3,169.13) | |
| 11/15 | Sale | | VIRT | VIRTU FINL INC CLASS  Exchange Processing Fee $0.10 | A | (90.0000) | 35.1305 | 0.10 | 3,161.65 | (7.48) (ST) |
| 11/18 | Purchase | | FNGR | FINGERMOTION INC | | 200.0000 | 1.9600 | | (392.00) | |
| | Interest | Bank Interest X,Z | | BANK INT 101624-111524 | | | | | 0.04 | |
| 11/19 | Withdrawal | MoneyLink Txn | | Tfr JPMORGAN CHASE BAN, N/A | | | | | (300.00) | |
| 11/20 | Purchase | | FNGR | FINGERMOTION INC | | 150.0000 | 1.9900 | | (298.50) | |
| | Withdrawal | MoneyLink Txn | | Tfr JPMorgan Chase Ban, N/A | | | | | (500.00) | |
| 11/21 | Sale | | VLY | VALLEY NATL BANCORP  Exchange Processing Fee $0.05 | | (100.0000) | 10.2300 | 0.05 | 1,022.95 | 0.95 (ST) |
| 11/22 | Sale | | FNGR | FINGERMOTION INC  Exchange Processing Fee $0.08 | | (350.0000) | 2.0500 | 0.08 | 717.42 | 26.92 (ST) |
| 11/25 | Purchase | | FNGR | FINGERMOTION INC | | 200.0000 | 1.9688 | | (393.76) | |
| | Purchase | | MRX | MAREX GROUP PLC | F | 10.0000 | 29.4427 | | (294.43) | |
| 11/26 | Sale | | FNGR | FINGERMOTION INC  Exchange Processing Fee $0.04 | | (200.0000) | 1.9811 | 0.04 | 396.18 | 2.42 (ST) |
| | Withdrawal | MoneyLink Txn | | Tfr JPMORGAN CHASE BAN, N/A | | | | | (450.00) | |
| 11/27 | Expense | Margin Interest | | INTEREST 10/30THRU 11/26 | | | | | (18.83) | |
| **Total Transactions** | | | | | | | | | **$3,389.42** | **$278.04** |

Date column represents the Settlement/Process date for each transaction.

## Margin Interest

| Date | Average Daily Balance($) | Margin Int Rate(%) | Interest Paid($) | Date | Average Daily Balance($) | Margin Int Rate(%) | Interest Paid($) | Date | Average Daily Balance($) | Margin Int Rate(%) | Interest Paid($) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/31-11/07 | (3,703.59) | 13.075 | 10.77 | 11/14 | (2,977.44) | 12.825 | 1.06 | 11/25-11/26 | (282.91) | 12.825 | 0.20 |
| 11/08-11/11 | (4,193.78) | 12.825 | 5.98 | 11/18-11/21 | (577.58) | 12.825 | 0.82 | | | | |

Case 24-50792-hlb   Doc 761   Entered 12/16/24 14:54:24   Page 9 of 10



## Schwab One® Account of

ROBERT J SPEIRS &
PATRICIA A SPEIRS JT TEN

Statement Period
November 1-30, 2024

## Bank Sweep Activity

| Date | Description | Amount | Date | Description | Amount | Date | Description | Amount |
|---|---|---|---|---|---|---|---|---|
| 11/01 | **Beginning Balance** X,Z | $0.00 | 11/15 | BANK INTEREST X,Z | 0.04 | 11/25 | BANK TRANSFER TO BROKERAGE | (450.87) |
| 11/12 | BANK CREDIT FROM BROKERAGE X | 1,511.45 | 11/15 | BANK CREDIT FROM BROKERAGE X | 200.96 | 11/26 | BANK CREDIT FROM BROKERAGE X | 0.00 |
| 11/13 | BANK TRANSFER TO BROKERAGE | (281.01) | 11/18 | BANK TRANSFER TO BROKERAGE | (201.00) | 11/30 | **Ending Balance** X,Z | $0.00 |
| 11/14 | BANK TRANSFER TO BROKERAGE | (1,230.44) | 11/22 | BANK CREDIT FROM BROKERAGE X | 450.87 | 11/29 | **Interest Rate** *,Z | 0.10% |

* Your interest period was 10/16/24 - 11/15/24.

## Pending / Open Activity

| Activity Type | Date | Action | Symbol/CUSIP | Description | Quantity | Market Price/Rate per Share($) | Limit Price($) | Settle/Payable Date | Expiration Date | Amount($) |
|---|---|---|---|---|---|---|---|---|---|---|
| Pending | 11/25 | Qual Div | MRX | MAREX GROUP PLC  F | 10.0000 | 0.1400 | | 12/10 | | 1.40 |
| **Total Pending Transactions** | | | | | | | | | | **$1.40** |
| Open Orders | 08/07 | Sell | AMC | AMC ENTERTAINMENT CLASS A | 10.0000 | 4.9500 | 5.4000 | | 01/31 | |

Pending transactions are not included in account value.

You can change or cancel any open order by calling us. Orders expire as of close of business on expiration date listed above.

## Endnotes For Your Account

| | | | |
|---|---|---|---|
| W | Excluding unpriced securities (see Investment Detail). | Z | For the Bank Sweep and Bank Sweep for Benefit Plans features, interest is paid for a period that differs from the Statement Period. Balances include interest paid as indicated on your statement by Schwab or one or more of its Program Banks. These balances do not include interest that may have accrued during the Statement Period after interest is paid. The interest paid may include interest that accrued in the prior Statement Period. |
| (M) | Denotes a security that is marginable. Some mutual fund or ETF investments may not be immediately marginable. | | |
| ◊ | Dividends paid on this security will be automatically reinvested. | | |
| X | Bank Sweep deposits are held at FDIC-insured Program Banks, which are listed in the Cash Features Disclosure Statement. | | |

## Terms and Conditions

**GENERAL INFORMATION AND KEY TERMS:** This Account statement is furnished solely by Charles Schwab & Co., Inc. ("Schwab") for your Account at Schwab ("Account"). Unless otherwise defined herein, capitalized terms have the same meanings as in your Account Agreement. If you receive any other communication from any source other than Schwab which purports to represent your holdings at Schwab (including balances held at a Depository Institution) you should verify its content with this statement. **Accrued Income:** Accrued Income is the sum of the total accrued interest and/or accrued dividends on positions held in your Account, but the interest and/or dividends have not been received into your Account. Schwab makes no representation that the amounts shown (or any other amount) will be received. Accrued amounts are not covered by SIPC account protection until actually received and held in the Account, **AIP (Automatic Investment Plan) Customers:** Schwab receives remuneration in connection with certain transactions effected through Schwab. If you participate in a systematic investment program through Schwab, the additional information normally detailed on a trade confirmation will be provided upon request.

6 of 8

$9.113 price

$5.00 fees & commissions

-$1,827.60 amount

---

Page Total: -$1,827.60

Intra-day transactions are subject to change.

Brokerage Account Balances are from the previous market close, but also may include new activity that will be posted to your account at after market close. Balances are subject to change.

Bank sweep information can be found on your Statements. Current Balance bank sweep information can be found on the Balances page.

(1123-3U5Y, 0924-CLCV)

Today's Date: 01:33 PM ET, 11/30/2024

*Own your tomorrow*

Check the background of Charles Schwab or one of its investment professionals on FINRA'S BrokerCheck.

**Investment and Insurance Products Are: Not FDIC Insured • Not Insured by Any Federal Government Agency • Not a Deposit or Other Obligation of, or Guaranteed by, the Bank or any of its Affiliates • Subject to Investment Risks, Including Possible Loss of Principal Amount Invested**

The Charles Schwab Corporation provides a full range of brokerage, banking and financial advisory services through its operating subsidiaries. Its broker-dealer subsidiary, Charles Schwab & Co. Inc. (Member SIPC), and its affiliates offer investment services and products. Its banking subsidiary, Charles Schwab Bank, SSB (member FDIC and an Equal Housing Lender), provides deposit and lending services and products.

This site is designed for U.S. residents. Non-U.S. residents are subject to country-specific restrictions. Learn more about our services for non-US Residents, Charles Schwab Hong Kong clients, Charles Schwab UK clients.

© 2024 Charles Schwab & Co., Inc. All rights reserved. Member SIPC. Unauthorized access is prohibited. Usage will be monitored.