NVB 3001 (Rev. 12/24)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | | **PROOF OF INTEREST** |
|---|---|---|
| Name of Debtor: Meta Materials Inc | Case Number: 24-50792 | |

1. **Name and address of holder of the Equity Interest** (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

   Brad Davis
   4771 Sweetwater Blvd 188
   S.L., TX. 77479

   Telephone Number:
   832-489-5010

   ☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

   ☐ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

   ☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

   **AM RECEIVED AND FILED DEC 16 2024 U.S. BANKRUPTCY COURT MARY A. SCHOTT, CLERK**

   **COURT USE ONLY**

**NOTE:** This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

Account or other number by which Interest holder identifies Debtor (last 4 digits only): 2 Accts 2517-5894 + 2713-9627

Check here if this Proof of Interest:
☐ replaces a previously filed Proof of Interest dated: _____
☐ amends a previously filed Proof of Interest dated: _____

2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest: Brad Davis, Charles Schwab 211 Main St SF CA 94105
   Telephone Number: 800-435-8000

3. Date Equity Interest was acquired: Oct 10, 2022 - April 14, 2023 See attached

4. Total amount of member interest: 324,000 (310,000 + 14,000)

5. Certificate number(s): See attached stmts

6. **Type of Equity Interest:**
   Please indicate the type of Equity Interest you hold:
   ☒ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
   ☐ Check this box if your Equity Interest is based on anything else and describe that interest:
   Description: Investor

7. **Supporting Documents:** Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. **Date-Stamped Copy:** To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

9. **Signature:**
   Check the appropriate box.
   ☒ I am the interest holder.
   ☐ I am the interest holder's authorized agent. (Attach copy of power of attorney, if any.)
   ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)
   ☐ I am a guarantor, surety, endorser, or other codebtor. (see Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this proof of interest is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: Brad Davis
Title:
Company: ___ Address and telephone number (if different from notice address above):
_____

(Signature) /s/ 12-12-2024 (Date)
Telephone number: 832-489-5010  email: braddavis23@me.com

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

[ Print Form ]  [ Save Form ]  [ Clear Form ]

**Summary of share count. Brad Davis Meta Materials case # 24-50792**

Detailed information is attached on statements . (5894, 9627)

I have two Schwab accounts I traded MMAT.

Total shares 324,000 purchased between October 10, 2022 thru April ~~214,023~~ 4-14-23

Total investment $163,555.12 ($140,555.12 + $23,000)

I sold all shares on December 13, 2023 for $21,089.32 (20,188.36 + 900.96)

Total loss of $142,465.80 (163,555.12 - 21,089.32)



**charles SCHWAB**

Schwab One® Account of
**BRAD DAVIS**

Account Number
####-5894

Statement Period
November 1-30, 2023

5894

## Investment Detail - Equities (continued)

### Equities (continued)

| Quantity Units Purchased | Market Price Cost Per Share | Market Value Cost Basis | Account Acquired | % of Assets | Unrealized Gain or (Loss) | Estimated Yield Holding Days | Estimated Annual Income Holding Period |
|---|---|---|---|---|---|---|---|
| 30,000.0000 | 0.03700 | 1,110.00 | | <1% | (10,203.90) | N/A | N/A |
| 3,000.0000 | 0.3806 | 1,142.09 | 11/25/22 | | (1,031.09) | 370 | Long-Term |
| 7,000.0000 | 0.3806 | 2,664.86 | 11/25/22 | | (2,405.86) | 370 | Long-Term |
| 20,000.0000 | 0.3753 | 7,506.95 | 11/29/22 | | (6,766.95) | 366 | Long-Term |

TRADES WITH DUE BILLS
SYMBOL: HNRC

*Cost Basis*     11,313.90

**META MATLS INC**
SYMBOL: MMAT

| Quantity | Market Price | Market Value | Acquired | % of Assets | Unrealized Gain or (Loss) | Holding Days | Holding Period |
|---|---|---|---|---|---|---|---|
| 310,000.0000 | 0.09430 | 29,233.00 | | 20% | (111,322.12) | N/A | N/A |
| 90.0000 | 0.7307 | 65.77 | 10/10/22 | | (57.28) | 416 | Long-Term |
| 200.0000 | 0.7254 | 145.08 | 10/10/22 | | (126.22) | 416 | Long-Term |
| 200.0000 | 0.7308 | 146.16 | 10/10/22 | | (127.30) | 416 | Long-Term |
| 200.0000 | 0.7308 | 146.16 | 10/10/22 | | (127.30) | 416 | Long-Term |
| 200.0000 | 0.7308 | 146.16 | 10/10/22 | | (127.30) | 416 | Long-Term |
| 300.0000 | 0.7308 | 219.24 | 10/10/22 | | (190.95) | 416 | Long-Term |
| 500.0000 | 0.7254 | 362.70 | 10/10/22 | | (315.55) | 416 | Long-Term |
| 500.0000 | 0.7308 | 365.40 | 10/10/22 | | (318.25) | 416 | Long-Term |
| 600.0000 | 0.7254 | 435.24 | 10/10/22 | | (378.66) | 416 | Long-Term |
| 700.0000 | 0.7254 | 507.78 | 10/10/22 | | (441.77) | 416 | Long-Term |
| 1,700.0000 | 0.7308 | 1,242.36 | 10/10/22 | | (1,082.05) | 416 | Long-Term |
| 1,700.0000 | 0.7308 | 1,242.36 | 10/10/22 | | (1,082.05) | 416 | Long-Term |
| 1,800.0000 | 0.7308 | 1,315.44 | 10/10/22 | | (1,145.70) | 416 | Long-Term |
| 4,100.0000 | 0.7308 | 2,996.28 | 10/10/22 | | (2,609.65) | 416 | Long-Term |
| 7,000.0000 | 0.7308 | 5,115.60 | 10/10/22 | | (4,455.50) | 416 | Long-Term |
| 8,910.0000 | 0.7346 | 6,545.29 | 10/10/22 | | (5,705.08) | 416 | Long-Term |
| 46,300.0000 | 0.7346 | 34,011.98 | 10/10/22 | | (29,645.89) | 416 | Long-Term |
| 10,000.0000 | 0.8853 | 8,853.00 | 10/12/22 | | (7,910.00) | 414 | Long-Term |
| 400.0000 | 1.2500 | 500.00 | 11/10/22 | | (462.28) | 385 | Long-Term |
| 600.0000 | 1.2500 | 750.00 | 11/10/22 | | (693.42) | 385 | Long-Term |
| 4,000.0000 | 1.2500 | 5,000.00 | 11/10/22 | | (4,622.80) | 385 | Long-Term |
| 3.0000 | 1.9000 | 5.70 | 11/23/22 | | (5.42) | 372 | Long-Term |
| 4.0000 | 1.9000 | 7.60 | 11/23/22 | | (7.22) | 372 | Long-Term |

Please see "Endnotes for Your Account" section for an explanation of the endnote codes and symbols on this statement.

charles SCHWAB

Schwab One® Account of
**BRAD DAVIS**

Account Number
****5894

Statement Period
November 1-30, 2023

## Investment Detail - Equities (continued)

**Equities** (continued)
**META MATLS INC**

| Quantity Units Purchased | Market Price Cost Per Share | Market Value Cost Basis | Account Acquired | % of Account Assets | Unrealized Gain or (Loss) | Estimated Yield Holding Days | Estimated Annual Income Holding Period |
|---|---|---|---|---|---|---|---|
| 18.0000 | 1.9000 | 34.20 | 11/23/22 | | (32.50) | 372 | Long-Term |
| 96.0000 | 1.9000 | 182.40 | 11/23/22 | | (173.35) | 372 | Long-Term |
| 100.0000 | 1.9000 | 190.00 | 11/23/22 | | (180.57) | 372 | Long-Term |
| 100.0000 | 1.9000 | 190.00 | 11/23/22 | | (180.57) | 372 | Long-Term |
| 100.0000 | 1.9000 | 190.00 | 11/23/22 | | (180.57) | 372 | Long-Term |
| 197.0000 | 1.9000 | 374.30 | 11/23/22 | | (355.72) | 372 | Long-Term |
| 200.0000 | 1.8950 | 379.00 | 11/23/22 | | (360.14) | 372 | Long-Term |
| 281.0000 | 1.9000 | 533.90 | 11/23/22 | | (507.40) | 372 | Long-Term |
| 296.0000 | 1.8950 | 560.92 | 11/23/22 | | (533.01) | 372 | Long-Term |
| 300.0000 | 1.9000 | 570.00 | 11/23/22 | | (541.71) | 372 | Long-Term |
| 600.0000 | 1.8950 | 1,137.00 | 11/23/22 | | (1,080.42) | 372 | Long-Term |
| 1,304.0000 | 1.9000 | 2,477.60 | 11/23/22 | | (2,354.63) | 372 | Long-Term |
| 1,400.0000 | 1.9000 | 2,660.00 | 11/23/22 | | (2,527.98) | 372 | Long-Term |
| 2,001.0000 | 1.9000 | 3,801.90 | 11/23/22 | | (3,613.21) | 372 | Long-Term |
| 3,000.0000 | 1.9000 | 5,700.00 | 11/23/22 | | (5,417.10) | 372 | Long-Term |
| 10,000.0000 | 0.7566 | 7,566.00 | 02/14/23 | | (6,623.00) | 289 | Short-Term |
| 200,000.0000 | 0.2194 | 43,882.60 | 04/14/23 | | (25,022.60) | 230 | Short-Term |
| | | 140,555.12 | | | | | |

Cost Basis

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 2,000.0000 | 39.44000 | 78,880.00 | 54% | | 48,610.00 | N/A | N/A |
| 2,000.0000 | 15.1350 | 30,270.00 | 03/26/20 | | 48,610.00 | 1344 | Long-Term |

WORLDWIDE ~~~~~~~~

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 15,000.0000 | 1.08000 | 16,200.00 | 11% | | 16,200.00 | N/A | N/A |
| 1,500.0000 | 0.0000 | 0.00 | 11/25/22 | | 1,620.00 | 370 | Long-Term |
| 3,500.0000 | 0.0000 | 0.00 | 11/25/22 | | 3,780.00 | 370 | Long-Term |
| 10,000.0000 | 0.0000 | 0.00 | 11/29/22 | | 10,800.00 | 366 | Long-Term |

Cost Basis                              0.00

Please see "Endnotes for Your Account" section for an explanation of the endnote codes and symbols on this statement.

Page 8 of 12

5894



# Realized Gain / Loss

Updated: 11:51:30 AM ET, 12/13/2024    ⟳ Refresh    ⓘ Help    ⬇ Export    🖨 Print

View Positions

| Individual | ...894 ⌄ |

Cost Basis Calculator ⓘ

For today's transactions, real time realized gain/loss information may be delayed.

| Date range | From mm/dd/yyyy | To mm/dd/yyyy | Symbol (Optional) | |
|---|---|---|---|---|
| Custom Date Range ⌄ | 01, 📅 | 12, 📅 | 🔍 mmat ✕ | Search |

## Gain/Loss Summary    Transaction Analyzer

**Reporting Period**

01/01/2022 to 12/13/2023

| | |
|---|---|
| Total Proceeds | $20,188.36 |
| Total Cost Basis | $140,555.12 |

**Gain/Loss**

| | | |
|---|---|---|
| Long Term | -$82,583.41 | (-92.68%) |
| Short Term | -$37,783.35 | (-73.44%) |
| Net Loss | -$120,366.76 | (-85.64%) |

**Totals** ⓘ

| | |
|---|---|
| Total Gains | $0.00 |
| Total Losses | -$120,366.76 |
| Net Loss | -$120,366.76 |

Gain/Loss Ratio
**0.00%**

## Realized Gain/Loss Details

Chart based on 2 records.

Show Chart ⊙

**5894** (handwritten)



| Symbol Description | Closed Date | Quantity | Closing Price | Proceeds | Cost Basis (CB) | Total | Long Term | Short Term |
|---|---|---|---|---|---|---|---|---|
| MMAT META MATLS INC | 12/13/2023 | 270,769 | $0.07 | $17,619.65 | $111,822.03 | -$94,202.38 | -$56,419.03 | -$37,783.3! |
| MMAT META MATLS INC | 12/13/2023 | 39,231 | $0.07 | $2,568.71 | $28,733.09 | -$26,164.38 | -$26,164.38 | |
| Account Total | | | | $20,188.36 | $140,555.12 | -$120,366.76 | -$82,583.41 | -$37,78: |

*(handwritten: 310,000 shares)*

## Disclosures & Footnotes

The Realized Gain-Loss Analysis should not be considered a substitute for your trade confirmations, account statements or tax forms. Supplemental data is shown for informational purposes only, and should not be considered individualized recommendations or personalized investment advice.

Values for fixed income securities have been adjusted for amortization/accretion; with the exception of variable rate and mortgage-backed securities or for accounts with this preference turned off.

Total Cash represents income and expenses as they occur; it may be inconsistent with values shown elsewhere on Schwab.com and on your monthly

account statement.

The Realized Gain/Loss page provides summary information of closed transactions. Not all closed transactions appear on this page.

Please view the Cost Basis Disclosure Statement for additional information on cost basis methods choices and how Schwab reports adjusted cost basis information to the IRS.

Please note that gains and losses realized in retirement accounts are not recognized for tax purposes. Rather, income may be recognized when you receive a cash distribution from these accounts. Please contact your tax advisor for further information.

The total Realized Gain/Loss for this account includes values for Short Positions held in the account. For more information on summary totals when there are Short Positions, please see the Help Section.

(0423-3BXK, 0623-37YU, 1123-3XUW)

Today's Date: 11:59 AM ET, 12/13/2024

*Own your tomorrow.*

Check the background of Charles Schwab or one of its investment professionals on FINRA'S BrokerCheck.

**Investment and Insurance Products Are: Not FDIC Insured • Not Insured by Any Federal Government Agency • Not a Deposit or Other Obligation of, or Guaranteed by, the Bank or any of its Affiliates • Subject to Investment Risks, Including Possible Loss of Principal Amount Invested**

The Charles Schwab Corporation provides a full range of brokerage, banking and financial advisory services through its operating subsidiaries. Its broker-dealer subsidiary, Charles Schwab & Co. Inc. (Member SIPC), and its affiliates offer investment services and products. Its banking subsidiary, Charles Schwab Bank, SSB (member FDIC and an Equal Housing Lender), provides deposit and lending services and products.

This site is designed for U.S. residents. Non-U.S. residents are subject to country-specific restrictions. Learn more about our services for non-US Residents, Charles Schwab Hong Kong clients, Charles Schwab UK clients.

© 2024 Charles Schwab & Co., Inc. All rights reserved. Member SIPC. Unauthorized access is prohibited. Usage will be monitored.



*Bought from 10-19-2022 to 4-14-2023*
*Sold 12-13-2023*

# Transaction History

Updated: 01:42:07 PM ET, 12/02/2024    ↻ Refresh    ? Help    ⬇ Export    🖨 Print

Individual                    ...894    *Acct 5894*

**Date range:** All    **Symbol (Optional):** mmat ✕    ☑ Include Options    [Search]

▽ Filter by Transaction Types

## Transactions found from 12/02/2020 to 12/02/2024
Don't see it here? Go to Statements

| Date ▼ | Action | Symbol / Description | Quantity | Price | Fees & Comm | Amount |
|---|---|---|---|---|---|---|
| 12/13/2023 | Sell<br>Trade Details | MMAT<br>META MATLS INC | 270,769 | $0.0651 | $7.41 | $17,619.65 |
| 12/13/2023 | Sell<br>Trade Details | MMAT<br>META MATLS INC | 39,231 | $0.0655 | $0.93 | $2,568.71 |
| 04/14/2023 | Buy<br>Trade Details | MMAT<br>META MATLS INC | 200,000 | $0.2194 | | -$43,882.60 |
| 02/14/2023 | Buy<br>Trade Details | MMAT<br>META MATLS INC | 10,000 | $0.7566 | | -$7,566.00 |
| 11/23/2022 | Buy<br>Trade Details | MMAT<br>META MATLS INC | 2,001 | $1.90 | | -$3,801.90 |
| 11/23/2022 | Buy<br>Trade Details | MMAT<br>META MATLS | 100 | $1.90 | | -$190.00 |

https://client.schwab.com/app/accounts/history/#/                    Page 1 of 15

| Date | Action | Symbol / Description | Quantity | Price | Amount |
|---|---|---|---|---|---|
| | | INC | | | |
| 11/23/2022 | Buy<br>Trade Details | MMAT<br>META MATLS<br>INC | 300 | $1.90 | -$570.00 |
| 11/23/2022 | Buy<br>Trade Details | MMAT<br>META MATLS<br>INC | 600 | $1.895 | -$1,137.00 |
| 11/23/2022 | Buy<br>Trade Details | MMAT<br>META MATLS<br>INC | 1,400 | $1.90 | -$2,660.00 |
| 11/23/2022 | Buy<br>Trade Details | MMAT<br>META MATLS<br>INC | 4 | $1.90 | -$7.60 |
| 11/23/2022 | Buy<br>Trade Details | MMAT<br>META MATLS<br>INC | 100 | $1.90 | -$190.00 |
| 11/23/2022 | Buy<br>Trade Details | MMAT<br>META MATLS<br>INC | 96 | $1.90 | -$182.40 |
| 11/23/2022 | Buy<br>Trade Details | MMAT<br>META MATLS<br>INC | 1,304 | $1.90 | -$2,477.60 |
| 11/23/2022 | Buy<br>Trade Details | MMAT<br>META MATLS<br>INC | 200 | $1.895 | -$379.00 |
| 11/23/2022 | Buy<br>Trade Details | MMAT<br>META MATLS<br>INC | 296 | $1.895 | -$560.92 |
| 11/23/2022 | Buy<br>Trade Details | MMAT<br>META MATLS<br>INC | 3,000 | $1.90 | -$5,700.00 |
| 11/23/2022 | Buy<br>Trade Details | MMAT<br>META MATLS<br>INC | 197 | $1.90 | -$374.30 |

| Date | Action | Symbol / Description | Quantity | Price | Amount |
|---|---|---|---|---|---|
| 11/23/2022 | Buy<br>Trade Details | MMAT<br>META MATLS INC | 3 | $1.90 | -$5.70 |
| 11/23/2022 | Buy<br>Trade Details | MMAT<br>META MATLS INC | 18 | $1.90 | -$34.20 |
| 11/23/2022 | Buy<br>Trade Details | MMAT<br>META MATLS INC | 100 | $1.90 | -$190.00 |
| 11/23/2022 | Buy<br>Trade Details | MMAT<br>META MATLS INC | 281 | $1.90 | -$533.90 |
| 11/10/2022 | Buy<br>Trade Details | MMAT<br>META MATLS INC | 400 | $1.25 | -$500.00 |
| 11/10/2022 | Buy<br>Trade Details | MMAT<br>META MATLS INC | 4,000 | $1.25 | -$5,000.00 |
| 11/10/2022 | Buy<br>Trade Details | MMAT<br>META MATLS INC | 600 | $1.25 | -$750.00 |
| 10/12/2022 | Buy<br>Trade Details | MMAT<br>META MATLS INC | 10,000 | $0.8853 | -$8,853.00 |
| 10/10/2022 | Buy<br>Trade Details | MMAT<br>META MATLS INC | 46,300 | $0.7346 | -$34,011.98 |
| 10/10/2022 | Buy<br>Trade Details | MMAT<br>META MATLS INC | 8,910 | $0.7346 | -$6,545.29 |
| 10/10/2022 | Buy<br>Trade Details | MMAT<br>META MATLS INC | 500 | $0.7308 | -$365.40 |
| 10/10/2022 | Buy<br>Trade Details | MMAT<br>META MATLS | 90 | $0.7308 | -$65.77 |

| | | | | | |
|---|---|---|---|---|---|
| | | INC | | | |
| 10/10/2022 | Buy<br>Trade Details | MMAT<br>META MATLS<br>INC | 200 | $0.7308 | -$146.16 |
| 10/10/2022 | Buy<br>Trade Details | MMAT<br>META MATLS<br>INC | 200 | $0.7308 | -$146.16 |
| 10/10/2022 | Buy<br>Trade Details | MMAT<br>META MATLS<br>INC | 200 | $0.7308 | -$146.16 |
| 10/10/2022 | Buy<br>Trade Details | MMAT<br>META MATLS<br>INC | 300 | $0.7308 | -$219.24 |
| 10/10/2022 | Buy<br>Trade Details | MMAT<br>META MATLS<br>INC | 7,000 | $0.7308 | -$5,115.60 |
| 10/10/2022 | Buy<br>Trade Details | MMAT<br>META MATLS<br>INC | 1,700 | $0.7308 | -$1,242.36 |
| 10/10/2022 | Buy<br>Trade Details | MMAT<br>META MATLS<br>INC | 1,700 | $0.7308 | -$1,242.36 |
| 10/10/2022 | Buy<br>Trade Details | MMAT<br>META MATLS<br>INC | 1,800 | $0.7308 | -$1,315.44 |
| 10/10/2022 | Buy<br>Trade Details | MMAT<br>META MATLS<br>INC | 4,100 | $0.7308 | -$2,996.28 |
| 10/10/2022 | Buy<br>Trade Details | MMAT<br>META MATLS<br>INC | 700 | $0.7254 | -$507.78 |
| 10/10/2022 | Buy<br>Trade Details | MMAT<br>META MATLS<br>INC | 500 | $0.7254 | -$362.70 |

9627

**charles SCHWAB**

Schwab One® Account of
**BRAD DAVIS**

Account Number
****-9627

Statement Period
November 1-30, 2023

## Investment Detail - Equities (continued)

| Equities (continued) | Quantity Units Purchased | Market Price Cost Per Share | Market Value Cost Basis | % of Account Assets | Acquired | Unrealized Gain or (Loss) | Estimated Yield Holding Days | Estimated Annual Income Holding Period |
|---|---|---|---|---|---|---|---|---|
| ~~LIBERTY~~ F | 750.0000 | 16.00000 25.4550 | 12,000.00 19,091.25 | 9% | 04/09/21 | (7,091.25) (7,091.25) | N/A 965 | N/A Long-Term |
| META MATLS INC SYMBOL: MMAT | 14,000.0000 | 0.09430 | 1,320.20 | <1% | | (21,679.80) | N/A | N/A |
| Cost Basis | 10,000.0000 | 1.9000 | 19,000.00 | | 11/23/22 | (18,057.00) | 372 | Long-Term |
|  | 1,000.0000 | 1.0000 | 1,000.00 | | 02/03/23 | (905.70) | 300 | Short-Term |
|  | 3,000.0000 | 1.0000 | 3,000.00 | | 02/03/23 | (2,717.10) | 300 | Short-Term |
|  |  |  | 23,000.00 |  |  |  |  |  |
| ~~*****~~ | 80.0000 | 3.30000 | 264.00 | <1% | 04/29/21 | (5,604.00) | N/A | N/A |
| ~~*****~~ | 80.0000 | 73.3500 | 5,868.00 | | | (5,604.00) | 945 | Long-Term |
| ~~*****~~ | 5.0000 | 0.15200 | 0.76 | <1% | | (247.34) | N/A | N/A |
| ~~*****~~ | 5.0000 | 49.6200 | 248.10 | | 02/22/23 | (247.34) | 281 | Short-Term |
| **Total Equities** | **16,332.3447** | | **139,473.59** | **100%** | | **20,930.54** | | **477.45** |
| | Total Cost Basis: | | 118,543.05 | | | | | |

Please see "Endnotes for Your Account" section for an explanation of the endnote codes and symbols on this statement.

Page 6 of 9

Realized Gain / Loss | Charles Schwab                                          12/13/24, 10:55 AM

**9627**



# Realized Gain / Loss

Updated: 11:51:30 AM ET, 12/13/2024    ↻ Refresh    ? Help    ⬇ Export    🖨 Print



Individual    ...627  ⌄

View Positions

For today's transactions, real time realized gain/loss information may be delayed.

Cost Basis Calculator ⓘ

| Date range | From mm/dd/yyyy | To mm/dd/yyyy | Symbol (Optional) | |
|---|---|---|---|---|
| Custom Date Ran ⌄ | 01, 📅 | 12, 📅 | 🔍 mmat ✖ | Search |

**Gain/Loss Summary** | Transaction Analyzer

**Reporting Period**

01/01/2022 to 12/13/2023

| | |
|---|---|
| Total Proceeds | $900.96 |
| Total Cost Basis | $23,000.00 |

**Gain/Loss**

| | | |
|---|---|---|
| Long Term | -$18,356.46 | (-96.61%) |
| Short Term | -$3,742.58 | (-93.56%) |
| Net Loss | -$22,099.04 | (-96.08%) |

**Totals** ⓘ

| | |
|---|---|
| Total Gains | $0.00 |
| Total Losses | -$22,099.04 |
| Net Loss | -$22,099.04 |

Gain/Loss Ratio
**0.00%**

### Realized Gain/Loss Details

Chart based on 1 record.                                                    Show Chart ⦿

https://client.schwab.com/app/accounts/RGL/#/RGL                            Page 1 of 3

**9627**

[Chart showing values from -95.25% to -96.75% across Dec 12 – Dec 14, with a data point near -96% on Dec 13]

Realized Gain/Loss  [ $ ]  %

| Symbol Description | Closed Date | Quantity | Closing Price | Proceeds | Cost Basis (CB) | Total | Long Term | Short Term |
|---|---|---|---|---|---|---|---|---|
| MMAT META MATLS INC | 12/13/2023 | 14,000 | $0.06 | $900.96 | $23,000.00 | -$22,099.04 | -$18,356.46 | -$3,742.58 |
| **Account Total** | | | | $900.96 | $23,000.00 | -$22,099.04 | -$18,356.46 | -$3,742.58 |

*14,000 shares* (handwritten)

## Disclosures & Footnotes

The Realized Gain-Loss Analysis should not be considered a substitute for your trade confirmations, account statements or tax forms. Supplemental data is shown for informational purposes only, and should not be considered individualized recommendations or personalized investment advice.

Values for fixed income securities have been adjusted for amortization/accretion; with the exception of variable rate and mortgage-backed securities or for accounts with this preference turned off.

Total Cash represents income and expenses as they occur; it may be inconsistent with values shown elsewhere on Schwab.com and on your monthly account statement.

The Realized Gain/Loss page provides summary information of closed transactions. Not all closed transactions appear on this page.

9627

Please view the Cost Basis Disclosure Statement for additional information on cost basis methods choices and how Schwab reports adjusted cost basis information to the IRS.

Please note that gains and losses realized in retirement accounts are not recognized for tax purposes. Rather, income may be recognized when you receive a cash distribution from these accounts. Please contact your tax advisor for further information.

The total Realized Gain/Loss for this account includes values for Short Positions held in the account. For more information on summary totals when there are Short Positions, please see the Help Section.

(0423-3BXK, 0623-37YU, 1123-3XUW)

Today's Date: 11:53 AM ET, 12/13/2024

*Own your tomorrow*

Check the background of Charles Schwab or one of its investment professionals on FINRA'S BrokerCheck.

**Investment and Insurance Products Are: Not FDIC Insured • Not Insured by Any Federal Government Agency • Not a Deposit or Other Obligation of, or Guaranteed by, the Bank or any of its Affiliates • Subject to Investment Risks, Including Possible Loss of Principal Amount Invested**

The Charles Schwab Corporation provides a full range of brokerage, banking and financial advisory services through its operating subsidiaries. Its broker-dealer subsidiary, Charles Schwab & Co. Inc. (Member SIPC), and its affiliates offer investment services and products. Its banking subsidiary, Charles Schwab Bank, SSB (member FDIC and an Equal Housing Lender), provides deposit and lending services and products.

This site is designed for U.S. residents. Non-U.S. residents are subject to country-specific restrictions. Learn more about our services for non-US Residents, Charles Schwab Hong Kong clients, Charles Schwab UK clients.

© 2024 Charles Schwab & Co., Inc. All rights reserved. Member SIPC. Unauthorized access is prohibited. Usage will be monitored.

*Bought from 11-23-2022 to 2-3-2023*

*Sold 12-13-2023*



# Transaction History

Updated: 01:42:07 PM ET, 12/02/2024    ⟳ Refresh    ⓘ Help    ⬇ Export    🖨 Print

Individual                    ...627    *Act 9627*

**Date range**: All    **Symbol (Optional)**: mmat ⊗    ☑ Include Options    [ Search ]

▽ Filter by Transaction Types

## Transactions found from 12/02/2020 to 12/02/2024

Don't see it here? Go to Statements

| Date ▼ | Action | Symbol / Description | Quantity | Price | Fees & Comm | Amount |
|---|---|---|---|---|---|---|
| 12/13/2023 | Sell<br>Trade Details | MMAT<br>META MATLS INC | 14,000 | $0.0645 | $2.04 | $900.96 |
| 02/03/2023 | Buy<br>Trade Details | MMAT<br>META MATLS INC | 3,000 | $1.00 | | -$3,000.00 |
| 02/03/2023 | Buy<br>Trade Details | MMAT<br>META MATLS INC | 1,000 | $1.00 | | -$1,000.00 |
| 11/28/2022 | Journal | MMAT<br>META MATLS INC | 10,000 | | | |
| 11/28/2022 | Journal | MMAT<br>META MATLS INC | -10,000 | | | |
| 11/23/2022 | Buy<br>Trade Details | MMAT<br>META MATLS | 10,000 | $1.90 | | -$19,000.00 |

https://client.schwab.com/app/accounts/history/#/                                              Page 1 of 3