NVB 3001 (Rev. 12/24)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | | PROOF OF INTEREST |
|---|---|---|

Name of Debtor: Meta Materials Inc

Case Number: 24-50792

1. **Name and address of holder of the Equity Interest** (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

   Michelle Bailey
   20607 Elderwood Terrace
   Richmond, TX. 77406

   Telephone Number: 832-489-5010

   ☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

   ☐ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

   ☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

   RECEIVED AM
   AND FILED
   DEC 16 2024
   U.S. BANKRUPTCY COURT
   MARY A. SCHOTT, CLERK

   **COURT USE ONLY**

   NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

Account or other number by which Interest holder identifies Debtor (last 4 digits only): 5737-9190

Check here if this Proof of Interest:
☐ replaces a previously filed Proof of Interest dated: _____
☐ amends a previously filed Proof of Interest dated: _____

2. **Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:** Michelle Bailey
   Charles Schwab 211 Main St SF CA 94105
   Telephone Number: 800-435-4000

3. **Date Equity Interest was acquired:**
   11-28-22 — 12-5-22
   see attached

4. **Total amount of member interest:** 3,100 shares $5579.45

5. **Certificate number(s):** See attached

6. **Type of Equity Interest:**
   Please indicate the type of Equity Interest you hold:
   ☒ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
   ☐ Check this box if your Equity Interest is based on anything else and describe that interest:
   Description: Investor

7. **Supporting Documents:** Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. **Date-Stamped Copy:** To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

9. **Signature:**
   Check the appropriate box.
   ☒ I am the interest holder.
   ☐ I am the interest holder's authorized agent. (Attach copy of power of attorney, if any.)
   ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)
   ☐ I am a guarantor, surety, endorser, or other codebtor. (see Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this proof of interest is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: Michelle Bailey
Title:
Company:___ Address and telephone number (if different from notice address above):

(Signature) /s/
(Date) 12-12-24
Telephone number: 832-489-5010  email: Mebailey85@outlook.com

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

[ Print Form ]  [ Save Form ]  [ Clear Form ]

summary for Michelle Bailey MMAT case # 24-50792

total shares purchased 3,100 still holding. Reverse split to 31 shares

total investment $5,579.45

# Schwab One® Account of

MICHELLE BAILEY

Account Number
5737-9190

Statement Period
November 1-30, 2023

MICHELLE BAILEY
20607 ELDERWOOD TERRACE DR
RICHMOND TX    77406-1973

## Account Summary

| | Ending Account Value as of 11/30 | Beginning Account Value as of 11/01 | Total Value Change ($) |
|---|---|---|---|
| | $533.77 | $616.45 | ($82.68) |

| | This Statement | Previous Statement | Change |
|---|---|---|---|
| Beginning Value | $616.45 | $898.15 | ($281.70) |
| Deposits | 0.00 | 0.00 | 0.00 |
| Withdrawals | 0.00 | 0.00 | 0.00 |
| Dividends and Interest | 0.09 | 0.09 | 0.00 |
| Transfer of Securities(In/Out) | 0.00 | 0.00 | 0.00 |
| Market Value Change | (82.77) | (281.79) | 199.02 |
| Fees | 0.00 | 0.00 | 0.00 |
| **Ending Value** ʷ | **$533.77** | **$616.45** | **($82.68)** |

## Gain or (Loss) Summary

| | Short-Term (ST) | | | Long-Term (LT) | | |
|---|---|---|---|---|---|---|
| | Gain | (Loss) | Net | Gain | (Loss) | Net |
| This Period | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| YTD | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Unrealized | | | | | | ($5,287.12) |

Values may not reflect all of your gains/losses; Schwab has provided accurate gain and loss information wherever possible for most investments. Cost basis may be incomplete or unavailable for some of your holdings and may change or be adjusted in certain cases. Please login to your account at Schwab.com for real-time gain/loss information. Statement information should not be used for tax preparation, instead refer to official tax documents. For additional information refer to Terms and Conditions.

## Manage Your Account

**Customer Service and Trading:**
Call your Schwab Representative
1-800-435-4000
24/7 Customer Service

For the most current records on your account visit schwab.com/login. Statements are archived up to 10 years online.

## Commitment to Transparency

Client Relationship Summaries and Best Interest disclosures are at schwab.com/transparency.
Charles Schwab & Co., Inc. Member SIPC.

## Online Assistance

Visit us online at schwab.com

Visit schwab.com/stmt to explore the features and benefits of this statement.



# Schwab One® Account of

MICHELLE BAILEY

Statement Period
November 1-30, 2023

## Asset Allocation

| | This Period | Current Allocation |
|---|---|---|
| Cash and Cash Investments | 241.44 | 45% |
| Equities | 292.33 | 55% |
| **Total** | **$533.77** | **100%** |

## Income Summary

| | This Period | | | YTD | |
|---|---|---|---|---|---|
| Federal Tax Status | Tax-Exempt | Taxable | Tax-Exempt | Taxable | |
| Bank Sweep Interest | 0.00 | 0.09 | 0.00 | 0.98 | |
| **Total Income** | **$0.00** | **$0.09** | **$0.00** | **$0.98** | |

## Top Account Holdings This Period

| SYMBOL CUSIP | Description | Market Value | % of Accounts |
|---|---|---|---|
| MMAT | META MATLS INC SCHWAB PREMIER BANK | 292.33 241.44 | 55% 45% |

## Positions - Summary

| Beginning Value as of | + | Transfer of Securities(In/Out) | + | Dividends Reinvested | + | Cash Activity | + | Change in Market Value | = | Ending Value as of 11/30 | Cost Basis | Pending/Unsettled Cash($) | Unrealized Gain/(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| $616.45 | | $0.00 | | $0.00 | | $0.09 | | ($82.77) | | $533.77 | $14,760.10 | | ($5,287.12) |

Values may not reflect all of your gains/losses. Schwab has provided accurate gain and loss information wherever possible for most investments. Cost basis may be incomplete or unavailable for some of your holdings and may change or be adjusted in certain cases. Statement information should not be used for tax preparation, instead refer to official tax documents. For additional information refer to Terms and Conditions.

## Cash and Cash Investments

| Type | Symbol | Description | Quantity | Price($) | Beginning Balance($) | Ending Balance($) | Change in Period Balance($) | Interest/ Yield Rate | % of Acct |
|---|---|---|---|---|---|---|---|---|---|
| Bank Sweep | | SCHWAB PREMIER BANK x,z | | | 241.35 | 241.44 | 0.09 | 0.45% | 45% |
| **Total Cash and Cash Investments** | | | | | **$241.35** | **$241.44** | **$0.09** | | **45%** |



# Schwab One® Account of
MICHELLE BAILEY

Statement Period
November 1-30, 2023

## Positions - Equities

| Symbol | Description | Quantity | Price($) | Market Value($) | Cost Basis($) | Unrealized Gain/(Loss)($) | Est. Yield | Est. Annual Income($) | % of Acct |
|---|---|---|---|---|---|---|---|---|---|
| MMAT | META MATLS INC | 3,100.0000 | 0.09430 | 292.33 | 5,579.45 | (5,287.12) | N/A | 0.00 | 55% |
| **Total Equities** | | | | **$292.33** | **$5,579.45** | **($5,287.12)** | | **$0.00** | **55%** |

## Positions - Unpriced Securities

| Symbol | Description | Quantity | Price($) | Market Value($) | Cost Basis($) | Unrealized Gain/(Loss)($) | Est. Yield | Est. Annual Income($) |
|---|---|---|---|---|---|---|---|---|
| | NEXT BRIDGE HYDROCARBONS | 1,100.0000 | | $0.00 | 9,180.65 | N/A | | |
| **Total Unpriced Securities** | | | | **$0.00** | **$9,180.65** | **$0.00** | | **$0.00** |

Estimated Annual Income ("EAI") and Estimated Yield ("EY") calculations are for informational purposes only. The actual income and yield might be lower or higher than the estimated amounts. EY is based upon EAI and the current price of the security and will fluctuate. For certain types of securities, the calculations could include a return of principal or capital gains in which case EAI and EY would be overstated. EY and EAI are not promptly updated to reflect when an issuer has missed a regular payment or announced changes to future payments, in which case EAI and EY will continue to display at a prior rate.

## Transactions - Summary

| Beginning Cash¹ as of 11/01 | + | Deposits | + | Withdrawals | + | Purchases | + | Sales/Redemptions | + | Dividends/Interest | + | Fees | = | Ending Cash¹ as of 11/30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| $241.35 | | $0.00 | | $0.00 | | $0.00 | | $0.00 | | $0.09 | | $0.00 | | $241.44 |

Other Activity **$0.00**   Other activity includes transactions which don't affect the cash balance such as stock transfers, splits, etc.

¹ Cash (includes any cash debit balance) held in your account plus the value of any cash invested in a sweep money fund.

## Transaction Details

| Date | Category | Action | Symbol/ CUSIP | Description | Quantity | Price/Rate per Share($) | Charges/ Interest($) | Amount($) | Realized Gain/(Loss)($) |
|---|---|---|---|---|---|---|---|---|---|
| 11/16 | Interest | Bank Interest X-Z | | BANK INT 101623-111523 | | | | 0.09 | |
| **Total Transactions** | | | | | | | | **$0.09** | **$0.00** |

Date column represents the Settlement/Process date for each transaction.



*Bought from 11-28-2022 to 12-5-2022*

# Transaction History

Updated: 11:15:53 AM ET, 12/13/2024   ⟳ Refresh   ⓘ Help   ⇩ Export   🖨 Print

Individual        ...190

| Date range | Symbol (Optional) | | |
|---|---|---|---|
| All ▾ | 🔍 mmat  ✕ | ☑ Include Options | Search |

▦ Filter by Transaction Types

## Transactions found from 12/13/2020 to 12/13/2024
Don't see it here? Go to Statements

| Date ▼ | Action | Symbol / Description | Quantity | Price | Fees & Comm | Amount |
|---|---|---|---|---|---|---|
| 01/29/2024 | Reverse Split | MMAT META MATLS INC | 31 | | | |
| 12/05/2022 | Buy Trade Details | MMAT META MATLS INC | 200 | $1.77 | | -$354.00 |
| 12/05/2022 | Buy Trade Details | MMAT META MATLS INC | 800 | $1.77 | | -$1,416.00 |
| 11/28/2022 | Buy Trade Details | MMAT META MATLS INC | 1,000 | $1.80 | | -$1,800.00 |
| 11/28/2022 | Buy Trade Details | MMAT META MATLS INC | 1,000 | $1.82 | | -$1,820.00 |
| 11/28/2022 | Buy | MMAT | 11 | $1.89 | | -$20.79 |

|            |                      |                            |     |         |           |
|------------|----------------------|----------------------------|-----|---------|-----------|
|            | Trade Details        | META MATLS INC             |     |         |           |
| 11/28/2022 | Buy Trade Details    | MMAT META MATLS INC        | 89  | $1.895  | -$168.66  |

Page Total: **-$5,579.45**

- Reverse Split 01/29/2024

  MMAT

  META MATLS INC

  31 quantity

- Buy 12/05/2022

  Trade Details

  MMAT

  META MATLS INC

  200 quantity

  $1.77 price

  -$354.00 amount

- Buy 12/05/2022

  Trade Details

  MMAT

  META MATLS INC

  800 quantity

  $1.77 price

  -$1,416.00 amount

- Buy 11/28/2022

  Trade Details

  MMAT

  META MATLS INC

  1,000 quantity

  $1.80 price

  -$1,800.00 amount

- Buy 11/28/2022

    Trade Details

    MMAT

    META MATLS INC

    1,000 quantity

    $1.82 price

    -$1,820.00 amount

- Buy 11/28/2022

    Trade Details

    MMAT

    META MATLS INC

    11 quantity

    $1.89 price

    -$20.79 amount

- Buy 11/28/2022

    Trade Details

    MMAT

    META MATLS INC

    89 quantity

    $1.895 price

    -$168.66 amount

Page Total: **-$5,579.45**

Intra-day transactions are subject to change.

Brokerage Account Balances are from the previous market close, but also may include new activity that will be posted to your account at after market close. Balances are subject to change.

Bank sweep information can be found on your Statements. Current Balance bank sweep information can be found on the Balances page.

(1123-3U5Y, 0924-CLCV)

Today's Date: 11:15 AM ET, 12/13/2024

*Own your tomorrow.*

Check the background of Charles Schwab or one of its investment professionals on FINRA'S BrokerCheck.

---

**Investment and Insurance Products Are: Not FDIC Insured • Not Insured by Any Federal Government Agency • Not a Deposit or Other Obligation of, or Guaranteed by, the Bank or any of its Affiliates • Subject to Investment Risks, Including Possible Loss of Principal Amount Invested**

---

The Charles Schwab Corporation provides a full range of brokerage, banking and financial advisory services through its operating subsidiaries. Its broker-dealer subsidiary, Charles Schwab & Co. Inc. (Member SIPC), and its affiliates offer investment services and products. Its banking subsidiary, Charles Schwab Bank, SSB (member FDIC and an Equal Housing Lender), provides deposit and lending services and products.

This site is designed for U.S. residents. Non-U.S. residents are subject to country-specific restrictions. Learn more about our services for non-US Residents, Charles Schwab Hong Kong clients, Charles Schwab UK clients.

© 2024 Charles Schwab & Co., Inc. All rights reserved. Member SIPC. Unauthorized access is prohibited. Usage will be monitored.

SnapTicket®