NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | | **PROOF OF INTEREST** |
|---|---|---|

Name of Debtor: META MATERIALS, INC.

Case Number: 24-50792

**1. Name and address of holder of the Equity Interest** (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

ROSIE PARMAR
219-701 STERLING LYON PARKWAY
WINNIPEG, MANITOBA
R3P 2V1
CANADA

Telephone Number: 204-979-7966

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

☑ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

RECEIVED AM
AND FILED
DEC 16 2024
U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

COURT USE ONLY

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

Account or other number by which Interest holder identifies Debtor:
X 141XJ3B

Check here if this claim:
☐ replaces a previously filed Proof of Interest dated: _____
☐ amends a previously filed Proof of Interest dated: _____

**2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:**
ROSIE PARMAR
X TORONTO DOMINION CENTRE - CORPORATE OFFICE
66 WELLINGTON STREET WEST
TORONTO, ONTARIO, M5K 1A2, CANADA
Telephone Number: X 1-877-833-8925

**3. Date Equity Interest was acquired:**
APRIL 16, 2021
SEE ATTACHED DOCUMENTATION

**4. Total amount of member interest:** 45 SHARES FOR $14,409.99

**5. Certificate number(s):** SEE ATTACHED DOCUMENTATION

**6. Type of Equity Interest:**
Please indicate the type of Equity Interest you hold:
☑ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
☐ Check this box if your Equity Interest is based on anything else and describe that interest:
Description: _____

**7. Supporting Documents:** Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**8. Date-Stamped Copy:** To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

**9. Signature:**
Check the appropriate box.
☑ I am the creditor.   ☐ I am the creditor's authorized agent.   ☐ I am the trustee, or the debtor,   ☐ I am a guarantor, surety, endorser, or other codebtor.
(Attach copy of power of attorney, if any.) or their authorized agent. (See Bankruptcy Rule 3005.)
(See Bankruptcy Rule 3004.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: ROSIE PARMAR
Title:
Company: ___ Address and telephone number (if different from notice address above):

X (Signature)   DEC. 13, 2024 (Date)

Telephone number: 204-979-7966   email: rosie_parmar@hotmail.com

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

Account number: 141XJ3-K
Account type: Tax-Free Savings Account - US
TFSA statement: Apr 30, 2021

**PROOF OF INTEREST SUPPLEMENTAL INFORMATION:**
**CASE: 24-50792, META MATERIALS, INC.**
**FOR: ROSIE PARMAR**

**BROKER: TD DIRECT INVESTING**
**ACCT: #141XJ3B**

<u>**TRANSCATIONS FOR ACCT # 141XJ3B**</u>

April 16, 2021 Purchased 9000 TRCH Share at $1.60/Share = $14,409.99 Total Investment

TOTAL SHARES HELD PRE-MERGER FOR TRCH TO MMAT: 9,000 SHARES

TOTAL MONIES INVESTED PRE-MERGER $14,409.99

June 29, 2021 MMAT DID A 2 FOR 1 REVERSE SPLIT WHERE 9,000 MMAT SHARES BECAME 4500 MMAT SHARES.

Jan 29, 2024 MMAT DID 100 FOR 1 REVERSE SPLIT WHERE REMAINING 4500 MMAT SHARES BEAME 45 MMAT SHARES.

TOTAL SHARES HELD [P]ST TWO REVERSE SPLITS AS OUTLINED ABOVE ARE 45 SHARES IN THIS [A]CCOUNT.

TOTAL MONIES INVEST[E]D PRE-REVERSE SPLIT AS OUTLINE ABOVE AND IN ATTACHED BRO[K]ER ACCOUNT TRANSACTIONS IS <u>$14,409.99</u>

**See Transaction documen[tat]ion from broker account attached.