NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | PROOF OF INTEREST |
|---|---|

**Name of Debtor:** Meta Materials Inc.

**Case Number:** 24-50792

**1. Name and address of holder of the Equity Interest** (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

Jonathon Banfield
9 Carties Cres LC Sackville
NS, B4C-3K8 Canada

**Telephone Number:** 403-585-6761

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

☑ Check box if you have never received any notices from the bankruptcy court or the Debtors from this case.

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

RECEIVED AM
AND FILED

DEC 16 2024

U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

COURT USE ONLY

**NOTE:** This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

**Account or other number by which Interest holder identifies Debtor:**
26995116 - TFSA/667-1098413

Check here if this claim:
☐ replaces a previously filed Proof of Interest dated: _____
☐ amends a previously filed Proof of Interest dated: _____

**2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:**
Jonathon Banfield
RBC Direct Investing: PO box 50 Royal Bank Plaza, Toronto ON M5J-J1
**Telephone Number:**

**3. Date Equity Interest was acquired:**
Between January 2024 - August 2024

**4. Total amount of member interest:** 1,606 for $70,971.20 (CAD)

**5. Certificate number(s):** See documentation

**6. Type of Equity Interest:**
Please indicate the type of Equity Interest you hold:
☐ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
☐ Check this box if your Equity Interest is based on anything else and describe that interest:
Description: Investor

**7. Supporting Documents:** Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**8. Date-Stamped Copy:** To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

**9. Signature:**
Check the appropriate box.
☑ I am the creditor.   ☐ I am the creditor's authorized agent.   ☐ I am the trustee, or the debtor,   ☐ I am a guarantor, surety, endorser, or other codebtor.
(Attach copy of power of attorney, if any.)   or their authorized agent.   (See Bankruptcy Rule 3005.)
(See Bankruptcy Rule 3004.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: Jonathon Banfield
Title:
Company: ___ Address and telephone number (if different from notice address above):

(Signature)   December 12, 2024   (Date)
JonBanfield@Hotmail.com
Telephone number: 403-585-6162   email: JonBanfield@Hotmail.com

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

December 11, 2024

## Holdings

Select an account, goal or group

26695116 - TFSA

[ Previous Day ] [ Intraday ]

| | | | | |
|---|---|---|---|---|
| Trailing 12 Mo Return[2] | Unrealized Gain/Loss | Combined Book Cost | Combined Total | |
| **-99.34%** | CAD **-70,971.20** | CAD **71,198.77** | CAD **227.57** | |
| | -99.68% | USD 50,230.18 | USD 160.55 | |

| CURRENCY | CASH | INVESTMENTS[5] | TOTAL |
|---|---|---|---|
| CAD | 0.00 | 227.57 | 227.57 |

Balances as of Dec 11, 2024 9:24:23 AM ET  |  View Exchange Rates [1]

View holdings by [ Settlement Currency ▼ ] [ Go ]    Values displayed in [ Canadian Dollars ▼ ] [ Go ]

As of Dec. 11, 2024 at 9:24 AM ET.  Some quotes may be delayed. [*]

| CAD Holdings | Intraday Change in CAD (%) | Total Book Cost in CAD | Total Market Value in CAD |
|---|---|---|---|
| | 0.00 (0.00%) | 71,198.77 | 227.57 |

**Common Shares**

| SYMBOL/NAME | QUANTITY | AVERAGE▼ COST | LAST PRICE | CHANGE $(%) | BOOK COST | MARKET VALUE | UNREALIZED GAIN/LOSS $(%) |
|---|---|---|---|---|---|---|---|
| **MMATQ** META MATERIALS INC COMMON STOCK | 1,606 | 44.333 | 0.1417 CAD | 0.00 (0.00%) | 71,198.77 | 227.57 | -70,971.20 (-99.68%) |
| | | | | Sub Total In CAD: | 71,198.77 | 227.57 | -70,971.20 (-99.68%) |

## MOST RECENT FROM INSPIRED INVESTOR



NOW & NOTEWORTHY

### Four Investing Lessons to Take Into 2025

Wisdom from 2024 we can take into 2025 and beyond



NOW & NOTEWORTHY

### An Investor's Guide to Luxury Retail and Sporting Goods

We look at some factors when considering investing in two luxury retail and sporting goods



FEATURED

### Can You Trick Yourself Into Better Investing Decisions?

From overconfidence to loss aversion, cognitive biases can lead to poor decision-making.

---

**Important Information**

[*] Options data provided by Bourse De Montréal and OPRA are delayed 15 minutes. ICE Indices, NYMEX and COMEX data are delayed at least 10 minutes.

As your agreement for the receipt and use of market data provides, the securities markets (1) reserve all rights to the market data that they make available, (2) do not guarantee that data; and (3) shall not be liable for any loss due either to their negligence or to any cause beyond their reasonable control. Some quotes or market data may be delayed.

Quotes for NYSE, AMEX and NASDAQ listed securities are based on Cboe One Real-Time Quote, or consolidated market quote. OTC data provided by OTC Markets Group Inc.

## Disclaimer

1 All exchange rates are based on the previous business day's average value of the foreign currency in Canadian dollars and Canadian dollars in the foreign currency. These rates will not be used when a currency conversion is required for same-day transactions. To obtain rates for same-day currency conversions, please contact an Investment Services Representative at 1-800-769-2560.

2 The performance of your portfolio over the past 12 months (up to the end of the previous month). 'N/A' will be displayed at the start of each new month, up to a period of 10 days, as the portfolio return is re-calculated. Practice Accounts are not included in this calculation.

5 Total Account Values do not include securities held in  safekeeping  .

7 Value is not intraday.

8 Intraday change.

9 Part of or all of the Book Cost on this security position is unknown resulting in the use of market value. The market value applied was September 30, 2015 or later, depending on the transaction activity for this security position.

10 The Book Cost of this security cannot be determined.

11 Part of all of the Book Cost on this security position has been provided by a source other than RBC Direct Investing Inc.

14 The Book Cost of this security is temporarily unavailable due to a pending corporate action event.

Practice accounts are for educational purposes only and simulate the experience of buying or selling securities. Any orders placed through practice accounts do not represent actual instructions to buy or sell a security on an exchange. Please refer to your official account statement for information and details on your actual account holdings.

RBC Direct Investing does not provide investment advice or recommendations. RBC Direct Investing does not monitor or track your goals or their performance. Clients are responsible for the accuracy of their own goals and to monitor them regularly. RBC Direct Investing does not guarantee the accuracy or completeness of the information being presented.

Book Cost values shown are obtained from sources we believe are reliable but we do not guarantee their accuracy. Please refer to your account statement for additional details.

RBC Direct Investing uses the Time Weighted Rate of Return Method to provide an approximation of the performance of your portfolio over time. It adjusts for external cash flows (deposits, withdrawals, transfers in/out, withholding taxes, and federal/provincial taxes) to calculate performance. Returns are geometrically linked where required. Performance data represents past performance and is not necessarily indicative of future performance. Portfolio returns, if any, may vary depending on the nature of the security(ies) held within your account and/or market conditions.

## Sources

© 2024 REFINITIV  Click Here for Limitations and Restrictions on Use.

© 2024 Morningstar, Inc. All Rights Reserved. The information contained herein: (1) is proprietary to Morningstar and/or its content providers; (2) may not be copied or distributed; and (3) is not warranted to be accurate, complete or timely. Neither Morningstar nor its content providers are responsible for any damages or losses arising from any use of this information. Past performance is no guarantee of future results.

Morningstar RatingTM The Morningstar RatingTM for funds, or "star rating", is calculated for managed products (including mutual funds, variable annuity and variable life subaccounts, exchange-traded funds, closed-end funds, and separate accounts) with at least a three-year history. Exchange-traded funds and open-ended mutual funds are considered a single population for comparative purposes. It is calculated based on a Morningstar RiskAdjusted Return measure that accounts for variation in a managed product's monthly excess performance, placing more emphasis on downward variations and rewarding consistent performance. The top 10% of products in each product category receive 5 stars, the next 22.5% receive 4 stars, the next 35% receive 3 stars, the next 22.5% receive 2 stars, and the bottom 10% receive 1 star. The Overall Morningstar Rating for a managed product is derived from a weighted average of the performance figures associated with its three-, five-, and 10-year (if applicable) Morningstar Rating metrics. The weights are: 100% three-year rating for 36- 59 months of total returns, 60% five-year rating/40% three-year rating for 60-119 months of total returns, and 50% 10-year rating/30% five-year rating/20% three-year rating for 120 or more months of total returns. While the 10-year overall star rating formula seems to give the most weight to the 10-year period, the most recent three-year period actually has the greatest impact because it is included in all three rating periods.

© 2024 Trading Central. All Rights Reserved. The information contained herein: (1) is proprietary to Trading Central and/or its content providers; (2) may not be copied or distributed; (3) is not warranted to be accurate, complete or timely; and, (4) does not constitute advice or a recommendation by RBC Direct Investing, Trading Central or its content providers in respect of the investment in financial instruments. Neither RBC Direct Investing nor Trading Central nor its content providers are responsible for any damages or losses arising from any use of this information. Past performance is no guarantee of future results.

Technical Event® is a registered trademark of Trading Central.

Trading Central products and services are protected under U.S. Patent Nos.: 6,801,201; 7,469,226; 7,469,238; 7,835,966; and 7,853,506; and corresponding foreign patents.



Canadian Fund Prices Supplied by CANNEX.



**Direct Investing**

# RBC Direct Investing Inc.
## ORDER EXECUTION ONLY ACCOUNT

*P.O. BOX 50 ROYAL BANK PLAZA*
*TORONTO, ON  M5J 2W7*

ADPRB10700_3009750_038-E:299052-06891

JONATHAN BANFIELD
9 CARTIER CRESCENT
LR. SACKVILLE NS  B4C 3K8

### Confirmation Notice

**DATE**
JANUARY 29, 2024

**ACCOUNT NO.**          **TYPE**
667-1098413                  CSH

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769-2560

---

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT OVER THE COUNTER - USA

**SETTLEMENT DATE**          **JANUARY 31, 2024**
AS PRINCIPAL, WE CONVERTED AT          1.3642
TRANSACTION TYPE          **BOUGHT**

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 140 | META MATERIALS INC | @ | 5.5944U$ |
| | COMMON STOCK | | |
| | UNSOLICITED | | |
| | AVG PRICE SHOWN-DETAILS ON REQ | | |
| | DA | | |
| | EXCHANGE RATE    1.36420000 | | |

| | |
|---|---|
| GROSS AMOUNT | 783.21 |
| COMMISSION | 9.95 |
| SUB TOTAL | 793.16 U$ |
| EXCHANGE | 288.87 |
| NET AMOUNT | 1,082.03 C$ |

CLIENT NAME                              JONATHAN BANFIELD
ACCOUNT NO.                            667-1098413 - CSH
INVESTMENT REPRESENTATIVE    ANTHONY SO
I.R. NO. 3T5

REFERENCE W6439  /  CUSIP US59134N3026  /  SECURITY NO. M076501  /  ORDER NO. 386439  /  INTERNAL CODES UN 1D  /  686 A

Member-Canadian Investor Protection Fund. ®/ ™   Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.

ADPRB10700  3009750  038 - 00013781 - E:299052

RBC Direct Investing Inc. and Royal Bank of Canada are separate corporate entities which are affiliated. RBC Direct Investing Inc. is a wholly owned subsidiary of Royal Bank of Canada and is a Member of the Investment Industry Regulatory Organization of Canada and the Canadian Investor Protection Fund. Royal Bank of Canada and certain of its issuers are related to RBC Direct Investing Inc. RBC Direct Investing Inc. does not provide investment advice or recommendations regarding the purchase or sale of any securities. Investors are responsible for their own investment decisions. RBC Direct Investing is a business name used by RBC Direct Investing Inc.

The use of the term "We" in this confirmation refers to RBC Dominion Securities Inc.

If an order on this confirmation represents a stock exchange transaction, it is subject to the by-laws, rules and customs of that exchange. If not disclosed on this confirmation, the name of our representative will be provided upon request. The name of the other broker in this transaction is furnished upon written or verbal request.

All transactions are subject to the by-laws and regulations of the Investment Industry Regulatory Organization of Canada. If settlement or provision for settlement, of a transaction on this confirmation is not made by the settlement date shown hereon, or by the date to which accrued interest is calculated as shown hereon, whichever date is applicable, this transaction may be closed without notice to you by the sale or purchase of the related securities, whichever action is appropriate, and RBC Direct Investing Inc. will claim from you any balance owing to RBC Direct Investing Inc. from such action.

Customers accounts are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of the coverage is available upon request.

Please review this confirmation carefully. Failure to object to incorrect or unauthorized trades within 5 days of receipt of this confirmation, constitutes ratification by you of those trades.

RBC Direct Investing Inc. or its affiliate act as principal on foreign currency conversions and fixed income transactions and apply discretionary currency conversion rates. The foreign currency conversion rate shown on the confirmation includes RBC Direct Investing Inc.'s or its affiliate's spread-based revenues for performing this function. Spread means the difference between the rate RBC Direct Investing Inc. or its affiliate obtain and the rate you receive.

If the description on this confirmation reads "YIELD/RENDEMENT", please consult with your investment services representative for further information regarding the yield calculation applied to your trade.

Please note the following security description abbreviations may appear on your Trade Confirmation: NON VTG for non-voting shares; RES VTG for restricted voting shares; SUB VTG for subordinate voting shares.

RBC Direct Investing Inc. may facilitate trades in securities of related issuers and connected issuers of the firm in your account. For a list of such related issuers and connected issuers, refer to the following website: www.rbc.com/issuers-disclosures or contact your investment services representative.

NOTE: INTEREST PAYABLE ON OVERDUE ACCOUNTS                    PLEASE RETAIN THIS CONFIRMATION FOR INCOME TAX PURPOSES.



**Direct Investing**

*P.O. BOX 50 ROYAL BANK PLAZA*
*TORONTO, ON  M5J 2W7*

# RBC Direct Investing Inc.
## ORDER EXECUTION ONLY ACCOUNT

ADPRB10700_3207099_041-E:320942-05295

JONATHAN BANFIELD
9 CARTIER CRESCENT
LR. SACKVILLE NS  B4C 3K8

## Confirmation Notice

**DATE**
FEBRUARY 6, 2024

**ACCOUNT NO.**     **TYPE**
667-1098413         CSH

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769-2560

---

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT OVER THE COUNTER - U.S.A.

**SETTLEMENT DATE**          **FEBRUARY 8, 2024**
AS PRINCIPAL, WE CONVERTED AT                1.3732
TRANSACTION TYPE                      **BOUGHT**

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 145 | META MATERIALS INC | @ | 2.7432U$ |
| | COMMON STOCK | | |
| | UNSOLICITED | | |
| | DA | | |
| | EXCHANGE RATE     1.37320000 | | |

| | |
|---|---|
| GROSS AMOUNT | 397.76 |
| COMMISSION | 9.95 |
| SUB TOTAL | 407.71 U$ |
| EXCHANGE | 152.16 |
| NET AMOUNT | 559.87 C$ |

CLIENT NAME                    JONATHAN BANFIELD
ACCOUNT NO.                    667-1098413 - CSH
INVESTMENT REPRESENTATIVE       MIKE ZAMANIS
I.R. NO. 3T4

REFERENCE 60293  /  CUSIP US59134N3026  /  SECURITY NO. M076501  /  ORDER NO. 060293  /  INTERNAL CODES UN 65  /  686 A

---

Member-Canadian Investor Protection Fund. ®/™  Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.

RBC Direct Investing Inc. and Royal Bank of Canada are separate corporate entities which are affiliated. RBC Direct Investing Inc. is a wholly owned subsidiary of Royal Bank of Canada and is a Member of the Investment Industry Regulatory Organization of Canada and the Canadian Investor Protection Fund. Royal Bank of Canada and certain of its issuers are related to RBC Direct Investing Inc. RBC Direct Investing Inc. does not provide investment advice or recommendations regarding the purchase or sale of any securities. Investors are responsible for their own investment decisions. RBC Direct Investing is a business name used by RBC Direct Investing Inc.

The use of the term "We" in this confirmation refers to RBC Dominion Securities Inc.

If an order on this confirmation represents a stock exchange transaction, it is subject to the by-laws, rules and customs of that exchange. If not disclosed on this confirmation, the name of our representative will be provided upon request. The name of the other broker in this transaction is furnished upon written or verbal request.

All transactions are subject to the by-laws and regulations of the Investment Industry Regulatory Organization of Canada. If settlement or provision for settlement, of a transaction on this confirmation is not made by the settlement date shown hereon, or by the date to which accrued interest is calculated as shown hereon, whichever date is applicable, this transaction may be closed without notice to you by the sale or purchase of the related securities, whichever action is appropriate, and RBC Direct Investing Inc. will claim from you any balance owing to RBC Direct Investing Inc. from such action.

Customers accounts are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of the coverage is available upon request.

Please review this confirmation carefully. Failure to object to incorrect or unauthorized trades within 5 days of receipt of this confirmation, constitutes ratification by you of those trades.

RBC Direct Investing Inc. or its affiliate act as principal on foreign currency conversions and fixed income transactions and apply discretionary currency conversion rates. The foreign currency conversion rate shown on the confirmation includes RBC Direct Investing Inc.'s or its affiliate's spread-based revenues for performing this function. Spread means the difference between the rate RBC Direct Investing Inc. or its affiliate obtain and the rate you receive.

If the description on this confirmation reads "YIELD/RENDEMENT", please consult with your investment services representative for further information regarding the yield calculation applied to your trade.

Please note the following security description abbreviations may appear on your Trade Confirmation: NON VTG for non-voting shares; RES VTG for restricted voting shares; SUB VTG for subordinate voting shares.

RBC Direct Investing Inc. may facilitate trades in securities of related issuers and connected issuers of the firm in your account. For a list of such related issuers and connected issuers, refer to the following website: www.rbc.com/issuers-disclosures or contact your investment services representative.

NOTE: INTEREST PAYABLE ON OVERDUE ACCOUNTS                    PLEASE RETAIN THIS CONFIRMATION FOR INCOME TAX PURPOSES.


**Direct
Investing**

# RBC Direct Investing Inc.
## ORDER EXECUTION ONLY ACCOUNT

*P.O. BOX 50 ROYAL BANK PLAZA
TORONTO, ON  M5J 2W7*

ADPRB10700_3257691_034-E:263178-00503
JONATHAN BANFIELD
9 CARTIER CRESCENT
LR. SACKVILLE NS  B4C 3K8

### Confirmation Notice

**DATE**
FEBRUARY 8, 2024

**ACCOUNT NO.**       **TYPE**
667-1098413            CSH

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769-2560

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT OVER THE COUNTER - U.S.A.

## SETTLEMENT DATE            FEBRUARY 12, 2024
AS PRINCIPAL, WE CONVERTED AT                          1.3686
TRANSACTION TYPE                                   **BOUGHT**

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 90 | META MATERIALS INC | @ | 2.84U$ |
| | COMMON STOCK | | |
| | UNSOLICITED | | |
| | AVG PRICE SHOWN-DETAILS ON REQ | | |
| | DA | | |
| | EXCHANGE RATE    1.36860000 | | |

| | |
|---|---|
| GROSS AMOUNT | 255.60 |
| COMMISSION | 9.95 |
| | |
| SUB TOTAL | 265.55 US$ |
| EXCHANGE | 97.88 |
| NET AMOUNT | 363.43 C$ |

| | |
|---|---|
| CLIENT NAME | JONATHAN BANFIELD |
| ACCOUNT NO. | 667-1098413 - CSH |
| INVESTMENT REPRESENTATIVE | FRANK WONG |
| I.R. NO. 3HL | |

REFERENCE W7763  /  CUSIP US59134N3026  /  SECURITY NO. M076501  /  ORDER NO. 377763  /  INTERNAL CODES UN 65  /  686 A

Member-Canadian Investor Protection Fund. ®/ ™  Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.

RBC Direct Investing Inc. and Royal Bank of Canada are separate corporate entities which are affiliated. RBC Direct Investing Inc. is a wholly owned subsidiary of Royal Bank of Canada and is a Member of the Investment Industry Regulatory Organization of Canada and the Canadian Investor Protection Fund. Royal Bank of Canada and certain of its issuers are related to RBC Direct Investing Inc. RBC Direct Investing Inc. does not provide investment advice or recommendations regarding the purchase or sale of any securities. Investors are responsible for their own investment decisions. RBC Direct Investing is a business name used by RBC Direct Investing Inc.

The use of the term "We" in this confirmation refers to RBC Dominion Securities Inc.

If an order on this confirmation represents a stock exchange transaction, it is subject to the by-laws, rules and customs of that exchange. If not disclosed on this confirmation, the name of our representative will be provided upon request. The name of the other broker in this transaction is furnished upon written or verbal request.

All transactions are subject to the by-laws and regulations of the Investment Industry Regulatory Organization of Canada. If settlement or provision for settlement, of a transaction on this confirmation is not made by the settlement date shown hereon, or by the date to which accrued interest is calculated as shown hereon, whichever date is applicable, this transaction may be closed without notice to you by the sale or purchase of the related securities, whichever action is appropriate, and RBC Direct Investing Inc. will claim from you any balance owing to RBC Direct Investing Inc. from such action.

Customers accounts are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of the coverage is available upon request.

Please review this confirmation carefully. Failure to object to incorrect or unauthorized trades within 5 days of receipt of this confirmation, constitutes ratification by you of those trades.

RBC Direct Investing Inc. or its affiliate act as principal on foreign currency conversions and fixed income transactions and apply discretionary currency conversion rates. The foreign currency conversion rate shown on the confirmation includes RBC Direct Investing Inc.'s or its affiliate's spread-based revenues for performing this function. Spread means the difference between the rate RBC Direct Investing Inc. or its affiliate obtain and the rate you receive.

If the description on this confirmation reads "YIELD/RENDEMENT", please consult with your investment services representative for further information regarding the yield calculation applied to your trade.

Please note the following security description abbreviations may appear on your Trade Confirmation: NON VTG for non-voting shares; RES VTG for restricted voting shares; SUB VTG for subordinate voting shares.

RBC Direct Investing Inc. may facilitate trades in securities of related issuers and connected issuers of the firm in your account. For a list of such related issuers and connected issuers, refer to the following website: www.rbc.com/issuers-disclosures or contact your investment services representative.

NOTE: INTEREST PAYABLE ON OVERDUE ACCOUNTS                    PLEASE RETAIN THIS CONFIRMATION FOR INCOME TAX PURPOSES.



**Direct Investing**

*P.O. BOX 50 ROYAL BANK PLAZA*
*TORONTO, ON  M5J 2W7*

# RBC Direct Investing Inc.
## ORDER EXECUTION ONLY ACCOUNT

ADPRB10700_3286021_034-E:257336-00852

JONATHAN BANFIELD
9 CARTIER CRESCENT
LR. SACKVILLE NS  B4C 3K8

## Confirmation Notice

**DATE**
FEBRUARY 9, 2024

**ACCOUNT NO.**    **TYPE**
667-1098413       CSH

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769-2560

---

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT OVER THE COUNTER - U.S.A.

**SETTLEMENT DATE**          **FEBRUARY 13, 2024**
AS PRINCIPAL, WE CONVERTED AT                 1.3651
TRANSACTION TYPE                          **BOUGHT**

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 180 | META MATERIALS INC | @ | 2.939U$ |
| | COMMON STOCK | | |
| | UNSOLICITED | | |
| | AVG PRICE SHOWN-DETAILS ON REQ | | |
| | DA | | |
| | EXCHANGE RATE    1.36510000 | | |

| | |
|---|---|
| GROSS AMOUNT | 529.02 |
| COMMISSION | 9.95 |
| SUB TOTAL | 538.97 U$ |
| EXCHANGE | 196.78 |
| NET AMOUNT | 735.75 C$ |

| | |
|---|---|
| CLIENT NAME | JONATHAN BANFIELD |
| ACCOUNT NO. | 667-1098413 - CSH |
| INVESTMENT REPRESENTATIVE | ANTHONY SO |
| I.R. NO. 3T5 | |

REFERENCE W5120  /  CUSIP US59134N3026  /  SECURITY NO. M076501  /  ORDER NO. 375120  /  INTERNAL CODES UN 65  /  686 A

---

Member-Canadian Investor Protection Fund. ®/™ Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.

RBC Direct Investing Inc. and Royal Bank of Canada are separate corporate entities which are affiliated. RBC Direct Investing Inc. is a wholly owned subsidiary of Royal Bank of Canada and is a Member of the Investment Industry Regulatory Organization of Canada and the Canadian Investor Protection Fund. Royal Bank of Canada and certain of its issuers are related to RBC Direct Investing Inc. RBC Direct Investing Inc. does not provide investment advice or recommendations regarding the purchase or sale of any securities. Investors are responsible for their own investment decisions. RBC Direct Investing is a business name used by RBC Direct Investing Inc.

The use of the term "We" in this confirmation refers to RBC Dominion Securities Inc.

If an order on this confirmation represents a stock exchange transaction, it is subject to the by-laws, rules and customs of that exchange. If not disclosed on this confirmation, the name of our representative will be provided upon request. The name of the other broker in this transaction is furnished upon written or verbal request.

All transactions are subject to the by-laws and regulations of the Investment Industry Regulatory Organization of Canada. If settlement or provision for settlement, of a transaction on this confirmation is not made by the settlement date shown hereon, or by the date to which accrued interest is calculated as shown hereon, whichever date is applicable, this transaction may be closed without notice to you by the sale or purchase of the related securities, whichever action is appropriate, and RBC Direct Investing Inc. will claim from you any balance owing to RBC Direct Investing Inc. from such action.

Customers accounts are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of the coverage is available upon request.

Please review this confirmation carefully. Failure to object to incorrect or unauthorized trades within 5 days of receipt of this confirmation, constitutes ratification by you of those trades.

RBC Direct Investing Inc. or its affiliate act as principal on foreign currency conversions and fixed income transactions and apply discretionary currency conversion rates. The foreign currency conversion rate shown on the confirmation includes RBC Direct Investing Inc.'s or its affiliate's spread-based revenues for performing this function. Spread means the difference between the rate RBC Direct Investing Inc. or its affiliate obtain and the rate you receive.

If the description on this confirmation reads "YIELD/RENDEMENT", please consult with your investment services representative for further information regarding the yield calculation applied to your trade.

Please note the following security description abbreviations may appear on your Trade Confirmation: NON VTG for non-voting shares; RES VTG for restricted voting shares; SUB VTG for subordinate voting shares.

RBC Direct Investing Inc. may facilitate trades in securities of related issuers and connected issuers of the firm in your account. For a list of such related issuers and connected issuers, refer to the following website: www.rbc.com/issuers-disclosures or contact your investment services representative.

NOTE: INTEREST PAYABLE ON OVERDUE ACCOUNTS                    PLEASE RETAIN THIS CONFIRMATION FOR INCOME TAX PURPOSES.



**Direct Investing**

# RBC Direct Investing Inc.
## ORDER EXECUTION ONLY ACCOUNT

*P.O. BOX 50 ROYAL BANK PLAZA*
*TORONTO, ON  M5J 2W7*

ADPRB10700_3319708_028-E:216087-02618

JONATHAN BANFIELD
9 CARTIER CRESCENT
LR. SACKVILLE NS  B4C 3K8

### Confirmation Notice

**DATE**
FEBRUARY 12, 2024

**ACCOUNT NO.**          **TYPE**
667-1098413                CSH

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769-2560

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT OVER THE COUNTER - U.S.A.

**SETTLEMENT DATE**          **FEBRUARY 14, 2024**
AS PRINCIPAL, WE CONVERTED AT                1.3662
TRANSACTION TYPE                          **BOUGHT**

| Quantity | Security Description | | Unit Price | |
|---|---|---|---|---|
| 75 | META MATERIALS INC | @ | 3.2395U$ | |
| | COMMON STOCK | | | |
| | UNSOLICITED | | | |
| | DA | | | |
| | EXCHANGE RATE | 1.36620000 | | |

| | |
|---|---|
| GROSS AMOUNT | 242.96 |
| COMMISSION | 9.95 |
| SUB TOTAL | 252.91 U$ |
| EXCHANGE | 92.62 |
| NET AMOUNT | 345.53 C$ |

| | |
|---|---|
| CLIENT NAME | JONATHAN BANFIELD |
| ACCOUNT NO. | 667-1098413 - CSH |
| INVESTMENT REPRESENTATIVE | FRANK WONG |
| I.R. NO. 3HL | |

REFERENCE W1288  /  CUSIP US59134N3026  /  SECURITY NO. M076501  /  ORDER NO. 351288  /  INTERNAL CODES UN 65  /  686 A

Member-Canadian Investor Protection Fund. ®/ ™ Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.

ADPRB10700 3319708 028 - 00005235 - E:216087

RBC Direct Investing Inc. and Royal Bank of Canada are separate corporate entities which are affiliated. RBC Direct Investing Inc. is a wholly owned subsidiary of Royal Bank of Canada and is a Member of the Investment Industry Regulatory Organization of Canada and the Canadian Investor Protection Fund. Royal Bank of Canada and certain of its issuers are related to RBC Direct Investing Inc. RBC Direct Investing Inc. does not provide investment advice or recommendations regarding the purchase or sale of any securities. Investors are responsible for their own investment decisions. RBC Direct Investing is a business name used by RBC Direct Investing Inc.

The use of the term "We" in this confirmation refers to RBC Dominion Securities Inc.

If an order on this confirmation represents a stock exchange transaction, it is subject to the by-laws, rules and customs of that exchange. If not disclosed on this confirmation, the name of our representative will be provided upon request. The name of the other broker in this transaction is furnished upon written or verbal request.

All transactions are subject to the by-laws and regulations of the Investment Industry Regulatory Organization of Canada. If settlement or provision for settlement, of a transaction on this confirmation is not made by the settlement date shown hereon, or by the date to which accrued interest is calculated as shown hereon, whichever date is applicable, this transaction may be closed without notice to you by the sale or purchase of the related securities, whichever action is appropriate, and RBC Direct Investing Inc. will claim from you any balance owing to RBC Direct Investing Inc. from such action.

Customers' accounts are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of the coverage is available upon request.

Please review this confirmation carefully. Failure to object to incorrect or unauthorized trades within 5 days of receipt of this confirmation, constitutes ratification by you of those trades.

RBC Direct Investing Inc. or its affiliate act as principal on foreign currency conversions and fixed income transactions and apply discretionary currency conversion rates. The foreign currency conversion rate shown on the confirmation includes RBC Direct Investing Inc.'s or its affiliate's spread-based revenues for performing this function. Spread means the difference between the rate RBC Direct Investing Inc. or its affiliate obtain and the rate you receive.

For further information on Commissions and Fees, please refer to the RBC Direct Investing Inc. Commissions and Fees Schedule at https://www.rbcdirectinvesting.com/pricing/index.html

If the description on this confirmation reads "YIELD/RENDEMENT", please consult with your investment services representative for further information regarding the yield calculation applied to your trade.

Please note the following security description abbreviations may appear on your Trade Confirmation: NON VTG for non-voting shares; RES VTG for restricted voting shares; SUB VTG for subordinate voting shares.

RBC Direct Investing Inc. may facilitate trades in securities of related issuers and connected issuers of the firm in your account. For a list of such related issuers and connected issuers, refer to the following website: www.rbc.com/issuers-disclosures or contact your investment services representative.

NOTE: INTEREST PAYABLE ON OVERDUE ACCOUNTS          PLEASE RETAIN THIS CONFIRMATION FOR INCOME TAX PURPOSES.

ADPRB10700  3319708 028 - 00005236 - E:216087



**Direct Investing**

*P.O. BOX 50 ROYAL BANK PLAZA*
*TORONTO, ON  M5J 2W7*

# RBC Direct Investing Inc.
## ORDER EXECUTION ONLY ACCOUNT

ADPRB10700_3426664_035-E:274283-07402

JONATHAN BANFIELD
9 CARTIER CRESCENT
LR. SACKVILLE NS  B4C 3K8

## Confirmation Notice

**DATE**
FEBRUARY 16, 2024

**ACCOUNT NO.**      **TYPE**
667-1098413              CSH

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769-2560

---

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT OVER THE COUNTER - U.S.A.

## SETTLEMENT DATE          FEBRUARY 21, 2024
AS PRINCIPAL, WE CONVERTED AT                           1.3682
TRANSACTION TYPE                          **BOUGHT**

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 75 | META MATERIALS INC | @ | 4.48U$ |
| | COMMON STOCK | | |
| | UNSOLICITED | | |
| | AVG PRICE SHOWN-DETAILS ON REQ | | |
| | DA | | |
| | EXCHANGE RATE      1.36820000 | | |

| | |
|---|---|
| GROSS AMOUNT | 336.00 |
| COMMISSION | 9.95 |
| SUB TOTAL | 345.95 U$ |
| EXCHANGE | 127.38 |
| NET AMOUNT | 473.33 C$ |

CLIENT NAME                              JONATHAN BANFIELD
ACCOUNT NO.                              667-1098413 - CSH
INVESTMENT REPRESENTATIVE    ANTHONY SO
I.R. NO. 3T5

REFERENCE W1467   /   CUSIP US59134N3026   /   SECURITY NO. M076501   /   ORDER NO. 391467   /   INTERNAL CODES UN 65   /   686 A

Member-Canadian Investor Protection Fund. ®/ ™  Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.

ADPRB10700  3426664  035 - 00014803 - E:274283

RBC Direct Investing Inc. and Royal Bank of Canada are separate corporate entities which are affiliated. RBC Direct Investing Inc. is a wholly owned subsidiary of Royal Bank of Canada and is a Member of the Investment Industry Regulatory Organization of Canada and the Canadian Investor Protection Fund. Royal Bank of Canada and certain of its issuers are related to RBC Direct Investing Inc. RBC Direct Investing Inc. does not provide investment advice or recommendations regarding the purchase or sale of any securities. Investors are responsible for their own investment decisions. RBC Direct Investing is a business name used by RBC Direct Investing Inc.

The use of the term "We" in this confirmation refers to RBC Dominion Securities Inc.

If an order on this confirmation represents a stock exchange transaction, it is subject to the by-laws, rules and customs of that exchange. If not disclosed on this confirmation, the name of our representative will be provided upon request. The name of the other broker in this transaction is furnished upon written or verbal request.

All transactions are subject to the by-laws and regulations of the Investment Industry Regulatory Organization of Canada. If settlement or provision for settlement, of a transaction on this confirmation is not made by the settlement date shown hereon, or by the date to which accrued interest is calculated as shown hereon, whichever date is applicable, this transaction may be closed without notice to you by the sale or purchase of the related securities, whichever action is appropriate, and RBC Direct Investing Inc. will claim from you any balance owing to RBC Direct Investing Inc. from such action.

Customers' accounts are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of the coverage is available upon request.

Please review this confirmation carefully. Failure to object to incorrect or unauthorized trades within 5 days of receipt of this confirmation, constitutes ratification by you of those trades.

RBC Direct Investing Inc. or its affiliate act as principal on foreign currency conversions and fixed income transactions and apply discretionary currency conversion rates. The foreign currency conversion rate shown on the confirmation includes RBC Direct Investing Inc.'s or its affiliate's spread-based revenues for performing this function. Spread means the difference between the rate RBC Direct Investing Inc. or its affiliate obtain and the rate you receive.

For further information on Commissions and Fees, please refer to the RBC Direct Investing Inc. Commissions and Fees Schedule at https://www.rbcdirectinvesting.com/pricing/index.html

If the description on this confirmation reads "YIELD/RENDEMENT", please consult with your investment services representative for further information regarding the yield calculation applied to your trade.

Please note the following security description abbreviations may appear on your Trade Confirmation: NON VTG for non-voting shares; RES VTG for restricted voting shares; SUB VTG for subordinate voting shares.

RBC Direct Investing Inc. may facilitate trades in securities of related issuers and connected issuers of the firm in your account. For a list of such related issuers and connected issuers, refer to the following website: www.rbc.com/issuers-disclosures or contact your investment services representative.

NOTE: INTEREST PAYABLE ON OVERDUE ACCOUNTS                    PLEASE RETAIN THIS CONFIRMATION FOR INCOME TAX PURPOSES.

ADPRB10700  3426664  035 - 00014804 - E:274283



**Direct Investing**

*P.O. BOX 50 ROYAL BANK PLAZA*
*TORONTO, ON  M5J 2W7*

# RBC Direct Investing Inc.
## ORDER EXECUTION ONLY ACCOUNT

ADPRB10700_3729604_044-E:345249-04627

JONATHAN BANFIELD
9 CARTIER CRESCENT
LR. SACKVILLE NS  B4C 3K8

## Confirmation Notice

**DATE**
MARCH 1, 2024

**ACCOUNT NO.**         **TYPE**
667-1098413          CSH

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769-2560

---

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT OVER THE COUNTER - USA

| | | |
|---|---|---|
| **SETTLEMENT DATE** | **MARCH 5, 2024** | |
| AS PRINCIPAL, WE CONVERTED AT | 1.3772 | |
| TRANSACTION TYPE | **BOUGHT** | |

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 40 | META MATERIALS INC | @ | 2.94134U$ |
| | COMMON STOCK | | |
| | UNSOLICITED | | |
| | AVG PRICE SHOWN-DETAILS ON REQ | | |
| | DA | | |
| | EXCHANGE RATE     1.37720000 | | |

| | |
|---|---|
| GROSS AMOUNT | 117.65 |
| COMMISSION | 9.95 |
| SUB TOTAL | 127.60 U$ |
| EXCHANGE | 48.13 |
| NET AMOUNT | 175.73 C$ |

CLIENT NAME                    JONATHAN BANFIELD
ACCOUNT NO.                    667-1098413 - CSH
INVESTMENT REPRESENTATIVE      TONY CHIAM
I.R. NO. 3HE

REFERENCE W6109  /  CUSIP US59134N3026  /  SECURITY NO. M076501  /  ORDER NO. 346109  /  INTERNAL CODES UN 1D  /  686 A

---

Member-Canadian Investor Protection Fund. ®/ ™  Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.

ADPRB10700  3729604  044 - 00009263 - E:345249

RBC Direct Investing Inc. and Royal Bank of Canada are separate corporate entities which are affiliated. RBC Direct Investing Inc. is a wholly owned subsidiary of Royal Bank of Canada and is a Member of the Investment Industry Regulatory Organization of Canada and the Canadian Investor Protection Fund. Royal Bank of Canada and certain of its issuers are related to RBC Direct Investing Inc. RBC Direct Investing Inc. does not provide investment advice or recommendations regarding the purchase or sale of any securities. Investors are responsible for their own investment decisions. RBC Direct Investing is a business name used by RBC Direct Investing Inc.

The use of the term "We" in this confirmation refers to RBC Dominion Securities Inc.

If an order on this confirmation represents a stock exchange transaction, it is subject to the by-laws, rules and customs of that exchange. If not disclosed on this confirmation, the name of our representative will be provided upon request. The name of the other broker in this transaction is furnished upon written or verbal request.

All transactions are subject to the by-laws and regulations of the Investment Industry Regulatory Organization of Canada. If settlement or provision for settlement, of a transaction on this confirmation is not made by the settlement date shown hereon, or by the date to which accrued interest is calculated as shown hereon, whichever date is applicable, this transaction may be closed without notice to you by the sale or purchase of the related securities, whichever action is appropriate, and RBC Direct Investing Inc. will claim from you any balance owing to RBC Direct Investing Inc. from such action.

Customers' accounts are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of the coverage is available upon request.

Please review this confirmation carefully. Failure to object to incorrect or unauthorized trades within 5 days of receipt of this confirmation, constitutes ratification by you of those trades.

RBC Direct Investing Inc. or its affiliate act as principal on foreign currency conversions and fixed income transactions and apply discretionary currency conversion rates. The foreign currency conversion rate shown on the confirmation includes RBC Direct Investing Inc.'s or its affiliate's spread-based revenues for performing this function. Spread means the difference between the rate RBC Direct Investing Inc. or its affiliate obtain and the rate you receive.

For further information on Commissions and Fees, please refer to the RBC Direct Investing Inc. Commissions and Fees Schedule at https://www.rbcdirectinvesting.com/pricing/index.html

If the description on this confirmation reads "YIELD/RENDEMENT", please consult with your investment services representative for further information regarding the yield calculation applied to your trade.

Please note the following security description abbreviations may appear on your Trade Confirmation: NON VTG for non-voting shares; RES VTG for restricted voting shares; SUB VTG for subordinate voting shares.

RBC Direct Investing Inc. may facilitate trades in securities of related issuers and connected issuers of the firm in your account. For a list of such related issuers and connected issuers, refer to the following website: www.rbc.com/issuers-disclosures or contact your investment services representative.

NOTE: INTEREST PAYABLE ON OVERDUE ACCOUNTS          PLEASE RETAIN THIS CONFIRMATION FOR INCOME TAX PURPOSES.

ADPRB10700  3729604  044 - 00009254 - E:345249



**Direct Investing**

# RBC Direct Investing Inc.
## ORDER EXECUTION ONLY ACCOUNT

*P.O. BOX 50 ROYAL BANK PLAZA*
*TORONTO, ON  M5J 2W7*

ADPRB10700_4114442_030-E:231153-04100

JONATHAN BANFIELD
9 CARTIER CRESCENT
LR. SACKVILLE NS  B4C 3K8

## Confirmation Notice

**DATE**
MARCH 20, 2024

**ACCOUNT NO.**      **TYPE**
667-1098413            CSH

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769-2560

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT OVER THE COUNTER - U.S.A.

**SETTLEMENT DATE**                      **MARCH 22, 2024**
AS PRINCIPAL, WE CONVERTED AT                          1.3806
TRANSACTION TYPE                              **BOUGHT**

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 150 | META MATERIALS INC | @ | 1.95U$ |
| | COMMON STOCK | | |
| | UNSOLICITED | | |
| | DA | | |
| | EXCHANGE RATE        1.38060000 | | |

| | |
|---|---|
| GROSS AMOUNT | 292.50 |
| COMMISSION | 9.95 |
| SUB TOTAL | 302.45 U$ |
| EXCHANGE | 115.11 |
| NET AMOUNT | 417.56 C$ |

CLIENT NAME                          JONATHAN BANFIELD
ACCOUNT NO.                          667-1098413 - CSH
INVESTMENT REPRESENTATIVE    EDWARD FANG
I.R. NO. 3TJ

REFERENCE W1672  /  CUSIP US59134N3026  /  SECURITY NO. M076501  /  ORDER NO. 341672  /  INTERNAL CODES UN 65  /  686 A

Member-Canadian Investor Protection Fund. ®/ ™  Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.

RBC Direct Investing Inc. and Royal Bank of Canada are separate corporate entities which are affiliated. RBC Direct Investing Inc. is a wholly owned subsidiary of Royal Bank of Canada and is a Member of the Investment Industry Regulatory Organization of Canada and the Canadian Investor Protection Fund. Royal Bank of Canada and certain of its issuers are related to RBC Direct Investing Inc. RBC Direct Investing Inc. does not provide investment advice or recommendations regarding the purchase or sale of any securities. Investors are responsible for their own investment decisions. RBC Direct Investing is a business name used by RBC Direct Investing Inc.

The use of the term "We" in this confirmation refers to RBC Dominion Securities Inc.

If an order on this confirmation represents a stock exchange transaction, it is subject to the by-laws, rules and customs of that exchange. If not disclosed on this confirmation, the name of our representative will be provided upon request. The name of the other broker in this transaction is furnished upon written or verbal request.

All transactions are subject to the by-laws and regulations of the Investment Industry Regulatory Organization of Canada. If settlement or provision for settlement, of a transaction on this confirmation is not made by the settlement date shown hereon, or by the date to which accrued interest is calculated as shown hereon, whichever date is applicable, this transaction may be closed without notice to you by the sale or purchase of the related securities, whichever action is appropriate, and RBC Direct Investing Inc. will claim from you any balance owing to RBC Direct Investing Inc. from such action.

Customers' accounts are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of the coverage is available upon request.

Please review this confirmation carefully. Failure to object to incorrect or unauthorized trades within 5 days of receipt of this confirmation, constitutes ratification by you of those trades.

RBC Direct Investing Inc. or its affiliate act as principal on foreign currency conversions and fixed income transactions and apply discretionary currency conversion rates. The foreign currency conversion rate shown on the confirmation includes RBC Direct Investing Inc.'s or its affiliate's spread-based revenues for performing this function. Spread means the difference between the rate RBC Direct Investing Inc. or its affiliate obtain and the rate you receive.

For further information on Commissions and Fees, please refer to the RBC Direct Investing Inc. Commissions and Fees Schedule at https://www.rbcdirectinvesting.com/pricing/index.html

If the description on this confirmation reads "YIELD/RENDEMENT", please consult with your investment services representative for further information regarding the yield calculation applied to your trade.

Please note the following security description abbreviations may appear on your Trade Confirmation: NON VTG for non-voting shares; RES VTG for restricted voting shares; SUB VTG for subordinate voting shares.

RBC Direct Investing Inc. may facilitate trades in securities of related issuers and connected issuers of the firm in your account. For a list of such related issuers and connected issuers, refer to the following website: www.rbc.com/issuers-disclosures or contact your investment services representative.

NOTE: INTEREST PAYABLE ON OVERDUE ACCOUNTS          PLEASE RETAIN THIS CONFIRMATION FOR INCOME TAX PURPOSES.

 **Direct Investing**

# RBC Direct Investing Inc.
## ORDER EXECUTION ONLY ACCOUNT

*P.O. BOX 50 ROYAL BANK PLAZA*
*TORONTO, ON  M5J 2W7*

ADPRB10700_5049345_024-E:180512-03343

JONATHAN BANFIELD
9 CARTIER CRESCENT
LR. SACKVILLE NS  B4C 3K8

## Confirmation Notice

**DATE**
MAY 2, 2024

**ACCOUNT NO.**   **TYPE**
667-1098413        CSH

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769-2560

---

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT OVER THE COUNTER - U.S.A.

**SETTLEMENT DATE**              **MAY 6, 2024**
AS PRINCIPAL, WE CONVERTED AT                 1.3893
TRANSACTION TYPE                      **BOUGHT**

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 33 | META MATERIALS INC | @ | 3.539U$ |
| | COMMON STOCK | | |
| | UNSOLICITED | | |
| | DA | | |
| | EXCHANGE RATE      1.38930000 | | |

| | |
|---|---|
| GROSS AMOUNT | 116.78 |
| COMMISSION | 9.95 |
| | |
| SUB TOTAL | 126.73 U$ |
| EXCHANGE | 49.34 |
| NET AMOUNT | 176.07 C$ |

CLIENT NAME                          JONATHAN BANFIELD
ACCOUNT NO.                          667-1098413 - CSH
INVESTMENT REPRESENTATIVE            ONLINE INVESTNG
I.R. NO. 4GA

REFERENCE W3698   /   CUSIP US59134N3026   /   SECURITY NO. M076501   /   ORDER NO. 393698   /   INTERNAL CODES UN 65   /   686 A

.

---

Member-Canadian Investor Protection Fund. ®/ ™  Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.

RBC Direct Investing Inc. and Royal Bank of Canada are separate corporate entities which are affiliated. RBC Direct Investing Inc. is a wholly owned subsidiary of Royal Bank of Canada and is a Member of the Investment Industry Regulatory Organization of Canada and the Canadian Investor Protection Fund. Royal Bank of Canada and certain of its issuers are related to RBC Direct Investing Inc. RBC Direct Investing Inc. does not provide investment advice or recommendations regarding the purchase or sale of any securities. Investors are responsible for their own investment decisions. RBC Direct Investing is a business name used by RBC Direct Investing Inc.

The use of the term "We" in this confirmation refers to RBC Dominion Securities Inc.

If an order on this confirmation represents a stock exchange transaction, it is subject to the by-laws, rules and customs of that exchange. If not disclosed on this confirmation, the name of our representative will be provided upon request. The name of the other broker in this transaction is furnished upon written or verbal request.

All transactions are subject to the by-laws and regulations of the Investment Industry Regulatory Organization of Canada. If settlement or provision for settlement, of a transaction on this confirmation is not made by the settlement date shown hereon, or by the date to which accrued interest is calculated as shown hereon, whichever date is applicable, this transaction may be closed without notice to you by the sale or purchase of the related securities, whichever action is appropriate, and RBC Direct Investing Inc. will claim from you any balance owing to RBC Direct Investing Inc. from such action.

Customers' accounts are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of the coverage is available upon request.

Please review this confirmation carefully. Failure to object to incorrect or unauthorized trades within 5 days of receipt of this confirmation, constitutes ratification by you of those trades.

RBC Direct Investing Inc. or its affiliate act as principal on foreign currency conversions and fixed income transactions and apply discretionary currency conversion rates. The foreign currency conversion rate shown on the confirmation includes RBC Direct Investing Inc.'s or its affiliate's spread-based revenues for performing this function. Spread means the difference between the rate RBC Direct Investing Inc. or its affiliate obtain and the rate you receive.

For further information on Commissions and Fees, please refer to the RBC Direct Investing Inc. Commissions and Fees Schedule at https://www.rbcdirectinvesting.com/pricing/index.html

If the description on this confirmation reads "YIELD/RENDEMENT", please consult with your investment services representative for further information regarding the yield calculation applied to your trade.

Please note the following security description abbreviations may appear on your Trade Confirmation: NON VTG for non-voting shares; RES VTG for restricted voting shares; SUB VTG for subordinate voting shares.

RBC Direct Investing Inc. may facilitate trades in securities of related issuers and connected issuers of the firm in your account. For a list of such related issuers and connected issuers, refer to the following website: www.rbc.com/issuers-disclosures or contact your investment services representative.

NOTE: INTEREST PAYABLE ON OVERDUE ACCOUNTS                    PLEASE RETAIN THIS CONFIRMATION FOR INCOME TAX PURPOSES.



**Direct Investing**

# RBC Direct Investing Inc.
## ORDER EXECUTION ONLY ACCOUNT

*P.O. BOX 50 ROYAL BANK PLAZA*
*TORONTO, ON  M5J 2W7*

ADPRB10700_5447533_029-E:224636-06817

JONATHAN BANFIELD
9 CARTIER CRESCENT
LR. SACKVILLE NS  B4C 3K8

## Confirmation Notice

**DATE**
MAY 23, 2024

**ACCOUNT NO.**          **TYPE**
667-1098413               CSH

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769-2560

---

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT OVER THE COUNTER - U.S.A.

**SETTLEMENT DATE**                    **MAY 28, 2024**
AS PRINCIPAL, WE CONVERTED AT                    1.3944
TRANSACTION TYPE                            **BOUGHT**

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 100 | META MATERIALS INC | @ | 2.96U$ |
| | COMMON STOCK | | |
| | UNSOLICITED | | |
| | DA | | |
| | EXCHANGE RATE    1.39440000 | | |

| | |
|---|---|
| GROSS AMOUNT | 296.00 |
| COMMISSION | 9.95 |
| SUB TOTAL | 305.95 U$ |
| EXCHANGE | 120.67 |
| NET AMOUNT | 426.62 C$ |

CLIENT NAME                    JONATHAN BANFIELD
ACCOUNT NO.                    667-1098413 - CSH
INVESTMENT REPRESENTATIVE       ONLINE INVESTNG
I.R. NO. 3YA

REFERENCE W4772  /  CUSIP US59134N3026  /  SECURITY NO. M076501  /  ORDER NO. 344772  /  INTERNAL CODES UN 65  /  686 A

---

Member-Canadian Investor Protection Fund. ®/™  Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.

RBC Direct Investing Inc. and Royal Bank of Canada are separate corporate entities which are affiliated. RBC Direct Investing Inc. is a wholly owned subsidiary of Royal Bank of Canada and is a Member of the Investment Industry Regulatory Organization of Canada and the Canadian Investor Protection Fund. Royal Bank of Canada and certain of its issuers are related to RBC Direct Investing Inc. RBC Direct Investing Inc. does not provide investment advice or recommendations regarding the purchase or sale of any securities. Investors are responsible for their own investment decisions. RBC Direct Investing is a business name used by RBC Direct Investing Inc.

The use of the term "We" in this confirmation refers to RBC Dominion Securities Inc.

If an order on this confirmation represents a stock exchange transaction, it is subject to the by-laws, rules and customs of that exchange. If not disclosed on this confirmation, the name of our representative will be provided upon request. The name of the other broker in this transaction is furnished upon written or verbal request.

All transactions are subject to the by-laws and regulations of the Investment Industry Regulatory Organization of Canada. If settlement or provision for settlement, of a transaction on this confirmation is not made by the settlement date shown hereon, or by the date to which accrued interest is calculated as shown hereon, whichever date is applicable, this transaction may be closed without notice to you by the sale or purchase of the related securities, whichever action is appropriate, and RBC Direct Investing Inc. will claim from you any balance owing to RBC Direct Investing Inc. from such action.

Customers' accounts are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of the coverage is available upon request.

Please review this confirmation carefully. Failure to object to incorrect or unauthorized trades within 5 days of receipt of this confirmation, constitutes ratification by you of those trades.

RBC Direct Investing Inc. or its affiliate act as principal on foreign currency conversions and fixed income transactions and apply discretionary currency conversion rates. The foreign currency conversion rate shown on the confirmation includes RBC Direct Investing Inc.'s or its affiliate's spread-based revenues for performing this function. Spread means the difference between the rate RBC Direct Investing Inc. or its affiliate obtain and the rate you receive.

For further information on Commissions and Fees, please refer to the RBC Direct Investing Inc. Commissions and Fees Schedule at https://www.rbcdirectinvesting.com/pricing/index.html

If the description on this confirmation reads "YIELD/RENDEMENT", please consult with your investment services representative for further information regarding the yield calculation applied to your trade.

Please note the following security description abbreviations may appear on your Trade Confirmation: NON VTG for non-voting shares; RES VTG for restricted voting shares; SUB VTG for subordinate voting shares.

RBC Direct Investing Inc. may facilitate trades in securities of related issuers and connected issuers of the firm in your account. For a list of such related issuers and connected issuers, refer to the following website: www.rbc.com/issuers-disclosures or contact your investment services representative.

NOTE: INTEREST PAYABLE ON OVERDUE ACCOUNTS                    PLEASE RETAIN THIS CONFIRMATION FOR INCOME TAX PURPOSES.



**Direct Investing**

# RBC Direct Investing Inc.
## ORDER EXECUTION ONLY ACCOUNT

*P.O. BOX 50 ROYAL BANK PLAZA*
*TORONTO, ON  M5J 2W7*

ADPRB10700_5474591_029-E:219313-02301

JONATHAN BANFIELD
9 CARTIER CRESCENT
LR. SACKVILLE NS  B4C 3K8

## Confirmation Notice

**DATE**
MAY 24, 2024

| **ACCOUNT NO.** | **TYPE** |
|---|---|
| 667-1098413 | CSH |

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769-2560

---

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT OVER THE COUNTER - U.S.A.

| **SETTLEMENT DATE** | **MAY 29, 2024** |
|---|---|
| AS PRINCIPAL, WE CONVERTED AT | 1.3869 |
| TRANSACTION TYPE | **BOUGHT** |

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 135 | META MATERIALS INC | @ | 3.3285U$ |
| | COMMON STOCK | | |
| | UNSOLICITED | | |
| | DA | | |
| | EXCHANGE RATE    1.38690000 | | |

| | |
|---|---|
| GROSS AMOUNT | 449.34 |
| COMMISSION | 9.95 |
| SUB TOTAL | 459.29 U$ |
| EXCHANGE | 177.70 |
| NET AMOUNT | 636.99 C$ |

| CLIENT NAME | JONATHAN BANFIELD |
|---|---|
| ACCOUNT NO. | 667-1098413 - CSH |
| INVESTMENT REPRESENTATIVE | ONLINE INVESTNG |
| I.R. NO. 3YA | |

REFERENCE W8731  /  CUSIP US59134N3026  /  SECURITY NO. M076501  /  ORDER NO. 348731  /  INTERNAL CODES UN 65  /  686 A

---

Member-Canadian Investor Protection Fund. ®/™  Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.

RBC Direct Investing Inc. and Royal Bank of Canada are separate corporate entities which are affiliated. RBC Direct Investing Inc. is a wholly owned subsidiary of Royal Bank of Canada and is a Member of the Investment Industry Regulatory Organization of Canada and the Canadian Investor Protection Fund. Royal Bank of Canada and certain of its issuers are related to RBC Direct Investing Inc. RBC Direct Investing Inc. does not provide investment advice or recommendations regarding the purchase or sale of any securities. Investors are responsible for their own investment decisions. RBC Direct Investing is a business name used by RBC Direct Investing Inc.

The use of the term "We" in this confirmation refers to RBC Dominion Securities Inc.

If an order on this confirmation represents a stock exchange transaction, it is subject to the by-laws, rules and customs of that exchange. If not disclosed on this confirmation, the name of our representative will be provided upon request. The name of the other broker in this transaction is furnished upon written or verbal request.

All transactions are subject to the by-laws and regulations of the Investment Industry Regulatory Organization of Canada. If settlement or provision for settlement, of a transaction on this confirmation is not made by the settlement date shown hereon, or by the date to which accrued interest is calculated as shown hereon, whichever date is applicable, this transaction may be closed without notice to you by the sale or purchase of the related securities, whichever action is appropriate, and RBC Direct Investing Inc. will claim from you any balance owing to RBC Direct Investing Inc. from such action.

Customers' accounts are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of the coverage is available upon request.

Please review this confirmation carefully. Failure to object to incorrect or unauthorized trades within 5 days of receipt of this confirmation, constitutes ratification by you of those trades.

RBC Direct Investing Inc. or its affiliate act as principal on foreign currency conversions and fixed income transactions and apply discretionary currency conversion rates. The foreign currency conversion rate shown on the confirmation includes RBC Direct Investing Inc.'s or its affiliate's spread-based revenues for performing this function. Spread means the difference between the rate RBC Direct Investing Inc. or its affiliate obtain and the rate you receive.

For further information on Commissions and Fees, please refer to the RBC Direct Investing Inc. Commissions and Fees Schedule at https://www.rbcdirectinvesting.com/pricing/index.html

If the description on this confirmation reads "YIELD/RENDEMENT", please consult with your investment services representative for further information regarding the yield calculation applied to your trade.

Please note the following security description abbreviations may appear on your Trade Confirmation: NON VTG for non-voting shares; RES VTG for restricted voting shares; SUB VTG for subordinate voting shares.

RBC Direct Investing Inc. may facilitate trades in securities of related issuers and connected issuers of the firm in your account. For a list of such related issuers and connected issuers, refer to the following website: www.rbc.com/issuers-disclosures or contact your investment services representative.

NOTE: INTEREST PAYABLE ON OVERDUE ACCOUNTS          PLEASE RETAIN THIS CONFIRMATION FOR INCOME TAX PURPOSES.

 **Direct Investing**

# RBC Direct Investing Inc.
## ORDER EXECUTION ONLY ACCOUNT

*P.O. BOX 50 ROYAL BANK PLAZA*
*TORONTO, ON  M5J 2W7*

ADPRB10700_5583035_032-E:251758-05318

JONATHAN BANFIELD
9 CARTIER CRESCENT
LR. SACKVILLE NS  B4C 3K8

## Confirmation Notice

**DATE**
MAY 30, 2024

**ACCOUNT NO.**          **TYPE**
667-1098413               CSH

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769-2560

---

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT OVER THE COUNTER - U.S.A.

**SETTLEMENT DATE**                 **MAY 31, 2024**
AS PRINCIPAL, WE CONVERTED AT                    1.3889
TRANSACTION TYPE                    **BOUGHT**

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 70 | META MATERIALS INC | @ | 3.6199U$ |
| | COMMON STOCK | | |
| | UNSOLICITED | | |
| | AVG PRICE SHOWN-DETAILS ON REQ | | |
| | DA | | |
| | EXCHANGE RATE    1.38890000 | | |

| | |
|---|---|
| GROSS AMOUNT | 253.39 |
| COMMISSION | 9.95 |
| | |
| SUB TOTAL | 263.34 U$ |
| EXCHANGE | 102.41 |
| NET AMOUNT | 365.75 C$ |

CLIENT NAME               JONATHAN BANFIELD
ACCOUNT NO.               667-1098413 - CSH
INVESTMENT REPRESENTATIVE   ONLINE INVESTNG
I.R. NO. 3YA

REFERENCE W0456  /  CUSIP US59134N3026  /  SECURITY NO. M076501  /  ORDER NO. 360456  /  INTERNAL CODES UN 65  /  686 A

Member-Canadian Investor Protection Fund. ®/™  Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.

RBC Direct Investing Inc. and Royal Bank of Canada are separate corporate entities which are affiliated. RBC Direct Investing Inc. is a wholly owned subsidiary of Royal Bank of Canada and is a Member of the Investment Industry Regulatory Organization of Canada and the Canadian Investor Protection Fund. Royal Bank of Canada and certain of its issuers are related to RBC Direct Investing Inc. RBC Direct Investing Inc. does not provide investment advice or recommendations regarding the purchase or sale of any securities. Investors are responsible for their own investment decisions. RBC Direct Investing is a business name used by RBC Direct Investing Inc.

The use of the term "We" in this confirmation refers to RBC Dominion Securities Inc.

If an order on this confirmation represents a stock exchange transaction, it is subject to the by-laws, rules and customs of that exchange. If not disclosed on this confirmation, the name of our representative will be provided upon request. The name of the other broker in this transaction is furnished upon written or verbal request.

All transactions are subject to the by-laws and regulations of the Investment Industry Regulatory Organization of Canada. If settlement or provision for settlement, of a transaction on this confirmation is not made by the settlement date shown hereon, or by the date to which accrued interest is calculated as shown hereon, whichever date is applicable, this transaction may be closed without notice to you by the sale or purchase of the related securities, whichever action is appropriate, and RBC Direct Investing Inc. will claim from you any balance owing to RBC Direct Investing Inc. from such action.

Customers' accounts are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of the coverage is available upon request.

Please review this confirmation carefully. Failure to object to incorrect or unauthorized trades within 5 days of receipt of this confirmation, constitutes ratification by you of those trades.

RBC Direct Investing Inc. or its affiliate act as principal on foreign currency conversions and fixed income transactions and apply discretionary currency conversion rates. The foreign currency conversion rate shown on the confirmation includes RBC Direct Investing Inc.'s or its affiliate's spread-based revenues for performing this function. Spread means the difference between the rate RBC Direct Investing Inc. or its affiliate obtain and the rate you receive.

For further information on Commissions and Fees, please refer to the RBC Direct Investing Inc. Commissions and Fees Schedule at https://www.rbcdirectinvesting.com/pricing/index.html

If the description on this confirmation reads "YIELD/RENDEMENT", please consult with your investment services representative for further information regarding the yield calculation applied to your trade.

Please note the following security description abbreviations may appear on your Trade Confirmation: NON VTG for non-voting shares; RES VTG for restricted voting shares; SUB VTG for subordinate voting shares.

RBC Direct Investing Inc. may facilitate trades in securities of related issuers and connected issuers of the firm in your account. For a list of such related issuers and connected issuers, refer to the following website: www.rbc.com/issuers-disclosures or contact your investment services representative.

NOTE: INTEREST PAYABLE ON OVERDUE ACCOUNTS          PLEASE RETAIN THIS CONFIRMATION FOR INCOME TAX PURPOSES.



**Direct Investing**

# RBC Direct Investing Inc.
## ORDER EXECUTION ONLY ACCOUNT

*P.O. BOX 50 ROYAL BANK PLAZA*
*TORONTO, ON  M5J 2W7*

ADPRB10700_6142188_033-E:253194-05140
JONATHAN BANFIELD
9 CARTIER CRESCENT
LR. SACKVILLE NS  B4C 3K8

## Confirmation Notice

**DATE**
JUNE 26, 2024

**ACCOUNT NO.**          **TYPE**
667-1098413              CSH

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769-2560

---

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT OVER THE COUNTER - U.S.A.

## SETTLEMENT DATE          **JUNE 27, 2024**
AS PRINCIPAL, WE CONVERTED AT                      1.3897
TRANSACTION TYPE                          **BOUGHT**

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 115 | META MATERIALS INC | @ | 3.07U$ |
| | COMMON STOCK | | |
| | UNSOLICITED | | |
| | DA | | |
| | EXCHANGE RATE     1.38970000 | | |

| | |
|---|---|
| GROSS AMOUNT | 353.05 |
| COMMISSION | 9.95 |
| SUB TOTAL | 363.00 U$ |
| EXCHANGE | 141.46 |
| NET AMOUNT | 504.46 C$ |

CLIENT NAME                    JONATHAN BANFIELD
ACCOUNT NO.                    667-1098413 - CSH
INVESTMENT REPRESENTATIVE      ONLINE INVESTNG
I.R. NO. 4GC

REFERENCE W3792  /  CUSIP US59134N3026  /  SECURITY NO. M076501  /  ORDER NO. 343792  /  INTERNAL CODES UN 65  /  686 A

---

Member-Canadian Investor Protection Fund. ®/ ™  Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.

RBC Direct Investing Inc. and Royal Bank of Canada are separate corporate entities which are affiliated. RBC Direct Investing Inc. is a wholly owned subsidiary of Royal Bank of Canada and is a Member of the Investment Industry Regulatory Organization of Canada and the Canadian Investor Protection Fund. Royal Bank of Canada and certain of its issuers are related to RBC Direct Investing Inc. RBC Direct Investing Inc. does not provide investment advice or recommendations regarding the purchase or sale of any securities. Investors are responsible for their own investment decisions. RBC Direct Investing is a business name used by RBC Direct Investing Inc.

The use of the term "We" in this confirmation refers to RBC Dominion Securities Inc.

If an order on this confirmation represents a stock exchange transaction, it is subject to the by-laws, rules and customs of that exchange. If not disclosed on this confirmation, the name of our representative will be provided upon request. The name of the other broker in this transaction is furnished upon written or verbal request.

All transactions are subject to the by-laws and regulations of the Investment Industry Regulatory Organization of Canada. If settlement or provision for settlement, of a transaction on this confirmation is not made by the settlement date shown hereon, or by the date to which accrued interest is calculated as shown hereon, whichever date is applicable, this transaction may be closed without notice to you by the sale or purchase of the related securities, whichever action is appropriate, and RBC Direct Investing Inc. will claim from you any balance owing to RBC Direct Investing Inc. from such action.

Customers' accounts are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of the coverage is available upon request.

Please review this confirmation carefully. Failure to object to incorrect or unauthorized trades within 5 days of receipt of this confirmation, constitutes ratification by you of those trades.

RBC Direct Investing Inc. or its affiliate act as principal on foreign currency conversions and fixed income transactions and apply discretionary currency conversion rates. The foreign currency conversion rate shown on the confirmation includes RBC Direct Investing Inc.'s or its affiliate's spread-based revenues for performing this function. Spread means the difference between the rate RBC Direct Investing Inc. or its affiliate obtain and the rate you receive.

For further information on Commissions and Fees, please refer to the RBC Direct Investing Inc. Commissions and Fees Schedule at https://www.rbcdirectinvesting.com/pricing/index.html

If the description on this confirmation reads "YIELD/RENDEMENT", please consult with your investment services representative for further information regarding the yield calculation applied to your trade.

Please note the following security description abbreviations may appear on your Trade Confirmation: NON VTG for non-voting shares; RES VTG for restricted voting shares; SUB VTG for subordinate voting shares.

RBC Direct Investing Inc. may facilitate trades in securities of related issuers and connected issuers of the firm in your account. For a list of such related issuers and connected issuers, refer to the following website: www.rbc.com/issuers-disclosures or contact your investment services representative.

NOTE: INTEREST PAYABLE ON OVERDUE ACCOUNTS                    PLEASE RETAIN THIS CONFIRMATION FOR INCOME TAX PURPOSES.



**Direct Investing**

*P.O. BOX 50 ROYAL BANK PLAZA*
*TORONTO, ON  M5J 2W7*

# RBC Direct Investing Inc.
## ORDER EXECUTION ONLY ACCOUNT

ADPRB10700_7094597_026-E:200069-01710

JONATHAN BANFIELD
9 CARTIER CRESCENT
LR. SACKVILLE NS  B4C 3K8

## Confirmation Notice

**DATE**
AUGUST 9, 2024

**ACCOUNT NO.**        **TYPE**
667-1098413            CSH

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769-2560

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING SALE FOR YOUR ACCOUNT OVER THE COUNTER - U.S.A.

**SETTLEMENT DATE**        **AUGUST 12, 2024**
AS PRINCIPAL, WE CONVERTED AT                1.3518
TRANSACTION TYPE                            **SOLD**

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 973 | META MATERIALS INC | @ | .9004U$ |
| | COMMON STOCK | | |
| | UNSOLICITED | | |
| | CA | | |
| | EXCHANGE RATE    1.35180000 | | |

| | | |
|---|---|---|
| GROSS AMOUNT | | 876.08 |
| COMMISSION | 9.95 | |
| US TRAN FEE | .03 | |
| FEE SUB TOTAL | | 9.98 |
| SUB TOTAL | | 866.10 U$ |
| EXCHANGE | | 304.69 |
| NET AMOUNT | | 1,170.79CR C$ |

CLIENT NAME                    JONATHAN BANFIELD
ACCOUNT NO.                    667-1098413 - CSH
INVESTMENT REPRESENTATIVE      ONLINE INVESTNG
I.R. NO. 4GA

REFERENCE W3067  /  CUSIP US59134N3026  /  SECURITY NO. M076501  /  ORDER NO. 383067  /  INTERNAL CODES UN 65  /  686 A

Member-Canadian Investor Protection Fund. ®/™  Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.

RBC Direct Investing Inc. and Royal Bank of Canada are separate corporate entities which are affiliated. RBC Direct Investing Inc. is a wholly owned subsidiary of Royal Bank of Canada and is a Member of the Investment Industry Regulatory Organization of Canada and the Canadian Investor Protection Fund. Royal Bank of Canada and certain of its issuers are related to RBC Direct Investing Inc. RBC Direct Investing Inc. does not provide investment advice or recommendations regarding the purchase or sale of any securities. Investors are responsible for their own investment decisions. RBC Direct Investing is a business name used by RBC Direct Investing Inc.

The use of the term "We" in this confirmation refers to RBC Dominion Securities Inc.

If an order on this confirmation represents a stock exchange transaction, it is subject to the by-laws, rules and customs of that exchange. If not disclosed on this confirmation, the name of our representative will be provided upon request. The name of the other broker in this transaction is furnished upon written or verbal request.

All transactions are subject to the by-laws and regulations of the Investment Industry Regulatory Organization of Canada. If settlement or provision for settlement, of a transaction on this confirmation is not made by the settlement date shown hereon, or by the date to which accrued interest is calculated as shown hereon, whichever date is applicable, this transaction may be closed without notice to you by the sale or purchase of the related securities, whichever action is appropriate, and RBC Direct Investing Inc. will claim from you any balance owing to RBC Direct Investing Inc. from such action.

Customers' accounts are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of the coverage is available upon request.

Please review this confirmation carefully. Failure to object to incorrect or unauthorized trades within 5 days of receipt of this confirmation, constitutes ratification by you of those trades.

RBC Direct Investing Inc. or its affiliate act as principal on foreign currency conversions and fixed income transactions and apply discretionary currency conversion rates. The foreign currency conversion rate shown on the confirmation includes RBC Direct Investing Inc.'s or its affiliate's spread-based revenues for performing this function. Spread means the difference between the rate RBC Direct Investing Inc. or its affiliate obtain and the rate you receive.

For further information on Commissions and Fees, please refer to the RBC Direct Investing Inc. Commissions and Fees Schedule at https://www.rbcdirectinvesting.com/pricing/index.html

If the description on this confirmation reads "YIELD/RENDEMENT", please consult with your investment services representative for further information regarding the yield calculation applied to your trade.

Please note the following security description abbreviations may appear on your Trade Confirmation: NON VTG for non-voting shares; RES VTG for restricted voting shares; SUB VTG for subordinate voting shares.

RBC Direct Investing Inc. may facilitate trades in securities of related issuers and connected issuers of the firm in your account. For a list of such related issuers and connected issuers, refer to the following website: www.rbc.com/issuers-disclosures or contact your investment services representative.

NOTE: INTEREST PAYABLE ON OVERDUE ACCOUNTS                    PLEASE RETAIN THIS CONFIRMATION FOR INCOME TAX PURPOSES.

# Meta Materials Announces Distribution of Series C Preferred Stock to Holders of its Common Stock

metamaterial.com/meta-materials-announces-distribution-of-series-c-preferred-stock-to-holders-of-its-common-stock/

January 23, 2024

**HALIFAX, NS / ACCESSWIRE / January 23, 2024** / Meta Materials Inc. (the "Company" or "META") (Nasdaq:MMAT), an advanced materials and nanotechnology company, today announced that its Board of Directors declared a distribution of one share of newly designated Series C Preferred Stock, par value $0.001 per share, for each outstanding share of the Company's common stock and each voting right represented by the Company's Series B Preferred Stock held of record as of 5:00 p.m. Eastern Time on February 2, 2024. The shares of Series C Preferred Stock will be distributed to such recipients at 5:30 p.m. Eastern Time on February 2, 2024. The outstanding shares of Series C Preferred Stock will vote together with the outstanding shares of the Company's common stock, as a single class, exclusively with respect to a proposal to increase the Company's authorized shares as well as any proposal to adjourn any meeting of stockholders called for the purpose of voting on the increase in authorized shares, and will not be entitled to vote on any other matter, except to the extent required under the Nevada law. Subject to certain limitations, each outstanding share of Series C Preferred Stock will have 1,000 votes per share.

All shares of Series C Preferred Stock that are not present in person or by proxy at the meeting of stockholders held to vote on the increase in authorized shares as of immediately prior to the opening of the polls at such meeting will automatically be redeemed by the Company. Any outstanding shares of Series C Preferred Stock that have not been so redeemed will be redeemed if such redemption is ordered by the Company's Board of Directors or automatically upon the approval by the Company's stockholders of an amendment to the Company's articles of incorporation effecting the increase of authorized shares at such meeting.

The Series C Preferred Stock will be uncertificated, and no shares of Series C Preferred Stock will be transferable by any holder thereof except in connection with a transfer by such holder of any shares of the Company's common stock held by such holder. In that case, a number of shares of Series C Preferred Stock equal to the number of shares of the Company's common stock to be transferred by such holder would be transferred to the transferee of such shares of common stock.

Further details regarding the Series C Preferred Stock will be contained in a Current Report on Form 8-K to be filed by the Company with the Securities and Exchange Commission. In addition, the Company also intends to file a notice of special meeting of the Company's

stockholders and a preliminary proxy statement to consider the approval of an increase in the Company's authorized shares as described herein, if necessary.

## About Meta Materials Inc.

Meta Materials Inc. (META) is an advanced materials and nanotechnology company. We develop new products and technologies using innovative sustainable science. Advanced materials can improve everyday products that surround us, making them smarter and more sustainable. META® technology platforms enable global brands to develop new products to improve performance for customers in aerospace and defense, consumer electronics, 5G communications, batteries, authentication, automotive and clean energy. Learn more at www.metamaterial.com.

## Media and Investor Inquiries

Rob Stone
Vice President, Corporate Development and Communications
Meta Materials Inc.
[email protected]
[email protected]

## Forward Looking Information

This press release includes forward-looking information or statements within the meaning of Canadian securities laws and within the meaning of Section 27A of the Securities Act of 1933, as amended, Section 21E of the Securities Exchange Act of 1934, as amended, and the Private Securities Litigation Reform Act of 1995, regarding the Company, which may include, but are not limited to, statements with respect to the business strategies, product development, restructuring plans and operational activities of the Company. Often but not always, forward-looking information can be identified by the use of words such as "pursuing", "potential", "predicts", "projects", "seeks", "plans", "expect", "intends", "anticipated", "believes" or variations (including negative variations) of such words and phrases, or statements that certain actions, events or results "may", "could", "should", "would" or "will" be taken, occur or be achieved. Such statements are based on the current expectations and views of future events of the management of the Company and are based on assumptions and subject to risks and uncertainties. Although the management of the Company believes that the assumptions underlying these statements are reasonable, they may prove to be incorrect. The forward-looking events and circumstances discussed in this release may not occur and could differ materially as a result of known and unknown risk factors and uncertainties affecting the Company, the capabilities of our facilities, research and development projects of the Company, the total available market and market potential of the products of the Company, the market position of the Company, the need to raise more capital and the ability to do so, the scalability of the Company's production ability,

capacity for new customer engagements, material selection programs timeframes, the ability to reduce production costs, enhance metamaterials manufacturing capabilities and extend market reach into new applications and industries, the ability to accelerate commercialization plans, the possibility of new customer contracts, the continued engagement of our employees, the technology industry, market strategic and operational activities, and management's ability to manage and operate the business. More details about these and other risks that may impact the Company's businesses are described under the heading "Forward-Looking Information" and under the heading "Risk Factors" in the Company's Form 10-K filed with the SEC on March 23, 2023, in the Company's Form 10-K/A filed with the SEC on March 24, 2023, in the Company's Form 10-Q filed with the SEC on November 13, 2023, and in subsequent filings made by Meta Materials with the SEC, which are available on SEC's website at www.sec.gov. Although the Company has attempted to identify important factors that could cause actual actions, events or results to differ materially from those described in forward-looking statements, there may be other factors that cause actions, events or results to differ from those anticipated, estimated or intended. Accordingly, readers should not place undue reliance on any forward-looking statements or information. No forward-looking statement can be guaranteed. Except as required by applicable securities laws, forward-looking statements speak only as of the date on which they are made and the Company does not undertake any obligation to publicly update or revise any forward-looking statement, whether as a result of new information, future events, or otherwise, except to the extent required by law.