NVB 3001 (Effective 1/21)

# UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA

**PROOF OF INTEREST**

**Name of Debtor:** Meta Materials, Inc

**Case Number:** 24-50792

**1. Name and address of holder of the Equity Interest** (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

Zackary Dale Warner
108 Raspberry Hill Court
Lexington, SC 29073

**Telephone Number:** 803-360-4382

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

☑ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

**RECEIVED AND FILED**
**DEC 16 2024**
**U.S. BANKRUPTCY COURT**
**MARY A. SCHOTT, CLERK**

**NOTE:** This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

**COURT USE ONLY**

**Account or other number by which Interest holder identifies Debtor:**
Webull 5NE78357 RR WEA

Check here if this claim:
☐ replaces a previously filed Proof of Interest dated: _____
☐ amends a previously filed Proof of Interest dated: _____

**2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:**
Zackary Dale Warner
44 Wall Street 2nd Floor New York, NY 10005
**Telephone Number:** 1(888) 828-0618

**3. Date Equity Interest was acquired:**
June 2021 - August 2024

**4. Total amount of member interest:** 140  -$7,854

**5. Certificate number(s):** See attachment

**6. Type of Equity Interest:**
Please indicate the type of Equity Interest you hold:
☑ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
☐ Check this box if your Equity Interest is based on anything else and describe that interest:
**Description:** Investor

**7. Supporting Documents:** Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**8. Date-Stamped Copy:** To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

**9. Signature:**
Check the appropriate box.
☑ I am the creditor.   ☐ I am the creditor's authorized agent.   ☐ I am the trustee, or the debtor,   ☐ I am a guarantor, surety, endorser, or other codebtor.
(Attach copy of power of attorney, if any.)   or their authorized agent.   (See Bankruptcy Rule 3005.)
(See Bankruptcy Rule 3004.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: Zackary Dale Warner
Title:
Company: ___ Address and telephone number (if different from notice address above):

(Signature) [signed] 12-11-2024 (Date)
Telephone number: 803-360-4382   email: sports@gmail.com  zackcrosstraining

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

Print Form | Save Form | Clear Form

Proof of interest supplemental information
Case number: 24-50792
For Zackary Dale Warner

Broker: Webull
Account number: 5NE-78357-16 RR WEA
I have made hundreds of transactions of MMAT starting from TRCH in June of 2021 before the merger. I currently hold 140 shares of MMATQ but have an overall loss -$7,854 spanning from June 2021 to August 2024. If you need more information please contact me at 803-360-4382 or email me at zackcrosstrainingsports@gmail.com

I can submit all of my transactions for the lifetime of trading MMAT and TRCH if the court isn't able to verify it all through my account records. Please reach out if I need to prove anymore damages.

The shares that I still currently hold were purchased on the following dates
08/05/2024 15 shares at $2.06 per share
08/05/2024 25 shares at $2.04 per share
07/31/2024 100 shares at $2.38 per share