NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | | PROOF OF INTEREST |
|---|---|---|

Name of Debtor: Meta Materials, Inc

Case Number: 24-50792

1. Name and address of holder of the Equity Interest (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

Corey-Allen Warner
197 Hope Springs Rd
Lexington SC 29072

Telephone Number: 803-360-1517

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

☑ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

RECEIVED AM
AND FILED
DEC 16 2024
U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

COURT USE ONLY

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

Account or other number by which Interest holder identifies Debtor: weball 5IX15316

Check here if this claim:
☐ replaces a previously filed Proof of Interest dated: _____
☐ amends a previously filed Proof of Interest dated: _____

2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:

44 Wall Street 2nd Floor New York, NY 10005

Telephone Number: 1(888) 828-0618

3. Date Equity Interest was acquired: See attachment

4. Total amount of member interest: 196 Shares for $3,992.19

5. Certificate number(s): See attachment

6. Type of Equity Interest:
Please indicate the type of Equity Interest you hold:
☑ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
☐ Check this box if your Equity Interest is based on anything else and describe that interest:
Description: Investor

7. Supporting Documents: Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. Date-Stamped Copy: To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

9. Signature:
Check the appropriate box.
☑ I am the creditor.   ☐ I am the creditor's authorized agent. (Attach copy of power of attorney, if any.)   ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)   ☐ I am a guarantor, surety, endorser, or other codebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: Corey Warner
Title:
Company: Address and telephone number (if different from notice address above):

(Signature) _____  (Date) 12/11/24
Telephone number: 803-360-1517   email: Crosstrainingports@gmail.com

Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571

Print Form    Save Form    Clear Form

Proof of interest supplemental information
Case number: 24-50792
For Corey Allen Warner

Broker: Webull
Account number: 5IX15318
Through all of my transactions of MMAT I have an overall loss of -$3,962. I currently still hold 196 shares. If you need more information please contact me at 803-360-1517 or email me at crosstrainingsports@gmail.com

Transaction history
10/13/2022 Buy 884 shares at $1.12 for a total of $990.08
10/19/2022 Buy 2,420 shares at $0.83 for a total of $2,005.21
11/08/2022 Buy 1,401 shares at $1.43 for a total of $2,003.43
11/21/2022 Buy 1,026 shares at $1.92 for a total of $1,969.92
12/07/2022 Buy 736 shares at $2.08 for a total of $1,530.88
12/09/2022 Sell 6,467 shares at $1.33 for a total of $8,601.11
04/14/2023 Buy 9,091 shares at $0.22 for a total of $2,000.02
04/21/2023 Buy 10,500 shares at $0.19 for a total of $1,982.17

After the 1-100 reverse split I now hold 196 shares