NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | | PROOF OF INTEREST |
|---|---|---|

Name of Debtor: Meta Materials, INC

Case Number: 24-50792

1. Name and address of holder of the Equity Interest (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

   Gwendolyn Mickens
   4318 Cross Ridge Ct.
   Valrico, FL 33594

   Telephone Number: 813-389-3144

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

☒ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

RECEIVED AM
AND FILED
DEC 16 2024
U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

COURT USE ONLY

Account or other number by which Interest holder identifies Debtor: 5MX50314

Check here if this claim:
☐ replaces a previously filed Proof of Interest dated: _____
☐ amends a previously filed Proof of Interest dated: _____

2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:

   Gwendolyn Mickens
   Webull Financial LLC
   44 Wall Street, 2nd Floor, New York, NY 10005
   Telephone Number: 1-888-828-0618

3. Date Equity Interest was acquired:
   Between 11-03-2022 - 11-17-2022

4. Total amount of member interest: 1,000 shares for $1,616.99

5. Certificate number(s): See Attached Documentation

6. Type of Equity Interest:
   Please indicate the type of Equity Interest you hold:
   ☒ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
   ☐ Check this box if your Equity Interest is based on anything else and describe that interest:
   Description: Investor

7. Supporting Documents: Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
   DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. Date-Stamped Copy: To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

9. Signature:
   Check the appropriate box.
   ☒ I am the creditor.   ☐ I am the creditor's authorized agent. (Attach copy of power of attorney, if any.)   ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)   ☐ I am a guarantor, surety, endorser, or other codebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: Gwendolyn Mickens
Title:
Company: ___ Address and telephone number (if different from notice address above):

(Signature) Gwendolyn Mickens    (Date) 12-7-2024
Mickensg-9@msn.com
Telephone number: 813-389-3144   email: Mickensg-9@msn.com

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

*November 1, 2022 – November 30, 2022*



**Webull Financial LLC**
44 Wall Street, New York, NY 10005
customerservice@webull.us

PAGE 3 OF 10

ACCOUNT NUMBER  **5MX-50314-14  RR WEA**

**GWENDOLYN YVETTE MICKENS**

### PORTFOLIO SUMMARY (CONTINUED)

| DESCRIPTION | SYMBOL/ CUSIP | ACCOUNT TYPE | QUANTITY | PRICE | MARKET VALUE | LAST PERIOD'S MARKET VALUE | % CHANGE | EST. ANNUAL INCOME | % OF TOTAL PORTFOLIO |
|---|---|---|---|---|---|---|---|---|---|
| **EQUITIES / OPTIONS** (continued) | | | | | | | | | |
| RA MEDICAL SYSTEMS INC COMMON STOCK | RMED | C | 100 | 2.45 | 245.00 | 355.00 | -31 | | 5.621 |
| **Total Equities** | | | | | **$4,219.44** | | | | **96.814%** |
| Total Cash (Net Portfolio Balance) | | | | | $138.86 | | | | 3.186% |
| **TOTAL PRICED PORTFOLIO** | | | | | **$4,358.30** | | | | |

### ▶ ACCOUNT ACTIVITY

| TRANSACTION | DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|
| **BUY / SELL TRANSACTIONS** | | | | | | | |
| BOUGHT | 11/08/22 | C | HUADI INTERNATIONAL GROUP CO LTD ORDINARY SHARES CUSIP: G4645E105 | 10 | $102.19 | $1,021.90 | |
| BOUGHT | 11/08/22 | C | META MATLS INC COMMON STOCK CUSIP: 59134N104 | 400 | 1.62 | 648.00 | |
| BOUGHT | 11/08/22 | C | META MATLS INC COMMON STOCK CUSIP: 59134N104 | 500 | 1.60 | 800.00 | |
| SOLD | 11/08/22 | C | HUADI INTERNATIONAL GROUP CO LTD ORDINARY SHARES CUSIP: G4645E105 | 10 | 122 | | 1,219.96 |



# Webull Financial LLC
44 Wall Street, New York, NY 10005
customerservice@webull.us

*November 1, 2022 - November 30, 2022*

PAGE 4 OF 10

ACCOUNT NUMBER   5MX-50314-14 RR WEA

**GWENDOLYN YVETTE MICKENS**

## ACCOUNT ACTIVITY (CONTINUED)

| TRANSACTION | DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|
| **BUY / SELL TRANSACTIONS** (continued) | | | | | | | |
| BOUGHT | 11/16/22 | C | META MATLS INC<br>COMMON STOCK<br>CUSIP: 59134N104 | 100 | 1.6899 | 168.99 | |
| BOUGHT | 11/22/22 | C | AMERICAN VIRTUAL CLOUD<br>TECHNOLOGIES INC COM NEW<br>CUSIP: 030382204 | 100 | 0.9739 | 97.39 | |
| BOUGHT | 11/30/22 | C | DIGITAL BRANDS GROUP INC<br>COMMON STOCK<br>OTHER REPURCHASE TRANSACTIONS<br>CUSIP: 25401N309 | 100 | 6.35 | 635.00 | |
| **Total Buy / Sell Transactions** | | | | | | $3,371.28 | $1,219.96 |
| **DIVIDENDS AND INTEREST** | | | | | | | |
| DIVIDEND | 11/07/22 | C | BANCO SANTANDER S A<br>SPONSORED ADR<br>CASH DIV ON<br>1.04348 SHS<br>REC 11/01/22 PAY 11/07/22<br>FOREIGN TAX WITHHELD<br>CUSIP: 05964H105 | | $0.057542<br>WH | 0.01 | $0.06 |
| DIVIDEND | 11/21/22 | C | LEVI STRAUSS & CO<br>CLASS A COMMON STOCK<br>CASH DIV ON   1 SHS<br>REC 11/04/22 PAY 11/21/22<br>CUSIP: 52736R102 | | 0.12 | | 0.12 |
| **Total Dividends And Interest** | | | | | | $0.01 | $0.18 |