NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | | **PROOF OF INTEREST** |
|---|---|---|
| Name of Debtor: METAL MATERIALS, INC | Case Number: 24-50792 | |

| 1. Name and address of holder of the Equity Interest (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"): <br><br> Kang DH <br><br> 973-202, 21-39, Dongtangongwon-ro, Hwaseong-si, Gyeonggi-do, Republic of Korea <br><br> Telephone Number: (+82) 010-5888-8482 | ☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars. <br><br> ■ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case. <br><br> ☐ Check box if this address differs from the address on the envelope sent to you by the Debtors. | RECEIVED AND FILED AM <br><br> DEC 16 2024 <br><br> U.S. BANKRUPTCY COURT MARY A. SCHOTT, CLERK |
| NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein. | | COURT USE ONLY |

| Account or other number by which Interest holder identifies Debtor: <br><br> ****-9540 | Check here if this claim: <br> ☐ replaces a previously filed Proof of Interest dated: _____ <br> ☐ amends a previously filed Proof of Interest dated: _____ |
|---|---|
| 2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest: <br> Kang DH <br><br> KIWOOM SECURITIES Corp <br> 96, Uisadang-daero, Yeongdeungpo-gu, Seoul(TP Tower), Republic of Korea <br><br> Telephone Number: (+82)1544-9400, (+82)1544-9000, (+82) 1544-9920 | 3. Date Equity Interest was acquired: <br><br> 08/24/2021 – 06/14/2022 <br> **See Attached Documentation |
| 4. Total amount of member interest: 2shares for $ 881.33 | 5. Certificate number(s):_____ |
| 6. Type of Equity Interest: <br> Please indicate the type of Equity Interest you hold: <br> ■ Check this box if your Equity Interest is based on an actual member interest held in the Debtor. <br> ☐ Check this box if your Equity Interest is based on anything else and describe that interest: <br> Description: INVESTOR | |
| 7. Supporting Documents: Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary. | |
| 8. Date-Stamped Copy: To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest. | |

9. Signature:
Check the appropriate box.

■ I am the creditor.   ☐ I am the creditor's authorized agent.   ☐ I am the trustee, or the debtor,   ☐ I am a guarantor, surety, endorser, or hercodebtor.
(Attach copy of power of attorney, if any.)   or their authorized agent.   (See Bankruptcy Rule 3005.)
(See Bankruptcy Rule 3004.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: Kang DH
Title:
Company:____ Address and telephone number (if different from notice addressabove):_____   (Signature) [signature]   (Date) December 9, 2024

Telephone number: (+82) 010-5888-8482   email: daehan120827@naver.com

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

[ Print Form ]   [ Save Form ]   [ Clear Form ]

| 코드 | 종목명 | 평가손익 | 평가수익률 | 매입가 | 보유량 | 금일 | 매입금액 | 평가금액 | 수수료 |
|---|---|---|---|---|---|---|---|---|---|
| MARA | 마라톤홀딩스 | -31.3700 | -4.55% | 27.5500 | 25 | 0 | 688.7500 | 660.7500 | 3.37 |
| MMATQ | META MATERIALS INC | -883.5298 | -100.24% | 440.6650 | 2 | 0 | 881.3300 | 0.0002 | 2.20 |

총매입(원): 12,210,079  총평가(원): 15,054,131  총수익(원): 2,775,904  총수익률: 22.73%  실현손익(원): 148,917  실현손익률: 14.6



| 주문일자 | 통화 | 종목번호 | 매매구분 | 주문수량 | | 체결수량 | 정정수량 | 취소수량 | 예약구분 | 반대매매 |
|---|---|---|---|---|---|---|---|---|---|---|
| 주문시간 | 거래소 | 종목명 | 매도수 | 주문단가 | STOP | 체결단가 | 정정단가 | 주문잔량 | 체결금액 | |
| 21/11/12 | USD | MMAT | 지정가 | 1 | | 1 | 0 | 0 | 일반 | 일반 |
| 23:24:46 | 미국 | 메타 머티리얼스 | 매수 | 4.7800 | | 4.7800 | 0 | 0 | 4.7800 | |
| 21/12/01 | USD | MMAT | 지정가 | 115 | | 115 | 0 | 0 | 일반 | 일반 |
| 18:57:48 | 미국 | 메타 머티리얼스 | 매수 | 3.7400 | | 3.7400 | 0 | 0 | 430.1000 | |
| 21/12/01 | USD | TSLA | 지정가 | 1 | | 1 | 0 | 0 | 일반 | 일반 |
| 23:35:05 | 미국 | 테슬라 | 매수 | 1,164.4300 | | 164.4300 | 0 | 0 | 164.4300 | |
| 21/12/01 | USD | BULZ | 지정가 | 2 | | 0 | 0 | 0 | 일반 | 일반 |
| 23:36:02 | 미국 | MICROSECTORS FAN | 매수 | 31.1500 | | 0 | 0 | 0 | 0 | |
| 21/12/01 | USD | BULZ | 지정가 | 2 | | 0 | 0 | 0 | 일반 | 일반 |
| 23:36:26 | 미국 | MICROSECTORS FAN | 매수 | 31.4000 | | 0 | 0 | 0 | 0 | |
| 21/12/01 | USD | BULZ | 지정가 | 2 | | 2 | 0 | 0 | 일반 | 일반 |
| 23:37:01 | 미국 | MICROSECTORS FAN | 매수 | 31.4700 | | 31.4600 | 0 | 0 | 62.9200 | |
| 21/12/01 | USD | BULZ | 지정가 | 2 | | 2 | 0 | 0 | 일반 | 일반 |
| 23:39:13 | 미국 | MICROSECTORS FAN | 매수 | 31.4600 | | 31.4200 | 0 | 0 | 62.8400 | |

| 주문일자 | 통화 | 종목번호 | 매매구분 | 주문수량 | STOP | 체결수량 | 정정수량 | 취소수량 | 예약구분 | 반대매매 |
|---|---|---|---|---|---|---|---|---|---|---|
| 주문시간 | 거래소 | 종목명 | 매도수 | 주문단가 | | 체결단가 | 정정단가 | 주문잔량 | 체결금액 | |
| 21/12/01 | USD | BULZ | 지정가 | | | 2 | 0 | 0 | 0 일반 | 일반 |
| 23:36:26 | 미국 | MICROSECTORS FAN | 매수 | 31.4000 | | 0 | 0 | 0 | 0 | |
| 21/12/01 | USD | BULZ | 지정가 | | | 2 | 2 | 0 | 0 일반 | 일반 |
| 23:37:01 | 미국 | MICROSECTORS FAN | 매수 | 31.4700 | | 31.4600 | 0 | 0 | 62.9200 | |
| 21/12/01 | USD | BULZ | 지정가 | | | 2 | 2 | 0 | 0 일반 | 일반 |
| 23:39:13 | 미국 | MICROSECTORS FAN | 매수 | 31.4600 | | 31.4200 | 0 | 0 | 62.8400 | |
| 21/12/03 | USD | MMAT | 지정가 | | | 230 | 0 | 0 | 0 일반 | 일반 |
| 18:08:14 | 미국 | 메타 머티리얼스 | 매수 | 3.5900 | | 0 | 0 | 0 | 0 | |
| 21/12/03 | USD | MMAT | 지정가 | | | 230 | 230 | 0 | 0 일반 | 일반 |
| 18:08:26 | 미국 | 메타 머티리얼스 | 매수 | 3.6000 | | 3.6000 | 0 | 0 | 828.0000 | |
| 21/12/20 | USD | TSLA | 지정가 | | | 1 | 1 | 0 | 0 일반 | 일반 |
| 18:12:55 | 미국 | 테슬라 | 매수 | 907.6500 | | 907.6500 | 0 | 0 | 907.6500 | |
| 21/12/20 | USD | MMAT | 지정가 | | | 1 | 1 | 0 | 0 일반 | 일반 |
| 18:14:19 | 미국 | 메타 머티리얼스 | 매수 | 2.7900 | | 2.7900 | 0 | 0 | 2.7900 | |



