NVB_3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | | **PROOF OF INTEREST** |
|---|---|---|

| Name of Debtor:<br>META MATERIALS, INC | Case Number:<br>24-50792 | |
|---|---|---|

| 1.  Name and address of holder of the Equity Interest (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):<br><br>Park HyunJoo<br><br>973-202, 21-39, Dongtangongwon-ro, Hwaseong-si, Gyeonggi-do, Republic of Korea<br><br>Telephone Number: (+82) 010-5370-8482 | ☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.<br><br>■ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.<br><br>☐ Check box if this address differs from the address on the envelope sent to you by the Debtors. | RECEIVED AND FILED<br>DEC 16 2024<br>U.S. BANKRUPTCY COURT<br>MARY A. SCHOTT, CLERK |
|---|---|---|

**NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.**

**COURT USE ONLY**

| Account or other number by which Interest holder identifies Debtor:<br><br>****--0847 | Check here if this claim:<br>☐ replaces a previously filed Proof of Interest dated: _____<br>☐ amends a previously filed Proof of Interestdated: _____ |
|---|---|

| 2.  Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:<br>Park HyunJoo<br><br>KIWOOM SECURITIES Corp<br>96, Uisadang-daero, Yeongdeungpo-gu, Seoul(TP Tower), Republic of Korea<br>**Telephone Number:** (+82)1544-9400, (+82)1544-9000, (+82) 1544-9920 | 3.  Date Equity Interest was acquired:<br><br>04/14/2021 – 08/31/2023<br>**See Attached Documentation |
|---|---|

| 4.  Total amount of member interest: <u>107shares for $31,413.45</u> | 5.  Certificate number(s):_____ |
|---|---|

6.  **Type of Equity Interest:**
Please indicate the type of Equity Interest you hold:
■ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
☐ Check this box if your Equity Interest is based on anything else and describe that interest:

**Description:** INVESTOR

7.  **Supporting Documents:** Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8.  **Date-Stamped Copy:** To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

9. **Signature:**
Check the appropriate box.
■ I am the creditor.  ☐ I am the creditor's authorized agent.  ☐ I am the trustee, or the debtor,  ☐ I am a guarantor, surety, endorser, or hercodebtor.
(Attach copy of power of attorney, if any.)  or their authorized agent.  (See Bankruptcy Rule 3005.)
(See Bankruptcy Rule 3004.)
I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name:_<u>Park HyunJoo</u>_____
Title:_____
Company:____ Address and telephone number (if `different from notice
addressabove):_____        (Signature)        (Date) December 9, 2024

Telephone number: (+82) 010-5370-8482   email: 98511013@naver.com

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

| Print Form | Save Form | Clear Form |
|---|---|---|

| 종목코드 | 종목명 | 보유량 | 매도가능 | 매입가 | 현재가 | 평가손익 | 수익률 | 결제잔고 | 매입금액 | 평가금액 |
|---|---|---|---|---|---|---|---|---|---|---|
| AHT | 애시포드 호스피 | 4 | 4 | 307.9226 | 8.8400 | -1,197.2107 | -97.20% | 4 | 1,231.6907 | 35.3600 |
| CWEB | 중국 인터넷 레버 | 43 | 43 | 159.4322 | 35.5400 | -5,333.2248 | -77.79% | 43 | 6,855.5848 | 1,528.2200 |
| MMATO | META MATERIALS I | 107 | 107 | 293.5837 | 0.0001 | -31,435.4265 | -100.06% | 107 | 31,413.4572 | 0.0107 |

총평가금액(원)  206,750,043   총매입금액(원)  192,467,424   총손익금액(원)  14,003,165   총수익률  7.27%

계좌번호 ●●●-0847   박현주   비밀번호 ****   거래소 전체   표시통화 ◉외화 ○원화   수수료 보기   조회   다음














기능 해외주식 해외ETF 해외배당주 해외주식CFD 해외선물옵션 미국주식옵션 FX마진 야간선물옵션 차트 투자정보 SPECIAL 모의/실전투자 해외채권/외화RP 시스템트레이딩 교육/방송 프리미엄 해외자산관리 온라인업무
고객서비스 보기 도움말

실시간미체결 | 실시간잔고 | 주문체결확인 | 예수금 | 예수금상세 | 일별주문체결내역 | 기간별주문체결내역 | 원장미체결 | 원장잔고확인 | 특정일 잔고

계좌번호 [redacted]-0847 박현주 비밀번호 ****

거래소 전체 주문일자 2021/05/04 조회구분 주문순

종목코드 NA 100% 코크리스탈 파 매매구분 ○전체 ⦿매수 ○매도 시작주문번호

| 주문번호 / 일반/반대 | 통화 / 거래소 | 종목번호 / 종목명 | 매매구분 / 매도수 | 주문수량 / 주문단가 | STOP | 체결수량 / 체결단가 | 정정수량 / 정정단가 | 취소수량 / 주문잔량 | 주문... / 체결... | 주문상태명 / 예약주문구분 |
|---|---|---|---|---|---|---|---|---|---|---|
| 42431 | USD | TRCH | 지정가 | 244 | | 244 | 0 | 0 | 00:17:1 | 체결완료 |
| 일반 | 미국 | TORCHLIGHT ENERG | 매수 | 1.7800 | | 1.7800 | 0 | 0 | 00:17:1 | 일반 |
| 45262 | USD | TRCH | 지정가 | 848 | | 848 | 0 | 0 | 00:36:0 | 체결완료 |
| 일반 | 미국 | TORCHLIGHT ENERG | 매수 | 1.7900 | | 1.7900 | 0 | 0 | 00:36:1 | 일반 |
| 54093 | USD | COCP | 지정가 | 850 | | 850 | 0 | 0 | 02:16:1 | 체결완료 |
| 일반 | 미국 | 코크리스탈 파머 | 매수 | 3.1100 | | 3.1000 | 0 | 0 | 02:16:1 | 일반 |
| 54113 | USD | COCP | 지정가 | 863 | | 0 | 0 | 863 | 02:16:3 | 무효주문 |
| 일반 | 미국 | 코크리스탈 파머 | 매수 | 3.0800 | | 0 | 0 | 0 | | 일반 |
| 54140 | USD | COCP | 지정가 | 863 | | 0 | 0 | 0 | 02:17:1 | 취소완료 |
| 일반 | 미국 | 코크리스탈 파머 | 매수 | 0 | | 0 | 0 | 0 | | 일반 |
| 54147 | USD | COCP | 지정가 | 854 | | 0 | 0 | 854 | 02:17:1 | 무효주문 |
| 일반 | 미국 | 코크리스탈 파머 | 매수 | 3.1000 | | 0 | 0 | 0 | | 일반 |
| 54162 | USD | COCP | 지정가 | 854 | | 0 | 0 | 0 | 02:17:2 | 취소완료 |
| 일반 | 미국 | 코크리스탈 파머 | 매수 | 0 | | 0 | 0 | 0 | | 일반 |

[100000] 계좌별 체결내역이 조회되었습니다.

주식 미니차트 해외증시차트 실시간잔고

SENS SNDL TSLA

S&P500 6,090.27 ▲15.16 0.25% DOWJONES 44,642.52 ▼123.19 -0.28% 홍콩지수 19,865.85 ▲306.41 1.56% 환율 ₩/$ 1,423.00 ▲5.70 0.40% 뉴스

2°C 맑음 검색 오후 1:23 2024-12-08

| 주문번호 | 통화 | 종목번호 | 매매구분 | 주문수량 | | 체결수량 정정수량 취소수량 | 주문... | 주문상태명 |
|---|---|---|---|---|---|---|---|---|
| 일반/반대 | 거래소 | 종목명 | 매도수 | 주문단가 | STOP | 체결단가 정정단가 주문잔량 체결... | | 예약주문구분 |
| 33383 | USD | MMAT | 지정가 | | 2,447 | 2,447 | 0 | 0 23:01:0 | 체결완료 |
| 일반 | 미국 | 메타 머티리얼스 | 매수 | 3.3200 | | 3.3200 | 0 | | 일반 |
| 33631 | USD | MMAT | 지정가 | | 1,835 | 0 | 0 | 1,835 23:02:0 | 무효주문 |
| 일반 | 미국 | 메타 머티리얼스 | 매수 | 3.3100 | | 0 | 0 | | 일반 |
| 33738 | USD | MMAT | 지정가 | | 1,372 | 1,372 | 0 | 0 23:02:3 | 체결완료 |
| 일반 | 미국 | 메타 머티리얼스 | 매수 | 3.3200 | | 3.3200 | 0 | | 일반 |
| 34115 | USD | MMAT | 지정가 | | 2,060 | 0 | 0 | 2,060 23:04:2 | 무효주문 |
| 일반 | 미국 | 메타 머티리얼스 | 매수 | 3.3200 | | 0 | 0 | | 일반 |
| 35943 | USD | MMAT | 지정가 | | 1,015 | 1,015 | 0 | 0 23:12:4 | 체결완료 |
| 일반 | 미국 | 메타 머티리얼스 | 매수 | 3.3700 | | 3.3700 | 0 | | 일반 |
| 36542 | USD | MMAT | 지정가 | | 1,024 | 58 | 0 | 966 23:15:4 | 부분체결 |
| 일반 | 미국 | 메타 머티리얼스 | 매수 | 3.3400 | | 3.3400 | 0 | | 일반 |
| 39375 | USD | MMAT | 지정가 | | 1,835 | 0 | 0 | 0 23:30:3 | 취소완료 |
| 일반 | 미국 | 메타 머티리얼스 | 매수 | | | | | | 일반 |

영웅문Global

기능 해외주식 해외ETF 해외배당주 해외주식CFD 해외선물옵션 미국주식옵션 FX마진 야간선물옵션 차트 투자정보 SPECIAL 모의/실전투자 해외채권/외화RP 시스템트레이딩 교육/방송 프리미엄 해외자산관리 온라인업무
고객서비스 보기 도움말

실시간미체결 | 실시간잔고 | 주문체결확인 | 예수금 | 예수금상세 | 일별주문체결내역 | 기간별주문체결내역 | 원장미체결 | 원장잔고확인 | 특정일 잔고

계좌번호 [redacted]-0847 박현주 비밀번호 **** 조회 다음

거래소 전체 주문일자 2021/07/19 조회구분 주문순

종목코드 매매구분 ○전체 ⦿매수 ○매도 시작주문번호

| 주문번호 | 통화 | 종목번호 | 매매구분 | 주문수량 | | 체결수량 | 정정수량 | 취소수량 | 주문... | 주문상태명 |
|---|---|---|---|---|---|---|---|---|---|---|
| 일반/반대 | 거래소 | 종목명 | 매도수 | 주문단가 | STOP | 체결단가 | 정정단가 | 주문잔량 | 체결... | 예약주문구분 |
| 39421 | USD | MMAT | 지정가 | 1,789 | | 0 | 1,789 | 0 | 23:30:5 | 무효주문 |
| 일반 | 미국 | 메타 머티리얼스 | 매수 | 3.3900 | | 0 | 0 | 0 | | 일반 |
| 39725 | USD | MMAT | 지정가 | 1,789 | | 1,789 | 0 | 0 | 23:32:3 | 체결완료 |
| 일반 | 미국 | 메타 머티리얼스 | 매수 | 3.4000 | | 3.4000 | 0 | 0 | 23:32:3 | 일반 |
| 41968 | USD | MMAT | 지정가 | 966 | | 0 | 0 | 0 | 23:46:2 | 취소완료 |
| 일반 | 미국 | 메타 머티리얼스 | 매수 | 0 | | 0 | 0 | 0 | | 일반 |
| 41969 | USD | MMAT | 지정가 | 2,060 | | 0 | 0 | 0 | 23:46:2 | 취소완료 |
| 일반 | 미국 | 메타 머티리얼스 | 매수 | 0 | | 0 | 0 | 0 | | 일반 |
| 42208 | USD | SENS | 지정가 | 1,703 | | 1,703 | 0 | 0 | 23:48:0 | 체결완료 |
| 일반 | 미국 | 센서닉스 홀딩스 | 매수 | 2.9600 | | 2.9600 | 0 | 0 | 23:48:0 | 일반 |
| 42355 | USD | CCXI | 지정가 | 326 | | 326 | 0 | 0 | 23:49:0 | 체결완료 |
| 일반 | 미국 | 케모센트릭스 | 매수 | 15.5000 | | 15.5000 | 0 | 0 | 23:50:2 | 일반 |
| 43355 | USD | SENS | 지정가 | 330 | | 0 | 0 | 330 | 23:57:4 | 무효주문 |
| 일반 | 미국 | 센서닉스 홀딩스 | 매수 | 2.9600 | | 0 | 0 | 0 | | 일반 |

[100000] 계좌별 체결내역이 조회되었습니다.

주식 미니차트 해외증시차트 실시간잔고

COCP SENS SNDL TSLA

S&P500 6,090.27 ▲15.16 0.25% DOWJONES 44,642.52 ▼123.19 -0.28% 홍콩지수 19,865.85 ▲305.41 1.56% 환율 ₩/$ 1,423.00

오후 1:36 2024-12-08

| 주문번호 | 통화 | 종목코드 | 매매구분 | 주문수량 | | 체결수량 정정수량 취소수량 | | | 주문... | 주문상태명 |
|---|---|---|---|---|---|---|---|---|---|---|
| 일반/반대 | 거래소 | 종목명 | 매도수 | 주문단가 | STOP | 체결단가 정정단가 주문잔량 체결... | | | | 예약주문구분 |
| 44113 | USD | SENS | 지정가 | 322 | | 322 | 0 | | 0:00:04:1 | 체결완료 |
| 일반 | 미국 | 센서닉스 홀딩스 | 매수 | 3.0300 | | 3.0300 | | 0 | 0:00:04:1 | 일반 |
| 46495 | USD | CTRM | 지정가 | 2 | | 0 | 2 | | 0:00:27:3 | 무효주문 |
| 일반 | 미국 | 캐스터 마리타임 | 매수 | 2.0700 | | 0 | | 0 | 0:00:27:3 | 일반 |
| 48867 | USD | CTRM | 지정가 | 2 | | 2 | 0 | | 0:00:59:3 | 체결완료 |
| 일반 | 미국 | 캐스터 마리타임 | 매수 | 2.1200 | | 2.1200 | | 0 | 0:00:59:3 | 일반 |
| 49308 | USD | MMAT | 지정가 | 1,089 | | 0 | 1,089 | | 0:01:07:0 | 무효주문 |
| 일반 | 미국 | 메타 마티리얼스 | 매수 | 3.4800 | | 0 | | 0 | 0:01:07:0 | 일반 |
| 49353 | USD | MMAT | 지정가 | 1,089 | | 1,089 | 0 | | 0:01:07:5 | 체결완료 |
| 일반 | 미국 | 메타 마티리얼스 | 매수 | 3.4900 | | 3.4900 | | 0 | 0:01:08:0 | 일반 |
| 49781 | USD | SENS | 지정가 | 419 | | 419 | 0 | | 0:01:15:5 | 체결완료 |
| 일반 | 미국 | 센서닉스 홀딩스 | 매수 | 3.0600 | | 3.0600 | | 0 | 0:01:16:3 | 일반 |
| 49917 | USD | BNGO | 지정가 | 1 | | 1 | 0 | | 0:01:18:2 | 체결완료 |
| 일반 | 미국 | 바이오나노 지노 | 매수 | 5.9100 | | 5.9100 | | 0 | 0:01:18:3 | 일반 |





| 주문번호 | 통화 | 종목번호 | 매매구분 | 주문수량 | | 체결수량 정정수량 취소수량 | 주문... | 주문상태명 |
|---|---|---|---|---|---|---|---|---|
| 일반/반대 | 거래소 | 종목명 | 매도가 | 주문단가 | STOP | 체결단가 정정단가 주문잔량 체결... | | 예약주문구분 |
| 6048 | USD | NRIN | 지정가 | | 20 | 0 20 0 | 0 19:05:3 | 무효주문 |
| 일반 | 미국 | 마린 소프트웨어 | 매수 | 7.0900 | | 0 0 | 0 | 일반 |
| 6059 | USD | NRIN | 지정가 | | 20 | 20 0 | 0 19:05:5 | 체결완료 |
| 일반 | 미국 | 마린 소프트웨어 | 매수 | 7.1000 | | 7.1000 0 | 0 19:11:2 | 일반 |
| 13792 | USD | MMAT | 지정가 | | 512 | 512 0 | 0 22:29:4 | 체결완료 |
| 일반 | 미국 | 메타 머티리얼스 | 매수 | 3.3600 | | 3.3600 0 | 0 22:30:4 | 일반 |
| 17768 | USD | MMAT | 지정가 | | 3,126 | 3,126 0 | 0 22:33:3 | 체결완료 |
| 일반 | 미국 | 메타 머티리얼스 | 매수 | 3.2900 | | 3.2900 0 | 0 22:33:3 | 일반 |
| 22472 | USD | SENS | 지정가 | | 8 | 8 0 | 0 22:54:0 | 체결완료 |
| 일반 | 미국 | 센서닉스 홀딩스 | 매수 | 3.1000 | | 3.1000 0 | 0 22:54:3 | 일반 |



| 주문번호 일반/반대 | 통화 거래소 | 종목번호 종목명 | 매매구분 매도수 | 주문수량 주문단가 | STOP | 체결수량 체결단가 | 정정수량 정정단가 | 취소수량 주문진량 | 주문... 체결... | 주문상태명 예약주문구분 |
|---|---|---|---|---|---|---|---|---|---|---|
| 761 | USD | MMAT | 지정가 | | 1,024 | 1,024 | 0 | | 0 17:05:0 | 체결완료 |
| 일반 | 미국 | 메타 머티리얼즈 | 매수 | 3.3200 | | 3.3200 | 0 | | 0 17:05:0 | 일반 |
| 28145 | USD | MMAT | 지정가 | | 847 | 847 | 0 | | 0 23:26:4 | 체결완료 |
| 일반 | 미국 | 메타 머티리얼즈 | 매수 | 3.2700 | | 3.2700 | 0 | | 0 23:26:4 | 일반 |







영웅문Global

기능 해외주식 해외ETF 해외배당주 해외주식CFD 해외선물옵션 미국주식옵션 FX마진 야간선물옵션 차트 투자정보 SPECIAL 모의/실전투자 해외채권/외화RP 시스템트레이딩 교육/방송 프리미엄 해외자산관리 온라인업무
고객서비스 보기 도움말

실시간미체결 | 실시간잔고 | 주문체결확인 | 예수금 | 예수금상세 | **일별주문체결내역** | 기간별주문체결내역 | 원장미체결 | 원장잔고확인 | 특정일 잔고

계좌번호 [redacted]-0847 박현주 비밀번호 **** 조회 다음

거래소 전체 주문일자 2021/08/16 조회구분 주문순

종목코드 매매구분 ○전체 ◉매수 ○매도 시작주문번호

| 주문번호 | 통화 | 종목번호 | 매매구분 | 주문수량 | | 체결수량 | 정정수량 | 취소수량 | 주문... | 주문상태명 |
|---|---|---|---|---|---|---|---|---|---|---|
| 일반/반대 | 거래소 | 종목명 | 매도수 | 주문단가 | STOP | 체결단가 | 정정단가 | 주문잔량 | 체결... | 예약주문구분 |
| 4787 | USD | MMAT | 지정가 | 398 | | 0 | 0 | 398 | 18:31:1 | 무효주문 |
| 일반 | 미국 | 메타 머티리얼스 | 매수 | 3.2000 | | 0 | 0 | 0 | | 일반 |
| 4819 | USD | MMAT | 지정가 | 398 | | 0 | 0 | 0 | 18:33:2 | 취소완료 |
| 일반 | 미국 | 메타 머티리얼스 | 매수 | 0 | | 0 | 0 | 0 | | 일반 |
| 4824 | USD | MMAT | 지정가 | 396 | | 396 | 0 | 0 | 18:33:3 | 체결완료 |
| 일반 | 미국 | 메타 머티리얼스 | 매수 | 3.2200 | | 3.2200 | 0 | 0 | 18:35:3 | 일반 |
| 8235 | USD | MMAT | 지정가 | 467 | | 467 | 0 | 0 | 20:20:1 | 체결완료 |
| 일반 | 미국 | 메타 머티리얼스 | 매수 | 3.1900 | | 3.1900 | 0 | 0 | 20:22:1 | 일반 |
| 9386 | USD | MMAT | 지정가 | 1 | | 1 | 0 | 0 | 20:49:2 | 체결완료 |
| 일반 | 미국 | 메타 머티리얼스 | 매수 | 3.1800 | | 3.1800 | 0 | 0 | 20:56:5 | 일반 |

주식 미니차트 해외증시차트 실시간잔고

오후 1:37 2024-12-08

| 주문번호 | 통화 | 종목번호 | 매매구분 | 주문수량 | | 체결수량 정정수량 취소수량 | 주문... | 주문상태명 |
|---|---|---|---|---|---|---|---|---|
| 일반/반대 | 거래소 | 종목명 | 매도수 | 주문단가 | STOP | 체결단가 정정단가 주문잔량 체결... | | 예약주문구분 |
| 5176 | USD | TSLA | 지정가 | | | 2      2      0 | 0 19:35:2 | 체결완료 |
| 일반 | 미국 | 테슬라 | 매수 | 842.9100 | | 842.9100      0 | 0 19:36:2 | 일반 |
| 5336 | USD | TSLA | 지정가 | | | 1      1      0 | 0 19:39:5 | 체결완료 |
| 일반 | 미국 | 테슬라 | 매수 | 842.9700 | | 842.9700      0 | 0 19:39:5 | 일반 |
| 5376 | USD | AAPL | 지정가 | | | 1      1      0 | 0 19:42:0 | 일반 |
| 일반 | 미국 | 애플 | 매수 | 159.3500 | | 159.3500      0 | 0 19:42:0 | 체결완료 |
| 7744 | USD | MMAT | 지정가 | | | 10     10     0 | 0 20:46:4 | 체결완료 |
| 일반 | 미국 | 메타 마디리얼스 | 매수 | 1.6400 | | 1.6400      0 | 0 21:02:5 | 일반 |







| 주문번호 | 통화 | 종목번호 | 매매구분 | 주문수량 | | 체결수량 정정수량 취소수량 | 주문... | 주문상태명 |
|---|---|---|---|---|---|---|---|---|
| 일반/반대 | 거래소 | 종목명 | 매수수 | 주문단가 | STOP | 체결단가 정정단가 주문잔량 | 체결... | 예약주문구분 |
| 7737 | USD | MMAT | 지정가 | 9 | | 9 | 0 | 19:31:1 | 무효주문 |
| 일반 | 미국 | 메타 머티리얼스 | 매수 | 1.8800 | | 0 | 0 | | 일반 |
| 7814 | USD | MMAT | 지정가 | 9 | | 9 | 0 | 19:31:5 | 체결완료 |
| 일반 | 미국 | 메타 머티리얼스 | 매수 | 1.9000 | | 1.8900 | 0 | 19:31:5 | 일반 |
| 9242 | USD | MMAT | 지정가 | 2 | | 2 | 0 | 20:09:1 | 체결완료 |
| 일반 | 미국 | 메타 머티리얼스 | 매수 | 1.9000 | | 1.9000 | 0 | 20:09:1 | 일반 |
| 9321 | USD | CEI | 지정가 | 1 | | 1 | 0 | 20:10:3 | 체결완료 |
| 일반 | 미국 | 캠버 에너지 | 매수 | 0.8647 | | 0.8647 | 0 | 20:10:3 | 일반 |

| 주문번호 | 통화 | 종목번호 | 매매구분 | 주문수량 | | 체결수량 정정수량 취소수량 주문... | | | 주문상태명 |
|---|---|---|---|---|---|---|---|---|---|
| 일반/반대 | 거래소 | 종목명 | 매도수 | 주문단가 | STOP | 체결단가 정정단가 주문잔량 체결... | | | 예약주문구분 |
| 20858 | USD | NVDA | 지정가 | | | 3 | 3 | 0 | 23:17:3 | 체결완료 |
| 일반 | 미국 | 엔비디아 | 매수 | 220.7400 | | 220.7100 | | 0 | 23:17:3 | 일반 |
| 21100 | USD | AAPL | 지정가 | | | 1 | 1 | 0 | 23:19:1 | 체결완료 |
| 일반 | 미국 | 애플 | 매수 | 168.7600 | | 168.7600 | | 0 | 23:20:1 | 일반 |
| 21173 | USD | NVDA | 지정가 | | | 1 | 1 | 0 | 23:20:1 | 체결완료 |
| 일반 | 미국 | 엔비디아 | 매수 | 221.0500 | | 221.0500 | | 0 | 23:20:1 | 일반 |
| 21475 | USD | MMAT | 지정가 | | | 31 | 0 | 31 | 23:24:3 | 무효주문 |
| 일반 | 미국 | 메타 마타리알스 | 매수 | 1.5700 | | 0 | | 0 | 23:24:3 | 일반 |
| 21543 | USD | MMAT | 지정가 | | | 31 | 31 | 0 | 23:25:3 | 체결완료 |
| 일반 | 미국 | 메타 머티리얼스 | 매수 | 1.5800 | | 1.5800 | | 0 | 23:25:3 | 일반 |
| 21638 | USD | CEI | 지정가 | | | 1 | 0 | 1 | 23:26:4 | 무효주문 |
| 일반 | 미국 | 캠버 에너지 | 매수 | 0.6973 | | 0 | | 0 | 23:26:4 | 일반 |
| 21654 | USD | CEI | 지정가 | | | 1 | 1 | 0 | 23:26:4 | 체결완료 |
| 일반 | 미국 | 캠버 에너지 | 매수 | 0.6974 | | 0.6974 | | 0 | 23:26:4 | 일반 |





| 주문번호 | 통화 | 종목번호 | 매매구분 | 주문수량 | | 체결수량 정정수량 취소수량 주문... | | | 주문상태명 |
|---|---|---|---|---|---|---|---|---|---|
| 일반/반대 | 거래소 | 종목명 | 매도수 | 주문단가 | STOP | 체결단가 정정단가 주문잔량 체결... | | | 예약주문구분 |
| 2005 | USD | TSLA | 지정가 | | | 018.0000 | | 0 17:35:4 | 체결완료 |
| 일반 | 미국 | 테슬라 | 매수 | 1,018.0000 | | | | | 일반 |
| 2975 | USD | TWTR | 지정가 | | | 10 10 | | 0 18:06:1 | 체결완료 |
| 일반 | 미국 | 트위터 | 매수 | 46.5000 | | 46.5000 | | | 일반 |
| 4964 | USD | TSLA | 지정가 | | | 6 6 | | 0 19:25:5 | 일반 |
| 일반 | 미국 | 테슬라 | 매수 | 1,025.6000 | | 025.6000 | | | 일반 |
| 8675 | USD | TSLA | 지정가 | | | 10 10 | | 0 21:26:1 | 일반 |
| 일반 | 미국 | 테슬라 | 매수 | 1,033.2360 | | 033.2360 | | | 일반 |
| 9122 | USD | TSLA | 지정가 | | | 11 11 | | 0 21:37:5 | 체결완료 |
| 일반 | 미국 | 테슬라 | 매수 | 1,034.6000 | | 034.6000 | | | 일반 |
| 9376 | USD | TSLA | 지정가 | | | 12 12 | | 0 21:42:5 | 체결완료 |
| 일반 | 미국 | 테슬라 | 매수 | 1,034.5000 | | 034.5000 | | | 일반 |
| 9426 | USD | MMAT | 지정가 | | | 83 83 | | 0 21:44:0 | 체결완료 |
| 일반 | 미국 | 메타 머티리얼즈 | 매수 | 1.4500 | | 1.4500 | | | 일반 |

| 주문번호 일반/반대 | 통화 거래소 | 종목번호 종목명 | 매매구분 매도수 | 주문수량 주문단가 | STOP | 체결수량 체결단가 | 정정수량 정정단가 | 취소수량 주문잔량 | 주문... 체결... | 주문상태명 예약주문구분 |
|---|---|---|---|---|---|---|---|---|---|---|
| 22104 | USD | TSLA | 지정가 | | | 1 | 0 | 0 | 0 23:34:3 | 체결완료 |
| 일반 | 미국 | 테슬라 | 매수 | 917.5600 | | 917.5600 | 0 | 0 | 0 23:34:3 | 일반 |
| 22666 | USD | TSLA | 지정가 | | | 1 | 0 | 0 | 0 23:38:5 | 체결완료 |
| 일반 | 미국 | 테슬라 | 매수 | 911.6200 | | 911.6200 | 0 | 0 | 0 23:38:5 | 일반 |
| 22908 | USD | MMAT | 지정가 | | | 55 | 0 | 55 | 0 23:40:3 | 무효주문 |
| 일반 | 미국 | 메타 머티리얼스 | 매수 | 1.2400 | | 0 | 0 | 0 | 0 | 일반 |
| 22958 | USD | MMAT | 지정가 | | | 55 | 55 | 0 | 0 23:40:4 | 체결완료 |
| 일반 | 미국 | 메타 머티리얼스 | 매수 | 1.2500 | | 1.2500 | 0 | 0 | 0 23:40:4 | 일반 |
| 29999 | USD | TSLA | 지정가 | | | 1 | 0 | 1 | 0 00:46:3 | 무효주문 |
| 일반 | 미국 | 테슬라 | 매수 | 901.7100 | | 0 | 0 | 0 | 0 | 일반 |
| 30013 | USD | TSLA | 지정가 | | | 1 | 1 | 0 | 0 00:46:4 | 체결완료 |
| 일반 | 미국 | 테슬라 | 매수 | 902.3200 | | 902.3200 | 0 | 0 | 0 00:46:4 | 일반 |















영웅문Global

기능 해외주식 해외ETF 해외배당주 해외주식CFD 해외선물옵션 미국주식옵션 FX마진 야간선물옵션 차트 투자정보 SPECIAL 모의/실전투자 해외채권/외화RP 시스템트레이딩 교육/방송 프리미엄 해외자산관리 온라인업무

고객서비스 보기 도움말

실시간미체결 | 실시간잔고 | 주문체결확인 | 예수금 | 예수금상세 | **일별주문체결내역** | 기간별주문체결내역 | 원장미체결 | 원장잔고확인 | 특정일 잔고

계좌번호 [redacted]-0847 박현주 비밀번호 **** 조회 다음

거래소 전체 주문일자 2022/06/15 조회구분 주문순

종목코드 매매구분 ○전체 ◉매수 ○매도 시작주문번호

| 주문번호 / 일반/반대 | 통화 / 거래소 | 종목번호 / 종목명 | 매매구분 / 매도수 | 주문수량 / 주문단가 | STOP | 체결수량 / 체결단가 | 정정수량 / 정정단가 | 취소수량 / 주문잔량 | 주문... / 체결... | 주문상태명 / 예약주문구분 |
|---|---|---|---|---|---|---|---|---|---|---|
| 16492 | USD | TSLA | 지정가 | 20 | | 20 | 0 | 0 | 23:20:4 | 체결완료 |
| 일반 | 미국 | 테슬라 | 매수 | 672.5900 | | 672.5800 | 0 | 0 | 23:20:4 | 일반 |
| 16569 | USD | TSLA | 지정가 | 10 | | 10 | 0 | 0 | 23:21:4 | 체결완료 |
| 일반 | 미국 | 테슬라 | 매수 | 672.3000 | | 672.3000 | 0 | 0 | 23:22:2 | 일반 |
| 16665 | USD | TSLA | 지정가 | 11 | | 0 | 11 | 0 | 23:23:1 | 무효주문 |
| 일반 | 미국 | 테슬라 | 매수 | 669.8400 | | 0 | 0 | 0 | | 일반 |
| 16755 | USD | TSLA | 지정가 | 11 | | 11 | 0 | 0 | 23:24:2 | 체결완료 |
| 일반 | 미국 | 테슬라 | 매수 | 673.5200 | | 673.3346 | 0 | 0 | 23:24:2 | 일반 |
| 17565 | USD | MMAT | 지정가 | 404 | | 0 | 0 | 404 | 23:37:2 | 무효주문 |
| 일반 | 미국 | 메타 머티리얼스 | 매수 | 1.4900 | | 0 | 0 | 0 | | 일반 |
| 17591 | USD | MMAT | 지정가 | 404 | | 0 | 0 | 0 | 23:37:5 | 취소완료 |
| 일반 | 미국 | 메타 머티리얼스 | 매수 | 0 | | 0 | 0 | 0 | | 일반 |
| 17595 | USD | MMAT | 지정가 | 401 | | 401 | 0 | 0 | 23:38:0 | 체결완료 |
| 일반 | 미국 | 메타 머티리얼스 | 매수 | 1.5000 | | 1.5000 | 0 | 0 | 23:38:0 | 일반 |

[100000] 계좌별 체결내역이 조회되었습니다.

주식 미니차트 해외증시차트 실시간잔고

COCP SENS SNDL TSLA

S&P500 6,090.27 ▲15.16 0.25% DOWJONES 44,642.52 ▼123.19 -0.28% 홍콩지수 19,865.85 ▲305.41 1.56% 환율 원/$ 1,423.00 ▲5.70 0.40%

3°C 맑음 검색 오후 1:41 2024-12-08

영웅문Global

해외주식 1544-9400 | 해외선물/FX마진 1544-9600 | 나이트데스크 1544-8400

기능 해외주식 해외ETF 해외배당주 해외주식CFD 해외선물옵션 미국주식옵션 FX마진 야간선물옵션 차트 투자정보 SPECIAL 모의/실전투자 해외채권/외화RP 시스템트레이딩 교육/방송 프리미엄 해외자산관리 온라인업무 고객서비스 보기 도움말

실시간미체결 | 실시간잔고 | 주문체결확인 | 예수금 | 예수금상세 | **일별주문체결내역** | 기간별주문체결내역 | 원장미체결 | 원장잔고확인 | 특정일 잔고

조회 다음

계좌번호 [redacted]-0847 박현주 비밀번호 ****

거래소 전체 주문일자 2022/06/21 조회구분 주문순

종목코드 매매구분 ○전체 ⦿매수 ○매도 시작주문번호

| 주문번호 | 통화 | 종목번호 | 매매구분 | 주문수량 | | 체결수량 | 정정수량 | 취소수량 | 주문... | 주문상태명 |
|---|---|---|---|---|---|---|---|---|---|---|
| 일반/반대 | 거래소 | 종목명 | 매도수 | 주문단가 | STOP | 체결단가 | 정정단가 | 주문잔량 | 체결... | 예약주문구분 |
| 21744 | USD | MMAT | 지정가 | 76 | | 0 | 0 | 78 | 23:55:4 | 무효주문 |
| 일반 | 미국 | 메타 머티리얼스 | 매수 | 1.6800 | | 0 | 0 | 0 | | 일반 |
| 22074 | USD | MMAT | 지정가 | 78 | | 0 | 0 | 0 | 00:01:3 | 취소완료 |
| 일반 | 미국 | 메타 머티리얼스 | 매수 | 0 | | 0 | 0 | 0 | | 일반 |
| 22092 | USD | AHT | 지정가 | 20 | | 0 | 0 | 20 | 00:01:4 | 무효주문 |
| 일반 | 미국 | 애시포드 호스피 | 매수 | 6.3200 | | 0 | 0 | 0 | | 일반 |
| 22156 | USD | AHT | 지정가 | 20 | | 0 | 0 | 0 | 00:02:4 | 취소완료 |
| 일반 | 미국 | 애시포드 호스피 | 매수 | 0 | | 0 | 0 | 0 | | 일반 |
| 22236 | USD | MMAT | 지정가 | 76 | | 0 | 0 | 76 | 00:04:1 | 무효주문 |
| 일반 | 미국 | 메타 머티리얼스 | 매수 | 1.7100 | | 0 | 0 | 0 | | 일반 |
| 22251 | USD | MMAT | 지정가 | 76 | | 0 | 0 | 0 | 00:04:3 | 취소완료 |
| 일반 | 미국 | 메타 머티리얼스 | 매수 | 0 | | 0 | 0 | 0 | | 일반 |
| 22260 | USD | MMAT | 지정가 | 76 | | 76 | 0 | 0 | 00:04:4 | 체결완료 |
| 일반 | 미국 | 메타 머티리얼스 | 매수 | 1.7200 | | 1.7200 | 0 | 0 | 00:04:4 | 일반 |

[100000] 계좌별 체결내역이 조회되었습니다.

주식 미니차트 해외증시차트 실시간잔고

COCP SENS SNDL TSLA

S&P500 6,090.27 ▲15.16 0.25% DOWJONES 44,642.52 ▼123.19 -0.28% 홍콩지수 19,865.85 ▲305.41 1.56% 환율 ₩/$ 1,423.00 ▲5.70 0.40%

KOSPI 종합 2,428.16 ▼13.69 -0.56% 중국심천지수 Hang Seng Index(24.12) 19,621 0.00% 0 Crude Oil(25.01) 67.20 0.00% 0

3°C 맑음 검색 오후 1:41 2024-12-08

영웅문Global

기능 해외주식 해외ETF 해외배당주 해외주식CFD 해외선물옵션 미국주식옵션 FX마진 야간선물옵션 차트 투자정보 SPECIAL 모의/실전투자 해외채권/외화RP 시스템트레이딩 교육/방송 프리미엄 해외자산관리 온라인업무

고객서비스 보기 도움말

실시간미체결 | 실시간잔고 | 주문체결확인 | 예수금 | 예수금상세 | 일별주문체결내역 | 기간별주문체결내역 | 원장미체결 | 원장잔고확인 | 특정일 잔고

계좌번호 [redacted]-0847 박현주 비밀번호 ****

거래소 전체 주문일자 2023/04/03 ~ 2023/06/30

종목코드 매매구분 ○전체 ⦿매수 ○매도

조회 다음

| 주문일자 / 주문시간 | 통화 / 거래소 | 종목번호 / 종목명 | 매매구분 / 매도수 | 주문수량 / 주문단가 | STOP | 체결수량 / 체결단가 | 정정수량 / 정정단가 | 취소수량 / 주문잔량 | 예약구분 / 체결금액 | 반대매매 |
|---|---|---|---|---|---|---|---|---|---|---|
| 23/06/22 | USD | PLTR | 지정가 | 4 | | 4 | 0 | 0 | 일반 | 일반 |
| 18:26:36 | 미국 | 팔란티어 테크 | 매수 | 14.4300 | | 14.4300 | 0 | 0 | 57.7200 | |
| 23/06/22 | USD | TSLA | 지정가 | 1 | | 1 | 0 | 0 | 일반 | 일반 |
| 19:59:36 | 미국 | 테슬라 | 매수 | 250.7500 | | 250.7500 | 0 | 0 | 250.7500 | |
| 23/06/22 | USD | MMAT | 지정가 | 67 | | 67 | 0 | 0 | 일반 | 일반 |
| 22:52:32 | 미국 | 메타 머티리얼스 | 매수 | 0.1990 | | 0.1990 | 0 | 0 | 13.3330 | |
| 23/06/28 | USD | TSLA | 지정가 | 1 | | 1 | 0 | 0 | 일반 | 일반 |
| 23:14:58 | 미국 | 테슬라 | 매수 | 255.1200 | | 255.1200 | 0 | 0 | 255.1200 | |
| 23/06/28 | USD | TSLA | 지정가 | 1 | | 0 | 0 | 0 | 일반 | 일반 |
| 23:16:16 | 미국 | 테슬라 | 매수 | 255.6600 | | 0 | 0 | 0 | 0 | |
| 23/06/28 | USD | TSLA | 지정가 | 1 | | 1 | 0 | 0 | 일반 | 일반 |
| 23:16:25 | 미국 | 테슬라 | 매수 | 256.1600 | | 256.1600 | 0 | 0 | 256.1600 | |
| 23/06/29 | USD | MMAT | 지정가 | 16 | | 16 | 0 | 0 | 일반 | 일반 |
| 00:40:30 | 미국 | 메타 머티리얼스 | 매수 | 0.2099 | | 0.2099 | 0 | 0 | 3.3584 | |

[100000] 조회가 완료되었습니다

주식 미니차트 해외증시차트 실시간잔고

신호관리자

| 시간 | 구분 | 종목 |
|---|---|---|
| 13:47:25 | | |
| 13:47:22 | | |
| 13:47:13 | | |
| 13:45:58 | | |
| 13:46:40 | | |
| 13:46:33 | | |
| 13:46:06 | | LG에너지솔루션 |
| 13:46:11 | | |

COCP SENS SNDL TSLA

S&P500 6,090.27 ▲15.16 0.25% NASDAQ 19,859.77 ▲159.05 0.81% NIKKEI 39,091.17 ▼304.43 -0.77% 환율 W/$ 1,423.00 ▲5.70 0.40%

24/12/08 13:47:34

3°C 맑음 검색 오후 1:47 2024-12-08

영웅문Global

실시간미체결 | 실시간잔고 | 주문체결확인 | 예수금 | 예수금상세 | 일별주문체결내역 | 기간별주문체결내역 | 원장미체결 | 원장잔고확인 | 특정일 잔고

계좌번호 [redacted]0847 박현주 비밀번호 **** 조회 다음

거래소 전체 주문일자 2023/07/03 ~ 2023/08/31

종목코드 매매구분 ○전체 ⦿매수 ○매도

| 주문일자 / 주문시간 | 통화 / 거래소 | 종목번호 / 종목명 | 매매구분 / 매도수 | 주문수량 / 주문단가 | STOP | 체결수량 / 체결단가 | 정정수량 / 정정단가 | 취소수량 / 주문잔량 | 예약구분 / 체결금액 | 반대매매 |
|---|---|---|---|---|---|---|---|---|---|---|
| 23/07/21 | USD | MMAT | 지정가 | 10 | | 10 | 0 | 0 | 일반 | 일반 |
| 00:20:17 | 미국 | 메타 머티리얼스 | 매수 | 0.2176 | | 0.2176 | 0 | 0 | 2.1760 | |
| 23/07/25 | USD | AMC | 지정가 | 14 | | 0 | 0 | 0 | 일반 | 일반 |
| 02:37:30 | 미국 | AMC 엔터테인먼트 | 매수 | 5.1500 | | 0 | 0 | 0 | 0 | |
| 23/07/25 | USD | AMC | 지정가 | 14 | | 14 | 0 | 0 | 일반 | 일반 |
| 02:37:56 | 미국 | AMC 엔터테인먼트 | 매수 | 5.1600 | | 5.1501 | 0 | 0 | 72.1014 | |
| 23/07/25 | USD | MMAT | 지정가 | 22 | | 22 | 0 | 0 | 일반 | 일반 |
| 02:38:35 | 미국 | 메타 머티리얼스 | 매수 | 0.2173 | | 0.2173 | 0 | 0 | 4.7806 | |
| 23/07/25 | USD | AMC | 지정가 | 19 | | 0 | 0 | 0 | 일반 | 일반 |
| 02:42:04 | 미국 | AMC 엔터테인먼트 | 매수 | 5.1700 | | 0 | 0 | 0 | 0 | |
| 23/07/25 | USD | AMC | 지정가 | 19 | | 19 | 0 | 0 | 일반 | 일반 |
| 02:42:21 | 미국 | AMC 엔터테인먼트 | 매수 | 5.1800 | | 5.1750 | 0 | 0 | 98.3250 | |
| 23/07/25 | USD | MMAT | 지정가 | 9 | | 0 | 0 | 0 | 일반 | 일반 |
| 02:43:23 | 미국 | 메타 머티리얼스 | 매수 | 0.2177 | | 0 | 0 | 0 | 0 | |

[103030] 조회가 완료되었습니다

신호관리자

| 시간 | 구분 | 종목 |
|---|---|---|
| 13:47:55 | | |
| 13:47:40 | | SK이노베이션 |
| 13:47:25 | | |
| 13:47:22 | | |
| 13:47:13 | | |
| 13:45:58 | | |
| 13:46:40 | | |
| 13:46:33 | | |

주식 미니차트 | 해외증시차트 | 실시간잔고

S&P500 6,090.27 ▲15.16 0.25% NASDAQ 19,859.77 ▲159.05 0.81% NIKKEI 39,091.17 ▼304.43 -0.77% 환율 ₩/$ 1,423.00 ▲5.70 0.40%

오후 1:47 2024-12-08

| 주문일자 | 통화 | 종목번호 | 매매구분 | 주문수량 | | 체결수량 | 정정수량 | 취소수량 | 예약구분 | 반대매매 |
|---|---|---|---|---|---|---|---|---|---|---|
| 주문시간 | 거래소 | 종목명 | 매도수 | 주문단가 | STOP | 체결단가 | 정정단가 | 주문잔량 | 체결금액 | |
| 23/07/25 | USD | MMAT | 지정가 | | | 9 | 9 | 0 | 0 | 일반 | 일반 |
| 02:43:53 | 미국 | 메타 머티리얼즈 | 매도수 | 0.2178 | | 0.2178 | 0 | 0 | 1.9602 | |
| 23/07/26 | USD | TSLL | 지정가 | | | 9 | 9 | 0 | 0 | 일반 | 일반 |
| 23:32:45 | 미국 | 테슬라 1.5배수 | 매수 | 17.7300 | | 17.7300 | 0 | 0 | 159.5700 | |
| 23/07/26 | USD | MMAT | 지정가 | | | 44 | 44 | 0 | 0 | 일반 | 일반 |
| 23:33:53 | 미국 | 메타 머티리얼즈 | 매수 | 0.2152 | | 0.2152 | 0 | 0 | 9.4688 | |
| 23/08/01 | USD | AMSC | 지정가 | | | 9 | 9 | 0 | 0 | 일반 | 일반 |
| 03:09:03 | 미국 | 아메리칸 슈퍼컨 | 매수 | 15.5000 | | 15.5000 | 0 | 0 | 139.5000 | |
| 23/08/01 | USD | MMAT | 지정가 | | 55 | 0 | 0 | 0 | 0 | 일반 | 일반 |
| 03:40:09 | 미국 | 메타 머티리얼즈 | 매수 | 0.2520 | | 0 | 0 | 0 | 0 | |
| 23/08/01 | USD | MMAT | 지정가 | | 55 | 0 | 0 | 55 | 일반 | 일반 |
| 03:40:25 | 미국 | 메타 머티리얼즈 | 매수 | 0.2521 | | 0 | 0 | 0 | 0 | |
| 23/08/01 | USD | MMAT | 지정가 | | 55 | 0 | 0 | 0 | 0 | 일반 | 일반 |
| 03:42:43 | 미국 | 메타 머티리얼즈 | 매수 | 0 | | 0 | 0 | 0 | 0 | |

영웅문Global

기간별주문체결내역

계좌번호 [redacted]-0847 박현주 비밀번호 ****

거래소 전체 주문일자 2023/07/03 ~ 2023/08/31

종목코드 매매구분 ○전체 ⦿매수 ○매도

조회 다음

| 주문일자 | 통화 | 종목번호 | 매매구분 | 주문수량 | | 체결수량 | 정정수량 | 취소수량 | 예약구분 | 반대매매 |
|---|---|---|---|---|---|---|---|---|---|---|
| 주문시간 | 거래소 | 종목명 | 매도수 | 주문단가 | STOP | 체결단가 | 정정단가 | 주문잔량 | 체결금액 | |
| 23/08/01 | USD | MMAT | 지정가 | | 55 | 0 | 0 | 55 | 일반 | 일반 |
| 03:40:25 | 미국 | 메타 머티리얼스 | 매수 | 0.2521 | | 0 | 0 | 0 | 0 | |
| 23/08/01 | USD | MMAT | 지정가 | | 55 | 0 | 0 | 0 | 일반 | 일반 |
| 03:42:43 | 미국 | 메타 머티리얼스 | 매수 | 0 | | 0 | 0 | 0 | 0 | |
| 23/08/01 | USD | MMAT | 지정가 | | 54 | 54 | 0 | 0 | 일반 | 일반 |
| 03:42:55 | 미국 | 메타 머티리얼스 | 매수 | 0.2525 | | 0.2525 | 0 | 0 | 13.6350 | |
| 23/08/01 | USD | MMAT | 지정가 | | 1 | 0 | 0 | 0 | 일반 | 일반 |
| 04:15:57 | 미국 | 메타 머티리얼스 | 매수 | 0.2575 | | 0 | 0 | 0 | 0 | |
| 23/08/01 | USD | MMAT | 지정가 | | 1 | 1 | 0 | 0 | 일반 | 일반 |
| 04:16:23 | 미국 | 메타 머티리얼스 | 매수 | 0.2576 | | 0.2576 | 0 | 0 | 0.2576 | |
| 23/08/09 | USD | PLTR | 지정가 | | 4 | 4 | 0 | 0 | 일반 | 일반 |
| 22:33:14 | 미국 | 팔란티어 테크 | 매수 | 16.8000 | | 16.7900 | 0 | 0 | 67.1600 | |
| 23/08/09 | USD | MMAT | 지정가 | | 40 | 40 | 0 | 0 | 일반 | 일반 |
| 22:33:57 | 미국 | 메타 머티리얼스 | 매수 | 0.2649 | | 0.2649 | 0 | 0 | 10.5960 | |

[100000] 조회가 완료되었습니다

주식 미니차트 해외증시차트 실시간잔고

S&P500 6,090.27 ▲15.16 0.25% NASDAQ 19,859.77 ▲159.05 0.81% NIKKEI 39,091.17 ▼304.43 -0.77% 환율 ₩/$ 1,423.00

오후 1:48 2024-12-08